IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Chapter 11
HOLDINGS, INC., a Delaware corporation,                          :
                                                                 :  Case No. 07-11047 (_____)
                            Debtor.                              :
                                                                 :
Employer Tax I.D. No. 13-4066303                                 :
---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Chapter 11
INVESTMENT CORP., a Maryland corporation,                        :
                                                                 :  Case No. 07-11048 (_____)
                            Debtor.                              :
                                                                 :
Employer Tax I.D. No. 20-0103914                                 :
---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Chapter 11
ACCEPTANCE, INC., a Maryland corporation,                        :
                                                                 :  Case No. 07-11049 (_____)
                            Debtor.                              :
                                                                 :
Employer Tax I.D. No. 20-0201979                                 :
---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Chapter 11
SERVICING, INC., a Maryland corporation,                         :
                                                                 :  Case No. 07-11050 (_____)
                            Debtor.                              :
                                                                 :
Employer Tax I.D. No. 52-0957267                                 :
---------------------------------------------------------------- x

| | |
|---|---|
| In re: | : |
| AMERICAN HOME MORTGAGE CORP., a New York corporation, | : Chapter 11 |
| Debtor. | : Case No. 07-11051 (_____) |
| Employer Tax I.D. No. 13-3461558 | : |
| ------------------------------------------------------------ x | |
| In re: | : |
| AMERICAN HOME MORTGAGE VENTURES LLC, a Delaware limited liability company, | : Chapter 11 |
| Debtor. | : Case No. 07-11052 (_____) |
| Employer Tax I.D. No. 36-4571407 | : |
| ------------------------------------------------------------ x | |
| In re: | : |
| HOMEGATE SETTLEMENT SERVICES, INC., a New York corporation, | : Chapter 11 |
| Debtor. | : Case No. 07-11053 (_____) |
| Employer Tax I.D. No. 20-0167491 | : |
| ------------------------------------------------------------ x | |
| In re: | : |
| GREAT OAK ABSTRACT CORP., a New York corporation, | : Chapter 11 |
| Debtor. | : Case No. 07-11054 (_____) |
| Employer Tax I.D. No. 11-3628580 | : |
| ------------------------------------------------------------ x | |

**MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

DB02:6158969.2    066585.1001

The debtors and debtors in possession in the above-captioned cases (collectively, "AHM" or the "Debtors")[1] hereby move for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to jointly administer their chapter 11 cases (the "Motion"). In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief, which was filed with the Court concurrently herewith. In further support of the Motion, the Debtors, by and through their proposed undersigned counsel, respectfully represent:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

## BACKGROUND

2. On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of the Bankruptcy Code. The Debtors intend to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors also are seeking to consolidate their chapter 11 cases for procedural purposes only.

3. No trustee, examiner, or official committee of creditors has been appointed in these cases.

## THE DEBTORS' BUSINESS[2]

4. Prior to the filing of these bankruptcy cases, AHM's business primarily entailed the origination, servicing, and sale of mortgage loans, as well as investment in mortgage loans and mortgage-backed securities resulting from the securitizations of residential mortgage loans. AHM also invested in securitized mortgage loans originated by others and originated and sold mortgage loans to institutional investors. AHM offered an array of mortgage products and primarily made loans to borrowers with good credit profiles. Most of its portfolio consisted of securitized adjustable-rate mortgage (ARM) loans of prime and alternate A quality.

5. As of December 31, 2006, AHM held a leveraged portfolio of mortgage loans held for investment and mortgage-backed securities in the amount of approximately $15.6 billion. As of December 31, 2006, AHM operated more than 550 loan production offices located in 47 states and the District of Columbia, and made loans throughout all 50 states and the District of Columbia. Certain of the Debtors originated mortgages through a network of loan origination

---

[2] The facts set forth herein are derived from the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief, filed concurrently herewith (the "First Day Declaration"), which is incorporated by reference as if fully set forth herein at length.

-4-

offices. In addition, AHM originated loans obtained from mortgage brokers and purchased loans from correspondents. AHM originated approximately $58.9 billion in aggregate principal amount of loans in 2006 and for the third quarter of 2006 was ranked as the nation's 10th largest residential mortgage lender, according to National Mortgage News.

6. A large component of AHM's business is the servicing of loans, which is conducted through AHM Servicing. The servicing business collects mortgage payments, administers tax and insurance escrows, responds to borrower inquiries, and maintains control over collection and default mitigation processes. As of December 31, 2006, AHM Servicing serviced approximately 197,000 loans with an aggregate principal amount of approximately $46.3 billion. AHM continues to conduct its servicing business, which constitutes a valuable asset of the Debtors' estates.

## EVENTS LEADING TO THE CHAPTER 11 FILING

7. Beginning in late 2006, and continuing through 2007, the credit markets became concerned over the quality of subprime mortgages and, specifically, the increasing default rates on such mortgages. These concerns became exacerbated by the failure of two major hedge funds with concentrated investments in subprime loans.

8. The concern in the credit markets has spread beyond the subprime market and has been reflected in the widening of the spread between the rate of interest on U.S. Treasury issued securities and general corporate debt securities. The surge in mortgage delinquencies for subprime home loans also generated anxiety in the market about borrowers with adjustable rate mortgages scheduled to reset with higher rates in 2007 and 2008.

9. In the weeks prior to the Petition Date, this unprecedented disruption in the credit markets caused major write-downs of the Debtors' loan and security portfolios and

consequently resulted in margin calls for hundreds of millions of dollars with respect to the Debtors' loans. During this time, certain of the Debtors' warehouse lenders -- the financial institutions that provide short term credit facilities needed to originate and purchase loans – began to exercise remedies against the Debtors, thereby restricting the Debtors' ability to originate loans and threatening the company's continued viability.

10. On July 27, 2007, AHM Investment announced that its Board of Directors had decided to delay payment of its quarterly cash dividend on the Company's common stock and anticipated delaying payment of its quarterly cash dividends on its preferred stock to preserve liquidity.

11. The Debtors' inability to originate loans and the exercise of remedies by certain warehouse lenders against the Debtors created a severe liquidity crisis and forced the Debtors to discontinue their retail and indirect loan origination business. As a result, on August 3, 2007, the Debtors implemented a massive reduction in workforce, resulting in the termination of over 6,500 employees. The Debtors now employ approximately 1000 persons who are absolutely essential to the Debtors' continued operations, although that number is expected to decline as various wind-up tasks are completed, the retail branches are closed and the Debtors' remaining assets are sold.

12. In the wake of these events, the Debtors, assisted by counsel and professional advisors, sought alternative funding sources and capital infusions. Additionally, the Debtors engaged in efforts to sell their businesses and assets, including, but not limited to, loans owned by the Debtors, residual securities in securitization trusts and scratch and dent loans, to financial and strategic investors.

13.     Unfortunately, in the short time available and given the severe financial pressures facing them, the Debtors were unsuccessful in their efforts to resolve their liquidity crisis outside the bankruptcy forum and, accordingly, filed these chapter 11 petitions to preserve and maximize the value of their estates through orderly sales of their assets.

## RELIEF REQUESTED

14.     By this Motion, the Debtors seek the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 consolidating the Debtors' chapter 11 cases for procedural purposes only.

## BASIS FOR RELIEF REQUESTED

15.     Bankruptcy Rule 1015 authorizes the Court to order the joint administration of two or more pending cases involving affiliated debtors and Local Rule 1015-1 allows the Court to enter such Order without notice or hearing.

16.     The Debtors believe that it would be far more practical and expedient for the administration of these chapter 11 cases if the Court were to authorize their joint administration. The Debtors envision that many of the motions, hearings, and other matters involved in these chapter 11 cases will affect all of the Debtors. Consequently, joint administration will reduce costs and facilitate a more efficient administrative process, unencumbered by the procedural problems otherwise attendant to the administration of separate, albeit related, chapter 11 cases.

17.     No prejudice will befall any party by virtue of the relief requested in this Motion inasmuch as the relief sought herein is solely procedural and is not intended to affect substantive rights.

18.     No previous motion for the relief requested herein has been made to this or to any other court.

## NOTICE

19.     Notice of this Motion has been given by facsimile or overnight delivery to the following parties, or in lieu thereof, to their counsel: (i) the United States Trustee for the District of Delaware; (ii) the parties included on the Debtors' list of forty (40) creditors holding the largest unsecured claims; (iii) counsel to Bank of America, N.A; and (iv) the proposed debtor in possession lender and its counsel. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto as <u>Exhibit A</u>, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
August 6, 2007

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession

# EXHIBIT A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Chapter 11
HOLDINGS, INC., a Delaware corporation,                          :
                                                                 :   Case No. 07-[_____] (_____)
            Debtor.                                              :
                                                                 :
Employer Tax I.D. No. 13-4066303                                 :
---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Chapter 11
INVESTMENT CORP., a Maryland corporation,                        :
                                                                 :   Case No. 07-[_____] (_____)
            Debtor.                                              :
                                                                 :
Employer Tax I.D. No. 20-0103914                                 :
---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Chapter 11
ACCEPTANCE, INC., a Maryland corporation,                        :
                                                                 :   Case No. 07-[_____] (_____)
            Debtor.                                              :
                                                                 :
Employer Tax I.D. No. 20-0201979                                 :
---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Chapter 11
SERVICING, INC., a Maryland corporation,                         :
                                                                 :   Case No. 07-[_____] (_____)
            Debtor.                                              :
                                                                 :
Employer Tax I.D. No. 52-0957267                                 :
---------------------------------------------------------------- x

| | |
|---|---|
| In re: : <br><br>AMERICAN HOME MORTGAGE CORP., : <br>a New York corporation, : <br> : <br>               Debtor. : <br> : <br>Employer Tax I.D. No. 13-3461558 : <br>------------------------------------------------------------------x | Chapter 11 <br><br>Case No. 07-[_____] (____) |
| In re: : <br><br>AMERICAN HOME MORTGAGE : <br>VENTURES LLC, a Delaware limited liability company, : <br> : <br>               Debtor. : <br> : <br>Employer Tax I.D. No. 36-4571407 : <br>------------------------------------------------------------------x | Chapter 11 <br><br>Case No. 07-[_____] (____) |
| In re: : <br><br>HOMEGATE SETTLEMENT SERVICES, INC., : <br>a New York corporation, : <br> : <br>               Debtor. : <br> : <br>Employer Tax I.D. No. 20-0167491 : <br>------------------------------------------------------------------x | Chapter 11 <br><br>Case No. 07-[_____] (____) |
| In re: : <br><br>GREAT OAK ABSTRACT CORP., : <br>a New York corporation, : <br> : <br>               Debtor. : <br> : <br>Employer Tax I.D. No. 11-3628580 : <br>------------------------------------------------------------------x | Chapter 11 <br><br>Case No. 07-[_____] (____) |

**ORDER AUTHORIZING JOINT ADMINISTRATION**
**PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

Upon consideration of the motion (the "<u>Motion</u>")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), authorizing the joint administration of the Debtors' cases under chapter 11 of the Bankruptcy Code; and upon the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of these estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 07-_____ (____) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-[_____] (_____)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
                        Debtors.                                 :
---------------------------------------------------------------- x

      All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of American Home Mortgage Holdings, Inc., a Delaware corporation, Case No. 07-[_____] (___), and a docket entry shall be made in the other Debtors' chapter 11 cases and in the event related cases are subsequently filed, substantially as follows:

      An order has been entered in this case directing joint administration for procedural purposes only of the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation, and all subsequently filed chapter 11 cases of such debtors' affiliates, and the docket in Case No. 07-___ (___) should be consulted for all matters affecting this case.

4

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      August ___, 2007

_____
UNITED STATES BANKRUPTCY JUDGE