# EXHIBIT A

## LIST OF DEBTORS' UTILITIES

| VendId | ClassID | TIN | Name | RemitAddr1 | RemitCity | Remi | RemitZip |
|---|---|---|---|---|---|---|---|
| ALLIDAT00723600 | UTILITY | 650269711 | ALLIANCE DATA | PO BOIX 628329 | ORLANDO | FL | 328628-8329 |
| ALLIDAT00724000 | UTILITY | 650269711 | ALLIANCE DATA | PO BOX 628329 | ORLANDO | FL | 32862-8329 |
| ALPOWER29407023 | UTILITY | 521655102 | ALABAMA POWER | PO BOX 242 | BIRMINGHAM | AL | 35292 |
| ALPOWER80314034 | UTILITY | 521655102 | ALABAMA POWER | P.O. BOX 242 | BIRMINGHAM | AL | 35292 |
| AMERCIP23006041 | UTILITY | 370211380 | AMEREN CIPS | PO BOX 66878 | SAINT LOUIS | MO | 63166-6875 |
| AMERCIP91006546 | UTILITY | 370211380 | AMERENCIPS | PO BOX 66875 | ST LOUIS | MO | 63166-6875 |
| AMERCIP91006634 | UTILITY | 370211380 | AMERENCIPS | PO BOX 66875 | ST LOUIS | MO | 63166-6875 |
| AMEREIP90631007 | UTILITY | 370344645 | AMERENIP | PO BOX 2522 | DECATUR | IL | 62525-2522 |
| AMERELE46128540 | UTILITY | 314154203 | AMERICAN ELECTRIC POWER | PO BOX 24002 | CANTON | OH | 44701-4002 |
| AMERELE49582129 | UTILITY | 314154203 | AMERICAN ELECTRIC POWER | PO BOX 24418 | CANTON | OH | 44701-4418 |
| AMERELE65877216 | UTILITY | 314154203 | AMERICAN ELECTRIC POWER | PO BOX 24407 | CANTON | OH | 44701-4407 |
| AMERELE66128518 | UTILITY | 314154203 | AMERICAN ELECTRIC POWER | PO BOX 24002 | CANTON | OH | 44701 |
| AMERELE94518625 | UTILITY | 314154203 | AMERICAN ELECTRIC POWER | PO BOX 24418 | CANTON | OH | 44701 |
| AMEREN118494001 | UTILITY | 370344645 | AMERENIP | PO BOX 2522 | DECATUR | IL | 62525 |
| AMERENI89515852 | UTILITY | 370344645 | AMERENIP | PO BOX 2522 | DECATUR | IL | 62525 |
| AMEREUE83700147 | UTILITY | 430559760 | AMERENUE | PO BOX 66700 | ST LOUIS | MO | 63166-6700 |
| AMEREUE01116014 | UTILITY | 430559760 | AMERENUE | PO BOX 66700 | SAINT LOUIS | MO | 63166-6700 |
| AMEREUE01116023 | UTILITY | 430559760 | AMERENUE | PO BOX 66529 | ST LOUIS | MO | 63166-6529 |
| AMEREUE08705147 | UTILITY | 430559760 | AMEREN UE | PO BOX 66529 | ST LOUIS | MO | 63166-6529 |
| AMEREUE16100125 | UTILITY | 430559760 | AMERENUE | PO BOX 66529 | ST LOUIS | MO | 63166-6529 |
| AMEREUE83700160 | UTILITY | 430559760 | AMERENUE | PO BOX 66700 | ST LOUIS | MO | 63166-6700 |
| AMEREUE90000437 | UTILITY | 430559760 | AMERENUE | PO BOX 66301 | ST LOUIS | MO | 63166-6301 |
| AMEREUE26040415251 | UTILITY | 430559760 | AMERENUE | PO BOX 66529 | ST LOUIS | MO | 63166-6529 |
| AMEREUE62508221 | UTILITY | 430559760 | AMERENUE | PO BOX 66529 | ST LOUIS | MO | 63166-6529 |
| AMEREUE89410130 | UTILITY | 430559760 | AMERENUE | PO BOX 66529 | ST LOUIS | MO | 63166-6529 |
| AMERUE983073026 | UTILITY | 430559760 | AMERENUE | PO BOX 66529 | ST LOUIS | MO | 63166 |
| APPAPOW44101914 | UTILITY | 540124790 | APPALACHIAN POWER | PO BOX 24413 | CANTON | OH | 44701 |
| APPAPOW52531814 | UTILITY | 540124790 | APPALACHIAN POWER | PO BOX 24413 | CANTON | OH | 44701 |
| APPAPOW79653339 | UTILITY | 540124790 | APPALACHIAN POWER | PO BOX 24413 | CANTON | OH | 44701 |
| APS88794282 | UTILITY | 860011170 | ARIZONA PUBLIC SERVICE COMPANY | PO BOX 2906 | PHOENIX | AZ | 85062 |

| Code | Type | Number | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AQUAOH04508810 | UTILITY | 3411211305 | AQUA OHIO INC | PO BOX 238 | STRUTHERS | OH | 44471 |
| AQUAOH52665705 | UTILITY | 3411211305 | AQUA OHIO INC | PO BOX 269 | STRUTHERS | OH | 44471-0269 |
| AQUAOH526656503 | UTILITY | 3411211305 | AQUA OHIO INC | PO BOX 269 | STRUTHERS | OH | 44471 |
| AQUAPRI94545 | UTILITY | 9432730091 | AQUAPRIX, INC | 2026 W. WINTON AVE | HAYWARD | CA | 94545 |
| AQUAWAT00197788 | UTILITY | 0602723360 | AQUARIAN WATER COMPANY OF CT | PO BOX 10010 | LEWISTON | ME | |
| AQUAWAT96183015 | UTILITY | 0602723360 | AQUARION WATER COMPANY OF CT | PO BOX 10010 | LEWISTON | ME | 04243-9427 |
| AQUILA653665654 | UTILITY | 4405418877 | AQUILA | PO BOX 4649 | CAROL STREAM | IL | 60197 |
| ARKWESTE8243598 | UTILITY | 7105212174 | ARKANSAS WESTERN GAS COMPANY | PO BOX 22152 | TULSA | OK | 74121 |
| ATMOENE01174186 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 78108 | PHOENIX | AZ | 85062-8108 |
| ATMOENE01186953 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 90001949 | LOUISVILLE | KY | 40290-1949 |
| ATMOENE04275429 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 9001949 | LOUISVILLE | KY | 40213 |
| ATMOENE04721964 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 9001949 | LOUISVILLE | KY | 40290 |
| ATMOENE04837287 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 9001949 | LOUISVILLE | KY | 40290-1949 |
| ATMOENE05249606 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 78108 | PHOENIX | AZ | 85062 |
| ATMOENE11675152 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 78108 | PHOENIX | AZ | 85062-8108 |
| ATMOENE14788259 | UTILITY | 7517432247 | ATMOS ENERGY | PO BOX 78108 | PHOENIX | AZ | 85062 |
| AVALTIT33904 | UTILITY | 020642019 | AVALON TITLE | 621 CAPE CORAL PARKWEST EAST | CAPE CORAL | FL | 33904 |
| BAYCITY81329001 | UTILITY | 386004659 | BAY CITY TREASURER | 301 WASHINGTON AVE | BAY CITY | MI | 48708-5866 |
| BRAIELE01333805 | UTILITY | 046001097 | BRAINTREE ELECTRIC LIGHT DEPT | 150 POTTER ROAD | BRAINTREE | ME | 02184 |
| BROOMUN17050012 | UTILITY | 466000069 | BROOKINGS MUNICIPAL UTILITIES | PO BOX 588 | BROOKINGS | SD | 57006 |
| BROWPUB277318 | UTILITY | 742137823 | BROWNSVILLE PUB | PO BOX 660566 | DALLAS | TX | 75266-0566 |
| CASETOW01770100 | UTILITY | 371407130 | CASEYVILLE TOWNSHIP SEWER SYSTEM | | FAIRVIEW HEIGHTS | IL | 62208 |
| CENTENE55292585 | UTILITY | 760511406 | CENTERPOINT ENERGY | PO BOX 4671 | HOUSTON | TX | 77210 |
| CENTHUD01076009 | UTILITY | 1405559980 | CENTRAL HUDSON GAS & ELECTRIC CORP | | POUGHKEEPSIE | NY | 12601 |
| CENTMAI115490019 | UTILITY | 010042748 | CENTRAL MAINE POWER CO | PO BOX 1084 | AUGUSTA | ME | 04332-1084 |

| Code | Type | ID | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHARCOU41110497 | UTILITY | 596000541 | CHARLOTTE COUNTY UTILITIES | PO BOX 516000 | PUNTA GORDA | FL | 33951-6000 |
| CHARTOW20296700 | UTILITY | 381805020 | CHARTER TOWNSHIP OF FT GRATIOT | 3720 KEEWAHDIN RD. | FORT GRATIOT | MI | 48059-3309 |
| CHARWAT04943048 | UTILITY | 576000227 | CHARLESTON WATER SYSTEM | PO BOX 568 | CHARLESTON | SC | 29402-0568 |
| CITIGAS93391563 | UTILITY | 356000930 | CITIZENS GAS | PO BOX 7056 | INDIANAPOLIS | IN | 46207-7056 |
| CITIGAS93391565 | UTILITY | 356000930 | CITIZEN GAS | PO BIX 7056 | INDIANAPOLIS | IN | 46207-7056 |
| CITYBAR02440645 | UTILITY | 956000675 | CITY OF BARSTOW | 220 E MT VIEW | BARSTOW | CA | 92311 |
| CITYBEN21159630 | UTILITY | 716000642 | CITY OF BENTONVILLE | 117 WEST CENTRAL | BENTONVILLE | AR | 72712-5256 |
| CITYBOW11002745 | UTILITY | 346400148 | CITY OF BOWLING GREEN | 304 N CHURCH ST | BOWLING GREEN | OH | 43402 |
| CITYCLA08000001 | UTILITY | 386004529 | CITY OF CLARE | 202 WEST FIFTH STREET | CLARE | MI | 48617-1490 |
| CITYDEK15410449 | UTILITY | 366005843 | CITY OF DEKALB | 200 SOUTH FOURTH ST | DEKALB | IL | 60115 |
| CITYDEK68310449 | UTILITY | 366005843 | CITY OF DEKALB | 200 SOUTH FOURTH STREET | DEKALB | IL | 60115 |
| CITYDOV55346310 | UTILITY | 516000092 | CITY OF DOVER | PO BOX 7100 | DOVER | DE | 19903-7100 |
| CITYDOV55346946 | UTILITY | 516000092 | CITY OF DOVER | PO BOX 7100 | DOVER | DE | 19903-7100 |
| CITYELC61047400 | UTILITY | 956000704 | CITY OF EL CENTRO | PO BOX 2328 | EL CENTRO | CA | 92244 |
| CITYELC61047600 | UTILITY | 956000704 | CITY OF EL CENTRO | PO BOX 2328 | EL CENTRO | CA | 92244 |
| CITYJOL25291690 | UTILITY | 366088568 | CITY OF JOLIET | 150 WEST JEFFERSON STREET | JOLIET | IL | 60432 |
| CITYKAL05787B01 | UTILITY | 386004627 | CITY OF KALAMAZOO TREASURER | DEPARTMENT OF PUBLIC UTILITIES | KALAMAZOO | MI | 49001-2898 |
| CITYMIT48753901 | UTILITY | 466000305 | CITY OF MITCHELL | 612 N MAIN ST | MITCHELL | SD | 57301 |
| CITYNAP66775960 | UTILITY | 366060013 | CITY OF NAPERVILLE | PO BOX 4231 | CAROL STREAM | IL | 60197 |
| CITYNOR33088104 | UTILITY | 596000389 | CITY OF NORTH MIAMI BEACH | PO BOX 600427 | NORTH MIAMI BEACH | FL | 33160 |
| CITYNOR33092205 | UTILITY | 596000389 | CITY OF NORTH MIAMI BEACH | PO BOX 600472 | NORTH MIAMI BEACH | FL | 33160-0427 |
| CITYODE52392002 | UTILITY | 446000238 | CITY OF ODESSA | PO BOX 128 | ODESSA | MO | 64076 |
| CITYODE63535012 | UTILITY | 446000238 | CITY OF ODESSA | PO BOX 128 | ODESSA | MO | 64076 |
| CITYREDL | UTILITY | 956000766 | CITY OF REDLANDS | MUNICIPAL UTILITY DEPT | REDLANDS | CA | 92373 |

| Code | Type | Number | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CITYSAL32263 | UTILITY | 526000866 | THE CITY OF SALISBURY | 125 N DIVISION STREET | SALISBURY | MD | 21801-4940 |
| CITYSTC76943458 | UTILITY | 436003120 | CITY OF ST CHARLES, MISSOURI | 200 NORTH 2ND ST | ST CHARLES | MO | 63301 |
| CITYSTC98797571 | UTILITY | 436003120 | CITY OF ST CHARLES | 2 E. MAIN ST | ST CHARLES | MO | 63301 |
| CITYSTC98797651 | UTILITY | 436003120 | CITY OF ST CHARLES | 2 EAST MAIN STREET | ST CHARLES | IL | 60174 |
| CITYSTC98797731 | UTILITY | 436003120 | CITY OF ST. CHARLES | 2 EAST MAIN STREET | ST CHARLES | IL | 60174 |
| CITYSTP22475802 | UTILITY | 430970357 | CITY OF ST PETERS | PO BOX 9 | SAINT PETERS | MO | 63376-0090 |
| CITYTAL08795442 | UTILITY | 596000435 | CITY OF TALLAHASSEE | 600 N. MONROE ST | TALLAHASSEE | FL | 32301 |
| CITYTAL60895871 | UTILITY | 596000435 | CITY OF TALLAHASSE | 600 N. MONROE ST. | TALLAHASSEE | FL | 32301 |
| CITYTAL82442926 | UTILITY | 596000435 | CITY OF TALLAHASSEE | 600 N. MONROE ST. | TALLAHASSEE | FL | 32301 |
| CITYTUC79519488 | UTILITY | 866000266 | CITY OF TUCSON | PO BOX 28811 | TUCSON | AZ | 85726-8811 |
| CITYUTI28356889 | UTILITY | 440553154 | CITY UTILITIES | 301 E CENTRAL | SPRINGFIELD | MO | 65801 |
| CITYUTI71310509 | UTILITY | 440553154 | CITY UTILITIES | PO BOX 551 | SPRINGFIELD | MO | 65801 |
| CITYWAT00195174 | UTILITY | 376002037 | CITY WATER LIGHT & POWER | MUNICIPAL CENTER WEST | SPRINGFIELD | IL | 62757-0001 |
| CITYWAT00204096 | UTILITY | 376002037 | CITY WATER LIGHT & POWER | MUNICIPAL CENTER WEST | SPRINGFIELD | IL | 62757-0001 |
| CITYYUB42101048 | UTILITY | 946000460 | CITY OF YUBA CITY | 1201 CIVIC CENTER BLVD | YUBA CITY | CA | 95993 |
| CLARPUB02990126 | UTILITY | 916001052 | CLARK PUBLIC UTILITIES | PO BOX 8989 | VANCOUVER | WA | 98668 |
| CLECPOW66619001 | UTILITY | 720244480 | CLECO POWER LLC | PO BOX 69000 | ALEXANDRIA | LA | 71306 |
| CLECPOW66619002 | UTILITY | 720244480 | CLECO POWER LLC | PO BOX 69000 | ALEXANDRIA | LA | 71306 |
| COBBEMC16225245 | UTILITY | 580198155 | COBB EMC | PO BOX 369 | MARIETTA | GA | 30061 |
| COBBEMC23360000 | UTILITY | 580198155 | COBB EMC | PO BOX 369 | MARIETTA | GA | 30189 |
| COLUGAS10010004 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 830012 | BALTIMORE | MD | 21283 |
| COLUGAS10010008 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 2200 | LEXINGTON | KY | 40588 |
| COLUGAS20010005 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 2200 | LEXINGTON | KY | 40588-2200 |
| COLUGAS20030004 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 830005 | BALTIMORE | MD | 21283-0005 |
| COLUGAS20040003 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 830005 | BALTIMORE | MD | 21283-0005 |
| COLUGAS60010001 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 830005 | BALTIMORE | MD | 21283-0005 |
| COLUGAS60010006 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290 |
| COLUGAS80010007 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290 |
| COLUGAS80030005 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290-1847 |
| COLUGAS80040004 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290-1847 |
| COLUGAS80050003 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290-1847 |
| COLUGAS80060002 | UTILITY | 251100252 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290 |

| | | | | | | |
|---|---|---|---|---|---|---|
| COLUGAS90010007 | UTILITY | 2511100252 | COLUMBIA GAS | PO BOX 830005 | BALTIMORE | MD | 21283 |
| COLUGAS90030009 | UTILITY | 3106739990 | COLUMBIA GAS | PO BOX 9001847 | LOUISVILLE | KY | 40290-1847 |
| COLUGAS90070005 | UTILITY | 2511100252 | COLUMBIA GAS | PO BOX 2200 | LEXINGTON | KY | 40588 |
| COLUGAS90090003 | UTILITY | 2511100252 | COLUMBIA GAS | PO BOX 2200 | LEXINGTON | KY | 40588 |
| COMED0023047083 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED0188428024 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED0458791038 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED0458795027 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED0458797021 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED0951147047 | UTILITY | 3609386600 | COMED | BILLPAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED11026078 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED1767688041 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED1894783040 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED1962095040 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED1962096074 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED2039069033 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED2271109036 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED2619026034 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED2709406040 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED2709407056 | UTILITY | 3609386600 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |

| | | | | | |
|---|---|---|---|---|---|
| COMED2725260026 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED4057755007 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED4141309055 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED4215379029 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED4561855012 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED4661886019 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED5361098021 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED5586641031 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED5763045026 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED5816809038 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED5900147056 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED5900147065 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED6304502 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0002 |
| COMED6735504 | UTILITY | 3609386000 | COMMONWEALTH EDISON | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0002 |
| COMED6735608 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED6986018022 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668 |
| COMED7095212013 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| COMED9120374020 | UTILITY | 3609386000 | COMED | BILL PAYMENT CENTER | CHICAGO | IL | 60668-0001 |
| CONED1033500014 | UTILITY | 135009340 | CON EDISON | JAF STATION | NEW YORK | NY | 10116 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CONED14450000031 | UTILITY | 135009340 | CON EDISON | PO BOX 1702 | NEW YORK | NY | 10116 |
| CONSENE02239825 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937 |
| CONSENE14550008 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937-0001 |
| CONSENE14601215 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937-0001 |
| CONSENE16412438 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937-0001 |
| CONSENE19400000 | UTILITY | 541329297 | CONSUMER ENERGY | | LANDING | MI | 48937-0001 |
| CONSENE31561603 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937 |
| CONSENE67422804 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937-0001 |
| CONSENE67485207 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937-0001 |
| CONSENE78322403 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937 |
| CONSENE92463009 | UTILITY | 541329297 | CONSUMERS ENERGY | | LANSING | MI | 48937 |
| COSERV611000165 | UTILITY | 750233075 | COSERV | PO BOX 650785 | DALLAS | TX | 75265-0785 |
| COSERV611000261 | UTILITY | 750233075 | COSERV | PO BOX 650785 | DALLAS | TX | 75265-0785 |
| COWEEMC12837701 | UTILITY | 580516995 | COWETTA-FAYETTE EMC | PO BOX 530812 | ATLANTA | GA | 30353-0812 |
| CPIRETA13260203 | UTILITY | 742996825 | CPL RETAIL ENERGY | PO BOX 22136 | TULSA | OK | 74121 |
| CPLRETA13238894 | UTILITY | 742996825 | CPL RETAIL ENERGY | PO BOX 22136 | TULSA | OK | 74121 |
| DALESER0018179 | UTILITY | 540797839 | DALE SERVICE CORP | 5609 MAPLEDALE PLAZA | DALE CITY | VA | 22193 |
| DAYTPOW00603699 | UTILITY | 311163136 | THE DAYTON POWER & LIGHT | PO BOX 740598 | CINCINNATI | OH | 45274 |
| DAYTPOW64255246 | UTILITY | 310258470 | THE DAYTON POWER & LIGHT | PO BOX 740598 | CINCINNATI | OH | 45274 |
| DAYTPOW66631707 | UTILITY | 310258470 | DAYTON POWER & LIGHT COMPANY | PO BOX 740598 | CINCINNATI | OH | 45274-0598 |
| DEADRIV14480840 | UTILITY | 010385895 | DEAD RIVER COMPANY | PO BOX 6100 | LEWISTON | ME | 04243 |
| DEADRIV14481640 | UTILITY | 010385895 | DEAD RIVER COMPANY | PO BOX 6100 | LEWISTON | ME | 04243 |
| DELMPOW12699936 | UTILITY | 510084283 | DELMARVA POWER | PO BOX 17000 | WILMINGTON | DE | 19886 |
| DELMPOW12699951 | UTILITY | 510084283 | DELMARVA POWER | PO BOX 17000 | WILMINGTON | DE | 19886 |
| DELMPOW12699977 | UTILITY | 510084283 | DELMARVA POWER | PO BOX 17000 | WILMINGTON | DE | 19886 |
| DELMPOW12699993 | UTILITY | 510084283 | DELMARVA POWER | PO BOX 17000 | WILMINGTON | DE | 19886 |
| DELMPOW26899992 | UTILITY | 510084283 | DELMARVA POWER | PO BOX 17000 | WILMINGTON | DE | 19886 |
| DOMIEAS15278040 | UTILITY | 340194780 | DOMINION EAST OHIO | PO BOX 26785 | RICHMOND | VA | 23261 |
| DOMIEAS16609507 | UTILITY | 340194780 | DOMINION EAST OHIO | PO BOX 26785 | RICHMOND | VA | 23261 |
| DOMIEAS16609600 | UTILITY | 340194780 | DOMINION EAST OHIO | PO BOX 26785 | RICHMOND | VA | 23261-6785 |
| DOMIEAS20634926 | UTILITY | 340194780 | DOMINION EAST OHIO | PO BOX 26785 | RICHMOND | VA | 23261-6785 |
| DOMIEAS22773668 | UTILITY | 340194780 | DOMINION EAST OHIO | PO BOX 26785 | RICHMOND | VA | 23261-6785 |
| DOMIEAS27980275 | UTILITY | 340194780 | DOMINION EAST OHIO | PO BOX 26785 | RICHMOND | VA | 23261-6785 |

| | | | | | |
|---|---|---|---|---|---|
| DOMINVA05046517 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA50134977 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290 |
| DOMINVA65268631 | UTILITY | 5404188825 | DOMINION VIRGINA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA68906499 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290 |
| DOMINVA72276849 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA87153200 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA92196978 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290 |
| DOMINVA95635048 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMIPEO2670733 | UTILITY | 2507207900 | DOMINION PEOPLES | PO BOX 26784 | RICHMOND | VA | 23261 |
| DOMINVA30441916 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA46526631 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290 |
| DOMINVA48105290 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290 |
| DOMINVA62102737 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA89670064 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA91079915 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMINVA97170735 | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | PO BOX 26543 | RICHMOND | VA | 23290-0001 |
| DOMIVIR | UTILITY | 5404188825 | DOMINION VIRGINIA POWER | | | | |
| DTEENER24000022 | UTILITY | 3832177752 | DTE ENERGY | PO BOX 2859 | DETROIT | MI | 48260 |
| DTEENER24000030 | UTILITY | 3832177752 | DTE ENERGY | PO BOX 2859 | DETROIT | MI | 48260-0001 |
| DTEENER24000048 | UTILITY | 3832177752 | DTE ENERGY | PO BOX 2859 | DETROIT | MI | 48260 |
| DTEENER24000055 | UTILITY | 3832177752 | DTE ENERGY | PO BOX 2859 | DETROIT | MI | 48260-0001 |

| | | | | | |
|---|---|---|---|---|---|
| DTEENER24000071 | UTILITY | 383217752 | DTE ENERGY | PO BOX 2859 | DETROIT | MI | 48260-0001 |
| DTEENER43700022 | UTILITY | 383217752 | DTE ENERGY | PO BOX 2859 | DETROIT | MI | 48260 |
| DUKEENE00854230 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKEENE00855235 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKEENE02027075 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKEENE02096045 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKEENE02532018 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKEENE03583019 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 9001076 | LOUISVILLE | KY | 40290 |
| DUKEENE82841763 | UTILITY | 560205520 | DUKE ENERGY | PO BOX 1090 | CHARLOTTE | NC | 28201-1090 |
| DUQULIG60692001 | UTILITY | 250451600 | DUQUESNE LIGHT COMPANY | PAYMENT PROCESSING CENTER | PITTSBURGH | PA | 15230-0010 |
| DUQULIG60692002 | UTILITY | 250451600 | DUQUESNE LIGHT COMPANY | PO BOX 10 | PITTSBURGH | PA | 15230 |
| EASTUTI489930 | UTILITY | 526001156 | EASTON UTILITIES | 201 NORTH WASHINGTON ST | EASTON | MD | 21601 |
| ECOWSYS141606 | UTILITY | 363176713 | ECOWATER SYSTEMS | 877 PEACE RD | DEKLAB | IL | 60115 |
| EMPIDIS53088196 | UTILITY | 440236370 | EMPIRE DISTRICT ELECTRIC | PO BOX 219239 | KANSAS CITY | MO | 64121 |
| EMPIDIS53088261 | UTILITY | 440236370 | EMPIRE DISTRICT ELECTRIC CO. | PO BOX 219239 | KANSAS CITY | MO | 64121-9239 |
| ENERUNI23060072 | UTILITY | 562097218 | ENERGY UNITED | PO BOX 1831 | STATESVILLE | NC | 28687-1831 |
| ENTERGY28786414 | UTILITY | 740662730 | ENTERGY | PO BOX 8104 | NEW ORLEANS | LA | 70161-1009 |
| ENTERGY3117497 | UTILITY | 740662730 | ENTERGY | PO BOX 8104 | BATON ROUGE | LA | 70891-8104 |
| ENTERGY54022322 | UTILITY | 740662730 | ENTERGY | PO BOX 8101 | BATON ROUGE | LA | 70891-8101 |
| ENTERGY56418825 | UTILITY | 740662730 | ENTERGY | PO BOX 8108 | BATON ROUGE | LA | 70891 |
| EOST09003877 | UTILITY | 042441264 | E OSTERMAN GAS SERVICE | PO BOX 847451 | BOSTON | MA | 02284-7451 |
| EQUIGAS5099668 | UTILITY | 250464690 | EQUITABLE GAS | PO BOX 371820 | PITTSBURGH | PA | 15250-7820 |
| EQUIGAS68425429 | UTILITY | 250464690 | EQUITABLE GAS | PO BOX 371820 | PITTSBURGH | PA | 15250-7820 |
| FPL07353741 91 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL09492010 65 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL09927222 56 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188 |

| | | | | | |
|---|---|---|---|---|---|
| FPL1312650102 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL1450485550 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL1557334149 | UTILITY | 5902477775 | FPL | PO BOX 025576 | MIAMI | FL | 025576 |
| FPL1562572345 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188 |
| FPL1689483152 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL1732519044 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188 |
| FPL2318587256 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL3338815461 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL4541923142 | UTILITY | 5902477775 | FPL | PO BOX 025576 | MIAMI | FL | 33102 |
| FPL5364289008 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL5419113369 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL5427579411 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188 |
| FPL5495268426 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL5539257120 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL6269386501 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL6285346224 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL6649320428 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL6904068514 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL7392823279 | UTILITY | 5902477775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FPL78546320773 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL78702775042 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL87056422448 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| FPL98135630070 | UTILITY | 590247775 | FPL | GENERAL MAIL FACILITY | MIAMI | FL | 33188-0001 |
| GAINREG43175046 | UTILITY | 591499620 | GAINESVILLE REGIONAL UTILITIES | 301 S.E. 4 AVE | GAINESVILLE | FL | 32601 |
| GANAGAS02281459 | UTILITY | 682402579 | GEORGIA NATURAL GAS | PO BOX 659411 | SAN ANTONIO | TX | 78265-9411 |
| GAS62473305 | UTILITY | 951240705 | THE GAS COMPANY | PO BOX C | MONT PK | CA | 91756 |
| GEORPOW01975034 | UTILITY | 580257110 | GEORGIA POWER | 96 ANNEX | ATLANTA | GA | 30117 |
| GEORPOW21902034 | UTILITY | 580257110 | GEORGIA POWER | 96 ANNEX | ATLANTA | GA | 30310 |
| GEORPOW35445035 | UTILITY | 580257110 | GEORGIA POWER COMPANY | 96 ANNEX | ATLANTA | GA | 30396-0001 |
| GEORPOW53499013 | UTILITY | 580257110 | GEORGIA POWER COMPANY | 96 ANNEX | ATLANTA | GA | 30396-001 |
| GEORPOW56404703 | UTILITY | 580257110 | GEORGIA POWER | 96 ANNEX | ATLANTA | GA | 30396 |
| GEORPOW59701110 | UTILITY | 580257110 | GEORGIA POWER COMPANY | 96 ANNEX | ATLANTA | GA | 30396 |
| GEORPOW79004920 | UTILITY | 580257110 | GEORGIA POWER COMPANY | 96 ANNEX | ATLANTA | GA | 30396 |
| GEORPOW87014034 | UTILITY | 580257110 | GEORGIA POWER COMPANY | PO BOX 105457 | ATLANTA | GA | 30348 |
| GEORPOW89191002 | UTILITY | 580257110 | GEORGIA POWER COMPANY | 96 ANNEX | ATLANTA | GA | 30396 |
| GEORPOW97503413 | UTILITY | 580257110 | GEORGIA POWER | 96 ANNEX | ATLANTA | GA | 30396-0001 |
| GREAPEO40854602 | UTILITY | 376001765 | GREATER PEORIA SANITARY DISTRICT | | PEORIA | IL | 61607-2093 |
| GREEWAT06915304 | UTILITY | 576000555 | GREENVILLE WATER SYSTEM | PO BOX 687 | GREENVILLE | SC | 29602-0687 |
| GULFPOW03905410 | UTILITY | 590276610 | GULF POWER | PO BOX 830660 | BIRMINGHAM | AL | 35283-0660 |
| HAMPTOW12756000 | UTILITY | 236050136 | HAMPDEN TOWNSHIP | 230 S SPORTING HILL RD | MECHANICSBU RG | PA | 17050-3097 |
| HERNCOU90677301 | UTILITY | 591155275 | HERNANDO COUNTY UTILITIES | PO BOX 30384 | TAMPA | FL | 33630-3384 |

| | | | | | |
|---|---|---|---|---|---|
| HIELECT01393006 | UTILITY | 990405000 | HECO | PO BOX 3978 | HONOLULU | HI | 96812 |
| IDPOWER04524488 | UTILITY | 8201309980 | IDAHO POWER | PO BOX 34966 | SEATTLE | WA | 98124 |
| IDPOWER75085960 | UTILITY | 8201309980 | IDAHO POWER | PROCESSING CENTER | SEATTLE | WA | 98124-1966 |
| IDPOWER79051306 | UTILITY | 8201309980 | IDAHO POWER | PO BOX 34966 | SEATTLE | WA | 98124 |
| ILAMERI05531612 | UTILITY | 5101058894 | ILLINOIS AMERICAN WATER | PO BOX 5127 | CAROL STREAM | IL | 60197-5127 |
| ILAMERI06377742 | UTILITY | 5101058894 | ILLINOIS AMERICAN WATER | PO BOX 5127 | CAROL STREAM | IL | 60197-5127 |
| ILLUCOM29481790 | UTILITY | 3401500020 | THE ILLUMINATING COMPANY | PO BOX 3638 | AKRON | OH | 44309 |
| ILLUCOM29483465 | UTILITY | 3401500020 | THE ILLUMINATING COMPANY | PO BOX 3638 | AKRON | OH | 44309 |
| ILLUCOM36158084 | UTILITY | 3401500020 | THE ILLUMINATING COMPANY | PO BOX 3638 | AKRON | OH | 44309 |
| ILLUCOM36248943 | UTILITY | 3401500020 | THE ILLUMINATING COMPANY | PO BOX 3638 | AKRON | OH | 44309-3638 |
| ILLUCOM38858368 | UTILITY | 3401500020 | THE ILLUMINATING COMPANY | PO BOX 3638 | AKRON | OH | 44309-3638 |
| IMPEIRR50299490 | UTILITY | 9560016667 | IMPERIAL IRRIGATION DISCTRICT | PO BOX 937 | IMPERIAL | CA | 92251 |
| IMPEIRR50325609 | UTILITY | 9560016667 | IMPERIAL IRRIGATION DISTRICT | PO BOX 937 | IMPERIAL | CA | 92251 |
| IMPEIRR50326033 | UTILITY | 9560016667 | IMPERIAL IRRIGATION DISTRICT | PO BOX 937 | IMPERIAL | CA | 92251 |
| INDIMIC65877216 | UTILITY | 3504104055 | INDIANA MICHIGAN POWER | PO BOX 24407 | CANTON | OH | 44701-4407 |
| INPOWER11411530 | UTILITY | 3504136200 | INDIANAPOLIS POWER & LIGHT | PO BOX 110 | INDIANAPOLIS | IN | 46206 |
| INPOWER11411532 | UTILITY | 3504136200 | INDIANAPOLIS POWER & LIGHT | PO BOX 110 | INDIANAPOLIS | IN | 46206 |
| INTEGAS03000012 | UTILITY | 8202214463 | INTERMOUNTAIN GAS COMPANY | PO BOX 64 | BOISE | ID | 83732 |
| INTEGAS03009724 | UTILITY | 8202214463 | INTERMOUNTAIN GAS COMAPNY | PO BOX 64 | BOISE | ID | 83732 |
| INTEGAS95000019 | UTILITY | 8202214463 | INTERMOUNTAIN GAS COMPANY | PO BOX 64 | BOISE | ID | 83732 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ISTANOR14610601 | UTILITY | 1339439211 | ISTA, NORTH AMERICA | PO BOX 30122 | TAMPA | FL | 33630-3122 |
| JACKENE10426039 | UTILITY | 6218688550 | JACKSON ENERGY AUTHORITY | PO BOX 2288 | JACKSON | TN | 38302 |
| JEA423882758.7 | UTILITY | 5929830007 | JEA | PO BOX 44297 | JACKSONVILLE | FL | 32231 |
| KANSCIT50868536 | UTILITY | 4403087201 | KANSAS CITY POWER & LIGHT | PO BOX 219330 | KANSAS CITY | MO | 64121-9330 |
| KANSCIT96991596 | UTILITY | 4403087201 | KANSAS CITY POWER & LIGHT | PO BOX 219330 | KANSAS CITY | MO | 64121-9330 |
| KANSGAS67958364 | UTILITY | 7315209221 | KANSAS GAS SERVICE | PO BOX 22158 | TULSA | OK | 74121 |
| KAUAISL96048001 | UTILITY | 9903461131 | KAUA'I ISLAND UTILITY COOPERATIVE | PO BOX 14242 | HONOLULU | HI | 96820-1960 |
| KAUAISL96766 | UTILITY | 9903461131 | KAUAI ISLAND UTILITY COOPERATIVE | PO BOX 4300 | LIHUE | HI | 96766-2032 |
| KEYSENE29026788 | UTILITY | 1134348481 | KEYSPAN ENERGY DELIVERY | PO BOX 9040 | HICKSVILLE | NY | 11802 |
| KEYSENE34108721 | UTILITY | 1134348481 | KEYSPAN ENERGY DELIVERY | PO BOX 020690 | BROOKLYN | NY | 11201 |
| KEYSENE52411871 | UTILITY | 1134348481 | KEYSPAN ENERGY DELIVERY | PO BOX 4300 | WOBURN | MA | 01888-4300 |
| KEYSENE58000770 | UTILITY | 1134348481 | KEYSPAN ENERGY DELIVERY | PO BOX 9037 | HICKSVILLE | NY | 11802-9037 |
| KEYSENE58001919 | UTILITY | 1134348481 | KEYSPAN ENERGY DELIVERY | PO BOX 9083 | MELVILLE | NY | 11747-9083 |
| KU23082904.53 | UTILITY | 6102475701 | KU | PO BOX 14242 | LEXINGTON | KY | 40512 |
| KU28290545 | UTILITY | 6102475701 | KU | PO BOX 14242 | LEXINGTON | KY | 40512 |
| KU5155230047 | UTILITY | 6102475701 | KU | PO BOX 14242 | LEXINGTON | KY | 40512 |
| KUB98574.30679 | UTILITY | 6260003241 | KUB | PO BOX 59017 | KNOXVILLE | TN | 37950-9017 |
| KYAMWAT04591042 | UTILITY | 6104850021 | KENTUCKY AMERICAN WATER | PO BOX 70824 | CHARLOTTE | NC | 28272 |
| LAKEELE32753.62 | UTILITY | 5960003541 | LAKELAND ELECTRIC | PO BOX 32006 | LAKELAND | FL | 33802 |
| LAKEELE32753.63 | UTILITY | 5960003541 | LAKELAND ELECTRIC | PO BOX 32006 | LAKELAND | FL | 33802-2006 |
| LAKELIG65310001 | UTILITY | 9102879231 | LAKEVIEW LIGHT & POWER | PO BOX 98979 | LAKEWOOD | WA | 98496-0979 |
| LASSMUN76435 | UTILITY | 6801531221 | LASSEN MUNICIPAL UTILITY | 65 S ROOP ST | SUSANVILLE | CA | 96130 |
| LAWRMUN113240.04 | UTILITY | 3560055351 | LAWRENCEBURG MUNICIPAL UTIL. | PO BOX 4198 | LAWRENCEBURG | IN | 47025-4198 |
| LENOCIT73500205 | UTILITY | 6260789101 | LENOIR CITY UTILITIES BOARD | PO BOX 449 | LENIOR CITY | TN | 37771-0449 |

| Code | Type | Account | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LGE01009426014 | UTILITY | 6102640050 | LG&E | PO BOX 35590 | LOUISVILLE | KY | 40232-5590 |
| LGE01009426022 | UTILITY | 6102640050 | LG&E | PO BOX 35590 | LOUISVILLE | KY | 40232-5590 |
| LGE01009426031 | UTILITY | 6102640050 | LG&E | PO BOX 35590 | LOUISVILLE | KY | 40232-5590 |
| LIPA0255800010 | UTILITY | 1110197820 | LIPA | PO BOX 9083 | MELVILLE | NY | 11747 |
| LIPA0255800788 | UTILITY | 1110197820 | LIPA | PO BOX 9039 | HICKSVILLE | NY | 11802 |
| LIPA0255800190 1 | UTILITY | 1110197820 | LIPA | PO BOX 888 | HICKSVILLE | NY | 11802 |
| LIPA0267900284 6 | UTILITY | 1110197820 | LIPA | PO BOX 9083 | MELVILLE | NY | 11747-9083 |
| LIPA0385500357 4 | UTILITY | 1110197820 | LIPA | PO BOX 9039 | HICKSVILLE | NY | 11802 |
| LIPA0592902677 0 | UTILITY | 1110197820 | LIPA | PO BOX 9050 | HICKSVILLE | NY | 11802-9687 |
| LOUIPUR | UTILITY | 4505418930 | LOUISIANA PURCHASE,INC. | 517 LAUREL RIDGE ROAD | BANNER ELK | NC | 28604 |
| MARIWAT18856501 | UTILITY | 3760023265 | MARION WATER DEPTARTMENT | 1102 TOWER SQ. PLAZA | MARION | IL | 62959 |
| MATR1021000 | UTILITY | 2512142290 | MATR | PO BOX 15539 | PITTSBURGH | PA | 15244 |
| MCLEMIC28443 | UTILITY | 2448405250 | MICHAEL MCLEOD | 13 A HAMPSTEAD VILLAGE | HAMPSTEAD | NC | 28443 |
| MCUCS44131239 68 | UTILITY | 5960007270 | MCUCS | PO BOX 25350 | BRADENTON | FL | 34206 |
| METRTEC53110 01 | UTILITY | 6311160066 | METRO TECHNOLOGY INC | PO BOX 43088 | BIRMINGHAM | AL | 35243 |
| MIDAMER52808 | UTILITY | 4214252140 | MID AMERICAN ENERGY COMPANY | | DAVENPORT | IA | 52808-8020 |
| MIDDTEN10720285 | UTILITY | 6202934720 | MIDDLE TENNESSEE ELECTRIC | PO BOX 681709 | FRANKLIN | TN | 37068-1709 |
| MIDDTN21666232 | UTILITY | 6202934720 | MIDDLE TENNESSEE ELECTRIC | PO BOX 608 | MURFREESBORO | TN | 37133-0608 |
| MISSNAT09620027 | UTILITY | 4303681390 | MISSOURI NATURAL GAS COMPANY | DRAWER 2 | ST.LOUIS | MO | 63171 |
| MISSPOW16203819 | UTILITY | 6402058200 | MISSISSIPPI POWER COMPANY | 195 REYNOIR ST | BILOXI | MS | 39530 |
| MISSPOW47162029 | UTILITY | 6402058200 | MISSISSIPPI POWER COMPANY | P O BOX 245 | BIRMINGHAM | AL | 35201-0245 |
| MISSVAL75086 | UTILITY | 8104545230 | MISSION VALLEY POWER | P.O.BOX 97 | PABLO | MO | 59855-0097 |
| MISSVAL75848 | UTILITY | 8104545230 | MISSION VALLEY POWER | PO BOX 97 | PABLO | MT | 59855-0097 |
| MNENERG63875694 | UTILITY | 2035887130 | MINNESOTA ENERGY RESOURCES CORPORATION | | SAN ANTONIO | TX | 78265-9795 |
| MOAMER110997913 | UTILITY | 4405784600 | MISSOURI AMERICAN WATER | PO BOX 5127 | CAROL STREAM | IL | 60197-5127 |
| MOGASEN35132831 | UTILITY | 7505715920 | MISSOURI GAS ENERGY | PO BOX 219255 | KANSAS CITY | MO | 64121 |
| MOGASEN37036670 | UTILITY | 7505715920 | MISSOURI GAS ENERGY | PO BOX 219255 | KANSAS CITY | MO | 64121 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MONRMUN092470 | UTILITY | 256003827 | MONROEVILLE MUNICIPAL | 4185 OLD WILLIAM PENN HIGHWAY | MONROEVILLE | PA | 15146 |
| MONTWAT000084300 | UTILITY | 366006004 | MONTGOMERY WATER DEPARTMENT | PO BOX 739 | MONTGOMERY | IL | 60538 |
| MOUNVAL8467 | UTILITY | 730830124 | MOUNTAIN VALLEY WATER CO | OF ST LOUIS | ST LOUIS | MO | 63116 |
| MUNIUTI00726402 | UTILITY | 466000515 | MUNICIPAL UTILITIES DEPARTMENT | 901 FOURTH AVE SW | WATERTOWN | SD | 57201 |
| NASHELE501165517 | UTILITY | 020698550 | NASHVILLE ELECTRIC SERVICE | 1214 CHURCH STREET | NASHVILLE | TN | 37246-0003 |
| NASHELE501129117 | UTILITY | 020698550 | NASHVILLE ELECTRIC SERVICE | 1214 CHURCH STREET | NASHVILLE | TN | 37246-0003 |
| NASHELE501129120 | UTILITY | 020698550 | NASHVILLE ELECTRIC SERVICE | 1214 CHURCH STREET | NASHVILLE | TN | 37246-0003 |
| NASHGAS92586001 | UTILITY | 560556998 | NASHVILLE GAS | PO BOX 1258 | CHARLOTTE | NC | 28201-1258 |
| NATIGRI00324202 | UTILITY | 041988940 | NATIONAL GRID | POCESSING CENTER | WOBURN | MA | 01807-0005 |
| NATIGRI04308203 | UTILITY | 041988940 | NATIONAL GRID | PROCESSING CENTER | WOBURN | MA | 01807-0049 |
| NATIGRI20541027 | UTILITY | 041988940 | NATIONAL GRID | PROCESSING CENTER | WOBURN | MA | 01807-0005 |
| NEWHAMP38170520 | UTILITY | 020172119 | NEW HAMPSHIRE ELECTRIC COOPERATIVE | | MANCHESTER | NH | 03108-9612 |
| NEWHAMP69176522 | UTILITY | 020172119 | NEW HAMPSHIRE ELECTRIC | PO BOX 9612 | MANCHESTER | NH | 03108 |
| NEWHANO87203666 | UTILITY | 566000324 | NEW HANOVER COUNTY | PO BOX 580325 | CHARLOTTE | NC | 28258-03325 |
| NICOGAS13681548 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS18309984 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS21356163 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS26720040 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS40121740 | UTILITY | 362863847 | NICOR GAS | PO BOX 310 | AURORA | IL | 60507-0310 |
| NICOGAS40121856 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS4310007 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS45554548 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS4960003 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS5033028 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS5033127 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS50333028 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |

| | | | | | |
|---|---|---|---|---|---|
| NICOGAS50333127 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS51122030 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS54618845 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS61793953 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS64310007 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS64310008 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS64855141 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS67543545 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS67544246 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS67544329 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS71773888 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS80793836 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS80955775 | UTILITY | 362863847 | NICOR GAS | PO BOX 310 | AURORA | IL | 60507 |
| NICOGAS87900233 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NICOGAS89392715 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS91612440 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS91612580 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS95943815 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568-0001 |
| NICOGAS98343879 | UTILITY | 362863847 | NICOR GAS | PO BOX 416 | AURORA | IL | 60568 |
| NOLIRUR21039803 | UTILITY | 610294540 | NOLIN RURAL ELECTRIC COOPERATIVE | | ELIZABETHTOWN | KY | 42701-6767 |
| NOLIRUR21039804 | UTILITY | 610294540 | NOLIN RURAL ELECTRIC COOPERATIVE | | LIZABETHTOWN | KY | 42701-6767 |
| NORTENE11561420 | UTILITY | 460172280 | NORTHWESTERN ENERGY | | BUTTE | MT | 59707 |
| NORTENE12805248 | UTILITY | 460172280 | NORTHWESTERN ENERGY | PO BOX 1338 | BUTTE | MT | 59702 |
| NORTENE12893939 | UTILITY | 460172280 | NORTHWESTERN ENERGY | PO BOX 1338 | BUTTE | MT | 59702 |
| NORTENE12915278 | UTILITY | 460172280 | NORTHWESTERN ENERGY | | BUTTE | MT | 59707 |
| NORTENE14289516 | UTILITY | 421479929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104 |
| NORTUTI50209828 | UTILITY | 421479929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104 |
| NORTUTI78930011 | UTILITY | 042687009 | NORTHERN UTILITIES | PO BOX 830015 | BALTIMORE | MD | 21283-0015 |
| NORTUTI83554415 | UTILITY | 042147929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104-2960 |
| NORTUTI85654965 | UTILITY | 042147929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104 |

| NORTUTI185990533 | UTILITY | 042147929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104-2960 |
|---|---|---|---|---|---|---|---|
| NORTUTI190842790 | UTILITY | 042147929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104-2960 |
| NORTUTI190842865 | UTILITY | 042147929 | NORTHEAST UTILITIES | PO BOX 2960 | HARTFORD | CT | 06104-2960 |
| NORTUTI197441666 | UTILITY | 042147929 | NORTHEAST UTILITIES | OPO BOX 2960 | HARTFORD | CT | 06104-2960 |
| NSTAR144388003 | UTILITY | 043501423 | NSTAR ELECTRIC | PO BOX 4508 | WOBURN | MA | 01888 |
| NSTAR741889029 | UTILITY | 043501423 | NSTAR | PO BOX 4508 | WOBURN | MA | 01888-4508 |
| NVPOWER17026715 | UTILITY | 880420104 | NEVADA POWER COMPANY | PO BOX 30086 | RENO | NV | 89520-3086 |
| NVPOWER17026723 | UTILITY | 880420104 | NEVADA POWER COMPANY | PO BOX 30086 | RENO | NV | 89520 |
| NVPOWER19602620 | UTILITY | 880420104 | NEVADA POWER COMPANY | PO BOX 30086 | RENO | NV | 89520-3086 |
| NVPOWER19602638 | UTILITY | 880420104 | NEVADA POWER COMPANY | PO BOX 30086 | RENO | NV | 89520-3086 |
| NVPOWER19632767 | UTILITY | 880420104 | NEVADA POWER COMPANY | PO BOX 30086 | RENO | NV | 89520-3086 |
| NVPOWER19632775 | UTILITY | 880420104 | NEVADA POWER COMPANY | PO BOX 30086 | RENO | NV | 89520-3086 |
| NWNATUR15384274 | UTILITY | 930256722 | NW NATURAL | PO BOX 8905 | PORTLAND | OR | 97255 |
| NYCWBOA21195001 | UTILITY | 133315277 | NYC WATER BOARD | PO BOX 410 | NEW YORK | NY | 10008 |
| OKNATUR09768200 | UTILITY | 731520922 | OKLAHOMA NATURAL GAS | DEPT 1234 | TULSA | OK | 74186-0002 |
| OKNATUR21345005 | UTILITY | 731520922 | OKLAHOMA NATURAL GAS | PO BOX 268826 | OKLAHOMA CITY | OK | 73126-8826 |
| OKNATUR66281016 | UTILITY | 731520922 | OKLAHOMA NATURAL GAS | PO BOX 268826 | OKLAHOMA CITY | OK | 73126-8826 |
| OKNATUR66295017 | UTILITY | 731520922 | OKLAHOMA NATURAL GAS | PO BOX 268826 | OKLAHOMA CITY | OK | 73126-8826 |
| OKNATUR72538001 | UTILITY | 731520922 | OKLAHOMA NATURAL GAS | PO BOX 268826 | OKLAHOMA CITY | OK | 73126-8826 |
| OKNATUR72791995 | UTILITY | 730823390 | OG&E | PO BOX 24990 | OKLAHOMA CITY | OK | 73124-0990 |
| PAAMERI161120521 | UTILITY | 251008096 | PENNSYLVANIA AMERICAN WATER | PO BOX 371412 | PITTSBURGH | PA | 15250 |
| PADUPOW76063701 | UTILITY | 616017160 | PADUCAH POWER SYSTEM | PO BOX 180 | PADUCAH | KY | 42002-0180 |

| | | | | | |
|---|---|---|---|---|---|
| PALMELE15435601 | UTILITY | 5702213355 | PALMETTO ELECTRIC COOPERATIVE | PO BOX 548 | HAMPTON | SC | 29924 |
| PALMELE15435602 | UTILITY | 5702213355 | PALMETTO ELECTRIC COOPERATIVE | PO BOX 548 | HAMPTON | SC | 29924 |
| PALMELE54355603 | UTILITY | 5702213355 | PALMETTO ELECTRIC COOPERATIVE | PO BOX 548 | HAMPTON | SC | 29924 |
| PALMELE54355604 | UTILITY | 5702213355 | PALMETTO ELECTRIC COOPERATIVE | PO BOX 548 | HAMPTON | SC | 29924 |
| PALMELE54355605 | UTILITY | 5702213355 | PALMETTO ELECTRIC COOPERATIVE | | | | |
| PARKLIM09012681 | | 3417552000 | PARKVIEW LTD PART/J CARNEY | 2001 CROCKER RD | CLEVELAND | OH | 44145 |
| PECO5024163930 | UTILITY | 2309702440 | PECO ENERGY | 2301 MARKET ST N3-1 | PHILADELPHIA | PA | 19101-8699 |
| PECOENE02416128 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PECOENE15805549 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PECOENE15805762 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PECOENE41612844 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PECOENE42463087 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PECOENE42466064 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PECOENE57357537 | UTILITY | 2309702440 | PECO ENERGY | PO BOX 13437 | PHILADELPHIA | PA | 19101 |
| PENNPOW36245667 | UTILITY | 2507188810 | PENN POWER | PO BOX 3687 | AKRON | OH | 44309-3687 |
| PENNPOW36246400 | UTILITY | 2507188810 | PENN POWER | PO BOX 3687 | AKRON | OH | 44309-3687 |
| PEOPENE34862869 | UTILITY | 3626427660 | PEOPLES ENERGY | PO BOX 0 | CHICAGO | IL | 60687 |
| PEOPENE44513799 | UTILITY | 3626427660 | PEOPLES ENERGY | PO BOX 0 | CHICAGO | IL | 60690 |
| PEOPENE44513840 | UTILITY | 3626427660 | PEOPLES ENERGY | PO BOX 0 | CHICAGO | IL | 60690-3991 |
| PEPCO30875722663 | UTILITY | 5301278880 | PEPCO | PO BOX 97275 | WASHINGTON | DC | 20090-7275 |
| PEPCO87571679 | UTILITY | 5301278880 | PEPCO | PO BOX 97275 | WASHINGTON | DC | 20090 |
| PGE0120932681 | UTILITY | 9407426440 | PG&E | BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE0790022365 | UTILITY | 9407426440 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899 |
| PGE091801833080 | UTILITY | 9407426440 | PG&E | BOX 997300 | SACREMENTO | CA | 95899-7300 |
| PGE151828383548 | UTILITY | 9407426440 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE279484891336 | UTILITY | 9407426440 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899 |
| PGE286378887337 | UTILITY | 9407426440 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE372511469383 | UTILITY | 9407426440 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE416490981779 | UTILITY | 9407426440 | PG&E | BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE5105583767655 | UTILITY | 9407426440 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE745999854118 | UTILITY | 9407426440 | PG&E | BOX 997300 | SACRAMENTO | CA | 95899-7300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PGE800231477715 | UTILITY | 940742640 | PG&E | BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PGE857164828232 | UTILITY | 940742640 | PG&E | PO BOX 997300 | SACRAMENTO | CA | 95899 |
| PGE900224112236 | UTILITY | 940742640 | PG&E | BOX 997300 | SACRAMENTO | CA | 95899-7300 |
| PIEDNAT92436002 | UTILITY | 560566998 | PIEDMONT NATURAL GAS | PO BOX 70904 | CHARLOTTE | NC | 28272-0904 |
| PIEDNAT92436003 | UTILITY | 560566998 | PIEDMONT NATURAL GAS | PO BOX 70904 | CHARLOTTE | NC | 28272 |
| PIEDNAT92436004 | UTILITY | 560566998 | PIEDMONT NATURAL GAS | PO BOX 70904 | CHARLOTTE | NC | 28272 |
| PIEDNAT93732001 | UTILITY | 560566998 | PIEDMONT NATURAL GAS | PO BOX 70904 | CHARLOTTE | NC | 28272-0904 |
| PLAIMUA07060 | UTILITY | 2234193364 | PLAINFIELD MUA | 127 ROOSEVELT AVE | PLAINFIELD | | |
| PPLELEC07652044 | UTILITY | 2309595905 | PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENNI | ALLENTOWN | PA | 18101-1175 |
| PPLELEC63593037 | UTILITY | 2309595905 | PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENN1 | ALLENTOWN | PA | 18101-1175 |
| PPLELEC70077043 | UTILITY | 2309595905 | PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENN 1 | ALLENTOWN | PA | 18101-1175 |
| PPLELEC83085040 | UTILITY | 2309595905 | PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENNI | ALLENTOWN | PA | 18101 |
| PPLELEC91543036 | UTILITY | 2309595905 | PPL ELECTRIC UTILITIES | 2 NORTH 9TH STREET RPC-GENNI | ALLENTOWN | PA | 18101-1175 |
| PROGENE10459185 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA INC | PO BOX 33199 | ST PETERSBURG | FL | 33733-8199 |
| PROGENE14510480 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA INC | PO BOX 33199 | ST PETERSBURG | FL | 33733 |
| PROGENE19927334 | UTILITY | 5601654655 | PROGRESS ENERGY CAROLINAS INC | PO BOX 2041 | RALEIGH | NC | 27602 |
| PROGENE21883318 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA, INC | PO BOX 33199 | ST PETERSBURG | FL | 33733-8199 |
| PROGENE25859483 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA, INC | PO BOX 33199 | ST PETERSBURG | FL | 33733-8199 |
| PROGENE52893513 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA INC | PO BOX 33199 | ST PETERSBURG | FL | 33733 |
| PROGENE59540001 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA INC | PO BOX 33199 | ST PETERSBURG | FL | 33733-8199 |
| PROGENE62547306 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA INC | PO BOX 33199 | ST PETERSBURG | FL | 33733 |
| PROGENE62791078 | UTILITY | 5902477705 | PROGRESS ENERGY FLORIDA, INC | PO BOX 33199 | ST PETERSBURG | FL | 33733-8199 |