**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., *et al.* | ) | 1-07-11047 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Calyon New York Branch ("Calyon") hereby submits this Notice of Appearance and Demand for Notices and Papers by and through its counsel, Hunton & Williams LLP, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § § 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the following:

| | |
|---|---|
| Benjamin C. Ackerly, Esq. | Peter S. Partee, Esq. |
| Michael G. Wilson, Esq. | Scott Bernstein, Esq. |
| Jason W. Harbour, Esq. | Hunton & Williams LLP |
| Hunton & Williams LLP | 200 Park Avenue, 53rd Floor |
| Riverfront Plaza, East Tower | New York, New York 10166-0136 |
| 951 East Byrd Street | Telephone: (212) 309-1000 |
| Richmond, VA 23219 | Telecopier: (212) 309-1100 |
| Telephone: (804)788-8200 | |
| Telecopier: (804) 788-8218 | |

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Calyon's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Calyon is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Calyon expressly reserves.

Dated: August 6, 2007
      Richmond, Virginia

**HUNTON & WILLIAMS LLP**

/s/ Michael G. Wilson
Benjamin C. Ackerly
Michael G. Wilson (DE No. 4022)
Jason W. Harbour (DE No. 4176)
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804)788-8200
Telecopier: (804) 788-8218

-and-

Peter S. Partee
Scott Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

Counsel to Calyon New York Branch

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 7, 2007, he caused a true and complete copy of the Notice of Appearance and Demand for Notices and Papers to be sent by first class mail, postage prepaid, to the following parties:

                                               /s/ Michael G. Wilson
                                                Michael G. Wilson

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801