IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Joint Administration Pending |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that JPMorgan Chase Bank, N.A. ("JPMC"), by and through the undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>       mcguire@lrclaw.com | Thomas H. Grace, Esquire<br>W. Steven Bryant, Esquire<br>LOCKE LIDDELL & SAPP<br>3400 JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX  77002<br>Telephone: (713) 226-1200<br>Facsimile: (713) 223-3717<br>Email: tgrace@lockeliddell.com<br>       sbryant@lockeliddell.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without  limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

519.005-17422.DOC

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive JPMC's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which JPMC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: August 6, 2007
Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Thomas H. Grace
W. Steven Bryant
LOCKE LIDDELL & SAPP
3400 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

Counsel to JPMorgan Chase Bank, N.A.

519.005-17422.DOC