IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Joint Administration Pending
        Debtors.                                                       :
---------------------------------------------------------------------- x

## NOTICE OF HEARING TO CONSIDER FIRST DAY
## MOTIONS AND RELATED PLEADINGS

**PLEASE TAKE NOTICE** that on August 6, 2007, American Home Mortgage

Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect

affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively,

the "Debtors"),[1] filed in this Court voluntary petitions for relief under chapter 11 of title 11 of the

United States Code, 11 U.S.C. §§ 101, et seq.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the

voluntary petitions, the Debtors have filed the following first day motions and related pleadings

(collectively, the "First Day Pleadings"):

> 1.    Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions
>       and First Day Relief [Docket No. 2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"),
a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a
Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company
(1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great
Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is
538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600
Regent Blvd., Suite 200, Irving, Texas 75063.

2.      Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Code
        Section 302, as Supplemented by Bankruptcy Rule 1015 and Local Rule 1015-1
        [Docket No. 3]

3.      Application for Order Approving Debtors' Retention of EPIQ Bankruptcy
        Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. §
        156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [Docket No. 4]

4.      Motion for an Order Pursuant to Sections 105(a), 345, and 503(b)(1) of the
        Bankruptcy Code (I) Authorizing Debtors to Maintain and Use Existing Bank
        Accounts and Business Forms, (II) Authorizing the Debtors to Maintain and Use
        Existing Cash Management System, (III) Extending the Debtors' Time to Comply
        with Section 345 of the Bankruptcy Code; and (IV) Granting Administrative
        Expense Status to Postpetition Intercompany Claims [Docket No. 14]

5.      Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy
        Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing
        Utility Services, (II) Deeming Utility Companies Adequately Assured of Future
        Performance, and (III) Establishing Procedures for Determining Adequate
        Assurance of Payment [Docket No. 5]

6.      Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition
        Taxes, Including Trust Fund and Personal Liability Taxes, Pursuant to Sections
        105(a), 363 and 507(a) of the Bankruptcy Code [Docket No. 6]

7.      Motion for an Order Pursuant to Sections 363(b) and 105(a) of the Bankruptcy
        Code Authorizing the Debtors to (I) Continue All Insurance Policies and
        Agreements Relating Thereto and (II) Honor Certain Obligations in Respect
        Thereof [Docket No. 7]

8.      Motion for Entry of Order Authorizing Debtors to Pay Prepetition Obligations of
        Certain Critical Vendors and Service Providers [Docket No. 8]

9.      Motion for an Order (A) Authorizing, but not Directing, the Debtors to (I) Pay
        Certain Pre-Petition Wages, Compensation and Employee Benefits; and (II)
        Continue Payment of Wages, Compensation and Employee Benefits in the
        Ordinary Course of Business; and (B) Authorizing and Directing Applicable
        Banks and Other Financial Institutions to Process and Pay all Checks Presented
        for Payment and to Honor all Transfer Requests Made by the Debtors Relating to
        the Foregoing [Docket No. 9]

10.     Motion for Interim and Final Orders Authorizing Debtors to Implement Non-
        Insider Employee Retention Plan Pursuant to Sections 105, 363, 503 of the
        Bankruptcy Code [Docket No. 10] (Interim Relief Only)

11.    Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364 and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A) Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion [Docket No. 16] (the "Cash Collateral Motion")

12.    Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [Docket No. 17] (the "DIP Financing Motion")

13.    Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 11] (Hearing to Consider Procedures Only)

14.    Emergency Motion of Debtors for: (I) an Order (A) Scheduling a Hearing to Consider the Proposed Sale of Loan Assets and Approving the Form and Manner of Notice Thereof, (B) Establishing Procedures Relating to the Sale and the Sale, Assumption and Assignment of Certain Executory Contracts, License Agreements, and Unexpired Leases, Including Notice of Proposed Cure Amounts, and (C) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale, (B) Authorizing the Sale, Assumption, and Assignment of Certain Executory Contracts, License Agreements, and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 12] (Hearing to Consider Procedures Only)

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Pleadings is scheduled for **August 7, 2007 at 3:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, if you would like to receive copies

of any of the First Day Pleadings referenced above prior to the First Day Hearing, copies may be

obtained from the website of the United States Bankruptcy Court for the District of Delaware,

www.deb.uscourts.gov, or by contacting Debbie Laskin at (302) 571-6600 or dlaskin@ycst.com.

The Cash Collateral Motion and the DIP Financing Motion are being served by overnight mail.

If you would like to receive copies of these motions by email, you may contact Debbie Laskin at

(302) 571-6600 or Dlaskin@ycst.com.


Dated: Wilmington, Delaware
      August 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession