NIXON PEABODY, LLP
Dennis J. Drebsky (DD 4579)
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000

and

John Rosenthal
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Telephone: (415) 984-8319

*Attorneys for Deutsche Bank National Trust Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047-CSS |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Joint Administration Pending |
| Debtors. | : | |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS**

NOW COMES NIXON PEABODY LLP, located at 437 Madison Avenue, New York, New York  10022, who respectfully requests that this Honorable Court take notice that they act as counsel for Deutsche Bank National Trust Company ("DB"), as a creditor and party in interest in the above referenced chapter 11 cases.

Nixon Peabody LLP hereby requests pursuant to Bankruptcy Rule 9010, all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

10678947.1

- 2 -

NIXON PEABODY, LLP
Dennis J. Drebsky (DD 4579)
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
ddrebsky@nixonpeabody.com

and

John Rosenthal
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8319
jrosenthal@nixonpeabody.com

   This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

   Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or

the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:  New York, New York
       August 6, 2007

    Respectfully Submitted,

    By:  */s/ Lee Harrington*
    NIXON PEABODY, LLP
    Lee Harrington
    Dennis J. Drebsky
    437 Madison Avenue
    New York, NY 10022
    Telephone: (212) 940-3000
    ddrebsky@nixonpeabody.com

    and

    John Rosenthal
    One Embarcadero Center, 18th Floor
    San Francisco, CA  94111-3600
    Telephone: (415) 984-8319
    jrosenthal@nixonpeabody.com

    *Attorneys for Deutsche Bank National Trust Company*