IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :    Joint Administration Pending
                    Debtors.                        :
------------------------------------------------------------x    Re: Docket No. 18

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that ABN AMRO Bank N.V. ("ABN AMRO") hereby enters its appearance by and through its counsel Milbank, Tweed, Hadley & McCloy LLP, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed below at the following addresses and telephone numbers:

>   Eric K. Moser
>   Wilbur F. Foster, Jr.
>   Milbank, Tweed, Hadley & McCloy LLP
>   1 Chase Manhattan Plaza
>   New York, NY 10005-1413
>   Telephone: 212-530-5000
>   Fax: 212-530-5219
>   emoser@milbank.com
>   wfoster@milbank.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether

RLF1-3186289-1

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of ABN AMRO's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which ABN AMRO is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ABN AMRO expressly reserves.

Dated: August 6, 2007
      Wilmington, Delaware

*[signature]*

Mark D. Collins (No. 2981)
John H. Knight (No. 3848
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

RLF1-3186289-1