**CERTIFICATE OF SERVICE**

I, John H. Knight, do hereby certify that on the 6th of August 2007, I caused copies of the foregoing **Motion and Order for Admission *Pro Hac Vice* Pursuant to Local District Court Rule 83.5** to be served via U.S. Mail upon the following parties.

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

John H. Knight (No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

- 3 -