UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11 Cases
                                                    :
AMERICAN HOME MORTGAGE                              :    Case Nos. 07-11047 (CSS)
HOLDINGS, INC., a Delaware Corporation, et al.,     :    through 07-11054 (CSS)
                                                    :
                    Debtors.                        :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Richard S. Miller, Esquire and Robert T. Honeywell, Esquire of Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby give notice of their appearance in this matter as counsel for Barclays Bank PLC and Barclays Capital Inc. (collectively, "Barclays"), creditors and parties in interest hereine.  Please serve all notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in this case and any related proceeding, including without limitation all such items referred to in Bankruptcy Rules 2002, 2015, and 9007, on Barclays by delivering copies thereof to the undersigned at the following address:

> Richard S. Miller, Esq.
> Robert T. Honeywell, Esq.
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, NY 10022
> (212) 536-3900 (telephone)
> (212) 536-3901 (facsimile)

NY-544178 v1

- 2 -

Respectfully submitted,

Dated: New York, New York
August 6, 2007

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
Richard S. Miller, Esq. (RM-2428)
Robert T. Honeywell (RH-7684)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900 (telephone)
(212) 536-3901 (facsimile)

Counsel for Barclays Bank PLC and
 Barclays Capital Inc.