## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case Nos. 07-11047 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

---------------------------------------------------------- x

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance in the above-captioned chapter 11 cases on behalf of Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse First Boston LLC, Credit Suisse Securities (USA) LLC, Credit Suisse, Cayman Islands Branch, and its affiliates (collectively, "Credit Suisse") pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby demand copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Attention:   Marcia L. Goldstein, Esq.
                           Lori R. Fife, Esq.
                           Ronit J. Berkovich, Esq.
        Telephone:   (212) 310-8000

|  |  |
|---|---|
| Facsimile: | (212) 310-8007 |
| E-mail: | marcia.goldstein@weil.com |
|  | lori.fife@weil.com |
|  | ronit.berkovich@weil.com |

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

|  |  |
|---|---|
| Attention: | Steven K. Kortanek |
| Telephone: | (302) 252-4363 |
| Facsimile: | (302) 661-7728 |
| E-mail: | SKortanek@wcsr.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, or otherwise, which affects the above-captioned debtors or the property of the above-captioned debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Credit Suisse's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Credit Suisse is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: August 6, 2007
       Wilmington, Delaware

                                        __/s/ Steven K. Kortanek_____
Steven K. Kortanek [Del. Bar No. 3106]
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Attention:    Steven K. Kortanek
Telephone:   (302) 252-4363
Facsimile:    (302) 661-7728
E-mail:       SKortanek@wcsr.com

-and-

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Credit Suisse