## CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on August 6, 2007 upon:**

### SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.


____8/6/2007_____        __/s/ Heidi E Sasso_____
Date                          Heidi E. Sasso

Document #: 370
WCSR 3648202v1