IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                      :    Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,             :
                                                            :    Joint Administration Pending
              Debtors.                                      :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 6th day of August, 2007 she caused a copy of the following to be served on the attached list as indicated:

- **Notice of Appearance and Demand for Notices and Papers [Docket No. 18]**
- **Notice of Appearance and Demand for Notices and Papers [Docket No. 23]**

 

Ann Jerominski, RP
Registered Paralegal
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 6th day of August, 2007

Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. expires April 30, 2008

RLF1-3186234-1

**Via Hand Delivery**

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519