IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Joint Administration Pending |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 6th day of August, 2007, he caused a copy of the following:

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS
(Docket No. 15)**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 6th day of August, 2007.

_____
Notary Public
My Commission Expires: Jan. 28, 2010

LISA B. LESSIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 28, 2010

519.005-17439.DOC

**American Home Mortgage Holdings, Inc., et al. Case No. 07-11047 (CSS)**
**2002 Service List**

Mr. Michael Strauss
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
(Debtors)
*First Class Mail*

James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Hand Delivery*

Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Ellen W. Slights, Esq.
Asst. United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801
*Hand Delivery*

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*First Class Mail*

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(Calyon New York Branch)
*First Class Mail*

Peter S. Partee, Esq.
Scott Bernstein, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon New York Branch)
*First Class Mail*

Delaware Secretary of State
Franchise Tax Division
P.O. Box 898-F
Dover, DE 19903
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

519.005-17423.doc

**American Home Mortgage Holdings, Inc., et al. Case No. 07-11047 (CSS)**
**2002 Service List**

Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20020
*First Class Mail*

Securities and Exchange Commission
Attn: Nathan Fuchs
New York Regional Office
233 Broadway
New York, NY 10279
*First Class Mail*

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(ABN AMRO Bank N.V.)
*Hand Delivery*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank N.V.)
*First Class Mail*

519.005-17423.doc