IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :
                                                           : Chapter 11
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et al.,            : Case No. 07-11047 (CSS)
                                                           :
                                                           : (Joint Administration Pending)
                                                           :
                        Debtors.                           :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that, by this notice of appearance ("Notice of Appearance"), the firm listed below hereby appears in the above-captioned cases under chapter 11 of title 11 the United States Code (the "Bankruptcy Code") as counsel for WestLB AG, New York Branch ("WestLB"), pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices given or required to be served in the above-captioned cases, whether written or oral, and all papers served in this cases be given to or served upon:

> McDERMOTT WILL & EMERY LLP
> Counsel for WestLB AG, New York Branch
> Attention: Stephen B. Selbst, Esq.
> 340 Madison Avenue
> New York, New York  10173-1922
> Telephone:  (212) 547-5400
> Facsimile:  (212) 547-5444
> Email:  sselbst@mwe.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions,

NYK 1114575-1.009900.0021

petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of WestLB (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which WestLB is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      August 6, 2007

                Respectfully submitted,

                McDERMOTT WILL & EMERY LLP

                By:/s/ Stephen B. Selbst
                    Stephen B. Selbst (SS-6963)
                    340 Madison Avenue
                    New York, New York  10173-1922
                    Telephone: (212) 547-5400
                    Facsimile: (212) 547-5444

                *Counsel for WestLB AG, New York Branch*

NYK 1114575-1.009900.0021