**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                                        :
                                                              :     Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,     :
INC., a Delaware corporation, et al.,                    :     Case No. 07-11047-CSS
                                                              :
                                                              :     (Joint Administration Pending)
                        Debtors.                          :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109 (b) and Rules 2002, 9007, and 9010 of the Federal Rules of the Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield ("Empire"), demands that all notices, papers, and pleadings including, without limitation, orders, applications, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein, be served upon:

| | |
|---|---|
| Joseph T. Moldovan, Esq. | Louis Benza, Esq. |
| Morrison Cohen LLP | Senior Executive Counsel |
| 909 Third Avenue | Empire Blue Cross Blue Shield |
| New York, New York 10022 | 15 Metro Tech Center South |
| Phone (212) 735-8600 | 6th Floor |
| Fax: (212) 735-8708 | Brooklyn, New York 11201 |
| Email: bankruptcy@morrisoncohen.com | Email: louis.benza@empireblue.com |

#878828 v1 \15243 \003

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Empire's: (i) right to have a final order in non-core matters entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Empire is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
      August 6, 2007

**MORRISON COHEN LLP**
Attorneys for Empire HealthChoice Assurance, Inc.

  */s/ Joseph T. Moldovan*
Joseph T. Moldovan (JM-0232)
Michael R. Dal Lago (MD-8034)
909 Third Avenue
New York, New York 10022
(212) 735-8600

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK  )

      **MARIOLA WIATRAK,** being duly sworn, deposes and says:

      I am employed by the firm of Morrison Cohen LLP, attorneys for Empire HealthChoice Assurance, Inc.  I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

      On August 6, 2007, I served copies of the Notice of Appearance and Demand for Service of Papers, upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

                                                      */s/ Mariola Wiatrak*
                                                      MARIOLA WIATRAK

Sworn to before me this
6th day of August 2007

   */s/*
NOTARY PUBLIC

#878828 v1 \15243 \003

3

**SERVICE LIST**

Joel A. Waite, Esq.
Matthew Barry Lunn, Esq.
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801


Fred Neufeld, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

#878828 v1 \15243 \003