# **EXHIBIT 7**

State of Maryland
# Department of
## Assessments and Taxation

Charter Division



Martin O'Malley
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*

Date: 03/02/2007



First Corporate  155 S. Bradford St, Ste.
s o l u t i o n s  206, Dover, DE 19904

This letter is to confirm acceptance of the following filing:

FILE NUMBER        : 0000000181298300
TYPE OF REQUEST    : ORIG FIN STMT
DATE FILED         : 03/02/2007
TIME FILED         : 10:56 AM
BASE FEE           : $25.00
EXPEDITED FEE      : $50.00
ACKNOWLEDGEMENT    : 1000361994401069
CUSTOMER ID        : 0001925759
WORK ORDER NUMBER  : 0001368797

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888)246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Toll free in Maryland (888)246-5941*
*MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097*
*Website: www.dat.state.md.us*

0004412759

UACCPT

©COPY

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND AT**

First Corporate    155 S. Bradford St, Ste.
solutions     206, Dover, DE 19904

DE 228805

RECEIVED
DEPARTMENT OF
ASSESSMENTS & TAXATION

2007 MAR -2  A 10: 56

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| American Home Mortgage Acceptance, Inc. | | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 538 Broadhollow Road | Melville | NY | 11747 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL I.D. #, if any | |
|---|---|---|---|---|---|
| | | Corporation | MD | MDD07532476 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL I.D. #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ABN AMRO Bank N.V., as Agent | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 540 West Madison Street | Chicago | IL | 60661 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under (i) all of the Purchased Mortgage Loans with respect to all Transactions; (ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and (iii) all proceeds of the foregoing, which have been assigned and/or sold to the Secured Party/Buyer pursuant to (and as such terms are defined in) that certain Master Repurchase Agreement dated as of February 28, 2007 (as the same may be amended, restated, supplemented or otherwise modified from time to time), among the Debtor/Seller, American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc. and the Secured Party/Buyer, all as more fully described on Exhibit A hereto.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
To be filed in the office of the Maryland Department of Assessments and Taxation.          (three attached pages)

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC-1) (REV. 05/22/02)

EXHIBIT A
to
UCC 1 FINANCING STATEMENT

| DEBTOR/SELLER: | SECURED PARTY/BUYER: |
|---|---|
| American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747 | ABN AMRO Bank N.V., as Agent<br>540 West Madison Street<br>Chicago, Illinois 60661 |

Debtor/Seller is a corporation organized under the laws of the state of Maryland and its organizational identification number is M0D07532476.

## DESCRIPTION OF COLLATERAL

This Financing Statement covers all of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under the following property, regardless of where located:

(i) all of the Purchased Mortgage Loans with respect to all Transactions to which Debtor/Seller is a party;

(ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and

(iii) all proceeds of the foregoing (collectively, "the Purchased Assets").

As used herein the following terms shall have the following definitions:

"Additional Purchased Mortgage Loans" shall have the meaning set forth in the Master Repurchase Agreement.

"Buyer's Account" shall mean that certain collection account in the name of the Secured Party/Buyer held at Deutsche Bank National Trust Company in connection with the Master Repurchase Agreement, or any successor account.

"Collections" shall mean, with respect to any Purchased Asset, all Monthly Payments and all other cash collections (other than in respect of escrows for taxes and insurance premiums payable under the related Mortgage Loan), all prepayments and repayments thereof, all proceeds of sales of such Purchased Asset, all proceeds from the enforcement of such Purchased Asset and all other cash proceeds of such Purchased Asset.

"Custodial Agreement" shall mean the Custodial Agreement dated as of February 28, 2007, among the Debtor/Seller, American Home Mortgage Corp., American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc., as Sellers, the Servicer, Secured Party/Buyer and Custodian providing for the custody of the Purchased Mortgage Loans, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Custodian" shall mean Deutsche Bank National Trust Company in its capacity as custodian under the Custodial Agreement or any successor thereto.

"Loan Documents" shall mean with respect to each Purchased Mortgage Loan, all of the Principal Mortgage Documents and all of the Other Mortgage Documents with respect to such Mortgage Loan.

"Margin Deficit" shall have the meaning set forth in the Master Repurchase Agreement.

"Master Repurchase Agreement" shall mean that certain Master Repurchase Agreement dated as of February 28, 2007 among the Debtor/Seller, American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc. and the Secured Party/Buyer, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Monthly Payment" shall mean with respect to any Mortgage Loan, the scheduled monthly payment of principal and/or interest by the related Mortgagor on such Mortgage Loan.

"Mortgage" shall mean the mortgage, deed of trust or other instrument creating a lien on a fee simple estate in Mortgaged Property securing a Mortgage Note together with any amendments, riders, addendums, modification agreements, extensions or renewals thereof and any new mortgage taken in exchange or substitution therefor in connection with a modification, conversion or refinancing of such mortgage or the related Mortgage Note.

"Mortgage Contract" shall mean a residential construction loan agreement, building loan agreement, loan agreement, construction loan agreement or other financing agreement entered into by the Debtor/Seller and a Mortgagor, evidencing the Debtor/Seller's obligation to provide funding of such Mortgagor's construction project and setting forth, among other things, the terms and provisions related to the repayment of funds extended to the Mortgagor thereunder.

"Mortgage Loan" shall mean, at any time, any fixed rate or floating rate mortgage loan which is secured by a Mortgage on real estate and which is made to a Mortgagor for the construction of a new single family detached residential property pursuant to the related Mortgage Contract, including all amounts owed or to be owed by such Mortgagor with respect to all Mortgagor Advances advanced or to be advanced to such Mortgagor under such Mortgage Contract, and includes (i) such mortgage loan whether in the construction period or in the permanent loan term and (ii) any mortgage loan secured by a Mortgage on such residential property made in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan.

"Mortgage Note" shall mean the original, executed promissory note or other evidence of indebtedness of a Mortgagor under a Mortgage Loan, together with any rider, amendment, addendums, modification agreements, extension or renewal thereof and any original promissory note taken in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan from a construction loan to a permanent mortgage loan or otherwise.

"Mortgaged Property" shall mean the underlying real property subject to a Mortgage (including, without limitation, all buildings, improvements and fixtures thereon and all additions, alterations and replacements made at any time with respect to the foregoing) securing a Mortgage Loan.

"Mortgagor" shall mean the obligor on a Mortgage Note.

"Mortgagor Advance" shall mean, with respect to any Mortgage Loan, a loan or advance made to the Mortgagor under the related Mortgage Contract and evidenced by the related Mortgage Note.

"Other Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Outstanding Principal Balance" shall mean, as of any date of determination with respect to any Mortgage Loan, the unpaid outstanding principal balance of such Mortgage Loan as of such date.

"Principal Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Purchased Mortgage Loans" shall mean, with respect to any Transaction, the Mortgage Loans sold by Debtor/Seller to Secured Party/Buyer in a Transaction under the Master Repurchase Agreement, as adjusted to give effect to include Additional Purchased Mortgage Loans delivered pursuant to the Master Repurchase Agreement and any Purchased Mortgage Loans repurchased by the Debtor/Seller or transferred to the Debtor/Seller. The term

"Purchased Mortgage Loans" shall refer to all Purchased Mortgage Loans under all Transactions. "Purchased Mortgage Loan" shall include (i) the entire Outstanding Principal Balance of each Mortgage Loan, regardless of whether the Secured Party/Buyer has advanced against all Mortgagor Advances with respect to such Mortgage Loan, and (ii) all rights (but not the obligations unless Secured Party/Buyer exercises certain rights with respect to such obligations under the Master Repurchase Agreement) to make future Mortgagor Advances under the Mortgage Contract related to such Mortgage Loan.

"Related Security" shall mean, with respect to any Purchased Mortgage Loan, all of the Debtor/Seller's right, title and interest in and to: (i) the Mortgaged Property; (ii) all other security interests or liens securing the repayment of such Purchased Mortgage Loan, together with the related Mortgages, assignments and financing statements; (iii) all insurance contracts, guaranties, contracts, supporting obligations and other contracts supporting the repayment of such Purchased Mortgage Loan; (iv) all Loan Documents relating to such Purchased Mortgage Loans; (v) all Collections with respect thereto; (vi) all servicing and custodial rights with respect thereto; (vii) all recourse rights against the originators or sellers thereof; (viii) the Buyer's Account; (ix) all Takeout Commitments (as such term is defined in the Master Repurchase Agreement), to the extent there are such commitments; and (x) all proceeds of such Purchased Mortgage Loan or of the foregoing property described in clauses (i) through (ix) above.

"Servicer" shall mean American Home Mortgage Servicing, Inc. in its capacity as servicer of the Purchased Mortgage Loans, or any successor thereto.

"Transaction" has the meaning set forth in Paragraph 1 of the Master Repurchase Agreement but shall include, as the context may require, (i) each transfer of Mortgage Loans to Secured Party/Buyer against the transfer of funds by Secured Party/Buyer or on account of a Margin Deficit, (ii) each transfer of Mortgage Loans to Secured Party/Buyer in connection with any repurchase, withdrawal or substitution of Mortgage Loans, and (iii) any portion of any Transaction remaining outstanding after giving effect to any repurchase, withdrawal or substitution of Mortgage Loans under the Master Repurchase Agreement.

State of Maryland
**Department of
Assessments and Taxation**

Charter Division



Martin O'Malley
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*

Date: 03/02/2007



First Corporate    155 S. Bradford St, Ste.
solutions        206, Dover, DE 19904

This letter is to confirm acceptance of the following filing:

FILE NUMBER        : 0000000181298299
TYPE OF REQUEST    : ORIG FIN STMT
DATE FILED         : 03/02/2007
TIME FILED         : 10:56 AM
BASE FEE           : $25.00
EXPEDITED FEE      : $50.00
ACKNOWLEDGEMENT    : 1000361994401010
CUSTOMER ID        : 0001925759
WORK ORDER NUMBER  : 0001368797

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888)246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395
Toll free in Maryland (888)246-5941
MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097
Website: www.dat.state.md.us*

0004412752

UACCPT

**©COPY**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND AC...**

First Corporate
s o l u t i o n s    155 S. Bradford St, Ste.
206, Dover, DE 19904

DE 228805

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

RECEIVED
DEPARTMENT OF
ASSESSMENTS & TAXATION
2007 MAR -2  A 10: 56

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| American Home Mortgage Investment Corp. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 538 Broadhollow Road | Melville | NY | 11747 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL I.D. #, if any | |
|---|---|---|---|---|---|
| | | Corporation | MD | MDD07489786 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL I.D. #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ABN AMRO Bank N.V., as Agent | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 540 West Madison Street | Chicago | IL | 60661 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under (i) all of the Purchased Mortgage Loans with respect to all Transactions; (ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and (iii) all proceeds of the foregoing, which have been assigned and/or sold to the Secured Party/Buyer pursuant to (and as such terms are defined in) that certain Master Repurchase Agreement dated as of February 28, 2007 (as the same may be amended, restated, supplemented or otherwise modified from time to time), among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and the Secured Party/Buyer, all as more fully described on Exhibit A hereto.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
To be filed in the office of the Maryland Department of Assessments and Taxation.    (three attached pages)

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC-1) (REV. 06/22/02)

EXHIBIT A
to
UCC 1 FINANCING STATEMENT

| DEBTOR/SELLER: | SECURED PARTY/BUYER: |
|---|---|
| American Home Mortgage Investment Corp.<br>538 Broadhollow Road<br>Melville, New York 11747 | ABN AMRO Bank N.V., as Agent<br>540 West Madison Street<br>Chicago, Illinois 60661 |

Debtor/Seller is a corporation organized under the laws of the state of Maryland and its organizational identification number is MDD07469786.

## DESCRIPTION OF COLLATERAL

This Financing Statement covers all of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under the following property, regardless of where located:

(i) all of the Purchased Mortgage Loans with respect to all Transactions to which Debtor/Seller is a party;

(ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and

(iii) all proceeds of the foregoing (collectively, "the Purchased Assets").

As used herein the following terms shall have the following definitions:

"Additional Purchased Mortgage Loans" shall have the meaning set forth in the Master Repurchase Agreement.

"Buyer's Account" shall mean that certain collection account in the name of the Secured Party/Buyer held at Deutsche Bank National Trust Company in connection with the Master Repurchase Agreement, or any successor account.

"Collections" shall mean, with respect to any Purchased Asset, all Monthly Payments and all other cash collections (other than in respect of escrows for taxes and insurance premiums payable under the related Mortgage Loan), all prepayments and repayments thereof, all proceeds of sales of such Purchased Asset, all proceeds from the enforcement of such Purchased Asset and all other cash proceeds of such Purchased Asset.

"Custodial Agreement" shall mean the Custodial Agreement dated as of February 28, 2007, among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc., as Sellers, the Servicer, Secured Party/Buyer and Custodian providing for the custody of the Purchased Mortgage Loans, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Custodian" shall mean Deutsche Bank National Trust Company in its capacity as custodian under the Custodial Agreement or any successor thereto.

"Loan Documents" shall mean with respect to each Purchased Mortgage Loan, all of the Principal Mortgage Documents and all of the Other Mortgage Documents with respect to such Mortgage Loan.

"Margin Deficit" shall have the meaning set forth in the Master Repurchase Agreement.

"Master Repurchase Agreement" shall mean that certain Master Repurchase Agreement dated as of February 28, 2007 among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and the Secured Party/Buyer, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Monthly Payment" shall mean with respect to any Mortgage Loan, the scheduled monthly payment of principal and/or interest by the related Mortgagor on such Mortgage Loan.

"Mortgage" shall mean the mortgage, deed of trust or other instrument creating a lien on a fee simple estate in Mortgaged Property securing a Mortgage Note together with any amendments, riders, addendums, modification agreements, extensions or renewals thereof and any new mortgage taken in exchange or substitution therefor in connection with a modification, conversion or refinancing of such mortgage or the related Mortgage Note.

"Mortgage Contract" shall mean a residential construction loan agreement, building loan agreement, loan agreement, construction loan agreement or other financing agreement entered into by the Debtor/Seller and a Mortgagor, evidencing the Debtor/Seller's obligation to provide funding of such Mortgagor's construction project and setting forth, among other things, the terms and provisions related to the repayment of funds extended to the Mortgagor thereunder.

"Mortgage Loan" shall mean, at any time, any fixed rate or floating rate mortgage loan which is secured by a Mortgage on real estate and which is made to a Mortgagor for the construction of a new single family detached residential property pursuant to the related Mortgage Contract, including all amounts owed or to be owed by such Mortgagor with respect to all Mortgagor Advances advanced or to be advanced to such Mortgagor under such Mortgage Contract, and includes (i) such mortgage loan whether in the construction period or in the permanent loan term and (ii) any mortgage loan secured by a Mortgage on such residential property made in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan.

"Mortgage Note" shall mean the original, executed promissory note or other evidence of indebtedness of a Mortgagor under a Mortgage Loan, together with any rider, amendment, addendums, modification agreements, extension or renewal thereof and any original promissory note taken in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan from a construction loan to a permanent mortgage loan or otherwise.

"Mortgaged Property" shall mean the underlying real property subject to a Mortgage (including, without limitation, all buildings, improvements and fixtures thereon and all additions, alterations and replacements made at any time with respect to the foregoing) securing a Mortgage Loan.

"Mortgagor" shall mean the obligor on a Mortgage Note.

"Mortgagor Advance" shall mean, with respect to any Mortgage Loan, a loan or advance made to the Mortgagor under the related Mortgage Contract and evidenced by the related Mortgage Note.

"Other Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Outstanding Principal Balance" shall mean, as of any date of determination with respect to any Mortgage Loan, the unpaid outstanding principal balance of such Mortgage Loan as of such date.

"Principal Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Purchased Mortgage Loans" shall mean, with respect to any Transaction, the Mortgage Loans sold by Debtor/Seller to Secured Party/Buyer in a Transaction under the Master Repurchase Agreement, as adjusted to give effect to include Additional Purchased Mortgage Loans delivered pursuant to the Master Repurchase Agreement and any Purchased Mortgage Loans repurchased by the Debtor/Seller or transferred to the Debtor/Seller. The term "Purchased Mortgage Loans" shall refer to all Purchased Mortgage Loans under all Transactions. "Purchased

Mortgage Loan" shall include (i) the entire Outstanding Principal Balance of each Mortgage Loan, regardless of whether the Secured Party/Buyer has advanced against all Mortgagor Advances with respect to such Mortgage Loan, and (ii) all rights (but not the obligations unless Secured Party/Buyer exercises certain rights with respect to such obligations under the Master Repurchase Agreement) to make future Mortgagor Advances under the Mortgage Contract related to such Mortgage Loan.

"Related Security" shall mean, with respect to any Purchased Mortgage Loan, all of the Debtor/Seller's right, title and interest in and to: (i) the Mortgaged Property; (ii) all other security interests or liens securing the repayment of such Purchased Mortgage Loan, together with the related Mortgages, assignments and financing statements; (iii) all insurance contracts, guaranties, contracts, supporting obligations and other contracts supporting the repayment of such Purchased Mortgage Loan; (iv) all Loan Documents relating to such Purchased Mortgage Loans; (v) all Collections with respect thereto; (vi) all servicing and custodial rights with respect thereto; (vii) all recourse rights against the originators or sellers thereof; (viii) the Buyer's Account; (ix) all Takeout Commitments (as such term is defined in the Master Repurchase Agreement), to the extent there are such commitments; and (x) all proceeds of such Purchased Mortgage Loan or of the foregoing property described in clauses (i) through (ix) above.

"Servicer" shall mean American Home Mortgage Servicing, Inc. in its capacity as servicer of the Purchased Mortgage Loans, or any successor thereto.

"Transaction" has the meaning set forth in Paragraph 1 of the Master Repurchase Agreement but shall include, as the context may require, (i) each transfer of Mortgage Loans to Secured Party/Buyer against the transfer of funds by Secured Party/Buyer or on account of a Margin Deficit, (ii) each transfer of Mortgage Loans to Secured Party/Buyer in connection with any repurchase, withdrawal or substitution of Mortgage Loans, and (iii) any portion of any Transaction remaining outstanding after giving effect to any repurchase, withdrawal or substitution of Mortgage Loans under the Master Repurchase Agreement.

State of Maryland
**Department of**
**Assessments and Taxation**

Charter Division



Martin O'Malley
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*

Date: 03/02/2007



First Corporate    155 S. Bradford St, Ste.
s o l u t i o n s    206, Dover, DE 19904

This letter is to confirm acceptance of the following filing:

```
FILE NUMBER         : 0000000181298298
TYPE OF REQUEST     : ORIG FIN STMT
DATE FILED          : 03/02/2007
TIME FILED          : 10:56 AM
BASE FEE            : $25.00
EXPEDITED FEE       : $50.00
ACKNOWLEDGEMENT     : 1000361994400996
CUSTOMER ID         : 0001925759
WORK ORDER NUMBER   : 0001368797
```

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888)246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Toll free in Maryland (888)246-5941*
*MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097*
*Website: www.dat.state.md.us*

0004412750

UACCPT

# ⒼCOPY

RECEIVED
DEPARTMENT OF
ASSESSMENTS & TAXATION
2007 MAR -2 A 10: 56

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

First Corporate
Solutions      155 S. Bradford St, Ste.
               206, Dover, DE 19904

DE 228805

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME American Home Mortgage Servicing, Inc. | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 538 Broadhollow Road | CITY Melville | STATE NY  POSTAL CODE 11747 | COUNTRY USA |

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION MD | 1g. ORGANIZATIONAL I.D. #, if any MDD00186247 ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL I.D. #, if any ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME ABN AMRO Bank N.V., as Agent | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 540 West Madison Street | CITY Chicago | STATE IL  POSTAL CODE 60661 | COUNTRY USA |

4. The FINANCING STATEMENT covers the following collateral:
All of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under (I) all of the Purchased Mortgage Loans with respect to all Transactions; (II) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and (III) all proceeds of the foregoing, which have been assigned and/or sold to the Secured Party/Buyer pursuant to (and as such terms are defined in) that certain Master Repurchase Agreement dated as of February 28, 2007 (as the same may be amended, restated, supplemented or otherwise modified from time to time), among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp. and the Secured Party/Buyer, all as more fully described on Exhibit A hereto.

5. ALTERNATIVE DESIGNATION (if applicable) ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
To be filed in the office of the Maryland Department of Assessments and Taxation.        (three attached pages)

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC-1) (REV. 05/22/02)

EXHIBIT A
to
UCC 1 FINANCING STATEMENT

| DEBTOR/SELLER: | SECURED PARTY/BUYER: |
|---|---|
| American Home Mortgage Servicing, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747 | ABN AMRO Bank N.V., as Agent<br>540 West Madison Street<br>Chicago, Illinois 60661 |

Debtor/Seller is a corporation organized under the laws of the state of Maryland and its organizational identification number is MDD00186247.

### DESCRIPTION OF COLLATERAL

This Financing Statement covers all of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under the following property, regardless of where located:

(i) all of the Purchased Mortgage Loans with respect to all Transactions to which Debtor/Seller is a party;

(ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and

(iii) all proceeds of the foregoing (collectively, "the Purchased Assets").

As used herein the following terms shall have the following definitions:

"Additional Purchased Mortgage Loans" shall have the meaning set forth in the Master Repurchase Agreement.

"Buyer's Account" shall mean that certain collection account in the name of the Secured Party/Buyer held at Deutsche Bank National Trust Company in connection with the Master Repurchase Agreement, or any successor account.

"Collections" shall mean, with respect to any Purchased Asset, all Montly Payments and all other cash collections (other than in respect of escrows for taxes and insurance premiums payable under the related Mortgage Loan), all prepayments and repayments thereof, all proceeds of sales of such Purchased Asset, all proceeds from the enforcement of such Purchased Asset and all other cash proceeds of such Purchased Asset.

"Custodial Agreement" shall mean the Custodial Agreement dated as of February 28, 2007, among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp. and American Home Mortgage Investment Corp., as Sellers, the Servicer, Secured Party/Buyer and Custodian providing for the custody of the Purchased Mortgage Loans, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Custodian" shall mean Deutsche Bank National Trust Company in its capacity as custodian under the Custodial Agreement or any successor thereto.

"Loan Documents" shall mean with respect to each Purchased Mortgage Loan, all of the Principal Mortgage Documents and all of the Other Mortgage Documents with respect to such Mortgage Loan.

"Margin Deficit" shall have the meaning set forth in the Master Repurchase Agreement.

"Master Repurchase Agreement" shall mean that certain Master Repurchase Agreement dated as of February 28, 2007 among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp. and the Secured Party/Buyer, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Monthly Payment" shall mean with respect to any Mortgage Loan, the scheduled monthly payment of principal and/or interest by the related Mortgagor on such Mortgage Loan.

"Mortgage" shall mean the mortgage, deed of trust or other instrument creating a lien on a fee simple estate in Mortgaged Property securing a Mortgage Note together with any amendments, riders, addendums, modification agreements, extensions or renewals thereof and any new mortgage taken in exchange or substitution therefor in connection with a modification, conversion or refinancing of such mortgage or the related Mortgage Note.

"Mortgage Contract" shall mean a residential construction loan agreement, building loan agreement, loan agreement, construction loan agreement or other financing agreement entered into by the Debtor/Seller and a Mortgagor, evidencing the Debtor/Seller's obligation to provide funding of such Mortgagor's construction project and setting forth, among other things, the terms and provisions related to the repayment of funds extended to the Mortgagor thereunder.

"Mortgage Loan" shall mean, at any time, any fixed rate or floating rate mortgage loan which is secured by a Mortgage on real estate and which is made to a Mortgagor for the construction of a new single family detached residential property pursuant to the related Mortgage Contract, including all amounts owed or to be owed by such Mortgagor with respect to all Mortgagor Advances advanced or to be advanced to such Mortgagor under such Mortgage Contract, and includes (i) such mortgage loan whether in the construction period or in the permanent loan term and (ii) any mortgage loan secured by a Mortgage on such residential property made in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan.

"Mortgage Note" shall mean the original, executed promissory note or other evidence of indebtedness of a Mortgagor under a Mortgage Loan, together with any rider, amendment, addendums, modification agreements, extension or renewal thereof and any original promissory note taken in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan from a construction loan to a permanent mortgage loan or otherwise.

"Mortgaged Property" shall mean the underlying real property subject to a Mortgage (including, without limitation, all buildings, improvements and fixtures thereon and all additions, alterations and replacements made at any time with respect to the foregoing) securing a Mortgage Loan.

"Mortgagor" shall mean the obligor on a Mortgage Note.

"Mortgagor Advance" shall mean, with respect to any Mortgage Loan, a loan or advance made to the Mortgagor under the related Mortgage Contract and evidenced by the related Mortgage Note.

"Other Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Outstanding Principal Balance" shall mean, as of any date of determination with respect to any Mortgage Loan, the unpaid outstanding principal balance of such Mortgage Loan as of such date.

"Principal Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Purchased Mortgage Loans" shall mean, with respect to any Transaction, the Mortgage Loans sold by Debtor/Seller to Secured Party/Buyer in a Transaction under the Master Repurchase Agreement, as adjusted to give effect to include Additional Purchased Mortgage Loans delivered pursuant to the Master Repurchase Agreement and any Purchased Mortgage Loans repurchased by the Debtor/Seller or transferred to the Debtor/Seller.  The term "Purchased Mortgage Loans" shall refer to all Purchased Mortgage Loans under all Transactions.  "Purchased

Mortgage Loan" shall include (i) the entire Outstanding Principal Balance of each Mortgage Loan, regardless of whether the Secured Party/Buyer has advanced against all Mortgagor Advances with respect to such Mortgage Loan, and (ii) all rights (but not the obligations unless Secured Party/Buyer exercises certain rights with respect to such obligations under the Master Repurchase Agreement) to make future Mortgagor Advances under the Mortgage Contract related to such Mortgage Loan.

"Related Security" shall mean, with respect to any Purchased Mortgage Loan, all of the Debtor/Seller's right, title and interest in and to: (i) the Mortgaged Property; (ii) all other security interests or liens securing the repayment of such Purchased Mortgage Loan, together with the related Mortgages, assignments and financing statements; (iii) all insurance contracts, guaranties, contracts, supporting obligations and other contracts supporting the repayment of such Purchased Mortgage Loan; (iv) all Loan Documents relating to such Purchased Mortgage Loans; (v) all Collections with respect thereto; (vi) all servicing and custodial rights with respect thereto; (vii) all recourse rights against the originators or sellers thereof; (viii) the Buyer's Account; (ix) all Takeout Commitments (as such term is defined in the Master Repurchase Agreement), to the extent there are such commitments; and (x) all proceeds of such Purchased Mortgage Loan or of the foregoing property described in clauses (i) through (ix) above.

"Servicer" shall mean American Home Mortgage Servicing, Inc. in its capacity as servicer of the Purchased Mortgage Loans, or any successor thereto.

"Transaction" has the meaning set forth in Paragraph 1 of the Master Repurchase Agreement but shall include, as the context may require, (i) each transfer of Mortgage Loans to Secured Party/Buyer against the transfer of funds by Secured Party/Buyer or on account of a Margin Deficit, (ii) each transfer of Mortgage Loans to Secured Party/Buyer in connection with any repurchase, withdrawal or substitution of Mortgage Loans, and (iii) any portion of any Transaction remaining outstanding after giving effect to any repurchase, withdrawal or substitution of Mortgage Loans under the Master Repurchase Agreement.

**206930**          2007 MAR -2  PM 12: 10

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

First Corporate
solutions
155 S. Bradford St., Ste.
205, Dover, DE 19904

DE 225806

**DRAWDOWN**
**DELANEY #30**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| American Home Mortgage Corp. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 538 Broadhollow Road | Melville | NY | 11747 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | NY | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ABN AMRO Bank N.V., as Agent | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 540 West Madison Street | Chicago | IL | 60661 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under (i) all of the Purchased Mortgage Loans with respect to all Transactions; (ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and (iii) all proceeds of the foregoing, which have been assigned and/or sold to the Secured Party/Buyer pursuant to (and as such terms are defined in) that certain Master Repurchase Agreement dated as of February 28, 2007 (as the same may be amended, restated, supplemented or otherwise modified from time to time), among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc. and the Secured Party/Buyer, all as more fully described on Exhibit A hereto.

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
To be filed in the office of the New York Department of State.          (three attached pages)

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC-1) (REV. 05/22/02)

**FILING NUMBER: 200703020169189**

EXHIBIT A

to

UCC 1 FINANCING STATEMENT

| DEBTOR/SELLER: | SECURED PARTY/BUYER: |
|---|---|
| American Home Mortgage Corp.<br>538 Broadhollow Road<br>Melville, New York  11747 | ABN AMRO Bank N.V., as Agent<br>540 West Madison Street<br>Chicago, Illinois  60661 |

Debtor/Seller is a corporation organized under the laws of the state of New York.

## DESCRIPTION OF COLLATERAL

This Financing Statement covers all of the Debtor/Seller's now existing or hereafter acquired or arising right, title and interest in, to and under the following property, regardless of where located:

(i) all of the Purchased Mortgage Loans with respect to all Transactions to which Debtor/Seller is a party;

(ii) all Mortgage Notes, Mortgages and Related Security related to such Purchased Mortgage Loans; and

(iii) all proceeds of the foregoing (collectively, "the Purchased Assets").

As used herein the following terms shall have the following definitions:

"Additional Purchased Mortgage Loans" shall have the meaning set forth in the Master Repurchase Agreement.

"Buyer's Account" shall mean that certain collection account in the name of the Secured Party/Buyer held at Deutsche Bank National Trust Company in connection with the Master Repurchase Agreement, or any successor account.

"Collections" shall mean, with respect to any Purchased Asset, all Monthly Payments and all other cash collections (other than in respect of escrows for taxes and insurance premiums payable under the related Mortgage Loan), all prepayments and repayments thereof, all proceeds of sales of such Purchased Asset, all proceeds from the enforcement of such Purchased Asset and all other cash proceeds of such Purchased Asset.

"Custodial Agreement" shall mean the Custodial Agreement dated as of February 28, 2007, among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc., as Sellers, the Servicer, Secured Party/Buyer and Custodian providing for the custody of the Purchased Mortgage Loans, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Custodian" shall mean Deutsche Bank National Trust Company in its capacity as custodian under the Custodial Agreement or any successor thereto.

"Loan Documents" shall mean with respect to each Purchased Mortgage Loan, all of the Principal Mortgage Documents and all of the Other Mortgage Documents with respect to such Mortgage Loan.

"Margin Deficit" shall have the meaning set forth in the Master Repurchase Agreement.

"Master Repurchase Agreement" shall mean that certain Master Repurchase Agreement dated as of February 28, 2007 among the Debtor/Seller, American Home Mortgage Acceptance, Inc., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc. and the Secured Party/Buyer, as the same may be amended, restated, supplemented or otherwise modified from time to time.

"Monthly Payment" shall mean with respect to any Mortgage Loan, the scheduled monthly payment of principal and/or interest by the related Mortgagor on such Mortgage Loan.

"Mortgage" shall mean the mortgage, deed of trust or other instrument creating a lien on a fee simple estate in Mortgaged Property securing a Mortgage Note together with any amendments, riders, addendums, modification agreements, extensions or renewals thereof and any new mortgage taken in exchange or substitution therefor in connection with a modification, conversion or refinancing of such mortgage or the related Mortgage Note.

"Mortgage Contract" shall mean a residential construction loan agreement, building loan agreement, loan agreement, construction loan agreement or other financing agreement entered into by the Debtor/Seller and a Mortgagor, evidencing the Debtor/Seller's obligation to provide funding of such Mortgagor's construction project and setting forth, among other things, the terms and provisions related to the repayment of funds extended to the Mortgagor thereunder.

"Mortgage Loan" shall mean, at any time, any fixed rate or floating rate mortgage loan which is secured by a Mortgage on real estate and which is made to a Mortgagor for the construction of a new single family detached residential property pursuant to the related Mortgage Contract, including all amounts owed or to be owed by such Mortgagor with respect to all Mortgagor Advances advanced or to be advanced to such Mortgagor under such Mortgage Contract, and includes (i) such mortgage loan whether in the construction period or in the permanent loan term and (ii) any mortgage loan secured by a Mortgage on such residential property made in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan.

"Mortgage Note" shall mean the original, executed promissory note or other evidence of indebtedness of a Mortgagor under a Mortgage Loan, together with any rider, amendment, addendums, modification agreements, extension or renewal thereof and any original promissory note taken in exchange or substitution therefor and/or in connection with a modification, conversion or refinancing of such Mortgage Loan from a construction loan to a permanent mortgage loan or otherwise.

"Mortgaged Property" shall mean the underlying real property subject to a Mortgage (including, without limitation, all buildings, improvements and fixtures thereon and all additions, alterations and replacements made at any time with respect to the foregoing) securing a Mortgage Loan.

"Mortgagor" shall mean the obligor on a Mortgage Note.

"Mortgagor Advance" shall mean, with respect to any Mortgage Loan, a loan or advance made to the Mortgagor under the related Mortgage Contract and evidenced by the related Mortgage Note.

"Other Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Outstanding Principal Balance" shall mean, as of any date of determination with respect to any Mortgage Loan, the unpaid outstanding principal balance of such Mortgage Loan as of such date.

"Principal Mortgage Documents" shall have the meaning assigned to such term in the Custodial Agreement.

"Purchased Mortgage Loans" shall mean, with respect to any Transaction, the Mortgage Loans sold by Debtor/Seller to Secured Party/Buyer in a Transaction under the Master Repurchase Agreement, as adjusted to give effect to include Additional Purchased Mortgage Loans delivered pursuant to the Master Repurchase Agreement and any Purchased Mortgage Loans repurchased by the Debtor/Seller or transferred to the Debtor/Seller. The term "Purchased Mortgage Loans" shall refer to all Purchased Mortgage Loans under all Transactions. "Purchased

Mortgage Loan" shall include (i) the entire Outstanding Principal Balance of each Mortgage Loan, regardless of whether the Secured Party/Buyer has advanced against all Mortgagor Advances with respect to such Mortgage Loan, and (ii) all rights (but not the obligations unless Secured Party/Buyer exercises certain rights with respect to such obligations under the Master Repurchase Agreement) to make future Mortgagor Advances under the Mortgage Contract related to such Mortgage Loan.

"Related Security" shall mean, with respect to any Purchased Mortgage Loan, all of the Debtor/Seller's right, title and interest in and to: (i) the Mortgaged Property; (ii) all other security interests or liens securing the repayment of such Purchased Mortgage Loan, together with the related Mortgages, assignments and financing statements; (iii) all insurance contracts, guaranties, contracts, supporting obligations and other contracts supporting the repayment of such Purchased Mortgage Loan; (iv) all Loan Documents relating to such Purchased Mortgage Loans; (v) all Collections with respect thereto; (vi) all servicing and custodial rights with respect thereto; (vii) all recourse rights against the originators or sellers thereof; (viii) the Buyer's Account; (ix) all Takeout Commitments (as such term is defined in the Master Repurchase Agreement), to the extent there are such commitments; and (x) all proceeds of such Purchased Mortgage Loan or of the foregoing property described in clauses (i) through (ix) above.

"Servicer" shall mean American Home Mortgage Servicing, Inc. in its capacity as servicer of the Purchased Mortgage Loans, or any successor thereto.

"Transaction" has the meaning set forth in Paragraph 1 of the Master Repurchase Agreement but shall include, as the context may require, (i) each transfer of Mortgage Loans to Secured Party/Buyer against the transfer of funds by Secured Party/Buyer or on account of a Margin Deficit, (ii) each transfer of Mortgage Loans to Secured Party/Buyer in connection with any repurchase, withdrawal or substitution of Mortgage Loans, and (iii) any portion of any Transaction remaining outstanding after giving effect to any repurchase, withdrawal or substitution of Mortgage Loans under the Master Repurchase Agreement.