# **EXHIBIT 8**

ABN AMRO BANK N.V.
540 West Madison Street
Chicago, Illinois 60661


August 1, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York  11747
Attention:  General Counsel
Facsimile:  (800) 209-7276
Telephone Confirmation:  (516) 396-7703

Re: Notice of Event of Default

Ladies and Gentlemen:

1.  Reference is made to:  (i) that certain Master Repurchase Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "Repurchase Agreement"), by and among AMERICAN HOME MORTGAGE CORP. ("AHM"), AMERICAN HOME MORTGAGE SERVICING, INC. ("AHM Servicing"), AMERICAN HOME MORTGAGE ACCEPTANCE, INC. ("AHMA"), AMERICAN HOME MORTGAGE INVESTMENT CORP. ("AHMIC" and together with AHM, AHM Servicing, and AHMA, each, a "Seller", and collectively, the "Sellers"), AHM Servicing, in its capacity as Servicer, and ABN AMRO BANK N.V. ("ABN AMRO"), in its capacity as Agent for the Purchasers, as Buyer (the "Agent") and (ii) that certain Letter Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "Letter Agreement, and together with the Repurchase Agreement, the "Repurchase Documents"), by and among the Sellers, AHM Servicing, in its capacity as Servicer, the entities party thereto as Conduit Purchasers, the entities party thereto as Committed Purchasers, the entities party thereto as Group Agents, and ABN AMRO, as the Agent.  Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Documents.

2.  The Agent, at the direction of the Required Group Agents hereby notifies the Sellers that certain Events of Default have occurred, including but not limited to those pursuant to Paragraphs 11(a)(v)(a), (b), and (d), (vi) and (xviii) of the Repurchase Agreement.

3.  Pursuant to Paragraph 11 of the Repurchase Agreement, the Agent, on behalf of the Purchasers, hereby declares that the Termination Date and the Repurchase Date for each Transaction under the Repurchase Agreement shall immediately occur.  Furthermore, the Agent hereby gives notice to the Sellers that (i) each applicable Seller's obligation to make any future Mortgagor Advances under the related Mortgage Contracts with respect to the Mortgage Loans

1

is terminated, (ii) Agent shall have the right (but not the obligation) to make any future Mortgagor Advances under the related Mortgage Contracts with respect to the Mortgage Loans and (iii) in connection with any sale of any Mortgage Loan, all rights and obligations of the related Seller, with respect to such Mortgage Loan shall be sold with such Mortgage Loan (including, without limitation, the right to fund Mortgagor Advances and all rights and obligations under the Mortgage Contracts).

4.  The exercise of the foregoing rights and powers shall not preclude the exercise of any other right or remedy available to the Agent, the Purchasers, or the Group Agents, now or hereafter existing under the Repurchase Agreement, the Letter Agreement and the other Transaction Documents, at law, or in equity or otherwise.

5.  This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

ABN AMRO BANK N.V.,
as Agent

By:_____
Name:   **David W. Stack**
Title:   **Senior Vice President**

By:_____
Name:   William J. Fitzgerald
Title:   Group Senior Vice President

2

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:


ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group

By: _____
Name:    **David W. Stack**
Title:    **Senior Vice President**

By: __WILLIAM J. FITZGERALD__
Name:  William J. Fitzgerald
Title:  Group Senior Vice President


AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By: _____
Name:
Title:

3

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:

ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group

By:_____
Name:
Title:

By:_____
Name:
Title:

AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By:_____
Name:    Frank B. Bilotta
Title:    President

3

ACKNOWLEDGMENT OF RECEIPT:

AMERICAN HOME MORTGAGE CORP.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE SERVICING, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE ACCEPTANCE, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE INVESTMENT CORP.


By:_____
Name:
Title:

Date:

ABN AMRO BANK N.V.
540 West Madison Street
Chicago, Illinois 60661

August 1, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York  11747
Attention:  General Counsel
Facsimile:  (800) 209-7276
Telephone Confirmation:  (516) 396-7703

Re: Notice of Event of Default

Ladies and Gentlemen:

1.      Reference is made to:  (i) that certain Master Repurchase Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "Repurchase Agreement"), by and among AMERICAN HOME MORTGAGE CORP. ("AHM"), AMERICAN HOME MORTGAGE SERVICING, INC. ("AHM Servicing"), AMERICAN HOME MORTGAGE ACCEPTANCE, INC. ("AHMA"), AMERICAN HOME MORTGAGE INVESTMENT CORP. ("AHMIC" and together with AHM, AHM Servicing, and AHMA, each, a "Seller", and collectively, the "Sellers"), AHM Servicing, in its capacity as Servicer, and ABN AMRO BANK N.V. ("ABN AMRO"), in its capacity as "Agent" for the "Purchasers", as "Buyer" (the "Agent"); and (ii) that certain Letter Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "Letter Agreement", and together with the Repurchase Agreement, the "Repurchase Documents"), by and among the Sellers, AHM Servicing, in its capacity as Servicer, the entities party thereto as Conduit Purchasers, the entities party thereto as Committed Purchasers, the entities party thereto as Group Agents, and ABN AMRO, as the Agent.  Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Documents.

2.      The Agent, at the direction of the Required Group Agents hereby notifies the Servicer and the Sellers that certain Events of Default have occurred, including but not limited to those pursuant to Paragraphs 11(a)(v)(a), (b) and (d), (vi), and (xviii) of the Repurchase Agreement.

3.      Pursuant to Paragraph 11 of the Repurchase Agreement, the Agent, on behalf of the Purchasers, hereby declares that the Termination Date and the Repurchase Date for each Transaction under the Repurchase Agreement has occurred and shall be the date hereof.

1

4.      Pursuant to Paragraph 13 of the Letter Agreement, the Agent, on behalf of the Purchasers, hereby designates American Home Mortgage Servicing, Inc. to perform the duties and the obligations of the Servicer pursuant to the terms of the Letter Agreement, for a period that shall expire thirty (30) days after the date hereof, at which time such designation shall terminate without further notice. Pursuant to Paragraph 13 of the Letter Agreement, Agent hereby reserves its right to designate any Person to succeed American Home Mortgage Servicing, Inc. as the Servicer during such 30-day period.

5.      Pursuant to Paragraph 11 of the Repurchase Agreement and Paragraph 13(c) of the Letter Agreement, the Agent hereby requests that the Sellers and AHM Servicing at their own expense:  (i) notify each Mortgagor of the Lien on the Purchased Assets and direct that payments be made directly to the Agent, or a designee to be named by Agent; (ii) assemble all of the documents, instruments and other records (including, without limitation, computer tapes and disks) that evidence or relate to the Purchased Mortgage Loans and Collections and Purchased Assets, or that are otherwise necessary or desirable to collect the Purchased Assets, monitor the compliance with the Mortgage Contracts and perform the obligations of the Seller under the Mortgage Contracts, including, but not limited to, all documents related to the contractor or builder and any construction inspector, and shall make the same available to the Agent, or a designee to be named by Agent, at a place to be selected by the Agent or its designee; and (iii) segregate all cash, checks and other instruments received by it from time to time constituting Collections in a manner reasonably acceptable to the Agent and, promptly upon receipt, remit all such cash, checks and instruments, duly endorsed or with duly executed instruments of transfer, to the Agent or a designee to be named by Agent.

6.      The exercise of the foregoing rights and powers shall not preclude the exercise of any other right or remedy available to the Agent, the Purchasers, the Group Agents or the Custodian, now or hereafter existing under the Repurchase Agreement, the Letter Agreement and the other Transaction Documents, at law, or in equity or otherwise.

7.      This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

ABN AMRO BANK, N.V.,
as Agent

By: _____
Name:    David W. Stack
Title:    Senior Vice President

By: _____
Name:  William J. Fitzgerald
Title:   Group Senior Vice President

2

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:


ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group

By:_____

Name:    **David W. Stack**
Title:    **Senior Vice President**


By:___WILLIAM J. FITZGERALD___
Name:  William J. Fitzgerald
Title:  Group Senior Vice President


AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group


By:_____
Name:
Title:

3

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:


ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group


By:_____
Name:
Title:


By:_____
Name:
Title:


AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By:_____
Name:    Frank B. Bilotta
Title:    President

3

ACKNOWLEDGMENT OF RECEIPT:

AMERICAN HOME MORTGAGE CORP.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE SERVICING, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE ACCEPTANCE, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE INVESTMENT CORP.


By:_____
Name:
Title:

Date:

ABN AMRO BANK N.V.
540 West Madison Street
Chicago, Illinois 60661

August 1, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
538 Broadhollow Road
Melville, New York  11747
Attention:  General Counsel
Facsimile:  (800) 209-7276
Telephone Confirmation:  (516) 396-7703

Re: <u>Notice of Event of Default</u>

Ladies and Gentlemen:

1.      Reference is made to:  (i) that certain Master Repurchase Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "<u>Repurchase Agreement</u>"), by and among AMERICAN HOME MORTGAGE CORP. ("<u>AHM</u>"), AMERICAN HOME MORTGAGE SERVICING, INC. ("<u>AHM Servicing</u>"), AMERICAN HOME MORTGAGE ACCEPTANCE, INC. ("<u>AHMA</u>"), AMERICAN HOME MORTGAGE INVESTMENT CORP. ("<u>AHMIC</u>" and together with AHM, AHM Servicing, and AHMA, each, a "<u>Seller</u>", and collectively, the "<u>Sellers</u>"), AHM Servicing, in its capacity as Servicer, and ABN AMRO BANK N.V. ("<u>ABN AMRO</u>"), in its capacity as "Agent" for the "Purchasers", as "Buyer" (the "<u>Agent</u>"); and (ii) that certain Letter Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "<u>Letter Agreement</u>", and together with the Repurchase Agreement, the "<u>Repurchase Documents</u>"), by and among the Sellers, AHM Servicing, in its capacity as Servicer, the entities party thereto as Conduit Purchasers, the entities party thereto as Committed Purchasers, the entities party thereto as Group Agents, and ABN AMRO, as the Agent.  Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Documents.

2.      The Agent, at the direction of the Required Group Agents hereby notifies the Servicer and the Sellers that certain Events of Default have occurred, including but not limited to those pursuant to <u>Paragraphs 11(a)(v)(a), (b)</u> and <u>(d)</u>, <u>(vi)</u>, and <u>(xviii)</u> of the Repurchase Agreement.

3.      As a result of the occurrence of the foregoing Events of Default and pursuant to <u>Paragraph 9(b)(ii)</u> of the Letter Agreement, the Agent, at the direction of the Required Group Agents, hereby notifies the Sellers that effective on the date hereof, the Purchasers shall have no

obligation to fund any Transaction or to transfer cash to any Seller on account of any Margin Excess or to release funds from the Buyer's Account.

4.    In accordance with Paragraph 11(u)(i)(D) of the Letter Agreement, each of the Servicer and the Sellers are instructed to transfer to the Buyer's Account (account number 57564 maintained with the Bank) all Monthly Payments within two (2) Business Days after receipt thereof. In accordance with Paragraph 11(b)(iii) of the Repurchase Agreement, the Servicer and the Sellers shall direct all Mortgagors to remit all Collections to the Buyer's Account.

5.    The Agent hereby notifies the Sellers and the Servicer that pursuant to Paragraph 11(u)(vii) of the Letter Agreement, the Agent will deliver to the Bank, on the date hereof, a "Notice of Exclusive Control" with respect to the Collection Account.

6.    The Agent, the Purchasers and the Group Agents expressly reserve the right to, at any time and from time to time, without notice, demand, or any other action, exercise any and all rights and remedies available to them under the Repurchase Documents, as well as those available, at law, in equity or otherwise, whether with respect to the Events of Default set forth in the foregoing paragraph 2 or any such other Events of Default.

7.    This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

ABN AMRO BANK, N.V.,
as Agent

By: _____

Name:    David W. Stack
Title:    Senior Vice President


By: _____WILLIAM J. FITZGERALD_____

Name:  William J. Fitzgerald
Title:   Group Senior Vice President

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:

ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group

By:

Name:   David W. Stack
Title:   Senior Vice President

By:   WILLIAM J. FITZGERALD   WJf
Name:   William J. Fitzgerald
Title:   Group Senior Vice President


AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By:
Name:
Title:

3

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:


ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group


By:_____
Name:
Title:


By:_____
Name:
Title:


AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By:_____
Name:    Frank B. Bilotta
Title:    President

3

ACKNOWLEDGMENT OF RECEIPT:

AMERICAN HOME MORTGAGE CORP.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE SERVICING, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE ACCEPTANCE, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE INVESTMENT CORP.


By:_____
Name:
Title:

Date:

ABN AMRO BANK N.V.
540 West Madison Street
Chicago, Illinois 60661

August 3, 2007

AMERICAN HOME MORTGAGE SERVICING, INC.,
AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,
AMERICAN HOME MORTGAGE INVESTMENT CORP.,
AMERICAN HOME MORTGAGE HOLDINGS, INC.
538 Broadhollow Road
Melville, New York  11747
Attention:  General Counsel
Facsimile:  (800) 209-7276
Telephone Confirmation:  (516) 396-7703

Re:  Supplemental Notice of Event of Default

Ladies and Gentlemen:

    1.  Reference is made to:  (i) that certain Master Repurchase Agreement, dated as of February 28, 2007 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Master Repurchase Agreement"), by and among AMERICAN HOME MORTGAGE CORP. ("AHM"), AMERICAN HOME MORTGAGE SERVICING, INC. ("AHM Servicing"), AMERICAN HOME MORTGAGE ACCEPTANCE, INC. ("AHMA"), AMERICAN HOME MORTGAGE INVESTMENT CORP. ("AHMIC" and together with AHM, AHM Servicing, and AHMA, each, a "Seller", and collectively, the "Sellers"), AHM Servicing, in its capacity as Servicer, and ABN AMRO BANK N.V. ("ABN AMRO"), in its capacity as Agent for the Purchasers, as Buyer (the "Agent") and (ii) that certain Letter Agreement, dated as of February 28, 2007 (as may be amended, restated supplemented or otherwise modified from time to time, the "Letter Agreement, and together with the Master Repurchase Agreement, the "Repurchase Documents"), by and among the Sellers, AHM Servicing, in its capacity as Servicer, the entities party thereto as Conduit Purchasers, the entities party thereto as Committed Purchasers, the entities party thereto as Group Agents, and ABN AMRO, as the Agent.  Capitalized terms used and not otherwise defined herein are used as defined in the Repurchase Documents.

    2.  Reference is further made to:  (i) that certain Notice of Event of Default, dated as of August 1, 2007, and sent to Sellers via facsimile on August 1, 2007, by ABN AMRO, as Agent; (ii) that certain Notice of Event of Default, dated as of August 1, 2007, and sent to the Servicer and Sellers via facsimile on August 1, 2007, by ABN AMRO, as Agent; and (iii) that certain Notice of Event of Default and reservation of rights, dated as of August 1, 2007, and sent to Servicer and Sellers via facsimile on August 1, 2007, by ABN AMRO, as Agent.

1

3. Reference is also made to: (i) that certain Repurchase Agreement, dated as of November 21, 2006 (as may be amended, restated or modified from time to time, the "Repurchase Agreement"), by and among LA FAYETTE ASSET SECURITIZATION LLC, as an Issuer, AMSTERDAM FUNDING CORPORATION, as an Issuer, BARTON CAPITAL LLC, as an Issuer, PARK AVENUE RECEIVABLES COMPANY, LLC, as an Issuer, STARBIRD FUNDING CORPORATION, as an Issuer, CALYON NEW YORK BRANCH ("Calyon"), as the Administrative Agent, as a Managing Agent and as a Bank, LLOYDS TSB BANK PLC, as a Bank, ABN AMRO BANK N.V., as a Managing Agent and as a Bank, SOCIETE GENERALE, as a Managing Agent and as a Bank, JPMORGAN CHASE BANK, N.A., as a Managing Agent and as a Bank, BNP PARIBAS, as a Managing Agent and as a Bank, AMERICAN HOME MORTGAGE CORP., as a Seller, AMERICAN HOME MORTGAGE SERVICING, INC., as a Seller and the Servicer, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., as a Seller, and AMERICAN HOME MORTGAGE INVESTMENT CORP., as a Seller; (ii) that certain Notice of Event of Default of Sellers, dated as of August 1, 2007, and sent to Sellers by Calyon, as Administrative Agent; and (iii) that certain Notice of Event of Default to Servicer, dated as of August 1, 2007, and sent to the Servicer by Calyon, as Administrative Agent, (the Notice of Event of Default of Sellers and the Notice of Event of Default to Servicer, collectively, the "Calyon Notices of Default").

4. The Agent, at the direction of the Required Group Agents hereby notifies the Sellers that, as a result of the events of default identified in the Calyon Notices of Default, certain additional Events of Default have occurred, including but not limited to those pursuant to Paragraph 11(a)(v) and (vi) of the Master Repurchase Agreement.

5. The Agent, the Purchasers and the Group Agents expressly reserve the right to, at any time and from time to time, without notice, demand, or any other action, exercise any and all rights and remedies available to them under the Master Repurchase Documents, as well as those available, at law, in equity or otherwise, whether with respect to the Events of Default set forth in the foregoing paragraphs 2, 3 and 4, or any such other Events of Default.

6. This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

ABN AMRO BANK N.V.,
as Agent

By: _____

Name:   David W. Stack

Title:   Senior Vice President

By: _____

Name:   NEIL J. BIVONA

Title:   SENIOR VICE PRESIDENT

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:

ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group

By: _____

Name:  David W. Stack
Title:  Senior Vice President

By: _____

Name:  NEIL J. BIVONA
Title:  SENIOR VICE PRESIDENT

AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By: _____
Name:
Title:

4

ACKNOWLEDGED AND AGREED AS OF
THE DATE SET FORTH ABOVE:


ABN AMRO BANK N.V., as Group Agent for the
ABN AMRO Group


By:_____
Name:
Title:


By:_____
Name:
Title:


AMSTERDAM FUNDING CORPORATION, as a Committed
Purchaser and as a Conduit Purchaser in the ABN AMRO Group

By:_____
Name:    Frank B. Bilotta
Title:    President

ACKNOWLEDGMENT OF RECEIPT:

AMERICAN HOME MORTGAGE CORP.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE SERVICING, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE ACCEPTANCE, INC.


By:_____
Name:
Title:

Date:


AMERICAN HOME MORTGAGE INVESTMENT CORP.


By:_____
Name:
Title:

Date:

===============================================================================
```
TO: Name: Attention: General Counsel
    Company: American Home Mortgage
    Fax Phone Number: 1 800 209 7276
    Contact Phone Number: (516) 396-7703
    Info Code 1: 13395.23500          Info Code 2: 08554


Sent to remote ID:RightFax Server
Sent at:Fri Aug 03 16:12:38 2007
Sent on channel 1
Elapsed Time:  1 minute, 30 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 6.
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -