# EXHIBIT 9

ABN AMRO BANK N.V.
540 West Madison Street
Chicago, Illinois 60661


NOTICE OF EVENT OF DEFAULT

August 1, 2007


DEUTSCHE BANK NATIONAL TRUST
COMPANY
1761 East St. Andrew Place
Santa Ana, California 92705
Telephone:  (714) 247-6000
Telecopy:  (714) 656-2614
Attention:  Mortgage Custody – AH072C


**Re:  Custodial Agreement, dated as of February 28, 2007, by and among American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., ABN AMRO Bank N.V., as Agent and Deutsche Bank National Trust Company, as Custodian**

Ladies and Gentlemen:

    1.    Reference is hereby made to that certain Custodial Agreement dated as of February 28, 2007, by and among American Home Mortgage Acceptance, Inc. ("AHMA"), American Home Mortgage Corp. ("AHM"), American Home Mortgage Servicing, Inc. ("AHM Servicing"), American Home Mortgage Investment Corp. ("AHMIC" and together with AHMA, AHM, and AHM Servicing, collectively, the "Sellers", and each, a "Seller"), AHM Servicing, as Servicer, ABN AMRO Bank N.V., as Agent, and Deutsche Bank National Trust Company, as Custodian (the "Custodian") (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Custodial Agreement").  Capitalized terms not otherwise defined herein shall have the meanings assigned to such terms in the Custodial Agreement, the Letter Agreement and the Repurchase Agreement (both as defined in the Custodial Agreement), as applicable.

    2.    The Agent, on behalf of the Required Group Agents, hereby notifies the Custodian that one or more Events of Default have occurred under the Repurchase Agreement.

3. As a result of the foregoing, the Custodian is hereby instructed to comply only with the instructions of the Agent with respect to the Mortgage Loans and Loan Documents it holds as bailee for the Agent pursuant to the Custodial Agreement. The Custodian is hereby instructed not to release any Mortgage Loan or Loan Document to any Seller, AHM Servicing, as Servicer, any Takeout Investor, any Takeout Lender, or any other person without the express, written consent of the Agent.

4. Pursuant to <u>Paragraph 13</u> of the Letter Agreement, the Agent has designated American Home Mortgage Servicing, Inc. to perform the duties and the obligations of the Servicer pursuant to the Terms of the Letter Agreement, for a period that shall expire thirty (30) days after the date hereof. As of the date first above written and until you receive notice from the Agent of the Agent's designation of a successor servicer pursuant to <u>Paragraph 13</u> of the Letter Agreement, the Custodian shall recognize American Home Mortgage Servicing, Inc. as the Servicer under the Custodial Agreement with respect to the Mortgage Loans and Loan Documents.

5. This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

Very truly yours,

ABN AMRO BANK, N.V., as Agent

By: _____
Name:
Title:     David W. Stack
           Senior Vice President

cc:   American Home Mortgage Corp.
      American Home Mortgage Servicing, Inc.
      538 Broadhollow Road
      Melville, New York 11747
      Attention: Craig Pino and Alan B. Horn

ACKNOWLEDGMENT OF RECEIPT:

DEUTSCHE BANK NATIONAL ASSOCIATION

By:_____
Name:
Title:

Date:

ABN AMRO BANK N.V.
540 West Madison Street
Chicago, Illinois 60661

NOTICE OF EXCLUSIVE CONTROL

August 1, 2007

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, CA  92705
Telephone:  (714) 247-6000
Telecopy:  (714) 656-2614
Attention:  Mortgage Custody – AH072C

Re:  Account Control Agreement, dated as of February 28, 2007, by and among Deutsche Bank National Trust Company, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc. and ABN AMRO Bank N.V. (the "Agreement")

Ladies and Gentlemen:

      This constitutes a Notice of Exclusive Control as referred to in Section 2 of the Agreement, a copy of which is attached hereto.  Pursuant to such Section 2, we hereby notify you that we are exercising our rights to assume and exercise exclusive control of account number 57564 maintained with you.  Available funds deposited in such account should be sent at the end of each day to the following account:

      Bank  -  ABN AMRO Bank, New York
      A/C Name  -  Chicago Branch Account
      A/C #  -  650001178941
      ABA #  -  026 0095 80.

Very truly yours,

ABN AMRO BANK N.V., as Agent

By: _____
Name:
Title:	David W. Stack
	Senior Vice President

NOTICE OF EVENT OF DEFAULT

August 1, 2007

MERSCORP, Inc.
1595 Spring Hill Road, Suite 310
Vienna, Virginia 22182
Attention: Corporate Secretary
Telecopier No.: 703-748-0183
Telephone No.: 703-761-1280

Ladies and Gentlemen:

      Please be advised that this Notice of Event of Default is being issued pursuant to Section 4(b) of that certain Electronic Tracking Agreement (as amended, restated, supplemented or otherwise modified from time to time, the "Electronic Tracking Agreement"), dated as of February 28, 2007, by and among ABN AMRO Bank N.V. (the "Agent"), American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc. (collectively, the "Sellers"), American Home Mortgage Servicing, Inc. (the "Servicer"), MERSCORP, Inc. (the "Electronic Agent") and Mortgage Electronic Registration Systems, Inc. ("MERS"). In accordance with Section 4(b) of the Electronic Tracking Agreement, this notice confirms that an Event of Default under and as defined in the Repurchase Agreement (as defined in the Electronic Tracking Agreement) has occurred and is continuing. Demand is hereby made by the Agent upon the Electronic Agent to modify the servicer fields to reflect the name of a designee that shall be subsequently identified by Agent with respect to the Affected Loans that are listed on the attached Schedule 1 (including the mortgage identification numbers). Accordingly, the Electronic Agent shall not accept instructions from any Seller, the Servicer, any subservicer and/or from any party other than the Agent with respect to such Mortgage Loans, until otherwise notified by the Agent.

      Any terms used herein and not otherwise defined shall have such meaning specified in the Electronic Tracking Agreement.

ABN AMRO BANK N.V., as Agent

By: _____
Name:
Title:   David W. Stack
         Senior Vice President

Schedule I to Notice of Event of Default

[List of Affected Loans to be Provided in a Subsequent Notice]