IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware Corporation,<br>et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Joint Administration Pending |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for ZC Real Estate Tax Solutions Limited ("ZC"), which is a party in interest in this bankruptcy case, and pursuant to, *inter alia*, Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served upon the undersigned at the following addresses or facsimile numbers:

| Kimberly E. C. Lawson, Esq. (No. 3966)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>Email: klawson@reedsmith.com | Richard P. Norton, Esq.<br>599 Lexington Avenue, 29th Floor<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: rnorton@reedsmith.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that ZC does not intend this Notice of Appearance and Demand for Service of Papers, nor any subsequent appearance, pleading, claim, or suit to waive any rights to which ZC is entitled including, but not limited to, (i) ZC's right to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (ii) ZC's right to trial by jury in any proceeding related to this case, (iii) ZC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which ZC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ZC expressly reserves.

Dated: August 7, 2007                          **REED SMITH LLP**

By:   /s/ Kimberly E. C. Lawson
      Kimberly E. C. Lawson, Esq. (No. 3966)
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      Email: kgwynne@reedsmith.com

      -and-

      Richard P. Norton, Esq.
      599 Lexington Avenue, 29th Floor
      New York, NY 10022
      Telephone: (212) 521-5400
      Facsimile: (212) 521-5450
      E-mail: rnorton@reedsmith.com

      *Attorneys for ZC Real Estate Tax Solutions Limited*