IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS) |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, Esquire, do hereby certify that, on this 7th day of August 2007, I caused a true and correct copy of the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)** to be served upon the addressees on the attached service list in the manners indicated.

　　　　　　　　　　By:　/s/ Kimberly E. C. Lawson
　　　　　　　　　　　　　Kimberly E. C. Lawson, Esq. (No. 3966)

WILLIB-55006.2

## SERVICE LIST

| **VIA FIRST CLASS MAIL**<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>(Debtor) | **VIA HAND DELIVERY**<br>Office of the U.S. Trustee<br>844 King Street<br>Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(US Trustee) |
|---|---|
| **VIA HAND DELIVERY**<br>Joel A. Waite, Esquire<br>Matthew Barry, Esquire<br>Pauline K. Morgan, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(Debtor's Counsel) | |