IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :    Joint Administration Pending
                    Debtors.                        :
---------------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

1.      John H. Knight, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of Gregory A. Bray (the "Admittee"), of Milbank, Tweed, Hadley & McCloy LLP, 601 S. Figueroa Street, 30th Floor, Los Angeles, California 90017-5735, to represent ABN AMRO Bank N.V. in the above-captioned cases.

The Admittee is a member in good standing of the Bar of the State of California, and is admitted to practice law in all state courts of the State of California, and the United States District Court for the Central District of California.

Dated: August 6, 2007
       Wilmington, Delaware

                                        /s/ John H. Knight
                                        John H. Knight (No. 3848)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square North
                                        P.O. Box 551
                                        Wilmington, Delaware 19899
                                        (302) 651-7700

2.      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District

RLF1-3186168-1

Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Gregory A. Bray

3. Motion granted.

Date: 8/6/07

_____
United States Bankruptcy Judge

- 2 -

RLF1-3186168-1