UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Joint Administration Requested
:
: Ref. Docket No. 17
: Hearing Date: August 7, 2007 at 3:00 p.m. (ET)

## NOTICE OF FILING OF SCHEDULE C TO DIP CREDIT FACILITY

PLEASE TAKE NOTICE that, on August 6, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 362, 363, And 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief* (D.I. 17; the "Motion"), which included the DIP Credit Facility attached as Exhibit A.

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

PLEASE TAKE FURTHER NOTICE that the Debtors have filed <u>Schedule C</u> to the DIP Credit Facility, a copy of which is attached hereto.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 7, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/_ _____<br>James L. Patton, Jr. (No. 2202)<br>Joel A. Waite (No. 2925)<br>Pauline K. Morgan (No. 3650)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Proposed Counsel for Debtors and<br>Debtors in Possession |

## SCHEDULE C TO THE DIP CREDIT FACILITY

AMERICAN HOME MORTGAGE
CASH FORECAST – CORPORATE NON-SERVICING

| ($ millions) | 13 Weeks Ending 11/2/07 | 28 Days ended 11/30/07 | 12/31/07 | 1/31/07 | 2/28/07 | 3/31/07 | 4/30/07 | 5/31/07 | 6/30/07 | 7/31/07 | 12 Months Ended 7/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Cash Flows** | | | | | | | | | | | |
| Restructuring Professionals [a] | $ 6.6 | $ 4.1 | $ 5.0 | $ 5.0 | $ 1.6 | $ 0.8 | $ 0.8 | $ 1.8 | $ 0.8 | $ 0.8 | $ 27.4 |
| DIP Fees | 0.5 | | | | | | | | | | 0.5 |
| Wind Down Costs | 2.5 | | | | | | | | | | 2.5 |
| Outstanding Check Float | - | | | | | | | | | | - |
| A/P Checks Cleared | 5.7 | 1.8 | 1.8 | 1.8 | 1.0 | 1.0 | 1.0 | 0.5 | 0.5 | 0.5 | 15.5 |
| Vendor Deposits | 2.0 | | | | | | | | | | 2.0 |
| HUD/FHA/VA Payments | - | | | | | | | | | | - |
| Payroll & Payroll Taxes [b] | 7.5 | 1.7 | 1.7 | 1.7 | 1.2 | 1.2 | 1.2 | 0.6 | 0.6 | 0.6 | 18.0 |
| Retention Payments [c] | 1.2 | 0.4 | 0.4 | 2.2 | 0.5 | 0.5 | 0.5 | 0.2 | 0.2 | 0.2 | 6.3 |
| Health Insurance-BCBS | 7.0 | 1.7 | 1.7 | 1.7 | 1.2 | 1.2 | 1.2 | 0.6 | 0.6 | 0.6 | 17.5 |
| Other | - | | | | | | | | | | - |
| **Projected Cash Flows** | $ 33.0 | $ 9.7 | $ 10.7 | $ 12.5 | $ 5.4 | $ 4.6 | $ 4.6 | $ 3.7 | $ 2.7 | $ 2.7 | $ 89.7 |

(a) Includes attorneys, bankers, crisis managers, et al. 20% holdback paid every 4th month.
(b) Payroll assumes reductions of headcount through the forecast period.
(c) Assumes current retention plan ends in January, and remaining staff receive 40% raise for balance of forecast period.