IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>    HOLDINGS, INC., ET AL.<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF RICHARD P. NORTON

Kimberly E. C. Lawson, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Richard P. Norton, Esquire of the law firm Reed Smith LLP, 599 Lexington Avenue, 29th Floor, New York, NY 10022, to represent ZC Real Estate Tax Solutions Limited in this case. The Admittee is admitted, practicing, and in good standing in the States of New Jersey and New York.

Dated: August 7, 2007

**REED SMITH LLP**

By: /s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson, Esq. (No. 3966)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

*Attorneys for ZC Real Estate Tax Solutions Limited*