## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the States of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: August 7, 2007

　　　　　　　　　　　　　　　　　　　*/s/ Richard P. Norton*
　　　　　　　　　　　　　　　　　　　Richard P. Norton, Esq.
　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　599 Lexington Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 521-5400
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 521-5450
　　　　　　　　　　　　　　　　　　　E-mail: rnorton@reedsmith.com