# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., ET AL.<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>RE: Docket No.: _____ |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF RICHARD P. NORTON

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Richard P. Norton is granted.

Dated: August ____, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE