IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :   Joint Administration Pending
          Debtors.                                            :
------------------------------------------------------------- x
```

## AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR FIRST DAY HEARING ON AUGUST 7, 2007 AT 3:00 P.M. (ET)

### Supporting Declarations

1.  Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief [D.I. 2, 8/6/07]

### First Day Motions

2.  Debtors' Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 [D.I. 3, 8/6/07]

    Objections Filed:      None

    Status: This matter will be going forward.

3.  Debtors' Application for Order Approving Debtors' Retention of EPIQ Bankruptcy Solutions, LLC As Claims, Notice and Balloting Agent Pursuant To 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) And Local Rule 2002-1(f) [D.I. 4, 8/6/07]

    Objections Filed:      None

    Status: This matter will be going forward.

---

[1] **Amendments are in bold.**

4.    Motion for an Order Pursuant to Sections 105(a), 345, and 503(b)(1) of the Bankruptcy Code (I) Authorizing Debtors to Maintain and Use Existing Bank Accounts and Business Forms, (II) Authorizing the Debtors to Maintain and Use Existing Cash Management System, (III) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code; and (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims [D.I. 14, 8/6/07]

Objections Filed:

a)    Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) and Declaration of William J. Fitzgerald in Support [D.I. 33 and 34, 8/6/07]

Status: This matter will be going forward.

5.    Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment [D.I. 5, 8/6/07]

Objections Filed:        None

Status: This matter will be going forward.

6.    Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Taxes, Including Trust Fund and Personal Liability Taxes, Pursuant to Sections 105(a), 363 and 507(a) of the Bankruptcy Code [D.I. 6, 8/6/07]

Objections Filed:        None

Status: This matter will be going forward.

7.    Motion for an Order Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code Authorizing the Debtors to (I) Continue All Insurance Policies and Agreements Relating Thereto and (II) Honor Certain Obligations in Respect Thereof [D.I. 7, 8/6/07]

      Objections Filed:     None

      Status: This matter will be going forward.

8.    Debtors' Motion for Entry of Order Authorizing Debtors to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers [D.I. 8, 8/6/07]

      Objections Filed:     None

      Status: This matter will be going forward.

9.    Motion for an Order (A) Authorizing, but not Directing, the Debtors to (I) Pay Certain Pre-Petition Wages, Compensation and Employee Benefits; and (II) Continue Payment of Wages, Compensation and Employee Benefits in the Ordinary Course of Business; and (III) Pay Certain Unpaid Compensation to Terminated Employees; and (B) Authorizing and Directing Applicable Banks and Other Financial Institutions to Process and Pay All Checks Presented for Payment and to Honor All Transfer Requests Made by the Debtors Relating to the Foregoing [D.I. 9, 8/6/07]

      Objections Filed:     None

      Status: This matter will be going forward.

10.    Motion for Interim and Final Orders Authorizing Debtors to Implement Non-Insider Employee Retention Plan Pursuant ot Sections 105, 363, 503 of the Bankruptcy Code [D.I. 10, 8/6/07]

      Objections Filed:     None

      Status: This matter will be going forward on an interim basis only.

066585.1001

11.  Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A) Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion [D.I. 16, 8/6/07]

Objections Filed:

a)  Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) and Declaration of William J. Fitzgerald in Support [D.I. 33 and 34, 8/6/07]

Status: This matter will be going forward.

12.  Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 17, 8/6/07]

Objections Filed:

a)  Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) and Declaration of William J. Fitzgerald in Support [D.I. 33 and 34, 8/6/07]

Related Document:

b)  Notice of Filing of Schedule C to DIP Credit Facility [D.I. 37, 8/7/07]

Status: This matter will be going forward.

DB02:6149836.1

066585.1001

13.  Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 11] (Hearing to Consider Procedures Only)

Objections Filed:

   a)  Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) and Declaration of William J. Fitzgerald in Support [D.I. 33 and 34, 8/6/07]

Status: This matter will be going forward as to sale procedures only.

14.  Emergency Motion of Debtors for: (I) an Order (A) Scheduling a Hearing to Consider the Proposed Sale of Loan Assets and Approving the Form and Manner of Notice Thereof, (B) Establishing Procedures Relating to the Sale and the Sale, Assumption and Assignment of Certain Executory Contracts, License Agreements, and Unexpired Leases, Including Notice of Proposed Cure Amounts, and (C) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale, (B) Authorizing the Sale, Assumption, and Assignment of Certain Executory Contracts, License Agreements, and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 12] (Hearing to Consider Procedures Only)

Objections Filed:

   a)  Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) [and Declaration of William J. Fitzgerald in Support [D.I. 33 and 34, 8/6/07]

Status: This matter will be going forward as to sale procedures only.

**Adversary Matter**

15.    Complaint for a Temporary Restraining Order and Declaratory and Injunctive
Relief – *Credit Suisse First Boston Mortgage Capital LLC v. American Home
Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home
Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and
American Home Mortgage Holdings, Inc., Adv. No.. 07-51684*

Related Documents:

    a)    Credit Suisse First Boston Mortgage Capital LLC's Motion for
Protective Order Motion for Temporary Restraining Order and
Declaratory and Injunctive Relief [D.I. 3, 8/6/07]

    b)    Credit Suisse First Boston Mortgage Capital LLC's Memorandum
of Law in Support of Plaintiff's Motion for a Temporary
Restraining Order and Declaratory and Injunctive Relief [D.I. 4,
8/6/07]

    c)    Declaration of Michael Criscito in Support of Plaintiff's Motion for
Temporary Restraining Order and Declaratory and Injunctive
Relief [D.I. 5, 8/6/07]

    d)    Credit Suisse First Boston Mortgage Capital LLC's Compendium
of Unreported Cases with Respect to Memorandum of Law in
Support of Plaintiff's Motion for Temporary Restraining Order and
Declaratory Relief [D.I. 6, 8/6/07]

DB02:6149836.1                                                                                          066585.1001

e)    Credit Suisse First Boston Mortgage Capital LLC's Motion for
       Order Scheduling Argument on its Motion for a Temporary
       Restraining Order [D.I. 7, 8/6/07]

**Status: The Court has not determined whether this matter will go forward.**

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       August 7, 2007

                                     *Pauline K. Morgan*
                                     James L. Patton, Jr. (No. 2202)
                                     Joel A. Waite (No. 2925)
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Matthew B. Lunn (No. 4119)
                                     Kara Hammond Coyle (No. 4410)
                                     Kenneth J. Enos (No. 4544)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Proposed Counsel for Debtors and
                                        Debtors in Possession

DB02:6149836.1                                                    066585.1001