**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE       DISTRICT OF DELAWARE
DIVISION**

IN RE :

American Home Mortgage Holdings, Inc.

|  |  |
|---|---|
| § | CASE NO. 07-11047-CSS |
| § | (Chapter 11) |
| Debtor(s)   § |  |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**City of Cedar Hill, Carroll ISD, Arlington ISD**
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
email: arlbank@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

                                                Respectfully Submitted,

                                                **PERDUE, BRANDON, FIELDER,**
                                                **COLLINS & MOTT, L.L.P.**
                                                Attorneys for Claimant(s)

                                                By: /s/ Elizabeth Banda
                                                   ELIZABETH BANDA
                                                   State Bar No. 24012238
                                                   P.O. Box 13430
                                                   Arlington, Texas 76094-0430
                                                   (817) 461-3344
                                                   (817) 860-6509 FAX

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below, via U.S. first class mail, on this date: August 7, 2007.

                                                /s/ Elizabeth Banda
                                                ELIZABETH BANDA

| | |
|---|---|
| Joel A. White, Esq. | U. S. Trustee |
| Young, Conaway, Stargatt & Taylor | 844 King Street, Room 2207 |
| The Brandywine Bldg | Lockbox 35 |
| 1000 WEST Street, 17th Floor | Wilmington, Delaware  19899 |
| Wilmington, Delaware   19899 | |