CERTIFICATE OF SERVICE

       I, Margaret F. England, certify that on August 7, 2007, I caused copies of the foregoing Limited Objection To Emergency Motion For Interim And Final Orders (I) Authorizing Certain Debtors To Obtain Post Petition Financing And Grant Security Interests And Super Priority Administrative Expense Pursuant To 11 Case §§ 105, 362, 363, And 364 (C); (II) Schedule Final Hearing Pursuant To Bankruptcy Rule 4001(C); And (III) Granting Related Relief to be served locally by hand and non-locally by first class mail on the parties on the parties on the attached service list.

       */s/ Margaret F. England*
       Margaret F. England (No. 4248)