## SERVICE LIST

Joel A. Waite, Esquire
Matthew Barry Lunn, Esquire
Pauline K. Morgan, Esquire
Young, Conaway Stargatt & Taylor LLC
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
*By Hand*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801
*By Hand*

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*By Hand*

Fred Neufeld, Esquire
Gregory A. Bray, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
*By First Class Mail*