IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                            :      Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :      Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,   :
                                                  :      Joint Administration Pending
              Debtors.                            :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

   Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 7th day of August, 2007 she caused a copy of the following to be served on the attached list as indicated:

- **Limited Objection and Reservation of Rights of ABN AMRO Bank, N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) with Respect to the Following Motions of the Debtors for Authority to: (1) Enter into DIP Financing Agreement; (2) Use Cash Collateral; (3) Continue Cash Management System; (4) Sell the Servicing Business; and (5) Sell the Mortgage Loans [Docket No. 33]**

- **Declaration of William J. Fitzgerald in Support of: Limited Objection and Reservation of Rights of ABN AMRO Bank, N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) with Respect to the Following Motions of the Debtors for Authority to: (1) Enter into DIP Financing Agreement; (2) Use Cash Collateral; (3) Continue Cash Management System; (4) Sell the Servicing Business; and (5) Sell the Mortgage Loans [Docket No. 34]**

*(Remainder of page intentionally left blank)*

Dated: August 7, 2007
Wilmington, Delaware

*[signature]*
Ann Jerominski, RP
Registered Paralegal
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 7$^h$ day of August, 2007

*[signature]*
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2008

RLF1-3186559-1

**Via Hand Delivery**

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519