IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Joint Administration Pending |
| Debtors. | : | |
| ------------------------------------------------------------- x | | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors and that on the 6 day of August 2007 she caused a copy of the following document(s):

Notice of Hearing to Consider First Day Motions and Related Pleadings [D.I. 19]

Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A) Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion [D.I. 16,]

Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 17,]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of August 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

# SERVICE LIST
## 8/6/2007

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)
*Federal Express*

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Bank of America
Attn: Marilyn Thomas
333 South Hope Street, 12th Fl.
Los Angeles, CA 90017
(Bank)
*Federal Express*

Bank of America
Attention: Swap Operations
233 South Wacker Drive, Suite 2800
Chicago, IL 60606
*Federal Express*

Bank of America
Attention: Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX 75202
*Federal Express*

American Home Bank
Attn: Marie C. Goudie
220 W. Huron, 5th Fl
Chicago, NY 312-660-8436
Bank
*Federal Express*

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code: CA5-701-05-19, 1455 Market Street, 5th Floor
San Francisco, CA 94103
*Federal Express*

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code: TX1-492-66-01, 01 Main Street, 66th Floor
Dallas, TX 75202
*Federal Express*

Bank of America
Attn: Ronald Jost
1133 Avenue of the Americas, 17th Floor
New York, NY 10036
*Federal Express*

Bank of New York
Attn: John T. Weisenhorn
101 Barclay Street, 19th Fl. West
New York, NY 10286
(Bank)
*Federal Express*

# SERVICE LIST
## 8/6/2007

Bear Stearns Bank plc
Attn: Jerome Schneider / Patrick Phelan
Investment Manager of Liquid Funding, Ltd.
Block 8, Harcourt Centre, Charlotte Way
Dublin 2, Ireland
*Federal Express (International)*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
*Federal Express*

Citigroup Global Markets Realty Corp
Attn: Peter Steinmetz
390 Greenwich Street, 6th Floor
New York, NY 10013
*Federal Express*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)
*Hand Delivery*

Victoria Counihan, Esq.
Dennis Meloro, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Hand Delivery*

Bear, Stearns & Co. Inc.
Attn: Legal Dept.
Government Operations, 1 Metrotech Center North,
7th Floor
Brooklyn, NY 11201
*Federal Express*

Citigroup
Attn: Joe Chung
388 Greenwich Street
New York, NY 10013
(Bank)
*Federal Express*

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
*Federal Express*

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Country Wide Capital
Attention: Officer, General or Managing Agent
20 N. Acoma Blvd
Lake Havasu City, AZ 86403
*Federal Express*

## SERVICE LIST
## 8/6/2007

Credit Suisse
Attention: Officer, General or Managing Agent
Eleven Madison Avenue
New York, NY 10010
*Federal Express*

Deutsche Bank
Attn: Marco Caputi
60 Wall Street, 28th Fl., MS NYC60-2804
New York, NY 10005
(Bank)
*Federal Express*

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
*Federal Express*

EMC
Attn: Officer, General or Managing Agent
383 Madison Avenue
New York, NY 10018
*Federal Express*

GMAC
Attn: Officer, General or Managing Agent
600 Galleria Parkway, 15th Fl.
Atlanta, GA 30339
*Federal Express*

Deutsche Bank
Attn: Repo Desk, 3rd Floor
60 Wall Street
New York, NY 10005
*Federal Express*

Deutsche Bank
Attn: Legal Department
Taunusanlage 12
60262 Frankfurt, Germany
*Federal Express (International)*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*Federal Express*

FNMA
Attn: Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC 20016
*Federal Express*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*Federal Express*

# SERVICE LIST
## 8/6/2007

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT 06830
*Federal Express*

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830
*Federal Express*

HSBC
Attn: Dennis O'Connor
452 Fifth Avenue, Floor LL
New York, NY 10018
(Bank)
*Federal Express*

Impac Funding Corporation
Attn: Client Administration
1401 Dove Street, Suite 100
Newport Beach, CA 92660
*Federal Express*

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA 91107
*Federal Express*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*Federal Express*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
Houston, TX 77019
*Federal Express*

JPMorgan Chase
Attn: Baylis Trust V, Madassir Mohamed
600 Travis, 50th Floor
Houston, TX 77019
*Federal Express*

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830
*Federal Express*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust I
600 Travis, 50th Floor
Houston, TX 77019
*Federal Express*

## SERVICE LIST
## 8/6/2007

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust II
600 Travis, 50th Floor
Houston, TX 77019
*Federal Express*

JPMorgan Chase
Attn: Julie Lowery
707 Travis Street, Fl 6 NOrth
Houston, TX 77002
Bank
*Federal Express*

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)
*Hand Delivery*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Lehman Brothers
Attn: Robert Guglielmo, Senior Vice President
745 Seventh Avenue, 28th Floor
New York, NY 10019
*Federal Express*

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court, 22 Victoria Street
Hamilton HM 12, Bermuda
*Federal Express (International)*

Luminent Mtg
Attn: Officer, General or Managing Agent
Suite 1350, California St.
San Francisco, CA 94111
*Federal Express*

Morgan Stanley
Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY 10036
*Federal Express*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*Federal Express*

Nomura Credit & Capital, Inc.
Attn: NCCI Legal
2 World Financial Center, Building B, 18th Floor
New York, NY 10281
*Federal Express*

# SERVICE LIST
## 8/6/2007

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY 10281
*Federal Express*

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*Federal Express*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
*Federal Express*

Margot B. Schonholtz, Esq.
Kaye Schjoler LLP
425 Park Avenue
New York, NY 10022-3596
*Federal Express*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

North Fork
Attn: Michael Weisbrod
275 Broadhollow Road
Melville, NY 11747
Bank
*Federal Express*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*Federal Express*

Erica Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
*Federal Express*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

# SERVICE LIST
## 8/6/2007

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

SunTrust Asset Funding, LLC
Attn: Woodruff A. Polk
Mail Code 3950, 303 Peachtree Street, 36th Floor
Atlanta, GA 30308
*Federal Express*

SunTrust Asset Funding, LLC
Attn: Tony D. Atkins
Mail Code 3950, 303 Peachtree Street, 23rd Floor
Atlanta, GA 30308
*Federal Express*

UBS
Attention: Officer, General or Managing Agent
1251 Avenue of the Americas
New York, NY 10019
*Federal Express*

US Bank
Attn: William Umscheid
800 Nicollet Mall, 3rd Fl.
Minneapolis, MN 55402
(Bank)
*Federal Express*

Washington Mutual Bank
Attn: Officer, General or Managing Agent
3200 Southwest Freeway
Houston, TX 77027
*Federal Express*

Wells Fargo Bank, N.A
Attn: Corporate Trust Department - Baylis Trust VIII
919 North Market Street, Suite 700
Wilmington, DE 19801
*Federal Express*

Wells Fargo Bank, N.A
Attn: Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA 94104
*Federal Express*

Wilmington Trust Company
Attention: Corporate Capital Markets - AHM Capital Trust I
Rodney Square North, 1100 North Market Street
Wilmington, DE 19890
*Federal Express*

## SERVICE LIST
## 8/6/2007

Wilmington Trust Company
Attn: Corporate Capital Markets
Rodney Square North, 1100 North Market Street
Wilmington, DE 19890
*Federal Express*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
Calyon
*Federal Express*