IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE                                                   :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                          :
                                                                         :   Joint Administration Pending
            Debtors.                                                     :
------------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors and that on the 7 day of August 2007 she caused a copy of the following document(s):

Agenda of Matters Scheduled for First Day Hearing on August 7, 2007 [D.I. 38]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _____ day of August 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| FROM: Debbie Laskin, Paralegal | | DATE: | AUGUST 7, 2007 |
| PHONE: 302-571-6710 | | CLIENT MATTER: | 066585.1001 |

PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Benjamin C. Ackerly, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Doria Bachenheimer | Securities and Exchange Commission | | 212-336-1320 |
| Gregory A. Bray, Esq. | Milbank Tweed Hadley & McCloy, LLP | 213-892-4000 | 213-892-4770 |
| Matthew A. Clemente, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Alison Conn | Securities and Exchange Commission | | 212-336-1320 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| Marcia L. Goldstein, Esquire | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Thomas H. Grace, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Internal Revenue Service | | 410-962-1864 | 410-962-9955 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Steven K. Kortanek, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-252-4330 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |
| Richard Miller, Esq. | Kirkpatrick & Lockhart Preston Gates Ellis LLP | 212-536-3900 | 212-536-3901 |
| Eric K. Moser, Esq. | Milbank Tweed Hadley & McCloy, LLP | 212-530-5000 | 212-530-5219 |
| Larry J. Nyhan, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Peter S. Partee, Esq. | Hunton & Williams | 212-309-1000 | 212-309-1100 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-984-8300 |
| Erica Ryland | Jones Day | 212-326-3416 | 212-755-7306 |
| Patricia Schrage | Securities and Exchange Commission | | 212-336-1320 |
| Stephen B. Selbst, Esquire | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Andrea Sheehan, Esq. | Law Offices of Robert E. Luna, P.C. | 214-521-8000 | 214-521-1738 |
| Vincent Sherman | Securities and Exchange Commission | | 212-336-1320 |
| Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7545 | 302-651-7701 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Michael Gregory Wilson, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Kimberly Lawson, Esq. | Reed Smith | | 302-778-7575 |
| Richard Norton, Esq. | Reed Smith | | 212-521-5450 |
| Franklin Top, III, Esq. | Chipman and Cutler | | 312-701-2361 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

**Message:** *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Debbie Laskin, Paralegal | | **DATE:** | AUGUST 7, 2007 |
| **PHONE:** 302-571-6710 | | **CLIENT MATTER:** | 066585.1001 |

PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Bank of America | Attention: Anthea Del Bianco | (415) 436-2776 | (415) 503-5101 |
| Bank of America | Attention: Elizabeth Kurilecz | (214) 209-0975 | (214) 209-1027 |
| Bank of America | Attn: Swap Operations | | 312-453-2787 |
| Bank of America | Attn: Ronald Jost | 646-216-5311 | 646-733-4090 |
| Bear Stearns Bank plc | Attn: Jerome Schneider / Patrick Phelan | (353-1) 402-6358 | (353-1) 402-6308 |
| Bear, Stearns & Co. Inc. | Attn: Legal Dept. | (212) 272-1203 | 917-849-0794 |
| Citigroup Global Markets Realty Corp | Attn: Peter Steinmetz | | 212-723-8613 |
| Country Wide Capital | Attn: Officer, General or Managing Agent | | (928) 505-4466 |
| Credit Suisse | Attn: Officer, General or Managing Agent | | (212) 325-6665 |
| Deutsche Bank | Attn: Officer, General or Managing Agent | | (212) 797-0521 |
| Deutsche Bank | Attn: Legal Department | | 4969910 36097 |
| GMAC | Attn: Officer, General or Managing Agent | | (770) 859-0148 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Greenwich Capital Financial Products, Inc. | Attn: Shelby | | 203-422-4748 |
| Impac Funding Corporation | Attn: Officer, General or Managing Agent | | (949) 260-4504 |
| JPMorgan Chase | Attn: Officer, General or Managing Agent | | (732) 352-7511 |
| HSBC | Attn: Officer, General or Managing Agent | | 646-366-3826 |
| Lehman Brothers | Attn: Robert Guglielmo, Senior Vice President | (212) 526-7121 | (212) 526-7672 |
| Liquid Funding, Ltd. | Attn: Officer, General or Managing Agent | | (353-1) 402-6308 |
| Morgan Stanley | Attn: Chief Legal Officer | | 212 507 4622 |
| Nomura Credit & Capital, Inc. | Attn: Dante LaRocca, Managing Director | | (212) 667-1024 |
| EMC | Attn: Officer, General or Managing Agent | | 212-272-7382 |
| Washington Mutual Bank | Attn: Officer, General or Managing Agent | | 713-543-6727 |
| SunTrust Asset Funding, LLC | Attn: Tony D. Atkins | (404) 813-5244 | (404) 813-5000 |
| SunTrust Asset Funding, LLC | Attn: Woodruff A. Polk | (404) 813-7094 | (404) 581-1637 |
| UBS | Attn: Officer, General or Managing Agent | | (212) 882-3597 |
| Washington Mutual Bank | Attn: Officer, General or Managing Agent | | (713) 543-6727 |
| Wells Fargo Bank, N.A | Attn: Officer, General or Managing Agent | | |
| Wilmington Trust Company | Attention: Corporate Capital Markets | (302) 651-1000 | (302) 636-4140 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

Message: *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*