IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                                    :
                                                          :          Chapter 11
AMERICAN HOME MORTGAGE                                     :          Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,           :          (Joint Administration Pending)
                                                          :
                                                          :
                                    Debtors.               :
-------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

   PLEASE TAKE NOTICE THAT Seward & Kissel LLP hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of Citibank, N.A. ("Citibank"), a party-in-interest with respect to the above-captioned debtors (the "Debtors").

   PLEASE TAKE FURTHER NOTICE that Citibank, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

Ronald L. Cohen, Esq.
Kalyan Das, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
Tel.:      (212) 574-1200
Fax:      (212) 480-8421
E-mail:   cohenr@sewkis.com
             das@sewkis.com

              - and -

Jonathan Winnick, Esq.
Citibank Agency & Trust Co.
388 Greenwich Street, 19th Floor
New York, New York 10013
Tel.:      (212) 816-2145
Fax:      (646) 688-2109
E-mail:   jonathan.winnick@citigroup.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Citibank's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or

2

(4) to any other rights, claims, actions, setoffs or recoupments to which Citibank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Citibank expressly reserves.

Dated: New York, New York
August 7, 2007

SEWARD & KISSEL, LLP

By:  /s/ Ronald L. Cohen
Ronald L. Cohen (RC 3897)
Kalyan Das (KD 9079)
One Battery Park Plaza
New York, New York  10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email:  cohenr@sewkis.com
das@sewkis.com

*Attorneys for Citibank, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------- x
In re:                                                         :
                                                               :        Chapter 11
AMERICAN HOME MORTGAGE                                          :        Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                :        (Joint Administration Pending)
                                                               :
                                           Debtors.            :
-------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      CHRISTOPHER R. THOMSON, an attorney duly admitted to the bar of the State of New York, hereby certifies that on August 7, 2007, caused a copy of the Notice of Appearance and Request for Service of Papers to be served by first-class mail postage prepaid upon the parties on the annexed service list.

       /s/ Christopher R. Thomson
                Christopher R. Thomson

## SERVICE LIST

Joel A. Waite, Esq.,
Matthew Barry Lunn, Esq.
Pauline K. Morgan, Esq,
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

OFFICE OF THE UNITED STATES
TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Peter S. Partee, Esq.
Scott H. Bernstein, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166-0091

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
LOCKE LIDDELL & SAPP
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002

Mark D. Collins, Esq.
John H. Knight, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
MILBANK, TWEED, HADLEY &
MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Dennis J. Drebsky, Esq.
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY  10022

John Rosenthal, Esq.
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

Eric K. Moser, Esq.
Wilbur F. Foster,. Jr. , Esq.
MILBANK, TWEED HADLEY &
MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Richard S. Miller, Esq.
Robert T. Honeywell, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY  10022

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Ronit J. Berkovich, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Andrea Sheehan, Esq.
LAW OFFICES OF ROBERT E.
LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205

Joseph T. Moldovan, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY  10022

Kimberly E.C. Lawson, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Steven K. Kortanek, Esq.
WOMBLE CARLYLE
SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Stephen B. Selbst, Esq.
MCDERMOTT WILL &
EMERY LLP
340 Madison Avenue
New York, NY  10173-1922

Louis Benza
Senior Executive Counsel
EMPIRE BLUE CROSS BLUE
SHIELD
15 Metro Tech Center South, 6th
Floor
Brooklyn, NY  11201

Richard P. Norton, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

2