IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
                                    Debtors.                     :
                                                                 :  Ref. Docket No 6
---------------------------------------------------------------- x

## ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO PAY CERTAIN PREPETITION TAXES, INCLUDING TRUST FUND AND PERSONAL LIABILITY TAXES, PURSUANT TO SECTIONS 105(A), 363 AND 507(A) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] seeking entry of an order authorizing, but not directing, the Debtors to pay certain prepetition taxes, including trust fund and personal liability taxes, pursuant to sections 105(a), 363 and 507(a) of the Bankruptcy Code, all as described more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided; and the

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and upon the Motion, and the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief, dated as of the Petition Date; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized, but not directed, to pay all undisputed pre-petition Taxes, including trust fund and personal liability tax obligations due and owing to various taxing authorities (the "Taxing Authorities") in the ordinary course of business, on an unaccelerated basis in an aggregate amount not to exceed $150,000.00, without prejudice to the Debtors' rights to seek additional authority from the Court to pay additional amounts that may be owed; and it is further

ORDERED that (i) to the extent that any check payable to a taxing authority has not cleared the bank as of the Petition Date or was rejected by a bank, the Debtors are authorized, but not directed, to issue postpetition replacement checks, submit replacement fund transfer requests or provide other means of payment to the taxing authorities and (ii) the Debtors' banks are authorized to honor such checks and/or any prepetition wire transfer requests; and it is further

ORDERED that nothing in this Order or the Motion shall be construed as prejudicing the Debtors' rights to dispute the amount, priority, validity or basis of any Taxes allegedly due to any taxing authority, or a waiver of any right to assert property rights in such funds and all such rights of the Debtors are reserved; and it is further

ORDERED that the Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated:   August 7, 2007
         Wilmington, Delaware

                                          _____
                                          Christopher S. Sontchi
                                          United States Bankruptcy Judge