IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                        :
                                                       :   Jointly Administered
        Debtors.                                       :
------------------------------------------------------ x   Doc. Ref. No. 7
```

### ORDER PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO (I) CONTINUE THE DEBTORS' INSURANCE POLICIES AND AGREEMENTS RELATING THERETO AND (II) HONOR CERTAIN OBLIGATIONS IN RESPECT THEREOF

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage

Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect

affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively,

"AHM" or the "Debtors")[2], seeking entry of an order pursuant to sections 363(b) and 105(a) of

title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") authorizing the

Debtors to continue their Insurance Policies and agreements relating thereto and pay all

obligations in respect thereof, all as described more fully in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

§§ 157 and 1334; and due notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and upon the Motion, and the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief, dated as of the Petition Date; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized, but not directed, to maintain and continue to make all prepetition and postpetition payments, including prepetition and postpetition fees and premiums with respect to the Insurance Policies on an uninterrupted basis; and it is further

ORDERED that the Debtors are authorized, but not directed, to pay or otherwise satisfy any additional prepetition premiums, deductibles and/or other obligations related to the Insurance Policies to the extent that the Debtors determine, in their discretion, that such payment is necessary to avoid cancellation, default, alteration, assignment, attachment, lapse or any form of impairment to the coverage, benefits or proceeds provided under the Insurance Policies; and it is further

ORDERED that, notwithstanding anything contained herein to the contrary, the Debtors are authorized to satisfy prepetition premiums, fees, deductibles and/or other obligations related to the Insurance Policies in an aggregate amount not to exceed $5.3 million, without prejudice to the Debtors' rights to seek additional authority from the Court to pay additional amounts that may be owed; and it is further

-2-

ORDERED that to the extent that the Insurance Policies, or any related contract or agreement, are deemed executory contracts, the relief granted hereby shall not be deemed an assumption of any such contract pursuant to section 365 of the Bankruptcy Code, and all of the Debtors' rights pursuant to section 365 of the Bankruptcy Code are expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated:    Wilmington, Delaware
          August 7, 2007

Christopher S. Sontchi
United States Bankruptcy Judge