# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

**Debtor:** American Home Mortgage Holdings, Inc.
**Case Number:** 07-11047-CSS     **Chapter:** 11
**Date / Time / Room:** TUESDAY, AUGUST 07, 2007 03:00 PM    CRT#6, 5TH FL.
**Bankruptcy Judge:** CHRISTOPHER S. SONTCHI
**Courtroom Clerk:** DANIELLE GADSON
**Reporter / ECR:** NICKITA BARKSDALE

### Matter:

First Day Hearing
**R / M #:** 0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

- Judge signed orders:

    -Interim Order (I) Prohibiting Utility companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utilities Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment

    -Order Authorizing the Debtors and Debtors in Possession to Pay Certain Prepetition Taxes, Including Trust Fund and Personal Liability Taxes

    -Order for Authorization to (I) Continue the Debtors' Insurance Policies and Agreements Relating Thereto and (II) Honor Certain Obligations in Respect Thereof

    -Order Authorizing the Debtors to pay Prepetition Obligations of Certain Critical Vendors and Service Providers

    -Order (I) Authorizing Debtors to Maintain and Use Existing Bank Accounts and Business Forms, (II) Authorizing the Debtors to Maintain and Use Existing Cash Management System, and (III) Extending the Debtors' Time