# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 7, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | ABN Amro Bank |
| Paul Caruso (telephonic) | Sidley Austin | Wells Fargo Mortgage |
| Edward Kosmowski (telephonic) | YCST | American Home Mortgage Holdings |
| ? Kristin Elliott (telephonic) | ~~Kirkpatrick & Lockhart Preston Gates~~ Kirkpatrick & Lockhart Preston Gates | Barclays Bank et al. |
| Robert Honeywell (telephonic) | | |
| Richard Miller (telephonic) | Kirkpatrick & Lockhart Preston Gates | |
| Marie Beaudette (telephonic) | Dow Jones News Wires | Dow Jones News |
| Franklin Top (telephonic) | Chapman & Cutler | Wells Fargo Bank |
| Jason Blumberg (telephonic) | Loeb & Loeb | Merrill Lynch |
| Lee Attanasio (telephonic) | Sidley Austin | Morgan Stanley Mortgage Capital |
| ? ~~Mary DeFalaise~~ (telephonic) | US Department of Justice | US |
| James Bruen (telephonic) | US Department of Justice | US |
| Dennis Drebsky | Nixon Peabody LLP | Deutsche Bank National Trust |
| Arlene Alves | Seward + Kissel LLP | Citibank, N.A., as indenture trustee |
| John T. Carroll | Cozen O'Connor | Citibank N.A. as indenture trustee TB |
| Stephen Selbst | McDermott Will & Emery LLP | West LB AG, NY Branch |

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 7, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Clemente | Sidley Austin | Société Generale |
| Steven Wilamowsky | Bingham McCutchen LLP | DB Structured Products, Inc. |
| Alan Landis | Landis Rath & Cobb LLP | JPMorgan Chase Bank |
| Tom Grace | Locke Liddell & Sapp | " |
| John H. Knight | Richards Layton | ABN Amro |
| Gregory A. Bray | Milbank Tweed | " " |
| Rick Antonoff | Pillsbury Winthrop | UBS |
| Ellen Slights | USAO | |
| Alex R. Rovira | Sidley Austin | GNMA |
| [illegible] | [illegible] | Bear Stearns EMC Liquid Funding, Morgan Stanley Mortgage Capital |
| [illegible] | YCST | Wiltshire |
| Mark Eshin | Campbell & Levine | Citi |
| Lisa Lovkitis | Kirkland & Ellis | Citi |
| Sam Askew | Cadwalader | Calyon |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 7, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Barden | Ashby Geddes | Morgan Stanley Mtg Capital |
| | | Morgan Stanley Co Inc |
| | | Morgan Stanley Capital Servg |
| | | UBS Real Estate Securities |
| Mate Phillips | Connolly Bove Lodge & Hutz | Wells Fargo Funding & Wells Fargo Bank |
| Joe McMahon | USDOJ | UST |
| Cory Falgowski | Reed Smith | Freddie Mac |
| Rich Norton | Reed Smith | ZC Sterling |
| Marisa Love Paul | Elliot Greenleaf | Calyon Credit |
| Margot Schonholtz | Kate Scherer | Bank of America, Administrative Agent |
| Laura Silver Silverstein | Blank Anderson Coroner up | |
| BRETT BARRAGATE | Jones Day | |
| Sarah Alle Kyland | Greenberg Traurig LLP | WLR Recovery Fund |
| Victoria Counihan | " | " |
| Rob Dehney | MNAT | Financial Guaranty Insurance Assured Guaranty |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

3

# SIGN-IN-SHEET

**CASE NAME:**  
**CASE NO.:** (CSS)

**COURTROOM LOCATION:** Courtroom 6 @  
**DATE:**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steve Kortanek | Womble Carlyle | CSFB |
| Howard Cohet Comet | Weil Gotshal | " |
| Lori Fife | Weil Gotshal | " |
| Todd Schultz | Wolf Block | Wells Fargo Bank as Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

4