EXHIBIT A
~~SCHEDULE 1~~

**BUDGET**

AMERICAN HOME MORTGAGE
CASH FORECAST – SERVICING
NOTE: BASED UPON THE CURRENT PORTFOLIO OF MSRs AND MORTGAGES.

| ($ millions) | 8/10 | 8/17 | 8/24 | 8/31 | 9/7 | Projected Week Ending 9/14 | 9/21 | 9/28 | 10/5 | 10/12 | 10/19 | 10/26 | 11/2 | 13 Weeks Ended 11/2/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | $  - | $ 1.2 | $ 6.5 | $ 10.3 | $ 15.6 | $ 22.2 | $ 27.5 | $ 31.1 | $ 36.4 | $ 40.0 | $ 45.3 | $ 48.9 | $ 54.2 | $  - |
| **Sources of Cash** | | | | | | | | | | | | | | |
| Servicing Daily Receipts- Net (a) | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 104.0 |
| Investment Line Income/ Int Credit (b) | - | - | - | - | 3.0 | - | - | - | - | - | - | - | - | 3.0 |
| Total Sources | 8.0 | 8.0 | 8.0 | 8.0 | 11.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 107.0 |
| **Uses of Cash** | | | | | | | | | | | | | | |
| Indirect and Non-Payroll Direct Costs (c) | 0.7 | 0.6 | 0.4 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 7.7 |
| Vendor Payments--Prepetition | 1.5 | - | - | - | - | - | - | - | - | - | - | - | - | 1.5 |
| Vendor Deposits | 2.5 | - | - | - | - | - | - | - | - | - | - | - | - | 2.5 |
| Payroll & Payroll Taxes | - | - | 1.6 | - | 1.6 | - | 1.6 | - | 1.6 | - | 1.6 | - | 1.6 | 9.5 |
| Retention Payments (d) | - | - | 0.1 | - | 0.1 | - | 0.1 | - | 0.1 | - | 0.1 | - | 3.2 | 3.8 |
| Health Insurance-BCBS | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 1.3 |
| Servicing Advances, Net (e) | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 26.0 |
| B of A expenses (f) | OPEN | | | | | | | | | | | | | OPEN |
| Total Uses | 6.8 | 2.7 | 4.2 | 2.7 | 4.4 | 2.7 | 4.4 | 2.7 | 4.4 | 2.7 | 4.4 | 2.7 | 7.5 | 52.3 |
| Net Cash Flow | 1.2 | 5.3 | 3.8 | 5.3 | 6.6 | 5.3 | 3.6 | 5.3 | 3.6 | 5.3 | 3.6 | 5.3 | 0.5 | 54.7 |
| Closing Balance | $ 1.2 | $ 6.5 | $ 10.3 | $ 15.6 | $ 22.2 | $ 27.5 | $ 31.1 | $ 38.4 | $ 40.0 | $ 45.3 | $ 48.9 | $ 54.2 | $ 54.7 | $ 54.7 |

(a) Comprised of fees and advance recoveries.
(b) Represents float on servicing payments before remittance to portfolio owner.
(c) To include allocation of corporate costs.
(d) Assumes final payroll and retention payout occurs week ended 11/2/07.
(e) Based upon the historical monthly average.
(f) Estimates for advisory and other costs to be provided by B of A.