IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that WLR Recovery Fund III, L.P., as Lender and Administrative Agent, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon counsel at the following addresses:

| Victoria W. Counihan, Esq.<br>Sandra G. M. Selzer, Esq.<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-661-7000<br>Facsimile: 302-661-7360<br>counihanv@gtlaw.com<br>selzers@gtlaw.com | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>I. Lewis H. Grimm, Esq.<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Telephone: 212-326-3939<br>Facsimile: 212-755-7306<br>cball@jonesday.com<br>emryland@jonesday.com<br>lgrimm@jonesday.com | Brett P. Barragate, Esq.<br>JONES DAY<br>901 Lakeside Avenue<br>North Point<br>Cleveland, OH 44114<br>Telephone: 216-586-3939<br>Facsimile: 216-579-0212<br>bpbarragate@jonesday.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive WLR Recovery Fund III, L.P.'s (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which WLR Recovery Fund III, L.P. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: August 7, 2007

**JONES DAY**
Corinne Ball, Esq.
Erica M. Ryland, Esq.
I. Lewis H. Grimm, Esq.
222 East 41st Street
New York, NY 10017
Telephone: 212-326-3939
Facsimile: 212-755-7306

Brett P. Barragate, Esq.
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212

- and-

2

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*

Victoria W. Counihan (No. 3488)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: 302-661-7000
Facsimile: 302-661-7360

Attorneys to WLR Recovery Fund III, L.P., as Lender and Administrative Agent