IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., | : : : | Chapter 11 |
| Debtors. | : : | Case No. 07-11047 (CSS)<br>**Re: Dkt No. 43** |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as August 10, 2006 hereby withdrawals **Docket No. 43**, because of an incorrect attachment. The correct document appears at **Docket No. 45**.

POTTER ANDERSON & CORROON LLP

/s/ Laurie Selber Silverstein
Laurie Selber Silverstein (#2396)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19801
Tel. (302) 984-6000

*Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as August 10, 2006*

Date: August 8, 2007