**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case Nos. 07-11047 (CSS) |
| **HOLDINGS, INC., et al**. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of ORIX Capital Markets, LLC, and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case be given to and served upon the parties identified below at the following address, telephone and telecopier numbers:

> Mark A. Broude, Esq.
> David M. Stewart, Esq.
> Latham & Watkins LLP
> 53rd at Third, Suite 1000
> 885 Third Avenue
> New York, New York  10022-4068
> Telephone No.: (212) 906-1200
> Telecopier No.: (212) 751-4864
> Email: mark.broude@lw.com
>        david.stewart@lw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, plan, disclosure statement, complaint, demand,

answers or reply papers, made by any of the debtors or any third party in the bankruptcy case or any adversary proceedings or contested matters therein.

Dated: August 8, 2007
    New York, New York

**LATHAM & WATKINS LLP**

By: /s/   Mark Broude
    Mark A. Broude
    885 Third Avenue, Suite 1000
    New York, New York 10022
    Telephone:  (212) 906-1200

Attorneys for ORIX Capital Markets, LLC

NY\1313280.1

**CERTIFICATE OF SERVICE**

       I hereby certify that true copies of the Notice of Appearance and Request for Service were served upon the attached Service List by the method specified below this 8th day of August, 2007.

                                                   /s/ Erika Ruiz
                                                   Erika Ruiz

## Service List

**VIA FIRST CLASS MAIL**

Pauline L. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899-0391

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Peter S. Partee, Esq.
Scott Bernstein, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddel & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

NIXON PEABODY, LLP
Dennis J. Drebsky (DD 4579)
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000

John Rosenthal
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Eric K. Moser
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Richard S. Miller, Esq.
Robert T. Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY  10022

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Marcia L. Goldstein, Esq.
    Lori R. Fife, Esq.
    Ronit J. Berkovich, Esq.

CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, GARLAND INDEPENDENT SCHOOL DISTRICT, and LEWISVILLE INDEPENDENT SCHOOL DISTRICT
c/o Andrea Sheehan, Esq.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Kimberly E.C. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

City of Cedar Hill, Carroll ISD, Arlington ISD
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Attention: Steven K. Kortanek

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173-1922
Attn: Stephen B. Selbst, Esq.

Louis Benza, Esq.
Empire Blue Cross Blue Shield
15 Metro Tech Center South, 6th Floor
Brooklyn, New York 11201

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE  19899

NY\1313280.1