**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case Nos. 07-11047 (CSS) |
| **HOLDINGS, INC., et al**. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related Docket Nos. 12, 17 and 33 |
| | ) | Hearing:  August 7, 2007 at 3:00 p.m. |
| | ) | |

**JOINDER IN PART OF ORIX CAPITAL MARKETS, LLC TO THE LIMITED
OBJECTION AND RESERVATION OF RIGHTS OF ABN AMRO BANK N.V. (AGENT
FOR THE PURCHASERS UNDER THE MASTER REPURCHASE AGREEMENT
WITH THE DEBTORS DATED AS OF FEBRUARY 28, 2007) WITH RESPECT TO
THE FOLLOWING MOTIONS OF THE DEBTORS FOR AUTHORITY TO: (1) ENTER
INTO DIP FINANCING AGREEMENT; (2) USE CASH COLLATERAL; (3) CONTINUE
CASH MANAGEMENT SYSTEM; (4) SELL THE SERVICING BUSINESS; AND (5)
SELL THE MORTGAGE LOANS**

ORIX Capital Markets, LLC ("ORIX"), by and through its undersigned counsel, hereby

joins, in part (the "Joinder"), the Limited Objection and Reservation of Rights of ABN AMRO

Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors

Dated as of February 28, 2007) With Respect to the Following Motions of the Debtors for

Authority to: (1) Enter into DIP Financing Agreement; (2) Use Cash Collateral; (3) Continue

Cash Management System; (4) Sell the Servicing Business; and (5) Sell the Mortgage Loans (the

"ABN Limited Objection"), and respectfully represents as follows:

**PRELIMINARY STATEMENT**

1.      ORIX, as buyer, is party to (i) a Master Repurchase Agreement (the "Master

Repurchase Agreement"), dated June 28, 2007, with American Home Mortgage Investment

Corp. ("AHM Investment"), a debtor in these chapter 11 cases, and AHM SPV III, LLC

(together, the "Sellers"), and (ii) a Securities Account Control Agreement, dated June 28, 2007,

with the Sellers, as grantors, and Mitsubishi UFJ Trust & Banking Corporation (U.S.A.).  Prior

to the filing on August 6, 2007 (the "Petition Date") of the chapter 11 cases of AHM Investment

and its affiliated debtors (collectively, the "Debtors"), and pursuant to the Master Repurchase

Agreement, ORIX purchased certain Purchased Securities[1] for an aggregate principal amount of

$83,510,000.  The Purchased Securities and the Income thereon are not property of the Debtors'

estates and cannot be used, sold, encumbered or disposed of without the consent of ORIX.[2]

ORIX does not consent to any use, sale, encumbrance or disposition of the Purchased Securities.

2.    ORIX objects to the Debtors' DIP financing motion (Docket No. 17) and motion

for the sale of loan assets (Docket No. 12) to the extent that such motions purport to apply to or

affect in any way the Purchased Securities or the Income thereon.  ORIX also objects to each of

these two motions to the extent they purport to limit ORIX's rights under chapter 11 of Title 11

of the United States Code (as amended, the "Bankruptcy Code"), including section 559 of the

Bankruptcy Code.

3.    The Master Repurchase Agreement constitutes a "repurchase agreement" as that

term is defined in section 101(47) of the Bankruptcy Code.  Accordingly, ORIX is entitled to the

protections provided under, *inter alia*, sections 362(b)(7) and 559 of the Bankruptcy Code.

4.    On August 2, 2007, prior to the Petition Date, ORIX delivered a Notice of Default

to the Sellers in connection with various defaults under the Master Repurchase Agreement.

---

[1]    All capitalized terms used but not defined herein shall have the meaning given to them in the Master Repurchase Agreement and related transaction documents.

[2]    To the extent that the Purchased Securities and the Income thereon are deemed to be property of the Debtors' estates, ORIX holds perfected, protective first priority security interests in such assets, and ORIX does not consent to the grant of any liens on its collateral.

2

**JOINDER IN PART**

5.    ORIX hereby joins and supports, in part, the ABN Limited Objection and objects to the relief sought in the DIP financing motion (Docket No. 17) and motion for the sale of loan assets (Docket No. 12) to the extent the Debtors seek authority to use, sell, encumber or dispose of the Purchased Securities owned by ORIX pursuant to the Master Repurchase Agreement (or the Income thereon).

6.    Finally, ORIX respectfully requests that any order approving the DIP motion include the language proposed in the ABN Limited Objection, modified as follows:

> "Nothing in this Interim Order grants liens on (a) Purchased Mortgage Loans, Collections or Related Security under the Master Repurchase Agreement, dated as of February 28, 2007, with ABN, in its capacity as Agent for the Purchasers, as Buyer, or (b) on the collateral securing the Debtors' obligations under swap agreements with ABN**, or (c) Purchased Securities or Income thereon under (and as defined in) that certain Master Repurchase Agreement, dated as of June 28, 2007, with ORIX Capital Markets, LLC, as buyer**. Furthermore, nothing in this Order shall limit or otherwise affect any rights provided under the Bankruptcy Code to any party to an agreement or transaction of the kind specified in sections **559 and** 561(a) of the Bankruptcy Code, including any right to dispose of property free and clear of any subordinate lien granted under this Interim Order, with such subordinate lien attaching only to the proceeds of any disposition. In addition, without limiting the foregoing, all such subordinate liens granted pursuant to this Interim Order shall be subject and subordinate to the rights of setoff, netting and recoupment of parties to agreements and transactions described in Bankruptcy Code §**§ 559 and** 561(a)."

7.    ORIX reserves the right to supplement this Joinder.

## CONCLUSION

8.      For the reasons set forth herein and in the ABN Limited Objection, ORIX

respectfully requests that this Court sustain the ABN Limited Objection and incorporate the

language proposed therein, as modified herein, into the applicable orders.

Dated: August 8, 2007
         New York, New York

                              **LATHAM & WATKINS LLP**

                              By: /s/   Mark Broude
                                  Mark A. Broude, Esq.
                                  David M. Stewart, Esq.
                                  885 Third Avenue, Suite 1000
                                  New York, New York 10022
                                  Telephone:  (212) 906-1200

                              Attorneys for ORIX Capital Markets,
                              LLC

4