## CERTIFICATE OF SERVICE

       I hereby certify that true copies of the Joinder In Part of ORIX Capital Markets, LLC to the Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) With Respect to the Following Motions of the Debtors for Authority to: (1) Enter into DIP Financing Agreement; (2) Use Cash Collateral; (3) Continue Cash Management System; (4) Sell the Servicing Business; and (5) Sell the Mortgage Loans were served upon the attached Service List by the method specified below this 8th day of August, 2007.

                                           /s/ Erika Ruiz
                                           Erika Ruiz

## Service List

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Honorable Christopher S. Sontchi<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street, 3rd Floor<br>Wilmington, DE  19801 | Pauline L. Morgan, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE  19899-0391 |

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519