IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>American Home Mortgage Holdings, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) AND 9010

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC and Harvey ♦ Pennington Ltd. appears for and on behalf of AT&T Inc.[1] ("AT&T"), a creditor and party-in-interest in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that AT&T requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Charles J. Brown, III, Esq.
E-mail: cbrown@harvpenn.com
HARVEY ♦ PENNINGTON LTD.
913 Market Street
Suite 702
Wilmington, DE  19801
(302) 428-0719
(302) 428-0734 (fax)

Vincent A. D'Agostino, Esq.
E-mail: vdagostino@lowenstein.com
Eric Horn, Esq.
E-mail: ehorn@lowenstein.com
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
(973) 597-2400 (fax)

---

[1] On or about November 19, 2005, SBC Communications Inc. acquired AT&T Corp. and changed its name to AT&T Inc.  Additionally, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, with AT&T Inc. being the surviving entity.

720884_1

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or Debtor-in-Possession or the property of such Debtor or Debtor's estate.

Dated: August 8, 2007

                                              */s/ Charles J. Brown, III*
                                              Charles J. Brown, III Esq. (No. 3368)
                                              HARVEY ♦ PENNINGTON LTD.
                                              913 Market Street, Suite 702
                                              Wilmington, DE 19801
                                              (302) 428-0719
                                              *Local Attorneys for AT&T Inc*

                                              and

                                              Vincent A. D'Agostino, Esq.
                                              Eric Horn, Esq.
                                              LOWENSTEIN SANDLER PC
                                              65 Livingston Avenue
                                              Roseland, New Jersey 07068
                                              (973) 597-2500
                                              (973) 597-2400 fax
                                              *Attorneys for AT&T Inc.*