IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
       Debtors.                                     :
--------------------------------------------------------------- x   Ref. No. 68
```

**NOTICE OF ENTRY OF INTERIM ORDER (A) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL, (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES AND (III) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RUL 4001**

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; THE DEBTORS' FORTY (40) LARGEST UNSECURED CREDITORS; COUNSEL TO BANK OF AMERICA, N.A., COUNSEL TO THE PROPOSED DIP LENDER, AND ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

        PLEASE TAKE NOTICE that on August 6, 2007, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed their **Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A) Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion** [Docket No. 16] (the "Motion"). On August 8, 2007, the United States Bankruptcy Court for the District of Delaware entered the interim order (the "Interim Order") approving the Motion [Docket No. 68].

        **PLEASE TAKE FURTHER NOTICE that objections to the entry of a final order (the "Final Order") approving the Motion must be filed on or before August 27, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for**

the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At

the same time, you must serve a copy of the objection upon the following parties so as to be

received on or before the Objection Deadline: (i) Young, Conaway Stargatt & Taylor, LLP, The

Brandywine Building, 100 West Street, 17th Floor, Wilmington, Delaware 19889-0391, Attention

Joel Waite, Esq., Attorneys for the Debtors; (ii) Kaye Scholer LLP, 425 Park Avenue, New

York, New York 10022, Attention:  Margot B. Schonholtz, Esq., and Scott D. Talmadge, Esq.

and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street,

Wilmington, Delaware 19801, Attention:  Laurie Selber Silverstein, Esq., Attorneys for the

Administrative Agent; (iii) Jones Day, 222 East 41st Street, New York, NY 10017, Attention:

Erica M. Ryland, Attorneys for the DIP Lender; and (iv) the Office of the United States Trustee

for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801,

Attention: Joseph McMahon, Esq.

**PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE**

**MOTION WILL BE HELD SEPTEMBER 4, 2007 AT 11:00 A.M. (ET) BEFORE THE**

**HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES**

**BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR,**

**COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested without further notice or hearing.

Dated: Wilmington, Delaware
      August 8, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
   Debtors in Possession