IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                     : Chapter 11
                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                            :
                                                                           : Jointly Administered
       Debtors.                                                            :
                                                                           : Ref. No. 5
------------------------------------------------------------------------ x

### NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING

TO:  THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; THE DEBTORS' FORTY (40) LARGEST UNSECURED CREDITORS; THE DEBTORS' UTILITY COMPANIES AS SET FORTH ON EXHIBIT A TO THE MOTION; AND ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

PLEASE TAKE NOTICE that, on August 6, 2007, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the **Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Adequate Assurance of Payment** [Docket No. 5] (the "Motion"). On August 7, 2007, the United States Bankruptcy Court for the District of Delaware entered an interim order (the "Interim Order") prohibiting the Debtors' utilities from discontinuing, altering or refusing service pending a final disposition of the Motion [Docket No. 61].

PLEASE TAKE FURTHER NOTICE that objections to the entry of a final order approving the Motion must be filed on or before **August 27, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD SEPTEMBER 4, 2007 AT 11:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

**PLEASE TAKE FURTHER NOTICE THAT UNTIL SUCH TIME AS A FINAL ORDER ON THE MOTION IS ENTERED BY THE COURT, THE DEBTORS' UTILITIES ARE FORBIDDEN TO DISCONTINUE, ALTER OR REFUSE SERVICES TO THE DEBTORS ON ACCOUNT OF ANY UNPAID PREPETITION CHARGES OR TO DISCRIMINATE AGAINST THE DEBTORS, OR TO REQUIRE PAYMENT OF A DEPOSIT OR RECEIPT OR OTHER SECURITY FOR CONTINUED SERVICE AS A RESULT OF THE DEBTORS' BANKRUPTCY FILING OR ANY OUTSTANDING PREPETITION INVOICES IN CONNECTION WITH ANY UNPAID CHARGES FOR UTILITY SERVICES FURNISHED TO THE DEBTORS.**

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested without further notice or hearing.

Dated: Wilmington, Delaware  
August 8, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
James L. Patton, Jr. (No. 2202)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Kara Hammond Coyle (No. 4410)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and  
  Debtors in Possession