IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 07-11047 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| DEBTOR | CHAPTER 11 |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Denton, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: August 8, 2007

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimant, County of Denton
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200

/s/ Michael Reed
_____
Michael Reed
State Bar Number 16685400

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Pauline K. Morgan, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; US Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899, on August 8, 2007, by First Class U. S. Mail or by Electronic Notification.

/s/ Michael Reed
_____
Michael Reed