IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
      Debtors.                                                         :
                                                                       :    Ref. No. 67
---------------------------------------------------------------------- x

**NOTICE OF ENTRY OF INTERIM ORDER (I) AUTHORIZING CERTAIN DEBTORS TO OBTAIN POSTPETITION FINANCING AND GRANT SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364(c); (II) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c); AND (III) GRANTING RELATED RELIEF**

TO:   THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; THE DEBTORS' FORTY (40) LARGEST UNSECURED CREDITORS; COUNSEL TO BANK OF AMERICA, N.A., THE POSTPETITION LENDER AND ITS COUNSEL, AND ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

PLEASE TAKE NOTICE that on August 6, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed their **Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief** [Docket No. 17] (the "Motion"). On August 8, 2007, the United States Bankruptcy Court for the District of Delaware entered the interim order (the "Interim Order") approving the Motion [Docket No. 67].

**PLEASE TAKE FURTHER NOTICE that, among other things, the Motion requests a waiver of rights under section 506(c) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330.**

**PLEASE TAKE FURTHER NOTICE** that objections to the entry of a final order (the "Final Order") approving the Motion must be filed on or before August 27, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the following parties so as to be received on or before the Objection Deadline: (i) Young, Conaway Stargatt & Taylor, LLP, The Brandywine Building, 100 West Street, 17th Floor, Wilmington, Delaware 19889-0391, Attention Joel Waite, Esq., Counsel to the Debtors; (ii) Jones Day, 222 East 41st Street, New York, New York 10017, Attention: Corinne Ball, Esq. and Erica M. Ryland, Esq. and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801, Attention: Victoria Counihan, Esq., Counsel to the Administrative Agent; (iii) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022, Attention: Margot B. Schonholtz, Esq., and Scott D. Talmadge, Esq. and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801, Attention: Laurie Selber Silverstein, Esq., Counsel to Bank of America, N.A.; and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801, <u>attn</u>: Joseph McMahon, Esq.

**PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD <u>SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)</u> BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested without further notice or hearing.

Dated: Wilmington, Delaware  
August 8, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/*

James L. Patton, Jr. (No. 2202)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Kara Hammond Coyle (No. 4410)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and  
 Debtors in Possession