IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- )   Chapter 11 Case
In re:                                                           )
                                                                 )
AMERICAN HOME MORTGAGE                                           )   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware Corporation, <u>et al.</u>,           )
                                                                 )
                    Debtors.                                     )
---------------------------------------------------------------- )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admissions <u>pro hac vice</u> of Erica M. Ryland, Esquire, of the law firm of Jones Day, to represent WLR Recovery Fund III, L.P., as Lender and Administrative Agent.

Dated: August 7, 2007

*[signature]*
Victoria W. Counihan (No. 3488)
Sandra Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for WLR Recovery Fund III, L.P., as Lender and Administrative Agent

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the Eastern and Southern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[signature]*
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017-6702

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions <u>pro hac vice</u> is granted.

Dated: _____, 2007      _____
                                  United States Bankruptcy Court Judge

DEL 86190253v1