**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., *et al*., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES:

PLEASE TAKE NOTICE that Citigroup Global Markets Realty Corp. and Citigroup Global Markets Inc. (collectively, "Citigroup") hereby enter their appearance in the above-captioned Chapter 11 cases by and through its counsel, Paul M. Basta, Esquire, Joshua Sussberg, Esquire, and Lisa G. Laukitis, Esquire of Kirkland & Ellis, LLP and Marla R. Eskin, Esquire and Mark T. Hurford, Esquire of Campbell & Levine, LLC.

The undersigned attorneys enter their appearance and request notice of all hearings and conferences herein and make demands for service of all papers herein including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010(b) and §342 and §1109(b) (if applicable) of the Bankruptcy Code. All notices given or required to be given in this case shall be given and served upon Citigroup at the following addresses:

| | |
|---|---|
| Paul M. Basta, Esq. | Marla R. Eskin, Esq. |
| Joshua A. Sussberg, Esq. | Mark T. Hurford, Esq. |
| Lisa G. Laukitis, Esq. | Campbell & Levine, LLC |
| Kirkland & Ellis LLP | 800 North King Street, Suite 300 |
| Citigroup Center | Wilmington, Delaware 19801 |
| 153 East 53rd Street | Phone: (302) 426-1900 |
| New York, New York 10022-4611 | Fax: (302) 426-9947 |
| Phone: (212) 446-4800 | mhurford@camlev.com |
| Fax: (212) 446-4900 | |
| pbasta@kirkland.com | |
| jsussberg@kirkland.com | |
| llaukitis@kirkland.com | |

{D0090505.1 }

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, notices of any application, complaint, objection, claim, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise filed with regard to the above case and proceedings therein.

(Remainder of Page Intentionally Left Blank)

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceedings so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Citigroup is or may be entitled.

Date:  August 8, 2007                                **CAMPBELL & LEVINE, LLC**

/S/ Mark Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Fax: (302) 426-9947

- and –

Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Lisa G. Laukitis, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Phone:  (212) 446-4800
Fax:     (212) 446-4900
pbasta@kirkland.com
jsussberg@kirkland.com
llaukitis@kirkland.com

*Counsel to Citigroup Global Markets Realty Corp. and Citigroup Global Markets Inc.*

{D0090505.1 }