Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Bank of America
Attention:  Swap Operations
233 South Wacker Drive, Suite 2800
Chicago, IL 60606

Bank of America
Attn: Ronald Jost
1133  Avenue of the Americas, 17th Floor
New York, NY 10036

Bank of America
Attention:  Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX 75202

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code:  CA5-701-05-19, 1455 Market Street, 5th
Floor
San Francisco, CA 94103

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code:  TX1-492-66-01, 01 Main Street, 66th Floor
Dallas, TX 75202

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

Bear Stearns Bank plc
Attn:  Jerome Schneider / Patrick Phelan
Investment Manager of Liquid Funding, Ltd.
Block 8, Harcourt Centre , Charlotte Way
Dublin 2, Ireland

Bear, Stearns & Co. Inc.
Attn: Sr. Managing Director
Government Operations, 1 Metrotech Center North ,
7th Floor
Brooklyn, NY 11201

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801

Citigroup Global Markets Realty Corp
Attn: Peter Steinmetz
390 Greenwich Street, 6th Floor
New York, NY 10013

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Country Wide Capital
20 N. Acoma Blvd
Lake Havasu City, AZ 86403

Credit Suisse
Attention:  Officer, General or Managing Agent
Eleven Madison Avenue
New York, NY 10010

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Deutsche Bank
Attn: Repo Desk, 3rd Floor
60 Wall Street
New York, NY 10005

Deutsche Bank
Attn: Legal Department
Taunusanlage 12
60262 Frankfurt, Germany

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

EMC
Attn: Officer, General or Managing Agent
383 Madison Avenue
New York, NY 10018

FNMA
Attn: Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC 20016

GMAC
Attn: Officer, General or Managing Agent
600 Galleria Parkway, 15th Fl.
Atlanta, GA 30339

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT 06830

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Impac Funding Corporation
Attn: Client Administration
1401 Dove Street, Suite 100
Newport Beach, CA 92660

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA 91107

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub
LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
 Houston, TX 77019

JPMorgan Chase
Attn: Baylis Trust V, Madassir Mohamed
600 Travis, 50th Floor
 Houston, TX 77019

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust II
600 Travis, 50th Floor
 Houston, TX 77019

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust I
600 Travis, 50th Floor
 Houston, TX 77019

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Lehman Brothers
Attn: Robert Guglielmo, Senior Vice President
745 Seventh Avenue, 28th Floor
New York, NY 10019

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court , 22 Victoria Street
Hamilton HM 12, Bermuda

Luminent Mtg
Attn: Officer, General or Managing Agent
Suite 1350, California St.
San Francisco, CA 94111

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Morgan Stanley
 Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY 10036

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Nomura Credit & Capital, Inc.
Attn: NCCI Legal
2 World Financial Center, Building B, 18th Floor
New York, NY 10281

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY 10281

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Margot B. Schonholtz, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

{D0090635.1 }

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

SunTrust Asset Funding, LLC
Attn: Tony D. Atkins
Mail Code 3950 , 303 Peachtree Street, 23rd Floor
Atlanta, GA 30308

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

Washington Mutual Bank
Attn: Officer, General or Managing Agent
3200 Southwest Freeway
Houston, TX 77027

Wells Fargo Bank, N.A
Attn: Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA 94104

Wilmington Trust Company
Attn: Corporate Capital Markets
Rodney Square North,  1100 North Market Street
Wilmington, DE 19890

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

SunTrust Asset Funding, LLC
Attn:  Woodruff A. Polk
Mail Code 3950 , 303 Peachtree Street, 36th Floor
Atlanta, GA 30308

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

UBS
1251 Avenue of the Americas
New York, NY 10019

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Wells Fargo Bank, N.A
Attn: Corporate Trust Department - Baylis Trust VIII
919 North Market Street, Suite 700
Wilmington, DE 19801

Wilmington Trust Company
Attention:  Corporate Capital Markets -  AHM Capital
Trust I
Rodney Square North,  1100 North Market Street
Wilmington, DE 19890

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013