**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., *et al*., | ) | Case No. 07-11047 (CSS) |
| | ) | Joint Administration Pending |
| Debtors. | ) | **Related Doc. No.: 87** |

## CERTIFICATE OF SERVICE

I, Mark Hurford, of Campbell & Levine, LLC, hereby certify that on August 8, 2007, I caused a copy of the *Notice of Appearance and Request for Service of Papers* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

CAMPBELL & LEVINE, LLC

*/S/ Mark Hurford*
Mark Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900

Dated: August 8, 2007

{D0090642.1 }