IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) ) ) Jointly Administered ) |
| Debtors. | ) ) ) |

---

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that UBS Securities LLC and UBS Real Estate Securities, Inc. (collectively, "UBS") hereby enter their appearance in the above-captioned cases by and through their counsel, Pillsbury Winthrop Shaw Pittman LLP and Ashby & Geddes, P.A., and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers and e-mail addresses indicated below:

        Rick B. Antonoff, Esq.
        Brandon R. Johnson, Esq.
        Pillsbury Winthrop Shaw Pittman LLP
        1540 Broadway
        New York, NY 10036
        Telephone: (212) 858-1110
        Facsimile: (212) 858-1500
        rick.antonoff@pillsburylaw.com
        brandon.johnson@pillsburylaw.com

        and

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these or any cases, controversies, or proceedings related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which UBS is or may be entitled.

Date: August 8, 2007

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*

William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Rick B. Antonoff (NY No. 2351401)
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1110
Facsimile: (212) 858-1500

Attorneys for UBS Securities LLC
and UBS Real Estate Securities, Inc.

183004.1