IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x

**AGENDA OF MATTERS SCHEDULED FOR FIRST DAY HEARING ON
AUGUST 9, 2007 AT 12:00 P.M. (ET)**

**UNCONTESTED MATTER GOING FORWARD**

1.   Stipulation by and Between Debtors and JPMorgan Chase Bank, National Association [D.I. 80, 8/8/07]

     Objections Filed:   None at this time.

     Status: This matter will be going forward.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       August 9, 2007

                                     _____
                                     James L. Patton, Jr. (No. 2202)
                                     Robert S. Brady (No. 2847)
                                     Joel A. Waite (No. 2925)
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Matthew B. Lunn (No. 4119)
                                     Kara Hammond Coyle (No. 4410)
                                     Kenneth J. Enos (No. 4544)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Proposed Counsel for Debtors and
                                        Debtors in Possession