**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | CASE NO. | 07-11047-11 |
| AMERICAN HOME MORTGAGE HOLDING, INC. | § | | |
| DEBTOR(S), | § | CHAPTER | 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Dallas County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions

notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed

disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments

filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b)

and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET  SUITE 1600
DALLAS, TX 75201
Telephone:   (214)880-0089
Facsimile:    (469)221-5002
Email:          dallas.bankruptcy@publicans.com

By:*/s/ Elizabeth Weller*
       Elizabeth Weller        State Bar No.        00785514

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or

mailed to the parties listed below.

| | |
|---|---|
| JOEL A. WAITE | US TRUSTEE (DELAWARE) |
| THE BRANDYWINE BLDG | 844 KING STREET, RM 2207 |
| 1000 WEST STREET 17TH FLOOR | LOCK BOX #35 |
| WILMINGTON, DE 19899-0391 | WILMINGTON, DE 1989900 |

Dated this  9th  day of August, 2007.          */s/ Elizabeth Weller*
                                                                        Elizabeth Weller