IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 Case |
| ) |  |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, et al., ) |  |
| ) | Re Docket #85 |
| Debtors. ) |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admissions pro hac vice of Brett P. Barragate, Esquire, of the law firm of Jones Day, to represent WLR Recovery Fund III, L.P., as Lender and Administrative Agent.

Dated: August 7, 2007

Victoria W. Counihan (No. 3488)
Sandra Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for WLR Recovery Fund III, L.P., as Lender and Administrative Agent

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and the Northern District of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Brett P. Barragate, Esquire
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114-1190

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Dated: 8/9, 2007

United States Bankruptcy Court Judge

DEL 86190309v1