IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :     Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :     Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,                :
                                                               :     Joint Administered
        Debtors.                                               :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION OF FRED NEUFELD
## *PRO HAC VICE* PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

1.      John H. Knight, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of Fred Neufeld (the "Admittee"), of Milbank, Tweed, Hadley & McCloy LLP, 601 S. Figueroa Street, 30th Floor, Los Angeles, California 90017-5735, to represent ABN AMRO Bank N.V. in the above-captioned cases.

The Admittee is a member in good standing of the Bars of the States of California and New York, and is admitted to practice law in all of the state and federal courts in the State of California and the state courts of the State of New York.

Dated: August 8, 2007
       Wilmington, Delaware

                                                    /s/ John H. Knight
                                                    _____
                                                    John H. Knight (No. 3848)
                                                    RICHARDS, LAYTON & FINGER, P.A.
                                                    One Rodney Square
                                                    920 North King Street
                                                    Wilmington, Delaware 19801
                                                    (302) 651-7700

2. The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

_____
Fred Neufeld

3. Motion granted.

Date: 8/9/07

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge