**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | **Case No. 07-11047-CSS** |
| **HOLDINGS, INC, et al.,** | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |
| | ) | |

**REVISED NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Eckert, Seamans, Cherin & Mellott, LLC and Hunton & Williams LLP hereby enters their appearance as counsel for Calyon New York Branch ("Calyon"), pursuant to section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 et seq., and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the captioned cases and request that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Michael G. Busenkell, Esquire | Benjamin C. Ackerly, Esquire |
| Eckert, Seamans, Cherin & Mellott, LLC | Michael G. Wilson, Esquire |
| Suite 1210, 300 Delaware Avenue | Jason W. Harbour, Esquire |
| Wilmington, DE 19801 | Hunton & Williams LLP |
| Phone: (302) 425-0430 | Riverfront Plaza, East Tower |
| Fax:    (302) 425-0432 | 951 East Byrd Street |
| mbusenkell@eckertseamans.com | Richmond, VA 23219 |
| | Phone: (804) 788-8200 |
| | Fax:    (804) 788-8218 |
| | backerly@hunton.com |
| | mwilson@hunton.com |
| | jharbour@hunton.com |

Peter S. Partee, Esquire
Scott Bernstein, Esquire
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY  10166-0136
Telephone:  (212) 309-1000
Telecopier:  (212) 309-1100
ppartee@hunton.com
sbernstein@hunton.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the cases, with respect to the (a) debtors, (b) the property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment of other conduct.

PLEASE TAKE FURTHER NOTICE that Calyon intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in the cases or any cases, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which

it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Wilmington, Delaware             **ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
        August 9, 2007

*/s/ Margaret F. England*
Michael Busenkell (No. 3933)
Margaret F. England (No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
Tel.:   302-425-0430
Fax:   302-425-0432

**HUNTON & WILLIAMS LLP**
Benjamin C. Ackerly
Michael G. Wilson
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Tel.:   804-788-8200
Fax:   804-788-8218

**HUNTON & WILLIAMS LLP**
Peter S. Partee
Scott H. Bernstein
200 Park Avenue
New York, New York 10166-0005
Tel.:   212-309-1000
Fax:   212-309-1100

*Attorneys For Calyon New York Branch*

*U0008390*