CERTIFICATE OF SERVICE

      I, Margaret F. England, certify that on August 9, 2007, I caused copies of the foregoing Revised Notice Of Appearance, Request For Service Of Papers, And Request For Matrix Entry to be served locally by hand and non-locally by first class mail on the parties on the parties on the attached service list.

                                */s/ Margaret F. England*  
                                Margaret F. England (No. 4248)

## CERTIFICATE OF SERVICE

I, Margaret F. England, certify that on August 7, 2007, I caused copies of the foregoing Limited Objection Of Calyon New York Branch To Debtors' Motion For Interim And Final Orders Authorizing Limited Use Of Cash Collateral And Providing Adequate Protection to be served locally by hand and non-locally by first class mail on the parties on the parties on the attached service list.

*/s/ Margaret F. England*
Margaret F. England (No. 4248)

*U0003203*