Benjamin C. Ackerly, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

Doris Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, Il 606903

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
**By Hand**

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery park Plaza
New York, NY 10004

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
1007 N. Orange St., Suite 1200
Wilmington, DE 19801
**By Hand**

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Dennis J. Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Thomas H. Grace, Esq.
Locke Liddel & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE
**By Hand**

Internal Revenue Service
Insolvency Section, 31 Hopkins Plaza, Rm. 1150
Baltimore, MD 21202

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 N. market St, 17th Floor
Wilmington, DE 19801
**By Hand**

Steven K. Kortanek, Esq.
Womble Caryle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**By Hand**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market ?Street, Suite 600
Wilmington, DE 19801
**By Hand**

Kimberly E. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
**By Hand**

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022

Eric K. Moser, Esq.
Wilbur F. Foster, Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 E. 53rd Street
New York, NY 10022

Joseph M. McMahon, Esq.
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801
**By Hand**

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
**By Hand**

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Peter S. Partee, Esq.
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Russell C. Silberglied, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
**By Hand**

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. market Street, 6th Floor
Wilmington, DE 19801
**By Hand**

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

William P. Weintraub, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Floor
New York, NY 10013

Ellen W. Slights, Esq.
Assistant U.S. Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801
**By Hand**

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219