IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                               :
                                                                     :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,                                      :   Case No. 07-11047 (CSS)
                                                                     :
        Debtors.                                                     :   Jointly Administered
------------------------------------------------------------------- x
```
**Doc. Ref. No. 10**

### CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN

On August 6, 2007, the above captioned debtors and debtors in possession (the "Debtors") filed their Motion for Interim and Final Orders Pursuant to Sections 105, 363 and 503 of the Bankruptcy Code Authorizing the Debtors to Implement Non-Insider Employee Retention Plan [Docket No. 10] (the "Retention Plan Motion").

On August 7, 2007, the Court held a hearing (the "Hearing") to consider the relief requested in, among other pleadings, the Retention Plan Motion on an interim basis.

Consistent with the Court's ruling at the Hearing, the Debtors have modified the order approving the Retention Plan Motion on an interim basis, in consultation with the Office of the United States Trustee, a copy of which is annexed hereto as Exhibit A (the "Revised Interim Order"). In addition, the Debtors' inserted a hearing date of August 20, 2007 at 1:00 p.m. for the final hearing (the "Final Hearing") on the Retention Plan Motion, based upon a communication with the Court's chambers indicating that a Final Hearing could be scheduled for that date. A motion to shorten notice (the "Motion to Shorten") been filed contemporaneously herewith. For

the Court's and all parties' convenience, annexed hereto as <u>Exhibit B</u> is a blackline of the

Revised Interim Order, which compares the Revised Interim Order with the previously filed

version.

      WHEREFORE, the Debtors respectfully request that the Court enter the Revised

Interim Order annexed hereto as <u>Exhibit A</u> at the Court's earliest convenience.


Dated: Wilmington, Delaware
      August 8, 2007

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          *Pauline K. Morgan*

          James L. Patton, Jr. (No. 2202)
          Joel A. Waite (No. 2925)
          Pauline K. Morgan (No. 3650)
          M. Blake Cleary (No. 3614)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Kara Hammond Coyle (No. 4410)
          Margaret B. Whiteman (No. 4652)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Proposed Counsel for Debtors and
          Debtors in Possession

                             

## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
       Debtors.                                                :
-------------------------------------------------------------- x    Doc. Ref. No. 10
```

## INTERIM ORDER PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN

Upon consideration of the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of interim and final orders, pursuant to sections 105(a), 363(b) and 503(c) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to implement a retention plan (the "Non-Insider Employee Retention Plan") for the Debtors' non-insider employees; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the relief requested by this Motion is in the best interest of the Debtors, their estates and creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted on an interim basis, as modified herein.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Pursuant to sections 105(a), 363(b) and 503(c)(3) of the Bankruptcy Code,

but subject to paragraph 4 of this Order, the Debtors are authorized, but not required, (a) to adopt and implement the Non-Insider Employee Retention Plan, (b) to make the Retention Payments thereunder to eligible Non-Insider Employees, and (c) to take such other actions as may be necessary to implement the Non-Insider Employee Retention Plan, including, without limitation, designing and/or altering the Non-Insider Employee Retention Plan in any manner necessary to comply with applicable law; provided, however, that the Retention Payments shall not exceed $600,000 in the aggregate.

4.    Senior Vice Presidents, Vice Presidents, and Assistant Vice Presidents (the "Titled Officers") are, based upon the record developed at the August 7, 2007 hearing, ineligible for participation in the Non-Insider Employee Retention Plan for the interim period; provided, however, that nothing herein shall be deemed to prohibit or prejudice the Debtors from later seeking approval of the Titled Officers' inclusion in the Non-Insider Employee Retention Plan.

5.    The Motion did not seek approval of the Non-Insider Employee Retention Plan under section 503(c)(1) of the Bankruptcy Code, and the Court has not approved the Non-Insider Employee Retention Plan pursuant to such section.

6.    The authorization granted hereby to make the Retention Payments under the Non-Insider Employee Retention Plan shall not create any obligation on the part of the Debtors or their officers, directors, attorneys or agents to make payments under the Non-Insider Employee Retention Plan and none of the foregoing persons shall have any liability on account of any decision by the Debtors not to honor the Non-Insider Employee Retention Plan.

7.    Neither this Order nor any payment or performance by the Debtors authorized hereunder shall be deemed an assumption of any executory contract or otherwise

affect the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract.

8.      The deadline by which objections to the Motion and the Final Order must be filed is August 16, 2007 at 4:00 p.m. (ET). A final hearing on the Motion will be held on August 20, 2007 at 1:00 p.m. (ET). If no objections to the Motion are filed, the Court may enter the Final Order without further notice or hearing.

9.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

10.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       August ___, 2007

```
                              _____
                              Christopher S. Sontchi
                              United States Bankruptcy Judge
```

## EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :
a Delaware corporation, et al.,                         :   Case No. 07-11047 (CSS)
                                                        :
        Debtors.                                        :   Jointly Administered
------------------------------------------------------------------------- x   **Doc. Ref. No. 10**

### INTERIM ORDER PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN

Upon consideration of the motion (the "Motion") of the debtors and debtors in

possession in the above-captioned cases (collectively, the "Debtors") for entry of interim and

final orders, pursuant to sections 105(a), 363(b) and 503(c) of title 11 of the United States Code

(the "Bankruptcy Code"), authorizing the Debtors to implement a retention plan (the "Non-

Insider Employee IncentiveRetention Plan") for the Debtors' non-insider employees; and due

and sufficient notice of the Motion having been given under the circumstances; and it appearing

that the relief requested by this Motion is in the best interest of the Debtors, their estates and

creditors, and other parties in interest; and after due deliberation and sufficient cause appearing

therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is granted on an interim basis, as modified herein.

2.      Capitalized terms not otherwise defined herein shall have the meanings

ascribed to such terms in the Motion.

3.      Pursuant to sections 105(a), 363(b) and 503(c)(3) of the Bankruptcy Code,

but subject to paragraph 4 of this Order, the Debtors are authorized, but not required, (a) to adopt

and implement the Non-Insider Employee Retention Plan, (b) to make the Retention Payments thereunder to eligible Non-Insider Employees, and (c) to take such other actions as may be necessary to implement the Non-Insider Employee Retention Plan, including, without limitation, designing and/or altering the Non-Insider Employee Retention Plan in any manner necessary to comply with applicable law; provided, however, that the Retention Payments shall not exceed $600,000 in the aggregate.

4.    Senior Vice Presidents, Vice Presidents, and Assistant Vice Presidents (the "Titled Officers") are, based upon the record developed at the August 7, 2007 hearing, ineligible for participation in the Non-Insider Employee Retention Plan for the interim period; provided, however, that nothing herein shall be deemed to prohibit or prejudice the Debtors from later seeking approval of the Titled Officers' inclusion in the Non-Insider Employee Retention Plan.

5.    The Motion did not seek approval of the Non-Insider Employee Retention Plan under section 503(c)(1) of the Bankruptcy Code, and the Court has not approved the Non-Insider Employee Retention Plan pursuant to such section.

6.    4. The authorization granted hereby to make the Retention Payments under the Non-Insider Employee Retention Plan shall not create any obligation on the part of the Debtors or their officers, directors, attorneys or agents to make payments under the Non-Insider Employee Retention Plan and none of the foregoing persons shall have any liability on account of any decision by the Debtors not to honor the Non-Insider Employee Retention Plan.

7.    5. Neither this Order nor any payment or performance by the Debtors authorized hereunder shall be deemed an assumption of any executory contract or otherwise affect the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any

executory contract.

        8.     6. The deadline by which objections to the Motion and the Final Order must be filed is ⸻,August 16, 2007 at 4:00 p.m. (ET). A final hearing on the Motion will be held on ⸻,August 20, 2007 at ⸻1:00 p.m. (ET). If no objections to the Motion are filed, the Court may enter the Final Order without further notice or hearing.

        9.     7. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

        10.     8.

This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
      August ___, 2007


_____
Christopher S. Sontchi
United States Bankruptcy Judge

Document comparison done by Workshare DeltaView on Thursday, August 09, 2007 11:38:50 AM

| Input: | |
|--------|--------|
| Document 1 | interwovenSite://WSDMS/DB02/6162964/3 |
| Document 2 | interwovenSite://WSDMS/DB02/6162964/4 |
| Rendering set | standard |

| Legend: | |
|---------|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | Count |
|-------------|-------|
| Insertions | 13 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 22 |