IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
                                                                          :
      Debtors.                                                            :   Hearing Date: N/A
                                                                          :   Objection Deadline: N/A
------------------------------------------------------------------------ x

## MOTION FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE MOTION FOR FINAL ORDER AUTHORIZING DEBTORS TO IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] hereby move this Court (the "Motion to Shorten"), pursuant to Rules 2002 and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for an order providing that the applicable notice period for the Motion for Final Order Authorizing Debtors to Implement Non-Insider Employee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Retention Plan Pursuant to Sections 105, 363 and 503 of the Bankruptcy Code [Docket No. 10] (the "Motion,"),[2] be shortened and approved as provided below.

1. Pursuant to Local Rule 9006-1(e), the notice period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. The Debtors submit that sufficient cause exists to justify shortening the twenty (20) day notice period specified in Rule 2002 for notice of the hearing on the Motion. The Debtors have been advised by the Court's chambers that the Court is available to consider the Motion on August 20, 2007 at 1:00 p.m. (ET) (the "Hearing").

2. By the Motion, the Debtors seek authority to implement their Non-Insider Employee Retention Plan on a final basis and to include the Debtors' remaining Vice Presidents and Assistant Vice Presidents in the Non-Insider Employee Retention Plan.

3. For the reasons set forth in the Motion and on the record at the hearing held on August 7, 2007 (the "First Day Hearing"), the immediate implementation of the Non-Insider Employee Retention Plan is critical. On August 3, 2007, the Debtors drastically reduced their workforce from approximately 7,500 to approximately 1,000. Moreover, given the Debtors' goals of liquidating their estates, the remaining employees are well aware that their continued employment is limited. Failure to provide immediate incentives will likely result in the Non-Insider Employees refusing to return to work and seeking employment elsewhere. Indeed, since the First Day Hearing, three Vice Presidents and Assistant Vice Presidents have quit, leaving the Debtors' remaining employees to carry additional burdens over and beyond what was already asked of them.

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

4.  The Debtors will serve notice of the Motion, entry of the Interim Order, and Hearing by hand delivery or overnight courier so that all parties will receive notice as soon as possible. In light of the nature of the relief sought in the Motion, and the expedited manner of service, the Debtors submit that shortening and approving the notice period so that the Motion can be heard at the hearing scheduled for August 20, 2007 at 1:00 p.m. will not unfairly prejudice any party. The meeting to form an official committee of unsecured creditors is scheduled for August 14, 2007.

5.  For the reasons set forth above, the Debtors submit that (i) there is sufficient cause to justify shortening and approving the applicable notice periods for the hearing on the Motion, and (ii) that shortened notice periods will be sufficient for the entry of an order on the Motion. As such, the Debtors respectfully request that the hearing on the Motion be held on August 20, 2007 at 1:00 p.m. The Debtors further propose that any responses or objections to the Motion be submitted on or before August 16, 2007 at 4:00 p.m.

WHEREFORE, the Debtors respectfully request the entry of an Order approving the shortened notice for the Motion as set forth herein and approving the form, manner and sufficiency of notice.

Dated: Wilmington, Delaware
August 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
                                                                   :
          Debtors.                                                 : Ref. Docket No. _____
------------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO
CONSIDER THE MOTION FOR FINAL ORDER AUTHORIZING DEBTORS TO
IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN PURSUANT TO
SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE**

Upon consideration of the Motion for an Order Shortening the Time for Notice of the Hearing to Consider the Motion for Final Order Authorizing Debtor to Implement Non-Insider Employee Retention Plan Pursuant to Sections 105, 363 and 503 of the Bankruptcy Code (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Motion is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

DB02:6170746.1                                                                              066585.1001

2

ORDERED, that a hearing on the Motion will be held on August 20, 2007 at 1:00 p.m. (ET), and that the deadline to file any responses to the Motion shall be August 16, 2007 at 4:00 p.m.; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.


Dated: August _____, 2007
      Wilmington, Delaware

                                      Christopher S. Sontchi
                                      United States Bankruptcy Judge