# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 9, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sandra Selzer | Greenberg Traurig | WLR Recovery Fund III LP |
| John H. Knight | Richards Layton | ABN Amro Bank |
| Robert Brady | Young Conaway | Debtors |
| Laurie Silverstein | Potter Anderson Corroon LLP | Bank of America, as Admin Agent |
| Scott D. Cousins | Kurtz Shaler | Bank of America, as Admin Agent |
| Joe M'Kale | USDOJ | UST |
| Erica Ryland | Jones Day | WLR Recovery Fund III, LP |
| Matt McGuire | Landis Rath & Cobb | JP Morgan Chase |
| Fred Neufeld (phone) | Milbank Tweed | ABN Amro Bank |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**