IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :   Jointly Administered
                                                              :
    Debtors.                                                  :   Ref. Docket No. 104
------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE MOTION FOR FINAL ORDER AUTHORIZING DEBTORS TO IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE**

Upon consideration of the Motion for an Order Shortening the Time for Notice of the Hearing to Consider the Motion for Final Order Authorizing Debtor to Implement Non-Insider Employee Retention Plan Pursuant to Sections 105, 363 and 503 of the Bankruptcy Code (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Motion is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

DB02:6170746.1                                                                                                  066585.1001

2

ORDERED, that a hearing on the Motion will be held on August 20, 2007 at 1:00 p.m. (ET), and that the deadline to file any responses to the Motion shall be August 16, 2007 at 4:00 p.m.; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 9, 2007
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge