IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
            Debtors.                                               :
                                                                   :   Ref. No. 10
------------------------------------------------------------------ x

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING

TO:  THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; THE DEBTORS' FORTY (40) LARGEST UNSECURED CREDITORS; AND ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

PLEASE TAKE NOTICE that, on August 6, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion for Interim and Final Orders Authorizing Debtors to Implement Non-Insider Employee Retention Plan Pursuant to Sections 105, 363, and 503 of the Bankruptcy Code** [Docket No. 10] (the "Motion"). On August 9, 2007, the United States Bankruptcy Court for the District of Delaware entered an interim order authorizing the Debtors to implement the Non-Insider Retention Plan (as defined in the Motion) on a limited and interim basis [Docket No. 112].

PLEASE TAKE FURTHER NOTICE that objections to the entry of a final order approving the Motion must be filed on or before **August 16, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD AUGUST 20, 2007 AT 1:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested without further notice or hearing.

Dated: Wilmington, Delaware
August 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret B. Whiteman*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
 Debtors in Possession