**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.<br><br><br><br>Debtor. | Chapter 11<br><br>Case No.   07 – 11047 - CSS |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Samuel B. Garber, Assistant General Counsel of General Growth Management, Inc., as Agent, hereby enters his appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Samuel B. Garber**
**Assistant General Counsel**
**General Growth Management, Inc., as Agent**
**110 N. Wacker Drive**
**Chicago, IL  60606**
**Telephone: (312) 960-5079**
**Fax: (312) 960-6373**
**E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 10th day of August 2007.

                                                         Respectfully submitted,

                                                        /s/  Samuel B. Garber_____
                                                        Samuel B. Garber
                                                        Assistant General Counsel
                                                        General Growth Management, Inc., as Agent
                                                        110 N. Wacker
                                                        Chicago, IL  60606
                                                        (312) 960-5079
                                                        (312) 960-5993 (fax)

**CERTIFICATE OF SERVICE**

To:

    Matthew Barry Lunn
    YOUNG CONAWAY STARGATT & TAYLOR
    The Brandywine Building, 17th Fl
    1000 West Street
    PO Box 391
    Wilmington, DE  19899

    Pauline K. Morgan
    YOUNG CONAWAY STARGATT & TAYLOR
    The Brandywine Building, 17th Fl
    1000 West Street
    PO Box 391
    Wilmington, DE  19899

    United States Trustee
    844 King Street, Room 2207
    Lockbox # 35
    Wilmington, DE  19899-0035

    Clerk
    U.S. Bankruptcy Court
    3rd Floor
    824 North Market Street
    Wilmington, DE 19801-3024

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 10th day of August, 2007.

                                          /s/  Julie M. Minnick_____
                                          Julie M. Minnick