IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :    Chapter 11
                                                                      :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,                                       :    Jointly Administered
                                                                      :
    Debtors.                                                          :
--------------------------------------------------------------------- x

--------------------------------------------------------------------- x
Credit Suisse First Boston Mortgage Capital, LLC                      :
                                                                      :    Adversary Proceeding
            Plaintiff,                                                :    Case No. 07-51684 (CSS)
                                                                      :
v.                                                                    :
                                                                      :
American Home Mortgage Corp., American Home Mortgage                  :
Acceptance, Inc., American Home Mortgage Servicing, Inc.,             :
American Home Mortgage Investment Corp., and American                 :
Home Mortgage Holdings, Inc.                                          :
                                                                      :
            Debtor-Defendants.                                        :
                                                                      :
--------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 14, 2007 AT 10:00 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1.  Complaint for a Temporary Restraining Order and Declaratory and Injunctive Relief – Credit Suisse First Boston Mortgage Capital LLC v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51684 [D.I. 1, 8/6/07]

    Related Documents:

    a)  Credit Suisse First Boston Mortgage Capital LLC's Motion for Protective Order Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 3, 8/6/07]

b) Credit Suisse First Boston Mortgage Capital LLC's Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 4, 8/6/07]

c) Declaration of Michael Criscito in Support of Plaintiff's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 5, 8/6/07]

d) Credit Suisse First Boston Mortgage Capital LLC's Compendium of Unreported Cases with Respect to Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Declaratory Relief [D.I. 6, 8/6/07]

e) Credit Suisse First Boston Mortgage Capital LLC's Motion for Order Scheduling Argument on its Motion for a Temporary Restraining Order [D.I. 7, 8/6/07]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
August 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession