Silverman Perlstein & Acampora LLP
Counsel to American Corporate Record Center, Inc.
100 Jericho Quadrangle, Suite 300                    11-3489052
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman, Esq (GRL#8516)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,            Chapter 11
a Delaware Corporation, *et al.*,                 Case No. 07-11047 (CSS)
                                                  (Jointly Administered)
                              Debtor.
-------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE**, that American Corporate Record Center, Inc., a creditor and party in interest in the above case, by its attorneys, Silverman Perlstein & Acampora LLP, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, demands that all notices given or required to be given in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth herein:

> American Corporate Record Center, Inc.
> c/o Silverman Perlstein & Acampora LLP
> 100 Jericho Quadrangle, Suite 300
> Jericho, New York 11753
> Attn: Gerard R. Luckman, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, made by the Debtors or any third party in this Bankruptcy case.

Dated: Jericho, New York
       August 10, 2007                SILVERMAN PERLSTEIN & ACAMPORA LLP
                                      Counsel to American Corporate Record Center, Inc.


                              By:     s/Gerard R. Luckman
                                      Gerard R Luckman, Esq. (GRL#8516)
                                      A Member of the Firm
                                      100 Jericho Quadrangle, Suite 300
                                      Jericho, New York 11753
                                      (516) 479-6300

lmm/D249253v/F054348