Silverman Perlstein & Acampora LLP
Counsel to American Corporate Record Center, Inc.
100 Jericho Quadrangle, Suite 300     11-3489052
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman, Esq (GRL#8516)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,     Chapter 11
a Delaware Corporation, *et al.*,          Case No. 07-11047 (CSS)
                                           (Jointly Administered)
                    Debtor.
-------------------------------------------------------------------x

## AFFDAVIT OF SERVICE

STATE OF NEW YORK)
                  ) ss.:
COUNTY OF NASSAU )

**LESLYE KATZ**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Lindenhurst, New York.

On August 10, 2007, deponent served the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS** by first class delivery to the address listed below, said address designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of United States Post Office within the State of New York.

TO:   ***See Annexed Service List***

                                    s/Leslye Katz
                                    LESLYE KATZ

Sworn to before me this              Gail Franklin
10th day of August, 2007             Notary Public, State of New York
                                     No. 01FR5015110
   s/Gail Franklin                   Qualified in Nassau County
Notary Public                        Commission Expires July 12, 2007

lmm/D249286v/F054348

## SERVICE LIST

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Joel A. Waite, Esq.
Kara Hammond Coyle, Esq.
Matthew Barry Lunn, Esq.
Pauline K. Morgan, Esq.
Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Benajamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Peter S. Partee, Esq.
Scott Bernstein, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

lmm/D249286v/F054348

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Gregory A. Bray, Esq.
Fred Neufield, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Nixon Peabody, LLP
Dennis J. Drebsky, Esq.
437 Madison Avenue
New York, NY 10022

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Eric K. Moser, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Richard S. Miller, Esq.
Robert T. Honeywell, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Ronit J. Berkovich, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Womble Carlyle Sandridge & Rice, PLLC
Attn: Steven K. Kortanek, Esq.
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 N. Central Espressway
Dallas, TX 75205

McDermott Will & Emery LLP
Attn: Stephen B. Selbst, Esq.
340 Madison Avenue
New York, NY 10173-1922

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Louis Benza, Esq.
Senior Executive Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South, 6th Floor
Brooklyn, NY 11201

Kimberly E. C. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 13430
Arlington, TX 76094-0430

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

lmm/D249286v/F054348

Ronald L. Cohen, Esq.
Kalyan Das, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Jonathan Winnick, Esq.
Citibank Agency & Trust Co.
388 Greenwich Street, 19th Floor
New York, NY 10013

Victoria W. Counihan, Esq.
Sandra G. M. Selzer, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Ste 1200
Wilmington, DE 19801

Corinne Ball, Esq.
Erica M. Ryland, Esq.
I. Lewis H. Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Brett P. Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114

Mark A. Broude, Esq.
David M. Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Charles J. Brown, III, Esq.
Harvey ⬥ Pennington Ltd.
913 Market Street, Suite 702
Wilmington, DE 19801

Vincent A. D'Agostino, Esq.
Eric Horn, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680

Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Lisa G. Laukitis, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Rick B. Antonoff, Esq.
Brandon R. Johnson, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Michael G. Busenkell, Esq.
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Peter S. Partee, Esq.
Scott Bernstein, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Paul S. Caruso, Esq.
Jessica C. Knowles, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

lmm/D249286v/F054348