IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF APPEARANCE AND**
**CERTIFICATION OF GOOD STANDING**

PLEASE TAKE NOTICE THAT, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned is appearing on behalf of the Government National Mortgage Association ("GNMA"), a government corporation of the United States of America. All notices and papers that are required to be served upon GNMA must be given to and served upon me, Mary A. DeFalaise, at the following address and phone number:

> Mary A. DeFalaise, Esq.
> U.S. Department of Justice
> 1100 L St., NW
> Room 10002
> Washington DC, 20005
> Tel: (202) 307-0183
> Fax: (202) 307-0494
> e-mail: mary.defalaise@usdoj.gov

Furthermore, pursuant to Rule 9010-1(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I hereby certify that I am admitted to practice before the Supreme Court of Kentucky, the United States District Court for the Eastern District of Kentucky and the United States Court of Appeals for the Sixth Circuit, and am an active member in good standing of the Kentucky Bar Association.  I am also a member in good standing of the bar for the state of Ohio and was

admitted to practice before the Ohio Supreme Court and the United States District Court for the Southern District of Ohio.[1]  I further certify that I will be bound by the Local Rules and title 11 of the United States Code (the "Bankruptcy Code"), and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

Dated: August 10, 2007

                                       Respectfully Submitted

                                       PETER D. KEISLER
                                       Assistant Attorney General

                                       DAVID C. WEISS
                                       Acting United States Attorney

                                       ELLEN W. SLIGHTS  (DE Bar No. 2782)
                                       Assistant United States Attorney
                                       1007 Orange Street, Suite 700
                                       P.O. Box 2046
                                       Wilmington, Delaware 19899-2046

                                       /s/ Mary A. DeFalaise
                                       J. CHRISTOPHER KOHN
                                       JAMES G. BRUEN, JR.
                                       MARY A. DEFALAISE
                                       Commercial Litigation Branch
                                       Civil Division
                                       United States Department of Justice
                                       P.O. Box 875
                                       Ben Franklin Station
                                       Washington D.C. 20044
                                       Tel. (202) 307-0183
                                       Fax (202) 307-0494

                                       Attorneys for the Government
                                       National Mortgage Association

---

[1]  I am currently an inactive member of the Ohio bar.