IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                :   Jointly Administered
                         Debtors.                               :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Washington Mutual and its affiliates and subsidiaries ("WaMu"), creditors and parties-in-interest in the above-captioned cases, hereby appear by their counsel, Connolly Bove Lodge & Hutz LLP; such counsel hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| David H. Zielke, Esquire<br>Vice President &<br>Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue,<br>WMC 3501<br>Seattle, WA 98101<br>Telephone: (206) 500-4352<br>Telecopy:  (206) 377-2236<br>E-mail:<br>David.Zielke@wamu.net | Michael Coyne<br>First Vice President<br>Washington Mutual<br>623 Fifth Avenue<br>17th Floor<br>New York, NY 10022<br>Telephone: (212) 317-6372<br>Telecopy:  (212) 317-6370<br>E-mail:<br>michael.coyne@wamu.net | Karen C. Bifferato, Esquire<br>Marc J. Phillips, Esquire<br>Connolly Bove Lodge<br>  & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9141<br>Telecopy:  (302) 658-0380<br>E-mail: kbifferato@cblh.com<br>E-mail: mphillips@cblh.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of WaMu's right (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which WaMu is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments WaMu expressly reserves.

Dated: August 10, 2007
      Wilmington, Delaware

*/s/ Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Washington Mutual and its affiliates and subsidiaries

#557267