IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
GMAC MORTGAGE CORPORATION PURSUANT TO
FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enter an appearance for GMAC Mortgage Corporation ("GMAC"), and request that GMAC be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

| | |
|---|---|
| Joseph O'Neil, Jr., Esquire | Claudia Z. Springer, Esquire |
| J. Cory Falgowski, Esquire | Barbara K. Hager, Esquire |
| REED SMITH LLP | REED SMITH LLP |
| 1201 N. Market Street, Suite 1500 | 2500 One Liberty Place |
| Wilmington, DE 19801 | 1650 Market Street |
| Telephone: (302) 778-7500 | Philadelphia, PA 19103-7301 |
| Facsimile: (302) 778-7575 | Telephone: (215) 851-8100 |
| joneil@reedsmith.com | Facsimile: (215) 851-1420 |
| jfalgowski@reedsmith.com | cspringer@reedsmith.com |
| | bhager@reedsmith.com |

Robert P. Simons, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-7294
Facsimile: (412) 288-3063
rsimons@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive GMAC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which GMAC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 10, 2007  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ J. Cory Falgowski  
Joseph O'Neil, Jr. (Admitted in NY and NJ)  
J. Cory Falgowski (No. 4546)  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: joneil@reedsmith.com  
       jfalgowski@reedsmith.com

Counsel for GMAC Mortgage Corporation