IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGES HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 07-11047 (CSS) <br> ) <br> ) <br> ) Jointly Administered <br> ) <br> ) No Hearing Required |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission pro hac vice of Brandon R. Johnson to represent UBS Securities LLC and UBS Real Estate Securities Inc. in this matter.



ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

Attorney for UBS Securities LLC and
UBS Real Estate Securities Inc.

Date: August 9, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 10, 2007

_____
United States Bankruptcy Judge

DKT. NO. 110

DT. FILED 8-9-07

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of The State of New York and pursuant to District Court Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 8, 2007            Signed: _____
                                        Brandon R. Johnson
                                        Pillsbury Winthrop Shaw Pittman LLP
                                        1540 Broadway
                                        New York, NY 10036
                                        Telephone: (212) 858-1449
                                        Facsimile: (212) 858-1500