IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Morgan Stanley & Co. Incorporated, Morgan Stanley Capital Services Inc. and Morgan Stanley Market Products Inc. (collectively "Morgan Stanley") hereby enter their appearance in the above-captioned cases by and through its counsel, Stroock & Stroock & Lavan LLP and Ashby & Geddes, P.A., and such counsel hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| William P. Bowden, Esquire<br>Don A. Beskrone, Esquire<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888<br>Facsimile: 302-654-2067<br>wbowden@ashby-geddes.com<br>dbeskrone@ashby-geddes.com | Harold A. Olsen, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone: 212-806-5400<br>Facsimile: 212-806-6006<br>holsen@stroock.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or

otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Morgan Stanley is or may be entitled.

Dated: August 10, 2007

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888

-and-

STROOCK & STROOCK & LAVAN LLP
Harold A. Olsen
180 Maiden Lane
New York, NY 10038-4982
Telephone: 212-806-5400

*Attorneys for Morgan Stanley & Co. Incorporated, Morgan Stanley Capital Services Inc. and Morgan Stanley Market Products Inc.*

183080.1