UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11 Cases
                                                            :
AMERICAN HOME MORTGAGE                                      :   Case Nos. 07-11047 (CSS)
HOLDINGS, INC., a Delaware Corporation, et al.,             :   through 07-11054 (CSS)
                                                            :
                    Debtors.                                :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1. I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2. On August 7, 2007 I caused to be served a true copy of the **Notice of Appearance of Barclays Bank PLC and Barclays Capital Inc.** by first class mail postage pre-paid upon those persons and addresses listed on the attached service list.

_____
Nathanael F. Meyers

Sworn to before me this
10th day of August, 2007

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 2010

NY-545124 v1

## SERVICE LIST

James L. Patton, Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Deutsche Bank
31 West 52nd Street
3rd Floor NYC01-0304
New York, NY  10019

Wilmington Trust Company, as Debenture Trustee
Rodney Square North
100 North Market Street
Wilmington, DE  19890
Attn: Corporate Capital Markets – AHM Capital Trust I

JPMorgan Chase Bank, N.A.
194 Wood Avenue South
Floor 3
Iselin, NJ  08830

Countrywide Capital
20 North Acoma Blvd.
Lake Havasu City, AZ  86403

Wilmington Trust Company, as Trustee
Rodney Square North
100 North Market Street
Wilmington, DE  19890-0001
Attn: Corporate Capital Markets

Bank of America, N.A.
901 Main Street, 66th Floor
Dallas, TX  75202

JPMorgan Chase Bank, N.A. as Trustee
600 Travis, 50th Floor
Houston, TX 77019
Attn: Institutional Trust Services – Baylis Trust I

JPMorgan Chase Bank, N.A. as Trustee
600 Travis, 50th Floor
Houston, TX 77019
Attn: Institutional Trust Services – Baylis Trust II

JPMorgan Chase Bank, N.A. as Trustee
600 Travis, 50th Floor
Houston, TX 77019
Attn: Institutional Trust Services – Baylis Trust IV

JPMorgan Chase Bank, N.A. as Trustee
600 Travis, 50th Floor
Houston, TX 77019
Attn: Baylis Trust V, Madassir Hohamed

Citigroup
390 Greenwich Street, 6th Floor
New York, NY 10013

Morgan Stanely
1585 Broadway
New York, NY 10036

Wells Fargo Bank, N.A., as Trustee
919 North Market Street
Suite 700
Wilmington, DE 19801
Attn: Corporate Truste Dept. – Baylis Trust VIII

SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street, 23rd Floor
Atlanta, GA 30308
Attn: Tony D. Atkins

SunTrust Banks, Inc.
303 Peachtree Street, 36th Floor
Atlanta, GA 30308
Attn: Woodruff A. Polk

Impac Funding Corporation
1401 Dove Street, Suite 100
Newport Beach, CA 92660
Attn: Client Administration

Bear, Stearns & Co., Inc.
Governmental Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY 11201-3859
Attn: Sr. Managing Director

Bank of America, N.A.
Agency Management
Mail Code: CA5-701-05-19
1455 Market Street, 5th Floor
San Francisco, CA 94103
Attn: Anthea Del Bianco, VP

Bank of America, N.A.
Portfolio Management
Mail Code: TX1-492-66-01
901 Main Street, 66th Floor
Dallas, TX 75202-3714
Attn: Elizabeth Kurilecz, SVP

Citigroup Global Markets Realty Corp.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Peter Steinmetz

Bank of America, N.A.
Sears Tower, Suite 2800
233 South Wacker Drive
Chicago, IL 60606
Attn: Swap Operations

Bank of America, N.A.
1133 Avenue of the Americas
17th Floor
New York, NY 10036
Attn: Ronald Jost

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Nomura Credit & Capital, Inc.
2 World Finacial Center
Building B, 21st Floor
New York, NY  10281
Attn:  Dante LaRocca, Managing Director

Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12 Bermuda
Attn:  Coporate Secretary

Bear Stearns PLC
Investment Manager of Liquid Funding , Ltd.
Block 8, Harcourt Centre
Charlotte Way
Dublin 2, Ireland
Attn:  Jerome Schneider/Patrick Phelan

EMC
383 Madison Avenue
New York, NY  10017

Greenwich Capital Financial Products, Inc.
600 Steamboat Road
Greenwich, CT  06830
Attn:  Mortage Finance

Greenwich Capital Financial Products, Inc.
600 Steamboat Road
Greenwich, CT  06830
Attn:  Legal

Lehman Brothers Inc.
Lehman Commercial Paper Inc.
745 Seventh Avenue, 28th Floor
New York, NY  10019
Attn:  Robert Guglielmo, SVP Transaction Mgmt.

HSBC Bank
452 Fifth Avenue, 10th Floor
New York, NY  10018

UBS
1251 Avenue of the Americas
New York, NY  10019

Lehman Brothers Special Financing, Inc.
c/o Lehman Brothers Transaction Mgmt.
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Document Manager

FNMA
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

Washington Mutual Bank, FA
3200 Southwest Freeway
Houston, TX 77027

Lumient Mtg. (Barclays)
Suite 1350, 101 California Street
San Francisco, CA 94111

IndyMac Bank, F.S.B.
3465 East Foothill Blvd.
Pasadena, CA 91107

Morgan Stanley Capital Services Inc.
Transaction Management Group
1585 Broadway
New York, NY 10036-8293

Credit Suisse First Boston
Eleven Madison Avenue
New York, NY 10010

GMAC
600 Galleria Parkway, 15th Floor
Atlanta, GA 30339

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Peter S. Partee, Esq.
Scott Bernstein, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

- 7 -

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Dennis J. Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

John Rosenthal
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Eric K. Moser, Esq
Wilbur F. Foster, Esq
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413