IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------   x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Joint Administration Pending
                        Debtors.                                 :
------------------------------------------------------------------   x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                         ) SS
NEW CASTLE COUNTY    )

        Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors and that on the 8 day of August 2007 she caused a copy of the following document(s):

        Debtors' Motion for Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 [D.I. 3]

        Motion for an Order Pursuant to Sections 105(a), 345, and 503(b)(1) of the Bankruptcy Code (I) Authorizing Debtors to Maintain and Use Existing Bank Accounts and Business Forms, (II) Authorizing the Debtors to Maintain and Use Existing Cash Management System, (III) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code; and (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims [D.I. 14]

        Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment [D.I. 5]

        Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Taxes, Including Trust Fund and Personal Liability Taxes, Pursuant to Sections 105(a), 363 and 507(a) of the Bankruptcy Code [D.I. 6]

        Motion for an Order Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code Authorizing the Debtors to (I) Continue All Insurance Policies and Agreements Relating Thereto and (II) Honor Certain Obligations in Respect Thereof [D.I. 7]

        Debtors' Motion for Entry of Order Authorizing Debtors to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers [D.I. 8]

        Motion for an Order (A) Authorizing, but not Directing, the Debtors to (I) Pay Certain Pre-Petition Wages, Compensation and Employee Benefits; and (II) Continue Payment of Wages, Compensation and Employee Benefits in the Ordinary Course of Business; and (III) Pay Certain

Unpaid Compensation to Terminated Employees; and (B) Authorizing and Directing Applicable Banks and Other Financial Institutions to Process and Pay All Checks Presented for Payment and to Honor All Transfer Requests Made by the Debtors Relating to the Foregoing [D.I. 9]

Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A) Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion [D.I. 16]

Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 17]

Order Granting Motion For Joint Administration [D.I. 60]

Order(Interim)(I)Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Utility Services, (II) Deeming Utilities Companies Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment [D.I. 61]

Order Authorizing The Debtors And Debtors In Possession To Pay Certain Prepetition Taxes, Including Trust Fund And Personal Liability Taxes

Order Authorizing (I) To Continue The Debtors' Insurance Policies And Agreements Relating Thereto And (II) Honor Certain Obligations In Respect Thereof [D.I. 63]

Order Authorizing The Debtors To Pay Prepetition Obligations Of Certain Critical Vendors And Service Providers [D.I. 64]

Order (I) Authorizing Debtors To Maintain And Use Existing Bank Accounts And Business Forms, (II) Authorizing The Debtors To Maintain And Use Existing Cash Management System, And (III) Extending The Debtors' Time To Comply With Section 345 Of The Bankruptcy Code [D.I. 66]

Order (INTERIM) (A) Approving Debtor-in-Possession Financing, (B) Granting Liens and Allowing Superpriority Administrative Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 67]

Order (INTERIM) (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petitition Secured Parties and (III) Scheduling Final Hearing [D.I. 68]

Order (A) Authorizing, But Not Directing, The Debtors To (I) Pay Certain Pre-Petition Wages, Compensation And Employee Benefits; (II) Continue Payment Of Wages, Compensation And Employee Benefits In The Ordinary Course Of Business; And (III) Pay Certain Unpaid Compensation To Terminated Employees; And (B) Authorizing And Directing Applicable Banks And Other Financial Institutions To Process And Pay All Checks Presented For Payment And To Honor All Transfer Requests Made By The Debtors Relating To The Foregoing [D.I. 69]

Notice of Hearing and Entry of Order (INTERIM) (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petitition Secured Parties and (III) Scheduling Final Hearing [D.I. 81]

Notice of Hearing and Entry of Interim Order [D.I. 82]

Notice of Hearing and Entry of Order (INTERIM) (A) Approving Debtor-in-Possession Financing, (B) Granting Liens and Allowing Superpriority Administrative Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 84]

To be served on the parties listed on the attached service list.

_Debbie Laskin_
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _____ day of August 2007

_Kimberly A Beck_
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

**SERVICE LIST**

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)
*First Class Mail*

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code: CA5-701-05-19, 1455 Market Street, 5th Floor
San Francisco, CA 94103
*First Class Mail*

Bank of America
Attn: Marilyn Thomas
333 South Hope Street, 12th Fl.
Los Angeles, CA 90017
(Bank)
*First Class Mail*

Bank of America
Attn: Ronald Jost
1133 Avenue of the Americas, 17th Floor
New York, NY 10036
*First Class Mail*

Bank of New York
Attn: John T. Weisenhorn
101 Barclay Street, 19th Fl. West
New York, NY 10286
(Bank)
*First Class Mail*

Bear Stearns Bank plc
Attn: Jerome Schneider / Patrick Phelan
Investment Manager of Liquid Funding, Ltd.
Block 8, Harcourt Centre , Charlotte Way
Dublin 2, Ireland
*First Class Mail (International)*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
*First Class Mail*

American Home Bank
Attn: Marie C. Goudie
220 W. Huron, 5th Fl
Chicago, NY 312-660-8436
Bank
*First Class Mail*

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)
*First Class Mail*

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code: TX1-492-66-01, 01 Main Street, 66th Floor
Dallas, TX 75202
*First Class Mail*

Bank of America
Attention:  Swap Operations
233 South Wacker Drive, Suite 2800
Chicago, IL 60606
*First Class Mail*

Bank of America
Attention:  Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX 75202
*First Class Mail*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
WLR Recovery
*First Class Mail*

Bear, Stearns & Co. Inc.
Attn: Sr. Managing Director
Government Operations, 1 Metrotech Center North , 7th Floor
Brooklyn, NY 11201
*First Class Mail*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC.)
*First Class Mail*

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
(AT&T)
**Hand Delivery**

Citigroup Global Markets Realty Corp
Attn: Peter Steinmetz
390 Greenwich Street, 6th Floor
New York, NY 10013
**First Class Mail**

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
**First Class Mail**

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
**First Class Mail**

Country Wide Capital
20 N. Acoma Blvd
Lake Havasu City, AZ 86403
**First Class Mail**

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
**First Class Mail**

Deutsche Bank
Attn: Repo Desk, 3rd Floor
60 Wall Street
New York, NY 10005
**First Class Mail**

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
**First Class Mail**

Citigroup
Attn: Joe Chung
388 Greenwich Street
New York, NY 10013
(Bank)
**First Class Mail**

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
**First Class Mail**

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
ABN AMBRO Bank N.V.
**Hand Delivery**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
**Hand Delivery**

Credit Suisse
Attention:  Officer, General or Managing Agent
Eleven Madison Avenue
New York, NY 10010
**First Class Mail**

Deutsche Bank
Attn: Marco Caputi
60 Wall Street, 28th Fl., MS NYC60-2804
New York, NY 10005
(Bank)
**First Class Mail**

Deutsche Bank
Attn: Legal Department
Taunusanlage 12
60262 Frankfurt, Germany
**First Class Mail (International)**

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
**First Class Mail**

EMC
Attn: Officer, General or Managing Agent
383 Madison Avenue
New York, NY 10018
*First Class Mail*

GMAC
Attn: Officer, General or Managing Agent
600 Galleria Parkway, 15th Fl.
Atlanta, GA 30339
*First Class Mail*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*First Class Mail*

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)
*Hand Delivery*

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA 91107
*First Class Mail*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
*Hand Delivery*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust I
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

FNMA
Attn: Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC 20016
*First Class Mail*

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*First Class Mail*

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

HSBC
Attn: Dennis O'Connor
452 Fifth Avenue, Floor LL
New York, NY 10018
(Bank)
*First Class Mail*

Impac Funding Corporation
Attn: Client Administration
1401 Dove Street, Suite 100
Newport Beach, CA 92660
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust II
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Julie Lowery
707 Travis Street, Fl 6 NOrth
Houston, TX 77002
(Bank)
*First Class Mail*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(ZC Real Estate Tax Solutions)
*Hand Delivery*

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court , 22 Victoria Street
Hamilton HM 12, Bermuda
*First Class Mail (International)*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)
*Hand Delivery*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*First Class Mail*

JPMorgan Chase
Attn: Baylis Trust V, Madassir Mohamed
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
CSFB
*Hand Delivery*

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
(Citigroup Global)
*First Class Mail*

Lehman Brothers
Attn: Robert Guglielmo, Senior Vice President
745 Seventh Avenue, 28th Floor
New York, NY 10019
*First Class Mail*

Luminent Mtg
Attn: Officer, General or Managing Agent
Suite 1350, California St.
San Francisco, CA 94111
*First Class Mail*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
*First Class Mail*

Morgan Stanley
Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY 10036
*First Class Mail*

Nomura Credit & Capital, Inc.
Attn: NCCI Legal
2 World Financial Center, Building B, 18th Floor
New York, NY 10281
*First Class Mail*

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY 10281
*First Class Mail*

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)
*First Class Mail*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*First Class Mail*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
*First Class Mail*

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
*First Class Mail*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

North Fork
Attn: Michael Weisbrod
275 Broadhollow Road
Melville, NY 11747
(Bank)
*First Class Mail*

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)
*First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
WLR Recovery
*First Class Mail*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)
*First Class Mail*

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

SunTrust Asset Funding, LLC
Attn:  Woodruff A. Polk
Mail Code 3950 , 303 Peachtree Street, 36th Floor
Atlanta, GA 30308
*First Class Mail*

SunTrust Asset Funding, LLC
Attn: Tony D. Atkins
Mail Code 3950 , 303 Peachtree Street, 23rd Floor
Atlanta, GA 30308
*First Class Mail*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*First Class Mail*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

UBS
1251 Avenue of the Americas
New York, NY 10019
*First Class Mail*

US Bank
Attn: William Umscheid
800 Nicollet Mall, 3rd Fl.
Minneapolis, MN 55402
(Bank)
*First Class Mail*

Washington Mutual Bank
Attn: Officer, General or Managing Agent
3200 Southwest Freeway
Houston, TX 77027
*First Class Mail*

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(IndyMac)
*First Class Mail*

Wells Fargo Bank, N.A
Attn: Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA 94104
*First Class Mail*

Wells Fargo Bank, N.A
Attn: Corporate Trust Department - Baylis Trust VIII
919 North Market Street, Suite 700
Wilmington, DE 19801
*First Class Mail*

Wilmington Trust Company
Attention:  Corporate Capital Markets -  AHM Capital Trust I
Rodney Square North,  1100 North Market Street
Wilmington, DE 19890
*First Class Mail*

Wilmington Trust Company
Attn: Corporate Capital Markets
Rodney Square North,  1100 North Market Street
Wilmington, DE 19890
*First Class Mail*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street□□
Richmond, VA 23219
(Calyon)
*First Class Mail*

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013
*First Class Mail*