UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. ET AL.,<br><br>                Debtors | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR
### ALL ORDERS, NOTICES AND PLEADINGS

Please enter our appearance as counsel for Sovereign Bank, a creditor and party in interest.

We hereby request that we receive copies of all notices, papers and orders required to be given or served in accordance with Fed. R. Bankr. Pro. 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted by mail, telephone, telegram, telex or otherwise, which affect the debtor or the property of the debtor, filed by any party in the above-captioned case.

The filing of this appearance is not intended and should not be construed as a waiver of our client's Seventh Amendment right to trial by jury, if, as and when such right may be relevant in the course of these proceedings. This appearance is intended to be a special appearance to the extent that a general appearance would constitute such a waiver.

2

                SOVEREIGN BANK

                By its attorneys,
                RIEMER & BRAUNSTEIN LLP

Dated: August 10, 2007

                /s/ Guy B. Moss
                Guy B. Moss (BBO No. 357960)
                Riemer & Braunstein LLP
                Three Center Plaza
                Boston, Massachusetts 02108-2003
                Telephone: (617) 880-3466
                Facsimile: (617) 362-3466
                gmoss@riemerlaw.com

1024543.1