## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDING, INC. | § | |
| DEBTOR(S) | § | CASE NO. 07-11047-11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Linebarger Goggan Blair & Sampson, LLP, representing:

**BEXAR COUNTY**

and other taxing jurisdictions to whom they collect ad valorem property taxes, creditors in the above-referenced bankruptcy proceeding, and gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010.

Linebarger Goggan Blair & Sampson, LLP respectfully requests that it be served with any pleadings, reports, orders, documents, notices of hearings and any other notices to parties and interests in this case in accordance with Bankruptcy Rules 9010, 2002 and 3017.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON LLP**
Travis Building, 711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Voice*
(210) 226-4308 - *Fax*

By: _/s/David G. Aelvoet_
David G. Aelvoet
State Bar No. 00786959

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served by First Class Mail on _August 10, 2007_ upon the following:

Debtor:
  AMERICAN HOME MORTGAGE HOLDINGS, INC.
  538 Broadhollow Road
  Melville, NY 11747

Attorney:
  Joel A. Waite
  The Brandywine Bldg
  1000 West Street 17th Floor
  Wilmington, DE 19899-0391

Trustee:
  US Trustee (Delaware)
  844 King Street, RM 2207
  Lock Box #35
  Wilmington, DE 19899

_/s/David G.Aelvoet_
David G. Aelvoet