IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
        Debtors.                                                 :
                                                                 :  **Objection Deadline: N/A**
                                                                 :  **Hearing Date: N/A**
---------------------------------------------------------------- x

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING DEBTORS' ENTRY INTO LICENSE AGREEMENT WITH INDY MAC BANK, F.S.B. IN CONNECTION WITH ITS BID FOR ASSIGNMENT OF CERTAIN LEASES AND PURCHASE OF RELATED FURNITURE, FIXTURES AND EQUIPMENT *NUNC PRO TUNC* TO AUGUST 8, 2007**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] having filed the Emergency Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, Approving Debtors' Entry Into License Agreement with Indymac Bank, F.S.B. in Connection with its Bid for Assignment of Assume Certain Leases and Purchase of Related Furniture, Fixtures and Equipment *Nunc Pro Tunc* to August 8, 2007 (the "License Agreement Motion"), hereby move this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening the time for notice of the hearing to consider the License Agreement Motion as it relates to the relief sought therein so that the matter may be heard on August 24, 2007 at 1:00 p.m. (ET), the date set by the Court as the next omnibus hearing date.

1. The Federal Rules of Bankruptcy Procedure require twenty (20) days' notice prior to the hearing date for motions involving the use or sale of estate property. See Fed. R. Bankr. P. 2002(a)(2). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

2. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the License Agreement Motion as it relates to the relief sought therein. Through the terms of the License Agreement, the Debtors have agreed to allow Indymac, F.S.B. ("IMB") to enter the Premises and commence business operations in an effort to immediately curtail and defer the administrative expenses associated with the Premises. In consideration for allowing IMB immediate access to the Premises, IMB is paying the Debtors a License Fee, which is designed to satisfy the Debtors' expenses associated with the Premises, including, but not limited to, rent, utilities, real estate taxes, insurance, telecommunication charges, and the administrative costs incurred by the Debtors in connection with the License Agreement. The relief requested by this Motion will reduce, and in fact, eliminate the administrative costs of the Debtors associated with the Premises and facilitate the assumption and assignment of the Office Leases and sale of the FF&E located therein to IMB. Given that

the License Agreement will eliminate the constantly accruing expenses of the Premises, the Debtors believe that cause exists to consider the License Agreement Motion on shortened notice.

3. Accordingly, the Debtors request that a hearing on the relief sought in the License Agreement Motion be scheduled for August 24, 2007 at 1:00 p.m. (ET). The parties set forth in the notice section of the License Agreement Motion will be served by overnight delivery or hand delivery on the date hereof. The Debtors also request that the Court establish a deadline of August 21, 2007 at 4:00 p.m. (ET) for filing responses to the License Agreement Motion and require that any response be served pursuant to the notice so that it is actually received by that date and time.

WHEREFORE, the Debtors respectfully request that the Court enter an order scheduling a hearing on the relief requested in the License Agreement Motion for August 24, 2007 at 1:00 p.m. (ET) and requiring that any responses to the License Agreement Motion be filed and served so as to be received on or before August 21, 2007 at 4:00 p.m. (ET).

Dated: Wilmington, Delaware
August 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :  Jointly Administered
      Debtors.                                                           :
                                                                         :  Doc. Ref. No.
------------------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING DEBTORS' ENTRY INTO LICENSE AGREEMENT WITH INDYMAC BANK, F.S.B. IN CONNECTION WITH ITS BID FOR ASSIGNMENT OF CERTAIN LEASES AND PURCHASE OF RELATED FURNITURE, FIXTURES AND EQUIPMENT *NUNC PRO TUNC* TO AUGUST 8, 2007**

Upon consideration of the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that the applicable notice period for the Emergency Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, Approving Debtors' Entry Into License Agreement with Indymac Bank, F.S.B. in with Connection with Bid for Assignment of Certain Leases and Purchase of Related Furniture, Fixtures and Equipment *Nunc Pro Tunc* to August 8, 2007 (the "License Agreement Motion"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the License Agreement Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the License Agreement Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion to Shorten is granted.

2. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the License Agreement Motion.

3. A hearing on the License Agreement Motion will be held on August 24, 2007 at 1:00 p.m. (ET).

4. Any responses to the License Agreement Motion must be filed and served upon counsel to the Debtors no later than August 21, 2007 at 4:00 p.m. (ET).

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
August ___, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge