IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                            : Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,   :
                                                  : Jointly Administered
    Debtors.                                      :
                                                  : Objection Deadline: August 21, 2007 at 4:00 p.m. (ET)
--------------------------------------------------------------------- x  Bid Deadline: August 21, 2007 at 4:00 p.m. (ET)
                                                     Auction (if any): August 23, 2007 at 10:00 a.m. (ET)
                                                     Hearing Date:  August 24, 2007 at 1:00 p.m. (ET)

## NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
      DELAWARE; (II) THE 40 LARGEST UNSECURED CREDITORS FOR THE
      DEBTORS ON A CONSOLIDATED BASIS AS IDENTIFIED IN THE DEBTORS'
      CHAPTER 11 PETITIONS; (III) COUNSEL TO BANK OF AMERICA, N.A., AS
      ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN
      CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO THE
      AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) THE LANDLORDS
      TO THE OFFICE LEASES; (VI) THE U.S. SECURITIES AND EXCHANGE
      COMMISSION; (VII) THE POTENTIAL BIDDERS; (VIII) COUNSEL TO IMB; AND
      (IX) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1 (b)

       **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-
possession have filed the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 And
365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real
Property Leases and The Sale of Furniture, Fixtures and Equipment Located Therein; (II)
Approving the Terms of the Letter Agreement; and (III) Granting Related Relief (the "Motion").

       **PLEASE TAKE FURTHER NOTICE** that objections to the attached Motion
must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N.
Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on August
21, 2007**.  At the same time, you must also serve a copy of the objection upon the undersigned
counsel.

       **PLEASE TAKE FURTHER NOTICE** that all bids for the Office Assets (as
defined in the Motion) must be received by the following on or before **4:00 p.m. (ET) on
August 21, 2007**:

(i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);

(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors;

(iii) Milestone Advisors, LLC 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Jeffrey M. Levine);

(iv) the Official Committee of Unsecured Creditors, if appointed;

(v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit Agreement dated August 30, 2004;

(vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the agent for the Debtors' post-petition lenders; and

(vii) Pachulski Stang Ziehl Young Jones & Weintraub, 780 Third Avenue, 36th Floor, New York, NY 10017-2024 (Attn: William P. Weintraub) and Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105 (Attn: Frederick D. Holden, Jr.), counsel to IMB.

**PLEASE TAKE FURTHER NOTICE** that if any Qualified Bids (as defined in the Motion) are received, an auction for the Office Assets shall take place on **10:00 a.m. (ET) on August 23, 2007**, at offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Bldg., 17th Floor, 1000 West Street, Wilmington, DE 19801, or such later time or other place as the Debtors may decide.

A HEARING ON APPROVAL OF THE SALE OF THE OFFICE ASSETS WILL BE HELD ON **AUGUST 24, 2007 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
      August 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession