IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :    Jointly Administered
     Debtors.                                                             :
                                                                          :    **Objection Deadline: N/A**
                                                                          :    **Hearing Date:  N/A**
------------------------------------------------------------------------ x

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER
EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS
105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES
AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED
THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT;
AND (III) GRANTING RELATED RELIEF**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] having filed,

contemporaneously herewith, the Emergency Motion for an Order, Pursuant to Sections 105(a),

363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain

Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II)

Approving the Terms of the Letter Agreement; and (III) Granting Related Relief (the "Sale

Motion"), hereby move this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Rules"), for the entry of an order shortening the time for notice of the hearing to consider

the Sale Motion as it relates to the relief sought therein so that the matter may be heard on

August 24, 2007 at 1:00 p.m. (ET).

1.      The Federal Rules of Bankruptcy Procedure require twenty (20) days'

notice prior to the hearing date for motions involving the use or sale of estate property. See Fed.

R. Bankr. P. 2002(a)(2).  Pursuant to Local Rule 9006-1(e), however, such period may be

shortened by Order of the Court upon written motion specifying the exigencies supporting

shortened notice.

2.      The Debtors submit that there is sufficient cause to justify shortening the

notice period for the hearing on approval of the Sale Motion as it relates to the relief sought

therein.  As stated in the Sale Motion, the Debtors are no longer using the Office Leases or the

FFE contained therein.  To that end, the Debtors have determined that assuming and assigning

the Office Leases, and selling the FFE located therein, will eliminate an expensive and

administrative burden on the Debtors' estates.  For these reasons, the Debtors have determined,

based upon their business judgment, that the best option for maximizing the value of their estate

for the benefit of their creditors and other parties in interest is through an expeditious sale of the

Office Assets to IMB, or such higher or better bidder as is identified.[2]

3.      Accordingly, the Debtors request that a hearing on the relief sought in the

Sale Motion be scheduled for August 24, 2007 at 1:00 p.m. (ET).  The parties set forth in the

notice section of the Sale Motion will be served by overnight delivery or hand delivery on the

date hereof.  The Debtors also request that the Court establish a deadline of August 21, 2007 at

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

066585.1001

4:00 p.m. (ET) for filing responses to the Sale Motion and require that any response be served

pursuant to the notice so that it is actually received by that date and time.

        4.     Pursuant to the terms of the Letter Agreement, IMB may designate

additional offices (the "Additional Offices") to be included in the transfer to IMB.  IMB shall

designate any Additional Offices no later than August 16, 2007.  If IMB designates any

Additional Offices, the Debtors shall serve a copy of the Sale Motion on each non-debtor party

to the Additional Offices via overnight mail.  The Debtors hereby request that the Court approve

the service by overnight mail on any non-debtor party to the Additional Offices.

        WHEREFORE, the Debtors respectfully request that the Court enter an order (i)

scheduling a hearing on the relief requested in the Sale Motion for August 24, 2007 at 1:00 p.m.

(ET); (ii) requiring that any responses to the Sale Motion be filed and served so as to be received

on or before August 21, 2007 at 4:00 p.m. (ET); and (iii) approving the service of notice of the

inclusion of the Additional Offices.

Dated:    Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
          August 10, 2007

                                       _/s/_

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession

                066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ------------------------------------------------------------------ x | |
| In re: | Chapter 11 |
| | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | |
| | Jointly Administered |
| Debtors. | |
| | **Doc. Ref. No.** |
| ------------------------------------------------------------------ x | |

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER
EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS
105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES
AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED
THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT;
AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten") of the above-

captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order

providing that the applicable notice period for the Emergency Motion for an Order, Pursuant to

Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and

Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment

Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related

Relief (the "Sale Motion"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"); and the Court having determined that granting the relief requested

by the Sale Motion is in the best interest of the Debtors, their estates and creditors; and it

appearing that due and adequate notice of the Sale Motion has been given, and that no other or

further notice need be given; and after due deliberation and sufficient cause appearing therefor, it

is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.    The Motion to Shorten is granted to the extent set forth herein.

2.    Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Motion.

3.    A hearing on the Sale Motion will be held on August 24, 2007 at 1:00 p.m. (ET).

4.    Any responses to the Sale Motion must be filed and served upon counsel to the Debtors no later than August 21, 2007 at 4:00 p.m. (ET).

5.    If IMB designates any Additional Offices prior to August 16, 2007, the Debtors shall serve a copy of the Motion on each non-debtor party to the Additional Offices via overnight mail.

6.    This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated:    Wilmington, Delaware
        August ___, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge