IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF GEORGE KEILMAN

J. Cory Falgowski, a member of the bar of this Court, pursuant to Local Rule 835, move the admission *pro hac vice* of George Kielman, Associate General Counsel, Federal Home Loan Mortgage Corporation, 8200 Jones Branch Drive, McLean, VA 22102, to represent Federal Home Loan Mortgage Corporation (a/k/a "Freddie Mac") in these cases. The Admittee is admitted, practicing, and in good standing in the State of Pennsylvania, the Commonwealth of Virginia and the District of Columbia.

Date: August 13, 2007     By:     /s/ J. Cory Falgowski
                                  J. Cory Falgowski (No. 4546)
                                  REED SMITH LLP
                                  1201 Market Street, Suite 1500
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 778-7500
                                  Fax: (302) 778-7575
                                  E-mail: jfalgowski@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing as a member of the bars of the State of Pennsylvania, the Commonwealth of Virginia and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court

Date: August 10, 2007

GEORGE KIELMAN
Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive
McLean, VA 22102-3110
Telephone: (703) 903-2640
Fax: (703) 903-3992
E-mail: George_Kielman@fredddiemac.com