UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
|  | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | ) ) ) | Case No. 07-11047-CSS |
|  | ) | |
| Debtor | ) ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

    The undersigned and the law firm of Bartlett Hackett Feinberg P.C. appear as counsel for John J. Flatley and Gregory D. Stoyle, as Trustees of the 1993 Flatley Family Trust, a creditor herein and, pursuant to Section 1109(b) of Title 11, United States Bankruptcy Code and Rules 2002, 3017, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

James M. Liston, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands which may directly, or indirectly, affect or seek to affect in any way any rights or interests of a creditor of the Debtors.

Respectfully submitted,

/s/ James M. Liston
James M. Liston, Esq. (BBO#301750)
jml@bostonbusinesslaw.com
Dated: August 13, 2007    Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. No. 617- 422-0200
Fax No. 617- 422-0383