IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :
a Delaware corporation, et al.,                                          : Jointly Administered
                                                                         :
    Debtors.                                                             :
------------------------------------------------------------------------ x

------------------------------------------------------------------------ x
Credit Suisse First Boston Mortgage Capital, LLC                         :
                                                                         : Adversary Proceeding
                    Plaintiff,                                           : Case No. 07-51684 (CSS)
                                                                         :
v.                                                                       :
                                                                         :
American Home Mortgage Corp., American Home Mortgage                     :
Acceptance, Inc., American Home Mortgage Servicing, Inc.,                :
American Home Mortgage Investment Corp., and American                    :
Home Mortgage Holdings, Inc.                                             :
                                                                         :
                    Debtor-Defendants.                                   :
                                                                         :
------------------------------------------------------------------------ x

### AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 14, 2007 AT 10:00 A.M. (ET)

**CONTESTED MATTER GOING FORWARD**

1. Complaint for a Temporary Restraining Order and Declaratory and Injunctive Relief – Credit Suisse First Boston Mortgage Capital LLC v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51684 [D.I. 1, 8/6/07]

    Related Documents:

---

[1] **Amendments appear in bold.**

a) Credit Suisse First Boston Mortgage Capital LLC's Motion for Protective Order Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 3, 8/6/07]

b) Credit Suisse First Boston Mortgage Capital LLC's Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 4, 8/6/07]

c) Declaration of Michael Criscito in Support of Plaintiff's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 5, 8/6/07]

d) Credit Suisse First Boston Mortgage Capital LLC's Compendium of Unreported Cases with Respect to Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Declaratory Relief [D.I. 6, 8/6/07]

e) Credit Suisse First Boston Mortgage Capital LLC's Motion for Order Scheduling Argument on its Motion for a Temporary Restraining Order [D.I. 7, 8/6/07]

f) **Debtors' Motion to Dismiss Credit Suisse First Boston Mortgage Capital LLC's Complaint for Temporary Restraining Order and Declaratory and Injunctive Relief [Docket No. 15, 8/13/07]**

g) **Debtors' Memorandum of Law (I) In Support of Their Motion to Dismiss Complaint and (II) in Opposition to Credit Suisse First Boston Mortgage Capital LLC's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [Docket No. 16, 8/13/07]**

h) **Declaration of Alan B. Horn in Support of Response of Debtors' Memorandum of Law (I) In Support of Their Motion to Dismiss Complaint and (II) in Opposition ot Credit Suisse First Boston Mortgage Capital LLC's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [Docket No. 17, 8/13/07]**

i) **Declaration of Craig Pino in Support of Debtors' Memorandum of Law (I) In Support of Their Motion to Dismiss Complaint and (II) in Opposition ot Credit Suisse First Boston Mortgage Capital LLC's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [Docket No. 18, 8/13/07]**

j)  **Declaration of Robert L. Love, Jr. Debtors' Memorandum of Law (I) In Support of Their Motion to Dismiss Complaint and (II) in Opposition ot Credit Suisse First Boston Mortgage Capital LLC's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [Docket No. 19, 8/13/07]**

Status: **By agreement of the parties, Credit Suisse First Boston Mortgage Capital LLC has until August 15, 2007 at 3:00 p.m. to file a reply. This matter will be adjourned to August 16, 2007 at 1:00 p.m.**

Dated: Wilmington, Delaware
August 13, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession