UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | )  Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC. | )  Case No. 07-11047-CSS |
| | ) |
| Debtor | ) |
| | ) |

CERTIFICATE OF SERVICE

    I, James M. Liston, hereby certify that on August 13, 2007, the Notice of Appearance and Request for Service of Papers was electronically filed.  I further certify that true and correct copies have been served on August 13, 2007 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Dated: August 13, 2007

/s/ James M. Liston
James M. Liston, Esq. (BBO#301750)
jml@bostonbusinesslaw.com
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. No. 617- 422-0200
Fax No. 617- 422-0383