IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE                                                :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                    :
                                                                      :   Jointly Administered
                            Debtors.                                  :
--------------------------------------------------------------------- x

**STATEMENT PURSUANT TO RULE 2014 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURES
AND SECTION 329 OF THE BANKRUPTCY CODE**

1. Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 329 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and Rule 2014 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), states that the undersigned is counsel for the above-captioned debtors and debtors in possession (the "Debtors") in these cases.

2. Compensation agreed to be paid by the Debtors to Young Conaway is to be for legal services rendered in connection with these cases. The Debtors agreed to pay Young Conaway for the legal services rendered or to be rendered by its various attorneys and paralegals

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6159338.4                                                                              066585.1001

in connection with these cases on the Debtors' behalf. The Debtors have also agreed to reimburse Young Conaway for its actual and necessary expenses incurred in connection with these cases.

3. Young Conaway was retained pursuant to the terms of an engagement agreement dated July 28, 2007 (the "Engagement Agreement"), a copy of which is attached to the Debtors' application to retain Young Conaway as Exhibit B. In accordance with the Engagement Agreement, Young Conaway received an initial retainer in the amount of $400,000, and an additional retainer in the amount of $400,000 on August 3, 2007, in connection with the planning and preparation of initial documents and its proposed post-petition representation of the Debtors. A portion of this retainer has been applied to outstanding balances existing as of the Petition Date, including payment of fees associated with the filing of these chapter 11 cases.[2] The remainder will constitute a general retainer as security for post-petition services and expenses until the conclusion of these cases.

4. Young Conaway will seek approval of payment of compensation upon Young Conaway's filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and Orders of this Court.

5. All filing fees in these cases have been paid in full.

6. The services to be rendered include all those services set forth in the Application for Order Pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule

---

[2] Young Conaway has not yet completed its final reconciliation of pre-petition fees and expenses applied against its retainer. Details regarding such final reconciliation will be included in the Firm's first application for interim compensation.

2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date and the Engagement Agreement.

7. Young Conaway further states that it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Young Conaway, or (b) any compensation another person or party has received or may receive.

Dated: Wilmington, Delaware
August 13, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession