## EXHIBIT C

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                   :   Jointly Administered
                    Debtors.                                       :
                                                                   :   Ref. Docket No. _____
------------------------------------------------------------------ x

**ORDER PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 2014 APPROVING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
ATTORNEYS FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the application (the "Application")[2] of the Debtors for entry of an order pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule 2014 approving the retention and employment of Young Conaway as the Debtors' attorneys, *nunc pro tunc* to the Petition Date; and the Court having reviewed the Application and all of the pleadings related thereto, including the Morgan Affidavit, and heard the statements of counsel at the hearing on the Application (the "Hearing"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of Application and the Hearing was sufficient under the circumstances and no other or further notice need be given; (d) Young Conaway does not

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

hold or represent any interest adverse to the Debtors or their estates in the matters on which it is to be retained; (e) Young Conaway is a "disinterested" person as that term is defined in section 101(14) the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and (f) Young Conaway's retention and employment is necessary and is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

> ORDERED that the Application is granted; and it is further

> ORDERED that pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Young Conaway as their attorneys pursuant to the terms set forth in the Engagement Agreement and the Morgan Affidavit, *nunc pro tunc* to the Petition Date; and it is further

> ORDERED that Young Conaway shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct; and it is further

> ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       August ____, 2007

                                              Christopher S. Sontchi
                                              United States Bankruptcy Judge