**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel to Fannie Mae and request, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the persons listed below:

Catherine Steege
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
Telephone:  312-222-9350
Facsimile:  312- 840-7352
E-Mail:  csteege@jenner.com

Ian H. Gershengorn
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC  20005-3823
Telephone:  202-639-6000
Facsimile:  202-639-6066
E-Mail:  igershengorn@jenner.com

Peter McGonigle
FANNIE MAE
1835 Market St., Ste. 2300
Philadelphia, PA  19103
Telephone:  215-575-1578
Facsimile:  215-575-1404
E-Mail:  peter_mcgonigle@fanniemae.com

PLEASE TAKE FURTHER NOTICE, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, facsimile, electronic mail, or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance shall not be deemed or construed to be a waiver of the appearing party's rights: (1) to have final orders in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or or any case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to the Litigation Trustee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 14, 2007                                        JENNER & BLOCK LLP

By:  */s/ Catherine L. Steege*
Catherine L. Steege
330 North Wabash Avenue
Chicago, IL  60611-7603
Telephone:  312-222-9350
Facsimile:  312-527-0484
E-mail:  csteege@jenner.com

Ian H. Gershengorn
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC  20005-3823
Telephone:  202-639-6000
Facsimile:  202-639-6066
E-Mail:  igershengorn@jenner.com

## CERTIFICATE OF SERVICE

     I, Catherine Steege, certify that I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties listed below via first class United States Mail on August 14, 2007.

                                               */s/ Catherine L. Steege*
                                               Catherine L. Steege

Joel A. Waite
Kara Hammond Cole
Matthew Barry Lunn
Pauline K. Morgan
Robert S. Brady
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

Joseph M. McMahon
Office of the United States Trustee
844 N. King St., Ste. 2207
Lockbox 35
Wilmington, DE  19801