IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

1.  Todd C. Schiltz, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission pro hac vice of Franklin H. Top, III of the law firm of Chapman and Cutler LLP, 111 W. Monroe Street, Chicago, IL 60603-4080 as counsel for Wells Fargo Bank, National Association, as Master Servicer and Indenture Trustee for certain of debtors' securitization trusts. The Admittee is admitted, practicing and in good standing in the bar of the Sate of Illinois.

_____
Todd C. Schiltz, Esquire (I.D. No. 3253)

2.  The Admittee certifies that he is eligible for admission to this Court, and is admitted to practice in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Franklin H. Top, III, Esquire

Dated: August 14, 2007

3.  Motion granted.

_____
United States Bankruptcy Judge

Dated: _____

WIL:68351.1