IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al*., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## REQUEST FOR SERVICE OF PAPERS

To:   The Clerk of the Bankruptcy Court

James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 (b), and 11 U.S.C. §§ 342 and 1109 (b), Wells Fargo Bank, National Association, as Master Servicer and Indenture Trustee for certain of debtors' securitization trusts, requests that copies of all papers given or filed in this case be given and served upon the following at the addresses listed below:

Todd C. Schiltz (#3253)
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313
tschiltz@wolfblock.com

Frank Top
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL  60603
(312) 845-3824
top@chapman.com

BY:   /s/ Todd C. Schiltz
          Todd C. Schiltz (#3253)

Dated:  August 14, 2007

WIL:68254.1/999999-999999