IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 14th day of August, 2007, the undersigned caused true and correct copy of the *Request for Service of Papers*, to be served via electronic-delivery, on the following:

James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

                           BY:    /s/ Todd C. Schiltz
                                  Todd C. Schiltz (#3253)

Dated:  August 14, 2007

WIL:68354.1/999999-999999