UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                         :
                                               :      Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,               :
INC., et al.                                   :      Case No. 07-11047 (CSS)
                                               :
              Debtors.                         :
-------------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on August 14, 2007, I served a copy of the *Motion and Order for Admission Pro Hac Vice of Mary E. Olsen* on the parties listed on the attached service list via first class mail.

_____
James E. Huggett, Esquire (#3956)


Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035