UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :
                                                  :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,  :
INC., *et al.*                                    :   Case No. 07-11047 (CSS)
                                                  :
            Debtors.                              :
------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF M. VANCE MCCRARY

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission pro hac vice of M. Vance McCrary, of The Gardner Firm, P.C., 1119 Government Street, P.O. Drawer 3103, Mobile, Alabama 36652 to represent the WARN Act Claimants in this action. The admittee is admitted, practicing, and in good standing of the bar of the State of Alabama, Northern District Court of Alabama, Southern District Court of Alabama, Middle District Court of Alabama, United States Court of Appeals Eleventh Circuit and the United States Supreme Court.

Dated: August 14, 2007

                                              Respectfully submitted,
                                              MARGOLIS EDELSTEIN

                                              James E. Huggett, Esq. (#3956)
                                              750 S. Madison St., Suite 102
                                              Wilmington, Delaware 19801
                                              Telephone (302) 888-1112

MOTION GRANTED.
Dated: _____

                                              BY THE COURT

                                              _____
                                              United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama, Northern District Court of Alabama, Southern District Court of Alabama, Middle District Court of Alabama, United States Court of Appeals Eleventh Circuit and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court with receipt number 147257.

Dated: August 15th, 2007
Wilmington, Delaware

                                             Respectfully submitted,
                                             THE GARDNER FIRM, P.C.

                                             M. Vance McCrary (MCCRM4402)
                                             1119 Government Street
                                             Post Office Drawer 3103
                                             Mobile, AL 36652
                                             (251) 433-8100
                                             (251) 433-8181 (facsimile)