UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :
                                                                :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                                :
INC., *et al.*                                                  :   Case No. 07-11047 (CSS)
                                                                :
                Debtors.                                        :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on August 14, 2007, I served a copy of the *Motion and Order for Admission Pro Hac Vice of M. Vance McCrary* on the parties listed below via first class mail.

_____
James E. Huggett, Esquire (#3956)

Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035