IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 : Jointly Administered
    Debtors.                                                     :
                                                                 : Objection Deadline: August 27, 2007 at 4:00 p.m. (ET)
                                                                 : Hearing Date: September 4, 2007 at 11:00 a.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO AGENT FOR THE DEBTORS' POSTPETITION LENDER; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession have filed the **Debtors' Motion for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on August 27, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
       August 14, 2007

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ signature*

                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kara Hammond Coyle (No. 4410)
                Kenneth J. Enos (No. 4544)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Proposed Counsel for Debtors and
                Debtors in Possession