**Schedule 1 to Affidavit of Stephen F. Cooper**

DB02:6172553.1

066585.1001

SCHEDULE 1

| Party in Interest | Nature of Interest in American Home Mortgage Investment Corp. Chapter 11 Case | Description of Current Relationship of : Kroll Zolfo Cooper ("KZC") Kroll, Inc. and its subsidiaries: <br><br> Corporate Advisory & Restructuring Group ("CARG")<br>    Kroll Ltd UK ("KL-CARG")<br>    Kroll Zolfo Cooper ("KZC-CARG")<br>Consulting Services Group ("CSG")<br>    Kroll Associates, Inc. - Business Intelligence & Investigations ("KA-CSG")<br>    Kroll Associates, Inc. - Forensic Accounting and Litigation Consulting ("FLC") ("KA-FLC")<br>    Kroll Associates, Inc. - Valuation Services ("VSG") ("KA-VSG")<br>Insurances Services Group ("ISG")<br>    Marsh Risk Consulting ("MRC-ISG")<br>Security Services Group ("SSG")<br>    Kroll Associates, Inc. ("KA-SSG")<br>    Kroll Government Services ("KA-SSG")<br>Technology Services Group ("TSG")<br>    Kroll Ontrack Inc. ("KO-TSG")<br>    Kroll Background America Inc. ("KBA-TSG")<br>    Kroll Factual Data ("KFD-TSG") |
|---|---|---|
| **American Express** | **Creditor** | **KO-TSG is currently retained by counsel to American Express as a defendant in several situations.** <br><br> **KA-CSG is currently retained by counsel to American Express to provide consulting services.** <br><br> **KO-TSG is currently retained by an entity to provide technological services in several situations where American Express is a related party.** <br><br> **KZC-CARG is currently retained by the Debtors in the Solutia chapter 11 case where American Express is a bondholder, vendor and professional.** <br><br> **Kroll Talbot Hughes Deutschland GmbH is currently retained by counsel to a lender group in an out-of-court situation where Amex is a member of the group.** <br><br> **KZC-CARG is currently retained by counsel to a lender group in an out-of-court situation where Amex is a member of the group.** |
| **Bank of America** | **Creditor** | **KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where Bank of America is a creditor.** |

| | | |
|---|---|---|
| | | KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where Bank of America is a creditor.<br><br>KZC-CARG is currently retained in an out-of-court situation where Bank of America is a member of the bank group.<br><br>KZC-CARG is currently retained by the debtors in the New York Racing Association chapter 11 where Bank of America is a member of the bank group. |
| Bear, Stearns & Co., Inc. | Creditor | KBA-TSG is currently retained by Bears, Stearns & Co., Inc. to provide background screening services in several situations.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Bear, Stearns & Co. was an investor.<br><br>KZC-CARG recently provided services in the LeNature's chapter 11 case where Bear Stearns is an unsecured bondholder. |
| Citibank/Citicorp/ Citigroup/Citicapital (collectively "Citibank") | Creditor | KO-TSG is currently retained by an entity to provide technological services in a situation where Citibank is a related party.<br><br>KO-TSG is currently retained by counsel to defendants to provide technological services in several situations where Citibank is a defendant.<br><br>KBA-TSG is currently retained by Citibank to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by Citibank to provide background screening services in several situations.<br><br>KA-CSG is currently retained by Citibank to provide consulting services in several situations.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Citibank was an investor.<br><br>KZC-CARG is currently retained by counsel to the bank group of which Citibank is a member of in an out-of-court situation.<br><br>Citibank, N.A. is a limited partner of Catalyst Equity |

| | | |
|---|---|---|
| | | Fund, LP, the general partner of which is an entity majority owned and controlled by certain executive and senior managing directors of Kroll Zolfo Cooper LLC.<br><br>KZC-CARG is currently retained by the Debtors in the Solutia chapter 11 case where Citibank is a creditor.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where Citibank is a creditor<br><br>KZC-CARG is currently retained by the Ad Hoc Committee of Creditors of Calpine Canada Energy Finance II ULC of which Citigroup is a member.<br><br>KZC-CARG recently provided management services in the LeNature's chapter 11 case where Citibank is an unsecured bondholder. |
| Credit Suisse Asset Management/Credit Suisse First Boston (« CSFB ») | Creditor | KBA-TSG is currently retained by CSFB to provide background screening services in several situations.<br><br>KA-CSG is currently retained by CSFB to provide consulting services in several situations.<br><br>KA-CSG is currently retained by counsel to CSFB to provide consulting services in several situations.<br><br>KO-TSG is currently retained by CSFB to provide technological services.<br><br>Kroll Talbot Hughes Deutschland GmbH is currently retained by counsel to a lender group in an out-of-court situation where CSFB is a member of the group.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where CSFB is an investor/claimant<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where CSFB is a bondholder.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where CSFB is a lender.<br><br>KZC-CARG is currently retained by counsel to a lender group in an out-of-court situation where CSFB is a member of the group. |
| Deutsche Bank and DG Bank | Creditor | KA-CSG is currently retained by Deutsche Bank to provide consulting services in several situations. |

| | | |
|---|---|---|
| | | MRC-ISG is currently retained to provide services to Deutsche Bank in several situations.  (Public Liability)<br><br>KBA-TSG is currently retained by Deutsche Bank to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by Deutsche Bank to provide background screening services in several situations.<br><br>KZC-CARG is currently retained by the Debtors in the Solutia chapter 11 case where Deutsche Bank is a bondholder.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where Deutsche Bank is a lender and shareholder. |
| **GMAC Commercial Credit LLC ("GMAC")** | **Creditor** | KL-CARG is currently retained as an administrative receiver in situations in which GMAC is an appointed organization.<br><br>MRC-ISG is currently providing services to GMAC in several situations.<br><br>KA-CSG is currently retained by a third party to provide consulting services for GMAC.<br><br>KA-CSG is currently retained by GMAC to provide consulting services in several situations.<br><br>KBA-TSG is currently retained by GMAC to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by GMAC to provide background screening services in several situations. |
| **HSBC Bank (aka Hong Kong Shanghai Bank)** | **Creditor** | KL-CARG is currently retained as an administrative receiver in numerous situations in which HSBC is an appointed organization.<br><br>KA-CSG is currently retained by HSBC to provide consulting services in several situations.<br><br>KBA-TSG is currently retained by HSBC to provide background screening services in several situations.<br><br>MRC-ISG is currently retained to provide services to HSBC.<br><br>KZC-CARG is currently retained by the Chapter 11 |

| | | |
|---|---|---|
| | | Trustee in the Manhattan Investment Fund chapter 11 case where HSBC was an investor.<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where HSBC is a creditor.<br><br>The spouse of a senior director of KZC-CARG is employed by HSBC. |
| JP Morgan Chase ("JPMorgan") | Creditor | KA-CSG is currently retained by JPMorgan to provide consulting services in several situations.<br><br>KO-TSG is currently retained by counsel to provide technological services in a situation where JPMorgan is a defendant.<br><br>KO-TSG is currently retained by counsel to defendants to provide technological services in situations where JPMorgan is a defendant.<br><br>KBA-TSG is currently retained by JPMorgan to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by JPMorgan to provide background screening services in numerous situations.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Chapter 11 case where JPMorgan was an investor.<br><br>KZC-CARG is currently retained by the Debtors in the Solutia chapter 11 case where JPMorgan is a creditor.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where JPMorgan is an investment banker.<br><br>KZC-CARG recently provided services in the LeNature's chapter 11 case where JPMorgan is an unsecured bondholder.<br><br>KZC-CARG is currently retained by the debtors in the New York Racing Association chapter 11 where JPMorgan is a member of the bank group.<br><br>KZC-CARG is currently retained in an out-of-court situation where JPMorgan is shareholder. |
| Lehman Brothers | Creditor | KA-CSG is currently retained by Lehman Brothers to provide consulting services in several situations. |

| | | |
|---|---|---|
| | | KBA-TSG is currently retained by Lehman Brothers to provide background screening services in several situations. (CO, PA)<br><br>KFD-TSG is currently retained by Lehman Brothers to provide background screening services in several situations.  (NY, CO, AZ, CA)<br><br>KZC-CARG is currently retained by the Ad Hoc Committee of Creditors of Calpine Canada Energy Finance II ULC of which Lehman is a member.<br><br>KZC-CARG recently provided management services in the LeNature's chapter 11 case where Lehman is a lender. |
| **Morgan Stanley Dean Witter ("Morgan Stanley")** | **Creditor** | KA-CSG is currently retained by counsel in a situation where Morgan Stanley is a related party.<br><br>KA-CSG is currently retained by an entity to provide consulting services in a situation where Morgan Stanley is a related party.<br><br>KA-CSG is currently retained by Morgan Stanley to provide consulting services in numerous situations.<br><br>KBA-TSG is currently retained by Morgan Stanley to provide background screening services in several situations.<br><br>KO-TSG is currently retained by an entity to provide technological services in a situation where Morgan Stanley is a related party.<br><br>KZC-CARG is currently retained by counsel to the bank group of which Morgan Stanley is a member in an out-of-court situation.<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where Morgan Stanley is a creditor/bondholder.<br><br>KZC-CARG recently provided management services in the LeNature's chapter 11 case where Morgan Stanley is an unsecured bondholder. |
| **Royal Bank of Scotland ("RBS")** | **Creditor** | KA-CSG is currently retained by RBS to provide consulting services in several situations.<br><br>KL-CARG, the U.K. subsidiary of Kroll, is currently retained as an administrative receiver in several |

| | | |
|---|---|---|
| | | situations in which RBS is the appointer organization.<br><br>Kroll Talbot Hughes Deutschland GmbH is currently retained by counsel to a lender group in an out-of-court situation where RBS is Agent for the group.<br><br>KZC-CARG is currently retained by counsel to a lender group in an out-of-court situation where RBS is the Agent for the group. |
| SunTrust Bank | Creditor | KFD-TSG is currently retained by Sun Trust Bank to provide background screening services in several situations.<br><br>KBA-TSG is currently retained by Sun Trust to provide background screening services.<br><br>KZC-CARG is currently retained by counsel to bank group of which Sun Trust is a member in an out-of-court situation.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Sun Trust was an investor. |
| UBS AG and UBS Securities ("UBS") | Creditor | KA-CSG is currently retained by counsel to UBS to provide consulting services in several situations.<br><br>KA-CSG is currently retained by UBS to provide consulting services in several situations.<br><br>KBA-TSG is currently retained by UBS to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by UBS to provide background screening services.<br><br>KA-SSG is currently retained by UBS to provide consulting services.<br><br>MRC-ISG is currently providing consulting services to UBS.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where UBS are investors.<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where UBS is a bondholder.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where |

| | | UBS is a creditor. |
|---|---|---|
| Wells Fargo | Creditor | KA-SSG is currently retained by Wells Fargo to provide consulting services.  (Security Planning)<br><br>KA-CSG is currently retained by Wells Fargo to provide consulting services in several situations.<br><br>KO-TSG is currently retained is currently retained by counsel to defendants to provide technological services in situations where Well Fargo is a defendant.<br><br>KBA-TSG is currently retained by Wells Fargo to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by Wells Fargo to provide background screening services in several situations<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where Wells Fargo was the DIP Lender.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where Wells Fargo is a creditor.<br><br>KZC-CARG recently provided management services in the LeNature's chapter 11 case where Wells Fargo is an unsecured bondholder and creditor. |

**Exhibit B to Cooper Affidavit**

**Statement of Qualifications**

Kroll Zolfo Cooper

# KROLL

## Services

Kroll Zolfo Cooper specializes in delivering value to clients through a proven process that integrates analysis, insight and action. Our seasoned professionals have in-depth knowledge and a track record of success in the following service areas:

### Restructuring and Turnaround Consulting

We provide immediate assistance to companies in distress. We specialize in entering complex, over-leveraged situations and working with management to restore operational and financial stability. Our process provides clients with a structured path of tailored initiatives to restore a company's viability, profitability and credibility.

### Interim and Crisis Management

Kroll Zolfo Cooper's professionals are expert in guiding companies through crises. Working as senior management, (e.g., chief restructuring officer, interim CEO) or as part of a crisis team, we know how to rapidly stabilize a business and mobilize resources toward recovery, amid even the most challenging circumstances.

### Performance Improvement

Our creative problem-solving capabilities help under-performing companies improve profits and enhance enterprise value. By diagnosing problems, uncovering opportunities and prescribing custom solutions, Kroll Zolfo Cooper professionals help managers optimize their competitive advantages.

### Creditor Advisory

As veterans of troubled-company situations, Kroll Zolfo Cooper provides secured and unsecured creditors with an informed reality check on the core issues surrounding corporate viability and the recovery of value. Our hands-on expertise across a wide range of industries, combined with an understanding of how to overcome the divergent interests of economic stakeholders, assures clients of realistic solutions to contentious issues.

### Cross-Border Restructuring

We offer clients seamless cross-border solutions that unlock value in complex international situations. Kroll Zolfo Cooper is able to leverage a network of resources throughout America and around the world.

### Corporate Finance

Kroll Zolfo Cooper experts develop and implement financial programs tailored to a company's specific business needs. Our services include debt restructurings and financings; mergers and acquisitions; divestitures and capital-raising.

**Contact Us:**

California
777 South Figueroa Street
24th Floor
Los Angeles, CA  90017
213-433-6090

New Jersey
101 Eisenhower Parkway
Roseland, NJ  07068
973-618-5100

New York
900 Third Avenue
New York, NY 10022
212-561-4004

 MMC Companies

Kroll Zolfo Cooper

# KROLL

# Client Engagements

**Large-scale Multinational Assignments**
Adelphia Communications
Allegheny International
Baldwin United
Collins & Aikman
Commodore International
Enron
Federated Department Stores
Federal-Mogul Global
Figgie International
Golden Ocean
Harnischfeger
Himont
Home State Holdings
Hvide Marine
L.J. Hooker
Laidlaw
Loewen Group
Lomas Financial/Lomas
  Mortgage USA
Malden Mills Industries
MCI WorldCom
Metromedia Fiber Network
Metromedia International
Micro Warehouse
Mirant Americas Generation
Morrison Knudsen Corp. /WGI
National Heritage (Southmark)
NRG Energy
Pittsburgh-Canfield
Polaroid
Quantegy Acquisition
SFMT
Sunbeam
United Press International
Vespers SP
Washington Group
  International
Wheeling-Pittsburgh

**Agribusiness**
$3 Billion Agricultural
  Co-op
Agway

**Airlines**
Hawaiian Airlines
Laker Airways
Northwest Airlines
TWA
Virgin Islands Seaplane

**Automotive**
American Medical Response
AmeraPARTS
Blue Bird
Collins & Aikman
Drag Industries
Federal-Mogul Global
Henley's
Laidlaw
Machrotech Fluid Sealing
Penda Corp.
Safety Components International
Synventive Molding Solutions
Tune Up Masters

**Chemicals**
American Biotherm
Benjamin Ansehl
ClimaChem/LSB Industry
Deepwater Iodides
Himont/Montedison USA
Krofta Waters
Solutia
Submicron

**Construction/Engineering**
Babcock & Wilcox
Dick Corporation
Davo
Enron
IT Group
Michael Baker
Morrison Knudsen
Sargent & Lundy
Stone & Webster
Washington Group

**Consumer Products**
Buster Brown Apparel
Figgie International
Fortunoff Fine Jewelry &
  Silverware
Golden Distributors
Gruen Marketing
Hat Brands
Malden Mills Industries
Polaroid
Recoton
Regina
Remco Toy
Remington Products
Sleepmaster
Sunbeam
Superior Toy Manufacturing
Top-Flite
Tyco Industries

**Energy**
$10 Billion Energy Company
Allegheny Energy
AMBAR
Calpine Canada Energy Finance
Enron
Entegra Power
Long Island Lighting
Mirant Americas Generation
NRG Energy
Teco Power
Tomen Power
Vulcan Coal/Triton Coal
Westmoreland Coal

**Entertainment**
Alliance Entertainment
General Cinema
Orion Pictures
The New England Patriots
The Pittsburgh Penguins
Unapix Entertainment



**Kroll Zolfo Cooper**

KROLL

# Client Engagements (cont'd)

**Financial - Leasing - Rental**
Bennett Funding
CIS
Lomas Financial/Lomas
  Mortgage USA
Manhattan Investment Fund
Maxim Crane Works
NationsRent
Refco

**Food Service**
Boston Chicken
Clark Retail Group
Cumberland Farms
Dairyland USA
Finevest Foods
Ground Round
Idle Wild Foods
Krispy Kreme Doughnuts
National Restaurant Management
Penn Traffic Company
Twin Country Grocers

**Healthcare**
Allegheny Health, Education
  and Research Foundation
American Healthcare
American Medical Response
Apria Healthcare Group
Coram Healthcare
Episcopal Health Services
Home Health
Nassau University Medical
  Center Healthcare System
West Penn Allegheny Health
  System

**Hotel & Casino**
Bally's Casino
Claridge Hotel & Casino
Elsinore Corporation
  (Atlantis Casino)
MGM Grand Casino
Prime Motor Inns

**Manufacturing/Distribution**
ACT Manufacturing
Allegheny International
Babcock & Wilcox
Blue Bird
Coleco
Collins & Aikman
Colt's Manufacturing
Federal-Mogul Global
Giftware Holdings
Harnischfeger
Hedstrom
Le'Nature's
Malden Mills Industries
Mark III
Maxwell Newspapers (Daily
  News)
Metallurg Pegasus Gold
Michael Anthony Jewelers
Radnor Holdings
Recoton
RHI - Global Industrial
  Technologies
RHI - North American
  Refractories
Solutia
Star Diamond Group
Sunbeam
Synventive Molding Solutions
Thermadyne
Top-Flite Golf Company
Triangle Wire & Cable
Wolverine Tube

**Media**
Baker Communications
Basix
Black Clawson
Daily News
Lang Communications
Millcreek Broadcasting
Packard Press
Roberts & Porter
Saxon Industries
Stevens International
3 Point Media
Unidigital
United Press International
Webcraft Technologies

**Oil & Gas**
$3 Billion Distribution
  Company
Atlantic Refining
Fletcher Oil
Global Marine
Placid Oil
Public Services Company of
  New Hampshire
Swann Oil

**Real Estate**
Cardinal Industries
Collins Development
FD Rich
Kalikow
LJ Hooker
Shawnee Development
Southmark

**Retail**
Alcott & Andrews
Alexanders
Bradlees
Clark Retail Group
Crown Books
Family Golf Centers
Federated Department Stores
Fischer's Big Wheel
Frederick's of Hollywood
Friedman's Jewelers
Gantos
Heilig-Meyers
Home Life
J. Peterman
Krispy Kreme Doughnuts
Liberty House
Montgomery Ward
Pantry Pride (Food Fair)
Penn Traffic Company
Petrie Retail
Phar-Mor
Rowe Furniture
Salant
Sassoon Jeans
This End Up

**MMC** Companies