**Kroll Zolfo Cooper**                                    **KROLL**

# Client Engagements (cont'd)

**Services**
Babcock & Wilcox
IT Group, Inc.
Laventhol & Horwath
Loewen Group
Molten Metals Technology
Morrison Knudsen/WGI
Prison Realty
Washington Group International

**Steel**
LTV
Pittsburgh-Canfield
Sharon Steel
Trico Steel
Wheeling-Pittsburgh
Wolverine Tube

**Telecommunications**
Adelphia Communications
Flag Telecom Holdings
ICG Communications
KMC Telecom
MCI WorldCom
Metromedia Fiber Network
Metromedia International
One.Tel
Prime Matrix Wireless
  Communications
SFMT
Smartalk TeleServices
US One Communications
Vesper Sao Paulo S.A.
Winstar Communications
Wireless One

**Textile/Apparel**
Crystal Brands
Dan River
Danskin
Maidenform
Malden Mills Industries
Salant
Sassoon Jeans

**Transportation/Shipping**
Blue Bird
Golden Ocean
Henley's
Holt Group
Hvide Marine
Laidlaw
Performance Transportation
  Services
Sea Containers


MMC Companies

Kroll Zolfo Cooper

KROLL

# Interim Management Experience

| REPRESENTATIVE INTERIM MANAGEMENT EXPERIENCE ||
|---|---|
| **SITUATION** | **ROLE** |
| Collins & Aikman Corporation | Chief Restructuring Officer, Chairman of the Board of Directors and Member of the Board of Directors |
| Crown Books Corporation | CEO |
| Enron Corporation | CEO, President, Chief Restructuring Officer, CFO and Treasurer |
| Entegra Power Group | CEO, President, COO, Director of Finance, Treasurer & Member of the Board of Directors |
| Family Golf Centers, Inc. | CFO & Chief Restructuring Officer |
| Geonex Corp. | CEO |
| Geotek Communications, Inc. | CEO |
| Giftware Holdings | CEO |
| Innovative Home Products | Executive Vice President of Operations |
| Krispy Kreme Doughnuts, Inc. | CEO, President and COO |
| Laidlaw, Inc. | Vice Chairman of the Board & Chief Restructuring Officer |
| Malden Mills Industries, Inc. | Chief Restructuring Officers |
| Mark III Industries, Inc. | CEO |
| Maxim Crane Works | Chief Restructuring Officer |
| Metromedia Fiber Network, Inc. | Chief Restructuring Officer, Member of the Board of Directors and Executive Committee Member |
| Micro Warehouse, Inc. | CFO & Controller |
| MVE, Inc. | CFO |
| NRG Energy, Inc. | President, COO, Chief Restructuring Officer and Member of the Board of Directors |
| Penn Traffic Company | President, CEO, Chief Restructuring Officer and CFO |
| Prime Matrix | Estate Representative |
| This End Up | CEO & CFO |
| Top-Flite Golf Company | Chief Restructuring Officer and CFO |
| Tune Up Masters, Inc. | CEO, COO & CFO |
| Quantegy Acquisition Corp. | CEO |
| World Bazaars, Inc. | CEO |

MMC Companies

Kroll Zolfo Cooper

KROLL

# Stephen F. Cooper



**Chairman**

(212) 561-4050
scooper@kroll.com

Steve Cooper is chairman of Kroll Zolfo Cooper and Kroll's Corporate Advisory and Restructuring Group. He assumed both positions in September 2002, when Kroll acquired Zolfo Cooper the corporate recovery and crisis management firm that he co-founded in 1985.

**Professional Experience**
With more than 30 years of experience as a financial advisor, Steve is a sought-after interim executive for companies in trouble. Most recently, he was appointed executive chairman of Blue Bird and chairman of the board of Collins & Aikman. Steve was also named CEO of Krispy Kreme Doughnuts in 2005, and he served as CEO and CRO of Enron from 2002 to 2005.

A turnaround industry pioneer, Steve has worked on both the creditor and company sides of distressed situations. Through managing more than 300 engagements, Steve has earned an international reputation as a creative problem-solver who can craft constructive business solutions out of complex, contentious situations. His track record includes prominent engagements such as Laidlaw, Washington Group, Morrison Knudsen, Federated Department Stores and numerous others.

Previously, Steve was a financial consulting partner of Touche Ross (now Deloitte & Touche), where he was also a founding partner of that firm's reorganization advisory services group.

**Education, Certification & Professional Affiliations**
- B.A., Occidental College
- M.B.A., University of Pennsylvania's Wharton School
- Member of the American Institute of Certified Public Accountants, the New York State Society of Certified Public Accountants, the Institute of Management Accountants, the Turnaround Management Association and the Association of Insolvency and Restructuring Advisors
- Named a fellow of the American Bankruptcy Institute and is a founding member of the International Insolvency Institute
- Frequent speaker and author on the subjects of leadership and financially troubled companies



Kroll Zolfo Cooper

# KROLL

# Kevin Nystrom



**Senior Director**

(212) 561-4025
knystrom@kroll.com

Kevin Nystrom is a senior director at Kroll Zolfo Cooper with more than 20 years of experience in restructuring, financial management and accounting, including six years as an executive in real estate finance and 10 years with Deloitte & Touche.

**Professional Experience**
For over 10 years, Kevin's work involved arranging and negotiating corporate and mortgage-backed debt financings and other capital structures, public company reporting and investor relations. In addition, Kevin also has extensive experience in business plan preparation and long-term forecasting, developing and implementing cost reduction programs and financial management of public and privately held companies. Kevin has advised clients in heavy manufacturing, telecommunications and real estate finance industries. Notable restructuring engagements include; Marsh & McLennan Companies, ICG Communications, Rand McNally, and ANH Refractories.

Prior to joining Kroll Zolfo Cooper in September 2000, Kevin served as EVP and CFO of National Mortgage Corporation, a sub-prime mortgage wholesaler, and the CFO of sister, publicly-held REITS, Asset Investors Corporation and Commercial Assets, Inc., which held residual interests in mortgage-backed securities.

**Education, Certification & Professional Affiliations**
- Graduate of University of South Dakota with a degree in Business Administration
- Member of the American Institute of Certified Public Accountants

MMC Companies

Kroll Zolfo Cooper

**KROLL**

# References

In the course of our practice, we have worked with many companies, law firms, banks and other institutional lenders and investment bankers. We will be pleased to provide specific references upon request.

**Law Firms**
Akin, Gump, Strauss, Hauer & Feld
Andrews Kurth
Angel & Frankel
Baker & McKenzie
The Bayard Firm
Benesch, Friedlander, Coplan & Aronoff
Bingham McCutchen
Bryan Cave
Buchanan Ingersoll
Cadwalader, Wickersham & Taft
Carter Ledyard & Milburn
Coudert Brothers
Dewey Ballantine
Duane Morris
Fried, Frank, Harris, Shriver & Jacobsen
Fulbright & Jaworski
Jones Day
Kaye Scholer
Kasowitz, Benson, Torres & Friedman
Kirkland & Ellis
Kirkpatrick & Lockhart Nicholson Graham
Klee, Tuchin, Bogdanoff & Stern
Kronish Lieb Weiner & Hellman
Latham & Watkins
LeBoeuf, Lamb, Greene & MacRae
Loeb & Loeb
Lowenstein Sandler
Luskin, Stern & Eisler
Mayer, Brown, Rowe & Maw
McDermott, Will & Emery
Milbank, Tweed, Hadley & McCloy
Morgan Lewis & Bockius
Moses & Singer
Murphy Sheneman Julian & Rogers
Neal Gerber Eisenberg
Ober|Kaler
O'Melveny & Myers
Otterbourg, Steindler, Houston & Rosen
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
Paul, Weiss, Rifkind, Wharton & Garrison
Pepper Hamilton Pillsbury Winthrop Shaw Pittman
Piper Rudnick Gray Cary
Proskauer Rose
Reed Smith
Ropes & Gray
Schulte Roth & Zabel
Shearman & Sterling
Sidley Austin Brown & Wood
Simpson Thacher & Bartlett
Skadden, Arps, Slate, Meagher & Flom
Stroock & Stroock & Lavan
Stutman, Treister & Glatt
Wachtell, Lipton, Rosen & Katz
Weil, Gotshal & Manges
White & Case
Willkie Farr & Gallagher
Winston & Strawn
Young Conaway Stargatt & Taylor

**Institutional Lenders**
ABN AMRO
Aetna Life Insurance Company
Allstate
Bank Hapoalim
Bank of America/Fleet
Bank of Montreal
Bank of New York
Barclays Bank
BHF Bank
BNP Paribas
CIBC
CIT
Citibank
Comerica
Calyon
Creditanstalt
Credit Suisse First Boston
Dresdner Kleinwort Wasserstein
Fifth Third Bank
First Bank of Minneapolis
Foothill Capital
GE Capital Corp.
GMAC Commercial Finance
Goldman Sachs
HSBC
ING Group
JP Morgan Chase & Co.
Key Bank
LaSalle National Bank (ABN AMRO)
Lehman Brothers
Mass Mutual Financial
Mellon Financial Corp.
Merrill Lynch
Mizuho Financial Group(IBJ)
National City Corporation
PNB
Principal Financial Group
Prudential Financial Company of America
Scotiabank
Société Générale
UBS
US Bancorp
Wachovia Corp. (Congress Financial)
Wells Fargo

**MMC** Companies

**Kroll Zolfo Cooper**                                                                          **KROLL**

# Issues Facing Troubled Companies

The success of any company's reorganization strategy depends on a variety of considerations. Key factors influencing whether the process is carried out in or out of court are: the need for and the availability of financing, the relative concentration and size of claims, the extent of legal or contractual impediments and the types of products or services. Tactics involve reestablishing credibility to garner support for the reorganization/restructuring plan. Kroll Zolfo Cooper has advised and assisted companies to resolve virtually all critical process issues in both judicial and non-judicial reorganizations.

**Business Stabilization**
- Stop cash bleeding and arrange emergency DIP financing
- Restore credible communications with customers, employees, vendors and other creditors
- Assess the viability/potential viability of the business
  - Industry
  - Business
  - Profit structure
  - Capital Structure
  - Management infrastructure

**Business Rehabilitation**
- Business Plan
- Design and execution of implementation plans
  - Asset sales/business divestitures
  - Operations improvement and cost reduction
  - Improved operational and financial controls
  - Normalization of external and internal relationships
- Analyze and report on performance on a timely basis

**Plan of Reorganization/Restructuring**
- Fact-finding and litigation support
- Best interests and feasibility analyses
- Negotiation support and assistance

*MMC* Companies