IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc. | : | Case No. 07-11047 |
| | : | Jointly Administered |
| Debtors. | : | |

### ENTRY OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Post & Schell, P.C. appears for Aon Consulting, a creditor and party-in-interest in the above-captioned cases, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address:

> Brian W. Bisignani, Esquire
> Post & Schell, P.C.
> 17 North 2nd Street, 12th Floor
> Harrisburg, PA  17101-1601

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or

CPH 390366v1

transmitted by mail, delivery, telephone, telegraph, facsimile, or otherwise, made by the Debtors, the trustee, or any other party in the above-captioned bankruptcy cases.

Respectfully submitted,

POST & SCHELL, P.C.

By: *[signature]*
Brian W. Bisignani, Esquire
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101
717-612-6041
Fax: 717-731-1985
bbisignani@postschell.com

Counsel for: Aon Consulting

Date: August 7, 2007