UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et., al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP** (the "Firm"), counsel for CSHV SOUTHPARK LLC, a Delaware limited liability company, the landlord for certain office space located at 6100 Fairview Road, Charlotte, North Carolina, 28210 ("CSHV") which is presently leased by American Home Mortgage Corp., one of the jointly administered debtors, hereby gives notice of its appearance in this bankruptcy case.

Pursuant to Rules 2002, 3017, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the Firm requests that notice of all matters in the above-captioned case which requires notice to creditors, or to other parties in interest including, without limitation, all notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 4001 and 9007, and additionally including, without limitation, copies of any orders, applications, and notices thereof, plan and disclosure statements and accompanying papers, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection, or any other documents relating to adversary proceedings or otherwise), any other documents brought before the Court in these cases, whether formal or informal, and other matters, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile, telephone or otherwise, be sent to:

ORIGINAL

Enid M. Colson Esq.
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3500
Telecopier: (310)500-3501
ecolson@linerlaw.com

Request is made that the Clerk of the Court and all parties in interest to which this Request for Special Notice is being mailed, place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in this proceeding.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of CSHV's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court;

b. Right to a trial by jury in any case, controversy or proceeding as to any and all matters so triable, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.C.C. § 157(b)(2), and regardless of whether such jury trial is pursuant to statute or the United States Constitution;

c. Right to have the reference withdrawn by the United States District Court in any manner or Proceeding subject to mandatory or discretionary withdrawal; and

d.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which CSHV, is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved by CSHV, without exception, and without conceding jurisdiction in any way by this filing or by any other participation in this bankruptcy case.

DATED: August 8, 2007

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

ENID M. COLSON (California State Bar No. 189912)
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ecolson@linerlaw.com
*Attorneys for CSHV Southpark LLC*