# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On August 8, 2007, I served the within document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 8, 2007, at Los Angeles, California.

| Jeanne Arias | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

0020325/001/ 358987v01

## SERVICE LIST

**Counsel for Debtor**
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. 391
Wilmington, DE 19899-0391

**US Trustee**
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899-0035

0020325/001/ 358987v01