07 - 11047

PRYOR & MANDELUP, L.L.P.
Kenneth A. Reynolds, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
rlp@pryormandelup.com
11-3261335
rlp-8545

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re                                       :
                                            :    Chapter 11
AMERICAN HOME MORTGAGE                       :
                                            :    Case No. 07-11051-CSS
                              Debtor.        :
-------------------------------------------------------------x
```

## NOTICE OF RECLAMATION

**PLEASE TAKE NOTICE,** that on August 7, 2007, Vicom Computer Services, Inc. ("Vicom") served upon American Home Mortgage ("Debtor") a timely written demand for reclamation of certain goods (i.e. computers and computer related products) (the "Goods") shipped by Vicom to Debtor with an aggregate value of at least $76,969.07, and as described in greater detail in such written demand. (A copy of this written demand is annexed hereto as Exhibit "A").

Vicom respectfully requests permission, pursuant to 11 U.S.C. § 546(c)(1), to reclaim and recover from Debtor the goods specified in Exhibit "A" and that the Bankruptcy Court direct Debtor to return these goods to Vicom promptly. Alternatively, in the event the Court denies reclamation, Vicom respectfully requests that the Court (i) grant to Vicom, pursuant to 11 U.S.C. § 503(b) and 11 U.S.C. § 546(c)(2)(A), and administrative priority claim in the amount of at least $76,969.07, or (ii) grant to Vicom pursuant to 11 U.S.C. § 546(c)(2)(B), a secured claim in accordance with 11 U.S.C. § 503(b)(1), as if Vicom held a validly perfected lien and security interest in such Goods.

I:\CLIENT FILES\Vicom Computer\Not of Reclaim.wpd

Vicom expressly reserves all of its rights and remedies available under the United States Bankruptcy Code, including but not limited to the right to file an adversary proceeding, and to supplement this Notice.

Dated: Westbury, New York
August 7, 2007

PRYOR & MANDELUP, LLP
Attorneys for Vicom Computer Services, Inc.

By: _____
Robert L. Pryor (RLP 8545)
675 Old Country Road
Westbury, New York 11590
Tel.:    (516) 997-0999
Fax.:    (516) 333-7333
Email:  rlp@pryormandelup.com

I:\CLIENT FILES\Vicom Computer\Not of Reclaim.wpd