PRYOR & MANDELUP, L.L.P.<br>
Kenneth A. Reynolds, Esq.<br>
675 Old Country Road<br>
Westbury, New York 11590<br>
(516) 997-0999<br>
rlp@pryormandelup.com<br>
11-3261335<br>
rlp-8545

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------x
In re                                                        :
                                                             :    Chapter 11
AMERICAN HOME MORTGAGE                                       :
                                                             :    Case No. 07-11051-CSS
                    Debtor.                                  :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE VIA FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

DIANE S. GIUGLIANO, being duly sworn, deposes and says:

I am not a party to the action, and am over 18 years of age and reside in Lynbrook, New York.

On the 8th day of August 2007, I served the **Notice of Reclamation** with **Exhibits** upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by first class mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York:

**SEE ANNEXED SERVICE LIST**

_____
DIANE S. GIUGLIANO

Sworn to before me this
8th day of August, 2007

_____
Notary Public

KENNETH ARDEN REYNOLDS
Notary Public, State of New York
No. 02RE6133670
Qualified in Suffolk County
Commission Expires Sept. 19, 20 09

- 1 -

## SERVICE LIST

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
PO Box 391
Wilmington, De  19899-0391

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035