EXHIBIT A

# VICOM COMPUTER SERVICES, INC.
## 60 Carolyn Blvd.
### Farmingdale, New York 11735

August 7, 2007

***VIA OVERNIGHT DELIVERY***
American Home Mortgage
538 Broad Hollow Road
4th Floor East
Melville, NY 11747

**Re:    Vicom Computer Services, Inc.**
**Reclamation Claim against American Home Mortgage**

Dear Sir/Madam:

This letter constitutes a notice of demand for the return of certain goods purchased by American Home Mortgage from Vicom Computer Services, Inc. ("Seller"). Please take notice that pursuant to New York Commercial Code § 2-702, 11 U.S.C. § 546(c), and by virtue of the insolvency of American Home Mortgage, the Seller hereby demands the segregation and return of all goods and equipment (the "Goods") more particularly referenced in the invoices annexed at Exhibit "A" hereto, currently in your possession and delivered to you on or after July 10, 2007 and prior to this date pursuant to the invoices dated July 10, 2007 through and including July 30, 2007, annexed at Exhibit "A" hereto. The fair market value and sale price of said Goods is $76,969.07. Unless you authorize the return of the Goods immediately, further appropriate measures will be taken.

Please contact the undersigned immediately to make arrangements to allow the Seller to reclaim the Goods. I look forward to hearing from you shortly.

Sincerely,

VICOM COMPUTER SERVICES, INC.

By:    _/s/ Robert Verola_____
Robert Verola, President

Encl.
cc:    Pryor & Mandelup, LLP
Attn: Robert L. Pryor, Esq.

**Aged Accounts Receivable**
Vicom Computer Services, Inc.

08/08/2007  12:23 PM
Page   1
tverola

(Detail, aged as of August 6, 2007)
Aged by  transaction date.
Customer:  No.: 15162C

| Trx Date | Control1000000026 | No. / Ext. Doc. | Days | Original Invoice Amt | Balance Due | Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|
| **15162C** | **AMERICAN HOME MORTG** Phone No. | **631-622-2800** | | | Contact | **ATTN:IT DEPARTME** | | | |
| | | | | Salesperson: **KF** | | | nit ($) | 415,000.00 | |
| 06/05/07 | Order 82824V | 80027-IS-28077D | 62 | 1,080.70 | 1,080.70 | 0.00 | 0.00 | 1,080.70 | 0.00 |
| 07/10/07 | Order 84026V | 81362-29773A\CC01041 | 27 | 8,766.91 | 8,766.91 | 8,766.91 | 0.00 | 0.00 | 0.00 |
| 07/10/07 | Order 84024V | 81363-29775A\CC01041 | 27 | 8,766.69 | 8,766.69 | 8,766.69 | 0.00 | 0.00 | 0.00 |
| 07/10/07 | Order 84025V | 81364-29774A\CC01041 | 27 | 8,766.69 | 8,766.69 | 8,766.69 | 0.00 | 0.00 | 0.00 |
| 07/20/07 | Order 84397V | 81697-IS-29489D | 17 | 10,523.59 | 10,523.59 | 10,523.59 | 0.00 | 0.00 | 0.00 |
| 07/20/07 | Order 84375V | 81707-IS-29490/CC 0103 | 17 | 9,530.76 | 9,530.76 | 9,530.76 | 0.00 | 0.00 | 0.00 |
| 07/20/07 | Order 84495V | 81722-I-S29959A\CC 010 | 17 | 5,512.72 | 5,512.72 | 5,512.72 | 0.00 | 0.00 | 0.00 |
| 07/20/07 | Order 84494V | 81723-IS-29957A\CC 010 | 17 | 5,512.61 | 5,512.61 | 5,512.61 | 0.00 | 0.00 | 0.00 |
| 07/20/07 | Order 84493V | 81724-IS-29956A\CC 010 | 17 | 5,512.61 | 5,512.61 | 5,512.61 | 0.00 | 0.00 | 0.00 |
| 07/30/07 | Order 84600V | 81986-IS-30177A\CC 010 | 7 | 11,018.92 | 11,018.92 | 11,018.92 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **AMERICAN HOME MORTGAGE** | **SLP: KF** | | **Total Amount Due:** | | 74,992.20 | 73,911.50 | 0.00 | 1,080.70 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Report Total Amount Due($)** | | | 74,992.20 | 73,911.50 | 0.00 | 1,080.70 | 0.00 |
| | | | | | 98.56% | 0.00% | 1.44% | 0.00% |



**COMPUTER SERVICES, INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| | |
|---|---|
| Shipment Number: | **176366SH** |
| Shipment Date: | **07/09/07** |

### BILL TO

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | |
| P.O. Date: | **07/09/07** |
| Sales Order: | **84026V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 8 | 8 | | |
| | S/N: SL3CC550 | | | | | |
| | S/N: SL3CC561 | | | | | |
| | S/N: SL3CC565 | | | | | |
| | S/N: SL3CC567 | | | | | |
| | S/N: SL3CC580 | | | | | |
| | S/N: SL3CC584 | | | | | |
| | S/N: SL3CC593 | | | | | |
| | S/N: SL3CC729 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 8 | 8 | | |



**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

| Shipment Number: | **176491SH** |
|---|---|
| Shipment Date: | **07/10/07** |

**BILL TO:**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY  11747

| Customer ID: | **15162C** |
|---|---|
| P.O. Number: | **29773A\CC01041** |
| P.O. Date: | **07/09/07** |
| Sales Order: | **84026V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

**SHIP TO:**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN. |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 8 | 0 | 8 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 8 | 0 | 8 | |



**Inv # 15162C-81363**

Customer Copy

Date: 07/10/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| BILL TO: 15162C | SHIP TO: 15162C AHM-270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN:IT DEPARTMENT | PETER AMEDEO |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 4TH FLOOR EAST | SUITE 25 |
| MELVILLE, NY 11747 | MELVILLE, NY 11747 |

| ORDER # | CUST PO # | ORDERED BY | SHIP VIA | Cost Cente | | | |
|---|---|---|---|---|---|---|---|
| 84024V | 29775A\CC01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | | |
|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION - S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 8 | 8 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO | 975.00 | 7,800.00 |
| | | | | SL3CC677 | | |
| | | | | SL3CD614 | | |
| | | | | SL3CC529 | | |
| | | | | SL3CC589 | | |
| | | | | SL3CC539 | | |
| | | | | SL3CC533 | | |
| | | | | SL3CC702 | | |
| | | | | SL3CC572 | | |
| 8 | 8 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 256.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 8,056.00 |
| Sales Tax | 696.09 |
| Insurance and Freight | 14.60 |
| **Total** | **8,766.69** |



**COMPUTER   SERVICES,   INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

| | |
|---|---|
| Shipment Number: | **176363SH** |
| Shipment Date: | **07/09/07** |

### BILL TO:

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY  11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | |
| P.O. Date: | **07/09/07** |
| Sales Order: | **84024V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO:

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO 14 | | 8 | 8 | | |
| | S/N:  SL3CC677 | | | | | |
| | S/N:  SL3CD614 | | | | | |
| | S/N:  SL3CC529 | | | | | |
| | S/N:  SL3CC589 | | | | | |
| | S/N:  SL3CC539 | | | | | |
| | S/N:  SL3CC533 | | | | | |
| | S/N:  SL3CC702 | | | | | |
| | S/N:  SL3CC572 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 8 | 8 | | |



**COMPUTER  SERVICES,  INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

## PACKING LIST

Shipment Number:    **176492SH**
Shipment Date:      **07/10/07**

### BILL TO:

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY  11747

Customer ID:    **15162C**
P.O. Number:    **29775A\CC01041**
P.O. Date:      **07/09/07**
Sales Order:    **84024V**
SalesPerson:    **KEVIN FITZSIMMON**

### SHIP TO:

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO 14 | | 8 | 0 | 8 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 8 | 0 | 8 | |



**COMPUTER SERVICES, INC.**

Customer Copy

| Inv # 15162C-81364 |
|---|

Date: 07/10/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

| BILL TO: 15162C | SHIP TO: 15162C AHM-270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN:IT DEPARTMENT | PETER AMEDEO |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 4TH FLOOR EAST | SUITE 25 |
| MELVILLE, NY  11747 | MELVILLE, NY  11747 |

| ORDER# | CUST PO # | ORDERED BY | SHIP VIA | Cost Cente | | | |
|---|---|---|---|---|---|---|---|
| 84025V | 29774A\CC01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | | |
|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION - S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 8 | 8 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO | 975.00 | 7,800.00 |
| | | | | SL3CC588 | | |
| | | | | SL3CC611 | | |
| | | | | SL3CD104 | | |
| | | | | SL3CC559 | | |
| | | | | SL3CC531 | | |
| | | | | SL3CC537 | | |
| | | | | SL3CC530 | | |
| | | | | SL3CC578 | | |
| 8 | 8 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 256.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 8,056.00 |
| Sales Tax | 696.09 |
| Insurance and Freight | 14.60 |
| **Total** | **8,766.69** |



**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

Shipment Number: **176365SH**
Shipment Date: **07/09/07**

---

**BILL TO:**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

Customer ID: **15162C**
P.O. Number:
P.O. Date: **07/09/07**
Sales Order: **84025V**
SalesPerson: **KEVIN FITZSIMMON**

**SHIP TO:**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO 14 | | 8 | 8 | | |
| | S/N: SL3CC588 | | | | | |
| | S/N: SL3CC611 | | | | | |
| | S/N: SL3CD104 | | | | | |
| | S/N: SL3CC559 | | | | | |
| | S/N: SL3CC531 | | | | | |
| | S/N: SL3CC537 | | | | | |
| | S/N: SL3CC530 | | | | | |
| | S/N: SL3CC578 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 8 | 8 | | |


COMPUTER   SERVICES.   INC.

**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

Shipment Number:   **176493SH**
Shipment Date:       **07/10/07**

**BILL TO:**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY  11747

Customer ID:    **15162C**
P.O. Number:    **29774A\CC01041**
P.O. Date:       **07/09/07**
Sales Order:     **84025V**
SalesPerson:    **KEVIN FITZSIMMON**

**SHIP TO:**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO 14 | | 8 | 0 | 8 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 8 | 0 | 8 | |



**COMPUTER SERVICES, INC.**

Customer Copy

Inv # 15162C-81697

Date: 07/20/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| BILL TO: 15162C | SHIP TO: 15162C/AHM-270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN: IMAC SUPPORT | JERRY DEMPSEY/BRIAN KORROW |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 3RD FLOOR EAST | SUITE 25 |
| MELVILLE, NY 11747 | MELVILLE, NY 11747 |

| ORDER # | CUST PO # | ORDERED BY | SHIP VIA | Cost Center | | | |
|---|---|---|---|---|---|---|---|
| 84397V | IS-29489D | | Delivery | 01038 | | | |

| ACCOUNT MGR | TERMS | | | | | | |
|---|---|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION - S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2 | 2 | 416655-B21 | HEWLETT PAC | PROLIANT BL460C 5150 2.66G DC 1P 2GB BLADE SMA | 2,516.00 | 5,032.00 |
| | | | | 2UX719041S. | | |
| | | | | 2UX719043E. | | |
| 2 | 2 | 416659-B21 | HEWLETT PAC | XEON 5150 2.66GHZ DC PROCESSOR FOR BL46C | 658.00 | 1,316.00 |
| 4 | 4 | 397411-B21 | HEWLETT PAC | 2GB FBD PC2-5300 (2X1GB) KIT | 366.00 | 1,464.00 |
| 4 | 4 | 375861-B21 | HEWLETT PAC | 72GB 10K SAS 2.5 HOT-PLUG HDD | 218.00 | 872.00 |
| 2 | 2 | 403619-B21 | HEWLETT PAC | BLC QLOGIC HBA FIBRE CHANNEL  KIT | 457.00 | 914.00 |
| 1 | 1 | FRT-CHG | | FREIGHT CHARGES FOR ITEMS SHIPPED | 90.00 | 90.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 9,688.00 |
| Sales Tax | 835.59 |
| Insurance and Freight | 0.00 |
| **Total** | **10,523.59** |



**COMPUTER SERVICES, INC.**

## PACKING LIST

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| | |
|---|---|
| Shipment Number: | **177161SH** |
| Shipment Date: | **07/18/07** |

### BILL TO:

AMERICAN HOME MORTGAGE
ATTN: IMAC SUPPORT
538 BROAD HOLLOW ROAD
3RD FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29489D** |
| P.O. Date: | **07/17/07** |
| Sales Order: | **84397V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO:

AMERICAN HOME MORTGAGE
JERRY DEMPSEY/BRIAN KORROW
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| 01038 | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV SHIPPED | REMAINS |
|---|---|---|---|---|---|---|
| 416655-B21 | PROLIANT BL460C 5150 2.66G DC  1P 2GB BLADE SMART | | 2 | Drop Ship | | |
| | S/N:  2UX719041S. | | | | | |
| | S/N:  2UX719043E. | | | | | |
| 416659-B21 | XEON 5150 2.66GHZ DC PROCESSOR FOR BL46C | | 2 | Drop Ship | | |
| 397411-B21 | 2GB FBD PC2-5300 (2X1GB) KIT | | 4 | Drop Ship | | |
| 375861-B21 | 72GB 10K SAS 2.5 HOT-PLUG HDD | | 4 | Drop Ship | | |
| 403619-B21 | BLC QLOGIC HBA FIBRE CHANNEL  KIT | | 2 | Drop Ship | | |



COMPUTER    SERVICES.    INC.

**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

Shipment Number:  **177478SH**
Shipment Date:    **07/20/07**

**BILL TO**

AMERICAN HOME MORTGAGE
ATTN: IMAC SUPPORT
538 BROAD HOLLOW ROAD
3RD FLOOR EAST
MELVILLE, NY 11747

Customer ID:   **15162C**
P.O. Number:   **IS-29489D**
P.O. Date:     **07/17/07**
Sales Order:   **84397V**
SalesPerson:   **KEVIN FITZSIMMON**

**SHIP TO**

AMERICAN HOME MORTGAGE
JERRY DEMPSEY/BRIAN KORROW
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| 01038 | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 416655-B21 | PROLIANT BL460C 5150 2.66G DC  1P 2GB BLADE SMART | | 2 | Drop Ship | | |
| 416659-B21 | XEON 5150 2.66GHZ DC PROCESSOR FOR BL46C | | 2 | Drop Ship | | |
| 397411-B21 | 2GB FBD PC2-5300 (2X1GB) KIT | | 4 | Drop Ship | | |
| 375861-B21 | 72GB 10K SAS 2.5 HOT-PLUG HDD | | 4 | Drop Ship | | |
| 403619-B21 | BLC QLOGIC HBA FIBRE CHANNEL  KIT | | 2 | Drop Ship | | |



**COMPUTER    SERVICES.    INC.**

Customer Copy

**Inv # 15162C-81707**

Date: 07/20/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

| BILL TO: 15162C | SHIP TO: 15162C AHM-270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN: IMAC SUPPORT | JERRY DEMPSEY/BRIAN KORROW |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 3RD FLOOR EAST | SUITE 25 |
| MELVILLE, NY  11747 | MELVILLE, NY  11747 |

| ORDER # | CUST PO # | ORDERED BY | SHIP VIA | Cost Center | | | |
|---|---|---|---|---|---|---|---|
| 84375V | IS-29490/CC 01038 | | Delivery | 01038 | | | |

| ACCOUNT MGR | TERMS |
|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION  S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2 | 2 | 416655-B21 | HEWLETT PAC | PROLIANT BL460C 5150 2.66G DC  1P 2GB BLADE SMA | 2,516.00 | 5,032.00 |
| | | | | S2UX719042N | | |
| | | | | S2UX719041R | | |
| 2 | 2 | 416659-B21 | HEWLETT PAC | XEON 5150 2.66GHZ DC PROCESSOR FOR BL46C | 658.00 | 1,316.00 |
| 4 | 4 | 397411-B21 | HEWLETT PAC | 2GB FBD PC2-5300 (2X1GB) KIT | 366.00 | 1,464.00 |
| 4 | 4 | 375861-B21 | HEWLETT PAC | 72GB 10K SAS 2.5 HOT-PLUG HDD | 218.00 | 872.00 |
| 1 | 1 | FRT-CHG | | FREIGHT CHARGES FOR ITEMS SHIPPED | 90.00 | 90.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 8,774.00 |
| Sales Tax | 756.76 |
| Insurance and Freight | 0.00 |
| **Total** | **9,530.76** |



**COMPUTER    SERVICES,    INC.**

## PACKING LIST

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| | |
|---|---|
| Shipment Number: | **177132SH** |
| Shipment Date: | **07/17/07** |

### BILL TO:

AMERICAN HOME MORTGAGE
ATTN: IMAC SUPPORT
538 BROAD HOLLOW ROAD
3RD FLOOR EAST
MELVILLE, NY  11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29490/CC 01038** |
| P.O. Date: | **07/16/07** |
| Sales Order: | **84375V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO:

AMERICAN HOME MORTGAGE
JERRY DEMPSEY/BRIAN KORROW
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| 01038 | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 397411-B21 | 2GB FBD PC2-5300 (2X1GB) KIT | | 4 | Drop Ship | | |



**COMPUTER   SERVICES.   INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

## PACKING LIST

| | |
|---|---|
| Shipment Number: | **177357SH** |
| Shipment Date: | **07/19/07** |

### BILL TO

AMERICAN HOME MORTGAGE
ATTN: IMAC SUPPORT
538 BROAD HOLLOW ROAD
3RD FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29490/CC 01038** |
| P.O. Date: | **07/16/07** |
| Sales Order: | **84375V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO

AMERICAN HOME MORTGAGE
JERRY DEMPSEY/BRIAN KORROW
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

**Total Pieces:**

| Cost Center | | | | |
|---|---|---|---|---|
| 01038 | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 416655-B21 | PROLIANT BL460C 5150 2.66G DC 1P 2GB BLADE SMART | | 2 | Drop Ship | | |
| | S/N: S2UX719042N | | | | | |
| | S/N: S2UX719041R | | | | | |
| 416659-B21 | XEON 5150 2.66GHZ DC PROCESSOR FOR BL46C | | 2 | Drop Ship | | |
| 375861-B21 | 72GB 10K SAS 2.5 HOT-PLUG HDD | | 4 | Drop Ship | | |



**COMPUTER   SERVICES.   INC.**

**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

| | |
|---|---|
| Shipment Number: | **177488SH** |
| Shipment Date: | **07/20/07** |

**BILL TO**

AMERICAN HOME MORTGAGE
ATTN: IMAC SUPPORT
538 BROAD HOLLOW ROAD
3RD FLOOR EAST
MELVILLE, NY  11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29490/CC 01038** |
| P.O. Date: | **07/16/07** |
| Sales Order: | **84375V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

**SHIP TO**

AMERICAN HOME MORTGAGE
JERRY DEMPSEY/BRIAN KORROW
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| 01038 | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 416655-B21 | PROLIANT BL460C 5150 2.66G DC  1P 2GB BLADE SMART | | 2 | Drop Ship | | |
| 416659-B21 | XEON 5150 2.66GHZ DC PROCESSOR FOR BL46C | | 2 | Drop Ship | | |
| 397411-B21 | 2GB FBD PC2-5300 (2X1GB) KIT | | 4 | Drop Ship | | |
| 375861-B21 | 72GB 10K SAS 2.5 HOT-PLUG HDD | | 4 | Drop Ship | | |



COMPUTER   SERVICES.   INC.

Customer Copy

**Inv # 15162C-81722**

Date: 07/20/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| BILL TO  15162C | SHIP TO  15162C AHM 270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN:IT DEPARTMENT | PETER AMEDEO |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 4TH FLOOR EAST | SUITE 25 |
| MELVILLE, NY 11747 | MELVILLE, NY 11747 |

| ORDER# | CUST P.O. # | ORDERED BY | SHIP VIA | Cost Cente | | | |
|---|---|---|---|---|---|---|---|
| 84495V | I-S29959A\CC 01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | | | | |
|---|---|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION - S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5 | 5 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO | 975.00 | 4,875.00 |
| | | | | SL3CC534 | | |
| | | | | SL3CC545 | | |
| | | | | SL3CC551 | | |
| | | | | SL3CC557 | | |
| | | | | SL3CC591 | | |
| 5 | 5 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 160.00 |
| 1 | 1 | FRT-CHG | | FREIGHT CHARGES FOR ITEMS SHIPPED | 15.00 | 15.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 5,050.00 |
| Sales Tax | 437.72 |
| Insurance and Freight | 25.00 |
| **Total** | **5,512.72** |



**PACKING LIST**

**Vicom Computer Services, Inc.**
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

Shipment Number: **177218SH**
Shipment Date: **07/18/07**

**BILL TO:**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

Customer ID: **15162C**
P.O. Number: **I-S29959A\CC 01041**
P.O. Date: **07/18/07**
Sales Order: **84495V**
SalesPerson: **KEVIN FITZSIMMON**

**SHIP TO:**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**                    Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G 512MB 60GB COMBO 14 | | 5 | 5 | | |
| | S/N: SL3CC534 | | | | | |
| | S/N: SL3CC545 | | | | | |
| | S/N: SL3CC551 | | | | | |
| | S/N: SL3CC557 | | | | | |
| | S/N: SL3CC591 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 5 | 5 | | |



**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

Shipment Number:  **177503SH**
Shipment Date:     **07/20/07**

| BILL TO | | SHIP TO |
|---|---|---|
| AMERICAN HOME MORTGAGE<br>ATTN:IT DEPARTMENT<br>538 BROAD HOLLOW ROAD<br>4TH FLOOR EAST<br>MELVILLE, NY  11747 | Customer ID:  **15162C**<br>P.O. Number:  **I-S29959A\CC 01041**<br>P.O. Date:  **07/18/07**<br>Sales Order:  **84495V**<br>SalesPerson:  **KEVIN FITZSIMMON** | AMERICAN HOME MORTGAGE<br>PETER AMEDEO<br>270 SOUTH SERVICE ROAD<br>SUITE 25<br>MELVILLE, NY  11747 |

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 5 | 0 | 5 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 5 | 0 | 5 | |



**COMPUTER    SERVICES.    INC.**

Customer Copy

Inv # 15162C-81723

Inv # 15162C-81723

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

Date: 07/20/07
Page:1

| BILL TO: 15162C | SHIP TO: 15162C AHM-270 |
|---|---|
| AMERICAN HOME MORTGAGE<br>ATTN:IT DEPARTMENT<br>538 BROAD HOLLOW ROAD<br>4TH FLOOR EAST<br>MELVILLE, NY  11747 | AMERICAN HOME MORTGAGE<br>PETER AMEDEO<br>270 SOUTH SERVICE ROAD<br>SUITE 25<br>MELVILLE, NY  11747 |

| ORDER# | CUST.PO # | ORDERED BY | SHIP VIA | Cost Center | | | |
|---|---|---|---|---|---|---|---|
| 84494V | IS-29957A\CC 01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | | |
|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION / S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5 | 5 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO | 975.00 | 4,875.00 |
| | | | | SL3CC554 | | |
| | | | | SL3CC556 | | |
| | | | | SL3CC541 | | |
| | | | | SL3CC552 | | |
| | | | | SL3CC553 | | |
| 5 | 5 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 160.00 |
| 1 | 1 | FRT-CHG | | FREIGHT CHARGES FOR ITEMS SHIPPED | 15.00 | 15.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 5,050.00 |
| Sales Tax | 437.71 |
| Insurance and Freight | 24.90 |
| **Total** | **5,512.61** |



**COMPUTER   SERVICES,   INC.**

**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

Shipment Number:    **177216SH**
Shipment Date:       **07/18/07**

**BILL TO:**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY  11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29957A\CC 01041** |
| P.O. Date: | **07/18/07** |
| Sales Order: | **84494V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

**SHIP TO:**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN. |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 5 | 5 | | |
| | S/N:  SL3CC554 | | | | | |
| | S/N:  SL3CC556 | | | | | |
| | S/N:  SL3CC541 | | | | | |
| | S/N:  SL3CC552 | | | | | |
| | S/N:  SL3CC553 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 5 | 5 | | |



**COMPUTER    SERVICES,    INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

## PACKING LIST

| | |
|---|---|
| Shipment Number: | **177504SH** |
| Shipment Date: | **07/20/07** |

### BILL TO

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29957A\CC 01041** |
| P.O. Date: | **07/18/07** |
| Sales Order: | **84494V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**          Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN. |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 5 | 0 | 5 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 5 | 0 | 5 | |

# VICOM
COMPUTER   SERVICES,   INC.

**Inv # 15162C-81724**

Customer Copy

Date: 07/20/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| BILL TO: 15162C | | SHIP TO: 15162C AHM-270 |
|---|---|---|
| AMERICAN HOME MORTGAGE | | AMERICAN HOME MORTGAGE |
| ATTN:IT DEPARTMENT | | PETER AMEDEO |
| 538 BROAD HOLLOW ROAD | | 270 SOUTH SERVICE ROAD |
| 4TH FLOOR EAST | | SUITE 25 |
| MELVILLE, NY 11747 | | MELVILLE, NY 11747 |

| ORDER # | CUST PO # | ORDERED BY | SHIP VIA | Cost Cente | | | |
|---|---|---|---|---|---|---|---|
| 84493V | IS-29956A\CC 01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | |
|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION - S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5 | 5 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO | 975.00 | 4,875.00 |
| | | | | SL3CC543 | | |
| | | | | SL3CC538 | | |
| | | | | SL3CC628 | | |
| | | | | SL3CC525 | | |
| | | | | SL3CC609 | | |
| 5 | 5 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 160.00 |
| 1 | 1 | FRT-CHG | | FREIGHT CHARGES FOR ITEMS SHIPPED | 15.00 | 15.00 |

**NEED I.T. PROFESSIONALS ?**

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 5,050.00 |
| Sales Tax | 437.71 |
| Insurance and Freight | 24.90 |
| **Total** | **5,512.61** |



**COMPUTER SERVICES, INC.**

**PACKING LIST**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| | |
|---|---|
| Shipment Number: | **177215SH** |
| Shipment Date: | **07/18/07** |

**BILL TO**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29956A\CC 01041** |
| P.O. Date: | **07/18/07** |
| Sales Order: | **84493V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

**SHIP TO**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

**Total Pieces:**

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 5 | 5 | | |
| | S/N: SL3CC543 | | | | | |
| | S/N: SL3CC538 | | | | | |
| | S/N: SL3CC628 | | | | | |
| | S/N: SL3CC525 | | | | | |
| | S/N: SL3CC609 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 5 | 5 | | |



**Inv # 15162C-81986**

Customer Copy

Date: 07/30/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

| BILL TO: 15162C | SHIP TO: 15162C AHM 270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN:IT DEPARTMENT | PETER AMEDEO |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 4TH FLOOR EAST | SUITE 25 |
| MELVILLE, NY 11747 | MELVILLE, NY 11747 |

| ORDER # | CUST PO # | ORDERED BY | SHIP VIA | Cost Center | | | |
|---|---|---|---|---|---|---|---|
| 84600V | IS-30177A\CC 01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | | |
|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | 10 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO | 975.00 | 9,750.00 |
| | | | | L3CC542 | | |
| | | | | L3CC568 | | |
| | | | | L3CC526 | | |
| | | | | L3CC564 | | |
| | | | | L3CC540 | | |
| | | | | L3CC815 | | |
| | | | | L3CC562 | | |
| | | | | L3CC607 | | |
| | | | | L3CC573 | | |
| | | | | L3CC583 | | |
| 10 | 10 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 320.00 |
| 1 | 1 | FRT-CHG | | FREIGHT CHARGES FOR ITEMS SHIPPED | 30.00 | 30.00 |

NEED I.T. PROFESSIONALS ?

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 10,100.00 |
| Sales Tax | 874.92 |
| Insurance and Freight | 44.00 |
| **Total** | **11,018.92** |



**COMPUTER SERVICES, INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

## PACKING LIST

Shipment Number: **177596SH**
Shipment Date: **07/23/07**

### BILL TO

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-30177A\CC 01041** |
| P.O. Date: | **07/20/07** |
| Sales Order: | **84600V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 10 | 10 | | |
| | S/N: L3CC542 | | | | | |
| | S/N: L3CC568 | | | | | |
| | S/N: L3CC528 | | | | | |
| | S/N: L3CC564 | | | | | |
| | S/N: L3CC540 | | | | | |
| | S/N: L3CC615 | | | | | |
| | S/N: L3CC562 | | | | | |
| | S/N: L3CC607 | | | | | |
| | S/N: L3CC573 | | | | | |
| | S/N: L3CC583 | | | | | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 10 | 10 | | |



**PACKING LIST**

**Vicom Computer Services, Inc.**
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

Shipment Number: **178109SH**
Shipment Date: **07/30/07**

### BILL TO:

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY 11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-30177A\CC 01041** |
| P.O. Date: | **07/20/07** |
| Sales Order: | **84600V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

### SHIP TO:

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY 11747

Ship Via: **Delivery**

Total Pieces:

| Cost Center | | | |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G   512MB 60GB COMBO 14 | | 10 | 0 | 10 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 10 | 0 | 10 | |



**COMPUTER SERVICES, INC.**

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY 11735
(631) 694-3900

Shipment Number:    **177549SH**
Shipment Date:       **07/20/07**

### BILL TO:

VICOM COMPUTER SERVICES
VICTOR V. VEROLA
60 CAROLYN BOULEVARD
FARMINGDALE, NY 11735

Customer ID:   **5828**
P.O. Number:
P.O. Date:     **06/29/07**
Sales Order:   **83812V**
SalesPerson:   **VICTOR V. VEROLA**

### SHIP TO:

AMERICAN HOME MORTGAGE
3000 E. COLSEUM BLVD
FORT WAYNE, IN  46805

Ship Via:                        Total Pieces: 

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|----------|-------------|-----------|---------|---------|---------------|--------|
| 88524XU | IBM BLADECENTER H CHASSIS | | 1 | Drop Ship | | |
| | S/N: 1S8852HC199A8729 | | | | | |



**V I C O M**
C O M P U T E R    S E R V I C E S .    I N C .

Customer Copy

**Inv # 15162C-81362**

Date: 07/10/07
Page:1

Vicom Computer Services, Inc.
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

| BILL TO:  15162C | SHIP TO:  15162C AHM-270 |
|---|---|
| AMERICAN HOME MORTGAGE | AMERICAN HOME MORTGAGE |
| ATTN:IT DEPARTMENT | PETER AMEDEO |
| 538 BROAD HOLLOW ROAD | 270 SOUTH SERVICE ROAD |
| 4TH FLOOR EAST | SUITE 25 |
| MELVILLE, NY  11747 | MELVILLE, NY  11747 |

| ORDER # | CUST P.O. # | ORDERED BY | SHIP VIA | Cost Cente | | | |
|---|---|---|---|---|---|---|---|
| 84026V | 29773A\CC01041 | | Delivery | | | | |

| ACCOUNT MGR | TERMS | | | | | | |
|---|---|---|---|---|---|---|---|
| KEVIN FITZSIMMON | UPON RECEIPT | | | | | | |

| QTY ORD | QTY SHP | MFG P/N | MFG | DESCRIPTION  S/N | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 8 | 8 | 1953D9U | LENOVO - EXP | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO | 975.00 | 7,800.00 |
| | | | | SL3CC550 | | |
| | | | | SL3CC561 | | |
| | | | | SL3CC565 | | |
| | | | | SL3CC567 | | |
| | | | | SL3CC580 | | |
| | | | | SL3CC584 | | |
| | | | | SL3CC593 | | |
| | | | | SL3CC729 | | |
| 8 | 8 | KTL-TP667/512 | KINGSTON - V | KINGSTON 512MB MEM. X60 & T60 | 32.00 | 256.00 |

**NEED I.T. PROFESSIONALS ?**

Whether it be long or short term consulting,
permanent placement, or "Try & Buy"
VICOM STAFFING can fit all of your staffing needs.
Contact your Account Manager for more details.

| | |
|---|---|
| Subtotal | 8,056.00 |
| Sales Tax | 696.11 |
| Insurance and Freight | 14.80 |
| **Total** | **8,766.91** |



COMPUTER   SERVICES.   INC.

**PACKING LIST**

**Vicom Computer Services, Inc.**
60 Carolyn Blvd.
Farmingdale, NY  11735
(631) 694-3900

Shipment Number:  **177505SH**
Shipment Date:      **07/20/07**

**BILL TO**

AMERICAN HOME MORTGAGE
ATTN:IT DEPARTMENT
538 BROAD HOLLOW ROAD
4TH FLOOR EAST
MELVILLE, NY  11747

| | |
|---|---|
| Customer ID: | **15162C** |
| P.O. Number: | **IS-29956A\CC 01041** |
| P.O. Date: | **07/18/07** |
| Sales Order: | **84493V** |
| SalesPerson: | **KEVIN FITZSIMMON** |

**SHIP TO**

AMERICAN HOME MORTGAGE
PETER AMEDEO
270 SOUTH SERVICE ROAD
SUITE 25
MELVILLE, NY  11747

Ship Via:  **Delivery**

Total Pieces:

| Cost Center | | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

| ITEM NO. | DESCRIPTION | INSTALLED | ORDERED | SHIPPED | PREV. SHIPPED | REMAIN |
|---|---|---|---|---|---|---|
| 1953D9U | THINKPAD T60 EXP T2300 1.66G  512MB 60GB COMBO 14 | | 5 | 0 | 5 | |
| KTL-TP667/512 | KINGSTON 512MB MEM. X60 & T60 | | 5 | 0 | 5 | |