PRYOR & MANDELUP, L.L.P.<br>
Kenneth A. Reynolds, Esq.<br>
675 Old Country Road<br>
Westbury, New York 11590<br>
(516) 997-0999<br>
rlp@pryormandelup.com<br>
11-3261335<br>
rlp-8545

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------x
In re                                     :
                                          :   Chapter 11
AMERICAN HOME MORTGAGE                    :   Case No. 07-11051-CSS
                                          :
              Debtor.                     :   **AFFIDAVIT**
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

A. Scott Mandelup, Esq., being duly sworn, deposes and says as follows:

1.  I am a member of the firm Pryor & Mandelup, L.L.P., counsel for Vicom Computer Services, Inc., ("Vicom"), a creditor in the above-captioned bankruptcy case.

2.  In order to protect Vicom's interest in this case it is necessary to file the enclosed Notice of Reclamation manually because my firm does not possess a password to file electronically with the Bankruptcy Court District of Delaware. We are not applying for a password since we anticipate, as is our custom historically, to retain local counsel in Delaware to formally appear as co-counsel.

3.  As a result, we respectfully request authorization to file the Notice of Reclamation and supporting Exhibits manually.

A. Scott Mandelup (ASM-2780)

Sworn to me this 8th
day of August, 2007

_____
Notary Public

KENNETH ARDEN REYNOLDS
Notary Public, State of New York
No. 02RE6133670
Qualified in Suffolk County
Commission Expires Sept. 19, 20__

I:\CLIENT FILES\Vicom Computer\Affidavit.wpd

# PRYOR & MANDELUP, L.L.P.
A Limited Liability Partnership Including Professional Corporations

675 Old Country Road
Westbury, New York 11590-4513

**A. Scott Mandelup, P.C.**
**Robert L. Pryor, P.C.**
**Randolph E. White**
**Kenneth A. Reynolds**
**Anthony F. Giuliano**

**Of Counsel**
Randy Scott Zelin
Steven Sewell

August 8, 2007

**Barbara Anson, Paralegal**
**Beads Land, Paralegal**

Telephone:    (516) 997-0999
Facsimile:    (516) 333-7333
Extension:    230

*VIA OVERNIGHT MAIL*
Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:    American Home Mortgage
       Chapter 11 Case No.: 07-11051-CSS

Dear Sir/Madam:

Enclosed please find an original and two copies of a **Notice of Reclamation** with **Exhibits** and **Affidavit of Service** in the above referenced case for filing with the Court. Upon receipt please file the original and return the file copy, date-stamped to show receipt, in the enclosed post-paid envelope.

At the direction of the Clerk of the Court, we have additionally included an **Affidavit** which states the reasons for our filing these documents non-electronically.

Please call the undersigned should you have any questions.

Sincerely,

Diane S. Giugliano
Legal Secretary

/dsg
Enclosure: