Thomas J. Polis - Bar No. 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19900 MacArthur Boulevard, Suite 960
Irvine, California 92612-8420
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Counsel for Creditor, Rexco Magnolia, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Case No. 07-11051-CSS |
| AMERICAN HOME MORTGAGE CORPORATION, | ) Chapter 11 |
| Debtor. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) **[NO HEARING SCHEDULED PURSUANT TO LOCAL BANKRUPTCY RULES]** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Polis & Associates, a Professional Law Corporation ("Polis & Associates"), counsel for Creditor, Rexco, LLC, hereby requests the Clerk of this Court to be included on the Master Mailing List for the above-entitled matter, and requests of the Clerk of this Court and of all parties in interest herein, that all notices of all proceedings herein and all other notices be given to:

Thomas J. Polis, Esq.
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19900 MacArthur Boulevard, Suite 960
Irvine, California 92612-8420
Telephone: 949.862.0040
Facsimile: 949.862.0041
E-mail: tom@polis-law.com

DATED: AUGUST 9, 2007    POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

By: _____
Thomas J. Polis
Counsel for Creditor, Rexco Magnolia, LLC