## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: **Polis & Associates, a Professional Law Corporation, 19900 MacArthur Boulevard, Suite 960, Irvine, California 92612-8420.**

On **August 9, 2007**, I served the document named below on the parties in this action as follows:

DOCUMENT SERVED:    **REQUEST FOR SPECIAL NOTICE**

__X__    By placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | | |
|---|---|---|
| American Home Mortgage Corp. | Pauline K. Morgan, Esq. | United States Trustee |
| 538 Broadhollow Road | Young, Conaway, Stargatt & Taylor | 844 King Street, Rm 2207 |
| Melville, New York 11747 | 1000 West Street, 17th Floor | Lock Box #35 |
| | Wilmington, DE 19899-0391 | Wilmington, DE 19899-0035 |

__X__    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with fist class postage, thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____    **BY PERSONAL SERVICE:** I arranged to have DDS Legal Support Systems deliver said envelope(s) by hand to the person(s) stated herein or on the attached service list. An additional proof of service will be signed by the courier and filed at a later date, if necessary.

____    **BY FACSIMILE:** I transmitted a true and correct copy of the above-referenced document from a facsimile machine at Polis & Associates, a Professional Law Corporation, whose facsimile number is (949) 862-0041 to the interested parties in this action as indicated herein or on the attached service list. Said service list includes the name and facsimile number of each party served. The above described transmission(s) was/were reported as complete, without error, by a communication journal issued by the facsimile machine.

____    **BY FEDERAL EXPRESS:** I am readily familiar with the practice of Polis & Associates, a Professional Law Corporation, for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

____    **BY OVERNIGHT COURIER:** The above-referenced document was sent to each party indicated herein or on the attached service list by Golden State Overnight Courier for delivery the next business morning. A tracking number has been assigned for each package delivered and the tracking numbers have been recorded for our records.

____    **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__    **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 9, 2007**, at Irvine, California.

_____
Thomas Polis