UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:  American Home Mortgage Holdings, Inc.        CASE NO. 07-11047-CSS
        Debtor.                                      Chapter 11

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the Attorney pursuant to Bankruptcy Rules 9010(b), and 2002(a) and (b) requests that all notices given or require to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

John B. Philip
Crislip, Philip & Associates
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
(901) 525-2427

By: /s/ John B. Philip  8837
    4515 Poplar Avenue, Suite 322
    Memphis, TN 38117
    (901) 525-2427
    jbp@crislipphilip.com

CERTIFICATE OF SERVICE

I hereby certify that on August 7th, 2007, a true and correct copy of the foregoing has been served, postage prepaid via United States Postal Service, to:

All Interested Parties