UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :
                                                                :     Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                                :
INC., *et al.*                                                  :     Case No. 07-11047 (CSS)
                                                                :
              Debtors.                                          :
----------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF STUART MILLER

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission pro hac vice of Stuart Miller, 132 Nassau Street, Suite 423, New York, NY 10038 to represent the WARN Act Claimants in this action. The admittee is admitted, practicing, and in good standing of the bar of the State of New York.

Dated: August 9, 2007

                                                Respectfully submitted,
                                                MARGOLIS EDELSTEIN

                                                James E. Huggett, Esq. (#3956)
                                                750 S. Madison St., Suite 102
                                                Wilmington, Delaware 19801
                                                Telephone (302) 888-1112

MOTION GRANTED.

Dated: _____

                                                BY THE COURT

                                                _____
                                                United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court with receipt number 148637.

Dated: August 13, 2007
Wilmington, Delaware

Respectfully submitted,

Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 423
New York, New York 10038
(212) 581-5005