**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.* | : | Case No. 07-11047 (CSS) |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on August 15, 2007, I served a copy of the *Motion and Order for Admission Pro Hac Vice of Stuart Miller* on the parties listed below via first class mail.

/s/James E. Huggett
James E. Huggett, Esquire (#3956)

Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035