UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,

Debtors.

-----------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that De Lage Landen Financial Services, Inc., party in interest herein, appears by its counsel, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, and demand, pursuant to 11 U.S.C. 1109(b), Rules 2002, 9007 and 9010 of the Rules of Bankruptcy Procedure and the Local Rules of this Court, that all notices given or required to be given in this case and all papers served or required to be served in this bankruptcy proceeding be given to and served upon:

> Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
> Attorneys for De Lage Landen Financial Services, Inc.
> 1065 Avenue of the Americas, 18th Floor
> New York, New York 10018
> 212-593-3000
> Attn: Scott K. Levine, Esq.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of De Lage

Landen Financial Services, Inc, with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor.

**PLEASE TAKE FURTHER NOTICE,** that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in this case.

Dated: New York, New York
August 8, 2007

        **PLATZER, SWERGOLD, KARLIN LEVINE, GOLDBERG & JASLOW, LLP**
        *Attorneys for De Lage Landen Financial Services, Inc.*

    By: _____
        Scott K. Levine (SKL/0677)
        1065 Avenue of the Americas, 18th Floor
        New York, NY 10018
        212-593-3000