IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          Chapter 11
AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,                       Case No. 07-11047 (CSS)

                                                Related Docket No. 137
            Debtors.                            Hearing Date: August 24, 2007 @ 1:00 p.m.
                                                Objection Deadline: August 21, 2007 @ 4:00 p.m.
------------------------------------------------------------x

### DE LAGE LANDEN FINANCIAL SERVICES, INC.'S STATEMENT IN RESPONSE TO THE DEBTORS' EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND (III) GRANTING RELATED RELIEF

TO:   HONORABLE CHRISTOPHER S. SONTCHI
      UNITED STATES BANKRUPTCY JUDGE:

De Lage Landen Financial Services, Inc ("De Lage Landen"), by its attorneys, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, and Duane Morris LLP, as and for its statement (the "Statement") in response to American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries', the debtors and debtors in possession in the above cases (collectively, the "Debtors") emergency motion for an order, pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, (I) authorizing the assumption and assignment of certain real property leases and the sale of furniture, fixtures and equipment located therein; (II) approving the terms of the letter agreement; and (III) granting related relief.

1.   On August 6, 2007 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code").

2. On or about August 10, 2007, the Debtors filed their emergency motion for an order, pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, (I) authorizing the assumption and assignment of certain real property leases and the sale of furniture, fixtures and equipment located therein; (II) approving the terms of the letter agreement; and (III) granting related relief (the "Motion").

3. Pursuant to the Motion, the Debtors have identified the location of the Office Assets (as defined in the Motion) that are subject to the sale to Indymac Bank F.S.B. (the "Bank"), however, the Debtors have not yet identified the exact Office Assets that are contemplated in this transaction.

4. De Lage Landen is an equipment lessor and prior to the Petition Date, the Debtors entered into approximately two-hundred fifty (250) furniture, fixture and equipment leases with De Lage Landen (the "Leases"). Pursuant to the terms of the Leases, the Debtors were required to maintain the furniture, fixture and equipment leases (the "Leased Equipment") at the stated locations identified in the Leases. However, it is unclear from the Motion whether in fact the Leased Equipment is at the stated locations as provided for in the Leases. Furthermore, it is unclear from the Motion whether the Debtors seek to sell the Leased Equipment or seek to assume and assign the Leases to the Bank. In order to determine whether the Leased Equipment is part of the subject sale to the Bank or whether the Leases are proposed to be assumed and assigned to the Bank, De Lage Landen must be provided with an exact listing of the Office Assets and leases that are the subject of this Motion.

5. The Leased Equipment is De Lage Landen's property and the Debtors do not own any of the Leased Equipment and do not have title to convey to any potential buyer. See *In re R.L. Larson,* 128 B.R. 257, 262 (Bankr.D.N.D. 1990) ("... [equipment] leases... do not convey

ownership interest to the debtors, but merely a leasehold interest which is a cognizable interest under section 541 [of the Bankruptcy Code]".

6.      Accordingly, De Lage Landen submits this Statement as it is unclear whether the Motion contemplates the sale of its Leased Equipment or the assumption and assignment of its Leases and therefore De Lage Landen reserves all of its rights, including the right to object, to any attempted sale of its Lease Equipment or the assumption and assignment of its Leases.

Dated: August 15, 2007  
       Wilmington, DE

**DUANE MORRIS LLP**

_____
Frederick B. Rosner (DE 3995)  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone: (302) 657-4900

- and -

**PLATZER, SWERGOLD, KARLIN, LEVINE GOLDBERG & JASLOW, LLP**  
Scott K. Levine, Esq.  
Evan Salan, Esq.  
Teresa Sadutto, Esq.  
1065 Avenue of the Americas, 18th Floor  
New York, New York 10018

*Counsel for De Lage Landen Financial Services, Inc.*