## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on the 15th day of August 2007, I caused copies of the foregoing **Notice of Appearance and Demand for Notices and Papers** to be served upon the parties and in the manner indicated below.

**Via Hand Delivery**

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-3519

                                                       /s/ *Christopher M. Samis*
                                                  Christopher M. Samis (No. 4909)
                                                  RICHARDS, LAYTON & FINGER, P.A.
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware 19801
                                                  (302) 651-7700