IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :
                                                                  :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                   :
                                                                  :   Jointly Administered
                                                                  :
                         Debtors.                                 :
----------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Seward & Kissel LLP hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of Deutsche Bank Trust Company Americas ("DBTCA"), a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that DBTCA, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

John R. Ashmead, Esq.
Laurie R. Binder, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
Tel.:     (212) 574-1200
Fax:     (212) 480-8421
E-mail:  ashmead@sewkis.com
         binder@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of DBTCA's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these

Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which DBTCA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments DBTCA expressly reserves.

Dated: New York, New York
　　　　August 15, 2007

                              SEWARD & KISSEL LLP

                        By: /s/ John R. Ashmead
                            John R. Ashmead
                            Laurie R. Binder
                            One Battery Park Plaza
                            New York, New York  10004
                            Tel.: (212) 574-1200
                            Fax: (212) 480-8421
                            Email:   ashmead@sewkis.com
                                          binder@sewkis.com

                            *Attorneys for Deutsche Bank Trust Company Americas*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

---

### **CERTIFICATE OF SERVICE**

LAURIE R. BINDER, an attorney duly admitted to the bar of the State of New York, hereby certifies that on August 15, 2007, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served by first-class mail postage prepaid upon the parties on the annexed service list.

/s/ Laurie R. Binder
Laurie R. Binder

**SERVICE LIST**

Joel A. Waite, Esq., Matthew Barry Lunn, Esq.
Pauline K. Morgan, Esq,
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Benjamin C. Ackerly, Esq./Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Mark D. Collins, Esq.
John H. Knight, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Dennis J. Drebsky, Esq.
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022

Eric K. Moser, Esq.
Wilbur F. Foster,. Jr. , Esq.
MILBANK, TWEED HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Peter S. Partee, Esq.
Scott H. Bernstein, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166-0091

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
LOCKE LIDDELL & SAPP
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

John Rosenthal, Esq.
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Richard S. Miller, Esq.
Robert T. Honeywell, Esq.
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Ronit J. Berkovich, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Andrea Sheehan, Esq.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX 75205

Joseph T. Moldovan, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022

Kimberly E.C. Lawson, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Steven K. Kortanek, Esq.
WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Stephen B. Selbst, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922

Louis Benza
Senior Executive Counsel
EMPIRE BLUE CROSS BLUE SHIELD
15 Metro Tech Center South, 6th Floor
Brooklyn, NY 11201

Richard P. Norton, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Laurie Selber Silverstein, Esq.
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899

Victoria W. Counihan, Esq.
Sandra G. M. Selzer, Esq.
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Corinne Ball, Esq.
Erica M. Ryland, Esq.
I. Lewis H. Grimm, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017

Mark A. Broude, Esq.
David M. Stewart, Esq.
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022-4068

Vincent A. D'Agostino, Esq.
Eric Horn, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068

Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Lisa G. Laukitis, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Rick B. Antonoff, Esq.
Brandon R. Johnson, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Elizabeth Weller, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Brett P. Barragate, Esq.
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH 44114

Charles J. Brown, III, Esq.
HARVEY PENNINGTON LTD.
913 Market Street
Suite 702
Wilmington, DE 19801

Michael Reed, of McCreary, Veselka
Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, Delaware 19801

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Michael G. Busenkell, Esq.
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Paul S. Caruso, Esq.
Jessica C. Knowles, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc., as Agent
110 N. Wacker Drive
Chicago, IL 60606

Mary A. DeFalaise, Esq.
U.S. Department of Justice
1100 L Street, NW
Room 10002
Washington, DC 20005

Michael Coyne
First Vice President
Washington Mutual
623 Fifth Avenue, 17th Floor
New York, NY 10022

J. Cory Falgowski, Esq.
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Peter S. Partee, Esq.
Scott Bernstein, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Gerard R. Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

David H. Zeilke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

George Kielman, Esq.
FREDDIE MAC
8200 Jones Branch Drive-MS 202
McLean, VA 22102

Claudia Z. Springer, Esq.
Barbara K. Hager, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Place
Philadelphia, PA 19103-7301

William P. Bowden, Esq.
Don A. Beskrone, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Guy B. Moss, Esq.
Reimer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108-2003

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Larry J. Nyhan, Esq.
Matthew A. Clemente, Esq.
David A. Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Catherine Steege
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

Robert P. Simons, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Harold A. Olsen, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982

David G. Aelvoet, Esq.
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX 78205

Richard Stern, Esq.
Michael Luskin, Esq.
Luskin, Stern & Eisler LLP
330 Madison Avenue
New York, NY 10017

James M. Liston, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Ian H. Gershengorn
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823

Peter McGonigle
FANNIE MAE
1835 Market Street, Suite 2300
Philadelphia, PA 19103

SK 00211 2193 802217