IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE                                                   :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                          :
                                                                         :   Joint Administration Pending
        Debtors.                                                         :
------------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS
NEW CASTLE COUNTY     )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors and that on the 14 day of August 2007 she caused a copy of the following document(s):

Agenda of Matters Scheduled for August 16, 2007 [D.I. 150]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this __14__ day of August 2007

_____
Notary Public

JUNE L. WELCH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 23, 2007

DB02:6163664.1                                                                                              066585.1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Debbie Laskin, Paralegal | | **DATE:** | AUGUST 14, 2007 |
| **PHONE:** 302-571-6710 | | **CLIENT MATTER:** | 066585.1001 |

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Karen C. Bifferato, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| William P. Bowden, Esq. | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Charles J. Brown, III, Esquire | Harvey Pennington, LTD | 302-428-0719 | 302-428-0734 |
| Michael Busenkell | Eckert Seamans Cherin & Mellott, LLC | | 302-425-0432 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| J. Cory Falgowski, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Marcia L. Goldstein, Esquire | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

Message: *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Debbie Laskin, Paralegal | | **DATE:** | AUGUST 14, 2007 |
| **PHONE:** 302-571-6710 | | **CLIENT MATTER:** | 066585.1001 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP | 302-652-4100 | 302-652-4400 |
| Steven K. Kortanek, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Kimberly E.C. Lawson, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |
| Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Erica Ryland | Jones Day | 212-326-3416 | 212-755-7306 |
| Margot B. Schonholtz, Esq. | Kaye Scholer LLP | 212-836-8000 | 212) 836-8689 |
| Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7545 | 302-651-7701 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

**Message:** *

*CONFIDENTIALITY NOTICE:* This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Debbie Laskin, Paralegal | | **DATE:** | AUGUST 14, 2007 |
| **PHONE:** 302-571-6710 | | **CLIENT MATTER:** | 066585.1001 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Scott D. Talmadge, Esq. | Kaye Scholer LLP | | 212) 836-8689 |

Total number of pages including these pages: *
If you have any problems with this transmission, please call (302) 571-6611.

Message: *

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*