IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | :   Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | :   Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : |
| | :   Joint Administration Pending |
| Debtors. | : |
| ------------------------------------------------------------------------- x | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                        ) SS
NEW CASTLE COUNTY     )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors and that on the 13 day of August 2007 she caused a copy of the following document(s):

Order Shortening The Time For Notice Of The Hearing To Consider Emergency Motion For An Order, Pursuant To The Sections 105 And 363 Of The Bankruptcy Code Approving Debtors' Entry Into License Agreement With Indymac Bank, F.S.B. In Connection With Its Bid For Assignment Of Certain Leases And Purchase Of Related Furniture, Fixtures And Equipment Nunc Pro Tunc To August 8, 2007 [D.I. 140]

Order Shortening The Time For Notice Of The Hearing To Consider Emergency Motion For An Order, Pursuant To Sections 105(a), 363 And 365 Of The Bankruptcy Code, (I) Authorizing The Assumption And Assignment Of Certain Real Property Leases And The Sale Of Furniture, Fixtures And Equipment Located Therein; (II) Approving The Terms Of The Letter Agreement; And (III) Granting Related Relief [D.I. 141]

Application for an Order Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP  [D.I. 148]

To be served on the parties listed on the attached service list.

_Debbie Laskin_
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _14_ day of August 2007

_June L. Welch_
Notary Public

**JUNE L. WELCH**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires Aug. 23, 2007

# 2002 SERVICE LIST
## American Home Mortgage
## 8/13/2007

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd
Street
Richmond, VA 23219
(Calyon)
***First Class Mail***

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)
***First Class Mail***

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)
***First Class Mail***

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
***First Class Mail***

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)
***First Class Mail***

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)
***First Class Mail***

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
(Empire Blue Cross Blue Shield)
***First Class Mail***

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Wells Fargo, Washington Mutual)
***Hand Delivery***

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley)
***Hand Delivery***

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
***First Class Mail***

## 2002 SERVICE LIST

### 8/13/2007

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC.)
*First Class Mail*

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
(AT&T)
*Hand Delivery*

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
(Calyon New York Branch)
*Hand Delivery*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*First Class Mail*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)
*Hand Delivery*

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)
*First Class Mail*

## 2002 SERVICE LIST

### 8/13/2007

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
*First Class Mail*

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
*First Class Mail*

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)
*Hand Delivery*

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*First Class Mail*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)
*First Class Mail*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*First Class Mail*

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
*First Class Mail*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*First Class Mail*

## 2002 SERVICE LIST

### 8/13/2007

Arnold Gulkowitz, Esq.
Brian Goldberg, Esq.
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103
(Greenwich Capital Markets, Inc.)
**First Class Mail**

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**First Class Mail**

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)
**Hand Delivery**

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
**First Class Mail**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones &
Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
**Hand Delivery**

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
**First Class Mail**

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)
**Hand Delivery**

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
**Hand Delivery**

# 2002 SERVICE LIST

## 8/13/2007

Lisa G. Laukitis, Esq.
Citicorp Center
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
(Citigroup Global)
*First Class Mail*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(American Corporate Record Center)
*First Class Mail*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
499 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
*First Class Mail*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)
*Hand Delivery*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
(Sovereign Bank)
*First Class Mail*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(ZC Real Estate Tax Solutions)
*Hand Delivery*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Joseph T. Moldovan, Esq.
Moorison Cohen LLP
909 Third Avenue
New York, NY 10022
(Empire HealthChoice Assurance/Empire Blue
Cross)
*First Class Mail*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*First Class Mail*

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)
*First Class Mail*

## 2002 SERVICE LIST

### 8/13/2007

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)
*Hand Delivery*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)
*First Class Mail*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)
*First Class Mail*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
*First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(WLR Recovery)
*First Class Mail*

Margot B. Schonholtz, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
*First Class Mail*

## 2002 SERVICE LIST

### 8/13/2007

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-
Farmers Independent ISD)
*First Class Mail*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*First Class Mail*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub
LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(IndyMac)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd
Street
Richmond, VA 23219
(Calyon)
*First Class Mail*

## 2002 SERVICE LIST

### 8/13/2007

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013
***First Class Mail***

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
***First Class Mail***