BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov/Terri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar Nos. 023544/012862
Attorney for Creditor Pima County, Arizona

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Case No.: 07-11047-CSS |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** |
| Debtor(s). | CHAPTER 11 |

**COME NOW** German Yusufov and Terri A. Roberts, Attorneys for Pima County, and hereby enter their appearance as counsel for Pima County, Arizona, and further request that all notices, motions, briefs, pleadings, orders and other papers that may be filed in this case be served upon them at their business address: Pima County Attorney, Civil Division, 32 N. Stone, Suite 2100, Tucson, Arizona 85701.

RESPECTFULY SUBMITTED this __15th__ day of __August__, 2007.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By:  /s/ German Yusufov, AZ Bar No. 023544
     German Yusufov
     Deputy County Attorney


By:  /s/ Terri A. Roberts, AZ Bar No 012862
     Terri A. Roberts
     Deputy County Attorney

A copy of the foregoing mailed
this __15th__ day of August, 2007 to:

Joel A. Waite
**Young, Conaway, Stargatt & Taylor**
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

U. S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

By: __Julia Haley__

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

-2-