UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x   Chapter 11
In re:                                                      :
                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                      :
HOLDINGS, INC., a Delaware corporation, et al.,             :   Joint Administered
                                                            :
                            Debtors.                        :   Hearing Date: August 24, 2007 at 1:00 p.m. (ET)
                                                            :   Objection Deadline: August 21, 2007 at 4:00 p.m. (ET)
------------------------------------------------------------x

## NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE CREDITORS COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO THE DEBTORS' POSTPETITION LENDER; (V) THE LANDLORDS TO THE OFFICE LEASES; (VI) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (VII) COUNSEL TO IMB; (VIII) THE POTENTIAL BIDDERS; AND (IX) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

   PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed the attached **Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein** (the "Motion").

   PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Street, 3rd Floor, Wilmington, DE 19801 on or before 4:00 p.m. (ET) on August 21, 2007. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

   A HEARING ON THIS MATTER WILL BE HELD ON AUGUST 24, 2007 AT 1:00 P.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 15, 2007  
   Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ James L. Patton, Jr._  
James L. Patton, Jr. (No. 2202)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Donald J. Bowman, Jr. (No. 4383)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600

Proposed Counsel for the Debtors and Debtors-in-Possession