IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    : Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          : Jointly Administered
    Debtors.                                                              :
                                                                          : **Objection Deadline: N/A**
                                                                          : **Hearing Date: N/A**
------------------------------------------------------------------------- x

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(E) FOR AN ORDER
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER
MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 363, 365 AND 554 OF
THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR THE (I)
ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES AND/OR OTHER
EXECUTORY CONTRACTS AND (II) SALE OR ABANDONMENT OF
FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] having filed, contemporaneously herewith, the Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein (the "Sale Procedures Motion")[2], hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Procedures Motion.

move this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening the time for notice of the hearing to consider the Sale Procedures Motion as it relates to the relief sought therein so that the matter may be heard on August 24, 2007 at 1:00 p.m. (ET).

1. The Federal Rules of Bankruptcy Procedure require twenty (20) days' notice prior to the hearing date for motions involving the use or sale of estate property. See Fed. R. Bankr. P. 2002(a)(2). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

2. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the Sale Procedures Motion as it relates to the relief sought therein. As stated in the Sale Procedures Motion, the Office Assets are no longer necessary to the Debtors' operations. To that end, the Debtors have determined that establishing procedures to: (i) effectuate the assumption and assignment of the Office Leases, and (ii) sell the FFE located therein, will provide an efficient means by which to eliminate certain expensive and administrative burdens on the Debtors' estates. Indeed, the procedures set forth in the Sale Procedures Motion will permit the Debtors to quickly obtain value for these otherwise costly assets. For these reasons, the Debtors have determined, based upon their business judgment, that the best option for maximizing the value of their estates for the benefit of their creditors and other parties in interest is through the expedited approval of the Sale Procedures Motion.

3. Accordingly, the Debtors request that a hearing on the relief sought in the Sale Procedures Motion be scheduled for August 24, 2007 at 1:00 p.m. (ET). The parties set

DB02:6183379.1                                                                                              066585.1001

forth in the notice section of the Sale Procedures Motion will be served by overnight delivery or hand delivery on the date hereof. In addition, the Debtors will serve all non-debtor parties to the real property leases set forth on Exhibit A of the Sale Procedures Motion by First Class Mail. The Debtors also request that the Court establish a deadline of August 21, 2007 at 4:00 p.m. (ET) for filing responses to the Sale Procedures Motion and require that any response be served pursuant to the notice so that it is actually received by that date and time.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) scheduling a hearing on the relief requested in the Sale Procedures Motion for August 24, 2007 at 1:00 p.m. (ET); and (ii) requiring that any responses to the Sale Procedures Motion be filed and served so as to be received on or before August 21, 2007 at 4:00 p.m. (ET)

Dated: Wilmington, Delaware
August 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : Doc. Ref. No.
------------------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 363, 365 AND 554 OF THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR THE (I) ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES AND/OR OTHER EXECUTORY CONTRACTS AND (II) SALE OR ABANDONMENT OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN**

Upon consideration of the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order providing that the applicable notice period for the Emergency Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein (the "Sale Procedures Motion"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Sale Procedures Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Sale Procedures Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion to Shorten is granted to the extent set forth herein.

2. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Procedures Motion.

3. A hearing on the Sale Procedures Motion will be held on August 24, 2007 at 1:00 p.m. (ET).

4. Any responses to the Sale Procedures Motion must be filed and served upon counsel to the Debtors no later than August 21, 2007 at 4:00 p.m. (ET).

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       August ___, 2007

                                    Christopher S. Sontchi
                                    United States Bankruptcy Judge