IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                        :        Chapter 11
                                                              :        Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.,                               :        Jointly Administered
                                                              :
    Debtors.                                           :

------------------------------------------------------------------ x


------------------------------------------------------------------ x

Credit Suisse First Boston Mortgage Capital, LLC             :
                                                              :        Adversary Proceeding
            Plaintiff,                                :        Case No. 07-51684 (CSS)
                                                              :
v.                                                            :
                                                              :
American Home Mortgage Corp., American Home Mortgage         :
Acceptance, Inc., American Home Mortgage Servicing, Inc.,    :
American Home Mortgage Investment Corp., and American        :
Home Mortgage Holdings, Inc.                                  :
                                                              :
          Debtor-Defendants.                           :

------------------------------------------------------------------ x

## NOTICE OF __AMENDED__[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 16, 2007 AT 1:00 P.M. (ET)

### CONTESTED MATTER GOING FORWARD

    1.    Complaint for a Temporary Restraining Order and Declaratory and Injunctive Relief – Credit Suisse First Boston Mortgage Capital LLC v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51684 [D.I. 1, 8/6/07]

---

[1] **Amendments appear in bold.**

Related Documents:

a)   Credit Suisse First Boston Mortgage Capital LLC's Motion for
     Protective Order Motion for Temporary Restraining Order and
     Declaratory and Injunctive Relief [D.I. 3, 8/6/07]

b)   Credit Suisse First Boston Mortgage Capital LLC's Memorandum
     of Law in Support of Plaintiff's Motion for a Temporary
     Restraining Order and Declaratory and Injunctive Relief [D.I. 4,
     8/6/07]

c)   Declaration of Michael Criscito in Support of Plaintiff's Motion for
     Temporary Restraining Order and Declaratory and Injunctive
     Relief [D.I. 5, 8/6/07]

d)   Credit Suisse First Boston Mortgage Capital LLC's Compendium
     of Unreported Cases with Respect to Memorandum of Law in
     Support of Plaintiff's Motion for Temporary Restraining Order and
     Declaratory Relief [D.I. 6, 8/6/07]

e)   Credit Suisse First Boston Mortgage Capital LLC's Motion for
     Order Scheduling Argument on its Motion for a Temporary
     Restraining Order [D.I. 7, 8/6/07]

f)   Debtors' Motion to Dismiss Credit Suisse First Boston Mortgage
     Capital LLC's Complaint for Temporary Restraining Order and
     Declaratory and Injunctive Relief [D.I. 15, 8/13/07]

g)   Debtors' Memorandum of Law (I) In Support of Their Motion to
     Dismiss Complaint and (II) in Opposition to Credit Suisse First
     Boston Mortgage Capital LLC's Motion for Temporary
     Restraining Order and Declaratory and Injunctive Relief [D.I. 16,
     8/13/07]

h)   Declaration of Alan B. Horn in Support of Response of Debtors'
     Memorandum of Law (I) In Support of Their Motion to Dismiss
     Complaint and (II) in Opposition ot Credit Suisse First Boston
     Mortgage Capital LLC's Motion for Temporary Restraining Order
     and Declaratory and Injunctive Relief [D.I. 17, 8/13/07]

i)   Declaration of Craig Pino in Support of Debtors' Memorandum of
     Law (I) In Support of Their Motion to Dismiss Complaint and (II)
     in Opposition ot Credit Suisse First Boston Mortgage Capital
     LLC's Motion for Temporary Restraining Order and Declaratory
     and Injunctive Relief [D.I. 18, 8/13/07]

j)      Declaration of Robert L. Love, Jr. Debtors' Memorandum of Law (I) In Support of Their Motion to Dismiss Complaint and (II) in Opposition ot Credit Suisse First Boston Mortgage Capital LLC's Motion for Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 19, 8/13/07]

**k)      Credit Suisse First Boston Mortgage Capital LLC's Reply in Support of Motion for a Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 23, 8/15/07]**

**l)      Declaration of Bruce Kaiserman in Support of Credit Suisse First Boston Mortgage Capital LLC's Reply in Support of Motion for a Temporary Restraining Order and Declaratory and Injunctive Relief [D.I. 24, 8/15/2007]**

Status:  This matter will be going forward.

Dated: Wilmington, Delaware
       August 15, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession