IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON AUGUST 20, 2007 AT 1:00 P.M. (ET)**

**MATTER GOING FORWARD**

1.    Motion for Interim and Final Orders Authorizing Debtors to Implement
      Non-Insider Employee Retention Plan Pursuant to Sections 105, 363, 503
      of the Bankruptcy Code [D.I. 10, 8/6/07]

      Related Documents:

              a)    Order Shortening the Time for Notice of the Hearing to Consider
                    the Motion for Final Order Authorizing Debtors to Implement
                    Non-Insider Employee Retention[D.I. 111, 8/9/07]

              b)    Interim Order Authorizing Debtors to Implement Non-Insider
                    Employee Retention Plan [D.I. 112, 8/9/07]

              c)    Notice of Entry of Interim Order and Final Hearing re: Motion for
                    Final Order Authorizing Debtors to Implement Non-Insider
                    Employee Retention [D.I. 115, 8/9/07]

Objection Deadline:    August 16, 2007 at 4:00 p.m.

Objections Filed:    None at this time.

Status:    An interim order was entered on August 9, 2007, granting the relief requested, in part. This matter will be going forward as an evidentiary hearing.

Dated: Wilmington, Delaware
August 16, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession