IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   **Doc. Ref. Nos. 183 and 184**
---------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 363, 365 AND 554 OF THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR THE (I) ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES AND/OR OTHER EXECUTORY CONTRACTS AND (II) SALE OR ABANDONMENT OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN**

Upon consideration of the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order providing that the applicable notice period for the Emergency Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein (the "Sale Procedures Motion"), be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Sale Procedures Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Sale Procedures Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion to Shorten is granted to the extent set forth herein.

2. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Procedures Motion.

3. A hearing on the Sale Procedures Motion will be held on August 24, 2007 at 1:00 p.m. (ET).

4. Any responses to the Sale Procedures Motion must be filed and served upon counsel to the Debtors no later than August 21, 2007 at 4:00 p.m. (ET).

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
August _16_, 2007

Christopher S. Sontchi
United States Bankruptcy Judge