IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
      Debtors.                                                   :
                                                                 :  Hearing Date: September 4, 2007 at 11:00 a.m.
                                                                 :  Objection Deadline: August 27, 2007 at 4:00 p.m.
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE (III) THE PARTIES LISTED ON EXHIBIT A, EXHIBIT B, AND EXHIBIT C; (IV) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (V) THE DEBTORS' POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE COMMISSION; (VI) AND ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the **Motion for an Order Pursuant To Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business** *Nunc Pro Tunc* **to Petition Date** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on August 27, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
       August 16, 2007

                   YOUNG CONAWAY STARGATT & TAYLOR, LLP

                   */s/ Travis Turner (No. 4926)*
                   James L. Patton, Jr. (No. 2202)
                   Joel A. Waite (No. 2925)
                   Pauline K. Morgan (No. 3650)
                   Sean M. Beach (No. 4070)
                   Matthew B. Lunn (No. 4119)
                   Kara Hammond Coyle (No. 4410)
                   Kenneth J. Enos (No. 4544)
                   The Brandywine Building
                   1000 West Street, 17th Floor
                   Wilmington, Delaware 19801
                   Telephone: (302) 571-6600
                   Facsimile: (302) 571-1253

                   Proposed Counsel for Debtors and
                   Debtors in Possession