IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :    Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,                :
                                                               :    Jointly Administered
                          Debtors.                             :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

       1.     Christopher M. Samis, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of Margot P. Erlich (the "Admittee"), of Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, New York 10036-4039, to represent The Bank of New York in its capacities as indenture trustee, master servicer and securities administrator in the above-captioned cases.

       The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice law in all state courts of the State of New York and in the United States District Court for the Southern District of New York.

Dated: August 16, 2007
       Wilmington, Delaware

                                    /s/ Christopher M. Samis
                                    Christopher M. Samis (No. 4909)
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    (302) 651-7700

2. The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

*Margot Erlich*
Margot P. Erlich

3. Motion granted.

Date: _____

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge