## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on the 16th day of August 2007, I caused copies of the foregoing **Motion and Order for Admission *Pro Hac Vice* Pursuant to Local District Court Rule 83.5 [Margot P. Erlich]** to be served upon the parties and in the manner indicated below.

**Via Hand Delivery**

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

_____
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

RLF1-3189937-1