IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
```

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047-CSS |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

```
------------------------------------------------------------x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

      1.     Christopher M. Samis, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of Leo T. Crowley (the "Admittee"), of Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, New York 10036-4039, to represent The Bank of New York in its capacities as indenture trustee, master servicer and securities administrator in the above-captioned cases.

      The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice law in all state courts of the State of New York, and in the United States District Court for the Southern, Eastern and Northern Districts of New York, (including the United States Bankruptcy Courts thereof), the United States Circuit Courts of Appeals for the Second and Tenth Circuits, and the United States Supreme Court.

Dated: August 16, 2007
      Wilmington, Delaware

                                         Christopher M. Samis (No. 4909)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                       One Rodney Square
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         (302) 651-7700

2.    The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

Leo T. Crowley

3.    Motion granted.

Date: _____

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

RLF1-3189896-1