# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Financial Guaranty Insurance Company ("FGIC") by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KUTAK ROCK LLP |
| Donna L. Culver, Esquire (#2983) | Bruce A. Wilson |
| 1201 North Market Street | 1650 Farnam Street |
| P. O. Box 1347 | Omaha, NE 68102 |
| Wilmington, DE 19899-1347 | Telephone: (402) 346-6000 |
| Telephone: (302) 658-9200 | Fax: (402) 346-1148 |
| Fax: (302) 658-3989 | E-mail: bruce.wilson@kutakrock.com |
| E-mail: dculver@mnat.com | |

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, motion,

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive FGIC's (1) right to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs or recoupments to which FGIC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Donna L. Culver
Donna L. Culver (#2983)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

    -and-

KUTAK ROCK LLP
Bruce A. Wilson
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000

    Attorneys for Financial Guaranty Insurance Company

August 17, 2007