## **CERTIFICATE OF SERVICE**

   I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Entry Of Appearance And Demand For Notices And Papers,** was caused to be made on August 17, 2007, in the manner indicated upon the entities identified on the attached service lists.

Date:  August 17, 2007             /s/ Donna L. Culver
                         Donna L. Culver (No. 2983)

1214229.1