## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ROBERT P. SIMONS

J. Cory Falgowski, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Robert P. Simons, Esquire, of the law firm Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219, to represent GMAC Mortgage Corporation in these jointly administered cases. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

Dated: August 17, 2007          By: /s/ J. Cory Falgowski
                                    J. Cory Falgowski (No. 4546)
                                    REED SMITH LLP
                                    1201 Market Street, Suite 1500
                                    Wilmington, DE 19801
                                    Phone: (302) 778-7500
                                    Facsimile: (302) 778-7575
                                    E-mail: jfalgowski@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: August 16, 2007        By: _____
Robert P. Simons, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-7294
Facsimile: (412) 288-3063
E-mail: rsimons@reedsmith.com