IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                        :   Chapter 11
                                              :
AMERICAN HOME MORTGAGE                         :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                              :   Jointly Administered
        Debtors.                              :
                                              :   Proposed Hearing Date: August 20, 2007 at 1:00 p.m.
                                              :   Proposed Objection Deadline: At the Hearing
------------------------------------------------------------- x
```

## NOTICE OF MOTION

TO:  (A) THE U.S. TRUSTEE; (B) PROPOSED COUNSEL TO THE CREDITORS'
     COMMITTEE; (C) COUNSEL TO BANK OF AMERICA, N.A., AS
     ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN
     CREDIT AGREEMENT DATED AUGUST 30, 2004; (D) COUNSEL TO THE DIP
     LENDER; (E) ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A
     SECURED CLAIM AGAINST THE ASSETS; (F) THE INTERNAL REVENUE
     SERVICE; (G) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (H)
     COUNSEL TO THE INDENTURE TRUSTEE; AND (I) ALL PARTIES ENTITLED
     TO NOTICE UNDER LOCAL RULE 2002-1 (b)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the **Emergency Motion of the Debtors for Entry of an Order (I) Authorizing Debtors to Enter into and Perform under Auction Procedures Agreement; (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC and Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **11:00 a.m. (ET) on August 20, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS HAVE PROPOSED THAT A HEARING ON THE MOTION BE HELD ON **AUGUST 20, 2007 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
August 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession