# SIGN-IN-SHEET

**CASE NAME:** AMERICAN HOME MORTGAGE

**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6

**DATE:** August 17, 2007 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Susheel Kirpalani | Quinn Emanuel | Debtors |
| John Dorsey | YCST | Debtors |
| Bonnie Glantz Fatell | Blank Rome | Committee |
| Mark Indelicato (via tel.) | Hahn Hessen | Committee |
| Howard Conef | Weil Gotshal + Menzges | CSFB MC LLC |
| Lori R. Fife | " | " |
| Sauma Majid | " | " |
| Steve K. Kortanek | Womble Carlyle | " |
| Don Beskrone | Ashby & Geddes | " |
| Laurel Seiler Silverstein | Potter Anderson Corroon LLP | Morgan Stanley Mortgage Capital / Bank of America, N.A. |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 08/17/2007
Calendar Time: 11:30 AM

| Page # | Item | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1852920 | Fred Neufeld (circled) | 213-892-4344 | Milbank Tweed Hadley & McCloy | Creditor, ABN Amro Bank / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-57684) | Hearing | 1852937 | Mary DeFalaise | 202-307-0183 | U.S. Department of Justice- Civil | Interested Party, United States of America / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1852726 | David Hall | 312-853-0912 | Sidley Austin, LLP | Creditor, Societe General / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1852872 | Corey Falgowski | 302-778-7500 | Reed Smith, LLP | Creditor, Freddie Mack / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51684) | Hearing | 1852876 | Lynnette Warman | 214-855-4792 | Jenkens & Gilchrist | Creditor, Calcyn New York / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1852887 | Teresa Chan | 212-839-8580 | Sidley Austin | Interested Party, Sidley Austin / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1852912 | Erica Ryland | 212-326-3939 | Jones Day | Representing, WLR Recovery Fund III / LISTEN ONLY |

Mark Indelicato