UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :
                                                                :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS,                                :
INC., *et al.*                                                  :  Case No. 07-11047 (CSS)
                                                                :
                                                                :
                 Debtors.                                       :
----------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF MARY E. OLSEN

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission pro hac vice of Mary E. Olsen, of The Gardner Firm, P.C., 1119 Government Street, P.O. Drawer 3103, Mobile, Alabama 36652 to represent the WARN Act Claimants in this action. The admittee is admitted, practicing, and in good standing of the bar of the State of Alabama, State of Florida, Southern District Court of Alabama, Middle District Court of Alabama, Northern District Court of Florida, Middle District Court of Florida and United States Court of Appeals Eleventh Circuit.

Dated: August 14, 2007

                                                          Respectfully submitted,
                                                          MARGOLIS EDELSTEIN

                                                          James E. Huggett, Esq. (#3956)
                                                          750 S. Madison St., Suite 102
                                                          Wilmington, Delaware 19801
                                                          Telephone (302) 888-1112

MOTION GRANTED.
Dated: 8/17/07

                                                          BY THE COURT

                                                          United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama, State of Florida, Southern District Court of Alabama, Middle District Court of Alabama, Northern District Court of Florida, Middle District Court of Florida and United States Court of Appeals Eleventh Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court with receipt number 147256.

Dated: August 17, 2007
Wilmington, Delaware

Respectfully submitted,
THE GARDNER FIRM, P.C.

Mary E. Olsen (OLSEM4818)
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652
(251) 433-8100
(251) 433-8181 (facsimile)