# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                             :
INC., *et al.*                                               :    Case No. 07-11047 (CSS)
                                                             :
           Debtors.                                          :
------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF M. VANCE MCCRARY

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission pro hac vice of M. Vance McCrary, of The Gardner Firm, P.C., 1119 Government Street, P.O. Drawer 3103, Mobile, Alabama 36652 to represent the WARN Act Claimants in this action. The admittee is admitted, practicing, and in good standing of the bar of the State of Alabama, Northern District Court of Alabama, Southern District Court of Alabama, Middle District Court of Alabama, United States Court of Appeals Eleventh Circuit and the United States Supreme Court.

Dated: August 14, 2007

                                                  Respectfully submitted,
                                                  MARGOLIS EDELSTEIN

                                                  James E. Huggett, Esq. (#3956)
                                                  750 S. Madison St., Suite 102
                                                  Wilmington, Delaware 19801
                                                  Telephone (302) 888-1112

MOTION GRANTED.
Dated: 8/17/07

                                                  BY THE COURT,

                                                  United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Alabama, Northern District Court of Alabama, Southern District Court of Alabama, Middle District Court of Alabama, United States Court of Appeals Eleventh Circuit and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court with receipt number 147257.

Dated: August 15, 2007
Wilmington, Delaware

                                      Respectfully submitted,
                                      THE GARDNER FIRM, P.C.

                                      M. Vance McCrary (MCCRM4402)
                                      1119 Government Street
                                      Post Office Drawer 3103
                                      Mobile, AL 36652
                                      (251) 433-8100
                                      (251) 433-8181 (facsimile)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                          :
                                                                :    Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                                :
INC., *et al.*                                                  :    Case No. 07-11047 (CSS)
                                                                :
                        Debtors.                                :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on August 14, 2007, I served a copy of the *Motion and Order for Admission Pro Hac Vice of M. Vance McCrary* on the parties listed below via first class mail.

                                              James E. Huggett, Esquire (#3956)

Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035