IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
    Debtors.                                                       :
------------------------------------------------------------------ x

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 20, 2007 AT 1:00 P.M. (ET)**

**MATTER GOING FORWARD**

1.  Motion for Interim and Final Orders Authorizing Debtors to Implement Non-Insider Employee Retention Plan Pursuant to Sections 105, 363, 503 of the Bankruptcy Code [D.I. 10, 8/6/07]

    Related Documents:

    a)  Order Shortening the Time for Notice of the Hearing to Consider the Motion for Final Order Authorizing Debtors to Implement Non-Insider Employee Retention[D.I. 111, 8/9/07]

    b)  Interim Order Authorizing Debtors to Implement Non-Insider Employee Retention Plan [D.I. 112, 8/9/07]

    c)  Notice of Entry of Interim Order and Final Hearing re: Motion for Final Order Authorizing Debtors to Implement Non-Insider Employee Retention [D.I. 115, 8/9/07]

---

[1] **Amendments appear in bold.**

-2-

Objection Deadline:  August 16, 2007 at 4:00 p.m.

Objections Filed:

      a)      **Objection of the United States Trustee [D.I. 191, 8/16/07]**

Status:      An interim order was entered on August 9, 2007, granting the relief requested, in part. This matter will be going forward as an evidentiary hearing.

2.    **Emergency Motion of the Debtors to Enter into and Perform under Auction Procedures Agreement; (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC and Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder [D.I. 203, 8/17/07]**

**Objection Deadline: August 20, 2007 at 1:00 p.m.**

**Related Document:**

      a)      **Motion for an Order Shortening the Time for Notice of the Hearing to Consider the Emergency Motion of the Debtors to Enter into and Perform under Auction Procedures Agreement; (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC and Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder [D.I. 204, 8/17/07]**

-3-

**Objections Filed:**     None to date

**Status:**     **The Debtors have filed a motion to shorten notice (Item(a) above) requesting the matter be heard at the hearing on August 20, 2007 at 1:00 p.m.**

Dated: Wilmington, Delaware
August 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession