IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,                                        :   Jointly Administered
                                                                       :
    Debtors.                                                           :
---------------------------------------------------------------------- x

---------------------------------------------------------------------- x
Morgan Stanley Mortgage Capital Holdings LLC,                          :
                                                                       :   Adversary Proceeding
                    Plaintiff,                                         :   Case No. 07-51690 (CSS)
                                                                       :
v.                                                                     :
                                                                       :
American Home Mortgage Corp. andAmerican Home                          :
Mortgage Servicing, Inc.                                               :
                                                                       :
                    Debtor-Defendants.                                 :
                                                                       :
---------------------------------------------------------------------- :
                                                                       :
                                                                       x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 21, 2007 AT 2:00 P.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Complaint for Declaratory and Injunctive Relief by Morgan Stanley Mortgage Capital Holdings LLC against American Home Mortgage Corp., American Home Mortgage Servicing, Inc [Docket No. 1; 8/15/07]

    Related Documents:

    a) Motion for Declaratory and Injunctive Relief Filed by Morgan Stanley Mortgage Capital Holdings LLC [Docket No. 3; 8/15/07]

    b) Declaration of Van Cushny in Support of Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [Docket No. 4; 8/15/07]

c) Memorandum of Law in Support of Plaintiff Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [Docket No. 5; 8/15/07]

d) Expedited Motion to Shorten Notice and for Emergency Hearing on Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [Docket No. 6; 8/16/07]

e) Summons and Notice of Pretrial Conference [Docket No. 7; 8/16/07]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
August 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Chris Edl_

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and Debtors in Possession