IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | § | CASE NO.  07-11047 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | | |

ALDINE INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

ALDINE INDEPENDENT SCHOOL DISTRICT, hereby gives notice of its appearance in this case by and through the undersigned counsel.

ALDINE INDEPENDENT SCHOOL DISTRICT respectfully requests that it be served with copies of all notices to parties-in-interest filed by Debtor(s), the Trustee, or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, ALDINE INDEPENDENT SCHOOL DISTRICT, requests that Debtor(s) forward to it, through its counsel of record, copies of all applications, motions, complaints, and any other pleadings filed by Debtor(s) in the above referenced case.

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT


 /s/ Susan R. Fuertes
Susan R. Fuertes
Texas State Bar No.  00790895
Admissions No. 18051
14910 Aldine-Westfield Road
Houston, Texas  77032
(281) 985-6319; FAX (281) 985-6321
Attorneys for Aldine

Independent School District

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was served upon counsel for the Debtor(s), Pauline K. Morgan, and the Chapter 11 Trustee, U.S. Trustee, electronically by the Clerk of the Court or by mailing same by first class mail, postage prepaid and properly addressed, on August 17, 2007.

/s/ Susan R. Fuertes
SUSAN R. FUERTES