IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
   AMERICAN HOME MORTGAGE                       :
   HOLDINGS, INC., a Delaware Corporation, et al., :  Case No. 07-11047 (CSS)
                                                  :  (Jointly Administered)
                                                  :
              Debtors.                       :
                                                  :
                                                  :
------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lehman Brothers Inc. ("Lehman"), a party in interest in the above-captioned cases, by and through its counsel, hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned representative at the following address and telephone number:

667743-1

Douglas R. Davis
Kelley A. Cornish
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:     (212) 373-3000
Facsimile:      (212) 757-3990

- and -

Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
Eric M. Sutty (No. 4007)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:     (302) 655-5000
Facsimile:      (302) 658-6395

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Lehman's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Lehman is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

667743-1

Dated: August 17, 2007           THE BAYARD FIRM
      Wilmington, Delaware

By: _____
    Neil B. Glassman (No. 2087)
    Charlene D. Davis (No. 2336)
    Eric M. Sutty (No. 4007)
    222 Delaware Avenue, Suite 900
    Wilmington, Delaware 19801
    Telephone:    (302) 655-5000
    Facsimile:    (302) 658-6395

        - and -

    PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP
    Douglas R. Davis (DD 0874)
    Kelley A. Cornish (KC 0754)
    (A Member of the Firm)
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone:    (212) 373-3000
    Facsimile:    (212) 757-3990

    Attorneys for Lehman Brothers Inc.

3

667743-1