## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on the 17th day of August, 2007, I caused a copy of the **Notice of Appearance and Demand for Service of Papers** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

*Charlene D. Davis*
Charlene D. Davis (No. 2336)

667736-1