## CERTIFICATE OF SERVICE

    I, Christina M. Thompson, hereby certify that on this 17th day of August, 2007, I caused a true and correct copy of the foregoing document to be served upon the persons identified on the attached service list in the manner as indicated thereon.

                                                  Christina M. Thompson (No. 3976)

559178-1