Service List
American Home Mortgage Holdings, Inc.,
a Delaware corporation, et al.,
Case No. 07-11047 (CSS)

**Via Hand Deilvery**
Pauline K. Morgan, Esq.
Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

**Via First Class U.S. Mail**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones
  & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Russell C. Silberglied, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge
  & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Kimberly E. Lawson, Esq
Joseph O'Neil, Jr., Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Todd C. Schiltz, Esq.
Wolf, Block, Schorr and
 Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

William P. Bowder, Esq.
Don A. Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Donna L. Culver, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
Wilmington, DE 19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Matthew A. Clemente, Esq.
Larry J. Nyhan, Esq.
David A. Hall, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston
   Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones
  & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower,
951 East Byrd Street
Richmond, VA 23219

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower,
951 East Byrd Street
Richmond, VA 23219

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Scott K. Levine, Esq.
Platzer, Swergold, Karlin, Levine,
 Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, New York 10018

John R. Ashmead, Esq.
Laurie R. Binder, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004

Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

Mary E. Olsen, Esq.
M. Vance McCreary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm, P.C.
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36552

Catherine Steege, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611

Peter McGonigle, Esq.
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA 19103

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Leo T. Crowley, Esq.
Margot P. Erlich, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York 10036

German Yusufov, Esq.
Terri A. Roberts, Esq.
Pima County Attorney
Civil Division
32 N. Stone, Suite 2100
Tucson, AZ 85701

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

Frank Top, Esq.
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL 60603

Ian H. Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005

John B. Philip, Esq.
Crislip, Philip & Associates
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

James M. Liston, Esq.  
Bartlett Hackett Feinberg P.C.  
155 Federal Street, 9th Floor  
Boston, MA 02110  

Thomas J. Polis, Esq.  
Polis & Associates  
A Professional Law Corporation  
19900 MacArthur Boulevard, Suite 960  
Irvine, CA 92612  

Guy B. Moss, Esq.  
Riemer & Braustein LLP  
Three Center Plaza  
Boston, MA 02108  

Claudia Z. Springer, Esq.  
Barbara K. Hager, Esq.  
Reed Smith LLP  
2500 One Linerty Place  
1650 Market Street  
Philadelphia, PA 19103  

George Kielman, Esq.  
Freddie Mac  
8200 Jones Branch Drive-MS 202  
McLean, VA 22102  

Gerard R. Luckman, Esq.  
Silverman Perlstein & Acampora LLP  
100 Jericho Quadrangle, Suite 300  
Jericho, NY 11753  

Richard Stern, Esq.  
Michael Luskin, Esq.  
Luskin, Stern & Eisler LLP  
330 Madison Avenue  
New York, NY 10017  

David G. Aelvoet, Esq.  
Linebarger Goggan Blair & Sampson LLP  
Travis Building  
711 Navarro, Suite 300  
San Antonio, TX 78205  

Harold A. Olsen, Esq.  
Strook & Strook & Lavan LLP  
180 Maiden Lane  
New York, NY 10038  

Robert P. Simons, Esq.  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219  

Mary A. DeFalaise, Esq.  
U.S. Department of Justice  
1100 L. St., NW  
Room 10002  
Washington, DC 20005  

Samuel B. Garber, Esq.  
Assistant General Counsel  
General Growth Management, Inc. as Agent  
110 N. Wacker  
Chicago, IL 60606