IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x
In re:                                                   :    Chapter 11
                                                         :
AMERICAN HOME MORTGAGE                                    :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,          :
                                                         :    Jointly Administered
        Debtors.                                         :
                                                         :    **Objection Deadline: August 27, 2007 at 4:00 p.m. (ET)**
                                                         :    **Hearing Date: September 4, 2007 at 11:00 a.m. (ET)**
-------------------------------------------------------- x

### NOTICE OF APPLICATION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II)
       COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.,
       AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN
       CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO AGENT
       FOR THE DEBTORS' POSTPETITION LENDER; AND (V) ALL PARTIES
       ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

        **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-
possession have filed the **Application for an Order Authorizing the Debtors to Employ and
Retain Kekst and Company Incorporated as Corporate Communications Advisor pursuant
to 11 U.S.C. §§ 327(a) and 328(a),** *Nunc Pro Tunc* **to the Petition Date** (the "Application").

        **PLEASE TAKE FURTHER NOTICE** that objections to the attached
Application must be filed with the United States Bankruptcy Court for the District of Delaware,
824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on
August 27, 2007**. At the same time, you must also serve a copy of the objection upon the
undersigned counsel.

        **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS
MATTER WILL BE HELD ON **SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)** BEFORE THE
HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR,
COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
      August 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and Debtors in Possession