IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
      Debtors.                                      :
                                                    : Ref. Docket No. 204
---------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING
TO CONSIDER THE EMERGENCY MOTION OF
THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO
ENTER INTO AND PERFORM UNDER AUCTION PROCEDURES AGREEMENT; (II)
APPROVING SALE PROCEDURES IN CONNECTION WITH THE SALE OF
CERTAIN ASSETS OF NON-DEBTORS BROADHOLLOW FUNDING, LLC AND
MELVILLE FUNDING, LLC; (III) APPROVING THE FORM OF NOTICE OF
AUCTION; AND (IV) APPROVING THE SALE TO THE SUCCESSFUL BIDDER**

Upon consideration of the Motion for an Order Shortening the Time for Notice of the Hearing to Consider Motion to Shorten Notice of the Emergency Motion of the Debtors for Entry of an Order (I) Authorizing Debtors to Enter into and Perform under Auction Procedures Agreement; (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC and Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motion will be held on August 20, 2007 at 1:00 p.m. (ET), and that the deadline to file any responses to the Motion shall be at the hearing, August 20, 2007 at 1:00 p.m.; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 17, 2007
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge