UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                : Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------x **Doc. Ref. Nos. 135 and 137**

## NOTICE OF ADDITIONAL OFFICE LEASES TO BE ASSUMED AND ASSIGNED, AND THE FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN SOLD, TO INDYMAC BANK F.S.B. OR HIGHER OR BETTER BIDDER AS CONTEMPLATED IN THE EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on August 10, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Emergency Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving Debtors' Entry Into License Agreement With Indymac Bank, F.S.B. in Connection Its Bid for Assignment of Certain Office Leases and Purchase of Related Furniture, Fixtures and Equipment *Nunc Pro Tunc* to August 8, 2007 [Docket No. 135] (the "License Motion"). Pursuant to the License Motion, the Debtors seek approval of a License Agreement dated as of August 7, 2007 (the "License Agreement"), between the Debtors and Indymac Bank F.S.B. ("IMB"). The License Agreement grants IMB a license (the "License") to use certain office space, and all furniture, fixtures and equipment located therein, leased by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that contemporaneous with the filing of the License Motion, the Debtors filed the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 137] (the "Sale Motion").[2] Pursuant to the Sale Motion, the Debtors seek entry of an order (i) authorizing the assumption and assignment of certain real property leases (the "Office Leases") and the sale of furniture, fixtures, and equipment contained therein (the "FFE," and together with the Office Leases, collectively, the "Office Assets") to IMB or other party submitting a higher or better offer; (ii) approving the terms of the letter agreement dated August 7, 2007, by and between the Debtors and IMB (the "Letter Agreement"); and (iii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Letter Agreement grants IMB the right, within ten business days of the granting of the License, to designate additional offices (the "Additional Offices") to be included in the transfer to IMB. In accordance therewith, IMB has designated the office leases listed on Exhibit A hereto as Additional Offices to be assumed and assigned, and the FFE contained therein sold, to IMB or other party submitting a higher or better offer in accordance with the procedures outlined in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale Motion, a copy of which is attached hereto as Exhibit B, must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on August 21, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that all bids for the Office Assets must be received by the following on or before **4:00 p.m. (ET) on August 21, 2007**:

(i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);

(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors;

(iii) Milestone Advisors, LLC 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Jeffrey M. Levine);

(iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn.: Bonnie Glantz Fatell), counsel to the Committee;

(v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to Bank of America, N.A., as

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Sale and Procedures Motion.

Administrative Agent for the lenders under that certain Credit Agreement dated August 30, 2004;

(vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the agent for the Debtors' post-petition lenders; and

(vii) Pachulski Stang Ziehl Young Jones & Weintraub, 780 Third Avenue, 36th Floor, New York, NY 10017-2024 (Attn: William P. Weintraub) and Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105 (Attn: Frederick D. Holden, Jr.), counsel to IMB.

**PLEASE TAKE FURTHER NOTICE** that if any Qualified Bids (as defined in the Sale Motion) are received, an auction for the Office Assets shall take place on **10:00 a.m. (ET) on August 23, 2007**, at offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Bldg., 17th Floor, 1000 West Street, Wilmington, DE 19801, or such later time or other place as the Debtors may decide.

A HEARING ON APPROVAL OF THE SALE OF THE OFFICE ASSETS WILL BE HELD ON **AUGUST 24, 2007 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
August 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kara Hammond Coyle*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel to the Debtors and Debtors in Possession