IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related Docket No. ____ |

**ORDER GRANTING MOTION OF DB STRUCTURED PRODUCTS, INC.
FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of Motion of DB Structured Products, Inc. for Relief from the Automatic Stay (the "Motion"); and adequate notice of the Motion having been given; and good cause having been shown; and this Court being fully advised:

IT IS HEREBY ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay imposed by section 362(a) of the Bankruptcy Code is lifted to permit DBSP[1] to effectuate the termination of the Servicer and exercise its other remedies under and in accordance with the Agreement.

Date:_____, 2007

                                              Christopher S. Sontchi
                                              United States Bankruptcy Judge

183344.1

---

[1] Unless otherwise stated, capitalized term have the same meanings ascribed to them in the Motion.