# EXHIBIT "B"



**IMPAC FUNDING CORPORATION**
Interim Servicing AGREEMENT

THIS AGREEMENT is made this 25th day of March, 2004 between Impac Funding Corporation, a California Corporation (hereinafter referred as "Buyer" or as "IFC") and AMERICAN HOME MORT (hereinafter referred to as "Seller"). This Agreement shall be an addendum to that Impac Funding Corporation Seller Agreement entered into between the parties hereto on _____ (hereinafter referred to as the "Seller Agreement").

### WITNESSETH:

WHEREAS, the Seller has entered into the Seller Agreement by which mortgage loans will be sold and transferred to Buyer. Under the terms of that document the Seller conveys all rights title and interest in the mortgage loans to Buyer on a servicing released basis on dates agreed upon hereafter, (each, a "Closing Date") and

WHEREAS, the Seller will be selling the Mortgage Loans on a servicing released basis, but Seller desires to transfer servicing of the loan at a date later than the closing date (each a "Servicing Transfer Date"). Pending the Servicing Transfer Date Seller will provide interim servicing for the mortgage loans date; and

WHEREAS, the Buyer and the Seller wish to prescribe the manner of the servicing and control of the Mortgage Loans from the Closing Date until the Servicing Transfer Date;

NOW, THEREFORE, in consideration of the premises and mutual agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Buyer and the Seller agree as follows:

### ARTICLE I
#### Incorporation of Servicer Guide and Seller Agreement

1.1 Seller hereby acknowledges receipt of a copy of the Impac Servicer Guide (hereinafter referred to as "the Servicer Guide"). All provisions of the Servicer Guide are incorporated by reference into this Agreement and shall be binding upon the parties. Specific references in this Agreement to particular provisions of the Servicer Guide and not to other provisions does not mean that those provisions of the Servicer Guide not specifically cited herein are not applicable. All terms used herein shall have the same meaning as such terms have in the Servicer Guide unless the context clearly requires otherwise. In the event that the provisions contained in this Agreement conflict with the provisions contained in the Servicer Guide, the provisions contained herein shall control. Buyer and Seller have entered into the Seller Agreement, which shall govern the sale of the Mortgage Loans, and it is hereby incorporated by reference herein.

### ARTICLE II
#### Purchase of Loans and Interim servicing terms

2.1 It is the intention of the parties hereto to allow Seller to sell all right's, title and interest in mortgage loans to Buyer but to continue to service the loans on Buyers behalf for up to 90 days after the closing date and until the Servicing Transfer Date which period shall constitute the Interim Servicing Period. During the Interim Servicing Period the Mortgage Loans shall be serviced consistent with the Servicer Guide. Within 90 days of each closing date, Seller shall timely notify Buyer that it will transfer Servicing to Buyer or Buyer's designee (hereinafter "Subsequent Servicer"). Seller shall cooperate with Subsequent Servicer in providing such information, documents, files and records as Subsequent Servicer may reasonably request. Such information shall be provided in a format as reasonably required by subsequent Servicer. The transfer of such information, documents, files and records shall be at Seller's expense. Seller shall give at least 15 days notice to Buyer before any notice is sent to a Borrower concerning the transfer of Servicing.

## ARTICLE III
### Sellers Representations and Warranties

3.1 Seller represents and warrants to Buyer, as to each Mortgage Loan that from the closing date to the Servicing Transfer Date:

   A. No loan has been; subject to pay off request, and no borrower has filed for bankruptcy, and no borrower is on a payment plan or has requested such a plan.
   B. Each Mortgage Loan shall have been serviced pursuant to the terms of the Servicer Guide.
   C. Seller is an approved seller/servicer for Fannie Mae and or Freddie Mac.
   D. Seller has not advanced funds or induced or solicited any advances or funds by a party other than a mortgagor directly or indirectly, for the payment of any amounts required by the Mortgage Loan.

## ARTICLE IV
### Effect of Breach of Representations or Warranties

4.1 Any breach of the above sections shall constitute a breach under the Seller Agreement

## ARTICLE V
### Seller's Servicing Obligations

5.1 <u>Seller Servicer</u>. The Seller, as independent contract servicer, shall service and administer the Mortgage Loans in accordance with this Agreement and shall have full power and authority, to do or cause to be done any and all things in connection with such servicing and administration which the Seller may deem necessary or desirable and consistent with the terms of this Agreement and the Servicer Guide.

5.2 <u>Servicing Compensation</u>. As compensation for its services hereunder, the Seller shall, be entitled to withdraw from the Custodial Account or to retain from interest payments on the Mortgage Loans the amounts of $ 7.00 per loan as the Seller's Servicing Fee. The Seller shall be required to pay all expenses incurred by it in connection with its servicing activities hereunder and shall not be entitled to reimbursement therefore except as specifically provided for.

5.3 <u>Statement as to Compliance</u>. The Seller will deliver to the Buyer not later than ninety (90) days following the end of each fiscal year of the Seller, which as of the Closing Date ends on the last day in December in each calendar year, an Officer's Certificate stating, as to each signatory thereof, that (i) a review of the activities of the Seller during the preceding year and of performance under this Agreement has been made under such officer's supervision and (ii) to the best of such officer's knowledge, based on such review, the Seller has fulfilled all of its obligations under this Agreement throughout such year, or, if there has been a default in the fulfillment of any such obligation, specifying each such default known to such officer and the nature and status thereof. Copies of such statement shall be provided by the Buyer to any Person identified as a prospective purchaser of the Mortgage Loans.

5.4 <u>Independent Public Accountants' Servicing Report</u>. If requested by buyer not later than ninety (90) days following the end of each fiscal year of the Seller, the Seller at its expense shall cause a firm of independent public accountants (which may also render other services to the Seller) which is a member of the American Institute of Certified Public Accountants to furnish a statement to the Buyer or its designee to the effect that such firm has examined certain documents and records relating to the servicing of the Mortgage Loans under this Agreement or of Mortgage Loans under pooling and servicing agreements (including the Mortgage Loans and this Agreement) substantially similar one to another (such statement to have attached thereto a schedule setting forth the pooling and servicing agreements covered thereby) and that, on the basis of such examination conducted substantially in compliance with the Uniform Single Attestation Program for Mortgage Bankers or the Attestation Program for Mortgages serviced for Freddie Mac, such firm confirms that such servicing has been conducted in compliance with such pooling and servicing agreements except for such significant exceptions or errors in records that, in the opinion of such firm, the Uniform Single Attestation Program for Mortgage Bankers or the Attestation Program for Mortgages serviced for

Freddie Mac requires it to report. Copies of such statement shall be provided by the Buyer to any Person identified as a prospective purchaser of the Mortgage Loans.

5.5 Access to Certain Documentation. The Seller shall provide to the Buyer access to the documentation regarding the Mortgage Loans serviced by the Seller required by applicable laws and regulations. Such access shall be afforded without charge, but only upon reasonable request and during normal business hours at the offices of the Seller. In addition, access to the documentation will be provided to any Person identified to the Seller by the Buyer without charge, upon reasonable request during normal business hours at the offices of the Seller.

### ARTICLE VI
### Removal of Mortgage Loans from Inclusion under this Agreement
### Upon a Whole Loan Transfer or a Pass-Through Transfer on
### One or More Reconstitution Dates

6.1 The Seller and the Buyer agree that with respect to some or all of the Mortgage Loans, the Buyer may effect either:

(1) one or more Whole Loan Transfers; and/or
(2) one or more Pass-Through Transfers.

6.2 With respect to each Whole Loan Transfer or Pass-Through Transfer, as the case may be, entered into by the Buyer, the Seller agrees:

(i) to cooperate fully with the Buyer and any prospective purchaser directly from the Buyer with respect to all reasonable requests and due diligence procedures including participating in meetings with bond insurers and such other parties (exclusive of rating agencies) as the Buyer and such subsequent purchaser shall designate and participating in meetings with prospective purchasers of the Mortgage Loans or interests therein and providing information reasonably requested by such purchasers;

(ii) to execute all Reconstitution Agreements provided that each of the Seller and the Buyer is given an opportunity to review and reasonably negotiate in good faith the content of such documents not specifically referenced or provided for herein and that the Seller shall in no event be obligated to execute any such Reconstitution Agreement that in any way expands its obligations beyond those it undertakes in this Agreement;

(iii)(a) if the Seller is the servicer for such Whole Loan Transfer or Pass-Through Transfer:
  (1) to make the representations and warranties concerning the Servicing of the mortgage loan as of the Reconstitution Date; and

(iv) to deliver to the Buyer for inclusion in any prospectus or other offering material such publicly available information regarding the Seller, its financial condition and its mortgage loan delinquency, foreclosure and loss experience and any additional information requested by the Buyer, and to deliver to the Buyer any similar non public, unaudited financial information, in which case the Buyer shall bear the cost of having such information audited by certified public accountants if the Buyer desires such an audit, or as is otherwise reasonably requested by the Buyer and which the Seller is capable of providing without unreasonable effort or expense, and to indemnify the Buyer and its affiliates for material misstatements contained in such information;

(v) to deliver to the Buyer and to any Person designated by the Buyer, at the Buyer's expense, such statements and audit letters of reputable, certified public accountants pertaining to information provided by the Seller pursuant to clause 4 above as shall be reasonably requested by the Buyer;

(vi) to deliver to the Buyer, and to any Person designated by the Buyer, such legal documents and

in-house opinions of counsel as are customarily delivered by originators or servicers, as the case may be, and reasonably determined by the Buyer to be necessary in connection with Whole Loan Transfers or Pass-Through Transfers, as the case may be, such in-house opinions of counsel for a Pass-Through Transfer to be in the form reasonably acceptable to the Buyer, it being understood that the cost of any opinions of outside special counsel that may be required for a Whole Loan Transfer or Pass-Through Transfer, as the case may be, shall be the responsibility of the Buyer;

(vii) to cooperate fully with the Buyer and any prospective purchaser with respect to the preparation (including, but not limited to, the endorsement, delivery, assignment, and execution) of mortgage loan documents and other related documents, with respect to servicing requirements reasonably requested by the credit enhancers;

## ARTICLE VII
### The Seller

7.1 The Seller shall indemnify the Buyer and hold the Buyer harmless against any and all claims, losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments, and any other costs, fees and expenses that the Buyer may sustain in any way related to the failure of the Seller to perform its obligations under this Agreement including but not limited to its obligation to service and administer the Mortgage Loans in compliance with the terms of this Agreement or any Reconstitution Agreement entered into pursuant to Article VI.

7.2 The Seller acknowledges that the Buyer has acted in reliance upon the Seller's independent status, the adequacy of its servicing facilities, plant, personnel, records and procedures, its integrity, reputation and financial standing and the continuance thereof. Without in any way limiting the generality of this Section, the Seller shall not either assign this Agreement or the servicing hereunder or delegate its rights or duties hereunder or any portion thereof, or sell or otherwise dispose of all or substantially all of its property or assets, without the prior written approval of the Buyer, which consent will not be unreasonably withheld.

## ARTICLE VIII
### Events of Default

8.1 In case one or more of the following Events of Default by the Seller shall occur and be continuing, that is to say:

(i) any failure by the Seller to remit to the Buyer any payment required to be made under the terms of this Agreement which continues unremedied for a period of three (3) Business Days after the date upon which written notice of such failure, requiring the same to be remedied, shall have been given to the Seller by the Buyer; or

(ii) failure on the part of the Seller duly to observe or perform in any material respect any other of the covenants or agreements on the part of the Seller set forth in this Agreement which continues unremedied for a period of thirty (30) days (except that such number of days shall be fifteen (15) in the case of a failure to pay any premium for any insurance policy required to be maintained under this Agreement) after the date on which written notice of such failure, requiring the same to be remedied, shall have been given to the Seller by the Buyer; or

(iii) a decree or order of a court or agency or supervisory authority having jurisdiction for the appointment of a conservator or receiver or liquidator in any insolvency, bankruptcy, readjustment of debt, marshalling of assets and liabilities or similar proceedings, or for the winding-up or liquidation of its affairs, shall have been entered against the Seller and such decree or order shall have remained in force undischarged or unstayed for a period of sixty (60) days; or

(iv) the Seller shall consent to the appointment of a conservator or receiver or liquidator in any insolvency, bankruptcy, readjustment of debt, marshalling of assets and liabilities or similar proceedings of or relating to the Seller or of or relating to all or substantially all of its property; or

(v) the Seller shall admit in writing its inability to pay its debts generally as they become due, file a petition to take advantage of any applicable insolvency or reorganization statute, make an assignment for the benefit of its creditors, or voluntarily suspend payment of its obligations; or

(vi) failure by the Seller or the Sub-Servicer to be in compliance with the "doing business" or licensing laws of any jurisdiction where a Mortgaged Property is located if such failure has an adverse effect on the value of the related Mortgage Loans, the enforceability of such Mortgage Loans or the interests of the Buyer in such Mortgage Loans; or

(vii) the Servicer ceases to meet the qualifications of either a Fannie Mae or Freddie Mac seller/servicer; or

(viii) the Seller attempts to assign its right to servicing compensation hereunder or the Seller attempts, without the consent of the Buyer, to sell or otherwise dispose of all or substantially all of its property or assets or to assign this Agreement or the servicing responsibilities hereunder or to delegate its duties hereunder or any portion thereof;

then, and in each and every such case, so long as an Event of Default shall not have been remedied, the Buyer, by notice in writing to the Seller may, in addition to whatever rights the Buyer may have at law or equity to damages, including injunctive relief and specific performance, terminate all the rights and obligations of the Seller as servicer under this Agreement. On or after the receipt by the Seller of such written notice, all authority and power of the Seller to service the Mortgage Loans under this Agreement shall on the date set forth in such notice pass to and be vested in the successor appointed by Buyer

8.2 The Buyer may waive any default by the Seller in the performance of its obligations hereunder and its consequences. Upon any such waiver of a past default, such default shall cease to exist, and any Event of Default arising therefrom shall be deemed to have been remedied for every purpose of this Agreement. No such waiver shall extend to any subsequent or other default or impair any right consequent thereon except to the extent expressly so waived.

## ARTICLE IX
## Document Delivery; Retention of Servicing File

9.1 The Seller shall retain possession of the contents of the Servicing File relating to each Mortgage Loan in order to effect the servicing and administration of the Mortgage Loans. Any such document retained by the Seller shall be held in trust for benefit of Buyer as the owner thereof. The Seller's possession of any portion of each such Servicing File is at the will of the Buyer for the sole purpose of facilitating servicing of the related Mortgage Loan pursuant to this Agreement, and such retention and possession by the Seller shall be in a custodial capacity only. The ownership of the contents of the Mortgage File and Servicing File is vested in Buyer and the ownership of all records and documents with respect to the related Mortgage Loan prepared by or which come into the possession of the Seller shall immediately vest in Buyer and shall be retained and maintained, in trust, by the Seller at the will of Buyer in such custodial capacity only. The Servicing File retained by the Seller pursuant to this Agreement shall be appropriately identified in the Seller's computer system to clearly reflect the sale of the related Mortgage Loan to Buyer. The Seller shall release from its custody the contents of any Servicing File retained by it only in accordance with this Agreement, except when such release is required in connection with a repurchase of any such Mortgage Loan pursuant to Section 6.1.

## ARTICLE X
### General Provisions

10.1 All notices, requests, demands or other communications that are to be given under this contract (except those pursuant to 14.3) shall be in writing, addressed to the appropriate parties and sent postage prepaid to the address below:

        If to Buyer:      Impac Funding Corporation
                              1401 Dove Street, Suite 100
                              Newport Beach, CA  92660
                              ATTN:  Master Servicing

        If to Seller:

                              _____
                              _____
                              _____
                              _____

10.2 This Agreement supersedes any prior agreement or understanding between the parties concerning the subject matter hereof and cannot be modified in any respect except by an amendment in writing signed by both parties, provided however, that this Agreement shall not supersede the right of Buyer to modify the Servicer Guide and have such modifications be binding on Seller.

10.3 Buyer and Seller agree that Buyer may modify the Servicer Guide, and that Seller shall thereafter be bound by the terms of any such modification, as long as Buyer mails any such modifications to Seller, and such modifications shall be effective upon the earlier of receipt by Seller or ten (10) days after such modification is mailed to Seller, postage prepaid.

10.4 This Agreement shall be construed in accordance with the laws of the State of California.

10.5 In the event of any conflict or inconsistency between the provisions of this Agreement and the provisions of the Guide, the provisions of this Agreement shall control.

## ARTICLE XI
### Further Agreements

11.1 The Seller and the Buyer each agree to execute and deliver to the other such reasonable and appropriate additional documents, instruments or agreements as may be necessary or appropriate to effectuate the purposes of this Agreement.

Dated: 3/25 20 04

BUYER: IMPAC FUNDING CORPORATION
by: _____
    MARCIO FEGAU
Its: VICE PRESIDENT

Dated: March 25  120 04

SELLER:
by: John Schmitz
Its: Vice President