# EXHIBIT "C"

| INVESTOR_LOAN_NUMBER | SERVICER_LOAN_NUMBER | LOAN_PRINCIPAL | ESCROW_LOAN |
|---|---|---:|---|
| 1103661817 | 1001613445 | 51,823.19 | N |
| 1103661824 | 1001598478 | 76,233.07 | N |
| 1103661896 | 1001638264 | 183,627.14 | N |
| 1103661906 | 1001601180 | 194,444.14 | N |
| 1103661934 | 1001650742 | 259,295.16 | N |
| 1103661802 | 1001579995 | 968,601.58 | N |
| 1103661840 | 1001644393 | 108,800.00 | Y |
| 1103661871 | 1001653072 | 132,000.00 | Y |
| 1103661875 | 1001491155 | 159,020.00 | Y |
| 1103661876 | 1001647190 | 159,051.99 | Y |
| 1103661798 | 1001567410 | 208,000.00 | Y |
| 1103661920 | 1001655766 | 238,000.00 | Y |
| 1103661957 | 1001611040 | 311,414.14 | Y |
| 1103661977 | 1001606545 | 388,000.00 | Y |
| 1103661983 | 1001638496 | 394,907.92 | Y |
| 1103662022 | 1001644222 | 678,750.00 | Y |
| 1103661805 | 1001553679 | 999,658.92 | Y |
|  |  |  |  |
|  |  |  |  |
|  | 17 | 5,511,627.25 |  |

| INVESTOR_LOAN_NUMBER | SERVICER_LOAN_NUMBER | LOAN_PRINCIPAL | ESCROW_LOAN |
|---|---|---:|---|
| 1103668596 | 1001719421 | 600,608.06 | N |
| 1103668605 | 1001759342 | 94,918.21 | N |
| 1103668613 | 1001776378 | 80,924.98 | N |
| 1103668614 | 1001776858 | 251,803.42 | N |
| 1103668603 | 1001746790 | 69,945.40 | N |
| 1103668586 | 1001720444 | 156,522.55 | Y |
| 1103668588 | 1001723446 | 536,000.00 | Y |
| 1103668589 | 1001622346 | 648,184.32 | Y |
| 1103668590 | 1001633961 | 542,383.50 | Y |
| 1103668592 | 1001658720 | 56,911.65 | Y |
| 1103668597 | 1001729769 | 931,291.00 | Y |
| 1103668604 | 1001751299 | 315,214.79 | Y |
| 1103668607 | 1001760483 | 589,983.30 | Y |
| 1103668610 | 1001769242 | 520,493.62 | Y |
| 1103668611 | 1001771771 | 175,503.77 | Y |
| 1103668615 | 1001779978 | 96,907.96 | Y |
| 1103668618 | 1001783539 | 184,156.23 | Y |
| 1103668619 | 1001788073 | 142,368.02 | Y |
| 1103668620 | 1001796093 | 649,453.93 | Y |
| 1103668599 | 1001732360 | 686,772.18 | Y |
| 1103668600 | 1001733917 | 599,457.59 | Y |
| 1103668602 | 1001735197 | 177,351.53 | Y |

22      8,107,156.01