IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | (Jointly Administered) |
| et al. | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER

Upon consideration of the Motion to Shorten Notice and Approve Form, Manner and Sufficiency of Notice With Respect to the Emergency Motion of Impac Funding Corporation for Relief from the Automatic Stay (the "Motion"); and it appearing that sufficient cause exists to shorten notice of the Motion for Relief From Stay (as defined in the Motion); it is hereby

ORDERED, that the Motion is GRANTED and it is further

ORDERED that the Motion for Relief From Stay (as defined in the Motion) is scheduled for hearing on _____ at \_\_\_\_ \_.m. and objections, if any, to the Motion for Relief From Stay must be filed with the Court and served on or before _____ at \_\_\_\_ \_.m.

Dated: _____  _____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

DM3\555612.1