**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re :** | § | **Case No. 07-11047 (CSS)** |
| | § | |
| **AMERICAN HOME MORTGAGE** | § | |
| **HOLDINGS, INC.,** *et al.*, | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | |
| | § | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS AND CERTIFICATION OF GOOD STANDING**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the Office of Thrift Supervision, an office in the United States Department of the Treasury, hereby appears in the above-captioned case by undersigned counsel and requests that all notices given or required to be given in this case, pursuant to Bankruptcy Rules 2002, 3017, 6004, 6007, 9007, and other applicable provisions, and all papers served or required to be served in this case be served upon the undersigned.  The filing of this notice of appearance and request for service is not intended to affect any such notice and request previously filed by any attorney representing the United States or any other United States agency or instrumentality.

The following information is provided so that notice and service may be effected as requested herein:

> MARTIN JEFFERSON DAVIS
> Office of Thrift Supervision
> Harborside Financial Center Plaza Five
> Suite 1600
> Jersey City, New Jersey  07311
>
> Tel:  (201) 413-5875
> Fax:  (201) 413-5863
> E-mail: martin.davis@ots.treas.gov

Further, pursuant to Rule 9010-1(c)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), I hereby certify that (a) I am admitted to practice before the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the District of Columbia Court of Appeals,[1] the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey, the District of the District of Columbia, the United States Courts of Appeals for the First, Third, Fifth, Sixth, Seventh, Tenth, and District of Columbia Circuits, and the Supreme Court of the United States; (b) I am in good standing in all jurisdictions in which I have been admitted to practice; (c) I will be bound by these Local Rules; and (d) I submit to the jurisdiction of this Court for disciplinary purposes.

Dated: August 17, 2007                    Respectfully submitted,

                                                    JOHN E. BOWMAN
                                                    Chief Counsel

                                                    DIRK S. ROBERTS
                                                    Deputy Chief Counsel, Litigation


                                                    /s/  Martin Jefferson Davis_____
                                                    MARTIN JEFFERSON DAVIS
                                                    Office of Thrift Supervision
                                                    Harborside Financial Center Plaza Five
                                                    Suite 1600
                                                    Jersey City, New Jersey  07311
                                                    Tel:  (201) 413-5875
                                                    Fax:  (201) 413-5863
                                                    E-mail: martin.davis@ots.treas.gov

                                                    Attorneys for the Office of Thrift Supervision

---

[1] I am currently an inactive member of the District of Columbia Bar.