# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | )   Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | )   Case No. 07-11047 (CSS) |
| | ) |
| | ) |
| Debtors. | )   Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission pro hac vice of Lee S. Attanasio to represent Morgan Stanley Mortgage Capital Holdings LLC in this matter.

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

*Counsel to Morgan Stanley Mortgage
Capital Holdings LLC*

Date:  August 16, 2007
183074.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:  August 17, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

DKT. NO. __195__

DT. FILED _8-16-07_

AHM -- Pro Hac Motion (RA).DOC

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of The State of New York, and U.S. District Court for the Eastern and Southern Districts of New York, and pursuant to District Court Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Lee S. Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
lattanasio@sidley.com

183074.1

2