## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, <u>et al.</u>, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

### <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission pro hac vice of Isaac S. Greaney to represent Morgan Stanley Mortgage Capital Holdings LLC in this matter.

**ASHBY & GEDDES, P.A.**

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to Morgan Stanley Mortgage*
*Capital Holdings LLC*

Date: August 16, 2007
183077.1

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 17, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

DKT. NO. 196

DT. FILED 8-16-07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of The State of New York, U.S. District Court for the Eastern and Southern Districts of New York, and U.S. Court of Appeals, 2nd Circuit and D.C. Circuit, and pursuant to District Court Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Isaac S. Greaney
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-7324
Facsimile: (212) 839-5599
igreaney@sidley.com

183077.1

2

AHM -- Pro Hac Motion (RA).DOC