IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

**NOTICE OF MOTION OF THE UNITED STATES FOR AN ORDER (I)
REQUIRING TURN-OVER OF NON-ESTATE PROPERTY BELONGING
TO THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AND (II)
DECLARING THAT THE GOVERNMENT NATIONAL MORTGAGE
ASSOCIATION IS NOT SUBJECT TO THE AUTOMATIC STAY**

    **PLEASE TAKE NOTICE** that on August 20, 2007, the United States, on behalf of the Government National Mortgage Association ("GNMA"), filed a motion, pursuant to section 306(g) of the National Housing Act, 12 U.S.C. § 1721(g) (the "NHA"), for an order (i) requiring American Home Mortgage Servicing, Inc., ("AHM Servicing"), one of above-referenced debtors, to turn over property belonging to GNMA and (ii) declaring that GNMA is not subject to the automatic stay under title 11 of chapter 11 of the United States Code (the "Bankruptcy Code").

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **September 7, 2007, at 11:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

    **PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be filed with the Court and served on GNMA's counsel at the address below so that it is received no later than **4:00 p.m. (ET) on Tuesday, September 4, 2007**:

          Mary A. DeFalaise, Esq.
          U.S. Department of Justice
          1100 L St., NW
          Room 10002
          Washington DC, 20005
          Tel: (202) 307-0183

Fax: (202) 307-0494
e-mail: mary.defalaise@usdoj.gov

If you or your attorney do not do so, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.


Dated:  August 20, 2007                              Respectfully Submitted

                                                     PETER D. KEISLER
                                                     Assistant Attorney General

                                                     DAVID C. WEISS
                                                     Acting United States Attorney

                                                     ELLEN W. SLIGHTS  (DE Bar No. 2782)
                                                     Assistant United States Attorney
                                                     1007 Orange Street, Suite 700
                                                     P.O. Box 2046
                                                     Wilmington, Delaware 19899-2046

                                                     /s/ Mary A. DeFalaise_____
                                                     J. CHRISTOPHER KOHN
                                                     JAMES G. BRUEN, JR.
                                                     MARY A. DEFALAISE
                                                     Commercial Litigation Branch
                                                     Civil Division
                                                     United States Department of Justice
                                                     P.O. Box 875
                                                     Ben Franklin Station
                                                     Washington D.C. 20044
                                                     Tel. (202) 307-0183
                                                     Fax (202) 307-0494

                                                     Attorneys for the Government
                                                     National Mortgage Association