# SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NOS.: 07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: August 20, 2007 @ 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sandra Selzer | Greenberg Traurig | WLR Recovery Fund III, LP |
| John Ashmead | Seward Kissel | Deutsche Bank Trust Co. Am. |
| Michael Rosloniski | Duane Morris LLP | Impac Funding |
| Laurie Selber Silverstein | Potter Anderson Corroon | Bank of America, N.A. |
| Steve Yoder | The Bayard Firm | Lehman Brothers, Inc. |
| Joe McMahon | USDOJ | U.S. Trustee |
| Pauline Morgan, John Dorsey, Matt Lunn | Young Conaway | AHM |
| Lisa Kraidin | KFE | Citigroup |
| Jason Stain | Blank Rome | Creditors' Committee |
| Mark Indelicato | Hahn + Hessen | " |
| Scott Talmadge | Kaye Scholer | Bank of America, N.A. |
| Matthew McGuire | Landis Rath & Cobb | JP Morgan Chase |
| Mark T. Hurford | Campbell Levine | Citigroup |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.