IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC.,** | ) | **Case No. 07-11047 (CSS)** |
| a Delaware corporation, et al., | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 (b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned matter on behalf of Kodiak Funding LP ("Kodiak") and request, pursuant to 11 U.S.C. §1109 (b), that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affect the Debtors or the property of the Debtors be served upon the following:

Norman M. Monhait, Esquire
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567
nmonhait@rmgglaw.com

-and-

Matthew J. Botica, Esquire
David W, Wirt, Esquire
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Dwirt@winston.com
Mbotica@winston.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Kodiak, including, without limitation, (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set offs, or recoupments to which Kodiak may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set offs, and recoupments are expressly reserved.

Dated:  August 20, 2007

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait

Norman M. Monhait (#1040)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899
Tel: (302) 656-4433
Fax: (302)658-7567
nmonhait@rmgglaw.com

Attorneys for Kodiak Funding LP