## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC.,** | ) | **Case No. 07-11047 (CSS)** |
| **a Delaware corporation, et al.,** | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

### MOTION AND ORDER FOR
### ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of David W. Wirt, Esquire of Winston & Strawn LLP as counsel for Kodiak

Funding LP in this proceeding.

Dated: August 20, 2007                    ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____

Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE   19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567

Local Counsel for Kodiak Funding LP

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

David W. Wirt
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: dwirt@winston.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Date: August _____, 2007

_____
United States Bankruptcy Judge