IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Assured Guaranty ("Assured") by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the parties listed below:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Donna L. Culver, Esquire (No. 2983)<br>Robert J. Dehney, Esquire (No. 3578)<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Fax: (302) 658-3989<br>E-mail: rdehney@mnat.com | ASSURED GUARANTY<br>Ling Chow<br>Andrew Pickering<br>1325 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 261-5525<br>Fax: (212) 581-3268<br>E-mail: lchow@assuredguaranty.com<br>apickering@assuredguaranty.com |

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of

1210330.1

- 2 -

any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or otherwise, in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Assured may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Wilmington, Delaware
August 20, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/Robert J. Dehney
Donna L. Culver (No. 2983)
Robert J. Dehney (No. 3578)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200

*Counsel for Assured Guaranty*