## **CERTIFICATE OF SERVICE**

   I, Robert J. Dehney, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Appearance And Demand For Notices And Papers** was caused to be made on August 20, 2007, in the manner indicated upon the entities identified on the attached service list.

Dated: August 20, 2007           /s/ Robert J. Dehney
                       Robert J. Dehney (No. 3578)

1215460.1