IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | * |
| | * |
| **AMERICAN HOME MORTGAGE** | * Case No. 07-11047-CSS |
| **HOLDINGS, INC.,** *et al,* | * |
| | * Chapter 11 |
| Debtor. | * |
| | * Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Boston Properties Limited Partnership, a creditor and/or party in interest in the above-captioned case, and pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address, telephone number and telecopy number listed as follows:

> J. David Folds, Esquire
> DLA Piper US LLP
> 1200 Nineteenth Street, N.W.
> Washington, DC 20036-2412
> Telephone:   (202) 861-6478
> Facsimile:     (202) 689-7534
> e-mail: david.folds@dlapiper.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether

transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which in any way affect or seek to affect any right or interest of Boston Properties Limited Partnership.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization filed in this case.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,

Dated: August 16, 2007

*J. David Folds /MECK*
J. David Folds, Esquire (VA Bar No. 44068)
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
Telephone:    (202) 861-6478
Facsimile:    (202) 689-7534

Attorney for Boston Properties Limited Partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2007, a copy of the foregoing Notice of Appearance and Demand for Service of Papers, filed in Case No. 07-11047-CSS, was served by first class mail, postage prepaid, on the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747

Joes A. Waite, Esquire
Kara Hammond Coyyle, Esquire
Young Conaway, Starrgatt & Taylor
1000 West Street, 17th Floor
Post Office Box 391
Wilmington, Delaware 19899-0391

Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, New York 10022

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott
Post Office Box 13430
Arlington, Texas 76094-0430

United States Trustee
United States Department of Justice
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, Delaware 19899-0035

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, Sixth Floor
Post Office Box 951
Wilmington, Delaware 19899

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Tamadge, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, New York 10022

Ronald L. Cohen, Esquire
Kalyan Das, Esquire
Seard & Kissel, LLP
One Battery Park Plaza
New York, New York 10004

Citibank Agency & Trust Co.
Attn. Jonathan Winnick, Esquire
388 Greenwich Street
19th Floor
New York, New York 10013

Victoria W. Counihan, Esquire
Sandra G. M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801

Brett P. Barragate, Esquire
Jones Day
901 Lakeside Avenue
North Point
Cleveland, Ohio 44114

Benjamin C. Ackerly, Esquire
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Towner
951 East Byrd Street
Richmond, Virginia 23219

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, California 94111-3600

Corinne Ball, Esquire
Erica M. Tyland, Esquire
I Lewis H. Grimm, Esquire
Jones Day
222 East 41st Street
New York, New York 10017

Mark A. Broude, Esquire
David M. Stewart, Esquire
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, New York 10022-4068

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb, LLP
919 Market Street
Suite 600
Wilmington, Delaware 19801

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr.
Milbank, Tweek, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005-1413

Richard S. Miller, Esquire
Robert T. Honeywell, Esquire
Kirkpatrick & Lockhart
599 Lexington Avenue
New York, New York 10022

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, Delaware 19801

Stephen B. Selbst, Esquire
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173-1922

Louis Benza, Esquire
Senior Executive Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South, Sixth Floor
Brooklyn, New York 11201

Vincent A. D'Agostino, Esquire
Eric Horn, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

Paul M. Masta, Esquire
Joshua A. Sussberg, Esquire
Lisa G. Laukitis, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Rick B. Antonoff, Esquire
Brandon R. Johnson, Esquire
Pillbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York 10036

Marcia L. Goldstein, Esquire
Lori R. Fife, Esquire
Ronit J. Berkovich, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, Texas 75205

Joseph T. Moldovan, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Charles J. Brown, III, Esquire
Harvey Pennington Ltd.
913 Market Street
Suite 702
Wilmington, Delaware 19801

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
Post Office Box 1269
Round Rock, Texas 78680

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire Campbell &
Levine, LLC
800 North King Street
Suite 300
Wilmington, Delaware 19801

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, Eighth Floor
Post Office Box 1150
Wilmington, Delaware 19899

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, Texas 75201

Peter S. Partee, Esquire
Scott Bernstein, Esquire
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Post Office Box 2207
Wilmington, Delaware 19899

Gerard R. Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue
WMC 3501
Seattle, Washington 98101

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, Delaware 19801

Joseph O'Neil, Jr., Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, Delaware 19801

Michael G. Busenkell, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, Delaware 19801

Paul S. Caruso, Esquire
Jessica C. Knowles, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Samuel B. Garber, Esquire
Assistant General Counsel
General Growth Management, Inc., as Agent
110 North Wacker Drive
Chicago, Illinois 60606

Mary A. DeFalaise, Esquire
United States Department of Justice
1100 L Street, N.W.
Room 10002
Washington, DC 20005

Michael Coyne
First Vice President
Washington Mutual
623 Fifth Avenue
17th Floor
New York, New York 10022

George Kielman, Esquire
Freddie Mac
8200 Jones Branch Drive – MS 202
McLean, Virginia 22102

Claudia Z. Springer, Esquire
Barbara K. Hager, Esquire
Reed Smith LLP
1500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301

Robert P. Simons, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219

Harold A. Olsen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, Texas 78205

William P. Bowden, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, Eighth Floor
Post Office Box 1150
Wilmington, Delaware 19899

Guy B. Moss, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108-2003

/s/ J. David Folds /mecr
J. David Folds