IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | CASE NO. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| corporation, et al., | ) | JOINTLY ADMINISTERED |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF ENTRY OF APPEARANCE AS
### COUNSEL AND REQUEST FOR NOTICES

**COMES NOW** Kathleen M. O'Connell, counsel for SunTrust Bank and SunTrust Asset Funding, LLC (together, "SunTrust") in the above-captioned Chapter 11 case, and pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby files this Notice of Entry of Appearance as Counsel and Request for Notices.

SunTrust hereby requests that all notices, papers, pleadings, and documents required to be served in this case be served upon the following as counsel for SunTrust in the above-styled case:

        Kathleen M. O'Connell, Esq.
        SUNTRUST BANK
        303 Peachtree Street, 36th Floor
        Mail Code 0662
        Atlanta, Georgia 30308
        Telephone No.: (404) 813-0493
        Facsimile No.: (404) 214-8439
        E-mail Address: Kathleen.OConnell@SunTrust.com

This request for notices encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other documents brought before this Court in any proceeding, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, facsimile, electronic mail or otherwise which affect or seek to affect the above case.

Respectfully submitted this 10th day of August, 2007.

SUNTRUST BANK

By: *Kathleen M. O'Connell*
Kathleen M. O'Connell
Georgia Bar No. 548909

303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, Georgia 30308
(404) 813-0493 (Telephone No.)

Counsel for SunTrust Bank and SunTrust Asset Funding, LLC