## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance was served, by regular U.S. Mail, postage prepaid, on the parties listed below, this 10th day of August, 2007.

By: _Kathleen M. O'Connell_ (signature)
Kathleen M. O'Connell

| | | |
|---|---|---|
| Pauline K. Morgan, Esq.<br>Young Conaway<br>Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 | Ronald L. Cohen, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY 10004 | Charles J. Brown, III, Esq.<br>Harvey Pennington, LTD<br>913 Market Street, Suite 702<br>Wilmington, DE 19801 |
| Victoria Counihan, Esq.<br>The Nemours Building<br>1007 North Orange St., Ste. 1200<br>Wilmington, DE 19801 | Richard P. Norton, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 29th FL<br>New York, NY 10022 | Richard Miller, Esq.<br>Kirkpatrick & Lockhart<br>Preston Gates Ellis LLP<br>499 Lexington Avenue<br>New York, NY 10022 |
| Sandra Selzer, Esq.<br>The Nemours Building<br>1007 North Orange St., Ste. 1200<br>Wilmington, DE 19801 | Peter S. Partee, Esq.<br>Hunton & Williams<br>200 Park Avenue, 53rd Floor<br>New York, NY 10166-0136 | Robert Honeywell, Esq.<br>Kirkpatrick & Lockhart<br>Preston Gates Ellis LLP<br>499 Lexington Avenue<br>New York, NY 10022 |
| Greenberg Trauig<br>The Nemours Building<br>1007 North Orange St., Ste. 1200<br>Wilmington, DE 19801 | Scott H. Bernstein, Esq.<br>Hunton & Williams<br>200 Park Avenue, 53rd Floor<br>New York, NY 10166-0136 | Larry J. Nyhan, Esq.<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL 60603 |
| Adam G. Landis, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 600<br>Wilmington, DE 19801 | Erica Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | John Rosenthal, Esq.<br>Nixon Peabody, LLP<br>One Embarcadero Center<br>18th Floor<br>San Francisco, CA 94111-3600 |
| Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 600<br>Wilmington, DE 19801 | Corinne Ball, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Margot B. Schonoholtz, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3596 |
| Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899 | I. Lewis Grimm, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Stephen B. Selbst, Esq.<br>McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173 |
| Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 North King Street, Ste. 300<br>Wilmington, DE 19801 | Patricia Schrage, Esq.<br>Securities and<br>Exchange Commission<br>3 World Financial Center,<br>Room 400<br>New York, NY 10281 | Vincent Sherman, Esq.<br>Securities Exchange Commission<br>3 World Financial Center,<br>Room 400<br>New York, NY 10281 |

Steven K. Kortanek, Esq.
Womble Carlyle
Sandridge & Rice PLLC
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801
Kimberly E. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Ste. 1500
Wilmington, DE 19801

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street, Ste. 2207 – Lockbox #35
Wilmington, DE 19801
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P. O. Box 951
Wilmington, DE 19899
Ellen W. Slights, Esq.
Assistant United States Attorney
U. S. Attorney's Office
1007 Orange Street, Ste. 700
P. O. Box 2046
Wilmington, DE 19899
Mark Ellenberg, Esq.
Cadwalader, Wickersham
& Taft LLP
1201 F Street, N. W.
Washington, DC 20004

Thomas H. Grace, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Ste. 3400
Houston, TX 77002

W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Ste. 3400
Houston, TX 77002
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P. C.
4411 North Central Expressway
Dallas, TX 75205
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
John H. Knight, Esq.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

Marcia L. Goldstein, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Lori Fife, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Alison Conn, Esq.
Securities and
Exchange Commission
3 World Financial Center,
Room 400
New York, NY 10281

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Dennis J. Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
Eric K. Moser, Esq.
Milbank Tweed Hadley &
McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

William P. Weintraub, Esq.
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

Michael G. Wilson, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,
Collins & Mott, LLP
P. O. Box 13430
Arlington, TX 76094-0430

Gregory A. Bray, Esq.
Milbank Tweed Hadley &
McCloy, LLP
601 South Figueroa Street
30th FL
Los Angeles, CA 90017
Fred Neufeld, Esq.
Milbank Tweed Hadley &
McCloy, LLP
601 South Figueroa Street
30th FL
Los Angeles, CA 90017

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue, Ste. 1000
New York, NY 10022
John W. Weiss, Esq.
Latham & Watkins LLP
885 Third Avenue, Ste. 1000
New York, NY 10022

| | | |
|---|---|---|
| Lisa G. Laukitis, Esq.<br>Citicorp Center<br>Kirkland & Ellis<br>153 East 53rd Street<br>New York, NY 10022 | Wilbur F. Foster, Jr. Esq.<br>Milbank Tweed Hadley &<br>McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 | David Stewart, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Ste. 1000<br>New York, NY 10022 |
| Jonathan Winnick, Esq.<br>Citibank Agency & Trust<br>388 Greenwich Street, 19th Floor<br>New York, NY 10013 | Doria Bachenheimer, Esq.<br>Securities and<br>Exchange Commission<br>3 World Financial Center,<br>Room 400<br>New York, NY 10281 | Brett Barragate, Esq.<br>Jones Day<br>901 Lakeside Avenue<br>North Point<br>Cleveland, OH 44114 |
| Laura Davis Jones. Esq.<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub LLP<br>919 Market Street, 17th Floor<br>Wilmington, DE 19899-8705 | James E. O'Neill, Esq.<br>Pachulski Stang Ziehl Young Jones<br>&<br>Weintraub LLP<br>919 Market Street, 17th Floor<br>Wilmington, DE 19899-8705 | |