IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mary A. DeFalaise, hereby certify that I am not less than 18 years of age, and that service of a copy of the Motion of the United States for an Order (I) Requiring Turn-Over of Non-Estate Property Belonging To the Government National Mortgage Association and (II) Declaring That the Government National Mortgage Association Is Not Subject to the Automatic Stay (the "Motion") and Notice of the Motion was made on August 20, 2007, upon the individuals on the attached service list via First Class Mail and on those individuals who have signed up to receive Notice of Electronic Filing through the Court's CM/ECF system.

Dated: August 21, 2007

PETER D. KEISLER
Assistant Attorney General

DAVID C. WEISS
Acting United States Attorney

ELLEN W. SLIGHTS  (DE Bar No. 2782)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

/s/ Mary A. DeFalaise
J. CHRISTOPHER KOHN
JAMES G. BRUEN, JR.
MARY A. DEFALAISE

Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-0183
Fax (202) 307-0494

Attorneys for the Government
National Mortgage Association

SERVICE LIST

Benjamin C. Ackerly, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(Calyon)

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)

Lee s. Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Morgan Stanley)

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
(Empire Blue Cross Blue Shield)

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine & Regenstreif
1100 Glendon Avenue, 14th Street
Los Angeles, CA 90024
(CSHV Southpark LLC)

Kelley Cornish, Esq.
Paul Weiss Eifkind, Wharton & Garrison
1285 Avenues of the Americas
New York, NY 10019-6064
(Lehman)

Mark A. Broude, Esq.
John W. Weiss, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC)

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Societe Generale)

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livington Avenue
Roseland, NJ   07068-1791

Douglas Davis, Esq.
Paul, Weiss Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Dennis J. Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft, LLP
1201 F Street, NY
Washington DC    20004

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Lori Fife, Esq.
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington DC    20005

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
Ronit Berkovich, Esq
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JP Morgan Chase Tower
600 Travis Street, Ste. 3400
Houston, TX 77002

Arnold Gulkowitz, Esq.
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Mark Indelicato, Esq.
Jeffrey l. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY   10022

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD 21202

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
    Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

Lisa G. Laukitis, Esq.
Citicorp Center
Joshua Sussburg, Esq.
Paul Basta, Esq,
Kirkland & Ellis
153 E 53rd St
New York, NY 10022
(Citicorp Global)

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle Suite 300
Jericho, NY 11753
(American Corporate Record Center)

Peter McGonigle, Esq.
Fannie Mae
1835 Market St. Suite 2300
Philadelphia, PA 19103

James M. McMahon, Esq.
Office of US Trustee
J Caleb Boggs Federal Bldg
844 King St - Suite 2207 - Lockbox #35
Wilmington, DE 19801

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart, Preston Gates Ellis LLP
499 Lexington Ave
New York, NY 10022
(Barclays Bank PLC & Barclays Capital)

Eric K Moser, Esq.
Wilbur F Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)

Richard P Norton, Esq.
Reed Smith LLP
599 Lexington Ave 29th Fl
New York, NY 10022
(ZC Real Estate Tax Solutions)

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market St Stuie 1500
Wilmington, DE 19801
(GMAC)

Harold Olsen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Ln
New York, NY 10038
(Morgan Stanley)

Peter S Partee, Esq.
Scott H Bernstein, Esq.
Hunton & Williams
200 Park Ave. 53rd Fl
New York, NY 10166-0136

John Philip, Esq.
Crislip, Philip & Assocs.
4515 Poplar Ave Suite 322
Memphis, TN 38117

Thomas J Polis, Esq.
Polis & Assocs
19900 MacArthur Blvd  Suite 960
Irvine, CA  92612
(Rexco LLC)

John Rosenthal, Esq.
Nixon Peabody LLP
One Embarcadero Center,  18th Fl
San Francisco, CA  94111-3600
(Deutsche Bank)

Erica Ryland, Esq.
Corinne Ball, Esq.
I Lewis Grimm, Esq.
Jones Day
222 E 41st St
New York, NY 10017
(WLR Recovery)

Margot B Schonholtz, Esq.
Kaye Scholer LLP
425 Park Ave
New York, NY  10022-3596
(Bank of America)

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center  Room 400
New York, NY  10281

Stephen B Selbst, Esq.
McDermott Will & Emory
340 Madison Ave
New York NY  10173
(West LB AG)

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center  Room 400
New York, NY 10281

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards Layton & Finger, P.A.
1 Rodney Square
PO Box 551
Wilmington, DE  19899
(Bank of NY)

Andrew Silverstein, Esq.
Lori Binder, Esq.
Seward & Kissell
One Battery Park Plaza
New York, NY  10004
(Duetsche Bank)

Richard Stern, Esq.
Michael Luskin, Esq.
Luskin Stern & Eisler LLP
330 Madison Ave 34th Fl
New York, NY  10017
(Societe Generale)

Scott D Talmadge, Esq.
Kaye Scholer LLP
425 Park Ave
New York, NY  10022
(Bank of America)

Franklin Top, III, Esq.
Chatman & Cutler LLP
111 W Monroe St
Chicago, IL  60603
(Wells Fargo)

William P Weintraub, Esq.
Pachulski Stang Ziehl Young Jones &
   Weintraub LLP
780 3rd Ave  36th Fl
New York, NY  10017
(IndyMac)

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnan St
Omaha, NE 68102
(Financial Guaranty Insurance Corp.)

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich St 19th Fl
New York, NY 10013

David H. Zielke, Esq.
Vice President and Asst. General Counsel
Washington Mutual
1301 2nd Ave, W-MC 3501
Seattle, WA 98101
(Washington Mutual)