IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF ROBERT P. SIMONS**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Robert P. Simons is granted.

Dated: 8/20, 2007

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE