IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>    Debtors. | : : : : : : : : | Chapter 11<br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |
| Morgan Stanley Mortgage Capital Holdings LLC,<br><br>    Plaintiff,<br><br>v.<br><br>American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.<br><br>    Debtor-Defendants. | : : : : : : : : : : : : : : | Adversary Proceeding<br>Case No. 07-51690 (CSS) |

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 21, 2007 AT 2:00 P.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1.  Complaint for Declaratory and Injunctive Relief by Morgan Stanley Mortgage Capital Holdings LLC against American Home Mortgage Corp., American Home Mortgage Servicing, Inc [Docket No. 1; 8/15/07]

    Related Documents:

    a)  Motion for Declaratory and Injunctive Relief Filed by Morgan Stanley Mortgage Capital Holdings LLC [Docket No. 3; 8/15/07]

---

[1] **Amendments appear in bold.**

    b)    Declaration of Van Cushny in Support of Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [Docket No. 4; 8/15/07]

    c)    Memorandum of Law in Support of Plaintiff Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [Docket No. 5; 8/15/07]

    d)    Expedited Motion to Shorten Notice and for Emergency Hearing on Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [Docket No. 6; 8/16/07]

    e)    Summons and Notice of Pretrial Conference [Docket No. 7; 8/16/07]

Status: **This matter is adjourned to August 23, 2007 at 9:00 a.m.**

Dated: Wilmington, Delaware
August 21, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession