IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) ) | Jointly Administered |
| A Delaware corporation, et al., | ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) ) | Re: Docket Nos. 135, 137, 183, 190, 228 |
| | ) | |

**LIMITED OBJECTION TO (A) EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND (III) GRANTING RELATED RELIEF [DOCKET NO. 135]; (B) EMERGENCY MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND (III) GRANTING RELATED RELIEF [DOCKET NO. 137]; AND (C) MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 363, 365 AND 554 OF THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR THE (I) ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASES AND/OR OTHER EXECUTORY CONTRACTS AND (II) SALE OR ABANDONMENT OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN [DOCKET NO. 183]**

DDR Southeast Fountains, L.L.C., DDRTC Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek, LLC, landlords to American Home Mortgage Corp (the "Debtor"), one of the debtors in the captioned jointly administered chapter 11 cases, hereby file this limited objection to the above-titled motions (collectively, the "Assignment & Sale Motions") and in support thereof respectfully state as follows:

1.  DDR Southeast Fountains, L.L.C., successor in interest to Inland Southeast Property Management Corporation, is a party to an unexpired lease with the Debtor for non-residential real property located in a shopping center in Plantation,

Florida. On August 17, 2007 in the Notice (the "Notice") of Additional Office Leases to be Assumed and Assigned, and the Furniture, Fixtures and Equipment Located Therein Sold, to Indymac Bank F.S.B. or Higher or Better Bidder as Contemplated in the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief (Docket #228), the Debtor included this shopping center lease as a lease that the Debtor intends to assume and assign to Indymac Bank F.S.B. pursuant to emergency motion seeking authority to assume and assign certain leases to Indymac Bank F.S.B. [Docket No. 135].

    2.    DDRTC Southern Pines Marketplace LLC is a party to an unexpired lease with the Debtor for non-residential real property located in a shopping center in Southern Pines, North Carolina.

    3.    Hendon/Atlantic Rim Johns Creek, LLC is a party to an unexpired lease with the Debtor for non-residential real property located in a shopping center in Suwanee, Georgia. Hereafter, collectively these landlords are referred to as the "Objecting Landlords".

BASIS FOR OBJECTION

    4.    The Objecting Landlords object to the relief requested in the Assignment and Sale Motions to the extent that such relief is contrary to the protections and restrictions provided for by 11 U.S.C. §§ 365(b)(1), 365(b)(3) and 365(f)(2). Without limitation, the Objecting Landlords are concerned with (i) the limited time period for determination as to whether the requirements of 11 U.S.C. § 365(b)(3) will be met, (ii)

the lack of any procedure for the cure of any non-monetary and contingent defaults as provided for in 11 U.S.C. § 365(b)(1), and (iii) the lack of procedures associated with the disposal of the Debtor's furniture, fixtures and equipment ("FF&E") in the event that the FF&E is sold to a party other than the lease assignee or in the event that the Debtor does not find a party interested in taking assignment of the lease.

5.      In fact, not only are the Assignment and Sale Motions completely devoid of any information relating to the Debtor's burden under 11 U.S.C. § 365(b)(3), but the time periods contemplated under the Assignment and Sale Motions do not provide an adequate opportunity for this Court to make such determination.  Furthermore, the release of the Debtor, combined with the short period of time for assertion of monetary cure amounts, may result in a hardship on the Objecting Landlords regarding the calculation of common area charges and the assumption of indemnification claims arising from the Debtor's operation of business at the subject premises.

WHEREFORE, the Objecting Landlords request that this Court (i) require that any order which approves or authorizes the Debtor's assumption and assignment of the leases provide that the assignee is liable for all charges, adjustments, and reconciliations under the leases which amounts are to be paid when due under the lease, (ii) provide for the assumption by the assignee of liability for indemnity obligations, (iii) require the Debtor to demonstrate compliance with applicable provisions of 11 U.S.C. § 365, including but not limited to 11 U.S.C. §§ 365(b)(1), 365(b)(3) and 365(f)(2), and (iv)

grant the Objecting Landlords such other and further relief as this Court may deem just and proper.

Dated: August 21, 2007

                                  BENESCH, FRIEDLANDER,
                                  COPLAN & ARONOFF LLP

By:   /s/ Raymond H. Lemisch
        Raymond H. Lemisch (No. 4204)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        Phone: 302-442-7010
        Facsimile: 302-442-7012
        E-mail: rlemisch@bfca.com

Counsel to DDR Southeast Fountains, L.L.C., DDRTC Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek, LLC