IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>A Delaware corporation, et al.,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Jointly Administered<br><br>Case No. 07-11047 (CSS) |

CERTIFICATE OF SERVICE

      I, Raymond H. Lemisch, Esquire, hereby certify that on August 21, 2007, I caused to be served a true and correct copy of the foregoing document, via Hand Delivery, upon the parties on the attached list.

      Benesch Friedlander Coplan & Aronoff, LLP

      Raymond H. Lemisch
      Raymond H. Lemisch, Esquire (No. 4204)
      222 Delaware Ave., Suite 801
      Wilmington, DE 19801
      302-442-7010 (telephone)
      302-442-7012 (facsimile)
      rlemisch@bfca.com

      Counsel to DDR Southeast Fountains, L.L.C., DDRTC Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek, LLC

James L. Patton,
Joel A. Waite,
Pauline K. Morgan,
Sean M. Beach
Matthew B. Lunn,
Kara Hammond Coyle
Kenneth J. Enos,
Donald J. Bowman
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801