**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | ) |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047-CSS |
| HOLDINGS, INC. | ) Chapter 11 |
| Debtor(s). | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**PLEADINGS, NOTICES AND DOCUMENTS**

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should be served at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: <u>Sheryl L. Moreau, PO Box 475, Jefferson City, MO  65105-0475.</u>

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

                Jeremiah W. (Jay) Nixon, Attorney General
                State of Missouri

                <u>By: /s/ Sheryl L. Moreau</u>
                Sheryl L. Moreau, Mo. Bar #34690
                Special Assistant Attorney General
                Missouri Department of Revenue
                General Counsel's Office
                301 W. High Street, Room 670
                PO Box 475
                Jefferson City, MO  65105-0475
                (573) 751-5531  FAX (573) 751-7232
                Attorney for Department of Revenue