IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael Luskin to represent Societe Generale in the above-captioned matter.

_/s/ Mary Calloway_____
Mary F. Calloway (No. 3059)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

Counsel to Societe Generale

Date: August 21, 2007

## ORDER GRANTING MOTION

　　　IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2007    _____
　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Michael Luskin*
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue
New York, NY 10017
Telephone: (212) 293-2700
Facsimile: (212) 293-2705
E-mail: mluskin@lse-law.com


Date: August 21, 2007