IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                           Chapter 11

AMERICAN HOME MORTGAGE                           Case No. 07-11047 (CSS)
HOLDINGS, INC., *et al.*,                        (Jointly Administered)

                Debtors.

---------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 21st day of August, 2007, I served a copy of *De Lage Landen Financial Services, Inc.'s Response and Limited Objection to the Debtors' Motion for an Order, Pursuant to Sections 05, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (I) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (II) Sale or Abandonment of Furniture, Fixture and Equipment Located Therein* upon the parties listed below in the manner indicated:

    *Email & US Postal Service*
    James L. Patton, Jr., Esquire
    Joel A. Waite, Esquire
    Pauline K. Morgan, Esquire
    Sean Beach, Esquire
    Matthew Lunn, Esquire
    Donald Bowman, Jr., Esquire
    Young Conaway Stargatt & Taylor
    1000 West Street, 17th Floor
    Wilmington, DE 19801

                                          **DUANE MORRIS LLP**

                                          */s/ Michael R. Lastowski*
                                          Michael R. Lastowski (DE 3892)
                                          1100 North Market Street, Suite 1200
                                          Wilmington, DE 19801