# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| _____ | : | |

# ENTRY OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Banc of America Leasing & Capital, LLC, a creditor and party in interest, and under, inter alia, Bankruptcy Rules 2002, 9007, 9010 and section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> William G. Wright, Esquire
> Farr, Burke, Gambacorata & Wright, P.C.
> 1000 Atrium Way, Suite 401
> P.O. Box 669
> Mt. Laurel, NJ  08054

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service,

hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect any way any rights or interests of any creditor or party in interest in this case, including Banc of America Leasing & Capital, LLC with respect to: (a) the debtor: (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Banc of America Leasing & Capital, LLC.

PLEASE TAKE FURTHER NOTICE that Banc of America Leasing & Capital, LLC intends that neither this Entry of Appearance nor any later appearance, pleading, paper, claim, or suit shall waive (1) the right of Banc of America Leasing & Capital, LLC to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of Banc of America Leasing & Capital, LLC to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of Banc of America Leasing & Capital, LLC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Banc of America Leasing & Capital, LLC is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated:  August 21, 2007                     */s/ William G. Wright*
                                                          WILLIAM G. WRIGHT
                                                          Farr, Burke, Gambacorata & Wright, P.C.
                                                          1000 Atrium Way, Suite 401
                                                          P.O. Box 669
                                                          Mt. Laurel, NJ  08054