## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Patrick J. Reilley, Esquire, hereby certify that on August 21, 2007, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(g) and 9010** to be served by First Class U.S. Mail on the parties on the attached service list.

Patrick J. Reilley (No. 4451)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6885

551017 1 8/21/07

## AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*
### Service List

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

William P. Bowden, Esquire
Don Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Charles J. Brown, III, Esquire
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE  19801

Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Victoria Counihan, Esquire
Sandra Selzer, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Donna Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones
 & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE  19899

Joseph O'Neil, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

Russell C. Silberglied, Esquire
Christopher Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Christina Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899

Alan Horn, Esquire
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY  10022

Benjamin C. Ackerly, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

David G. Aelvoet, Esquire
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205

| | |
|---|---|
| Rick B. Antonoff, Esquire<br>Pillsbury Wintrhrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036 | Mark A. Broude, Esquire<br>John W. Weiss, Esquire<br>David Stewart, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 |
| John Ashmead, Esquire<br>Laurie Binder, Esquire<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY  10004 | Paul S. Caruso, Esquire<br>Jessica Knowles, Esquire<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603 |
| Lee S Attanasio, Esquire<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY  10019 | Ling Chow<br>Andrew Pickering<br>Assured Guaranty<br>1325 Avenue of the Americas<br>New York, NY  10019 |
| Elizabeth Banda, Esquire<br>Perdue, Brandon, Fielder, Collins<br>  & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX  76094-0430 | Matthew A. Clemente, Esquire<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL  60603 |
| Brett Barragate, Esquire<br>Jones Day<br>901 Lakeside Avenue, North Point<br>Cleveland, OH  44114 | Ronald L. Cohen, Esquire<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY  10004 |
| Louis L. Benza, Esquire<br>Associate Counsel<br>Empire Blue Cross Blue Shield<br>15 Metro Tech Center South - 6th Floor<br>Brooklyn, NY  11201 | Enid M. Colson, Esquire<br>Liner Yankelevitz Sunshine<br>  & Regenstreif LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA  90024 |
| Brian W. Bisignani, Esquire<br>Post & Schell, PC<br>17 North 2nd Street, 12th Floor<br>Harrisburg, PA  17101-1601 | Kelley Cornish, Esquire<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 |
| Gregory A. Bray, Esquire<br>Fred Neufeld, Esquire<br>Milbank Tweed Hadley & McCloy, LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | |

Leo T. Crowley, Esquire
Margot Erlich, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Douglas Davis, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

John Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Samuel B. Garber, Esquire
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Ian Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Arnold Gulkowitz, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr. Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

Lisa G. Laukitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Scott K. Levine, Esquire
Platzer Swergold Karlin Levine
  Goldberg & Jaslow
150 East 52nd Street, 18th Floor
New York, NY 10022

James M. Liston, Esquire
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
  Ellis LLP
499 Lexington Avenue
New York, NY 10022

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY 10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Larry J. Nyhan, Esquire
Matthew Clemente, Esquire
David Hall, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Kathleen O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

John Philip, Esquire
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

Thomas J. Polis, Esquire
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Erica Ryland, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Andrew Silverstein, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Catherine Steege, Esquire
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY 10017

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

William P. Weintraub, Esquire
Pachulski Stang Ziehl Young Jones
 & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena
 & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Bruce Wilson, Esquire
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101

Doria Bachenheimer, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Alison Conn, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202