IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.*<br><br>Debtors. | Case No. 07-11047-CSS<br>Chapter 11<br>Jointly Administered<br><br>Hearing Date: August 24, 2007 @ 1:00 p.m.<br>Objection Deadline: August 21, 2007 @ 4:00 p.m. |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of August, 2007, a true and correct copy of the Limited Objection of BP Kingstowne Office Building K LP and the Trustees of Mall Road Trust, to Debtors' Motion for an Order, Pursuant to Sections 102, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein was served via facsimile and regular mail, postage prepaid upon the parties below:

> James L. Patton, Jr., Esquire
> Joel A. Waite, Esquire
> Pauline K. Morgan, Esquire
> Sean M. Beach, Esquire
> Matthew B. Lunn, Esquire
> Donald J. Bowman, Jr., Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> Facsimile: 302-571-1253

Dated: August 21, 2007

*Jennifer L. Vagnozzi*