UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## (Matthew V. Spero)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Matthew V. Spero of Ruskin Moscou Faltischek, P.C. to represent Waldner's Business Environments Inc. in this action.

*[signature]*

Patrick J. Reilley (No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6885
(302) 421-5887 (Fax)
Email: preilley@saul.com

Counsel for Waldner's Business Environments Inc.

Dated: August 21, 2007

551016.1 8/21/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Matthew V. Spero
Matthew V. Spero
**RUSKIN MOSCOU FALTISCHEK, P.C.**
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556
Telephone:   (516) 663-6604
Facsimile:     (516) 663-6804
Email: mspero@rmfpc.com

Counsel for Waldner's Business Environments, Inc.

Date: August 20, 2007

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Matthew V. Spero is granted.

_____
United States Bankruptcy Judge

Dated: August ___, 2007