# Exhibit "A"



**RUSKINMOSCOUFALTISCHEK**P.C.

*Counselors at Law*

Writer's Direct Dial: (516) 663-6535
Writer's Direct Fax: (516) 663-6753
Writer's E-Mail: jwurst@rmfpc.com

August 10, 2007

**BY FEDEX**

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Re: Reclamation Demand by Waldner's Business Environments Inc. ("Waldner's")

Dear Sir/Madam:

This firm is counsel to Waldner's. Pursuant to 11 U.S.C. § 546(c), and other statutory and common law rights upon which Waldner's may be entitled to rely, we hereby demand reclamation and the return of all goods (the "Goods") received by American Home Mortgage Corp. or any of its related companies, affiliates, or subsidiaries (collectively, "American") from Waldner's, or anyone acting on Waldner's behalf, since June 22, 2007 (i.e. during the 45 days preceding American's August 6, 2007 Chapter 11 filing). This demand specifically includes, but is not limited to, the items set forth on the invoices enclosed herewith. We further demand that the Goods be returned on or before August 16, 2007. Please contact me or Matthew V. Spero, Esq. (516-663-6604) to discuss the logistics of reclaiming these Goods.

Additionally, inasmuch as the Goods are subject to Waldner's right of reclamation, we hereby demand that the Goods be segregated and identified, and that no such Goods be used, fabricated, sold, dissipated, or commingled with any other goods.

We assert and preserve all rights under 11 U.S.C. § 546(c) and other applicable law.

Very truly yours,

JEFFREY A. WURST
For the Firm

Enclosures

cc:     Pauline K. Morgan, Esq.. (via e-mail and FedEx, pmorgan@ycst.com)

East Tower, 15th Floor, 1425 Rex Corp Plaza, Uniondale, NY 11556-1425 ᴛ 516.663.6600 ᴛ 212.688.8300 ᴛ F 516.663.6601 ᴛ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016 ᴛ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
**Business**
**Environments**
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.896.7500 | T 631.844.5300 | T 914.921.5500 |
| F 212.896.7699 | F 631.844.3503 | F 914.921.0991 |

# Invoice

Page 1 of 1

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Sales Order/Customer Number | P.O. Order No. | Ship Via | Account/Territory |
|---|---|---|---|---|---|
| 276209 | 06/05/07 | SQ 268006 | 268987 | | VENTI/GUERRA - AM HM MTG    395 |

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINY
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East - Lanier
Melville, NY 11747

P: 1.631.622.5286

**Terms:** NET 20 DAYS          N02251    452          268006  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 17 | 30.00 | GROMMET          WAL<br>MATTE BLACK PLASTIC GROMMET<br>*SEE GARY JOHNSON | 12.00 | 360.00 |
| 61 | 5.00 | US2436          STEELCASE<br>WORKSURFACE-STRAIGHT,24X36<br><br>EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE | 69.29 | 346.45 |
| | | Tag For: 36/24 | | |
| | | | Sub Total | 706.45 |
| | | | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | | | Please Pay This Amount: | 706.45 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
**Business Environments**
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7699

126 Route 110
Farmingdale, New York
11735
T 631.844.8300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8300
P 914.921.0691

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Store No. | | Sales Representative |
|---|---|---|---|---|---|
| 276219 | 06/05/07 | SIGNED QUOTE | 269461 | | ANNEMARIE GUERRA |

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 EAST
Melville, NY 11747

P: 1.631.622.5772

**Terms:** NET 20 DAYS          N02251          268028  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :Y078 SHADOW<br>Tag For: OUTSIDE SKINS<br>(FABRIC RESERVE #3484794) | 84.15 | 3,702.60 |
| 2 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 73.80 | 3,247.20 |
| 3 | 44.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 63.90 | 2,811.60 |
| 4 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: INSIDE SKIN FOR Y078 OUTSIDE<br>SKIN | 73.80 | 3,247.20 |

| | | |
|---|---|---|
| | Sub Total | 13,008.60 |
| NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | Please Pay This Amount: | 13,008.60 |

******End of Invoice******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 8508, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.686.7300
F 212.686.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.9500
F 631.694.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5080
F 914.921.0991

# Invoice

Page 1 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

**SOLD TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5286

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2 WEST PHASE II
Melville, NY 11747

P: 1.631.622.5286

**Terms:** NET 20 DAYS        N02251    453        266625 TAX NO: Suffolk County IDA Cert.

| Line No. | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 40.00 | U9SBR                 STEELCASE<br>BRACKET-SIDE SUPPORT<br>Tag For: 2 | 13.94 | 557.60 |
| 2 | 77.00 | TS7CANT               STEELCASE<br>CANTILEVER<br><br>BASIC    :7239 MIDNIGHT<br>Tag For: CT | 39.36 | 3,030.72 |
| 3 | 120.00 | TS754EPJ              STEELCASE<br>JUNCTION-END OF RUN,54H<br><br>TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 54 | 36.08 | 4,329.60 |
| 4 | 80.00 | TS754IPJ              STEELCASE<br>JUNCTION-IN LINE,54H<br>Tag For: 54 | 25.42 | 2,033.60 |
| 5 | 47.00 | TS766IPJ              STEELCASE<br>JUNCTION-IN LINE,66H<br>Tag For: 66 | 25.42 | 1,194.74 |
| 6 | 48.00 | TS754LPJ              STEELCASE<br>JUNCTION-L, 54H<br><br>TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 54 | 56.58 | 2,715.84 |
| 7 | 8.00 | TS766LPJ              STEELCASE<br>JUNCTION-L, 66H | 56.58 | 452.64 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 270 Lexington Ave New York, New York 10016 T 212.806.7500 F 212.806.7599 | 125 Route 110 Farmingdale, New York 11735 T 631.844.3500 F 631.694.3503 | 401 Theodore Fremd Ave Rye, New York 10580 T 914.921.2500 F 914.921.0201 |

# Invoice

**Page 2 of 13**

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK | | |
| | Tag For: | 66 | | |
| 8 | 15.00 | TS754TPJ       STEELCASE<br>JUNCTION-T, 54H | 56.58 | 848.70 |
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK | | |
| | Tag For: | 54 | | |
| 9 | 33.00 | TS766TPJ       STEELCASE<br>JUNCTION-T, 66H | 56.58 | 1,867.14 |
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK | | |
| | Tag For: | 66 | | |
| 10 | 21.00 | TS766XPJ       STEELCASE<br>JUNCTION-X, 66H | 56.58 | 1,188.18 |
| | | TOP-CAP :6000 BLACK | | |
| 11 | 79.00 | LSB48K       STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | 120.13 | 9,490.27 |
| | Tag For: | UTL/49 | | |
| 12 | 79.00 | TS7072BL       STEELCASE<br>OVERHEAD STORAGE BIN-72W | 334.56 | 26,430.24 |
| | | BASIC   :7239 MIDNIGHT<br>LOCK   :9201 POLISHED CHROME<br>KEYS   :SK PLUG | | |
| | Tag For: | OSB/72 | | |
| 13 | 19.00 | TS75424TF       STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X24<br>BASIC   :7207 BLACK<br>SURF-1   :P300 RICE<br>SURF-2   :P300 RICE<br>OPTIONS   * * OPTIONS * *<br>TC OPT     *OPT:TOP CAP OPTIONS<br>COH 1END     COH TOPCAP 1 END<br>CABLEOPT     *OPT:CABLE TRAY OPTION<br>NO TRAY     NO CABLE TRAY | 146.78 | 2,788.82 |
| | Tag For: | 24/54AA-CH | | |
| 14 | 80.00 | TS75424TF       STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X24<br>BASIC   :7207 BLACK<br>SURF-1   :P300 RICE<br>SURF-2   :Y078 SHADOW | 153.75 | 12,300.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 8009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

319 Lexington Ave
New York, New York
10016
T 212.818.7500
F 212.585.7539

125 Route 110
Farmingdale, New York
11735
T 631.694.9500
F 631.694.3503

421 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.0991

**Invoice**

Page 3 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No | Quantity | Catalog Number Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | OPTIONS    * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY<br>Tag For:  24/54AB | | |
| 15 | 5.00 | TS75424TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X24<br>BASIC    :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :Y078 SHADOW<br>OPTIONS    * * OPTIONS * *<br>TC OPT      *OPT:TOP CAP OPTIONS<br>COH 1END      COH TOPCAP 1 END<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY | 156.21 | 781.05 |
| 16 | 34.00 | TS75442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X42<br>BASIC    :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :P300 RICE<br>OPTIONS    * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY<br>Tag For:  42/54AA | 182.45 | 6,203.30 |
| 17 | 34.00 | TS75442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X42<br>BASIC    :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :P300 RICE<br>OPTIONS    * * OPTIONS * *<br>TC OPT      *OPT:TOP CAP OPTIONS<br>COH 1END      COH TOPCAP 1 END<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY<br>Tag For:  42/54AA-CB | 184.91 | 6,286.94 |
| 18 | 44.00 | TS75442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X42<br>BASIC    :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :Y078 SHADOW<br>OPTIONS    * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY<br>Tag For:  42/54AB | 191.88 | 8,442.72 |
| 19 | 47.00 | TS75442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X42 | 194.34 | 9,133.98 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-8994



**Waldner's**
Business
Environments
www.waldners.com

218 Lexington Ave
New York, New York
10016
T 212.598.7500
F 212.598.7890

125 Route 110
Farmingdale, New York
11735
T 631.844.5800
F 631.844.5300

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2500
F 914.921.2881

# Invoice

Page 4 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer/Order Number | Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | BASIC   :7207 BLACK<br>SURF-1  :F300 RICE<br>SURF-2  :Y078 SHADOW<br>OPTIONS      * * OPTIONS * *<br>TC OPT   *OPT:TOP CAP OPTIONS<br>COH 1END      COH TOPCAP 1 END<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For: 42/54AB-CH | | |
| 20 | 30.00 | TS76636TF      STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,66X36<br>BASIC   :7207 BLACK<br>SURF-1  :Y078 SHADOW<br>SURF-2  :Y151 SCARLET<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For: 36/66BC | 207.05 | 6,211.50 |
| 21 | 64.00 | TS76636TF      STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,66X36<br>BASIC   :7207 BLACK<br>SURF-1  :Y151 SCARLET<br>SURF-2  :Y151 SCARLET<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For: 36/66CC | 207.05 | 13,251.20 |
| 22 | 79.00 | TS2PBBF22U      STEELCASE<br>PEDESTAL-BOX/BOX/FILE,<br>UNDER WORKSURFACE,22"D<br>BASIC   :7207 BLACK<br>KEYS    :SK PLUG<br>OPTIONS      * * OPTIONS * *<br>PULLS      *OPT:PULL OPTIONS<br>HDL PULL      HANDLE PULL<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL<br>TSPED    *OPT:TS PED OPTION<br>DWR RAIL      DRAWER RAILS  (PKG of 2)<br>Tag For: B/B/F | 189.20 | 14,946.80 |
| 23 | 75.00 | TS2PFF22U      STEELCASE<br>PEDESTAL-FILE/FILE,<br>UNDER WORKSURFACE,22"D<br>BASIC   :7207 BLACK<br>KEYS    :SK PLUG<br>OPTIONS      * * OPTIONS * *<br>PULLS      *OPT:PULL OPTIONS<br>HDL PULL      HANDLE PULL | 179.54 | 13,465.50 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994


**Waldner's**
**Business**
**Environments**
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7599

123 Route 110
Farmingdale, New York
11735
T 631.844.5300
P 631.694.3303

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5000
F 914.921.0091

**Invoice**

Page 5 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Bill Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line # | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | PULL          PULL | | |
| | | NICKEL       *PULL:NICKEL | | |
| | | 9211          NICKEL | | |
| | | TSPED    *OPT:TS PED OPTION | | |
| | | DWR RAIL    DRAWER RAILS  (PKG of 2) | | |
| | Tag For: | F/F | | |
| 25 | 7.00 | TS7PK24X        STEELCASE | 69.70 | 487.90 |
| | | POWER KIT-3+1,24W | | |
| | Tag For: | U | | |
| 26 | 94.00 | TS7PK36X        STEELCASE | 69.70 | 6,551.80 |
| | | POWER KIT-3+1,36W | | |
| | Tag For: | U | | |
| 27 | 14.00 | TS7PK42X        STEELCASE | 69.70 | 975.80 |
| | | POWER KIT-3+1,42W | | |
| | Tag For: | U | | |
| 28 | 79.00 | TS71SSX        STEELCASE | 14.76 | 1,166.04 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | |
| | | 1,3+1 | | |
| | | PLASTIC :6000 BLACK | | |
| 29 | 77.00 | TS72SSX        STEELCASE | 14.76 | 1,136.52 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | |
| | | 2,3+1 | | |
| | | PLASTIC :6000 BLACK | | |
| 30 | 77.00 | TS73SSX        STEELCASE | 14.76 | 1,136.52 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | |
| | | 3,3+1 | | |
| | | PLASTIC :6000 BLACK | | |
| 31 | 79.00 | TS74SSX        STEELCASE | 14.76 | 1,166.04 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | |
| | | 4,3+1 | | |
| | | PLASTIC :6000 BLACK | | |
| 32 | 105.00 | TS712CHS        STEELCASE | 21.32 | 2,238.60 |
| | | TRIM-CHANGE OF HEIGHT,SLIM | | |
| | | PROFILE,12H | | |
| | | TOP-CAP :6000 BLACK | | |
| | | OPTIONS   * * OPTIONS * * | | |
| | | TRIM      *OPT:TRIM PACKAGE | | |
| | | PAINT        PAINTED TRIM PKG | | |
| | | UPRIGHT        UPRIGHT | | |
| | | TEXT PNT        *UPRIGHT:TEXTURED PA | | |
| | | 7207          BLACK | | |
| | | JUNCTION    *OPT:JUNCTION CAP OPTIONS | | |
| | Tag For: | 12 | | |
| 33 | 40.00 | TS7PVWM        STEELCASE | 10.25 | 410.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 213 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.938.7500 | T 631.844.6300 | T 914.921.8500 |
| F 212.599.7539 | F 631.694.3503 | F 914.921.0691 |

**Invoice**

Page 6 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Invoice Date A/R | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | 8Q 266625 | 268973 | | ANNEMARIE GUERRA |

| Line # | Quantity | Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | VERTICAL WIRE MANAGER-PLASTIC, 48H | | |
| | | PLASTIC :6000 BLACK | | |
| 34 | 38.00 | UEC2222L      STEELCASE | 271.01 | 10,298.38 |
| | | WORKSURFACE-CORNER, EXTENDED, CURVED, LEFT HAND, 24X24X72X42 | | |
| | | EDGE     :6009 ARCTIC WHITE | | |
| | | TOP-SURF:2730 ARCTIC WHITE | | |
| | Tag For: | 24/24/72/4 | | |
| 35 | 37.00 | UEC2222R      STEELCASE | 271.01 | 10,027.37 |
| | | WORKSURFACE-CORNER, EXTENDED, CURVED, RIGHT HAND, 24X24X42X72 | | |
| | | EDGE     :6009 ARCTIC WHITE | | |
| | | TOP-SURF:2730 ARCTIC WHITE | | |
| | Tag For: | 24/24/42/7 | | |
| 36 | 76.00 | US2442      STEELCASE | 75.03 | 5,702.28 |
| | | WORKSURFACE-STRAIGHT, 24X42 | | |
| | | EDGE     :6009 ARCTIC WHITE | | |
| | | TOP-SURF:2730 ARCTIC WHITE | | |
| | Tag For: | 42/24 | | |
| 37 | 4.00 | US2472      STEELCASE | 127.10 | 508.40 |
| | | WORKSURFACE-STRAIGHT, 24X72 | | |
| | | EDGE     :6009 ARCTIC WHITE | | |
| | | TOP-SURF:2730 ARCTIC WHITE | | |
| | Tag For: | 72/24 | | |
| 38 | 12.00 | E91903      STEELCASE | 8.93 | 107.16 |
| | | BRACKET-WORKSURFACE, FLUSH MOUNT, ALL DEPTHS | | |
| 39 | 6.00 | EESM1690WL      STEELCASE | 1,661.92 | 9,971.52 |
| | | SERVICE MODULE-WOOD, 6 DOORS, 3 LOCKS, 15-1/8X90 | | |
| | | BASIC    :3712 FC/OP NATURAL WALNUT | | |
| | | LOCK     :9201 POLISHED CHROME | | |
| | | KEYS     :SK PLUG | | |
| | Tag For: | SM/90 | | |
| 40 | 6.00 | LSB48K      STEELCASE | 137.71 | 826.26 |
| | | LIGHT-SHELF, ELEK BALLAST, 32 WATT, LAMP, 9' CORD, 49W | | |
| | Tag For: | USL/49 | | |
| 41 | 6.00 | EETB2390      STEELCASE | 170.14 | 1,020.84 |
| | | TACKBOARD-90W SERV MOD APPL, 90X23-3/4 | | |
| | | TKBD     :Y170 TAUPE | | |
| | Tag For: | TB/90 | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-8894

**Waldner's**
Business
Environments
www.waldners.com

218 Lexington Ave
New York, New York
10016
T 212.685.7500
F 212.685.7898

125 Route 110
Farmingdale, New York
11735
T 631.844.8500
F 631.454.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.0991

# Invoice

Page 7 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 42 | 6.00 | EEEP2010FLW          STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: EL | 108.57 | 651.42 |
| 43 | 6.00 | EEEP2010FRW          STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: ER | 108.57 | 651.42 |
| 44 | 6.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL<br>Tag For: LF/30 | 717.69 | 4,306.14 |
| 45 | 6.00 | EE30358L          STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 24X15X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL<br>Tag For: BBF | 541.91 | 3,251.46 |
| 46 | 6.00 | EEFS3070W          STEELCASE<br>SHELL-DESK, FREESTANDING, WOOD,<br>FLUSH BACK PANEL, 30X70<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSF OPT    *OPT:WORKSURFACE OPTIONS<br>EEW3070WW    WKSF WD WATERFAL<br>CONFIGS    *OPT:PANEL CONFIGURATIONS<br>PNLCONF5    RCSSD BACK PANEL NO BASE<br>Tag For: 70/30*GL* | 977.60 | 5,865.60 |
| 47 | 6.00 | EEW2090WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC    :3712 FC/OP NATURAL WALNUT | 447.91 | 2,687.46 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6000, Farmingdale, NY 11735-0004

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7509

125 Route 110
Farmingdale, New York
11735
T 631.844.3500
F 631.694.3503

444 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3500
F 914.921.6991

**Invoice**

Page 8 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Item | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | Tag For: | 90/20 | | |
| 48 | 6.00 | EEW2542WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br> RIGHT HAND. | 400.44 | 2,402.64 |
| | Tag For: | 40/25 | | |
| 51 | 36.00 | GROMMETS          WAL<br>MATTE BLACK PLASTIC GROMMETS<br>*SEE GARY JOHNSON | 12.00 | 432.00 |
| 52 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS | 8.93 | 17.86 |
| | Tag For: | JAMES FISHER | | |
| 53 | 2.00 | ESVGSH6DW          STEELCASE<br>OVERHEAD-SINGLE HIGH,HINGED<br>DOORS,WOOD,15X60<br>BASIC   :3712 FC/OP Natural Walnut<br>OPTIONS    * * OPTIONS * *<br>DOOR OPT     *OPT:DOOR OPTION<br>WD DOOR      WOOD DOOR<br>LOCK OPT      LOCK OPTION<br>LOCKING       LOCKING<br>LOCK           LOCK<br>POL CHR          *LOCK:POLISHED C<br>9201             POLISHED CHROM<br>BRACKETS     *OPT:BRACKET OPTIONS<br>WALL MOUNT    WALL MOUNT BRACKET | 847.88 | 1,695.76 |
| | Tag For: | JAMES FISHER | | |
| 54 | 4.00 | LT2          DETAILS<br>UNDERLINE T2 TASK LIGHT - 22"<br><br>BASIC   :5052 PEWTER | 125.47 | 501.88 |
| | Tag For: | JAMES FISHER | | |
| 55 | 2.00 | EAWTB6022          STEELCASE<br>TACKBOARD,WALL-MOUNTED,60X22<br><br>TKBD   :Y170 TAUPE | 138.65 | 277.30 |
| | Tag For: | JAMES FISHER | | |
| 56 | 1.00 | EEEP2510PLW          STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT | 113.27 | 113.27 |
| | Tag For: | JAMES FISHER | | |
| 57 | 1.00 | EEEP2510FRW          STEELCASE | 113.27 | 113.27 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

216 Lexington Ave        128 Route 110        401 Theodore Fremd Ave
New York, New York       Farmingdale, New York   Rye, New York
10016                    11735               10580
T 212.696.7600           T 631.344.3000       T 914.921.5840
F 212.696.7699           F 631.694.3803       F 914.921.0691

# Invoice

Page 9 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | END PANEL-FREESTANDING,RH,10H FLUSH BP APPL,WOOD,25X1-1/4X27 BASIC :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | JAMES FISHER | | |
| 58 | 1.00 | EETPRR3065W        STEELCASE END PANEL-T SHAPE,EXTENDED,RH, WOOD,30X40-3/4 BASIC :3712 FC/OP NATURAL WALNUT | 678.68 | 678.68 |
| | | WOOD *BASIC:WOOD 3712 NATURAL WALNUT/OP Special: to be an L-shaped end panel with shortened end panel facing visitor and attaching to modesty panel for use on 65"w right hand P-top. | | |
| | Tag For: | JAMES FISHER | | |
| 59 | 1.00 | EE64867        STEELCASE PANEL-CENTER SUPPORT,WOOD, 15X1-1/4X27 BASIC :3712 FC/OP NATURAL WALNUT | 103.40 | 103.40 |
| | Tag For: | JAMES FISHER | | |
| 60 | 1.00 | EE30619L        STEELCASE PEDESTAL-WOOD, 2 DWRS,LATERAL FILE,FACE LOCK 19X30X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050        RAIL PULL/WOOD FRONT PULL        PULL NICKEL        *PULL:NICKEL 9211        NICKEL | 717.69 | 717.69 |
| | Tag For: | JAMES FISHER | | |
| 61 | 1.00 | EE30341L        STEELCASE PEDESTAL-WOOD,2 BOX/1FILE DWR, LK,19X15X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050        RAIL PULL/WOOD FRONT PULL        PULL NICKEL        *PULL:NICKEL 9211        NICKEL | 513.71 | 513.71 |
| | Tag For: | JAMES FISHER | | |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.688.7500
F 212.688.7099

129 Route 110
Farmingdale, New York
11735
T 631.844.9100
F 631.844.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2500
F 914.921.9091

**Invoice**

Page 10 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No. | Quantity | Item Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 62 | 1.00 | EEPR3065WW          STEELCASE<br>WORKSURFACE-F TOP,RH,WOOD,<br>WATERFALL PROFILE,30X42X65<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>COLUMN  :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>*COLUMN: 7207 TEXTURED BLACK<br>-----<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For:  JAMES FISHER | 971.96 | 971.96 |
| 63 | 1.00 | EEW2090WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>-----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE<br>Tag For:  JAMES FISHER | 560.24 | 560.24 |
| 64 | 1.00 | EEW2590WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For:  JAMES FISHER | 471.41 | 471.41 |
| 65 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS | 8.93 | 17.86 |
| 66 | 1.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD,6 DOORS,3<br>LOCKS,15-1/8X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK PLUG<br>Tag For:  SM/90 | 1,661.92 | 1,661.92 |
| 67 | 1.00 | L8B48K          STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W<br>Tag For:  USL/49 | 137.71 | 137.71 |

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

216 Lexington Ave       128 Route 110       404 Theodore Fremd Ave
New York, New York      Farmingdale, New York   Rye, New York
10016                   11735               10580
T 212.696.7500          T 631.844.6300      T 914.921.8500
F 212.696.7699          F 631.694.3323      F 914.921.0641

# Invoice

Page 11 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoiced Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 68 | 1.00 | EETB2390        STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>Tag For: TB/90 | 170.14 | 170.14 |
| 69 | 1.00 | EEEP2510FLN        STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: EL | 113.27 | 113.27 |
| 70 | 1.00 | EEEP2510FRW        STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: ER | 113.27 | 113.27 |
| 71 | 1.00 | EETPRR3065W        STEELCASE<br>END PANEL-T SHAPE, EXTENDED, RH,<br>WOOD,30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For: 65/35 | 678.68 | 678.68 |
| 72 | 1.00 | EE64867        STEELCASE<br>PANEL-CENTER SUPPORT,WOOD,<br>15X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: CP | 103.40 | 103.40 |
| 73 | 1.00 | EE30619L        STEELCASE<br>PEDESTAL-WOOD, 2 DWRS,LATERAL<br>FILE,FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL        *PULL:NICKEL<br>9211        NICKEL<br>Tag For: LF/30 | 717.69 | 717.69 |
| 74 | 1.00 | EE30341L        STEELCASE | 513.71 | 513.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9005, Farmingdale, NY 11735-9894

**Waldners**
Business
Environments
www.waldners.com

218 Lexington Ave
New York, New York
10016
T 212.604.7500
F 212.604.7599

125 Route 110
Farmingdale, New York
11735
T 631.845.6300
F 631.694.3683

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5343
F 914.921.0891

# Invoice

Page 12 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Via | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Lines | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2' BOX/1FILE DWR,<br>LK,19X15X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9250 EMBER CHROME<br>KEYS     :SK PLUG<br>OPTIONS     * * OPTIONS * *<br>WOOD FRT   *OPT:WOOD FRONTS & PULLS<br>EG50        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL      *PULL:NICKEL<br>9211        NICKEL<br>Tag For:  BBF | | |
| 75 | 1.00 | EEPR3065WW        STEELCASE<br>WORKSURFACE-P TOP,RH,WOOD,<br>WATERFALL PROFILE,30X42X65<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>COLUMN   :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>COLUMN: 7207 TEXTURED BLACK PAINT<br>---------------------------------<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For:  30/42/65 | 971.96 | 971.96 |
| 76 | 1.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>* * *<br>-----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE<br>Tag For:  96/20"CR* | 560.24 | 560.24 |
| 77 | 1.00 | EEW2590WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  90/25 | 471.41 | 471.41 |
| 79 | 6.00 | GROMMETS        WAL<br>MATTE BLACK PLASTIC GROMMETS FOR<br>PRIVATE OFFICE | 12.00 | 72.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-9994

**Waldner's**
Business
Environments
www.waldners.com

815 Lexington Ave
New York, New York
10016
T 212.686.7300
F 212.686.7606

135 Route 110
Farmingdale, New York
11735
T 631.844.2300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0991

# Invoice

Page 13 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line # | Quantity | Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 80 | 1.00 | DELIVERY              WAL<br>DELIVERY DURING OVERTIME HOURS DIRECT<br>TRAILERS TO SITE | 13,500.00 | 13,500.00 |
| 81 | 1.00 | LABOR              TOPS<br>LABOR TO INSTALL (80) ANSWER<br>WORKSTATIONS AND (11) EE PRIVATE<br>OFFICES DURING NORMAL BUSINESS HOURS<br>*GROMMETS TO BE CUT ON SITE AS PER<br>CLIENT REQUEST<br>START MAY 29<br>COMPLETE BY JUNE 4 | 36,500.00 | 36,500.00 |
| 91 | 15.00 | Y36392C              STEELCASE<br>W/S M LOCK DECOR RING CHR<br><br>LOCK    :9201 POLISHED CHROME | 1.18 | 17.70 |
| 92 | 15.00 | 8772092015R              STEELCASE<br>PLUG ASSY-FRONT REMOVABLE,<br>BRUSHED CHROME<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK SPEC<br>        5-FR450<br>        5-FR451<br>        5-FR452 | 18.82 | 282.30 |

|  |  |
|---|---|
| Sub Total | 285,270.34 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 285,270.34 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6000, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.695.7550
F 212.696.7639

125 Route 110
Farmingdale, New York
11735
T 631.844.5300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2580
F 914.921.0991

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Ship Via | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277774 | 07/17/07 | SQ 270006 | 270295 | | ANNEMARIE GUERRA |

SOLD TO: THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Parts Needed
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS          N02251          270006  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item Number | Price | Amount |
|---|---|---|---|---|
| 1 | 48.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :Y078 SHADOW | 72.60 | 3,484.80 |
| 2 | 34.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE | 62.48 | 2,124.32 |
| 3 | 27.00 | TS712IPJS          STEELCASE<br>JUNCTION-IN LINE,STACKING,12H | 45.76 | 1,235.52 |
| 4 | 33.00 | T510601SR          STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>36"<br>BASIC   :7207 BLACK | 16.88 | 557.04 |
| 5 | 22.00 | T510599SR          STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :7207 BLACK | 12.50 | 275.00 |
| 6 | 46.00 | T530004SR          STEELCASE<br>TRIM COVER-VERTICAL, 120<br>2-WAY, 54", PAINT<br>BASIC   :7207 BLACK | 38.13 | 1,753.98 |

|  |  |
|---|---|
| Sub Total | 9,430.66 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 9,430.66 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0094

**Waldner's**
**Business**
**Environments**
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.696.7500 | T 631.844.2000 | T 914.371.8500 |
| F 212.696.7899 | F 631.694.3603 | F 914.831.0891 |

# Invoice

Page 1 of 1

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Date | Sales Account Representative |
|---|---|---|---|---|---|
| 277930 | 07/23/07 | SQ 270024 | 270387 | | ANNEMARIE GUERRA |

**SOLD TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
4 EAST - LEGAL
Melville, NY 11747

P: 1.631.622.5772

P: 1.631.622.5772

**Terms:** NET 20 DAYS          N02251          270024 TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Catalog Name / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 1.00 | CWAT48144      STEELCASE<br>TABLE-RECTANGULAR,WOOD,<br>AMERICAN ELECT PROFILE,48X144<br>TOP-SURF:3712 FC/OP NATURAL WALNUT<br>OPTIONS      * * OPTIONS * *<br>OPT ACC      *OPT:OPTIONAL ACCESSORIES<br>GROMMET      GROMMETS<br>CPCLR          TWO POWER CHANNELS<br>COVER          COVER<br>CORIAN S          *COVER:CORIAN FINI<br>2971                  NOCTURNE BLACK<br>TRIM          TRIM FINISH<br>STD PNTA          *TRIM:STANDARD PAI<br>0835                  BLACK (TRANS) | 3,293.46 | 3,293.46 |
| 2 | 3.00 | CWCIRT18      STEELCASE<br>BASE-TABLE,DRUM,CIRCULAR,<br>WOOD MOLDING,18X18X27-1/2<br>BASIC    :3712 FC/OP NATURAL WALNUT | 596.16 | 1,788.48 |
| 3 | 1.00 | SERVICE      WAL<br>INSTALLATION OF 12' CONFERENCE TABLE<br>DURING NORMAL BUSINESS HOURS | 295.00 | 295.00 |

| | |
|---|---|
| Sub Total | 5,376.94 |
| WAL  DELIVERY | $150.00 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 5,526.94 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

218 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7639

125 Route 110
Farmingdale, New York
11735
T 631.344.5500
F 631.694.3007

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.6591

# Invoice

**Page 1 of 2**
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship | Account Representative |
|---|---|---|---|---|---|
| 278201 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747



P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Real Estate
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          271241  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 9.00 | TS712CH          STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H<br><br>TOP-CAP :6652 TITANIUM<br>OPTIONS      * * OPTIONS * *<br>TRIM         *OPT:TRIM PACKAGE<br>PAINT          PAINTED TRIM PKG<br>UPRIGHT        UPRIGHT<br>PAINT          *UPRIGHT:PAINT<br>4792           TITANIUM (TRANS) | 27.61 | 248.49 |
| 2 | 1.00 | T510605SR        STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>72"<br>BASIC   :4792 TITANIUM (TRANS) | 27.06 | 27.06 |
| 3 | 4.00 | T510613SR        STEELCASE<br>TOP CAP ASSY-COH 2 ENDS, OVAL,<br>72"<br>BASIC   :4792 TITANIUM (TRANS) | 30.59 | 122.36 |
| 4 | 7.00 | TU720FFL         STEELCASE<br>PEDESTAL-2 FILE DRAWERS,<br>23-1/2D<br>BASIC   :4792 TITANIUM (TRANS)<br>LOCK    :9201 POLISHED CHROME<br>PULL    :6652 TITANIUM<br>KEYS    :SK RAND<br>OPTIONS      * * OPTIONS * *<br>DWR ACC      *OPT:FILE DWR ACCESSORIES<br>RAIL          DRAWERS WITH RAILS<br>LOCK OPT     *OPT:LOCK OPTIONS<br>SINGLELK      STD:SINGLE LOCK | 273.41 | 1,913.87 |
| 5 | 13.00 | TS742EPJ         STEELCASE<br>JUNCTION-END OF RUN,42H | 48.33 | 628.29 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

211 Lexington Ave
New York, New York
10016
T 212.689.7500
F 212.689.7838

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.694.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.321.6981

**Invoice**

Page 2 of 2
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Revision/Order Number | Insured No. | Customer/Attention |
|---|---|---|---|---|
| 278201 | 07/30/07 | SQ 271241 | 271522 | ANNEMARIE GUERRA |

| Item | Quantity | Item Number/Description | | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | | |
| 6 | 13.00 | TS754LPJ          STEELCASE<br>JUNCTION-L,54B | | 72.74 | 945.62 |
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | | |
| 7 | 13.00 | TS712CH          STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H | | 30.75 | 399.75 |
| | | TOP-CAP :6652 TITANIUM<br>OPTIONS     * * OPTIONS * *<br>TRIM          *OPT:TRIM PACKAGE<br>PAINT          PAINTED TRIM PKG<br>UPRIGHT          UPRIGHT<br>PAINT          *UPRIGHT:PAINT<br>4792          TITANIUM (TRANS) | | | |
| 8 | 13.00 | T510599SR          STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :4792 TITANIUM (TRANS) | | 12.50 | 162.50 |
| 9 | 26.00 | TS72442TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>24X42<br>SURFACE :P301 ALMOND | | 56.64 | 1,472.64 |
| 10 | 13.00 | TS724HF          STEELCASE<br>FRAME-HORIZONTAL PACKAGE,24W | | 38.56 | 501.28 |
| | | BASIC   :4792 TITANIUM (TRANS)<br>OPTIONS     * * OPTIONS * *<br>CABLEOPT     *OPT:CABLE TRAY OPTION<br>NO TRAY          NO CABLE TRAY | | | |
| | | | Sub Total | | 6,421.86 |
| | | | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | | Please Pay This Amount: | | 6,421.86 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7969

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.0991

# Invoice

**Page 1 of 5**
WALDNERS/FARMINGDALE

| Invoice No. | Date | Customer Order No. | Order No. | Salesman | Account Representative |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

**SOLD TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2W
Melville, NY 11747

P: 1.631.622.5772

**Terms:** NET 20 DAYS          N02251          269967 TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Catalog Number & Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 4.00 | E91903            STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS<br>Tag For: U SHAPED OFFICES | 10.07 | 40.28 |
| 2 | 2.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD,6 DOORS,3<br>LOCKS,15-1/8X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>Tag For: U SHAPED OFFICES | 1,874.08 | 3,748.16 |
| 3 | 2.00 | LSB48K            STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W | 155.29 | 310.58 |
| 4 | 2.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>Tag For: U SHAPED OFFICES | 191.86 | 383.72 |
| 5 | 2.00 | EEEP2010FLW        STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | 122.43 | 244.86 |
| 6 | 2.00 | EEEP2010FRW        STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | 122.43 | 244.86 |
| 7 | 2.00 | EE30619L          STEELCASE | 809.31 | 1,618.62 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.686.7500
F 212.686.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.3300
F 631.694.3503

401 Theodore Freund Ave
Rye, New York
10580
T 914.921.8600
F 914.321.0901

# Invoice

Page 2 of 5

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order Number | Shipping Purchase Order | Account Representative |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Item # | Quantity | Details Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHEO CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL      *PULL:NICKEL<br>9211        NICKEL<br>Tag For: U SHAPED OFFICES | | |
| 8 | 2.00 | EE30358L        STEELCASE<br>PEDESTAL-WOOD,2 BOX/1FILE DWR,<br>LK,24X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL      *PULL:NICKEL<br>9211        NICKEL<br>Tag For: U SHAPED OFFICES | 611.09 | 1,222.18 |
| 9 | 2.00 | EEFS3070W        STEELCASE<br>SHELL-DESK, FREESTANDING, WOOD,<br>FLUSH BACK PANEL, 30X70<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSF OPT    *OPT:WORKSURFACE OPTIONS<br>EEW3070WW    WKSF WD WATERFAL<br>CONFIGS    *OPT:PANEL CONFIGURATIONS<br>PNLCONF5    RCSSD BACK PANEL NO BASE<br>Tag For: U SHAPED OFFICES | 1,102.40 | 2,204.80 |
| 10 | 2.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | 505.09 | 1,010.18 |
| 11 | 2.00 | EEW2542WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPEO<br>EDGE LEFT AND<br>RIGHT HAND.<br>Tag For: U SHAPED OFFICES | 451.56 | 903.12 |
| 13 | 6.00 | GROMMETS        WAL<br>GROMMETS | 12.00 | 72.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6099, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 461 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.888.7500 | T 631.844.3300 | T 914.921.3300 |
| F 212.696.7889 | F 631.694.3503 | F 914.921.0991 |

## Invoice

Page 3 of 5

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | S/O Order No. | Sales Representative |
|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | ANNEMARIE GUERRA |

| Line | Quantity | Description / Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 14 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS<br>Tag For:  LH P TOP | 10.07 | 20.14 |
| 15 | 1.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For:  LH P TOP | 1,874.08 | 1,874.08 |
| 16 | 1.00 | LSB48K          STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | 155.29 | 155.29 |
| 17 | 1.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>Tag For:  LH P TOP | 191.86 | 191.86 |
| 18 | 1.00 | EEEP2510FLW          STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  LH P TOP | 127.73 | 127.73 |
| 19 | 1.00 | EEEP2510FRW          STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  LH P TOP | 127.73 | 127.73 |
| 20 | 1.00 | EETPRR3065W          STEELCASE<br>END PANEL-T SHAPE, EXTENDED, RH,<br>WOOD, 30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For:  LH P TOP | 765.32 | 765.32 |
| 21 | 1.00 | EE64867          STEELCASE<br>PANEL-CENTER SUPPORT, WOOD,<br>15X1-1/4X27 | 116.60 | 116.60 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

| 216 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 14540 |
| T 212.588.7508 | T 631.844.3300 | T 914.921.8500 |
| F 212.686.7899 | F 631.694.3603 | F 914.921.0891 |

# Invoice

Page 4 of 5

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Via | Customer Account No. |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Line | Quantity | Sales Description | Unit Price | Net Amount |
|---|---|---|---|---|
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | LH P TOP | | |
| 22 | 1.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL | 809.31 | 809.31 |
| | Tag For: | LH P TOP | | |
| 23 | 1.00 | EE30341L          STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 19X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL | 579.29 | 579.29 |
| | Tag For: | LH P TOP | | |
| 24 | 1.00 | EEPL3065WW        STEELCASE<br>WORKSURFACE-P TOP, LH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>COLUMN  :4799 PLATINUM METALLIC<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>METALLIC<br>*COLUMN:METALLIC PAINT<br>4799<br>PLATINUM<br>* * *<br>-----<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | 1,096.04 | 1,096.04 |
| | Tag For: | LH P TOP | | |
| 25 | 1.00 | EEW2090WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 631.76 | 631.76 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 5005, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.588.7600
F 212.696.7600

125 Route 110
Farmingdale, New York
11735
T 631.844.5300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0981

# Invoice

Page 5 of 5
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No | Your Account Representative |
|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | ANNEMARIE GUERRA |

| Line No | Quantity | Item Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For: LH P TOP | | |
| 26 | 1.00 | EEW259DWW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | 531.59 | 531.59 |
| 28 | 4.00 | GROMMETS          WAL<br>GROMMETS | 12.00 | 48.00 |
| 29 | 1.00 | LABOR          TOPS<br>INSTALLATION ON OVERTIME of 3 WOOD<br>OFFICES | 5,750.00 | 5,750.00 |

| | |
|---|---|
| Sub Total | 24,828.10 |
| WAL   DELIVERY ON OVERTIME | $1,165.00 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 25,993.10 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-9994

**Waldner's**
**Business**
**Environments**
www.waldners.com

213 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.694.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0901

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order Number | Ship | Account Representative |
|---|---|---|---|---|---|
| 278523 | 08/07/07 | SQ 270445 | 270545 | | ANNEMARIE GUERRA |

**SOLD TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.6332

**Terms:** NET 20 DAYS         N02251         270445  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Product | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 1.00 | EEL4W          STEELCASE<br>FILE-LATERAL, FREESTANDING, 4<br>DRAWERS, LOCK, WOOD, 25X30X50-1/2<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK RAND<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT   *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL      *PULL:NICKEL<br>9211        NICKEL | 3,015.00<br>1,628.10<br>46.00% | 3,015.00 |
| | | | Sub Total | 3,015.00 |
| | | | Less 46% | -1,386.90 |
| | | | WAL   DELIVERY | $75.00 |
| | | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | | | Please Pay This Amount: | 1,703.10 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES