# Exhibit "B"



**RMF**
RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6596
Writer's Direct Fax: (516) 663-6796
Writer's E-Mail: hberzow@rmfpc.com

August 15, 2007

By Fax

Pauline K. Morgan, Esq.
Young Conway Stargatt & Taylor, LLP
The Bandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

> Re: American Home Mortgage Holdings, Inc., *et al.*
> Our Client: Waldner's Business Environments, Inc.

Dear Ms. Morgan:

This firm represents Waldner's Business Environments, Inc. ("Waldner's") in connection with the recent Chapter 11 case of American Home Mortgage Holdings, Inc. ("American Home Mortgage"). On behalf of our client, we have demanded, in writing, reclamation of merchandise consisting of furniture sold to American Home Mortgage approximating $348,000.

We have learned that the Debtors have filed motions with the Bankruptcy Court seeking, *inter alia*: (i) approval of sale procedures for the sale of certain assets, and (ii) assignment of leases and sale of furniture, fixtures and equipment, which proposed sales may include the furniture that is the subject of Waldner's reclamation demand. The motions do not specify the furniture that is involved in either of the proposed sales.

It would be helpful if you or your client could tell us whether the furniture Waldner's recently sold to American Home Mortgage is part of the proposed sales so that we can decide whether to take a direct position on those motions. We do not want to oppose the motions and find out later that the furniture Waldner's sold to American Home Mortgage is not part of the proposed sales.



RuskinMoscouFaltischek P.C.
*Counselors at Law*

Pauline K. Morgan, Esq.
August 15, 2007
- Page 2 -


Your earliest response would be appreciated.

Very truly yours,

Harold S. Berzow
For the Firm

HSB:mp

cc: Jeffrey Schwartz, Esq. (by fax)

::ODMA\PCDOCS\RMF_DOC\395572\1