UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Patrick J. Reilley, Esquire of Saul Ewing LLP hereby certify that on August 21, 2007 service of the foregoing **Limited Objection to Emergency Motion of the Debtors for an Order Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale Of Furniture, Fixtures and Equipment Located Therein** was made on the parties on the attached service list in the manner indicated therein.

_____
Patrick J. Reilley (No. 4451)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

551036.1 8/21/07

**AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.*
Service List - *Limited Objection to Emergency Motion of the Debtors for an Order Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale Of Furniture, Fixtures and Equipment Located Therein*

**Via Hand Delivery:**
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Victoria Counihan, Esquire
Sandra Selzer, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones
  & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

**Via First Class U.S. Mail:**
Alan Horn, Esquire
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Erica Ryland, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Frederick D. Holden, Jr. Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

William P. Weintraub, Esquire
Pachulski Stang Ziehl Young Jones
  & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017