# Exhibit "A"



## RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6535
Writer's Direct Fax: (516) 663-6753
Writer's E-Mail: jwurst@rmfpc.com

August 10, 2007

**BY FEDEX**

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Re: Reclamation Demand by Waldner's Business Environments Inc. ("Waldner's")

Dear Sir/Madam:

This firm is counsel to Waldner's. Pursuant to 11 U.S.C. § 546(c), and other statutory and common law rights upon which Waldner's may be entitled to rely, we hereby demand reclamation and the return of all goods (the "Goods") received by American Home Mortgage Corp. or any of its related companies, affiliates, or subsidiaries (collectively, "American") from Waldner's, or anyone acting on Waldner's behalf, since June 22, 2007 (i.e. during the 45 days preceding American's August 6, 2007 Chapter 11 filing). This demand specifically includes, but is not limited to, the items set forth on the invoices enclosed herewith. We further demand that the Goods be returned on or before August 16, 2007. Please contact me or Matthew V. Spero, Esq. (516-663-6604) to discuss the logistics of reclaiming these Goods.

Additionally, inasmuch as the Goods are subject to Waldner's right of reclamation, we hereby demand that the Goods be segregated and identified, and that no such Goods be used, fabricated, sold, dissipated, or commingled with any other goods.

We assert and preserve all rights under 11 U.S.C. § 546(c) and other applicable law.

Very truly yours,

JEFFREY A. WURST
For the Firm

Enclosures

cc:    Pauline K. Morgan, Esq.. (via e-mail and FedEx, pmorgan@ycst.com)

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
Business Environments
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.599.7500 | T 631.844.9300 | T 914.921.8500 |
| F 212.599.7699 | F 631.694.3503 | F 914.921.0091 |

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Sales Order/Order Number | Order No. | Ship Via | Account/Agent Name |
|---|---|---|---|---|---|
| 276209 | 06/05/07 | SQ 268006 | 268987 | | VENTI/GUERRA - AM HM MTG    395 |

**SOLD TO:**  THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747


P: 1.631.622.5772

**SHIP TO:**  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East - Lanier
Melville, NY 11747

P: 1.631.622.5286

**Terms:**  NET 20 DAYS             N02251    452          268006  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Catalog Number & Description | Unit Price | Amount |
|---|---|---|---|---|
| 17 | 30.00 | GROMMET             WAL<br>MATTE BLACK PLASTIC GROMMET<br>*SEE GARY JOHNSON | 12.00 | 360.00 |
| 61 | 5.00 | US2436             STEELCASE<br>WORKSURFACE-STRAIGHT,24X36<br><br>EDGE   :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE | 69.29 | 346.45 |
| | Tag For: | 36/24 | | |

| | |
|---|---|
| Sub Total | 706.45 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 706.45 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994

**Waldner's**
**Business**
**Environments**
www.waldners.com

216 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7529

125 Route 110
Farmingdale, New York
11735
T 631.844.3500
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8800
F 914.921.0991

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 276219 | 06/05/07 | SIGNED QUOTE | 269461 | | ANNEMARIE GUERRA |

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 EAST
Melville, NY 11747

P: 1.631.622.5772

Terms:  NET 20 DAYS          N02251          268028  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :Y078 SHADOW<br>Tag For:  OUTSIDE SKINS<br>(FABRIC RESERVE #3484794) | 84.15 | 3,702.60 |
| 2 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For:  DIVIDER SKINS | 73.80 | 3,247.20 |
| 3 | 44.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE<br>Tag For:  DIVIDER SKINS | 63.90 | 2,811.60 |
| 4 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For:  INSIDE SKIN FOR Y078 OUTSIDE<br>SKIN | 73.80 | 3,247.20 |

|  |  |
|---|---|
| Sub Total | 13,008.60 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 13,008.60 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.686.7500
F 212.686.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.8200
F 631.844.3833

491 Theodore Freund Ave
Rye, New York
10580
T 914.921.6690
F 914.921.6981

# Invoice

Page 1 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

SOLD TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5286

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2 WEST PHASE II
Melville, NY 11747

P: 1.631.622.5286

Terms:  NET 20 DAYS         N02251     453         266625 TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Catalog Number/Description | Unit | Extended Amount |
|---|---|---|---|---|
| 1 | 40.00 | USSBR          STEELCASE<br>BRACKET-SIDE SUPPORT<br>Tag For: 2 | 13.94 | 557.60 |
| 2 | 77.00 | TS7CANT          STEELCASE<br>CANTILEVER<br><br>BASIC   :7239 MIDNIGHT<br>Tag For: CT | 39.36 | 3,030.72 |
| 3 | 120.00 | TS754EPJ          STEELCASE<br>JUNCTION-END OF RUN,54H<br><br>TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 54 | 36.08 | 4,329.60 |
| 4 | 80.00 | TS754IPJ          STEELCASE<br>JUNCTION-IN LINE,54H<br>Tag For: 54 | 25.42 | 2,033.60 |
| 5 | 47.00 | TS766IPJ          STEELCASE<br>JUNCTION-IN LINE,66H<br>Tag For: 66 | 25.42 | 1,194.74 |
| 6 | 48.00 | TS754LPJ          STEELCASE<br>JUNCTION-L,54H<br><br>TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 54 | 56.58 | 2,715.84 |
| 7 | 8.00 | TS766LPJ          STEELCASE<br>JUNCTION-L,66H | 56.58 | 452.64 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0934

**Waldner's**
Business
Environments
www.waldners.com

212 Lexington Ave
New York, New York
10016
T 212.685.7500
F 212.686.7898

126 Route 110
Farmingdale, New York
11735
T 631.844.9500
F 631.694.3573

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2800
F 914.921.0031

## Invoice

Page 2 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | & Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 66 | | |
| 8 | 15.00 | TS754TPJ          STEELCASE<br>JUNCTION-T, 54H | 56.58 | 848.70 |
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 54 | | |
| 9 | 33.00 | TS766TPJ          STEELCASE<br>JUNCTION-T, 66H | 56.58 | 1,867.14 |
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK<br>Tag For: 66 | | |
| 10 | 21.00 | TS766XPJ          STEELCASE<br>JUNCTION-X, 66H | 56.58 | 1,188.18 |
| | | TOP-CAP :6000 BLACK | | |
| 11 | 79.00 | LSB48K          STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W<br>Tag For: UTL/49 | 120.13 | 9,490.27 |
| 12 | 79.00 | TS7072BL          STEELCASE<br>OVERHEAD STORAGE BIN-72W | 334.56 | 26,430.24 |
| | | BASIC     :7239 MIDNIGHT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For: OSB/72 | | |
| 13 | 19.00 | TS75424TF          STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X24<br>BASIC   :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :P300 RICE<br>OPTIONS    * * OPTIONS * *<br>TC OPT      *OPT:TOP CAP OPTIONS<br>COH 1END      COH TOPCAP 1 END<br>CABLEOPT      *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For: 24/54AA-CH | 146.78 | 2,788.82 |
| 14 | 80.00 | TS75424TF          STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X24<br>BASIC   :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :Y078 SHADOW | 153.75 | 12,300.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.516.7500
F 212.516.7600

125 Route 110
Farmingdale, New York
11735
T 631.844.9500
F 631.694.3503

421 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.0001

# Invoice

Page 3 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Bill Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line # | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | OPTIONS      * * OPTIONS * * | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY         NO CABLE TRAY | | |
| | Tag For: | 24/54AB | | |
| 15 | 5.00 | TS75424TF         STEELCASE | 156.21 | 781.05 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X24 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1   :P300 RICE | | |
| | | SURF-2   :Y078 SHADOW | | |
| | | OPTIONS      * * OPTIONS * * | | |
| | | TC OPT        *OPT:TOP CAP OPTIONS | | |
| | | COH 1END         COH TOPCAP 1 END | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY         NO CABLE TRAY | | |
| 16 | 34.00 | TS75442TF         STEELCASE | 182.45 | 6,203.30 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1   :P300 RICE | | |
| | | SURF-2   :P300 RICE | | |
| | | OPTIONS      * * OPTIONS * * | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY         NO CABLE TRAY | | |
| | Tag For: | 42/54AA | | |
| 17 | 34.00 | TS75442TF         STEELCASE | 184.91 | 6,286.94 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1   :P300 RICE | | |
| | | SURF-2   :P300 RICE | | |
| | | OPTIONS      * * OPTIONS * * | | |
| | | TC OPT        *OPT:TOP CAP OPTIONS | | |
| | | COH 1END         COH TOPCAP 1 END | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY         NO CABLE TRAY | | |
| | Tag For: | 42/54AA-CB | | |
| 18 | 44.00 | TS75442TF         STEELCASE | 191.88 | 6,442.72 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1   :P300 RICE | | |
| | | SURF-2   :Y078 SHADOW | | |
| | | OPTIONS      * * OPTIONS * * | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY         NO CABLE TRAY | | |
| | Tag For: | 42/54AB | | |
| 19 | 47.00 | TS75442TF         STEELCASE | 194.34 | 9,133.98 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-6994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.594.7800
F 212.594.7899

123 Route 110
Farmingdale, New York
11735
T 631.844.5100
F 631.844.5303

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5300
F 914.921.5301

**Invoice**

Page 4 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :F300 RICE | | |
| | | SURF-2  :Y078 SHADOW | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | TC OPT      *OPT:TOP CAP OPTIONS | | |
| | | COH 1END          COH TOPCAP 1 END | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| | Tag For: | 42/54AB-CH | | |
| 20 | 30.00 | TS76636TF        STEELCASE | 207.05 | 6,211.50 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,66X36 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :Y078 SHADOW | | |
| | | SURF-2  :Y151 SCARLET | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| | Tag For: | 36/66BC | | |
| 21 | 64.00 | TS76636TF        STEELCASE | 207.05 | 13,251.20 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,66X36 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :Y151 SCARLET | | |
| | | SURF-2  :Y151 SCARLET | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| | Tag For: | 36/66CC | | |
| 22 | 79.00 | TS2PBBF220        STEELCASE | 189.20 | 14,946.80 |
| | | PEDESTAL-BOX/BOX/FILE, | | |
| | | UNDER WORKSURFACE,22"D | | |
| | | BASIC    :7207 BLACK | | |
| | | KEYS    :SK PLUG | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | PULLS      *OPT:PULL OPTIONS | | |
| | | HDL PULL        HANDLE PULL | | |
| | | PULL            PULL | | |
| | | NICKEL          *PULL:NICKEL | | |
| | | 9211            NICKEL | | |
| | | TSPED      *OPT:TS PED OPTION | | |
| | | DWR RAIL        DRAWER RAILS  (PKG of 2) | | |
| | Tag For: | B/B/F | | |
| 23 | 75.00 | TS2PFF220        STEELCASE | 179.54 | 13,465.50 |
| | | PEDESTAL-FILE/FILE, | | |
| | | UNDER WORKSURFACE,22"D | | |
| | | BASIC    :7207 BLACK | | |
| | | KEYS    :SK PLUG | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | PULLS      *OPT:PULL OPTIONS | | |
| | | HDL PULL        HANDLE PULL | | |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0904



**Waldner's**
**Business Environments**
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.688.7500
F 212.696.7899

125 Route 110
Farmingdale, New York
11735
T 631.694.5100
F 631.694.3300

401 Theodore Fremd Ave
Rye, New York
10680
T 914.921.2500
F 914.921.0991

# Invoice

Page 5 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Bill Date | Account Represented By |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Item | Quantity | Catalog Number Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | POLL          POLL<br>NICKEL          *POLL:NICKEL<br>9211          NICKEL<br>TSPED    *OPT:TS PED OPTION<br>DWR RAIL    DRAWER RAILS  (PKG of 2)<br>F/F | | |
| | Tag For: | | | |
| 25 | 7.00 | TS7PK24X          STEELCASE<br>POWER KIT-3+1,24W | 69.70 | 487.90 |
| | Tag For: U | | | |
| 26 | 94.00 | TS7PK36X          STEELCASE<br>POWER KIT-3+1,36W | 69.70 | 6,551.80 |
| | Tag For: U | | | |
| 27 | 14.00 | TS7PK42X          STEELCASE<br>POWER KIT-3+1,42W | 69.70 | 975.80 |
| | Tag For: U | | | |
| 28 | 79.00 | TS71SSX          STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>1,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,166.04 |
| 29 | 77.00 | TS72SSX          STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>2,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,136.52 |
| 30 | 77.00 | TS73SSX          STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>3,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,136.52 |
| 31 | 79.00 | TS74SSX          STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>4,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,166.04 |
| 32 | 105.00 | TS712CHS          STEELCASE<br>TRIM-CHANGE OF HEIGHT,SLIM<br>PROFILE,12H<br>TOP-CAP :6000 BLACK<br>OPTIONS    * * OPTIONS * *<br>TRIM        *OPT:TRIM PACKAGE<br>PAINT          PAINTED TRIM PKG<br>UPRIGHT          UPRIGHT<br>TEXT PNT          *UPRIGHT:TEXTURED PA<br>7207            BLACK<br>JUNCTION    *OPT:JUNCTION CAP OPTIONS | 21.32 | 2,238.60 |
| | Tag For: 12 | | | |
| 33 | 40.00 | TS7PVWM          STEELCASE | 10.25 | 410.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0894

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.936.7500
F 212.936.7599

125 Route 110
Farmingdale, New York
11735
T 631.845.9300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.521.8500
P 914.521.0591

**Invoice**

Page 6 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | 8Q 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No. | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | VERTICAL WIRE MANAGER-PLASTIC, 48H PLASTIC :6000 BLACK | | |
| 34 | 38.00 | UEC2222L         STEELCASE WORKSURFACE-CORNER, EXTENDED, CURVED, LEFT HAND, 24X24X72X42 EDGE    :6009 ARCTIC WHITE TOP-SURF:2730 ARCTIC WHITE Tag For: 24/24/72/4 | 271.01 | 10,298.38 |
| 35 | 37.00 | UEC2222R         STEELCASE WORKSURFACE-CORNER, EXTENDED, CURVED, RIGHT HAND, 24X24X42X72 EDGE    :6009 ARCTIC WHITE TOP-SURF:2730 ARCTIC WHITE Tag For: 24/24/42/7 | 271.01 | 10,027.37 |
| 36 | 76.00 | US2442          STEELCASE WORKSURFACE-STRAIGHT, 24X42 EDGE    :6009 ARCTIC WHITE TOP-SURF:2730 ARCTIC WHITE Tag For: 42/24 | 75.03 | 5,702.28 |
| 37 | 4.00 | US2472          STEELCASE WORKSURFACE-STRAIGHT, 24X72 EDGE    :6009 ARCTIC WHITE TOP-SURF:2730 ARCTIC WHITE Tag For: 72/24 | 127.10 | 508.40 |
| 38 | 12.00 | E91903          STEELCASE BRACKET-WORKSURFACE, FLUSH MOUNT, ALL DEPTHS | 8.93 | 107.16 |
| 39 | 6.00 | EESM1690WL       STEELCASE SERVICE MODULE-WOOD, 6 DOORS, 3 LOCKS, 15-1/8X90 BASIC   :3712 FC/OP NATURAL WALNUT LOCK    :9201 POLISHED CHROME KEYS    :SK PLUG Tag For: SM/90 | 1,661.92 | 9,971.52 |
| 40 | 6.00 | LSB48K          STEELCASE LIGHT-SHELF, ELEK BALLAST, 32 WATT, LAMP, 9' CORD, 49W Tag For: USL/49 | 137.71 | 826.26 |
| 41 | 6.00 | EETB2390         STEELCASE TACKBOARD-90W SERV MOD APPL, 90X23-3/4 TKBD    :Y170 TAUPE Tag For: TB/90 | 170.14 | 1,020.84 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0894

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.685.7320
F 212.685.7880

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.694.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0991

# Invoice

Page 7 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer/Order Number | Seller Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | | | | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 42 | 6.00 | EEEP2010FLW      STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: EL | | | | 108.57 | 651.42 |
| 43 | 6.00 | EEEP2010FRW      STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: ER | | | | 108.57 | 651.42 |
| 44 | 6.00 | EE30619L      STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL<br>Tag For: LF/30 | | | | 717.69 | 4,306.14 |
| 45 | 6.00 | EE30359L      STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 24X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL<br>Tag For: BBF | | | | 541.91 | 3,251.46 |
| 46 | 6.00 | EEFS3070W      STEELCASE<br>SHELL-DESK, FREESTANDING, WOOD,<br>FLUSH BACK PANEL, 30X70<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSF OPT    *OPT:WORKSURFACE OPTIONS<br>EEW3070WW    WKSF WD WATERFAL<br>CONFIGS      *OPT:PANEL CONFIGURATIONS<br>PNLCONF5     RCSSD BACK PANEL NO BASE<br>Tag For: 70/30*GL* | | | | 977.60 | 5,865.60 |
| 47 | 6.00 | EEW2090WW      STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | | | | 447.91 | 2,687.46 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0004

218 Lexington Ave
New York, New York
10016
T 212.696.7600
F 212.696.7609

125 Route 110
Farmingdale, New York
11735
T 631.844.5300
F 631.694.3603

491 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.5591

# Invoice

Page 8 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line # | Quantity | Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | Tag For: | 90/20 | | |
| 48 | 6.00 | EEW2542WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br>  RIGHT HAND. | 400.44 | 2,402.64 |
| | Tag For: | 40/25 | | |
| 51 | 36.00 | GROMMETS          WAL<br>MATTE BLACK PLASTIC GROMMETS<br>*SEE GARY JOHNSON | 12.00 | 432.00 |
| 52 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS | 8.93 | 17.86 |
| | Tag For: | JAMES FISHER | | |
| 53 | 2.00 | ESVGSH6OW          STEELCASE<br>OVERHEAD-SINGLE HIGH,HINGED<br>DOORS,WOOD,15X60<br>BASIC   :3712 FC/OP Natural Walnut<br>OPTIONS    * * OPTIONS * *<br>DOOR OPT    *OPT:DOOR OPTION<br>WD DOOR        WOOD DOOR<br>LOCK OPT       LOCK OPTION<br>LOCKING        LOCKING<br>LOCK           LOCK<br>POL CHR           *LOCK:POLISHED C<br>9201               POLISHED CHROM<br>BRACKETS    *OPT:BRACKET OPTIONS<br>WALL MOUNT    WALL MOUNT BRACKET | 847.88 | 1,695.76 |
| | Tag For: | JAMES FISHER | | |
| 54 | 4.00 | LT2          DETAILS<br>UNDERLINE T2 TASK LIGHT - 22"<br><br>BASIC   :5052 PEWTER | 125.47 | 501.88 |
| | Tag For: | JAMES FISHER | | |
| 55 | 2.00 | EAWTB6022          STEELCASE<br>TACKBOARD,WALL-MOUNTED,60X22<br><br>TKBD   :Y170 TAUPE | 138.65 | 277.30 |
| | Tag For: | JAMES FISHER | | |
| 56 | 1.00 | EEEP2510FLW          STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT | 113.27 | 113.27 |
| | Tag For: | JAMES FISHER | | |
| 57 | 1.00 | EEEP2510FRW          STEELCASE | 113.27 | 113.27 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 218 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.686.7508 | T 631.845.5000 | T 914.921.3500 |
| F 212.686.7699 | F 631.454.3503 | F 914.921.0691 |

# Invoice

Page 9 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | END PANEL-FREESTANDING, RH, 10H FLUSH BP APPL, WOOD, 25X1-1/4X27 BASIC    :3712 FC/OP NATURAL WALNUT | | |
| 58 | 1.00 | Tag For: JAMES FISHER EETPRR3065W          STEELCASE END PANEL-T SHAPE, EXTENDED, RH, WOOD, 30X40-3/4 BASIC    :3712 FC/OP NATURAL WALNUT | 678.68 | 678.68 |
| | | WOOD *BASIC:WOOD 3712 NATURAL WALNUT/OP Special: to be an L-shaped end panel with shortened end panel facing visitor and attaching to modesty panel for use on 65"w right hand P-top. Tag For: JAMES FISHER | | |
| 59 | 1.00 | EE64867          STEELCASE PANEL-CENTER SUPPORT, WOOD, 15X1-1/4X27 BASIC    :3712 FC/OP NATURAL WALNUT Tag For: JAMES FISHER | 103.40 | 103.40 |
| 60 | 1.00 | EE30619L          STEELCASE PEDESTAL-WOOD, 2 DWRS, LATERAL FILE, FACE LOCK 19X30X27 BASIC    :3712 FC/OP NATURAL WALNUT LOCK     :9201 POLISHED CHROME KEYS     :SK PLUG OPTIONS    * * OPTIONS * * WOOD FRT    *OPT:WOOD FRONTS & PULLS E050          RAIL PULL/WOOD FRONT PULL          PULL NICKEL          *PULL:NICKEL 9211          NICKEL Tag For: JAMES FISHER | 717.69 | 717.69 |
| 61 | 1.00 | EE30341L          STEELCASE PEDESTAL-WOOD, 2 BOX/1FILE DWR, LK, 19X15X27 BASIC    :3712 FC/OP NATURAL WALNUT LOCK     :9201 POLISHED CHROME KEYS     :SK PLUG OPTIONS    * * OPTIONS * * WOOD FRT    *OPT:WOOD FRONTS & PULLS E050          RAIL PULL/WOOD FRONT PULL          PULL NICKEL          *PULL:NICKEL 9211          NICKEL Tag For: JAMES FISHER | 513.71 | 513.71 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6008, Farmingdale, NY 11735-0994

**Waldner's Business Environments**
www.waldners.com

315 Lexington Ave
New York, New York 10016
T 212.685.7500
F 212.685.7899

125 Route 110
Farmingdale, New York 11735
T 631.844.9500
F 631.694.3623

401 Theodore Fremd Ave
Rye, New York 10583
T 914.921.5500
F 914.921.5591

# Invoice

Page 10 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | P-Order No. | Sales Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 62 | 1.00 | EEPR3065WW          STEELCASE<br>WORKSURFACE-P TOP, RH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>COLUMN   :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>*COLUMN: 7207 TEXTURED BLACK<br>-----<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For:  JAMES FISHER | 971.96 | 971.96 |
| 63 | 1.00 | EEW2090WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>-----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE<br>Tag For:  JAMES FISHER | 560.24 | 560.24 |
| 64 | 1.00 | EEW2590WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  JAMES FISHER | 471.41 | 471.41 |
| 65 | 2.00 | E91903            STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 17.86 |
| 66 | 1.00 | EESM1690WL         STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9250 EMBER CHROME<br>KEYS     :SK PLUG<br>Tag For:  SM/90 | 1,661.92 | 1,661.92 |
| 67 | 1.00 | LSB48K            STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W<br>Tag For:  USL/49 | 137.71 | 137.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6390, Farmingdale, NY 11735-0994

**Waldner's** Business Environments
www.waldners.com

216 Lexington Ave
New York, New York
10016
T 212.686.7500
F 212.686.7499

126 Route 110
Farmingdale, New York
11735
T 631.844.6200
F 631.694.3323

431 Theodore Fremd Ave
Rye, New York
10580
T 914.921.6500
F 914.921.0991

# Invoice

Page 11 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line# | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 68 | 1.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For:  TB/90 | 170.14 | 170.14 |
| 69 | 1.00 | EEEP2510FLW          STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  EL | 113.27 | 113.27 |
| 70 | 1.00 | EEEP2510FRW          STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  ER | 113.27 | 113.27 |
| 71 | 1.00 | EETPRR3065W          STEELCASE<br>END PANEL-T SHAPE,EXTENDED,RH,<br>WOOD,30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For:  65/35 | 678.68 | 678.68 |
| 72 | 1.00 | EE64867          STEELCASE<br>PANEL-CENTER SUPPORT,WOOD,<br>15X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  CP | 103.40 | 103.40 |
| 73 | 1.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS,LATERAL<br>FILE,FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9250 EMBER CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL<br>Tag For:  LF/30 | 717.69 | 717.69 |
| 74 | 1.00 | EE30341L          STEELCASE | 513.71 | 513.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 8006, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 218 Lexington Ave<br>New York, New York<br>10016<br>T 212.684.7500<br>F 212.684.7890 | 725 Route 110<br>Farmingdale, New York<br>11735<br>T 631.644.5300<br>F 631.694.3683 | 461 Theodore Fremd Ave<br>Rye, New York<br>10580<br>T 914.921.6360<br>F 914.921.6591 |
|---|---|---|

**Invoice**

Page 12 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | Tag For: | PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK,19X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK PLUG<br>OPTIONS     * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL      *PULL:NICKEL<br>9211        NICKEL<br>BBF | | |
| 75 | 1.00 | EEPR3065WW         STEELCASE<br>WORKSURFACE-F TOP,RH,WOOD,<br>WATERFALL PROFILE,30X42X65<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>COLUMN  :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>COLUMN: 7207 TEXTURED BLACK PAINT<br>------------------------------------<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE | 971.96 | 971.96 |
| | Tag For: | 30/42/65 | | |
| 76 | 1.00 | EEW2090WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>-----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | 560.24 | 560.24 |
| | Tag For: | 96/20*CR* | | |
| 77 | 1.00 | EEW2590WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 471.41 | 471.41 |
| | Tag For: | 90/25 | | |
| 79 | 6.00 | GROMMETS          WAL<br>MATTE BLACK PLASTIC GROMMETS FOR<br>PRIVATE OFFICE | 12.00 | 72.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

| 515 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.856.7500 | T 631.584.8200 | T 914.921.8500 |
| F 212.856.7599 | F 631.584.3363 | F 914.921.0901 |

# Invoice

Page 13 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Shipment Status | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No. | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 80 | 1.00 | DELIVERY          WAL<br>DELIVERY DURING OVERTIME HOURS DIRECT<br>TRAILERS TO SITE | 13,500.00 | 13,500.00 |
| 81 | 1.00 | LABOR          TOPS<br>LABOR TO INSTALL (80) ANSWER<br>WORKSTATIONS AND (11) EE PRIVATE<br>OFFICES DURING NORMAL BUSINESS HOURS<br>*GROMMETS TO BE CUT ON SITE AS PER<br>CLIENT REQUEST<br>START MAY 29<br>COMPLETE BY JUNE 4 | 36,500.00 | 36,500.00 |
| 91 | 15.00 | Y36392C          STEELCASE<br>W/S N LOCK DECOR RING CHR<br><br>LOCK    :9201 POLISHED CHROME | 1.18 | 17.70 |
| 92 | 15.00 | 877209201SR       STEELCASE<br>PLUG ASSY-FRONT REMOVABLE,<br>BRUSHED CHROME<br>LOCK    :9201 POLISHED CHROME<br>KEYS    : 5K SPEC<br>    5-FR450<br>    5-FR451<br>    5-FR452 | 18.82 | 282.30 |

|  |  |
|---|---|
| Sub Total | 285,270.34 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 285,270.34 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6008, Farmingdale, NY 11735-0904

**Waldner's**
Business
Environments
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.898.7500 | T 631.844.3300 | T 914.921.3500 |
| F 212.898.7639 | F 631.694.3503 | F 914.921.0991 |

**Invoice**

Page 1 of 1

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order | Ship Via | Account Representative |
|---|---|---|---|---|---|
| 277774 | 07/17/07 | SQ 270006 | 270295 | | ANNEMARIE GUERRA |

SOLD TO:  THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Parts Needed
Melville, NY 11747

P: 1.631.622.5286

Terms:  NET 20 DAYS          N02251          270006  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item Number | | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | 48.00 | TS74824TK          STEELCASE | | 72.60 | 3,484.80 |
| | | PANEL SKIN-TACKABLE ACOUST, | | | |
| | | 48X24 | | | |
| | | SURFACE :Y078 SHADOW | | | |
| 2 | 34.00 | TS74824TK          STEELCASE | | 62.48 | 2,124.32 |
| | | PANEL SKIN-TACKABLE ACOUST, | | | |
| | | 48X24 | | | |
| | | SURFACE :F300 RICE | | | |
| 3 | 27.00 | TS712IFJS          STEELCASE | | 45.76 | 1,235.52 |
| | | JUNCTION-IN LINE, STACKING,12H | | | |
| 4 | 33.00 | T5106018R          STEELCASE | | 16.88 | 557.04 |
| | | TOP CAP ASSY-COH 1 END, OVAL, | | | |
| | | 36" | | | |
| | | BASIC   :7207 BLACK | | | |
| 5 | 22.00 | T510599SR          STEELCASE | | 12.50 | 275.00 |
| | | TOP CAP ASSY-COH 1 END, OVAL, | | | |
| | | 24" | | | |
| | | BASIC   :7207 BLACK | | | |
| 6 | 46.00 | T530004SR          STEELCASE | | 38.13 | 1,753.98 |
| | | TRIM COVER-VERTICAL, 120 | | | |
| | | 2-WAY, 54", PAINT | | | |
| | | BASIC   :7207 BLACK | | | |

|  |  |
|---|---|
| Sub Total | 9,430.66 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 9,430.66 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7599

125 Route 110
Farmingdale, New York
11735
T 631.844.5000
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8600
F 914.921.0991

# Invoice

Page 1 of 1

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order # | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277930 | 07/23/07 | SQ 270024 | 270387 | | ANNEMARIE GUERRA |

**SOLD TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
4 EAST – LEGAL
Melville, NY 11747

P: 1.631.622.5772

**Terms:** NET 20 DAYS          N02251          270024  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 1.00 | CWAT48144          STEELCASE<br>TABLE-RECTANGULAR,WOOD,<br>AMERICAN ELECT PROFILE,48X144<br>TOP-SURF:3712 FC/OP NATURAL WALNUT<br>OPTIONS     * * OPTIONS * *<br>OPT ACC     *OPT:OPTIONAL ACCESSORIES<br>GROMMET          GROMMETS<br>CPCLR            TWO POWER CHANNELS<br>COVER            COVER<br>CORIAN S         *COVER:CORIAN FINI<br>2971             NOCTURNE BLACK<br>TRIM             TRIM FINISH<br>STD PNTA         *TRIM:STANDARD PAI<br>0835             BLACK (TRANS) | 3,293.46 | 3,293.46 |
| 2 | 3.00 | CWCIRT18          STEELCASE<br>BASE-TABLE,DRUM,CIRCULAR,<br>WOOD MOLDING,18X18X27-1/2<br>BASIC   :3712 FC/OP NATURAL WALNUT | 596.16 | 1,788.48 |
| 3 | 1.00 | SERVICE          WAL<br>INSTALLATION OF 12' CONFERENCE TABLE<br>DURING NORMAL BUSINESS HOURS | 295.00 | 295.00 |

| | | |
|---|---|---|
| Sub Total | | 5,376.94 |
| WAL  DELIVERY | | $150.00 |
| NON TAXABLE-NEW YORK ONLY | | 0.00 |
| Please Pay This Amount: | | 5,526.94 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 315 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.686.7500 | T 631.844.3900 | T 914.921.8500 |
| F 212.696.7039 | F 631.694.3503 | F 914.921.2091 |

# Invoice

Page 1 of 2
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order Number | Customer Number | Account Representative |
|---|---|---|---|---|---|
| 278201 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |

SOLD TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Real Estate
Melville, NY 11747

P: 1.631.622.5772

Terms:  NET 20 DAYS            N02251            271241  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item Identification Number / Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 9.00 | TS712CH           STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H<br><br>TOP-CAP :6652 TITANIUM<br>OPTIONS     * * OPTIONS * *<br>TRIM        *OPT:TRIM PACKAGE<br>PAINT         PAINTED TRIM PKG<br>UPRIGHT       UPRIGHT<br>PAINT        *UPRIGHT:PAINT<br>4792          TITANIUM (TRANS) | 27.61 | 248.49 |
| 2 | 1.00 | T510605SR         STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>72"<br>BASIC   :4792 TITANIUM (TRANS) | 27.06 | 27.06 |
| 3 | 4.00 | T510613SR         STEELCASE<br>TOP CAP ASSY-COH 2 ENDS, OVAL,<br>72"<br>BASIC   :4792 TITANIUM (TRANS) | 30.59 | 122.36 |
| 4 | 7.00 | TU720FFL          STEELCASE<br>PEDESTAL-2 FILE DRAWERS,<br>23-1/2D<br>BASIC   :4792 TITANIUM (TRANS)<br>LOCK    :9201 POLISHED CHROME<br>PULL    :6652 TITANIUM<br>KEYS    :SK RAND<br>OPTIONS     * * OPTIONS * *<br>DWR ACC     *OPT:FILE DWR ACCESSORIES<br>RAIL          DRAWERS WITH RAILS<br>LOCK OPT    *OPT:LOCK OPTIONS<br>SINGLELK    STD:SINGLE LOCK | 273.41 | 1,913.87 |
| 5 | 13.00 | TS742ERJ          STEELCASE<br>JUNCTION-END OF RUN,42H | 48.33 | 628.29 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6000, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.689.7500
F 212.686.7658

125 Route 110
Farmingdale, New York
11735
T 631.844.3500
F 631.844.3500

401 Theodore Fremd Ave
Rye, New York
10580
T 914.321.8500
F 914.321.0001

# Invoice

Page 2 of 2
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer/Order Number | Sales Order | Ship | Account Representative |
|---|---|---|---|---|---|
| 278201 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |

| Item | Quantity | Item Code / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | |
| 6 | 13.00 | TS754LPJ          STEELCASE<br>JUNCTION-L,54H | 72.74 | 945.62 |
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | |
| 7 | 13.00 | TS712CH           STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H | 30.75 | 399.75 |
| | | TOP-CAP :6652 TITANIUM<br>OPTIONS     * * OPTIONS * *<br>TRIM        *OPT:TRIM PACKAGE<br>PAINT          PAINTED TRIM PKG<br>UPRIGHT        UPRIGHT<br>PAINT        *UPRIGHT:PAINT<br>4792           TITANIUM (TRANS) | | |
| 8 | 13.00 | TS10599SR         STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :4792 TITANIUM (TRANS) | 12.50 | 162.50 |
| 9 | 26.00 | TS72442TK         STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>24X42<br>SURFACE :P301 ALMOND | 56.64 | 1,472.64 |
| 10 | 13.00 | TS724HF           STEELCASE<br>FRAME-HORIZONTAL PACKAGE,24W<br><br>BASIC   :4792 TITANIUM (TRANS)<br>OPTIONS     * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY | 38.56 | 501.28 |
| | | | Sub Total | 6,421.86 |
| | | | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | | | Please Pay This Amount: | 6,421.86 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.695.7500 | T 631.844.9300 | T 914.921.9500 |
| F 212.695.7699 | F 631.694.3503 | F 914.921.0591 |

# Invoice

Page 1 of 5

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer PO Number | Sales Order Number | Ship Via Our | Account Representative |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2W
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          269967  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Product Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 4.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS<br>Tag For:  U SHAPED OFFICES | 10.07 | 40.28 |
| 2 | 2.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For:  U SHAPED OFFICES | 1,874.08 | 3,748.16 |
| 3 | 2.00 | LSB48K          .          STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | 155.29 | 310.58 |
| 4 | 2.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For:  U SHAPED OFFICES | 191.86 | 383.72 |
| 5 | 2.00 | EEEP2010FLW          STEELCASE<br>END PANEL-FREESTANDING, LH, 10H .<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  U SHAPED OFFICES | 122.43 | 244.86 |
| 6 | 2.00 | EEEP2010FRW          STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  U SHAPED OFFICES | 122.43 | 244.86 |
| 7 | 2.00 | EE30619L          STEELCASE | 809.31 | 1,618.62 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
V 212.686.7500
F 212.686.7699

125 Route 110
Farmingdale, New York
11735
T 631.694.3500
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.321.3500
F 914.321.0991

# Invoice

Page 2 of 5
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order Number | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Line | Quantity | Material Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2 DWRS, LATERAL FILE, FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | | |
| | | Tag For:  U SHAPED OFFICES | | |
| 8 | 2.00 | EE30358L        STEELCASE<br>PEDESTAL-WOOD,2 BOX/1FILE DWR,<br>LK,24X15X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | 611.09 | 1,222.18 |
| | | Tag For:  U SHAPED OFFICES | | |
| 9 | 2.00 | EEFS3070W        STEELCASE<br>SHELL-DESK, FREESTANDING,WOOD,<br>FLUSH BACK PANEL,30X70<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSF OPT    *OPT:WORKSURFACE OPTIONS<br>EEW3070WW     WKSF WD WATERFAL<br>CONFIGS      *OPT:PANEL CONFIGURATIONS<br>PNLCONF5      RCSSD BACK PANEL NO BASE | 1,102.40 | 2,204.80 |
| | | Tag For:  U SHAPED OFFICES | | |
| 10 | 2.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC    :3712 FC/OP NATURAL WALNUT | 505.09 | 1,010.18 |
| | | Tag For:  U SHAPED OFFICES | | |
| 11 | 2.00 | EEW2542WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X42<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br>RIGHT HAND. | 451.56 | 903.12 |
| | | Tag For:  U SHAPED OFFICES | | |
| 13 | 6.00 | GROMMETS        WAL<br>GROMMETS | 12.00 | 72.00 |

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
**Business**
**Environments**
www.waldners.com

218 Lexington Ave
New York, New York
10016
T 212.686.7600
F 212.686.7689

125 Route 110
Farmingdale, New York
11735
T 631.844.3500
F 631.694.3503

481 Theodore Freund Ave
Rye, New York
10530
T 914.921.8500
F 914.921.9991

# Invoice

Page 3 of 5

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order Number | Ship | Account Representative |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Line | Quantity | Item/Catalog Number & Edition | Unit Price | Extended Amount |
|---|---|---|---|---|
| 14 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS<br>Tag For: LH P TOP | 10.07 | 20.14 |
| 15 | 1.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD,6 DOORS,3<br>LOCKS,15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For: LH P TOP | 1,874.08 | 1,874.08 |
| 16 | 1.00 | LSB48K          STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W | 155.29 | 155.29 |
| 17 | 1.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>Tag For: LH P TOP | 191.86 | 191.86 |
| 18 | 1.00 | EEEP2510FLW          STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | 127.73 | 127.73 |
| 19 | 1.00 | EEEP2510FRW          STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | 127.73 | 127.73 |
| 20 | 1.00 | EETPRR3065W          STEELCASE<br>END PANEL-T SHAPE,EXTENDED,RH,<br>WOOD,30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For: LH P TOP | 765.32 | 765.32 |
| 21 | 1.00 | EE64867          STEELCASE<br>PANEL-CENTER SUPPORT,WOOD,<br>15X1-1/4X27 | 116.60 | 116.60 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.686.7000
F 212.696.7696

125 Route 110
Farmingdale, New York
11735
T 631.844.3000
F 631.694.3803

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5600
F 914.921.0091

# Invoice

**Page 4 of 5**

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Number / Order Name | PO Number | Name | Account Representative |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | LH P TOP | | |
| 22 | 1.00 | EE30619L        STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | 809.31 | 809.31 |
| | Tag For: | LH P TOP | | |
| 23 | 1.00 | EE30341L        STEELCASE<br>PEDESTAL-WOOD,2 BOX/1FILE DWR,<br>LK,19X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | 579.29 | 579.29 |
| | Tag For: | LH P TOP | | |
| 24 | 1.00 | EEPL3065WW        STEELCASE<br>WORKSURFACE-P TOP, LH, WOOD,<br>WATERFALL PROFILE,30X42X65<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>COLUMN  :4799 PLATINUM METALLIC<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>METALLIC<br>*COLUMN:METALLIC PAINT<br>4799<br>PLATINUM<br>***<br>----<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | 1,096.04 | 1,096.04 |
| | Tag For: | LH P TOP | | |
| 25 | 1.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 631.76 | 631.76 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.586.7500
F 212.586.7699

129 Route 110
Farmingdale, New York
11735
T 631.844.3200
F 631.694.3693

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0991

# Invoice

Page 5 of 5
WALDNERS/FARMINGDALE

| Number | Invoice Date | Customer P.O. | Order Number | Ship Via | Sales Person |
|--------|------|------|--------|------|------|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Line No. | Quantity | Product Number/Description | Unit Price | Amount |
|------|------|------|------|------|
| | | WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE | | |
| | Tag For: | LH P TOP | | |
| 26 | 1.00 | EEW2590WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 531.59 | 531.59 |
| | Tag For: | LH P TOP | | |
| 28 | 4.00 | GROMMETS         WAL<br>GROMMETS | 12.00 | 48.00 |
| 29 | 1.00 | LABOR          TOPS<br>INSTALLATION ON OVERTIME of 3 WOOD<br>OFFICES | 5,750.00 | 5,750.00 |
| | | | Sub Total | 24,828.10 |
| | | WAL  DELIVERY ON OVERTIME | | $1,165.00 |
| | | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | Please Pay This Amount: | | 25,993.10 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

**Waldner's**
Business
Environments
www.waldners.com

213 Lexington Ave
New York, New York
10016
T 212.696.7200
F 212.696.7599

525 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5560
F 914.921.0991

# Invoice

Page 1 of 1

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order | Salesperson ID | Account Represented by |
|---|---|---|---|---|---|
| 278523 | 08/07/07 | SQ 270445 | 270545 | | ANNEMARIE GUERRA |

**SOLD TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.6332

Terms: NET 20 DAYS          N02251          270445 TAX NO: Suffolk County IDA Cert.

| Item | Quantity | Item ID / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 1.00 | EEL4W          STEELCASE<br>FILE-LATERAL, FREESTANDING, 4<br>DRAWERS, LOCK, WOOD, 25X30X50-1/2<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9250 EMBER CHROME<br>KEYS     :SK RAND<br>OPTIONS  * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL | 3,015.00<br>1,628.10<br>46.00% | 3,015.00 |
| | | | Sub Total | 3,015.00 |
| | | | Less 46% | -1,386.90 |
| | | | WAL DELIVERY | $75.00 |
| | | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | | Please Pay This Amount: | 1,703.10 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**