IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
        Debtors.                                                          :
------------------------------------------------------------------------- x

### NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 22, 2007 AT 9:00 A.M. (ET)

### MATTERS GOING FORWARD

1.  Emergency Motion of the Debtors to Enter into and Perform under Auction Procedures Agreement; (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC and Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder [D.I. 203, 8/17/07]

    Objection Deadline:   August 20, 2007 at 1:00 p.m.

    Related Document:

    a)  Motion for an Order Shortening the Time for Notice of the Hearing to Consider the Emergency Motion of the Debtors to Enter into and Perform under Auction Procedures Agreement; (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC and Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder [D.I. 204, 8/17/07]

    b)  Order Shortening The Time For Notice of The Hearing To Consider The Emergency Motion Of The Debtors For Entry Of An Order (I) Authorizing Debtors To Enter Into And Perform Under Auction Procedures Agreement; (II) Approving Sale Procedures In Connection With The Sale Of Certain Assets Of Non-Debtors Broadhollow Funding, LLC And Melville Funding, LLC; (III)

---

[1] **Amendments appear in bold.**

Approving The Form Of Notice Of Auction; And (IV) Approving The Sale To The Successful Bidder [D.I. 221, 8/17/07]

Objections Filed:    None to date

Status:    This matter will be going forward.

## OTHER MATTER

2. **Stipulation Between Certain Debtors and ABN AMRO Bank N.V.; Order Thereon [To Be Filed]**

   **Status: This matter will be going forward.**

Dated: Wilmington, Delaware
August 21, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Edwin J. Harron (No. 3396)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession