IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation,) | (Jointly Administered) |
| *et al.* ) | |
| Debtors. ) | Hearing Date: September 4, 2007 at 11:00 a.m. |
| _____ ) | Objection Deadline: August 28, 2007 at 4:00 p.m. |

## NOTICE OF HEARING ON EMERGENCY MOTION OF IMPAC FUNDING CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

On August 17, 2007, Impac Funding Corporation, filed the **Emergency Motion of Impac Funding Corporation for Relief From the Automatic Stay** (the "Motion").

A hearing on the Motion shall be held before the Honorable Judge Christopher S. Sontchi on **September 4, 2007 at 11:00 A.M.** at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware.

Responses to the Motion, if any, must be filed on or before **August 28, 2007 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any response upon the undersigned attorneys.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 21, 2007
Wilmington, Delaware

*[signature]*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com

*Counsel for Impac Funding Corporation*

DM3\556304.1