# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** American Home Mortgage Holdings, Inc.
**Case Number:** 07-11047-CSS    **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, AUGUST 22, 2007 09:00 AM   CRT#6, 5TH FL.
**Bankruptcy Judge:** CHRISTOPHER S. SONTCHI
**Courtroom Clerk:** DANIELLE GADSON
**Reporter / ECR:** NICOLE SCHAEFER

### Matter:

Emergency Motion
**R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

Judge signed orders:

- Stipulation Between Certain Debtors and ABN AMRO Bank N.V.;  Order Thereon

- Order (I) Authorizing Debtors to Enter Into and Perform Under Auction Procedures Agreement;
    (II) Approving Sale Procedures in Connection with the Sale of Certain Assets of Non-Debtors
    Broadhollow Funding, LLC and Melville Funding, LLC;
    (III) Approving the Form of Notice of Auction; and
    (IV) Approving the Sale to the Successful Bidder