# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 22, 2007 @ 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Samantha G. Amdursky (telephonic) | Paul Weiss Rifkind Wharton | Lehman Brothers |
| John Ashmead (telephonic) | Seward & Kissel | Deutsche Bank |
| Benjamin Ackerly (telephonic) | Hunton & Williams | Calyon |
| Robert J. Moore (telephonic) | Millbank Tweed Hadley & McCloy | ABN AMRO Bank N.V. |
| Mark Ellenberg | Hahn & Hessen | RuPuseJ current & Cummittee |
| John H. Knight | Richards Layton | ABN Amro Bank, N.V. |
| Fred Neufeld | Millbank Tweed | " |
| Laurie Schwartzman | Otter Anderson (Corn.LLP) | Bank of America, N.A. |
| Mark T. Hurford | Campbell & Lasry | Citigroup |
| Lisa G. Laukitis | K+E | Citigroup |
| Pauline Morgan/Matt Lunn | Young Conaway | Debtors |
| Jon Mish | USDOJ | U.S. Trustee |
| Robert Brady | Young Conaway | Debtors |
| Scott Talmadge | Kaye Scholer | Bank of America, N.A. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

1

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 22, 2007 @ 9:00 A.M.

2

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Steve Yoder | The Bayard Firm | Lehman Bro/FA, Inc. |
| Victoria Couvelier | Greenberg Traurig | DIP Lender |
| [signature] | Blank Rome | Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.