IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
        Debtors.                                                    :
-------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## AUGUST 24, 2007 AT 1:00 P.M. (ET)

### CONTESTED MATTERS GOING FORWARD

1.    Motion for Interim and Final Orders Authorizing Debtors to Implement Non-Insider
      Employee Retention Plan Pursuant to Sections 105, 363, 503 of the Bankruptcy Code
      [D.I. 10, 8/6/07]

      Related Documents:

            a)    Order Shortening the Time for Notice of the Hearing to Consider the
                  Motion for Final Order Authorizing Debtors to Implement Non-Insider
                  Employee Retention [D.I. 111, 8/9/07]

            b)    Interim Order Authorizing Debtors to Implement Non-Insider Employee
                  Retention Plan [D.I. 112, 8/9/07]

            c)    Notice of Entry of Interim Order and Final Hearing re: Motion for Final
                  Order Authorizing Debtors to Implement Non-Insider Employee Retention
                  [D.I. 115, 8/9/07]

      Objection Deadline:   August 16, 2007 at 4:00 p.m.

      Objections Filed:

            d)    Objection of the United States Trustee [D.I. 191, 8/16/07]

      Status: This matter will be going forward.

066585.1001

2.    Emergency Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy
Code Approving Debtors' Entry Into License Agreement With Indymac Bank, F.S.B. in
Connection Its Bid for Assignment of Certain Office Leases and Purchase of Related
Furniture, Fixtures and Equipment *Nunc Pro Tunc* to August 8, 2007 [D.I. 135, 8/10/07]

Objection Deadline:    August 21, 2007 at 4:00 p.m.

Related Documents:

a)    Order Shortening The Time For Notice Of The Hearing To Consider
Emergency Motion For An Order, Pursuant To The Sections 105 And 363
Of The Bankruptcy Code Approving Debtors' Entry Into License
Agreement With Indymac Bank, F.S.B. In Connection With Its Bid For
Assignment Of Certain Leases And Purchase Of Related Furniture,
Fixtures And Equipment Nunc Pro Tunc To August 8, 2007 [D.I. 140,
8/13/07]

b)    Notice of Additional Office Leases to be Assumed and Assigned, and the
Furniture, Fixtures and Equipment Located Therein Sold, to Indymac
Bank F.S.B. or Higher or Better Bidder as Contemplated in the Emergency
Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the
Bankruptcy Code, (I) Authorizing the Assumption and Assignment of
Certain Real Property Leases and The Sale of Furniture, Fixtures and
Equipment Located Therein; (II) Approving the Terms of the Letter
Agreement; and (III) Granting Related Relief [D.I. 228, 8/17/07]

Objections Filed:

c)    Limited Objection of DDR Southeast Fountains, L.L.C., DDRTC
Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek,
LLC [D.I. 260, 8/21/07]

d)    Limited Objection of Waldner's Business Environments Inc. [D.I. 271,
8/21/07]

Status: This matter will be going forward.

3.      Emergency Motion for an Order, Pursuant to Sections 105(a), 363 And 365 of the
        Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real
        Property Leases and The Sale of Furniture, Fixtures and Equipment Located Therein; (II)
        Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I.
        137, 8/10/07]

        Objection Deadline:    August 21, 2007 at 4:00 p.m.

        Related Documents:

                a)      Order Shortening The Time For Notice Of The Hearing To Consider
                        Emergency Motion For An Order, Pursuant To Sections 105(a), 363 And
                        365 Of The Bankruptcy Code, (I) Authorizing The Assumption And
                        Assignment Of Certain Real Property Leases And The Sale Of Furniture,
                        Fixtures And Equipment Located Therein; (II) Approving The Terms Of
                        The Letter Agreement; And (III) Granting Related Relief [D.I. 141,
                        8/13/07]

                b)      Notice of Additional Office Leases to be Assumed and Assigned, and the
                        Furniture, Fixtures and Equipment Located Therein Sold, to Indymac
                        Bank F.S.B. or Higher or Better Bidder as Contemplated in the Emergency
                        Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the
                        Bankruptcy Code, (I) Authorizing the Assumption and Assignment of
                        Certain Real Property Leases and The Sale of Furniture, Fixtures and
                        Equipment Located Therein; (II) Approving the Terms of the Letter
                        Agreement; and (III) Granting Related Relief [D.I. 228, 8/17/07]

        Objections Filed:

                c)      De Lage Landen Financial Services, Inc.'s Statement in Response to
                        Debtors' Emergency Motion for an Order, Pursuant to Sections 105(a),
                        363 And 365 of the Bankruptcy Code, (I) Authorizing the Assumption and
                        Assignment of Certain Real Property Leases and The Sale of Furniture,
                        Fixtures and Equipment Located Therein; (II) Approving the Terms of the
                        Letter Agreement; and (III) Granting Related Relief [D.I. 173, 8/15/07]

                d)      Limited Objection of DDR Southeast Fountains, L.L.C., DDRTC
                        Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek,
                        LLC [D.I. 260, 8/21/07]

                e)      Limited Objection of Waldner's Business Environments Inc. [D.I. 270,
                        8/21/07]

f)      Informal Response from Indian Valley Properties LLC [D.I. TBD,
        8/21/07]

g)      Informal Response from American Commercial Realty [D.I. TBD]

Status: This matter will be going forward.

4.    Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy
      Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property
      Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture,
      Fixtures and Equipment Located Therein [D.I. 183, 8/15/07]

      Objection Deadline:    August 21, 2007 at 4:00 p.m.

      Related Document:

              a)      Order Shortening the Time for Notice of the Hearing to Consider Motion
                      for an Order, Pursuant to Sections 105, 363, 365 and 554 of the
                      Bankruptcy Code, Establishing Procedures for the (i) Assumption and
                      Assignment of Real Property Leases and/or Other Executory Contracts
                      and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment
                      Located Therein [D.I. 189, 8/16/07]

              b)      Notice of Filing of Corrected Exhibit A to Motion for an Order, Pursuant
                      to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing
                      Procedures for the (i) Assumption and Assignment of Real Property
                      Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of
                      Furniture, Fixtures and Equipment Located Therein [D.I. 190, 8/16/07]

      Objections Filed:

              c)      Limited Objection of DDR Southeast Fountains, L.L.C., DDRTC
                      Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek,
                      LLC [D.I. 260, 8/21/07]

              d)      De Lage Landen Financial Services, Inc.'s Response and Limited
                      Objection [D.I. 263, 8/21/07]

 

    e)       Limited Objection of BP Kingstowne Office Building K LP and the Trustees of Mall Road Trust [D.I. 267, 8/21/07]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
August 22, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession