**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 07-11047(CSS) |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Jointly Administered |
| corporation, et al., | ) | |
| | ) | Related Docket No.241 |
| Debtors. | | |

**ORDER DENYING MOTION TO SHORTEN TIME**

Upon consideration of the motion (the "Motion to Shorten") of the above captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order providing that the applicable notice period for the Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Eployment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, *Nunc Pro Tunc*, as Special Investigatory, Litigation, and Conflicts Counsel to the Debtors be shortened pursuant to Rule 9006-1(e)of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

**ORDER, ADJUDGED, AND DECREED** that the Motion to Shorten is DENIED.

 

 

_/s/ Christopher S. Sontchi_
Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: August 21, 2007

cc: James L. Patton, Jr., Esq.