# Exhibit "B"



# RMF
## RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6535
Writer's Direct Fax: (516) 663-6753
Writer's E-Mail: jwurst@rmfpc.com

August 10, 2007

**BY FEDEX**

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Re: Reclamation Demand by Waldner's Business Environments Inc. ("Waldner's")

Dear Sir/Madam:

This firm is counsel to Waldner's. Pursuant to 11 U.S.C. § 546(c), and other statutory and common law rights upon which Waldner's may be entitled to rely, we hereby demand reclamation and the return of all goods (the "Goods") received by American Home Mortgage Corp. or any of its related companies, affiliates, or subsidiaries (collectively, "American") from Waldner's, or anyone acting on Waldner's behalf, since June 22, 2007 (i.e. during the 45 days preceding American's August 6, 2007 Chapter 11 filing). This demand specifically includes, but is not limited to, the items set forth on the invoices enclosed herewith. We further demand that the Goods be returned on or before August 16, 2007. Please contact me or Matthew V. Spero, Esq. (516-663-6604) to discuss the logistics of reclaiming these Goods.

Additionally, inasmuch as the Goods are subject to Waldner's right of reclamation, we hereby demand that the Goods be segregated and identified, and that no such Goods be used, fabricated, sold, dissipated, or commingled with any other goods.

We assert and preserve all rights under 11 U.S.C. § 546(c) and other applicable law.

Very truly yours,

JEFFREY A. WURST
For the Firm

Enclosures

cc: Pauline K. Morgan, Esq.. (via e-mail and FedEx, pmorgan@ycst.com)

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6501 ▼ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10036 ▼ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788