FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| *Waldner's Business Environments, Inc.* | *American Home Mortgage Corp.* |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| Patrick J. Reilley, Esquire (302) 421-6885<br>Saul Ewing, LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>-and-<br>Harold S. Berzow, Esquire (516) 663-6600<br>Matthew V. Spero, Esquire<br>Ruskin Moscou Faltischek, P.C.<br>1425 RexCorp Plaza, East Tower, 15th Floor<br>Uniondale, NJ 11556-1425 | James L. Patton, Jr., Esquire (302) 571-6600<br>Pauline K. Morgan, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>X Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>X Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**Reclamation under Section 546(c) and Administrative Expense – 503(d)(9)**

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| FRBP 7001(1) – Recovery of Money/Property | FRBP 7001(6) – Dischargeability (continued) |
|---|---|
| ☐ 11 - Recovery of money/property - §542 turnover of property | ☐ 61 – Dischargeability - §523(a)(5), domestic support |
| ☐ 12 - Recovery of money/property - §547 preference | ☐ 68 – Dischargeability - §523(a)(6), willful and malicious injury |
| ☐ 13 - Recovery of money/property - §548 fraudulent transfer | ☐ 63 – Dischargeability - §523(a)(8), student loan |
| X 14 – Recovery of money/property – other | ☐ 64 – Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support) |
| **FRBP 7001(2) – Validity, Priority of Extent of Lien** | ☐ 65 – Dischargeability - other |
| ☐ 21 – Validity, priority or extent of lien or other interest in property | **FRBP 7001(7) – Injunctive Relief** |
| **FRBP 7001(3) – Approval of Sale of Property** | ☐ 71 – Injunctive relief – reinstatement of stay |
| ☐ 31 – Approval of sale of property of estate and of a co-owner - §363(h) | ☐ 72 – Injunctive relief - other |
| **FRBP 7001(4) – Objection/Revocation of Discharge** | **FRBP 7001(8) – Subordination of Claim or Interest** |
| ☐ 41 – Objection / revocation of discharge - §727(c), (d), (e) | ☐ 81 – Subordination of claim or interest |
| **FRBP 7001(5) – Revocation of Confirmation** | **FRBP 7001(9) – Declaratory Judgment** |
| ☐ 51 – Revocation of confirmation | ☐ 91 – Declaratory judgment |
| **FRBP 7001(6) – Dischargeability** | **FRBP 7001(10) – Determination of Removed Action** |
| ☐ 66 – Dischargeability - §523(a)(1), (14), (14A), priority tax claims | ☐ 01 – Determination of removed claim or cause |
| ☐ 62 – Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | **Other** |
| ☐ 67 – Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | ☐ SS-SIPA Case – 15 U.S.C. §§78aaa.*et seq.* |
| (continued next column) | ☐ 02 – Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ **348,061.05** |

Other Relief Sought

**Administrative Expense Claim Priority – Section 503(b)(9)**

551085.1 8/22/07

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>American Home Mortgage Holdings, Inc. || BANKRUPTCY CASE NO.<br>07-11047 ||
| DISTRICT IN WHICH CASE IS PENDING<br>Delaware | DIVISIONAL OFFICE<br>N/A || NAME OF JUDGE<br>Christopher S. Sontchi |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF || DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* ||||
| DATE<br>August 22, 2007 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Patrick J. Reilley (No. 4451) |||

551085.1 8/22/07