IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x

In re:                                    Chapter 11

AMERICAN HOME MORTGAGE                    Case No. 07-11047 (CSS)
HOLDINGS, INC., *et al.*,                 (Jointly Administered)

Debtors.

------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 22nd day of August, 2007, I served a copy of the *Limited Objection of STWB, Inc. to Debtors' Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (I) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (II) Sale or Abandonment of Furniture, Fixture and Equipment Located Therein* upon the parties listed below in the manner indicated:

*Email & Hand Delivery*
James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Sean Beach, Esquire
Matthew Lunn, Esquire
Donald Bowman, Jr., Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

DUANE MORRIS LLP

_____
Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801