UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                    :   Chapter 11 Case No.
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :
   Debtors.                                               :
---------------------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF DANIEL C. MCELHINNEY, ESQ.
IN CONNECTION WITH DEBTORS' APPLICATION FOR ORDER APPROVING
DEBTORS' RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC AS CLAIMS,
NOTICE AND BALLOTING AGENT PURSUANT TO 28 U.S.C. § 156(c),
BANKRUPTCY RULE 2002(f) AND LOCAL RULE 2002-1(f)**

Daniel C. McElhinney, Esq., declares pursuant to 28 U.S.C. § 1746:

1. I am Senior Vice President and Director of Operations of Epiq Bankruptcy Solutions, LLC ("Epiq"), which has been engaged as claims, noticing and balloting agent ("Claims Agent") pursuant to an order of this Court dated August 17, 2007 in the above-captioned cases. I submit this declaration to supplement my declaration, dated August 6, 2007, which was filed in support of the application to retain Epiq as Claims Agent in these cases.

2. Based on my further review of the Debtors' list of creditors and parties in interest, it appears that certain of such parties are vendors with whom Epiq maintains an ordinary course of business relationship. Examples of such vendors would include providers of overnight delivery services and long distance telephone service providers. To the best of my knowledge,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

such relationships are completely unrelated to the Debtors and these Chapter 11 cases. Epiq may, however, utilize such vendors in the ordinary course of business in connection with providing services to the Debtors in these cases.

I certify under penalty of perjury that, based upon my knowledge, information and belief as set forth in this Supplemental Declaration, the foregoing is true and correct.

Dated: August 20, 2007

_____
Daniel C. McElhinney, Esq.
Senior Vice President, Director of Operations