IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 22 day of August 2007 he caused a copy of the following document(s):

Agenda of Matters Scheduled for Hearing [Docket No. 281]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 22nd day of August 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| **FROM:** Debbie Laskin, Paralegal | | **DATE:** | AUGUST 22, 2007 |
| **PHONE:** 302-571-6710 | | **CLIENT MATTER:** | 066585.1001 |

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| David G. Aelvoet, Esq. | Linebarder Goggan Blair & Sampson, LLP | 210-225-6763 | 210-225-6410 |
| John Ashmead, Esq. | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Doria Bachenheimer | Securities and Exchange Commission | | 212-336-1320 |
| Elizabeth Banda, Esq. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | 817-461-3344 | 817-860-6509 |
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Karen C. Bifferato, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Brian W. Bisignani | Post & Schell, PC | | 717-731-1985 |
| William P. Bowden, Esq. | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Mark A. Broude, Esq. | Latham & Watkins LLP | 212-906-1200 | 212-751-4864 |
| Charles J. Brown, III, Esquire | Harvey Pennington, LTD | 302-428-0719 | 302-428-0734 |
| Michael Busenkell | Eckert Seamans Cherin & Mellott, LLC | | 302-425-0432 |
| Ronald L. Cohen, Esquire | Seward & Kissel | 212-574-1200 | 212-480-8421 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Alison Conn | Securities and Exchange Commission | | 212-336-1320 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Donna Culver, Esq. | Morris, Nichols, Arsht & Tunnell | 302-658-9200 | 302-658-3989 |
| Teresa K.D. Currier, Esq. | Buchanan Ingersoll & Rooney P.C. | 302-428-5500 | 302-428-3996 |
| Mary DeFalaise, Esq. | U.S. Department of Justice | | 202-307-0494 |
| John Dillman | Linebarger Goggan Blair & Sampson, LLP | | 713-844-3503 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| J. Cory Falgowski, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| J. David Folds, Esq. | DLA Piper US LLP | | 202-689-7534 |
| Samuel B. Garber | General Growth Management, Inc., | 312-960-5079 | 312-960-5993 |
| Ian Gershengorn | Jenner & Block LLP | | 202-639-6066 |
| Marcia L. Goldstein, Esquire | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Arnold Gulkowitz, Esq. | Orrick Herrington & Sutcliffe, LLP | 212-506-5140 | 212-506-5151 |
| Frederick D. Holden, Jr. | Orrick, Herrington & Sutcliffe LLP | 415-773-5700 | 415-773-5759 |
| James E. Huggett, Esquire | Margolis Edelstein | | 302-888-1119 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP | 302-652-4100 | 302-652-4400 |
| Steven K. Kortanek, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Kimberly E.C. Lawson, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Scott K. Levine, Esq. | Platzer Swergold Karlin Levine Goldberg & Jaslow | 212-593-3000 | 212-593-0353 |
| James M. Liston, Esq. | Bartlett Hackett Feinberg, P.C. | | 617-422-0383 |
| Gerard Luckman | Silverman Perlstein & Acampora LLP | | |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |
| Richard Miller, Esq. | Kirkpatrick & Lockhart Preston Gates Ellis LLP | 212-536-3900 | 212-536-3901 |
| Joseph T. Moldovan, Esq. | Moorison Cohen LLP | 212-735-8600 | 212-735-8708 |
| Norman Monhait | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Guy Moss, Esq. | Riemer & Braunstein | | 617-362-3466 |
| Kathleen O'Connell, Esq. | Suntrust Bank | | 404-214-8439 |
| Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Harold Olsen, Esquire | Stroock & Stroock & Lavan, LLP | 212-806-5424 | 212-806-6006 |
| John Philip, Esq. | Crislip, Philip & Asso. | | 901-255-9306 |
| Thomas J. Polis, Esq. | Polis & Associates | 949-862-0040 | 949-862-0041 |
| Michael Reed, Esquire | McCreary, Veselka, Bragg & Allen, P.C. | 512-451-9000 | 512-454-1881 |
| Patrick J. Reilley, Esq. | Saul Ewing LLP (Waldners) | 302-421-6800 | 302-421-5865 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-984-8300 |
| Erica Ryland | Jones Day | 212-326-3416 | 212-755-7306 |
| Todd C. Schiltz, Esquire | Wolf Block Schorr & Solis-Cohen, LLP | 302-777-0312 | 302-777-5863 |
| Margot B. Schonholtz, Esq. | Kaye Scholer  LLP | 212-836-8000 | 212) 836-8689 |
| Patricia Schrage | Securities and Exchange Commission | | 212-336-1320 |
| Stephen B. Selbst, Esquire | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Andrea Sheehan, Esq. | Law Offices of Robert E. Luna, P.C. | 214-521-8000 | 214-521-1738 |
| Harold Berzow, Esq. | Ruskin Moscou Faltischek (Waldners) | | 516-663-6796 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Vincent Sherman | Securities and Exchange Commission | | 212-336-1320 |
| Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7545 | 302-651-7701 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Andrew Silverstein | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Catherine Steege | Jenner & Block | 312-222-9350 | 312-840-7352 |
| Scott D. Talmadge, Esq. | Kaye Scholer LLP | | 212) 836-8689 |
| Christina Thompson, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Elizabeth Weller, Esq. | Linebarger Goggan Blair Pena & Sampson LLP | 214-880-0089 | 214-253-2558 |
| David H. Zielke, Esq. | Washington Mutual | 206-500-4352 | 206-377-2236 |
| Raymond Lemisch, Esq. | Benesch, Friedlander Coplan & Aronoff (DDR Southeast Fountains) | | 302-442-7012 |
| Frederick Rosner, Esq. | Duane Morris (De Lage Landen Financial) | | 302-657-4901 |
| Richard Baer | American Commercial Realty | | 561-775-8088 |
| William Burnett, Esq. | Flaster/Greenberg (BP Kingstowne) | | 302-351-1919 |
| J. David Folds, Esq. | DLA Piper US LLP (BP Kingstowne) | | 202-689-7534 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*