IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                               :    Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS,                     :    Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,                :
                                                     :    (Jointly Administered)
                    Debtors.                         :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Davis & Gilbert LLP and The Bayard Firm hereby appear in the above-captioned chapter 11 cases on behalf of Natixis Real Estate Capital Inc. pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of chapter 11, of title 11, of the United States Code (the "Bankruptcy Code"), and demand is hereby made for copies of all notices given or required to be given in these cases (the "Cases") and all papers served in the Cases (including, but not limited to, all papers filed and served in all adversary proceedings in the Cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) to be served upon the following:

Joseph F. Falcone III
Director, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, New York 10019

-and-

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800

1

-and-

Steven M. Yoder, Esquire (No. 3885)
Eric M. Sutty, Esquire (No. 4007)
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in these Cases.

Dated: August 22, 2007

THE BAYARD FIRM

By: /s/ Eric M. Sutty
Steven M. Yoder (No. 3885)
Eric M. Sutty (No. 4007)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000

-and-

Joseph Cioffi, Esq.
Miles Baum, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800

Attorneys for Natixis Real Estate Capital Inc.

2