## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 22nd day of August, 2007, I caused a copy of the **Notice of Appearance and Request for Service of Papers** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

                                              Eric M. Sutty (No. 4007)

668132-1