# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)
Telephonic Hearing

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 22, 2007 @ 4:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selber Silverstein | Potter Anderson & Corroon | Bank of America |
| Scott Talmadge | Kay Scholer | Bank of America |
| Bonnie Fatell / Mark Indelcato | Blank Rome | Official Committee of Unsecured Creditors |
| Victoria Counihan | Greenberg Traurig | WLR Recovery |
| Maris Finnegan | Richards, Layton & Finger | ABN Amro |
| John Dorsey | YCST | American Home Mortgage Holdings |
| Robert J. Moore / Fred Neufeld | Millbank Tweed Hadley & McCloy | ABN |
| Mary DeFalaise / James Bruen | US Department of Justice | United States of America |
| | | |
| | | |
| | | |
| | | |