# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: August 30, 2007 at 4:00 p.m.** |
| | ) **(Requested)** |
| | ) **Hearing Date: September 4, 2007 at 11:00 a.m.** |
| | ) **(Requested)** |
| | ) **Related Docket No. 229** |

## MOTION TO SHORTEN NOTICE AND FOR EXPEDITED HEARING ON MOTION OF DB STRUCTURED PRODUCTS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

DB Structured Products, Inc. ("DBSP"), by and through its undersigned counsel, hereby submits this motion (the "Motion to Shorten") for entry of an order shortening the applicable notice period for the *Motion of DB Structured Products, Inc. for Relief from the Automatic Stay*, filed on August 17, 2007, Docket No. 229, (the "DBSP Stay Motion"), pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), sections 102 and 105 of Title 11 of the United States Code (the "Bankruptcy Code") and rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). DBSP proposes that the hearing to consider the DBSP Stay Motion be conducted on September 4, 2007 at 11:00 a.m. and objections to the relief requested therein be filed by August 30, 2007 at 4:00 p.m. In support of the Motion to Shorten, DBSP respectfully states as follows:

1.  Bankruptcy Rule 2002(a) requires twenty (20) days' notice prior to the hearing date for motions filed in chapter 11 cases involving the relief requested in the DBSP Stay Motion. Pursuant to Local Rule 9006-1(e), however, such period maybe shortened by order of

the Court upon written motion specifying the exigencies supporting shortened notice. DBSP submits that there is sufficient cause to justify shortening the notice period for the hearing on approval of the relief requested in the Motion.

2. By the DBSP Stay Motion, DBSP seeks relief from the automatic stay to terminate a Master Mortgage Loan Purchase and Servicing Agreement dated as of May 1, 2006 ("Servicing Agreement") among American Home Mortgage Corp., as seller, American Home Mortgage Servicing, Inc., as servicer (the "Servicer") and DBSP as initial purchaser.

3. As set forth in the DBSP Stay Motion, DBSP has been unable to securitize mortgages purchased pursuant to the Servicing Agreement and is suffering irremediable harm as a result. The Servicer is in default under the Servicing Agreement for the reason that, among other things, the Servicer lost its credentials as an FNMA qualified servicer. Because such defaults cannot be remedied, the Servicing Agreement may not be assumed and assigned.

4. The facts enumerated above are very similar to those in the *Emergency Motion of Impac Funding Corporation for Relief from the Automatic Stay*, filed on August 17, 2007 [Docket No. 232] ("Impac Stay Motion"). The Court has scheduled a hearing on September 4, 2007 at 11:00 a.m. to consider the Impac Stay Motion.

5. DBSP respectfully requests that in the interest of judicial economy and efficiency, the Court consider the relief in the DBSP Stay Motion at the hearing scheduled for September 4, 2007 at 11:00 a.m.

WHEREFORE, DBSP respectfully requests the Court enter an order approving this Motion to Shorten, scheduling a hearing on the DBSP Stay Motion for September 4, 2007 at 11:00 a.m., and requiring that any responses or objections to the DBSP Stay Motion be filed with the Court and served upon and received by the undersigned counsel on or before August 30, 2007 at 4:00 p.m.

Dated: August 22, 2007

ASHBY & GEDDES, P.A.

/s/ William P. Bowden

William P. Bowden (I.D. No. 2553)
Don A. Beskrone (I.D. No. 4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

BINGHAM MCCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

*Counsel to DB Structured Products, Inc.*

183448.1

3