IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Related Docket No. _____ |

## ORDER GRANTING MOTION TO SHORTEN NOTICE
## AND FOR EXPEDITED HEARING ON MOTION OF
## DB STRUCTURED PRODUCTS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

The Court having considered the Motion to Shorten Notice and for Expedited Hearing on Motion of DB Structured Products, Inc. for Relief from the Automatic Stay, (the "Motion to Shorten");[1] the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider the DBSP Stay Motion on _____ at _____ a./p.m. Eastern Time; and

3. All objections and responses to the DBSP Stay Motion shall be filed on or before _____ at 4:00 p.m. Eastern Time.

Dated: August____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

183448.1

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion to Shorten.