IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | (Jointly Administered) |
| Corporation et al. | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Indymac Bank F.S.B. ("IMB"), a party in interest in the cases of the above-captioned debtors and debtors in possession (the "Debtors")[1] hereby appears by their counsel, Pachulski Stang Ziehl Young Jones & Weintraub LLP ("PSZYJW"). PSZYJW hereby appears as counsel of record for IMB pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. PSZYJW requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. (Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

68700-001\DOCS_DE:129824.1

not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon IMB through service upon PSZYJW, at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Laura Davis Jones, Esquire | Brad R. Godshall |
| Curtis A. Hehn, Esquire | Pachulski Stang Ziehl Young |
| Pachulski Stang Ziehl Young | Jones & Weintraub LLP |
| Jones & Weintraub LLP | 10100 Santa Monical Blvd., 11th Floor |
| 919 N. Market Street, 17th Floor | Los Angeles, CA 90067-4100 |
| P.O. Box 8705 | Telephone: (310)-277-6910 |
| Wilmington, DE 19899-8705 | Facsimile: (310)-201-0760 |
| (Courier 19801) | Email: bgodshall@pszyjw.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |
| Email: ljones@pszyjw.com | |
|     chehn@pszyjw.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of IMB, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter

68700-001\DOCS_DE:129824.1

subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which IMB may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 22, 2007

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (DE Bar No. 2436)
Curtis A. Hehn (DE Bar No. 4264)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszyjw.com
       chehn@pszyjw.com

Counsel for Debtors and Debtors in Possession