IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------- x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, et al., : | Jointly Administered |
| : | |
| Debtors. : | Proposed Objection Deadline: At the Hearing |
| : | Proposed Hearing Date: August 24, 2007 at 1:00 P.M. |
| ------------------------------------------------------------- x | |

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO THE POSTPETITION LENDER; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1 (b)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession have filed the **Motion of the Debtors for Order Pursuant to Sections 105(a) And 363 of the Bankruptcy Code (I) Confirming the Debtors' Authority (A) to Sell Certain Real Estate Owned by the Debtors in the Ordinary Course Free and Clear of any and all Liens and Encumbrances, (B) to Continue Funding Servicing Advances and Deducting Such Servicing Advances From the Proceeds of the Sale, (C) to Distribute Proceeds of the Sale, and (II) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Debtors propose objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **1:00 p.m. (ET) on August 24, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

THE DEBTORS HAVE REQUESTED THAT A HEARING ON THIS MATTER WILL BE HELD ON **AUGUST 24, 2007 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
August 22, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession