IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew J. Botica, Esquire of Winston & Strawn LLP as counsel for Kodiak Funding LP in this proceeding.

Dated: August 20, 2007

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Norman Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567

Local Counsel for Kodiak Funding LP

Dkt. No. 248
Filed 8-20-07