IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., ET AL.<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>RE: Docket No.: _____ |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF RICHARD P. NORTON

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Richard P. Norton is granted.

Dated: August 22, 2007

*/s/ Christopher S. Sontchi*
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the States of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: August 7, 2007

Richard P. Norton, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: morton@reedsmith.com