

American Commercial Realty Corp.
4400 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
T. 561.775.1300
F. 561.775.8088

August 21, 2007

United States Bankruptcy Court
District of Delaware
Honorable Christopher S. Sontchi
824 N. Market Street, 5th Floor
Courtroom #6
Wilmington, DE 19801

RE:   American Home Mortgage Bankruptcy
      Bankruptcy Case NO. 07-11047

The Honorable Christopher S. Sontchi:

Attached please find correspondence regarding the above referenced case number. The Motion was not even sent to the creditors and property owners until Friday, August 17, 2007. We feel that there clearly was not adequate time to respond to the Motion. As per the attached letter, we believe that the Debtor should be required to provide proper Notice and a new auction date should be set. If that is not to be the case, we will appear at the auction on Thursday.

Sincerely,

**American Commercial Realty Corp.**

Richard Baer
Chief Operating Officer

Enclosure