

American Commercial Realty Corp.
4400 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
T. 561.775.1300
F. 561.775.8088

Via fax to 302-576-3472 and email to kcoyle@ycst.com

August 21, 2007

Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

Attn:   James L. Patton, Jr., Esquire
        Kara Coyle, Esquire

RE:     American Home Mortgage Bankruptcy Lease Disposition
        Bankruptcy Case No. 07-11047

Gentlemen:

In response to your filing regarding the above referenced matter dated August 17, 2007, please be advised that we are responding on behalf of the owners of one particular property located at 12751 S. Dixie Highway, Miami, FL (location #2821) leased from Pinecrest Realty Associates, LLC.  The Landlord objects to the sale for the following reasons:

   1.)   Inadequate notice was given to creditors.
   2.)   Inadequate compensation is granted to debtors.

Please be advised that on behalf of the Property Owner, Pinecrest Realty Associates, LLC, we are prepared to bid for the FFE and the lease at the above-described location.  Our belief is that the auction should be rescheduled and properly advertised, however if it takes place on August 23, 2007 we are prepared to be present and to bid for this lease.

Very Truly Yours,

**American Commercial Realty Corp.**

Richard Baer
Chief Operating Officer

Cc:   United States Bankruptcy Court for the District of Delaware