IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DIVISION

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.
_____/
Debtor (s)

Case No: 07-11047-CSS

Chapter: 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I HEREBY FILE this Notice of Appearance on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Susan D. Profant, CFCA, CLA, Paralegal
KEN BURTON, JR., Manatee County Tax Collector
P. O. Box 25300
Bradenton, Florida 34206-5300
819 U.S. 301 Blvd. West
Bradenton, Florida 34205
Phone: (941) 741-4832
Facsimile: (941) 741-4865
e-mail: susanp@taxcollector.com

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 17th day of August, 2007 to the following:

Debtor:    American Home Mortgage Holdings, Inc.
           538 Broadhollow Road, Melville, NY 11747

Attorney for Debtor:   Pauline K. Morgan, Esquire
                       1000 West Street, 17th Floor, P. O. Box 391, Wilmington, DE 19899

Trustee:   Not Assigned

Susan D. Profant, CFCA, CLA, Paralegal
KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
PO BOX 25300
BRADENTON, Florida 34206-5300
(941) 741-4832