## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    : Jointly Administered
                                                    :
                                                    : Ref. Docket No.: 307, 308
                        Debtors.                    :
------------------------------------------------------------x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE MOTION OF THE DEBTORS FOR ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE (I) CONFIRMING THE DEBTORS' AUTHORITY (a) TO SELL CERTAIN REAL ESTATE OWNED BY THE DEBTORS IN THE ORDINARY COURSE FREE AND CLEAR OF ANY AND ALL LIENS AND ENCUMBRANCES, (b) TO CONTINUE FUNDING SERVICING ADVANCES AND DEDUCTING SUCH SERVICING ADVANCES FROM THE PROCEEDS OF THE SALE, (c) TO DISTRIBUTE PROCEEDS OF THE SALE, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[1] of the Debtors for entry of an order providing that the applicable notice period for the relief requested in the Motion be shortened pursuant to Bankruptcy Rules 9006 and 2002, Rule 9006-1(e) of the Local Rules, section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED that the Motion shall be heard on August 24, 2007 at 1:00 p.m. (ET) (the "Hearing"); and it is further

---

[1] All capitalized terms not defined herein shall have the meanings given to them in the Motion.

ORDERED that objections to the Motion are due before or at the Hearing; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 23, 2007
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge