IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :  Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 24, 2007 AT 1:00 P.M. (ET)

### MATTERS GOING FORWARD

1.  Motion for Interim and Final Orders Authorizing Debtors to Implement Non-Insider Employee Retention Plan Pursuant to Sections 105, 363, 503 of the Bankruptcy Code [D.I. 10, 8/6/07]

    Related Documents:

    a)  Order Shortening the Time for Notice of the Hearing to Consider the Motion for Final Order Authorizing Debtors to Implement Non-Insider Employee Retention [D.I. 111, 8/9/07]

    b)  Interim Order Authorizing Debtors to Implement Non-Insider Employee Retention Plan [D.I. 112, 8/9/07]

    c)  Notice of Entry of Interim Order and Final Hearing re: Motion for Final Order Authorizing Debtors to Implement Non-Insider Employee Retention [D.I. 115, 8/9/07]

    Objection Deadline:   August 16, 2007 at 4:00 p.m.

    Objections Filed:

    d)  Objection of the United States Trustee [D.I. 191, 8/16/07]

    Status: This matter will be going forward.

---

[1] **Amendments appear in bold.**

2.     Emergency Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving Debtors' Entry Into License Agreement With Indymac Bank, F.S.B. in Connection Its Bid for Assignment of Certain Office Leases and Purchase of Related Furniture, Fixtures and Equipment *Nunc Pro Tunc* to August 8, 2007 [D.I. 135, 8/10/07]

    Objection Deadline:   August 21, 2007 at 4:00 p.m.

    Related Documents:

        a)     Order Shortening The Time For Notice Of The Hearing To Consider Emergency Motion For An Order, Pursuant To The Sections 105 And 363 Of The Bankruptcy Code Approving Debtors' Entry Into License Agreement With Indymac Bank, F.S.B. In Connection With Its Bid For Assignment Of Certain Leases And Purchase Of Related Furniture, Fixtures And Equipment Nunc Pro Tunc To August 8, 2007 [D.I. 140, 8/13/07]

        b)     Notice of Additional Office Leases to be Assumed and Assigned, and the Furniture, Fixtures and Equipment Located Therein Sold, to Indymac Bank F.S.B. or Higher or Better Bidder as Contemplated in the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and The Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I. 228, 8/17/07]

    Objections Filed:

        c)     Limited Objection of DDR Southeast Fountains, L.L.C., DDRTC Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek, LLC [D.I. 260, 8/21/07]

        d)     Limited Objection of Waldner's Business Environments Inc. [D.I. 271, 8/21/07]

    Status: This matter will be going forward.

3.  Emergency Motion for an Order, Pursuant to Sections 105(a), 363 And 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and The Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I. 137, 8/10/07]

    Objection Deadline:    August 21, 2007 at 4:00 p.m.

    Related Documents:

    a)  Order Shortening The Time For Notice Of The Hearing To Consider Emergency Motion For An Order, Pursuant To Sections 105(a), 363 And 365 Of The Bankruptcy Code, (I) Authorizing The Assumption And Assignment Of Certain Real Property Leases And The Sale Of Furniture, Fixtures And Equipment Located Therein; (II) Approving The Terms Of The Letter Agreement; And (III) Granting Related Relief [D.I. 141, 8/13/07]

    b)  Notice of Additional Office Leases to be Assumed and Assigned, and the Furniture, Fixtures and Equipment Located Therein Sold, to Indymac Bank F.S.B. or Higher or Better Bidder as Contemplated in the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and The Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I. 228, 8/17/07]

    Objections Filed:

    c)  De Lage Landen Financial Services, Inc.'s Statement in Response to Debtors' Emergency Motion for an Order, Pursuant to Sections 105(a), 363 And 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and The Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I. 173, 8/15/07]

    d)  Limited Objection of DDR Southeast Fountains, L.L.C., DDRTC Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek, LLC [D.I. 260, 8/21/07]

    e)  Limited Objection of Waldner's Business Environments Inc. [D.I. 270, 8/21/07]

   f)  Informal Response from Indian Valley Properties LLC [D.I. TBD, 8/21/07]

   g)  Response from American Commercial Realty **[D.I. 318, 8/23/07]**

Status: This matter will be going forward.

4. Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein [D.I. 183, 8/15/07]

Objection Deadline: August 21, 2007 at 4:00 p.m.

Related Document:

   a)  Order Shortening the Time for Notice of the Hearing to Consider Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein [D.I. 189, 8/16/07]

   b)  Notice of Filing of Corrected Exhibit A to Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein [D.I. 190, 8/16/07]

Objections Filed:

   c)  Limited Objection of DDR Southeast Fountains, L.L.C., DDRTC Southern Pines Marketplace LLC & Hendon/Atlantic Rim Johns Creek, LLC [D.I. 260, 8/21/07]

   d)  De Lage Landen Financial Services, Inc.'s Response and Limited Objection [D.I. 263, 8/21/07]

  e)  Limited Objection of BP Kingstowne Office Building K LP and the Trustees of Mall Road Trust [D.I. 267, 8/21/07]

  f)  **Limited Objection of STWB, Inc. [D.I. 286, 8/22/07]**

Status: This matter will be going forward.

5. **Motion of the Debtors for Order Pursuant to Sections 105(a) And 363 of the Bankruptcy Code (I) Confirming the Debtors' Authority (A) to Sell Certain Real Estate Owned by the Debtors in the Ordinary Course Free and Clear of any and all Liens and Encumbrances, (B) to Continue Funding Servicing Advances and Deducting Such Servicing Advances From the Proceeds of the Sale, (C) to Distribute Proceeds of the Sale, and (II) Granting Related Relief [D.I. 307, 8/22/07]**

   **Objection Deadline: August 24, 2007 at 1:00 p.m.**

   **Related Document:**

     a)  Order Shortening the Time for Notice of the Motion of the Debtors for Order Pursuant to Sections 105(a) And 363 of the Bankruptcy Code (I) Confirming the Debtors' Authority (A) to Sell Certain Real Estate Owned by the Debtors in the Ordinary Course Free and Clear of any and all Liens and Encumbrances, (B) to Continue Funding Servicing Advances and Deducting Such Servicing Advances From the Proceeds of the Sale, (C) to Distribute Proceeds of the Sale, and (II) Granting Related Relief [D.I. 320, 8/23/07]

   **Objections Filed:**  **None as of the time of this Agenda**

   **Status: This matter will be going forward.**

6.    **Complaint for Declaratory and Injunctive Relief by Morgan Stanley Mortgage Capital Holdings LLC against American Home Mortgage Corp., American Home Mortgage Servicing, Inc.** *Case No. 07-51690* **[D.I. 1; 8/15/07]**

      **Related Documents:**

        a)    Motion for Declaratory and Injunctive Relief Filed by Morgan Stanley Mortgage Capital Holdings LLC [D.I. 3; 8/15/07]

        b)    Declaration of Van Cushny in Support of Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [D.I. 4; 8/15/07]

        c)    Memorandum of Law in Support of Plaintiff Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [D.I. 5; 8/15/07]

        d)    Expedited Motion to Shorten Notice and for Emergency Hearing on Morgan Stanley Mortgage Capital Holdings LLC's Motion for Declaratory and Injunctive Relief [D.I. 6; 8/16/07]

        e)    Summons and Notice of Pretrial Conference [D.I. 7; 8/16/07]

      **Status:** The Debtors and the Plaintiff have reached an agreement in principle, which is currently being reviewed by the Creditors' Committee and Bank of America, N.A.

Dated: Wilmington, Delaware  
       August 23, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*  
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Kara Hammond Coyle (No. 4410)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and Debtors in Possession