UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (Jointly Administered) |
| Debtors. | |

**NOTICE OF ENTRY OF APPEARANCE
OF BARRY E. BRESSLER AND MICHAEL J. BARRIE
COMBINED WITH DEMAND FOR SERVICE OF PAPERS
ON BEHALF OF LIBERTY PROPERTY LIMITED PARTNERSHIP**

Please take notice that Liberty Property Limited Partnership, a party-in-interest in the above-captioned bankruptcy case ("LPLP"), hereby appears in the above-captioned bankruptcy case by its counsel, Barry E. Bressler, Esquire and Michael J. Barrie, Esquire; and as such counsel hereby enter their appearances pursuant to Fed. R. Bankr. Proc. 9010(b); and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following addresses:

| | |
|---|---|
| Michael J. Barrie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | Barry E. Bressler, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286 |

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

-2-

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the LPLP's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the LPLP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the LPLP expressly reserves.

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated: August 23, 2007

By: /s/ Michael J. Barrie
Michael J. Barrie (#4684)
824 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
rbarkasy@schnader.com
mbarrie@schnader.com

AND

Barry E. Bressler (*pro hac vice* pending)
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2000 (telephone)
(215) 751-2205 (facsimile)
bbressler@schnader.com

Attorneys for Liberty Property
Limited Partnership