# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 |
| HOLDINGS, INC., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

      I, Michael J. Barrie, hereby certify that on August 23, 2007, I caused a true and correct copy of the Notice of Entry of Appearance of Barry E. Bressler and Michael J. Barrie Combined with Demand for Service of Papers on Behalf of Liberty Property Limited Partnership to be served by first-class mail, postage prepaid upon the persons listed on the attached service list.

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated: August 23, 2007

By: /s/ Michael J. Barrie
Michael J. Barrie (#4684)
824 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 888-4554 (telephone)
(302) 888-1696 (facsimile)
rbarkasy@schnader.com
mbarrie@schnader.com

## SERVICE LIST

Pauline K. Morgan
James L. Patton, Jr.
Joel A. Waite
Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

John R. Ashmead
Ronald L. Cohen
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Don A. Beskrone
William Pierce Bowdene
Ashby & Geddes
222 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Charles J. Brown
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801

Michael G. Busenkell
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Mark D. Collins
Christopher M. Samis
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

David G. Aelvoet
Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Karen C Bifferato
Marc J. Phillips
Christina Maycen Thompson
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

William J. Burnett
Flaster Greenberg
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103

Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street, Ste 1410
Wilmington, DE 19801

Victoria Watson Counihan
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Donna L. Culver
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Martin J. Davis
Office of Thrift Supervision
Harborside Financial Center Plaza
Suite 1600
Jersey City, NJ 07311

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Mark T Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mary A. DeFalaise
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Justin Cory Falgowski
Kimberly Ellen Connolly Lawson
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Samuel B. Garber
General Growth Properties, Inc.
110 N. Wacker Drive
Chicago, IL 60606

James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Michael R. Lastowski
Richard W. Riley
Frederick Brian Rosner
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott K. Levine
Platzer Swergold Karlin Levine Goldberg
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

James M Liston
Bartlett, Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110

Norman M. Monhait
Rosenthal Monhait & Goddess, P.A
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Guy B. Moss
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108

Patrick Joseph Reilley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Todd Charles Schiltz, Esq
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Michael Gregory Wilson
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65

Michael Reed
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

Terri A. Roberts
Pima County Attorney
32 North Stone, Suite 2100
Tucson, AZ 85701

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Catherine Steege
Jenner & Block
330 North Wabash Avenue
Chicago, IL 60611

William G. Wright
Farr, Burke, Gambacorata & Wright PC
1000 Atrium Way
Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054