**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| AMERICAN HOME MORTGAGE | Case No. 07-11047 (CSS) |
| HOLDINGS, INC.,    a Delaware corporation, et al., | |
| | Jointly Administered |
| Debtors. | |

-----------------------------------------------------------------------------x

AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )

KATE MAILLOUX , being duly sworn, deposes and says:

1.   I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC formerly known as Bankruptcy Services, LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.   On August 15, 2007, I caused to be served:

a)   "Debtors' Motion Pursuant to Del. L.R. 9006-1(E) for an Order Shortening the Time for Notice of the Hearing to Consider Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (I) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (II) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein," dated August 10, 2007 (the "Motion"), and

b)   "Notice of Motion," dated August 15, 2007, to which is attached "Motion for an Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (I) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (II) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein," dated August 15, 2007, (collectively, the "Notice")

by causing true and correct copies of the Motion and Notice enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "A."

3.   All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Kate Mailloux_
Kate Mailloux

Sworn to before me this
17th day of August, 2007

_Ross Matray_
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 30, 2010

T:\Clients\AHM\Affidavits\Assumption and Assignment Motion_Aff 8-15-07.doc

# EXHIBIT "A"

| Claim Name | Address Information |
|---|---|
| A&B PROPERTIES, INC. | C/O REATA PROPERTY MANAGEMENT,7330 SAN PEDRO, SUITE 710,SAN ANTONIO, TX 78216 |
| AAK,LLC | 5850 WATERLOO ROAD,SUITE 230,COLUMBIA, MD 21045 |
| B R BROOKFIELD COMMONS NO. 2 | C/O CB RICHARD ELLIS,DEPARTMENT 59880,MILWAUKEE, WI 53259-0880 |
| BONNER 486, LLC | 13356 METCALF AVE.,OVERLAND PARK, KS 66213 |
| BOSTON PROPERTIES | PO BOX 3557,BOSTON, MA 02241 |
| BRCP AURORA MARKETPLACE, LLC | 3033 SOUTH PARKER ROAD,SUITE 600,AURORA, CO 80014 |
| BRIT-FIFTY WEST, LLC | C/O JEFFERY LEE COHEN,5410 EDSON LANE, SUITE 200,ROCKVILLE, MD 20852 |
| CARNAGIE MANAGEMENT C/O CARR REALTY | P.O. BOX 644195,PITTSBURGH, PA 15264-4195 |
| CHURCHILL SQUARE SHOPPING CENTER | C/O BREDER MANAGEMENT CORPORATION,9861 SW 184TH STREET,MIAMI, FL 33157 |
| EAST N. ST. ASSOC. LLC | 200 E. BROAD ST.,GREENVILLE, SC 29601 |
| GATEWAY CENTER LLC | 1941 MOMENTUM PLACE,CHICAGO, IL 60689-5319 |
| GPI OFFICE PROPERTIES II, L.P. | 3815 RIVER CROSSING PARKWAY,SUITE 250,INDIANAPOLIS, IN 46240 |
| HAUPPAUGE WOODLANDS ASSOCIATES L.P. | 500 BI-COUNTY BLVD.,SUITE 230,FARMINGDALE, NY 11735 |
| KOURY CORPORATION | 400 FOUR SEASONS TOWN CENTRE,GREENSBORO, NC 27427 |
| L G S PROPERTIES LLC | 2231 SW WANAMAKER ROAD,SUITE 300,TOPEKA, KS 66614 |
| LANDMARK OFFICE CENTER | 8659 STAPLES MILLS RD,RANDALL HOINE,RICHMOND, VA 23228 |
| MEADOW OAKS SHOPPING CENTER | PO BOX 8229,CORPUS CHRISTI, TX 78412 |
| MET LIFE- FAIRVIEW CENTER | C/O CB RICHARD ELLIS,P.O. BOX 13470,RICHMOND, VA 23225 |
| MILL RIDGE FARM, LLC | 1 MILL RIDGE LANE,CHESTER, NJ 07930 |
| NORTHVILLE RETAIL CENTER PHASE 2, L.L.C. | 28470 THIRTEEN MILE ROAD,SUITE 220,FARMINGTON HILLS, MI 48334 |
| NORTHWEST CORP CENTER | 7400 N. ORACLE RD,SUITE 338,TUSCON, AZ 85704-6342 |
| ONE ROCK SPRING PLAZA L.P. | PO BOX 905442,CHARLOTTE, NC 28290-5442 |
| PAT WOOD | PO BOX 1764,LA QUINTA, CA 92247 |
| PRINCIPAL LIFE INS CO-007511 | CASCADE II,PO BOX 6113 / PROPERTY 007511,HICKSVILLE, NY 11802-6113 |
| RALPH S PERRONE, SR. | 585 N. COURTNEY PKWY,SUITE 302,MERRITT ISLAND, FL 32953 |
| RIVER PARK COMMONS, LLC | 4612 WESTRIDGE AVENUE,FORT WORTH, TX 76116 |
| SMII/TRP PROPERTIES, LP | C/O TRANSWESTERN PROPERTIES,14180 DALLAS PARKWAY, SUITE 305,DALLAS, TX 75254 |
| STONEY CREEK | 71 WALNUT,SUITE 205,JIM DERKACZ,ROCHESTER, MI 48703 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | C/O COLLIERS PINKARD,100 LIGHT STREET, SITE1400,BALTIMORE, MD 21202-1161 |
| TAYLOR INVESTMENT PROPERTIES, L.L.C. | 110 OAKWOOD DRIVE,STE. 510,WINSTON-SALEM, NC 27103 |
| THE COTTAGE APARTMENTS, LLC | P.O. BOX 301118,LOS ANGELES, CA 90030-1118 |
| THE PRISCHAK FAMILY PARTNERSHIP | C/O TECNICADEV CORP.,100 STATE ST, SUITE B 100,ERIE, PA 16507 |
| WASHINGTON REAL ESTATE INVESTMENT TRUST | P. O. BOX 79555,BALTIMORE, MD 21279-0555 |

**Total Creditor Count 33**