IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE                                                :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                       :
                                                                      :   Jointly Administered
                  Debtors.                                            :
--------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Stefanie Boyle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 21st day of August 2007 she caused a copy of the following document(s):

Initial Monthly Operating Report [Docket No. 275]

To be served on the parties listed on the attached service list.

                                                        Stefanie Boyle

SWORN TO AND SUBSCRIBED before me this _22_ day of August 2007

                                               Notary Public
                                    DEBBIE E. LASKIN
                                    NOTARY PUBLIC
                                    STATE OF DELAWARE
                          My Commission Expires Dec. 21, 2008

SERVICE LIST
8/21/2007

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
Official Committee of Unsecured Creditors
*First Class Mail*