IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | X : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) |
| Debtors. | : : : : X | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS OF
<u>QUINN, EMANUEL, URQHART, OLIVER & HEDGES LLP</u>**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as proposed Special Investigatory, Litigation, and Conflicts Counsel to American Home Mortgage Investment Corp., together with its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") for matters arising in or related to these chapter 11 cases, and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Joseph G. Minias, Esq.
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

**PLEASE TAKE FURTHER NOTICE THAT** this request includes not only notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the Debtors or any other party in interest in these cases, including (a) property of the Debtors or the Debtors' estates or the proceeds thereof, (b) claims against or interests in the Debtors, (c) other rights or interests of creditors of the Debtors or other parties in interest in this case or (d) property or proceeds thereof in the possession, custody, or control of the Debtors or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Debtors or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any prior or later appearance, pleading, claim or suit shall waive any right of the Debtors (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a United States District Court Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law , in equity, or

otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
August 23, 2007

>	**QUINN, EMANUEL, UQUHART,**
>	**OLIVER & HEDGES LLP**
>
>	BY:     /S/ JAMES C. TECCE
>	Susheel Kirpalani
>	James C. Tecce
>	51 Madison Avenue
>	New York, New York 10010
>	(212) 849-7000 (telephone)
>	(212) 849-7100 (facsimile)
>	susheelkirpalani@quinnemanuel.com
>	jamestecce@quinnemaneul.com
>
>	*Proposed Special Investigatory, Litigation*
>	*and Conflicts Counsel To American Home*
>	*Mortgage Holdings, Inc., et al.,*
>	*Debtors and Debtors In Possession*