IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                               Chapter 11

AMERICAN HOME MORTGAGE                               Case No. 07-11047 (CSS)
HOLDINGS, INC., *et al.*,                            (Jointly Administered)

                    Debtors.
------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C. § 1109(b), the undersigned hereby appears in the above-captioned Chapter 11 case (the "Chapter 11 Case") as counsel for STWB, Inc., a party in interest in this proceeding, and, pursuant to Fed. R. Bankr. P. 2002, 3017(a) and 9007, hereby requests that all notices given or required to be given and all papers and pleadings served or required to be served in the Chapter 11 Case (including, but not limited to, all papers filed and served in all adversary proceedings in the Chapter 11 Case, and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the debtors, or any creditor, committee, or party in interest, be given to and served upon the person below at the following address, and that such name and address be added to any master mailing list:

>    Nancy Connery, Esquire
>    Schoeman, Updike & Kaufman, LLP
>    60 East 42nd Street
>    New York, NY 10165
>    Telephone: (212) 661-5030
>    Facsimile: (212) 687-2123
>    Email: nconnery@schoeman.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices, papers, and pleadings referenced in the above-noted Federal Rules of Bankruptcy Procedure but also, without limitation, orders on and notices of any motion, application, petition, pleading, plan of reorganization, disclosure statement, or complaint, whether formal or informal, written or oral, however transmitted, related in any way to the debtors, their property or their estates.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers, nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All of such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated: August 2̲2̲, 2007
Wilmington, Delaware

SCHOEMAN, UPDIKE & KAUFMAN, LLP

*/s/ Nancy Connery*
Nancy Connery
60 East 42nd Street
New York, NY 10165
Telephone: (212) 661-5030