IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: September 10, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date: September 17, 2007 at 12:00 p.m.** |
| | ) | **Related Docket No. 229** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on August 17, 2007, DB Structured Products, Inc. ("DBSP") filed the *Motion of DB Structured Products, Inc. for Relief from the Automatic Stay* [Docket No. 229] (the "Stay Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

PLEASE TAKE FURTHER NOTICE that on August 22, 2007, DBSP filed a *Motion to Shorten Notice and for Expedited Hearing* on the Stay Motion [Docket No. 303] (the "Motion to Shorten").

PLEASE TAKE FURTHER NOTICE that on August 23, 2007, the Court entered and order denying the Motion to Shorten Notice [Docket No. 321].

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Stay Motion must be in writing, filed with the Clerk of Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **September 10, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Stay Motion will be held on **September 17, 2007 at 12:00 p.m.** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE STAY MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STAY MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 23, 2007

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

**BINGHAM MCCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

*Attorneys for DB Structured Products, Inc.*

183514.1