IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) |
| | ) |
| Debtors. | ) Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission pro hac vice of Anna M. Boelitz to represent DB Structured Products, Inc. in this matter.

**ASHBY & GEDDES, P.A.**

_/s/ DAB_
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to DB Structured Products, Inc.*

Date: August 23, 2007
183488.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August ___, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of The State of Connecticut, the Bar of the Commonwealth of Massachusetts, the U.S. District Court for the District of Connecticut, and the U.S. District Court for the Southern District of New York and pursuant to District Court Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court, or, if not paid previously, the fee payment will be submitted to the District Court Clerk's Office upon the filing of this motion.

_____
Anna M. Boelitz
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2713
Facsimile: (860) 240-2578
anna.boelitz@bingham.com

183488.1