IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware ) | CASE NO. 07-11047 (CSS) |
| Corporation, *et. al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned enters their appearance as counsel for FSI Realty Funding, Inc. ("FSI"), and, pursuant to 11 U.S.C. §§ 342 and 1109(b), Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and Local Bankruptcy Rule 2002-1 request that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the following office, telephone number, facsimile number and email address:

>Stephen D. Lerner, Esq.
>Elliot M. Smith, Esq.
>**SQUIRE, SANDERS & DEMPSEY L.L.P.**
>312 Walnut Street, Suite 3500
>Cincinnati, Ohio 45202-4036
>(513) 361-1200 (telephone)
>(513) 361-1201 (facsimile)
>slerner@ssd.com
>esmith@ssd.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002(a), (b) and (f) and 3017(a), but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, email or otherwise that relate to the Debtors, property of the Debtors, or these cases.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this Notice and Request nor anything contained herein is intended to waive or shall constitute a waiver of any rights of FSI, all of which are reserved.

Dated:  August 24, 2007
        Cincinnati, Ohio

                                        Respectfully submitted,


                                        /s/  Elliot M. Smith
                                        Stephen D. Lerner (Ohio Bar No. 0051284)
                                        Elliot M. Smith (Ohio Bar No. 0078506)
                                        **SQUIRE, SANDERS & DEMPSEY L.L.P.**
                                        312 Walnut Street, Suite 3500
                                        Cincinnati, Ohio 45202-4036
                                        (513) 361-1200 (telephone)
                                        (513) 361-1201 (facsimile)

                                        *Attorneys for FSI Realty Funding, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and have caused a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to be served this 24th day of August, 2007, by first class mail, postage prepaid, upon the parties listed below.

Dated: August 24, 2007
   Cincinnati, Ohio

              /s/  Elliot M. Smith
              Elliot M. Smith

### Service List

| **Young Conaway Stargatt & Taylor, LLP** | **Hahn Hessen LLP** | **Office of the United States Trustee** |
|---|---|---|
| Attn: James L. Patton, Jr. | Attn: Mark S. Indelicato | Attn: Joseph M. McMahon |
| Joel A. Waite | 488 Madison Avenue | J. Caleb Boggs Federal Building |
| Pauline K. Morgan | 14th & 15th Floor | 844 King Street, Suite 2207 - Lockbox #35 |
| Sean M. Beach | New York, NY 10022 | Wilmington, DE 19801 |
| Matthew B. Lunn | | |
| Kara Hammond Coyle | *Counsel for Committee* | |
| Kenneth J. Enos | | |
| The Brandywine Bldg. | | |
| 1000 West Street, 17th Floor | | |
| PO Box 391 | | |
| Wilmington, DE 19899-0391 | | |
| | | |
| *Counsel for Debtors* | | |