IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 : Jointly Administered
         Debtors.                                              x
----------------------------------------------------------------

## NOTICE OF AUCTION

**PLEASE TAKE NOTICE** that on August 17, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors"),[1] filed the Emergency Motion of the Debtors for Entry of Orders (A)(I) Authorizing Debtors to Enter Into and Perform Under Auction Procedures Agreement; (II) Approving Sale Procedures In Connection With the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC And Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2007, the Bankruptcy Court entered an order (the "Sale Procedures Order") granting the Motion and (i) authorizing the Debtors to enter into and perform under that certain Agreement, dated August 16, 2007 (the "Auction Procedures Agreement"), by and between Broadhollow Funding, LLC, ("Broadhollow"), a non-Debtor affiliate of the Debtors, Melville Funding, LLC ("Melville"), a non-Debtor affiliate of the Debtors, AHM Corp., AHM Investment, AHM Servicing, and the swap providers listed on Schedules IA and IB thereto (collectively, the "Swap Providers"); (ii) approving the sale procedures with respect to the proposed sale (the "Sale") of the Assets (the "Sale Procedures"); (iii) approving the form of this notice of auction (the "Auction") for the Assets; and (iv) approving the Sale to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Order, the Auction shall take place on **September 11, 2007, at 8:30 a.m. (prevailing Eastern Time)** at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19899. Only parties that have submitted a Qualified Bid (as defined in the Bid Procedures attached to the Order) by no later than **September 10, 2007 at 12:00 Noon (Eastern Time)** (the "Bid Deadline") may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Assets must submit a Qualified Bid prior to Bid Deadline and in accordance with the Sale Procedures.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Auction is subject to the fuller terms and conditions of the Motion, the Sale Procedures Order and the Sale Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Purchase Agreements, the Sale Procedures and/or the Sale Procedures Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the on

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

the website of the Debtors' notice and claims agent, Epiq Systems - Bankruptcy Solutions LLC, at http://www.epiqbankruptcysolutions.com, the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
August 24, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession