## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re                                          :    Chapter 11
                                               :
American Home Mortgage Holdings,               :    Case No. 07-11047 (CSS)
Inc., et al.,                                  :
                        Debtors.               :    (Jointly Administered)
------------------------------------------------------- x


------------------------------------------------------- x
Credit Suisse First Boston Mortgage Capital    :
LLC,                                           :
                        Plaintiff,             :
                                               :    Adversary Proceeding
                        v.                     :    No. 07-51684 (CSS)
                                               :
American Home Mortgage Corp., American         :
Home Mortgage Acceptance, Inc., American       :
Home Mortgage Servicing, Inc., American        :
Home Mortgage Investment Corp., and            :
American Home Mortgage Holdings, Inc.,         :
                                               :
                        Debtor-Defendants.     :
------------------------------------------------------- x
```

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Francis A. Monaco, Jr., Esq., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Christopher J. Marcus, Esq., of the law firm Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 to represent Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse First Boston LLC, Credit Suisse Securities (USA) LLC, Credit Suisse, Cayman Islands Branch, and its affiliates (collectively, "Credit Suisse").  The Admittee is admitted, practicing, and in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York.

_/s/ Francis A. Monaco, Jr._____
Francis A. Monaco, Jr. (Del. Bar No. 2078)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
T:  (302) 252-4363

Motion Granted.

BY THE COURT:

Dated: _____        _____
                                  United States Bankruptcy Judge

NY2:\1793056\01\12FJ401!.DOC\99980.0025
WCSR  3720705v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of The Admittee is admitted, practicing, and in good standing of the bar of the States of New York, United States District Court for the Southern and Eastern Districts of New York. and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District  Court for the District of Delaware

__/s/ Christopher Marcus_____
Christopher Marcus, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
T:  (212) 310-8000
F:  (212) 310-8007