**CERTIFICATE OF SERVICE**

      I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on August 24, 2007 upon:

**James Patton, Esq.**
**Joel Waite, Esq.**
**Pauline Morgan, Esq.**
**Young Conaway Stargatt & Taylor**
**The Brandywine Building**
**1000 West Street, 17th Floor**
**Wilmington, DE 19801**

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

      Under penalty of perjury, I declare that the foregoing is true and correct.

__8/24/2007_____          _____/s/ Heidi E. Sasso_____
Date                                          Heidi E. Sasso

```
Document #: 41517
WCSR   3720792v1
```