UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------x
In re                                                           :
                                                                :     **Chapter 11 Case No.**
AMERICAN HOME MORTGAGE                                          :     **07-11047 (CSS)**
HOLDINGS, INC., a Delaware corp., et al.                        :
                      Debtor.                          :
                                                                :
-----------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE OF
## KRISTIN T. MIHELIC AND RICHARD L. CANEL, JR.,
## COMBINED WITH DEMAND FOR SERVICE OF
## PAPERS ON BEHALF OF CHESTERBROOK PARTNERS, LP

**PLEASE TAKE NOTICE** that Spector Gadon & Rosen, P.C., hereby enters its appearance on behalf of Chesterbrook Partners, L.P., in the above-captioned case, requests that its name be added to the mailing list maintained by the Clerk in the within case, and that all notices given or required to be given in this case and all papers served, or required to be served in this case be given to, and served upon Spector Gadon & Rosen, P.C. c/o Kristin T. Mihelic, Esquire and Richard L. Canel, Jr., Esquire at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, all of which shall be sent to:

380167-1

Kristin T. Mihelic, Esquire
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
kmihelic@lawsgr.com

Richard L. Canel, Jr., Esquire
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
rcanel@lawsgr.com


SPECTOR GADON & ROSEN, P.C.


By:   /s/Kristin T. Mihelic   .
      Kristin T. Mihelic, Esquire
      1635 Market Street, 7th Floor
      Philadelphia, PA 19103
      215-241-8875 (direct telephone)
      215-241-8844 (fax)

      and

      Richard L. Canel, Jr., Esquire
      1635 Market Street, 7th Floor
      Philadelphia, PA 19103
      215-241-8942 (direct telephone)
      215-241-8844 (fax)

      Attorneys for Chesterbrook Partners, LP

Dated: August 24, 2007

380167-1