## CERTIFICATE OF SERVICE

    I, Kristin T. Mihelic, an attorney, hereby certify that copies of the foregoing Notice of Appearance and Request for Notices was served by regular mail upon all persons listed below on this 24th day of August, 2007:

**See Service List Attached**

                                           /s/ Kristin T. Mihelic
                                           Kristin T. Mihelic

380192-1

## SERVICE LIST

Pauline K. Morgan
James L. Patton, Jr.
Joel A. Waite
Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

John R. Ashmead
Ronald L. Cohen
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Don A. Beskrone
William Pierce Bowdene
Ashby & Geddes
222 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

Charles J. Brown
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801

Michael G. Busenkell
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Mark D. Collins
Christopher M. Samis
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

David G. Aelvoet
Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Karen C Bifferato
Marc J. Phillips
Christina Maycen Thompson
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

William J. Burnett
Flaster Greenberg
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103

Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street, Ste 1410
Wilmington, DE 19801

Victoria Watson Counihan
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Donna L. Culver
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Martin J. Davis
Office of Thrift Supervision
Harborside Financial Center Plaza
Suite 1600
Jersey City, NJ 07311

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Mark T Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mary A. DeFalaise
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Justin Cory Falgowski
Kimberly Ellen Connolly Lawson
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Samuel B. Garber
General Growth Properties, Inc.
110 N. Wacker Drive
Chicago, IL 60606

James E. Huggett
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Michael R. Lastowski
Richard W. Riley
Frederick Brian Rosner
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott K. Levine
Platzer Swergold Karlin Levine Goldberg
1065 Avenue of the Americas, 18th Floor
New York, NY 10018