**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., a Delaware corporation | ) ) ) ) | Case No. 07-11047-CSS |
| Debtors. | ) ) ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears as counsel to WestLB AG, New York Branch ("WestLB"), creditor and party-in-interest herein and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby requests that all notices given or required to be given in this case be given and served upon:

> Alyssa D. Englund
> Orrick, Herrington & Sutcliffe LLP
> 666 Fifth Avenue
> New York, NY  10103
> E-mail:  aenglund@orrick.com
> Telephone:  (212) 506-5187
> Facsimile:  (212) 506-5151

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned debtors (the "Debtors") or the

2

property of or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to WestLB's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 3017(a), WestLB further requests that all plans and disclosure statements filed herein by any party be duly served upon WestLB and its undersigned counsel.

Dated: August 24, 2007

By: _____/ s /_____
Lorraine S. McGowen (LM 1644)
Alyssa D. Englund (AE 2300)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000

Counsel for WestLB AG, New York Branch