# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | | |
| **Case Number:** | 07-11047-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 24, 2007 01:00 PM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | NICOLE SCHAEFER | | |

## *Matters:*

1) Emergency Motion to Sell Assets and Licensing Motion
   **R / M #:**   0 / 0

2) TRO- Morgan Stanley Matter
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

- Judge signed orders:

-Order Approving Stipulation and Agreement Between the Debtors  and Morgan Stanley Mortgage Capital Holdings

-Final Order Authorizing Debtors to Implement Non-Insider  Employee Retention Plan

-Order Approving Debtors' Entry into License Agreement with  Indymac Bank in Connection with the Bid to Assume Certain Office Leases and Purchase  Related Furniture, Fixtures and Equipment Nunc Pro Tunc to August 8, 2007

-Order (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located  Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related  Relief

-Order (I) Confirming the Debtors' Authority (a) To Sell  Certain Real Estate Owned by the Debtors in the Ordinary Course Free and Clear of Any and All Liens and Encumbrances, (b) To Continue Funding Servicing Advances and Deducting Such  Servicing Advances From the Proceeds of the Sale, (c) To Distribute Proceeds of the  Sale, and (II)Granting Related Relief

-Order Establishing Procedures for the (I) Assumption and  Assignment of Real Property Leases and/or Other Executory contracts and (II) Sale or Abandonment  of Furniture, Fixtures and Equipment Located Therein