# SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NOS.:07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: August 24, 2007 @ 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) Robert J. Moore | Millbank Tweed Hadley & McCloy | ABN Amro Bank |
| Lynnette Warman | Hunton & Williams | Calyon New York |
| David Folds | DLA Piper US | Boston Property |
| Erica Ryland | Jones Day | WLR Recovery Fund |
| Mary DeFalaise | US Department of Justice | US of America |
| Dean G Rallis Jr. | Weston, Benshoof, Rochefort | TPRF-THC Haven Park |
| Fred Holden | Orrick Herrington & Sutcliffe | Indymac Bank |
| Craig Wolfe | Kelley Drye & Warren | Simon & Schuster |
| Franklin Top | Chapman & Cutler | Wells Fargo Bank |
| Christopher Marins | Weil Gotshal + Manges | Credit Suisse |
| Patrick Reilley | Saul Ewing | Waldner's Bus. Environments |
| Curtis A. Hehn | PSZYJ | Ixxxx Park Bank, FSB |
| Ashley Austin | Kelley Austin | Morgan Stanley |
| Paul Beshura | Ashley & Graham | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN-SHEET**

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** August 24, 2007 @ 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Pauline Morgan, John Dorsey, Sean Beach, Matthew Lunn | [signature] | Debtors |
| Sandra G.M. Selzer | Greenberg Traurig | WLR Recovery Fund III LP |
| Laurie Selber Silverstein | Potter Anderson Corroon | Bank of America, N.A. |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| James S. Yoder | White and Williams LLP | American Commercial Mortgage |
| Michael Lastowski | Duane Morris | DB Loeb |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| David Carickhoff | Blank Rome | Committee |
| Mark Indelicato | Hahn & Hessen | Committee |
| [signature] | [signature] | CSFB |
| [signature] | Boads Friedlander | DB Southeast, DB GTR, J Hogan |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.