**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
|  | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,* | ) ) ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) ) |  |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of **Richtree Enterprises, LLC** and request that they be placed on the service list, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this case, be served upon the undersigned at the office address set forth below.

Dated:  August 24, 2007

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq. (BBO# 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

_____
                                                )
In re                                           )        Chapter 11
                                                )        Case No. 07-11047 (CSS)
    AMERICAN HOME MORTGAGE    )
        HOLDINGS, INC., *et al.,*           )        (Jointly Administered)
                                                )
                Debtors.                    )
_____)

**CERTIFICATE OF SERVICE**

I, Peter D. Bilowz, hereby certify that on this 24th day of August, 2007, I caused to be served a copy of the ***Notice of Appearance and Demand for Service of Papers*** on the parties set forth on the attached Service List via first class mail, postage prepaid.

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq. (BBO# 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

| | |
|---|---|
| James L. Patton, Jr., Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>**Counsel to Debtor** | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Hahn Hessen LLP<br>Attn: Mark S. Indelicato, Esq.<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, NY 10022<br>**Counsel to the Committee** | |