IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :   Case No. 07-11047 (CSS)
                                                                 :
                                                                 :   Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x   Doc. Ref. No. 10 & 112

## FINAL ORDER PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO IMPLEMENT NON-INSIDER EMPLOYEE RETENTION PLAN

Upon consideration of the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of interim and final orders, pursuant to sections 105(a), 363(b) and 503(c) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to implement a retention plan (the "Non-Insider Employee Incentive Plan") for the Debtors' non-insider employees; and this Court having granted interim relief on a limited basis (Docket No. 112) and having held a final hearing on the Motion on August 24, 2007 (the "Final Hearing"); and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interest of the Debtors, their estates and creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion, as modified at the Final Hearing, is granted on a final basis.

2. Any objections not otherwise resolved are hereby overruled.

3. Capitalized terms not otherwise defined herein shall have the meanings

ascribed to such terms in the Motion.

4. Pursuant to sections 105(a), 363(b) and 503(c)(3) of the Bankruptcy Code, the Debtors are authorized, but not required, (a) to adopt and implement the Non-Insider Employee Retention Plan, (b) to make the Retention Payments thereunder to eligible Non-Insider Employees (as such term was modified on the record at the Final Hearing), and (c) to take such other actions as may be necessary to implement the Non-Insider Employee Retention Plan, including, without limitation, designing and/or altering the Non-Insider Employee Retention Plan in any manner necessary to comply with applicable law; provided, however, that the Retention Payments shall not exceed $8.5 million in the aggregate.

5. The authorization granted hereby to make the Retention Payments under the Non-Insider Employee Retention Plan shall not create any obligation on the part of the Debtors or their officers, directors, attorneys or agents to make payments under the Non-Insider Employee Retention Plan and none of the foregoing persons shall have any liability on account of any decision by the Debtors not to honor the Non-Insider Employee Retention Plan.

6. Neither this Order nor any payment or performance by the Debtors authorized hereunder shall be deemed an assumption of any executory contract or otherwise affect the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract.

7. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       August 24, 2007

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge