IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :   Ref. Docket No. 135
                                                                 :
---------------------------------------------------------------- x

### ORDER, PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE, APPROVING DEBTORS' ENTRY INTO LICENSE AGREEMENT WITH INDYMAC BANK, F.S.B. IN CONNECTION WITH THE BID TO ASSUME CERTAIN OFFICE LEASES AND PURCHASE RELATED FURNITURE, FIXTURES AND EQUIPMENT *NUNC PRO TUNC* TO AUGUST 8, 2007

Upon consideration of the emergency motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] for entry of an order, pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code"), approving the Debtors' entry into that certain license agreement (the "License Agreement") by and between American Home Mortgage Corp. ("AHM Corp.") and Indymac Bank F.S.B. ("IMB") in connection with IMB's bid for assignment of certain office leases and purchase of the furniture, fixtures and equipment

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

located in such leaseholds, *nunc pro tunc* to August 8, 2007; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice of the Motion need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and upon the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief, dated as of the Petition Date; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized to enter into the License Agreement annexed hereto as Exhibit A, *nunc pro tunc* to August 8, 2007; and it is further

ORDERED that the License Agreement is approved; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions and execute such documents as may be necessary or appropriate to carry out the relief granted herein; and it is further

ORDERED that the stay provided for in Bankruptcy Rules 6004(g) is hereby waived and this Order shall be effective immediately upon its entry; and it is

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
      August 24, 2007

Christopher S. Sontchi
United States Bankruptcy Judge