# EXHIBIT 1

## Letter Agreement

**INDYMAC BANK, F.S.B.**
888 E. Walnut Street
Pasadena, CA 91101

August 7, 2007

American Home Mortgage
538 Broad Hollow Road
Melville, NY 11747

Attention: Mr. Michael Strauss

Dear Michael:

Per our discussions, attached is a License Agreement (the "License") for your execution on behalf of American Home Mortgage ("AHM") that will allow Indymac Bank F.S.B. ("IMB") to conduct operations out of the offices set forth on Exhibit "A" (collectively, the "Offices" and each, individually, an "Office"). The License Agreement is submitted in connection with IMB's bid to assume the leases (the "Office Leases") for the Offices and to purchase the furniture, fixtures, and equipment located in the Offices (the "FFE" and, together with the Office Leases, collectively, the "Office Assets"). The terms of IMB's offer to purchase are as subsequently set forth herein. We understand, and you agree, that upon your acceptance of IMB's bid to acquire the Office Assets, AHM will submit a motion in AHM's pending bankruptcy case seeking (i) the Bankruptcy Court's approval of IMB's purchase of the Office Assets subject to any higher and better bids that AHM may receive for the Office Assets; (ii) bid procedures for purposes of conducting an auction of the Office Assets (the "Auction"); and (iii) approving IMB's occupation and use of the Offices in accordance with the License pending the Auction and IMB's purchase of the Office Assets, with the granting of the License to be in lieu of any break-up fee or other bid protections being provided to IMB. AHM will seek to have such motion heard and approved by the Bankruptcy Court within two days after the date of this letter.

Subject to any extension IMB may grant, in writing, in its sole and absolute discretion, this letter and the commitments in it will be of no force or effect unless (1) IMB is granted by AHM access to and use of all of the Offices by August 8, 2007; (2) the License is signed this day (by midnight August 7, 2007 Pacific Daylight Time) by AHM; and (3) AHM shall have filed with the Bankruptcy Court by August 10, 2007 an emergency motion (or motions) for the approval of the License Agreement and the Auction procedures.

As consideration for the purchase of the Office Assets, IMB shall (i) pay AHM a cash payment of $2,500,000 (the "Cash Payment"); (ii) assume the following liabilities in connection with the Office Assets: (a) phone company arrearages with respect to any of the Office Assets in an amount not to exceed $50,000; and (b) amounts necessary to satisfy any other arrearages, liens, or security interests with respect to the Offices Assets in an amount not to exceed $50,000 (collectively, the "Assumed Liabilities"); (iii) take assignment of and assume all liabilities under the Office Leases that are not Excluded Leases (hereinafter defined); and (iv) pay AHM an amount equal to the security deposits, if any, held by landlords in connection with the Office Leases that are not Excluded Leases, less (a) any charges made or claims retained by the landlords with regard to their security deposit relating to AHM's occupancy and (b) any amounts paid by IMB to the landlords to cure any of AHM's defaults or other obligations under the Office Leases. If IMB designates any additional offices ("Additional Offices") to be included as Offices and as part of the Office Assets and as the result of such addition of the Additional Offices (net of any removed Offices ("Removed Offices") related to Excluded Leases (as defined below)), sixty percent (60%) of the book value of the FFE at the Offices plus Additional Offices minus the Removed Offices exceeds the Cash Payment, then the Cash Payment shall be increased by an amount equal to sixty percent (60%) of

OHS West:260282165.3

American Home Mortgage
August 7, 2007
Page 2

AHM's book value of the FFE for FFE not paid for (at the 60% of book value rate) as part of the Cash Payment. Notwithstanding the foregoing, the Cash Payment shall be decreased by the amount, if any, that IMB pays for any cure costs in connection with the assumed Office Leases or any other costs attributable to the Office Assets that are collectively in excess of the Assumed Liabilities. Notwithstanding anything to the contrary in this letter, any payments by IMB to third parties to cure arrearages or pay claims secured by liens or security interests with respect to the Premises shall be deducted from the Cash Payment. Subject to the payment of any cure amounts and other claims with respect to the Office Leases from the Cash Payment, the Office Assets shall be transferred to IMB free and clear of any claims, arrearages, liens or encumbrances. IMB's obligation to make the Cash Payment shall be subject to AHM's certification and confirmation (as acknowledged pursuant to AHM's counter-signature below) that since August 1, 2007 it has not removed or authorized the removal, and from this day forward it will not remove or authorize the removal, of any of the FFE reflected on Exhibit "A" from the Offices, and that all such FFE will be included in the bill of sale to IMB.

Notwithstanding the foregoing, within 10 business days of the granting of the License, IMB may, by written notice to AHM, elect to exclude (i) up to ten percent (10%) of the Office Leases from the Office Assets to be acquired by IMB as listed on Exhibit "A" plus any Office Leases for Additional Offices (as identified in writing by IMB to AHM within 10 business days of the granting of the License), and (ii) any Office Leases that IMB reasonably determines to be ten percent (10%) or more over market in rent and other financial obligations. Any Office Leases so excluded are referred to herein as "Excluded Leases." IMB's offer to acquire the Office Assets is contingent upon approval by the Bankruptcy Court of a sale and assignment of the Office Assets that permits IMB to assume Office Leases for not less than seventy-five percent (75%) of the Offices, after exclusion of the Excluded Leases.

Pursuant to the License Agreement, IMB will gain the right to use the Offices, together with the FFE and various utilities and support services related to the operations of the Offices. Under the terms of the License, as set forth therein, IMB would be responsible for payment of all expenses, including rent, utility services, phone usage, security, janitorial, cleaning, and other costs, in connection with the use of the Offices and would reimburse AHM for the same together with a payment of $25,000 per month for any administrative costs incurred by AHM in connection with the License.

Please sign and fax (or scan and email) back to me a signed copy of this offer and the License at (626) 535 - 4180. Upon receipt, I will countersign the License Agreement and fax it back to you. Please provide a preferred fax number. To facilitate the payments contemplated by this letter, please also send me a completed and signed Form W-9.

Sincerely,

INDYMAC BANK, F.S.B.

*[signature]*

Jules Vogel
Executive Vice President

OHS West:260282165.3

American Home Mortgage
August 7, 2007
Page 3

**ACCEPTED, ACKNOWLEDGED AND AGREED**

**American Home Mortgage**

By: *[signature]*
Name: Stephen A. Hozie
Title: EVP + CFO

Date: August 7, 2007

OHS West:260282165.3

Exhibit A

| Branch Name | City | State | Address | Cost Center |
|---|---|---|---|---|
| Alameda CA 330 | Alameda | CA | 1513 Webster Street | 00530 |
| Albuquerque Uptown NM 2171 | Albuquerque | NM | 6400 Uptown Blvd. NB | 02171 |
| Anaheim CA 369 | Anaheim | CA | 2390 E. Orangewood | 04169 |
| Angels Camp CA 145 | Angels Camp | CA | 1230 S. Main St. | 00145 |
| Bellingham WA 2188 | Bellingham | WA | 1756 Iowa Street | 02188 |
| Big Sky 2163 | Big Sky | MT | 50 Meadow Village Suite 203 | #N/A |
| Bloomington MN 2639 | Bloomington | MN | 1600 West 82nd St | 02659 |
| Boise ID 2925 | Boise | ID | 8870 W Emerald | 02925 |
| Bozeman Mon. MT 2729 | Bozeman | MT | 2506 W. Main St. | 02729 |
| Campbell Campbell CA 340 | Campbell | CA | 51 E. Campbell Avenue | 00340 |
| Central LaSalida LA 3331 | Lafayette | LA | 318 Guilbeau Road | 0331 |
| Cerritos CA 377 | Cerritos | CA | 17777 Center Court Drive | 00377 |
| Chandler AZ 0312 | Chandler | AZ | 215 S Artisan Place | 01312 |
| Chaska MN 1313 | Chaska | MN | 11007 Hazeltine Blvd. Ste 500 | 01313 |
| Cheyenne WY 863 | Cheyenne | WY | 4315 S East Pershing | 00863 |
| Coeur d'Alene ID 2227 | Coeur D. Alene | ID | 1221 Ironwood Dr | 02227 |
| Colbert Sather Street CA 362 | Concord | CA | 3800 Sutter Street | 00362 |
| Del Rio Border FC# TX 2475 | Del Rio | TX | 600 E. Gibbs Street | 02475 |
| Eagle RD 2074 | Eagle | ID | 462 E. Silver Drive | 02074 |
| Edmonds | Edmonds | WA | 21929 76th Ave. West, Ste 100 | #N/A |
| Elk Grove CA 315 | Elk Grove | CA | 9555 E Stockton Blvd | 0315 |
| Horsemount TX 2163 | Horsemount | TX | 0305 Long Prairie Road | #0163 |
| Glendale AZ 2321 | Glendale | AZ | 5659 W Talent Blvd | 02321 |
| Grand Junction 144 CO 422 | Grand Junction | CO | 2478 Patterson Road | #0422 |
| Greenwood Village CO 2004 | Greenwood Village | CO | 8101 East Prentiss Avenue | 02004 |
| Gresham OR 2057 | Gresham | OR | 320 North Main | 02057 |
| Helena MT 2334 | Helena | MT | 825 Great Northern Boulevard | 02334 |
| Henderson NV 551 | Henderson | NV | 2370 Corporate Circle | 00551 |
| Honolulu HI 03491 | Honolulu | HI | 727 Bishop Street | 03491 |
| Houston Kingwood TX 1333 | Houston | TX | 700 N Post Oak | 01333 |
| Indian Wells CA 314 | Indian Wells | CA | 74-859 Highway 111 | 00314 |
| Iowa Area IA 2095 | West Des Moines | IA | 2829 Westown Parkway | 02995 |
| Kauai HI 2422 | Kapaa | HI | 4361 Kuhio Highway | 02422 |
| Kapolei HI 2411 | Kapolei | HI | 1001 Kamokila Boulevard | 02411 |
| Kirkland WA 2170 | Kirkland | WA | 4101 Pedipace | 02170 |
| La Jolla CA 311 | La Jolla | CA | 4275 Executive Square | #0311 |
| Lahaina HI 2842 | Lahaina | HI | 1221 Papalaua Street | 02542 |
| Lakewood WA 2072 | Lakewood | WA | 5803 100th Street | 02072 |
| Las Vegas NV 753 | Las Vegas | NV | 777 North Rainbow Blvd. | 00753 |
| Layton UT 3339 | Layton | UT | 928 West Rushings Park Blvd | 03350 |
| Littleton CO 2965 | Littleton | CO | 2260 W Coots Drive | 02965 |
| Long Beach Kilroy CA 307 | Long Beach | CA | 3390 Kilroy Airport Way | 00307 |
| Maple Grove MN 1309 | Maple Grove | MN | 7767 Elm Creek Blvd. | 01309 |
| Missoula MT 2045 | Missoula | MT | 3602 Dearborn Avenue | 02045 |
| Modesto CA 361 | Modesto | CA | 1130 Ninth Street | 00361 |
| Monterey CA 356 | Monterey | CA | 659 Abrego Street | 00356 |
| Nampa ID 2075 | Nampa | ID | 724 12th Avenue South | 02075 |
| Peak Enterprises Mortgage | Colorado Springs | CO | 2636 Tenderfoot Hill Street | #2565 |
| Pomona CA 324 | Pomona | CA | 1391 Temple Avenue | 00324 |
| Portland OR 2058 | Portland | OR | 10220 SW Greenburg Road | 02058 |
| Portland OR 2151 | Portland | OR | 10220 SW Greenburg Rd | 02151 |
| Rancho Cucamonga CA 309 | Rancho Cucamonga | CA | 9680 Haven Ave. #350 | 00309 |

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Riverside CA 319 | Riverside | CA | 3785 Adams Street | 00010 |
| Roseville CA 344 | Roseville | CA | 1508 Eureka Road | 00044 |
| Rowlett TX 2039 | Rowlett | TX | 4760 Bended Drive | 03398 |
| Sacramento CA 2402 | Sacramento | CA | 1619 Arden Way | 03402 |
| Salinas CA 1321 | Salinas | CA | 2 Spines Street | 01321 |
| Salt Lake City UT 2164 | Salt Lake City | UT | 6415 South 3000 East | 02164 |
| Scottsdale 3 AZ 1319 | Scottsdale | AZ | 8700 East Vista Bonita | 01319 |
| Scottsdale Ventana 1 AZ 357 | Scottsdale | AZ | 8700 E. Via De Ventura | 60057 |
| Sherwood OR 2193 | Sherwood | OR | 20512 SW Roy Rogers Road | 02193 |
| Sioux Falls SD 343 | Sioux Falls | SD | 2409 West 47th Street | 00343 |
| Somes CA 346 | Somes | CA | 79 N. Washington Street | 00046 |
| Temecula CA 2449 | Temecula | CA | 27450 Ynez Road | 02449 |
| Tenderloin CO 1323 | Colorado Springs | CO | 2600 Tenderfoot Hill Street | 40123 |
| Torrance CA 313 | Torrance | CA | 2780 Skypark Drive | 60313 |
| Walnut Creek CA 338 | Walnut Creek | CA | 360 Ygnacio Valley Road | 04338 |
| West Linn OR 2201 | West Linn | OR | 1100 Blankenship Rd | 02201 |
| Yakima WA 2462 | Yakima | WA | 917 Triple Crown Way | 02462 |
| Yucca Valley CA 315 | Yucca Valley | CA | 58353 29 Palms Highway | 00315 |
| Total | | | 70 | |

*JBV SH*

LICENSE AGREEMENT

This LICENSE AGREEMENT ("License Agreement") is made and entered into as of the 7th day of August, 2007, between AMERICAN HOME MORTGAGE ("Licensor"), and INDYMAC BANK, F.S.B. ("Licensee") for the right to use the office space, and all furniture, fixtures and equipment located within such office space, including utilities, telephone and Internet service supplied to such office space and all other items owned, rented, leased or otherwise controlled by Licensor at the office locations listed on Exhibit "A" attached hereto (such office space and all furniture, fixtures, equipment, utilities, telephone service and Internet service are collectively referred to herein as the "Premises"), with reference to the following:

LICENSE. Licensor hereby grants to Licensee a license to use the Premises and Licensee hereby accepts such license to use the Premises from Licensor on the terms and conditions set forth in this License Agreement. From and after the Effective Date (defined below), to preserve the confidentiality of Licensee's documentation maintained at the Premises, Licensor shall not grant any other person or entity the right to use or access the Premises without Licensee's prior written consent. Notwithstanding the foregoing, Licensor shall have the right to enter the Premises upon reasonable prior notice to Licensee; provided, however, that during any such entry by Licensor, the parties shall implement reasonable procedures to protect the confidentiality of Licensee's documentation and other information within the Premises. The foregoing license shall include Licensee's right to use software applications on Licensor's computers and other intellectual property within the Premises, to the extent permitted by applicable law as reasonably determined by Licensee; provided, however, the license shall exclude any right to use Licensor's loan origination system, Licensor's point-of-sale system and any proprietary software developed by or especially for Licensor. Licensee shall have access to and may use the Premises seven days per week, twenty-four hours per day, three hundred sixty-five days per year. Licensee and its employees, agents and invitees shall have the right to use the parking spaces in the parking area allocated to the Premises in accordance with the applicable leases in common with other users of the buildings containing the Premises.

TERM. The term of this License Agreement ("Term") shall commence on the date Licensee obtains access to the Premises (the "Effective Date") and shall continue thereafter until terminated by either party upon not less than fifteen (15) business days notice. The Term shall expire at midnight on the date specified in the written notice from either party electing to terminate this License Agreement.

This License Agreement shall be of no force or effect unless the Effective Date occurs by August 8, 2007, unless that deadline is mutually extended by each of Licensor and Licensee in its sole and absolute discretion. Effective upon execution of this License Agreement, Licensor shall cause Licensee to have access to and use of all of the Premises.

MONTHLY LICENSE FEE. SERVICES. During the Term, Licensee shall pay Licensor a fee (the "License Fee") equal to (i) the amount of the actual monthly rent and additional rent, including operating expenses, utilities, real estate taxes and insurance, payable by Licensor with respect to the Premises pursuant to the applicable leases for the Premises for the period that Licensee is provided access to and use of the Premises, plus (ii) the amount of the actual monthly charges payable by Licensor to third parties for all facility and telecommunication service contracts servicing the Premises, plus (iii) $25,000 per month (the "Licensor Services Component") (prorated for any partial months) to cover the cost of four (4) Licensor employees (or contractors) providing bill processing/accounts payable services related to the Premises and telecommunications/data network/computer desktop/Internet support to the Premises and Licensee's employees working at or remotely from the office locations constituting the Premises, until such time as Licensee assumes responsibility for providing such services directly. Licensor makes no representations or warranties with respect to any services so provided, including, without limitation, the quality or adequacy of any services provided to Licensee under this License Agreement. To facilitate the calculation of the License Fee, Licensor shall deliver to Licensee (a) complete copies of each of Licensor's leases with respect to the Premises within three (3) days after the Effective Date, and (b) copies of each of the invoices from the applicable third parties for the portion of the License Fee payable pursuant to subclause (ii) above. Prior to the approval of this License Agreement by the United States Bankruptcy Court in the Licensor's pending Bankruptcy case, Licensor shall pay the License Fee weekly on each Friday, prorated for its actual days of occupancy based on the actual number of days in the applicable calendar

OHS West:260282163.3                                  1

month (with the first such payment to be paid on or before August 10). Upon approval of this License Agreement by the United States Bankruptcy Court in the Licensor's pending Bankruptcy case, Licensee shall pay the remainder of the License Fee for the calendar month of August (or, if Bankruptcy Court approval is not obtained until September, then for the calendar month of September), 2007 in full. The License Fee shall be calculated based on a schedule provided by Licensor of landlords and other payees and amounts (setting forth the name, address and amount due for each landlord and other vendor for the month of August) to be paid solely with respect to the calendar month of August, 2007 with respect to the Premises (which payments shall be subject to reconciliation in subsequent months based upon landlord- and vendor-specific invoices). Thereafter, Licensee shall pay Licensor the License Fee on or before the date the applicable portion of the License Fee is due and payable in accordance with the terms of the applicable lease or other agreement with or invoice from the applicable third-party provider. The Licensor Services Component of the License Fee shall be paid by Licensee to Licensor on or before the ninth (9th) day of the applicable calendar month, provided, however, that until the Bankruptcy Court in the Licensor's Pending Bankruptcy case approves this License Agreement, the Licensor Services Component of the License Fee shall be prorated and paid concurrently with the License Fee. Licensee shall pay all of the License Fee to Licensor (at Licensor's address set forth below or at such other address as Licensor shall identify in writing to Licensee) and Licensor shall pay to the applicable landlord or other third party provider all amounts payable to such applicable landlord or third party provider. The License Fee for any partial month during the Term shall be prorated based on the actual number of days in the applicable calendar month that Licensee has the use of and access to the Premises to the extent Licensor is able to receive a pro-rated refund under any lease or third party vendor service (unless such termination is caused by Licensor, in which event Licensee shall be entitled to prorate regardless of whether Licensor is entitled to receive a prorated refund under the lease or third party vendor service). Prior to any payment by Licensee to Licensor pursuant to this License Agreement, Licensor shall deliver to Licensee a completed and signed Form W-9.

Notwithstanding anything to the contrary in this License Agreement, Licensee shall have no obligation to pay Licensor for any period of time that Licensee is denied physical access to the Premises or any portion thereof and, if Licensee is denied physical access to any portion of the Premises for any period longer than 24 hours, Licensee may, at its sole option, elect to terminate the license with respect to such portion of the Premises and, upon such termination, Licensee shall have no further obligation for any portion of the License Fee accruing after such termination and with respect to such portion of the Premises. In the event of such a termination, Licensor shall refund to Licensee any payments of the License Fee made by Licensee that are allocable to the period of time subsequent to such termination to the extent Licensor is able to receive a pro-rated refund under any lease or third party vendor service (unless such termination is caused by Licensor, in which event Licensee shall be entitled to the refund regardless of whether Licensor is entitled to receive a prorated refund under the lease or third party vendor service). Except for the License Fee payable pursuant to this paragraph, in no event shall Licensee be liable or obligated to Licensor or any other party, for any other amounts whatsoever for Licensor's grant of the license and the use of the Premises in accordance with the terms of this License Agreement.

The services provided to Licensee at the Premises shall include all utilities, including without limitation, electricity and heating, ventilation and air conditioning, and janitorial services. Such services will be provided in the same manner and to the extent that such services were provided to the Premises immediately prior to the Effective Date and Licensor makes no representation or warranty with respect to such services, including, without limitation, the quality or adequacy of such services.

Licensor shall allow Licensee access to the Internet via Licensor's telephone, cable modem, ISDN or DSL service and equipment within the Premises, whichever is available and selected by Licensee, provided that Licensor makes no representation and warranties with respect to the same and shall, in no event, be responsible for any loss or damages to Licensee arising out of such use. Licensee shall have the right to have mail delivered to Licensee at the Premises and to permit third-party courier services to deliver and retrieve packages at the Premises.

**CONDITION OF OFFICE SPACE.** Licensee shall accept the Premises in its "as-is" condition and "as-built" configuration existing on the Effective Date.

**PERMITTED USE.** Licensee shall use the Premises only for general office purposes and for purposes of conducting consumer retail lending services, including, without limitation, the origination, documentation, and administration of loans and mortgages. The foregoing permitted uses are collectively referred to in this License Agreement as the "Permitted Use".

**CARE, MAINTENANCE AND REPAIR.** Licensee shall, at its sole expense, keep the Premises in a clean, neat and orderly condition (ordinary wear and tear excepted), and in compliance with all applicable laws.

**INSURANCE.** During the Term, Licensee, at its sole expense, shall obtain and maintain policies of commercial general liability insurance, including personal injury, bodily injury, death and broad form property damage, in such limits as Licensee, with Licensor's consent (which consent shall not be unreasonably withheld) may determine are reasonably appropriate for the Premises and the operation of the Permitted Use. Licensee shall cause Licensor to be listed as an additional named insured on all policies of insurance obtained by Licensee with respect to the Premises and Licensee's use of the Premises.

**CONSUMER CONFIDENTIAL INFORMATION.** Licensor shall use its best effort to remove, before the Effective Date, any and all consumer confidential information at any of the Premises, including, without limitation, any and all customer loan profiles ("Consumer Confidential Information"). Licensee shall use its best efforts to package and deliver to the Licensor, at addresses to be provided to Licensee, any Consumer Confidential Information that Licensee discovers remaining at the Premises on or after the Effective Date.

**LICENSEE'S PROPERTY.** All of Licensee's equipment and supplies delivered to the Premises by Licensee, together with all other personal property owned by Licensee and located within the Premises after the Effective Date, shall remain the property of Licensee, shall not be subject to any lien or claim of ownership by Licensor and may be removed by Licensee from time to time during the Term or upon the termination of this License Agreement.

**NOTICES.** Notices between Licensor and Licensee shall be in writing, and shall be effectively served by personal delivery or Certified or Registered Mail as follows (in which case, the date of receipt or refusal shall be the date of notice):

To Licensee:

>IndyMac Bank, F.S.B.
>888 East Walnut Street
>Pasadena, California 91101
>Attn: Corporate Real Estate

With a copy to:

>CB Richard Ellis, Inc.
>355 South Grand Avenue
>Los Angeles, CA 90071
>Attn: Mark Sprague

To Licensor:

>American Home Mortgage
>538 Broad Hollow Road
>Melville, NY 11747
>Attn: Mr. Kevin Nystrom

**INDEMNIFICATION BY LICENSEE.** Licensee shall indemnify, defend and hold Licensor harmless from any and all claims, losses, costs (including, without limitation, reasonable attorneys' fees and costs), damages and

OHS West:260282163.3                                3

liens (collectively, "Claims") which Licensor actually incurs as a direct result of Licensee's or its employees' or invitees' use of or damage to, the Premises or failure to vacate the Premises upon termination of this License Agreement. Such rights of indemnity shall exclude (a) any and all Claims resulting from or related to Licensor's gross negligence or willful misconduct, (b) any Claims or other liabilities resulting from any claims of breach or default by the landlords under Licensor's leases for the Premises unless the same are as a direct result of activities conducted by Licensee at the Premises that do not constitute a Permitted Use, and (c) normal wear and tear in connection with Licensee's use of the Premises in accordance with this License Agreement.

**INDEMNIFICATION BY LICENSOR.** Licensor shall indemnify, defend and hold Licensee harmless from any and all Claims which Licensee actually incurs as a direct result of Licensor's execution and delivery of this License Agreement, including any Claims resulting from Licensor's failure to pay any amounts due to landlord's or third-party service providers from amounts remitted to Licensor as part of the License Fee. Such rights of indemnity shall exclude (a) Claims of Licensor's landlords in connection with any use of the Premises by Licensee that is not a Permitted Use, and (b) all Claims resulting from or related to Licensee's gross negligence or willful misconduct.

**MISCELLANEOUS.** No waiver by either party of any breach hereunder shall be implied from any omission by that party to take any action on account of such breach if such breach persists or be repeated, and no express written waiver shall affect any breach other than the breach specified in the express written waiver and only to the extent therein stated. This License Agreement, along with Exhibit "A" attached hereto, constitutes the entire and exclusive agreement between Licensor and Licensee with respect to the use of the Premises by Licensee. This License Agreement may be altered, amended or modified only by an instrument in writing signed by both Licensor and Licensee. This License Assignment shall be governed by and construed in accordance with the laws of the State of California, without regard to its conflicts of law principles. This License Agreement may be executed in counterparts, all of which shall constitute the same License Agreement, notwithstanding that all parties are not signatory to the same or original counterpart. Licensor and Licensee each represent and warrant to the other that (a) subject to United States Bankruptcy Court approval, each party has the full right, power and lawful authority to enter into this License Agreement and to consummate the transactions contemplated herein, and (b) this License Agreement has been duly authorized by all necessary corporate action.

(Signature Page Follows Immediately)

OHS West:260282163.3                                4

The parties have executed this License Agreement as of the date first set forth above.

                **LICENSEE:**
                INDYMAC BANK, F.S.B., a federally chartered savings bank

                By: _/s/ Jules Vogel_____

                **LICENSOR:**

                AMERICAN HOME MORTGAGE

                By: _[signature]_____

EXHIBIT A

DESCRIPTION OF THE LOCATIONS OF THE PREMISES

Exhibit A

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Alameda CA 350 | Alameda | CA | 1515 Webster Street | 00010 |
| Albuquerque Uptown NM 2171 | Albuquerque | NM | 6000 Uptown Blvd. NE | 02F71 |
| Ambxx CA 369 | Anaheim | CA | | 06169 |
| Angels Camp CA 345 | Angels Camp | CA | 1250 S. Greasewood | 00945 |
| Bellingham WA 2198 | Bellingham | WA | 1239 S. Main St. | 02188 |
| Big Sky 265 | Big Sky | MT | 1756 Iowa Street | INA |
| Bloomington MN 2039 | Bloomington | MN | 50 Meadow Village Suite 205 | 42097 |
| Boise ID 2025 | Boise | ID | 6610 West 82nd St | 42835 |
| Bozeman Main MT 2729 | Bozeman | MT | 2810 W Brock M | 92229 |
| Campbell Campbell CA 340 | Campbell | CA | 2616 W. Main St. | 00340 |
| Central Lafayette LA 3331 | Lafayette | LA | 51 E. Campbell Avenue | 03331 |
| Carmel CA 377 | Carmel | CA | 31F Cadleau Road | 00877 |
| Chandler AZ 02312 | Chandler | AZ | 17777 Cedar Court Drive | 013-12 |
| Charles MN 1313 | Chaska | MN | 23 S Antique Place | 01313 |
| Cheyenne WY 263 | Cheyenne | WY | 1107 Headlier Blvd. Ste. 290 | 42835 |
| Coeur d'Alene ID 2227 | Coeur D Alene | ID | A515-F East Pershing | 00963 |
| Concord Sutter Street CA 342 | Concord | CA | 1221 Ironwood Dr | 02327 |
| Del Rio Border ECU TX 2475 | Del Rio | TX | 1800 Sutter Street | 03302 |
| Eagle ID 3CR | Eagle | ID | 690 E. Gibbs Street | D2875 |
| Edmonds | Edmonds | WA | 462 B. Shone Drive | 02074 |
| Elk Grove CA 1315 | Elk Grove | CA | 21920 26th Ave. West, Ste 110 | INA |
| Flowermound TX 2163 | Flower Mound | TX | 9055 E. Stockton Blvd | 03315 |
| Glendale AZ 2321 | Glendale | AZ | 3365 Long Prairie Road | 42163 |
| Grand Junction 14 CO 2423 | Grand Junction | CO | 5859 W Thied Blvd | 03321 |
| Greenwood Village CO 2004 | Greenwood Village | CO | 2479 Peterson Road | 00722 |
| Gresham OR 3057 | Gresham | OR | 8101 East Panofino Avenue | 03004 |
| Helena MT 1314 | Helena | MT | 550 Road, Misa | 02097 |
| Henderson NV 257 | Henderson | NV | 825 Great Northern Boulevard | 03134 |
| Honolulu HI 03461 | Honolulu | HI | 2170 Corporate Circle | 00561 |
| Houston Kingwood TX 3133 | Kingston | TX | 737 Bishop Street | 03401 |
| Indian Wells CA 216 | Indian Wells | CA | 108 N. Post Oak | 03333 |
| Iowa Ave IA 2005 | West Des Moines | IA | 74-B5W Highway 111 | 00114 |
| Kapaa HI 2411 | Kapaa | HI | 2820 Western Parkway | 03695 |
| Kirkland WA 2770 | Kirkland | WA | 4561 Kahili Highway | 03422 |
| La Jolla CA 311 | La Jolla | CA | 1801 Konnokiin Boulevard | 02410 |
| Lahaina HI 2957 | Lahaina | HI | 701 Pralpira | 02170 |
| Lakewood WA 2072 | Lakewood | WA | 1275 Executive Square | 00311 |
| Las Vegas NV 363 | Las Vegas | NV | 222 Pupalina Street | 02942 |
| Layton UT 3334 | Layton | UT | 5604 100th Street | 03072 |
| Littleton CO 2005 | Littleton | CO | 777 North Rainbow Blvd. | 02053 |
| Long Beach Kuhoy CA 307 | Long Beach | CA | 920 West Heritage Park Blvd | 03500 |
| Maple Grove MN 1380 | Maple Grove | MN | 3240 W Cress Drive | 02065 |
| Missoula MT 2045 | Missoula | MT | 3700 Killey Alfred Way | 00397 |
| Modesto CA 361 | Modesto | CA | 7747 Elm Creek Blvd. | 01309 |
| Monterey CA 336 | Monterey | CA | 1802 Dearborn Avenue | 02045 |
| Nampa ID 2015 | Nampa | ID | 1150 Nieth Street | 00361 |
| Park Experience Mortgage | Colorado Springs | CO | 659 Abrigo Street | 00354 |
| Pomona CA 324 | Pomona | CA | 724 12th Avenue South | 02975 |
| Portland OR 2858 | Portland | OR | 2030 Tenderfoot Hill Street | #1963 |
| Portland OR 2231 | Portland | OR | 3191 Temple Avenue | 00334 |
| Rancho Cucamonga CA 309 | Rancho Cucamonga | CA | 10228 SW Greenburg Rd | 02058 |
| | | | 9680 Haven Ave. #150 | 03271 |
| | | | | D8349 |

AUG. 9. 2007  3:39PM    AMERICAN-HOME-MORTGAGE                                NO. 2477   P. 5

| Branch Name | City | State | Address | Cost Center |
|---|---|---|---|---|
| Riverside CA 316 | Riverside | CA | 3708 Adams Street | 00310 |
| Roseville CA 344 | Roseville | CA | 1508 Eureka Road | 00344 |
| Rowlett TX 338 | Rowlett | TX | 4708 Rowlett Drive | 01338 |
| Sacramento CA 2402 | Sacramento | CA | 1610 Arden Way | 08402 |
| Salinas CA 121 | Salinas | CA | 23 Salinas Street | 01121 |
| Salt Lake City UT 2144 | Salt Lake City | UT | 6415 South 3000 East | 02144 |
| Scottsdale 1 AZ 1310 | Scottsdale | AZ | 8700 Bass Vista Boulde | 01310 |
| Scottsdale Verano 1 AZ 357 | Scottsdale | AZ | 8700 E. Via De Ventura | 00357 |
| Sherwood OR 2193 | Sherwood | OR | 20612 SW Roy Rogers Road | 02193 |
| Sioux Falls SD 343 | Sioux Falls | SD | 3409 West 49th Street | 00343 |
| Sonora CA 346 | Sonora | CA | 79 N. Washington Street | 00346 |
| Temecula CA 2409 | Temecula | CA | 27690 Ynez Road | 02409 |
| Tenderfoot CO 5323 | Colorado Springs | CO | 2630 Tenderfoot Hill Street | 05323 |
| Torrance CA 313 | Torrance | CA | 2780 Skypark Drive | 00313 |
| Walnut Creek CA 338 | Walnut Creek | CA | 500 Ygnacio Valley Road | 00338 |
| West Linn OR 2201 | West Linn | OR | 1900 Blankenship Rd | 02201 |
| Yakima WA 2462 | Yakima | WA | 912 Triple Crown Way | 02462 |
| Yucca Valley CA 315 | Yucca Valley | CA | 56551 29 Palms Highway | 00315 |
| Total | 70 | | | |

ABV SH

# EXHIBIT 2

## List of Office Leases

## Final Branch List - 8/21/07

| # | BranchName | Address | City | State | Cost Center |
|---|---|---|---|---|---|
| 1 | Alameda CA 330 | 1512 Webster Street | Alameda | CA | 00330 |
| 2 | Albuquerque Uptown NM 2171 | 6000 Uptown Blvd. NE | Albuquerque | NM | 02171 |
| 3 | Anaheim CA 369 | 2390 E. Orangewood | Anaheim | CA | 00369 |
| 4 | Angels Camp CA 345 | 1239 S. Main St. | Angels Camp | CA | 00345 |
| 5 | Bellingham WA 2188 | 1756 Iowa Street | Bellingham | WA | 02188 |
| 6 | Big Sky 2883 | 50 Meadow Village Suite 205 | Big Sky | MT | 2883 |
| 7 | Bloomington MN 2039 | 1600 West 82nd St | Bloomington | MN | 02039 |
| 8 | Boise ID 2025 | 8850 W Emerald | Boise | ID | 02025 |
| 9 | Bozeman Main MT 2729 | 2616 W. Main St. | Bozeman | MT | 02729 |
| 10 | Caldwell ID 2169 | 2805 Blaine Street | Caldwell | ID | 02169 |
| 11 | Campbell Campbell CA 340 | 51 E. Campbell Avenue, Suite 170 | Campbell | CA | 00340 |
| 12 | Cedar Rapids IA 2017 | 3053 Center Point Road NE | Cedar Rapids | IA | 02017 |
| 13 | Cerritos CA 377 | 17777 Center Court Drive | Cerritos | CA | 00377 |
| 14 | Chandler AZ 01312 | 25 S Arizona Place | Chandler | AZ | 01312 |
| 15 | Chaska MN 1313 | 1107 Hazeltine Blvd. Ste 500 | Chaska | MN | 01313 |
| 16 | Coeur d'Alene ID 2227 | 1221 Ironwood Dr | Coeur D Alene | ID | 02227 |
| 17 | Tenderfoot CO 3323 | 2630 Tenderfoot Hill Street | Colorado Sprin | CO | 03323 |
| 18 | Columbia Gateway | 6996 Columbia Gateway Drive, Suite 102 | Columbia | MD | |
| 19 | Concord Sutter Street CA 302 | 1800 Sutter Street | Concord | CA | 00302 |
| 20 | Coral Gables FL 2951 | 4621 Ponce De Leon Blvd | Coral Gables | FL | 02951 |
| 21 | Cornelius NC 2732 | 19930 W. Catawba Avenue, Suite 140 | Cornelius | NC | 02732 |
| 22 | Del Rio Border FCU TX 2475 | 600 E. Gibbs Street | Del Rio | TX | 02475 |
| 23 | Des Moines University IA 2020 | 6600 University Ave. | Des Moines | IA | 2020 |
| 24 | Eagle ID 2074 | 738 S. Bridgeway Place / The Gemstar Building | Eagle | ID | 02074 |
| 25 | Edmonds 2415 | 21920 76th Ave. West, Ste 110 | Edmonds | WA | 2415 |
| 26 | Elk Grove CA 3315 | 9355 E Stockton Blvd | Elk Grove | CA | 03315 |
| 27 | Flowermound TX 2163 | 3305 Long Prairie Road | Flower Mound | TX | 02163 |
| 28 | Frisco TX 2205 | 2595 Dallas Parkway | Frisco | TX | 02205 |
| 29 | Gaithersburg MD 515 | 481 N. Fredrick Ave, Suite 420 | Gaithersburg | MD | 00515 |
| 30 | Glendale AZ 3321 | 5859 W Talavi Blvd | Glendale | AZ | 03321 |
| 31 | Grand Junction 1st CO 422 | 2478 Patterson Road | Grand Junction | CO | 00422 |
| 32 | Greenwood Village CO 2004 | 8101 East Prentice Avenue | Greenwood Vil | CO | 02004 |
| 33 | Gresham OR 2057 | 320 North Main | Gresham | OR | 02057 |
| 34 | Helena MT 3334 | 825 Great Northern Boulevard | Helena | MT | 03334 |
| 35 | Henderson NV 351 | 2370 Corporate Circle | Henderson | NV | 00351 |
| 36 | Hilton Head Island SC 2773 | 10 Executive Park Road, Suite 101 | Hilton Head Island | SC | 02773 |
| 37 | Honolulu HI 02401 | 737 Bishop Street | Honolulu | HI | 02401 |
| 38 | Houston Galleria TX 3332 | 730 N. Post Oak Road | Houston | TX | 03332 |
| 39 | Houston Kingwood TX 3333 | 20669 Lake Houston pkwy | Houston | TX | 03333 |
| 40 | Indian Wells CA 314 | 74-890 Highway 111 | Indian Wells | CA | 00314 |
| 41 | Irvine CA 300 | 111 Pacifica, Suite 305 | IRVINE | CA | 00300 |
| 42 | Irvine CA 3314 | 111 Pacifica | Irvine | CA | 03314 |
| 43 | Retail West Division Executive & Support 398 | 111 Pacifica, Suite 305 | Irvine | CA | 00398 |
| 44 | Kapaa HI 2422 | 4-361 Kuhio Highway | Kapaa | HI | 02422 |
| 45 | Kapolei HI 2411 | 1001 Kamokila Boulevard | Kapolei | HI | 02411 |
| 46 | Kirkland WA 2170 | 401 Parkplace | Kirkland | WA | 02170 |
| 47 | La Jolla CA 311 | 4275 Executive Square | La Jolla | CA | 00311 |
| 48 | Lafayette LA 3335 | 318A Guilbeau Road | Lafayette | LA | 03335 |
| 49 | Lahaina HI 2942 | 222 Papalaua Street | Lahaina | HI | 02942 |
| 50 | Lakewood, Gig Harbor WA 02072 | 5808 100th Street Suite A | Lakewood / Ta | WA | 02072 |
| 51 | Las Vegas NV 353 | 777 North Rainbow Blvd. | Las Vegas | NV | 00353 |

| # | BranchName | Address | City | State | Cost Center |
|---|---|---|---|---|---|
| 52 | Layton UT 3330 | 920 West Heritage Park Blvd | Layton | UT | 03330 |
| 53 | Littleton CO 2005 | 9200 W Cross Drive | Littleton | CO | 02005 |
| 54 | Long Beach Kilroy CA 307 | 3780 Kilroy Airport Way | Long Beach | CA | 00307 |
| 55 | Maple Grove MN 1309 | 7767 Elm Creek Blvd. | Maple Grove | MN | 01309 |
| 56 | Miami FL 2821 | 12751 S Dixie Highway | Miami | FL | 02821 |
| 57 | Miami FL 2940 | 200 South Biscayne Blvd, Suite 1930 | Miami | FL | 02940 |
| 58 | Miami Beach FL 2926 | 828 Washington Avenue | Miami Beach | FL | 02926 |
| 59 | Missoula MT 2045 | 1802 Dearborn Avenue | Missoula | MT | 02045 |
| 60 | Modesto CA 361 | 1150 Ninth Street | Modesto | CA | 00361 |
| 61 | Monroe Re/Max Desk Rental | 14961 Chain Lake Rd. #159 | Monroe | WA | |
| 62 | Monterey CA 356 | 659 Abrego Street | Monterey | CA | 00356 |
| 63 | Charleston SC 2626 | 2000 Sam Rittenberg Boulvard. Suite 3009 | N Charleston | SC | 02626 |
| 64 | Nampa ID 2075 | 724 12th Avenue South | Nampa | ID | 02075 |
| 65 | New City NY 7 | 200B South Main Street | New City | NY | 00007 |
| 66 | Palm Beach Gardens FL 2950 | 4100 RCA Boulevard, Suite 100 | Palm Beach Gardens | FL | 02950 |
| 67 | Plantation FL 2829 | 801 S University Drive, Suite 130 | Plantation | FL | 02829 |
| 68 | Pomona CA 324 | 3191 Temple Avenue | Pomona | CA | 00324 |
| 69 | Portland OR 2058 | 10220 SW Greenburg Road Suite 245 | Portland | OR | 02058 |
| 70 | Portland OR 2230 | 700 NE Multnomah Street Suite 450 | Portland | OR | 02230 |
| 71 | Raleigh National NC 2050 | 3717 National Drive, Suite 106 | Raleigh | NC | 02050 |
| 72 | Rancho Cucamonga CA 00309 | 9680 Haven Avenue | Rancho Cucam | CA | 309 |
| 73 | Reno NV 367 | 5470 Kietzke Lane, Ste 210 | Reno | NV | 00367 |
| 74 | Riverside CA 3313 | 5225 Canyon Crest Dr | Riverside | CA | 03313 |
| 75 | Roseville CA 344 | 1508 Eureka Road | Roseville | CA | 00344 |
| 76 | Sacramento CA 2402 | 1610 Arden Way | Sacramento | CA | 02402 |
| 77 | St. Louis MO 2199 | 4409 Meramec Bottom Road | Saint Louis | MO | 02199 |
| 78 | Salt Lake City UT 2144 | 6415 South 3000 East | Salt Lake City | UT | 02144 |
| 79 | Sarasota Tamiami FL 2828 | 950 South Tamiami Trail, Suite 208 | Sarasota | FL | 02828 |
| 80 | Scottsdale 3 AZ 1310 | 8700 East Vista Bonita | Scottsdale | AZ | 01310 |
| 81 | Scottsdale Camelback AZ 2002 | 6991 East Camelback Road | Scottsdale | AZ | 02002 |
| 82 | Scottsdale Ventura 1 AZ 357 | 8700 E. Via De Ventura | Scottsdale | AZ | 2003 |
| 83 | Sherwood OR 2193 | 20512 SW Roy Rogers Road | Sherwood | OR | 02193 |
| 84 | Sioux Falls SD 343 | 3409 West 47th Street | Sioux Falls | SD | 00343 |
| 85 | Sonora CA 346 | 79 N. Washington Street | Sonora | CA | 00346 |
| 86 | Spokane WA 2228 | 818 W Riverside Ave | Spokane | WA | 02228 |
| 87 | Tampa FL 2218 | 1511 Westshore Blvd, Suite 720 | Tampa | FL | 02218 |
| 88 | Temecula CA 2409 | 27450 Ynez Road | Temecula | CA | 02409 |
| 89 | The Woodlands TX 2130 | 21 Waterway Ave | The Woodlands | TX | 02130 |
| 90 | Torrance CA 313 | 2780 Skypark Drive | Torrance | CA | 00313 |
| 91 | Wailuku HI 2421 | 2200 Main Street | Wailuku | HI | 02421 |
| 92 | Walnut Creek CA 338 | 500 Ygnacio Valley Road | Walnut Creek | CA | 00338 |
| 93 | Iowa Area IA 2095 | 2829 Westown Parkway, Suite 220 | West Des Moin | IA | 02095 |
| 94 | West Linn OR 2201 | 1800 Blankenship Rd | West Linn | OR | 02201 |
| 95 | Westminster CO 2410 | 1400 W. 122nd Avenue | Westminster | CO | 02410 |
| 96 | Woodbury MN 3311 | 6043 Hudson Road | Woodbury | MN | 03311 |
| 97 | Yakima WA 2162 | 917 Triple Crown Way | Yakima | WA | 02162 |
| 98 | Yucca Valley CA 315 | 56351 29 Palms Highway | Yucca Valley | CA | 00315 |