**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al</u>.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No.  07-11047 (CSS)<br><br>Jointly Administered |

**MOTION AND ORDER FOR PRO HAC VICE**

　　　　　Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and the attached certification, undersigned counsel moves for the admission *pro hac vice* to represent Maricopa County Treasurer ("Maricopa County") in this action.  In addition, because Maricopa County is an agency of the State of Arizona, undersigned counsel moves that the requirement to associate with local counsel be waived under Del. Bankr. L.R. 9010-1(c)(ii).

　　　　RESPECTFULLY SUBMITTED this 24th day of August, 2007.

　　　　　　　　　　　　　　　　　　By*/s/ Madeleine C. Wanslee*
　　　　　　　　　　　　　　　　　　　　Madeleine C. Wanslee
　　　　　　　　　　　　　　　　　　　　Arizona State Bar No. 012590
　　　　　　　　　　　　　　　　　　　　Gust Rosenfeld P.L.C.
　　　　　　　　　　　　　　　　　　　　201 E. Washington Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Phoenix, AZ  85004-2327
　　　　　　　　　　　　　　　　　　　　Telephone No. (602) 257-7430
　　　　　　　　　　　　　　　　　　　　Facsimile No. (602) 34-1538
　　　　　　　　　　　　　　　　　　　　Email: mwanslee@gustlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

　　　　　Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I certify that I am eligible

for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of Arizona and pursuant to Local Rule 83.6 D. De. L.R. submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By */s/ Madeleine C. Wanslee*
Madeleine C. Wanslee
Arizona State Bar No. 012590
GUST ROSENFELD P.L.C.
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
Telephone No. (602) 257-7422

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

MCW:sdl  759357.1  8/24/2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 24th day of August, 2007, I served by first class, postage prepaid mail, true and correct copies of the foregoing Motion and Order for Admission Pro Hac Vice upon the following parties:

<u>Proposed Attorneys for Debtors:</u>

Edward J. Kosmowiski, Esq.
Edwin J. Harron, Esq.
Joel A. Waite, Esq.
Kara Hammond Coyle, Esq.
Kenneth J. Enos, Esq.
Matthew Barry Lunn, Esq.
Pauline K. Morgan, Esq.
Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899

United States Trustee
844 King St. Room 2207
Lockbox #35
Wilmington, DE  19899-0035

By */s/ Madeleine C. Wanslee*

MCW:sdl  759357.1  8/24/2007

3