**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | |
| | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al</u>., | Chapter 11 |
| | Case No.  07-11047 (CSS) |
| Debtors. | Jointly Administered |

**<u>REQUEST FOR NOTICE</u>**

   Undersigned hereby requests copies of all pleadings and notices filed in the above-captioned matter be sent to Madeleine C. Wanslee, Gust Rosenfeld P.L.C., 201 E. Washington, Suite 800, Phoenix, Arizona 85004-2327.  Please take notice that the foregoing request for notice includes, without limitation and to the extent applicable, any disclosure statement, plan of reorganization, notice of any orders, pleadings, motions, applications, demands, requests for hearings and memoranda and briefs in support of any of the foregoing.

   Dated this 24th day of August, 2007.

        Respectfully submitted,

        GUST ROSENFELD P.L.C.

        By<u>/s/ *Madeleine C. Wanslee #012590*  </u>
         Madeleine C. Wanslee, AZBA #012590
         201 E. Washington Street, Suite 800
         Phoenix, AZ  85004-2327
         Telephone No. (602) 257-7430
         Facsimile No. (602) 34-1538
         Email: mwanslee@gustlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on the 24th day of August, 2007, I served by first class, postage prepaid mail, true and correct copies of the foregoing Request for Notice upon the following parties:

<u>Proposed Attorneys for Debtors:</u>

Edward J. Kosmowiski, Esq.
Edwin J. Harron, Esq.
Joel A. Waite, Esq.
Kara Hammond Coyle, Esq.
Kenneth J. Enos, Esq.
Matthew Barry Lunn, Esq.
Pauline K. Morgan, Esq.
Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899

United States Trustee
844 King St. Room 2207
Lockbox #35
Wilmington, DE  19899-0035

By */s/ Madeleine C. Wanslee*