IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., ET AL., PURSUANT TO
FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030**

Please take notice that, pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 7030, Qwest Corporation ("QC") and Qwest Communications Corporation ("QCC"), by and through their counsel, will take the oral deposition of one or more officers, directors, or managing agents of American Home Mortgage Holdgins, Inc., et al. (the "Debtors") concerning:

1. The Debtors' prepetition balances owed to QC;

2. The Debtors' prepetition balances owed to QCC;

3. The Debtors' monthly usage of QC's services from May 15, 2007 to the present;

4. The Debtors' monthly usage of QCC's services from May 15, 2007 to the present;

5. The Debtors' ability to provide adequate assurance of payment for post-petition services;

6. The Debtors' projections (and all drafts thereof) regarding EBIT, EBITDA, revenue, profit or loss, cash flow, or sources and uses of cash prepared at any time from and including May 15, 2007, through the date of the deposition;

7. Whether the Debtors are in default of (or will soon be in default of) any covenant or promise made under any post-petition financing agreements;

8. Communications between any of the Debtors and their post-petition secured lenders;

9. The Debtors' business plan; and

10. The terms of the Debtors' post-petition financing.

The deposition(s) will take place at the offices of **Reed Smith LLP, 599 Lexington Avenue, 29th Floor, New York, New York 10022; commencing on August 31, 2007 at 10:00 a.m. (Eastern).** The depositions will be recorded stenographically or by sound and video.

Absent a court order permitting additional time pursuant to Fed.R.Civ.P. 30(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. The depositions will take place before a person duly authorized to administer oaths, who will stenographically record the deponent's testimony. The Debtors are required to designate one or more officers, directors, or managing agents and to set forth the matters on which each person will testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address and the time and date set forth above) for examination.

Dated: August 24, 2007  
Wilmington, Delaware

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson  
Kurt F. Gwynne (No. 3951)  
Kimberly E. C. Lawson (No. 3966)  
1201 Market Street; Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575

Counsel for Qwest Corporation and  
Qwest Communications Corporation