IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :   Jointly Administered
                                                                :
     Debtors.                                                   :   Objection Deadline: August 31, 2007 at 12:00 p.m.
                                                                :   (ET)
                                                                :   Hearing Date: September 4, 2007 at 1:00 p.m. (ET).
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
      DELAWARE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
      CREDITORS; (III) COUNSEL TO BANK OF AMERICA, N.A., AS
      ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN
      CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO THE
      POSTPETITION LENDER; AND (V) COUNSEL TO THE BUYER; (VI) ALL
      PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1 (b)

   PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession have filed the **Debtors' Motion for Authority to File, Under Seal, Certain Motions of the Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): (i) Authorizing Private Sale of Certain Servicing Rights to Barclays Bank PLC Fee and Clear of Liens, Claims, Interests, and Transfer Taxes; (ii) Approving the Terms of the Purchase and Sale Agreement; and (iii) Granting Related Relief** (the "Motion").

   PLEASE TAKE FURTHER NOTICE that the Debtors propose objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **12:00 p.m. (ET) on August 31, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

   THE DEBTORS HAVE REQUESTED THAT A HEARING ON THIS MATTER WILL BE HELD ON **SEPTEMBER 4, 2007 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
       August 24, 2007

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              _____
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              Sean T. Greecher (No. 4484)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Proposed Counsel for Debtors and
                              Debtors in Possession