UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x  Ref. Docket Nos. _____

## ORDER APPROVING THE DEBTORS' MOTION FOR AUTHORITY TO FILE, UNDER SEAL, CERTAIN PORTIONS OF THE DEBTORS' EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 1146(c): (i) AUTHORIZING PRIVATE SALE OF CERTAIN SERVICING RIGHTS TO BARCLAYS BANK PLC FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND TRANSFER TAXES; (ii) APPROVING THE TERMS OF THE PURCHASE AND SALE AGREEMENT; AND (iii) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the Debtors seeking entry of an Order pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) authorizing the Debtors to file certain portions of their Motion For Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): (i) Authorizing Private Sale of Certain Servicing Rights to Barclays Bank Plc Free and Clear of Liens, Claims, Interests, and Transfer Taxes; (ii) Approving the Terms of the Purchase and Sale Agreement; and (iii) Granting Related Relief (the "Sale Motion") under seal; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

DB02:6199148.1                                                                        066585.1001

requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice and disclosure of the Motion has been given; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion is granted; and it is further

ORDERED that the redacted portions of the Sale Motion (the "Redacted Portions") are confidential and the Debtors are hereby authorized to file the Redacted Portions under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b); and it is further

ORDERED that the Redacted Portions shall remain under seal, confidential and shall not be made available to anyone, except to the Trustee, counsel to the Committee, counsel to Bank of America, N.A., or others (i) at the discretion of the Debtors or (ii) upon further order of this Court; and it is further

ORDERED that the United States Trustee, counsel to the Committee, and counsel to Bank of America, N.A., shall keep confidential the Redacted Portions; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE