**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Kimberly E. C. Lawson, Esquire, certify that I am over 18 years of age and that on the 24th day of August 2007, I caused a true and correct copy of the **NOTICE OF DEPOSITION OF AMERICAN HOME MORTGAGE HOLDINGS, INC., ET AL., PURSUANT TO FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030** to be served on the parties on the attached service list in the manner indicated.

Dated: August 24, 2007
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson
Kurt F. Gwynne (No. 3951)
Kimberly E. C. Lawson (No. 3966)
1201 Market Street; Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Counsel for Qwest Corporation and
Qwest Communications Corporation

## SERVICE LIST

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
(Debtor)

**VIA HAND DELIVERY**
Edward J. Kosmowski, Esq.
Edwin J. Harron, Esq.
Joel A. Waite, Esq.
Kara Hammond Coyle, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Debtor's Counsel)

**VIA HAND DELIVERY**
Office of the U.S. Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Bonnie Gantz Fattell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
(Official Committee of
Unsecured Creditors Counsel)