IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                       :
                                                                      :   Jointly Administered
       Debtors.                                                       :
                                                                      :   Objection Deadline: August 31, 2007 at 12:00 p.m.
                                                                      :   Hearing Date:  September 4, 2007 at 11:00 a.m.
---------------------------------------------------------------------- x

## NOTICE OF MOTION

TO:     (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) THE CREDITORS' COMMITTEE; (III) COUNSEL TO BANK OF
AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR CERTAIN LENDERS
UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
AGREEMENT DATED AS OF AUGUST 10, 2006; (IV) COUNSEL TO THE
AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) COUNSEL TO
FANNIE MAE; AND (VI) ALL PARTIES ENTITLED TO NOTICE UNDER
DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING COMPROMISE AND SETTLEMENT AGREEMENT WITH FANNIE MAE** (the "Motion").

Responses to the Motion, if any, must be filed on or before **August 31, 2007 at 12:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 24, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/*<br>James L. Patton, Jr. (No. 2202)<br>Joel A. Waite (No. 2925)<br>Pauline K. Morgan (No. 3650)<br>Sean M. Beach (No. 4070)<br>Matthew B. Lunn (No. 4119)<br>Kara Hammond Coyle (No. 4410)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Proposed Counsel for Debtors and<br>Debtors in Possession |