IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                                : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,     : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                                       : Jointly Administered
        Debtors.                                                   :
                                                                       : **Objection Deadline: N/A**
                                                                       : **Hearing Date: N/A**

---------------------------------------------------------------- x

### MOTION TO SHORTEN TIME AND APPROVE NOTICE OF MOTION OF THE DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING COMPROMISE AND SETTLEMENT AGREEMENT WITH FANNIE MAE

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] hereby move

this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-

1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening

the applicable notice period of the Debtors' Motion Pursuant to Section 105 of the Bankruptcy

Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Compromise and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Settlement Agreement With Fannie Mae (the "Motion")[2] so the matter may be heard on September 4, 2007.

1.    Pursuant to Bankruptcy Rule 2002(a)(3), a motion to approve "a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d) requires at least twenty (20) days notice by mail." Fed. R. Bankr. Proc. 2002(a)(3). Pursuant to Bankruptcy Rule 9006(c)(1), for "cause" shown, the Court may shorten the notice prescribed by the Bankruptcy Rules. Fed. R. Bankr. P. 9006(c)(1). Local Rule 9006-1(e) provides that such request must be by motion specifying the exigencies justifying the request. Del. Bankr. L.R. 9006-1(e).

2.    The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. The Debtors are progressing through an expedited sale process with respect to their servicing business, which is expected to culminate in an auction on September 10, 2007, and a Sale Hearing on September 17, 2007. For this reason alone, it is critical that the Motion be considered in an expedited manner. Most importantly, however, Fannie Mae is permitted to terminate the Stipulation if the Debtors are unable to obtain its approval on or before September 4, 2007. Thus, if the Motion to Shorten is denied, the potential exists for Fannie Mae to terminate the Stipulation. Simply stated, the Stipulation is fair and reasonable, and its expedited consideration serves the best interests of the Debtors, their estates and creditors.

3.    Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

scheduled for September 4, 2007 at 11:00 a.m. (ET), with objections due on or before August 31, 2007 at 12:00 p.m. (ET).  In light of the shortened notice period, the Debtors will serve the Motion by overnight or hand delivery on the date hereof, on:  (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit Agreement dated August 30, 2006; (iv) counsel to the DIP Lender; (v) counsel to Fannie Mae; and (vi) all parties entitled to notice under Local Rule 2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:    Wilmington, Delaware
          August 24, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    James L. Patton, Jr. (No. 2202)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    Kenneth J. Enos (No. 4544)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Proposed Counsel for Debtors and
                                    Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                                        : Chapter 11

                                                             :

AMERICAN HOME MORTGAGE                                        : Case No. 07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,[1]           :

                                                             : Jointly Administered

      Debtors.                                               :

------------------------------------------------------------ x    **Ref. Docket No. _____**

### ORDER SHORTENING THE TIME FOR NOTICE OF MOTION OF THE DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING COMPROMISE AND SETTLEMENT AGREEMENT WITH FANNIE MAE

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105, shortening the applicable notice of the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Compromise and Settlement Agreement With Fannie Mae (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the hearing on the Motion will be held on September 4, 2007 at

11:00 a.m. (ET) and objections, if any, to the relief requested therein shall be filed with the Court

and served upon so as to be received by counsel for the Debtors before 12:00 p.m. (ET) on

August 31, 2007; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
       August _____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge