IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :   Jointly Administered
                                                                :
    Debtors.                                                    :   Objection Deadline: September 10, 2007, 4:00 p.m. (ET)
                                                                :   Hearing Date: September 17, 2007, 12:00 p.m. (ET)
                                                                :
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:  (I) THE UNITED STATES TRUSTEE OF THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO THE DEBTORS' POST-PETITION LENDER; (V) THE SECURITIES AND EXCHANGE COMMISSION; AND (VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession have filed the **Motion of Debtors in Possession for Order, Under 11 U.S.C. §§ 323, 1106, and 1107 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by, Certain Loan and Purported Repurchase Counterparties** (the "Motion").

PLEASE TAKE FURTHER NOTICE that the objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on September 10, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **SEPTEMBER 17, 2007 AT 12:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
   August 24, 2007

             YOUNG CONAWAY STARGATT & TAYLOR, LLP

             /S/ John T. Dorsey
             James L. Patton, Jr. (No. 2202)
             Pauline K. Morgan (No. 3650)
             John T. Dorsey (No. 2988)
             Sean M. Beach (No. 4070)
             Matthew B. Lunn (No. 4119)
             Kara Hammond Coyle (No. 4410)
             The Brandywine Building
             1000 West Street, 17th Floor
             Wilmington, Delaware 19801
             Telephone: (302) 571-6600
             Facsimile: (302) 571-1253

             Proposed Counsel for Debtors and
             Debtors in Possession