## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x

In re:                                          Chapter 11

AMERICAN HOME MORTGAGE                          Case No. 07-11047 (CSS)
HOLDINGS, INC., *et al.*,                       (Jointly Administered)

                Debtors.

-----------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Nancy Connery, an attorney of Schoeman, Updike & Kaufman, LLP, with an office at 60 East 42nd Street, New York, New York 10165, to represent STWB, Inc. in this case.

Dated:  August 24, 2007

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4943

*Counsel for STWB, Inc.*

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: August 24, 2007
Wilmington, Delaware

_____
United States Bankruptcy Court Judge

D.I. _345_
Date: _8/24/07_

DM3\557395.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District of Delaware.

Dated: August 22, 2007
Wilmington, DE

SCHOEMAN, UPDIKE & KAUFMAN, LLP

Nancy Connery
60 East 42nd Street
New York, NY 10165
Telephone: (212) 661-5030

2

DM3\557395.1