# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, ) | (Jointly Administered) |
| et al. ) | |
| Debtors. ) | |
| _____ ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Patrick M. McGuirk, Esquire, of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 to represent Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation in the above named action.

Dated: August 23, 2007
Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com
              rwriley@duanemorris.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 8/24/2007

_____
United States Bankruptcy Court Judge

DM3\557349.1

336
8/23/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the State of New Jersey. I further certify pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Patrick M. McGuirk, Esquire
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:    (212) 839-5300
Facsimile:     (212) 839-5599
E-mail:          pmcguirk@sidley.com

*Counsel for Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation*

2

DM3\557349.1