# EXHIBIT "A"

| Lease | Equip Description | Lessee | Make | Model | Serial Number | Address | City | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 24564521 | RICOH FAX | AMERICAN HOME MORTGAGE | RICOH | 5510NF | A383120D146 | 24046 LORAIN RD | NORTH OLMSTED | OH | 44070 |
| 24629626 | RICOH COPIER | AMERICAN HOME MORTGAGE | RICOH | 2045E | K2954901223 | 2222 AIRLINE RD STE B4 | CORPUS CHRISTI | TX | 78414 |
| 24540463 | RICOH FAX | AMERICAN HOME MORTGAGE | RICOH | 4410L | A453960D376 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24586331 | TOSHIBA COPIER | AMERICAN HOME MORTGAGE | TOSHIB | E810 | SXH415162 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24586367 | TOSHIBA FAX | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03120D065 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 2.1E+08 |
| 24604829 | TOSHIBA FAX | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S04080013 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24607869 | HASLER MAIL MCHN | AMERICAN HOME MORTGAGE | HASLER | WJ60B | N/A | 6992 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21045 |
| 24612401 | HASLER MAIL MACHINE | AMERICAN HOME MORTGAGE | ASCOM | CUSTOM | 2 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24620859 | TOSHIBA COPIER | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | 4090017 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24789548 | 2 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | | 2060 L816540D068 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24789548 | 2 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | | 2060 L816500219 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24790345 | RICOH COPIER | AMERICAN HOME MORTGAGE | RICOH | 9000 | L556070D152 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24535369 | RICOH COPIER | FIRST HOME MORTGAGE CORP | RICOH | 2045SP | J5937200D621 | 10010 SAN PEDRO #610 | SAN ANTONIO | TX | 78216 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE | TOSHIB | E450 | CVF528348 | 600 JEFFERSON ST | ROCKVILLE | MD | 20852 |
| 24551078 | TOSH:COPR & 2 FAXES | AMERICAN HOME MORTGAGE | TOSHIB | E350 | SCPA413410 | 10815 DAVID TAYLOR DR 3 RESOURCE SQUARE #170 | CHARLOTTE | NC | 28262 |
| 24551078 | TOSH:COPR & 2 FAXES | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S0402D002 | 10815 DAVID TAYLOR DR 3 RESOURCE SQUARE #170 | CHARLOTTE | NC | 28262 |
| 24551078 | TOSH:COPR & 2 FAXES | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S0402D012 | 10815 DAVID TAYLOR DR 3 RESOURCE SQUARE #170 | CHARLOTTE | NC | 28262 |
| 24612407 | HASLER MAIL MACHINE | AMERICAN HOME MORTGAGE | ASCOM | CUSTOM | 6 | 10735 DAVID TAYLOR DR STE 410 | CHARLOTTE | NC | 28262 |
| 24691875 | 2 RICOH FAXES | AMERICAN HOME MORTGAGE | RICOH | 5510L | A375059D023 | 10735 DAVID TAYLOR DR 3 RESOURCE CTR #310 | CHARLOTTE | NC | 28262 |
| 24691875 | 2 RICOH FAXES | AMERICAN HOME MORTGAGE | RICOH | 5510L | A3750690221 | 10735 DAVID TAYLOR DR 3 RESOURCE CTR #310 | CHARLOTTE | NC | 28262 |
| 24617886 | RICOH COPIER | AMERICAN HOME MORTGAGE | RICOH | 2232C | K0241200D466 | 703 EAST NORTH STREET | GREENVILLE | SC | 29601 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE | TOSHIB | E450 | CVG529664 | 700 VETERANS MEMORIAL HWY STE 100 | HAUPPAUGE | NY | 11788 |
| 24592248 | TOSHIBA COPIER | AMERICAN HOME MORTGAGE | TOSHIB | E810 | SX1415326 | 1601 TRAPELO ROAD | WALTHAM | MA | 2451 |
| 24593458 | RICOH FAX | AMERICAN HOME MORTGAGE | RICOH | 5510L | A3731000D266 | 1601 TRAPELO RD | WALTHAM | MA | 2451 |
| 24616351 | RICOH COPIER | AMERICAN HOME MORTGAGE | RICOH | 2045E | K2954901685 | 1601 TRAPELO RD STE 190 | WALTHAM | MA | 2451 |
| 24616388 | RICOH COPIER | FIRST HOME MORTGAGE CORP | RICOH | | 2238 K0341100229 | 1601 TRAPELO RD STE 190 | WALTHAM | MA | 2451 |
| 24616390 | RICOH COPIER | FIRST HOME MORTGAGE CORP | RICOH | | 2045 K2954901684 | 1601 TRAPELO RD | WALTHAM | MA | 2451 |