IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ------------------------------------------------------------- x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, et al., : | Jointly Administered |
| : | |
| Debtors. : | **Objection Deadline: August 31, 2007 at 12:00 p.m. (ET)** |
| : | **Hearing Date: September 4, 2007 at *11:00 a.m.* (ET).** |
| ------------------------------------------------------------- x | |

## <u>RE-NOTICE OF MOTION</u>

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS; (III) COUNSEL TO BANK OF AMERICA, N.A., AS
ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN
CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO THE
POSTPETITION LENDER; AND (V) COUNSEL TO THE BUYER; (VI) ALL
PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1 (b)

        PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-
possession have filed the **Debtors' Motion for Authority to File, Under Seal, Certain
Motions of the Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a),
363, and 1146(c): (i) Authorizing Private Sale of Certain Servicing Rights to Barclays
Bank PLC Fee and Clear of Liens, Claims, Interests, and Transfer Taxes; (ii)
Approving the Terms of the Purchase and Sale Agreement; and (iii) Granting Related
Relief** (the "Motion").  You have been previously served with a copy of the Motion, D.I.
365..

        PLEASE TAKE FURTHER NOTICE that the Debtors propose objections to the
attached Motion must be filed with the United States Bankruptcy Court for the District of
Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **12:00
p.m. (ET) on August 31, 2007**.  At the same time, you must also serve a copy of the
objection upon the undersigned counsel.

        THE DEBTORS HAVE REQUESTED THAT A HEARING ON THIS
MATTER WILL BE HELD ON **SEPTEMBER 4, 2007 AT *11:00 A.M.* (ET)** BEFORE
THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET
STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

                                       

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated:  Wilmington, Delaware
          August 27, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                    /s/ Sean T. Greecher
                                    James L. Patton, Jr. (No. 2202)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    Sean T. Greecher (No. 4484)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Proposed Counsel for Debtors and
                                    Debtors in Possession