IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>Debtors. | CHAPTER 11<br><br>Case Number: 07-11047-CSS |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COME NOW John H. Capitano, attorney for NNN VF Four Resource Square, LLC, and hereby enters his appearance as counsel for NNN VF Four Resource Square, LLC, and further requests that all notices, motions, briefs, pleadings, orders and other papers that may be filed in this case be served upon him at his business address:

NNN VF Four Resource Square, LLC
c/o John H. Capitano
Kennedy Covington Lobdell & Hickman, L.L.P.
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202

This the 22nd day of August, 2007.

John H. Capitano
North Carolina State Bar No. 21965
Kennedy Covington Lobdell & Hickman, L.L.P.
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
Telephone: (704) 331-7409
Facsimile:  (704) 353-3109

4847-5588-8129.01

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2007, I served a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** by mailing a copy via First Class United States mail in an envelope with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

| | |
|---|---|
| James L. Patton Jr., Esq.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *Proposed Counsel for Debtors and<br>Debtors in Possession* |

_____
John H. Capizano
Attorney for NNN VF Four Resource Square, LLC

4847-5588-8129.01