## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2007, a true and correct copy of the Limited Objection of Boston Properties Limited Partnership to the Debtors' First Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment copy of the foregoing, filed in Case No. 07-11047-CSS, was served via facsimile and regular mail, postage prepaid upon the parties below:

> James L. Patton, Jr., Esquire
> Joel A. Waite, Esquire
> Pauline K. Morgan, Esquire
> Sean M. Beach, Esquire
> Matthew B. Lunn, Esquire
> Donald J. Bowman, Jr., Esquire
> Young Conaway Stargatt & Taylor, LLP
> 100 West Street, 17th Floor
> Wilmington, DE 19801
> Facsimile: 302-571-1253

Dated: August 27, 2007

*Danielle Newsom* (signature)
_____
Danielle Newsom