## CERTIFICATE OF SERVICE

I, Jennifer R. Taylor, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on August 27, 2007 upon the following individual(s):

**VIA HAND DELIVERY**
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

Victoria Counihan, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

United States Bankruptcy Court
attn: Jospeh McMahon, Esquire
824 Market Street, Suite 2207
Wilmington, DE 19801


**VIA FACSIMILE and UNITED STATES MAIL**
Corinne Ball, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022


Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 27, 2007

    /s/ Jennifer R. Taylor
    Jennifer R. Taylor