# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,

                Debtors.

------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

## CERTIFICATE OF SERVICE

      I, Frederick B. Rosner, hereby certify that on the 27th day of August, 2007, I served a copy of *Objection of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation to the Entry of a Final Order Authorizing Certain Debtors to Obtain Post Petition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c) [D.I. 392]* upon the parties listed below in the manner indicated:

*Via Email*
James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Sean Beach, Esquire
Matthew Lunn, Esquire
Donald Bowman, Jr., Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

DUANE MORRIS LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

DM3\558577.1