IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC., et. al.,** | ) ) | Case No. 07-11047-CSS |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | Related Docket Nos.: 16 and 17 |
| | ) | Hearing Date: 09/04/07 @ 11:00 a.m. |
| | ) | Objection Deadline: 8/27/07 @ 4:00 p.m. |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CIFG ASSURANCE NORTH AMERICA, INC., AS INSURER, WELLS FARGO BANK, AS MASTER SERVICER AND SECURITIES ADMINISTRATOR, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, WITH RESPECT TO THE DEBTORS' MOTIONS SEEKING AUTHORITY TO: (I) USE CASH COLLATERAL AND (II) ENTER INTO DIP FINANCING AGREEMENT**

CIFG Assurance North America, Inc. ("CIFG") as insurer of American Home Mortgage Investment Trust 2006-2, Mortgage-Backed Notes, Series 2006-2, Class V-A (the "Securities"), which are collateralized by a pool of prime quality home equity lines of credit ("HELOC Mortgage Loans") that were sold to American Home Mortgage Investment Trust 2006-2, a Delaware statutory trust (the "Trust"), and serviced by American Home Mortgage Acceptance, Inc. ("AHMA"), one of the above captioned debtors (together with AHMA, collectively, the "Debtors"), Wells Fargo Bank National Association, as Master Servicer and Securities Administrator for the Securities as well as more than 70 other securitization transactions ("Wells Fargo") for which either AHMA or one of the other Debtors serve as servicer, and Deutsche Bank National Trust Company, as trustee for 30 trusts,[1] including the Trust ("DBNTC", and together with CIFG and Wells Fargo, the "Objectants"), hereby file this limited objection and reservation of rights with respect to the Debtors' motions for (i) a final

---

[1] The mortgage loans for which Wells Fargo serves as Master Servicer and Securities Administrator and for which DBNTC serves as trustee are collectively referred to herein as the "Mortgage Loans."

order authorizing the Debtors to use cash collateral [Docket No. 16]; and (ii) a final order authorizing the Debtors to enter into a DIP Financing Agreement [Docket No. 17] (collectively, the "Proposed Final Orders").

## Limited Objection

1. Pursuant to (i) that certain HELOC Servicing Agreement dated as of June 30, 2006, among AMHA (as Sponsor and HELOC Servicer), GMAC Mortgage Corporation (as HELOC Bank-Up Servicer), DBNTC (as Indenture Trustee), and the Trust (the "Servicing Agreement") and/or (ii) certain other servicing agreements for which Wells Fargo serves as Master Servicer and/or Securities Administrator (collectively, the "Other Servicing Agreements"), AHMA or one of the other Debtors collects payments, including, but not limited to, the following (collectively, the "Collected Cash"):

> (i) required payments (and any voluntary prepayments) of principal and interest under the terms and provisions of the HELOC Mortgage Loans;
>
> (ii) repurchase price of any HELOC Mortgage Loans repurchased by the AHM as the servicer or as the seller of those loans;
>
> (iii) any/all proceeds received from liquidation of any HELOC Mortgage Loan; and
>
> (iv) any/all proceeds resulting from any insurance policy on a HELOC Mortgage Loan; and
>
> (v) any other payments required under the terms and provisions of the HELOC Mortgage Loans and the Mortgage Loans.

In the case of the HELOC Mortgage Loans, the Collected Cash is owned by the Trust and pledged to secure repayment of the Securities. In the case of the other Mortgage Loans, the Collected Cash is owned by the related securitization trust and pledged to secure repayment of the applicable securities.

2. In the Proposed Final Orders, the Debtors purport to grant liens on certain assets and seek other additional related relief. The Objectants object to entry of the Proposed Final Orders to the extent such orders in any way affect the Trust's rights to and/or ownership of the Collected Cash under the Servicing Agreement and the related loan documents (collectively, the "Transaction Documents"). The Objectants further object to entry of such orders to the extent such orders in any way affect the rights of Wells Fargo and DBNTC under the Other Servicing Agreements and the related loan documents for the Mortgage Loans.

3. CIFG also requests that the Debtors provide an accounting of all Collected Cash that has not yet been remitted to the account in the name of the indenture trustee for the benefit of the holders of the Securities (the "Collection Account"), and that all of the Collected Cash be remitted to the Collection Account within two business days following receipt of the Collected Cash, as required under the Transaction Documents.

4. The Objectants each reserve their respective rights to further object to the Proposed Orders.

WHEREFORE, the Objectants, respectfully request that (i) each of the Proposed Final Orders include language expressly preserving any and all rights of the parties under the Servicing Agreement and other servicing agreements and the Transaction Documents and (ii) the Court grant such other and further relief as it deems just and proper.

Dated: Wilmington, Delaware
August 27, 2007

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (I.D. No. 2553)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com

and

**KING & SPALDING LLP**
Barry N. Seidel
Stefanie J. Greer
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
bseidel@kslaw.com
sjgreer@kslaw.com

*Attorneys for CIFG Assurance North America, Inc.*


/s/ Franklin H. Top, III
**CHAPMAN AND CUTLER, LLP**
Franklin H. Top, III
111 West Monroe Street
Chicago, IL  60603
Telephone: (312) 845-3824
top@chapman.com

and

4

**WOLF, BLOCK, SCHORR AND SOLIS-COHEN, LLP**
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
tschiltz@wolfblock.com


*Attorneys for Wells Fargo Bank National Association*

**PEPPER HAMILTON LLP**

/s/ David Stratton
David Stratton
1313 Market Street
Wilmington, Delaware 19899
Telephone: (302) 777-6566
strattond@pepperlaw.com

and

**NIXON PEABODY LLP**
Dennis Drebsky
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3091
ddrebsky@nixonpeabody.com

*Attorneys for Deutsche Bank National Trust Company*

5