## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on August 27, 2007, I caused one copy of the foregoing to be served upon the persons listed below in the manner indicated.

### HAND DELIVERY

Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel for the Debtors)*

Joseph McMahon, Esquire
Office of the United States Trustee
844 N. King Street, Room 2311
Wilmington, DE 19801

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel for Administrative Agent, WLR Recovery Fund III LP)*

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
*(Counsel for Bank of America)*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*(Counsel for the Official Committee of Unsecured Creditors)*

### U.S. MAIL

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*(Counsel for Administrative Agent, WLR Recovery Fund III LP)*

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
*(Counsel for Bank of America)*

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
*(Counsel for the Official Committee of Unsecured Creditors)*

William P. Bowden (#2553)

183590.1