IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>     Debtors. | Chapter 11<br><br>Case No.  07-11047 (CSS)<br><br>Jointly Administered<br><br>**Objection Deadline: At the Hearing**<br>**Hearing Date: August 24, 2007 at 1:00 p.m.** |

**MARICOPA COUNTY TREASURER'S NOTICE OF PERFECTED LIENS IN RESPONSE TO MOTION OF DEBTORS FOR ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE (I) CONFIRMING THE DEBTORS' AUTHORIZATION (a) TO SELL CERTAIN REAL ESTATE OWNED BY THE DEBTORS IN THE ORDINARY COURSE FREE AND CLEAR OF ANY AND ALL LIENS AND ENCUMBRANCES, (b) TO CONTINUE FUNDING SERVICING ADVANCES AND DEDUCTING SUCH SERVICING ADVANCES FROM THE PROCEEDS OF
THE SALE, (c) TO DISTRIBUTE PROCEEDS OF THE
SALE, AND (II) GRANTING RELATED RELIEF (DOCKET NO.  307)**

  Maricopa County Treasurer ("Maricopa County"), by and through its undersigned counsel, hereby provides notice that it claims perfected statutory liens in accordance with A.R.S. § 42-17153 (2005) in response to Motion of Debtors for Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code (I) Confirming the Debtors' Authorization (a) to Sell Certain Real Estate Owned by the Debtors' in the Ordinary Course Free and Clear of Any Liens and Encumbrances, (b) to Continue Funding Servicing Advances and Deducting Such Servicing Advances from the Proceeds of the Sale, (c) to Distribute Proceeds of the Sale, and (II) Granting Related Relief (Docket No. 307) (the "Motion").  Maricopa County does not object to the Motion and is only

MCW:sdl  759786.1  8/27/2007        1

providing notice to Debtors of its statutory priority lien so that such liens may promptly be paid with the sale proceeds.  In support of this response, Maricopa County states as follows:

1. The real property located at 4522 W. North Lane, Glendale, Arizona located in Maricopa County is encumbered with fully perfected tax liens in the amount of $3,092.61 plus accruing interest at the negotiated rate of 16% per annum per the tax Certificate of Purchase.  The liens represent the 2005 and 2006 tax liabilities on real estate parcel 148-06-006A.  In addition, the 2007 tax lien attached on January 1, 2007 and will be known around September 1, 2007.

2. The real property located at 14850 E. Grandview Drive, Fountain Hills, Arizona located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $1,465.79 plus accruing interest at the statutory rate of 16% per annum.  The lien represents a 2006 tax liability on real estate parcel 176-15-276.  In addition, the 2007 tax lien attached on January 1, 2007 and will be known around September 1, 2007.

3. The real property located at 16167 W. Cambridge Avenue, Goodyear, Arizona located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $812.98 plus accruing interest at the statutory rate of 16% per annum.  The lien represents a 2006 tax liability on real estate parcel 508-09-498.  In addition, the 2007 tax lien attached on January 1, 2007 and will be known around September 1, 2007.

4. The real property located at 1051 S. Dobson Road, Mesa, Arizona located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $677.45 plus accruing interest at the statutory rate of 16% per annum.  The lien

represents a 2006 tax liability on real estate parcel 134-27-107.  In addition, the 2007 tax lien attached on January 1, 2007 and will be known around September 1, 2007.

5. The real property located at 15550 N. Naegel Drive, Surprise, Arizona located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $565.85 plus accruing interest at the statutory rate of 16% per annum.  The lien represents a 2006 tax liability on real estate parcel 501-16-158.  In addition, the 2007 tax lien attached on January 1, 2007 and will be known around September 1, 2007.

6. The real property located at 11282 W. Harrison Street, Avondale, Arizona located in Maricopa County identified as real property parcel 101-01-216 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

7. The real property located at 7120 W. Toronto Way, Phoenix, Arizona located in Maricopa County identified as real property parcel 104-35-060 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

8. The real property located at 2018 W. Carson Road, Phoenix, Arizona located in Maricopa County identified as real property parcel 105-91-769 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

9. The real property located at 932 W. Moreland Street, Phoenix, Arizona located in Maricopa County identified as real property parcel 111-22-139 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

10. The real property located at 2514 N. Dayton Street, Phoenix, Arizona located in Maricopa County identified as real property parcel 117-27-041 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

11. The real property located at 914 E. Palm Lane, Phoenix, Arizona located in Maricopa County identified as real property parcel 117-31-188A is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

12. The real property located at 3728 W. Eva Street, Phoenix, Arizona located in Maricopa County identified as real property parcel 149-39-174 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

13. The real property located at 16862 E. Parlin Drive, Fountain Hills, Arizona located in Maricopa County identified as real property parcel 176-08-141 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

14. The real property located at 17402 N. 13th Avenue, Phoenix, Arizona located in Maricopa County identified as real property parcel 208-18-100 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

15. The real property located at 519 W. Taro Lane, Phoenix, Arizona located in Maricopa County identified as real property parcel 209-12-560 is encumbered with a

fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

16.     The real property located at 40331 N. Latham Way, Anthem, Arizona located in Maricopa County identified as real property parcel 211-86-159 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

17.     The real property located at 9957 E. Whitewing Drive, Scottsdale, Arizona located in Maricopa County identified as real property parcel 216-36-057 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

18.     The real property located at 10040 E. Happy Valley Road 019, Scottsdale, Arizona located in Maricopa County identified as real property parcel 217-04-027 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

19.     The real property located at 20454 N. 92nd Lane, Peoria, Arizona located in Maricopa County identified as real property parcel 231-24-707 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

20.     The real property located at 1318 E. Thunderhill Place, Phoenix, Arizona located in Maricopa County identified as real property parcel 300-95-847 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

21. The real property located at 4352 S. Hemet Street, Gilbert, Arizona located in Maricopa County identified as real property parcel 313-03-721 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

22. The real property located at 13771 W. Windsor Avenue, Goodyear, Arizona located in Maricopa County identified as real property parcel 501-75-402 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

23. The real property located at 15077 N. 173rd Drive, Surprise, Arizona located in Maricopa County identified as real property parcel 502-88-752 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

24. The real property located in Maricopa County, Arizona identified as real property parcel 502-88-783 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

25. The real property located at 22933 W. Roy Rogers Court located in Maricopa County, Arizona identified as real property parcel 503-34-143 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

26. The real property located at 25885 W. Whyman Street located in Maricopa County, Arizona identified as real property parcel 504-26-795 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

27. The real property located at 21691 W. Pima Street, Buckeye, Arizona located in Maricopa County identified as real property parcel 504-27-365 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

28. The real property located at 5878 W. Del Lago Circle, Glendale, Arizona located in Maricopa County identified as real property parcel 200-23-028 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

29. The real property located at 7692 E. Pontebella Drive, Scottsdale, Arizona located in Maricopa County identified as real property parcel 216-66-499 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

30. The real property located at 12863 E. Becker Lane, Scottsdale, Arizona located in Maricopa County identified as real property parcel 217-20-121 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

31. The real property located at 8849 E. Dallas Street located in Maricopa County, Arizona identified as real property parcel 218-07-270 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

32. The real property located at 10882 W. Locust Lane, Avondale, Arizona located in Maricopa County identified as real property parcel 101-20-626 is encumbered

with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

33.     The real property located at 6602 W. Miami Street, Phoenix, Arizona located in Maricopa County identified as real property parcel 104-48-351 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

34.     The real property located at 8166 W. Beaubien Drive, Peoria, Arizona located in Maricopa County identified as real property parcel 200-18-887 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

35.     The real property located at 8720 E. Preserve Way, Scottsdale, Arizona located in Maricopa County identified as real property parcel 216-47-043 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

36.     The real property located at 13435 W. Berridge Lane located in Maricopa County, Arizona identified as real property parcel 508-06-533 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2007 and known around September 1, 2007.

Debtors' Motion fails to state what real properties are being sold.  To the extent that Debtors are selling real property located in Maricopa County Arizona, Arizona law grants Maricopa County valid liens that are "prior and superior to all other liens and encumbrances on the property."  *See*, A.R.S. § 42-17153 (2005).  The Motion provides that to the extent that any claim or encumbrance exists on the real estate owned by

Debtors ("REO"), they shall attach to the proceeds realized from the sale of the REO. Maricopa County requests that prior to the transfer of any property located in Maricopa County that the tax liabilities associated with such real property be fully paid.  Maricopa County contends that it is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate."  *See*, *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir.1954).

WHEREFORE, the Maricopa County requests that its claims be paid in full at closing or, at a minimum, to have funds equal to said claim held in escrow pending further Order of Court.

Dated this 27th day of August, 2007.

> Respectfully submitted,
> GUST ROSENFELD P.L.C.
>
> By/s/ *Madeleine C. Wanslee #012590*
>      Madeleine C. Wanslee, AZBA #012590
>      201 E. Washington Street, Suite 800
>      Phoenix, AZ  85004-2327
>      Telephone No. (602) 257-7430
>      Facsimile No. (602) 34-1538
>      Email: mwanslee@gustlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 27th day of August, 2007, I served by first class, postage prepaid mail, and by facsimile a true and correct copy of the foregoing *Maricopa County Treasurer's Notice of Perfected Liens in Response to Motion of Debtors for Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code (I) Confirming the Debtors' Authorization (a) to Sell Certain Real Estate Owned by the Debtors' in the Ordinary Course Free and Clear of Any Liens and Encumbrances, (b) to Continue Funding Servicing Advances and Deducting Such Servicing Advances from the Proceeds of the Sale, (c) to Distribute Proceeds of the Sale, and (II) Granting Related Relief (D.I. 307)* upon the following party:

Proposed Counsel for Debtors:

James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew Barry Lunn, Esq.
Kara Hammond Coyle, Esq.
Kenneth J. Enos, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899
Facsimile: 302-571-1253

By */s/ Madeleine C. Wanslee*