# EXHIBIT A

Vendor / IT Contracts

| Name | Address/ Contact Information | Type of Contract / Description | Propoposed Cure Amount |
|---|---|---|---|
| Accurint | Accurint c/o LexisNexis Risk Information & Analytics Group Seisint, Inc, 6601 Park of Commerce Blvd, Boca Raton, FL 33487, Attn: Scott Revah, Account Manager | | $0.00 |
| American Security Insurance Company Standard Guaranty Insurance Company | American Security Insurance Company Standard Guaranty Insurance Company, 260 Interstate North Circle, N.W., Atlanta, Georgia 30339, Attn: Hazard PLUS Product Manager | Hazard Plus and Compliance Outsourcing Agreement | $34,732.17 |
| Aspect Software, Inc. | Aspect Software, Inc., 6 Technology Park Drive, Westford, MA 01886, Attn: General Counsel | Statement of Work for implementation services | $12,990.00 |
| Assurant Group | Assurant Specialty Property, 11222 Quail Roost Drive, Miami, FL 33157, Attn: Vice President, Mortgage Lending Solutions | | $1,222.32 |
| Banc of America Leasing | Banc of America Leasing, Leasing Administration Center, P.O. Box 371992, Pittsburgh, PA 15250 | Copier Lease | $0.00 |
| BANKO | BANKO c/o Lexis Nexis, P.O. Box 7247-6940, Philadelphia, PA 19170-6940, Attn: Scott Revah | Website Services License Agreement (banko/webcabas compliance ports for trust in lending act) | $0.00 |
| Brooks Systems LLC | Brooks Systems LLC, 2 State Street, Ste. 200, New London, CT 06320, Attn: Robert Brooks | | $0.00 |
| Business Objects | Business Objects 3030 Orhcard Parkway San Jose, CA 95134 Attn: Al Holland | | $0.00 |
| CBC Companies - Reading, PA | CBC Companies, Inc., 250 East Town Street, Columbus, Ohio 43216 | Membership Contract | $0.00 |
| CBC Innovis | CBC Innovis, PO BOX 820665, North Richard Hills, TX 76182, Attn: Juan Villegas, Regional Sales Executive | | $0.00 |
| CBCInnovis, Inc. | CBCInnovis, Inc., 250 East Town Street, Columbus, Ohio 43215 | data for skip trace department | $1,183.00 |
| Check Printers, Inc. | Check Printers, Inc., P.O. Box 305112, Nashville, TN 37230-5112 | Agreement for Monthly Statement Production | $0.00 |
| CheckFree Services Corporation | CheckFree Services Corporation, 4411 East Jones Bridge Road, Norcross, Georgia 30092, Attn: William C. Buckham, Assistant General Counsel | Direct Electronic Payment Delivery Agreement - Debit Settlement | $0.00 |
| Credant Technologies, Inc. | Credant Technologies, Inc, 15303 Dallas Parkway, Suite 1420 Addison, Texas, U.S.A. 75001 | enterprise license agreement for encryption solution for laptops with confidential information | $0.00 |

Vendor / IT Contracts

| Name | Address/ Contact Information | Type of Contract / Description | Propoposed Cure Amount |
|---|---|---|---|
| De Lage Landen Financial Services | De Lage Landen Financial Services, 1111 Old Eagle School Road, Wayne, Pennsylvania 19087 (address from company website) | Copier Lease | $0.00 |
| Digital Storage Solutions, Inc. | Digital Storage Solutions, Inc. 24 Cain Drive Brentwood, NY 11717 | NDA | $0.00 |
| Digital Storage Solutions, Inc. | Digital Storage Solutions, Inc. 24 Cain Drive Brentwood, NY 11717 | Imaging Contracts | $0.00 |
| Digitech Systems, Inc. | Digitech Systems, Inc 24 Cain Drive Brentwood, NY 11717 | Software End-User License Agreement | $0.00 |
| Douglas-Michaels Co. L.P. | Douglas-Michaels Co. L.P., 6564 Loisdale Court - Suite 610, Springfield, Virginia 22150, Attn: Scott Jimmo | Agreement covering BiSaver Program | $0.00 |
| DRI Management Systems, Inc. | DRI Management Systems, Inc. 1451 Quail Street Suite 100 Newport Beach, CA 92660 | Order Request Form | $9,200.00 |
| E-Oscar | 1316 W. Ann Arbor Rd, Plymouth, MI 48170-2135 | | $0.00 |
| EQUIFAX | Equifax, Attn: General Counsel, 1550 Peachtree Street, NW, Atlanta, GA 30309 | | $0.00 |
| EXPERIAN | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626, Attn: General Counsel | | $0.00 |
| Fair Isaac Software, Inc. | Mortgage Hub formerly Fair Isaac 3550 Engineering Drive Suite 200 Norcross, GA 30092 | | $0.00 |
| Fast Data | Fast Data, 6902 Pine Street, Stop Code PS35, Omaha NE 68106, Attn: Sandy Wheeler and Judy Farrell | | $0.00 |
| Federal Home Loan Mortgage Corporation | Freddie Mac, 8250 Jones Branch Drive, McLean, VA, 22102-3110, Attn: Leslie Mateux - MS A50 | FHLMC Early Indicator License and Maintenance Agreement | $0.00 |
| Feith Systems and Software, Inc | Feith Systems and Software, Inc 425 Maryland Drive Ft. Washington, Pa. 19034 | Software and License Agreement | $0.00 |
| Feith Systems and Software, Inc | Feith Systems and Software, Inc 425 Maryland Drive Ft. Washington, Pa. 19034 | Technical Support and Product Maintenance Agreement | $0.00 |
| Feith Systems and Software, Inc | Feith Systems and Software, Inc 425 Maryland Drive Ft. Washington, Pa. 19034 | Professional Services Agreement | $0.00 |

Vendor / IT Contracts

| Name | Address/ Contact Information | Type of Contract / Description | Proposed Cure Amount |
|------|------------------------------|-------------------------------|----------------------|
| Field Asset Services, Inc. | Field Asset Services, Inc., 9229 Waterford Centre Blvd #110, Austin, TX 78758, Attn: O. Dale McPherson, Chief Executive Officer | REO eviction, maintenance and repair services | $0.00 |
| First American Flood Data Services | First American Flood Data Services, 11902 Burnet Road, Austin, TX 78758, Attn: Robert Douglass, Executive Vice President | | $96,174.50 |
| First American Real Estate Solutions, LP | First American Real Estate Solutions, LP, 4 First American Way, Santa Ana, CA 92707 (address from company website) | FARES historical home price index license | $23,348.04 |
| FNC Inc | FNC Inc, 1214 Office Park Drive, Oxford, MS 38655, Attn: General Counsel | | $296,801.73 |
| IBM Corporation | IBM Corporation - Barsa Systems 7100 Highland Parkway Smyrna, GA 30082 | Service attachment, service attachment change authorization, service schedule, amendment to ICA, AEC/NDA and letter agreement with Barsa Systems | $0.00 |
| IBM Corporation | IBM Corporation 590 Madison Ave. New York, NY 10022 | Distribution, Inc | $0.00 |
| Influent Inc. | Influent Inc., 565 Metro Place South; Suite 250, Dublin, OH 43017, Attn: Andrew C. Jacobs, President & CEO, with a copy to Influent Inc., 565 Metro Place South; Suite 250, Dublin, OH 43017, Attn: Barbara Bricker, Manager of Corporate Admin. | Statement of Work for minimal services to existing equipment | $0.00 |
| Informatica | Informatica 100 Cardinal Way Redwood City, CA 94063, Attn: Ed White | Services Agreement | $0.00 |
| Inter-Tel Integrated Systems, Inc. (by CT Networks) | Inter-Tel Integrated Systems, Inc., 1016 W. Geneva Dr., Tempe, Arizona | Phone system | $0.00 |
| Iron Mountain | Iron Mountain 1165 Northern Blvd Manhasset, NY 11030 | | $0.00 |
| J.D. Edwards & Company | JD Edwards & Company 8055 East Tufts Avenue Denver, Colorado 80237 | | $0.00 |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A., 270 Park Avenue, New York, New York 10017 (address from company website) | Agreement for ACH Payments and Collections, dated as of October 25, 2005, by and between American Home Mortgage Servicing Inc. and JPMorgan Chase Bank, N.A. in connection with internet-initiated ACH Entries | $0.00 |

Vendor / IT Contracts

| Name | Address/ Contact Information | Type of Contract / Description | Proposed Cure Amount |
|---|---|---|---|
| Lakeview Technology Inc | Lakeview Technology Inc, 6371 Eagle Way Chicago, IL 60678-1063 | Software Agreement (MIMIX) | $0.00 |
| Lewtan Technologies | Lewtan Technologies 300 5th Avenue Waltham, MA 02451 | amendment for additional REG AB work from Lewtan | $0.00 |
| Market to Market | Mark to Market, 905 West 7th, Suite 320, Frederick, MD 21701, Attn: Glen Calderon | | $0.00 |
| Mercantile Group, Ltd. dba Integrated Mortgage Solutions | Integrated Mortgage Solutions, 16225 Park Ten Place, Suite 105, Houston, TX 77084, Attn: Cheryl Lang, President | Inspection and hazard claim recovery services | $0.00 |
| Microsoft | Microsoft Corporation One Microsoft Way Redmond, WA 98052-6399, Attn: Jim Grady | | $0.00 |
| Mortgage Contracting Services | Mortgage Contracting Services,1501 South Church Avenue, Tampa, FL 33629, Attention: Allan Martin | | $2,500.00 |
| Mortgage Electronic Registration Systems, Inc. ("MERS") | Mortgage Electronic Registration Systems, Inc. ("MERS"), 8201 Greensboro Drive, Suite 350, McLean, VA 22102, Attn: General Counsel and Secretary | | $0.00 |
| MortgageHub.com, Inc. (as successor in interest to Fair Isaac Software, Inc.) | MortgageHub.com, Inc., 3550 Engineering Drive, Norcross, GA 30092 | consulting hours agreement | $23,721.98 |
| Moss Codilis | Moss Codilis, 12 N Main Street, Albion, NY 14411 | | $6,600.00 |
| North American Data Systems | North American Data Systems, P.O. Box 331316, Atlantic Beach, FL 32233, Attn: Steve Messimer | | $0.00 |
| NorthStar Life Insurance Company | NorthStar Life Insurance Company, The Trebloc Building, 301 East State Street, Ithaca, NY, 14850-4525 | Administration Agreement, dated as of February 1, 1994 - Insurance Contract with Columbia National | $0.00 |
| Pacer | Pacer, P.O. Box 277773, Atlanta, GA, 30384 | | $0.00 |
| Pitney Bowes Inc. | Pitney Bowes Inc., 1 Elmcroft Road, Stamford, CT 08926-0700 (address from company website) | Postage Machine Lease | $0.00 |
| PowerTech Group, Inc | Power Tech Group, Inc. 6703 South 234th Street Kent, WA 98032 | SOW for 4 days of on-site audit services | $0.00 |
| Qwest Communications Corporation | Qwest Communications Corporation 5 Polaris Way Aliso Viejo CA 92656, Attn: Dave Rion | Amendment 4 of agreement for telecommunications services. | $479,845.59 |

Vendor / IT Contracts

| Name | Address/ Contact Information | Type of Contract / Description | Propoposed Cure Amount |
|---|---|---|---|
| Real Quest | First American / Corelogic Inc. (Realquest), 5210 Belfort Road, Suite 220, Jacksonville FL, 32256, Attn: Holly Boatright | | $0.00 |
| RIM | Research In Motion Limited, 295 Phillip Street, Waterloo, Ontario, Canada, N2L 3W8 | | $0.00 |
| SAS Institute Inc. | SAS Institute, Inc. World Headquarters, SAS Campus Drive, Cary, NC 27513 | supplement #8(to existing agreement) for consulting agreements | $0.00 |
| Security Connections, Inc. | Security Connections, Inc., 1935 International Way, Idaho Falls, ID 83402, Attn: Terrill Nielson | Processing Agreement, dated as of August 1, 2005, by and between American Home Mortgage Servicing, Inc. and Security Connections, Inc. | $168,854.08 |
| Telesight, Inc. | Telesight, Inc., 820 N. Franklin St., Chicago, IL 60610, Attn: John Garza | Services Agreement for survey outsourcing, together with Mutual NDA | $0.00 |
| The Minnesota Mutual Life Insurance Company | The Minnesota Mutual Life Insurance Company, 400 Robert Street North, St. Paul, MN 55101, Attn: Mr. Thomas Goodwin | Insurance Marketing and Administration Agreement, effective as of March 1, 1998, by and between American Home Mortgage Servicing Inc. (as successor to Columbia National Inc. as successor to Hobbs Group, Inc.), and The Minnesota Mutual Life Insurance Company | $0.00 |
| Trans Union LLC | Trans Union LLC, 555 West Adams, Chicago, IL 60661 | | $0.00 |
| Webb/Mason, Inc. | Webb/Mason, Inc., 10830 Gilroy Road, Hunt Valley, Maryland 21031, with a copy to Webb/Mason, Inc., 10830 Gilroy Road, Hunt Valley, Maryland 21031, Attn: CFO | | $0.00 |
| Western Union | Western Union, P.O. Box 4430, Bridgeton, MO, 63044 | | $0.00 |
| Xerox | Xerox, 800 Long Ridge Road, Stamford, CT 06904 | Fax Machine Lease | $0.00 |
| XO Communications | XO Communications (address from company website), POB 826818, Philadelphia, PA, 19182 | | $99,824.17 |
| ZC Sterling Insurance Agency, Inc. | ZC Sterling Real Estate Tax Service, 210 Interstate North Parkway, N.W., Suite 400, Atlanta, GA, 30339, Attn: President and CEO | limited power of attorney for cook county real estate/property tax refunds | $575,262.41 |

AHM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| AMBAC ASSURANCE CORP | 1 STATE STREET PLAZA ATTN: GENERAL COUNSEL, CONSUMER ASSET BACKED SECURITIES NEW YORK, NY 10004 | Servicing Agreement dated June 22, 2005 | $0.00 |
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4 | C/O LEHMAN ABS CORP. ATTN: TRUST ADMINSTRATION 745 7TH AVENUE NEW YORK, NY 10019 | Servicing Agreement dated September 29, 2004 | $0.00 |
| BANK OF NEW YORK | ONE WALL ST 10TH FL ATTN: GENERAL COUNSEL. NEW YORK NY 10286 ATTN: CHIEF EXECUTIVE OFFICER, GENERAL COUNSEL, OR PERSON AUTHORIZED TO ACCEPT SERVICE | Servicing Agreement dated December 21, 2004 | $0.00 |
| BANK OF NEW YORK | ONE WALL ST 10TH FL NEW YORK NY 10286 ATTN: CHIEF EXECUTIVE OFFICER, GENERAL COUNSEL, OR PERSON AUTHORIZED TO ACCEPT SERVICE | HELOC Servicing Agreement dated December 21, 2004 | $0.00 |
| BANK OF NEW YORK | ONE WALL ST 10TH FL NEW YORK NY 10286 ATTN: CHIEF EXECUTIVE OFFICER, GENERAL COUNSEL, OR PERSON AUTHORIZED TO ACCEPT SERVICE | HELOC Subservicing Agreement dated December 21, 2004 | $0.00 |
| CITIBANK, N.A. | ATTN: STRUCTURED FINANCE AHMA 2004-3 388 GREENWICH STREET 14TH FLOOR NEW YORK, NY 10013 | Servicing Agreement dated September 29, 2004 | $0.00 |
| CITIBANK, N.A. | ATTN: STRUCTURED FINANCE AHMA 2006-3 388 GREENWICH STREET 14TH FLOOR NEW YORK, NY 10013 | Servicing Agreement dated July 28, 2006 | $0.00 |
| CITIBANK, N.A. | ATTN: STRUCTURED FINANCE AHMA 2006-4 388 GREENWICH STREET 14TH FLOOR NEW YORK, NY 10013 | Servicing Agreement dated August 30, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A1 SANTA ANA, CA 92705 | Servicing Agreement dated March 23, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A1 SANTA ANA, CA 92705 | HELOC Servicing Agreement dated March 23, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A2 SANTA ANA, CA 92705 | HELOC Servicing Agreement dated June 22, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A2 SANTA ANA, CA 92705 | RMBS Servicing Agreement dated June 22, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A3 SANTA ANA, CA 92705 | Servicing Agreement dated September 20, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A4 SANTA ANA, CA 92705 | RMBS Servicing Agreement dated October 7, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH05A4 SANTA ANA, CA 92705 | HELOC Servicing Agreement dated October 7, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 EAST ST. ANDREW PLACE ATTN: TRUST ADMINISTRATION - AH06A1 SANTA ANA, CA 92705 | Servicing Agreement dated May 25, 2006 | $0.00 |

AHM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH06A2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated June 30, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH06A2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | RMBS Servicing Agreement dated June 30, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH06A2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | HELOC Servicing Agreement dated June 30, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH06A5<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated September 22, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH06A6<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated October 30, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A1<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated January 26, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated February 28, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A3<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated June 6, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A4<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated May 31, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07-SD2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | RMBS Servicing Agreement dated May 15, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07-SD2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | HELOC Servicing Agreement dated May 15, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH06A1<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated March 29, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07SD1<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | HELOC Servicing Agreement dated March 13, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07SD1<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | RMBS Servicing Agreement dated March 13, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | RMBS Servicing Agreement dated March 13, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | HELOC Servicing Agreement dated March 13, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A1<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated March 30, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A2<br>1761 EAST ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Servicing Agreement dated April 20, 2007 | $0.00 |

AHM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH07A5 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | Servicing Agreement dated June 29, 2007 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - [AH06A3] 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | Servicing Agreement dated December 28, 2006 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION -[AH05SD1] 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | Servicing Agreement dated December 28, 2005 | $0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION -[AH05A2] 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | Servicing Agreement dated December 28, 2005 | $0.00 |
| DEUTSHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION - AH05A1 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | Servicing Agreement dated October 31, 2005 | $0.00 |
| DLJ MORTGAGE CAPITAL, INC. | C/O CREDIT SUISSE FIRST BOSTON CORP ATTN GENERAL COUNSEL ELEVEN MADISON AVENUE 7TH FLOOR NEW YORK, NY 10010 | Servicing Agreement dated October 31, 2005 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Servicing Agreement dated October 7, 2005 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | Servicing Agreement dated June 25, 2005 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Servicing Agreement dated June 22, 2005 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Subservicing Agreement dated December 21, 2004 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Servicing Agreement dated December 21, 2004 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Servicing Agreement dated June 30, 2006 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Servicing Agreement dated March 23, 2005 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 | HELOC Servicing Agreement dated March 13, 2007 | $0.00 |
| GMAC MORTGAGE CORP. | 100 WITMER ROAD ATTN: GENERAL COUNSEL HORSHAM, PA 10144 AHMIT 2007-A | HELOC Servicing Agreement dated March 13, 2007 | $0.00 |
| GOLDMAN SACHS MORTGAGE COMPANY | ATTN PRINCIPAL FINANCE GROUP CHRISTOPHER M GETHING 85 BROAD STREET NEW YORK, NY 10004 | Servicing Agreement dated May 25, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2004-1 COLUMBIA, MD 21045 | Servicing Agreement dated March 31, 2004 | $0.00 |

AHM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2004-2 COLUMBIA, MD 21045 | Servicing Agreement dated June 30, 2004 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2006-1 COLUMBIA, MD 21045 | Servicing Agreement dated March 29, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2005-1 COLUMBIA, MD 21045 | RMBS Servicing Agreement dated March 23, 2005 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2005-2 COLUMBIA, MD 21045 | RMBS Servicing Agreement dated June 22, 2005 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2005-3 COLUMBIA, MD 21045 | Servicing Agreement dated September 20, 2005 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2005-4-A COLUMBIA, MD 21045 | RMBS Servicing Agreement dated October 7, 2005 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2005-2 COLUMBIA, MD 21045 | Servicing Agreement dated May 25, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2006-1 COLUMBIA, MD 21045 | Servicing Agreement dated December 28, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMIT 2006-3 COLUMBIA, MD 21045 | Servicing Agreement dated December 28, 2005 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CLIENT MANAGER AHMA 2007-5 AHMA 2005-2 COLUMBIA, MD 21045 | Servicing Agreement dated June 29, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMA 2006-4 COLUMBIA, MD 21045 | Servicing Agreement dated August 30, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMA 2005-1 COLUMBIA, MD 21045 | Servicing Agreement dated October 31, 2005 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMA 2006-2 COLUMBIA, MD 21045 | Servicing Agreement dated June 30, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES AHMA 2006-2 COLUMBIA, MD 21045 | RMBS Servicing Agreement dated June 30, 2006 | $0.00 |

AhM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2006-3<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated July 28, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2006-4<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated August 30, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2006-5<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated September 22, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2006-6<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated October 30, 2006 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-1<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated January 26, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-2<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated February 28, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-A<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | RMBS Servicing Agreement dated March 13, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-SD1<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated March 13, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-1<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated March 30, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-2<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated April 20, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-3<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated June 6, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMAT 2007D2<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | RMBS Servicing Agreement dated May 15, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMAT 2007D2<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | HELOC Servicing Agreement dated May 15, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES<br>AHMA 2007-4<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | Servicing Agreement dated May 31, 2007 | $0.00 |

AHM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | ATTN CORPORATE TRUST SERVICES / AHMA 2007-A / 9062 OLD A ANNAPOLIS ROAD / COLUMBIA, MD 21045 | HELOC Servicing Agreement dated March 13, 2007 | $0.00 |
| WELLS FARGO BANK, N.A. | P.O. BOX 98 / COLUMBIA, MD 21046 | Servicing Agreement dated March 23, 2005 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | Servicing Agreement dated March 31, 2004 / AHMIT 2004-1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | Servicing Agreement dated June 30, 2004 / AHMIT 2004-2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | Mortgage Loan Servicing Agreement dated December 21, 2004 / AHMIT 2004-4 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | HELOC Mortgage Loan Servicing Agreement dated December 21, 2004 / AHMIT 2004-4 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | HELOC Subservicing Agreement dated December 21, 2004 / AHMIT 2004-4 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | HELOC Servicing Agreement dated March 23, 2005 / AHMIT 2005-1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | RMBS Servicing Agreement dated March 23, 2005 / AHMIT 2005-1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | RMBS Servicing Agreement dated June 22, 2005 / AHMIT 2005-2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | HELOC Servicing Agreement dated June 22, 2005 / AHMIT 2005-2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | Servicing Agreement dated September 20, 2005 / AHMIT 2005-3 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | HELOC Servicing Agreement dated October 7, 2005 / AHMIT 2005-4 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION / RODNEY SQUARE NORTH / 1100 NORTH MARKET STREET / WILMINGTON, DE 19890 | RMBS Servicing Agreement dated October 7, 2005 / AHMIT 2005-4 | $0.00 |

AHM Servicing Agreements

| NAME | ADDRESS | TYPE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Mortgage Loan Servicing Agreement dated September 29, 2004 AHMIT 2004-3 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Servicing Agreement dated December 28, 2005 AHMIT 2005-SD1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Servicing Agreement dated March 29, 2006 AHMIT 2006-1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | RMBS Servicing Agreement dated June 30, 2006 AHMIT 2006-2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | HELOC Servicing Agreement dated June 30, 2006 AHMIT 2006-2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Servicing Agreement dated December 28, 2006 AHMIT 2006-3 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Servicing Agreement dated March 30, 2007 AHMIT 2007-1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Servicing Agreement dated April 20, 2007 AHMIT 2007-2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Servicing Agreement dated March 13, 2007 AHMIT 2007-SD1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | HELOC Servicing Agreement dated March 13, 2007 AHMIT 2007-SD1 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | RMBS Servicing Agreement dated March 13, 2007 AHMIT 2007-A | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | HELOC Servicing Agreement dated March 13, 2007 AHMIT 2007-A | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | RMBS Servicing Agreement dated May 15, 2007 AHMIT 2007-SD2 | $0.00 |
| WILMINGTON TRUST COMPANY | ATTN CORPORATE TRUST ADMINISTRATION RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | HELOC Servicing Agreement dated May 15, 2007 AHMIT 2007-SD2 | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of JPMorgan Acquisition Corp.:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue, 6th Flr, New York, NY 10017<br>Attention: Matthew Wong<br><br>JPMorgan Chase & Co.<br>270 Park Avenue, New York, New York 10017<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>J.P. Morgan Acceptance Corporation I<br>270 Park Avenue, New York, New York 10017<br>Attn: J.P. Morgan Alternative Loan Trust 2007-S1<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association<br>EP-MN-WS3D<br>60 Livingston Avenue, St. Paul, MN 55107<br>Attention: J.P. Morgan Alternative Loan Trust 2007-S1<br><br>In the case of the Servicer:<br><br>JPMorgan Chase Bank, National Association<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attn: Bruce J. Friedman, Manager of Contract Finance<br><br>With a copy to:<br><br>JPMorgan Chase Bank, National Association<br>c/o Chase Home Finance LLC | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT (this "Assignment"), dated as of May 1, 2007, entered into among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Alternative Loan Trust 2007-S1 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), JPMorgan Chase Bank, National Association ("JPMCBNA"), American Home Mortgage Servicing, Inc. ("American Home Servicing") and Wells Fargo Bank, N.A. (the "Master Servicer")<br><br>(JPALT 2007-S1) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 194 Wood Avenue South, Iselin, New Jersey 08830<br>Attention: General Counsel<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – JPALT 2007-S1 | | | |

DB02:6206744.1

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of JPMorgan Acquisition:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue, 6th Floor, New York, NY 10017<br>Attention: Matthew Wong<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue, New York, New York 10017<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>J.P. Morgan Acceptance Corporation I<br>270 Park Avenue, New York, New York 10017<br>Attention: J.P. Morgan Mortgage Trust 2007-S2<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association<br>EP-MN-WS3D<br>60 Livingston Avenue, St. Paul, MN 55107<br>Attention: J.P. Morgan Mortgage Trust 2007-S2<br><br>In the case of the Servicer:<br><br>JPMorgan Chase Bank, National Association<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attn:  Bruce J. Friedman, Manager of Contract Finance<br><br>With a copy to:<br><br>JPMorgan Chase Bank, National Association | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of May 1, 2007, among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Mortgage Trust 2007-S2 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), JPMorgan Chase Bank, National Association ("JPMCBNA"), American Home Mortgage Servicing, Inc. ("American Home Servicing") and Wells Fargo Bank, N.A. (the "Master Servicer")<br><br>(JPMMT 2007-S2) | Third Party Securitization | $0.00 |

065585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| c/o Chase Home Finance LLC<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attention: General Counsel<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – JPMMT 2007-S2 | | | |
| In the case of Assignor:<br><br>HSBC Bank USA, National Association<br>Re: HALO 2007-AR2/HALO 2007-1<br>452 Fifth Avenue New York, New York 10018<br>Attention: Head of MBS Principal Finance<br><br>In the case of Assignee:<br><br>HSI Asset Securitization Corporation<br>452 Fifth Avenue, 10th floor New York, New York 10018<br>Attn: Head MBS Principal Finance<br><br>In the case of Trustee:<br><br>Deutsche Bank National Trust Company<br>1761 St. Andrew Place Santa Ana, California 92705<br>Attn: Trust Administration<br><br>In the case of the Master Servicer: | Assignment, Assumption and Recognition Agreement, made as of May 1, 2007, among HSBC Bank, National Association (the "Assignor"), HSI Asset Securitization Corporation (the "Assignee"), CitiMortgage Inc. as Master Servicer (the "Master Servicer"), Deutsche Bank National Trust Company (the "Trustee") not individually but solely as trustee on behalf of the holders of the HSI Asset Loan Obligation Trust, Series 2007-1, Asset-Backed Certificates, American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(HALO 2007-1) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| CitiMortgage, Inc. 4000 Regent Blvd. Irving, TX 75063 Attention: Master Servicing Division, Compliance Manager – HALO 2007-1 | | | |
| In the case of the Securities Administrator: | | | |
| Citibank, N.A. 388 Greenwich Street, 14th Floor New York, NY 10013 Attn: Structured Finance Agency and Trust, HALO 2007-1 | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of JPMorgan Acquisition:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue, 6th Floor, New York, New York 10017<br>Attention: Matthew Wong<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue, New York, New York 10017<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>J.P. Morgan Acceptance Corporation I<br>270 Park Avenue, New York, New York 10017<br>Attention: J.P. Morgan Mortgage Trust 2007-S3<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association EP-MN-WS3D<br>60 Livingston Avenue, St. Paul, MN 55107<br>Attention: J.P. Morgan Mortgage Trust 2007-S3<br><br>In the case of the Servicer:<br><br>JPMorgan Chase Bank, National Association<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attn: Bruce J. Friedman, Manager of Contract Finance<br><br>With a copy to: | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of July 1, 2007, is entered into among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Mortgage Trust 2007-S3 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), JPMorgan Chase Bank, National Association ("JPMCBNA"), American Home Mortgage Servicing, Inc. ("American Home Servicing") and Wells Fargo Bank, N.A. (the "Master Servicer")<br><br>(JPMMT 2007-S3) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| JPMorgan Chase Bank, National Association c/o Chase Home Finance LLC 194 Wood Avenue South, Iselin, New Jersey 08830 Attention: General Counsel<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A. 9062 Old Annapolis Road, Columbia, Maryland 21045 Attention: Client Manager – JPMMT 2007-S3<br><br>In the case of the Assignee:<br><br>U.S. Bank National Association, as Trustee One Federal Street, 3rd Floor, Boston, MA 02110 Attn: Structured Finance Department - GSR 2006-AR1<br><br>In the case of the Depositor:<br><br>GS Mortgage Securities Corp. 100 Second Avenue South, Suite 200 North St. Petersburg, Florida 33701 Attn: Richard Lewellen<br><br>With a copy to:<br><br>GS Mortgage Securities Corp. 85 Broad Street, New York, New York 10004 Attention: William Moliski<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A. | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made on the 1st day of January, 2006, among AMERICAN HOME MORTGAGE SERVICING, INC., as seller (the "Seller"), AMERICAN HOME MORTGAGE CORP. as servicer (the "Servicer"), U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank"), not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2006-AR1 (the "Assignee" or the "Trustee"), and GS MORTGAGE SECURITIES CORP., as assignor (the "Assignor" or the "Depositor") and is acknowledged by Wells Fargo Bank, N.A. ("Wells Fargo"), as master servicer (in such capacity, the "Master Servicer") (GSR 2006-AR1) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| P.O. Box 98, Columbia, Maryland 21046 Attention: Corporate Trust Group (GSR 2006-AR1) | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 1st day of April, 2006, among AMERICAN HOME MORTGAGE SERVICING, INC., as servicer (the "Servicer"), AMERICAN HOME MORTGAGE CORP. as seller (the "Seller"), CITIBANK, N.A. ("Citibank"), not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2006-AR2 (the "Assignee" or the "Trustee"), and GS MORTGAGE SECURITIES CORP., as assignor (the "Assignor" or the "Depositor") and acknowledged by Wells Fargo Bank, N.A. ("Wells Fargo"), as master servicer (in such capacity, the "Master Servicer") (GSR 2006-AR2) | Third Party Securitization | $0.00 |
| In the case of overnight deliveries: | | | |
| 9062 Old Annapolis Road, Columbia, MD 21045 | | | |
| In the case of the Assignee: | | | |
| Citibank, N.A., as Trustee 388 Greenwich Street 14th Floor New York, NY 10013 Attention: Agency & Trust - GSR 2006-AR2 | | | |
| In the case of the Depositor: | | | |
| GS Mortgage Securities Corp. 100 Second Avenue South, Suite 200 North St. Petersburg, Florida 33701 Attention: Richard Lewellen | | | |
| With a copy to: | | | |
| GS Mortgage Securities Corp. 85 Broad Street New York, New York 10004 Attention: William Moliski | | | |
| In the case of the Master Servicer: | | | |
| Wells Fargo Bank, N.A. P.O. Box 98 Columbia, Maryland 21046 Attention: Corporate Trust Group (GSR 2006- | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| AR2) | | | |

DB02:6206744.1

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of MSMCI:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1221 Avenue of the Americas, New York, NY 10020<br>Attention: Morgan Stanley Mortgage Loan Trust 2006-5AR<br><br>With a copy to:<br><br>Morgan Stanley & Co. Incorporated<br>1585 Broadway, New York, New York 10036<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>Morgan Stanley Capital I Inc.<br>1585 Broadway, New York, New York 10036<br>Attn: Morgan Stanley Mortgage Loan Trust 2006-5AR<br><br>In the case of the Trustee:<br><br>LaSalle Bank National Association<br>135 South LaSalle Street, Ste 1625, Chicago, Illinois 60603<br>Attn: Global Securities and Trust Services MSM 2006-5AR<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, National Association<br>9062 Old Annapolis Road<br>Columbia, Maryland<br>Attention: Client Manager, MSM 2006-5AR | (Servicing Retained)<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of March 1, 2006, among Morgan Stanley Capital I Inc., a Delaware corporation (the "Depositor"), Morgan Stanley Mortgage Capital Inc. ("MSMCI"), American Home Mortgage Corp, as seller (the "Seller"), American Home Mortgage Servicing, Inc., as servicer (the "Servicer"), and acknowledged by LaSalle Bank National Association, as trustee (the "Trustee") of Morgan Stanley Mortgage Loan Trust 2006-5AR (the "Trust"), and Wells Fargo Bank, National Association, as master servicer (or any successor master servicer, the "Master Servicer")<br><br>(Servicing Released)<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of March 1, 2006, among Morgan Stanley Capital I Inc., a Delaware corporation (the "Depositor"), Morgan Stanley Mortgage Capital Inc. ("MSMCI"), American Home Mortgage Corp, as seller (the "Seller"), American Home Mortgage Servicing, Inc., as servicer (the "Servicer"), and acknowledged by LaSalle Bank National Association, as trustee (the "Trustee") of Morgan Stanley | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| | Mortgage Loan Trust 2006-5AR (the "Trust") (MSM 2006-5AR) | | |
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas, New York, NY 10019<br>Attention:  Eileen Lindblom<br><br>In the case of the Assignee:<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas, New York, NY 10019<br>Attention:  Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of May 26, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee") and American Home Mortgage Corp. (the "Company") | Third Party Securitization | $0.00 |
| In the case of the Master Servicer,<br><br>JPMorgan Chase Bank, National Association<br>4  New  York  Plaza,  6th  Floor,  New  York,  NY 10004<br>Attention: Annette M. Marsula<br><br>In the case of the Assignor,<br><br>GS Mortgage Securities Corp.<br>85 Broad Street, New York, New York 10004<br>Attention:  Chris Gething<br><br>with a copy to:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street, New York, New York 10004<br>Attention:  William Moliski | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT (this "Assignment Agreement") is made this 28th day of April, 2006, among American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer"), American Home Mortgage Corp (the "Company"), GS Mortgage Securities Corp., a Delaware corporation (the "Assignor"), and U.S. Bank National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2006-6 (the "Assignee"), and as acknowledged by JPMorgan Chase Bank, National Association, as master servicer (the | Third Party Securitization | $0.00 |