| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Trustee or the Assignee, <br> U.S. Bank National Association <br> 401 South Tryon Street, 12th Floor NC 1179 <br> Charlotte, North Carolina 28288-1179 <br> Attention: Amedeo Morreale <br><br> In the case of the Assignor: <br><br> UBS Real Estate Securities Inc. <br> 1285 Avenue of the Americas, New York, NY 10019 <br> Attention: Eileen Lindblom <br><br> In the case of the Assignee: <br><br> Mortgage Asset Securitization Transactions, Inc. <br> 1285 Avenue of the Americas, New York, NY 10019 <br> Attention: Legal Department | "Master Servicer" <br><br> (GSAA 2006-6) <br><br> ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of March 30, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer") | Third Party Securitization | $0.00 |
| EMC Mortgage Corporation <br> 2780 Lake Vista Drive, Lewisville, TX 75067-3884 <br> Attention: Conduit Seller Approval Dept. <br><br> With a copy to: <br><br> Bear, Stearns & Co. Inc. <br> 383 Madison Avenue, 3rd Fl, New, York, NY 10179 <br> Attention: Global Credit Administration <br><br> Notifications pursuant to (i)(A) above should be sent to: <br><br> EMC Mortgage Corporation <br> Two Mac Arthur Ridge <br> 909 Hidden Ridge Drive, Ste 200, Irving, TX | Assignment, Assumption and Recognition Agreement, made as of April 28, 2006, among EMC Mortgage Corporation (the "Assignor"), U.S. Bank National Association, not individually but solely as trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-AC3, Asset-Backed Certificates, Series 2006-AC3 (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (together, the "Servicer") | Third Party Securitization | $0.00 |

DB02:6206744.1

066585.1001

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| 75038<br>Attn: Assoc. Gen Counsel for Loan Administration<br><br>With copies to:<br><br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue, 3rd Floor, New, York, NY 10179<br>Attention: Global Credit Administration<br><br>EMC Mortgage Corporation<br>2780 Lake Vista Drive, Lewisville, TX 75067-3884<br>Attention: Conduit Seller Approval Dept. | (BSABS 2006-AC3) | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of MSMCI:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1221 Avenue of the Americas, New York, NY 10020<br>Attention: Morgan Stanley Mortgage Loan Trust 2006-6AR<br><br>With a copy to:<br><br>Morgan Stanley & Co. Incorporated<br>1585 Broadway, New York, New York 10036<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>Morgan Stanley Capital I Inc.<br>1585 Broadway, New York, New York 10036<br>Attn: Morgan Stanley Mortgage Loan Trust 2006-6AR<br><br>In the case of the Trustee:<br><br>LaSalle Bank National Association<br>135 South LaSalle Street, Suite 1625<br>Chicago, Illinois 60603<br>Attention: Global Securities and Trust Services MSM 2006-6AR<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, National Association<br>9062 Old Annapolis Road<br>Columbia, Maryland<br>Attention: Client Manager, MSM 2006-6AR | (Servicing-Retained)<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of April 1, 2006, among Morgan Stanley Capital I Inc., a Delaware corporation (the "Depositor"), Morgan Stanley Mortgage Capital Inc. ("MSMCI"), American Home Mortgage Corp., as seller (the "Seller"), American Home Mortgage Servicing, Inc., as servicer (the "Servicer"), and acknowledged by LaSalle Bank National Association, as trustee (the "Trustee") of Morgan Stanley Mortgage Loan Trust 2006-6AR (the "Trust"), and Wells Fargo Bank, National Association, as master servicer (or any successor master servicer, the "Master Servicer")<br><br>(Servicing-Released)<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of April 1, 2006, among Morgan Stanley Capital I Inc., a Delaware corporation (the "Depositor"), Morgan Stanley Mortgage Capital Inc. ("MSMCI"), American Home Mortgage Corp, as seller (the "Seller"), American Home Mortgage Servicing, Inc., as servicer (the "Servicer"), and acknowledged by LaSalle Bank National Association, as trustee (the "Trustee") of Morgan Stanley | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| in the case of the Master Servicer:<br><br>JPMorgan Chase Bank, National Association<br>4 New York Plaza, 6th Floor, New York, NY 10004<br>Attention: Annette M. Marsula<br><br>or such other address as may hereafter be furnished by the Master Servicer;<br><br>in the case of the Assignor:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street, New York, New York 10004<br>Attention: Chris Gething<br><br>with a copy to:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street, New York, New York 10004<br>Attention: William Moliski<br><br>in the case of the Trustee or the Assignee:<br><br>U.S. Bank National Association<br>401 South Tryon Street, 12th Floor NC 1179<br>Charlotte, North Carolina 28288-1179<br>Attention: Amedeo Morreale | Mortgage Loan Trust 2006-6AR (the "Trust") (MSM 2006-6AR)<br><br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 26th day of April, 2006, among American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer"), GS Mortgage Securities Corp., a Delaware corporation (the "Assignor"), and U.S. Bank National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2006-9 (the "Assignee"), and as acknowledged by JPMorgan Chase Bank, National Association, as master servicer (the "Master Servicer")<br><br>(GSAA 2006-9) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Master Servicer:<br><br>Wells Fargo Bank, National Association<br>P.O. Box 98, Columbia, Maryland 21046<br>Attention: GSAA 2006-10<br><br>or in the case of overnight deliveries:<br>Wells Fargo Bank, National Association<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: GSAA 2006-10<br><br>or such other address as may hereafter be furnished by the Master Servicer;<br><br>in the case of the Assignor:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street, New York, New York 10004<br>Attention: Chris Gething<br><br>with a copy to:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street, New York, New York 10004<br>Attention: William Moliski<br><br>or such other address as may hereafter be furnished by the Assignor; and<br><br>in the case of the Trustee or the Assignee:<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Pl, Santa Ana, CA  92705-4934 | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 29th day of June, 2006, among American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer"), GS Mortgage Securities Corp., a Delaware corporation (the "Assignor"), and Deutsche Bank National Trust Company, not in its individual capacity, but solely as trustee (in such capacity, the "Trustee") on behalf of GSAA Home Equity Trust 2006-10 (the "Assignee"), and as acknowledged by Wells Fargo Bank, National Association, as master servicer (in such capacity, the "Master Servicer") (GSAA 2006-10) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Attention: Trust Administration – GS0610 | Assignment, Assumption and Recognition Agreement, made as of May 31, 2006, among EMC Mortgage Corporation (the "Assignor"), JPMorgan Chase Bank, National Association, not individually but solely as trustee for the holders of Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates, Series 2006-AR5 (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(SAMI 2006-AR5) | Third Party Securitization | $0.00 |
| EMC Mortgage Corporation 2780 Lake Vista Drive, Lewisville, TX 75067-3884 Attention: Conduit Seller Approval Dept. | | | |
| With a copy to: | | | |
| Bear, Stearns & Co. Inc. 383 Madison Avenue, 3rd Floor, New, York, NY 10179 Attention: Global Credit Administration | | | |
| Notifications pursuant to (i)(A) above should be sent to: | | | |
| EMC Mortgage Corporation Two Mac Arthur Ridge, 909 Hidden Ridge Drive, Ste 200 Irving, TX 75038 Attn:  Associate  General  Counsel  for  Loan Administration | | | |
| With copies to: | | | |
| Bear, Stearns & Co. Inc. 383 Madison Avenue, 3rd Floor, New, York, NY 10179 Attention: Global Credit Administration | | | |
| EMC Mortgage Corporation 2780 Lake Vista Drive, Lewisville, TX 75067-3884 Attention: Conduit Seller Approval Dept. | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of MSMCI:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1221 Avenue of the Americas, New York, New York 10020<br>Attention: Morgan Stanley Mortgage Loan Trust 2006-8AR<br><br>With a copy to:<br><br>Morgan Stanley & Co. Incorporated<br>1585 Broadway, New York, New York 10036<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>Morgan Stanley Capital I Inc.<br>1585 Broadway, New York, New York 10036<br>Attention: Morgan Stanley Mortgage Loan Trust 2006-8AR<br><br>In the case of the Trustee:<br><br>LaSalle Bank National Association<br>135 South LaSalle Street, Suite 1625, Chicago, Illinois 60603<br>Attn: Global Securities and Trust Services MSM 2006-8AR | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of May 1, 2006, is entered into among Morgan Stanley Capital I Inc., a Delaware corporation (the "Depositor"), Morgan Stanley Mortgage Capital Inc. ("MSMCI"), American Home Mortgage Corp., as seller (the "Seller"), American Home Mortgage Servicing, Inc., as servicer (the "Servicer"), and acknowledged by LaSalle Bank National Association, as trustee (the "Trustee") of Morgan Stanley Mortgage Loan Trust 2006-8AR (the "Trust"), and Wells Fargo Bank, National Association, as master servicer (or any successor master servicer, the "Master Servicer")<br><br>(MSM 2006-8AR) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of Assignor: DB Structured Products, Inc. 60 Wall Street New York, New York 10005 Attention: Susan Valenti<br><br>In the case of Assignee: Deutsche Alt-A Securities, Inc. c/o Deutsche Bank Securities, Inc. 60 Wall Street New York, New York 10005 Attention: Susan Valenti<br><br>In the case of the Master Servicer, Wells Fargo Bank, N.A. 9062 Old Annapolis Road Columbia, Maryland 21045 Attention: Client Manager – DBALT 2006-AB2 | Assignment, Assumption and Recognition Agreement (the "AAR Agreement"), made and entered into as of May 30, 2006, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignee"), and American Home Mortgage Servicing, Inc., having an address at 4600 Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer")<br><br>(DBALT 2006-AB2) | Third Party Securitization | $0.00 |
| In the case of Assignor: DB Structured Products, Inc. 60 Wall Street New York, New York 10005 Attention: Susan Valenti<br><br>In the case of Assignee: Deutsche Alt-A Securities, Inc. c/o Deutsche Bank Securities, Inc. 60 Wall Street New York, New York 10005 Attention: Susan Valenti | Assignment, Assumption and Recognition Agreement (the "AAR Agreement"), made and entered into as of June 30, 2006, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignee"), and American Home | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Master Servicer, Wells Fargo Bank, N.A. 9062 Old Annapolis Road Columbia, Maryland 21045 Attention: Client Manager – DBALT 2006-AB3 | Mortgage Servicing, Inc., having an address at 4600 Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer") | | |
| EMC Mortgage Corporation 2780 Lake Vista Drive Lewisville, TX 75067-3884 Attention:  Conduit Seller Approval Dept. With a copy to: Bear, Stearns & Co. Inc. 383 Madison Avenue, 3rd Floor New, York, NY 10179 Attention: Global Credit Administration Notifications pursuant to (i)(A) above should be sent to: EMC Mortgage Corporation Two Mac Arthur Ridge 909 Hidden Ridge Drive, Suite 200 Irving, TX 75038 Attn:  Associate General Counsel for Loan Administration With copies to: Bear, Stearns & Co. Inc. 383 Madison Avenue, 3rd Floor, New, York, NY 10179 Attention: Global Credit Administration | (DBALT 2006-AB3) Assignment, Assumption and Recognition Agreement, made as of June 30, 2006, among EMC Mortgage Corporation (the "Assignor"), U.S. Bank National Association, not individually but solely as trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4 (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (together, the "Servicer") (BSABS 2006-AC4) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| EMC Mortgage Corporation<br>2780 Lake Vista Drive<br>Lewisville, TX 75067-3884<br>Attention: Conduit Seller Approval Dept.<br><br>In the case of the Depositor:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street<br>New York, New York 10004<br>Attention: Principal Finance Group/Christopher M. Gething and Asset Management Group/Senior Asset Manager<br><br>In the case of Ocwen:<br><br>Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>Centrepark West<br>West Palm Beach, Florida 33409<br>Attention: Secretary<br><br>In the case of IndyMac:<br><br>IndyMac Bank, F.S.B<br>3465 East Foothill Blvd., 2nd Floor<br>Pasadena, California 91107<br>Attention: Secondary Marketing – Transaction Management<br><br>In the case of the Trustee:<br><br>Corporate Trust Office, or such other address as the Trustee may hereafter furnish to the Depositor and the Servicers | POOLING AND SERVICING AGREEMENT, dated as of June 1, 2006, among GS MORTGAGE SECURITIES CORP., a Delaware corporation (the "Depositor"), INDYMAC BANK, F.S.B., a federally chartered savings bank, as a servicer ("IndyMac"), AMERICAN HOME MORTGAGE SERVICING, INC., a Maryland corporation, as a servicer ("AHMSI"), OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, as a servicer ("Ocwen"; and together with IndyMac and AHMSI, the "Servicers"), WELLS FARGO BANK, N.A., a national banking association ("Wells Fargo") as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator"), and DEUTSCHE BANK NATIONAL TRUST COMPANY, a national banking association, as trustee (the "Trustee")<br><br>(GSAMP 2006-S4) | Third Party Securitization | $0.00 |

066885.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of Master Servicer and Securities Administrator:<br><br>Wells Fargo Center<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045 | | | |
| Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Corporate Trust Group, HarborView 2006-6<br><br>or in the case of overnight deliveries:<br><br>9062 Old Annapolis Road<br>Columbia, Maryland 21045)<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention:   HarborView 2006-6<br><br>Greenwich Capital Acceptance, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attention: Legal Department (HarborView 2006-6) | Reconstituted Servicing Agreement, dated as of June 1, 2006, by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor"), GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator"), and acknowledged by DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee (the "Trustee") | Third Party Securitization | $0.00 |
| Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Corporate Trust Group, HarborView 2006-7<br><br>or in the case of overnight deliveries:<br><br>9062 Old Annapolis Road | Reconstituted Servicing Agreement, dated as of August 1, 2006, by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Columbia, Maryland 21045<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: HarborView 2006-7<br><br>Greenwich Capital Acceptance, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attention: Legal Department (HarborView 2006-7) | CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor"), GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator"), and acknowledged by DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee (the "Trustee")(HarborView 2006-7) | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Assignor: UBS Real Estate Securities Inc. 1285 Avenue of the Americas New York, NY 10019 Attention: Eileen Lindblom  In the case of the Assignee: Mortgage Asset Securitization Transactions, Inc. 1285 Avenue of the Americas New York, NY 10019 Attention: Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of June 29, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")  (MALT 2006-3) | Third Party Securitization | $0.00 |
| In the case of JPMorgan Acquisition: J.P. Morgan Mortgage Acquisition Corp. 270 Park Avenue, 6th Floor New York, New York 10017 Attention: Jonathan Davis  With a copy to: JPMorgan Chase & Co. 270 Park Avenue New York, New York 10017 Attention: General Counsel's Office  In the case of the Depositor: J.P. Morgan Acceptance Corporation I 270 Park Avenue New York, New York 10017 Attention: J.P. Morgan Alternative Loan Trust | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of June 1, 2006, entered into among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Alternative Loan Trust 2006-A3 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), American Home Mortgage Servicing, Inc., as the servicer (in such capacity, the "Servicer") and Wells Fargo Bank, N.A. (the "Master Servicer")  (JPALT 2006-A3) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 2006-A3<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association<br>209 South LaSalle Street, 3rd Fl<br>Chicago, IL, 60604-1219<br>Attention: J.P. Morgan Alternative Loan Trust 2006-A3<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, National Association<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: GSAA 2006-11<br><br>or in the case of overnight deliveries:<br><br>Wells Fargo Bank, National Association<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: GSAA 2006-11<br><br>or such other address as may be furnished by the Master Servicer;<br><br>In the case of the Assignor:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street New York, New York 10004<br>Attention: Chris Gething<br><br>With a copy to: | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 30th day of June, 2006, among American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer"), GS Mortgage Securities Corp., a Delaware corporation (the "Assignor"), and Deutsche Bank National Trust Company, not in its individual capacity, but solely as trustee (in such capacity, the "Trustee") on behalf of GSAA Home Equity Trust 2006-11 (the "Assignee"), and acknowledged by Wells Fargo Bank, National Association, as master servicer (in such capacity, the "Master Servicer")<br><br>(GSAA 2006-11) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| GS Mortgage Securities Corp.<br>85 Broad Street New York, New York 10004<br>Attention: William Moliski<br><br>In the case of the Trustee or the Assignee:<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705-4934<br>Attention: Trust Administration – GS0611<br><br>Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Corporate Trust Group, HarborView 2006-14<br><br>or in the case of overnight deliveries:<br><br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: HarborView 2006-14<br><br>Greenwich Capital Acceptance, Inc.<br>600 Steamboat Road Greenwich, Connecticut 06830<br>Attention: Legal Department (HarborView 2006-14) | Reconstituted Servicing Agreement dated as of December 1, 2006, is by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor") and GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and is acknowledged by WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator") and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee (the "Trustee") | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| | (HarborView 2006-14) | | |
| In the case of the Assignee:<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: GSR 2006-OA1<br><br>In the case of the Depositor,<br><br>GS Mortgage Securities Corp.<br>100 Second Avenue South, Suite 200 North<br>St. Petersburg, Florida 33701<br>Attention: Richard Lewellen<br><br>With a copy to:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street<br>New York, New York 10004<br>Attention: William Moliski<br><br>or such other address as may hereafter be furnished by the Depositor, and<br>in the case of the Master Servicer,<br><br>Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Corporate Trust Group (GSR 2006-OA1)<br><br>In the case of overnight deliveries: | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 1st day of August, 2006, among AMERICAN HOME MORTGAGE SERVICING, INC., as servicer (the "Servicer"), AMERICAN HOME MORTGAGE CORP. as seller (the "Seller"), DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"), not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2006-OA1 (the "Assignee"), and GS MORTGAGE SECURITIES CORP., as assignor (the "Assignor" or the "Depositor") and acknowledged by Wells Fargo Bank, N.A. ("Wells Fargo"), as master servicer (in such capacity, the "Master Servicer")<br><br>(GSR 2006-OA1) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 9062 Old Annapolis Road Columbia, Maryland 21045<br>In the case of Assignor:<br>DB Structured Products, Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attention: Susan Valenti<br>In the case of Assignee:<br>Deutsche Alt-A Securities, Inc.<br>c/o Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attention: Susan Valenti<br>In the case of the Master Servicer:<br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Client Manager – DBALT 2006-AB4 | Assignment, Assumption and Recognition Agreement, made and entered into as of September 29, 2006, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignee"), and American Home Mortgage Servicing, Inc., having an address at 4600 Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer")<br>(DBALT 2006-AB4) | Third Party Securitization | $0.00 |
| In the case of Assignor:<br>DB Structured Products, Inc.<br>60 Wall Street New York, New York 10005<br>Attention: Susan Valenti<br>In the case of Assignee:<br>Deutsche Alt-A Securities, Inc.<br>c/o Deutsche Bank Securities, Inc. | Assignment, Assumption and Recognition Agreement, made and entered into as of October 31, 2006, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 60 Wall Street<br>New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Client Manager – DBALT 2006-AR5 | 10005 (the "Assignee"), and American Home Mortgage Servicing, Inc., having an address at 4600 Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer")<br><br>(DBALT 2006-AR5) | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention: Eileen Lindblom<br><br>In the case of the Assignee:<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of November 15, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(MARM 2006-OA2) | Third Party Securitization | $0.00 |
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention: Christopher G. Schmidt<br><br>In the case of the Assignee:<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department | Assignment, Assumption and Recognition Agreement, dated as of January 16, 2007, among UBS Real Estate Securities Inc, as Assignor, Mortgage Asset Securitization Transactions, Inc., as Assignee, American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., as Servicer<br><br>(MARM 2007-1) | Third Party Securitization | $0.00 |
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Christopher G. Schmidt | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of May 15, 2007, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Eileen Lindblom<br><br>In the case of the Assignee:<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of April 20, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(MASTR 2006-2) | Third Party Securitization | $0.00 |
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Eileen Lindblom<br><br>In the case of the Assignee:<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of March 29, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(MARM 2007-3) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Attention: Legal Department | "Servicer") | | |
| Wells Fargo Bank, N.A. P.O. Box 98 Columbia, Maryland 21046 Attention: Corporate Trust Group, HarborView 2006-14 <br><br> (or in the case of overnight deliveries, 9062 Old Annapolis Road Columbia, Maryland 21045) <br><br> Deutsche Bank National Trust Company 1761 East St. Andrew Place Santa Ana, California 92705 Attention: HarborView 2006-14 <br><br> Greenwich Capital Acceptance, Inc. 600 Steamboat Road Greenwich, Connecticut 06830 Attention: Legal Department (HarborView 2006-14) | (MASTR 2006-OA1) <br><br> Reconstituted Servicing Agreement (this "Agreement") dated as of December 1, 2006, is by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor") and GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and is acknowledged by WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator") and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee (the "Trustee") <br><br> (HarborView 2006-14) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Corporate Trust Group,<br>Luminent 2006-7<br><br>or in the case of overnight deliveries:<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br><br>HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, New York 10018<br>Attention: Trustee Luminent Mortgage<br>Trust 2006-7<br><br>Lares Asset Securitization, Inc.<br>101 California St., 13th Floor<br>San Francisco, CA 94111<br>Attention: Christopher Zyda | Reconstituted Servicing Agreement, dated as of December 1, 2006, by and among AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home" or the "Servicer"), LARES ASSET SECURITIZATION, INC. ("Lares" or the "Depositor"), MAIA MORTGAGE FINANCE STATUTORY TRUST ("Maia" or the "Seller") and WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator"), and acknowledged by HSBC BANK USA, NATIONAL ASSOCIATION, as trustee (the "Trustee")<br><br>(LUM 2006-7) | Third Party Securitization | $0.00 |
| In the case of Assignor:<br><br>DB Structured Products, Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of Assignee:<br><br>Deutsche Alt-A Securities, Inc.<br>c/o Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attention: Susan Valenti | Assignment, Assumption and Recognition Agreement, made and entered into as of October 31, 2006, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignee"), and American Home Mortgage Servicing, Inc., having an address at 4600 | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Client Manager – DBALT 2006-AR5 | Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer")<br><br>(DBALT 2006-AR5) | | |
| In the case of Assignor:<br><br>DB Structured Products, Inc.<br>60 Wall Street New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of Assignee:<br><br>Deutsche Alt-A Securities, Inc.<br>c/o Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Client Manager – DBALT 2006-AR6 | Assignment, Assumption and Recognition Agreement, made and entered into as of December 15, 2006, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignee"), and American Home Mortgage Servicing, Inc., having an address at 4600 Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer")<br><br>(DBALT 2006-AR6) | Third Party Securitization | $0.00 |
| In the case of Assignor: | Assignment, Assumption and Recognition Agreement, made as of | Third Party Securitization | $0.00 |