| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| HSBC Bank USA, National Association<br>Re: HALO 2007-AR2/AR1<br>452 Fifth Avenue, New York, New York 10018<br>Attention: Head of MBS Principal Finance<br><br>In the case of Assignee:<br><br>HSI Asset Securitization Corporation<br>452 Fifth Avenue, 10th Floor<br>New York, NY 10018<br>Attn:   Head MBS Principal Finance<br><br>In the case of Trustee:<br><br>Deutsche Bank National Trust Company<br>1761 St. Andrew Place<br>Santa Ana, California 92705<br>Attn:   Trust Administration<br><br>In the case of the Master Servicer:<br><br>CitiMortgage Mortgage, Inc.<br>4000 Regent Blvd., Irving, TX 75063<br>Attention: Master Servicing Division,<br>Compliance Manager – HALO 2007-AR1<br><br>In the case of the Securities Administrator:<br><br>Citibank, N.A.<br>388 Greenwich Street, 14th Fl<br>New York, NY 10013<br>Attn: Structured Finance Agency and Trust, HALO 2007-AR1 | January 1, 2007, among HSBC Bank, National Association (the "Assignor"), HSI Asset Securitization Corporation (the "Assignee"), CitiMortgage Inc. as Master Servicer (the "Master Servicer"), Deutsche Bank National Trust Company (the "Trustee") not individually but solely as trustee on behalf of the holders of the HSI Asset Loan Obligation Trust, Series 2007-AR1, Asset-Backed Certificates, American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(HALO 2007-AR1) | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| EMC Mortgage Corporation<br>2780 Lake Vista Drive<br>Lewisville, TX 75067-3884<br>Attention: Michelle Viner<br><br>With a copy to:<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue, 3rd Floor<br>New, York, NY 10179<br>Attention: Global Credit Administration<br><br>Notifications pursuant to (i)(A) above should be sent to:<br><br>EMC Mortgage Corporation<br>2780 Lake Vista Drive<br>Lewisville, TX 75067<br>Attention: General Counsel<br><br>With copies to:<br><br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue, 3rd Floor<br>New, York, NY 10179<br>Attention: Global Credit Administration<br><br>EMC Mortgage Corporation<br>2780 Lake Vista Drive<br>Lewisville, TX 75067-3884<br>Attention: Michelle Viner | Assignment, Assumption and Recognition Agreement, made as of January 30, 2007, among EMC Mortgage Corporation (the "Assignor"), U.S. Bank, National Association, not individually but solely as trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2007-AC1, Asset-Backed Certificates, Series 2007-AC1 (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (together, the "Servicer")<br><br>(BSABS 2007-AC1) | Third Party Securitization | $0.00 |
| In the case of Assignor:<br><br>EMC Mortgage Corporation<br>2780 Lake Vista Drive | Assignment, Assumption and Recognition Agreement, made as of January 31, 2007, among EMC Mortgage Corporation (the | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Lewisville, Texas 75067<br>Attention: President or General Counsel<br><br>with a copy to:<br><br>Bear Stearns Mortgage Capital Corporation<br>383 Madison Avenue<br>New York, New York 10179<br>Attention: Global Credit Administration<br><br>In the case of Assignee:<br><br>Citibank, N.A., as trustee<br>388 Greenwich Street, 14th Floor<br>New York, NY 10013<br>Attn: Structured Finance Agency & Trust - SAMI 2007-AR1<br><br>With a copy to:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Client Manager SAMI 2007-AR1<br><br>Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Corporate Trust Group, HarborView 2007-2<br><br>or in the case of overnight deliveries,<br><br>9062 Old Annapolis Road, Columbia, Maryland 21045 | "Assignor"), Citibank, N.A., not individually but solely as trustee for the holders of Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates, Series 2007-AR1 (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(SAMI 2007-AR1)<br><br>Reconstituted Servicing Agreement, dated as of March 1, 2007, is by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor") and | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: HarborView 2007-2<br><br>Greenwich Capital Acceptance, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attention: Legal Department (HarborView 2007-2)<br><br>In the case of Assignor:<br>DB Structured Products, Inc.<br>60 Wall Street New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of Assignee:<br>Deutsche Alt-A Securities, Inc.<br>c/o Deutsche Bank Securities, Inc.<br>60 Wall Street New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of the Master Servicer:<br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Client Manager – DBALT 2007-AB1 | GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and is acknowledged by WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator") and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee (the "Trustee")<br>(HarborView 2007-2)<br><br>Assignment, Assumption and Recognition Agreement, made and entered into as of April 13, 2007, among DB Structured Products, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignor"), Deutsche Alt-A Securities, Inc., having an address at 60 Wall Street, New York, New York 10005 (the "Assignee"), and American Home Mortgage Servicing, Inc., having an address at 4600 Regent Boulevard, Suite 200, Irving, Texas 75063 (the "Company" or the "Servicer") and acknowledged and agreed to by Wells Fargo Bank, N.A., as master servicer (the "Master Servicer")<br>(DBALT 2007-AB1) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Depositor:<br><br>GS Mortgage Securities Corp.<br>100 Second Avenue South, Suite 200 North<br>St. Petersburg, Florida 33701<br>Attention: Richard Lewellen<br><br>With a copy to:<br><br>GS Mortgage Securities Corp.<br>85 Broad Street<br>New York, New York 10004<br>Attention: William Moliski<br><br>or such other address as may hereafter be furnished by the Depositor, and<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Client Manager (GSR 2007-OA1)<br><br>In the case of overnight deliveries:<br><br>9062 Old Annapolis Road<br>Columbia, Maryland 21045 | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 1st day of April, 2007, is among AMERICAN HOME MORTGAGE SERVICING, INC., as servicer (the "Servicer"), AMERICAN HOME MORTGAGE CORP. as seller (the "Seller"), DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"), not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2007-OA1 (the "Assignee"), and GS MORTGAGE SECURITIES CORP., as assignor (the "Assignor" or the "Depositor") and acknowledged by Wells Fargo Bank, N.A. ("Wells Fargo"), as master servicer (in such capacity, the "Master Servicer")<br><br>(GSR 2007-OA1) | Third Party Securitization | $0.00 |
| Aurora Loan Services LLC<br>10350 Park Meadows Drive,<br>Littleton, Colorado 80124 Attn: Linda A. Sherman- Master Servicing<br><br>U.S. Bank National Association 1 Federal Street | RECONSTITUTED SERVICING AGREEMENT, entered into as of the 1st day of May, 2007, by and between LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation (the | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Boston, M.A. 02110 Reference: LXS 2007-7N<br>Attention: Corporate Trust Services<br><br>Lehman Brothers Holdings Inc.<br>745 Seventh Avenue, 6th Floor<br>New York, New York 10019<br>Attention: Contract Finance – Leslee<br><br>With a copy to:<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, Pennsylvania 19104<br>Attention: Steven J. Molitor, Esq.<br><br>Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, Maryland 21046<br>Attention: Client Service Manager, HarborView 2007-5<br><br>or in the case of overnight deliveries,<br><br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: HarborView 2007-5<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: HarborView 2007-5<br><br>Greenwich Capital Acceptance, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attention: Legal Department (HarborView 2007-5) | "Seller"), and AMERICAN HOME MORTGAGE CORP., a New York corporation (the "Servicer"), having an office at 538 Broadhollow Road, Melville, New York 11747, and acknowledged by AURORA LOAN SERVICES LLC, a Delaware limited liability company ("Aurora"), and U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee under the Trust Agreement (in such capacity, the "Trustee")<br><br>(LXS 2007-7N)<br><br>Reconstituted Servicing Agreement, dated as of June 1, 2007, by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor") and GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and is acknowledged by WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator") and EUTSCHE | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Wells Fargo Bank, N.A.<br>P.O. Box 98 Columbia, Maryland 21046<br>Attention: Client Service Manager, HarborView 2007-6<br>(or in the case of overnight deliveries, 9062 Old Annapolis Road Columbia, Maryland 21045)<br><br>Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: HarborView 2007-6<br><br>Greenwich Capital Acceptance, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attention: Legal Department (HarborView 2007-6) | Reconstituted Servicing Agreement, dated as of July 1, 2007, by and among AMERICAN HOME MORTGAGE CORP. ("American Home" or the "Seller"), AMERICAN HOME MORTGAGE SERVICING, INC. ("American Home Servicing" or the "Servicer"), GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" or the "Depositor"), GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") and acknowledged by WELLS FARGO BANK, N.A., as master servicer (in such capacity, the "Master Servicer") and securities administrator (in such capacity, the "Securities Administrator") and DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee (the "Trustee")<br>(HarborView 2007-6) | Third Party Securitization | $0.00 |
| In the case of Assignor:<br>HSBC Bank USA, National Association<br>Re: HALO 2007-AR2<br>452 Fifth Avenue, New York, New York 10018<br>Attention: ABS/MBS Structured Finance<br><br>In the case of Assignee: | (Servicing-Released) Assignment, Assumption and Recognition Agreement, as of July 31, 2007, among HSBC Bank, National Association (the "Assignor"), HSI Asset Securitization Corporation (the | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| HSI Asset Securitization Corporation<br>452 Fifth Avenue, 10th floor New York, New York 10018<br>Attention: ABS/MBS Structured Finance<br><br>In the case of Trustee:<br>Deutsche Bank National Trust Company<br>1761 St. Andrew Place Santa Ana, California 92705<br>Attn: Trust Administration – HB07L2<br><br>In the case of the Master Servicer:<br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – HALO 2007-AR2<br><br>In the case of the Securities Administrator:<br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – HALO 2007-AR2 | "Assignee"), Wells Fargo Bank, N.A., as master servicer (the "Master Servicer"), Deutsche Bank National Trust Company (the "Trustee") not individually but solely as trustee on behalf of the HSI Asset Loan Obligation Trust 2007-AR2, American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(Servicing-Retained) Assignment, Assumption and Recognition Agreement, as of July 31, 2007, among HSBC Bank, National Association (the "Assignor"), HSI Asset Securitization Corporation (the "Assignee"), Wells Fargo Bank, N.A., as master servicer (the "Master Servicer"), Deutsche Bank National Trust Company (the "Trustee") not individually but solely as trustee on behalf of the HSI Asset Loan Obligation Trust 2007-AR2, American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")<br><br>(HALO 2007-AR2) | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Aurora Loan Services LLC<br>10350 Park Meadows Drive<br>Littleton, Colorado 80124<br>Attn: Michele Olds - Master Servicing -LXS 2007-15N<br><br>All notices required to be delivered to the Trustee hereunder:<br>U.S. Bank National Association<br>1 Federal Street, Boston, MA. 02110<br>Reference: LXS 2007-15N<br>Attention: Corporate Trust<br><br>All notices required to be delivered to the Seller hereunder:<br>Lehman Brothers Holdings Inc. 745 Seventh Avenue, 13th Floor, New York, New York 10019<br>Attention: Contract Finance – Leslee<br><br>With a copy to:<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, Pennsylvania 19104<br>Attention: Steven J. Molitor, Esq. | RECONSTITUTED SERVICING AGREEMENT, entered into as of the 1st day of July, 2007, by and between LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation (the "Seller"), and AMERICAN HOME MORTGAGE CORP., a New York corporation (the "Servicer"), having an office at 538 Broadhollow Road, Melville, New York 11747, and acknowledged by AURORA LOAN SERVICES LLC, a Delaware limited liability company ("Aurora"), and U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee under the Trust Agreement identified below (in such capacity, the "Trustee")<br><br>(LXS 2007-15N) | Third Party Securitization | $0.00 |
| Landlord:<br>AFP Associates, Ltd.<br>c/o West World Management, Inc.<br>4 Manhattanville Road<br>Purchase, New York 10577<br>Attention: Charles Schouten, President | Lease, dated January 31, 2005, by and between AFP Associates, Ltd., American Home Mortgage Servicing, Inc., and American Home Mortgage Investment Corp. | Lease (Real Property) | $0.00 |
| UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019 | MASTER LOAN PURCHASE AND SERVICING AGREEMENT dated as of December 1, 2005 by and | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| ATTN: Ms. Eileen Lindblom<br><br>With a copy to:<br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention: Eileen Lindblom<br>ATTN: General Counsel<br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>With a copy to:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention: General Counsel | between AMERICAN HOME MORTGAGE CORP. (Seller), AMERICAN HOME MORTGAGE SERVICING, INC. (Servicer) and UBS REAL ESTATE SECURITIES, INC. (Initial Purchaser)<br><br>Master Seller's Purchase, Warranties and Interim Servicing Agreement, dated as of May 1, 2005, by and between UBS Real Estate Securities Inc., as Purchaser, and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| FannieMae<br>980 East Paces Ferry Road, Suite 1900<br>Atlanta, Georgia 30326 | Fannie Mae and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | $0.00 |
| FreddieMac<br>1410 Springhill Road, suite 600<br>P O Box 50102<br>McLean, VA 22102 | FreddieMac and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | $0.00 |
| GinnieMae<br>451 7th Street, SW, Room B-133<br>Washington, DC 20410 | GinnieMae and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | $0.00 |
| Goldman Sachs Mortgage Company<br>100 Second Avenue South<br>Suite 200 North<br>ST. Petersburg, Florida 33701<br>ATTN: Sally S. Bartholmey<br>With a copy to:<br>Goldman Sachs Mortgage Company<br>85 Broad Street<br>New York, New York 10004<br>Attention: Eugene Gorelik | SECOND AMENDED AND RESTATED MORTGAGE LOAN SALE AND SERVICING AGREEMENT, dated as of May 1, 2006, by and between GOLDMAN SACHS MORTGAGE COMPANY, a New York limited partnership (the "Purchaser"), and AMERICAN HOME MORTGAGE CORP., a New York corporation (the "Seller"), and American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer") | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Washington Mutual<br>75 Fairway Drive<br>Vernon Hills, Illinois 60061<br>Attention: Gertrude Kirby | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Signature Bank<br>70 West 36th Street-15th Floor<br>New York, New York 10018<br>ATTN: Isabel Fuenzalida | N/A | Loan Sale and Servicing Agreement | $0.00 |
| CitiMortgage Inc.<br>4000 Regent Blvd.-3rd Floor (MC:N3B-355<br>Dallas, Texas 75063-2246<br>ATTN: Timie Andrews | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Union Labor Life<br>1625 Eye Street, NW<br>Washington, DC 20006<br>ATTN: Candus Smith | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Principal Bank<br>711 High Street Pl-S10<br>Des Moines, Iowa 50392<br>ATTN: Todd Larson | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Wachovia Bank<br>230 South Tryon Street-Suite 1200<br>Charlotte, NC 28202<br>ATTN: Stacy Reyes | N/A | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Residential Funding<br>2255 North Ontario Street-Suite 400<br>Burbank, California 91504-3120<br>ATTN: Debbie Montgomery | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Wells Fargo Corp.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>ATTN: Christian Shipley | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Washington Mutual<br>75 N. Fairway Drive<br>Vernon Hills, Illinois 60061<br>ATTN: Zenia Watts | N/A | Loan Sale and Servicing Agreement | $0.00 |
| HSBC Mortgage<br>2929 Walden Avenue-ATTN: 27SBO-Acctg Depew, New York 14043<br>ATTN: Jody Forster | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Conm First Bank<br>ATTN: Mikki<br>Facsimile: (843) 534-5182 | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Mutual Savings Bank<br>330 West Carolina Avenue<br>Hartsville, South Carolina 29550<br>ATTN: Kelli Norwood | N/A | Loan Sale and Servicing Agreement | $0.00 |
| Old National Bank<br>P O Box 3728<br>Evansville, Indiana 47736-9983 | N/A | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Connecticut Housing Finance<br>999 West Street<br>Rocky Hill, Connecticut 06067<br>ATTN: Gin-a Lee | N/A | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Bank of America, National Association<br>Hearst Tower NC1-027-21-04<br>214 North Tyron Street, 21st Floor<br>Charlotte, North Carolina 28255<br>Attention: Managing Director<br><br>Copy to:<br><br>Bank of America, National Association<br>NC1-002-29-01<br>101 S. Tyron Street, 29th Floor<br>Charlotte, North Carolina 28255<br>Attention: Eric S. Sadow | MASTER BULK SALE AND SERVICING AGREEMENT, dated as of June 1, 2007 by and between Bank of America, National Association (Purchaser) and American Home Mortgage Corp. (Company) and American Home Mortgage Servicing, Inc (Servicer) | Master Bulk Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Bank of America, National Association<br>Hearst Tower NC1-027-21-04<br>214 North Tryon Street, 21st Floor<br>Charlotte, North Carolina 28255<br>Attention: Managing Director<br><br>Copy to:<br><br>Bank of America, National Association NC1-002-29-01<br>101 S. Tryon Street, 29th Floor<br>Charlotte, North Carolina 28255<br>Attention: Eric S. Sadow | MASTER BULK SALE AND SERVICING AGREEMENT, dated May 1, 2006, by and between Bank of America, National Association (Purchaser) and American Home Mortgage Corp. (Company) | Master Bulk and Interim Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Barclays Bank PLC<br>200 Cedar Knolls Road<br>Whippany, New Jersey 07981<br>ATTN: Glenn Pearson<br><br>With a copy to:<br><br>Barclays Bank, PLC, as administrator<br>200 Park Avenue<br>New York, New York 10166<br>ATTN: Michael Dryden | SERVICING AGREEMENT dated as of November 1, 2006 by and between Barclays Bank PLC (Purchaser) and American Home Mortgage Servicing, Inc. (Servicer) | Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Barclays Bank PLC<br>200 Cedar Knolls Road<br>Whippany, New Jersey 07981<br>ATTN: Glenn Pearson<br><br>With a copy to:<br><br>Barclays Bank, PLC, as administrator<br>200 Park Avenue<br>New York, New York 10166<br>ATTN: Michael Dryden | MORTGAGE LOAN PURCHASE AGREEMENT, dated as of November 1, 2006 by and between Barclays Bank PLC (Purchaser) and American Home Mortgage Servicing, Inc. (Servicer) | Mortgage Loan Purchase Agreement | $0.00 |
| Barclays Bank PLC<br>200 Cedar Knolls Road<br>Whippany, New Jersey 07981<br>ATTN: Glenn Pearson<br><br>With a copy to:<br><br>Barclays Bank, PLC, as administrator<br>200 Park Avenue<br>New York, New York 10166<br>ATTN: Michael Dryden | LOAN SALE AND SERVICING AGREEMENT, dated as of November 1, 2006 by and between Barclays Bank PLC (Purchaser) and American Home Mortgage Servicing, Inc. (Servicer) | Loan Sale and Servicing Agreement | $0.00 |
| LA FAYETTE ASSET SECURITIZATION LLC<br>c/o Calyon Building<br>1301 Avenue of the Americas<br>New York, New York 10019<br><br>With a copy to the Administrative Agent (except in the case of notice from the Administrative Agent).<br><br>AMSTERDAM FUNDING CORPORATION<br>540 West Madison Street, 27th Floor | REPURCHASE AGREEMENT, dated November 21, 2006 by and among AMERICAN HOME MORTGAGE CORP., (as a Seller), AMERICAN HOME MORTGAGE SERVICING, INC., (As a Seller and as the Servicer), AMERICAN HOME MORTGAGE ACCEPTANCE, INC., (As a Seller), AMERICAN HOME MORTGAGE | Repurchase Agreement | $0.00 |