| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
| --- | --- | --- | --- |
| Mail Code C540-2721<br>Chicago, ILLINOIS 60661<br>Attention: Kevin J. Hayes<br><br>PARK AVENUE RECEIVABLES COMPANY, LLC<br>131 South Dearborn<br>Mail Code IL1-0597<br>Chicago, IL 60603<br><br>BARTON CAPITAL LLC<br>c/o AMACAR Group<br>6525 Morrison Boulevard, Suite 318<br>Charlotte, NC 28211<br><br>STARBIRD FUNDING CORPORATION<br>c/o J.H. Management Corporation<br>One International Place, Room 3218<br>Boston, MA 02110-2916<br><br>CALYON NEW YORK BRANCH<br>Calyon Building<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Attention:  Liquid Assets Securitization<br><br>LLOYDS TSB BANK PLC<br>1251 Avenue of the Americas, 39th Floor<br>New York, New York 10020<br>ATTN: Michelle White<br><br>ABN AMRO BANK N.V.<br>540 West Madison Street-27th Floor<br>Mailcode C540-2721<br>Chicago, IL 60661<br>ATTN: Kevin Haynes | INVESTMENT CORP., (As a Seller),<br>LA FAYETTE ASSET SECURITIZATION LLC,<br>(As an Issuer), AMSTERDAM FUNDING CORPORATION,<br>(As an Issuer), BARTON CAPITAL LLC, (As an Issuer),<br>PARK AVENUE RECEIVABLES COMPANY, LLC (As an Issuer),<br>STARBIRD FUNDING CORPORATION,<br>(As an Issuer), CALYON NEW YORK BRANCH, (As a Bank, a Managing Agent and as the Administrative Agent), LLOYDS TSB BANK PLC,<br>(As a Bank), ABN AMRO BANK N.V., (As a Bank and as a Managing Agent), SOCIETE GENERALE, (As a Bank and as a Managing Agent), JPMORGAN CHASE BANK, N.A.<br>(As a Bank and as a Managing Agent), And<br>BNP PARIBAS, (As a Bank and as a Managing Agent) | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| SOCIETE GENERALE<br>1221 Avenue of the Americas<br>New York, New York 10020 | | | |
| JP MORGAN CHASE BANK<br>121 South Dearborn<br>Mail code IL1-0597<br>Chicago, Illinois 60603 | | | |
| BNP PARIBAS<br>787 Seventh Avenue, 7th Floor<br>New York, New York 10019 | | | |
| CALYON NEW YORK BRANCH<br>Calyon Building<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Attention: Liquid Assets Securitization | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Sutton Funding LLC<br>c/o Barclays Bank PLC<br>200 Park Avenue, 5th Floor<br>New York, New York 10166<br>ATTN: Mary Logan | MORTGAGE LOAN PURCHASE AGREEMENT, dated as of May 1, 2007 by and between SUTTON FUNDING LLC (Purchaser), and AMERICAN HOME MORTGAGE CORP. (Seller) | Mortgage Loan Purchase Agreement | $0.00 |
| Sutton Funding LLC<br>c/o Barclays Bank PLC, as administrator<br>200 Park Avenue, 5th Floor<br>New York, New York 10166<br>ATTN: Mary Logan | SERVICING AGREEMENT, dated as of May 1, 2007 by and between Sutton Funding LLC (Purchaser) and American Home Mortgage Servicing, Inc. (Servicer) | Servicing Agreement | $0.00 |
| SOCIETE GENERALE PURCHASER GROUP:<br><br>BARTON CAPITAL LLC<br>c/o AMACAR Group, LLC<br>6525 Morrison Boulevard, Suite 318<br>Charlotte, North Carolina 28211<br>Attention:  Douglas K. Johnson<br><br>SOCIETE GENERALE<br>1221 Avenue of Americas<br>New York, New York 10020<br>Attention: Asset Securitization Group | Mortgage Loan Purchase and Sale Agreement, dated as of October 16, 2006, by and among American Home Mortgage Corp. as Seller, American Home Mortgage Servicing, Inc., as Servicer, the Conduit Purchasers, the Committed Purchasers, the Funding Agents, and Societe Generale, as Administrative Agent for the Purchasers | Gestation Line | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, New York 10018<br>Attn: Jay Kilpatrick | Master Mortgage Loan Purchase and Interim Servicing Agreement, dated as of November 1, 2006, by and among American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., ad Servicer, and HSBC Bank USA, National Association, as Initial Purchaser | Loans Sale and Servicing Agreement (Released) | $0.00 |
| HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, New York 10018<br>Attn: Jay Kilpatrick | Master Mortgage Loan Purchase and Servicing Agreement, dated as of June 21, 2006, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer), and HSBC Bank USA, National Association (Initial Purchaser) | Loan Sale and Servicing Agreement (Retained) | $0.00 |
| EMC Mortgage Corporation<br>Mac Arthur Ridge, II<br>909 Hidden Ridge Drive, Suite 200<br>Irving, Texas 75038<br>Attention: Ms. Ralene Ruyle<br><br>With a copy to:<br><br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, N.Y. 10179<br>Attention: Mary Haggerty | Mortgage Loan Purchase and Interim Servicing Agreement, dated as of May 1, 2002, by and among EMC Mortgage Corporation (Purchaser) and American Home Mortgage Corp. (Company) | Loan Sale and Servicing Agreement (Released) | $0.00 |
| EMC Mortgage Corporation<br>Mac Arthur Ridge II<br>909 Hidden Ridge Drive, Suite 200<br>Irving, Texas 75038<br>Attention: Ms. Ralene Ruyle | Purchase, Warranties and Servicing Agreement, dated as of March 1, 2006, by and among EMC Mortgage Corp. (Purchaser), American Home Mortgage Corp. (Company) and American Home Mortgage Servicing, | Loan Sale and Servicing Agreement (Retained) | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Bear Stearns Mortgage Capital Corporation<br>383 Madison Avenue<br>New York, New York 10179<br>Attention: Mary Haggerty | Inc. (Servicer) | | |
| Merrill Lynch Mortgage Lending, Inc.<br>4 World Financial Center<br>New York, New York 10080<br><br>Attn: Diane Alexander | Master Mortgage Loan Purchase and Servicing Agreement, dated as of July 1, 2007, by and among Merrill Lynch Mortgage Lending Inc. (Purchaser), American Home Mortgage Corp. (Seller) and American Home Mortgage Servicing, Inc. (Servicer) | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to the Purchaser:<br><br>Greenwich Capital Financial Products, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attn: Mortgage Finance<br><br>With copies to:<br><br>Greenwich Capital Financial Products, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attn: Legal<br><br>Greenwich Capital Financial Products, Inc.<br>600 Steamboat Road<br>Greenwich, Connecticut 06830<br>Attn: Operations | Master Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2006, by and among American Home Mortgage Corp. Seller), American Home Mortgage Servicing, Inc. (Servicer), and Greenwich Capital Financial Products Inc. (Initial Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Citigroup Global Markets Realty Corp.<br>390 Greenwich Street, 6th Floor<br>New York, New York 10013<br>Attn: Peter Steinmetz | Master Mortgage Loan Purchase and Servicing Agreement, dated as of September 1, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Citigroup Global Markets Realty Corp. (Initial Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue<br>10th Floor<br>New York, New York 10017<br>Attention: Whole Loan Transaction Group<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue | Mortgage Loan Sale Agreement, dated as of April 1, 2006, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and JP Morgan Mortgage Acquisition Corp. (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| New York, New York 10017<br>Attention: General Counsel's Office<br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue<br>10th Floor<br>New York, New York 10017<br>Attention: Whole Loan Transaction Group<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue<br>New York, New York 10017<br>Attention: General Counsel's Office | Flow Mortgage Loan Interim Servicing Agreement, dated as of April 1, 2006, by and between J.P. Morgan Mortgage Acquisition Corp. and American Home Mortgage Servicing, Inc. | Loan Sale and Servicing Agreement | $0.00 |
| Wells Fargo Funding, Inc.<br>2701 Wells Fargo Way, 1 South<br>Minneapolis, Minnesota 55408<br>Attn: Troy Johnson<br><br>With a copy to: General Counsel's Office via telefax at 612-312-7206 | Master Mortgage Loan Purchase and Interim Servicing Agreement, dated as of January 25, 2007, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Interim Servicer) and Wells Fargo Funding, Inc. (Initial Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Impac Funding Corporation<br>1401 Dove Street, Suite 100<br>Newport Beach, CA 92660<br>ATTN: Client Administration | Seller Agreement, dated as of February 7, 2002, by and among Impac Funding Corporation (Buyer) and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | $0.00 |
| Central Florida Healthcare Federal CU<br>5545 South Orange Avenue<br>Orlando, FL 32809<br>ATTN: William C. Breshears, VP of Lending | Loan Sale and Servicing Agreement, dated as of May 25, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer), and Central Florida Healthcare Federal Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Fort Bragg Federal Credit Union<br>1638 Skibo Road | Loan Sale and Servicing Agreement, dated as of May 16, 2005, by and | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Fayetteville, NC 28303<br>Attn: Ken Hawkins, VPL | among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Fort Bragg Federal Credit Union (Purchaser) | | |
| Frankenmuth Credit Union<br>580 North Main Street<br>Frankenmuth, MI 48734<br>Attn: Vickie Schmitzer, CEO | Loan Sale and Servicing Agreement, dated as of May 18, 2005, by and among American Home Mortgage Corp. American Home Mortgage Servicing, Inc., and Frankenmuth Credit Union | Loan Sale and Servicing Agreement | $0.00 |
| Hopewell Federal Credit Union<br>PO Box 2157<br>Heath, OH 43056<br>ATTN: James G. Johnson | Loan Sale and Servicing Agreement, dated as of May 20, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Hopewell Federal Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Industrial Centre Federal Credit Union<br>4501 South Delaware Drive<br>Muncie, IN 47302<br>Attn: Brett Rinker | Loan Sale and Servicing Agreement, dated as of June 1, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Industrial Centre Federal Credit Union (Purchaser) | Loan and Sale Agreement | $0.00 |
| Lampco Federal Credit Union<br>5411 Doctor Martin Luther King Jr. Blvd.<br>Anderson, IN 46013<br>Attn: Daniel R. Wininger | Loan Sale and Servicing Agreement, dated as of May 19, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Lampco Federal Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Madison County Federal Credit Union<br>621 East 8th Street<br>Andersonville, IN 46012 | Loan Sale and Servicing Agreement, dated as of May 16, 2005, by and among, American Home Mortgage | Loan Sale and Servicing Agreement | $0.00 |

DB02:6206744.1

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| | Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Madison County Federal Credit Union (Purchaser) | | |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Members First Credit Union<br>1445 W. Goodale Blvd.<br>Columbus, OH 43212<br>Attn: Gregory A. Kidwell | Marketing and Services Agreement, dated as of May 26, 2005, by and among American Home Mortgage Corp. and Members First Credit Union | Loan Sale and Servicing Agreement | $0.00 |
| Premier Federal Credit Union<br>PO Box 26590<br>Greensboro, NC 27415-6590<br>Attn: Tyler Duke | Loan Sale and Servicing Agreement, dated as of June 1, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Premier Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| State Highway Patrol Federal Credit Union<br>6161 Busch Blvd. Suite #215<br>Columbus, OH 43229<br>Attn: Donna P. Stevens, Manager | Marketing and Services Agreement, dated as of May 26, 2005, by and among, American Home Mortgage Corp. and State Highway Patrol Federal Credit Union | Loan Sale and Servicing Agreement | $0.00 |
| Duke University Federal Credit Union<br>1400 Morreene Road<br>Durham, NC 27705<br>Attn: Administration | Loan Sale and Servicing Agreement, dated as of May 19, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Duke University Federal Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| RTP Federal Credit Union<br>1005 Slater Road<br>PO Box 12807<br>Durham Research Park, NC 27709 | Loan Sale and Servicing Agreement, dated as of August 25, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and RTP Federal Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Standard Register FCU<br>PO Box 1167, 175 Campbell Street<br>Dayton, OH 45013<br>Attn: Kraig Casey | Marketing and Services Agreement, dated as of June 7, 2005, by and among, American Home Mortgage Corp. and Standard Register Federal | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Credit Union | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Tripointe Community Credit Union<br>2343 E. Hill Road<br>Grand Blanc, MI 48439 | Loan Sale and Servicing Agreement, dated as of May 31, 2005, by and among, American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Tripointe Federal Credit Union (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| Fairless Credit Union<br>1900 South Pennsylvania<br>Morrisville, PA 19067<br>Attn: James Merrill | Marketing and Services Agreement, dated as of June 28, 2005, by and between American Home Mortgage Corp. and Fairless Credit Union | Loan Sale and Servicing Agreement | $0.00 |
| IndyMac Bank<br>3465 East Foothill Boulevard<br>Pasadena, CA 91107 | Mortgage Loan Purchase and Interim Servicing Agreement, dated as of January 16, 2002, by and between IndyMac Bank, FSB (Purchaser) and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | $0.00 |
| DLJ Mortgage Capital, Inc.<br>c/o Credit Suisse Securities (USA) LLC<br>Eleven Madison Avenue, 4th Floor<br>New York, NY 10010<br>Attn: Bruce Kaiserman<br><br>With a copy to:<br><br>DLJ Mortgage Capital, Inc.<br>c/o Credit Suisse Securities (USA) LLC<br>One Madison Avenue, 9th Floor<br>New York, NY 10010<br>Attn: General Counsel – RMBS | Amended and Restated Sellers Purchase Warranties and Interim Servicing Agreement, dated as of August 1, 2006, by and among DLJ Mortgage Capital Inc., American Home Mortgage Corp., and American Home Mortgage Servicing, Inc. | Loan Sale and Servicing Agreement | $0.00 |
| Countrywide Bank, N.A.<br>4500 Park Granada<br>Mail Suite CH-20<br>Calabasas, California 93102<br>Attn: Kathleen Conte, Executive Vice President | Mortgage Loan Purchase and Servicing Agreement, dated as of March 14, 2006, by and between American Home Mortgage Corp. (Seller) and Countrywide Bank, NA | Loan Sale and Servicing Agreement | $0.00 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| With copy to:<br><br>Countrywide Bank, N.A.<br>225 West Hillcrest Drive<br>Thousand Oaks, California 91360<br>Attn: General Counsel | (Purchaser) | | |
| Lehman Brothers Bank, FSB<br>745 Seventh Avenue, 13th Floor<br>New York, NY 10019<br>Attn: Jack E. Desens, Vice President | Flow Mortgage Loan Purchase Warranties and Servicing Agreement, dated as of May 1, 2007, by and between Lehman Brothers Bank FSB, (Purchaser) and American Home Mortgage Corp. (Seller) | Loan and Sale and Servicing Agreement | $0.00 |
| If to the Purchaser:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1221 Avenue of the Americas, 27th Floor<br>New York, New York 10020<br>Attention:  Peter Woroniecki - Whole Loan Operations Manager | Mortgage Loan Sale and Servicing Agreement, dated as of January 1, 2006, by and between American Home Mortgage Corp. (Servicer) and Morgan Stanley Capital Inc. (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| With copies to:<br><br>Jeff Williams<br>Morgan Stanley – Servicing Oversight<br>5002 T-Rex Ave<br>Suite 300<br>Boca Raton, Florida 33431 | | | |
| Scott Samlin<br>Morgan Stanley - RFPG<br>1585 Broadway, 10th Floor<br>New York, New York 10036 | | | |
| If to the Purchaser: | Second Amended and Restated | Loan Sale and Servicing | $0.00 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| Morgan Stanley Mortgage Capital Inc.<br>1221 Avenue of the Americas<br>27th Floor<br>New York, New York 10020<br>Attention: Peter Woroniecki - Whole Loan Operations Manager<br><br>With copies to:<br><br>Jeff Williams<br>Morgan Stanley - Servicing Oversight<br>5002 T-Rex Ave<br>Suite 300<br>Boca Raton, Florida 33431<br><br>Scott Samlin<br>Morgan Stanley - RFPG<br>1585 Broadway, 10th Floor<br>New York, New York 10036 | | | |
| If to the Purchaser:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1221 Avenue of the Americas<br>27th Floor<br>New York, New York 10020<br>Attention: Peter Woroniecki - Whole Loan Operations Manager<br><br>With copies to:<br><br>Jeff Williams<br>Morgan Stanley – Servicing Oversight<br>5002 T-Rex Ave<br>Suite 300 | Third Amended and Restated Mortgage Loan Purchase and Warranties Agreement, dated as of June 1, 2006, by and between Morgan Stanley Mortgage Capital Inc., as Purchaser, and American Home Mortgage Corp., as Seller | Loan Sale and Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Boca Raton, Florida 33431 | | | |
| Scott Samlin<br>Morgan Stanley - RFPG<br>1585 Broadway, 10th Floor<br>New York, New York 10036 | | | |
| If to the Purchaser:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1633 Broadway<br>New York, New York 10019<br>Attention: Peter Woroniecki - Whole Loan Operations Manager<br><br>with copies to:<br><br>Jeff Williams<br>Morgan Stanley – Servicing Oversight<br>5002 T-Rex Ave<br>Suite 300<br>Boca Raton, Florida 33431<br><br>Scott Samlin<br>Morgan Stanley - RFPG<br>1585 Broadway<br>New York, New York 10036 | First Amended and Restated Interim Servicing Agreement, dated as of June 1, 2005, by and between Morgan Stanley Mortgage Capital Inc., as Purchaser, and American Home Mortgage Servicing, Inc., as Interim Servicer | Loan Sale and Servicing Agreement | $0.00 |
| DB Structured Products, Inc.<br>60 Wall Street<br>New York, NY 10005<br>Attn: Michael Commaroto | Master Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2006, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and DB Structured Products, Inc. (Initial Purchaser) | Loan Sale and Servicing Agreement | $0.00 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| SunTrust Asset Funding, LLC<br>Mail Code 3950<br>303 Peachtree Street, 23rd Floor<br>Atlanta, GA 30308<br>Attn: Tony D. Atkins<br><br>With a copy to:<br>SunTrust Banks, Inc.<br>303 Peachtree Street, 23rd Floor<br>Atlanta, GA 30308<br>Attn: Woodruff A. Polk | Mortgage Loan Flow Purchase Sale and Interim Servicing Agreement, dated as of January 1, 2007, by and among American Home Mortgage Corp. (Company) and American Home Mortgage Servicing, Inc. (Interim Servicer), and Suntrust Asset Funding, LLC (Purchaser) | Loan Sale and Servicing Agreement | $0.00 |
| IXIS Real Estate Capital Inc.<br>9 West 57th Street<br>New York, NY 10019<br>Attn: Ray Sullivan<br><br>With a copy to:<br>IXIS Real Estate Capital Inc.<br>9 West 57th Street<br>New York, NY 10019<br>Attn: Al Zakes, Esq., General Counsel<br><br>And with a copy to:<br><br>IXIS Real Estate Capital Inc.<br>9 West 57th Street<br>New York, NY 10019<br>Attn: Michael Friedman | Third Amended and Restated Master Repurchase Agreement, dated as of July 15, 2005, by and among, IXIS Real Estate Capital Inc. (Buyer) and American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Holdings, Inc., and American Home Mortgage Servicing, Inc. (collectively, as Seller) | Warehouse Line | $0.00 |
| ABN AMRO Bank N.V.<br>540 West Madison Street<br>Chicago, Illinois 60661<br>Attention: Therese Gremley | Master Repurchase Agreement, dated as of February 28, 2007, by and among American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., and | Warehouse Line | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Liquid Funding, Ltd. Canon's Court 22 Victoria Street Hamilton HM 12 Bermuda Attn: Corporate Secretary<br><br>With a copy in all cases to:<br><br>Bear Stearns Bank plc, Investment Manager of Liquid Funding, Ltd. Block 8, Harcourt Centre Charlotte Way Dublin 2, Ireland Attn: Jerome Schneider/Patrick Phelan | American Home Mortgage Servicing, Inc. (Sellers), and ABN AMRO Bank NV (in its capacity as "Agent" for the "Purchasers" as Buyer)<br><br>Master Repurchase Agreement, dated as of May 22, 2006, by and among Liquid Funding, Ltd. (Buyer) and American Home Mortgage Corp. and American Home Mortgage Acceptance, Inc (Sellers) | Warehouse Line | $0.00 |
| If to the Agent:<br><br>JPMorgan Chase Bank, N.A. 707 Travis, 6th Floor North Houston, Texas 77002 (for messenger deliveries) Attention: Thanh Roettele<br><br>P. O. Box 2558 Houston, Texas 77252 (for mail deliveries) Attention: Thanh Roettele<br><br>with a copy to:<br><br>Corporate Mortgage Finance Group Attention: Julie Lowery | 1/06 Senior Secured Credit Agreement, dated as of January 23, 3006, by and among American Home Mortgage Investment Corp. and American Home Mortgage Corp. and JP Morgan Chase Bank, NA (as Administrative Agent and a Lender) | Warehouse Line | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. 1111 Fannin, 12th Floor Houston, Texas 77002 Attention: Ms. Bea Delgado, Mortgage Banking Warehouse Services<br><br>If to JPMorgan in its capacity as a Lender:<br><br>JPMorgan Chase Bank, N.A. ABA No. 113000609 707 Travis, 6th Floor North Houston, Texas 77002 Attention: Thanh Roettele Corporate Mortgage Finance Group | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to Buyer:<br><br>For Transaction Requests and Purchase Confirmations:<br><br>Credit Suisse First Boston Mortgage Capital LLC<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540<br>Attention: William Sachelari<br><br>For all other Notices:<br><br>Credit Suisse First Boston Mortgage Capital LLC<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540<br>Attention:        Gary Timmerman<br><br>With a copy to:<br><br>Credit Suisse First Boston Mortgage Capital LLC<br>c/o Credit Suisse Securities (USA) LLC<br>Eleven Madison Avenue, 9th Floor<br>New York, NY 10010<br>Attention: Legal Department—Warehouse Lending | Master Repurchase Agreement, dated as of September 13, 2006, by and among Credit Suisse First Boston Mortgage Capital LLC (Buyer) or as agent pursuant hereto (Agent) and American Home Mortgage Corp. (Seller), American Home Mortgage Acceptance, Inc. (Seller), American Home Mortgage Servicing, Inc. (Seller), American Home Mortgage Investment Corp. (Seller and together with AHMC, AHMA and AHMS, the Sellers) and American Home Mortgage Holdings, Inc. (Guarantor) | Warehouse Line | $0.00 |
| Bear Stearns Mortgage Capital Corporation<br>383 Madison Avenue<br>New York, NY 10179<br><br>Attn:  Eileen Albus | Whole Loan Master Repurchase Agreement, dated as of June 23, 2004, by and between Bear Stearns Mortgage Capital Corporation and American Home Mortgage Acceptance, Inc. | Warehouse Line | $0.00 |
| Greenwich Capital Financial Products, Inc.<br>600 Steamboat Road<br>Greenwich, CT  06830<br>Attn:  David Katze | Whole Loan Master Repurchase Agreement, dated as of January 1, 2004, by and among American Home Mortgage Corp. (Seller) Columbia National, Incorporated (Seller) and | Gestation Line | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to the Purchaser:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue<br>10th Floor<br>New York, New York 10017<br>Attention: Brian Simons<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue<br>New York, New York 10017<br>Attention: General Counsel's Office | Greenwich Capital Financial Products, Inc. (Purchaser)<br><br>Mortgage Loan Sale and Servicing Agreement, dated as of June 1, 2006, between American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., as Servicer, and J.P. Morgan Mortgage Acquisition Corp., as Purchaser | Loan Sale and Servicing Agreement (Retained) | $0.00 |
| If to the Purchaser:<br><br>Countrywide Home Loans, Inc.<br>4500 Park Granada<br>Mail Suite CH-20<br>Calabasas, California 93102<br>Attn: Jordan Cohen, Executive Vice President<br><br>With copy to:<br><br>Countrywide Home Loans, Inc.<br>4500 Park Granada<br>Calabasas, California 91302<br>Attn: General Counsel | Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2007, by and between American Home Mortgage Corp. and Countrywide Home Loans, Inc. as Purchaser | Loan Sale and Servicing Agreement | $0.00 |
| Citigroup Global Markets Realty Corp.<br>390 Greenwich Street, 6th Floor<br>New York, New York 10013<br>Attn: Peter Steinmetz | Master Mortgage Loan Purchase and Servicing Agreement, dated as of September 1, 2005, American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., as | Loan Sale and Servicing Agreement | $0.00 |

DB02:6206744.1

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| | Servicer, and Citigroup Global Markets Realty Corp., as Initial Purchaser | | |