IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE                                                 :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                        :
                                                                       :   Jointly Administered
                    Debtors.                                           :
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 24 day of August 2007 he caused a copy of the following document(s):

Notice of Auction [Docket No. 344]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _____ day of August, 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

**SERVICE LIST**

| | |
|---|---|
| A.G. Edwards & Sons, Inc.<br>Attn:  Jonathan Griffith<br>2801 Market Street, 9th Fl, F Bldg.<br>St. Louis, MO 63103<br>*First Class Mail* | Benjamin C. Ackerly, Esq<br>Hunton & Williams<br>Riverfront Plaza, East Tower, 951 East Byrd Street<br>Richmond, VA 23219<br>Calyon<br>*First Class Mail* |
| David G. Aelvoet, Esq.<br>Linebarder Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>(Bexar County)<br>*First Class Mail* | Rick B. Antonoff, Esq.<br>Pillsbury Wintrhrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>(UBS Securities)<br>*First Class Mail* |
| Rick B. Antonoff, Esq.<br>Pillsbury Wintrhrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>(UBS Securities)<br>*First Class Mail* | John Ashmead, Esq.<br>Laurie Binder, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY 10004<br>(Deutsche Bank)<br>*First Class Mail* |
| Lee S Attanasio, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(Morgan Stanley)<br>*First Class Mail* | Doria Bachenheimer, Esq.<br>Securities and Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281<br>*First Class Mail* |
| Elizabeth Banda, Esq<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>(Cedar Hill City, Carroll ISD, Arlington ISD)<br>*First Class Mail* | Brett Barragate, Esq.<br>Jones Day<br>901 Lakeside Avenue, North Point<br>Cleveland, OH 44114<br>(WLR Recovery)<br>*First Class Mail* |
| Michael J. Barrie<br>Richard A. Barkasy<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market St., Suite 1001<br>Wilmington, DE 19801<br>(Liberty Property)<br>*Hand Delivery* | Louis L. Benza, Esq.<br>Associate Counsel<br>Empire Blue Cross Blue Shield<br>15 Metro Tech Center South - 6th Floor<br>Brooklyn, NY 11201<br>Empire Blue Cross Blue Shield<br>*First Class Mail* |
| Harold Berzow, Esq.<br>Ruskin Moscou Faltischek<br>East Tower, 15th Fl<br>1425 RexCorp Plaza<br>Uniondale, NY 11556<br>(Waldner)<br>*First Class Mail* | Karen C. Bifferato, Esq<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(Wells Fargo, Washington Mutual, Inland US Management, LLC)<br>*Hand Delivery* |

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)
*First Class Mail*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
*First Class Mail*

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
(AT&T)
*Hand Delivery*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Alcone Marketing Group)
*First Class Mail*

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*First Class Mail*

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)
*First Class Mail*

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley)
*Hand Delivery*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC.)
*First Class Mail*

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
(Calyon New York Branch)
*Hand Delivery*

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)
*Hand Delivery*

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY 10165
(STWB, Inc.)
*First Class Mail*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Financial Guaranty Insurance Co.; Assured Guaranty)
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
*First Class Mail*

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)
*First Class Mail*

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
*First Class Mail*

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)
*Hand Delivery*

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman)
*First Class Mail*

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
Bank of New York
*First Class Mail*

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Societe Generale)
*Hand Delivery*

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman)
*First Class Mail*

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
(Harris County, Angelina County)
*First Class Mail*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*First Class Mail*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Official Committee of Unsecured Creditors
*Hand Delivery*

| | |
|---|---|
| Lori Fife, Esquire<br>Ronit Berkovich, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(CSFB)<br>*First Class Mail* | J. David Folds, Esq.<br>DLA Piper US LLP<br>1200 Nineteenth Street, NW<br>Washington, DC 20036<br>(Kingstowne Office Building K LLC; Boston Properties Limited Partnership)<br>*First Class Mail* |
| Susan R. Fuertes, Esq.<br>14910 Aldine-Westfield Road<br>Houston, TX 77032<br>(Aldine Independent School District)<br>*First Class Mail* | Samuel B. Garber<br>Assistant General Counsel<br>General Growth Management, Inc.,<br>110 N. Wacker<br>Chicago, IL 60606<br>*First Class Mail* |
| Ian Gershengorn, Esq.<br>Jenner & Block LLP<br>601 Thirteenth Street, N.W., Suite 1200 South<br>Washington, DC 20005<br>(Fannie Mae)<br>*First Class Mail* | Brad Godshall, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(Indymac)<br>*First Class Mail* |
| Marcia L. Goldstein, Esquire<br>Lori Fife, Esquire<br>Ronit Berkovich, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(CSFB)<br>*First Class Mail* | Thomas H. Grace, Esq<br>W. Steven Bryant, Esq.<br>Locke Liddell & Sapp<br>3400 JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002<br>(JPMorgan Chase Bank, N.A.)<br>*First Class Mail* |
| Arnold Gulkowitz, Esq.<br>Orrick Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>(Greenwich Capital Markets, Inc.)<br>*First Class Mail* | Frederick D. Holden, Jr<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>*First Class Mail* |
| Nancy Hotchkiss, Esq.<br>Trainor Robertson<br>701 University Avenue, Suite 200<br>Sacramento, CA 95825-6700<br>(Cowifi Ironpoint)<br>*First Class Mail* | James E. Huggett, Esq.<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801<br>(WARN Act Claimants)<br>*Hand Delivery* |
| Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 North King Street, Suite 300<br>Wilmington, DE 19801<br>(Citigroup Global Markets Inc)<br>*Hand Delivery* | Mark Indelicato, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th and 15th Floor<br>New York, NY 10022<br>(Official Committee of Unsecured Creditors)<br>*First Class Mail* |

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*First Class Mail*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
(Pima County)
*First Class Mail*

Thomas J. Leanse
Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(RREEF Management Company)
*First Class Mail*

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
150 East 52nd Street, 18th Floor
New York, NY 10022
(De Lage Financial Services, Inc.)
*First Class Mail*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(American Corporate Record Center)
*First Class Mail*

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
*Hand Delivery*

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)
*Hand Delivery*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
Citigroup Global
*First Class Mail*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(ZC Real Estate Tax Solutions)
*Hand Delivery*

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmingtont, DE 19801
(DDR Entities)
*Hand Delivery*

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
(John Flatley and Gregory Stoyle, Trustees 1993 Flatley Family Truste)
*First Class Mail*

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
*First Class Mail*

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Kodiak Funding LP)
*Hand Delivery*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*First Class Mail*

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(DDR Entities)
*Facsimile*

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*First Class Mail*

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)
*Hand Delivery*

Kristin Mihelic, Esq.
Richard Canel, Esq.
Spector Gadon & Rosen
1635 Market Street, 7th Fl.
Philadelphia, PA 19103
Chesterbrook Partners
*First Class Mail*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
(Empire HealthChoice Assurance/Empire Blue Cross)
*First Class Mail*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)
*Hand Delivery*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
(Sovereign Bank)
*First Class Mail*

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)
*First Class Mail*

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
*First Class Mail*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)
*First Class Mail*

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)
*Hand Delivery*

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
*First Class Mail*

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
(Ken Burton, Jr., Manatee County Tax Collector)
*First Class Mail*

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Waldner)
*Hand Delivery*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(WLR Recovery)
*First Class Mail*

Margot B. Schonholtz, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
*First Class Mail*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*First Class Mail*

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612
(Rexco, LLC)
*First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)
*First Class Mail*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Deutsche Bank
*First Class Mail*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
(Wells Fargo)
*Hand Delivery*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)
*First Class Mail*

Vincent Sherman, Esq.  
Securities and Exchange Commission  
3 World Financial Center, Room 400  
New York, NY 10281  
*First Class Mail*

Russell C. Silberglied, Esq.  
Christopher Samis, Esq.  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
(Bank of New York)  
*Hand Delivery*

Laurie S. Silverstein, Esq.  
Potter Anderson & Corroon LLP  
1313 N. Market Street, 6th Floor  
P.O. Box 951  
Wilmington, DE 19899  
(Bank of America)  
*Hand Delivery*

Andrew Silverstein, Esq.  
Laurie Binder, Esq.  
Seward & Kissel  
One Battery Park Plaza  
New York, NY 10004  
Deutsche Bank  
*First Class Mail*

Robert P. Simons, Esq.  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15230-2009  
(GMAC)  
*First Class Mail*

Ellen W. Slights, Esq.  
Assistant United States Attorney  
U.S. Attorney's Office  
1007 Orange Street, Suite 700  
PO Box 2046  
Wilmington, DE 19899  
*Hand Delivery*

Claudia Z. Springer, Esq.  
Reed Smith LLP  
2500 One Liberty Place  
1650 Market Street  
Philadelphia, PA 19103-7301  
(GMAC)  
*First Class Mail*

David Stack  
ABN AMRO Bank  
55 East 52nd St., 2nd Fl  
New York, NY 10055  
*First Class Mail*

Ms. Catherine Steege  
Jenner & Block  
330 N. Wabash Avenue  
Chicago, IL 60611  
(Fannie Mae)  
*First Class Mail*

Richard Stern, Esquire  
Michael Luskin, Esq.  
Luskin, Stern & Eisler LLp  
330 Madison Avenue, 34th Floor  
New York, NY 10017  
(Societe Generale)  
*First Class Mail*

Scott D. Talmadge, Esq.  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022  
(Bank of America)  
*First Class Mail*

Christina Thompson, Esq  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE 19899  
(Inland US Management, LLC)  
*Hand Delivery*

Franklin Top, III, Esq.  
Chapman and Cutler LLP  
111 West Monroe St.  
Chicago, IL 60603  
(Wells Fargo)  
*First Class Mail*

William P. Weintraub, Esq  
Pachulski Stang Ziehl Young Jones & Weintraub LLP  
780 Third Avenue, 36th Floor  
New York, NY 10017  
IndyMac  
*First Class Mail*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)
*First Class Mail*

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
(Financial Guaranty Insurance Corporation)
*First Class Mail*

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013
*First Class Mail*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)
*First Class Mail*

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Natixis)
*Hand Delivery*