IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
    Debtors.                                                      :
------------------------------------------------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    ROSS MATRAY, being duly sworn, deposes and says:

    1.    I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 16, 2007, I caused to be served true and correct copies of the "Notice of Auction and Sale Hearing", dated August 14, 2007, enclosed securely in a separate postage pre-paid envelope, by first class mail to the party listed on <u>Exhibit A</u> annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Ross Matray
                                               Ross Matray

Sworn to before me this
21st day of August, 2007

/s/ Mariah Dubin
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 2010

T:\Clients\AHM\Affidavits\Supp Sale Notice_Aff 8-16-07 (RM).doc

**EXHIBIT A**

AHM 8-16-07

Gateway West LP
c/o Hyatt Commercial
200 Westgate Circle, Suite 502
Annapolis, MD 21401
Attn: Joe Brown