IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :   Jointly Administered
            Debtors.                                    :
---------------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BRIDGET GALLERIE, being duly sworn, deposes and says:

    1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 17, 2007, I caused to be served true and correct copies of the "Notice of Additional Office Leases to be Assumed and Assigned, and the Furniture, Fixtures and Equipment Located Therein Sold, to Indymac Bank F.S.B. or Higher or Better Bidder as Contemplated in the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief", dated August 17, 2007, enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit A annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Bridget Gallerie*
Bridget Gallerie

Sworn to before me this

22nd day of August, 2007

*Ross Matray*
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Additional Lease Notice_Aff 8-17-07.doc

**EXHIBIT A**

AAK, LLC
Abrams Development Group, Inc.
5850 Waterloo Rd., Suite 230
Columbia, MD 21045

St. Andrews Place, LLC
c/o JDH Development
906 Louisiana Ave.
Charlotte, NC 28204

Guardian Realty Management, Inc.
6000 Executive Blvd
Suite 400
North Bethesda, MD 20852-3847

JenMo, LLC
c/o Red Rocks, LLC
P.O. Box 23164
Hilton Head Island, SC 29925

RGN - South Florida
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

Charlotte D. Harrell, LLC
2000 Sam Rittenberg Blvd
Suite 124
Charleston, SC 29407

Bridon Realty Company, LLC
254 S. Main Street
Suite 104
New City, NY 10956

Watterson & Zappolo, P.A.
4100 RCA Boulevard
Suite 100
Palm Beach Gardens, FL 33410

Inland Southeast Property Management Corp.
4770 Paysphere Circle
Chicago, IL 60674

Glenwood Place Ventures
P.O. Box 601162
Charlotte, NC 28260-1162

Highwoods Properties, Inc., Trustee: attn. Lease Administrator
3111 W Dr. Martin Luther King Jr Blvd
Suite 300
Tampa, FL 33607

American Comm. Realty Corp.
c/o Southpark Centre
4400 PGA Blvd, Suite #305
Palm Beach, FL 33410

SRI Miami Venture, LP c/o Principal Real Estate Investors, Equities - Eastern Regional
801 Grand Avenue
Des Moines, IA 50293-1370

The Byron Company
25 Southmoor Drive
St. Louis, MO 63105

McLain Partners II
11116 South Towne Square
Suite 300
St. Louis, MO 63123

The Realty Assoc. Fund VIII, L.P.
P.O. Box 223528
Pittsburgh, PA 15251-2528

SLO, LLC
4621 Ponce De Leon Blvd
4S Products Building
Coral Gables, FL 33134