## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., do hereby certify that on the 28th day of August, 2007, I caused copies of the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** to be served upon the attached service list, by U.S. Mail, postage pre-paid, or in the manner indicated:

William E. Chipman, Jr. (#3818)

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103
   ***First-Class Mail***

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
   ***First-Class Mail***

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
  (Bexar County)
   ***First-Class Mail***

Benjamin C. Ackerly, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
  Calyon
   ***First-Class Mail***

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
  (Deutsche Bank)
   ***First-Class Mail***

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
  (UBS Securities)
   ***First-Class Mail***

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
   ***First-Class Mail***

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
  (Morgan Stanley)
   ***First-Class Mail***

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
   (Cedar Hill City, Carroll ISD, Arlington ISD)
***First Class Mail***

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
   (AON Consulting)
***First Class Mail***

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
   (Empire Blue Cross Blue Shield)
***First Class Mail***

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
   (UBS Securities LLC; Morgan Stanley)
***Hand Delivery***

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
   (Waldner)
***First Class Mail***

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
   (ORIS Capital Markets, LLC.)
***First Class Mail***

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
***Hand Delivery***

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
   (Calyon New York Branch)
***Hand Delivery***

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
  (Wells Fargo)
  ***First Class Mail***

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
  (Alcone Marketing Group)
  ***First Class Mail***

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
  (ABN AMRO Bank)
  ***First Class Mail***

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
  Societe Generale
  ***First Class Mail***

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
  (AT&T)
  ***Hand Delivery***

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
  (Citibank)
  ***First Class Mail***

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
  ***First Class Mail***

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
***Hand Delivery***

Enid M. Colson, Esq.  
Liner Yankelevitz Sunshine & Regenstreif LLP  
1100 Glendon Avenue, 14th Floor  
Los Angeles, CA 90024  
  (CSHV Southpark LLC)  
***First Class Mail***

Alison Conn, Esq.  
Securities and Exchange Commission  
3 World Financial Center, Room 400  
New York, NY 10281  
  ***First Class Mail***

Kelley Cornish, Esq.  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064  
  (Lehman)  
***First Class Mail***

Victoria Counihan, Esq.  
Sandra Selzer, Esq.  
Greenberg Traurig  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, DE 19801  
  (WLR Recovery)  
  ***Hand Delivery***

Leo T. Crowley, Esq.  
Margot Erlich, Esq.  
Pillsbury Winthrop LLP  
1540 Broadway  
New York, NY 10036  
  (Bank of New York)  
***First Class Mail***

Donna Culver, Esq.  
Morris, Nichols, Arsht & Tunnell LLP  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
  (Financial Guaranty Insurance Co.; Assured Guaranty)  
  ***Hand Delivery***

Teresa K.D. Currier, Esq.  
Mary F. Caloway, Esq.  
Buchanan Ingersoll & Rooney P.C.  
The Brandywine Building  
1000 West Street, Suite 1410  
Wilmington, DE 19801  
***Hand Delivery***

Vincent A. D'Agostino, Esq.  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ 07068-1791  
  AT&T Corp.  
  ***First Class Mail***

Mary DeFalaise, Esq.  
U.S. Department of Justice  
1100 L St., NW, Room 10002  
Washington, DC 20005  
  (GNMA)  
***First Class Mail***

John Dillman, Esq.  
Linebarger Goggan Blair & Sampson, LLP  
PO Box 3064  
Houston, TX 77253  
  (Harris County, Angelina County)  
***First Class Mail***

Dennis J. Drebsky, Esq.  
Nixon Peabody, LLP  
437 Madison Avenue  
New York, NY 10022  
  (Deutsche Bank)  
***First Class Mail***

Mark Ellenberg, Esq.  
Cadwalader, Wickersham & Taft LLP  
1201 F Street, N.W.  
Washington, DC 20004  
***First Class Mail***

Joseph Falcone III  
Datixis Real Estate Capital, Inc.  
9 West 57th Street, 35th Fl.  
New York, NY 10019  
***First Class Mail***

J. Cory Falgowski, Esq.  
Reed Smith LLP  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
  (Federal Home Loan Mortgage Corp)  
***Hand Delivery***

Bonnie Glantz Fatell, Esq.  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  
  (Official Committee of Unsecured Creditors)  
***Hand Delivery***

Lori Fife, Esquire  
Ronit Berkovich, Esq.  
Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10153  
  (CSFB)  
***First Class Mail***

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
   Kingstowne Office Building K LLC; Boston
Properties Limited Partnership
***First Class Mail***

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
   (Aldine Independent School District)
***First Class Mail***

Samuel B. Garber, Esq.
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
   ***First Class Mail***

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
   (Fannie Mae)
***First Class Mail***

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
   (CSFB)
***First Class Mail***

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
   (JPMorgan Chase Bank, N.A.)
***First Class Mail***

Arnold Gulkowitz, Esq.
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103
   (Greenwich Capital Markets, Inc.)
***First Class Mail***

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
   ***First Class Mail***

Nancy Hotchkiss, Esq.
Trainor Robertson
701 University Avenue, Suite 200
Sacramento, CA 95825-6700
  (Cowifi Ironpoint)
***First Class Mail***

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
  (WARN Act Claimants)
***Hand Delivery***

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
  Citigroup Global Markets Inc
***Hand Delivery***

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
  (Official Committee of Unsecured Creditors)
***First Class Mail***

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
  ***First Class Mail***

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
  (IndyMac)
  ***Hand Delivery***

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
  ***First Class Mail***

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  (CSFB)
  ***Hand Delivery***

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
  (JPMorgan Chase Bank, N.A.)
  ***Hand Delivery***

Lisa G. Laukitis, Esq.
Citicorp Center
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
  ***First Class Mail***

Barbara LaWall, Esq.
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
  (Pima County)
  ***First Class Mail***

Kimberly E. Lawson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
  (ZC Real Estate Tax Solutions)
  ***Hand Delivery***

Thomas J. Leanse
Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
  RREEF Management Company
  ***First Class Mail***

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg & Jaslow
150 East 52nd Street, 18th Floor
New York, NY 10022
  (De Lage Financial Services, Inc.)
  ***First Class Mail***

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
  (John Flatley and Gregory Stoyle, Trustees 1993
  Flatley Family Truste)
  *First Class Mail*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
  (American Corporate Record Center)
  ***First Class Mail***

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
   ***First Class Mail***

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
   ***Hand Delivery***

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022
   (Barclays Bank PLC and Barclays Capital)
   ***First Class Mail***

Joseph T. Moldovan, Esq.
Moorison Cohen LLP
909 Third Avenue
New York, NY 10022
   (Empire HealthChoice Assurance/Empire Blue Cross)
   ***First Class Mail***

Norman Monhait, Esq.
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
   (Kodiak Funding LP)
   ***Hand Delivery***

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
   (Debtors' Counsel)
   ***Hand Delivery***

Eric K. Moser, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
   ABN AMRO Bank
   ***First Class Mail***

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
   (Sovereign Bank)
   ***First Class Mail***

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
  (ZC Real Estate Tax Solutions)
***First Class Mail***

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
  (Societe Generale)
***First Class Mail***

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
  ***First Class Mail***

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
  (GMAC)
***Hand Delivery***

Harold Olsen, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
  (Morgan Stanley)
***First Class Mail***

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
  (United Guaranty Services, Inc.)
***Hand Delivery***

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
***First Class Mail***

John Philip, Esq.
Crislip, Philip & Assoc.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
  ***First Class Mail***

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612
   Rexco, LLC
   *First Class Mail*

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
   (Ken Burton, Jr., Manatee County Tax Collector)
   *First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
   (County of Denton)
   *First Class Mail*

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
   (Waldner)
   *Hand Delivery*

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
   (Deutsche Bank)
   *First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
   (WLR Recovery)
   *First Class Mail*

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
   (Wells Fargo)
   *Hand Delivery*

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
   (Bank of America)
   *First Class Mail*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
  *First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
  (WestLB AG)
  *First Class Mail*

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
  Lewisville ISD, Garland ISD, Carrollton-Farmers
  Independent ISD
  *First Class Mail*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
  *First Class Mail*

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
  (Bank of New York)
  *Hand Delivery*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
  (Bank of America)
  *Hand Delivery*

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
  (Deutsche Bank)
  *First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
  *Hand Delivery*

David Stack
ABN AMRO Bank
55 East 52nd St., 2nd Fl
New York, NY 10055
**_First Class Mail_**

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
  (Fannie Mae)
**_First Class Mail_**

Richard Stern, Esq.
Michael Luskin, Esq.
Luskin, Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY 10017
  (Societe Generale)
**_First Class Mail_**

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
  (Bank of America)
**_First Class Mail_**

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
  Inland US Management, LLC
**_Hand Delivery_**

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
  (Wells Fargo)
**_First Class Mail_**

William P. Weintraub, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
  (IndyMac)
**_First Class Mail_**

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
  (Dallas County)
**_First Class Mail_**

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
   (Financial Guaranty Insurance Corporation)
   *First Class Mail*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
   (Calyon)
   *First Class Mail*

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013
   *First Class Mail*

Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
   (Natixis)
   *Hand Delivery*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
   (Washington Mutual)
   *First Class Mail*