# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., *et al.*, ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## VERIFIED STATEMENT OF EDWARDS ANGELL PALMER & DODGE LLP PURSUANT TO BANKRUPTCY RULE 2019

TO ALL PARTIES:

Edwards Angell Palmer & Dodge LLP hereby makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.    Edwards Angell Palmer & Dodge LLP was retained to represent five secured and unsecured creditors in the above-captioned Chapter 11 case. The names and addresses of those creditors ("Creditors") are set forth below:

    A.    John Guerry, Esq., Senior Vice Pres. & Assistant General Counsel
           COUNTRYWIDE HOME LOANS, INC.
           5220 Las Virgenes Road, MS AC-11
           Calabasas, CA 91302
           Phone: (818) 871-6069
           Fax:   (818) 871-4602
           john_guerry@countrywide.com

    B.    COUNTRYWIDE FINANCIAL CORPORATION
           Same as above

    C.    COUNTRYWIDE WAREHOUSE LENDING
           Same as above

    D.    COUNTRYWIDE SECURITIES CORPORATION
           Same as above

    E.    COUNTRYWIDE BANK, INC.
           Same as above

2.  As of the Petition date the Debtors owed each of the Creditors uncertain unsecured or possibly secured amounts, but are believed to be at least as follows:

> A. COUNTRYWIDE HOME LOANS, INC.
> Unknown at this time
>
> B. COUNTRYWIDE FINANCIAL CORPORATION
> Unknown at this time
>
> C. COUNTRYWIDE WAREHOUSE LENDING
> Unknown at this time
>
> D. COUNTRYWIDE SECURITIES CORPORATION
> Unknown at this time
>
> E. COUNTRYWIDE BANK
> Unknown at this time

3.  Each of the above Countrywide Creditors was engaged in prepetition relationships with one or more of the Debtors relating to the purchase and/or sale of whole loans and securities or transactions through Countrywide's correspondent lending division, Countrywide's warehousing division, Countrywide's capital markets division and/or Countrywide's servicing division.

4.  A Notice of Appearance and Request for Service of Papers representing that Edwards Angell Palmer & Dodge LLP represents each of the above Creditors in these proceedings is being filed contemporaneously herewith.

5.  The Debtors have listed the claims of one or more of the Creditors in the list of largest creditors and are expected to list each of the Creditors on Schedule F, although the Creditors do not necessarily agree that the amounts correctly reflect the amounts due such Creditors, or that the lien and priority rights of the Creditors has been appropriately listed by the Debtors and expressly reserve the right to file proofs of claim

in these proceedings asserting the amounts due, based upon business records maintained by each of the Creditors.

Date: August 28, 2007

EDWARDS ANGELL PALMER & DODGE LLP

William E. Chipman, Jr., Esq. (I.D. #3818)
919 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:    (302) 777-7770
Facsimile:    (302) 777-7263
wchipman@eapdlaw.com

## **VERIFICATION**

I declare under penalty of perjury that the facts set forth in the verified statement of Edwards Angell Palmer & Dodge LLP pursuant to Bankruptcy Rule 2019 are true and correct.

Dated:  August 28, 2007

William E. Chipman, Jr.

WLM_510356_1/JSCHIERBAUM