**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., | : |
| Debtors. | : Case No. 07-11047 (CSS) Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE THAT** Arnold Gulkowitz, Esq. and Brian E. Goldberg, Esq., both of the law firm of Dickstein Shapiro LLP, hereby appear on behalf of Greenwich Capital Markets, Inc. ("GCM"), Greenwich Capital Financial Products, Inc. (together with GCM, collectively, "Greenwich Capital"), and The Royal Bank of Scotland, plc ("RBS"), in the above captioned matter, and request service of all papers and pleadings filed in the above-captioned matter and any related proceeding, including without limitation all such items referred to in Section 1109 of the Bankruptcy Code and Bankruptcy Rules 2002, 2015, and 9007 on Greenwich Capital and RBS by delivering copies thereof to the undersigned at the following address:

Arnold Gulkowitz, Esq.
Brian E. Goldberg, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10022
(212) 277-6500 (telephone)
(212) 277-6501 (facsimile)
email: goldbergb@dicksteinshapiro.com

Please take further notice that neither this Notice of Appearance nor any subsequent appearance or pleading is intended or shall be deemed to waive Greenwich Capital's or RBS's respective rights to (i) have final orders in non-core matters entered only after de novo review by a higher court; (ii) trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Greenwich Capital or RBS is or may be entitled.

Dated: August 28, 2007

        LAW OFFICES OF JOSEPH J. BODNAR

By:     /s/ JOSEPH J.BODNAR
Joseph J. Bodnar (#2512)
2101 N. Harrison Street
Wilmington, DE 19802
Tel: 302-652-5506
Fax: 320-213-2709
Email: jbodnar@bodnarlaw.net

AND

DICKSTEIN SHAPIRO LLP
Arnold Gulkowitz (AG 5683)
Brian E. Goldberg (BG 8052)
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-277-6500
Fax: 212-277-6501
Email: goldbergb@dicksteinshapiro.com