**CERTIFICATE OF SERVICE**

I hereby certify that I am over 18 years of age and not a party to this case, and on August 28, 2007, I caused a copy of the foregoing NOTICE OF APPEARANCE, to be served by U.S. Mail on:

Joel A. Waite
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801

                                                  /s/ Joseph J. Bodnar
                                                  Joseph J. Bodnar