## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., ) | |
| ) | |
| Debtors. ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission pro hac vice of Harold A. Olsen to represent Morgan Stanley & Co. Incorporated, Morgan Stanley Capital Services Inc. and Morgan Stanley Market Products Inc. in this matter.

**ASHBY & GEDDES, P.A.**

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to Morgan Stanley & Co. Incorporated, Morgan Stanley Capital Services Inc. and Morgan Stanley Market Products Inc.*

Date: August 27, 2007
183082.1

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 28, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of The State of New York, and The State of Connecticut, U.S. District Court for the Southern District of New York, and U.S. Court of Appeals, Fourth Circuit, and pursuant to District Court Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Harold A. Olsen

Harold A. Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5627
Facsimile: (212) 806-6006
holsen@stroock.com

183082.1