IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | x<br>:  Chapter 11<br>: |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al. | :  Case No. 07-11047 (CSS)<br>: |
| Debtors. | :  Jointly Administered<br>:<br>x |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pauline K. Morgan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Susheel Kirpalani (the "Admittee"), Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue New York, NY 10010, as special investigatory, litigation, and conflicts counsel to the above-captioned debtors and debtors-in-possession.

Pauline K. Morgan (No. 3650)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6707
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7200
Facsimile: (212) 849-7100

DB02:6197548.1                                                                                                      066585.1001

8/23/07
332

Motion granted.

Date: 8/27/07

BY THE COURT:

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE