IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
            Debtors.                                                   :
---------------------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

   September 4, 2007 at 11:00 a.m.
   September 17, 2007 at 12:00 p.m.
   October 1, 2007 at 10:00 a.m.
   October 17, 2007 at 10:00 a.m.
   October 31, 2007 at 10:00 a.m.
   November 14, 2007 at 10:00 a.m.
   November 28, 2007 at 10:00 a.m.
   December 12, 2007 at 10:00 a.m.
   December 21, 2007 at 10:00 a.m.

Dated: August ___, 2007
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE