IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :
a Delaware corporation, et al.,                                              :   Jointly Administered
                                                                             :
    Debtors.                                                              :
---------------------------------------------------------------------------- x

---------------------------------------------------------------------------- x
Bear Stearns Mortgage Capital Corporation and EMC                            :
Mortgage Corporation,                                                        :   Adversary Proceeding
                                                                             :   Case No. 07-51701 (CSS)
                      Plaintiff,                             :
                                                                             :
v.                                                                           :
                                                                             :
American Home Mortgage Investment Corp., American Home                       :
Mortgage Corp, American Home Mortgage Acceptance, Inc.,                      :
and American Home Mortgage Servicing, Inc.,                                  :
                                                                             :
                Debtor-Defendants.                                    :
---------------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 30, 2007 AT 11:00 A.M. (ET)**

**STATUS CONFERENCE**

    1.    Complaint for Declaratory and Injunctive Relief – Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation v. American Home Mortgage Investment Corp., American Home Mortgage Corp, American Home Mortgage Acceptance, Inc., and American Home Mortgage Servicing, Inc., Adv. No. 07-51701 [D.I. 1, 8/24/07]

Related Documents:

a) Order Granting Motion to Shorten Notice and for an Expedited Discovery and Trial Schedule and Emergency Hearing on Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation's Complaint for Declaratory and Injunctive Relief [D.I. 4, 8/27/07]

Status: This matter will be going forward as a preliminary status conference on the Complaint. All objections and responses may be presented orally at the conference.

Dated: Wilmington, Delaware
August 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Sharon M. Zieg*

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession