## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 28th day of August, 2007, I caused a copy of the **Notice of Appearance and Demand for Service of Papers** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

_____
Eric M. Sutty (No. 4007)

668641-1