# AMERICAN HOME MORTGAGE HOLDINGS INC.

## 2002 Service List

James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington  DE  19801
*(Debtors and Debtors in Possession)*

Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Kara Hammond Coyle, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington  DE  19801
*(Debtors and Debtors in Possession)*

Benjamin C. Ackerly, Esquire
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond  VA  23219
*(Calyon New York Branch)*

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles  CA  90017
*(ABN AMRO Bank)*

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington  DE  19801
*(ABN AMBRO Bank)*

Victoria W. Counihan, Esquire
Sandra G.M. Selzer, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington  DE  19801
*(WLR Recovery Fund III, L.P., as Lender and Administrative Agent)*

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington  DC  20004

Doria Bachenheimer, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York  NY  10281

Larry J. Nyhan, Esquire
Matthew A. Clemente, Esquire
David A. Hall, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago  IL  60603
*(Societe Generale)*

Alison Conn, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York  NY  10281

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York  NY  10022
*(Deutsche Bank National Trust Company)*

**AMERICAN HOME MORTGAGE HOLDINGS INC.**

## 2002 Service List

Marcia L. Goldstein, Esquire
Lori R. Fife, Esquire
Ronit J. Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York   NY   10153
(Credit Suisse First Boston Mortgage Capital LLC, et al.)

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Snapp
3400 JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston   TX   77002
(JPMorgan Chase Bank, N.A.)

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore   MD   21202

Steven W. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington   DE   19801
(Credit Suisse First Boston Mortgage Capital LLC, et al.)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington   DE   19801
(JPMorgan Chase Bank, N.A.)

Peter S. Partee, Esquire
Scott Benjamin, Esquire
Hunton & Williams LLP
200 Park Avenue
53rd Floor
New York   NY   10166-0136
(Calyon New York Branch)

Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Lisa G. Laukitis, Esquire
Kirkland & Ellis
Citicorp Center
153 East 53rd Street
New York   NY   10022
(Citigroup Global Markets Inc.)

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington   DE   19801
(Citigroup Global Markets Inc.)

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 North Market Street
17th Floor
Wilmington   DE   19801
(IndyMac Bank F.S.B.)

Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington   DE   19801
(ZC Real Estate TAx Solutions Limited)

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York   NY   10022
(ZC Real Estate Tax Solutions Limited)

# AMERICAN HOME MORTGAGE HOLDINGS INC.

## 2002 Service List

Joseph M. McMahon, Esquire
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington   DE   19801

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York   NY   10022
*(Barclays Bank PLC and Barclays Capital)*

Eric K. Moser, Esquire
Wilburn F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Mahattan Plaza
New York   NY   10005-1413
*(ABN AMRO Bank N.V.)*

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco   CA   94111-3600
*(Deutsche Bank National Trust Company)*

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York   NY   10022-3596
*(Bank of America, N.A.)*

Stephen B. Selbst, Esquire
McDermott Will & Emery LLP
340 Madison Avenue
New York   NY   10173-1922
*(WestLB AG, New York Brank)*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
I. Lewis H. Grimm, Esquire
Jones Day
222 East 41st Street
New York   NY   10017
*(WLR Recovery Fund III, L.P., as Lender and Administrative Agent)*

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York   NY   10281

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas   TX   75205
*(Carrollton-Farmers Branch Independent School District, Garland Independent School District, and Lewisville Independent School District)*

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York   NY   10281

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
Wilmington   DE   19801
*(Bank of America, N.A.)*

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington   DE   19801
*(The Bank of New York)*

**AMERICAN HOME MORTGAGE HOLDINGS INC.**

## 2002 Service List

Ellen W. Slights, Esquire
Office of the United States Attorney
1007 Orange Street
Suite 700
Wilmington   DE   19801


William P. Weintraub, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue
36th Floor
New York   NY   10017
(IndyMac Bank F.S.B.)


Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington   TX   76094-0430
(City of Cedar Hill, Carroll ISD, Arlington ISD)


Joseph T. Moldovan, Esquire
Morrison Cohen LLP
909 Third Avenue
New York   NY   10022
(Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield)


Louis Benza, Esquire
Empire Blue Cross Blue Shield
15 Metro Tech Center South
6th Floor
Brooklyn   NY   11201


Ronald L.  Cohen, Esquire
Kalyan Das, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York   NY   10004
(Citibank, N.A.)


Jonathan Winnick, Esquire
Citibank Agency & Trust Co.
388 Greenwich Street
19th Floor
New York   NY   10013

Charles J. Brown, III, Esquire
Harvey ^ Pennington Ltd.
913 Market Street
Suite 702
Wilmington   DE   19801
(AT&T)


Vincent A. D'Agostino, Esquire
Eric  Horn, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland   NJ   07068
(AT&T)


Mark A. Broude, Esquire
David M. Stewart, Esquire
Latham & Watkins LLP
53rd at Third
Suite 1000
885 Third Avenue
New York   NY   10022-4068
(ORIX Capital Markets, LLC)


Brett P. Barragate, Esquire
Jones Day
901 Lakeside Avenue
North Point
Cleveland   OH   44114
(WLR Recovery Fund III, L.P., as Lender and Administrative Agent)


Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock   TX   78680
(County of Denton)


Rick B. Antonoff, Esquire
Brandon R. Johnson, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York   NY   10036
(UBS Securities LLC and UBS Real Estate Securities, Inc.)

**AMERICAN HOME MORTGAGE HOLDINGS INC.**

## 2002 Service List

William P. Bowden, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington  DE   19801
(UBS Securities LLC; UBS Real Estate Securities, Inc.; Morgan Stanley & Co. Incorporated; Morgan Stanley Capital Services Inc.; Morgan Stanley Market

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas  TX   75201
(Dallas County)

Michael G. Busenkell, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington  DE   19801
(Calyon New York Branch)

Paul S. Caruso, Esquire
Jessica C. Knowles, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago  IL   60603
(Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A.)

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington  DE   19801
(Wells Fargo Funding, Inc.; Wells Fargo Bank, N.A.; Washington Mutual; Inland US Management, LLC)

Samuel B. Garber, Esquire
General Growth Management, Inc.
110 North Wacker Drive
Chicago  IL   60606

Gerard R. Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho  NY   11753
(American Corporate Record Center, Inc.)

Mary A. DeFalaise, Esquire
United States Department of Justice
1100 L Street, NW
Room 10002
Washington  DC   20005

David H. Zielke, Vice President & Assistant General
Washington Mutual
1301 Second Avenue
WMC 3501
Seattle  WA   98101

Michael Coyne, First Vice President
Washington Mutual
623 Fifth Avenue
17th Floor
New York  NY   10022

Joseph O'Neil, Jr., Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington  DE   19801
(Federal Home Loan Mortgage Corporation; GMAC Mortgage Corporation)

George Kielman, Esquire
Freddie Mac
8200 Jones Branch Drive
MS 202
McLean  VA   22102

# AMERICAN HOME MORTGAGE HOLDINGS INC.

## 2002 Service List

Claudia Z. Springer, Esquire
Barbara K. Hager, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia   PA   19103-7301
*(GMAC Mortgage Corporation)*

Robert P. Simons, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh   PA   15219
*(GMAC Mortgage Corporation)*

Harold A. Olsen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York   NY   10039-4982
*(Morgan Stanley & Co. Incorporated; Morgan Stanley Capital Services Inc.; Morgan Stanley Market Products Inc.)*

Guy B. Moss, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston   MA   02108-2003
*(Sovereign Bank)*

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro
Suite 300
San Antonio   TX   78205
*(Bexar County)*

Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
Wilmington   DE   19801
*(Societe Generale)*

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue
New York   NY   10017
*(Societe Generale)*

James M. Liston, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston   MA   02110
*(John J. Flatley and Gregory D. Stoyle)*

Catherine Steege, Esquire
Jenner & Block LLP
330 North Wabash Avenue
Chicago   IL   60611-7603
*(Fannie Mae)*

Peter McGonigle, Esquire
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia   PA   19103

Ian H. Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington   DC   20005-3823
*(Fannie Mae)*

Todd C. Schlitz, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street
Suite 1001
Wilmington   DE   19801
*(Wells Fargo Bank, National Association)*

Franklin Top, III, Esquire
Chapman & Cutler, LLP
111 West Monroe Street
Chicago   IL   60603
*(Wells Fargo Bank, National Association)*

| AMERICAN HOME MORTGAGE HOLDINGS INC. |
|---|

## 2002 Service List

James E. Huggett, Esquire
Margolis Edelstein
750 South Madison Street
Suite 102
Wilmington   DE   19801
*(Ahmad Rasheed and Michael S. Surowiec)*

Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm, P.C.
1119 Government Street
Post Office Drawer 3103
Mobile   AL   36652
*(Ahmad Rasheed and Michael S. Surowiec)*

Scott K. Levine, Esquire
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York   NY   10018
*(De Lage Landen Financial Services, Inc.)*

Leo T. Crowley, Esquire
Margot P. Erlich, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York   NY   10036-4039
*(The Bank of New York)*

German Yusufov, Esquire
Terri A. Roberts, Esquire
Pima County, Arizona
32 North Stone Avenue
Suite 2100
Tucson   AZ   85701

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington   DE   19801
*(Financial Guaranty Insurance Company; Assured Guaranty)*

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha   IE   68102
*(Financial Guaranty Insurance Company)*

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York   NY   10022
*(Official Committee of Unsecured Creditors)*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington   DE   19801
*(Official Committee of Unsecured Creditors)*

Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York   NY   10019-6064
*(Lehman Brothers Inc.)*

Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston   TX   77032

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City   NJ   07311

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street
Suite 1401
Wilmington   DE   19801
*(Kodiak Funding LP)*

# AMERICAN HOME MORTGAGE HOLDINGS INC.

## 2002 Service List

Matthew J. Botica, Esquire
David W. Wirt, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago   IL   60601
*(Kodiak Funding LP)*

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston   TX   77253-3064
*(Angelina County; Harris County)*

Ling Chow
Andrew Pickering
Assured Guaranty
1325 Avenue of the Americas
New York   NY   10019

Kathleen M. O'Connell, Esquire
Suntrust Bank
303 Peachtree Street
36th Floor
Atlanta   GA   30308

Sheryl L. Moreau, Esquire
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
P.O. Box 475
Jefferson City   MO   65105-0475

William G. Wright, Esquire
Farr, Burke, Gambacorata & Wright, P.C.
1000 Atrium Way
Suite 401
P.O. Box 669
Mt. Laurel   NJ   08054
*(Banc of America Leasing & Capital, LLC)*

Patrick J. Reilley, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington   DE   19801
*(Waldner's Business Environments Inc.)*

Harold S. Berzow, Esquire
Ruskin Moscou Faltishek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale   NY   11556
*(Waldner's Business Environments Inc.)*

David W. Stack, Senior Vice President
ABN AMRO Bank N.V.
55 East 52nd Street
2nd Floor
New York   NY   10055

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington   DC   20036-2412
*(Boston Properties Limited Partnership)*

Nancy Hotchkiss, Esquire
Trainor Fairbrook
Post Office Box 255824
Sacramento   CA   95865
*(Cowifi Ironpoint, LLC)*

Brad R. Godshall, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
101000 Santa Monica Boulevard
11th Floor
Los Angeles   CA   90067-4100
*(IndyMac Bank F.S.B.)*

**AMERICAN HOME MORTGAGE HOLDINGS INC.**

# 2002 Service List

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington   DE   19801
*(United Guaranty Services, Inc., United Guaranty Rseidential Insurance Company; United Guaranty Mortgage Indemnity Company)*

Stephen D. Lerner, Esquire
Elliot M. Smith, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street
Suite 3500
Cincinnati   OH   45202-4036
*(FSI Realty Funding, Inc.)*

Kristin T. Mihelic, Esquire
Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street
7th Floor
Philadelphia   PA   19103
*(Chesterbrook Partners, LP)*

Alyssa D. Englund, Esquire
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York   NY   10103
*(WestLB AG, New York Branch)*

Peter D. Bilowz, Esquire
Goulstone & Storrs, P.C.
400 Atlantic Avenue
Boston   MA   02110-3333
*(Richtree Enterprises, LLC)*

Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 East Washington Street
Suite 800
Phoenix   AZ   85004-2327

American Express Travel Related Services Co. Inc.
c/o Becket and Lee LLP
POB 3001
Malvern   PA   19355-0701

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax Collector
P.O. Box 25300
Bradenton   FL   34205

John H. Capitano, Esquire
Kennedy Covington Lobdell & Hickman, L.L.P.
214 North Tryon Street
47th Floor
Charlotte   NC   28202
*(NNN VF Four Resource Square, LLC)*

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph G. Minias, Esquire
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
51 Madison Avenue
22nd Floor
New York   NY   10010
*(Special Investigatory, Litigation and Conflicts Counsel to American Home Mortgage Holdings, Inc.)*

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 North Market Street
Suite 1001
Wilmington   DE   19801
*(Liberty Property Limited Partnership)*

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia   PA   19103-7286
*(Liberty Property Limited Partnership)*

Nancy Connery, Esquire
Schoeman, Upkike & Kaufman, LLP
60 East 42nd Street
New York   NY   10165