IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   :   Jointly Administered
          Debtors.                                                 :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEBTORS' APPLICATION
PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FOR
APPROVAL OF THE AGREEMENT WITH KROLL ZOLFO COOPER LLC,
STEPHEN F. COOPER AND KEVIN NYSTROM**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**STEPHEN F. COOPER** being duly sworn according to law, upon his oath, deposes and says:

1.  I am the executive managing director of Kroll Zolfo Cooper LLC (either "KZC" or the "Firm") a wholly-owned first-tier subsidiary of Kroll, Inc., which is a wholly-owned first-tier subsidiary of Marsh & McLennan Companies ("MMC"). MMC is a global professional services firm and the parent company of approximately 950 subsidiaries that provide clients with analysis, advice and transactional capabilities in the fields of risk and insurance services, investment management, and consulting. The information included in this supplemental affidavit (the "Supplemental Affidavit") concerning KZC is based upon my personal knowledge. The information concerning MMC is based upon publicly available information which either I or KZC personnel under my direction and control have reviewed. I am fully familiar with the facts set forth herein, and I am authorized to make this Supplemental Affidavit to supplement the prior disclosures made by KZC.

1

1. I submit this Supplemental Affidavit in furtherance of the original Affidavit of Stephen F. Cooper (the "Cooper Affidavit") in Support of Debtors' Application for Approval of a Services Agreement with KZC, Stephen F. Cooper and Kevin Nystrom dated August 6, 2007, to supplement and expand upon the disclosures that were made in the Cooper Affidavit. Such disclosures are set forth on Schedule 1 annexed hereto.

2. KZC acknowledges its continuing obligation to supplement KZC's prior disclosures.

3. All of the statements contained in the Cooper Affidavit are repeated herein as if the statements were more fully set forth in detail below.

_____
Stephen F. Cooper

Sworn and subscribed to
before me this 23 day
of August, 2007

_____
Notary Public

Maria E. D'elia
Notary Public, State of NY
No 01PA6061899
Qualified in Queens County
Commission Expires
July 23, 2009

| Party in Interest | Nature of Interest in American Home Mortgage Investment Corp. Chapter 11 Case | Description of Current Relationship of : Kroll Zolfo Cooper ("KZC") Kroll, Inc. and its subsidiaries:<br><br>**Corporate Advisory & Restructuring Group ("CARG")**<br>    Kroll Ltd UK ("KL-CARG")<br>    Kroll Zolfo Cooper ("KZC-CARG")<br>**Consulting Services Group ("CSG")**<br>    Kroll Associates, Inc. - Business Intelligence & Investigations ("KA-CSG")<br>    Kroll Associates, Inc. - Forensic Accounting and Litigation Consulting ("FLC") ("KA-FLC")<br>    Kroll Associates, Inc. - Valuation Services ("VSG") ("KA-VSG")<br>**Insurances Services Group ("ISG")**<br>    Marsh Risk Consulting ("MRC-ISG")<br>**Security Services Group ("SSG")**<br>    Kroll Associates, Inc. ("KA-SSG")<br>    Kroll Government Services ("KA-SSG")<br>**Technology Services Group ("TSG")**<br>    Kroll Ontrack Inc. ("KO-TSG")<br>    Kroll Background America Inc. ("KBA-TSG")<br>    Kroll Factual Data ("KFD-TSG") |
| --- | --- | --- |
| ABN Amro | Counterparty | KFD-TSG is currently retained by ABN Amro to provide background screening services.<br><br>KBA-TSG is currently retained by ABN Amro to provide background screening services in several situations.<br><br>KA-CSG is currently retained by ABN Amro to provide consulting services in several situations.<br><br>KO-TSG is currently retained by an entity to provide technological services in a situation where ABN Amro is a related party.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where ABN Amro Bank was an investor.<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where ABN Amro Bank is a business affiliation of a member of the Board of Directors of a non-filing subsidiary of Solutia. |

| American Express | Creditor | KBA-TSG is currently retained by American Express to provide background screening services. |
|---|---|---|
| American Home Mortgage Holdings, Inc., American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures, Inc., Homegate Settlement Services, Inc., Great Oak Abstract Corp. and AHM SPV II, LLC (collectively, "AHM") | Client/Debtor | KFD-TSG is currently retained by AHM to provide background screening services in several situations.<br><br>KBA-TSG is currently retained by AHM to provide background screening services in several situations. |
| Array Mortgage | Client Affiliate | KFD-TSG is currently retained by Array Mortgage to provide background screening services. |
| Bank of New York ("BNY") | Counterparty | KA-CSG is currently retained by counsel to BNY to provide consulting services.<br><br>KBA-TSG is currently retained by BNY to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by BNY to provide background screening services in several situations.<br><br>KZC-CARG is currently retained by the Trustee in the Manhattan Investment Fund chapter 11 case where BNY was an investor.<br><br>KZC-CARG is currently retained by the Debtors in the Solutia chapter 11 case where BNY is a bondholder.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where BNY is a creditor.<br><br>KZC-CARG recently provided services in the LeNature's chapter 11 case where BNY is an unsecured bondholder.<br><br>KZC-CARG is currently retained by the debtors in the New York Racing Association chapter 11 where BNY is a member of the bank group. |

| | | |
|---|---|---|
| Barclays Bank ("Barclays") | Counterparty | KL-CARG, the U.K. subsidiary of Kroll, is currently retained as an administrative receiver in several situations in which Barclays is the appointer organization.<br><br>KA-CSG is currently retained by Barclays to provide consulting services in several situations.<br><br>KFD-TSG is currently retained by Barclays to provide background screening services in several situations.<br><br>KBA-TSG is currently retained by Barclays to provide background screening services in several situations.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Barclays was an investor. |
| Elite Lending | Client Affiliate | KFD-TSG is currently retained by Eilte Lending to provide background screening services. |
| CB Richard Ellis | Counterparty | KFD-TSG is currently retained by CB Richard Ellis to provide background screening services.<br><br>KBA-TSG is currently retained by CB Richard Ellis to provide background screening services.<br><br>KA-SSG is currently retained by BC Richard Ellis to provide consulting services in several situations.<br><br>KA-CSG is currently retained by CB Richard Ellis to provide consulting services. |
| Duke University | Counterparty | KBA-TSG is currently retained by Duke University to provide background screening services. |
| First America Bank | Counterparty | KFD-TSG is currently retained by First America Bank to provide background screening services in several situations. |
| Fidelity Mortgage | Counterparty | KFD-TSG is currently retained by Fidelity Mortgage to provide background screening services in several situations. |
| EMC | Creditor | KO-TSG is currently retained by Counsel to EMC to provide technical services.<br><br>KO-TSG is currently retained by EMC to provide technical services.<br>KFD-TSG is currently retained by EMC to provide background screening services. |
| HSBC Bank (aka Hong | Creditor | KO-TSG is currently retained by HSBC to provide |

5

| | | |
|---|---|---|
| Kong Shanghai Bank) | | technological services. |
| IndyMac | Creditor | KBA-TSG is currently retained by IndyMac to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by IndyMac to provide background screening services in several situations. |
| Lehman Brothers | Creditor | KO-TSG is currently retained by counsel to defendants to provide technological services in a situation where Lehman Bros. is a Plaintiff. |
| Merrill Lynch | Creditor | KA-CSG is currently retained by Merrill Lynch to provide consulting services in several situations.<br><br>KA-CSG is currently retained by counsel to Merrill Lynch to provide consulting services in several situations.<br><br>KBA-TSG is currently retained by Merrill Lynch to provide background screening services in several situations.<br><br>KO-TSG is currently retained by Merrill Lynch to provide technological services.<br><br>KO-TSG is currently retained by an entity to provide technological services in a situation where Merrill Lynch is a defendant.<br><br>KA-VSG is currently retained by counsel to provide valuation services in a situation where Merrill Lynch is a related party.<br><br>KZC-CARG is currently retained by counsel to the bank group of which Merrill Lynch is a member in an out-of-court situation.<br><br>KZC-CARG is currently retained by the Debtors in the Solutia chapter 11 case where Merrill Lynch is a creditor.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where Merrill Lynch is a creditor.<br><br>KZC-CARG recently provided services in the LeNature's chapter 11 case where Merrill Lynch is a lender and unsecured creditor.<br><br>KZC-CARG is currently retained by the debtors in the New York Racing Association chapter 11 where Merrill Lynch is a member of the bank group. |

| | | |
|---|---|---|
| | | KZC-CARG is currently retained by the debtors in the New York Racing Association chapter 11 where Merrill Lynch is a member of the bank group. |
| Morgan Stanley | Creditor | KA-CSG is currently retained by Counsel to an entity to provide consulting services in a situation where Morgan Stanley is also a client.<br><br>KO-TSG is currently retained by counsel to Morgan Stanley to provide technological services. |
| Mortgage First | Client Affiliate | KFD-TSG is currently retained by Mortgage First to provide background screening services in several situations. |
| Orix | Counterparty | KBA-TSG is currently retained by Orix to provide background screening services.<br><br>KZC-CARG is currently retained by counsel to the bank group of which Orix is a member in an out-of-court situation.<br><br>KZC-CARG is currently providing management services in the Collins & Aikman chapter 11 case where Orix is a creditor.<br><br>KZC-CARG recently provided services in the LeNature's chapter 11 case where Orix is an unsecured creditor.<br><br>KA-CSG is currently retained by Orix to provide consulting services. |
| Private Mortgage | Client Affiliate | KFD-TSG is currently retained by Private Mortgage to provide background screening services in several situations. |
| Societe Generale | Counterparty | KA-CSG is currently retained by Societe Generale to providing consulting services in several situations.<br><br>KBA-TSG is currently retained by Societe Generale to provide background screening services.<br><br>KZC-CARG is currently retained by the bank group of which Societe Generale is a member in an out-of-court situation. (Rand) |

7

| | | |
|---|---|---|
| SunTrust Bank | Creditor | KO-TSG is currently retained by SunTrust Bank to provide technical services.<br><br>KA-SSG is currently retained by SunTrust to provide consulting services in several situations. |
| TransWestern | Counterparty | KFD-TSG is currently retained by Transwestern to provide background screening services. |
| UBS AG and UBS Securities ("UBS") | Creditor | KO-TSG is currently retained by UBS to provide technological services in several situations. |
| United Guaranty | Counterparty | KFD-TSG is currently retained by United Guarantee to provide background screening services. |