Nancy F. Loftus (VSB #37785)
Assistant County Attorney
Office of the County Attorney
12000 Government Center Pkwy., Suite 549
Fairfax, Virginia 22035
(703) 324-2421

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **AMERICAN HOME MORTGAGE HOLDINGS,** | ) | **Case No. 07-11047-CSS** |
| **INC., a Delaware corporation, et al.** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the Department of Tax Administration for Fairfax County, Virginia, (hereinafter "the County"), creditor of the above-captioned Debtor, hereby appears in this case as represented by the Office of the County Attorney.

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(j) and 9007 that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case shall be directed to undersigned counsel. Specifically requested is anything filed in relation to the sale of assets of personal or real property, proposed disclosure statements, and Chapter 11 plans.

Respectfully Submitted,
DEPARTMENT OF TAX ADMINISTRATION
FAIRFAX COUNTY, VIRGINIA
By counsel

DAVID P. BOBZIEN
COUNTY ATTORNEY

By _____
Nancy F. Loftus (VSB # 37785)
Assistant County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035
(703) 324-2421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served on this 28th day of August, 2007, by first class U.S. Mail, postage prepaid, upon the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747

Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

_____
Nancy F. Loftus

\\s17prolaw01\Documents\97081\SF\126504.doc