IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- X
                                   :
                                   :  Chapter 11
In re:                             :
                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE             :
HOLDINGS, INC., a Delaware Corporation, et al., : (Jointly Administered)
                                   :
                  Debtors.         :
---------------------------------- X

## VERIFIED STATEMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP PURSUANT TO BANKRUPTCY RULE 2019

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") represents the creditors identified below. Pursuant to Federal Rule of Bankruptcy Procedure 2019, Paul Weiss makes the following representations:

Paul Weiss represents the following parties in their capacities as holders of the claims (or as managers of or advisors to holders) described below:

| | |
|---|---|
| Bracebridge Capital, LLC, acting on behalf of FFI Fund Ltd., FYI Ltd. and Olifant Fund, Ltd. 1 Bow Street Cambridge, MA 02138 | Lehman Brothers, Inc. 745 7th Avenue, 3rd Floor New York, NY 10019 |

The nature of the claims (the "Claims") held by Bracebridge Capital, LLC ("Bracebridge") and Lehman Brothers, Inc. ("Lehman") against Broadhollow Funding, LLC ("Broadhollow"), a non-debtor special purpose entity sponsored by American Home Mortgage Investment Corp., one of the above captioned Debtors, includes but is not limited to, claims arising under the Broadhollow Variable Rate Subordinated Notes, Series 2004-A and 2005-A and the transaction documents related thereto. Paul Weiss cannot, at this time, specify the amount of these Claims. Paul Weiss reserves the right to

668628-1

supplement this statement as and when it is able to specify the amount and type of Claims held by the Bracebridge and Lehman.

Bracebridge and Lehman have retained Paul Weiss to represent their interests in connection with the above-captioned cases.

Upon information and belief formed after due inquiry, Paul Weiss does not hold any claims against or equity interests in the Debtors or Broadhollow.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| Dated: New York, New York<br>August 28, 2007 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By: /s/ Douglas R. Davis
Douglas R. Davis (DD 0874)
Kelley A. Cornish (KC 0754)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Bracebridge Capital, LLC and Lehman Brothers, Inc.