Thomas J. Leanse (SBN: 084638)
Dustin P. Branch (SBN: 174909)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Phone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for RREEF Management Company,
managing agent for Landlord Creditor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE CORP., | Case No. 07-11047 (CSS) |
| Debtor. | Jointly Administered |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that RREEF Management Company, as managing agent for the Landlord of the premises located at Heritage Place Shopping Center, Creve Coeur, MO hereby appears in this matter by its undersigned counsel, in accordance with section 1109(b) of title 11 of the United States Code (as amended, the "*Bankruptcy Code*") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and requests, as provided in sections 102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the addresses, fax and telephone numbers set forth below:

> Katten Muchin Rosenman LLP
> c/o Thomas J. Leanse
> Dustin P. Branch
> 2029 Century Park East, Suite 2600
> Los Angeles, California 90067-3012
> (310) 788-4400
> thomas.leanse@kattenlaw.com
> dustin.branch@kattenlaw.com

1

31385775_1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtor may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: August 21, 2007

**KATTEN MUCHIN ROSENMAN LLP**
Thomas J. Leanse
Dustin P. Branch

By: _____
Dustin P. Branch
Attorneys for RREEF Management Company,
managing agent for Landlord Creditor

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

     On August 21, 2007, I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

<u>Debtor's Counsel</u> (Via Fax and U.S. Mail)

Joel A. Waite, Esq.
Kara Hammond Coyle, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Facsimile: 302.576.3342

<u>Office of the U.S. Trustee</u> (Via U.S. Mail)

Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19899-0035

<u>Debtor</u> (Via U.S. Mail)

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with US. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(BY FACSIMILE MACHINE)** I caused the above-referenced document to be transmitted to the above-named person at the telephone number listed above.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on August 21, 2007, at Los Angeles, California.

*/s/ Donna Carolo*
Donna Carolo