IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>RE: Docket No. 363 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 363

PLEASE TAKE NOTICE that Qwest Communications Corporation and Qwest Corporation, by and through their undersigned counsel, hereby withdraw Qwest Communications Corporation and Qwest Corporation's Notice of Deposition of American Home Mortgage Holdings, Inc., et al., Pursuant to Fed.R.Civ.P. 30(b)(6), as Incorporated by Fed.R.Bankr.P. 7030 (D.I. 363).

Dated: August 29, 2007
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP


By:  /s/ Kimberly E. C. Lawson
     Kurt F. Gwynne (No. 3951)
     Kimberly E. C. Lawson (No. 3966)
     1201 Market Street; Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail:  kgwynne@reedsmith.com
             klawson@reedsmith.com

Counsel for Qwest Corporation and
Qwest Communications Corporation

WILLIB-55292.1-KELAWSON