# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 29th day of August 2007, a true and correct copy of the NOTICE OF WITHDRAWAL OF DOCKET NO. 363 was served upon the addressees listed on the attached service list in the manner indicated.

By: /s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson (No. 3966)

## SERVICE LIST

| **VIA FIRST CLASS MAIL**<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>(Debtor) | **VIA HAND DELIVERY**<br>Edward J. Kosmowski, Esq.<br>Edwin J. Harron, Esq.<br>Joel A. Waite, Esq.<br>Kara Hammond Coyle, Esq.<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(Debtor's Counsel) |
|---|---|
| **VIA HAND DELIVERY**<br>Office of the U.S. Trustee<br>844 King Street<br>Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(U.S. Trustee) | **VIA HAND DELIVERY**<br>Bonnie Gantz Fattell, Esq.<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(Official Committee of<br>Unsecured Creditors Counsel) |