# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,<br><br>    Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |
| CALYON NEW YORK BRANCH,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE CORP, AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN HOME MORTGAGE ACCEPTANCE, INC. and AMERICAN HOME MORTGAGE INVESTMENT CORP.<br><br>    Debtor-Defendants. | Adversary Proceeding<br>Case No. 07-51704 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 30, 2007 AT 11:00 A.M. (ET)[1]

1.  Status Hearing to Consider the Motion for Declaratory And Injunctive Relief

    Related Documents:

    a)  Complaint and Request for Declaratory Judgment, Injunctive Relief and Damages – Calyon New York Branch v. American Home Mortgage Corp, American Home Mortgage Servicing, Inc., American Home Mortgage Acceptance, Inc. and American Home Mortgage Investment Corp., Adv. No. 07-51704 [D.I. 1, 8/28/07]

---

[1] The status conference will be held before Judge Carey in Courtroom 5.

b) Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 2; 8/28/07]

c) Declaration of Alan Sidrane in Support of (1) Complaint and Request for Declaratory Judgment, Injunctive Relief and Damages and (2) Motion of Plaintiff Calyon New York Branch for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 3; 8/28/07]

d) Expedited Motion to Shorten Notice and for Emergency Hearing on Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 4; 8/28/07]

e) Memorandum of Law in Support of Plaintiff Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I.. 5; 8/28/07]

f) Order Shortening Notice and Scheduling Emergency Hearing on Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 7, 8/29/07]

Status: This matter will be going forward as a status hearing to consider the Motion for Declaratory and Injunctive Relief.

Dated: Wilmington, Delaware
August 29, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession