IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
      Debtors.                                                   :
                                                                 :  Objection Deadline: September 4, 2007 at 4:00 p.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT AND SALE OF ASSETS

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO
      THE CREDITORS COMMITTEE; (III) THE LANDLORD OR NON-DEBTOR
      PARTY TO THE OFFICE LEASE(S) TO BE ASSIGNED; (IV) COUNSEL TO
      THE DEBTORS' POSTPETITION LENDERS; (V) COUNSEL TO BANK OF
      AMERICA; (VI) THE U.S. SECURITIES AND EXCHANGE COMMISSION
      AND (VII) ANY PARTY KNOWN BY THE DEBTORS TO BE ASSERTING
      AN INTEREST OR A LIEN ON ANY OF THE ASSETS TO BE SOLD

      PLEASE TAKE NOTICE that American Home Mortgage Holdings, Inc., a
Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors
and debtors in possession in the above cases (collectively, the "Debtors"),[1] propose to effectuate
the assumption and assignment of the real property lease and/or other executory contracts
(collectively, the "Agreements") set forth on Exhibit A attached hereto, and sell the furniture,
fixtures and equipment located therein (the "Proposed Disposition"), in accordance with the
Order Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing
Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other
Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located
Therein (the "Sale Order"). The details of the Proposed Disposition, including any and all cure
amounts (the "Cure Amounts") associated with the assumption and assignment of the
Agreements, are set forth on Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation
(3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979);
American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home
Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except
for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

PLEASE TAKE FURTHER NOTICE that objections to the Proposed Disposition or the Cure Amounts, if any, must be filed on or before **September 4, 2007 at 4:00 p.m.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT, SHOULD AN OBJECTION BE TIMELY FILED, A HEARING ON THE PROPOSED DISPOSITION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI ON SEPTEMBER 17, 2007 AT 12:00 P.M. (ET) IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE.

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO TIMELY OBJECT TO THE PROPOSED DISPOSITION OR THE CURE AMOUNTS, THE DEBTORS ARE AUTHORIZED, PURSUANT TO THE SALE ORDER, TO CONSUMMATE THE PROPOSED DISPOSITION IN ACCORDANCE WITH THE TERMS SET FORTH ON THE ATTACHED EXHIBIT A WITHOUT FURTHER NOTICE OR HEARING.

Dated:  Wilmington, Delaware
        August 29, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## DETAILS OF THE PROPOSED DISPOSITION

## FLAGSTAR BANK

### Real Property Lease Information

| Property Location | Lessor | Lease Term | Proposed Assignee | Proposed Cure Amount to be paid by Assignee | Security Deposit |
|---|---|---|---|---|---|
| 810 CM Fagan Drive Hammond, LA, 70403 | Louisana Federal Land Bank Association, FLCA P.O. Box 4806 Monroe, LA 71211 | 5/15/2006 - 5/14/2009 | Flagstar Bank c/o Amy Martin 5151 Corporate Drive Troy, MI 48098 | None (Assignee reimbursed Debtors for August, 2007 rent) | Returned to Debtors |

### Equipment Lease Information

| Leased Property | Location of Leased Property | Lessor | Lease Term | Proposed Assignee | Proposed Cure Amount to be Paid by Assignee |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

### Furniture, Fixtures and Equipment

| Book Value of Fixed Assets Sold | Description of Furniture, Fixtures and Equipment | Sale Price |
|---|---|---|
| $24,959.00 | All furniture, fixtures, and equipment which may include but are not limited to desks, chairs, cubicles, artwork, phones, computers, and copiers located at: 810 CM Fagan Drive, Hammond, LA 70403. | $22,687.00 |