IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

                                Debtors.
-----------------------------------------------------------------X

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

Ref. Docket Nos. 16, 68

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on the 29th day of August, 2007, I caused a copy of the *Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Final Order Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business and Granting Adequate Protection* to be served upon the following parties in the manner indicated:

**VIA HAND DELIVERY**

Joel Waite, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
6th Floor
1313 North Market Stret
Wilmington, DE 19801

Office of the United States Trustee
for the District of Delaware
844 King Street
Suite 2207
Wilmington, DE 19801

- 2 -

**VIA FEDERAL EXPRESS**

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Erica M. Ryland, Esquire
Jones Day
222 East 41st Stret
New York, NY  10017

Mark T. Power, Esquire
Hahn & Hessen
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

Joel Shaprio, Esquire
Blank Rome LLP
One Logan Square 18th & Cherry Streets
Philadelphia, PA  19103-6998

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 29, 2007

      COZEN O'CONNOR

      Mark E. Felger (No. 3919)
      Chase Manhattan Centre
      1201 North Market Street, Suite 1400
      Wilmington, DE 19801
      Telephone:  (302) 295-2000