IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
     Debtors.                                                          :
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 161

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Debtors' Motion for an Order Pursuant to Bankruptcy Rules 1007(a)(4) and (c) for an Extension of Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, Statements of Executory Contracts and Unexpired Leases, and Schedules of Current Income and Expenditures (the "Motion"). The Court's docket which was last updated August 29, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than August 27, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
August 30, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession