IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------- x
In re:                                    :   Chapter 11
                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.            :
                                          :   Jointly Administered
     Debtors.                             :
                                          :
----------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pauline K. Morgan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of James C. Tecce (the "Admittee"), Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue New York, NY 10010, as special investigatory, litigation, and conflicts counsel to the above-captioned debtors and debtors-in-possession.

Dated: August 29 2007

Pauline K. Morgan (No. 3650)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6707
Facsimile: (302) 571-1253

Date Filed 8/29/07
Docket No. 428

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, also am a member of the bar of the Commonwealth of Pennsylvania; but have assumed voluntary inactive status, and the United States District Courts for the Eastern and Southern Districts of New York and the United States Court of Appeals for the Second, Third and Sixth Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7199
Facsimile: (212) 849-7100

Motion granted.

Date: Aug 29, 2007

BY THE COURT:

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE