IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | Jointly Administered |
| et al., | : | |
| | : | Ref. Docket Nos. 16, 68 and 461 |
| Debtors. | : | |
| | : | |

**JOINDER IN LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY OF FINAL ORDER AUTHORIZING LIMITED USE OF CASH COLLATERAL IN CONNECTION WITH OPERATING THE SERVICING BUSINESS AND GRANTING ADEQUATE <u>PROTECTION</u>**

Deutsche Bank National Trust Company ("<u>DBNTC</u>") hereby joins in the *Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of Final Order Authorizing Limited Use Of Cash Collateral In Connection With Operating The Servicing Business And Granting Adequate Protection (*the "Objection") (Docket No. 461) filed by the Official Committee Of Unsecured Creditors (the "Committee") on August 29, 2007.

Dated: August 30, 2007
Wilmington, DE

                                            /s/ Evelyn J. Meltzer
                                        David B. Stratton (DE No. 960)
                                        Evelyn J. Meltzer (DE No. 4581)
                                        PEPPER HAMILTON LLP
                                        Hercules Plaza, Suite 5100
                                        1313 North Market Street
                                        Wilmington, Delaware 19801
                                        Telephone (302) 777-6500
                                        Facsimile (302) 421-8390

                                        -and-

#8049196 v1

-2-

        NIXON PEABODY LLP

        Mark N. Berman
        Nixon Peabody LLP
        100 Summer Street
        Boston, MA  02110
        Telephone:  (617) 345-6037
        Facsimile:  (617) 866-5868

        NIXON PEABODY LLP

        Dennis Drebsky
        Joseph Gitto
        Nixon Peabody LLP
        437  Madison Avenue
        New York, NY  10022
        Telephone:  (212) 940-3000
        Facsimile:  (212) 940-3111

        Attorneys for Deutsche Bank National Trust Company