## **CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 30th day of August, 2007, I caused the foregoing **Joinder in Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Final Order Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business and Granting Adequate Protection** to be served upon the parties on the attached service list in the manner indicated.

       /s/ Evelyn J. Meltzer
       Evelyn J. Meltzer

#8837597 v1

Joel Waite, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**Hand Delivery**

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
6th Floor
1313 North Market Street
Wilmington, DE 19801
**Hand Delivery**

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Hand Delivery**

Mark E. Felger, Esq.
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
**Hand Delivery**

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
**Fed Ex**

Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
**Fed Ex**

#8837597 v1