IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
        Debtors.                                                         :
------------------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)**

**ADJOURNED MATTERS**

1.  Application for Order Approving Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 4, 8/6/07]

    Objection Deadline:   N/A

    Objections Filed:     None

    Related Documents:

    a)   Order Approving the Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 222, 8/17/07]

    Status: With respect to the approval of the retainer, this matter will be adjourned to October 1, 2007 at 11:00 a.m.

DB02:6176458.1                                                                              066585.1001

2.     Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Milestone Advisors, LLC as Investment Bankers and Financial Advisors for the Debtors Nunc Pro Tunc to Petition Date [D.I. 227, 8/17/07]

    Objection Deadline:  August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors and the United States Trustee to September 10, 2007 at 4:00 p.m.

    Objections Filed:  None to date

    Status: This matter will be adjourned to September 17, 2007 at 12:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

3.     Debtors' Motion for an Order Pursuant to Bankruptcy Rules 1007(a)(4) and (c) for an Extension of Time to File Schedules of Assets and Liabilities, Statements of Financial Affairs, Statements of Executory Contracts and Unexpired Leases, and Schedules of Current Income and Expenditures [D.I. 161, 8/14/07]

    Objection Deadline:  August 27, 2007 at 4:00 p.m.

    Objections Filed:  None

    Related Document:

        a)     Certificate of No Objection [D.I. 478, 8/30/07]

    Status: A Certificate of No Objection has been filed. No hearing is required.

4.     Debtors' Motion for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code [D.I. 162, 8/14/07]

    Objection Deadline:  August 27, 2007 at 4:00 p.m.

    Objections Filed:  None

    Related Document:

        a)     Certificate of No Objection [D.I. 479, 8/30/07]

    Status: A Certificate of No Objection has been filed. No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

5. Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader, Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

    Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for Credit Suisse First Boston to August 28, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and the United States Trustee to August 31, 2007 at 11:00 a.m.

    Objections Filed:   None

    Status: This matter will be will be going forward.

6. Application for Order Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 148, 8/13/07]

    Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the United States Trustee to August 30, 2007 at 10:00 a.m.

    Objections Filed:   None

    Status: This matter will be going forward.

7. Emergency Motion of Impac Funding Corporation for Relief from the Automatic Stay [D.I. 232, 8/17/07]

    Objection Deadline:   August 28, 2007 at 4:00 p.m.

    Objections Filed:   None

    Related Document:

    a)   Notice of Hearing [D.I. 274, 8/21/07]

    Status: The parties are currently engaged in settlement negotiations in an attempt to resolve this matter. This matter will be going forward.

**CONTESTED MATTERS**

8.    Motion for Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment [D.I. 5, 8/6/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m.

    Related Documents:

        a)    Interim Order (I) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Utility Services, (II) Deeming Utilities Companies Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment [D.I. 61, 8/7/07]

        b)    Notice of Hearing and Entry Interim Order [D.I. 82, 8/8/07]

    Objections Filed:

        c)    Objection of Alabama Power Company [D.I. 385, 8/27/07]

    Status: The objection, item (c) above, has been resolved. This matter will be going forward.

9.    Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A) Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion [D.I. 16, 8/6/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Committee of Unsecured Creditors and the United States Trustee to August 29, 2007 at 4:00 p.m.

    Related Documents:

        a)    Interim Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petitition Secured Parties and (III) Scheduling Final Hearing [D.I. 68, 8/8/07]

        b)    Notice of Hearing and Entry of Interim Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and

    Adequate Protection to Certain Pre-Petition Secured Parties and (III) Scheduling Final Hearing [D.I. 81, 8/8/07]

 Objections Filed:

  c) Objection of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 391, 8/27/07]

  d) Limited Objection of Impac Funding Corporation [D.I. 394, 8/27/07]

  d) Limited Objection and Reservation of Rights of CIFG Assurance North America, Inc., as Insurer, Wells Fargo Bank, as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee, With Respect to the Debtors' Motions Seeking Authority to Use: (I) Cash Collateral and (II) Enter into DIP Financing Agreement [D.I. 400, 8/27/07]

  e) Limited Objection of the Official Committee of Unsecured Creditors [D.I. 461, 8/29/07]

  f) Joinder in Limited Objection of the Official Committee of Unsecured Creditors [D.I. 482, 8/30/07]

 Status: This matter will be going forward.

10. Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 17, 8/6/07]

 Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Internal Revenue Service to August 28, 2007 at 4:00 p.m., extended for the Committee of Unsecured Creditors to August 20, 2007 at 10:00 a.m. and the United States Trustee to August 29, 2007 at 4:00 p.m.

 Related Documents:

  a) Notice of Filing of Schedule C to DIP Credit Facility [D.I. 37, 8/7/07]

  b) Interim Order (A) Approving Debtor-in-Possession Financing, (B) Granting Liens and Allowing Superpriority Administrative Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 67, 8/8/07]

      c)      Notice of Hearing and Entry of Interim Order (A) Approving Debtor-in-Possession Financing, (B) Granting Liens and Allowing Superpriority Administrative Claims, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 84, 8/8/07]

Objections Filed:

      d)      Objection of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 392, 8/27/07]

      e)      Limited Objection of RREEF Management Company [D.I. 393, 8/27/07]

      f)      Limited Objection of Impac Funding Corporation [D.I. 395, 8/27/07]

      g)      Limited Objection and Reservation of Rights of CIFG Assurance North America, Inc., as Insurer, Wells Fargo Bank, as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee, With Respect to the Debtors' Motions Seeking Authority to Use: (I) Cash Collateral and (II) Enter into DIP Financing Agreement [D.I. 400, 8/27/07]

      h)      Limited Objection of the Official Committee of Unsecured Creditors [D.I. 430, 8/29/07]

Status: This matter will be going forward.

11.    Application of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 163, 8/14/07]

Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and the United States Trustee to August 31, 2007 at 11:00 a.m.

Related Document:

      a)      Supplemental Affidavit in Support of Debtors' Application Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 420, 8/27/07]

Objections Filed:

      a)      Informal Response by the United States Trustee

Status: This matter will be going forward.

12. Motion for an Order Pursuant To Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business *Nunc Pro Tunc* to Petition Date [D.I. 192, 8/16/07]

    Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and for the United States Trustee to August 31, 2007 at 11:00 a.m.

    Objections Filed:

    a) Limited Objection of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* [D.I. 481, 8/30/07]

    Status: This matter will be going forward.

13. Application for an Order Authorizing the Debtors to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

    Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the United States Trustee to August 31, 2007 at 11:00 a.m.

    Objections Filed:

    a) Objection by the Official Committee of Unsecured Creditors ti Debtors' Proposed Retention of the Firm Kekst & Co. as Their Public Relations Advisors [D.I. 483, 8/30/07]

    Status: This matter will be going forward.

14. First Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment [D.I. 220, 8/17/07]

    Objection Deadline:   August 27, 2007 at 4:00 p.m.

    Objections Filed:

    a)  De Lage Landen Financial Services, Inc.'s Response and Limited Objection [D.I. 381, 8/27/07]

    b)  Limited Objection of Boston Properties Limited Partnership [D.I. 390, 8/27/07]

    Status: This matter will be going forward.

15. Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date [D.I. 231, 8/17/07]

    Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the United States Trustee to August 30, 2007 at 10:00 a.m.

    Objections Filed:

    a)  Informal Objection by the United States Trustee

    Status: The Debtors are working with the United States Trustee to resolve the informal objection. In the event the informal objection is not resolved prior to the hearing, this matter will be adjourned.

16. Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): (i) Authorizing Private Sale of Certain Servicing Rights to Barclays Bank PLC Fee and Clear of Liens, Claims, Interests, and Transfer Taxes; (ii) Approving the Terms of the Purchase and Sale Agreement; and (iii) Granting Related Relief [D.I. 364, 8/24/07]

    Objection Deadline:   August 31, 2007 at 4:00 p.m.

    Related Document:

    a)  Order Shortening the Time for Notice of (1) the Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): Authorizing

>                Private Sale of Certain Servicing Rights to Barclays Bank PLC, and (2)
>                Motion to File the Sale Motion Under Seal [D.I. 424, 8/28/07]

Objections Filed:    None as of the date hereof.

Status: This matter will be going forward.

17. Debtors' Motion for Authority to File, Under Seal, Certain Motions of the Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): (i) Authorizing Private Sale of Certain Servicing Rights to Barclays Bank PLC Fee and Clear of Liens, Claims, Interests, and Transfer Taxes; (ii) Approving the Terms of the Purchase and Sale Agreement; and (iii) Granting Related Relief [D.I. 365, 8/24/07]

    Objection Deadline:    August 31, 2007 at 4:00 p.m.

    Related Document:

    a)    Order Shortening the Time for Notice of (1) the Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): Authorizing Private Sale of Certain Servicing Rights to Barclays Bank PLC, and (2) Motion to File the Sale Motion Under Seal [D.I. 424, 8/28/07]

    Objections Filed:    None as of the date hereof.

    Status: This matter will be going forward.

18. Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Compromise and Settlement Agreement with Fannie Mae [D.I. 368, 8/24/07]

   Objection Deadline:   August 31, 2007 at 4:00 p.m.

   Related Document:

   a) Order Shortening the Time For Notice of Motion of the Debtors' Motion For An Order Approving and Authorizing Compromise and Settlement Agreement with Fannie Mae [D.I. 388, 8/27/07]

   Objections Filed:   None as of the date hereof.

   Status: This matter will be going forward.


Dated: Wilmington, Delaware
       August 30, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ illegible
                                    _____
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    Kenneth J. Enos (No. 4544)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Proposed Counsel for Debtors and
                                    Debtors in Possession