IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                                    )
                                                          )
                                                          ) Chapter 11
AMERICAN HOME MORTGAGE                                    )
HOLDINGS, INC. a Delaware corporation, et al.,            )
                                                          ) Case No.: 07-11047 (CSS)
         Debtors.                                         )

### RESPONSE BY BARBARA FORD-COATES, SARASOTA COUNTY TAX COLLECTOR TO MOTION TO SELL ASSETS LOCATED IN SARASOTA COUNTY, FLORIDA FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE

The Sarasota County Tax Collector files this response to the motion.

The Sarasota County Tax Collector files this objection to the sale of assets, located in Sarasota County Florida, being sold free and clear of liens unless the statutory lien for 2007 Tangible Personal Property Taxes are paid in full. The assessment is for furniture, equipment, signage and/or computers used in the daily business operations during the 2007 calendar year. Taxes are billed in arrears in Florida, the tax rates are set in October and the bills are mailed on October 31st. Since the actual tax amount due for the 2007 tax year is unknown at this time we have submitted an estimated claim based on the 2006 tax year assessment. Please note that we will be filing an amended claim once the rates and values have been certified. Pursuant to Florida Statute 197.122(1) the tax due on Tangible Personal Property is a first lien, superior to all other, against the business equipment that is being offered for sale, until discharged by payment.

Dated: Sarasota, Florida
August 20, 2007

                                BARBARA FORD-COATES
                                SARASOTA COUNTY TAX COLLECTOR

                                _____
                                Deborah M. Coulter, Tax Administrator
                                101 S. Washington Blvd.
                                Sarasota, FL 34236
                                (941) 861-8333

# 2007 ESTIMATED TANGIBLE PERSONAL PROPERTY TAXES

## ACTUAL FIGURE AVAILABLE 11/01/07



ESTIMATE BASED ON 2006 GROSS AMOUNT
ACTUAL FIGURE AVAILABLE 11/01/07

## DUE DATE 3/31/08

## INTEREST @ 1.5 % WILL ACCRUE MONTHLY AS OF 4/01/08

## 2007 ESTIMATED TANGIBLE PERSONAL PROPERTY TAXES

## ACTUAL FIGURE AVAILABLE 11/01/07



ESTIMATE BASED ON 2006 GROSS AMOUNT
ACTUAL FIGURE AVAILABLE 11/01/07

## DUE DATE 3/31/08

## INTEREST @ 1.5 % WILL ACCRUE MONTHLY AS OF 4/01/08