IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| American Home Mortgage Holdings, Inc. | : | Case No. 07-11047 CSS |
| a Delaware corporation, et al., | : | Jointly Administered |
| Debtors | : | Doc. Ref. No. 183 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Donald D. Farlow hereby enters his appearance on behalf of BRCP Aurora Marketplace, LLC, as successor in interest to BB-CO 6, LLC, BP-Marketplace AZ 2, LLC, Fremont-Marketplace, LLC and BP-Marketplace AZ 5, LLC as Creditor herein, and pursuant to pursuant to Fed. R. Bankr. P. 2002, requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002, which are to served upon BRCP Aurora Marketplace, LLC, be served as the following address:

> Donald D. Farlow, Esq.
> Burns, Wall, Smith and Mueller, P.C.
> 303 E. 17th Ave., #800
> Denver, CO 80203

Dated this 23rd day of August, 2007.

> BURNS, WALL, SMITH AND MUELLER, P.C.
>
> By _____
> Donald D. Farlow         #19754
> 303 E. 17th Ave., #800
> Denver, CO 80203-1260
> Phone: 303-830-7000
> Fax: 303-830-6708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23 day of August, 2007, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS was placed in the US mail, first class postage prepaid, addressed to:

United States Bankruptcy Court
District of Delaware
Clerk of the Court
824 Market Street
3rd Floor
Wilmington, DE 19801

James L. Patton, Jr.
Young Conaway Stargate & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

United States Trustee
844 King Street, Rm. 2207
Wilmington, DE 19899-0035