# EXHIBIT C

## PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.                                         :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Doc. Ref. No.
---------------------------------------------------------------------- x

**ORDER (I) TERMINATING DEBTORS' NON-QUALIFIED DEFERRED COMPENSATION PLAN PURSUANT TO SECTION 363(b)(1) OF THE BANKRUPTCY CODE AND (II) DIRECTING THE TRUSTEE OF THE DEBTORS' NON-QUALIFIED DEFERRED COMPENSATION PLAN TRUST TO RETURN DEBTORS' ASSETS HELD IN TRUST TO THE DEBTORS' ESTATES PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"[2]), for entry of an order pursuant to sections 363(b)(1) and 105(a) of the Bankruptcy Code, (i) authorizing the Debtors to terminate the Plan and (ii) directing Merrill Lynch Trust Company, FSB as Trustee to return Assets held in Trust to the Debtors' estates; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion is in the best

---

[1]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

[2]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

interests of the Debtors, their estates and creditors; and the Court having determined that the termination of the Plan constitutes an exercise of sound business judgment made in good faith by the Debtors; and it appearing that due and adequate notice and disclosure of the Motion has been given; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion is granted; and it is further

ORDERED, that the Debtors are hereby authorized to exercise their contractual rights to terminate the Plan; and it is further

ORDERED, that the Trustee shall return the Assets held in the Trust to the Debtors' bankruptcy estates within ten (10) days of the entry of this Order; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising between the Debtors, the Trustee, and the Participants as they relate to the Plan, the Assets, the Trust Agreement, and the implementation or interpretation of this Order or the issues addressed by the Motion.


Dated: Wilmington, Delaware
       September ___, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge