**JANICE D. NEWELL**
DEPUTY PROSECUTING ATTORNEY

**CECIL INGRAM**
ADA COUNTY TREASURER

200 W. Front Street, 1st Floor
Boise, ID 83702
(208) 287-6800
Elec Email: trbankrupt@adaweb.net

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | **Case No. 07-11047(CSS)** |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., ) | **CREDITOR SPECIAL** |
| ) | **REQUEST FOR NOTICE** |
| Debtor ) | |

The Ada County Treasurer's Office, a secured creditor in the above-entitled Bankruptcy, requests that copies of all pleadings be electronically served at the above email address or mailed to the Ada County Treasurer.

**DATED** this 21st day of August, 2007.

By: /s/ Janice D. Newell
Janice D. Newell
Deputy Prosecuting Attorney

By: /s/ Cecil Ingram
Cecil Ingram
Ada County Treasurer

SPECIAL CREDITOR REQUEST FOR NOTICE - PAGE 1
g:\jdn\cases\american home mortg 07-11047 - del\special creditor request for notice 07.doc

CERTIFICATE OF SERVICES

I HEREBY CERTIFY that on this 21st day of August, 2007, I served a true and correct copy of the foregoing CREDITORS SPECIAL REQUEST FOR NOTICE to the following person(s) by the following method:

| | | |
|---|---|---|
| U.S. TRUSTEE | _____ | Hand Delivery |
| DISTRICT OF DELAWARE | __x__ | U.S. Mail |
| 824 MARKET ST., 3RD FLOOR | _____ | Certified Mail |
| WILMINGTON, DE 19801 | _____ | Telecopy (FAX) |
| | | |
| MATTHEW B. LUNN | _____ | Hand Delivery |
| THE BRANDYWINE BLDG | __x__ | U.S. Mail |
| 1000 WEST STREET, 17TH FLOOR | _____ | Certified Mail |
| WILMINGTON, DE 19801 | _____ | Telecopy (FAX) |

_____
Nancy Emerson, Assistant