IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
       Debtors.                                                    :
                                                                   :   **Objection Deadline: N/A**
                                                                   :   **Hearing Date:  N/A**
------------------------------------------------------------------ x

**MOTION TO SHORTEN TIME AND APPROVE NOTICE OF DEBTORS' MOTION
FOR AN ORDER (I) TERMINATING THEIR NON-QUALIFIED DEFERRED
COMPENSATION PLAN PURSUANT TO SECTION 363(b)(1) OF THE BANKRUPTCY
CODE AND (II) DIRECTING THE TRUSTEE OF THE DEBTORS' NON-QUALIFIED
DEFERRED COMPENSATION PLAN TRUST TO RETURN DEBTORS' ASSETS
HELD IN TRUST TO THE DEBTORS' ESTATES PURSUANT
TO SECTION 105(a) OF THE BANKRUPTCY CODE**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] hereby move

this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-

1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening

the applicable notice period of the Debtors' Motion for an Order (I) Terminating their Non-

Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code

and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

066585.1001

to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code (the "Motion")[2] so the matter may be heard on September 17, 2007.

      1.      Bankruptcy Rule 2002(a)(2) generally provides for twenty (20) days' notice of a hearing on a proposed use of estate property outside of the ordinary course. Local Rule 9006-1(e) provides, however, that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

      2.      The Debtors submit that sufficient cause exists to shorten the time for notice of a hearing on the Motion from twenty (20) days to eighteen (18) days so that a hearing on the Motion can be held on September 17, 2007 at 12:00 Noon (ET). Pursuant to the Motion, the Debtors seek the Court's authorization to terminate their Non-Qualified Deferred Compensation Plan (the "Plan"). The language of the Plan permits the Debtors to terminate the Plan. However, out of an abundance of caution, the Debtors seek court approval.

      3.      The Debtors were unable to file the Motion until the Debtors' Board of Directors authorized termination of the Plan. Unfortunately, the Debtors were unable to convene a meeting of the Board of Directors until yesterday evening. As such, the Debtors were not able to file the Motion until the date hereof.

      4.      Furthermore, the Debtors absolutely need the Assets returned to the Debtors' estates as quickly as possible. The return of the Assets will provide the Debtors with additional funding resources and will limit the need for the Debtors to draw on their post-petition financing facility.

      5.      Finally, as set forth more fully in the Motion, the terms of the Plan and Trust Agreement provide that, in the event of the Debtors' filing for voluntary relief under the

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Bankruptcy Code, the Assets of the Trust would revert to the Debtors' estates and be subject to

the claims of the Debtors' general creditors. Thus, granting the relief requested in the Motion to

Shorten will not unduly prejudice the Participants as they are already on notice of the appropriate

disposition of the Assets in the event of the Debtors' filing for bankruptcy.

6.      Based on the foregoing, the Debtors submit that cause exists to justify

shortening the notice period for the hearing on approval of the relief requested in the Motion.

Accordingly, the Debtors request that a hearing on the relief requested in the Motion be

scheduled for September 17, 2007 at 12:00 Noon (ET), with objections due on or before

September 12, 2007 at 4:00 p.m. (ET). In light of the shortened notice period, the Debtors will

serve the Motion by overnight or hand delivery on the date hereof, on: (i) the Office of the

United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to

Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit

Agreement dated August 30, 2006; (iv) counsel to the DIP Lender; (v) Merrill Lynch Trust

Company, F.S.B.; (vi) the Participants; and (vii) all parties entitled to notice under Local Rule

2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an Order

granting the relief requested herein and such other and further relief as is just and proper.

Dated:    Wilmington, Delaware
          August 30, 2007

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              Kenneth J. Enos (No. 4544)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Proposed Counsel for Debtors and
                              Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                        :   Chapter 11

                                            :

AMERICAN HOME MORTGAGE      :   Case No. 07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,[1] :

                                          :   Jointly Administered

        Debtors.                      :

------------------------------------------------------------- x   **Ref. Docket No. _____**

## ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION FOR AN ORDER (I) TERMINATING THEIR NON-QUALIFIED DEFERRED COMPENSATION PLAN PURSUANT TO SECTION 363(b)(1) OF THE BANKRUPTCY CODE AND (II) DIRECTING THE TRUSTEE OF THE DEBTORS' NON-QUALIFIED DEFERRED COMPENSATION PLAN TRUST TO RETURN DEBTORS' ASSETS HELD IN TRUST TO THE DEBTORS' ESTATES PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the

entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local

Rules") and 11 U.S.C. § 105, shortening the applicable notice of the Debtors' Motion for an

Order (I) Terminating their Non-Qualified Deferred Compensation Plan Pursuant to Section

363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified

Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors'

Estates Pursuant to Section 105(a) of the Bankruptcy Code (the "Motion"); and it appearing that

under the circumstances due and adequate notice of the Motion to Shorten has been given, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

that no other or further notice need be given; and after due deliberation and sufficient cause

appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motion will be held on September 17, 2007 at

12:00 Noon (ET) and objections, if any, to the relief requested therein shall be filed with the

Court and served upon so as to be received by counsel for the Debtors before 4:00 p.m. (ET) on

September 12, 2007; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
　　　　　_____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge
