# SIGN-IN SHEET

CASE NAME: AMERICAN HOME MORTGAGE COURTROOM NO.: 5

CASE NO.: 07-11047 DATE: 8/30/07

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dave Carickhoff | Blank Rome | Creditors' Committee |
| Don Beskrone | Ashby & Geddes | DB Structured Products |
| Benjamin Ackerly | Hunton & Williams | Calyon |
| Michael Busenkell | Eckert Seamans | " " " |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Bank of America, N.A. |
| Victoria W. Counihan | Greenberg Traurig, LLP | WLR Recovery Fund |
| Teresa K.D. Currier | Buchanan Ingersoll & Rooney | Societe Generale |
| Robert Brady | Young Conaway | Debtors |
| John Dorsey | " | Debtors |
| Nicholas Crowell | Sidley Austin | Bear Stearns Mtge Capital Corp + EMC Mortgage Corporation |
| Steven Kortanek | Womble Carlyle | CSFB Mortgage |
| | | |
| | | |
| | | |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# Court Conference

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin J. Carey
#5

Calendar Date: 08/30/2007
Calendar Time: 11:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1866618 | Susheel Kirpalani | 212-849-7195 | Quinn, Emanuel, Urquhart, Oliver & | Debtor, American Home Mortgage Holdings, Inc. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1866647 | Alan Sidrane | 212-261-7875 | Calyon Corporation and Inv. Bank | Creditor, Calyon New York Branch / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1866651 | Tom Rice | 212-309-1187 | Hunton & Williams | Creditor, Calyon New York Branch / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51701) | Hearing | 1864728 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51701) | Hearing | 1862704 | Fred Neufeld | 213-892-4344 | Milbank Tweed Hadley & McCloy | Creditor, ABN Amro Bank / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1865017 | Lori Fife | 212-310-8000 | Weil Gotshal & Manges LLP | Creditor, Credit Suisse / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51701) | Hearing | 1863061 | Robert J. Moore | 213-892-4501 | Milbank Tweed Hadley & McCloy | Creditor, ABN AMRO Bank N.V / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51704) | Hearing | 1866622 | Lynnette Warman | 214-468-3393 ext. 00 | Hunton & Williams | Creditor, Calyon New York / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1865010 | Christopher Marcus | 212-310-8106 | Weil Gotshal & Manges LLP | Creditor, Credit Suisse / LIVE |