**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
_____x
                              :
In re:                        :
                              :   Chapter 11
AMERICAN HOME MORTGAGE        :   Case No. 07-11047(CSS)
HOLDINGS, INC., et al.,       :   Jointly Administered
                              :
     Debtors.                 :
_____x
```

**Notice of Appearance**

Margaret C. Lumsden, of the law firm Unti & Lumsden LLP, gives notice of her appearance in this matter for Progress Energy Carolinas, Inc. and requests that notices be served at the following address:

> Margaret C. Lumsden
> Unti & Lumsden LLP
> 302 Jefferson Street, Suite 200
> Raleigh, North Carolina  27605

This the 30th day of August, 2007.

> /s/ Margaret Lumsden
> Margaret C. Lumsden
>   NC Bar No. 15953
> Unti & Lumsden LLP
> 302 Jefferson Street, Ste 200
> Raleigh, NC 27605
> (919) 828-3966
> Fax: (919) 828-3927