IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :  Jointly Administered
       Debtors.                                                          :
------------------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 489

The undersigned hereby withdraws the Notice of Proposed Assumption and Assignment and Sale of Assets [Docket No. 489].

Dated: Wilmington, Delaware
       August 30, 2007

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ James L. Patton, Jr.
                                      James L. Patton, Jr. (No. 2202)
                                      Joel A. Waite (No. 2925)
                                      Pauline K. Morgan (No. 3650)
                                      Sean M. Beach (No. 4070)
                                      Matthew B. Lunn (No. 4119)
                                      Kara Hammond Coyle (No. 4410)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Proposed Counsel for Debtors and
                                      Debtors in Possession