IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

# VERIFIED STATEMENT OF SEWARD & KISSEL LLP
# PURSUANT TO BANKRUPTCY RULE 2019

Seward & Kissel LLP ("S&K") as attorneys for certain entities in the jointly administered above-referenced chapter 11 cases (the "Chapter 11 Cases") of debtor American Home Mortgage Holdings, Inc. ("AHM"), and its affiliated debtors (the "Affiliated Debtors"; together with AHM, the "Debtors") makes the following statement pursuant to Federal Rule of Bankruptcy Procedure 2019:

1.  S&K represents the following parties in the Chapter 11 Cases:

(a)  Citibank, N.A. ("Citibank"), as Indenture Trustee and Securities Administrator for certain notes issued by trusts that purchased mortgages originated and serviced by AHM. Citibank's address is Citibank Agency & Trust Co., 388 Greenwich Street, 19th Floor, New York, NY 10013.

(b)  Deutsche Bank Trust Company Americas ("Deutsche Bank"), as (i) collateral agent (the "Broadhollow Collateral Agent") under that certain Security Agreement dated as of

SK 01463 0255 804564

May 27, 2004 between Broadhollow Funding, LLC ("Broadhollow"), the Broadhollow Collateral Agent and the Broadhollow Indenture Trustee (as hereinafter defined); (ii) indenture trustee (the "Broadhollow Indenture Trustee") under the Base Indenture dated as of May 27, 2004 between Broadhollow and the Broadhollow Indenture Trustee, as supplemented; (iii) depository under the Depository Agreement between Broadhollow and Deutsche Bank, as depository, dated as of May 27, 2004; (iv) collateral agent (the "Melville Collateral Agent") under that certain Security Agreement dated as of May 27, 2004 between Melville Funding, LLC ("Melville"), the Melville Collateral Agent and the Melville Indenture Trustee (as hereinafter defined) and (v) as indenture trustee (the "Melville Indenture Trustee") under the Base Indenture dated as of May 27, 2004 between Melville and the Melville Indenture Trustee, as supplemented, and (vi) depository under the Depository Agreement between Melville and Deutsche Bank, as depository, dated as of May 27, 2004.  Deutsche Bank's address is Deutsche Bank Trust Company Americas, Trust & Securities Services, 60 Wall Street, 27th Floor, New York, NY 10005.

2.    S&K reserves the right to supplement or amend this Verified Statement at any time in the future.

3. The undersigned is authorized to make the foregoing statements and verifies that such statements are accurate.

Dated:   New York, New York
             August 30, 2007

                                            Seward & Kissel LLP

                                            By:   /s/ Ronald L. Cohen
                                            Ronald L. Cohen (RC-3897)
                                            John R. Ashmead (JA-4756)
                                            One Battery Park Plaza
                                            New York, NY 10004
                                            Tel: (212) 574-1200
                                            Fax: (212) 480-8421
                                            Email:cohenr@sewkis.com
                                                      ashmead@sewkis.com

                                            *Attorneys for Citibank, N.A. and Deutsche Bank Trust Company Americas*