IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| INVESTMENT CORP., *et al.*, ) | Case No. 07-11047 |
| ) | |
| Debtor. ) | |
| ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
FOR CITIMORTGAGE, INC.**

**PLEASE TAKE NOTICE THAT** CitiMortgage, Inc. ("CitiMortgage"), a creditor in the above-captioned case, hereby appears in the above-captioned case by its counsel, Brett D. Fallon of Morris James LLP and Andrew J. Petrie of Featherstone Petrie DeSisto LLP and such counsel hereby enters their appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

| | |
|---|---|
| Brett D. Fallon, Esquire | Andrew J. Petrie, Esquire |
| Morris James LLP | Featherstone Petrie DeSisto LLP |
| 500 Delaware Avenue, Suite 1500 | 600 17th Street, Suite 2400 S |
| P.O. Box 2306 | Denver, Colorado 80202-5424 |
| Wilmington, Delaware 19899-2306 | Telephone: (303) 626-7139 |
| Telephone: (302) 888-6888 | Facsimile: (303) 626-7101 |
| Facsimile: (302) 571-1750 | Email: apetrie@featherstonelaw.com |
| Email: bfallon@morrisjames.com | |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT,** neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) CitiMortgage's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) CitiMortgage's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) CitiMortgage's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which CitiMortgage may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CitiMortgage expressly reserves.

Dated: August 30, 2007                **MORRIS JAMES LLP**

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302)888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 24005
Denver, Colorado  80202-5424
Telephone:  (303) 626-7139
Facsimile:   (303) 626-7101
Email:  apetrie@featherstonelaw.com

*Attorneys for CitiMortage, Inc.*

1605036

3