IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| INVESTMENT CORP., *et al.*, ) | Case No. 07-11047 |
| ) | |
| Debtor. ) | |
| ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

    I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 30, 2007, I caused service of the following:

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
FOR CITIMORTGAGE, INC.
[for Brett D. Fallon, Esquire and Andrew J. Petrie, Esquire]**

    Service was completed upon the following parties on the attached list as indicated thereon.

Date: August 30, 2007

                                                                    Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 30th day of August, 2007.

                                                             NOTARY

**S. STACI HUDSON**
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

1606488