IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) Case No. 07-11047-CSS |
| a Delaware corporation, et al., | ) |
| | ) Joint Administration Pending |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE   :
                              : SS:
NEW CASTLE COUNTY  :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been, an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 30, 2007, I caused service of the following:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
[OF ANDREW J. PETRIE, ESQUIRE]**

Service was completed upon the following parties on the attached list as indicated thereon.

Date: August 30, 2007

_____
Cassandra D. Lewicki

SWORN TO AND SUBSCRIBED before me this 30th day of August, 2007.

_____
NOTARY

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

1606493

**VIA FIRST CLASS MAIL**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
[Counsel for the Debtor]

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

**VIA FIRST CLASS MAIL**
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)

606493