**EXHIBIT A**

ORIGINAL

**KIRBY, MCINERNEY & SQUIRE, LLP**
Ira M. Press (IP 5313)
830 Third Ave, 10th Floor
New York, NY 10022
Telephone: (212) 317-2300
Facsimile: (212) 751-2540

*Attorneys for Plaintiff*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME MORTGAGE INVESTMENT CORP., MICHAEL STRAUSS AND STEPHEN A. HOZIE, <br><br> Defendants. | No.  **07  3186** <br><br> CLASS ACTION COMPLAINT <br><br> PLATT, J. <br><br> **JURY TRIAL DEMANDED** <br><br> BOYLE, M. J. |

Plaintiff, by his undersigned counsel, for plaintiff's Class Action Complaint, alleges the following upon personal knowledge as to plaintiff and plaintiff's own acts, and upon information and belief based upon the investigation of plaintiff's attorneys as to all other matters. The investigation includes the thorough review and analysis of public statements, publicly filed documents of American Home Mortgage Investment Corp. ("American Home Mortgage" or the "Company"), press releases, news articles and the review and analysis of accounting rules and related literature. Plaintiff believes that further substantial evidentiary support will exist for the allegations set forth below after a reasonable opportunity for discovery.

## SUMMARY OF ACTION

1.      This is a class action on behalf of all purchasers of the common stock of American Home Mortgage between April 26, 2006 and July 30, 2007, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      American Home Mortgage is in the business of investing in mortgage-backed securities and mortgage loans resulting from the securitization of residential mortgage loans that the Company's subsidiaries originate and service. American Home Mortgage also invests in securitized mortgage loans originated by others. Most of the Company's portfolio consists of securitized adjustable-rate mortgage loans, or ARM loans, that are of prime and alternate "A" quality. The Company also originates mortgage loans which are typically either sold, securitized (with the resulting mortgage-backed securities being sold), or held by the Company as a long-term investment. For certain of these loans, the Company may be required to repurchase the loan in the event of an early payment default.

3.      Throughout the Class Period, Defendants failed to disclose that the Company was operating without adequate reserves for delinquent loan repurchases or an adequate strategic plan in relation to the volatility of certain of American Home Mortgage's loan products. As a result of defendants' failure to fully disclose that the Company was operating without adequate reserves in relation to the Company's prior sales of certain of American Home Mortgage's loan products or an adequate strategic plan for the repurchase of delinquent previously sold loans, defendants materially misrepresented to investors the true facts concerning American Home Mortgage's financial performance and prospects.

- 2 -

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to: (a) Section 27

of the Exchange Act, 15 U.S.C. § 78aa; and (b) 28 U.S.C. §§ 1331 and 1337.

5.      This action arises under and pursuant to: (a) Section 10(b) of the

Exchange Act, 15 U.S.C. § 78j(b); (b) Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-

5; and (c) Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

6.      Venue is proper in this District pursuant to Section 27 of the

Exchange Act,15 U.S.C. § 78aa.

7.      In furtherance of and in connection with the acts alleged herein,

Defendants directly or indirectly, used the means and instrumentalities of interstate commerce,

including, but not limited to, the mails, interstate telephonic communications, the Internet, and

the facilities of the New York Stock Exchange (the "NYSE"), a national securities exchange.

## PARTIES

8.      Plaintiff Claude A. Reese purchased American Home Mortgage

securities during the Class Period, as set forth in the attached Certification, and was damaged

thereby.

9.      Defendant American Home Mortgage is a real estate investment trust

(REIT) which engages in the investment and origination of residential mortgage loans in the

United States. The Company originates and sells securitized adjustable-rate mortgage loans, sells

mortgage loans to institutional investors and services mortgage loans owned by others. Its

products also comprise conventional conforming fixed rate loans, alternate "A" loans, jumbo

fixed-rate loans, home equity or second mortgage loans, government fixed-rate loans, non-prime

- 3 -

loans, construction loans, and bridge loans. The Company also originates mortgage loans which are typically either sold, securitized (with the resulting mortgage-backed securities being sold), or held by the Company as a long-term investment.

10.     Defendant Michael Strauss ("Strauss") is the Company's Chairman, President and Chief Executive Officer ("CEO").

11.     Defendant Stephen A. Hozie ("Hozie") is the Company's Chief Financial Officer ("CFO").

12.     Because of the Defendants' positions with the Company, they had access to the adverse undisclosed information about the Company's business, operations, operational trends, financial statements and markets via access to internal corporate documents (including the Company's operating plans, budgets, forecasts and reports of actual operations compared thereto), conversations and connections with other corporate officers and employees, attendance at management and Board of Directors meetings and committees thereof and via reports and other information provided to them in connection therewith.

13.     It is appropriate to treat Defendants as a group for pleading purposes and to presume that the false, misleading and incomplete information conveyed in the Company's public filings, press releases and other publications as alleged herein are the collective actions of the narrowly defined group of defendants identified above. Each of the above officers of Technical Olympic, by virtue of their high-level positions with the Company, directly participated in the management of the Company, was directly involved in the day-to-day operations of the Company at the highest levels and was privy to confidential proprietary information concerning the Company and its business, operations, growth, financial statements,

- 4 -

and financial condition, as alleged herein. Said defendants were involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein, were aware, or recklessly disregarded, that the false and misleading statements were being issued regarding the Company, and approved or ratified these statements, in violation of the federal securities laws.

14.     As officers and controlling persons of a publicly held company whose common stock was, and is, registered with the SEC pursuant to the Exchange Act, and was, and is, traded on the New York Stock Exchange ("NYSE") and governed by the provisions of the federal securities laws, the Defendants each had a duty to disseminate promptly, accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business, markets, management and earnings, and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of the Company's publicly-traded common stock would be based upon truthful and accurate information. The Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

15.     The Defendants participated in the drafting, preparation, and/or approval of the various public and shareholder and investor reports and other communications complained of herein and were aware of, or recklessly disregarded, the misstatements contained therein and omissions therefrom, and were aware of their materially false and misleading nature. Because of their Board membership and/or executive and managerial positions with American Home Mortgage, each of the Defendants had access to the adverse undisclosed information about American Home Mortgage's financial condition and

- 5 -

performance as particularized herein and knew (or recklessly disregarded) that these adverse facts rendered the positive representations made by or about American Home Mortgage and its business issued or adopted by the Company materially false and misleading.

16.     The Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to and did control the content of the various SEC filings, press releases and other public statements pertaining to the Company during the Class Period. Each Individual Defendant was provided with copies of the documents alleged herein to be misleading prior to or shortly after their issuance and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected. Accordingly, each of the Defendants is responsible for the accuracy of the public reports and releases detailed herein and is therefore primarily liable for the representations contained therein.

17.     Each of the defendants is liable as a participant in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of American Home Mortgage common stock by disseminating materially false and misleading statements and/or concealing material adverse facts. The scheme: (i) deceived the investing public regarding American Home Mortgage's business, operations and prospects and the intrinsic value of American Home Mortgage common stock; and (ii) caused plaintiff and other members of the Class to purchase American Home Mortgage common stock at artificially inflated prices.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     American Home Mortgage is a real estate investment trust (REIT) which engages in the investment and origination of residential mortgage loans in the United

States. The Company originates and sells securitized adjustable-rate mortgage loans, sells

mortgage loans to institutional investors and services mortgage loans owned by others. Its

products also comprise conventional conforming fixed rate loans, alternate "A" loans, jumbo

fixed-rate loans, home equity or second mortgage loans, government fixed-rate loans, non-prime

loans, construction loans, and bridge loans. The Company also originates mortgage loans which

are typically either sold, securitized (with the resulting mortgage-backed securities being sold), or

held by the Company as a long-term investment. For certain of the loans American Home

Mortgage originates and subsequently sells, the Company may be required to repurchase the loan

in the event of an early payment default.

**False and Misleading Statements During the Class Period**

19.     On April 26, 2006, the first day of the Class Period, American Home

Mortgage issued a press release announcing its financial results for first quarter 2006. The press

release stated in relevant part as follows:

> **American Home Mortgage Announces First Quarter Results**
>
> Earnings are $1.02 per diluted share Quarterly Loan Production is $13.2 Billion, Market Share Reaches Record 2.55% Company Increases Dividend Policy to $0.96 per share per quarter, or $3.84 per share on an annualized basis 2006 Earnings Guidance of $4.85 to $5.15 is Reaffirmed Other Comprehensive Income is $14.0 million
>
> MELVILLE, N.Y., April 26 /PRNewswire-FirstCall/ - American Home Mortgage Investment Corp. (NYSE: AHM) announced today results for the quarter ended March 31, 2006.
>
> FINANCIAL HIGHLIGHTS
>
> Comparison of the Three Months Ended March 31, 2006 and 2005
>
>    * Revenue for the first quarter of 2006 was $233.1 million, compared to

- 7 -

adjusted revenue of $164.0 million for the first quarter of 2005, an increase of 42.2%. GAAP revenue for the first quarter of 2005 was $235.3 million.

 * Net earnings for the first quarter of 2006 were $54.5 million, compared to adjusted net earnings of $54.0 million for the first quarter of 2005, an increase of 0.8%. GAAP net earnings for the first quarter of 2005 was $125.4 million.

 * Earnings per diluted share for the first quarter of 2006 were $1.02, compared to adjusted earnings per diluted share of $1.24 for the first quarter of 2005, a decrease of 17.7%. GAAP earnings per diluted share for the first quarter of 2005 was $2.99.

 * Dividends per common share for the first quarter of 2006 were $0.91, compared to $0.71 for the first quarter of 2005, an increase of 28.2%.

 * Book value per common share was $22.01 at March 31, 2006, compared to book value per common share of $19.41 at March 31, 2005, an increase of 13.4%.

* * *

Michael Strauss, American Home's Chief Executive Officer, commented, "During the first quarter of 2006 our company regained its financial footing, with revenues and income for the quarter coming in slightly better than anticipated. In particular, our company's first quarter gain on sale margin from loans sold to third parties returned to a more typical rate of 1.27%, resulting in revenue from loans sold to third parties of $171.9 million. By contrast, in the fourth quarter of 2005, our gain on sale margin was 0.96%, resulting in revenue from loans sold to third parties of $105.4 million.

During the first quarter of 2006, our company's net interest income, including $3.9 million of carry earnings on free standing swaps, was $50.5 million, compared to $51.3 million, including $1.0 million of free standing swap carry earnings, in the fourth quarter of 2005. The $50.5 million of net interest income included $30.3 million of net interest income from our portfolio of securitized loans and mortgage securities, $9.4 million of net interest income from loans held for investment which are pending securitization, $18.6 million of net interest income on warehouse loans held for sale and $7.8 million of interest expense associated with trust preferred, servicing financing and other borrowings. By contrast, the $51.3 million of net interest income earned during the fourth quarter of 2005 consisted of $30.8 million of net interest income from our portfolio, $2.1 million of net interest income from investment loans pending securitization, $24.3 million of net interest income from warehouse loans held for sale, and $5.9 million of interest expense for trust preferred, servicing financing and other borrowings.

During the first quarter of 2006, our company's loan production was $13.2 billion compared to $13.6 billion in the fourth quarter of 2005. While production was down slightly on a quarter-over-quarter basis, our company's market share, based on Freddie Mac's projection of the national market, reached a record 2.55% of US

- 8 -

originations in the first quarter, up sharply from our 2.02% share in the fourth quarter of 2005. During the first quarter each of our retail, wholesale and correspondent channels gained share.

\* \* \*

## FIRST QUARTER RESULTS

During the first quarter of 2006, American Home's mortgage loans and mortgage-backed securities in portfolio averaged $11.1 billion, and earned net interest income of $26.4 million equal to a net interest margin of 0.95%. In addition, during the quarter, the Company earned $3.9 million of positive carry on interest rate swaps which economically hedge the trading portion of the Company's portfolio. Under accounting rules these swaps are classified as free standing derivatives and consequently are not included in GAAP net interest income, but are instead included in unrealized gains and losses on mortgage backed securities and derivatives. For the first quarter, the combined net interest income and positive swap carry was $30.3 million, or 1.09% of average portfolio assets. By comparison, during the fourth quarter of 2005, the Company's mortgage loans and mortgage-backed securities portfolio averaged $10.5 billion and earned net interest income of $29.8 million equal to a net interest margin of 1.17%. During the fourth quarter, the Company had $1.0 million of positive carry on the interest rate swaps which economically hedge the trading portion of the Company's portfolio. Consequently, in the fourth quarter the combined net interest income and positive swap carry was $30.8 million, or 1.21% of average portfolio assets.

During the first quarter of 2006, American Home's inventory of loans averaged $9.6 billion, earned a net interest margin of 1.16% and earned net interest income of $28.0 million. This compares with an average balance of $8.6 billion, a net interest margin of 1.28% and net interest income of $26.4 million in the fourth quarter of 2005. During the first quarter of 2006, the Company had interest expense on trust preferred, servicing financing and other obligations of $7.8 million compared to $5.9 million during the fourth quarter of 2005.

At March 31, 2006, the composition of the Company's loans held for investment and MBS portfolio by type of loan was 60.5% 5/1 adjustable-rate mortgages ("ARMs"), 29.2% short reset ARMs, 3.1% 3/1 ARMs, 1.6% HELOC and closed end seconds and 5.6% other fixed and ARM types. The composition of the MBS portfolio by credit quality based on Standard & Poor's ratings was 93.5% Agency and AAA, 4.0% AA, A, BB and BBB and 2.5% unrated. On March 31, 2006, the MBS portfolio's duration, net of liabilities and hedges, was estimated to be 0.15 years and its projected average life was 2.60 years.

During the first quarter of 2006, the Company's loan production was $13.2 billion. Of the $13.2 billion, 49% of loans were to homebuyers while 51% were for refinancing. During the first quarter of 2006, the Company estimates its national market share reached 2.55%, based on Freddie Mac's recent forecast of national market size, compared to 2.02% in the fourth quarter of 2005 and 1.17% during the first quarter of 2005. At March 31, 2006, the Company employed approximately 2,680 loan officers and account executives, including call center representatives, but excluding sales assistants, compared to approximately 2,373 on December 31, 2005.

During the quarter, the Company continued to pursue its strategy of holding loans in its investment portfolio, which are carried at their cost, less any associated loan loss allowance. The amount of such loans placed into the investment portfolio during the quarter was $970.3 million. These loans had an excess of fair value over carrying value of $14.0 million, or 1.44% of principal.

During the quarter, the Company sold $13.5 billion of non-securitized loans to third parties for a gain, net of hedges, fees and direct costs, of $171.9 million.

During the quarter, the Company recognized realized and unrealized gains, net of hedges, on the value of its securities portfolio of $22.4 million, of which $8.4 million resulted in current period income, and $14.0 million resulted in other comprehensive income.

\* \* \*

The Company's total revenues for the quarter were $233.1 million. Of these revenues, $46.6 million was from net interest income, $171.9 million was from sales of newly originated mortgage loans including origination fees and net of hedges, $24.3 million was from mortgage servicing fees, $8.4 million was from realized and unrealized gains on mortgage securities held, net of hedges, and $1.8 million was from other sources. Revenues were decreased by $18.6 million of change in fair value of servicing assets and $1.3 million of provision for loan losses. During the quarter, the Company's expenses were $162.4 million, and the Company's pre-tax income was $70.7 million. During the quarter, the Company's taxable subsidiary had pre-tax income of $38.9 million resulting in tax expense of $16.2 million. Consequently, net income for the quarter was $54.5 million while preferred dividends were $3.3 million and net income available to common stockholders was $51.2 million, resulting in earnings per diluted share of $1.02. Book value attributable to common stockholders on March 31, 2006 was $1.1 billion, or $22.01 per common share, compared to $1.1 billion, or $21.62 per common share, on December 31, 2005.

EARNINGS GUIDANCE

American Home is reaffirming its 2006 earnings guidance of $4.85 to $5.15 per diluted share. The Company expects the distribution of 2006 earnings among the year's quarters will be affected by seasonality in the Company's loan origination segment and by progressively increasing net interest income due to the Company's buildup of its investment portfolio.

* * *

20.     On May 10, 2006 American Home Mortgage filed its quarterly report

for the period ended March 31, 2006 with the SEC on Form 10-Q, which was signed by the

Defendants and reaffirmed the Company's previously announced financial results.  Pursuant to

Section 302 of the Sarbanes-Oxley Act of 2002 ("Sarbanes-Oxley"), the Form 10-Q included

certifications signed by the Defendants stating that the Form 10-Q did not include any material

misrepresentations.

21.     On July 26, 2006, American Home Mortgage issued a press release

announcing its financial results for second quarter 2006. The press release stated in relevant part

as follows:

**American Home Mortgage Announces Second Quarter Results**

Earnings are $1.37 per diluted share

Quarterly Loan Production reaches a record $14.9 billion

Common Stock Dividend Policy increased to $1.01 per share per quarter, or $4.04 per share on an annualized basis

2006 Earnings Guidance of $4.85 to $5.15 per diluted share reaffirmed

MELVILLE, N.Y., July 26 /PRNewswire-FirstCall/ – American Home Mortgage Investment Corp. (NYSE: AHM) announced today results for the quarter ended June 30, 2006.

FINANCIAL HIGHLIGHTS
Comparison of the Three Months Ended June 30, 2006 and 2005

- 11 -

-- Revenue for the second quarter of 2006 was $276.8 million, compared to revenue of $203.3 million for the second quarter of 2005, an increase of 36.1%.

-- Net earnings for the second quarter of 2006 were $72.4 million, compared to net earnings of $65.5 million for the second quarter of 2005, an increase of 10.5%.

-- Earnings per diluted share for the second quarter of 2006 were $1.37, compared to earnings per diluted share of $1.52 for the second quarter of 2005, a decrease of 9.9%.

-- Dividends per common share for the second quarter of 2006 were $0.96, compared to $0.76 for the second quarter of 2005, an increase of 26.3%.

-- Book value per common share was $22.35 at June 30, 2006, compared to book value per common share of $20.21 at June 30, 2005, an increase of 10.6%.

Comparison of the Three Months Ended June 30, 2006 and March 31, 2006

-- Revenue for the second quarter of 2006 was $276.8 million, compared to revenue of $233.1 million for the first quarter of 2006, an increase of 18.7%.

-- Net earnings for the second quarter of 2006 were $72.4 million, compared to net earnings of $54.5 million for the first quarter of 2006, an increase of 32.9%.

-- Earnings per diluted share for the second quarter of 2006 were $1.37, compared to earnings per diluted share of $1.02 for the first quarter of 2006, an increase of 34.3%.

-- Dividends per common share for the second quarter of 2006 were $0.96, compared to $0.91 for the first quarter of 2006, an increase of 5.5%.

-- Book value per common share was $22.35 at June 30, 2006, compared to book value per common share of $22.01 at March 31, 2006, an increase of 1.5%.

Comparison of the Six Months Ended June 30, 2006 and 2005
-- Revenue for the six months ended June 30, 2006 was $509.9 million, compared to adjusted revenue of $367.3 million for the six months ended June 30, 2005, an increase of 38.8%.  GAAP revenue for the six months ended June 30, 2005 was $438.6 million.

-- Net earnings for the six months ended June 30, 2006 were $126.8 million compared to adjusted net earnings of $119.5 million for the six months ended June 30, 2005, an increase of 6.1%.  GAAP net earnings for the six months ended June 30, 2005 were $190.9 million.

-- Earnings per diluted share for the six months ended June 30, 2006 were $2.39 compared to adjusted earnings per diluted share of $2.76 for the six months ended June 30, 2005, a decrease of 13.4%.  GAAP earnings per diluted share for the six months ended June 30, 2005 were $4.51.

-- Dividends per common share for the six months ended June 30, 2006 were $1.87, compared to $1.47 for the six months ended June 30, 2005, an

- 12 -

increase of 27.2%.

Michael Strauss, American Home's Chief Executive Officer, commented, "The second quarter of 2006 was highly successful for our company. During the quarter, our portfolio net interest income reached a record $33.9 million, while our production business experienced record originations, record market share, a strong gain on sale margin and improved warehouse income. During the quarter, we continued to execute our strategy of retaining a portion of our loan production for our investment portfolio, by adding $1.2 billion of loans to our portfolio at quarter-end. These loans are carried at cost, and are expected to enhance our future portfolio earnings. We also continued to adhere to our core risk mitigation strategies including targeting a duration- neutral "matched book," and purchasing mortgage insurance to protect against credit losses. Today approximately half of the loans we hold are insured, either through borrower or lender-paid mortgage insurance. In addition to these core risk mitigation strategies, we recently began hedging the value of our mortgage servicing assets against the possibility of declining interest rates.

"Our company is again reaffirming our annual earnings guidance of $4.85 to $5.15 per diluted share. Our earnings guidance is based on, among other factors, annual loan originations of $55 billion to $60 billion. I am very pleased to report that, based on our company's performance and prospects, the Board of Directors has again voted to increase the dividend policy for our common stockholders. The new policy is $1.01 per share per quarter, or $4.04 per share on an annualized basis. The increased dividend is expected to become effective for the dividend expected to be paid in October 2006."

SECOND QUARTER RESULTS

* * *

At June 30, 2006, the composition of the Company's loans held for investment and MBS portfolio by type of loan was 56.7% 5/1 adjustable-rate mortgages ("ARMs"), 26.7% short reset ARMs, 10.8% fixed rate loans, 2.5% 3/1 ARMs, 1.6% HELOC and closed end seconds and 1.7% other ARM types. The composition of the MBS portfolio by credit quality based on Standard & Poor's ratings was 93.8% Agency and AAA, 3.8% AA, A, and BBB and 2.4% BB and unrated. On June 30, 2006, the MBS portfolio's duration, net of liabilities and hedges, was estimated to be 0.10 years and its projected average life was 2.79 years.

* * *

The Company's total revenues for the quarter were $276.8 million. Of these

- 13 -

revenues, $50.2 million was from net interest income, $224.6 million was from sales of newly originated mortgage loans including origination fees and net of hedges, $30.4 million was from mortgage servicing fees, and $2.1 million was from other sources. Revenues were decreased by $7.7 million of realized and unrealized losses on mortgage securities held, net of hedges, $18.8 million of change in fair value of servicing assets and $4.0 million of provision for loan losses. During the quarter, the Company's expenses were $171.2 million, and the Company's pre-tax income was $105.6 million. Also during the quarter, the Company's tax expense was $33.2 million. Consequently, net income for the quarter was $72.4 million while preferred dividends were $3.3 million and net income available to common stockholders was $69.1 million, resulting in earnings per diluted share of $1.37. Book value attributable to common stockholders at June 30, 2006 was $1.12 billion, or $22.35 per common share, compared to $1.10 billion, or $22.01 per common share, at March 31, 2006.

EARNINGS GUIDANCE

American Home is reaffirming its 2006 earnings guidance of $4.85 to $5.15 per diluted share. The Company expects the distribution of 2006 earnings among the year's quarters will be affected by seasonality in the Company's loan origination segment and by progressively increasing net interest income due to the Company's buildup of its investment portfolio.

\* \* \*

22.    On June 30, 2006, American Home Mortgage filed its quarterly report for the period ended June 30, 2006 with the SEC on Form 10-Q, which was signed by the Defendants and reaffirmed the Company's previously announced financial results.  Pursuant to Section 302 of Sarbanes-Oxley, the Form 10-Q included certifications signed by the Defendants stating that the Form 10-Q did not include any material misrepresentations.

23.    On October 26, 2006, American Home Mortgage issued a press release announcing its financial results for third quarter 2006. The press release stated in relevant part as follows:

**American Home Mortgage Announces Third Quarter Results**

Earnings are $1.36 per diluted share

Quarterly loan production reaches a record $15.3 billion

Common stock dividend policy increased to $1.06 per share per quarter, or $4.24 per share on an annualized basis

2006 earnings guidance of $4.85 to $5.15 per share reaffirmed

MELVILLE, N.Y., Oct. 26 /PRNewswire-FirstCall/ – American Home Mortgage Investment Corp. (NYSE: AHM) announced today results for the quarter ended September 30, 2006.

FINANCIAL HIGHLIGHTS

Comparison of the Three Months Ended September 30, 2006 and 2005

-- Revenue for the third quarter of 2006 was $258.9 million, compared to revenue of $204.8 million for the third quarter of 2005, an increase of26.4%.
-- Net earnings for the third quarter of 2006 were $72.0 million, compared to net earnings of $53.2 million for the third quarter of 2005, an increase of 35.4%.
-- Earnings per diluted share for the third quarter of 2006 were $1.36, compared to earnings per diluted share of $1.09 for the third quarter of 2005, an increase of 24.8%.
-- Dividends per common share for the third quarter of 2006 were $1.01, compared to $0.86 for the third quarter of 2005, an increase of 17.4%.
-- Book value per common share was $22.52 at September 30, 2006, compared to book value per common share of $22.81 at September 30, 2005, a decrease of 1.3%.

Comparison of the Three Months Ended September 30, 2006 and June 30, 2006

-- Revenue for the third quarter of 2006 was $258.9 million, compared to revenue of $276.8 million for the second quarter of 2006, a decrease of 6.4%.
-- Net earnings for the third quarter of 2006 were $72.0 million, compared to net earnings of $72.4 million for the second quarter of 2006, a decrease of 0.5%.
-- Earnings per diluted share for the third quarter of 2006 were $1.36, compared to earnings per diluted share of $1.37 for the second quarter of 2006, a decrease of 0.7%.
-- Dividends per common share for the third quarter of 2006 were $1.01,compared to $0.96 for the second quarter of 2006, an increase of 5.2%.

-- Book value per common share was $22.52 at September 30, 2006, compared to book value per common share of $22.35 at June 30, 2006, an increase of 0.8%.

Comparison of the Nine Months Ended September 30, 2006 and 2005

-- Revenue for the nine months ended September 30, 2006 was $768.8million, compared to adjusted revenue of $572.1 million for the nine months ended September 30, 2005, an increase of 34.4%. GAAP revenue for the nine months ended September 30, 2005 was $643.5 million.
-- Net earnings for the nine months ended September 30, 2006 were $198.8million compared to adjusted net earnings of $172.7 million for the nine months ended September 30, 2005, an increase of 15.1%. GAAP net earnings for the nine months ended September 30, 2005 were $244.1million.
-- Earnings per diluted share for the nine months ended September 30, 2006 were $3.75 compared to adjusted earnings per diluted share of $3.83 for the nine months ended September 30, 2005, a decrease of 2.1%. GAAP earnings per diluted share for the nine months ended September 30, 2005 were $5.51.
-- Dividends per common share for the nine months ended September 30, 2006were $2.88, compared to $2.33 for the nine months ended September 30,2005, an increase of 23.6%.

Michael Strauss, American Home's Chief Executive Officer, commented, "I am pleased by our company's results during the third quarter. In particular, earnings per share were strong at $1.36, while dividends and book value per share continued to advance from second quarter levels. Our company's third quarter results were accomplished during a period that was particularly difficult for our industry; a period that included the adverse impacts of an inverted yield curve, falling national housing prices, reduced national loan originations, and servicing write-downs due to lower interest rates. These difficult conditions are reflected in American Home's third quarter results which include a significant mortgage servicing asset write-down, a lower although still constructive gain-on-sale margin, high credit expense for reserving necessitated by sharply higher delinquencies and loan repurchases, and finally, lower warehouse net interest due to a narrower spread between new loan yields and funding yields. These factors were offset in our company's third quarter results however, by record portfolio net interest income, record loan production and record servicing and ancillary fee income, as well as by lower expenses in our loan production business. In addition, our company did not experience a loss in its mortgage-backed securities portfolio as had been the case in several of the previous quarters, but instead had a net portfolio gain of $3.4 million. I believe our company's strong results in this challenging environment illustrate the underlying earnings power of our businesses.

"During the quarter, our company added $906.8 million of newly originated loans

- 16 -

to its portfolio of loans held for investment. These loans are carried at their cost, have an unrecognized fair value in excess of cost of $15.5 million, and are projected to yield 7.01% over their estimated life. As investors know, one of our company's core strategies is to grow ongoing portfolio net interest income by increasing our holdings of self-originated loans benefited by a low cost basis.

"Based on our third quarter results and our outlook for the fourth quarter, our company is reaffirming its 2006 earnings guidance of $4.85 to $5.15 per share, and its guidance for annual loan originations of $55 billion to $60 billion.

\* \* \*

During the third quarter, the Company continued to experience higher costs for credit provisions and allowances due to sharply higher portfolio delinquencies as well as increased repurchases of delinquent, previously sold loans. Non-performing loans held for investment increased to $66.9 million at the end of the third quarter compared to $33.5 million at the end of the second quarter. Allowances and reserves associated with these loans were $12.5 million at quarter-end compared to $6.9 million at the end of the second quarter, while the Company's provision expense was $5.4 million in the third quarter compared to $4.0 million during the second quarter. During the third quarter, the Company's loss severity as a percent of loan principal on completed foreclosures, net of mortgage insurance recoveries, was 15.7%. The Company purchases mortgage insurance to partially mitigate its credit exposure and 46.3% of the Company's securitized loans held for investment are benefited by mortgage insurance. Delinquencies and related expenses are expected to continue to rise in future quarters primarily due to a weakened national housing market as well as seasoning of the Company's portfolio.

\* \* \*

EARNINGS GUIDANCE

With this earnings announcement, American Home is reaffirming its 2006 earnings guidance of $4.85 to $5.15 per diluted share. The Company's earnings guidance is based on uncertain assumptions about factors that will affect the Company's fourth quarter, 2006 results including: that net interest margins will remain near constant, that gain- on-sale margins will decline slightly, that originations will decline slightly, that expenses as a percentage of loan production will remain constant, that credit loss related expenses will continue to increase and that the Company will not experience significant write-downs or write-ups in the value of its assets due to changing interest rates or credit spreads which are not offset by the Company's hedges. Results differing from the Company's assumptions for these factors as well as many other factors may cause the

Company's actual results to differ from its earnings guidance. With this earnings release, the Company is also reaffirming its guidance for 2006 loan production of $55 billion to $60 billion.

* * *

24.    On August 9, 2006 American Home Mortgage filed its quarterly

report for the period ended June 30, 2006 with the SEC on Form 10-Q, which was signed by the

Defendants and reaffirmed the Company's previously announced financial results.  Pursuant to

Section 302 of Sarbanes-Oxley, the Form 10-Q included certifications signed by the Defendants

stating that the Form 10-Q did not include any material misrepresentations.

25.    On January 25, 2007, the Company issued a press release announcing

its 2006 fourth quarter and full year financial results. The press release stated:

### American Home Mortgage Announces Fourth Quarter and Full Year Results

Earnings are $1.21 per diluted share for the fourth quarter and $4.96 for the full year 2006

Origination volumes are a record $15.5 billion for the fourth quarter and a record $58.9 billion for the full year 2006

Common stock dividend policy increased to $1.12 per share per quarter, or $4.48 per share on an annualized basis

2007 earnings guidance is $5.40 to $5.70 per diluted share

MELVILLE, N.Y.--(BUSINESS WIRE)--Jan. 25, 2007--American Home Mortgage Investment Corp. (NYSE: AHM) announced today results for the quarter and full year ended December 31, 2006.

FINANCIAL HIGHLIGHTS

Comparison of the Three Months Ended December 31, 2006 and 2005

-- Revenue for the fourth quarter of 2006 was $257.7 million, compared to revenue of $150.5 million for the fourth quarter of 2005, an increase of 71.3%.

- 18 -

-- Net earnings for the fourth quarter of 2006 were $64.7 million, compared to net earnings of $16.7 million for the fourth quarter of 2005, an increase of 287.5%.

-- Earnings per diluted share for the fourth quarter of 2006 were $1.21, compared to earnings per diluted share of $0.27 for the fourth quarter of 2005, an increase of 348.1%.

-- Dividends declared per common share for the fourth quarter of 2006 were $1.06, compared to $0.91 for the fourth quarter of 2005, an increase of 16.5%.

-- Book value per common share was $22.64 at December 31, 2006, compared to book value per common share of $21.62 at December 31, 2005, an increase of 4.7%.

Comparison of the Three Months Ended December 31, 2006 and September 30, 2006

-- Revenue for the fourth quarter of 2006 was $257.7 million, compared to revenue of $258.9 million for the third quarter of 2006, a decrease of 0.5%.

-- Net earnings for the fourth quarter of 2006 were $64.7 million, compared to net earnings of $72.0 million for the third quarter of 2006, a decrease of 10.2%.

-- Earnings per diluted share for the fourth quarter of 2006 were $1.21, compared to earnings per diluted share of $1.36 for the third quarter of 2006, a decrease of 11.0%.

-- Dividends declared per common share for the fourth quarter of 2006 were $1.06, compared to $1.01 for the third quarter of 2006, an increase of 5.0%.

-- Book value per common share was $22.64 at December 31, 2006, compared to book value per common share of $22.52 at September 30, 2006, an increase of 0.5%.

Comparison of the Year Ended December 31, 2006 and 2005

-- Revenue for the year ended December 31, 2006 was $1.03 billion, compared to adjusted revenue of $722.6 million for

the year ended December 31, 2005, an increase of 42.0%. GAAP revenue for the year ended December 31, 2005 was $793.9 million.

-- Net earnings for the year ended December 31, 2006 were $263.5 million compared to adjusted net earnings of $189.4 million for the year ended December 31, 2005, an increase of 39.1%. GAAP net earnings for the year ended December 31, 2005 were $260.8 million.

-- Earnings per diluted share for the year ended December 31, 2006 were $4.96 compared to adjusted earnings per diluted share of $3.97 for the year ended December 31, 2005, an increase of 24.9%. GAAP earnings per diluted share for the year ended December 31, 2005 were $5.58.

-- Dividends per common share for the year ended December 31, 2006 were $3.94, compared to $3.24 for the year ended December 31, 2005, an increase of 21.6%.

Michael Strauss, American Home's Chief Executive Officer commented, "The fourth quarter was highly successful for our company with earnings of $1.21 per diluted share. During the quarter, we added $1.0 billion of recently originated loans to our portfolio, which are carried at cost. Loan origination volume was a record $15.5 billion due to our company achieving a record market share of 2.48% of national originations. Net interest income was stable while our servicing portfolio produced record revenues. During the quarter, our company did however experience its highest delinquency related charges to date, which reduced our quarterly earnings.

The fourth quarter concluded a very successful year for our company, with earnings per diluted share reaching a record $4.96. By comparison, diluted earnings per share were $3.97 in 2005, $3.74 in 2004, $4.07 in 2003 and $2.65 in 2002*. A key financial goal for our company in 2007 is to continue our multi-year growth trend in earnings per share. During 2006, our company's return on average common equity was 22.7%, which surpassed our target of 20%, and compares favorably to 2005 when our adjusted return on average common equity was 19.7%. Also during 2006 our company originated $58.9 billion of loans compared to $45.3 billion in 2005. Finally, during 2006, our company reached a milestone as, for the first time; its revenues exceeded $1.0 billion.

In this earnings release, our company is providing 2007 earnings guidance of $5.40 to $5.70 per fully diluted share with the earnings per diluted share for each

- 20 -

quarter in 2007 projected to be approximately 9% to 15% higher than for the comparable quarter in 2006. Our earnings guidance is based on stable net interest margins applied to a growing portfolio of loans held for investment, loan production of $68 billion to $74 billion, and a reduction in gain on sale margins of approximately 12 basis points. Lower gain on sale margins are expected in part because delinquency losses on loans held for sale, including losses due to repurchases, are projected to continue at high levels throughout 2007. Projections for continued high losses are based on our company's view that while there are signs that housing prices are starting to stabilize, future abatements in foreclosure activity will lag a recovery in the housing market. As a result, our 2007 earnings guidance anticipates a highly stressed credit environment.

Not included in our earnings guidance are potential benefits from new strategies that offer the possibility of higher portfolio income, increased loan production and reduced income tax expense. Our company will keep investors apprised if material benefits from these strategies become likely.

I am very pleased to announce that based on our company's results and prospects, our Board of Directors has voted to increase our company's dividend policy by $0.06 to $1.12 per share per quarter or $4.48 per share on an annualized basis. The new dividend policy is expected to take effect with our April dividend payment. Please note, however, that our company is not obligated to pay dividends until such dividends are declared by our Board of Directors, and our Board of Directors may change our company's dividend policy at any time without prior notice."

* * *

Delinquencies and delinquency related charges were up sharply in the fourth quarter and are expected to remain at elevated levels throughout 2007. For the fourth quarter, the Company's provision expense associated with loans held for investment was $6.7 million, while its quarter-end allowance for loan loss balance was $14.2 million and its non-performing loans held for investment were $82.4 million. By comparison, for the third quarter of 2006, the Company's provision expense was $5.4 million, while its quarter-end allowance for loan loss balance was $10.9 million and its non-performing loans held for investment were $66.9 million. Additionally, in the fourth quarter, the Company added $14.5 million to its reserves for delinquent loans held for sale which include repurchased loans. These added reserves resulted in a charge to the Company's gain on sale which reduced its net gain on sale revenue. At quarter-end, reserves associated with delinquent loans held for sale were $22.0 million, while non-performing loans held for sale were $124.3 million. By comparison, in the third quarter, additions to reserves charged to gain on sale were $2.8 million, reserves associated with loans held for sale were $8.7 million, and non-performing loans held for sale were $50.3

- 21 -

million. During the fourth quarter, the value of the Company's residual assets decreased approximately $12.1 million due to changes in anticipated credit losses, future interest rates and prepayment speeds, and consequently resulted in a write-down that was charged to income. The Company estimates that approximately half of the write-down in the value of residual securities was attributable to delinquencies.

During the fourth quarter, the Company completed foreclosures and sold repossessed real estate for loans with an aggregate unpaid principal balance of $43.4 million. Losses on these loans were $7.0 million, net of mortgage insurance, resulting in a severity rate of 16.2%. By comparison, during the third quarter, the Company completed foreclosures and sold repossessed real estate for loans with an aggregate unpaid principal balance of $29.4 million. Losses on those loans were $4.6 million, net of mortgage insurance, resulting in a severity rate of 15.7%.

Throughout the fourth quarter, the Company continued to pursue a strategy of matching the duration of its portfolio assets with the duration of its liabilities, net of hedges. At December 31, 2006, the composition of the Company's loans held for investment and loans underlying its mortgage-backed securities was 45.0% 5/1 ARM loans, 26.0% short reset ARMs, 13.7% fixed rate loans, 8.9% 7/1 ARM loans, 2.0% 3/1 ARM loans, 1.3% HELOC and closed-end seconds, and 3.1% other ARM types. On December 31, 2006, the mortgage-backed securities portfolio's duration, net of liabilities and hedges, was estimated to be 0.07 years and its projected average life was 2.36 years. The composition of the mortgage-backed securities portfolio by credit quality based on Standard & Poor's ratings was 93.9% Agency and AAA, 3.8% AA, A, and BBB and 2.3% BB and unrated.

During the fourth quarter, the Company's loan origination business continued to produce strong results. Loan originations reached a record $15.5 billion compared to $15.3 billion in this year's third quarter. During the fourth quarter, the Company sold $14.3 billion of loans to third parties for a gross gain on sale excluding reserving for delinquencies of $217.4 million equal to a gross gain on sale margin of 1.52%. By comparison, during this year's third quarter, the Company sold $14.3 billion of loans to third parties for a gross gain on sale of $213.4 million equal to a gain on sale margin of 1.49%. The Company's gain on sale net of additions to its reserves for delinquent loans held for sale was $202.9 million in the fourth quarter compared to $210.6 million in the third quarter of 2006.

* * *

EARNINGS GUIDANCE

The Company is providing earnings guidance for 2007 of $5.40 to $5.70 per diluted share. Quarterly earnings per diluted share are projected to be approximately 9% to 15% higher for each quarter in 2007 compared to the comparable quarter in 2006. Key projections underlying the Company's guidance are that 1) net interest margins will remain stable and the balance of loans held for investment and carried at cost will continue to grow, 2) that loan production will range between $68 billion and $74 billion with higher production in the second and third quarters, and lower production in the first and fourth quarter, 3) that the Company's gain on sale margin from loans sold will decline by approximately 12 basis points, in part due to continued high delinquency charges associated with the Company's loans held for sale, and 4) that the Company will not experience significant losses net of hedges due to write-downs of its portfolio assets and / or its servicing assets. It is important to note that actual results, which are different than any one or more than one of the key projections, may prevent the Company from achieving its earnings guidance, and may instead result in losses. In addition, factors other than the key projections listed herein may cause the Company to fail to achieve its earnings guidance and may result in losses as more fully described under Risk Factors in the Company's Annual Report filed on Form 10-K with the Securities and Exchange Commission.

* * *

26.     On March 1, 2007, American Home Mortgage  filed its annual report

for fiscal year 2006,  the period ended December 31, 2006 with the SEC on Form 10-K, which was

signed by the Defendants, among others, and reaffirmed the Company's previously announced financial

results.  Pursuant to Section 302 of Sarbanes-Oxley, the Form 10-K included certifications signed by the

Defendants stating that the Form 10-K did not include any material misrepresentations.

27.     Approximately one month later, on April 6, 2007, the Company

issued the following press release:

**American Home Mortgage Expects Reduced Earnings in the First Quarter and Full Year 2007**

Market conditions are expected to reduce gain on sale revenues and necessitate write-downs of low investment grade and residual securities

- 23 -

The Company now sees first quarter earnings per diluted share of $0.40 to $0.60 and full year 2007 earnings per diluted share of $3.75 to $4.25

Common stock dividend policy is changed to $0.70 per share per quarter or $2.80 on an annualized basis

MELVILLE, N.Y.--(BUSINESS WIRE)--April 6, 2007--American Home Mortgage Investment Corp. (NYSE: AHM) announced today that it expects lower income in the first quarter and full year 2007 than previously forecasted due to conditions in the secondary mortgage and mortgage-backed securities markets.

Michael Strauss, American Home's Chairman and Chief Executive Officer, commented, "During March, conditions in the secondary mortgage and mortgage securities markets changed sharply. In particular, these markets were characterized by far few buyers offering materially lower prices, both for loan pools and for "AA", "A", "BBB" and residual mortgage securities. These changes had a significant, adverse impact on our Company's first quarter results, reducing our gain on sale revenue and causing mark-to- market losses in our portfolio. While the market may recover, and while we will attempt to restore our gain on sale margins by raising interest rates charged to consumers, our working assumption must be that current market conditions will persist and that our gain on sale margins will not recover through the balance of the year. Consequently, I am disappointed to report that our Company is lowering its full year earnings guidance and its dividend policy."

First Quarter Results

The Company's first quarter results will be adversely affected by lower gain on sale margins. As March progressed, loan pools offered for sale by the Company received relatively few bids at lower than expected prices. As a result, those loans originated by the Company in late February and during March earned lower gain on sale revenues than were anticipated.

The Company's first quarter results will also be adversely affected by write-downs of its portfolio of low investment grade and residual securities. In particular, the Company's approximately $484 million of securities rated "AA", "A" or "BBB" will be written down to account for an unusually large widening in the first quarter of the spread over LIBOR at which these securities trade.

Additionally, the Company's first quarter results will be adversely affected by ongoing high delinquency related charges due to the Company establishing additional reserves for increases in non-performing loans. While high delinquency charges were expected, their impact on quarterly results continues to be

- 24 -

significant. A disproportionate share of the Company's non-performing loans are repurchased Alternate "A" loans. The Company has ceased offering those types of Alternate "A" loans that have resulted in a high proportion of its repurchases, and consequently believes the portion of delinquency related charge resulting from repurchases will diminish toward year-end. While non-performing loans increased during the quarter, the Company did experience a decline in early stage delinquencies, with loans in early stage delinquencies lower at the end of the first quarter than at year-end 2006.

During the first quarter, the Company's loan production was approximately $16.7 billion. Also during the quarter, the Company's net interest income and mortgage servicing income were near forecast levels.

First Quarter Earnings Guidance

Investors are strongly cautioned that the Company has not yet closed its first quarter, and its actual financial results for the first quarter are unknown and difficult to forecast. Given information currently available, the Company believes its first quarter diluted earnings per share will approximate $0.40 to $0.60.

Full Year 2007 Earnings Guidance

Due to the Company's first quarter earnings shortfall, and based on the possibility that current market conditions will continue to prevail for an extended period, the Company is lowering its full year 2007 earnings guidance to $3.75 to $4.25 per diluted share. Assumptions underlying the revised guidance include slightly lower gain on sale margins in the second quarter compared to the first quarter, and gain on sale margins in the third and fourth quarters similar to the first quarter. Also underlying the revised guidance are the absence of further write-downs of low investment grade and residual securities, and delinquency related charges similar to the first quarter through the balance of the year, except that repurchase related charges are projected to diminish slightly in the fourth quarter.

28.     On April 30, 2007, the Company issued a press release announcing its

financial results for first quarter 2007. The press release stated:

**American Home Mortgage Announces First Quarter Results**

First Quarter Earnings Are $0.54 Per Diluted Share

Earnings Guidance Revised to $3.25 to $3.75 Per Diluted Share

- 25 -

Earnings Expected to Gradually Improve Quarter over Quarter Through Year-End

Dividend Policy Reaffirmed
MELVILLE, N.Y.--(BUSINESS WIRE)--April 30, 2007--American Home
Mortgage Investment Corp. (NYSE: AHM) announced today results for the
quarter ended March 31, 2007.

FINANCIAL HIGHLIGHTS

Comparison of the Three Months Ended March 31, 2007 and 2006

-- Revenue for the first quarter of 2007 was $197.2 million,
   compared to revenue of $233.1 million for the first quarter of
   2006, a decrease of 15.4%.

-- Net earnings for the first quarter of 2007 were $30.7 million,
   compared to net earnings of $54.5 million for the first
   quarter of 2006, a decrease of 43.7%.

-- Earnings per diluted share for the first quarter of 2007 were
   $0.54, compared to earnings per diluted share of $1.02 for the
   first quarter of 2006, a decrease of 47.1%.

-- Dividends declared per common share for the first quarter of
   2007 were $1.12, compared to $0.91 for the first quarter of
   2006, an increase of 23.1%.

-- Book value per common share was $21.68 at March 31, 2007,
   compared to book value per common share of $22.01 at March 31, 2006, a
   decrease of 1.5%.

Comparison of the Three Months Ended March 31, 2007 and December 31, 2006

-- Revenue for the first quarter of 2007 was $197.2 million,
   compared to revenue of $257.7 million for the fourth quarter
   of 2006, a decrease of 23.4%.

-- Net earnings for the first quarter of 2007 were $30.7 million,
   compared to net earnings of $64.7 million for the fourth
   quarter of 2006, a decrease of 52.6%.

-- Earnings per diluted share for the first quarter of 2007 were
   $0.54, compared to earnings per diluted share of $1.21 for the

fourth quarter of 2006, a decrease of 55.4%.

-- Dividends declared per common share for the first quarter of
   2007 were $1.12, compared to $1.06 for the fourth quarter of
   2006, an increase of 5.7%.

-- Book value per common share was $21.68 at March 31, 2007,
   compared to book value per common share of $22.64 at December 31, 2006,
   a decrease of 4.2%.

Michael Strauss, American Home's Chief Executive Officer commented, "As has
been well publicized, the first quarter was a difficult period for mortgage lenders.
Our company also found the first quarter to be challenging. During the quarter, a
severe disruption in the secondary mortgage market caused the prices we received
for our loan production to be far less than in previous quarters. Specifically, our
company's gain on sale margin excluding delinquency related charges was 1.09%
during the first quarter compared to 1.52% during the fourth quarter of 2006.
Also, during the first quarter our company set aside a record level of reserves for
delinquency related charges including $60.5 million of reserving associated with
our loans held for sale. This high level of reserving caused our gain on sale
margin net of loans held for sale delinquency reserves to be 0.74% in the first
quarter compared to 1.42% in the fourth quarter of 2006. Finally, during the first
quarter our company experienced a loss in the value of the mortgage-backed
securities and hedges in our mortgage holdings segment.

These factors caused our company's first quarter income to be significantly
reduced despite gains in net interest income stemming from improved portfolio
and warehouse spreads and despite strong revenue from mortgage servicing.

While I am disappointed by our company's results, our company will always be
susceptible to significant disruptions in the secondary mortgage market. It does
appear that the secondary market is stabilizing. During April, more loan buyers
have been bidding to buy our loan pools. Additionally, spreads on some junior
mortgage securities have retraced a portion of the sharp widening that occurred in
March, junior mortgage securities are trading in a more orderly fashion, and the
ABX index is off its lows. We will have to see how market conditions develop as
the year progresses. For now, however, our company's working assumption, which
is incorporated into our earnings guidance, is that our gain on sale margins,
excluding delinquency related charges, will continue near the low levels we
experienced during the first quarter.

While our company remains susceptible to disruptions in the secondary mortgage
market, we can and have taken actions to reduce our delinquency related charges.

It is important to note that most of our company's delinquency related expenses are not due to delinquency in our portfolio, but instead result from early payment defaults on loans sold that we were required to repurchase, or on loans we hold pending sale. Indeed, 87% of the first quarter's delinquency related charges stem from our loans held for sale, not our portfolio. Moreover, the vast majority of our delinquent loans held for sale are due to our previously offering a particular type of product, namely stated income loans where a high portion of a home's value is borrowed. These types of loans have accounted for approximately 15% of our loan production, but resulted in 73% of our delinquent loans held for sale at March 31, 2007.

Our company discontinued offering the high loan-to-value, stated income loans that resulted in the great majority of our delinquency related charges, generally in late February. As a result, our company is now in a "tail" period that will include repurchasing loans that were recently sold and are still inside the period in which our sale is subject to repurchase, which is usually three months. As the tail period winds down, our company's delinquency related charges should begin to diminish.

During the first quarter, our company's delinquency related charges were increased both due to reserving for new delinquencies and due to reserving because we increased the loss severity assumption for all delinquent loans held for sale. Increased severity assumptions are due to ongoing weakness in home prices and long home marketing periods. This change in assumptions is the reason first quarter delinquency related charges were disproportionately greater than increases to delinquent loans held for sale. During the first quarter, our company increased the loss severity assumption associated with our contingent reserve for repurchases.

One bright note for the first quarter and for April of 2007 is that our loan application volume remains reasonably strong despite our no longer offering those products that resulted in higher delinquency. Our application volume appears to be benefiting from reduced competition and strong demand for refinancing. Based on current application run rates, our 2007 loan production volume guidance of $68 billion to $74 billion remains unchanged. During the first quarter, our company did achieve a record for loan production of $16.7 billion and for market share of 2.54%.

As described in the headline of this earnings release, our company is reducing its full year 2007 earnings guidance to $3.25 to $3.75 per share. The reduction assumes continued weakness in the secondary mortgage markets with little improvement in our company's gain on sale margin. It also assumes a gradual reduction in delinquency related charges associated with selling and repurchasing those loan products our company has discontinued offering. Our projection is that

our company's earnings per share will increase sequentially with earnings in the second quarter exceeding those in the first quarter, and earnings in the third and fourth quarter continuing to modestly improve.

Our company is reaffirming its $0.70 per share per quarter dividend policy. Please note, however, that our company is only obligated to pay dividends upon dividends being declared by our Board of Directors, and that the dividend policy is subject to change at any time without prior notice."

FIRST QUARTER RESULTS

During the first quarter, the Company adopted Statement of Financial Accounting Standards No. 159, "The Fair Value Option for Financial Assets and Financial Liabilities" ("SFAS 159"). As a result of the adoption of SFAS 159, the Company recorded a reduction to the January 1, 2007 opening balance of retained earnings and an offsetting decrease to other comprehensive loss of $54.5 million. The net effect of these two entries did not change the Company's book value, but did reduce both retained earnings and other comprehensive loss by a like amount.

During the first quarter of 2007, the Company's net interest income, plus the positive carry from interest rate swaps, was $64.3 million compared to $48.9 million in the fourth quarter of 2006. Of the $64.3 million, $19.0 million was from portfolio loans, $18.3 million was from mortgage-backed securities, $3.8 million was from swaps associated with mortgage-backed securities, $2.8 million was from American Home Bank, and $33.9 million was from loans in warehouse, reduced by $13.5 million of net interest expense on trust preferred securities, the financing of servicing assets, and other. By comparison, the components of the $48.9 million of net interest income, plus the positive carry from interest rate swaps, earned in the fourth quarter of 2006 were $12.4 million from portfolio loans, $14.7 million from mortgage-backed securities, $6.3 million from swaps associated with mortgage-backed securities, $0.6 million was from American Home Bank and $26.8 million from loans in warehouse, including loans held for investment pending securitization, reduced by $11.9 million of interest expense on trust preferred securities and the financing of servicing assets.

During the first quarter of 2007, portfolio loans earned a net interest margin of 1.56% and had an average balance of $4.9 billion, compared to a net interest margin of 1.42% and an average balance of $3.5 billion in the fourth quarter of 2006. During the first quarter, mortgage-backed securities had an average balance of $8.7 billion, earned a net interest margin on a stand-alone basis of 0.84%, and earned a net interest margin including income from associated swaps of 1.01%. By comparison, in the fourth quarter of 2006, mortgage-backed securities had an average balance of $9.2 billion, earned net interest margin on a stand-alone basis

of 0.64%, and earned a net interest margin including income from associated swaps of 0.91%. In the first quarter, loans in warehouse, including loans held for investment pending securitization, had an average balance of $9.9 billion and earned a net interest margin of 1.37%. By comparison, during the fourth quarter of 2006, loans in warehouse, including loans held for investment pending securitization, had an average balance of $10.0 billion and earned a net interest margin of 1.08%.

During the first quarter, the Company's provision expense associated with loans held for investment was $9.1 million, while its quarter-end allowance for loan loss balance was $16.6 million and its non-performing loans held for investment were $96.1 million. By comparison, for the fourth quarter of 2006, the Company's provision expense was $6.7 million, while its quarter-end allowance for loan loss balance was $14.2 million and its non-performing loans held for investment were $82.4 million. Additionally, in the first quarter, the Company's gain on sale was reduced by $60.5 million to account for additional reserving against the Company's loans held for sale and additions to its contingent reserve for repurchases. At quarter-end, reserves associated with delinquent loans held for sale were $52.8 million, while non-performing loans held for sale were $242.9 million. By comparison, in the fourth quarter, additions to reserves charged to gain on sale were $14.5 million, reserves associated with loans held for sale were $22.0 million, and non-performing loans held for sale were $124.3 million.

Throughout the first quarter, the Company continued to pursue a strategy of matching the duration of its portfolio assets with the duration of its liabilities, net of hedges. At March 31, 2007, the composition of the Company's loans held for investment and loans underlying its mortgage-backed securities was 43.7% 5/1 ARM loans, 28.7% short reset ARMs, 15.8% fixed rate loans, 5.1% 7/1 ARM loans, 1.9% 3/1 ARM loans, 1.4% HELOC and closed-end seconds, and 3.4% other ARM types. On March 31, 2007, the mortgage-backed securities portfolio's duration, net of liabilities and hedges, was estimated to be 0.01 years and its projected average life was 2.27 years. The composition of the mortgage-backed securities portfolio by credit quality based on Standard & Poor's ratings was 92.1% Agency and AAA, 5.0% AA, A, and BBB and 2.9% BB, B, and unrated.

During the first quarter, the Company's loan originations were $16.7 billion compared to $15.5 billion in the fourth quarter of last year. During the first quarter, the Company sold $13.3 billion of loans to third parties, and retained $3.8 billion of loans at the end of the quarter which were marked to their fair value in accordance with FAS 159. These loans were carried on the Company's books at quarter-end in part because of adverse market conditions in March. Most of these loans have been sold in April as a result of improved market conditions. During the first quarter, the Company's gross gain on sale excluding reserving for

delinquencies was $187.4 million equal to a gross gain on sale margin of 1.09% on loans sold or marked. By comparison, during last year's fourth quarter, the Company sold $14.3 billion of loans to third parties for a gross gain on sale excluding reserving for delinquencies of $217.4 million equal to a gross gain on sale margin of 1.52%. The Company's gain on sale net of additions to its reserves for delinquent loans held for sale of $71.2 million was $126.8 million in the first quarter compared to $202.9 million in the fourth quarter of 2006 which included additions to reserves for delinquent loans held for sale of $29.0 million.

During the first quarter of 2007, the Company's loan origination expenses were $161.2 million, or 0.94% of loans sold including the increase in loans carried at fair value, or 0.96% of loans originated, compared to $157.9 million, or 1.11% of loans sold, or 1.02% of loans originated in the fourth quarter of 2006. The Company estimates that its national market share, based on Freddie Mac's recent, revised estimate of national market size, was 2.54% in the first quarter compared to 2.21% in last year's fourth quarter and 1.87% during the first quarter of 2006. At the end of the first quarter, the Company employed approximately 2,520 loan officers and account executives, including call center representatives, but excluding sales assistants, compared to approximately 2,450 on December 31, 2006.

During the first quarter of 2007, the Company's servicing income and ancillary fees were $46.1 million gross, and $21.2 million net of $24.9 million of reduction of fair value due to realization of servicing cash flows. By comparison, during the fourth quarter of 2006, servicing income and ancillary fees were $47.3 million gross, and $18.4 million net of $28.9 million reduction of fair value due to realization of servicing cash flows. At the end of the first quarter, the principal amount of the loans underlying the Company's servicing assets was $39.6 billion. By comparison, the amount of loans underlying the Company's servicing assets at the end of last year's fourth quarter was $38.5 billion. The principal amount of the servicing portfolio, including warehouse loans, was $50.4 billion at the end of the first quarter and $46.3 billion at the end of last year's fourth quarter.

The Company's total revenues in the first quarter of 2007 were $197.2 million. Of these revenues, $60.5 million was from net interest income, $126.8 million was from gain on mortgage loans including origination fees and net of hedges and additions to loss reserves, $46.1 million was from mortgage servicing fees, $3.8 million was from interest carry on free-standing swaps and $3.1 million was from other sources. Revenues were decreased by $24.9 million due to realization of servicing cash flows; $1.1 million due to a decrease in the value of servicing due to changes in assumptions net of hedges; $8.0 million due to realized and unrealized losses on mortgage-backed securities and derivatives held, net of hedges and $9.1 million due to provisioning for loan losses. During the first

- 31 -

quarter, the Company's expenses were $179.2 million, and the Company's pre-tax income was $18.0 million. Also during the quarter, the Company's tax benefit was $12.7 million. Consequently, net income for the quarter was $30.7 million while preferred dividends were $3.3 million and net income available to common stockholders was $27.4 million, resulting in earnings per diluted share of $0.54. Book value attributable to common stockholders at March 31, 2007 was $1.09 billion, or $21.68 per common share, compared to $1.14 billion, or $22.64 per common share, at December 31, 2006.

EARNINGS OUTLOOK

As described above, the Company is reducing its full year 2007 earnings guidance to $3.25 to $3.75 per share. The new guidance reflects an expectation that quarterly earnings will modestly increase sequentially throughout the year, with each successive quarter through the year coming in modestly ahead of the previous quarter.

Underlying the Company's earnings guidance is the assumption that gain on sale margins will continue near the depressed levels of the first quarter through the balance of the year. Also underlying earnings guidance is the assumption that delinquency related charges on discontinued products will diminish gradually as the year progresses.

It is important to note that actual results, which are different than the assumptions, may prevent the Company from achieving its earnings guidance, and may instead result in losses. In addition, factors other than the assumptions listed herein may cause the Company to fail to achieve its earnings guidance and may result in losses as more fully described under Risk Factors in the Company's Annual Report filed on Form 10-K with the Securities and Exchange Commission. In addition, investors should note that mortgage lending and mortgage investment have recently been adversely affected by a number of factors that have also affected the Company, and which are generally beyond the Company's control. Any one or more of these factors may reduce the Company's income or lead to losses. These factors include poor conditions for securitizing mortgage loans, reduced prices for mortgage loans, falling housing prices, reduced housing activity, rising mortgage delinquencies, downgrades of junior mortgage securities and the potential for additional laws and regulation. The Company cautions that investors should carefully consider each of these factors and should also carefully read each of the Risk Factors in the Company's Annual Report.

* * *

29.     On May 10, 2007, American Home Mortgage  filed its quarterly

- 32 -

report with the SEC on Form 10-Q for first quarter 2007, the quarterly period ended March 31,

2007, which was signed by the Defendants reaffirmed the Company's previously announced

financial results. Pursuant to Section 302 of Sarbanes-Oxley, the Form 10-Q included

certifications signed by the Defendants stating that the Form 10-Q did not include any material

misrepresentations.

30.   Defendants' statements described in ¶¶19-29, above, were materially

false and misleading because defendants knew but failed to fully disclose, the Company was

operating without adequate reserves in relation to the Company's prior sales of certain of

American Home Mortgage's loan products or an adequate strategic plan for the repurchase of

delinquent, previously sold loans. As a result of these material omissions, defendants' Class

Period statements misrepresented American Home Mortgage's operations, prospects and

financial performance.

**Disclosures at the End of The Class Period**

31.   Then, on June 28, 2007, the Company issued the following press

release:

> **Company will establish additional reserves for delinquent loan repurchases
> that are likely to cause a loss for the second quarter of 2007 2007 Earnings
> Guidance Withdrawn, but Quarterly Dividend Policy of $0.70 per Share
> Affirmed Company Has Issued $125 million of 9.75% Convertible Trust
> Preferred Securities to Funds Managed by Marathon Asset Management,
> LLC**
>
> MELVILLE, N.Y., Jun 28, 2007 (BUSINESS WIRE) -- American Home
> Mortgage Investment Corp. (NYSE: AHM) announced today that it will take
> substantial charges for credit-related expenses in the second quarter. As a result,
> the Company's second quarter financial results are uncertain, and it is likely the
> Company will experience a second quarter loss. As has been previously described,
> the Company's credit-related expenses have been primarily caused by the three

- 33 -

month "timely payment" warranty the Company granted to loan buyers who purchased stated income loans with high loan to value ratios from the Company. The Company has stopped making these types of loans. Consequently, the Company believes that the high credit-related charges resulting from prior loan sales will diminish as the three month "timely payment" warranty expires.

Michael Strauss, American Home's Chief Executive Officer, commented, "Our company's goal is to put the impact from the discontinued products behind us. A benefit of the substantial reserves we are establishing in the second quarter is that the discontinued product's impact on our future financial results is likely to diminish. As we put the impact from the discontinued products behind us, the positive contributions from our portfolio, mortgage origination franchise and loan servicing business will again drive our results. Altogether, the second quarter will be a period of "clean-up" as the impact from the discontinued products continues to wind down."

While charges related to repurchases of discontinued products will have a significant impact on the Company's second quarter results, new repurchase claims have dropped substantially as the second quarter has progressed. Specifically, claims reached a high in April, but May and June claims have declined approximately 53% from April levels. Claims are typically made shortly after the expiration of the warranty period. The reduction in new claims is a result of the expiration of the three month "timely payment" warranty on loans previously sold by the Company. Claims and related reserves are expected to continue to trend lower in the third and fourth quarters.

## SECOND QUARTER LOSS WILL BE LIMITED

The Company's delinquency-related charges in the second quarter will be substantial. In addition, the Company expects that it will reclassify a portion of its other comprehensive loss. The reclassification will be charged to current quarter earnings, but will reduce other comprehensive loss by a like amount, and consequently will not affect the Company's equity. Altogether, the total amount of loss in the second quarter is expected to be contained. Specifically, the Company expects that its total stockholder's equity will actually be higher at the end of the second quarter compared to the first quarter of 2007.

## EARNINGS GUIDANCE WITHDRAWN

Because of Company's second quarter results and current conditions in the mortgage industry, the Company is withdrawing its previously issued earnings guidance for 2007. The Company expects to reestablish earnings guidance toward year-end.

\* \* \*

32.     As a result of this news, the Company's stock fell from the previous

day's closing price of $20.91, to close on June 29 at $18.38, a drop of $2.53 per share, or 12%,

on unusually heavy trading volume of more than five million shares traded. Defendants knew or

recklessly disregarded that the June 28, 2007, press release was materially misleading because it

failed to fully disclose the Company's financial deterioration.

33.     On or about July 19, 2007, American Home Mortgage stock began to

decline in response to market speculation that the Company was close to losing its financing.

American Home Mortgage stock declined from $13.59 per share on July 18, 2007, to $10.63 per

share on July 19, 2007. In response to these rumors, American Home Mortgage's spokesperson

Mary Feder publicly stated that "No warehouse lines have been pulled."

34.     Then, on July 27, 2007, after the close of the market, American Home Mortgage

issued a press release announcing that its Board of Directors had determined to delay paying its

dividend stating in pertinent part as follows:

> American Home Mortgage Investment Corp. Delays Payment of Quarterly
> Common Stock and Series A and Series B Preferred Stock Dividends
> MELVILLE, N.Y., Jul 27, 2007 (BUSINESS WIRE) -- American Home
> Mortgage Investment Corp. (NYSE: AHM) announced today that its Board of
> Directors has decided to delay payment of its quarterly cash dividend on the
> Company's common stock and anticipates delaying payment of its quarterly cash
> dividends on its Series A Cumulative Redeemable Preferred Stock and Series B
> Cumulative Redeemable Preferred Stock in order to preserve liquidity until it
> obtains a better understanding of the impact that current market conditions in the
> mortgage industry and the broader credit market will have on the Company's
> balance sheet and overall liquidity. The disruption in the credit markets in the past
> few weeks has been unprecedented in the Company's experience and has caused
> major write-downs of its loan and security portfolios and consequently has caused
> significant margin calls with respect to its credit facilities.

The quarterly cash dividend of $0.70 per share on the Company's common stock had been declared on June 15, 2007 and was to be paid on July 27, 2007 to all shareholders of record as of July 9, 2007. The Series A Preferred Stock dividend and Series B Preferred Stock dividend had been declared on June 15, 2007 and are payable on July 31, 2007, to shareholders of record as of July 9, 2007.

American Home Mortgage Investment Corp. is a mortgage real estate investment trust (REIT) focused on earning net interest income from self-originated loans and mortgage-backed securities, and, through its taxable subsidiaries, from originating and selling mortgage loans and servicing mortgage loans for institutional investors. Mortgages are originated through a network of loan production offices and mortgage brokers as well as purchased from correspondent lenders, and are serviced at the Company's Irving, Texas servicing center. For additional information, please visit the Company's website at www.americanhm.com.

35.      In response to this announcement, on July 30, 2007, the NYSE halted trading in American Home Mortgage stock before the market opened. In pre-market trading, the price of American Home Mortgage stock declined to approximately $6.39 per share from $10.47 per share.

## APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON-THE-MARKET DOCTRINE

36.      At all relevant times, the market for American Home Mortgage common stock was an efficient market for the following reasons, among others:

(a)      American Home Mortgage common stock was listed and actively traded, on the NYSE, a highly efficient market;

(b)      As a regulated issuer, the Company filed periodic public reports with the SEC; and,

(c)      American Home Mortgage regularly issued press releases which were carried by national news wires. Each of these releases was publicly available and entered the public marketplace.

- 36 -

(d)     As a result, the market for American Home Mortgage securities promptly digested current information with respect to the Company from all publicly available sources and reflected such information in the Company's stock price. Under these circumstances, all purchasers of American Home Mortgage common stock during the Class Period suffered similar injury through their purchase of stock at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

37.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. To the extent that the specific statements pleaded herein were identified as forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking was made the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of the Company who knew that those statements were false when made.

## SCIENTER ALLEGATIONS

38.     As alleged herein, defendants acted with scienter in that defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would

- 37 -

be issued or disseminated to the investing public; and knowingly and substantially participated or

acquiesced in the issuance or dissemination of such statements or documents as primary

violations of the federal securities laws. As set forth elsewhere herein in detail, defendants, by

virtue of their receipt of information reflecting the true facts regarding American Home

Mortgage, their control over, and/or receipt and/or modification of American Home Mortgage's

allegedly materially misleading misstatements and/or their associations with the Company which

made them privy to confidential proprietary information concerning American Home Mortgage,

participated in the fraudulent scheme alleged herein..

## CLASS ACTION ALLEGATIONS

39.     Plaintiff brings this action as a class action pursuant to Rules 23(a)

and (b)(3) of the Federal Rule of Civil Procedure on behalf of a Class, consisting of all persons

who purchased or otherwise acquired American Home Mortgage common stock between April

26, 2006 and July 30, 2007, inclusive (the "Class Period"), and who were damaged thereby.

Excluded from the Class are Defendants, members of the immediate family of each of the

Defendants, any subsidiary or affiliate of American Home Mortgage and the directors, officers,

and employees of American Home Mortgage or its subsidiaries or affiliates, or any entity in

which any excluded person has a controlling interest, and the legal representatives, heirs,

successors and assigns of any excluded person.

40.     The members of the Class are so numerous that joinder of all

members is impracticable. While the exact number of Class members is unknown to Plaintiff at

this time and can only be ascertained through appropriate discovery, Plaintiff believes that there

are thousands of members of the Class located throughout the United States. Record owners and

other members of the Class may be identified from records maintained by the Company and/or its

transfer agents and may be notified of the pendency of this action by mail, using a form of notice

similar to that customarily used in securities class actions.

41.     Plaintiff's claims are typical of the claims of the other members of the

Class as all members of the Class were similarly affected by Defendants' wrongful conduct in

violation of federal law that is complained of herein.

42.     Plaintiff will fairly and adequately protect the interests of the

members of the Class and has retained counsel competent and experienced in class and securities

litigation.

43.     Common questions of law and fact exist as to all members of the

Class and predominate over any questions solely affecting individual members of the Class.

Among the questions of law and fact common to the Class are:

   a.     whether the federal securities laws were violated by

Defendants' acts and omissions as alleged herein;

   b.     whether Defendants participated in and pursued the common

course of conduct complained of herein;

   c.     whether documents, press releases, and other statements

disseminated to the investing public and the Company's shareholders during the Class Period

misrepresented material facts about the business, operations, financial condition, and prospects of

American Home Mortgage;

   d.     whether statements made by Defendants to the investing public

during the Class Period misrepresented and/or omitted to disclose material facts about the

business, operations, value, performance, and prospects of the Company;

      e.     whether the market price of American Home Mortgage

common stock during the Class Period was artificially inflated due to the material

misrepresentations and failures to correct the material misrepresentations complained of herein;

and

      f.     the extent to which the members of the Class have sustained

damages and the proper measure of damages.

    44.    A class action is superior to all other available methods for the fair

and efficient adjudication of this controversy since joinder of all members is impracticable.

Furthermore, as the damages suffered by individual Class members may be relatively small, the

expense and burden of individual litigation make it impossible for members of the Class to

individually redress the wrongs done to them. There will be no difficulty in the management of

this suit as a class action.

## FIRST CLAIM

### Breach of Fiduciary Duty
### Against All Defendants

    45.    Plaintiff repeats and realleges each and every allegation contained

above as if fully set forth herein.

    46.    Defendants owed a fiduciary duty to the Class, as purchasers and

owners of American Home Mortgage stock.

    47.    Defendants, by means of their making the foregoing false and

misleading statements, breached their fiduciary duty to the Class.

## SECOND CLAIM

### Violations Of Section 10(b) Of The Exchange Act
### And Rule 10b-5Promulgated Thereunder
### Against All Defendants

48.     Plaintiff repeats and realleges each and every allegation contained

above.

49.     Each of the Defendants: (a) knew or recklessly disregarded material

adverse nonpublic information about the Company's financial results and then existing business

conditions, which was not disclosed; and (b) participated in drafting, reviewing and/or approving

the misleading statements, releases, reports, and other public representations of and about IFO.

50.     During the Class Period, Defendants, with knowledge of or reckless

disregard for the truth, disseminated or approved the false statements specified above, which

were misleading in that they contained misrepresentations and failed to disclose material facts

necessary in order to make the statements made, in light of the circumstances under which they

were made, not misleading.

51.     Defendants have violated § 10(b) of the Exchange Act and Rule 10b-

5 promulgated thereunder in that they: (a) employed devices, schemes and artifices to defraud;

(b) made untrue statements of material facts or omitted to state material facts necessary in order

to make statements made, in light of the circumstances under which they were made, not

misleading; or (c) engaged in acts, practices and a course of business that operated as a fraud or

deceit upon the purchasers of American Home Mortgage stock during the Class Period.

52.     Plaintiff and the Class have suffered damage in that, in reliance on the

integrity of the market, they paid artificially inflated prices for American Home Mortgage stock.

Plaintiff and the Class would not have purchased American Home Mortgage stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' false and misleading statements.

## THIRD CLAIM

### Violations Of Section 20(a) Of The Exchange Act
### Against the All Defendants

53.     Plaintiff repeats and realleges each and every allegation contained above.

54.     The Defendants acted as controlling persons of the Company within the meaning of § 20(a) of the Exchange Act. By reason of their senior executive positions they had the power and authority to cause the Company to engage in the wrongful conduct complained of herein.

55.     By reason of such wrongful conduct, the Defendants are liable pursuant to § 20(a) of the Exchange Act. As a direct and proximate result of their wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of American Home Mortgage stock during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.     Determining that this action is a proper class action and certifying Plaintiff as  class representative under Rule 23 of the Federal Rules of Civil Procedure;

B.     Awarding compensatory damages in favor of Plaintiff and the other Class  members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

- 42 -

      C.     Awarding Plaintiff and the Class their reasonable costs and

expenses incurred in this action, including counsel fees and expert fees; and

      D.     Such other and further relief as the Court may deem just and

proper.

Dated: August 1, 2007         **KIRBY, MCINERNEY & SQUIRE, LLP**


By: _____
        Ira M. Press (IP 5313)
        830 Third Ave, 10th Floor
        New York, NY 10022
        Telephone: (212) 317-2300
        Facsimile: (212) 751-2540

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

***Attorneys for Plaintiff***

**SWORN CERTIFICATION OF PLAINTIFF CLAUDE A. REESE**
**AMERICAN HOME MORTGAGE INVESTMENT CORP. SECURITIES LITIGATION**

I, Claude A. Reese, certify that:

1.      I have reviewed the Complaint and authorized its filing.

2.      I did not purchase AMERICAN HOME MORTGAGE INVESTMENT CORP., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.      I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.      My transactions in AMERICAN HOME MORTGAGE INVESTMENT CORP. during the Class Period set forth in the Complaint are as follows:

I bought 24 shares on 05/26/2006 at $33.95 per share
I bought 3 shares on 02/09/2007 at $32.30 per share
I bought 6 shares on 02/09/2007 at $31.12 per share

5.      Except for the following action, I have not sought to serve as a representative party on behalf of a class under this title during the last three years:

*Reese v. Indymac Financial Inc. et al.*, No. 2:07-cv-01635-GW (CD. Cal.)

6.      I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

☐ Check here if you are a current employee or former employee of the defendant Company.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: July 13, 2007

_____
(Please Sign Your Name Above)
CLAUDE A. REESE