# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : |
| | : |
| American Home Mortgage Holdings, Inc., *et al.*, | : Case No. 07-11047-BLS |
| | : (Jointly Administered) |
| | : Chapter 11 |
| Debtors. | : |
| | : |

## NOTICE OF WITHDRAWAL OF OBJECTION

Alabama Power Company hereby withdraws the Objection of Alabama Power Company to Debtors' Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (*Docket No. 385*) without prejudice.

Dated: August 31, 2007.

/s/ Eric T. Ray
Eric T. Ray
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, AL  35201-0306
Telephone (205) 251-8100
Facsimile (205) 226-8799

*Attorney for Alabama Power Company*

928287.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of Objection upon the following persons by placing it in the United States Mail with first-class postage prepaid on August 31, 2007.

James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, 17th Floor
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899-0035

                                                  /s/ Eric T. Ray
                                                  Of Counsel