IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| | * | Case No. 07-11047-CSS |
| **AMERICAN HOME MORTGAGE** | * | |
| **HOLDINGS, INC.,** *et al,* | * | Chapter 11 |
| | * | |
| Debtors. | * | Jointly Administered |
| | * | |
| | x | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves for the admission pro hac vice of J. David Folds to represent Boston Properties Limited Partnership, BP Kingstowne Office Building K LP, and the Trustees of Mall Road Trust[1] in this matter.

**FLASTER/GREENBERG P.C.**

Dated: August 30, 2007

_____
William J. Burnett, Esq. (ID No. 4078)
913 Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 351-1910
Facsimile: (302) 351-1919

Counsel to Boston Properties Limited Partnership, BP Kingstowne Office Building K LP, and the Trustees of Mall Road Trust

---

[1] Mortimer B. Zuckerman and Edward H. Linde, Trustees of Mall Road Trust under Declaration of Trust dated October 11, 1983, recorded with the Middlesex South District Registry of Deeds in Book 15270, Page 558 as amended by instrument dated October 30, 1997 and recorded with said Registry in Book 27863, Page 351, but not individually.

2

## ORDER GRANTING MOTION

The Motion is hereby granted.

Date: _____        _____
                                     United States Bankruptcy Judge

2