## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the District of Columbia, the State of North Carolina, and the Commonwealth of Virginia, and the United States District Courts for the District of Columbia, District of Maryland, Eastern and Western Districts of Virginia, and the Eastern, Middle, and Western Districts of North Carolina and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with Standing Order for the District Court effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court of the District Court or, if not paid previously, the fee payment will be submitted to the District Court Clerk's office upon the filing of this motion.

8/29/07

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth St. NW
Washington, D.C. 20036
Telephone: (202) 861-6478
Facsimile: (202) 689-7534

3