IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) ) ) ) ) | Chapter 11 Case No. 07-11047-CSS Joint Administration Pending |
| Debtors. | | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Benjamin C. Ackerly of Hunton & Williams to represent Calyon New York Branch in this action.

August 7, 2007

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Michael G. Busenkell (Bar No. 3933)
Margaret F. England (Bar No. 4248))
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
(302) 425-0430

Attorneys for Calyon New York Branch

44
8/7/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Benjamin C. Ackerly
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: 8/30/07

United States Bankruptcy Judge

U0008349