16 August 2007

To:        Honorable Christopher Sontchi
From:      Patricia L. Shepherd

Subject:       Pending Bankruptcy Of American Home Mortgage

Dear Sir:

I am a former employee of American Home Mortgage who has been swindled from my retirement money, four years ago when I went to work for AMH I was Invited to join their deferred compensation program, which I did. This program as I am sure you know is designed to defer a portion of ones salary and upon retirement receive the funds.

At no time did AMH explain that it was a company assets that could be lost if the company went under, (please see attachment) where AMH says that the money was deposited in to a trust. These funds were monies that were actually earned, not something that the company contributed.

Now they have closed and filed for protection, where does that leave the poor people like me. Do I need to hire an attorney?? since all of the large creditors have several representing them. Both my husband and I are senior citizens, and we can not afford to lose $125K at this point in our lives.

Thank your for your time and consideration, and I will be looking forward to your advice.


Sincerely:

*Patricia L. Shepherd*

Patricia L. Shepherd
9 E. Willow Av.
Phoenix, AZ  85022

Q. Is my account safe? Will I lose all the money that I have contributed, along with matching contributions?
A. All 401(k) plans are subject to federal compliance regulations and the assets of a 401(k) plan are not able to be accessed by anyone other than the plan account holder (the employee). If the plan is terminated, the assets will be distributed to the employee account holders; the funds must remain invested until the plan is terminated. Employees will be receiving distribution information from Charles Schwab.

Q. Now that I am no longer with the company, can I withdraw my account balance?
A. Yes. Instructions will be provided by Charles Schwab after August 15th.

Q. Who should I contact to request distribution of my account?
A. Please contact Charles Schwab and Company at 1-800-724-7526 or at www/schwabplan.com.

Q. How soon will I receive the check once I request distribution?
A. Distribution checks are usually processed between 5-10 business days after they receive your distribution request.

Q. May I rollover the money to an IRA or existing 401(k) Plan?
A. Yes, you may request a distribution to yourself or rollover to an IRA or existing 401(k) Plan. Please note that if you request a distribution to yourself, you will be subject to a mandatory 20% federal tax, and if you are under the age of $59\frac{1}{2}$, it may also be subject to a 10% penalty tax.

Q. Will my account still accumulate interest until the distribution is processed?
A. Yes. Your account will be invested in the mutual funds you have selected until the distribution occurs.

**Deferred Comp**

Q. Is my account safe? Will I lose all the money that I have contributed?
A. Deferred Compensation Plan funds are deposited into a trust and the trust is held as an asset of the company. All assets are subject to judicial review. After that review, a decision concerning the disposition of the plan assets will be made.

Q. Now that I am no longer with the company, can I withdraw my account balance?
A. Not at this time.

Q. When will I be able to request distribution from my account?
A. We do not know at this time. Participants will be contacted regarding the outcome of the judicial review.

Q. May I request to receive a "hardship distribution" from my account?
A. No. The account balance must be held subject to judicial review.

Q. Will my account still accumulate interest until the distribution is processed?
A. Deferred Compensation Plan accounts are valued as of the last day of each month. Your account will be valued as of the last day of the month in which you separate from service.

**BENEFITS**

Q. When do my benefits end?
A. Your benefits end on the last day of employment.

Q. Will I get COBRA?