

**MULTNOMAH COUNTY OREGON Department of Business and Community Services**

| Division of Tax Collection and Records Management | Phone # 503-988-3326 |
| P.O. Box 2716, Portland, Oregon 97208 | Fax # 503-988-3330 |

August 22, 2007

Clerk
Bankruptcy Court for the District of Delaware, 3rd Floor
824 Market Street
Wilmington, DE 19801

| In re | |
|---|---|
| American Home Mortgage Holdings, Inc. | Case No. 07-11047 (CSS) |
| Debtor. | |

## NOTICE OF AUCTION AND SALE HEARING

Multnomah County has no objection to the sale, transfer or auction of the assets of the above referenced debtor, so long as the total amount of taxes assessed and interest accrued to date of disbursement is impressed as a lien on the proceeds of sale.

The current balance is **$3,174.81.** The 2007/08 Advance Tax Billings and account printouts are attached for your review.

Under Oregon law said indebtedness is secured by a lien on all taxable real & personal property as of July 1 of each year as provided in ORS. 311.405 (2)(3)(a) and (b), and that lien(s) is superior to, and has priority over all other liens, judgments, mortgages, security interests or encumbrances on the property without regard to date of creation, filing or recording as provided in ORS. 311.405 (7)(a).

MULTNOMAH COUNTY, OREGON

*(signature)*
Angelika Loomis
Registered Agent

Encl.

OBJECTION TO COURT SALE



# MULTNOMAH COUNTY     ADVANCE/DEMAND BILLING

## PERSONAL PROPERTY TAXES FISCAL YEAR 2007/08

### ASSESSED AS OF JANUARY 1, 2007

TAX ACCOUNT # P596179
OWNER 1    American Home Mortgage
OWNER 2
DBA
LOCATION    700 NE Multnomah St., Ste 450, Portland

TYPE OF PROPERTY    Mortgage Lending

Mailed to:  Clerk
US Bankruptcy Court
Disatrict of Delaware

This statement is being provided for you because your business or residential personal property is selling or is moving out of County. In 1998 legislation changed the assessment date for personal property to January 1. The owner of record on that is required to file a personal property return to whatever county they are situated in. The statutory lien "attaches" to the pro itself on July 1 OR ON THE DAY PRECEDING SALE OR DISPOSAL OF THE PROPERTY, and gives the Collector authority to seize & sell it to satisfy the lien. Taxes are levied in October & will become the debt of the former owner - a tax lien warrant will be issued against them if the tax remains unpaid at the end of 2008.

**This is an estimate only.** The assessed value and tax rate, when certified, may be different. Payment of this estimate now you will ensure the obligation is satisfied in a fair manner. The 2007/2008 payment covers July 1, 2007 - June 30, 20 The 2006/2007 amount covers July 1, 2006- June 30, 2007.

**REASON FOR BILLING:**     Chapter 11

| DESCRIPTION | ACCOUNT NUMBER P596179 / ASSESSED VALUE | LEVY CODE 883 / EST 2006 TAX RATE 18.8185 | | DATE 08/21/07 |
|---|---|---|---|---|
| HOUSEBOAT or MOBILE HOME | | TAX DUE | | $382.20 |
| LEASED OR RENTED PROP. | | PENALTY | 5% | $19.11 |
| NONINVENTORY SUPPLIES | | DISCOUNT | 0% | $0.00 |
| LIBRARIES | | | | |
| ALL OTHER PROPERTY | 20,310 | | | |
| ITEM TOTALS | 20,310 | Subtotal | | $401.31 |
| DELINQUENT TAXES OWED | | | | |
| | | TOTAL AMOUNT TO PAY | | $401.31 |

( 1 1/3 PERCENT INTEREST ACCRUES ON THE 16TH OF EVERY MONTH ON ANY DELINQUENT TAX)

<u>Send payment with one copy of this bill to:</u>
Please inform us when paying who should receive
a refund if overpayment results.

TAX COLLECTOR - MULTNOMAH COUNTY
PO BOX 2716
PORTLAND, OR  97208

ifl/advance bill 99

Property: P596179        *** **Multnomah County Account Summary** ***        **Page** 1 of 1
                                                                **Printed at:** 10:26am  08/22/07

Owner Address:
AMERICAN HOME MORTGAGE CORP (9901    Property: P596179   1N1E35BB   -02600   883
538 BROADHOLLOW RD                   450 PORT OF PORTLAND BLDG
MELVILLE, NY  11747


Situs Address:
700 NE MULTNOMAH ST, STE 450
PORTLAND, OR 97232

INTEREST AND DISCOUNTS BASED ON A PAYMENT DATE ON OR BEFORE 09/15/2007

### *** Fees, Bills & Refunds ***

        ***   No taxes are due on this property   ***



# MULTNOMAH COUNTY    ADVANCE/DEMAND BILLING

## PERSONAL PROPERTY TAXES FISCAL YEAR 2007/08

### ASSESSED AS OF JANUARY 1, 2007

| | |
|---|---|
| TAX ACCOUNT # | R183216 |
| OWNER 1 | American Home Mortgage |
| OWNER 2 | |
| DBA | |
| LOCATION | 8759 SE Henderson, Portland, Oregon |
| TYPE OF PROPERTY | Real Property |

Mailed to: Clerk
US Bankruptcy Court
Disatrict of Delaware

This statement is being provided for you because your business or residential personal property is selling or is moving out of County. In 1998 legislation changed the assessment date for personal property to January 1. The owner of record on that is required to file a personal property return to whatever county they are situated in. The statutory lien "attaches" to the pro itself on July 1 OR ON THE DAY PRECEDING SALE OR DISPOSAL OF THE PROPERTY, and gives the Collector authority to seize & sell it to satisfy the lien. Taxes are levied in October & will become the debt of the former owner - a tax lien warrant will be issued against them if the tax remains unpaid at the end of 2008.

This is an estimate only. The assessed value and tax rate, when certified, may be different. Payment of this estimate now you will ensure the obligation is satisfied in a fair manner. The 2007/2008 payment covers July 1, 2007 - June 30, 20 The 2006/2007 amount covers July 1, 2006- June 30, '2007.

REASON FOR BILLING:    Chapter 11

| DESCRIPTION | ACCOUNT NUMBER R183216 | | | DATE 08/22/07 |
|---|---|---|---|---|
| | ASSESSED VALUE | LEVY CODE 703 | | |
| HOUSEBOAT or MOBILE HOME | | EST 2006 TAX RATE | | |
| LEASED OR RENTED PROP. | | 22.1862 | | |
| NONINVENTORY SUPPLIES | | TAX DUE | | $2,773.50 |
| LIBRARIES | | PENALTY | 0% | |
| ALL OTHER PROPERTY | 125,010 | DISCOUNT | 0% | $0.00 |
| ITEM TOTALS | 125,010 | Subtotal | | $2,773.50 |
| DELINQUENT TAXES OWED | | | | |
| | | TOTAL AMOUNT TO PAY | | $2,773.50 |

( 1 1/3 PERCENT INTEREST ACCRUES ON THE 16TH OF EVERY MONTH ON ANY DELINQUENT TAX)

Send payment with one copy of this bill to:
Please inform us when paying who should receive
a refund if overpayment results.

TAX COLLECTOR - MULTNOMAH COUNTY
PO BOX 2716
PORTLAND, OR 97208

ffh\advance bill 99

.Property: R183216                *** Multnomah County Account Summary ***                Page  1 of 1
                                                                          **Printed at:** 10:25am  08/22/07

Owner Address:
AMERICAN HOME MORTGAGE (920438)       Property: R183216  1S2E21BD  -12600   703
SERVICING                             HOLLYWOOD; TL 12600 LOT 32
4600 REGENT BLVD #200
IRVING, TX  75063-1730


Situs Address:
8759 SE HENDERSON ST
PORTLAND, OR 97266

INTEREST AND DISCOUNTS BASED ON A PAYMENT DATE ON OR BEFORE 09/15/2007


                    *** Fees, Bills & Refunds ***

| ID# | Bill ID | Levied Tax | Tax Paid | Interest | Amount Paid | Date Paid |
|---|---|---|---|---|---|---|
| 1. | BIL.9622828 | (BILLING) | | | 6.00 | 10/10/97 |
| 2. | 1993.227990 0 | 1,334.76 | 1,294.72 | <40.04> | 1,294.72 | 11/15/93 |
| 3. | 1994.225594 0 | 1,430.03 | 1,387.13 | <42.90> | 1,387.13 | 11/15/94 |
| 4. | 1995.227652 0 | 1,190.27 | 1,154.57 | <35.70> | 1,154.57 | 11/15/95 |
| 5. | 1996.228375 0 | 1,328.81 | 1,311.09 | <17.72> 29.53 | 1,340.62 | 10/10/97 |
| 6. | 1997.227795 0 | 1,364.77 | 1,364.77 | 491.31 | 1,856.08 | 08/03/01 |
| 7. | 1998.228105 0 | 1,444.27 | 1,444.27 | 789.53 | 2,233.80 | 07/15/02 |
| 8. | 1999.268448 0 | 1,467.28 | 1,467.28 | 645.60 | 2,112.88 | 11/15/02 |
| 9. | 2000.269632 0 | 1,570.96 | 1,570.96 | 439.87 | 2,010.83 | 11/15/02 |
| 10. | 2001.273781 0 | 1,610.66 | 1,610.66 | 193.28 | 1,803.94 | 11/15/02 |
| 11. | 2002.273280 0 | 1,694.11 | 1,694.11 | | 1,694.11 | 01/30/03 |
| 12. | 2003.273633 0 | 1,844.58 | 1,844.58 | 565.66 | 2,410.24 | 01/03/06 |
| 13. | 2004.273737 0 | 1,886.17 | 1,886.17 | 276.63 | 2,162.80 | 01/03/06 |
| 14. | 2005.270832 0 | 1,731.78 | 1,731.78 | 15.39 | 1,747.17 | 01/03/06 |
| 15. | 2006.274444 0 | 2,447.97 | 2,374.53 | <73.44> | 2,374.53 | 11/15/06 |

              ***  No taxes are due on this property  ***