| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I certify that on August 22, 2007, I served by first class mail a full true and correct copy of the foregoing Objection on the following: |
| 3 | |
| 4 | Clerk |
| 5 | United States Bankruptcy Court<br>District of Delaware<br>3rd Floor, 824 Market Street |
| 6 | Wilmington, DE 19801 |

    CERTIFICATE OF SERVICE

    I certify that on August 22, 2007, I served by first class mail a full true and correct copy of the foregoing Objection on the following:

> Clerk
> United States Bankruptcy Court
> District of Delaware
> 3rd Floor, 824 Market Street
> Wilmington, DE 19801
>
> Attn: Alan Horn
> American Home Mortgage Holdings, Inc.
> 538 Broadhollow Road
> Melville, New York 11747
>
> Attn: James L. Patton, Jr.
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
>
> Attn: Jeffrey M. Levine
> Milestone Advisors LLC
> 1775 Eye Street, NW, Suite 800
> Washington, DC 20006
>
> Attn: Margot B. Schonholtz & Scott D. Talmadge
> Kaye Scholer LLP
> 425 Park Ave
> New York, NY 10022
>
> Attn: Laurie Selber Silverstein
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19801
>
> Attn: Corinne Ball & Erica M. Ryland
> Jones Day
> 222 East 41st Street
> New York, NY  10017
>
> Attn:  Victoria Counihan
> Greenberg Traurig LLP
> 1007 North Orange Street, Suite1200
> Wilmington, DE 19801

1 – CERTIFICATE OF SERVICE

1

2   Attn:  Joseph McMahon
    Office of the United States Trustee
3   844 King Street, Room 2313
    Wilmington, DE 19801
4

5  DATED: August 22, 2007

6

7

8              MULTNOMAH COUNTY, OREGON

9              By _____
10             Angelika Loomis
               Registered Agent
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2 – CERTIFICATE OF SERVICE