IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 : Jointly Administered
        Debtors.                                                 :
                                                                 : Doc. Ref. No. 510
---------------------------------------------------------------- x

**NOTICE OF FILING OF SUPPLEMENT TO EXHIBIT A TO SECOND MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

PLEASE TAKE NOTICE that on August 30, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed their *Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bnakruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment* [Docket No. 510] (the "Motion")[1].

---

[1] All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DB02:6186439.2                                                                              066585.1001

PLEASE TAKE FURTHER NOTICE that attached hereto is a supplement to Exhibit A to the Motion.

Dated: Wilmington, Delaware
August 31, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret W.
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and Debtors in Possession

SUPPLEMENTAL EXHIBIT A

| Landlord Name | Landlord Info | | | | | | Leased Property Info | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Address | Suite # | City | State | Zip | Address | Suite # | City | State | Zip |
| The Realty Associates Fund V LP | 801 Arthur Godfrey Rd | Suite 600 | Miami | FL | 33140 | 1625 S. Congress Avenue | Suite 300 | Delray Beach | FL | 33445 |