IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047-CSS |
| HOLDINGS, INC., a Delaware corporation, ) | |
| et al., ) | |
| ) | |
| Debtors. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Andrew J. Petrie, Esquire to represent CitiMortgage in this matter.

**MORRIS JAMES LLP**

*/s/ Brett D. Fallon*

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

Attorneys for CitiMortgage

Dated: August 30, 2007

1605517

8/30/07
D.I. 509

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado and the United States District Court for the District of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: _/s/ Andrew J. Petrie_

Date: _August 29, 2007_

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 Seventeenth Street, Suite 2400-S
Denver, CO 80202

Telephone: 303-626-7139
Facsimile:  303-626-7101
E-mail: apetrie@featherstonelaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _8/31/07_                    _/s/ Christopher S. Sontchi_
                                   United States Bankruptcy Judge

1605517