# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 24517597 | HASLER MAIL MACHINE | AMERICAN HOME MORTGAGE | WHISPE | WJ60 | 4EGX156 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080028 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080033 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080058 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080237 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080053 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312814 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312795 |
| 24602280 | TOSHIBA FAX | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S0410OO13 |

| | | |
|---|---|---|
| 17744 SKY PARK CR | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 17744 SKY PARK CR | IRVINE | CA | 92614 |