# EXHIBIT C

DM3\560713.1

24602280

**ATLANTIC tomorrowsoffice.com**
A Program of De Lage Landen Financial Services

**Lease Agreement**

**Lessee**
- Full Legal Name: American Home Mortgage
- Billing Address: 520 Broad Hollow Road, Melville, NY 11747
- Equipment Location: Irvine, CA

**Equipment Description**
| Equipment Make | Model Number | Serial Number | Quantity | Description |
|---|---|---|---|---|
| Toshiba | 1256 | | 1 | Fax |

**Payment Information**
- Number of Lease Payments: 39
- Lease Payment: $85.00
- Term of Lease in Months: 39
- Payment Frequency: Monthly
- End of Lease Option: FMV

**Lessor:** De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 735-3273 • FAX: (800) 778-2329

Commencement Date: 12/23/04
Lease Number: 24@280