IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

Chapter 11 Case

Case No. 07-11047 (CSS)

Debtors.

-------------------------------------------------X

### CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 31st day of August, 2007, I served one copy of the *De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Assumption of De Lage Landen Financial Services, Inc.'s Leases, the Proposed Cure Amounts, and the Sale of De Lage Landen Financial Services, Inc.'s Equipment, as Stated Within the Debtors Notice, Dated August 29, 2007,* upon the parties listed below by facsimile:

> James L. Patton, Jr., Esquire
> Joel A. Waite, Esquire
> Pauline K. Morgan, Esquire
> Sean Beach, Esquire
> Matthew Lunn, Esquire
> Kara Hammond Coyle, Esquire
> Kenneth J. Enos, Esquire
> Young Conaway Stargatt & Taylor
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

**DUANE MORRIS LLP**

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

DM3\560713.1