**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
:
American Home Mortgage Holdings, Inc., et al.,  :
:
        Debtors.  : Case No. 07-11047 (CSS)
: Jointly Administered
: Related Docket Entries: 16 and 17
: Hearing Date: 09/04/07 at 11 a.m.
: Objection Deadline: 8/27/07
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LIMITED RESPONSE AND RESERVATION OF RIGHTS OF THE ROYAL BANK OF SCOTLAND plc WITH RESPECT TO DEBTORS' MOTIONS SEEKING AUTHORITY TO (I) USE CASH COLLATERAL AND (II) ENTER INTO DIP FINANCING ARRANGEMENTS**

**The Royal Bank of Scotland plc ("RBS"),** counterparty to a certain ISDA Master Agreement and Schedule thereto, dated as of November 12, 2004 (together with amendments, supplements, and other related documents, the "Agreement"), hereby files this limited response and reservation of rights with respect to the Debtors' motions ("Motions") for (i) a final order authorizing use of cash collateral (Motion at Docket 16 and Interim Order at Docket 68) and (ii) a final order authorizing Debtors to enter into a DIP financing agreement (Motion at Docket 17 and Interim Order at Docket 67). Debtors and RBS continue to engage in meaningful settlement discussions to resolve the outstanding issues between Debtors, on the one hand, and RBS and certain of its affiliates, on the other, which relate both to the Agreement and to other transactions. Several issues have been resolved, but in light of the fact that final resolution has not been reached on all issues, RBS is filing this short limited response and reservation of rights.

266090.02

**LIMITED RESPONSE**

1.      Pursuant to and in connection with the Agreement, RBS arranged for cash or other property to be posted as collateral ("RBS Collateral") to secure certain of its potential obligations to American Home Mortgage Investment Corp. ("AHMIC"), one of the Debtors.

2.      Certain Events of Default (as described in the Agreement) have occurred under the Agreement, which resulted in, among other things, a closing out of the underlying transactions and an obligation to return the RBS Collateral to RBS, which obligation has not yet been fulfilled.  Pending such return, the RBS Collateral remains property of RBS (not the Debtors' estates), and AHMIC and the Debtors remain obligated to hold such funds in trust for RBS and to safeguard the RBS Collateral.  As of August 14, 2007, the RBS Collateral was in an amount not less than $4,780,378.00.

3.      In the Motions and related proposed agreements and orders, Debtors propose to grant liens on certain assets and seek other additional relief, including the granting to certain parties of priority claims, including superpriority administrative expense claims.  RBS merely seeks to clarify that such liens shall not attach to, and such claims shall not be satisfied out of, the RBS Collateral, regardless of the manner and location in which the RBS Collateral is held or whether any account holding the RBS Collateral (in trust or otherwise) is specifically denominated as such.

4.      RBS reserves its rights, including to object further.

266090.02

WHEREFORE, RBS respectfully requests that the entry of any orders approving the Motions be consistent with this limited response.

Dated: August 31, 2007

                                        LAW OFFICES OF JOSEPH J. BODNAR

By:       /s/ JOSEPH J.BODNAR
              Joseph J. Bodnar (#2512)
              2101 N. Harrison Street
              Wilmington, DE 19802
              Tel: 302-652-5506
              Fax: 320-213-2709
              Email: jbodnar@bodnarlaw.net

AND

DICKSTEIN SHAPIRO LLP
Arnold Gulkowitz (AG 5683)
Brian E. Goldberg (BG 8052)
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-277-6500
Fax: 212-277-6501
Email: goldbergb@dicksteinshapiro.com

Attorneys for The Royal Bank of Scotland plc

266090.02