IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | (Jointly Administered) |
| et al. | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission pro hac vice of Elizabeth C. Freeman to represent JPMorgan Chase Bank, N.A. in this matter.

                                                LOCKE LIDDELL & SAPP, PLLC

                                                ___*/s/ Elizabeth C. Freeman*_____
                                                Elizabeth C. Freeman, Esq.
                                                Texas Bar No. 24009222
                                                600 Travis St., Suite 3400
                                                Houston, TX 77002
                                                (713) 226-1377
                                                (713) 223-3717 (fax)

                                                Counsel to JPMorgan Chase Bank, N.A.

Date:  August 31, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: September ___, 2007                                    _____
                                                                                     Christopher S. Sontchi
                                                                                      United States Bankruptcy Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to District Court Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and the U.S. District Court for the Southern, Eastern, Northern and Western Districts of Texas, and pursuant to District Court Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with the District Court Rules and this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court, or, if not paid previously, the fee payment will be submitted to the District Court Clerk's office upon filing of this motion.

    */s/ Elizabeth C. Freeman*
Elizabeth C. Freeman
LOCKE LIDDELL & SAPP PLLC
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: 713-226-1607
Facsimile: 713-223-3717
hobankecf@lockeliddell.com