**CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age and not a party to this case, and on August 31, 2007, a copy of the foregoing Motion for admission pro hac, was served in accordance with the attached service list.

                                             /s/ JOSEPH J.BODNAR
                                             Joseph J. Bodnar (#2512)

**VIA FIRST CLASS MAIL**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**VIA HAND DELIVERY**
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
[Counsel for the Debtor]

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

**VIA FIRST CLASS MAIL**
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)

606493