UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------x
:
American Home Mortgage Holdings, Inc., et al.,  :
:
Debtors.          : Case No. 07-11047 (CSS)
: Jointly Administered
:
:
:
:
:
------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brian E. Goldberg of the law firm of Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, New York 10022, to represent Greenwich Capital Markets, Inc. ("GCM"), Greenwich Capital Financial Products, Inc. (together with GCM, collectively, "Greenwich Capital"), and The Royal Bank of Scotland, plc ("RBS"), in the above captioned cases.

                                              LAW OFFICES OF JOSEPH J. BODNAR

                  By:        /s/ JOSEPH J.BODNAR
                                       Joseph J. Bodnar (#2512)
                                       2101 N. Harrison Street
                                       Wilmington, DE 19802
                                       Tel: 302-652-5506
                                       Fax: 320-213-2709
                                       Email: jbodnar@bodnarlaw.net

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of several jurisdictions, including the Bar of the State of New York and the United States District Court for the Southern District of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases, I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Brian E. Goldberg, Esq.(BG 8052)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10022
(212) 277-6500 (telephone)
(212) 277-6501 (facsimile)
email: goldbergb@dicksteinshapiro.com

Dated: August 27, 2007

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* of Brian E. Goldberg of the law firm of Dickstein Shapiro LLP is granted.

Dated: August __, 2007

_____
THE HONORABLE CHRISTOPHER S. SONTCHI