IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,

Debtors.
-------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 31st day of August, 2007, I served a copy of *De Lage Landen Financial Services, Inc.'s Limited Objection to the Debtors' Notice of Proposed Assumption and Assignment and Sale of Assets with Respect to the 420 East Patrick Street, Frederick, Maryland Location* upon the parties listed below in the manner indicated:

*Facsimile*
James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Sean Beach, Esquire
Matthew Lunn, Esquire
Kara Hammond Coyle, Esquire
Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to the Debtors)*

DUANE MORRIS LLP

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

DM3\560769.1