# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No.  07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/04/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 09/17/07 at 12:00 p.m. |

## LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO NOTICES OF PROPOSED ASSUMPTION AND ASSIGNMENT AND SALE OF ASSETS (D.I. 449, 451, and 489)

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Debtor's Notices of Proposed Assumption and Assignment and Sale of Assets (the "Notices") (Docket Index Nos. 449, 451, and 489) and respectfully says:

### INTRODUCTION

1. On August 6, 2007, (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On August 29, 2007 and August 30, 2007, the Debtor filed Notices of Proposed Assumption and Assignment and Sale of Assets (the "Notices") (Docket Index Nos. 449, 451, and 489).

### BACKGROUND
**(**Lease Account Nos. 004-2222295-000 and 004-2186931)

3. On April 27, 2006, Debtor American Home Mortgage Corporation entered into an Equipment Lease Agreement with Ricoh Customer Finance Corp. for a copier.  A

copy of the Equipment Lease Agreement, account number 004-2222295-000, is attached hereto as Exhibit A.

4. On September 20, 2005, Debtor American Home Mortgage Corporation entered into an Equipment Lease Agreement with Ricoh Customer Finance Corp. for a copier. A copy of the Equipment Lease Agreement, account number 004-2186931-000, is attached hereto as Exhibit B.

5. The foregoing Equipment Lease Agreements were assigned to plaintiff and are the subject of Debtors' Notices of Proposed Assumption and Assignment (D.I. Nos. 451 and 489)

6. Pursuant to the foregoing Agreements, and in accordance with its interest as an equipment lessee, Debtor obligated itself to timely make the requisite lease payments and to otherwise meet its obligations thereunder. Those obligations include, inter alia, the obligation to assume and pay all applicable property, sales and/or use taxes affecting the leased equipment.

7. As of the Petition Date, monthly payments were due for August 1, 20007.

**(**Lease Account No. 008-1671554-000)

8. As of the date of this response, Bank of America is still researching the status of this lease account.

**Summary of Objection**

9. The cure amounts proposed by the Debtor on its Notices of Proposed Assumption and Assignment are zero. While no cure amounts are owing as to Lease Account Nos. 004-2222295-000 and 004-2186931 as of the time Debtors filed its Notices of Proposed Assumption and Assignment and Sale of Assets (D.I. Nos. 451 and 489), it is unclear when the proposed assumption and assignment shall be completed and cure payments may have accrued in the interim.

10. Banc of America Leasing & Capital, LLC does not object to the proposed assumption and assignment of Lease Account Nos. 004-2222295-000 and 004-2186931 so long as

the monthly payments due on 9/1/07 and thereafter are encompassed by the assumption and assignment.

11. As to Lease Account No. 008-1671554-000, Banc of America Leasing & Capital, LLC reserves the right to supplement its objection as additional information becomes available.

12. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order conditioning approval of Debtor's Notice of Assumption and Assignment upon payment of montly payments due on September 1, 2007, and thereafter on Lease Account Nos. 004-2222295-000 and 004-2186931.

Dated: Wilmington, Delaware
       August 31, 2007        /s/ *John R. Weaver Jr.*

                                   John R. Weaver, Jr. (No. 911)
                                   FARR, BURKE, GAMBACORTA & WRIGHT
                                   A Professional Corporation
                                   831 North Tatnall Street, Suite 200
                                   Wilmington, Delaware 19801
                                   (302) 428-1077
                                   Attorneys for Banc of America Leasing & Capital, LLC