# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/04/07 at 4:00 p.m. |
| | : | Hearing Date: 09/17/07 at 12:00 p.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of August, 2007, she caused true copies of the Limited Objection of Banc of America Leasing & Capital, LLC to the Debtor's Notices of Proposed Assumption and Assignment and Sale of Assets (the "Notices") (Docket Index Nos. 449, 451, and 489) to be mailed to the persons or parties identified below by first class mail, true copies:

Young Conaway Stargatt & Taylor LLP
Attn: James L. Patton, Jr., Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Counsel for Debtors in Possession

Dated: August 31, 2007

*/s/ Susan Kenney*
_____
SUSAN KENNEY