IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :    Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :    Jointly Administered
            Debtors.                                                     :
------------------------------------------------------------------------ x

## NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 4, 2007 AT 11:00 A.M. (ET)

## ADJOURNED MATTERS

1.      Application for Order Approving Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 4, 8/6/07]

        Objection Deadline:   N/A

        Objections Filed:     None

        Related Documents:

                a)      Order Approving the Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 222, 8/17/07]

        Status: With respect to the approval of the retainer, this matter will be adjourned to October 1, 2007 at 10:00 a.m.

---

[1] **Amendments appear in bold.**

2.      Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and
        Bankruptcy Rule 2014 Approving Retention of Milestone Advisors, LLC as Investment
        Bankers and Financial Advisors for the Debtors Nunc Pro Tunc to Petition Date [D.I.
        227, 8/17/07]

           Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee
                                  of Unsecured Creditors and the United States Trustee to September
                                  10, 2007 at 4:00 p.m.

           Objections Filed:      None to date

           Status: This matter will be adjourned to September 17, 2007 at 12:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

3.      Debtors' Motion for an Order Pursuant to Bankruptcy Rules 1007(a)(4) and (c) for an
        Extension of Time to File Schedules of Assets and Liabilities, Statements of Financial
        Affairs, Statements of Executory Contracts and Unexpired Leases, and Schedules of
        Current Income and Expenditures [D.I. 161, 8/14/07]

           Objection Deadline:    August 27, 2007 at 4:00 p.m.

           Objections Filed:      None

           Related Document:

                a)      Certificate of No Objection [D.I. 478, 8/30/07]

           Status: A Certificate of No Objection has been filed.  No hearing is required.

4.      Debtors' Motion for Administrative Order Establishing Procedures for Interim
        Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331
        and 105(a) of the Bankruptcy Code [D.I. 162, 8/14/07]

           Objection Deadline:    August 27, 2007 at 4:00 p.m.

           Objections Filed:      None

           Related Document:

                a)      Certificate of No Objection [D.I. 479, 8/30/07]

           Status: A Certificate of No Objection has been filed.  No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

5.    Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and
      Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader,
      Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

      Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for Credit Suisse First
                             Boston to August 28, 2007 at 4:00 p.m., extended for the Official
                             Committee of Unsecured Creditors to August 30, 2007 at 10:00
                             a.m. and the United States Trustee to August 31, 2007 at 11:00
                             a.m.

      Objections Filed:

              **a)       Objection of the United States Trustee [D.I. 511, 8/31/07]**

      Status: This matter will be will be going forward.

6.    Application for Order Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy
      Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt &
      Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 148,
      8/13/07]

      Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee
                             of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the
                             United States Trustee to August 30, 2007 at 10:00 a.m.

      Objections Filed:    None

      Status: This matter will be going forward.

7.    Emergency Motion of Impac Funding Corporation for Relief from the Automatic Stay
      [D.I. 232, 8/17/07]

      Objection Deadline:    August 28, 2007 at 4:00 p.m.

      Objections Filed:    None

      Related Document:

              a)       Notice of Hearing  [D.I. 274, 8/21/07]

      Status: The parties are currently engaged in settlement negotiations in an attempt to
              resolve this matter.  This matter will be going forward.

**CONTESTED MATTERS**

8.  Motion for Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting
    Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II)
    Deeming Utility Companies Adequately Assured of Future Performance, And (III)
    Establishing Procedures For Determining Adequate Assurance Of Payment [D.I. 5,
    8/6/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m.

    Related Documents:

    a)    Interim Order (I) Prohibiting Utility Companies From Altering, Refusing,
          Or Discontinuing Utility Services, (II) Deeming Utilities Companies
          Adequately Assured Of Future Performance, And (III) Establishing
          Procedures For Determining Adequate Assurance Of Payment [D.I. 61,
          8/7/07]

    b)    Notice of Hearing and Entry Interim Order [D.I. 82, 8/8/07]

    Objections Filed:

    c)    Objection of Alabama Power Company [D.I. 385, 8/27/07]

    Status: The objection, item (c) above, has been resolved.  This matter will be going
          forward.

9.  Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the
    Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Orders (A)
    Authorizing Limited Use of Cash Collateral in Connection with Operating the Servicing
    Business; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the
    Motion [D.I. 16, 8/6/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Committee of
                          Unsecured Creditors and the United States Trustee to August 29,
                          2007 at 4:00 p.m.

Related Documents:

 a) Interim Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petitition Secured Parties and (III) Scheduling Final Hearing [D.I. 68, 8/8/07]

 b) Notice of Hearing and Entry of Interim Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties and (III) Scheduling Final Hearing [D.I. 81, 8/8/07]

Objections Filed:

 c) Objection of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 391, 8/27/07]

 d) Limited Objection of Impac Funding Corporation [D.I. 394, 8/27/07]

 e) Limited Objection and Reservation of Rights of CIFG Assurance North America, Inc., as Insurer, Wells Fargo Bank, as Master Servicer and Securities Administrator, and Deutsche Bank National Trust Company, as Trustee, With Respect to the Debtors' Motions Seeking Authority to Use: (I) Cash Collateral and (II) Enter into DIP Financing Agreement [D.I. 400, 8/27/07]

 f) Limited Objection of the Official Committee of Unsecured Creditors [D.I. 461, 8/29/07]

 g) Joinder in Limited Objection of the Official Committee of Unsecured Creditors [D.I. 482, 8/30/07]

 **h)** **Limited Response and Reservation of Rights of the Royal Bank of Scotland plc with Respect to the Debtors' Motions Seeking Authority to (I) Use Cash Collateral and (II) Enter Into DIP Financing Arrangements [D.I. 524, 8/31/07]**

Status: This matter will be going forward.

10.    Emergency Motion for Interim and Final Orders (I) Authorizing Certain Debtors to
       Obtain Postpetition Financing and Grant Security Interests and Superpriority
       Administrative Expense Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364(c); (II)
       Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting
       Related Relief [D.I. 17, 8/6/07]

       Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Internal Revenue
                              Service to August 28, 2007 at 4:00 p.m., extended for the
                              Committee of Unsecured Creditors to August 20, 2007 at 10:00
                              a.m. and the United States Trustee to August 29, 2007 at 4:00 p.m.

       Related Documents:

              a)     Notice of Filing of Schedule C to DIP Credit Facility [D.I. 37, 8/7/07]

              b)     Interim Order (A) Approving Debtor-in-Possession Financing, (B)
                     Granting Liens and Allowing Superpriority Administrative Claims, (C)
                     Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 67,
                     8/8/07]

              c)     Notice of Hearing and Entry of Interim Order (A) Approving Debtor-in-
                     Possession Financing, (B) Granting Liens and Allowing Superpriority
                     Administrative Claims, (C) Scheduling a Final Hearing, and (D) Granting
                     Related Relief [D.I. 84, 8/8/07]

       Objections Filed:

              d)     Objection of Bear Stearns Mortgage Capital Corporation and EMC
                     Mortgage Corporation [D.I. 392, 8/27/07]

              e)     Limited Objection of RREEF Management Company [D.I. 393, 8/27/07]

              f)     Limited Objection of Impac Funding Corporation [D.I. 395, 8/27/07]

              g)     Limited Objection and Reservation of Rights of CIFG Assurance North
                     America, Inc., as Insurer, Wells Fargo Bank, as Master Servicer and
                     Securities Administrator, and Deutsche Bank National Trust Company, as
                     Trustee, With Respect to the Debtors' Motions Seeking Authority to Use:
                     (I) Cash Collateral and (II) Enter into DIP Financing Agreement [D.I. 400,
                     8/27/07]

              h)     Limited Objection of the Official Committee of Unsecured Creditors [D.I.
                     430, 8/29/07]

> **i)**    **Limited Response and Reservation of Rights of the Royal Bank of Scotland plc with Respect to the Debtors' Motions Seeking Authority to (I) Use Cash Collateral and (II) Enter Into DIP Financing Arrangements [D.I. 524, 8/31/07]**

Status: **The Committee's Limited Objection, item (h), is resolved in principal.** This matter will be going forward.

11.    Application of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 163, 8/14/07]

> Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors and the United States Trustee to August 31, 2007 at 11:00 a.m.

Related Document:

> a)    Supplemental Affidavit in Support of Debtors' Application Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 420, 8/27/07]

Objections Filed:

> b)    Informal Response by the United States Trustee

> **c)**    **Limited Objection of the Official Committee of Unsecured Creditors [D.I. 517, 8/31/07]**

Status: **The Debtors will present a revised form of order addressing issues raised by the United States Trustee.** This matter will be going forward.

12.   Motion for an Order Pursuant To Sections 105(a), 327, 328 and 330 of the Bankruptcy
      Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized
      in the Ordinary Course of the Debtors' Business *Nunc Pro Tunc* to Petition Date [D.I.
      192, 8/16/07]

      Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee
                            of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and for
                            the United States Trustee to August 31, 2007 at 11:00 a.m.

      Objections Filed:

            a)     Limited Objection of the Official Committee of Unsecured Creditors of
                   American Home Mortgage Holdings, Inc., *et al*. [D.I. 481, 8/30/07]

      Status: This matter will be going forward.

13.   Application for an Order Authorizing the Debtors to Employ and Retain Kekst and
      Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C.
      §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

      Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee
                            of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the
                            United States Trustee to August 31, 2007 at 11:00 a.m.

      Objections Filed:

            a)     Objection by the Official Committee of Unsecured Creditors ti Debtors'
                   Proposed Retention of the Firm Kekst & Co. as Their Public Relations
                   Advisors [D.I. 483, 8/30/07]

      Status: **This matter will be adjourned to September 17, 2007 at 12:00 p.m.**

14.   First Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment [D.I. 220, 8/17/07]

Objection Deadline:   August 27, 2007 at 4:00 p.m.

Objections Filed:

      a)   De Lage Landen Financial Services, Inc.'s Response and Limited Objection [D.I. 381, 8/27/07]

      b)   Limited Objection of Boston Properties Limited Partnership [D.I. 390, 8/27/07]

Status: This matter will be going forward.

15.   Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date [D.I. 231, 8/17/07]

Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the United States Trustee to August 30, 2007 at 10:00 a.m.

Objections Filed:

      a)   Informal Objection by the United States Trustee

Status: The Debtors are working with the United States Trustee to resolve the informal objection. In the event the informal objection is not resolved prior to the hearing, this matter will be adjourned.

16.   Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): (i) Authorizing Private Sale of Certain Servicing Rights to Barclays Bank PLC Fee and Clear of Liens, Claims, Interests, and Transfer Taxes; (ii) Approving the Terms of the Purchase and Sale Agreement; and (iii) Granting Related Relief [D.I. 364, 8/24/07]

Objection Deadline:   August 31, 2007 at 4:00 p.m.

Related Document:

      a)   Order Shortening the Time for Notice of (1) the Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): Authorizing

Private Sale of Certain Servicing Rights to Barclays Bank PLC, and (2)
Motion to File the Sale Motion Under Seal [D.I. 424, 8/28/07]

Objections Filed:        None as of the date hereof.

Status: This matter will be going forward.

17.    Debtors' Motion for Authority to File, Under Seal, Certain Motions of the Debtors'
Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): (i)
Authorizing Private Sale of Certain Servicing Rights to Barclays Bank PLC Fee and
Clear of Liens, Claims, Interests, and Transfer Taxes; (ii) Approving the Terms of the
Purchase and Sale Agreement; and (iii) Granting Related Relief [D.I. 365, 8/24/07]

Objection Deadline:    August 31, 2007 at 4:00 p.m.

Related Document:

a)    Order Shortening the Time for Notice of (1) the Debtors' Emergency Motion
for Order Pursuant to 11 U.S.C. §§ 105(a), 363, and 1146(c): Authorizing
Private Sale of Certain Servicing Rights to Barclays Bank PLC, and (2)
Motion to File the Sale Motion Under Seal [D.I. 424, 8/28/07]

Objections Filed:        None as of the date hereof.

Status: This matter will be going forward.

18.    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy
Rule 9019 for an Order Approving and Authorizing Compromise and Settlement
Agreement with Fannie Mae [D.I. 368, 8/24/07]

Objection Deadline:    August 31, 2007 at 4:00 p.m.

Related Document:

a)    Order Shortening the Time For Notice of Motion of the Debtors' Motion
For An Order Approving and Authorizing Compromise and Settlement
Agreement with Fannie Mae [D.I. 388, 8/27/07]

Objections Filed:        None as of the date hereof.

Status: This matter will be going forward.

## ADVERSARY MATTERS GOING FORWARD

19.   **Calyon New York Branch v. American Home Mortgage Corp, American Home Mortgage Servicing, Inc., American Home Mortgage Acceptance, Inc. and American Home Mortgage Investment Corp., Adv. No. 07-51704 [D.I. 1, 8/28/07]**

   **Related Document:**

   a)   **Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 2; 8/28/07]**

   b)   **Declaration of Alan Sidrane in Support of (1) Complaint and Request for Declaratory Judgment, Injunctive Relief and Damages and (2) Motion of Plaintiff Calyon New York Branch for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 3; 8/28/07]**

   c)   **Expedited Motion to Shorten Notice and for Emergency Hearing on Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 4; 8/28/07]**

   d)   **Memorandum of Law in Support of Plaintiff Calyon New York Branch's Motion for a Preliminary Injunction and Declaratory and Injunctive Relief [D.I.. 5; 8/28/07]**

   e)   **Order on Plaintiff's Expedited Motion to Shorten Notice and for Emergency Hearing on Motion for Preliminary Injunction and Declaratory and Injunctive Relief [D.I. 12, 8/31/07]**

   **Status:  Pursuant to the Order, D.I. 12, item (e) above, the Plaintiff has requested that the Court consider the merits of the PI Motion at the hearing on September 4, 2007, and the Defendants have requested that the Court only conduct a scheduling conference at the hearing on September 4, 2007.**

20.    **Complaint for Declaratory and Injunctive Relief – Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation v. American Home Mortgage Investment Corp., American Home Mortgage Corp, American Home Mortgage Acceptance, Inc., and American Home Mortgage Servicing, Inc., Adv. No. 07-51701 [D.I. 1, 8/24/07]**

    **Related Document:**

        a)    **Order Establishing a Scheduling Conference [D.I. 7, 8/31/07]**

    **Status:  This matter will be going forward as a scheduling conference.**


Dated:  Wilmington, Delaware
        August 31, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    Kenneth J. Enos (No. 4544)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Proposed Counsel for Debtors and
                                    Debtors in Possession

DB02:6176458.2                                                    066585.1001