IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11

In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,              :   Jointly Administered
                                                             :
                    Debtors.                                 :   Doc. Ref. No. 148
------------------------------------------------------------ x

**SUPPLEMENTAL AFFIDAVIT OF PAULINE K. MORGAN IN SUPPORT
OF APPLICATION FOR ORDER PURSUANT TO SECTION 327
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
APPROVING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS
FOR THE DEBTORS, _NUNC PRO TUNC_ TO THE PETITION DATE**

STATE OF DELAWARE     )
                      )
COUNTY OF NEW CASTLE  )

PAULINE K. MORGAN, being duly sworn, deposes and says:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware, the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit. This supplemental affidavit (the "Supplemental Affidavit") is submitted in support of the Debtors' Application for Order Pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Petition Date [Docket No. 148] [(the "Application"). The Application is currently pending before the Court and scheduled for hearing on September 4, 2007

2. On August 13, 2007, Young Conaway filed an initial affidavit (the "Initial Affidavit") of Pauline K. Morgan in support of the Application.

3. As stated in the Initial Affidavit, YCST conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these chapter 11 cases. Attached to the Initial Affidavit as Exhibit 1 is a chart summarizing the results of the searches. The purpose of this Supplemental Affidavit is to update and clarify the current representations disclosed in Exhibit 1 to the Initial Affidavit. As demonstrated below, Young Conaway remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

4. YCST has general waivers with respect to the following entities who (i) appear on the list of Debtors' Forty (40) Largest Unaffiliated Unsecured Creditors, (ii) are lenders asserting defaults (and/or possible affiliates), or (iii) have filed Notices of Appearance in these cases as of August 13, 2007:

| |
|---|
| Wilmington Trust Company |
| JP Morgan Chase & Company (and related affiliates) |
| Bank of America, N.A. |
| Lehman Brothers, Inc. |
| Merrill Lynch & Company, Inc. |
| Sovereign Bank |
| Credit Suisse First Boston (USA), Inc. |
| Credit Suisse First Boston Mortgage Capital LLC |

5. YCST has determined that it formerly represented the following entities, who (i) appear on the list of Debtors' Forty (40) Largest Unaffiliated Unsecured Creditors, (ii) are lenders asserting defaults (and/or possible affiliates), or (iii) are shareholders of the Debtors:

| |
|---|
| Bear Stearns & Company |
| EMC Corporation[1] |

---

[1] YCST formerly represented EMC Corporation. EMC Mortgage Corporation is a potential creditor of the Debtors

2

| |
|---|
| Greenwich Capital |
| Wachovia Bank , N.A. |
| Goldman Sachs |
| GMAC Mortgage Corporation |
| Morgan Stanley Credit Servicing, Inc. (and related affiliates) |
| Citibank, N.A. |

6. Except as specifically disclosed in this Supplemental Affidavit and the Initial Affidavit, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee. To the extent that Young Conaway becomes aware of any additional relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental affidavit will be filed.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*Pauline K. Morgan*
Pauline K. Morgan

Sworn to before me this 31st day of August, 2007.

*Marlene J. Maista*
Notary Public
My Commission Expires: _____

MARLENE J. MAISTA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 21, 2009

---

and may or may not be related to EMC Corporation.