IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :  Jointly Administered
                                                                 :
                    Debtors.                                     :  Doc. Ref. Nos. 137, 357 and 425
                                                                 :
                                                                 :  Cure Objection Deadline: September 7, 2007 at 4:00 p.m.
                                                                 :  Hearing Date: September 17, 2007 at 12:00 Noon
---------------------------------------------------------------- x

**CORRECTED NOTICE OF (I) ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

      **PLEASE TAKE NOTICE** that on August 10, 2007, American Home Mortgage Holdings, Inc. et al., the above-captioned debtors and debtors in possession (collectively, the "Debtors"),[1] filed the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 137] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). By the Motion, the Debtors requested the authority to assume and assign certain real property leases (the "Office Leases"), and sell the furniture, fixtures and equipment located therein, to Indymac Bank, F.S.B. ("IMB"), pursuant to sections 105(a), 363 and 365 of title 11 of the United States Code.

      **PLEASE TAKE FURTHER NOTICE** that on August 24, 2007, the Bankruptcy Court approved the Motion and entered the Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein, (II) Approving the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 357] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors were required to provide a notice identifying the proposed cure amount for each of the Office Leases to each non-Debtor party to the Office Leases no later than two (2) business days following entry of the Order.

**PLEASE TAKE FURTHER NOTICE** that on August 28, 2007, within two business days of entry of the Order, the Debtors served the Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, If Any [Docket No. 425] (the "Original Notice"). Attached as Exhibit A to the Original Notice was a list of the Office Leases and corresponding proposed cure obligations, if any, (the "Proposed Cure Amounts"). You were previously served with a copy of the Original Notice.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Original Notice, the Debtors reserved the right to modify any Proposed Cure Amounts listed on Exhibit A thereto at any time. The Debtors have determined that certain of the Proposed Cure Amounts, as well as the addresses for certain of the Office Leases, were incorrectly identified on Exhibit A to the Original Notice. Attached hereto as Exhibit 1 is a revised list of Proposed Cure Amounts (the "Revised Cure Amounts"), along with corrected Office Lease addresses, for the fifteen Office Leases which were incorrectly identified in the Original Notice. The Proposed Cure Amounts for all other Office Leases remain the same.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, any party seeking to object to the validity of the Revised Cure Amounts listed on Exhibit 1 hereto or otherwise to assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Office Leases, must file a written objection (a "Cure Objection") setting forth the basis for the Cure Objection, as well as: (i) the cure amount the objector asserts to be due, (ii) the specific types and dates of the alleged defaults, and (iii) the pecuniary losses and the support therefor (in all cases with appropriate documentation in support thereof). The Cure Objection must be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, **on or before 4:00 p.m. (prevailing Eastern Time) on September 7, 2007**, and be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Jeffrey M. Levine); and (iv) Pachulski Stang Ziehl Young Jones & Weintraub, 919 North Market Street, 17th Floor, Wilmington, DE 19899 (Attn.: Curtis Hehn) and Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105 (Attn: Frederick D. Holden, Jr.), counsel to IMB.

**PLEASE TAKE FURTHER NOTICE** that any person or entity that fails to file an objection on a timely basis shall (i) be forever barred from objecting to the Revised Cure Amount and from asserting any additional cure or other amounts with respect to such Office Lease and the Debtors shall be entitled to rely solely upon the Revised Cure Amount; and (ii) be deemed to have consented to the assumption and assignment of such Office Lease and shall be forever barred and estopped from asserting or claiming against the Debtors or such other successful bidder or any other assignee of the Office Lease that any additional amounts are due or defaults exist, or conditions to assumption and assignment must be satisfied under such Office Lease.

**PLEASE TAKE FURTHER NOTICE** that if you agree with the Revised Cure Amount indicated on Exhibit 1 hereto, you need not take any further action.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider Cure Objections, if any, will be held before the Honorable Christopher S. Sontchi., in the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware, 19801, on **September 17, 2007, at 12:00 Noon (prevailing Eastern Time)**. Only those Cure Objections that are timely filed and served as provided above will be considered at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further modify any Revised Cure Amounts listed on Exhibit 1 hereto at any time. To the extent that the Debtors further modify the Revised Cure Amounts listed on Exhibit 1 hereto, the affected party shall receive a separate notice and an additional opportunity to object to such further modified Revised Cure Amount.

Dated: Wilmington, Delaware
August 31, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession

# EXHIBIT 1

## Revised Cure Amounts

## August 2007

| Branch | Branch | Address | City | State | Zip | Proposed Cure Amount |
|---|---|---|---|---|---|---|
| 00330 | Alameda CA 330 | 1512 Webster Street | Alameda | CA | | $15,770.00 |
| 2883 | Big Sky 2883 | 50 Meadow Village Suite 205 | Big Sky | MT | | $575.00 |
| 02729 | Bozeman Main MT 2729 | 2616 W. Main St. | Bozeman | MT | | $1,867.00 |
| 02475 | Del Rio Border FCU TX 2475 | 600 E. Gibbs Street | Del Rio | TX | | $0.00 |
| 03321 | Glendale AZ 3321 | 5859 W Talavi Blvd | Glendale | AZ | | $6,795.75 |
| 00422 | Grand Junction 1st CO 422 | 2478 Patterson Road | Grand Junction | CO | | $2,923.88 |
| 03332 | Houston Galleria TX 3332 | 730 N. Post Oak Road | Houston | TX | | $4,044.58 |
| 03333 | Houston Kingwood TX 3333 | 20669 Lake Houston pkwy | Houston | TX | | $2,266.00 |
| 02926 | Miami Beach FL 2926 | 828 Washington Avenue | Miami Beach | FL | 33139 | $6,259.00 |
| 02075 | Nampa ID 2075 | 724 12th Avenue South | Nampa | ID | | $0.00 |
| 309 | Rancho Cucamonga CA 00309 | 9680 Haven Avenue | Rancho Cucamonga | CA | | $0.00 |
| 02002 | Scottsdale Camelback AZ 2002 | 6991 East Camelback Road | Scottsdale | AZ | | $3,470.72 |
| 02409 | Temecula CA 2409 | 27450 Ynez Road | Temecula | CA | | $0.00 |
| 02201 | West Linn OR 2201 | 1800 Blankenship Rd | West Linn | OR | | $3,195.83 |
| 02410 | Westminster CO 2410 | 1400 W. 122nd Avenue | Westminster | CO | 80234 | $2,694.60 |
| 02004 | Greenwood Village CO 2004 | 8101 East Prentice Avenue | Greenwood Village | CO | 80111 | $0.00 |