IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.                                 :
                                                               :   Jointly Administered
        Debtors.                                               :
                                                               :   Doc. Ref. No. 161
------------------------------------------------------------- x
```

### ORDER GRANTING EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENTS

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage

Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect

affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively,

"AHM" or the "Debtors"[2]), seeking entry of an order extending to sixty (60) days the period

established by Bankruptcy Rule 1007(c) as extended by Rule 1007-1 of the Local Rules within

which they must file schedules of assets and liabilities, statements of financial affairs, statements

of executory contracts and unexpired leases, and schedules of current income and expenditures,

all as described more fully in the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due

notice of the Motion having been provided to the parties required to be served; and it appearing

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

[2]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage
Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance,
Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM
Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York
corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability
company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great
Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

that no other or further notice of the Motion need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the time within which the Debtors must file their Schedules and Statements under Bankruptcy Rule 1007 is extended up to and including October 5, 2007; and it is further

ORDERED that the relief granted in the Order is without prejudice to the right of the Debtors to request a further extension of time to file the Schedules and Statements, should the Debtors deem such further extension necessary; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated:      Wilmington, Delaware
            September 3, 2007

                                Christopher S. Sontchi
                                United States Bankruptcy Judge

DB02:6153694.2

066585.1001