**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| AMERICAN HOME MORTGAGE ) | Chapter 11 |
| HOLDINGS, INC., a Delaware corporation, ) | |
| et al., ) | Case No. 07-11047 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE**
**OF PAPERS BY DORSEY & WHITNEY LLP ON BEHALF OF**
**U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE**

PLEASE TAKE NOTICE that Dorsey & Whitney LLP hereby appears as attorneys for U.S. Bank National Association, as indenture trustee, in the above-captioned Chapter 11 cases. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Dorsey & Whitney LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Dorsey & Whitney LLP as counsel for U.S. Bank National Association, as indenture trustee, at the office, address and telephone numbers set forth below, and that Dorsey & Whitney LLP's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

| | |
|---|---|
| Katherine A. Constantine, Esq. | Eric Lopez Schnabel (Del. No. 3672) |
| e-mail: constantine.katherine@dorsey.com | e-mail: schnabel.eric@dorsey.com |
| Charles F. Sawyer, Esq. | Dorsey & Whitney (Delaware) LLP |
| e-mail: sawyer.charles@dorsey.com | 1105 North Market Street, 16th Floor |
| Dorsey & Whitney LLP | Wilmington, DE 19801 |
| 50 South Sixth Street, Suite 1500 | Telephone: (302) 425-7162 |
| Minneapolis, MN 55402 | Facsimile: (302) 355-0830 |
| Ph. 612-340-8792 | |
| Fax: 612-340-2643 | |

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex, electronic mail or otherwise, which affects the above-captioned debtors, property of such debtors, or U.S. Bank National Association.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: August 31, 2007

**DORSEY & WHITNEY (DELAWARE) LLP**

By: s/ Eric Lopez Schnabel
Eric Lopez Schnabel (Del. #3672)
1105 North Market Street, 16th Floor
Wilmington, DE 19801
(302) 425-7162

and

Katherine A. Constantine (MN #123341)
Charles F. Sawyer (MN #140351)
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402-1498
(612) 340-2600

Attorneys for U.S. Bank National Association, as Indenture Trustee

4840-3302-7073\1