IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Hearing Date: September 7, 2007 at 11:00 a.m.<br>Objections Due: September 4, 2007 at 4:00 p.m.<br><br>Ref. No. 243 |

**LIMITED RESPONSE OF JPMORGAN CHASE BANK, NA TO MOTION OF THE UNITED STATES FOR AN ORDER (I) REQUIRING TURN-OVER OF NON-ESTATE PROPERTY BELONGING TO THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AND (II) DECLARING THAT THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION IS NOT SUBJECT TO THE AUTOMATIC STAY**

JPMorgan Chase Bank, NA ("JPMC"), by and through its undersigned counsel, submits this Limited Response (the "Response") of JPMorgan Chase Bank, NA to Motion of the United States for an Order (I) Requiring Turn-Over of Non-Estate Property Belonging to the Government National Mortgage Association ("GNMA") and (II) Declaring that the Government National Mortgage Association Is Not Subject to the Automatic Stay (the "Motion"). In support of the Response, JPMC respectfully states as follows:

## BACKGROUND

1.  The Motion alleges that GNMA terminated its servicing relationship with American Home Mortgage Servicing, Inc. ("AHM Servicing") before AHM Servicing filed its chapter 11 petition for relief. GNMA asserts that because AHM Servicing defaulted on the Guaranty Agreements[1] and GNMA terminated the servicing relationship prior to the Petition Date, the GNMA Portfolio is not property of the bankruptcy estate.

---

[1] Capitalized terms not defined in the Response shall have the same meaning ascribed to them in the Motion.

2.  The Motion further alleges that the automatic stay of the Bankruptcy Code does not apply to GNMA by virtue of section 306(g) of the National Housing Act, 12 U.S.C. § 1271 *et. seq.*, and that GNMA is permitted to transfer the servicing rights and corresponding files of the GNMA Portfolio to another loan servicer.

3.  The Motion also requests that AHM Servicing direct JPMC to turn over to GNMA the balance of two of the GNMA Portfolio accounts held by JPMC (the "Portfolio Accounts"). JPMC placed a hold on the Portfolio Accounts when the Debtors commenced their bankruptcy cases. As of August 31, 2007, the two Portfolio Accounts held by JPMC had an aggregate value of $7,004.53.

## LIMITED RESPONSE

4.  JPMC is aware of the relief requested by GNMA in the Motion and the Debtors' opposition thereto. GNMA, through its counsel, has requested that JPMC turnover the funds contained in the Portfolio Accounts and re-title the Portfolio Accounts in the name of GNMA. Likewise, counsel for the Debtors have indicated that they dispute the allegations contained in the Motion and would consider the transfer of funds and re-titling of the Portfolio Accounts a violation of the automatic stay. JPMC further acknowledges that it currently holds the Portfolio Accounts. Given the dispute between GNMA and AHM Servicing, JPMC is in effect a stakeholder with respect to the funds in the Portfolio Accounts.

5.  JPMC will continue to hold the Portfolio Accounts pending this Court's order on the Motion, or the joint written direction of both GNMA and AHM Servicing.

6.  JPMC reserves all rights to further amend this Response and to participate in the Hearing and in this contested matter to the extent necessary to preserve and protect

JPMC's rights with respect to the Portfolio Accounts. In addition, JPMC reserves its right to seek further relief from this Court with respect to the Portfolio Accounts.

WHEREFORE, JPMC requests that this Court (i) consider this Response and (ii) order such other and further relief as is just and proper.

Dated: September 4, 2007
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Adam G. Landis_
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
John H. Strock (No. 4965)
919 N. Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

LOCKE LIDDELL & SAPP PLLC
Thomas H. Grace
W. Steven Bryant
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

*Counsel to JPMorgan Chase Bank, National Association*