IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE                                                 :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                        :
                                                                       :   Jointly Administered
                Debtors.                                               :
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 30 day of August 2007 he caused a copy of the following document(s):

Notices of Proposed Assumption and Assignment [Docket Nos. 488, 490 and 506]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of Sept. 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

DB02:6163664.2                                                                                    066585.1001

## SERVICE LIST
## 8/30/2007

American Home Mortgage Landlord
Attn: Landlord
17744 Skypark Circle
Irvine, CA 92614
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
5151 Beltline Road
Dallas, TX 75254
*Federal express*

De Lage Landen
Attn: Officer, General or Managing Agent
111 Old Eagle School Road
Wayne, PA 19087
*Federal express*

Forsyth Building
Attn: Officer, General or Managing Agent
1011 West Lake Street
Oak Park, IL 60301
*Federal express*

Jim Hensley
Fifth Third Bank
5830 Bond Street, Suite 300
Cumming, GA 30040
*Federal express*

Kimothy Lee
1011 West Lake Street, Suite 212
Oak Park, IL 60301
*Federal express*

Michael McGrath
US Mortgage Corp.
19D Chapin Road
Pine Brook, NJ 07058
*Federal express*