# EXHIBIT A

24816667 RICOH COPIER   AMERICAN HOME MORTGAGE    RICOH  MP9000   L5570200211  STE 110    CHESTERBROOK  PA       19087