IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

                                                  Chapter 11 Case

                                                  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

                         Debtors.
----------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 4th day of September, 2007, I served one copy of the *De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Sale as Stated Within the Debtors Notice, Dated August 29, 2007, and Any Sale of De Lage Landen Financial Services, Inc.'s Equipment,* upon the parties listed below by facsimile:

        James L. Patton, Jr., Esquire
        Joel A. Waite, Esquire
        Pauline K. Morgan, Esquire
        Sean Beach, Esquire
        Matthew Lunn, Esquire
        Kara Hammond Coyle, Esquire
        Kenneth J. Enos, Esquire
        Young Conaway Stargatt & Taylor
        1000 West Street, 17th Floor
        Wilmington, DE 19801

                                                **DUANE MORRIS LLP**

                                                /S/
                                                Frederick B. Rosner (DE 3995)
                                                1100 North Market Street, Suite 1200
                                                Wilmington, DE 19801

DM3\560958.1