IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------------   x
In re:                                                   :   Chapter 11
                                                         :
AMERICAN HOME MORTGAGE                                    :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,          :
                                                         :   Jointly Administered
                    Debtors.                             :
----------------------------------------------------------------------   x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 29 day of August 2007 he caused a copy of the following document(s):

Notices of Proposed Assumption and Assignment and Sale of Assets [Docket Nos. 432 -433, 435-460, 462-474]

To be served on the parties listed on the attached service list.

                                       Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of ~~August~~ Sept. 2007

                                       Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

**SERVICE LIST**

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103
*Federal Express*

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)
*Federal Express*

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*Federal Express*

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)
*Federal Express*

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
(Empire Blue Cross Blue Shield)
*Federal Express*

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Wells Fargo, Washington Mutual, Inland US Management, LLC)
*Hand Delivery*

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
Calyon
*Federal Express*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)
*Federal Express*

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Morgan Stanley)
*Federal Express*

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)
*Federal Express*

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
(Liberty Property)
*Hand Delivery*

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
Waldner
*Federal Express*

Peter Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Richtree Enterprises)
(19th Omni Objection)
*Federal Express*

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)
*Federal Express*

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley; CIFG)
*Hand Delivery*

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
(Liberty Property)
*Federal Express*

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
(AT&T)
*Hand Delivery*

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Fl.
Charlotte, NC 28202
(NNN VF Four Resource Square, LLC)
*Federal Express*

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Countrywide Home Loans)
*Hand Delivery*

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Alcone Marketing Group)
*Federal Express*

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801
(Greenwich Capital)
*Hand Delivery*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
*Federal Express*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC.)
*Federal Express*

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Calyon New York Branch
*Hand Delivery*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)
*Federal Express*

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
*Federal Express*

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
*Federal Express*

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
*Federal Express*

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)
*Federal Express*

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY 10165
(STWB, Inc.)
*Federal Express*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Financial Guaranty Insurance Co.; Assured Guaranty)
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)
*Federal Express*

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)
*Federal Express*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)
*Hand Delivery*

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital)
*Federal Express*

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
(Bank of New York)
*Federal Express*

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Societe Generale)
*Hand Delivery*

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital, LLC)
*Federal Express*

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
Harris County, Angelina County
*Federal Express*

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
*Federal Express*

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(WestLB)
*Federal Express*

Donald Farlow
Burns, Wall, Smith and Mueller
303 E. 17th Avenue, #800
Denver, CO 80203
(BRCP)
*Federal Express*

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)
*Hand Delivery*

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
(Kingstowne Office Building K LLC; Boston Properties Limited
Partnership)
*Federal Express*

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
*Federal Express*

Brad Godshall, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(Indymac)
*Federal Express*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*Federal Express*

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*Federal Express*

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
Aldine Independent School District
*Federal Express*

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
(Fannie Mae)
*Federal Express*

William Goldman, Esq.
Andrew Stearn
Sidley Austin
787 Seventh Avenue
New York, NY 10019
(Bear Stearns)
*Federal Express*

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
*Federal Express*

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG)
*Federal Express*

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
*Federal Express*

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(WARN Act Claimants)
*Hand Delivery*

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*Federal Express*

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
*Hand Delivery*

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)
*Hand Delivery*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*Federal Express*

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
(Greenwich Capital Markets, Inc.)
*Federal Express*

Nancy Hotchkiss, Esq.
Trainor Robertson
701 University Avenue, Suite 200
Sacramento, CA 95825-6700
Cowifi Ironpoint
*Federal Express*

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)
*Hand Delivery*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*Federal Express*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*Federal Express*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Bear Stearns)
*Hand Delivery*

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
(Pima County)
*Federal Express*

Thomas J. Leanse
Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(RREEF Management Company)
*Federal Express*

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
150 East 52nd Street, 18th Floor
New York, NY 10022
(De Lage Financial Services, Inc.)
*Federal Express*

Nancy F. Loftus, Esq.
Assistant County Attorney
Deprt of Tax Admin - Fairfax Co.
12000 Governmnet Center Parkway, Suite 549
Fairfax, VA 22035
*Federal Express*

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
*Federal Express*

Kristin Mihelic, Esq.
Richard Canel, Esq.
Spector Gadon & Rosen
1635 Market Street, 7th Fl.
Philadelphia, PA 19103
(Chesterbrook Partners)
*Federal Express*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
Citigroup Global
*Federal Express*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(ZC Real Estate Tax Solutions)
*Hand Delivery*

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
(DDR Entities)
*Hand Delivery*

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
(John Flatley and Gregory Stoyle, Trustees 1993 Flatley Family Truste)
*Federal Express*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(American Corporate Record Center)
*Federal Express*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
*Federal Express*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
(Empire HealthChoice Assurance/Empire Blue Cross)
*Federal Express*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)
*Hand Delivery*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
(Sovereign Bank)
*Federal Express*

Janice D. Newell
 Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702
*Federal Express*

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)
*Federal Express*

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
*Federal Express*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)
*Federal Express*

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Kodiak Funding LP)
*Hand Delivery*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
*Federal Express*

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(DDR Entities)
*Facsimile*

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
Broward County Revenue Collection Division, Bankruptcy & Litigation
Section
*Federal Express*

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)
*Federal Express*

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)
*Hand Delivery*

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)
*Hand Delivery*

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
*Federal Express*

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612
(Rexco, LLC)
*Federal Express*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)
*Federal Express*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
*Federal Express*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
(Wells Fargo)
*Hand Delivery*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)
*Federal Express*

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
*Federal Express*

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
Ken Burton, Jr., Manatee County Tax Collector
*Federal Express*

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Waldner)
*Hand Delivery*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(WLR Recovery)
*Federal Express*

Margot B. Schonholtz, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*Federal Express*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
*Federal Express*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*Federal Express*

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York)
*Hand Delivery*

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*Federal Express*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

David Stack
ABN AMRO Bank
55 East 52nd St., 2nd Fl
New York, NY 10055
*Federal Express*

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017
(Societe Generale)
*Federal Express*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*Federal Express*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*Federal Express*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GMAC)
*Federal Express*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)
*Federal Express*

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)
*Federal Express*

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
Deutsche Bank
*Hand Delivery*

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Inland US Management, LLC)
*Hand Delivery*

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
(Maricopa County)
*Federal Express*

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(IndyMac)
*Federal Express*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)
*Federal Express*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street☐☐
Richmond, VA 23219
(Calyon)
*Federal Express*

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Bracebridge Capital, LLC)
*Hand Delivery*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
*Federal Express*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)
*Federal Express*

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
(Financial Guaranty Insurance Corporation)
*Federal Express*

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013
*Federal Express*

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Natixis)
*Hand Delivery*

**SERVICE LIST**
**8/29/2007**

1717 LLC- Butterfield Properties
Attn: Landlord
477 E. Butterfield Road, Suite 500
Lombard, IL 60148
*Federal express*

Academy Mortgage
Attn: Bill Bent
1707 Cole Blvd., #350
Golden, CO 80401
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
11870 Merchants Walk
Newport News, VA 23606
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
275 South Main St.
Longmont, CO 80501
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
4421 Virginia Beach Blvd.
Virginia Beach, VA 23462
*Federal express*

AAOP 2, LP
Attn: Landlord
PO Box 828104
Philadelphia, PA 19182
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
810 CM Fagan Drive
Hammond, LA 70403
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1803 Whites Road
Kalamazoo, MI 49009
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
3709 Kennett Pike
Greenville, DE 19807
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
34382 Carpenters Way
Lewes, DE 19958
*Federal express*

**SERVICE LIST**
**8/29/2007**

American Home Mortgage Landlord
Attn: Landlord
2345 Gause Blvd. East
Slidell, LA 70458
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
5215 Center Street
Williamsburg, VA 23188
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1120 Benfield Blvd. Suite A.
Millersville, MD 21108
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
400 Skokie Blvd.
Northbrook, IL 60062
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
304 Harper Drive
Moorestown, NJ 08054
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
790-8 Sunset Blvd. N.
Sunset Beach, NC 28462
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1409 West Causeway Approach
Mandeville, LA 70471
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
5151 Beltline Road
Dallas, TX 75254
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
65 Jackson Drive
Cranford, NJ 07016
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1535 Schillinger Road S.
Mobile, AL 36695
*Federal express*

**SERVICE LIST**
**8/29/2007**

American Home Mortgage Landlord
Attn: Landlord
955 Chesterbrook Blvd.
Wayne, PA 19087
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
420 East Patrick St.
Frederick, MD 17201
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
6513-6515 W 127th Street
Palos Heights, IL 60463
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
817 Eastern Shore Dr.
Salisbury, MD 21801
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
828 Greenbriar Pkwy.
Chesapeake, VA 23320
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
3445 N. Causeway Blvd.
Metairie, LA 70002
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1799 Michelle Lane
Greenwood, IN 46142
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1717 N. Naper Blvd.
Naperville, IL 60563
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
806 Ocean Street
Santa Cruz, CA 95060
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
601 South Florida Avenue, #1
Lakeland, FL 33801
*Federal express*

**SERVICE LIST**
8/29/2007

American Home Mortgage Landlord
Attn: Landlord
87 Newtown Lane
East Hampton, NY 11937
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
2619 Forest Avenue
Chico, CA 95298
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
5350 Airport Highway
Toledo, OH 43615
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
11649 N Port, Washington Road
Mequon, WI 53092
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
642 Bridge Street
Yuba City, CA 95991
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
6516 Steubenville Pike
Pittsburgh, PA 15205
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
860 Greenbriar Pkwy.
Chesapeake, VA 23320
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
1307 Franklin Road
Yuba City, CA 95993
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
17744 Skypark Circle
Irvine, CA 92614
*Federal express*

American Home Mortgage Landlord
Attn: Landlord
700 Washington St.
Vancouver, WA 98660
*Federal express*

**SERVICE LIST**
**8/29/2007**

American Home Mortgage Landlord
Attn: Landlord
100 South Jefferson Road
Whippany, NJ 08830
*Federal express*

Banc of America Leasing
ATTN: Leasing Admin Center
PO Box 371992
Pittsburgh, PA 15250
*Federal express*

Linda Blount
Allegiance Partners
828 Greenbriar Pkwy
Chesapeake, VA 23320
*Federal express*

Steven Case
The Irvine Company
PO Box 6370
Newport Beach, CA 92614
*Federal express*

De Lage Landen
Attn: Officer, General or Managing Agent
111 Old Eagle School Road
Wayne, PA 19087
*Federal express*

Al Antuzzi
First Home Mortgage
28 Waters Edge Drive
Delran, NJ 08075
*Federal express*

Birch Grove Plaza
Attn: Landlord
4355 24th Avenue
Fort Gratiot, MI 48059
*Federal express*

Caroline Browder
Sun Trust Mortgage
919 E. Main Street, 14th Fl.
Richmond, VA 23219
*Federal express*

Combined 400 Building
c/o Officer, General or Managing Agent
Department No. 70903
Los Angeles, CA 90084
*Federal express*

Bob Dickenson
c/o Coldwell Banker
Dartmouth Ventures, LLC
4421 Coastal Highway
Rehoboth Beach, DE 19971
*Federal express*

**SERVICE LIST**
**8/29/2007**

Diversified Commercial Investments
Attn: Landlord
4804 Courthouse St., Suite 3A
Williamsburg, VA 23188
*Federal express*

Fountainebleau Place, LLC
Attn: Officer, General or Managing Agent
111 Maringouin Lane
Mandeville, LA 70471
*Federal express*

Joseph Gribb, Jr.
Tredyffrein GP LLC
NW 5739
PO Box 1450
Minneapolis, MN 55485
*Federal express*

Jim Hensley
Fifth Third Bank
5830 Bond Street, Suite 300
Cumming, GA 30040
*Federal express*

James and Kristen Johnston
20 Broadmoor Street
Moraga, CA 94556
*Federal express*

Synthia Farley
First Horizon Home Loans
4000 Horizon Way
Irving, TX 75063
*Federal express*

Susie Garza
PrimeLending, A Plains Capital Company
18111 Preston Road, Suite 900
Dallas, TX 75252
*Federal express*

Sinclair Haberman
Preston Tower
315 Central Park West, Suite 120
New York, NY 10025
*Federal express*

Chuck Hierdahl
GMAC Financial Services
1100 Virginia Drive
Mail Code 190-FTW-M98
Fort Washington, PA 19034
*Federal express*

Jefferson Plaza Venture/Bergman Plaza V.
Attn: Landlord
555 Route One South
Iselin, NJ 08830
*Federal express*

**SERVICE LIST**
**8/29/2007**

Jerry Carney and Associates
Attn: Officer, General or Managing Agent
5922 Cypress Cayou Lane
Lacombe, LA 70445
*Federal express*

Richard Keller
Buck-Kennett Associates, LLC
3711 Kennett Pike
Greenville, DE 19807
*Federal express*

Lexington Square LLP
Attn: Landlord
11649 N. Port Washington Road, Suite 206
Mequon, WI 53092
*Federal express*

Louisiana Federal Land Bank Asso.
Attn: Officer, General or Managing Agent
PO Box 4806
Monroe, LA 71211
*Federal express*

Michael McGrath
US Mortgage Corp.
19D Chapin Road
Pine Brook, NJ 07058
*Federal express*

JGSA LLC
Attn: Landlord
16 Causeway Drive
Ocean Isle, NC 28468
*Federal express*

Caleb Kim
Countrywide
4500 Pake Granada CH-18A
CAlabasas, CA 91302
*Federal express*

Harvey Lindsay
Commercial RE
Merchants Walk One
999 Waterside Dr., Suite 1400
Norfolk, VA 73510
*Federal express*

Amy Martin
Flagstar Bank
5151 Corporate Drive
Troy, MI 48098
*Federal express*

Shawn McIntee
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center, 90 South Seventh St.
Minneapolis, MN 55402
(Centennial Mortgage & Funding, Inc.)
*Federal express*

**SERVICE LIST**
**8/29/2007**

Michele Lane Partners
Attn: Landlord
1828 Wood Haven Court
Greenwood, IN 46143
*Federal express*

Moreland Johnson
Attn: Landlord
6 Pasatiempo Drive
Santa Cruz, CA 95060
*Federal express*

Nestor De Castro
Hanjin Shipping Co., Ltd
80 E. Route 4, Suite 490
Paramus, NJ 07652
*Federal express*

Dean Palmer
642 Bridge Street
Yuba City, CA 95991
*Federal express*

Parkway Properties
Attn: Landlord
150 Boush St., SUite 704
Norfolk, VA 23510
*Federal express*

Eva Milanowski
Pitney Bowes Credit Corporation
PO Box 856390
Louisville, KY 40285
*Federal express*

John Morelli
Main Street Home Mortgage Corp.
1122 N. LaSalle Street
Chicago, IL 60610
*Federal express*

Ocean View Int'l Inc.
Attn: Claude and Shirley Tarvin
PO Box Y
Yuba City, CA 95992
*Federal express*

Palos Heights Properties
Attn: Landlord
1 South Polo Drive
South Barrington, IL 60010
*Federal express*

Positive Properties
Attn: Landlord
105 Valley View
Chappaqua, NY 10514
*Federal express*

**SERVICE LIST**
**8/29/2007**

Jerry Ragains
4374 Sunset Drive
Tyaskin, MD 21865
*Federal express*

Ridgecrest Valuation Associates
Attn: Landlord
4910 Ridge Crest Court
Frederick, MD 21702
*Federal express*

Tim Ross
Ross Mortgage Corporation
27862 Woodward Avenue
Royal Oak, MI 48067
*Federal express*

Sawmill Properties
Attn: Officer, General or Managing Agent
Office Equipment Finance Services
PO Box 790448
St. Louis, MO 63179
*Federal express*

Michael Schein
Vedder Price Kaufman & Kammholz
1633 Broadway, 47th Fl.
New York, NY 10019
*Federal express*

Kathryn Richards
Southern Trust Mortgage
150 Boush Street, #400
Norfolk, VA 23510
*Federal express*

Robinson Court Associates
Attn: Landlord
4839 Campbells Run Road
Pittsburgh, PA 15205
*Federal express*

S.A.S. Airport Ltd
Attn: Landlord
1923-1/2 West Alexis Road
Toledo, OH 43613
*Federal express*

Sawmill Properties, LLC
c/o Cumbest Properties, Inc.
PO Box 851256
Mobile, AL 36685
*Federal express*

Bob Shield
West American Mortgage
1 South 660 Midwest Road, Suite 100
Oakbrook Terrace, IL 60181
*Federal express*

**SERVICE LIST**
**8/29/2007**

John Sly
Lincoln Mortgage Company
15 E. Ridge Pike, Suite 101
Conshohocken, PA 19428
*Federal express*

SSF Realty
Attn: Officer, General or Managing Agent
PO Box 1089
Lakeland, FL 33802
*Federal express*

Thirty Four South Broad Street, LLC
Attn: Landlord
34 South Broad Street
Woodbury, NJ 08096
*Federal express*

US Bankcorp
Attn: Officer, General or Managing Agent
Office Equipment Finance Services
PO Box 790448
St. Louis, MO 63179
*Federal express*

Virginia Beach Affiliates
c/o Time Equities, Inc.
55 5th Avenue, 15th Fl.
New York, NY 10003
*Federal express*

Joseph Smalley
Gateway Funding
300 Welsh Road, Bldg. 5
Horsham, PA 19044
*Federal express*

St. John Properties
Attn: Landlord
2650 Lord Baltimore Dr.
Baltimore, MD 21244
*Federal express*

Tomorrow 34 Cole Center Ltd.
Attn: Landlord
2460 West 26th Avenue, Suite 190-C
Denver, COl 80211
*Federal express*

Vancouver Center Development LLC
Attn: Landlord
17355 S. W. Boones Ferry Road
Lake Oswego, OR 97035
*Federal express*

White Road LLC
Attn: Landlord
5340 Holiday Terrace
Kalamazoo, MI 49009
*Federal express*

**SERVICE LIST**
**8/29/2007**

Xerox Corp
c/o PNC Bank- Officer, General or Managing Agent
1200 East Campbell, Suite 108
Richardson, TX 75081
*Federal express*