# EXHIBIT A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP9000 | L5570100390 | 400 SKOKIE BLVD STE 110 | | NORTHBROOK IL | 60062 |
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | M2875000241 | 400 SKOKIE BLVD STE 110 | | NORTHBROOK IL | 60062 |
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | M2875000264 | STE 250 | 1375 E WOODFIELD RD | SCHAUMBURG IL | 60173 |
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | M2875000244 | STE 250 | 1375 E WOODFIELD RD | SCHAUMBURG IL | 60173 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24544470 RICOH COPIER | FIRST HOME MORTGAGE CORP | RICOH | | 2090 | J7031100090 | 400 SKOKIE BLVD | STE #110 | NORTHBR IL | 60062 |
| 24544470 RICOH COPIER | FIRST HOME MORTGAGE CORP | RICOH | | 2045 | J5937201274 | 400 SKOKIE BLVD | STE #110 | NORTHBR IL | 60062 |
| 24815937 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP9000 | | L5570100390 | 400 SKOKIE BLVD STE 110 | | NORTHBR IL | 60062 |
| 24815937 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | | M2875000241 | 400 SKOKIE BLVD STE 110 | | NORTHBR IL | 60062 |