**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.,*

                                    Debtors.

-----------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 4th day of September, 2007, I served a

copy of *De Lage Landen Financial Services, Inc.'s Limited Objection to the Debtors' Notice of*

*Proposed Assumption and Assignment and Sale of Assets with Respect to the 1011 West Lake*

*Street, Suite 212, Oak Park, Illinois Location* upon the parties listed below in the manner

indicated:

> *Facsimile*
> James L. Patton, Jr., Esquire
> Joel A. Waite, Esquire
> Pauline K. Morgan, Esquire
> Sean Beach, Esquire
> Matthew Lunn, Esquire
> Kara Hammond Coyle, Esquire
> Kenneth J. Enos, Esquire
> Young Conaway Stargatt & Taylor
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> *(Counsel to the Debtors)*

**DUANE MORRIS LLP**

/s/
_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801