# EXHIBIT B

Received 01/13/2004 04:03PM in 02:20 on line [21] for DATA_ENTRY * Pg 7/7    NO.416    D07
01/13/2004    17:07

2453 8618

## ATLANTIC tomorrowsoffice.com
A Program of De Lage Landen Financial Services

12-22-03 P05:24 Lease Agreement

**LESSEE**
- Full Legal Name: American Home Mortgage
- Billing Address: 520 Broad Hollow Road, Melville, NY 11747
- Equipment Location: Same
- Phone Number:
- Purchase Order/Requisition Number:
- Serial Invoice to American DC:

**EQUIPMENT DESCRIPTION**
| Equipment Make | Model Number | Serial Number | Quantity | Description |
|---|---|---|---|---|
| Ricoh | Aficio 2035 | | 10 | Fax Systems |

**PAYMENT INFORMATION**
- Number of Lease Payments: 39
- Lease Payment: $1,520.00
- Term of Lease in Months: 39
- Payment Frequency: Monthly
- End of Lease Option: FMV

### TERMS AND CONDITIONS

[Terms and conditions text — illegible small print covering Lease, Title, Equipment Use and Warranties, Assignment, Risk of Loss and Insurance, Taxes, End of Lease, Default and Remedies, Miscellaneous provisions]

**LESSEE SIGNATURE**
- Signed: [signature]  Date: 12/19/03
- Title: Facilities Manager
- Print Name: Rob Albanese
- Legal Name of Corporation: American Home Mortgage

**LESSOR**
De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 253-3273 • FAX: (800) 778-2323
Lease Commencement Date: 1-28-04
Lease Number: 2453 8618
Accepted by: [signature]

**GUARANTY**
[guaranty text]
Signature:  Date:
Print Name:

**ACCEPTANCE**
The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.
Signed: [signature]  Date: 12/19/03
Print Name: Rob Albanese  Title: Facilities Mgr.