IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

Chapter 11 Case

Case No. 07-11047 (CSS)

                    Debtors.
----------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 4th day of September, 2007, I served one copy of the *De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Assumption, Assignment and Cure of De Lage Landen Financial Services, Inc.'s Lease as Proposed Within the Debtors Notice, Dated August 30, 2007,* upon the parties listed below by facsimile:

    James L. Patton, Jr., Esquire
    Joel A. Waite, Esquire
    Pauline K. Morgan, Esquire
    Sean Beach, Esquire
    Matthew Lunn, Esquire
    Kara Hammond Coyle, Esquire
    Kenneth J. Enos, Esquire
    Young Conaway Stargatt & Taylor
    1000 West Street, 17th Floor
    Wilmington, DE 19801

**DUANE MORRIS LLP**

/s/
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

DM3\561035.1