IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

  Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 4th day of September, 2007, he caused a copy of the following:

**LIMITED RESPONSE OF JPMORGAN CHASE BANK, NA TO MOTION OF THE UNITED STATES FOR AN ORDER (I) REQUIRING TURN-OVER OF NON-ESTATE PROPERTY BELONGING TO THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AND (II) DECLARING THAT THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION IS NOT SUBJECT TO THE AUTOMATIC STAY**
**(Docket No. 556)**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 4th day of September, 2007.

_____
Notary Public
My Commission Expires

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

519.005-17766.DOC

## Service List

James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Co-Counsel to Official Committee of Unsecured Creditors)
*Hand Delivery*

Mary A. DeFalaise, Esq.
U.S. Dept. of Justice
1100 L St., NW
Room 10002
Washington, DC 20005
(GNMA)
*Facsimile & First Class Mail*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
(Proposed Co-Counsel to Official Committee of Unsecured Creditors)
*First Class Mail*

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*First Class Mail*