# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 04, 2007 11:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | AL LUGANO |

## *Matter:*

Omnibus

**R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

5. Adjourned
6. through 11 Orders signed
14. Order signed
15. Counsel to submit order
16. and 17. Order signed