# SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NOS.: 07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: September 4, 2007 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) | Millbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Robert J. Moore (telephonic) | | |
| Steven Williamowsky (telephonic) | Bingham McCutchen | |
| David Folds (telephonic) | DLA Piper US | DB Structured Products |
| Richard S. Miller (telephonic) | Kirkpatrick & Lockhart Preston | Boston Property |
| | | Barclay's Bank |
| Ben Ackerly | Hunton & Williams | CAICA |
| Jason Harbour | " | " " |
| Michael Busenkell | Eckert Seamans | " " " |
| David L. Buchbinder | USTR/DOJ | UST |
| William Chipman Sr. | Edwards Angell Palmer & Dodge | Countrywide |
| Alex R. Rovira | Sidley Austin LLP | Bear Stearns/Mortcap Corp/EMC |
| Nicholas P. Cassell | Sidley Austin LLP | " " " |
| Steven K. Kortanek | Womble Carlyle | Credit Suisse First Boston Mort |
| Richard Riley | Duane Morris | Delage Landen; Bear Stearns; Impac Funding |
| Elizabeth S. Kardos | Kroll Zolfo Cooper | Kroll Zolfo Cooper |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  **COURTROOM LOCATION:** Courtroom 6
**CASE NO.:** 07-11047(CSS)  **DATE:** 9/4/07 @ 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephanie Green | King & Spaulding | GE |
| Bill Bowden | Ashby & Geddes | " " |
| Laurie Silver Silverstein | Potter Anderson Corroon | Bank of America N.A. |
| Margey Sernhelz | Kaye Scholer | " |
| Scott Talmadge | Kaye Scholer | " |
| Jessica Carter | Buchanan Ingersoll & Rooney | Societe Generale |
| Victoria Counihan | Greenberg Traurig LLP | WLR Recovery Fund |
| Erica Ryland | Jones Day | " |
| Joel White | King Connolly (?) Bove (?) | Debtors |
| Franklin Top | Chapman and Cutler LLP | Wells Fargo as Master Servicer |
| Kathleen Morgan Murchison | Young Conaway Stargatt & Taylor | Debtors |
| Sean Beach | " | " |
| Mark Indelicato | Hahn & Hessen LLP | Committee |
| Mark Power | " | " |
| Bonnie Fatell | Blank Rome LLP | Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** September 4, 2007 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Susheel Kirpalani | Quinn Emanuel | American Home |
| Ben Tonpoll | Getty O'Connor | GE Banks as provider |
| Frank Catalina | Willkie Cahill | FE Mullin |
| Joseph Baker | Lori Brennan | Roy Rothchild |
| Brian E Goldberg | Dickstein Shapiro | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**