1    BARBARA LAWALL
     PIMA COUNTY ATTORNEY
2    CIVIL DIVISION
     By: German Yusufov
3    Deputy County Attorney
     32 North Stone Avenue, Suite 2100
4    Tucson, Arizona 85701
     Telephone: (520) 740-5750
5    Facsimile: (520) 620-6556
6    Arizona State Bar No. 023544
     Attorney for Creditor Pima County, Arizona
7

8    **IN THE UNITED STATES BANKRUPTCY COURT**

9    **FOR THE DISTRICT OF DELAWARE**

10    In re:                   CHAPTER 11

11    AMERICAN HOME MORTGAGE     Case No. 07-11047 (CSS)
     HOLDINGS, INC., a Delaware corporation,
12    *et al.*,[1]                 Joint Administration Pending

13               Debtor(s).
14

15    **MOTION AND ORDER FOR *PRO HAC VICE***

16    Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the

17 United States District Court for the District of Delaware, and the attached certification,

18 undersigned counsel moves for the admission *pro hac vice* to represent the Pima County

19 Treasurer ("Pima County") in this action. In addition, because Pima County is an agency of
20

21

22    [1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
23 American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM
Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a
24 Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation
(7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage
25 Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation
26 (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM
Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

-1-

1  the State of Arizona, undersigned counsel moves that the requirement to associate with local

2  counsel be waived under Del. Bankr. L.R. 9010-1(c)(ii).

3  **RESPECTFULLY SUBMITTED** this 4th day of September, 2007.

4
5                              By: /s/ German Yusufov
                             German Yusufov, Deputy County Attorney
                             Arizona State Bar No. 023544
6                              PIMA COUNTY ATTORNEY'S OFFICE
                             32 N. Stone Ave., Ste. 2100
7                              Tucson, AZ 85701
                             Telephone: (520) 740-5750
8                              Facsimile No. (520) 620-6556
9                              Email: pcaocvbk@pcao.pima.gov

10  **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

11  Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure for the

12  United States District Court for the District of Delaware, I certify that I am eligible for

13
14  admission to this Court, am admitted, practicing and in good standing as a member of the

15  Bar of the State of Arizona and pursuant to Local Rule 83.6 D. De.L.R. submit to the

16  disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the

17  preparation or course of this action. I also certify that I am generally familiar with this

18  Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I

19  further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for

20  District Court.
21

22                              By: /s/ German Yusufov
                             German Yusufov, Deputy County Attorney
23                              Arizona State Bar No. 023544
                             PIMA COUNTY ATTORNEY'S OFFICE
24                              32 N. Stone Ave., Ste. 2100
                             Tucson, AZ 85701
25                              Telephone: (520) 740-5750
26

-2-

1

2 **ORDER GRANTING MOTION**

3 **IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is

4 Granted.

5

6 DATED: _____          _____

7                                    The Honorable Christopher S. Sontchi
                                     United States Bankruptcy Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-