IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | (Jointly Administered) |
| Corporation et al. | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE THAT** Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for Indymac Bank F.S.B. in the above-captioned cases, has changed its name to Pachulski Stang Ziehl & Jones LLP, effective September 1, 2007. The mailing address and telephone and fax numbers are unchanged.

Dated: September 4, 2007

Pachulski Stang Ziehl & Jones LLP

*/s/ Curtis A. Hehn/*

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszyjw.com
       chehn@pszyjw.com

Counsel for Indymac Bank F.S.B

1

68700-001\DOCS_DE:130662.1