IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | (Jointly Administered) |
| Corporation et al. | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for the Debtor in the above-captioned action, and that on the 4th day of September, 2007 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

**Notice of Firm Name Change**

*/s/ Linda M. Ellis*
Linda M. Ellis

Sworn to and Subscribed before
me this 4th day of September 2007

*/s/ Diane K. Potts*
Notary Public
Commission Exp.: 2-20-08

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2008

68700-001\DOCS_DE:130662.1

American Home Mortgage Holdings, Inc.
2002 Service List
Case No. 07-11047
26 – Hand Delivery
73 – First Class Mail

*Hand Delivery*
(Counsel for Wells Fargo, Washington Mutual, Inland US Management, LLC)
Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for UBS Securities LLC; Morgan Stanley)
William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

*Hand Delivery*
(Counsel for AT&T)
Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Calyon New York Branch)
Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

*Hand Delivery*
(ABN AMBRO Bank N.V.)
Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for WLR Recovery)
Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Financial Guaranty Insurance Co.; Assured Guaranty)
Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Hand Delivery*
(Counsel for Societe Generale)
Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Federal Home Loan Mortgage Corp)
J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Official Committee of
Unsecured Creditors)
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for WARN Act Claimants)
James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Citigroup Global Markets Inc)
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for IndyMac)
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones &
Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

*Hand Delivery*
(CSFB)
Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for JPMorgan Chase Bank, N.A.)
Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

*Hand Delivery*
(Counsel for ZC Real Estate Tax Solutions)
Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

*Hand Delivery*
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Kodiak Funding LP)
Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Debtors' Counsel)
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for GMAC)
Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Waldner)
Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

*Hand Delivery*
(Counsel for Wells Fargo)
Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Bank of New York)
Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Bank of America)
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Hand Delivery*
Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Inland US Management, LLC)
Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

*First Class Mail*
(Counsel for Calyon)
Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

*First Class Mail*
(Bexar County
David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

*First Class Mail*
(Counsel for UBS Securities)
Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

*First Class Mail*
(Counsel for Deutsche Bank)
John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

*First Class Mail*
(Counsel for Morgan Stanley)
Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

*First Class Mail*
Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

*First Class Mail*
(Counsel for Cedar Hill City, Carroll ISD, Arlington ISD)
Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

*First Class Mail*
(Counsel for WLR Recovery)
Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

*First Class Mail*
(Counsel for Empire Blue Cross Blue Shield)
Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201

*First Class Mail*
(Counsel for Waldner)
Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556

*First Class Mail*
(AON Consulting)
Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

*First Class Mail*
(Counsel for ABN AMRO Bank)
Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

*First Class Mail*
(Counsel for ORIS Capital Markets, LLC.)
Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

*First Class Mail*
(Counsel for Wells Fargo)
Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

*First Class Mail*
Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

*First Class Mail*
(Counsel for Societe Generale)
Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

*First Class Mail*
(Counsel for Citibank)
Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

*First Class Mail*
(Counsel for CSHV Southpark LLC)
Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

*First Class Mail*
Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

*First Class Mail*
(Counsel for Lehman)
Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*First Class Mail*
(Counsel for Bank of New York)
Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

*First Class Mail*
(Counsel for AT&T Corp.)
Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

*First Class Mail*
(Counsel for Lehman)
Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*First Class Mail*
(GNMA)
Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

*First Class Mail*
(Counsel for Harris County, Angelina County)
John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

*First Class Mail*
(Counsel for Deutsche Bank)
Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

*First Class Mail*
Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

*First Class Mail*
(Counsel for CSFB)
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*First Class Mail*
(Counsel for Kingstowne Office Building K LLC; Boston Properties Limited Partnership)
J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

*First Class Mail*
Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

*First Class Mail*
(Counsel for Fannie Mae)
Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005

*First Class Mail*
(CSFB)
Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*First Class Mail*
(Counsel for JPMorgan Chase Bank, N.A.)
Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

*First Class Mail*
(Counsel for Greenwich Capital Markets, Inc.)
Arnold Gulkowitz, Esq.
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

*First Class Mail*
Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

*First Class Mail*
(Counsel for Official Committee of Unsecured Creditors)
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

*First Class Mail*
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

*First Class Mail*
George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

*First Class Mail*
(Counsel for Citigroup Global)
Lisa G. Laukitis, Esq.
Citicorp Center
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

*First Class Mail*
(Counsel for De Lage Financial Services, Inc.)
Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
150 East 52nd Street, 18th Floor
New York, NY 10022

*First Class Mail*
(Counsel for John Flatley and Gregory Stoyle, Trustees 1993 Flatley Family Truste)
James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110

*First Class Mail*
(Counsel for American Corporate Record Center)
Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

*First Class Mail*
Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

*First Class Mail*
(Counsel for Barclays Bank PLC and Barclays Capital)
Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022

*First Class Mail*
(Empire HealthChoice Assurance/Empire Blue Cross)
Joseph T. Moldovan, Esq.
Moorison Cohen LLP
909 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel for ABN AMRO Bank)
Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

*First Class Mail*
(Counsel for Sovereign Bank)
Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

*First Class Mail*
(Counsel for ZC Real Estate Tax Solutions)
Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

*First Class Mail*
(Counsel for Societe Generale)
Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

*First Class Mail*
Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308

*First Class Mail*
(Counsel for Morgan Stanley)
Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

*First Class Mail*
Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
Calyon

*First Class Mail*
John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

*First Class Mail*
(Counsel for Rexco, LLC)
Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

*First Class Mail*
(Counsel for Ken Burton, Jr., Manatee County Tax Collector)
Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300

*First Class Mail*
(Counsel for County of Denton)
Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

*First Class Mail*
(Counsel for Deutsche Bank)
John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

*First Class Mail*
(Counsel for WLR Recovery)
Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

*First Class Mail*
(Counsel for Bank of America)
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

*First Class Mail*
Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

*First Class Mail*
(Counsel for WestLB AG)
Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

*First Class Mail*
(Counsel for Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)
Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

*First Class Mail*
Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

*First Class Mail*
(Counsel for Deutsche Bank)
Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

*First Class Mail*
(Counsel for Fannie Mae)
Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611

*First Class Mail*
(Counsel for Societe Generale)
Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017

*First Class Mail*
(Bank of America)
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*First Class Mail*
(Counsel for Wells Fargo)
Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

*First Class Mail*
(Counsel for Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

*First Class Mail*
(Counsel for Financial Guaranty Insurance Corporation)
Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102

*First Class Mail*
(Counsel for Calyon)
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

*First Class Mail*
Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

*First Class Mail*
(Counsel for Washington Mutual)
David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101