## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 4th day of September, 2007, I caused a true and correct copy of the within **Joinder of Bank of America, N.A., as Administrative Agent, to Debtors' Preliminary Objection To The Motion Of The United States For An Order (I) Requiring Turnover of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association Is Not Subject to the Automatic Stays** to be served on the following parties by manner indicated:

**Via Hand Delivery (on September 5, 2007)**
Ellen W. Slights
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801

**Via Electronic Mail**
James G. Bruen, Jr.
Mary A. Defalaise
Commercial Litigation Branch
Civil Division United States Department of Justice
Ben Franklin Station
Washington, D.C. 20044

**Via Electronic Mail**
John Dorsey
Erin Edwards
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#816590