# EXHIBIT B

| Vendor | Vendor Name | Customer | Make | Model | Serial | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345448 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345465 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345459 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312818 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03090024 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03090023 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03090022 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03090063 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XH313048 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XI313204 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03090026 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03090027 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080029 | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080030 | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080019 | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES650 | WG315091 | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080039 | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040160 | 6455 S YOSEMITE STREET | GREENWOOD VILLA | CO | 80111 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040161 | 6455 S YOSEMITE STREET | GREENWOOD VILLA | CO | 80111 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XH313055 | 6455 S YOSEMITE STREET | GREENWOOD VILLA | CO | 80111 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTH346933 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTH346689 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTH346892 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XH313089 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080028 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080033 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080058 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080237 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080053 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312814 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312795 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080040 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080035 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080041 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345466 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312784 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES35 | CUG369568 | 6480 SPRING MOUNTAIN ROAD | LAS VEGAS | NV | 89146 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312822 | 6480 SPRING MOUNTAIN ROAD | LAS VEGAS | NV | 89146 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XH313066 | 420 COMMERCE COURT | LISLE | IL | 60532 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040098 | 420 COMMERCE COURT | LISLE | IL | 60532 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040169 | 420 COMMERCE COURT | LISLE | IL | 60532 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040096 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040122 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03040033 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTH346908 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTH346680 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XH313059 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345460 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345422 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345451 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XF312489 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312776 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XF312476 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345461 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03030031 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080034 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | S03080032 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345493 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345494 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345453 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345462 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312765 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345446 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345449 | 5505 SOUTH 900 EAST | SALT LAKE CITY | UT | 84117 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES45 | CTG345442 | 5505 SOUTH 900 EAST | SALT LAKE CITY | UT | 84117 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312797 | 5505 SOUTH 900 EAST | SALT LAKE CITY | UT | 84117 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312768 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080057 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080054 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | DP85F | S03080160 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA COPIERS/FAXE | AMERICAN HOME MORTGAGE | TOSHIB | ES810 | XG312769 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |