# EXHIBIT D

24602280 TOSHIBA I AMERICAN HOME MORTGAGE    TOSHIB    DP125F    S04100013    17744 SKY PARK CR    IRVINE    CA    92614