**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

                                           Chapter 11 Case

                                           Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

                            Debtors.
--------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Frederick B. Rosner, hereby certify that on this 5th day of September, 2007, I served one copy of the *De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Equipment Sale, and Assumption, Assignment and Cure of De Lage Landen Financial Services, Inc.'s Lease, as Proposed Within the Debtors Notice,* upon the parties listed below by facsimile:

        James L. Patton, Jr., Esquire
        Joel A. Waite, Esquire
        Pauline K. Morgan, Esquire
        Sean Beach, Esquire
        Matthew Lunn, Esquire
        Kara Hammond Coyle, Esquire
        Kenneth J. Enos, Esquire
        Young Conaway Stargatt & Taylor
        1000 West Street, 17th Floor
        Wilmington, DE 19801

                                     **DUANE MORRIS LLP**

                                     /s/ Frederick B. Rosner
                                    Frederick B. Rosner (DE 3995)
                                    1100 North Market Street, Suite 1200
                                    Wilmington, DE 19801

DM3\561329.1