**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Dkt. No. 243 |

**PRELIMINARY OBJECTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO THE MOTION OF THE UNITED STATES
FOR AN ORDER (I) REQUIRING TURNOVER OF NON-ESTATE PROPERTY
BELONGING TO THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION
AND (II) DECLARING THAT THE GOVERNMENT NATIONAL MORTGAGE
ASSOCIATION IS NOT SUBJECT TO THE AUTOMATIC STAY**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned proposed co-counsel, for its preliminary objection (the "Objection") to the motion (the "Motion") of the United States for an Order (I) Requiring Turnover of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association is not Subject to the Automatic Stay, respectfully represents:

**SUMMARY OF OBJECTION**

1. The Committee refers to the Debtors' Preliminary Objection to the Motion of the United States for an Order (I) Requiring Turnover of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association is not Subject to the Automatic Stay (the "Debtors' Preliminary Objection"). The Committee hereby supports and joins the Debtors' Preliminary Objection.

2. At this early stage of these proceedings, and so soon after the Motion was brought on an emergency basis, the Committee, without having had the opportunity to take any

128189.01600/40170996v.1

discovery, is not in a position to assess the factual bases for the Motion and take a position thereon.

3.  The Committee does, however, believe that the Motion has been brought on too quickly, and that the parties have not had the opportunity to analyze the situation and make a reasoned presentation to the Court. The servicing agreements at issue are presently profitable and thus represents significant value to the estates. The committee sees no reason to rush to judgment. The United States has not alleged, and on the facts as set forth in the Motion, cannot prove, that it will be irreparably harmed if the issues it has raised in the Motion are considered in an orderly manner, so there is no reason to proceed on the expedited schedule dictated by the United States.

4.  The Committee is also troubled by the allegations raised in the Debtors' Preliminary Objection, especially (x) regarding the exceedingly short notice (if notice was in fact given) provided by the United States of its intentions with respect to the servicing agreements at issue, (y) the actions taken by the United States immediately after the notice was purportedly provided, and before the deadline set by the United States had been reached, and (z) the possibility that the estates have been funding obligations which properly should have been funded by deposits into accounts re-titled by the United States and apparently swept each day. Nor is the Committee comfortable that the United States has proven, or can do so at the hearing on the Motion, that all funds in such accounts which are property of the estates have been accounted for and returned.

5.  For these reasons, and for the reasons set forth in the Debtors' Preliminary Objection, the Committee objects to the relief sought in the Motion and reserves its right to supplement this response as fact or development.

**WHEREFORE**, the Committee respectfully requests that the Court deny the Motion and grant such other and further relief as the Court may deem just and proper.

Dated: September 5, 2007

                    **BLANK ROME LLP**

                    */s/ Bonnie Glantz Fatell*
                    Bonnie Glantz Fatell (No. 3809)
                    1201 Market Street, Suite 800
                    Wilmington, Delaware 19801
                    Telephone:    (302) 425-6400
                    Facsimile:    (302) 425-6464

                        -and-

                    HAHN & HESSEN LLP
                    Mark S. Indelicato
                    Mark T. Power
                    488 Madison Avenue
                    New York, New York 10022
                    Telephone:    (212) 478-7200
                    Facsimile:    (212) 478-7400

                    Proposed Co-Counsel to the Official Committee
                    of Unsecured Creditors of American Home
                    Mortgage Holdings, Inc., *et al*.