IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :  Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 7, 2007 AT 11:00 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Motion of the United States for an Order (I) Requiring Turn-over of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association is not Subject to the Automatic Stay [D.I. 244, 8/20/07]

    Objection Deadline:   September 4, 2007 at 4:00 p.m.

    Objections Filed:

    a) Limited Response of JPMorgan Chase Bank, NA [D.I. 556, 9/4/07]

    b) Debtors' Preliminary Objection [D.I. 600, 9/4/07]

    c) Joinder of Bank of America, N.A., as Administrative Agent, to Debtors' Preliminary Objection [D.I.. 602, 9/4/07]

    d) Preliminary Objection of the Official Committee of Unsecured Creditors [D.I. 605, 9/5/07]

Related Document:

    e)    Declaration of Teresa Chase in Support of Debtors' Preliminary Objection [D.I. 601, 9/4/07]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
         September 5, 2007

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ John T. Dorsey
                            James L. Patton, Jr. (No. 2202)
                            Robert S. Brady (No. 2847)
                            John T. Dorsey (No. 2988)
                            Rolin P. Bissell (No. 4478)
                            Sharon M. Zieg (No. 4196)
                            Erin D. Edwards (No. 4392)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for the Debtors and Debtors-in-Possession