## MOTION TO LIFT AUTOMATIC STAY

Movant Richard W. Horvath *pro se*, hereby moves the Court, pursuant to 11 U.S.C. s/s 362 Federal Bankruptcy Rules 4001 and 9014, for an Order in the form attached hereto, lifting the automatic stay to permit Movant to proceed with his Federal Civil Suit CV 07-1542-PHX-JAT against American Home Mortgage Servicing Corporation, and American Home Mortgage Corporation Construction Lending, for alleged violations of Section 6 of Respa (12 U.S.C. Section 2605), for violation of The Fair Credit Reporting Act (FCRA) 15 U.S.C. s/s 1681, and for their violation of the Arizona Revised Statutes A.R.S. s/s 44-1694, and A.R.S. s/s 44-1695, causing Movant financial losses, loss of Creditworthiness, financial hardships, and loss of family income as well as possible physical injuries to Movant because of the tremendous stress inflicted upon Movant who is a Type two Diabetic. In support of his motion, Movant states as follows:

1. American Home Mortgage Corporation filed for protection of the Federal Bankruptcy Code on August 6, 2007, under Chapter 11, Case No. 07-11047.

2. Since the inception of a mortgage contract between Movant and American Home Mortgage, in October 2005, American Home Mortgage has failed completely to properly service Movant's account in a proper or timely manner.

3. American Home Mortgage Corporation has through, gross negligence, deceit, and outright lies destroyed Movant's creditworthiness, and has thereby caused tremendous financial hardships, and financial losses as well as tremendous stress upon Movant by reporting Movant's Mortgage account as being 60 days late when in fact, Movant has never been late with a mortgage payment.

4. American Home Mortgage Corporation has failed to register Movant's manufactured home as "AFFIXED" in a timely manner which has caused Movant loss of creditworthiness making it impossible for Movant to obtain a Home Equity Line of Credit from anyone. Websites used by lenders such as Zullow are reporting Movant's property value as only $69,000.00 when in fact Movant has $90,000.00 cash invested in his home and property and the value of Movant's home and property should be a minimum of $175,000.00

5. Movant filed a dispute with the Credit Bureaus, and even though a minimum of six of American Home Mortgage Corporation employees had told Movant in 2006 that his credit bureaus would not be marked negatively because it was their mistake, but they did in fact "VERIFY" to the Credit Bureaus in April 2007 that Movant was 60 days late.

6. American Home Mortgage has been grossly negligent in the handling of Movant's Home and Property taxes. **On May 15, 2007** American Home Mortgage Corporation sent Movant an Equity Overage check for $595.40. **On July 1, 2007** American Home Mortgage Corporation lowered Movant's mortgage payments from $ 505.72 to $448.48
It was at this time Movant realized that American Home Mortgage Corp was not paying the proper amount of Home and property taxes, and that American Home Mortgage Corp. may have been underpaying Movant's taxes since October 2005.

Because American Home Mortgage Corp did not file the "Affidavit of Affixture" in a timely manner, there are currently **two tax bills**, one for the Manufactured Home, and the other for the land the home is affixed to.

*Movant is gravely concerned* that he will be presented with a very large and unaffordable *arrears tax bill at some future date*, and this could cause Movant the loss of his home.

7. Section 6 of Respa (12 U.S.C. Section 2605), The Fair Credit Reporting Act (FCRA) 15 U.S.C. s/s 1681, and the Arizona Revised Statutes A.R.S. s/s 44-1694, and A.R.S. s/s 44-1695, *allow Movant* "Actual Damages" **and Punitive Damages** for such violation's that American Home Mortgage Construction Lending Corp, and American Home Mortgage Servicing Corp. have committed against the Movant

8. Refusal to lift the stay will cause Movant irreparable injury, and possible loss of his home and property and the $90,000 investment Movant has in his home. If Movant is not permitted to proceed, Movant may be denied forever, his right to seek a remedy.

9. In light of the risk of irreparable injury to the Movant, who is facing the possible loss of his home, his creditworthiness and family income, the stay should be lifted to grant Movant some measure of relief.

WHEREFORE, for the foregoing reasons, Movant Richard W. Horvath respectfully requests that the Court enter the attached Order lifting the automatic stay.

Respectfully Submitted August 27, 2007

Richard W. Horvath *pro se*
550 S. Crismon Road
Mesa, Arizona 85208