IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a Hearing on the Motion to Lift Stay filed by Richard W. Horvath *pro se* will be held on _____, at the United States Bankruptcy Court for the District of Delaware, 824 North Market St., Wilmington DE. 19801, before the HONORABLE Mary F. Walrath.

Objections to this Motion must be filed with the Clerk of the Court and received by counsel prior to the hearing. In the absence of an Objection, the Motion may be granted without a Hearing.