IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

## ORDER

On this_____day of_____, 2007, after notice and a hearing upon Richard W. Horvath's Motion to Lift the Automatic Stay to permit his Federal Civil Suit CV 07 1544 PHX JAT to proceed against American Home Mortgage Corporation Construction Lending, and American Home Mortgage Corporation Servicing.

IT IS HEREBY ORERED that Mr. Horvath's Motion to Lift Stay is GRANTED.

_____

Walrath, J