## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

### VERIFIED STATEMENT
### OF REED SMITH LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Reed Smith LLP makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.　　Reed Smith LLP represents the following creditors in the above-captioned bankruptcy proceeding:

　　　　A.　　ZC Real Estate Tax Solutions Limited
　　　　　　　210 Interstate North Parkway, NW
　　　　　　　Suite 400
　　　　　　　Atlanta, GA  30339

　　　　B.　　GMAC Mortgage Corporation
　　　　　　　100 Witmer Road
　　　　　　　Horsham, PA  19044-0963

　　　　C.　　Federal Home Loan Mortgage Corporation
　　　　　　　Attn:  George Kielman
　　　　　　　Associate General Counsel for Litigation
　　　　　　　8200 Jones Branch Drive – MS 202
　　　　　　　McLean, VA  22102

　　　　D.　　Qwest Corporation
　　　　　　　Attn:  Mitchell W. Katz
　　　　　　　Qwest Legal Department
　　　　　　　1801 California Street, 9th Floor
　　　　　　　Denver, CO  80202

　　　　E.　　Qwest Communications Corporation
　　　　　　　Attn:  Mitchell W. Katz
　　　　　　　Qwest Legal Department
　　　　　　　1801 California Street, 9th Floor
　　　　　　　Denver, CO  80202

   F. GE Capital Information Technology Solutions, Inc.
     d/b/a IKON Financial Services
     1738 Bass Road
     Macon, GA 31210-1043

  2. ZC Real Estate Tax Solutions Limited is a creditor holding a claim against the Debtors pursuant to written contracts.

  3. GMAC Mortgage Corporation is a creditor holding a claim against the Debtors pursuant to written contracts.

  4. Federal Home Loan Mortgage Corporation is a creditor holding a claim against the Debtors pursuant to written contracts.

  5. Qwest Corporation and Qwest Communications Corporation are creditors holding pre-petition claims against one or more of the Debtors pursuant to written contracts.

  6. GE Capital Information Technology Solutions, Inc., d/b/a IKON Financial Services is a creditor holding a claim against the Debtors pursuant to written contracts.

  7. Reed Smith LLP does not own, nor has it ever owned, any claim whatsoever against the above-referenced Debtors, nor does it hold any equity security interest in the above-captioned Debtors.

Dated: September 5, 2007        REED SMITH LLP

                 By: /s/ Kimberly E. C. Lawson
                   Kurt F. Gwynne (No. 3951)
                   Kimberly E. C. Lawson (No. 3966)
                   J. Cory Falgowski (No. 4546)
                   1201 Market Street, Suite 1500
                   Wilmington, DE 19801
                   Telephone: 302.778.7500
                   Facsimile: 302.778.7575
                   Email: kgwynne@reedsmith.com
                      klawson@reedsmith.com
                      cfalgowski@reedsmith.com

- 3 -

Richard P. Norton
599 Lexington Avenue
New York, NY 10022
Telephone: 212.521.5400
Facsimile 212.521.5450
Email: rnorton@reedsmith.com

Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
Telephone:  215.851.8100
Facsimile: 215.851.1420
Email: cspringer@reedsmith.com

Robert P. Simons
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile: 412.288.3063
Email: rsimons@reedsmith.com

Attorneys for ZC Real Estate Tax Solutions Limited, GMAC Mortgage Corporation, Federal Home Loan Mortgage Corporation, Qwest Corporation and Qwest Communications Corporation and GE Capital Information Technology Solutions, Inc., d/b/a IKON Financial Services