## VERIFICATION PURSUANT TO 29 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in this Bankruptcy Rule 2019 Statement regarding REED SMITH LLP are true and correct.

Executed on: September 5, 2007

REED SMITH LLP

*/s/ Kimberly E. C. Lawson*

Kurt F. Gwynne (No. 3951)
Kimberly E. C. Lawson (No. 3966)
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575
Email: kgwynne@reedsmith.com
klawson@reedsmith.com
cfalgowski@reedsmith.com

Richard P. Norton
599 Lexington Avenue
New York, NY 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
Email: rnorton@reedsmith.com

Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215.851.8100
Facsimile: 215.851.1420
Email: cspringer@reedsmith.com

Robert P. Simons
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3131
Facsimile: 412.288.3063
Email: rsimons@reedsmith.com

Attorneys for ZC Real Estate Tax Solutions Limited, GMAC Mortgage Corporation, Federal Home Loan Mortgage Corporation, Qwest Corporation and Qwest Communications Corporation and GE Capital Information Technology Solutions, Inc., d/b/a IKON Financial Services