| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware Corporation,<br>et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury that on this 5th day of September, 2007, a true and correct copy of the *Verified Statement of Reed Smith LLP Pursuant to Bankruptcy Rule 2019* was caused to be served on the parties on the attached Service List in the manner indicated.

REED SMITH LLP

/s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson (No. 3966)

- 2 -

## SERVICE LIST

**Via Hand Delivery**
James L. Patton, Jr.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
(Counsel for Debtors)

**Via First Class Mail**
Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee of Unsecured Creditors)

**Via Hand Delivery**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

**Via Hand Delivery**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee of Unsecured Creditors)

**Via First Class Mail**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
(Debtor)

**Via First Class Mail**
Scott D. Talmadge, Esq.
Margo B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)