# **EXHIBIT A**



MICHAEL CAPPS
SENIOR VICE PRESIDENT

COUNTRYWIDE BANK, FSB
4200 AMON CARTER BLVD
MS: FWACS-108
FORT WORTH, TX 76155

(817) 864-5425 DIRECT
(866) 247-9018 FAX
(972) 948-2570 CELL
WWW.COUNTRYWIDEBANK.COM

August 3, 2007

*Via Facsimile and U.S. Mail*
American Home Mortgage Corp.
538 Broadhollow Road
Melville, New York, 10036
Attention: Mr. Robert F. Johnson, Executive Vice President
Fax: 866-822-3288

American Home Mortgage Corp.
538 Broadhollow Road
Melville, New York, 10036
Attention: Alan B. Horn, General Counsel
Fax: 800-209-7276

**Re: Notice of Termination of Servicer**

Ladies and Gentlemen:

Reference is hereby made to that certain Mortgage Loan Purchase and Servicing Agreement dated March 14, 2006 (the "Agreement"), by and between Countrywide Bank, N.A. ("Countrywide") and American Home Mortgage Corp. (the "Seller"), pursuant to which Countrywide and the Seller consummated the sale and purchase of certain Mortgage Loans on the date thereof. All capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Agreement.

Pursuant to Section 7.2 of the Agreement, Countrywide is now giving the Seller notice that it will be terminating the Seller's affiliate, American Home Mortgage Servicing, Inc., within thirty (30) days of the date hereof or upon an early date that shall be mutually agreed upon by the parties. Further, Countrywide and the Seller shall negotiate in good faith and mutually agree upon a fair market price for the Servicing Rights related to such Mortgage Loans.

Please contact the undersigned at (817) 864-5425 with any questions or concerns.

Sincerely,

Countrywide Bank, N.A.

Michael V. Capps
Senior Vice President