IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE: **AMERICAN HOME MORTGAGE HOLDINGS, INC.**

CHAPTER: 11

CASE NO:  07-11047(CSS)

<u>OBJECTION OF MOTION AUTHORIZING THE SALE OF SUCH
ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES AND OTHER INTEREST</u>

COMES NOW, Peyton C. Cochrane, Tax Collector for Tuscaloosa County, Alabama, objecting to the sale of property of the estate free and clear of all liens, claims, encumbrances and other interest.  As grounds for this objection, we show the following:

1. The State, County, City and School's 2007 Ad Valorem Tax lien is secured in the assets of the sale.

2. Total amount due for the 2007 Ad Valorem taxes is $1,430.67.

3. The 1975 Code of Alabama states that Ad Valorem tax liens "......shall be superior to all other liens......" Section 40-1-3.  Therefore, ask that our 2007 tax lien in the amount of $1,430.67 attach to the proceeds of the sale.

Peyton C. Cochrane, Tax Collector
Tuscaloosa County, Alabama

Dated:  August 27, 2007

Robert S. Brady, Kenneth J. Enos & Kara Hammond Coyle
YOUNG, CONAWAY, STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE   19899-0391