FILED

2007 AUG 31  AM 10: 55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN RE:                                                          )
                                                                )
  AMERICAN HOME MORTGAGE HOLDINGS,    )       Bankruptcy Case No. 07-11047
INC.,                                                          )
                    Debtor                                )       Chapter 11
                                                                )

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

SIR:

Please enter our appearance on behalf of Duquesne Light Company in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

                                        GRIFFITH, McCAGUE & WALLACE, P.C.
                                        a professional corporation

By:        S. James Wallace
           Pa I.D. No. 28815:PA
           Attorney for Duquesne Light Company
           The Gulf Tower, 38th Floor
           707 Grant Street
           Pittsburgh, PA  15219

DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request To Be Added to the Mailing Matrix

I am the Attorney for Duquesne Light Company, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

( X )   that there are no other requests to receive notices on behalf of this creditor, or

(   )   that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 28, 2007.

GRIFFITH, McCAGUE & WALLACE, P.C.
a professional corporation

By:   S. James Wallace
      Pa I.D. No. 28815:PA
      Attorney for Duquesne Light Company
      The Gulf Tower, 38th Floor
      707 Grant Street
      Pittsburgh, PA  15219

document34