

District of Deleware
Clerk of the Bankruptcy Court
824 Market Street, Third Floor
Wilmington, Deleware  19801

**Re:  American Home Mortgage Holdings, Inc.**
      **Case No.: 07-11047 (CSS)**
      **Cure Objection**                               August 31, 2007

To Whom It May Concern:

This is in response to your Bankruptcy Notice for American Home Mortgage Holdings, Inc., Case Number 07-11047 (CSS).  The following amounts are due to Capax Management and Insurance Services pursuant to our lease agreement:

The items and amounts have previously been invoiced to American Home Mortgage and detail attached for support documentation:

| | | |
|---|---|---:|
| June 2007 | Long Distance Phone | $ 61.49 |
| July 2007 | Long Distance Phone | 158.79 |
| July 2007 | Network Hub – Computer | 58.02 |
| July 2007 | Additional Rent  due to Increase | 22.58 |
| Apr  2007 | Long Distance – 900 Numbers | 120.00 |
| May 2007 | Long Distance – 900 Numbers | 109.99 |
| June 2007 | Long Distance – 900 Numbers | 580.00 |
| | | ------------ |
| | | $1,110.87 |

The total amount due is $1,110.87.  Payment can be forwarded to Capax Management and Insurance Services, P.O. Box 3231, Modesto, Ca.  95354.

Sincerely,

*Cherise Stuart*

Cherise Stuart
Accounting Manager
(209) 550-3746

# Capax Management and Insurance Services
## Invoice

American Home Mortgage
IMAC Team
538 Broad Hollow Rd.
Melville, NY 11747

Date: July 16, 2007

| Month | Employees | Long Distance Toll Charges |
|---|---|---|
| Jun 07 | Detail & Summary Attached | $ 61.49 |
| | **Total Amount Due** | $ 61.49 |

**Due Upon Receipt**

Remit Payment to: Capax P.O. Box 3231 Modesto, Ca. 95353

*03-Jul-07 14:28*
Location: Main

## Department/User Summary
From 06/01/2007 To 06/30/2007

Department AHM

| User | Calls | Time | Avg. Time | Cost | Avg. Cost |
|---|---|---|---|---|---|
| Anderson, Chris | 12 | 0:41:38 | 0:03:28 | $0.79 | $0.07 |
| Barajas, Veronica | 165 | 6:12:02 | 0:02:15 | $5.15 | $0.03 |
| Carrera, Alicia | 125 | 6:00:40 | 0:02:53 | $6.45 | $0.05 |
| Dagget, Curt | 43 | 2:26:26 | 0:03:24 | $3.90 | $0.09 |
| Davis, Gerri-Lynn | 11 | 0:18:43 | 0:01:42 | $0.28 | $0.03 |
| Fax Machine 0, | 181 | 6:18:14 | 0:02:05 | $3.08 | $0.02 |
| Fax Machine 1, | 58 | 4:57:53 | 0:05:08 | $0.04 | $0.00 |
| Fax Machine 3, | 70 | 2:29:27 | 0:02:08 | $0.52 | $0.01 |
| Garber, Shellie | 92 | 2:39:22 | 0:01:44 | $1.84 | $0.02 |
| Garcia, Art | 58 | 4:29:04 | 0:04:38 | $4.67 | $0.08 |
| Kaczmar, Helen | 33 | 1:39:27 | 0:03:01 | $1.55 | $0.05 |
| McNeal, Steve | 224 | 16:34:24 | 0:04:26 | $22.30 | $0.10 |
| Ramirez, Randy | 5 | 0:01:14 | 0:00:15 | $0.07 | $0.01 |
| Richardson, Luanne | 60 | 4:23:16 | 0:04:23 | $2.28 | $0.04 |
| Severns, Misty | 4 | 0:00:52 | 0:00:13 | $0.04 | $0.01 |
| Vacant, | 23 | 1:11:41 | 0:03:07 | $1.90 | $0.08 |
| Wheeler, Julie | 2 | 0:06:52 | 0:03:26 | $0.00 | $0.00 |
| Wolfe, Rebecca | 220 | 4:43:55 | 0:01:17 | $6.63 | $0.03 |
| Totals for this department : | 1386 | 65:15:10 | 00:02:49 | $61.49 | $0.04 |
| Totals for all departments : | 1386 | 65:15:10 | 00:02:49 | $61.49 | $0.04 |

## Capax Management and Insurance Services
## Invoice

American Home Mortgage
IMAC Team
538 Broad Hollow Rd.
Melville, NY 11747

Date: Aug 27, 2007

| Month | Description | B of A VOD's |
|---|---|---|
| Jul 07 | Detail Attached - Long Distance | $ 158.79 |
| Jul 07 | Network Hub - Computer | $ 58.02 |
| Jul 07 | Additional Rent - Increase | $ 22.58 |
| | **Total Amount Due** | **$ 239.39** |

Detail for the above items is attached.

## Due Upon Receipt

Remit Payment to: Capax P.O. Box 3231 Modesto, Ca. 95353

## Summary by User

*08-Aug-07 16:29*  
**Location: Main**  
From 07/01/2007 To 07/31/2007

| User | Calls | Time | Avg. Time | Cost | Avg. Cost |
|---|---|---|---|---|---|
| Anderson Chris | 9 | 0:33:07 | 0:03:41 | $0.56 | $0.06 |
| Barajas Veronica | 363 | 17:38:58 | 0:02:55 | $11.98 | $0.03 |
| Carrera Alicia | 254 | 17:39:16 | 0:04:10 | $15.22 | $0.06 |
| Dagget Curt | 124 | 14:48:56 | 0:07:10 | $15.74 | $0.13 |
| Fax Machine 0 | 199 | 6:18:27 | 0:01:54 | $3.21 | $0.02 |
| Fax Machine 1 | 28 | 4:52:06 | 0:10:26 | $0.19 | $0.01 |
| Fax Machine 3 | 184 | 7:38:27 | 0:02:29 | $1.13 | $0.01 |
| Garber Shellie | 115 | 7:03:13 | 0:03:41 | $5.33 | $0.05 |
| Garcia Art | 302 | 16:45:26 | 0:03:20 | $13.40 | $0.04 |
| Kaczmar Helen | 348 | 11:19:27 | 0:01:57 | $10.69 | $0.03 |
| McNeal Steve | 366 | 34:04:22 | 0:05:35 | $47.51 | $0.13 |
| Ramirez Randy | 10 | 0:33:50 | 0:03:23 | $0.27 | $0.03 |
| Richardson Luanne | 39 | 3:01:38 | 0:04:39 | $3.10 | $0.08 |
| Severns Misty | 53 | 2:34:56 | 0:02:55 | $4.08 | $0.08 |
| Vacant | 3 | 0:01:32 | 0:00:31 | $0.05 | $0.02 |
| Vacant | 44 | 2:19:30 | 0:03:10 | $3.19 | $0.07 |
| Wolfe Rebecca | 527 | 16:59:30 | 0:01:56 | $23.15 | $0.04 |
| **Totals :** | **2968** | **164:12:41** | **00:03:19** | **$158.79** | **$0.05** |

## My Purchases

**Capax Mgt & Ins Svs**

My Orders | Purchase Details | Purchase History | Finance Center | Packing List

### Order Information

**Order #:** GSW2132
**Status:** [All Items Shipped]
**Order Date:** 7/3/2007
**PO #:** 3COM
**Customer #:** 5901917
**Purchaser:** ROBERT GARCIA
**Invoice List:** FZH5696

**Billed From Address**
CDW Inc.
200 N. Milwaukee Ave
Vernon Hills, IL 60061

(800) 800-4239

**Shipping Address**
CAPAX MGT & INS SVS
ROBERT GARCIA
1150 9TH ST STE 1400
MODESTO, CA 95354-0840

**Need Help?**

Contact
**Toy Wong**
Phone: (866) 357-3123
Fax: (312) 705-9227
E-Mail Toy

**Billing Address**
CAPAX MGT & INS SVS
PO BOX 3231
MODESTO, CA 95353-3231

(209) 550-3775

**Payment Method**
American Express

**Shipping Method**
DHL Ground (2-3 days)

Request RMA

| Product | Contract | CDW | Mfg Part # | Qty | Price | Ext. Price |
|---|---|---|---|---|---|---|
| 3Com Gigabit Switch 5<br>Serial Number: 9XTQ89000691F | | 1032272 | 3CGSU05-US | 1 | $44.72 | $44.72 |

*Handwritten:* Network Hub · Computer

|  |  |
|---|---|
| Sub-Total: | $44.72 |
| Sales Tax: | $3.31 |
| Shipping: | $9.99 |
| **Total:** | **$58.02** |

*Handwritten:* ✱ Purchased For American Home Mortgage. Please Bill them for this.

https://www.cdw.com/shop/purchases/OrderDetails.aspx?oc=GSW2132                              7/9/2007

"THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY"

JP Morgan Chase Bank, N.A.
Syracuse, NY 53202

50-937/213

Check # 0316127

**American Home Mortgage Corp.**
538 Broad Hollow Road
Melville, New York 11747

Check Date: 6/21/2007

Check Amount: *******$3,844.59

** Void after 180 days **

Three Thousand Eight Hundred Forty-Four and 59/100-------------------- US DOLLARS

PAY TO THE ORDER OF

CAPAX INSURANCE
1150 NINTH ST.
SUITE 1400
MODESTO, CA 95354

Authorized Signature

⑈0316127⑈ ⑆021309379⑆ 6018764444⑈

| CAPAXINS Ref Nbr | CAPAX INSURANCE Invoice Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | 6/21/2007 Net Check Amt |
|---|---|---|---|---|---|---|
| 3351108 | | 06/13/07 | 3,844.59 | 3,844.59 | | 3,844.59 |
| | | | 7-7100 RENT DT | | July Rent s/be | ⇢ $2258$ ⇢ 3867.17 |

Account Num: 00361RENT

Check Amount: *******$3,844.59
Check Number: 0316127

## Capax Management and Insurance Services
## Invoice

American Home Mortgage
IMAC Team
538 Broad Hollow Rd.
Melville, NY 11747

Date: Aug 1, 2007

| Month | Employees | B of A VOD's |
|---|---|---|
| Apr 07 | Detail Attached | $ 120.00 |
| May 07 | Detail Attached | $ 109.99 |
| Jun 07 | Detail Attached | $ 580.00 |
| **Total Amount Due** | | **$ 809.99** |

### Due Upon Receipt

Remit Payment to: Capax P.O. Box 3231 Modesto, Ca. 95353



**Broker Outpost Mortgage Forums**

Home | Recent Discussions | Register | Login | Mortgage Broker Directory | Mortgage Reference Library

All Forums
General Discussion
Mortgage Brokers
Search for: **900# for BofA VOD's?**.

**Countrywide® Home Loans**
No Closing Cost Refi - No Junk Fees Ask the Experts. 4 of 5 Approved.

Ads by Google

| Author | Previous Topic | Next Topic |

**fundwizard**   Posted - 11/17/2006 : 2:43:17 PM

82 Posts   Does anyone know this number? I cannot seem to find it.

**fundwizard**   Posted - 11/17/2006 : 3:01:21 PM

82 Posts   Got it, 900-733-8637

Previous Topic | Next Topic



Recent Loan Officer Chat

© Copyright 2006,2007 - Broker Outpost LLC. All Rights Reserved.

This page was generated in 3.14 seconds.

Mortgage Brokers | Mortgage Newsletter | Mortgage Leads | Sponsors | Advertising Info | Reference | Snitz Forums 2000

900 #'s for this use.

# Bank⊘VOD

BankVOD™ is a product of
**BILLING SOLUTIONS, INC.**

HOME    ABOUT US    SERVICES    RESOURCE CENTER    CONTACT    FORMS FOR DOWNLOAD

**Billing Solutions Inc. Announces Creation of www.bankvod.com™**

**CHICAGO** -- (BUSINESS WIRE) Billing Solutions Inc., the leading provider of 900 Third Party Support Programs for the Banking and Mortgage Brokerage sectors announced the launch of Loan Processing tool WWW.BANKVOD.COM™.

With over 60,000 Mortgage Brokers, Banks and Merchants accessing their services on a monthly basis, Billing Solutions is involved in over 90% of the major bank's Third Party Verifications.






**Verification of Deposits**

Setting up an account is as easy as 1,2,3!
1. Simply fill out the enrollment form, select the banks you need access to and click submit.
2. We will email you your VOD Access Number(s)
3. Fax your VOD request to the bank by dialing your VOD Access Number(s)

✓ **Enroll Now**
- Same fee as 900 access!
- No monthly fees!
- Custom Invoicing!

Español



**Verify a Check**

Coming Soon for Merchants and Check Processors!

- Direct Access to verify a single or multiple checks
- Custom Invoicing
- Same fee as our 900 Access

✓ **Coming Soon**

Designed by JG3



CAPAX COMPANIES
1150 9TH ST STE 1400
MODESTO CA 95354 - 0840

Page **4 of 4**
Account Number  209 550-0102 265 7
Billing Date  May 1, 2007

Questions?  1 800 750-2355

## Important Information

This portion of your bill is provided as a service to the company identified above. Please review all charges appearing in this section. If you have any questions or concerns, call the telephone number shown above.

## Current Charges

**MCI Account Summary**

| Description | Amount |
|---|---|
| Other MCI Charges | 127.20 |
| **Total MCI Account Summary Charges** | **127.20** |

**Long Distance**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| Charges for 209 550-0102 | | | | | | | |
| 900/976 Calls | | | | | | | |
| 1. | 4-06 | 116P | VERIFY | 900 289-3557 | D | 1.0 | 20.00 |
| 2. | 4-10 | 1109A | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 3. | 4-10 | 232P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 4. | 4-11 | 240P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 5. | 4-19 | 1151A | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| Total 900/976 Calls | | | | | | | 120.00 |
| Total Charges for 209 550-0102 | | | | | | | 120.00 |
| **Total Long Distance** | | | | | | | **120.00** ✓ |

**Government Fees and Taxes**

| 6. Local | 7.20 |
|---|---|

**Key to Calling Codes**
D  Day

**Total MCI**  127.20

For Tele Device for the Deaf (TTY):   1 800 280-1996

15.007039.8659.003.14.0000000 NNNNNNNY    80893.80893





CAPAX COMPANIES
1150 9TH ST STE 1400
MODESTO CA 95354 - 0840

Page 3 of 3
Account Number  209 550-0102 265 7
Billing Date  Jun 1, 2007

Questions?  1 800 750-2355

## Important Information

This portion of your bill is provided as a service to the company identified above. Please review all charges appearing in this section. If you have any questions or concerns, call the telephone number shown above.

## Current Charges

**MCI Account Summary**

| Description | Amount |
|---|---|
| Other MCI Charges | 116.59 |
| **Total MCI Account Summary Charges** | **116.59** |

**Long Distance**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| Charges for 209 550-0102 | | | | | | | |
| 900/976 Calls | | | | | | | |
| 1. | 4-27 | 900A | VERIFY | 900 289-3557 | D | 2.0 | 20.00 |
| 2. | 5-04 | 1212P | VERIFY | 900 289-3557 | D | 6.0 | 20.00 |
| 3. | 5-11 | 937A | CHK VERIFY | 900 988-4762 | D | 1.0 | 5.00 |
| 4. | 5-14 | 706A | CHK VERIFY | 900 988-4762 | N | 2.0 | 5.00 |
| 5. | 5-16 | 132P | PERSONALS | 900 733-3000 | D | 1.0 | 4.99 |
| 6. | 5-17 | 124P | VERIFYFUND | 900 733-8221 | D | 2.0 | 10.00 |
| 7. | 5-24 | 1224P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 8. | 5-25 | 251P | VERIFYFUND | 900 733-8221 | D | 2.0 | 10.00 |
| 9. | 5-25 | 255P | VERIFYFUND | 900 733-8221 | D | 2.0 | 10.00 |
| Total 900/976 Calls | | | | | | | 109.99 |
| Total Charges for 209 550-0102 | | | | | | | 109.99 |
| **Total Long Distance** | | | | | | | **109.99** ✓ |

**Government Fees and Taxes**

| 10. Local | 6.60 |
|---|---|

**Key to Calling Codes**
D  Day          N  Night/Weekend

**Total MCI**                                                                 **116.59**

For Tele Device for the Deaf (TTY):  1 800 280-1996



CAPAX COMPANIES
1150 9TH ST STE 1400
MODESTO CA 95354 - 0840

Page
Account Number   209
Billing Date   Jul

Questions?   1 800 750

## Important Information

This portion of your bill is provided as a service to the company identified above. Please review all charges appearing in this section. If you have any questions or concerns, call the telephone number shown above.

**Government Fees and Taxes**
29. Local . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34.

**Key to Calling Codes**
D  Day           E  Evening

**Total MCI**                                                                    614.80

## Current Charges

**MCI Account Summary**

| Description | Amount |
|---|---|
| Other MCI Charges | 614.80 |
| **Total MCI Account Summary Charges** | **614.80** |

**Long Distance**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| Charges for 209 550-0102 | | | | | | | |
| 900/976 Calls | | | | | | | |
| 1. | 5-31 | 950A | VERIFY | 900 733-8637 | D | 2.0 | 25.00 |
| 2. | 6-01 | 203P | VERIFYFUND | 900 733-8221 | D | 2.0 | 10.00 |
| 3. | 6-01 | 223P | VERIFYFUND | 900 733-8221 | D | 2.0 | 10.00 |
| 4. | 6-01 | 611P | VERIFYFUND | 900 733-8221 | E | 2.0 | 10.00 |
| 5. | 6-04 | 1107A | VERIFYFUND | 900 733-8221 | D | 2.0 | 10.00 |
| 6. | 6-12 | 312P | VERIFY | 900 289-3557 | D | 2.0 | 20.00 |
| 7. | 6-13 | 538P | VERIFYFUND | 900 733-8221 | E | 1.0 | 10.00 |
| 8. | 6-15 | 502P | VERIFYFUND | 900 733-8221 | E | 2.0 | 10.00 |
| 9. | 6-18 | 1111A | VERIFY | 900 289-3557 | D | 2.0 | 20.00 |
| 10. | 6-18 | 203P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 11. | 6-18 | 420P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 12. | 6-18 | 424P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 13. | 6-18 | 446P | VERIFY | 900 289-3557 | D | 2.0 | 20.00 |
| 14. | 6-19 | 909A | VERIFY | 900 733-8637 | D | 2.0 | 25.00 |
| 15. | 6-19 | 136P | VERIFY | 900 289-3557 | D | 2.0 | 20.00 |
| 16. | 6-19 | 304P | VERIFY | 900 733-8637 | D | 2.0 | 25.00 |
| 17. | 6-19 | 342P | VERIFY | 900 289-3557 | D | 1.0 | 20.00 |
| 18. | 6-21 | 928A | VERIFY | 900 733-8637 | D | 2.0 | 25.00 |
| 19. | 6-21 | 1029A | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 20. | 6-21 | 1108A | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 21. | 6-21 | 1121A | VERIFY | 900 289-3557 | D | 2.0 | 20.00 |
| 22. | 6-22 | 1034A | VERIFY | 900 733-8637 | D | 2.0 | 25.00 |
| 23. | 6-22 | 322P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 24. | 6-22 | 326P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 25. | 6-22 | 410P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 26. | 6-22 | 425P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 27. | 6-22 | 429P | VERIFY | 900 733-8637 | D | 1.0 | 25.00 |
| 28. | 6-22 | 514P | VERIFY | 900 733-8637 | E | 2.0 | 25.00 |
| Total 900/976 Calls | | | | | | | 580.00 |
| Total Charges for 209 550-0102 | | | | | | | 580.00 |
| **Total Long Distance** | | | | | | | **580.00** ✓ |

For Tele Device for the Deaf (TTY):   1 800 280-1996

14.005278.7685.003.13.0000000 NNNNNYNY    14593.14593

