IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 7, 2007 AT 11:00 A.M. (ET)**

**Since the matter is not going forward, the hearing has been cancelled.**

**CONTESTED MATTER GOING FORWARD**

1.  Motion of the United States for an Order (I) Requiring Turn-over of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association is not Subject to the Automatic Stay [D.I. 243 and 244, 8/20/07]

    Objection Deadline:  September 4, 2007 at 4:00 p.m.

    Objections Filed:

    a)  Limited Response of JPMorgan Chase Bank, NA [D.I. 556, 9/4/07]

    b)  Debtors' Preliminary Objection [D.I. 600, 9/4/07]

    c)  Joinder of Bank of America, N.A., as Administrative Agent, to Debtors' Preliminary Objection [D.I.. 602, 9/4/07]

    d)  Preliminary Objection of the Official Committee of Unsecured Creditors [D.I. 605, 9/5/07]

---

[1] **Amendments appear in bold.**

Related Document:

    e)    Declaration of Teresa Chase in Support of Debtors' Preliminary Objection [D.I. 601, 9/4/07]

Status: **This matter will be adjourned to September 11, 2007 at 11:00 a.m.**

Dated: Wilmington, Delaware
       September 5, 2007

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ James L. Patton, Jr.*
          James L. Patton, Jr. (No. 2202)
          Robert S. Brady (No. 2847)
          John T. Dorsey (No. 2988)
          Rolin P. Bissell (No. 4478)
          Sharon M. Zieg (No. 4196)
          Erin D. Edwards (No. 4392)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for the Debtors and Debtors-in-Possession