

**R·M·S**

Phyllis A. Hayes
Paralegal – Bankruptcy Services

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

August 29, 2007

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market St., 3rd Fl.
Wilmington, DE 19801

   In re: American Home Mortgage Holdings, Inc. ("Debtor")
     Case No. 07-11047-CSS, Chapter 11
     Creditor: EMC Corporation @ $212,761.31

Dear Clerk:

  We are acting as the agent for the creditor EMC Corporation ("EMC") as it relates to the above referenced case. EMC has not transferred or assigned its proof of claim to Receivable Management Services ("RMS").

  We would like to be added to the mailing list to receive all documents, etc. relating to the creditor EMC. Our mailing address is shown below.

     EMC Corporation
   c/o Receivable Management Services
     P.O. Box 5126
    Timonium, MD 21094

  If any additional information is needed, please do not hesitate to contact me.

         Sincerely,

         Phyllis A. Hayes
         Receivable Management Services
         Agent for Creditor, EMC Corporation

cc:
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Fl.
Wilmington, DE 19899-0391

*Counsel for the Debtor*