# CALDWELL COMMERCIAL
## REAL ESTATE SERVICES

August 31, 2007

Attn: Clerk of Court
United States Bankruptcy Court
District of Delaware
Third Floor
824 Market Street
Wilmington, Delaware 19801

Re:  In re: American Home Mortgage Holdings, Inc., et al.
     Case No. 07-11047 (CSS)

**LANDLORD'S OBJECTION TO PROPOSED CURE OBLIGATIONS OF DEBTOR**
**(Lease: Branch 2626; 2000 Sam Rittenburg Blvd., Charleston, SC)**

Dear Clerk,

Caldwell Commercial, LLC, is the property manager and designated representative of the landlord of the referenced lease. Please be advised that Charlotte D. Harrell, LLC, as Landlord to American Home Mortgage in the lease dated September 7, 2006 between Charlotte D. Harrell, LLC and American Home Mortgage Corporation, hereby objects to the Proposed Cure Amounts for Branch 02626 located at Harrell Square, 2000 Sam Rittenberg Blvd, Suite 3009, Charleston, SC 29407, and have listed below those charges related to the subject lease. The August 2007 rent and CAM were paid, but the check was later dishonored by the Debtor's bank (see enclosed check marked "Refer to Maker"). A copy of the lease and supporting documentation for the other charges have been included as well.

| | |
|---|---|
| August 2007 Base Rent | $ 6,119.92 |
| August 2007 CAM | $ 1,974.16 |
| August 2007 Late Fees | $    404.75 |
| Landlord's Legal Fees | $    700.00 |
| Unreturned Access Cards | $    150.00 |
| Change Locks at Debtor's Request | $      86.00 |
| Returned Check Item Fee | $        7.00 |
| Total Due | $ 9,441.83 |

Please call if you have any questions or require additional information. I may be reached at 843-566-1888.

Sincerely,

Caldwell Commercial, on behalf of Charlotte D. Harrell, LLC

*R. A. R̄*

Robert Rowan, CPM®
Property Manager

CC:    Bob Harrell – Charlotte D. Harrell, LLC

    Bob Caldwell Commercial Real Estate Services

    American Home Mortgage Holdings, Inc.
    538 Broadhollow Road
    Melville, New York  11747
    Attn:  Alan Horn, General Counsel

    Young Conaway Stargatt & Taylor, LLP
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware  19899-0391
    James L. Patton, Jr., Counsel to the Debtors

    Milestone Advisors, LLC
    1775 Eye Street, NW, Suite 800
    Washington, DC  20006
    Attn:  Jeffrey M. Levine

Pachulski Stang Ziehl Young Jones & Weintraub
919 North Market Street, 17th Floor
Wilmington, Delaware 19899
Attn: Curtis Hehn

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Attn: Frederick D. Holden, Jr., Counsel to IMB



**NOTICE OF RETURNED CHECK(S)**

REGIONS BANK
P O BOX 937
GAINESVILLE GA  30503

THE ATTACHED CHECK(S) RETURNED TO US UNPAID WERE CHARGED TO YOUR ACCOUNT ON

| DATE | ACCOUNT NO. |
|---|---|
| 08-08-07 | ████████ |

HFI, LTD
DBA- CHARLOTTE HARRELL, LLC
C/O CALDWELL COMMERCIAL REAL ESTATE
P.O. BOX 2704
MOUNT PLEASANT SC 29465-2704

PAGE   1 OF   1

| CHECK ISSUED BY | REASON | AMOUNT |
|---|---|---|
| REFER TO CHECK | | 8,094.08 |
| | TOTAL | 8,094.08 |

IF NOT DESCRIBED, PHOTOCOPIES OF CHECK(S) ARE AVAILABLE



*023305001*
08/03/2007
6257481056

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

JP Morgan Chase Bank, N.A.
Syracuse, NY 13202

Check # 0324120
Check Date 7/23/2007
Check Amount *****$8,094.08
** Void after 180 days **

Eight Thousand Ninety-Four and 08/100---------- US DOLLARS

PAY TO THE ORDER OF   CHARLOTTE D HARRELL
                     c/o CALDWELL COMMERCIAL, LLC
                     P. O. BOX 2704
                     MT. PLEASANT, SC 29465

⑆0324120⑆ ⑆021309379⑆ 6018764444⑆ /0000809408/

# Harrell Square

DBA Charlotte Harrell, LLC
c/o Caldwell Commercial
P. O. Box 2704
Mt. Pleasant, SC 29465

# Invoice

| Date | Invoice # |
|---|---|
| 8/13/2007 | 20 |

| Bill To |
|---|
| American Home Mortgage<br>Cathy Koci-Branch Manager<br>1954 Ashley River Rd. Suite P<br>Charleston, SC  29407 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 15 | 15 Access Cards Unaccounted | 10.00 | 150.00 |

Please remit to above address.

**Total**   $150.00

# Harrell Square

DBA Charlotte Harrell, LLC
c/o Caldwell Commercial
P. O. Box 2704
Mt. Pleasant, SC 29465

# Invoice

| Date | Invoice # |
|---|---|
| 8/8/2007 | 18 |

**Bill To**

American Home Mortgage
Cathy Koci-Branch Manager
1954 Ashley River Rd. Suite P
Charleston, SC  29407

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Budget Locksmith Invoice 70947 | 86.00 | 86.00 |

Please remit to above address.

**Total** $86.00

# BUDGET LOCKSMITH

# Invoice

1916 REYNOLDS AVENUE
N.CHARLESTON, SC 29405
PHONE (843) 566-0510
FAX (843) 566-9702

| Date | Invoice # |
|---|---|
| 8/8/2007 | 70947 |

**Bill To**

CALDWELL COMMERCIAL
PO BOX 2704
MT.PLEASANT, SC 29465

| P.O. No. | Terms | SERVICE DATE | DELIVERY TICKET |
|---|---|---|---|
| R.A.ROWAN | NET 30 | 8/8/2007 | 22177 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | AMERICAN HOME MORTGAGE<br><br>SERVICE CALL<br>REKEY, MASTER & GRAND MASTER LOCK CYLINDERS | 50.00<br>18.00 | 50.00<br>36.00 |

*Handwritten note: "Charge back to American Home Mortgage" with arrow pointing to "HSQ 7120 $86.00 7417"*

| | |
|---|---|
| Sales Tax (7.5%) | $0.00 |
| **Total** | **$86.00** |

PAYMENT TERMS ARE NET 30 DAYS FROM SHIPMENT OR DELIVERY. PURCHASER AGREES TO PAY SELLER 1 1/2% INTEREST PER MONTH ON PAST DUE BALANCES. PURCHASER AGREES TO PAY SELLER ALL COSTS AND EXPENSES OF COLLECTION, SUIT, OR LEGAL ACTION INCLUDING A REASONABLE ATTORNEY'S FEE INCURRED TO COLLECT PAST DUE BALANCES.

# Harrell Square

DBA Charlotte Harrell, LLC
c/o Caldwell Commercial
P. O. Box 2704
Mt. Pleasant, SC 29465

# Invoice

| Date | Invoice # |
|---|---|
| 8/13/2007 | 21 |

| Bill To |
|---|
| American Home Mortgage<br>Cathy Koci-Branch Manager<br>1954 Ashley River Rd. Suite P<br>Charleston, SC 29407 |

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Returned NSF Checks Fee | 7.00 | 7.00 |

Please remit to above address.

**Total** $7.00

```
         CO NUMBER         ●       DDA ACCOUNT ACTIVITY                    PAGE 00002
ACCOUNT NUMBER             ████████████
ACCOUNT NAME:  HFI LTD                           DATE LAST STATEMENT    07/07/31
CURRENT BALANCE:           ████████       ENDING BAL LAST STMT          ████████
ATM      POST      EFFECTIVE    CHECK NUMBER      TRAN AMOUNT    D/C      BALANCE
         08/08/07                                    8,094.08     D     ████████
              00210000            DEPOSIT ITEM RETURNED
         08/08/07                                        7.00     D     ████████
              00210000            RETURN ITEM FEE
         08/10/07                                    2,303.58     C     ████████
              37731693            DEPOSIT
         08/10/07                                       15.33     C     ████████
              37731695            DEPOSIT
         08/10/07              3474                  3,756.03     D     ████████
              01868234            CHECK PAID
         08/10/07              3478                    278.00     D     ████████
              37710831            CHECK PAID
         08/10/07              3475                    228.00     D     ████████
              37714358            CHECK PAID
         08/13/07              3476                    170.13     D     ████████
              37875088            CHECK PAID
MSG 50852 ACTION COMPLETE
<SEND-PAGE FWD>   <PF01-FIRST PAGE>   <PF02-LAST PAGE>   <PF06-PAGE BACK>
<PF08-ACCT RELATIONS>   <PF09-ACCT INQ>   <PF10-HIST LAST STMT>
```