## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | )<br>)<br>) Case No. 07-11047-CSS |
| AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. | )<br>) Chapter 11<br>)<br>) |

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES

Pursuant to L.B.R. 910, Steven W. Kelly, Esq. of the law firm of Silver & DeBoskey, A Professional Corporation, hereby notify all parties that they are authorized to act as counsel for Brookwood Tamarac Plaza Investors, LLC ("BTPI") in matters relating to this bankruptcy case. All notices, pleadings and other documents filed and/or served in this case (including, without limitation, all notices pursuant to Fed.R.B.P. 2002, financial statements, plans, disclosure statements and the U.S. Trustee's reports) should be served upon the following:

> Steven W. Kelly, Esq.
> Silver & DeBoskey, A Professional Corporation
> 1801 York Street
> Denver, Colorado 80206

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) BTPI's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) BTPI's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) BTPI's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any applicable requirements for personal service or in personam jurisdiction in this or any other proceedings in the courts of the United States; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which BTPI is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BTPI expressly reserves.

[CONTINUED ON THE FOLLOWING PAGE]

Dated: August _29_, 2007

Respectfully submitted,

SILVER & DeBOSKEY,
A Professional Corporation

By: _____
Steven W. Kelly, Esq.
1801 York Street
Denver, Colorado 80206
(303) 399-3000

ATTORNEYS FOR BROOKWOOD TAMARAC
PLAZA INVESTORS, LLC

### CERTIFICATE OF MAILING

I hereby certify that on this _30th_ day of August 2007, I caused to be mailed a copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES** by depositing the same in the U.S. Mail, first class postage prepaid, correctly addressed as follows:

Edward J. Kosmowski, Esq.
Young, Conway, Stargatt & Taylor
P. O. Box 391
Wilmington, Delaware 19899

U. S. Trustee
Office of the U. S. Trustee
844 King Street, Room 2207
Wilmington, Delaware 19899-0035

_____

9G4316                                                2