IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF
CHRISTOPHER T. CONRAD**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Christopher T. Conrad, of the law offices of Hanson Peters Nye, 100 Hart Road, Suite 300, Barrington, IL 60010, to represent General Star National Insurance Company in this action.

Sherry Ruggiero Fallon #2464
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE  19899-2092
PHONE (302) 658-6901
FAX (302) 658-4018

9/6/07