IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATION OF CHRISTOPHER T. CONRAD

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Christopher T. Conrad
Hanson Peters Nye
100 Hart Road, Suite 300
Barrington, Illinois 60010
847-277-9988