## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify, that I am not less than 18 years of age and that true and correct copies of the attached document,, were served on this 6th day of September, upon the following, in the manner indicated below:

**Via Hand Delivery**
Edward J. Kosmowski
Edwin J. Herron
Joel A. Waite
Kara Hammond Coyle
Kenneth J. Enos
Matthew Barry Lynn
Pauline K. Morgan
Robert S. Brady
Young Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Attorneys for Debtors

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Via First Class U.S. Mail**
Mark S. Indelicato
Hahn & Hesson LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
Attorneys for Committee of Unsecured Creditors

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 9/6/07

SHERRY RUGGIERO FALLON
Bar ID # 2464
Tybout, Redfearn & Pell
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for General Star National Insurance Company