## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify, that I am not less than 18 years of age and that true and correct copies of the attached document,, were served on this 6th day of September, upon the following, in the manner indicated below:

| **Via Hand Delivery** | **Via First Class U.S. Mail** |
|---|---|
| Edward J. Kosmowski | Mark S. Indelicato |
| Edwin J. Herron | Hahn & Hesson LLP |
| Joel A. Waite | 488 Madison Avenue |
| Kara Hammond Coyle | 14th and 15th Floors |
| Kenneth J. Enos | New York, NY 10022 |
| Matthew Barry Lynn | Attorneys for Committee of Unsecured |
| Pauline K. Morgan | Creditors |
| Robert S. Brady | |
| Young Conaway, Stargatt & Taylor | |
| The Brandywine Building | |
| 1000 West Street, 17th Floor | |
| Wilmington, DE 19801 | |
| Attorneys for Debtors | |

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 9|6|07

SHERRY RUGGIERO FALLON
Bar ID # 2464
Tybout, Redfearn & Pell
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for General Star National
Insurance Company