## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**<br>Tax ID: xxx-xx-6303<br><br>*Debtor*. | Case No. 07-11047-CSS<br>Jointly Administered<br>Chapter 11 |

## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002, 3017 and 9007, and Del. Bankr. LR 2002-1, that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case shall be directed to undersigned, whose office address, post office address, electronic mail address, telephone and facsimile numbers are set forth below.  Specifically requested is anything filed in relation to the sale of assets, proposed disclosure statements, and Chapter 11 plans.

                Respectfully submitted,
                The COUNTY of LOUDOUN, VIRGINIA
                By counsel

JOHN R. ROBERTS
COUNTY ATTORNEY

By___/s/ *Karen J. Stapleton*_____
      Karen J. Stapleton (VSB #21526)
      Assistant County Attorney
      One Harrison Street, S.E., 5th Floor
      Leesburg, Virginia  20175
      Mailing Address:  P.O. Box 7000
                       Leesburg, Virginia  20177
      Telephone:  (703) 777-0307
      Telecopier:  (703) 771-5025
      Electronic Mail:  kstaplet@loudoun.gov

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Notice was served on September 6, 2007 by ELECTRONIC MAIL through the Court's electronic filing system to the parties for whom electronic mail addresses are indicated below and by FIRST CLASS MAIL to the parties for whom postal mail addresses are indicated below:

| **Edward J. Kosmowski**<br>Bankruptcyycst.com<br>*Counsel for Debtor* | **United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
|---|---|

/s/ *Karen J. Stapleton*