IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re: Dkt. No. 14, 66** |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies as follows:

1. On August 6, 2007, the above captioned debtors and debtors in possession each filed voluntary petitions for relief under chapter 11 and on that date the Court heard various "first day" motions including a motion of the debtors seeking authorization to maintain and continue using existing bank accounts and business forms and authorization to maintain and continue using its existing cash management system (the "Cash Management Motion").

2. On August 7, 2007, the Court entered an order approving the Cash Management Motion. Under Del. Bankr. L.R. 9013(m)(v), parties in interest may file a motion to reconsider "first day" orders within 30 days of entry of such order unless the Court orders otherwise.

3. The Debtor has agreed to an extension of such deadline with respect to the Cash Management Motion solely for the Official Committee of Unsecured Creditors to September 17, 2007 as set forth in the attached Stipulation.

In accordance with the Del. Bankr. Local Rules, counsel respectfully requests that the Court approve the attached Stipulation.

Dated: September 6, 2007

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.*

128189.01600/40171058v.1