IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
       Debtors.                                                    :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 28, 2007, I caused to be served true and correct copies of the "Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein: And (II) Proposed Cure Obligations, If any", dated August 28, 2007, enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
30th day of August, 2007

_____
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 20_10_

T:\Clients\AHM\Affidavits\NOA and Assignment_Aff 8-29-07.doc

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| 6000 UPTOWN PARTNERS, LLC | C/O PACIFIC WESTERN BANK,P.O. BOX 1929,   YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET,,   BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY,SUITE 200,   YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC.,5850 WATERLOO RD., SUITE 230,   COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE,4400 PGA BLVD, SUITE #305,   PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP | C/O SELIGMAN WESTERN,ENTERPRISES, LTD,2121 TOWNE CENTRE PLACE, SUITE 320,   ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751,ATTN: LOCKBOX 910751,   PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES, LP, | A TEXAS LIMITED PARTNERSHIP,20669 W LAKE HOUSTON PKWY STE L,THE CTR AT KINGS LAKE ESTATES,   KINGWOOD, TX 77346 |
| BORDER FCU | P.O. BOX 420728,,   DEL RIO, TX 78842-0728 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET,SUITE 104,   NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | CHRIS CANTY,318B GUILBEAU ROAD,   LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE,BLDG 100, SUITE 150,   RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC | C/O BRAD GRAHAM,P.O. BOX 2248,   CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT | & INSURANCE SERVICES,1150 NINTH STREETS, SUITE 1400,   MODESTO, CA 35354 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD,SUITE 124,   CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, | LLC,2630 TENDERFOOT HILL ST. SUITE 100,   COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY,LEGAL DEPT,901 N. GREEN VALLEY PARKWAY,STE 200,   HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD | DBA SUTTER SQUARE,4701 SISK ROAD, SUITE 101,   MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE W,SUITE 130,   EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454,,   HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN,,   MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET,SUITE 102,STEVE BECHTOLD,   SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE,,   MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP,2101 CAMINO VIDA ROBLE SUITE A,   CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER | DEPT. 14791 - 25691,PO BOX 601051,   LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE,,   CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC,3344 NORTH DELAWARE STREET,   CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST,,   MONTEREY, CA 93940 |
| FSP REGENTS SQUARE | 633 W. FIFTH STREET, 72ND FLOOR,,   LOS ANGELAS, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER STREET #G,,   ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO,8101 E PRENTICE,PRENTIE PLAZA SUITE 250,   GREENWOOD VILLAGE, CO 80111 |
| GEMSTAR PROPERTIS, L.L.C. | 738 S. BRIDGEWAY PLACE,SUITE 100,   EAGLE, ID 83616 |
| GEORGE R. AND FRIEDA L. BETTS | 707 FORSYTHIA DRIVE,,   NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162,,   CHARLOTTE, NC 28260-1162 |
| GOODALE AND BARBIERI | 201 W NORTH RIVER DRIVE,SUITE 200,   SPOKANE, WA 99201 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD,SUITE 400,   NORTH BETHESDA, MD 20852-3847 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD | 6801 GAYLORD PARKWAY,SUITE 406,   FRISCO, TX 75034 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES,SUITE 200,   CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 51 E. CAMPBELL AVENUE,,   CAMPBELL, CA 95008 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE,SUITE B,   CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE | ATTN. LEASE ADMINISTRATOR,3111 W DR. MARTIN LUTHER,KING JR BLVD, SUITE 300,   TAMPA, FL 33607 |
| HILEMAN COMPANY LLC | ATTN: LISA HOOD,P.O. BOX 17657,   BEVERLY HILLS, CA 90209 |
| ICP 2700, LLC | P.O. BOX 8429,,   SCOTTSDALE, AZ 85225-8429 |

| Claim Name | Address Information |
|---|---|
| INDIAN WELLS VILLAGE II, LP | C/O MANAGEMENT OFFICE,74-940 HIGHWAY 111,   INDIAN WELLS, CA 92210 |
| INLAND SOUTHEAST PROPERTY | MANAGEMENT CORP.,4770 PAYSPHERE CIRCLE,   CHICAGO, IL 60674 |
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY,114 W. MAGNOLIA ST, SUITE 302,DAVID APELZIN,   BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE,,   COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY,,   DANVILLE, CA 94526 |
| JAMES CAMBELL COMPANY, LLC | PO BOX 29960,,   HONOLULU, HI 96820-2360 |
| JENMO, LLC | C/O RED ROCKS, LLC,P.O. BOX 23164,   HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD,,   YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | ATTN: MINDY DEMAIN,9355 E STOCKTON BLVD,   ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY,SUITE 530,   LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD,SUITE 200,   LOS ANGELES, CA 90064 |
| KILROY REALTY, LP | AND KILROY REALTY CORPORATION,111 PACIFICA,SUITE 300,   IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC.,15 NE 3RD STREET,   GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE,DANIEL NGUYEN,   LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET,SUITE 4B,   HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC.,825 N.E. MULTNOMAH, #1275,   PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC.,3301 LONG PRAIRIE ROAD, SUITE 126,DAVID MARKS,   FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE,SUITE 316,   CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE,SUITE 300,   ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC | C/O GREAT LAKES MANAGEMENT COMPANY,1907 EAST WAYZATA BOULEVARD,SUITE 110,   WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. | CENTRE SIERRA LLC,3311 S. RAINBOW BLVD.,#225,   LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR,SUITE 640,CYNTHIA GREENWELL,   ARLINGTION, TX 76006 |
| NURSEFINDERS, INC. | 1701 E. LAMAR, SUITE 200,CINDY GREENWELL,   ARLINGTON, TX 76006 |
| OHIO PUBLIC EMPLOYEES RETIREMENT | SERVICES,PO BOX 203494,21 WATERWAY HOLDINGS,   HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT,INC.,343 EAST 500 SOUTH,   SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC.,737 BISHOP ST. / SUITE 2775,GARY COOK, CARMALITA,   HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY,SUITE 236,   SAN RAMON, CA 94583 |
| PAVILION COURT | C/O ROSWELL & COMPANY,P.O. BOX 1796,KIRSTEN RIDILLA,   BOULDER, CO 80306 |
| PB ADAMS, LLC | 7119 INDIANA AVENUE,,   RIVERSIDE, CA 92504 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE,STE 300,   LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST,,   HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER | LIMITED PARTNERSHIP,3065 S. JONES,SUITE 201,   LAS VEGAS, NV 89146 |
| RAM INTERNATIONAL I, L.L.C. | 10013-59TH AVE. SW,,   LAKEWOOD, WA 98499 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER,19961 CHAIN LAKE ROAD, SUITE 149,,   MONROE, WA 98272 |
| RED SKY PROPERTIES, LLC | ATTN: LYNN WRIGHT,800 HARTWOOD LANE #18,   DAYFIELD, CO 81122 |
| REMAX REAL ESTATE GROUP | (GODWIN REALTY),ATTN: MARY GODWIN,6600 UNIVERSITY,   DES MOINES, IA 50311-1693 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE,SUITE 900,   IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN ROAD,SUITE 400,   MIAMI BEACH, FL 33139 |
| RINGSTONE PARTNERS, LLC | P.O. BOX 160897,,   BIG SKY, MT 59716 |
| SHORENSTEIN REALTY SERVICES | ONE SW COLUMBIA ST. SUITE 300,,   PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE,SUITE 475,   TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD,4S PRODUCTS BUILDING,   CORAL GABLES, FL 33134 |
| SOUTHWEST PLAZA LLC | SDS 12-1605,PO BOX 86,   MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP,C/O PRINCIPAL | REAL ESTATE INVESTORS, EQUITIES,EASTERN REGIONAL,801 GRAND AVENUE,   DES MOINES, IA 50293-1370 |

| Claim Name | Address Information |
| --- | --- |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT,906 LOUISIANA AVE.,   CHARLOTTE, NC 28204 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, | L.L.C.,401 PARKPLACE,SUITE 105,   KIRKLAND, WA 98033 |
| TALAVI ASSOCIATES LLC | AN ARIZONA LTD LIABILITY COMPANY,CONTACT: TRICIA DEVITO,3838 NORTH CENTRAL AVE., STE 1500,   PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET,SUITE 350,   IRVINE, CA 92614 |
| THE BYRON COMPANY | 25 SOUTHMOOR DRIVE,,   ST. LOUIS, MO 63105 |
| THE REALTY ASSOC. FUND VIII, L.P. | SUSAN,P.O. BOX 223528,   PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | JENNIFER HOLTRY,SILVERHAW REALTY,1201 SOUTH KIMBALL,   CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST | SDS-12-2642,PO BOX 86,   MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC | C/O CITADEL EQUITIES GROUP,1508 EUREKA ROAD,SUITE 130,   ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE,STAN TAGIKAWA,   HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD,SUITE 100,   PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POST OAK ROAD,SUITE 330,   HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE,SUITE 3,   BOZEMAN, MT 59715 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY,SUITE 303,   WEST DES MOINES, IA 50266 |

**Total Creditor Count 101**