**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for 3445 North Causeway Limited**
1345 Avenue of the Americas
New York, New York 10105
(212) 586-4050
**Fred B. Ringel, Esq.(FBR-7713)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.,* | |
| | Jointly Administered |
| Debtors. | |

-------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for **3445 North Causeway Limited Partners**, Creditor, Landlord and party in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices and telephone numbers set forth below, addressed to the attention of: **Fred B. Ringel, Esq.**

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. §1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any

{00352608.DOC;1}

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

**DATED:**   New York, New York
September 6, 2007

        **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**Attorneys for 3445 North Causeway Limited Partners**
1345 Avenue of the Americas
New York, New York 10105
Tel: 212-603-6300

By:   /s/ Fred B. Ringel
      **Fred B. Ringel (FBR-7713)**

**TO:**  **JAMES C. PATTON, JR.**
**Young Conaway Stargatt & Taylor, LLP**
The Brondywick Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
**Attorneys for 3445 North Causeway Limited**
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6301
**Fred B. Ringel, Esq.(FBR-7713)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
---------------------------------------------------X
In Re:

**AMERICAN HOME MORTGAGE
HOLDINGS, INC.,** *et al.*,
                       Debtors.
---------------------------------------------------X

Chapter 11
Case No. 07-11047 (CSS)

Jointly Administered

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               : ss.:
COUNTY OF NEW YORK )

      **Tina Fogel**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, NY.

2. On the 6th day of **September, 2007**, I served **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** *VIA FIRST CLASS MAIL* upon:

*James C. Patton , Jr.*
*Young Conaway Stargatt & Taylor, LLP*
*The Brondywick Building*
*1000 West Street, 17th Floor*
*Wilmington, DE 19801*

by depositing true copies of same enclosed in post-paid properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
6th day of **September, 2007**
/s/Robert M. Sasloff
Notary Public, State of New York
No. 31-4966401 Qualified in New York County
Commission Expires 5-7-2010

/S/TINA FOGEL
**TINA FOGEL**

{00352622.DOC;1}