BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar No. 023544
Attorney for Creditor Pima County, Arizona

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re: | CHAPTER 11 |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Joint Administration Pending |
| Debtor(s). | |

### MOTION AND ORDER FOR *PRO HAC VICE*

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and the attached certification, undersigned counsel moves for the admission *pro hac vice* to represent the Pima County Treasurer ("Pima County") in this action. In addition, because Pima County is an agency of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

-1-

the State of Arizona, undersigned counsel moves that the requirement to associate with local counsel be waived under Del. Bankr. L.R. 9010-1(c)(ii).

**RESPECTFULLY SUBMITTED** this 4th day of September, 2007.

By: /s/ German Yusufov
German Yusufov, Deputy County Attorney
Arizona State Bar No. 023544
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
Telephone: (520) 740-5750
Facsimile No. (520) 620-6556
Email: pcaocvbk@pcao.pima.gov

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arizona and pursuant to Local Rule 83.6 D. De.L.R. submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: /s/ German Yusufov
German Yusufov, Deputy County Attorney
Arizona State Bar No. 023544
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
Telephone: (520) 740-5750

1
2                              **ORDER GRANTING MOTION**

3          **IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is

4   Granted.

5
6   DATED: 9-5-07                    _____
                                     The Honorable Christopher S. Sontchi
7                                    United States Bankruptcy Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-3-