# S I G N - I N - S H E E T

CASE NAME: American Home Mortgage

CASE NOS.:07-11047 (CSS)

**COURTROOM LOCATION: Courtroom 6**

**DATE: September 7, 2007 @ 11:30 A.M.**

Telephonic Hearing

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Williamowsky | Bingham McCutchen | DB Structured Products |
| Michael Busenkell | Eckert, Seamans, Cherin & Mellott | Calyon |
| Jason Harbour<br>Thomas A. Rice | Hunton & Williams | Calyon |
| Susheel Kirpalani | Quinn, Emanuel, Urquhart, Oliver | American Home Mortgage Holdings |
| Nick Crowell | Sidley Austin | Bear Stearns |
| Melanie Gray | Weil Gotshal 7 Manges | Credit Suisse |
| John Dorsey | Young, Conaway, Stargatt & Taylor | American Home Mortgage Holdings |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.