IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                   :
                                        :      Chapter 11
AMERICAN HOME MORTGAGE                  :      Case No. 07-11047 (CSS)
  HOLDINGS, INC, a Delaware             :
  Corporation, *et al.*                 :      Objection Deadline: September 7, 2007 at 4:00 p.m.
                                        :
                Debtor.                 :
------------------------------------------------------x

### OBJECTION OF AMERICAN COMMERCIAL REALTY CORP. TO PROPOSED CURE AMOUNT FOR ASSUMPTION AND ASSIGNMENT OF OFFICE LEASE, 12751 &12753 S. DIXIE HIGHWAY, MIAMI, FLORIDA

American Commercial Realty Corp. as agent for landlord Pinecrest Realty Associates LLC ("ACR" or "Landlord") , by its counsel, White and Williams LLP, hereby submits its objection ("Objection") to the Debtors' proposed cure amounts for assumption and assignment of office lease, 12751 & 12753 S. Dixie Highway, Miami, Florida (Branch 02821), as set forth in the Notice of Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and Proposed Cure Obligations , if any dated August 28, 2007 at docket no 425, and referencing dockets 137 and 357 ("Debtors' Notice"), and sets forth and represent that:

1.   On August 6, 2007 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Title 28 of the U.S. Code (the "Bankruptcy Code").

2.   Prior to the Petition Date, Debtor American Home Mortgage Corp. and ACR entered into a lease agreement (the "Lease") for the use by the Debtor of certain office space located at 12751 & 12753 S. Dixie Highway, Miami, Florida (Branch 02821) (the "Premises").

3.   On August 24, 2007, this Court approved the Debtors' Motion to Assume the Lease and assign the Lease to Indymac Bank, F.S.B. ("IndyMac"). As required by the Order, the

Debtors provided ACR with notice of proposed cure amounts of all outstanding obligations, identified by the Debtors as **$7,199.27**.

4. ACR has reviewed its books and records and submits that the appropriate cure amount, as of August 31, 2007 is **$12,391.24**. See Statement annexed hereto as Exhibit "A."

5. In addition, ACR has not received any payment to date for the period commencing September 1, 2007 to date. Additional sums have come due and will continue to incur interest and late charges until satisfied.

6. In order for the Debtors to assume the Lease and assign it to IndyMac, they must first cure all outstanding obligations incurred, which obligations include those set forth on the Statement as well as the obligations incurred in September, and to date of assignment.

WHEREFORE, it is respectfully requested that the Court direct the Debtors to provide full payment as to all obligations incurred to date, and as to those additional and accruing obligations, all as set forth herein, and for such other and further relief as is just.

Dated: Wilmington, DE

September 7, 2007

WHITE AND WILLIAMS LLP

By: /s/ James S. Yoder
James S. Yoder, (DE #2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899
Phone: 302-467-4524
Fax: 302-467-4554
Email: yoderj@whiteandwilliams.com
*Attorneys for American Commercial Realty Corp., Creditor-Landlord*

PHLDMS1 3312626v.1