IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re                                        :
                                             :    Chapter 11
AMERICAN HOME MORTGAGE                       :    Case No. 07-11047 (CSS)
  HOLDINGS, INC, a Delaware                  :
  Corporation, et al.                        :    Objection Deadline: September 7, 2007 at 4:00 p.m.
                                             :
            Debtor.                          :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, James S. Yoder, hereby certify that on 7th day of September, 2007, I caused a true and correct copy of the foregoing Objection Of American Commercial Realty Corp. To Proposed Cure Amount For Assumption And Assignment Of Office Lease, 12751 &12753 S. Dixie Highway, Miami, Florida to be served upon the parties set forth below, addressed as follows, by e-service and/or facsimile transmission:

    American Home Mortgage Holdings Inc.
    538 Broadhollow Road
    Melville, New York, 11747
    Attn.: Alan Horn, General Counsel
    Fax No.: (800) 209-7276

    Young Conaway Stargatt & Taylor LLP
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    Attn.: James L. Patton, Jr.
    Fax No.: (302) 571-0453

    Milestone Advisors, LLC
    1775 Eye Street NW, Suite 800
    Washington, DC 20006
    Attn.: Jeffrey M Levine
    Fax No.: (202)367-3001

    Pachulski Stang Ziehl Young Jones & Weintraub
    919 North Market Street, 17th Floor
    Wilmington DE 19899
    Attn: Curtis Hehn
    Fax No. : (302) 652-4400

PHLDMS1 3312626v.1

    Orrick Herrington & Sutcliffe LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA 94150
    Attn Frederick D. Holden Jr.
    Fax No. (415) 773-5759

*/s/ James S. Yoder*
James S. Yoder (DE #2643)

Dated: September 7, 2007