# EXHIBIT "A"

**Statement**

AMERICAN HOME MORTGAGE CORP.
12751 & 12753 S. DIXIE HIGHWAY
MIAMI, FL 33156

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 07/28/2007 | PARKING FINE/E382D-TAXABLE | 25.00 | |
| 07/28/2007 | PARKING FINE/X8631E | 25.00 | |
| 07/28/2007 | PARKING FINE VCE59 - Taxable | 25.00 | |
| 07/28/2007 | PARKING FINE/R122IU | 25.00 | |
| 07/28/2007 | PARKING FINE/FORD MUS-Sales Ta | 1.75 | |
| 07/28/2007 | PARKING FINE/DODGE G Sales Tax | 1.75 | |
| 07/28/2007 | PARKING FINE/BMW 3251 Sales Ta | 1.75 | |
| 07/28/2007 | PARKING FINES SAAB Sales Tax | 1.75 | |
| 08/01/2007 | Common Area Maint. - Taxable | 1,039.54 | |
| 08/01/2007 | Insurance - Taxable | 622.89 | |
| 08/01/2007 | R. E. Taxes - Taxable | 990.33 | |
| 08/01/2007 | Base Rent - CPI | 7,199.27 | |
| 08/01/2007 | Sales Tax | 689.64 | |
| 08/03/2007 | Water Exp. Recovery | 13.83 | |
| 08/03/2007 | Sales Tax | 0.97 | |
| 08/07/2007 | NSF Fee | 100.00 | |
| 08/07/2007 | Sales TaxNSF#324019 | 7.00 | |
| 08/16/2007 | Miscellaneous - locksmith | 259.50 | |
| 08/16/2007 | Sales Tax-locksmith | 18.17 | |
| 08/17/2007 | Late Charge | 1,077.05 | |

CONTINUED ON THE NEXT PAGE

**Total Amount Due:**                                                                                              $ See the next page

Comments:

---

AMERICAN HOME MORTGAGE CORP.
12751 SOUTH DIXIE HIGHWAY
MIAMI, FL 33156

Statement Date: 08/31/2007

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

Date   : 08/31/2007

Unit  : 182-12751-CU

Amount Due   : $ See the next page

Bill to:
AMERICAN HOME MORTGAGE CORP.
12751 SOUTH DIXIE HIGHWAY
MIAMI, FL 33156

Send Remittance to :
PINECREST REALTY ASSOCIATES
4400 PGA BLVD.
SUITE 305
PALM BEACH GARDENS, FL 33410

|  |  | 182-12751-CU |
|--|--|--|
|  |  | AMERICAN HOME MORTGAGE CORP.<br>12751 & 12753 S. DIXIE HIGHWAY<br>MIAMI, FL 33156 |

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|------------|---------|
| 08/17/2007 | Sales Tax | 75.39 | |
| 08/22/2007 | Interest- | 178.84 | |
| 08/22/2007 | Sales Tax | 12.52 | |
|  | **PREVIOUS MONTH ENDING BALANCE** | | 12,391.94 |
|  | **CURRENT CHARGES** | | |
|  | **TOTAL CURRENT** | | 0.00 |

Total Amount Due:                                                                                                             $ 12,391.94

Comments:   **MAKE PAYMENTS PAYABLE TO: PINECREST REALTY ASSOCIATES

PAYMENTS ARE DUE ON OR BEFORE THE 1ST OF THE MONTH!!
LATE FEE WILL BE ASSESSED IN ACCORDANCE WITH YOUR LEASE.
PLEASE CONTACT BECKY COMPTON AT 561-775-1300  IF YOU HAVE ANY QUESTIONS REGARDING THIS STATEMENT.

AMERICAN HOME MORTGAGE CORP.
12751 SOUTH DIXIE HIGHWAY
MIAMI, FL 33156

Statement Date:  08/31/2007

Total Due:  $ 12,391.94

*Please Return This Coupon With Your Payment*

Date   : 08/31/2007

Unit  : 182-12751-CU

Amount Due   : $ 12,391.94

Bill to:
AMERICAN HOME MORTGAGE CORP.
12751 SOUTH DIXIE HIGHWAY
MIAMI, FL 33156

Send Remittance to :
PINECREST REALTY ASSOCIATES
4400 PGA BLVD.
SUITE 305
PALM BEACH GARDENS, FL 33410