IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :  Case No. 07-11047 (CSS)
A Delaware corporation, et al.,                                     :
                                                                    :  Jointly Administered
                        Debtors.                                    :
---------------------------------------------------------------------x  Re: Docket No. 425

OBJECTION OF DDR SOUTHEAST FOUNTAINS, L.L.C.
TO NOTICE OF (I) ASSUMPTION AND ASSIGNMENT OF CERTAIN
REAL PROPERTY LEASES AND SALE OF FURNITURE, FIXTURES AND
EQUIPMENT LOCATED THEREIN; AND (II) PROPOSED CURE OBLIGATIONS IF ANY

DDR Southeast Fountains, L.L.C. ("DDR") objects (the "Objection") to its proposed treatment under the Lease Assumption and Cure Notice (Docket # 425)(the "Cure Notice") as the Cure Notice does not adequately address the Debtors' cure of all monetary and non-monetary defaults under the Plantation Florida Lease. In support of this Objection, DDR respectfully states as follows:

1.  DDR, as successor in interest to Inland Southeast Property Management Corporation, is a party to an unexpired lease with the Debtor for non-residential real property located in a shopping center in Plantation, Florida (the "Plantation Florida Lease", a copy of which is attached as Exhibit A).

2.  On August 24, 2007, the Bankruptcy Court entered an order (the "Order") authorizing the assumption by the Debtors and the assignment of the Plantation Florida Lease to Indymac Bank F.S.B. ("Indymac"). Upon information and belief and pursuant to the terms of the Order, the Plantation Florida Lease has been assigned to Indymac.

3. Set forth on the attached <u>Exhibit</u> <u>B</u> to this Objection is a schedule of known monetary claims of DDR for common area maintenance charges, advertising, rental taxes, and other monthly obligations under the Plantation Florida Lease.

4. In addition to these monetary amounts, DDR asserts that there may be additional amounts due with regards to both pre-petition and post-petition periods, such as, but not limited to (i) year-end adjustments regarding items such as taxes, common area maintenance, advertising and maintenance and (ii) accrued taxes. As there may exist unbilled but accrued liabilities of the Debtors, the Debtors should be liable for curing all monetary and non-monetary obligations of the Debtors under the Plantation Florida Lease, including, but not limited to the continuation of indemnity with the Assignee with regards to any pre-assignment claims against the Debtors and/or DDR relating to or arising from the Plantation Florida Lease and the Debtors' operation of business at the subject premises (see section 11.4 of the Plantation Florida Lease).

5. Further, DDR asserts that it should be reimbursed as part of the cure payments for all of its actual pecuniary losses, including, but not limited to, reasonable attorney fees and costs expended with regard to enforcement of its rights under the Plantation Florida Lease. As of August 31, 2007, DDR has incurred attorney fees in the amount of $7,627.50 regarding the enforcement of its rights following the Debtors' default under the Plantation Florida Lease. (see section 10.8 of the Plantation Florida Lease).

6. Finally, DDR asserts that it is entitled to adequate assurance of future performance pursuant to section 365(b)(3)(C) of the Bankruptcy Code – Indymac has all of the obligations and restrictions imposed under the Plantation Florida Lease, including but not limited

to use, utilization, hours of operations, signage, advertising, insurance, and relocation.

Dated: September 7, 2007

                                BENESCH, FRIEDLANDER,
                                COPLAN & ARONOFF LLP

By:   /s/ Raymond H. Lemisch
       Raymond H. Lemisch (No. 4204)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       Phone:  302-442-7010
       Facsimile:  302-442-7012
       E-mail:  rlemisch@bfca.com