|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | AMERICAN HOME MORTGAGE CORP. | | | | | |
| 2 | | | Tenant #: 30352-16725-107683 | | | | | |
| 3 | | | The Fountains | | | | | |
| 4 | | | Plantation, Florida | | | | | |
| 5 | | | Landlord: DDR Southeast Fountains, L.L.C. | | | | | |
| 6 | | | Cure Statement: As of August 29, 2007 | | | | | |
| 7 | | | | | | | | |
| 8 | Invoice Date | Bill Code | Aging Total | 0 to 30 Days | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | 120+ Days |
| 9 | | | | | | | | |
| 10 | 12/06/2005 | Real Estate Tax | -283.79 | 0.00 | 0.00 | 0.00 | 0.00 | -283.79 |
| 11 | 12/06/2005 | Rental Tax | -16.98 | 0.00 | 0.00 | 0.00 | 0.00 | -16.98 |
| 12 | 12/31/2006 | Common Area Maintenance, prior year | 1,341.36 | 0.00 | 0.00 | 1,341.36 | 0.00 | 0.00 |
| 13 | 12/31/2006 | Rental Tax | 80.48 | 0.00 | 0.00 | 80.48 | 0.00 | 0.00 |
| 14 | 01/01/2007 | Marketing fund | 0.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.76 |
| 15 | 01/01/2007 | Rental Tax | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 |
| 16 | 02/05/2007 | Misc. Income charge | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 17 | 04/27/2007 | Overpayment on Rental check | -286.19 | 0.00 | 0.00 | 0.00 | 0.00 | -286.19 |
| 18 | 05/30/2007 | Overpayment on Rental check | -286.19 | 0.00 | 0.00 | 0.00 | -286.19 | 0.00 |
| 19 | 06/04/2007 | Common Area Maintenance | 670.68 | 0.00 | 0.00 | 670.68 | 0.00 | 0.00 |
| 20 | 06/04/2007 | Rental Tax | 40.24 | 0.00 | 0.00 | 40.24 | 0.00 | 0.00 |
| 21 | 06/26/2007 | Overpayment on Rental check | -167.70 | 0.00 | 0.00 | -167.70 | 0.00 | 0.00 |
| 22 | 07/31/2007 | Overpayment on Rental check | -167.70 | -167.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | **Total Charges** | | **975.02** | **-167.70** | **0.00** | **1,965.06** | **-286.19** | **-536.15** |
| 24 | | | | | | | | |
| 25 | Note: This total does not include amounts due from the tenant for 2007 year end reconciliaitons for Real Estate Taxes, Common Area Maintenance and/or Insurance if billable. | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |



EXHIBIT B