IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**CERTIFICATION OF SERVICE**

I, RAYMOND H. LEMISCH, ESQUIRE, hereby certify that on September 7, 2007, I caused to be served a true and correct copy of the foregoing document via facsimile, electronic notice and/or First Class Mail upon the parties on the attached list.

Benesch Friedlander Coplan & Aronoff, LLP

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@bfca.com

Counsel to DDR Southeast Fountains, L.L.C.

1466737_1

SERVICE LIST

| | | |
|---|---|---|
| Home Mortgage Holdings, Inc.<br>Attn: Alan Horn, G.C.<br>538 Broadhollow Road<br>Melville, NY 11747<br>facsimile: 631/622-2954 | Kenneth J. Enos, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>facsimile: 302/571-1253 | William K. Harrington<br>United States Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801<br>facsimile: 302/573-6497 |
| Milestone Advisors, LLC<br>Attn: Jeffrey M. Levine<br>1775 Eye Street, NW, Suite 800<br>Washington, DC 20006<br>facsimile: 202/ 367-3001 | Curtis Hehn, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 Market Street, 17th Floor<br>Wilmington, DE 19801<br>facsimile: 302/652-4400 | Orrick Herrington & Sutcliffe LLP<br>Attn: Frederick D. Holden, Jr., Esq.<br>The Orrick Bldg., 405 Howard Street<br>San Francisco, CA 9410<br>facsimile: 415-773-5759 |

1466737_1