IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | CASE NO. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Ref. Docket Nos. 135 & 137 |
| | ) | |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Donna L. Harris, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Diane C. Stanfield and Dean G. Rallis Jr. of the law firm Weston Benshoof Rochefort Rubalcava & MacCuish, LLP, 300 S. Hope Street, Sixteenth Floor, Los Angeles, California 90071 to represent TPRF/THC HavenPark, LLC. The Admittee Diane C. Stanfield is admitted, practicing and in good standing of the bars of all courts of the State of California, the United States District Court for the Central District of California, and the United States Court of Appeal for the Ninth Circuit. The Admittee Dean G. Rallis is admitted, practicing and in good standing of the bars of all the courts of the State of California, the United States District Court for the Central, Northern, Eastern and Southern Districts of California, the United States Court of Appeal for the Ninth Circuit and the United States Supreme Court.

Donna L. Harris (Del. Bar No.3740)
Pinckney Harris & Poppiti, LLC
1000 N. West Street, Suite 1200
Wilmington, De 19801
T: (302) 295-5065

Motion Granted.                    BY THE COURT:

Dated: _____      _____
                                    Christoper S. Sontchi
                                    United State Bankruptcy Judge

1045903.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the bars of all courts of the State of California, the United States District Court for the Central District of California, and the United States Court of Appeal for the Ninth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Court for the United States District for the District of Delaware.

/s/ Diane C. Stanfield
Diane C. Stanfield (CA Bar No. 106366)
Weston Benshoof Rochefort Rubalcava
   & MacCuish, LLP
333 S. Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Tele: (213) 576-1000
Fax: (213) 576-1100

1045903.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the bars of all the courts of the State of California, the United States District Court for the Central, Northern, Eastern and Southern Districts of California, the United States Court of Appeal for the Ninth Circuit and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Court for the United States District for the District of Delaware.

Dean G. Rallis Jr. (CA Bar No. 94266)
Weston Benshoof Rochefort Rubalcava
   & MacCuish, LLP
333 S. Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Tele: (213) 576-1000
Fax: (213) 576-1100

## PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On September 6, 2007, I served the document(s) described **MOTION AND ORDER FOR PRO HAC VICE APPEARANCE** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

**Electronically served on:**
James L. Patton Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street 17th Floor
Wilmington, DE 19899-0391

### SEE ATTACHED SERVICE LIST

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☒ BY FEDERAL EXPRESS ☐ UPS NEXT DAY AIR ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS ☐ UPS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☒ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2007, at Los Angeles, California.

*/s/ Rosa Nelly Villaneda*
Rosa Nelly Villaneda

1015903.1

IN RE: AMERICAN HOME MORTGAGE HOLDINGS, INC.

CASE NO. 07-11047 (CSS)

SERVICE LIST

Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

James L. Patton Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Jeffrey M. Levine, Esq.
Milestone Advisor, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Curtis Hehn, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
919 N. Market Street, 17th Floor
Wilmington, DE 19899

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

1045903.1