IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al. | ) Case No. 07-11047 (CSS) ) |
| | ) Jointly Administered |
| Debtors. | ) Doc. Ref. No. 425 |
| | ) **Objections Due: September 7, 2007 at 4:00 p.m.** |

## OBJECTION TO PROPOSED CURE AMOUNT

Highwoods Properties, Inc. ("Highwoods") through its undersigned counsel, hereby files its Objection to Proposed Cure Amount and respectfully shows the Court the following:

1. This Court entered the Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief (the "Order Authorizing Sale");

2. Pursuant to the Terms of the Order Authorizing Sale, American Home Mortgage Holdings, Inc. ("AHM Holdings"), provided a proposed cure amount of $6,432.63 under the existing lease between American Home Mortgage Corp., a New York corporation and Highwoods dated August 25, 2006 (the "Lease");

3. Pursuant to the terms of the Lease, Highwoods is currently owed $14,344.40 under the terms of the Lease and holds a security deposit in the amount of $6,486.88 which it is entitled to retain.

WHEREFORE, Highwoods respectfully requests that the Court enter an Order requiring the cure amount of $14,344.40 and entitling Highwoods to retain the existing security deposit.

C878458.1

This the 7th day of September, 2007.

/s/ Charles J. Brown, III
Charles J. Brown, III  (Bar No. 3368)
Harvey, Pennington Ltd.
913 Market Street, Suite 702
Wilmington, Delaware 19801
Telephone: 302.428.0719
Facsimile: 302.428.0734
Email: cbrown@harvpenn.com

*Attorneys for Highwoods Properties, Inc.*

C878458.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **OBJECTION TO PROPOSED CURE AMOUNT** has been served by sending via facsimile to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn: Alan Horn, General Counsel
Facsimile: 800.228.1921

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attn: James L. Patton, Jr. counsel to the Debtors
Facsimile: 302.571.1253

Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washingtonn, DC 20006
Attn: Jeffrey M. Levine
Facsimile: 202.367.3001

Pachulski Stang Ziehl Young Jones & Weintraub
919 North Market Street, 17th Floor
Wilmington, DE 19899
Attn: Curtis Hehn
Facsimile: 302.652.4400

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Attn: Frederick D. Holden, Jr., counsel to IMB
Facsimile: 415.773.5759

This the 7th day of September, 2007.

/s/ *Charles J. Brown, III*
Charles J. Brown, III

C878458.1