IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Dkt. Nos. 14, 66 |

**ORDER APPROVING STIPULATION
EXTENDING RESPONSE DEADLINE**

Upon consideration of the Certification of Counsel for the Official Committee of Unsecured Creditors and the attached Stipulation Extending Response Deadline (the "Stipulation") filed pursuant to Del. Bankr. L. R. 9013-1(m)(v),

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

Dated: September 7, 2007

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

128189.01600/40171063v.1