# EXHIBIT B



## NOTICE OF DEFAULT

**VIA PERSONAL SERVICE**

TO: American Home Mortgage Corp.  
538 Broadhollow Road  
Melville, New York 11747  
Attn: Ms. Donna Kiessel

DATE: August 2, 2007

RE: Commercial Office Lease dated August 11, 2006, between TPRF/THC HavenPark, LLC, a Delaware limited liability company ("**Landlord**"), and American Home Mortgage, a New York corporation ("**Tenant**"), concerning Suite 350, located at 9680 Haven Avenue, Rancho Cucamonga, CA 91730

Dear Ms. Kiessel:

This office represents the above-referenced Landlord, and we are sending you this Notice of Default at the direction and on behalf of Landlord. Landlord previously delivered to Tenant a Commencement Date Letter dated July 24, 2007, which was executed by Alan Horn (Executive Vice President) on behalf of Tenant, whereby Tenant acknowledged, among other things, that Tenant's obligation to pay "Rent" under the Lease commenced as of July 5, 2007. In the Commencement Date Letter, Tenant acknowledged that a payment in the amount of $18,187.38 is due and owing as of August 1, 2007, which amount represents the monthly installment of Base Rent due under the Lease for August 2007 in the amount of $22,944.00, less a credit balance remaining from the prepaid Base Rent for July 2007 in the amount of $4,756.62.

In accordance with Section 4.1 of the Lease, Rent is due and payable in advance on or before the first (1st) day of each and every month during the Lease Term. As of August 2, 2007, Landlord has not received payment of the unpaid portion of Base Rent for August 2007 in the amount specified above as required by the Lease and the Commencement Date Letter. Pursuant to Section 20.1.1 of the Lease, if Landlord does not receive such payment within 5 business days of Tenant's receipt of this Notice of Default, then Tenant will have committed an "Event of Default" under the Lease and Landlord shall be entitled to pursue any and all remedies available to Landlord for such Event of Default, including without limitation, proceeding with an eviction action under California law.

333 South Hope Street • Sixteenth Floor • Los Angeles, CA  90071 • tel 213 576 1000 • fax 213 576 1100  
1025027.1  
2801 Townsgate Road, Suite 215 • Westlake Village, CA  91361 • tel 805 497 9474 • fax 805 497 8804  
Page 1 of 2  
www.wbcounsel.com

Tenant should deliver the delinquent Rent payment in the amount of **$18,187.38** to the lockbox address listed in the Commencement Date Letter dated July 24, 2007, or Tenant should contact the undersigned to arrange for alternative payment methods (i.e., wire transfer) acceptable to Landlord in its sole and absolute discretion.

Sincerely,

Darren L. Hereford
Attorneys for TPRF/THC HavenPark, LLC

cc: Jack Hileman
Ryan Thornton
Candice Mickey
Chris Cozby