# EXHIBIT C

## COMMENCEMENT DATE LETTER

TO: Ms. Donna Kiessel  
Assistant Vice President  
of Lease Administration  
American Home Mortgage  
538 Broadhollow Road  
Melville, New York 11747

DATE: July 24, 2007

RE: Commercial Office Lease dated August 11, 2006, between TPRF/THC HavenPark, LLC, a Delaware limited liability company ("**Landlord**"), and American Home Mortgage, a New York corporation ("**Tenant**"), concerning Suite 350, located at 9680 Haven Avenue, Rancho Cucamonga, CA 91730

Ladies and Gentlemen:

In accordance with the Lease, Landlord wishes to advise and/or confirm the following:

1. Pursuant to the Lease, the Lease Term commences upon the date upon which the Premises are "Ready for Occupancy", which is **July 5, 2007**.

2. In accordance with the Lease, Tenant's obligation to pay Base Rent commences on **July 5, 2007**. Based on the Premises containing 9,560 rentable square feet, the Base Rent schedule pursuant to Section 1.5 of the Lease is as follows:

| Months | Monthly Base Rent Rate ($/RSF) | Monthly Base Rent |
|---|---|---|
| 1 – 12* | $2.40 | $22,944.00 |
| 13 – 24 | $2.47 | $23,613.20 |
| 25 – 36 | $2.54 | $24,282.40 |
| 37 – 48 | $2.62 | $25,047.20 |
| 49 – 60 | $2.70 | $25,812.00 |

*Tenant has elected to waive Base Rent abatement for months 2 – 5 in exchange for increase in Tenant Improvement Allowance per Section 5 below.

3. Effective as of the Commencement Date, Rent is due and payable in advance on the first day of each and every month during the Lease Term. The Base Rent for the first month is **$19,243.38** (prorated based on 26 days remaining in July 2007 after the Commencement Date of July 5, 2007). Landlord acknowledges that it has already received prepaid Base Rent in the amount of **$24,000.00**, and Tenant agrees that Landlord may apply this amount to the first month's prorated installment of Base Rent and credit the balance in the amount of $4,756.62 to the next month's installment of Base Rent for August. On or before **August 1, 2007**, Tenant shall

deliver the next installment of Base Rent for August 2007 (in the amount of $22,944.00) less the $4,756.62 credit balance from the Base Rent for July, for a total amount of **$18,187.38**. Tenant shall deliver Rent to Landlord to the following lockbox:

>   HavenPark
>   CBRE – CC #BYQ001
>   PO Box 301109
>   Los Angeles, CA 90030-1109

4.  Based on the Premises containing 9,560 rentable square feet and the Building containing 75,142 rentable square feet, Tenant's Share as defined in Section 4.3.1.9 of the Lease is **12.72%**. Based on Exhibit C of the Project CC&Rs, the Allocated Direct Costs for the Building are 31% of Direct Costs for the overall Project; accordingly, for purposes of calculating Tenant's share of any increases in Direct Costs over the Base Year on a Project-wide basis, Tenant's proportionate share would be **3.94%** (i.e., 12.72% of 31%).

5.  Tenant has elected to waive its right to the Base Rent abatement for months 2 – 5 under the Lease in exchange for increasing the Tenant Improvement Allowance by $91,776.00. Therefore, based on the Premises containing 8,521 useable square feet, the Tenant Improvement Allowance set forth in Section 1.9 of the Lease and Section 2.1 of the Tenant Improvement Work Letter (attached as Exhibit "C" to the Lease) is hereby amended to be **$475,221.00** ($91,776.00 + $383,445.00).

6.  Any capitalized terms used herein that are not defined shall have the same meanings as set forth in the Lease. This Commencement Date Letter is intended to supplement and modify the terms of the Lease.

AGREED AND ACCEPTED:

TENANT:                                           LANDLORD:

AMERICAN HOME MORTGAGE CORP.,     TPRF/THC HAVENPARK, LLC,
a New York corporation                        a Delaware limited liability company

By: _____              By:  The Hileman Company, LLC,
Print Name: ALAN HORN                            a Delaware limited liability company
Title: EVP

                                                 By: _____
                                                      Jack D. Hileman, President