# EXHIBIT D

## LICENSE AGREEMENT

This LICENSE AGREEMENT ("License Agreement") is made and entered into as of the 7th day of August, 2007, between AMERICAN HOME MORTGAGE ("Licensor"), and INDYMAC BANK, F.S.B. ("Licensee") for the right to use the office space, and all furniture, fixtures and equipment located within such office space, including utilities, telephone and Internet service supplied to such office space and all other items owned, rented, leased or otherwise controlled by Licensor at the office locations listed on Exhibit "A" attached hereto (such office space and all furniture, fixtures, equipment, utilities, telephone service and Internet service are collectively referred to herein as the "Premises"), with reference to the following:

**LICENSE.** Licensor hereby grants to Licensee a license to use the Premises and Licensee hereby accepts such license to use the Premises from Licensor on the terms and conditions set forth in this License Agreement. From and after the Effective Date (defined below), to preserve the confidentiality of Licensee's documentation maintained at the Premises, Licensor shall not grant any other person or entity the right to use or access the Premises without Licensee's prior written consent. Notwithstanding the foregoing, Licensor shall have the right to enter the Premises upon reasonable prior notice to Licensee; provided, however, that during any such entry by Licensor, the parties shall implement reasonable procedures to protect the confidentiality of Licensee's documentation and other information within the Premises. The foregoing license shall include Licensee's right to use software applications on Licensor's computers and other intellectual property within the Premises, to the extent permitted by applicable law as reasonably determined by Licensee; provided, however, the license shall exclude any right to use Licensor's loan origination system, Licensor's point-of-sale system and any proprietary software developed by or especially for Licensor. Licensee shall have access to and may use the Premises seven days per week, twenty-four hours per day, three hundred sixty-five days per year. Licensee and its employees, agents and invitees shall have the right to use the parking spaces in the parking area allocated to the Premises in accordance with the applicable leases in common with other users of the buildings containing the Premises.

**TERM.** The term of this License Agreement ("Term") shall commence on the date Licensee obtains access to the Premises (the "Effective Date") and shall continue thereafter until terminated by either party upon not less than fifteen (15) business days notice. The Term shall expire at midnight on the date specified in the written notice from either party electing to terminate this License Agreement.

This License Agreement shall be of no force or effect unless the Effective Date occurs by August 8, 2007, unless that deadline is mutually extended by each of Licensor and Licensee in its sole and absolute discretion. Effective upon execution of this License Agreement, Licensor shall cause Licensee to have access to and use of all of the Premises.

**MONTHLY LICENSE FEE. SERVICES.** During the Term, Licensee shall pay Licensor a fee (the "License Fee") equal to (i) the amount of the actual monthly rent and additional rent, including operating expenses, utilities, real estate taxes and insurance, payable by Licensor with respect to the Premises pursuant to the applicable leases for the Premises for the period that Licensee is provided access to and use of the Premises, plus (ii) the amount of the actual monthly charges payable by Licensor to third parties for all facility and telecommunication service contracts servicing the Premises, plus (iii) $25,000 per month (the "Licensor Services Component") (prorated for any partial months) to cover the cost of four (4) Licensor employees (or contractors) providing bill processing/accounts payable services related to the Premises and telecommunications/data network/computer desktop/Internet support to the Premises and Licensee's employees working at or remotely from the office locations constituting the Premises, until such time as Licensee assumes responsibility for providing such services directly. Licensor makes no representations or warranties with respect to any services so provided, including, without limitation, the quality or adequacy of any services provided to Licensee under this License Agreement. To facilitate the calculation of the License Fee, Licensor shall deliver to Licensee (a) complete copies of each of Licensor's leases with respect to the Premises within three (3) days after the Effective Date, and (b) copies of each of the invoices from the applicable third parties for the portion of the License Fee payable pursuant to subclause (ii) above. Prior to the approval of this License Agreement by the United States Bankruptcy Court in the Licensor's pending Bankruptcy case, Licensor shall pay the License Fee weekly on each Friday, prorated for its actual days of occupancy based on the actual number of days in the applicable calendar

month (with the first such payment to be paid on or before August 10). Upon approval of this License Agreement by the United States Bankruptcy Court in the Licensor's pending Bankruptcy case, Licensee shall pay the remainder of the License Fee for the calendar month of August (or, if Bankruptcy Court approval is not obtained until September, then for the calendar month of September), 2007 in full. The License Fee shall be calculated based on a schedule provided by Licensor of landlords and other payees and amounts (setting forth the name, address and amount due for each landlord and other vendor for the month of August) to be paid solely with respect to the calendar month of August, 2007 with respect to the Premises (which payments shall be subject to reconciliation in subsequent months based upon landlord- and vendor-specific invoices). Thereafter, Licensee shall pay Licensor the License Fee on or before the date the applicable portion of the License Fee is due and payable in accordance with the terms of the applicable lease or other agreement with or invoice from the applicable third-party provider. The Licensor Services Component of the License Fee shall be paid by Licensee to Licensor on or before the ninth (9th) day of the applicable calendar month, provided, however, that until the Bankruptcy Court in the Licensor's Pending Bankruptcy case approves this License Agreement, the Licensor Services Component of the License Fee shall be prorated and paid concurrently with the License Fee. Licensee shall pay all of the License Fee to Licensor (at Licensor's address set forth below or at such other address as Licensor shall identify in writing to Licensee) and Licensor shall pay to the applicable landlord or other third party provider all amounts payable to such applicable landlord or third party provider. The License Fee for any partial month during the Term shall be prorated based on the actual number of days in the applicable calendar month that Licensee has the use of and access to the Premises to the extent Licensor is able to receive a pro-rated refund under any lease or third party vendor service (unless such termination is caused by Licensor, in which event Licensee shall be entitled to prorate regardless of whether Licensor is entitled to receive a prorated refund under the lease or third party vendor service). Prior to any payment by Licensee to Licensor pursuant to this License Agreement, Licensor shall deliver to Licensee a completed and signed Form W-9.

Notwithstanding anything to the contrary in this License Agreement, Licensee shall have no obligation to pay Licensor for any period of time that Licensee is denied physical access to the Premises or any portion thereof and, if Licensee is denied physical access to any portion of the Premises for any period longer than 24 hours, Licensee may, at its sole option, elect to terminate the license with respect to such portion of the Premises and, upon such termination, Licensee shall have no further obligation for any portion of the License Fee accruing after such termination and with respect to such portion of the Premises. In the event of such a termination, Licensor shall refund to Licensee any payments of the License Fee made by Licensee that are allocable to the period of time subsequent to such termination to the extent Licensor is able to receive a pro-rated refund under any lease or third party vendor service (unless such termination is caused by Licensor, in which event Licensee shall be entitled to the refund regardless of whether Licensor is entitled to receive a prorated refund under the lease or third party vendor service). Except for the License Fee payable pursuant to this paragraph, in no event shall Licensee be liable or obligated to Licensor or any other party, for any other amounts whatsoever for Licensor's grant of the license and the use of the Premises in accordance with the terms of this License Agreement.

The services provided to Licensee at the Premises shall include all utilities, including without limitation, electricity and heating, ventilation and air conditioning, and janitorial services. Such services will be provided in the same manner and to the extent that such services were provided to the Premises immediately prior to the Effective Date and Licensor makes no representation or warranty with respect to such services, including, without limitation, the quality or adequacy of such services.

Licensor shall allow Licensee access to the Internet via Licensor's telephone, cable modem, ISDN or DSL service and equipment within the Premises, whichever is available and selected by Licensee, provided that Licensor makes no representation and warranties with respect to the same and shall, in no event, be responsible for any loss or damages to Licensee arising out of such use. Licensee shall have the right to have mail delivered to Licensee at the Premises and to permit third-party courier services to deliver and retrieve packages at the Premises.

<u>CONDITION OF OFFICE SPACE</u>. Licensee shall accept the Premises in its "as-is" condition and "as-built" configuration existing on the Effective Date.

**PERMITTED USE.** Licensee shall use the Premises only for general office purposes and for purposes of conducting consumer retail lending services, including, without limitation, the origination, documentation, and administration of loans and mortgages. The foregoing permitted uses are collectively referred to in this License Agreement as the "Permitted Use".

**CARE, MAINTENANCE AND REPAIR.** Licensee shall, at its sole expense, keep the Premises in a clean, neat and orderly condition (ordinary wear and tear excepted), and in compliance with all applicable laws.

**INSURANCE.** During the Term, Licensee, at its sole expense, shall obtain and maintain policies of commercial general liability insurance, including personal injury, bodily injury, death and broad form property damage, in such limits as Licensee, with Licensor's consent (which consent shall not be unreasonably withheld) may determine are reasonably appropriate for the Premises and the operation of the Permitted Use. Licensee shall cause Licensor to be listed as an additional named insured on all policies of insurance obtained by Licensee with respect to the Premises and Licensee's use of the Premises.

**CONSUMER CONFIDENTIAL INFORMATION.** Licensor shall use its best effort to remove, before the Effective Date, any and all consumer confidential information at any of the Premises, including, without limitation, any and all customer loan profiles ("Consumer Confidential Information"). Licensee shall use its best efforts to package and deliver to the Licensor, at addresses to be provided to Licensee, any Consumer Confidential Information that Licensee discovers remaining at the Premises on or after the Effective Date.

**LICENSEE'S PROPERTY.** All of Licensee's equipment and supplies delivered to the Premises by Licensee, together with all other personal property owned by Licensee and located within the Premises after the Effective Date, shall remain the property of Licensee, shall not be subject to any lien or claim of ownership by Licensor and may be removed by Licensee from time to time during the Term or upon the termination of this License Agreement.

**NOTICES.** Notices between Licensor and Licensee shall be in writing, and shall be effectively served by personal delivery or Certified or Registered Mail as follows (in which case, the date of receipt or refusal shall be the date of notice):

To Licensee:

> IndyMac Bank, F.S.B.
> 888 East Walnut Street
> Pasadena, California 91101
> Attn: Corporate Real Estate

With a copy to:

> CB Richard Ellis, Inc.
> 355 South Grand Avenue
> Los Angeles, CA 90071
> Attn: Mark Sprague

To Licensor:

> American Home Mortgage
> 538 Broad Hollow Road
> Melville, NY 11747
> Attn: Mr. Kevin Nystrom

**INDEMNIFICATION BY LICENSEE.** Licensee shall indemnify, defend and hold Licensor harmless from any and all claims, losses, costs (including, without limitation, reasonable attorneys' fees and costs), damages and

OHS West:260282163.3                          3

liens (collectively, "Claims") which Licensor actually incurs as a direct result of Licensee's or its employees' or invitees' use of or damage to, the Premises or failure to vacate the Premises upon termination of this License Agreement. Such rights of indemnity shall exclude (a) any and all Claims resulting from or related to Licensor's gross negligence or willful misconduct, (b) any Claims or other liabilities resulting from any claims of breach or default by the landlords under Licensor's leases for the Premises unless the same are as a direct result of activities conducted by Licensee at the Premises that do not constitute a Permitted Use, and (c) normal wear and tear in connection with Licensee's use of the Premises in accordance with this License Agreement.

**INDEMNIFICATION BY LICENSOR.** Licensor shall indemnify, defend and hold Licensee harmless from any and all Claims which Licensee actually incurs as a direct result of Licensor's execution and delivery of this License Agreement, including any Claims resulting from Licensor's failure to pay any amounts due to landlord's or third-party service providers from amounts remitted to Licensor as part of the License Fee. Such rights of indemnity shall exclude (a) Claims of Licensor's landlords in connection with any use of the Premises by Licensee that is not a Permitted Use, and (b) all Claims resulting from or related to Licensee's gross negligence or willful misconduct.

**MISCELLANEOUS.** No waiver by either party of any breach hereunder shall be implied from any omission by that party to take any action on account of such breach if such breach persists or be repeated, and no express written waiver shall affect any breach other than the breach specified in the express written waiver and only to the extent therein stated. This License Agreement, along with Exhibit "A" attached hereto, constitutes the entire and exclusive agreement between Licensor and Licensee with respect to the use of the Premises by Licensee. This License Agreement may be altered, amended or modified only by an instrument in writing signed by both Licensor and Licensee. This License Assignment shall be governed by and construed in accordance with the laws of the State of California, without regard to its conflicts of law principles. This License Agreement may be executed in counterparts, all of which shall constitute the same License Agreement, notwithstanding that all parties are not signatory to the same or original counterpart. Licensor and Licensee each represent and warrant to the other that (a) subject to United States Bankruptcy Court approval, each party has the full right, power and lawful authority to enter into this License Agreement and to consummate the transactions contemplated herein, and (b) this License Agreement has been duly authorized by all necessary corporate action.

(Signature Page Follows Immediately)

The parties have executed this License Agreement as of the date first set forth above.

**LICENSEE:**
INDYMAC BANK, F.S.B., a federally chartered savings bank

By: _____

**LICENSOR:**

AMERICAN HOME MORTGAGE

By: _____

# EXHIBIT A

## DESCRIPTION OF THE LOCATIONS OF THE PREMISES

OHS West:260282163.3

Exhibit A

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Alameda CA 390 | Alameda | CA | 1512 Webster Street | 00330 |
| Albuquerque Uptown NM 2171 | Albuquerque | NM | 6900 Uptown Blvd. NB | 02171 |
| Anaheim CA 369 | Anaheim | CA | 2390 E. Orangewood | 00169 |
| Angels Camp CA 345 | Angels Camp | CA | 1239 S. Main St. | 00345 |
| Bellingham WA 2188 | Bellingham | WA | 1156 Iowa Street | 02488 |
| Big Sky 2885 | Big Sky | MT | 50 Meadow Village Suite 205 | #N/A |
| Bloomington MN 2039 | Bloomington | MN | 1600 West 82nd St | 02039 |
| Boise ID 2025 | Boise | ID | 8850 W Emerald | 02025 |
| Bozeman Main MT 2729 | Bozeman | MT | 2616 W. Main St. | 02729 |
| Campbell, Campbell CA 340 | Campbell | CA | 51 E. Campbell Avenue | 00340 |
| Central Lafayette LA 3331 | Lafayette | LA | 318 Guilbeau Road | 03331 |
| Cerritos CA 377 | Cerritos | CA | 17777 Center Court Drive | 00377 |
| Chandler AZ 01312 | Chandler | AZ | 25 S. Arizona Place | 01312 |
| Chaska MN 1313 | Chaska | MN | 1107 Hazeltine Blvd. Ste 500 | 01313 |
| Cheyenne WY 363 | Cheyenne | WA | 4515-F East Pershing | 00363 |
| Coeur d'Alene ID 2227 | Coeur D-Alene | ID | 1221 Ironwood Dr | 02227 |
| Concord Sutter Street CA 302 | Concord | CA | 1800 Sutter Street | 00302 |
| Del Rio Border FCU TX 2475 | Del Rio | TX | 600 R. Gibbs Street | 02475 |
| Eagle ID 2074 | Eagle | ID | 462-B. Shore Drive | 02074 |
| Edmonds | Edmonds | WA | 21920 76th. Ave. West, Ste 110 | #N/A |
| Elk Grove CA 3315 | Elk Grove | CA | 9255 E Stockton Blvd | 03315 |
| Flowermound TX 2163 | Flower Mound | TX | 3305 Long Prairie Road | 02163 |
| Glendale AZ 3321 | Glendale | AZ | 5859 W Thierd Blvd | 03321 |
| Grand Junction 1st CO 422 | Grand Junction | CO | 2478 Patterson Road | 00422 |
| Greenwood Village CO 2004 | Greenwood Village | CO | 8101 East Prentice Avenue | 02004 |
| Gresham OR 2057 | Gresham | OR | 320 North Main | 02057 |
| Helena MT 3334 | Helena | MT | 825 Great Northern Boulevard | 03334 |
| Henderson NV 351 | Henderson | NV | 2370 Corporate Circle | 00351 |
| Honolulu HI 02401 | Honolulu | HI | 727 Bishop Street | 02401 |
| Houston Kingwood TX 3333 | Houston | TX | 730 N. Post Oak | 03333 |
| Indian Wells CA 314 | Indian Wells | CA | 74-890 Highway 111 | 00314 |
| Iowa Area IA 2095 | West Des Moines | IA | 2829 Westown Parkway | 02095 |
| Kapaa HI 2422 | Kapaa | HI | 14-361 Koliko Highway | 02422 |
| Kapolei HI 2411 | Kapolei | HI | 1001 Kamokila Boulevard | 02411 |
| Kirkland WA 2170 | Kirkland | WA | 101 Parkplace | 02170 |
| La Jolla CA 311 | La Jolla | CA | 4275 Executive Square | 00311 |
| Lahaina HI 2942 | Lahaina | HI | 222 Papalaua Street | 02942 |
| Lakewood WA 2072 | Lakewood | WA | 5808 100th Street | 02072 |
| Las Vegas NV 353 | Las Vegas | NV | 777 North Rainbow Blvd. | 00353 |
| Layton UT 3330 | Layton | UT | 920 West Heritage Park Blvd | 03330 |
| Littleton CO 2005 | Littleton | CO | 9280 W Cross Drive | 02005 |
| Long Beach Kilroy CA 307 | Long Beach | CA | 3780 Kilroy Airport Way | 00307 |
| Maple Grove MN 1309 | Maple Grove | MN | 7767 Elm Creek Blvd. | 01309 |
| Missoula MT 2045 | Missoula | MT | 1802 Dearborn Avenue | 02045 |
| Modesto CA 361 | Modesto | CA | 1150 Ninth Street | 00361 |
| Monterey CA 356 | Monterey | CA | 639 Abrego Street | 00356 |
| Nampa ID 2075 | Nampa | ID | 724 12th Avenue South | 02075 |
| Peak Experience Mortgage | Colorado Springs | CO | 2630 Tenderfoot Hill Street | 02963 |
| Pomona CA 324 | Pomona | CA | 3191 Temple Avenue | 00324 |
| Portland OR 2058 | Portland | OR | 10220 SW Greenburg Road | 02058 |
| Portland OR 2231 | Portland | OR | 10220 SW Greenburg Rd | 02231 |
| Rancho Cucamonga CA 309 | Rancho Cucamonga | CA | 9680 Haven Ave. #350 | 00309 |

*ABV   SH*

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Riverside CA 310 | Riverside | CA | 3729 Adams Street | 01010 |
| Roseville CA 344 | Roseville | CA | 1508 Eureka Road | 00344 |
| Rowlett TX 3338 | Rowlett | TX | 4700 Rowlett Drive | 03338 |
| Sacramento CA 2402 | Sacramento | CA | 1610 Arden Way | 02402 |
| Salinas CA 1321 | Salinas | CA | 2 Salinas Street | 01321 |
| Salt Lake City UT 2144 | Salt Lake City | UT | 6415 South 3000 East | 02144 |
| Scottsdale 3 AZ 1310 | Scottsdale | AZ | 8700 East Vista Bonita | 01310 |
| Scottsdale Ventura 1 AZ 357 | Scottsdale | AZ | 8700 E. Via De Ventura | 00357 |
| Sherwood OR 2193 | Sherwood | OR | 20512 SW Rory Rogers Road | 02193 |
| Sioux Falls SD 343 | Sioux Falls | SD | 3409 West 47th Street | 00343 |
| Sonora CA 346 | Sonora | CA | 79 N. Washington Street | 00346 |
| Temecula CA 2409 | Temecula | CA | 27430 Ynez Road | 02409 |
| Tenderfoot CO 323 | Colorado Springs | CO | 2650 Tenderfoot Hill Street | 00323 |
| Torrance CA 313 | Torrance | CA | 2780 Skypark Drive | 00313 |
| Walnut Creek CA 338 | Walnut Creek | CA | 500 Ygnacio Valley Road | 00338 |
| West Linn OR 2201 | West Linn | OR | 1900 Blankenship Rd | 02201 |
| Yakima WA 2162 | Yakima | WA | 917 Triple Crown Way | 02162 |
| Yucca Valley CA 315 | Yucca Valley | CA | 56551 29 Palms Highway | 00315 |
| Total | 70 | | | |

*JBV SH*