## PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On September 6, 2007, I served the document(s) described **NOTICE OF OBJECTIONS AND OBJECTIONS OF LESSOR TPRF/THC HAVENPARK, LLC TO PROPOSED CURE AMOUNT; DECLARATIONS OF LISA HOOD AND DIANE C. STANFIELD** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

**Electronically served on:**
James L. Patton Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street 17th Floor
Wilmington, DE 19899-0391

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☒ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS ☐ UPS   ☐ Overnight Delivery [specify name of service:  ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☒ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE:   I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒ [Federal]     I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2007, at Los Angeles, California.

*Rosa Nelly Villaneda*
Rosa Nelly Villaneda

1045906.1