IN RE: AMERICAN HOME MORTGAGE HOLDINGS, INC.

CASE NO. 07-11047 (CSS)

SERVICE LIST

Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

James L. Patton Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Jeffrey M. Levine, Esq.
Milestone Advisor, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Curtis Hehn, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
919 N. Market Street, 17th Floor
Wilmington, DE 19899

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105