IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

ORDER FOR ADMISSION PRO HAC VICE OF
NANCY K. TORDAI

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Nancy K. Tordai is granted.

Date: 9-6-07

United States Bankruptcy Judge