IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
       Debtors.                                                  :   **Ref. Docket Nos. 203 & 282**
---------------------------------------------------------------- x

## NOTICE OF *EXTENDED* BID DEADLINE AND *RESCHEDULED* AUCTION

**PLEASE TAKE NOTICE** that on August 17, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors"),[1] filed the Emergency Motion of the Debtors for Entry of Orders (A)(I) Authorizing Debtors to Enter Into and Perform Under Auction Procedures Agreement; (II) Approving Sale Procedures In Connection With the Sale of Certain Assets of Non-Debtors Broadhollow Funding, LLC And Melville Funding, LLC; (III) Approving the Form of Notice of Auction; and (IV) Approving the Sale to the Successful Bidder (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on August 22, 2007, the Bankruptcy Court entered an order (the "Sale Procedures Order") granting the Motion and (i) authorizing the Debtors to enter into and perform under that certain Agreement, dated August 16, 2007 (the "Auction Procedures Agreement"), by and between Broadhollow Funding, LLC, ("Broadhollow"), a non-Debtor affiliate of the Debtors, Melville Funding, LLC ("Melville"), a non-Debtor affiliate of the Debtors, AHM Corp., AHM Investment, AHM Servicing, and the swap providers listed on Schedules IA and IB thereto (collectively, the "Swap Providers"); (ii) approving the sale procedures with respect to the proposed sale (the "Sale") of the Assets (the "Sale Procedures"); (iii) approving the form of this notice of auction (the "Auction") for the Assets; and (iv) approving the Sale to the Successful Bidder. A copy of the Sale Procedures Order and the Notice of Auction was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that, in consultation with and by agreement of the Official Committee of Unsecured Creditors, the Debtors have extended the deadline for parties to submit Bids in accordance with the Sale Procedures to **September 25, 2007 at 12:00 Noon (prevailing Eastern Time)** (the "Extended Bid Deadline"). The Debtors have additionally extended the due diligence period for the Sale to **September 24, 2007**.

**PLEASE TAKE FURTHER NOTICE** that each Qualified Bidder[2] must deliver copies of its Bid so that they are **actually** received by no later than the Extended Bid Deadline to the parties and addresses identified in the Sale Procedures. *Bids also may be submitted by email to Broadhollow@americanhm.com on or prior to the Extended Bid Deadline.*

**PLEASE TAKE FURTHER NOTICE** that the Auction has been rescheduled for **September 26, 2007 at 8:30 a.m. (prevailing Eastern Time)** at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19899. Only parties that have submitted a Qualified Bid (as defined in the Bid Procedures attached to the Sale Procedures Order) by no later than

---

[1]  The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2]  Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Sale Procedures.

**September 25, 2007 at 12:00 Noon (Eastern Time)** may participate in the Auction. Any party that wishes to take part in this process and submit a bid for the Assets must submit a Qualified Bid prior to Extended Bid Deadline and in accordance with the Sale Procedures.

**PLEASE TAKE FURTHER NOTICE** that, if the Subordinated Noteholder Representative exercises the Subordinated Noteholder Representative Overbid with respect to the Broadhollow Non-Performing Loans and/or the Melville Non-Performing Loans, and the Servicer does not complete the final calculation of the amount payable by the Swap Counterparty with respect to such Mortgage Loans prior to the closing of the sale on **September 27, 2007**, then the Subordinated Noteholder Representative shall timely close such sale as scheduled with 100% of the Successful Bid paid in cash and 5% of the Successful Bid placed in escrow pending completion of the calculation of the amount payable with respect by the Swap Counterparty with respect to such Mortgage Loans (it being understood that all rights of the Swap Counterparties in the Facility Agreements to dispute the calculations by the Servicer are preserved).

**PLEASE TAKE FURTHER NOTICE** that the closing of the Sale with the Successful Bidder shall occur at **10:00 a.m. (ET) on September 27, 2007**. In the event that the Successful Bidder does not close before **2:00 p.m. (ET) on September 27, 2007**, the Sellers shall close with the Second Best Bidder at **10:00 a.m. (ET) on September 28, 2007**.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Extended Bid Deadline and Rescheduled Auction is subject to the fuller terms and conditions of the Motion, the Sale Procedures Order and the Sale Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Purchase Agreements, the Sale Procedures and/or the Sale Procedures Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the on the website of the Debtors' notice and claims agent, Epiq Systems - Bankruptcy Solutions LLC, at http://www.epiqbankruptcysolutions.com, the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
September 7, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession