IN THE UNITED STATES BANKRUPTCY COURT
FORTHE DISTRICT OF DELAWARE

In re:  Chapter 11

AMERICAN HOME MORTGAGE  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware
corporation, et. al.  Jointly Administered

       Debtors.
_____/

## CONDITIONAL CONSENT TO:
### SECOND MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT

     Craven-Shaffer-North Bay Village, a leaseholder (hereafter "Landlord"), by and through its undersigned counsel, hereby consents to the Debtors' Second Motion for an Order, Pursuant to Sections 105,365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion"), subject to the following:

     1.    It is not clear from the Motion that all of the abandoned furniture, fixtures and equipment ("FF&E") are not subject to outside third party leases and/or financing arrangements. The Landlord needs to be able to dispose of the FF&E without the prospect of any residual liability to third party leaseholders, vendors, or financing companies. All outside third party leases need to be rejected and the Landlord needs to be able to sell or dispose of FF&E in the ordinary course without concern that any of the property may be subject to a lien. To the extent that any third party leaseholders, vendors, or financing companies seek to hold the Landlord

liable for disposing of FF&E, the Debtors need to indemnify the Landlord on an administrative basis.

2. The Debtors need to reject and/or terminate all outstanding utilities associated with this lease.

3. The Debtors need to confirm that they will be liable for any and all outstanding utility bills as of the rejection date.

Respectfully submitted,

**Geoffrey S Aaronson P.A.**

s/Geoffrey S Aaronson
Geoffrey S Aaronson
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
Tel 786.594.3000
Fax 305.675.3880
gaaronson@aaronsonpa.com

*Attorney for Craven-Shaffer-North Bay Village*

2

GEOFFREY S AARONSON P.A. | BANK OF AMERICA TOWER | 100 SE 2ND STREET, 27TH FLOOR | MIAMI, FLORIDA 33131 | TEL 786.594.3000 | FAX 305.675.3880