IN THE UNITED STATES BANKRUPTCY COURT
FORTHE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et. al. | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. _____ / | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Undersigned counsel hereby files its appearance on behalf of Craven-Shaffer-North Bay Village, a leaseholder, and, in accordance with Fed.R.Bankr.P. 2002, requests that all parties and interested parties serve copies of any and all motions, pleadings, reports and/or documents of any kind or nature filed in these proceedings, upon the undersigned.

In addition, it is respectfully requested, that pursuant to Fed.R.Bankr.P. 2002(g), the following be added to the Court's Mailing Matrix:

Geoffrey S Aaronson, Esq.
Geoffrey S Aaronson P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.675.3880
gaaronson@aaronsonpa.com

Respectfully submitted,

**Geoffrey S Aaronson P.A.**

s/Geoffrey S Aaronson
Geoffrey S Aaronson
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
Tel 786.594.3000
Fax 305.675.3880
gaaronson@aaronsonpa.com

*Attorney for Craven-Shaffer-North Bay Village*