IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | CASE NO. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Ref. Docket Nos. 135 & 137 |
| | ) | |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Donna L. Harris, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Diane C. Stanfield and Dean G. Rallis Jr. of the law firm Weston Benshoof Rochefort Rubalcava & MacCuish, LLP, 300 S. Hope Street, Sixteenth Floor, Los Angeles, California 90071 to represent TPRF/THC HavenPark, LLC. The Admittee Diane C. Stanfield is admitted, practicing and in good standing of the bars of all courts of the State of California, the United States District Court for the Central District of California, and the United States Court of Appeal for the Ninth Circuit. The Admittee Dean G. Rallis is admitted, practicing and in good standing of the bars of all the courts of the State of California, the United States District Court for the Central, Northern, Eastern and Southern Districts of California, the United States Court of Appeal for the Ninth Circuit and the United States Supreme Court.

Donna L. Harris (Del. Bar No.3740)
Pinckney Harris & Poppiti, LLC
1000 N. West Street, Suite 1200
Wilmington, De 19801
T: (302) 295-5065

Motion Granted.

Dated: 9/10/07

BY THE COURT:

Christoper S. Sontchi
United State Bankruptcy Judge

DOCKET NO  640
DATE  9-7-07

1045903.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the bars of all courts of the State of California, the United States District Court for the Central District of California, and the United States Court of Appeal for the Ninth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Court for the United States District for the District of Delaware.

*/s/ Diane C. Stanfield*
Diane C. Stanfield (CA Bar No. 106366)
Weston Benshoof Rochefort Rubalcava
  & MacCuish, LLP
333 S. Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Tele: (213) 576-1000
Fax: (213) 576-1100

1045903.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the bars of all the courts of the State of California, the United States District Court for the Central, Northern, Eastern and Southern Districts of California, the United States Court of Appeal for the Ninth Circuit and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Court for the United States District for the District of Delaware.

/s/ Dean G. Rallis Jr.

Dean G. Rallis Jr. (CA Bar No. 94266)
Weston Benshoof Rochefort Rubalcava
   & MacCuish, LLP
333 S. Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Tele: (213) 576-1000
Fax: (213) 576-1100

1045903.1