# EXHIBIT A

-14956 v1-LALANKFO

WILLIB-14956.1-LALANKFO 9/4/07 1:48 PM

| Customer # | Contract # | Make/Model | Serial # | Location | City | State |
|---|---|---|---|---|---|---|
| 342847 | 05247 | Ricoh AF2045E | K2945401657 | 27364 Jefferson Ave Suite B | Temecula | CA |
| | 1532389 | Ricoh AF2018D | J9246701055 | 613 Baltimore Drive | Wilkes Barre | PA |
| | 1532621 | Ricoh AF2018D | J9246701586 | 417 Grand Park Drive Suite 106 | Parkersburg | WV |
| | 1532628 | Ricoh AF2022 S/P/ | J8345601826 | 520 Broadhollow Rd | Melville | NY |
| | 1532638 | Ricoh AF2045E | K2945600866 | 6303 75th Street | Kenosha | WI |
| | 548460 | Ricoh 650 | A7909520304 | 1390 Willow Pass Rd Suite 300 | Concord | CA |
| | | Ricoh 650 | A7909520310 | 15635 Alton Pkwy | Irvine | CA |
| | | Ricoh 650 | A7909520255 | 3530 Long Beach Blvd | Long Beach | CA |
| | | Ricoh 650 | A7909520306 | 9227 Haven Ave Suite 370 | Racho Cucamonga | CA |
| | | Ricoh 350 | A7699921913 | 1390 Willow Pass Rd Suite 300 | Concord | CA |
| | | Ricoh 350 | A7699921897 | 8202 Florence Ave Suite 203 | Downey | CA |
| | | Ricoh 350 | A7699921898 | 240-A W Crest St | Escondido | CA |
| | | Ricoh 650 | A7908500094 | 6800 Indiana Ave | Riverside | CA |
| | | Ricoh 450 | A7708840767 | 6800 Indiana Ave | Riverside | CA |
| | | Ricoh 450 | A7709841081 | 6800 Indiana Ave | Riverside | CA |
| | | Canon GP200 | NJP03707 | 6800 Indiana Ave | Riverside | CA |
| | | RI Fax3500L | 8740800883 | 6800 Indiana Ave | Riverside | CA |
| | | RI Fax3500L | 8741200694 | 6800 Indiana Ave | Riverside | CA |
| | | RI Fax3500L | 8750500054 | 6800 Indiana Ave | Riverside | CA |
| | 548460A | RI AF850 | H3600300427 | 701 N. Green Valley Pkwy | Henderson | NV |
| | 548460C | RI AF850 | H3600700461 | 520 Broadhollow Rd | Melville | NY |
| | | CA IR330S | NQJ39929 | 738 1/2 N Euclid Ave | Ontario | CA |
| | 548460H | RI AF850 | H3610100133 | 3400 Central Ave Suite 330 | Riverside | CA |
| | 548460I | RI AF1085 | H3610600392 | 520 Broadhollow Rd | Melville | NY |
| | | RI AF1085 | H3610600391 | | | |
| | 548460J | RI AF1085 | H3610900187 | | | |
| | | RI AF1085 | H3610900176 | 889 Grant Ave | Lake Katine | NY |
| | | RI AF1085 | H3610900219 | | | |
| | 548460M | RI AF1105 | H3720100108 | 520 Broadhollow Rd | Melville | NY |
| | | CA IR330N | NSF01326 | 111 Pacifica Suite 305 | Irvine | CA |
| | 548460N | RI Fax3900L | A2828900184 | | | |
| | 548460O | RI AF1085 | H3620200068 | 520 Broadhollow Rd | Melville | NY |
| | | RI AF1105 | H3711100137 | 3739 Adams St Suite 210 | Riverside | CA |
| | 549460Q | RI AF1075 | J4325900446 | 2100 Garen Rd | Monterey | CA |
| 512657 | 100661290 | RI AF1013F | H9238501239 | 9101 Midlothian Tpke Suite 800 | Richmond | VA |
| | 1276979 | CA LC710 Fax | UZS17405 | 316 W Boone Ave Suite 577 | Spokane | WA |
| | 1649937 | CA IR5000 | MPL56424 | 10220 SW Greenburg Rd | Portland | OR |
| | 69004A | CA IR5000 | MPL77496 | 2025 Edison Rd Suite A | South Bend | IN |
| 1032698 | 62371 | RI AF1035 | H0726702621 | 5509 B. West Friendly Ave Suite 205 | Greensboro | NC |
| 1125843 | 89269 | RI FAX5510L | A3720700067 | 3001 Butterfield Rd | Oak Brook | IL |
| | | RI FAX5510L | A3720700013 | 3001 Butterfield Rd | Oak Brook | IL |
| 1230063 | DL007A | CA LC710 Fax | KAG67309 | 300 Bedford St Fl 3 | Manchester | NH |
| | | CA LC710 Fax | KAG67350 | 300 Bedford St Fl 3 | Manchester | NH |
| | | CA LC710 Fax | KAG67306 | 300 Bedford St Fl 3 | Manchester | NH |
| | 239093 | CA IR5000 | MPL80693 | 300 Bedford St Fl 3 | Manchester | NH |
| | | CA IR5000 | MPL80698 | 300 Bedford St Fl 3 | Manchester | NH |
| | | RI 3310LE | A3558901814 | 300 Bedford St Fl 3 | Manchester | NH |
| | 244289 | CA LC710 Fax | KAG28619 | 300 Bedford St Fl 3 | Manchester | NH |
| | | CA LC710 Fax | KAG28625 | 300 Bedford St Fl 3 | Manchester | NH |