IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 10th day of September 2007, a true and correct copy of the *Objection Of GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services To Notices Of Sale Of Assets And Notices Of Release* was served upon the addressees listed on the attached service list in the manner indicated.

                                      By:    /s/ Kimberly E. C. Lawson
                                                      Kimberly E. C. Lawson (No. 3966)

## SERVICE LIST

**Via Hand Delivery**
James L. Patton, Jr.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
(Counsel for Debtors)

**Via First Class Mail**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
(Debtor)

**Via First Class Mail**
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee of Unsecured Creditors)

**Via Hand Delivery**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

**Via Hand Delivery**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee of Unsecured Creditors)

**Via First Class Mail**
Scott D. Talmadge, Esq.
Margo B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)