**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, : | | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/04/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 09/17/07 at 12:00 p.m. |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT AND SALE OF ASSETS (D.I. 474)**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Debtors' Notice of Proposed Assumption and Assignment and Sale of Assets (the "Notice") (Docket Index No. 474) and respectfully says:

**INTRODUCTION**

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On August 29, 2007 the Debtors filed a Notice of Proposed Assumption and Assignment and Sale of Assets (the "Notice") (Docket Index No. 474).

3. Counsel did not receive electronic notice of this filing (as well as Docket Nos. 460-476) and was not made aware of its filing until after the objection deadline had passed and a hard copy was received via first class mail. Upon inquiry, Geoff Gray of the Automation Systems Department of the U. S. Bankruptcy Court of Delaware advised that the Court's outgoing mail server was down for a period on August 29th.

## BACKGROUND
(Lease Account No. 004-2118224-000)

4. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

5. On June 24, 2007, Debtor American Home Mortgage Corporation entered into an Equipment Lease Agreement with Ricoh Customer Finance Corp. for the lease of three (3) Ricoh 2045e copiers, serial nos. K2945300409, K2945300405, and K2945300403 for a term of 36 months. A copy of the Equipment Lease Agreement, account number 004-2118224-000, is attached hereto as Exhibit A.

6. The foregoing Equipment Lease Agreement was assigned to Banc of America Leasing & Capital, LLC and is the subject of Debtors' Notices of Proposed Assumption and Assignment (D.I. No. 474).

7. Pursuant to the foregoing Agreement, and in accordance with its interest as an equipment lessee, Debtor obligated itself to timely make the requisite lease payments and to otherwise meet its obligations thereunder. Those obligations include, inter alia, the obligation to assume and pay all applicable property, sales and/or use taxes affecting the leased equipment.

8. As of the Petition Date, the term of the lease had expired.

9. Paragraph 2 of the Lease provide that if the lessor is not in default at the end of the term of the Lease, upon 30 days prior written notice, lessor may purchase all of the leased equipment as is for its fair market value as determined by lessor. If the purchase option is not exercised, lessee is to return the equipment at its cost. If the lessee fails to return the equipment, the lease will continue for the same terms on a monthly basis.

### Summary of Objection

10. The lease that is the subject of this Notice has termed out and lessor is not in a position to assign it. It must either exercise the purchase option or return the equipment to lessor.

11. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order denying approval of Debtor's Notice of Assumption and Assignment as to Lease Account No. 004-2118224-000.

Dated: Wilmington, Delaware
September 10, 2007          */s/ John R. Weaver Jr.*
                            _____
                            John R. Weaver, Jr. (No. 911)
                            FARR, BURKE, GAMBACORTA & WRIGHT
                            A Professional Corporation
                            831 North Tatnall Street, Suite 200
                            Wilmington, Delaware 19801
                            (302) 428-1077
                            Attorneys for Banc of America Leasing & Capital, LLC