**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/04/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 09/17/07 at 12:00 p.m. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of September, 2007, she caused true copies of the Limited Objection of Banc of America Leasing & Capital, LLC to the Debtor's Notice of Proposed Assumption and Assignment and Sale of Assets (the "Notices") (Docket Index No. 474) to be mailed to the persons or parties identified below by first class mail, true copies:

Young Conaway Stargatt & Taylor LLP
Attn: James L. Patton, Jr., Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Counsel for Debtors in Possession

*/s/ Susan Kenney*

Dated: September 10, 2007     _____
                              SUSAN KENNEY