**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/10/07 at 4:00 p.m. |
| | : | Hearing Date: 09/17/07 at 12:00 p.m. |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO NOTICES OF SALE OF ASSETS (D.I. 558 & 562)**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Debtors' Notices of Sale of Assets (the "Notices") (Docket Index Nos. 558 and 562) and respectfully says:

**INTRODUCTION**

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On September 4, 2007 the Debtor filed Notices of Sale of Assets (the "Notices") (Docket Index Nos. 558 and 562).

**BACKGROUND**
(*Lease Account Nos. 008-1705709-000, 008-1705708-000, and 008-1716613-000*)

3. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

4. The Notice of Sale of Assets (D.I. No. 558) filed by Debtor seeks the Court's approval of the sale of all equipment located at 7142 Columbia-Gateway Drive,

Columbia, Maryland 21046 without identifying in detail the exact equipment that debtor seeks to sell.

5. Banc of America Leasing & Capital, LLC's records indicate that it and the Debtor entered into three equipment leases (Account Nos. 008-1705709-000, 008-1705708-000, and 008-1716613-000) for equipment located at the Columbia, Maryland location that is the subject of Debtor's Notice of Sale of Assets (D.I. No. 558).

6. At the time this Objection was filed, Banc of America Leasing & Capital, LLC was undertaking retrieval of copies of these leases.

(*Lease Account No. 004-2207563-000*)

7. The Notice of Sale of Assets (D.I. No. 562) filed by Debtor seeks the Court's approval of the sale of all equipment located at 116 Defense Way, Annapolis, Maryland 21401 without identifying in detail the exact equipment that debtor seeks to sell.

8. On January 5, 2006, Debtor American Home Mortgage Corporation entered into an Equipment Lease Agreement with Ricoh Customer Finance Corp. for a copier. A copy of the Equipment Lease Agreement, account number 004-2207563-000, is attached hereto as Exhibit A.

9. The foregoing Equipment Lease Agreement was assigned to Banc of America Leasing & Capital, LLC.

10. Banc of America Leasing & Capital, LLC's records, as well as the Agreement, indicate that the equipment was to be located at the Annapolis, Maryland location that is the subject of Debtor's Notice of Sale of Assets (D.I. No. 562).

**Summary of Objection**

11. The leases required that the Debtor maintain the equipment at the locations listed on the leases.

12. Banc of America Leasing & Capital, LLC's records do not reflect that it received any notice that the leased equipment was removed from the locations stated on the leases.

2

13. The Debtors' Notices of Sale of Assets do not describe with particularity the equipment that is subject to sale and whether any of the equipment owned by Banc of America Leasing & Capital, LLC is subject to the sale.

14. Banc of America Leasing & Capital, LLC is the owner of the leased equipment and does not consent to the sale of any of the leased equipment.

15. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order denying Debtors' Notices of Sale as to the leased equipment owned by Banc of America Leasing & Capital, LLC.

Dated: Wilmington, Delaware
September 10, 2007                    */s/ John R. Weaver Jr.*

　　　　　　　　　　　　　　　　　　　　　　John R. Weaver, Jr. (No. 911)
　　　　　　　　　　　　　　　　　　　　　　FARR, BURKE, GAMBACORTA & WRIGHT
　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　831 North Tatnall Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 428-1077
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Banc of America Leasing & Capital, LLC