# EXHIBIT A

Leasing Company (Lessor):
**Ricoh Customer Finance Corp.**

# Plain Language Equipment Lease

ORIGINAL

### DESCRIPTION OF LEASED EQUIPMENT (Include quantity, make, model, serial no. and all attachments.) (Attach separate Schedule "A" if necessary.)

| Quantity | Serial Number | Make/Model No. | Description |
|---|---|---|---|
| 1 | | RICOH 3045SPF | ARDF, PFU |

### LEASING CUSTOMER (Lessee): (Complete Legal Name. If a corporation, use EXACT registered corporate name.)

Company Name: AMERICAN HOME MORTGAGE
Federal Tax I.D. #: 36-3510314
Telephone No.: (847) 394-5300
Billing Address: 950 N. ELMHURST RD. MT. PROSPECT, IL 60056
County: COOK
Equipment Location (If other than Billing Address): 116 DEFENSE HWY SUITE #301 ANNAPOLIS, MD 21401
County:

### SCHEDULE OF RENTAL PAYMENTS

| TERM OF LEASE | TOTAL NUMBER OF PERIODIC PAYMENTS | AMOUNT OF EACH PERIODIC PAYMENT (Plus Applicable Taxes) | | BILLING PERIOD |
|---|---|---|---|---|
| 36 (IN MONTHS) | | $ 287.64 | ☒ FMV ☐ $1.00 BUYOUT | ☒ Monthly ☐ Quarterly ☐ Other |

## TERMS AND CONDITIONS

**1. LEASE CHARGES.** You (the leasing customer, or lessee) agree to lease from us (the above leasing company) the above Equipment for the periodic payment amount and for the full term stated above. We may charge you a partial payment for the time between the delivery date and the due date for the first payment. Lease Payments are due whether or not invoiced. If any payment is late, we may charge you, as reasonable collection costs, a late fee of $25.00 or 10% of the payment that is late, whichever is greater, but in no event more than the maximum amount permitted under the laws of the jurisdiction where the Equipment is located.

**2. END OF TERM OPTIONS.** If you are not in default at the end of the term of the Lease and upon 30 days prior written notice to us, you may purchase all of the Equipment AS IS, for its fair market value as determined by us or for $1.00 if this option has been extended to you as noted above (the "Purchase Option"). You agree to return the Equipment to us at your cost at the end of the Lease unless you exercise the Purchase Option. If you don't return the Equipment, this Lease will continue for the same terms on a monthly basis.

**3. OTHER IMPORTANT TERMS.** THIS LEASE CANNOT BE CANCELED BY YOU FOR ANY REASON, INCLUDING EQUIPMENT FAILURE, LOSS OR DAMAGE. YOU MAY NOT REVOKE ACCEPTANCE OF THE EQUIPMENT. YOU, NOT WE, SELECTED THE EQUIPMENT AND THE VENDOR. WE ARE NOT RESPONSIBLE FOR EQUIPMENT FAILURE OR THE VENDOR'S ACTS. YOU ARE LEASING THE EQUIPMENT "AS IS", AND WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED INCLUDING SPECIFICALLY, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. WE ARE NOT RESPONSIBLE FOR SERVICE REPAIRS. Any warranties the vendor gave to us, if any, we hereby assign (pass) to you. You may contact the vendor for a statement of such warranties, if any. You certify to us that the Equipment will be used by you solely for business purposes and not for personal or household purposes.

**4. TITLE.** We will have title to the Equipment during this Lease. The parties hereby intend this to be a "finance lease" under Article 2A of the Uniform Commercial Code (the "UCC"). However, if this Lease is determined not to be a "finance lease," you hereby grant us a security interest in the Equipment. TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE ALL RIGHTS AND REMEDIES CONFERRED UPON A LESSEE BY ARTICLE 2A OF THE UCC.

**5. LOSS; DAMAGE; INSURANCE.** You are responsible for and accept the risk of loss or damage to the Equipment. You agree to keep the Equipment insured against all risks of loss in an amount at least equal to the replacement cost, and you will list us as loss payee. You shall give us written proof of all insurance. If you do not give us such proof, we may (but will not be obligated to) obtain other insurance and charge you a fee for it.

The cost of such insurance may be more than the cost of insurance you may be able to obtain on your own and we may make a profit on such insurance.

**6. TAXES AND OTHER FEES; INDEMNIFICATION.** You agree to reimburse us for all taxes (such as sales, use and property taxes) and charges in connection with the ownership and use of the Equipment. Unless and until you have exercised your Purchase Option at the end of the Lease, you agree that we are entitled to any and all tax benefits (such as depreciation and tax credits), and you will not do anything inconsistent with this understanding. If you do, you will indemnify (reimburse) us for our resulting losses. You also agree to indemnify us for all losses and liabilities arising out of the ownership or your use of the Equipment. These promises will continue after this lease ends.

**7. DEFAULT.** If you fail to remit to us any payment within ten days of its due date or you breach any other obligation under this Lease, we will have the right to do one or more of the following: (i) sue you for all past due payments; (ii) sue you for THE PRESENT VALUE OF ALL PAYMENTS TO BECOME DUE IN THE FUTURE as liquidated damages and not as a penalty, plus the residual value we have placed on the Equipment and other charges you owe us; and (iii) repossess the Equipment. All amounts due us and to become due hereunder shall be due immediately upon the commencement of any proceeding for reorganization or liquidation of your debts under federal or state law. We may also exercise any other remedy available at law or equity. You will also pay for our reasonable collection and legal costs. EXCEPT AS OTHERWISE PROVIDED IN PARAGRAPH 1, THIS LEASE IS GOVERNED BY NEW JERSEY LAW, AND YOU AGREE TO BE SUBJECT TO SUIT IN NEW JERSEY. YOU CONSENT TO PERSONAL JURISDICTION IN THE NEW JERSEY COURTS AND WAIVE ANY TRIAL BY JURY.

**8. ASSIGNMENT.** You agree that you may not assign (transfer) this lease or sublease the Equipment to anyone else or remove the Equipment from the location listed above. YOU AGREE THAT WE MAY SELL OR ASSIGN ANY OF OUR INTERESTS TO A NEW OWNER OR A SECURED PARTY ("THIRD PERSON") WITHOUT NOTICE TO YOU. In that event, the Third Person will have such rights as we assign to them but none of our obligations (we will keep those obligations), and the rights of the Third Person will not be subject to any claims, defenses or set-offs that you may have against us or another person.

**9. MISCELLANEOUS.** All financial information you have provided is true and a reasonable representation of your financial condition. You authorize us or our agent to (a) obtain credit reports and make credit inquiries, and (b) release information we have about you and this Lease to third parties. For your convenience, we may accept a facsimile copy of this Lease with facsimile signatures. You agree a facsimile copy will be treated as an original and will be admissible as evidence of this Lease.

---

AUTHORIZED SIGNATURE: X /s/ Anderson    Date: 1-5-06
Print Name and Title: MARYANN ANDERSON    OPS MGR

### PERSONAL GUARANTY

I/WE (EACH A "GUARANTOR") JOINTLY AND INDIVIDUALLY, PERSONALLY, ABSOLUTELY AND UNCONDITIONALLY GUARANTY ALL PAYMENTS AND OTHER OBLIGATIONS OWED TO THE LEASING COMPANY UNDER THIS LEASE AND THIS GUARANTY. I/WE AGREE THAT THE LEASING COMPANY MAY PROCEED DIRECTLY AGAINST ME/US WITHOUT FIRST PROCEEDING AGAINST THE LEASING CUSTOMER OR THE EQUIPMENT. I/WE CONSENT TO PERSONAL JURISDICTION IN THE NEW JERSEY COURTS AND WAIVE ANY TRIAL BY JURY. EACH GUARANTOR HEREBY WAIVES NOTICE OF ACCEPTANCE OF THIS GUARANTY, LESSEE'S DEFAULT, A NOTICE OF DEMAND, PROTEST AND ALL OTHER NOTICES TO WHICH LESSEE OR GUARANTOR MAY BE ENTITLED AND EACH GUARANTOR WAIVES NOTICE OF AND CONSENTS TO ANY MODIFICATIONS OR AMENDMENTS TO THIS LEASE.

SIGNATURE (INDIVIDUALLY; NO TITLES): X    Date:
GUARANTOR #1 Name and Home Address (Please Print):

SIGNATURE (INDIVIDUALLY; NO TITLES): X    Date:
GUARANTOR #2 Name and Home Address (Please Print):

### DELIVERY AND ACCEPTANCE CERTIFICATION

THE LESSEE HEREBY CERTIFIES THAT ALL EQUIPMENT REFERRED TO ABOVE HAS BEEN DELIVERED, IS FULLY INSTALLED AND IT IS IN GOOD OPERATING ORDER AND LESSEE UNCONDITIONALLY ACCEPTS THE EQUIPMENT.

DATE OF DELIVERY:    AUTHORIZED SIGNATURE: /s/ Anderson    TITLE: OPS MGR

### ACCEPTED BY RICOH CUSTOMER FINANCE CORP. (Lessor)

By: /s/    Title: VP Admin    Date: Jan 20, 06    Lease #: 2207563