**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/10/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 09/17/07 at 12:00 p.m. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of September, 2007, she caused true copies of the Limited Objection of Banc of America Leasing & Capital, LLC to the Debtor's Notices of Sale of Assets (the "Notices") (Docket Index No. 558 & 562) to be mailed to the persons or parties identified below by first class mail, true copies:

Young Conaway Stargatt & Taylor LLP
Attn: James L. Patton, Jr., Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Counsel for Debtors in Possession

Dated: September 10, 2007

*/s/ Susan Kenney*
_____
SUSAN KENNEY