**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, : | | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/10/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 09/17/07 at 12:00 p.m. |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO SECOND MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES AND EQUIPMENT (D.I. 510) AND SUPPLEMENT TO MOTION (D.I. 518)**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Second Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 510) and Supplement to Exhibit A to Second Motion (Docket Index No. 518) and respectfully says:

**INTRODUCTION**

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On August 30, 2007 the Debtors filed its Second Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 510).

3. On August 31, 2007, the Debtors filed a Notice of Filing of Supplement to Exhibit A to Second Motion to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (Docket Index No. 518).

## BACKGROUND

4. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

5. Attached hereto as Exhibit A is a spreadsheet summarizing the lease accounts with Debtor by location.

6. In its Rejection Motion, the Debtor seeks to reject certain unexpired nonresidential real property leases identified on Exhibit A to the Motion and reject all of the Debtors' unexpired equipment leases, other than those equipment leases relating to the property at locations specifically identified on Exhibit B to the Motion.

### Summary of Objection

7. The Rejection Motion does not describe with particularity the equipment that is subject to the rejection and, in particular, the equipment owned by Banc of America Leasing & Capital, LLC that is subject to the rejection nor does it describe with specificity the equipment being exempted from the rejection.

8. Banc of America Leasing & Capital, LLC's records indicate the last known location of the equipment; however, it is concerned that some of the leased equipment may have been relocated without its knowledge. Debtors' rejection of equipment by location rather than a more specific description does not take into account the possibility that the equipment's actual location may differ from that contained on the leases and Banc of America Leasing & Capital, LLC's records.

9. Banc of America Leasing & Capital, LLC requests that the Debtors provide it with a more detailed description of the leased equipment being rejected and abandoned as well as that being exempted from the rejection.

10. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order denying the relief requested in the Rejection Motion as to the leased equipment owned by Banc of America Leasing & Capital, LLC. and requiring the Debtors to provide specific information as to the Banc of America Leasing & Capital, LLC lease agreements that it seeks to reject.

Dated: Wilmington, Delaware
      September 10, 2007      */s/ John R. Weaver Jr.*
                                                  _____
                                                  John R. Weaver, Jr. (No. 911)
                                                  FARR, BURKE, GAMBACORTA & WRIGHT
                                                  A Professional Corporation
                                                  831 North Tatnall Street, Suite 200
                                                  Wilmington, Delaware 19801
                                                  (302) 428-1077
                                                  Attorneys for Banc of America Leasing & Capital, LLC