# EXHIBIT A

| CONTRACT NO. | EQUIP ADDRESS | EQUIP ADDRESS | EQUIP CITY | ST | ZIP |
|---|---|---|---|---|---|
| 004-2244070-000 | 1400 W BENSON | SUITE 315 | ANCHORAGE | AK | 99503 |
| 004-2200306-000 | 1929 HOOVER CT | | HOOVER | AL | 35226 |
| 004-2222298-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2222300-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2190847-000 | 8700 E VISTA BONITA | | SCOTTSDALE | AZ | 85255 |
| 004-2182425-000 | 2390 E ORANGEWOOD AVE | | ANAHEIM | CA | 92806 |
| 004-2182424-000 | 51 E CAMPBELL AVE STE 170 | STE 105 | CAMPBELL | CA | 95008 |
| 004-2186236-000 | 1777 CENTER COURT DR STE 125 | | CERRITOS | CA | 90703 |
| 004-2188190-000 | 1390 WILLOW PASS RD | | CONCORD | CA | 94520 |
| 004-2190844-000 | 1250 CORONIA POINTE | STE 530 | CORONA | CA | 92879 |
| 004-2182428-000 | 111 PACIFICA DR STE 305 | STE 300 | IRVINE | CA | 92618 |
| 004-2186931-000 | 300 E STATE ST 240 | | REDLANDS | CA | 92373 |
| 004-2182424-000 | 2944 HILLTOP RD | | RICHMOND | CA | 94806 |
| 004-2188189-000 | 2 SALINAS ST | | SALINAS | CA | 93915 |
| 004-2192938-000 | 79 N. WASHINGTON STREET | | SONORA | CA | 95370 |
| 004-2182427-000 | 1307 FRANKLIN RD | | YUBA CITY | CA | 95991 |
| 004-2222295-000 | 3033 S. PARKER ROAD | Suite 450 cost center # 3300 | AURORA | CO | 80015 |
| 004-2190843-000 | 5975 GREENWOOD PLAZA BLVD 106 | | GREENWOOD VILLAGE | CO | 80111 |
| 004-2163498-000 | 8177 W GLADES RD | | BOCA RATON | FL | 33434 |
| 004-2201975-000 | 27499 RIVERVIEW CENTER BLVD | STORE 25 1ST FL | BONITA SPRINGS | FL | 34134 |
| 404-2162830-000 | 1201 N UNIVERSITY DR | | CORAL SPRINGS | FL | 33071 |
| 004-2207407-000 | 1625 S CONGRESS 2ND FLOOR | SUITE 1275 | DELRAY BEACH | FL | 33445 |
| 404-2152044-000 | 1625 S CONGRESS | | DELRAY BEACH | FL | 33445 |
| 004-2193197-000 | 1112 NW 76TH BLVD STE 9A | 1ST FLOOR | GAINESVILLE | FL | 32606 |
| 004-2214534-000 | 1209 MAIN ST STE 106 | | JUPITER | FL | 33458 |
| 004-2195350-000 | 24430 STATE RD 54 | | LUTZ | FL | 33559 |
| 004-2177981-000 | 1060 MAITLAND CENTER COMMONS | STE 230 | MAITLAND | FL | 32751 |
| 004-2171738-000 | 127 51 S DIXIE HWY | | MIAMI | FL | 33156 |
| 004-2189131-000 | 7575 DR PHILLIPS BLVD | STE 365 | ORLANDO | FL | 32819 |
| 404-2155227-000 | 330 W 23RD ST STE F | | PANAMA CITY | FL | 32405 |
| 404-2150708-000 | 801 S UNIVERSITY DR | STE A139 | PLANTATION | FL | 33324 |
| 004-2146715-000 | 303 SE 17TH STREET | SUITE 302 | SAINT AUGUSTINE | FL | 32084 |
| 004-2191436-000 | 4150 MARINIER BLVD | | SPRING HILL | FL | 34609 |
| 004-2191110-000 | 1560 SAWGRASS CORP PKWY | 4TH FLOOR | SUNRISE | FL | 33323 |
| 004-2213429-000 | | | | | |

| | | | | |
|---|---|---|---|---|
| 004-2188929-000 | 2805 W BUSCH BLVD | | TAMPA | FL | 33618 |
| 004-2202523-000 | 1701 A1A SUITE 304 | | VERO BEACH | FL | 32963 |
| 004-2228640-000 | 10600 FOREST HILLS BLVD | | WELLINGTON | FL | 33414 |
| 004-2186349-000 | 480 N ORLANDO AVE STE 232 | | WINTER PARK | FL | 32789 |
| 004-2186716-000 | 2100 RIVEREDGE PKWY STE 1200 | STE 102 | ATLANTA | GA | 30328 |
| 004-2185754-000 | 2100 RIVEREDGE PARKWAY STE 120 | | ATLANTA | GA | 30328 |
| 004-2147025-000 | 57 EXECUTIVE PARK SOUTH | STE 160 | ATLANTA | GA | 30329 |
| 004-2194305-000 | 1529 B PIEDMONT AVE | | ATLANTA | GA | 30324 |
| 004-2185753-000 | 285 ELM ST STE 301 | STE 190 | CUMMING | GA | 30040 |
| 004-2185751-000 | 3175 SATELLITE BLVD | | DULUTH | GA | 30096 |
| 004-2195121-000 | 500 COLONIAL CENTER PARKWAY | BLDG 600 STE 100 | ROSWELL | GA | 30076 |
| 004-2200790-000 | 100 CRESCENT CENTRE PARKWAY | | TUCKER | GA | 30084 |
| 004-2144182-000 | 2403 HARNISH DRIVE | | ALGONQUIN | IL | 60102 |
| 004-2192962-000 | 1704 S NEIL STREET | STE 930 | CHAMPAIGN | IL | 61820 |
| 004-2133888-000 | 939 N WORTH AVE | SUITE 105 | CHICAGO | IL | 60610 |
| 004-2161992-000 | 112 S YORK ROAD | | ELMHURST | IL | 60126 |
| 404-2161992-000 | 112 S YORK ROAD | | ELMHURST | IL | 60126 |
| 004-2128328-000 | 915 W 178TH ST STE #3W | | HOMEWOOD | IL | 60430 |
| 004-2128328-000 | 1717 N NAPER BLVD STE 102 | | HOMEWOOD | IL | 60563 |
| 004-2128328-000 | 950 N ELMHURST RD | | HOMEWOOD | IL | 60148 |
| 004-2128328-000 | 246 JANATA STE 220 | | HOMEWOOD | IL | 60148 |
| 004-2222296-000 | 765 ELA ROAD | SUITE 100 | LAKE ZURICH | IL | 60047 |
| 004-2218912-000 | 246 E JANATA BLVD SUITE 220 | | LOMBARD | IL | 60148 |
| 404-2153923-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196165-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196386-000 | 950 NORTH ELMHURST ROAD | SUITE 305 | MOUNT PROSPECT | IL | 60056 |
| 004-2196383-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196166-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2210904-000 | 950 N ELMHURST RD | | MOUNT PROSPECT | IL | 60056 |
| 004-2118224-000 | CONTRACT ADJUSTMENT | | MOUNT PROSPECT | IL | 60056 |
| 004-2118224-000 | 246 JANATA BLVD STE 200 | | MOUNT PROSPECT | IL | 60148 |
| 004-2118224-000 | 915 W 175TH ST STE 300 | | MOUNT PROSPECT | IL | 60430 |
| 004-2196167-000 | 950 NORTH ELMHURST ROAD | SUITE 305 | MOUNT PROSPECT | IL | 60056 |
| 004-2184747-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196385-000 | 1245 E DIEHL ROAD | | NAPERVILLE | IL | 60563 |
| 004-2186092-000 | 1245 E DIEHL RD STE 305 | SUITE 305 | NAPERVILLE | IL | 60563 |
| 004-2196694-000 | 1245 E DIEHL ROAD | | NAPERVILLE | IL | 60563 |

| Account | Address | Suite/Additional | City | State | Zip |
|---|---|---|---|---|---|
| 004-2201905-000 | 6417 W 127TH STREET | | PALOS HEIGHTS | IL | 60463 |
| 004-2204952-000 | 23003 W LINCOLN HWY | | PLAINFIELD | IL | 60544 |
| 004-2287340-000 | 5215 OLD ORCHARD RD STE 410 | | SKOKIE | IL | 60077 |
| 004-2144181-000 | 11348 METCALF | STE C | OVERLAND PARK | KS | 66213 |
| 004-2175312-000 | 12980 METCALF SUITE 150 | | OVERLAND PARK | KS | 66213 |
| 004-2200802-000 | 800 EAST HIGH ST STE A | | LEXINGTON | KY | 40502 |
| 404-2150705-000 | 4010 DUPONT CIRCLE STE 700 | | LOUISVILLE | KY | 40207 |
| 004-2227002-000 | 810 CM FAGAN DR STE B | | HAMMOND | LA | 70403 |
| 004-2129045-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2215299-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2181247-000 | 67 Hynt Street, Suite 113 | | AGAWAM | MA | 1001 |
| 404-2150704-000 | 153 LOVELLS LANE | | MARSTONS MILLS | MA | 2648 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2186250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2207563-000 | 116 DEFENSE HWY | | ANNAPOLIS | MD | 21401 |
| 404-2155226-000 | 3 BETHESDA METRO CENTER | STE 301 | BETHESDA | MD | 20814 |
| 004-2172014-000 | COST CENTR #515 | Cost Center # 2570 | GAITHERSBURG | MD | 20877 |
| 004-2213266-000 | 10451 MILL RUN CIRCLE | | OWINGS MILLS | MD | 21117 |
| 004-2186348-000 | ONE CANAL PLAZA 7TH FL | | PORTLAND | ME | 4101 |
| 004-2207080-000 | 3526 W LIBERTY STE 200 | | ANN ARBOR | MI | 48103 |
| 004-2220543-000 | 33481 W 14 MILE RD | | FARMINGTON HILLS | MI | 48331 |
| 004-2211338-000 | 1600 W 182ND ST | STE 110 | BLOOMINGTON | MN | 55431 |
| 004-2191812-000 | 107 HAZEL TINE BLVD STE 500 | | CHASKA | MN | 55318 |
| 004-2190824-000 | 3001 HENNEPIN AVENUE | | MINNEAPOLIS | MN | 55408 |
| 004-2220781-000 | 4740 WHITE BEAR PKWY STE 103 | | WHITE BEAR LAKE | MN | 55110 |
| 004-2281359-000 | 125 FLOYD SMITH DRIVE STE 190 | | CHARLOTTE | NC | 28262 |
| 004-2235457-000 | 6230 FAIRVIEW RD | SUITE 100 | CHARLOTTE | NC | 28210 |
| 404-2154251-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 004-2177982-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 404-2154485-000 | 4700 HOMEWOOD | | RALEIGH | NC | 27609 |
| 002-2188114-000 | 1 MILL RIDGE LANE | | CHESTER | NJ | 7930 |
| 004-2200621-000 | 2-12 CORBETT WAY | SUITE 203 | EATONTOWN | NJ | 7724 |
| 404-2150707-000 | 2 EXECUTIVE DRIVE | 2ND FLOOR | FORT LEE | NJ | 7024 |
| 004-2196937-000 | TWO GREENTREE CENTER | SUITE 850 | MARLTON | NJ | 8053 |
| 004-2162622-000 | 2900 FIRE RD SUITE 202B | | PLEASANTVILLE | NJ | 8234 |
| 004-2188206-000 | LINCOLN PLAZA | 9000 LINCOLN DR STE 122 | RAMSEY | NJ | 7446 |
| 004-2219478-000 | ONE HARMON PLAZA | 875 RTE 17 SOUTH 6TH FL | SECAUCUS | NJ | 7094 |

| | | | | |
|---|---|---|---|---|
| 004-2143516-000 | 60 BLUE HERON ROAD | | SPARTA | NJ | 7871 |
| 004-2196698-000 | 5250 S VIRGINIA AVE | SUITE 345 | RENO | NV | 89502 |
| 404-2162506-000 | | 65 BROADWAY | KINGSTON | NY | 12401 |
| 004-2147412-000 | COST CENTER 115 | | BLUE ASH | OH | 45242 |
| 004-2187662-000 | 4460 CARVER WOODS DR | | JENKS | OK | 74037 |
| 404-2210127-000 | 300 RIVERWALK TERRACE 260 | | BEND | OR | 97702 |
| 004-2190228-000 | 300 SW COLUMBIA ST | STE 103 | EXTON | PA | 19341 |
| 004-2146938-000 | 314 EXTON COMMONS | | EXTON | PA | 19341 |
| 004-2204575-000 | 415 EAGLEVIEW BLVD | | HORSHAM | PA | 19044 |
| 004-2181280-000 | 300 WELSH RD BLVD 4 | SUITE 150 | LANCASTER | PA | 17603 |
| 004-2147416-000 | 3047 COLUMBIA AVE | | MONROEVILLE | PA | 15146 |
| 004-2211365-000 | 4100 WILLIAM PENN HWY | | NORRISTOWN | PA | 19401 |
| 004-2211364-000 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 |
| 404-2150698-000 | 2 W LAFAYETTE ST | STE 325 | PITTSBURGH | PA | 15205 |
| 004-2148758-000 | 6516 STUEBENVILLE | | PITTSBURGH | PA | 15220 |
| 004-2146934-000 | FOSTER PLAZA BLDG 4 | 1ST FL | RADNOR | PA | 19087 |
| 004-2139117-000 | 259 RAPNOR CHESTER RD | | WEXFORD | PA | 15090 |
| 004-2146937-000 | PINE TREE SHOPPES | 12025 PERRY HIGHWAY | CRANSTON | RI | 2920 |
| 004-2213905-000 | 121 PHENIX AVE | | CHARLESTON | SC | 29407 |
| 004-2141358-000 | 1954 ASHLY RIVER RD STE P | | COLUMBIA | SC | 29204 |
| 004-2205184-000 | 3321 FOREST DR | | MYRTLE BEACH | SC | 29577 |
| 404-2153448-000 | 1293 PROFESSIONAL DR | STE 4 | SPARTANBURG | SC | 29306 |
| 004-2185348-000 | 129 E MAIN ST SUITE C | SUITE C | KNOXVILLE | TN | 37922 |
| 004-2182426-000 | 118 MABRY HOOD RD STE 400 | | AMARILLO | TX | 79109 |
| 004-2243477-000 | 3418 OLSEN BLVD G | | IRVING | TX | 75063 |
| 004-2243477-000 | 4600 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2234477-000 | 4650 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2216547-000 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 |
| 404-2157447-000 | 4600 REGENT BLVD 2ND FL | | IRVING | TX | 75063 |
| 004-2216546-000 | 4600 REGENT BLVD STE 200 | | MCKINNEY | TX | 75071 |
| 004-2198882-000 | 6220 VIRGINIA PKWY | | ALEXANDRIA | VA | 22314 |
| 004-2178638-000 | 700 S WASHINGTON ST STE 220 | | CENTREVILLE | VA | 20121 |
| 004-2177598-000 | 13890 BRADDOCK RD STE 304A | | CHANTILLY | VA | 20151 |
| 004-2196421-000 | 5160 PARSTONE DR STE 190A | | DULLES INTERNATIONAL A | VA | 20166 |
| 404-2148752-000 | 21351 RIDGETOP CIRCLE STE 300 | | DUMFRIES | VA | 22026 |
| 004-2181013-000 | 17300 RIVER BLVD #201 | | HARDY | VA | 24101 |
| 004-2184248-000 | 55 WESTLAKE RD SPACE 112 | | RESTON | VA | 20191 |
| 004-2172554-000 | 12355 SUNRISE VALLEY DR | SUITE 230 | | | |

| Account | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2195787-000 | 556 GARRISONVILLE RD STE 110A | | STAFFORD | VA | 22554 |
| 008-1670424-000 | 3101 EMMORTON RD | | ABINGDON | MD | 21009 |
| 008-1705709-000 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 |
| 008-1705708-000 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 |
| 008-1716613-000 | 7142 COLUMBIA GATEWAY DRIVE | | COLUMBIA | MD | 21046 |
| 008-1670964-000 | 5565 STERRETT PLACE | SUITE 225 | COLUMBIA | MD | 21044 |
| 008-1705707-000 | 1801 MCCORMICK DRIVE | SUITE 126 | LARGO | MD | 20774 |
| 008-1688263-000 | 3825 LEONARDTOWN ROAD | | WALDORF | MD | 20602 |
| 008-1707614-000 | 3825 LEONARD TOWN RD 5 | SUITE 130 C.C. #2694 | WALDORF | MD | 20602 |
| 008-1655272-000 | 3000 ATRIUM WAY #108 | | MOUNT LAUREL | NJ | 8054 |
| 008-1665976-000 | 3000 ATRIUM WAY | | MOUNT LAUREL | NJ | 8054 |
| 008-1671554-000 | 34 S. BROAD STREET | | WOODBURY | NJ | 8096 |
| 008-1671554-001 | 34 SOUTH BROAD ST | | WOODBURY | NJ | 8096 |
| 008-1707610-000 | 1954 ASHLEY RIVER RD SUITE P | | CHARLESTON | SC | 29407 |
| 008-1651270-000 | 109 LAURENS RD | | GREENVILLE | SC | 29607 |
| 008-1707612-000 | 944 GLENWOOD STATION LANE | SUITE 108 | CHARLOTTESVILLE | VA | 22901 |
| 008-1602713-000 | 860 GREENBRIER CIRCLE | | CHESAPEAKE | VA | 23320 |
| 008-1716616-000 | 2303 N AUGUSTA ST SUITE E | | STAUNTON | VA | 24401 |
| 025-0172545-006 | 7910 WOODMONT AVE | STE 1310 | BETHESDA | MD | 20817 |
| 200-5008031-000 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 200-5008031-001 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 600-9009444-000 | 111 PACIFICA DRIVE #305 | | IRVINE | CA | 92618 |
| 600-9009442-000 | 4275 EXECUTIVE #700 | | LA JOLLA | CA | 92037 |
| 002-1695669-000 | 5401 North Oracle Road | | TUCSON | AZ | 85704 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2268403-001 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2282598-000 | 6245 E BROADWAY STE 350 | | TUCSON | AZ | 85711 |
| 002-2204743-000 | 5151 N ORACLE | | TUCSON | AZ | 85704 |