## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, : | | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/10/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 09/17/07 at 12:00 p.m. |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of September, 2007, she caused true copies of the Limited Objection of Banc of America Leasing & Capital, LLC to the Second Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (Docket Index No. 510) and Supplement to Exhibit A to Second Motion (Docket Index No. 518) to be mailed to the persons or parties identified below by first class mail, true copies:

Young Conaway Stargatt & Taylor LLP
Attn: James L. Patton, Jr., Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Counsel for Debtors in Possession

*/s/ Susan Kenney*

Dated: September 10, 2007    _____
SUSAN KENNEY