## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on this 10th day of September, 2007, I caused a true and correct copy of the **Objection of Inland US Management, LLC to Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment** to be served upon the persons identified on the attached service list in the manner as indicated thereon.

_____
Christina M. Thompson (No. 3976)

---

**BY TELEFAX AND HAND DELIVERY**
James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
Kara Hammond, Esq.
Kenneth J. Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

#563147