# EXHIBIT B

| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0304009ı | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
|---|---|---|---|---|---|---|---|
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0304012: | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0304003: | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTH34690 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTH34668 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XH313059 | 1060 MAITLAND CENTER CMNS | MAITLAND | FL | 32751 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34544 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34546 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34545 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312818 | 11201 SE 8TH STREET | BELLEVUE | WA | 98004 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0309002، | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0309002: | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0309002: | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0309006: | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XH313048 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XI313204 | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0309002، | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0309002: | 1180 IRON POINT ROAD | FOLSOM | CA | 95630 |
| 24521762 | TOSHIBA · AMERICAI TOSHIB | DP125F | S0308002ı | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308003، | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308001، | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA · AMERICAI TOSHIB | ES650 | WG31509، | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308003، | 1500 W SHAW AVENUE | FRESNO | CA | 93711 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308002ı | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308003، | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP85F | S0308005ı | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP85F | S0308023، | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP85F | S0308005، | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312814 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312795 | 17744 SKY PARK CIRCLE | IRVINE | CA | 92614 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308004، | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308003، | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308004، | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34546 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312784 | 4004 KRUSE WAY | LAKE OSWEGO | OR | 97035 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XH313066 | 420 COMMERCE COURT | LISLE | IL | 60532 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0304009ı | 420 COMMERCE COURT | LISLE | IL | 60532 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0303401، | 420 COMMERCE COURT | LISLE | IL | 60532 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTH34693 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTH34668 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTH34689 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XH313089 | 480 N SAM HOUSTON PKWY E | HOUSTON | TX | 77060 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312768 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP85F | S0308005، | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP85F | S0308005، | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP85F | S0308016، | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312769 | 5010 SHOREHAM PL | SAN DIEGO | CA | 92122 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34544 | 5505 SOUTH 900 EAST | SALT LAKE CITY | UT | 84117 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34544 | 5505 SOUTH 900 EAST | SALT LAKE CITY | UT | 84117 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312797 | 5505 SOUTH 900 EAST | SALT LAKE CITY | UT | 84117 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0304016: | 6455 S YOSEMITE STREET | GREENWOOD VI | CO | 80111 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0304016، | 6455 S YOSEMITE STREET | GREENWOOD VI | CO | 80111 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XH313055 | 6455 S YOSEMITE STREET | GREENWOOD VI | CO | 80111 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES35 | CUG36966 | 6480 SPRING MOUNTAIN ROAD | LAS VEGAS | NV | 89146 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312822 | 6480 SPRING MOUNTAIN ROAD | LAS VEGAS | NV | 89146 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34545 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34545 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34545 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34546 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312765 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34544 | 7310 N 16TH STREET | PHOENIX | AZ | 85020 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34546 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34542 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34545 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XF312489 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XG312776 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES810 | XF312476 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | ES45 | CTG34546 | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0303003، | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308003، | 75 ROWLAND WAY | NOVATO | CA | 94945 |
| 24521762 | TOSHIBA ، AMERICAI TOSHIB | DP125F | S0308003: | 75 ROWLAND WAY | NOVATO | CA | 94945 |