**EXHIBIT D**

| | | | | | | |
|---|---|---|---|---|---|---|
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5837100880 | 1180 IRON POINT RD | FOLSOM | CA | 95630 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5837001409 | 1180 IRON POINT RD | FOLSOM | CA | 95630 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5836802658 | 1180 IRON POINT RD | FOLSOM | CA | 95630 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5837001274 | 1180 IRON POINT RD | FOLSOM | CA | 95630 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5836802643 | 4004 KRUSE WAY PLACE | LAKE OSWEGO | OR | 97035 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5836802680 | 4004 KRUSE WAY PLACE | LAKE OSWEGO | OR | 97035 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5836901484 | 4004 KRUSE WAY PLACE | LAKE OSWEGO | OR | 97035 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5837101444 | 5151 BELTLINE RD | DALLAS | TX | 75254 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5836402746 | 5151 BELTLINE RD | DALLAS | TX | 75254 |
| 24538618 10 RICOH AMERICA: RICOH | 2035 J5837101486 | 5151 BELTLINE RD | DALLAS | TX | 75254 |

