**EXHIBIT E**

24538618

## ATLANTIC tomorrowsoffice.com
*A Program of De Lage Landen Financial Services*

12-22-03 POS: 2 **Lease Agreement**

**LESSEE**
- Full Legal Name: American Home Mortgage
- Billing Address: 520 Broad Hollow Road, Melville, NY 11747
- Equipment Location: Same
- Phone Number: _____
- Purchase Order Requisition Number: _____
- Send Invoices to America Inc: _____

**EQUIPMENT**
| Equipment Make | Model Number | Serial Number | Quantity | Description |
|---|---|---|---|---|
| Ricoh | Aficio 2035 | | 10 | Fax options |

**PAYMENT CALCULATION**
- Number of Lease Payments: 39
- Lease Payment: $1,320.00
- Term of Lease in Months: 39
- Payment Frequency: Monthly
- End of Lease Option: FMV

### TERMS AND CONDITIONS

[Standard lease terms and conditions paragraphs 1-9 covering Lease, Title, Equipment Use/Maintenance/Warranties, Assignment, Risk of Loss and Insurance, Taxes, End of Lease, Default and Remedies, and Miscellaneous provisions]

**LESSEE SIGNATURE**
- Signed: [signature]  Date: 12/19/03
- Title: Facilities Manager
- Print Name: Rob Albanese
- Legal Name of Corporation: American Home Mortgage

**LESSOR**
De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 733-3273 * FAX: (800) 778-2323
- Lease Commencement Date: 1-28-04
- Lease Number: 2453 8618
- Accepted by: [signature]

**ACCEPTANCE**
The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.
- Signed: [signature]  Date: 12/19/03
- Rob Albanese, Facilities Mgr.