# EXHIBIT F

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE RICOH | 5510L | A375590004 | 1060 MAITLAND CTR COMMONS | LONGWOOD | FL | 32750 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVG529668 | 115 RIVER ROAD #1025 | EDGEWATER | NJ | 7020 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVG528985 | 2411 N OAK STREET | MYRTLE BEACH | SC | 29577 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE RICOH | 3310 | J0355301712 | 45 BRAINTREE HILL PARK | BRAINTREE | MA | 21B48723 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE RICOH | 2022 | A3558602043 | 45 BRAINTREE HILL PARK | BRAINTREE | MA | 21B48723 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVB524699 | 4TH FL THOMAS MCCAMBRIDGE 520 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVB524852 | 520 BROADHOLLOW RD | MELVILLE | NY | 1.17E+08 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E850 | CTG510845 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E850 | CYG510834 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E850 | CYF510577 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E850 | CYF510574 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE OKI | 5680 | AE51050998A0 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE RICOH | 2238 | K0341200056 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE OKI | 5680 | AE51050999A0 | 538 BROAD HOLLOW RD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVF528348 | 600 JEFFERSON ST | ROCKVILLE | MD | 20852 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVG529564 | 700 VETERANS MEMORIAL HWY STE 100 | HAUPPAUGE | NY | 11788 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E350 | CPC538776 | 7100 COMMERCE WAY | BRENTWOOD | TN | 37027 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVF528604 | 7365 MERCHANT COURT | SARASOTA | FL | 34240 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVB524660 | CORRESPONDENT DIVISION 538 BROAD HOLLOW ROAD | MELVILLE | NY | 11747 |
| 24663648 | 20 COPIERS & FAXES | AMERICAN HOME MORTGAGE TOSHIB | E450 | CVF528353 | GOVERNMENT INSURING 520 BROAD HOLLOW RD | MELVILLE | NY | 11747 |