**EXHIBIT H**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP9000 | L5570100390 | 400 SKOKIE BLVD STE 110 | | NORTHBROOK IL 60062 |
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | M2875000241 | 400 SKOKIE BLVD STE 110 | | NORTHBROOK IL 60062 |
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | M2875000264 | STE 250 | 1375 E WOODFIELD RD | SCHAUMBURG IL 60173 |
| 24815937 | 4 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | MP4500SP | M2875000244 | STE 250 | 1375 E WOODFIELD RD | SCHAUMBURG IL 60173 |