# EXHIBIT A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24586331 | TOSHIBA COPIER | AMERICAN HOME MORTGAGE | TOSHIB | E810 | | SXH415162 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24586367 | TOSHIBA FAX | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | | S03120065 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 2.1E+08 |
| 24604829 | TOSHIBA FAX | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | | S04080013 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24612401 | HASLER MAIL MACHII | AMERICAN HOME MORTGAGE | ASCOM | CUSTOM | | 2 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24620859 | TOSHIBA COPIER | AMERICAN HOME MORTGAGE | TOSHIB | DP125F | | 4090017 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24789548 | 2 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | | 2060 | L8165400068 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24789548 | 2 RICOH COPIERS | AMERICAN HOME MORTGAGE | RICOH | | 2060 | L8165500219 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24790345 | RICOH COPIER | AMERICAN HOME MORTGAGE | RICOH | | 9000 | L5560700152 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |
| 24540463 | RICOH FAX | AMERICAN HOME MORTGAGE | RICOH | 4410L | | A4539600376 | 7142 COLUMBIA GATEWAY DR | COLUMBIA | MD | 21046 |