# EXHIBIT B

**ATLANTIC** tomorrowsoffice.com
A Program of De Lage Landen Financial Services

Lease Agreement
09-27-04 F12:54 RCVD
24586331

**LESSEE**
- Full Legal Name: American Home Mortgage
- Billing Address: 520 Broad Hollow Rd, Melville, NY 11747
- Equipment Location: Columbia, MD

**EQUIPMENT**
| Equipment Make | Model Number | Serial Number | Quantity | Description |
|---|---|---|---|---|
| Toshiba | Studio 810 | | 1 | Copying System |

**PAYMENT**
- Number of Lease Payments: 39
- Lease Payment: $499.25
- Term of Lease in Months: 39
- Payment Frequency: Monthly
- End of Lease Option: FMV

## TERMS AND CONDITIONS

1. **Lease:** You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease")...

2. **Title:** Unless you have a $1.00 purchase option, we will have title to the Equipment...

3. **Equipment Use, Maintenance and Warranties:** We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE...

4. **Assignment:** You agree...

5. **Risk of Loss and Insurance:** You are responsible for all risks of loss or damage to the Equipment...

6. **Taxes:** You agree to pay when due, either directly or as reimbursement to us, all taxes...

7. **End of Lease:** You will give us at least 60 days but not more than 120 days written notice...

8. **Default and Remedies:** You are in default on this Lease if a) you fail to pay a Lease payment or any other amount when due; or b) you breach any other obligation under the Lease...

9. **Miscellaneous:** You agree this Lease is a Finance Lease as defined in Article 2A of the Uniform Commercial Code ("UCC")... This Lease was made in Pennsylvania ("PA"); is to be performed in PA and shall be governed and construed in accordance with the laws of PA...

**LESSOR:** De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 735-3273 • FAX: (800) 778-2329
Commencement Date: 10/1/04
Lease Number: 24586331