# EXHIBIT E

Case 07-11047-CSS   Doc 666-5   Filed 09/10/07   Page 2 of 2

Received 02/08/2005 03:31PM in 01:36 on line [12] for DATA_ENTRY * Pg 3/3
FEB-08-2005 TUE 02:28 PM HASLER MILWAUKEE          FAX.NO. 4144561889          P. 03

# de lage landen

**2461 2401**
Lease Agreement

De Lage Landen Financial Services

**LESSEE**
- Full Legal Name: AMERICAN HOME MORTGAGE
- Phone Number: 516 620 1091
- Billing Address: 520 BROADHOLLOW RD., MELVILLE, NY 11747
- Purchase Order Registration Number:
- Equipment Location (if same as above): 7142 COLUMBIA GATEWAY DR., COLUMBIA, MD 21046
- County:
- Send Invoice to Attention of:

**EQUIPMENT INFORMATION**

| Equipment Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A if Necessary) |
|---|---|---|---|---|
| HASLER | WJ2205YSM | | 1 | HIGH-VOLUME MAILING SYSTEM |
| HASLER | | | | |
| HASLER | | | | |
| HASLER | | | | |

**PAYMENT INFORMATION**

| Number of Lease Payments | Lease Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Lease Payment | Term of Lease in Months | Payment Frequency: ☒ Monthly ☐ Quarterly ☐ Other | End of Lease Option ☒ FMV ☐ 10% ☐ $1 ☐ Other |
|---|---|---|---|---|---|---|---|---|
| 63 | 669 | | | | | 63 | | |

End of Lease Purchase Option shall be FMV unless another option is selected.

Security Deposit (PLUS) First Period Payment (PLUS) Other (EQUALS) Total Payment Enclosed

## TERMS AND CONDITIONS

[Terms and conditions paragraphs 1-9, illegible small print]

**LESSEE SIGNATURE**
Signature: [signed]   Date: 11/23/04
Title: DIR FACILITIES
Print Name: BOB ALBANESE
Legal Name of Corporation: AMERICAN HOME MORTGAGE

**LESSOR**
De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 736-3273 • FAX: (800) 778-2329
Lease Commencement Date: 2-14-05
Lease Number: 2461 2401
Accepted By: [signed]

**GUARANTY**
[guaranty paragraph]
Signature: _____   Date: _____
Print Name: _____

**ACCEPTANCE**
The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.
Signature: [signed]   Date: 11/23/04
Print Name: BOB ALBANESE   Title: _____

©2003 DLL All Rights Reserved. Printed in the U.S.A.