# EXHIBIT I

Received 02/02/2004 09:47AM in 01:20 on line [22] for DATA_ENTRY * Pg 3/3
02/02/2004  10:51                                                              NO.517  D03
                                                                    2454 0463

# ATLANTIC tomorrowsoffice.com
A Program of De Lage Landen Financial Services

01-30-04P04:59 RCVD

**Lease Agreement**

[Form fields — Lessee name, billing address, equipment location, equipment description (Ricoh 4410L), number of lease payments: 39, lease payment: $104.00, term of lease: 39 months, payment frequency: Monthly, end of lease option: FMV — handwritten]

## TERMS AND CONDITIONS

[Body of lease terms and conditions — illegible small print covering sections 1 through 9: Lease, Title, Equipment Use/Maintenance/Warranties, Assignment, Risk of Loss and Insurance, Taxes, End of Lease, Default and Remedies, Miscellaneous.]

De Lage Landen Financial Services, Inc.
Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
PHONE: (800) 735-0275 · FAX: (800) 778-1229

Lease Commencement Date: 2-5-04    Lease Number: 2454 0463