IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

Chapter 11 Case

Case No. 07-11047 (CSS)

Debtors.

-------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 10th day of September, 2007, I served one copy of the *De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Equipment Sale as Stated Within the Debtors' Notice and Any Sale of De Lage Landen Financial Services, Inc.'s Equipment,* upon the parties listed below by facsimile:

Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801