# EXHIBIT A



**JONES LANG LASALLE.**

90 Park Avenue
90 Park Ave.
New York NY 10016

**TENANT BILLING STATEMENT**

| | |
|---|---|
| Statement Number : | 00925210 |
| Statement Date : | 09/01/07 |
| Property ID # : | 3845000000 |
| Tenant ID # : 00279069 | Lease # : 04390536 |

**REMIT PAYMENTS TO:**
Sterling Winthrop, Inc.
c/o Jones Lang LaSalle
P.O.Box 30153
New York NY 10087-0153

Direct all billing inquiries to   (412) 234-3990

**BILLING ADDRESS:**
American Home Mortgage Corp.
Attn: Vice President, Corp. R/E
538 Broadhollow Road
Melville NY 11747

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---:|
| Previous Balance | $ | 85,077.65 |
| Payments Received | | 26,766.69- |
| Other Non-cash Credits | | 0.00 |
| Current Charges | | 73,525.56 |
| **New Balance** | $ | **131,836.52** |
| Amount Remitted | | |
| Last Check Received | | 324658 |
| Deposit Date | | 07/30/07 |
| Deposit Amount | | 26,766.69- |

**TO ENSURE PROPER CREDIT, PLEASE RETURN UPPER PORTION WITH YOUR REMITTANCE**

Outstanding Charges for:  American Home Mortgage Corp.          Date: 09/01/07     Tenant #   00279069

| Invoice Date | Invoice Number | Description | Amount Billed | Partial Payments Rec'd to Date | Amount Due |
|---|---|---|---:|---:|---:|
| 05/29/07 | 257247 000 | ck 308480 ppd june charges | 6,828.99- | 6,608.31 | 220.68- |
| 08/01/07 | 1737783 001 | inv 19162 | 28.81 | | 28.81 |
| 08/01/07 | 1737783 002 | inv 19212 | 7.55 | | 7.55 |
| 08/01/07 | 1737783 003 | inv 374845 | 216.75 | | 216.75 |
| 08/01/07 | 1737783 004 | elec 3/29-4/27 | 4,745.19 | | 4,745.19 |
| 08/01/07 | 1737863 001 | Ofc-Base Rent | 53,533.34 | | 53,533.34 |
| 09/01/07 | 1759723 001 | inv 18375 | 28.18 | | 28.18 |
| 09/01/07 | 1759723 002 | inv 18065 | 798.60 | | 798.60 |
| 09/01/07 | 1759723 003 | inv 19349 | 360.00 | | 360.00 |
| 09/01/07 | 1759723 004 | inv 19327 | 4.55 | | 4.55 |
| 09/01/07 | 1759723 005 | inv 19341 | 48.77 | | 48.77 |
| 09/01/07 | 1759723 006 | inv 19494 | 1,573.00 | | 1,573.00 |
| 09/01/07 | 1759747 001 | Ofc-Base Rent | 53,533.34 | | 53,533.34 |
| 09/01/07 | 1779327 001 | elec 5/29-6/27 | 3,416.20 | | 3,416.20 |
| 09/01/07 | 1779327 002 | elec 4/27-5/29 | 2,790.86 | | 2,790.86 |
| 09/01/07 | 1779327 003 | inv 19531 | 42.27 | | 42.27 |
| 09/01/07 | 1779327 004 | inv 19517 | .52 | | .52 |
| 09/01/07 | 1779327 005 | inv 19618 | 7,212.36 | | 7,212.36 |
| 09/01/07 | 1779327 006 | inv 19294 | 2.71 | | 2.71 |
| 09/01/07 | 1779327 007 | inv 19819 | 786.50 | | 786.50 |
| 09/01/07 | 1779377 001 | Late Fee - August | 2,332.44 | | 2,332.44 |
| 09/01/07 | 1779377 002 | Interest Fee - August | 595.26 | | 595.26 |
| | | | | **Total Due -** | **131,836.52** |