**EXHIBIT B**



# American Home Mortgage

538 Broadhollow Road
Melville, New York 11747

Donna Kiessel
Assistant Vice President
of Corporate Real Estate

Tel: (631) 622-5390
Fax: (866) 295-4776
Cell: (631) 478-1141
Donna.Kiessel@americanhm.com

August 15, 2007

Mr. Brian Higgins
The Staubach Company of New York
Tower 49
12 East 49th Street, 31st Floor
New York, NY 10017

Re:   90 Park Avenue, 25th Floor New York, NY

Dear Brian:

You have my authorization to show our location at the above referenced address. Please note that you cannot enter into any agreement with any other tenant without going through my office.

Should you have any questions, please feel free to contact the undersigned.

Very truly yours,

Donna Kiessel

Licensed Or Authorized Mortgage Lender Throughout The Fifty States And The District of Columbia
An American Home Mortgage Investment Corp. Company
New York Stock Exchange Listing Symbol - AHM