IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____ x | Chapter 11 |
| In re: | : |
| | : |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : |
| | : | Jointly Administered |
| Debtors | : | Hearing Date: Sept. 17, 2007 at 12:00 p.m. |
| _____ X | Objection Deadline: Sept. 10, 2007 at 4 p.m. |

## REPSONSE TO SECOND MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BAKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT

TO:    (I) THE UNITED STATES TRUSEE FOR THE DISTRICT OF DELAWARE; (ii) COUNSEL TO THE COMMITTEE; (III) THE COUNTERPARTIES TO THE REJECTED LEASES AND EXECUTORY CONTRACTS; (IV) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS; POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

NOW COMES the undersigned counsel for SunLife Assurance Company of Canada, successor in interest to Castle & Cooke Commercial Properties, LLC, a creditor of the above captioned Debtor filing this response to the aforementioned Motion.  The said SunLife Assurance Company of Canada has no objection to the relief the Debtor seeks insofar as rejecting its Lease Agreement, provided all past due rents and any future rents accruing prior to such rejection are paid by the Debtor as a priority claim in this proceeding.

This the _10 th_ day of September, 2007.

PENDERGRASS LAW FIRM, PLLC[1]

By: _____
James K. Pendergrass, Jr.
Counsel for SunLife Assurance
Company of Canada
P.O. Drawer 33809
Raleigh, NC  27636
(919) 510-9559
NC Bar # 14183

[1]Counsel for SunLife Assurance Company of Canada has appeared in this action without first seeking *Pro Hac Vice* admission to this Court. Said counsel understands he is permitted by Local Rule 83.5(e) to make such appearance provided said counsel associates with a member of the Delaware bar admitted to this court within thirty (30) days of filing this response.  Such association is in process but not yet finalized.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Response to Section Motion for

an Order in this action by depositing a copy of the same in a postage paid depository

under the exclusive care and custody of the United States Post Office Department

addressed to:

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

This the / o λ day of September, 2007.

PENDERGRASS LAW FIRM, PLLC[1]

By: _____

James K. Pendergrass, Jr.
Counsel for SunLife Assurance
Company of Canada
P.O. Drawer 33809
Raleigh, NC  27636
(919) 510-9559
NC Bar # 14183

[1] Counsel for SunLife Assurance Company of Canada has appeared in this action without first seeking *Pro Hac Vice* admission to this Court. Said counsel understands he is permitted by Local Rule 83.5(e) to make such appearance provided said counsel associates with a member of the Delaware bar admitted to this court within thirty (30) days of filing this response.  Such association is in process but not yet finalized.