IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------- x | Chapter 11 | |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Ref. Docket No. 231** |
| ----------------------------------------------------------------- x | | |

## CERTIFICATION OF COUNSEL REGARDING APPLICATION FOR ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING THE RETENTION AND EMPLOYMENT OF NORTHWEST TRUSTEE SERVICES, INC. AS FORECLOSURE PROFESSIONALS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE [D.I. 231]

On August 17, 2007, the above-captioned debtors and debtors in possession

(collectively the "Debtors") filed their Application for Order Pursuant to Section 327(e) of the

Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of

Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors *Nunc Pro Tunc* to

the Petition Date [Docket No. 231] (the "Application"). In support of the Application, the

Debtors filed the Affidavit of Todd Hendricks (the "Initial Affidavit") contemporaneously

therewith.

The Office of the United States Trustee (the "Trustee") informally responded to

the Application and requested that the Debtors retain Northwest Trustee Services, Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

("Northwest") under section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"). The Trustee also requested that Northwest supplement its Initial Affidavit regarding its disinterestedness, as that term is defined by the Bankruptcy Code.

As represented at the hearing on September 4, 2007, the Debtors have agreed to these requests.

Contemporaneously herewith, the Debtors filed the Supplemental Affidavit of Todd Hendricks in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors *Nunc Pro Tunc* to the Petition Date (the "Supplemental Affidavit"). Prior to filing the Supplemental Affidavit, the Debtors forwarded a copy of the Supplemental Affidavit to the Trustee for his review and comment. The Trustee has advised the Debtors that the Supplemental Affidavit is acceptable.

Additionally, the Debtors and the Trustee have agreed to certain changes in the order approving the Application relating to Northwest's retention under section 327(a) of the Bankruptcy Code. Attached hereto as Exhibit 1 is a revised order approving the Application (the "Revised Order") that incorporates revisions requested by the Trustee and which form of Order has been agreed to by the Trustee. A blackline highlighting the differences between the order proposed in the Motion and the Revised Order is attached hereto as Exhibit 2.

The United States Trustee has no further objection to the retention of Northwest under section 327(a) of the Bankruptcy Code. Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
September 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and Debtors in Possession

## Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------  x
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹  :
                                                  :   Jointly Administered
                        Debtors.                  :
----------------------------------------------------------------  x   Ref. Docket No. _____
```

## ORDER PURSUANT TO SECTION 327
## OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
## APPROVING THE RETENTION AND EMPLOYMENT OF
## NORTHWEST TRUSTEE SERVICES, INC. AS FORECLOSURE PROFESSIONALS
## FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the application (the "Application")² of the Debtors for

entry of an order pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule 2014

approving the retention and employment of Northwest Trustee as foreclosure professionals for

the Debtors, effective *nunc pro tunc* to the Petition Date; and the Court having reviewed the

Application and all of the pleadings related thereto, including the Hendricks Affidavit, and heard

the statements of counsel at the hearing on the Application (the "Hearing"); and the Court

finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of Application

and the Hearing was sufficient under the circumstances and no other or further notice need be

given; (d) Northwest Trustee is a "disinterested person" as that term is defined term is defined by

---

¹     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

²     Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

section 101(14) of the Bankruptcy Code; and (e) Northwest Trustee's retention and employment

is necessary and is in the best interests of the Debtors, their estates and their creditors; and after

due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted to the extent set forth herein; and it is

further

ORDERED that pursuant to section 327(a) of the Bankruptcy Code and

Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Northwest Trustee as

their foreclosure professionals pursuant to the terms set forth in the Application and the

Hendricks Affidavit, as supplemented, effective, *nunc pro tunc* to the Petition Date; and it is

further

ORDERED that Northwest Trustee shall be deemed to have waived any and all

prepetition amounts owed to them by the Debtors; and it is further

ORDERED that Northwest Trustee shall be entitled to allowance of compensation

and reimbursement of expenses, upon the filing and approval of interim and final applications

pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders

as this Court may direct; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
        September ____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

2

## Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                            :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :    Jointly Administered
                                                                 :
                               Debtors.                          :    **Ref. Docket No. _____**
                                                                 x
----------------------------------------------------------------

## ORDER PURSUANT TO SECTION 327
## OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
## APPROVING THE RETENTION AND EMPLOYMENT OF
## NORTHWEST TRUSTEE SERVICES, INC. AS FORECLOSURE PROFESSIONALS
## FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the application (the "Application")[2] of the Debtors for

entry of an order pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule 2014

approving the retention and employment of Northwest Trustee as foreclosure professionals for

the Debtors, effective *nunc pro tunc* to the Petition Date; and the Court having reviewed the

Application and all of the pleadings related thereto, including the Hendricks Affidavit, and heard

the statements of counsel at the hearing on the Application (the "Hearing"); and the Court finding

that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b)

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of Application and the

Hearing was sufficient under the circumstances and no other or further notice need be given; (d)

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment
Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the
Application.

066585.1001

Northwest Trustee ~~does not hold or represent any interest adverse to the Debtors or their estates in the matters on which it is to be retained as provided by~~is a "disinterested person" as that term is defined ~~term is defined~~ by section 101(14) of the Bankruptcy Code ~~section 327(e)~~; and (e) Northwest Trustee's retention and employment is necessary and is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted to the extent set forth herein; and it is further

ORDERED that pursuant to ~~sections~~section 327(e~~a~~) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Northwest Trustee as their foreclosure professionals pursuant to the terms set forth in the Application and the Hendricks Affidavit, as supplemented, effective, *nunc pro tunc* to the Petition Date; and it is further

ORDERED that Northwest Trustee shall be deemed to have waived any and all prepetition amounts owed to them by the Debtors; and it is further

ORDERED that Northwest Trustee shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
September ____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

2

066585.1001