IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related Docket Nos. 661 and 662** |

## NOTICE OF WITHDRAWAL

De Lage Landen Financial Services, Inc., by and through its undersigned counsel, hereby withdraws its *Limited Objection to Debtors' Notice of Sale of Assets with Respect to the 116 Defense Way, Annapolis, Maryland Location* [D.I. 662] which was a <u>duplicate</u> filing of [D.I. 661]. D.I. 661 is going forward.

Dated: September 10, 2007
       Wilmington, Delaware

                                                 **DUANE MORRIS LLP**

                                                 <u>/s/ Frederick B. Rosner</u>
                                                 Frederick B. Rosner (DE 3995)
                                                 1100 North Market Street, Suite 1200
                                                 Wilmington, DE  19801-1246
                                                 Telephone:  (302) 657-4900

                                                 *Counsel to De Lage Landen Financial Services, Inc.*

DM3\564044.1