# **EXHIBIT B**

**DB Structured Products, Inc.**
**60 Wall Street**
**New York, New York 10005**

August 1, 2007

VIA FACSIMILE AND OVERNIGHT COURIER

American Home Mortgage Servicing, Inc.
4600 Regent Blvd., Suite 200
Irving, Texas 75063
Attn.: David Friedman

Re:    Notice of Default and Termination

Mr. Friedman:

Reference is hereby made to that certain Master Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2006 (the "Agreement"), among American Home Mortgage Corp., as seller (the "Seller"), American Home Mortgage Servicing, Inc., as servicer (the "Servicer") and DB Structured Products, Inc., as purchaser ("DBSP"), as amended by that Amendment Number One, dated as of October 2, 2006, among the Seller, the Servicer and DBSP, each relating to the sale of certain mortgage loans (the "Mortgage Loans") by Seller to DBSP and the servicing of such Mortgage Loans by the Servicer.  Capitalized terms not defined herein shall have the meanings assigned thereto in the Agreement.

DBSP hereby notifies the Servicer that, because the Servicer has failed to meet the qualifications of a FNMA seller/servicer, which failure constitutes an Event of Default pursuant to Subsection 14.01(vi) of the Agreement, the Servicer is hereby terminated as the servicer under the Agreement.  This termination shall become effective as of DBSP's appointment of a successor servicer in accordance with Section 16 of the Agreement.

DBSP hereby requests delivery by close of business on August 2, 2007 of an electronic file constituting the Servicer's master file servicing layout for the Mortgage Loans.

[SIGNATURE PAGE FOLLOWS]

Very truly yours,

**DB STRUCTURED PRODUCTS, INC.**

By: _____
Name:        **PETER PRINCIPATO**
Title:          **DIRECTOR**

By: _____
Name:
Title: