## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on September 10, 2007, I caused one copy of the foregoing to be served upon the parties on the attached service list in the manner so indicated.

*/s/ Amanda M. Winfree*
Amanda M. Winfree (#4615)

American Home Mortgage Holdings, Inc., et al.
Service List


American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

Young Conaway Stargatt & Taylor LLP
Attn: James L. Patton, Jr., Esq.
Attn: Robert Brady
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Hahn & Hessen LLP
Attn: Mark S. Indelicato, Esq.
Attn: Mark T. Power, Esq.
488 Madison Avenue
New York, NY 10022

Blank Rome LLP
Attn: Bonnie Glantz Fatell, Esq.
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801

Kaye Scholer LLP
Attn: Margot B. Schonholtz, Esq.
Attn: Scott D. Talmadge, Esq.
425 Park Avenue
New York, NY 10022

Potter Anderson & Corroon LLP
Attn: Laurie Selber Siverstein, Esq.
Hercules Plaza
6th Floor
1313 North Market Street
Wilmington, DE 19801

Jones Day
Attn: Corinne Ball, Esq.
Attn: Erica M. Ryland, Esq.
222 East 41st Street
New York, NY 10017

Greenberg Traurig LLP
Attn: Victoria Counihan, Esq.
1007 North Orange Street
Suite 1200
Wilmington DE 19801

Office of the United States Trustee
Attn: Joseph McMahon, Esq.
J. Caleb Boggs Federal Building
844 King Street
Room 2313
Wilmington, DE 19801

183925.1