IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Proposed Obj. Deadline: September 13, 2007 @ 4:00 p.m.<br>Proposed Hearing Date: September 17, 2007 @ 12:00 p.m. |

### NOTICE OF MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

**PLEASE TAKE NOTICE** that on September 10, 2007, Federal Home Loan Mortgage Corporation ("Freddie Mac") filed with the United States Bankruptcy Court for the District of Delaware the Motion Of Federal Home Loan Mortgage Corporation For An Order Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. § 362 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** THAT BY SEPARATE MOTION FREDDIE MAC HAS REQUESTED THAT A HEARING ON THE MOTION BE HELD ON **SEPTEMBER 17, 2007, AT 12:00 P.M. (EASTERN)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, MARINE MIDLAND PLAZA, 824 MARKET STREET, WILMINGTON DE 19801.

**PLEASE TAKE FURTHER NOTICE** that by separate motion, a copy of which is being served herewith, Freddie Mac has requested that the Court order that objections to the Motion (and the supporting documentation required by Local Rule 4001-1(d)) must be filed on or before **September 13, 2007 at 4:00 p.m. (Eastern)** with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by the undersigned counsel for Freddie Mac.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated:  September 10, 2007         Respectfully submitted,
        Wilmington, Delaware

                                   By: /s/ J. Cory Falgowski
                                       Kimberly E.C. Lawson (No. 3966)
                                       J. Cory Falgowski (No. 4546)
                                       REED SMITH LLP
                                       1201 Market Street, Suite 1500
                                       Wilmington, DE  19801
                                       Telephone: (302) 778-7500
                                       Facsimile: 302-778-7575

                                       and

                                       Peter S. Clark II, Esquire
                                       REED SMITH LLP
                                       2500 One Liberty Place
                                       1650 Market Street
                                       Philadelphia, PA 19103-7301
                                       Telephone: 215-851-8100
                                       Facsimile: 215-851-1420

                                       and

- 3 -

George Kielman, Esquire
Associate General Counsel for Litigation
Freddie Mac
8200 Jones Branch Drive - MS 202
McLean, VA 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-3691

Counsel for Federal Home Loan Mortgage Corporation