# EXHIBIT A



1551 Park Run Drive
McLean, VA 22102-3110

We make home possible℠

**VIA OVERNIGHT MAIL**

August 1, 2007

Mr. Michael Strauss
President
American Home Mortgage Corp.
538 Broadhollow Rd.
Melville, NY 11747

RE:    Seller/Servicer #'s 137027,138277,134095,133196,130245,1 23272
       <u>Termination of Seller/Servicer Eligibility</u>

Dear Mr. Strauss:

This letter provides written notice that pursuant to sections 5.1-5.3 and 73.1 of
the Freddie Mac *Single-Family Seller/Servicer Guide* (the *"Guide"*), the
eligibility of American Home Mortgage Corp. ("AHM") to sell mortgages to
and to service mortgages for Freddie Mac is terminated with cause, effective
immediately, August 1, 2007 without further notice from Freddie Mac.

Freddie Mac has determined that AHM is not in compliance with the following
requirements:[1]

1. **Guide Section 5.2 (9):** AHM has a significant weakness or notable
   change in its financial status, which in Freddie Mac's opinion could
   adversely affect Freddie Mac.

2. **Guide Section 5.2 (10):** AHM has failed to meet requirements as may
   be prescribed by Freddie Mac for eligibility as a Seller or Servicer;

3. **Guide Section 5.2 (15):** AHM has failed to observe or comply with a
   term(s) or provision(s) of the Purchase Documents;

4. **Guide Section 5.2 (16):** AHM has failed to maintain qualified loan
   origination or servicing staff and/or adequate facilities to assure (i) the
   investment quality of the Mortgages sold to Freddie Mac or (ii) the
   adequacy of the Servicing of Mortgages purchased by Freddie Mac;
   and

5. **Guide Section 5.2 (29):** AHM has failed to fulfill any obligation to
   Freddie Mac when due including, but not limited to, its failure to pay
   fees or other monies and remit custodial or buydown funds.

---

[1] The fact that certain grounds for the decision are stated in this letter does not imply that
additional grounds do not exist.

Based on the press releases issues by AHM that AHM has had a change in its financial position that continues to deteriorate rapidly and that has resulted in AHM liquidating, or anticipating liquidation of its assets, Freddie Mac has serious concerns about AHM's ability to meet the requirements of the Guide.

In light of AHM's deteriorating financial condition, Freddie Mac is troubled by AHM's failure to report and remit funds to Freddie Mac in a timely manner for repurchases issued for loans determined to be of non-investment quality in accordance with the terms of the *Guide*. According to the terms of the *Guide*, AHM had five days from the date of Freddie Mac's repurchase letter to repurchase those mortgages and to remit the funds to Freddie Mac, five days from the date of the repurchase letter to appeal the repurchase demand, and five days from the date of Freddie Mac's appeal denial letter to repurchase and to remit the repurchase funds to Freddie Mac. AHM has failed to meet these deadlines. Freddie Mac issued a repurchase letter on the Demabveke loan – Freddie Mac loan #292453868 (currently in REO status) and the Perez loan – Freddie Mac loan # 961678054 (currently in Foreclosure status and under appeal) on January 22, 2007 and July 17, 2007 respectively. AHM did not appeal the Demabveke repurchase demand within five days of its issuance and has not yet repurchased the loan. The repurchase of these loans were due on February 21, 2007 and August 16, 2007, respectively, and the repurchases have not yet been made.

Please note, Freddie Mac is continuing its review of loans sold by AHM and additional repurchases may be issued as a result.

AHM's termination status does not affect its warranties and obligations under the Purchase Documents, and is without prejudice to any claim that Freddie Mac may have for other breaches by AHM of the Purchase Documents, including, but not limited to, claims for repurchase of any additional ineligible mortgages and outstanding fees. Also, please be advised that Freddie Mac retains all of its rights under the Purchase Documents to take any further action and to pursue any additional remedies that Freddie Mac may, in its discretion, deem necessary.

Pursuant to Section 73.3 of the Guide, AHM must immediately deliver to Freddie Mac, or its designee, all mortgage files serviced for Freddie Mac. The mortgage files delivered to Freddie Mac or its designee must contain, at a minimum, the information and documentation set forth in Chapter 47 and Section 52.1 of the Guide, including without limitation:

    a) Loan origination documentation, including, but not limited to, the original recorded deed of trust or mortgages and original recorded assignments, to Freddie Mac, original participation certificates, policies, and all loan underwriting documents;

    b) All loan servicing documents, including, but not limited to, tax receipts and bills, insurance policies, insurance premium receipts,

ledger sheets, payment records, insurance claim files and correspondence, foreclosure files and correspondence, current historical data files, and current loan level trial balances, (including documents and records in whatever form existing, whether printed, handwritten, or on computer software); and

c) Any documents of the type described above which come into AHM's possession after the time in which AHM has delivered the loan files.

Freddie Mac's Designee:
U.S. Bank N.A.
4801 Frederica St.
Owensboro, KY 42304

*In addition, please execute and provide Freddie Mac a limited power of attorney for the purpose of completing the necessary assignments of these loans.*

Pursuant to Guide Section 5.4, AHM may appeal Freddie Mac's termination decision according to the procedures specified in Section 5.4.  Any appeal must be addressed to:

Ronald L. Ratcliffe
VP, Counterparty Credit Risk Management
1551 Park Run Drive, MS D3A
McLean, VA  22102-3107
Attn: Karen McKoy

If a written appeal, in compliance with the requirements of Section 5.4, is not postmarked or hand delivered to Freddie Mac within 15 calendar days from the date of receipt of this letter, AHM will be deemed to have waived its right to appeal Freddie Mac's decision. Likewise if AHM is unsuccessful in its appeal AHM's non-exclusive right to Freddie Mac's Loan Prospector® system will be terminated.

If you have any questions regarding the above, please contact me at (571) 382-3455.

Sincerely,

Pam Williams
Director
Counterparty Credit Risk Management