IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**UNSWORN DECLARATION, PURSUANT TO 28 U.S.C. SECTION 1746(2) AND FED.R.CIV.P. 43(e), AS INCORPORATED BY FED.R.BANKR.P. 9017, OF NITA MARCH IN SUPPORT OF THE MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

I, NITA MARCH, declare as follows:

1. I am employed as an Operational Risk Management Specialist by Federal Home Loan Mortgage Corporation ("Freddie Mac"). In my capacity as the Operational Risk Management Specialist, I have authority to, among other things, conduct and carry out terminations of seller/services which have contracts with Freddie Mac to sell mortgages to, and service mortgages held by, Freddie Mac.

2. I have personal knowledge of the facts set forth in this Declaration.

3. This Declaration is submitted in support of the Motion of Federal Home Loan Mortgage Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 (the "Motion"). Capitalized terms utilized, but not defined, in this Declaration shall have the meaning ascribed to those terms in the Motion.

4. On the morning of August 1, 2007, I went to the offices of AHM in Irving, Texas along with other employees of Freddie Mac to retrieve the servicing files and other relevant documentation related to the portfolio of loans that AHM had been servicing for Freddie Mac prior to the termination as an authorized Freddie Mac seller/servicer. Representatives of U.S. Bank, which

had been designated by Freddie Mac to take over servicing of the portfolio, were alos with us on that day but did not enter the offices with us. We asked to see Mr. David Friedman, Senior Vice President of Servicing. After some time, he came out, and we informed him that we were there to obtain the servicing files. He informed us that he had been instructed not to speak to representatives of Freddie Mac regarding this matter, and instructed us to leave. We were then escorted outside by an individual who appeared to be a security guard for AHM, without having gained access to our servicing files.

5. Thereafter, I, along with other employees of Freddie Mac and representatives of U.S. Bank, returned to AHM's offices in Irving, Texas to again seek to take possession of files belonging to Freddie Mac. When we arrived, we again asked to speak to Mr. Friedman. We were told by the receptionist that time that Mr. Friedman could not speak with us all day, but that if we wanted to, we could leave a business card. We asked to speak to another officer of AHM, but were told by the same receptionist that there were no other officers at the company that were in Irving. We again departed without having gained access to our servicing files.

6. On August 2, 2007, I was informed that hearings were being conducted in federal district court in Texas to obtain an order directing AHM to turn over the files. On August 3, 2007, I was informed that Freddie Mac had received a court order directing AHM to turn over the files upon the posting by Freddie Mac of a bond. Later in the day, I was informed that Freddie Mac had posted the bond required by the order. Since it was after business hours, we did not attempt to obtain the files that evening.

7. On Saturday, August 4, 2007, we spent several hours attempting to contact Mr. Friedman and to gain access to AHM's offices and the files. We were ultimately unsuccessful.

8. On Monday, August 6, 2007, we again went to the offices of AHM. We were informed at that time by an individual subsequently identified to us as AHM's Vice-President of Human Resources that AHM had filed a bankruptcy petition and, on the basis thereof, that the files were not going to be turned over.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2007

For Federal Home Loan Mortgage Corporation

By: _____
Nita March
Operational Risk Management Specialist
