IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No.: __ |

**ORDER PURSUANT TO 11 U.S.C. § 362 GRANTING RELIEF FROM THE
AUTOMATIC STAY TO FEDERAL HOME LOAN MORTGAGE CORPORATION**

Upon consideration of the Motion Of Federal Home Loan Mortgage Corporation For An Order Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. § 362 (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (G), and (O); and it appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of objections to the Motion, if any; and upon the record and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

ORDERED THAT the Motion is granted; and it is further

ORDERED THAT the automatic stay is terminated to permit Freddie Mac to exercise and enforce all of its rights and remedies against its property in accordance with the provisions of the Purchase Documents, the Guide, and applicable law; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED THAT the Debtors shall grant to employees and agents of Freddie Mac, its designees, immediate access to Debtors' offices for the purpose of obtaining and retrieving the Mortgage Loan Files; and it is further

ORDERED THAT the Debtors must cooperate with respect to Freddie Mac's obtainment and retrieval of the Mortgage Loan Files.

Dated: Wilmington, Delaware
_____, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE