# EXHIBIT A



**Office Furniture Outlet**
421 N. Cota St.
Corona, CA 92880
T: 951-549-0500          F: 951-549-0548

**Facsimile Transmission**

To: Jim Lubitsky                From: Justine

Fax #: (856)722-1630             Phone #:

Date: August 27, 2007            # of Pages: 2

☐Urgent    ☐For Review    ☐Please Comment    ☐Please Reply

Jim,

Please give us a call with any questions you may have.

Thank you,
Justine

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BENT CASTLE
SHELDON N SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-5003
DIRECT FAX: 302-576-3289
kenos@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F DUGAN
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
SEAN T GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A LUNDGREN
MATTHEW B LUNN
ADRIA B MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J REIDENBERG
SARA BETH A KEYBURN
CHERYL A SANTANIELLO
    (NJ & PA ONLY)
MONTE T. SQUIRE
MICHAEL P STAFFORD
CHAD S C STOVER
JOHN E TRACEY
TRAVIS N TURNER
MARGARET B WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 27, 2007

Re: American Home Mortgage Holdings, Inc., et al.,
Case No. 07-11047 (CSS)

Dear American Home Mortgage Holdings, Inc. Landlord:

    On August 6, 2007, American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11, title 11, United States Code, 11 U.S.C. §§ 101, et seq., as amended from time to time, in the United States Bankruptcy Court for the District of Delaware. Our law firm represents the Debtors in their bankruptcy cases.

    Please be advised that in connection with the bankruptcy cases, the Debtors have begun the process of winding down their operations, which includes the removal of their assets, i.e., the furniture, fixtures and equipment (collectively, the "Assets"), that are stored on the property currently leased from you (the "Premises"). Please be further advised, that the Debtors have engaged Office Furniture Outlet and ABE Office Furniture Superstore to assist them in these efforts. The Debtors have authorized Office Furniture Outlet, ABE Office Furniture Superstore and/or their agents to enter the Premises and coordinate the removal of the Assets.

    The Debtors appreciate your expected cooperation in this process. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Kenneth J. Enos

KE:y

DB02:6204521.1

066585 1001