**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 |
| HOLDINGS, INC., *et al*., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

       I, Michael J. Barrie, hereby certify that on September 10, 2007, I caused a true and correct copy of the Limited Objection of Liberty Property Limited Partnership to the Debtors' Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture Fixtures, and Equipment to be served by hand delivery and facsimile upon the following:

James L. Patton, Jr.
Joel A. Waite
Pauline K. Morgan
Sean A. Beach
Matthew B. Lunn
Kara Hammond Coyle
Kenneth J. Enos
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
(302) 571-1253 (facsimile)
[COUNSEL FOR THE DEBTORS]

                                      SCHNADER HARRISON SEGAL
                                              & LEWIS LLP

Dated: September 10, 2007              By: /s/ Michael J. Barrie
                                              Michael J. Barrie (#4684)
                                              824 N. Market Street, Suite 1001
                                              Wilmington, DE 19801
                                              (302) 888-4554 (telephone)
                                              (302) 888-1696 (facsimile)
                                              mbarrie@schnader.com