IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ADVANCED MARKETING MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC. a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| | | **Related Docket Item No. 675** |
| Debtors. | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on September 10, 2007, I caused one copy of: **Objection of DB Structured Products, Inc. to the Emergency Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 675]** (the "Objection") to be served upon the parties on the attached service list in the matter so indicated.

Dated: September 11, 2007

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree
---
William P. Bowden (#2553)
Don A. Beskrone (#4380)
Gregory A. Taylor (4008)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654.1888
Facsimile: (302) 654-2067

-and-

BINGHAM McCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

*Counsel to DB Structured Products, Inc.*

183986.1

American Home Mortgage Holdings, Inc., et al.
Service List

**HAND DELIVERY**
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 1980

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**U.S. MAIL**
Erica Ryland, Esq.
Corinne Ball, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**U.S. MAIL**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

**U.S. MAIL**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

**U.S. MAIL**
Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022

**U.S MAIL**
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596