

10013 59th Ave SW • PO Box 99010 • Lakewood, Wa. 98499 Tel: (253) 588-1788
Acctg. Ofc. Fax: (253) 584-0713 • Administrative Ofc. Fax: (253) 584-8563 • www.theram.com

FILED
2007 SEP -7 AM 10: 05
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Via Overnight Mail

September 6, 2007

Clerk of Bankruptcy Court
Bankruptcy Court for the District of Delaware
Third Floor
824 Market Street
Wilmington, Delaware 19801

Re: American Home Mortgage Holdings, Inc.; Chapter 11
Case No. 07-11047 (CCS)

**CURE OBJECTION**

Dear Clerk:

I represent the landlord of a certain property located at 5808 100th Street, Lakewood, WA 98499. I believe that it is Branch No. 02072 as set forth in Exhibit A to that Order as described in a Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, If Any (the "Notice"). The Notice is dated August 28, 2007. The proposed Cure amount as set forth in Exhibit A is $4,833.

Pursuant to the Notice, please accept this as the Landlord's objection to the proposed cure amount of $4,833.

The following amounts are due under the subject Lease:

1. Rent due August 1, 2007 of $4,833. AHM paid said amount by check, which was returned NSF (see attached).

2. Rent due September 1, 2007 in the amount of $4,833.

3. Quarterly CAM and triple net expenses for the First and Second Quarters of 2007 in the amount of $4,764.33. AHM paid said amount by check dated July 17, 2007, which was returned NSF (see attached).

The total amount due under the Lease is **$14,430.33**.

Attached are (i) invoices for rent due August 1 and September 1, 2007, (ii) statements for Quarterly CAM Charges due under the Lease for the first two quarters of 2007, and (iii) evidence that the checks referenced in paragraphs 1 and 3 above were returned NSF.

Please let me know if you have questions or if you require any further information.

Very truly yours,

Ram International I, L.L.C.

Timothy L. Bunch

Encls.

c: American Home Mortgage Holdings, Inc; Attn: Alan Horn, General Counsel
Young Conaway Stargatt & Taylor, LLP; Attn: James L. Patton, Jr.
Milestone Advisors, LLC; Attn: Jeffrey M. Levine
Pachulski Stang Ziehl Young Jones & Weintraub; Attn: Curtis Hehn
Orrick, Herrington & Sutcliffe LLP; Attn: Frederick D. Holden, Jr.

Ram International Land Co., L.L.C. (Attn: Jeffery B. Iverson and Calvin Chandler)

land co/67/ahm/object to cure ltr

# Invoice

**_Old Land Holding Co., LLC_**

*c/o Weinstein Schwab, PLLC*
*7 N. Wenatchee Ave., Suite 300*
*Wenatchee, WA 98801*

| Date | Invoice # |
|---|---|
| 8/16/2007 | 12 |

| Bill To |
|---|
| American Home Mortgage Corp.<br>538 Broad Hollow Road<br>Melville, New York 11747 |

| Description | Amount |
|---|---|
| Bounced Check - August Rent | 4,833.33 |
| Please remit to above address. | **Total** $4,833.33 |

# Invoice

**Old Land Holding Co., LLC**

*c/o Weinstein Schwab, PLLC*
*7 N. Wenatchee Ave., Suite 300*
*Wenatchee, WA 98801*

| Date | Invoice # |
|---|---|
| 9/1/2007 | 8 |

| Bill To |
|---|
| American Home Mortgage Corp.<br>538 Broad Hollow Road<br>Melville, New York 11747 |

| Description | Amount |
|---|---|
| Monthly Rent | 4,833.33 |
| We appreciate your prompt payment. | **Total** $4,833.33 |

**American Mortgage Quarterly CAM Charges**

First Quarter 2007

5808 100th St Lakewood, WA

| Item | Detail | | Amount |
|---|---|---|---|
| Real Property Tax<br>Parcel # 4002020030 | | $ | 1,037.42 |
| $8,586.16 Real/Year<br>Percent share: 48.33% | | | |
| Insurance<br>$1,860.00 Year<br>Percent share: 48.33% | (6/13/06-6/07) | $ | 224.73 |
| Landscaping<br>Percent Share: 8.59% | (See attached) | | $205.61 |
| Water Meter<br>Percent share: 20.20% | 39969332<br>(See attached) | | $10.31 |
| Irrigation Meter #33365396<br>Percent Share: 8.59% | | | $1.87 |
| Sewer<br>Percent Share: 48.33% | | | $23.01 |
| Puget Sound Energy<br>Percent Share: 100% | | | $404.86 |
| Garbage | ($100.00 per Month) | $ | 300.00 |
| Lone Tree CAM<br>Percent Share: 8.59% | | | $242.63 |
| **Total Due 1st Quarter 2007** | | **$** | **2,450.43** |

Mail payment to:
Old Land Holding Co, LLC
P.O. Box 99010
Lakewood, WA 98499

**Total Due** **$ 2,450.43**

| | Invoice | Amount | |
|---|---|---|---|
| | 0.4833 | 0.0859 | 0.202 |
| **Lawn Ranger** | | | |
| | 7599 | 598.4 | $51.40 |
| | 7693 | 598.4 | $51.40 |
| | 7785 | 598.4 | $51.40 |
| | 2006 error | 598.40 | $51.40 |
| | | | $205.61 |
| **Water** | | | |
| January | | 0.00 | $0.00 |
| February | | 51.03 | $10.31 |
| March | | 0.00 | $0.00 |
| | | | $10.31 |
| **Lone Tree** | | | |
| Wimbles Logging | 2052007 | 2,502.40 | $214.96 |
| GK Industrial | 0062947-IN | 322.12 | $27.67 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $242.63 |
| **Sewer** | | | |
| January | | 15.18 | $7.34 |
| February | | 16.21 | $7.83 |
| March | | 16.21 | $7.83 |
| | | | $23.01 |
| **Puget Sound Energy** | 720-606-778-2 | | |
| January | | 252.57 | $252.57 |
| February | | 152.29 | $152.29 |
| March | | 0.00 | $0.00 |
| | | | $404.86 |
| **Irrigation** | | | |
| January | | 0.00 | $0.00 |
| February | | 21.73 | $1.87 |
| March | | 0.00 | $0.00 |
| | | | $1.87 |

**American Mortgage Quarterly CAM Charges**

Second Quarter 2007

5808 100th St Lakewood, WA

| | | |
|---|---|---|
| Real Property Tax<br>Parcel # 4002020030 | | $1,082.18 |
| $8,956.60 Real/Year<br>Percent share: 48.33% | | |
| Insurance<br>$1,860.00 Year<br>Percent share: 48.33% | (6/13/06-6/07) | $224.73 |
| Landscaping<br>Percent Share: 8.59% | (See attached) | $163.55 |
| Water Meter<br>Percent share: 20.20% | 39969332<br>(See attached) | $10.03 |
| Irrigation Meter #33365396<br>Percent Share: 8.59% | | $10.33 |
| Sewer<br>Percent Share: 48.33% | | $36.31 |
| Puget Sound Energy<br>Percent Share: 100% | | $287.91 |
| Garbage | ($100.00 per Month) | $300.00 |
| Lone Tree CAM<br>Percent Share: 8.59% | | $198.85 |
| **1St Qtr Past Due** | | $2,450.43 |
| **Total Due 2nd Quarter 2007** | | **$ 4,764.33** |
| **Due With Next Rent Payment** | | |

Mail payment to:
Old Land Holding Co, LLC
P.O. Box 99010
Lakewood, WA 98499

**Total Due $ 4,764.33**

| | Invoice | Amount | |
|---|---|---|---|
| | 0.4833 | 0.0859 | 0.202 |
| **Lawn Ranger** | | | |
| | 7887 | 598.4 | $51.40 |
| | 7993 | 707.2 | $60.75 |
| | 8098 | 598.4 | $51.40 |
| | | | $0.00 |
| | | | $163.55 |
| **Water** | | | |
| April | | 49.63 | $10.03 |
| May | | 0.00 | $0.00 |
| June | | 0.00 | $0.00 |
| | | | $10.03 |
| **Misc invoices** | | | |
| All Lawn & Landscaping | 1527 | 1,523.20 | $130.84 |
| Dave Shaffer | 12949 | 174.29 | $14.97 |
| | | | $0.00 |
| | | | $0.00 |
| Robbless (new keys) | 449389 | 53.04 | $53.04 |
| | | | $198.85 |
| **Sewer** | | | |
| April | | 36.99 | $17.88 |
| May | | 19.07 | $9.22 |
| June | | 19.07 | $9.22 |
| | | | $36.31 |
| **Puget Sound Energy** | 720-606-778-2 | | |
| April | | 138.08 | $138.08 |
| May | | 102.30 | $102.30 |
| June | | 47.53 | $47.53 |
| | | | $287.91 |
| **Irrigation** | | | |
| | | 0.00 | $0.00 |
| | | 0.00 | $0.00 |
| June | | 120.29 | $10.33 |
| | | | $10.33 |

Return Item Notice Page 1 8/16/07

FOUNDATION BANK
1110 112th Ave. NE #100
BELLEVUE, WA 98004
(425) 691-5000

Deposited Account- 101005296 D Charged Back Account- 101005296 D

OLD LAND HOLDING CO LLC
C/O WEINSTEIN & SCHWAB PLLC
7 N WENATCHEE AVENUE SUITE 300
WENATCHEE WA 98801

| ACCOUNT# | RETURNED | REDEPOSITED | FEE | DATE DEP. |
|---|---|---|---|---|
| 601876444<br>AMERICAN HOME MORTGAGE<br>REFER TO MAKER | 4,833.33 | | | AA 8/08/07 |
| TOTALS | 4,833.33 | 0.00 | 0.00 | |

rom: To: RUTH C / DIANA L / SUE H Date: 8/15/2007 Time: 2:29:02 PM



Sequence Number: 22250




Non-Negotiable

Return Item Notice Page 1 8/16/07

FOUNDATION BANK
1110 112th Ave. NE #100
BELLEVUE, WA 98004
(425) 691-5000

Deposited Account- 101005296 D Charged Back Account- 101005296 D

OLD LAND HOLDING CO LLC
C/O WEINSTEIN & SCHWAB PLLC
7 N WENATCHEE AVENUE SUITE 300
WENATCHEE WA 98801

| ACCOUNT# | RETURNED | REDEPOSITED FEE | DATE DEP. |
|---|---|---|---|
| 601876444<br>AMERICAN HOME MORTGAGE<br>REFER TO MAKER | 4,764.33 | AA | 8/10/07 |

Cam Charge Payment 1st & 2nd Qtr

*021305001*
08/10/2007
6158673514

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN TO FED UTICA
FOR REASON INDICATED BELOW
REFER TO MAKER
RETURNED BY:
JPMORGAN CHASE BANK N.A.
50-937

REDEPOSIT
AUG 13 2007

JP Morgan Chase Bank, N.A.
Syracuse, NY 13202
50-937/213

American Home Mortgage Corp.
Broad Hollow Road
Melville, New York 11747

Check # 0322687
Check Date 7/17/2007
Check Amount $4,764.33
** Void after 180 days **

Four Thousand Seven Hundred Sixty-Four and 33/100 US DOLLARS

PAY TO THE ORDER OF
RAM INTERNATIONAL
10013 59TH AVE SW
LAKEWOOD, WA 98499

RETURN TO: FED UTICA
FOR REASON INDICATED BELOW
PAYMENT STOPPED
Returned by: JPMORGAN CHASE BANK, N.A.
50-937

Authorized Signature

⑈0322687⑈ ⑆021309379⑆ 601876444⑈ ⑈0000476433⑈

IMAGE SNAPSHOT ACCT: 6018764444 08/10/2007

FOUNDATION BANK

B59D0119G2
B59RMS



THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY

JP Morgan Chase Bank, N.A.
Syracuse, NY 13202

80-937/213

Check # 0322687

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

Check Date
7/17/2007

Check Amount
********$4,764.33

** Void after 180 days **

Four Thousand Seven Hundred Sixty-Four and 33/100 US DOLLARS

PAY TO THE ORDER OF
RAM INTERNATIONAL
10013 59TH AVE SW
LAKEWOOD, WA 98499

Authorized Signature

⑈0322687⑈ ⑆021309379⑆ 6018764444⑈ ⑈0000476433⑈

Date 8/09/07 Ck# 322687 Amt 4,764.33

ENDORSE HERE

For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Date 8/09/07 Ck# 322687 Amt 4,764.33