**SLO L.L.C**
**2332 Galiano Street, Suite 129**
**Coral Gables, Fl 33134**
**305.666.7474 Tel · 305.666.7272 Fax**

FILED
2007 SEP -7 AM 10:27
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

VIA OVERNIGHT DELIVERY

Sept. 4th, 2007

United States Bankruptcy Court for the District of Delaware.
Third Floor
824 Market Street
Wilmington, Delaware 19801

REF: **American Home Mortgage Holdings Inc –**
**Cure Objection**
**4621 Ponce de Léon, Coral Gables, Fl 33146 (Branch 02951)**
**Case No. 07-11047 (CSS)**
**Total Cure amount due - $19,607.46**

We hereby inform you that the Cure amount listed on Exhibit A for US$7,916.66 is erroneous based on the lease between American Home Mortgage and SLO LLC. The rent amount due is US$8958.33 per month (addendum A). We are currently outstanding both July and August rent payments totaling US$17,916.66, as the July rent received with the erroneous amount of US$7916.66 was returned to SLO LLC by bank unpaid (see addendum B).

We are also requesting late fees of US$75.00 per month totaling $150.00 for (2) two months of late fees as per lease.

In addition (6) six parking space permits totaling $1540.80 paid by us and furnished to American Home Mortgage have not been refunded .(see addendum C).

We look forward to your prompt settlement of the aforementioned.

Sincerely,

Georgie Sanchez
Property Manager

CC: File
American Home Mortgage Holdings Inc (Attn: Alan Horn, General Counsel)
Young Conaway Stargatt & Taylor LLP (Attn: James L. Patton Jr.)
Milestone Advisors, LLC (Attn: Jeffrey M. Levine)
Pachulski Stang Ziehl Young Jones & Weintraub (Attn: Curtis Hehn)
Orrick Herrington & Sutcliffe LLP, (Attn: Frederick D. Holden Jr.)

**SLO L.L.C**
**2332 Galiano Street, Suite 129**
**Coral Gables, Fl 33134**
**305.666.7474 Tel 305.666.7272 Fax**

**CUSTOMER:** AMERICAN HOME MORTAGE HOLDINGS, INC.
538 Broadhollow Road
Melville, New York 11747

PHONE: 631-622-2800

**STATEMENT DATE:** 9/6/2007
**ACCOUNT NUMBER:** 10008
PAGE: 001

| DOCUMENT NO. | INVOICE DATE | PAYMENT DUE DATE | DESCRIPTION | AMOUNT | DEBITS | CREDITS | BALANCE | REMARKS | |
|---|---|---|---|---|---|---|---|---|---|
| Rent July | 1-Jul | 07/01/07 | RENT | $ 8,958.33 | $ 8,958.33 | | $ 8,958.33 | *return ck | #32462 |
| Rent August | 1-Sep | 08/01/07 | RENT | $ 8,958.33 | $ 8,953.33 | | $ 8,958.33 | PAST DUE | |
| Late Fees | 1-Aug | 08/01/07 | Late Fees | $ 150.00 | $ 150.00 | | $ 150.00 | PAST DUE | (2) months late fee |
| Parking Permits | 1-Jul | 07/01/07 | Parking | $ 1,540.80 | $ 1,540.80 | | $ 1,540.80 | PAST DUE | (6) Six Permits |

| | |
|---|---|
| $17,916.66 | Total Invoiced |
| $ 150.00 | Late Fee |
| $ 1,540.80 | Parking |
| $ 19,607.46 | Total Past Due |
| 00.00- | Current |
| | |
| $19,607.46 | Payment Due |

***Notes***
Net Rentable Area: 2500 sq ft
Base Rent: US$38.00 sq ft + 7 % sales tax
Additional due rent for fully furnished space: US$5.00 sq. ft
********************
Base Rent: 7916.00 + 554.17 (Sales Tax)
Additional Rent Furniture: US$487.50
Total Monthly Rent: US$8958.33

# ADDENDUM "A"

LEASE TERMS SLO LLC AND AMERICAN HOME MORTGAGE

| | |
|---|---|
| NET RENTABLE AREA: | 2500 SQ. FT. |
| BASE RENT : | US$38.00 SQ. FT + 7 % SALES TAX |
| ADDITIONAL RENT FOR FURNISHED SPACE | US$5.00 SQ. FT. |

| | |
|---|---|
| BASE RENT = | US $7,916.66 |
| & SALES TAX= | US $ 554.17 |
| ADDITIONAL RENT = | US$ 487.50 |
| **TOTAL MONTHLY RENT...** | **US$8,958.33** |

# ADDENDUM "B"

## LEASE TERMS SLO LLC AND AMERICAN HOME MORTGAGE



WACHOVIA

1-800-WACHOVIA (922-4684)
Date: Aug 22, 2007 Advice D-689871

Acct: 003/2000014099908

*A fee associated with this service will be reflected in your current account analysis statement. The listed items are enclosed. You may obtain payment from the maker.*

| SEQ# | ITEM AMOUNT |
|---|---|
| 14906 | 7,916.66 |

SLO, LLC
C/O FOUR S GROUP, INC.
4621 PONCE DE LEON BLVD
CORAL GABLES FLORIDA 33146

1 Item charged totaling $7,916.66

Advice Total $7,916.66

⑆4023331981⑆ 00200001409908⑈ ⑈000068987⑈

"THIS DOCUMENT HAS A MICRO PRINT BORDER ABSENCE INDICATES A COPY"

American Home Mortgage Corp.
538 Broad Hollow Road
Melville, New York 11747

JP Morgan Chase Bank, N.A.
Syracuse, NY 53202

50-937/213

Check # 0324642

Check Date 7/23/2007

Check Amount *******$7,916.66

** Void after 180 days **

Seven Thousand Nine Hundred Sixteen and 66/100 US DOLLARS

PAY TO THE ORDER OF
SLO, LLC
1032 CORAL WAY
CORAL GABLES, FL 33134

DO NOT REDEPOSIT

RET... TO FED UTICA
FOR REASON INDICATED BELOW
REFER TO MAKER
RETURNED BY:
JPMORGAN CHASE BANK, N.A.
50-937

AUG 16 2007

Authorized Signature

Security Features Included. Details on back.

⑈0324642⑈ ⑆021309379⑆ 601876444⑈ ⑈0000791666⑈

# ADDENDUM "B"

LEASE TERMS SLO LLC AND AMERICAN HOME MORTGAGE

ENDORSE HERE

20000140999 08

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

13690

063107513
WACHOVIA NA SVC036 1446T
ORLANDO FL 08162007 20PK
08212007
0840-0002-6

RS-12

The security features listed below, as well as those not listed exceed industry guidelines.

| Security Features: | Results of document alteration: |
|---|---|
| Authentic Watermark | • Authentic watermark not visible when held to light |
| Chemical Protection | • Stains or spots appear with chemical alteration |
| Erasure Protection | • White mark appears when erased |
| Security Screen | • Absence of "Original Document" verbiage on back of check |

® Padlock design is a certification mark of the Check Payment Systems Association

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

# ADDENDUM "C"

## LEASE TERMS SLO LLC AND AMERICAN HOME MORTGAGE



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Doc. Ref. Nos. 137 and 357** |
| | **Cure Objection Deadline: September 7, 2007 at 4:00 p.m.** **Hearing Date: September 17, 2007 at 12:00 Noon** |

**NOTICE OF (I) ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

**PLEASE TAKE NOTICE** that on August 10, 2007, American Home Mortgage Holdings, Inc. *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"),[1] filed the Emergency Motion for an Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 137] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). By the Motion, the Debtors requested the authority to assume and assign certain real property leases (the "Office Leases"), and sell the furniture, fixtures and equipment located therein, to Indymac Bank, F.S.B. ("IMB"), pursuant to sections 105(a), 363 and 365 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that on August 24, 2007, the Bankruptcy Court approved the Motion and entered the Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein, (II) Approving the

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 357] (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Debtors are required to provide a notice identifying the proposed cure amount for each of the Office Leases to each non-Debtor party to the Office Leases no later than two (2) business days following entry of the Order. In accordance with the Order, the Office Leases and corresponding proposed cure obligations, if any, (the "Proposed Cure Amounts") are listed on the attached Exhibit A.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order, any party seeking to object to the validity of the Proposed Cure Amounts listed on Exhibit A hereto or otherwise to assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Office Leases, must file a written objection (a "Cure Objection") setting forth the basis for the Cure Objection, as well as: (i) the cure amount the objector asserts to be due, (ii) the specific types and dates of the alleged defaults, and (iii) the pecuniary losses and the support therefor (in all cases with appropriate documentation in support thereof). The Cure Objection must be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, **on or before 4:00 p.m. (prevailing Eastern Time) on September 7, 2007**, and be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Jeffrey M. Levine); and (iv) Pachulski Stang Ziehl Young Jones & Weintraub, 919 North Market Street, 17th Floor, Wilmington, DE 19899 (Attn.: Curtis Hehn) and Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105 (Attn: Frederick D. Holden, Jr.), counsel to IMB.

PLEASE TAKE FURTHER NOTICE that any person or entity that fails to file an objection on a timely basis shall (i) be forever barred from objecting to the Proposed Cure Amount and from asserting any additional cure or other amounts with respect to such Office Lease and the Debtors shall be entitled to rely solely upon the Proposed Cure Amount; and (ii) be deemed to have consented to the assumption and assignment of such Office Lease and shall be forever barred and estopped from asserting or claiming against the Debtors or such other successful bidder or any other assignee of the Office Lease that any additional amounts are due or defaults exist, or conditions to assumption and assignment must be satisfied under such Office Lease.

PLEASE TAKE FURTHER NOTICE that if you agree with the Proposed Cure Amount indicated on Exhibit A hereto, you need not take any further action.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider Cure Objections, if any, will be held before the Honorable Christopher S. Sontchi., in the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware, 19801, on **September 17, 2007, at 12:00 Noon (prevailing Eastern Time)**. Only those Cure Objections that are timely filed and served as provided above will be considered at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify any Proposed Cure Amounts listed on Exhibit A hereto at any time. To the extent that the Debtors modify the Proposed Cure Amounts listed on Exhibit A hereto, the affected party shall receive a separate notice and an additional opportunity to object to such modified Proposed Cure Amount.

Dated: Wilmington, Delaware
August 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## Proposed Cure Amounts

**August 2007**

**Total Proposed Cure Amount: $172,613.20**

| Branch | Branch | Address | City | State | Zip | Landlord | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| 00007 | New City NY 7 | 200 S. Main Street / 200 S. Main Street | New City | NY | 10956 | Bridon Realty Company, LLC | $0.00 |
| 00203 | Columbia Gateway MD 203 | 6996 Columbia Gateway Drive / Westridge Corporate Center / Building B | Columbia | MD | 21045 | AAK, LLC | $0.00 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty, LP and Kilroy Realty Corporation | $0.00 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty LP | $0.00 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty LP | $7,995.20 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty LP | $0.00 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty LP | $0.00 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty, LP and Kilroy Realty Corporation | $0.00 |
| 00300 | Irvine CA 300 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg | Irvine | CA | 92618 | Kilroy Realty, LP and Kilroy Realty Corporation | $0.00 |
| 00302 | Concord Sutter Street CA 302 | 1800 Sutter Street / 1800 Sutter Street / Suite 450 - 4th Floor | Concord | CA | 94520 | Cranbrook Realty DNV FD dba Sutter Square | $0.00 |
| 00307 | Long Beach Kilroy CA 307 | 3780 Kilroy Airport Way / Kilroy Airport Center Long Beach - Phase II Bldg 4 / Suite 225 | Long Beach | CA | 90806 | Kilroy Realty L.P. | $0.00 |
| 00311 | La Jolla CA 311 | 4275 Executive Square / Regents Square / Sutie 700 | La Jolla | CA | 92037 | MP-Regents Square, LLC | $24,079.98 |
| 00313 | Torrance CA 313 | 2780 Skypark Drive / Airport Atrium / Suite 200 & 420 | Torrance | CA | 90505 | Skypark RPR Associates II | $8,071.05 |
| 00314 | Indian Wells CA 314 | 74-890A Highway 111 / Indian Wells Village | Indian Wells | CA | 92210 | Indian Wells Village II, LP | $0.00 |
| 00315 | Yucca Valley CA 315 | 56351 29 Palms Hwy / Suite B | Yucca Valley | CA | 92284 | Jesus A. Gambea | $1,450.00 |
| 00324 | Pomona CA 324 | 3191 Temple Avenue / University Tech Center / Suite 220 | Pomona | CA | 91769 | Property Management Assoc. | $0.00 |
| 00338 | Walnut Creek CA 338 | 500 Ygnacio Valley Road / 500 Ygnacio / Suite 290 | Walnut Creek | CA | 94596 | Pacific Ygnacio Corporation | $8,708.25 |
| 00340 | Campbell Campbell CA 340 | 51 E. Campbell Avenue / Suite 170 & 120 | Campbell | CA | 95008 | Heritage Village Offices | $8,222.76 |
| 00340 | Campbell Campbell CA 340 | 51 E. Campbell Avenue / Suite 170 & 120 | Campbell | CA | 95008 | Heritage Village Offices | $5,464.00 |
| 00343 | Sioux Falls SD 343 | 3409 West 47th Street / Suite 102 | Sioux Falls | SD | 57106 | Diamond Properties | $1,900.00 |
| 00344 | Roseville CA 344 | 1508 Eureka Road / Eureka Corporate Center / Suite 275 | Roseville | CA | 95661 | Vintage Park, LLC c/o Citadel Equities Group | $0.00 |
| 00345 | Angels Camp CA 345 | 1239 South Main Street / PO Box 952 | Angels Camp | CA | 95222 | J. Timothy Lane | $1,800.00 |
| 00346 | Sonora CA 346 | 79 N. Washington Street | Sonora | CA | 95370 | R. Bruce Hicks | $940.00 |
| 00351 | Henderson NV 351 | 2370 Corporate Circle / Corporate Center V / Suite 200 | Henderson | NV | 89074 | Corporate Center V, L.L.C. | $0.00 |
| 00353 | Las Vegas NV 353 | 777 N. Rainbow Boulevard / 777 N. Rainbow Boulevard / Suite 345 | Las Vegas | NV | 89107 | Rainbow Corporate Center Limited Partnership | $0.00 |
| 00356 | Monterey CA 356 | 659 Abrego St | Monterey | CA | 93940 | Prudential California Realty, Monterey CA | $3,696.00 |
| 00356 | Monterey CA 356 | 659 Abrego St | Monterey | CA | 93940 | Frank Cappuccio | $2,300.00 |
| 00357 | Scottsdale Ventura 1 AZ 357 | 8700 E. Via de Ventura / Pabellon Office Building / Suite 150 | Scottsdale | AZ | 85258 | The Realty Assoc. Fund VIII, L.P. | $6,077.75 |
| 00361 | Modesto CA 361 | 1150 Ninth Street / Suite 1410 | Modesto | CA | 95354 | CAPAX Management & Insurance Services | $0.00 |
| 00367 | Reno NV 367 | 5470 Kietzke Lane / Mountain View Corporate Centre - Sierra Building / Suite 210 and 220 | Reno | NV | 89511 | Mountainview Corp. Centre Sierra LLC | $0.00 |
| 00367 | Reno NV 367 | 5470 Kietzke Lane / Mountain View Corporate Centre - Sierra Building / Suite 210 and 220 | Reno | NV | 89511 | MVCC Sierra, LLC | $0.00 |
| 00369 | Anaheim CA 369 | 2390 East Orangewood / Anaheim Corporate Plaza / Suite 105 | Anaheim | CA | 92806 | Anaheim Corporate Office Plaza, LP c/o Seligman Western Enterprises, Ltd | $0.00 |
| 00377 | Cerritos CA 377 | 17777 Center Court Drive / Cerritos Towne Center / Suite 125 | Cerritos County | CA | 90703 | Arden Realty Limited Partnership | $0.00 |
| 00515 | Gaithersburg MD 515 | 481 North Fredrick Avenue / Suite 420 | Gaithersburg | MD | 20877 | Guardian Realty Management, Inc. | $0.00 |

August 2007

Total Proposed Cure Amount $172,613.20

| Branch | Branch | Address | City | State | Zip | Landlord | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| 01309 | Maple Grove MN 1309 | 7767 Elm Creek Boulevard / Suite 220 | Maple Grove | MN | 55369 | Merchant Development, LLC c/o Great Lakes Management Company | $0.00 |
| 01310 | Scottsdale 3 AZ 1310 | 8700 East Vista Bonita / El Presidio at Pinnacle Peak / Suite 268 | Scottsdale | AZ | 85255 | El Presido | $5,939.38 |
| 01312 | Chandler AZ 01312 | 25 South Arizona Place / First Credit Union Corporate Center | Chandler | AZ | 85225 | First Credit Union | $14,638.17 |
| 01313 | Chaska MN 1313 | 1107 Hazeltine Boulevard / Hazeltime Gates Office Building / Suite 500 | Chaska | MN | 55318 | Hazeltine Gates, LLC | $4,165.33 |
| 01313 | Chaska MN 1313 | 1107 Hazeltine Boulevard / Hazeltime Gates Office Building / Suite 500 | Chaska | MN | 55318 | Hazeltine Gates, LLC | $1,992.83 |
| 02004 | Greenwood Village CO 2004 | 3555 Stanford Road / Stanford Plaza Office Building / Suite 220 | Fort Collins | CO | 80525 | Stanford Real Estate, LLC | $0.00 |
| 02005 | Littleton CO 2005 | 9200 West Cross Drive / Southwest Plaza Office Centre I / Suite 201 & 202 | Littleton | CO | 80123 | Southwest Plaza LLC | $0.00 |
| 02017 | Cedar Rapids IA 2017 | 3053 Center Point Road NE / Suite A | Grand Rapids | IA | 52402 | Hey Jude, PTRS | $3,475.00 |
| 02020 | Des Moines University IA 2020 | 6600 University Ave | Des Moines | IA | 50311 | Re/Max Real Estate Group | $4,500.00 |
| 02025 | Boise ID 2025 | 8850 W. Emerald Street / Dorado Plaza / Suite 104 | Boise | ID | 87304 | DBSI - Dorado-09 | $0.00 |
| 02039 | Bloomington MN 2039 | 1600 West 82nd Street / Southpoint East / Suite 110 | Bloomington | MN | 55431 | United Properties Invest - (SPOC) | $0.00 |
| 02045 | Missoula MT 2045 | 1802 Dearborn Avenue / Butler Plaza Building / Suite 102 & 202 | Missoula | MT | 59801 | DJ, LLC | $0.00 |
| 02045 | Missoula MT 2045 | 1802 Dearborn Avenue / Butler Plaza Building / Suite 102 & 202 | Missoula | MT | 59801 | DJ, LLC | $0.00 |
| 02057 | Gresham OR 2057 | 320 North Main / Kohler Building / Suite 207 | Gresham | OR | 97030 | Kohler Properties | $0.00 |
| 02058 | Portland OR 2058 | 10220 SW Greenburg Road / Three Lincoln Center / Suite 245 | Portland | OR | 97223 | Lincoln Center LLC | $0.00 |
| 02072 | Lakewood WA 2072 | 5808 100th Street / Lone Tree Plaza | Lakewood | WA | 98499 | Ram International I, L.L.C. | $4,893.33 |
| 02082 | Greensboro NC 2082 | 3717 National Drive / Camden / Suite 106 | Raleigh | NC | 27612 | Glenwood Place Ventures | $0.00 |
| 02095 | Iowa Area IA 2095 | 2829 Westown Parkway / Westridge III Office Building / Suite 220 | West Des Moine | IA | 50266 | Westridge II & III, L.L.C. | $0.00 |
| 02125 | Eagle Ops 2125 | 738 S. Bridgeway Place / The Gemstar Building | Eagle | ID | 83616 | Gemstar Propertis, L.L.C. | $0.00 |
| 02130 | The Woodlands TX 2130 | Twenty One Waterway Avenue / Twenty One Waterway Avenue / Suite 450 | The Woodlands | TX | 77380 | Lockbox 203494, Ohio Public Employees Retirement Services | $0.00 |
| 02144 | Salt Lake City UT 2144 | 6415 South 3000 Est / The Old Mill Business Centre II / 2nd Floor | Salt Lake City | UT | 84121 | Old Mill Shefflin, LLC | $0.00 |
| 02162 | Yakima WA 2162 | 917 Triple Crown Way / Suite 100 | Yakima | WA | 98908 | 917 Triple Crown L.L.C. | $0.00 |
| 02163 | Flowermound TX 2163 | 3305 Long Prarie Road / Sagebrush West Office Park / Suite 115 & 120 | Flower Mound | TX | 75022 | M & L Sagebrush West, Ltd. | $0.00 |
| 02163 | Flowermound TX 2163 | 3305 Long Prarie Road / Sagebrush West Office Park / Suite 115 & 120 | Flower Mound | TX | 75022 | M & L Sagebrush West, Ltd. | $0.00 |
| 02169 | Caldwell ID 2169 | 2805 Blaine Street / The Willows / Suite 140 | Caldwell | ID | 83605 | The Willows LLC | $1,800.00 |
| 02170 | Kirkland WA 2170 | 401 Parkplace / Kirkland Parkplace / Suite 305 | Kirkland | WA | 98033 | Sylvan S. Shulman Company-Kirkland, L.L.C. | $0.00 |
| 02171 | Albuquerque Uptown NM 2171 | 6000 Uptown Boulevard / 6000 Uptown / Suite 104 | Albuquerque | NM | 87110 | 6000 Uptown Partners, LLC c/o Pacific Western Bank | $0.00 |
| 02188 | Bellingham WA 2188 | 1756 Iowa Street | Bellingham | WA | 98229 | Iowa Street LLC | $0.00 |
| 02193 | Sherwood OR 2193 | 20510 Roy Rogers Road / Hunters Ridge / Unit 130 | Sherwood | OR | 97140 | Dante R. Marrocco | $0.00 |
| 02199 | St. Louis MO 2199 | 4409 Meramec Bottom Road / Suite B | St. Louis | MO | 63129 | McLain Partners II | $0.00 |
| 02205 | Frisco TX 2205 | 2595 Dallas Parkway / Suite 204 | Frisco | TX | 75034 | Hall Stonebriar One Associates, Ltd. | $0.00 |
| 02218 | Tampa FL 2218 | 1511 N Westshore Boulevard / Tower Place / Suite 720 | Tampa | FL | 33607 | Highwoods Properties, Inc., Trustee: attn. Lease Administrator | $6,432.63 |
| 02227 | Coeur d'Alene ID 2227 | 1221 Ironwood Drive | Coeur d'Alene | ID | 83815 | Ironwood Properties Associates, LLC | $0.00 |

August 2007

Total Proposed Cure Amount $172,613.20

| Branch | Branch | Address | City | State | Zip | Landlord | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| 02228 | Spokane WA 2228 | 818 West Riverside Avenue / Lincoln Plaza / 818 West Riverside Avenue | Spokane | WA | 99201 | Goodale and Barbieri | $11,489.00 |
| 02230 | Portland OR 2230 | 700 N.E. Multnomah / Lloyd 700 Building / Suite 450/451 | Portland | OR | 97232 | Lloyd district Properties, L.P. | $0.00 |
| 02230 | Portland OR 2230 | 700 N.E. Multnomah / Lloyd 700 Building / Suite 450/451 | Portland | OR | 97232 | Lloyd district Properties, L.P. | $0.00 |
| 02401 | Honolulu HI 02401 | 737 Bishop Street / Pacific Guardian Center - Mauka Tower / Suite 2110 and 2115 | Honolulu | HI | 96813 | Pacific Gaurdian Center | $0.00 |
| 02402 | Sacramento CA 2402 | 1610 Arden Way / Point West Corporate Centre / Suite 275 | Sacramento | CA | 95815 | EOP Point W Corp Center - Dept. 14791 - 25691 | $0.00 |
| 02411 | Kapolei HI 2411 | 1001 Kamokila Boulevard / James Campbell Building / Suite 106 | Kapolei | HI | 96707 | James Cambell Company, LLC | $0.00 |
| 02415 | Edmonds WA 2415 | 14961 Chain Lake Road / Suite 149 | Monroe | WA | 98272 | Re/Max Metro | $2,700.00 |
| 02421 | Wailuku HI 2421 | 2200 Main Street / Suite 640/650 | Waoluku | HI | 96793 | Nursefinders, Inc | $0.00 |
| 02421 | Wailuku HI 2421 | 2200 Main Street / Suite 640/650 | Waoluku | HI | 96793 | One Main Plaza | $0.00 |
| 02422 | Kapaa HI 2422 | 4-361 Kuhio Highway / Wail Shopping Plaza / Suite 105 | Kapaa | HI | 96746 | Wailua Shopping Plaza | $1,572.50 |
| 02626 | Charleston SC 2626 | 2000 Sam Rittenberg Blvd / Suite 3009 | Charleston | SC | 29407 | Charlotte D. Harrell, LLC | $0.00 |
| 02732 | Cornelius NC 2732 | 19930 West Catawba Avenue / Suite 140 | Corneluis | NC | 28031 | St. Andrews Place, LLC | $5,250.00 |
| 02773 | Hilton Head Island SC 2773 | 10 Executive Park Road / Suite 101 | Hilton Head Islar | SC | 29928 | JenMo, LLC | $0.00 |
| 02821 | Miami FL 2821 | 12751 & 12753 South Dixie Highway / Southpark Centre | Miami | FL | 33156 | American Comm. Realty Corp. | $7,199.27 |
| 02828 | Sarasota Tamiami FL 2828 | 950 South Tamiami Trail / Suite 208 & 210 | Sarasota | FL | 34236 | The Byron Company | $0.00 |
| 02828 | Sarasota Tamiami FL 2828 | 950 South Tamiami Trail / Suite 208 & 210 | Sarasota | FL | 34236 | The Byron Company | $0.00 |
| 02829 | Plantation FL 2829 | 801 South University Drive / The Fountains / Bay A-139 | Plantation | FL | 33324 | Inland Southeast Property Management Corp. | $0.00 |
| 02940 | Miami FL 2940 | 200 South Biscayne Blvd / Wachovia Financial Center / Floor 19 | Miami | FL | 33131 | SRI Miami Venture, LP c/o Principal Real Estate Investors, Equities - Eastern Regional | $4,672.50 |
| 02942 | Lahaina HI 2942 | 222 Papalaua Street / Anchor Square / Unit 205 | Lahaina | HI | 96761 | Laguna Palm Group | $698.75 |
| 02950 | Palm Beach Gardens FL 2950 | 4100 RCA Boulevard / Suite 100 | Palm Beach Gar | FL | 33410 | Watterson & Zappolo, P.A. | $0.00 |
| 02951 | Coral Gables FL 2951 | 4621 Ponce De Leon Blvd / 4S Products Building | Coral Gables | FL | 33134 | SLO, LLO | $7,916.67 |
| 03311 | Woodbury MN 3311 | 6043 Hudson Road / Suite 100 | Woodbury | MN | 55125 | 6043 Hudson Road, LLC | $0.00 |
| 03313 | Riverside CA 3313 | 5225 Canyon Crest Drive / Canyon Crest Towne Center / Suite 309 | Riverside | CA | 92507 | Canyon Crest Towne Center, LLC | $2,732.85 |
| 03315 | Elk Grove CA 3315 | 9355 E. Stockton Blvd | Elk Grove | CA | 95624 | Keller Williams | $0.00 |
| 03315 | Elk Grove CA 3315 | 9355 E. Stockton Blvd | Elk Grove | CA | 95624 | Keller Williams | $0.00 |
| 03323 | Tenderfoot CO 3323 | 2630 Tenderfoot Hill St / Suite 202 | Colorado Springs | CO | 80906 | Lake Point Enterprises, LLC | $0.00 |
| 03323 | Tenderfoot CO 3323 | 2630 Tenderfoot Hill St / Suite 202 | Colorado Springs | CO | 80906 | Lake Point Enterprises, LLC | $0.00 |
| 03330 | Layton UT 3330 | 920 West Heritage Park Blvd / Manor House / Suite 240 at 880 West Heritage / Suite 200-A | Layton | UT | 84041 | Manor House Development | $0.00 |
| 03334 | Helena MT 3334 | 825 Great Northern Blvd / Expedition Office Business Center / Suites 311 & 312 | Helena | MT | 59601 | Level Four Leasing | $0.00 |
| 03335 | Lafayette LA 3335 | 318B Guilbeau Road | Lafayette | LA | 70508 | C & H Properties, LLC | $0.00 |