RICHARD H. GRAY, ESQ. (SBN 53641)
RADER, RADER, GOULART & GRAY
2617 "K" Street, Suite 200
Sacramento, CA 95816-5185
Telephone: (916) 446-7577
Facsimile: (916) 446-1057

Attorneys for Creditor
Vintage Park, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

-oOo-

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br>CASE NO. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Doc. Ref. Nos. 137 and 357<br><br>Cure Objection Deadline: 09/07/07 at 4 p.m.<br>Hearing Date: 09/17/07 at 12:00 Noon |

## **CURE AMOUNT OBJECTION**

**NOTICE IS HEREBY GIVEN** that Vintage Park, LLC, as the lessor under that certain written lease dated September 23, 2004 between Vintage Park, LLC, as landlord, and American Home Mortgage Corp., as tenant, for the commercial property located at 1508 Eureka Road, Roseville, California 95661, hereby objects to the debtor's proposed cure amount as set forth in the debtors' notice dated August 28, 2007.

Specifically, the debtors' proposed cure amount is for $0.00. In fact, as is set forth in the attached Declaration of Michelle Marden, American Home Mortgage Corp. owes the sum of $12,641.34 to Vintage Park, LLC, which amount consists of the following:

(1) Monthly base rent for August 2007 in the amount of $5,903.06;

(2) Common Area charges for August 2007 in the amount of $116.63;

(3) Late charge for August 2007 in the amount of $601.96;

1  (4)  Monthly base rent for September 2007 in the amount of $5,903.06; and

2  (5)  Common Area charges for Sepetmber 2007 in the amount of $116.63.

Based on the foregoing, Vintage Park, LLC requests that the debtors' proposed cure amount for the Eureka Road property be amended to reflect that the sum of $12,641.34 is to be paid to Vintage Park, LLC.

RADER, RADER, GOULART & GRAY LLP

Dated: September 5, 2007   By: _____
RICHARD H. GRAY, Attorneys for Creditor
Vintage Park, LLC

CURE AMOUNT OBJECTION

E:\Wp-Tammy\Citadel\American\CURE AMOUNT OBJECTION.wpd