**DECLARATION OF MICHELLE MARDEN
IN SUPPORT OF CURE AMOUNT OBJECTION**

I, Michelle Marden, declare as follows:

1. I am an employee of Citadel Equities Group, and am the Project Manager for the commercial real property known as Eureka Corporate Center, located at 1508 Eureka Road, Roseville, California 95661. Said property includes the premises known as 1508 Eureka Road, Suite 275, which was until recently occupied by debtor American Home Mortgage Corp. pursuant to a written lease dated September 23, 2004. A true and correct copy of said lease is attached hereto as Exhibit "A".

2. Pursuant to the terms of the lease, and in particular paragraph 38 of the Second Addendum dated November 1, 2005, debtor was to pay monthly base rent of $5,903.06 per month, beginning as of November 2006. In addition, by the terms of paragraph 5.3 of the lease, debtor was obligated to pay "project operating costs," including common area charges, which amount to $116.63 per month. Finally, by the terms of paragraph 6 of the lease, debtor was obligated to pay a late charge equal to ten percent (10%) of any installment of rent or other charges which was not received within ten days from the date payment became due.

3. As reflected in the attached Tenant Ledger (Exhibit "B"), debtor American Home Mortgage is currently in default under the terms of the lease as follows:

| | |
|---|---|
| Monthly base rent for August 2007 | $ 5,903.06 |
| Common area charges for August 2007 | $    116.63 |
| Late charge for August 2007 | $    601.96 |
| Monthly base rent for September 2007 | $ 5,903.06 |
| Common area charges for September 2007 | $    116.63 |
| Total | $12,641.34 |

4. I make the foregoing declaration of my own personal knowledge and could testify competently thereto if called upon to do so.

I declare under penalty of perjury that the foregoing Declaration is true and correct under the laws of the State of California and that this Declaration was executed by me on September 5th, 2007 at Roseville, California.

/s/ Michelle Marden
Michelle Marden

3

CURE AMOUNT OBJECTION