## DECLARATION OF SERVICE

I am a citizen of the United States and am employed in Sacramento County, California. I am over the age of eighteen (18) years and not a party to the within above-entitled action. My business address is 2617 "K" Street, Suite 200, Sacramento, California 95816.

On this date I served a true copy of the following document(s) on each person named immediately below this declaration:  ***CURE AMOUNT OBJECTION***

[ ]  **By First-Class Mail**, in accordance with Code of Civil Procedure §1013(a), by placing said copy(ies) enclosed in a sealed envelope in a designated area for outgoing mail, addressed as shown below. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage thereon fully prepaid.  [ ] **via certified mail, return receipt requested.**

[ ]  **By Facsimile Transmission** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile number(s) indicated.

[X]  **By Federal Express** in accordance with Code of Civil Procedure §1013(c), by causing said document(s) to be placed in a sealed envelope designated by Federal Express with delivery fees paid or provided for, addressed in the manner set forth immediately below this declaration, and then
    [ ]  depositing said envelope in a box or other facility regularly maintained by Federal Express, an express service carrier.
    [X]  delivering said envelope to an authorized courier or driver authorized by Federal Express, an express service carrier, to receive documents.

[ ]  **By Personal Delivery** in accordance with Code of Civil Procedure §1011 to the person(s) and at the address(es) set forth below.

[X]  **Federal.** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 5, 2007, at Sacramento, California.

_____
TAMMY L. ROSS

Alan Horn, Esq.
American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY 11747
*General Counsel for American Home Mtg.*

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West St., 17th Fl.
Wilmington, DE 19801
(302) 571-6600 / Fax: (302) 571-1253
*Counsel for Debtors*

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye St., NW, Suite 800
Washington, DC 20006
(202) 367-3000 / Fax: (202) 367-3001

Curtis Hehn, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
919 N. Market St., 17th Fl.
Wilmington, DE 19801
(302) 652-4100 / Fax: (302) 652-4400
*Counsel to IMB*

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard St.
San Francisco, CA 94105
(415) 773-5700 / Fax: (415) 773-5759
*Counsel to IMB*