IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| | ) Re: Docket No. 681 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF AMENDED CERTIFICATE OF SERVICE [DOCKET NO. 675]

Ashby & Geddes, P.A., Delaware Counsel to DB Structured Products, Inc. in the above-captioned case, hereby withdrawals the *Amended Certificate of Service* (Docket No. 675). Docket No. 675 was filed with the incorrect caption and therefore needs to be withdrawn. The Amended Certificate of Service will be immediately refiled with the appropriate caption.

Dated: September 11, 2007

ASHBY & GEDDES

/s/ Amanda Winfree
William P. Bowden (#2553)
Don A. Beskrone (#4380)
Gregory A. Taylor (4008)
Amanda M. Winfree (#4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654.1888
Facsimile: (302) 654-2067

-and-

BINGHAM McCUTCHEN LLP
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

*Counsel to DB Structured Products, Inc.*

126896v1