IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
CASE NO.: Case No. 07-11047 (CSS)

In re:

Jointly Administered

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation,
et al.

Debtors,

_____/

## CURE OBJECTION BY LANDLORD (BRANCH 02950) PALM BEACH GARDENS, FLORIDA

**PURSUANT** to this Court's Notice of Assumption and Assignment of Certain Real Property Leases.... and Proposed Cure Obligations dated August 28, 2007, Watterson & Zappolo, P.A. ("LANDLORD") files this cure objection and states:

1. LANDLORD is listed in "EXHIBIT A Proposed Cure Amounts" to the "Notice of Assumption and Assignment of Certain Real Property Leases....".

2. LANDLORD's property is listed as Branch 02950 and the property is located at 4100 RCA Boulevard, Palm Beach Gardens, FL 33410. The proposed cure amount is $0.00. That amount is inaccurate for the reasons set forth below.

3. Appropriate documentation in support of this cure objection is attached:
   a. Landlord and Tenant Agreement between American Home Mortgage Corp. as Tenant and Watterson & Zappolo, P.A. as Landlord.
   b. Statement dated 06/30/2007 to AMERICAN HOME MORTGAGE RE: SHARED EXPENSES and resulting in a total balance due of $937.14.
   c. Statement dated 07/31/2007 to AMERICAN HOME MORTGAGE RE: SHARED EXPENSES showing a balance due of $2,557.53.
   d. Statement dated 8/31/2007 to AMERICAN HOME MORTGAGE RE: SHARED EXPENSES showing a balance due of $3,627.60.

4.     LANDLORD is a law firm and tenant leases a portion of LANDLORD'S space under a "sharing space" arrangement described in the Lease. Pursuant to the Lease, Exhibit "C" thereto, certain costs are billed to Tenant on a monthly basis that relate to the maintenance, janitorial and various sundry items are proportionately shared by LANDLORD and Tenant. Tenant's share of such expenses is 37%. LANDLORD has billed such expenses to Tenant on a monthly basis, and Tenant has paid with the above exceptions resulting in AN AMOUNT DUE LANDLORD OF $3,627.60.

5.     Pursuant to the terms of the Lease, paragraph 5 thereof, the above expenses are ADDITIONAL RENT and the nonpayment of the Tenant is a default under the Lease. Pursuant to paragraph 43 of the Lease, "EVENTS OF DEFAULT" the nonpayment of the above sums is a default. Pursuant to paragraph 43, "REMEDIES ON DEFAULT", Tenants default on the payment of rent, or additional rent, yields remedies to LANDLORD which has been restrained from access to such remedies by this Court's orders. The total amount due to LANDLORD (exclusive of September rent which has not been paid in the amount of $10,622.00) is the sum of $3,627.60.

WHEREFORE, LANDLORD objects to the proposed cure amounts of $0.00 and respectfully submits that the accurate cure amount is the sum of $3,627.60.

DATED this 6th day of September, 2007.

WATTERSON & ZAPPOLO, P.A.
LANDLORD

By: _____
Terence J. Watterson, President

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 6th day of September, 2007 by Terence J. Watterson, President of Watterson & Zappolo, P.A., who is personally known to me.

_____
MANDY SOLIMAN
NOTARY PUBLIC
STATE OF FLORIDA
Commission #: DD310453
My Commission Expires: 4/17/08

MANDY SOLIMAN
MY COMMISSION # DD310453
EXPIRES: April 17, 2008
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY

Copies furnished:
James L. Patton, Jr., Young Conaway, et al., The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801
Alan Horn, General Counsel, American Home Mortgage Holdings, inc., 538 Broadhollow Road, Melville, NY 11747
Jeffrey M. Levine, Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006
Curtis Hehn; Pachulski, Stang, et al., 919 North Market Street, 17th Floor, Wilmington, DE 19899
Frederick D. Holden, Jr., Orrick, Herrington, et al, The Orrick Building, 405 Howard Street, San Francisco, CA 94105

\\Server1\cpshare\cpwin\HISTORY\070806_0001\1FEC.02(268.036)mgs-doc2