# WATTERSON
# & ZAPPOLO, P.A.

**www.wattersonlaw.com**

AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE  NY  11747

Page: 1
06/30/2007
ACCOUNT NO:    3105-000E
STATEMENT NO:    2

RE:  SHARED EXPENSES

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $988.45 |
| 06/07/2007 | Maintenance & Repair - Office: Southern Maintenance High Rise Services ($47.93) | 17.73 |
| 06/07/2007 | Maintenance & Repair - Office: Hill York Service Group ($366.63) | 135.73 |
| 06/07/2007 | Common Area Supplies: Tylander's Office Supply ($5.80) | 2.14 |
| 06/07/2007 | Maintenance & Repair - Office: Coverall North America, Inc.($175.94) | 65.09 |
| 06/08/2007 | Common Area Supplies: Dawn Newell: Costco Sodas ($53.23) | 19.70 |
| 06/08/2007 | Common Area Supplies: DAWN NEWELL: mouthwash Publix ($3.59) | 1.41 |
| 06/15/2007 | Kitchen Supplies: Zephyrhills Natural Spring Water ($88.45) | 32.72 |
| 06/15/2007 | Utility - Electric: Florida Power and Light ($1214.75) | 449.45 |
| 06/19/2007 | Common Area Supplies: DAWN NEWELL: soda's Costco ($54.51) | 20.17 |
| 06/21/2007 | Miscellaneous: American Express: AHM Sign | 193.00 |
| | TOTAL ADVANCES | 937.14 |
| | TOTAL CURRENT WORK | 937.14 |
| 06/18/2007 | Payment received:  Check # 0313813 | -988.45 |
| | BALANCE DUE | $937.14 |
| | PLEASE REMIT:  TOTAL BALANCE DUE | $937.14 |



EXHIBIT

B

TERMS:  BALANCE DUE SEPTEMBER 17, 2007
IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT US IMMEDIATELY
***Please reference 3105.000 on your payment***

4100 RCA Boulevard • Palm Beach Gardens, FL 33410 • Telephone 561.627.5000 • Facsimile 561.627.5600