# WATTERSON
# & ZAPPOLO, P.A.

www.wattersonlaw.com

 

|  |  |
|---|---|
| AMERICAN HOME MORTGAGE | Page: 1 |
| 538 BROADHOLLOW ROAD | 07/31/2007 |
| MELVILLE NY 11747 | ACCOUNT NO: 3105-000E |
|  | STATEMENT NO: 3 |

RE: SHARED EXPENSES

| Date | Description | Amount |
|---|---|---|
|  | PREVIOUS BALANCE | $937.14 |
|  | Returned Check Fee | 25.00 |
|  | TOTAL EXPENSES THRU 07/31/2007 | 25.00 |
| 07/05/2007 | Common Area Supplies: ARAMATIC - ($140.37) | 51.94 |
| 07/09/2007 | Maintenance & Repair - Office: COVERALL NORTH AMERICA, INC - June ($1011.75) | 374.34 |
| 07/09/2007 | Common Area Supplies: Zephyrhills Water ($112.26) | 41.53 |
| 07/10/2007 | Common Area Supplies: DAWN NEWELL - Office Supplies - ($51.26) | 18.97 |
| 07/10/2007 | Common Area Supplies: DAWN NEWELL - Soda's - ($78.44) | 29.02 |
| 07/17/2007 | Maintenance & Repair - Office: Coverall of Palm Beach - July ($1011.75) | 374.34 |
| 07/17/2007 | Utility - Electric: Florida Power and Light ($1380.17) | 510.66 |
| 07/17/2007 | Maintenance & Repair - Office: Southern Maintenance High-Rise Services, - July maintenace ($47.93) | 17.73 |
| 07/20/2007 | Maintenance & Repair - Office: Hill York Service Corp. July Maintenance - ($366.63) | 135.65 |
| 07/30/2007 | Common Area Supplies: Colleen Schroeder - soda's & office supplies - ($111.39) | 41.21 |
|  | TOTAL ADVANCES | 1,595.39 |
|  | TOTAL CURRENT WORK | 1,620.39 |
|  | BALANCE DUE | $2,557.53 |
|  | YOUR ACCOUNT IS 30 DAYS PAST DUE. |  |
|  | PLEASE REMIT: TOTAL BALANCE DUE | $2,557.53 |

TERMS: BALANCE DUE AUGUST 17, 2007
IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT US IMMEDIATELY
***Please reference 3105.000 on your payment***

EXHIBIT
C

4100 RCA Boulevard • Palm Beach Gardens, FL 33410 • Telephone 561.627.5000 • Facsimile 561.627.5600