# WATTERSON
# & ZAPPOLO, P.A.

www.wattersonlaw.com

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| AMERICAN HOME MORTGAGE |  | 08/31/2007 |
| 538 BROADHOLLOW ROAD | ACCOUNT NO: | 3105-000E |
| MELVILLE NY 11747 | STATEMENT NO: | 4 |

RE: SHARED EXPENSES

|  |  |  |
|---|---|---|
|  | PREVIOUS BALANCE | $2,557.53 |
| 08/06/2007 | Common Area Supplies: Zephyrhills Natural Spring Water ($117.41) | 43.44 |
| 08/06/2007 | Common Area Supplies: COVERALL NORTH AMERICA, INC ($1011.75) | 374.34 |
| 08/10/2007 | Utility - Electric: Florida Power and Light ($1,348.43) | 498.91 |
| 08/10/2007 | Maintenance & Repair - Office: Southern Maintenance High-Rise Services ($47.93) | 17.73 |
| 08/20/2007 | Maintenance & Repair - Equipment: Hill York Service Corp. ($366.63) | 135.65 |
|  | TOTAL ADVANCES | 1,070.07 |
|  | TOTAL CURRENT WORK | 1,070.07 |
|  | BALANCE DUE | $3,627.60 |
|  | YOUR ACCOUNT IS 60 DAYS PAST DUE. |  |
|  | PLEASE REMIT: TOTAL BALANCE DUE | $3,627.60 |



TERMS: BALANCE DUE SEPTEMBER 17, 2007
IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT US IMMEDIATELY
***Please reference 3105.000 on your payment***

4100 RCA Boulevard • Palm Beach Gardens, FL 33410 • Telephone 561.627.5000 • Facsimile 561.627.5600