September 6th, 2007                    Certified Mail - Return Receipt Requested

Clerk of the Court
United States Bankruptcy Court for the District of Delaware
824 N. Market Street
3rd Floor
Wilmington, Delaware 19801

Copy by Certified Mail, Return Receipt Requested

James L. Patton, Jr. et. al.
Young, Conway, Stargatt, & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Re: Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., a Delaware corporation, et. al., Debtors
NOTICE of MOTION ("Motion") to (1). terminate the non-qualified Deferred
Compensation Plan....("Plan") and (2). .....Return Debtor's Assets Held in Trust to the
Debtor's Estates....  (Copy of "Motion" attached as Attachment 'A')

Dear Clerk of the Court,

Please register this Objection to the above styled Motion (reference copy attached) based upon the following statements:

1. I have been a participant in this employer provided Deferred Compensation Plan from January 1, 2006, until August 3, 2007.
2. I have deferred over $50,000 in direct commission earnings to the Plan.
3. I am not, nor ever have been, an officer, manager, or executive of the Debtor.
4. All contributions to the plan were payroll deducted and were from direct commissions earned while in the full time employment of the debtor.
5. These funds represent a substantial part of my personal retirement program. Since I am 62 years old, I no longer have the ability to replicate this amount of retirement savings.
6. Granting of the above motion will cause irreparable financial harm to myself and my family.

Based upon the above statements, I respectfully request that the above "Motion" be denied until a fair settlement is presented to and accepted by the "Plan" participants.

Sincerely,

George E. Hart, HART6825, 4541 Patrick Dr, Kennesaw, GA 30114