IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | RE: Docket No. 510 |

OBJECTION OF DDRTC SOUTHERN PINES MARKETPLACE LLC TO SECOND
MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON
CERTAIN FURNITURE, FIXTURES AND EQUIPMENT

DDRTC Southern Pines Marketplace LLC, as successor in interest to Inland Mid-Atlantic Management Corp., hereby objects to the relief requested in the *Debtors' Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment* (the "Second Motion") (Docket # 510) and respectfully states as follows:

1.  DDRTC Southern Pines Marketplace LLC (the "Landlord") is a party to an unexpired lease with American Home Mortgage Corp.[1] (the "Debtor") for non-residential real property located in a shopping center in Southern Pines, North Carolina.

2.  On August 6, 2007 (the "Petition Date"), the Debtor and its affiliates (the "Debtors") filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 (the "Bankruptcy Code") of the United States Code.

3.  On or about August 15, 2007, the Debtors filed a motion requesting that the Court enter an order approving procedures regarding the assumption and assignment

---

[1] American Home Mortgage Corp is an assignee of Washington Mutual Bank FA, the original party to the Lease.

of certain leases of the Debtors (the "Motion (Docket No. 183). The subject leased location was included on the corrected exhibit to the motion (Docket No. 190). On August 21, 2007, the Landlord filed its response to the motion and objected to the relief requested therein (Docket No. 260). At the hearing on the motion, the Debtor advised the Court that the subject lease was to be removed from the list of properties covered by the motion.

4. Despite the removal of this lease from the motion referenced in paragraph 3 herein, Landlord was contacted on August 28, 2007 by agents for the Debtors seeking to gain access to the leased location in order to remove furniture, equipment and confidential personal information. Landlord, by and through its counsel, confirmed with counsel for the Debtors that these parties were authorized to gain access to the premises.

5. Subsequently, the Landlord has discovered that the Debtors are not operating at the subject location but have purportedly subleased the location to Sun Trust Mortgage. The Landlord has not received amounts due for periods after the Petition Date.

## OBJECTION

6. The Landlord objects to the relief requested in the Motion to the extent that the order provides for an effective date of rejection that predates entry of such order by the Court authorizing such rejection.

7. Further, the Landlord objects to any relief requested in the Motion that would preclude the Landlord from obtaining, as an administrative expense claim, amounts entitled to administrative priority pursuant to applicable provisions of the Bankruptcy Code, such as, but not limited to, amounts due under the lease for August and

September 2007 and for all periods of time up to the surrender of the leased premises to the Landlord free of furniture, equipment and confidential personal information.

8. Finally, the Landlord objects to the Motion to the extent that the relief requested limits any claim that the Landlord would have for damages flowing from the subleasing and subsequent rejection of the lease by the Debtors.

Dated: September 11, 2007

                    BENESCH, FRIEDLANDER,
                    COPLAN & ARONOFF LLP

By: /s/ Raymond H. Lemisch
     Raymond H. Lemisch (No. 4204)
     222 Delaware Avenue, Suite 801
     Wilmington, DE 19801
     Phone: 302-442-7010
     Facsimile: 302-442-7012
     E-mail: rlemisch@bfca.com

     Counsel to DDRTC Southern Pines Marketplace LLC, as successor in interest to Inland Mid-Atlantic Management Corp.