IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## CERTIFICATION OF SERVICE

I, RAYMOND H. LEMISCH, ESQUIRE, hereby certify that on September 11, 2007, I caused to be served a true and correct copy of the foregoing document via hand delivery and/or electronic notice upon Kenneth J. Enos, Esq., Young Conaway Stargatt & Taylor, LLP 1000 West Street, 17th Floor Wilmington, DE 19801.

Benesch Friedlander Coplan & Aronoff, LLP

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@bfca.com

Counsel to DDR Southern Pines Marketplace LLC

1467481_1