IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER GRANTING PRO HAC VICE MOTION
## FRANKLIN H. TOP, III, ESQUIRE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Franklin H.

Top, III is granted.

Date:_____

_____
Christopher S. Sontchi
United States Bankruptcy Judge

WIL:68680.1/1-102017