**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of September, he caused true and correct copies of the foregoing Subpoena **Motion and Order for Admission Pro Hac Vice of Franklin H. Top, III** to be served on all counsel of record via e-file:

/S/ Todd C. Schiltz
Todd C. Schiltz (#3253)

Date:   September 11, 2007