## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, et al., | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Francis A. Monaco, Jr., Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Richard S. Miller, Esquire of the law firm Kirkpatrick & Lockhart Preston Gates Ellis LLP to represent Barclays Bank PLC and Barclays Capital Inc. The Admittee is admitted, practicing, and in good standing of the bar of the State of New York.

Francis A. Monaco, Jr. #2078
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
T: (302) 252-4340

Motion Granted.

BY THE COURT:

Dated: _____        _____

United States Bankruptcy Judge

WCSR 3650571v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District Court for the District of Delaware

Richard S. Miller, Esq. (RM-2428)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900 (telephone)
(212) 536-3901 (facsimile)

WCSR 3650571v1