UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) ) AMERICAN HOME MORTGAGE ) HOLDINGS, INC. ) ) Debtor. ) ) | Chapter 11 Case No. 07-11047 |

**CERTIFICATE OF SERVICE**

I, R. Frederick Linfesty, hereby certify that on September 11, 2007, the Notice of Appearance and Request for Service of Papers on behalf of Iron Mountain Information Management, Inc. was electronically filed. I further certify that true and correct copies have been served on September 11, 2007 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Dated: September 11, 2007        /s/ R. Frederick Linfesty
R. Frederick Linfesty
Bankruptcy@ironmountain.com
745 Atlantic Avenue
Boston, MA  02111
Tel. (617) 535-2980
Fax. (617) 451-0409