IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------   x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                 :   Jointly  Administered
                  Debtors.                                       :
------------------------------------------------------------------   x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 31 day of August 2007 he caused a copy of the following document(s):

      Amended Agenda of Matters Scheduled for Hearing [Docket No. 537]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _____ day of September 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | |
|---|---|---|
| **FROM:** Debbie Laskin | **DATE:** | AUGUST 31, 2007 |
| **PHONE:** 302-571-6710 | **CLIENT MATTER:** | 066585.1001 |

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| A.G. Edwards & Sons, Inc. | Attn:  Jonathan Griffith | | |
| Benjamin C. Ackerly, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| David G. Aelvoet, Esq. | Linebarder Goggan Blair & Sampson, LLP | 210-225-6763 | 210-225-6410 |
| John Ashmead, Esq. | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Doria Bachenheimer | Securities and Exchange Commission | | 212-336-1320 |
| Elizabeth Banda, Esq. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | 817-461-3344 | 817-860-6509 |
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Michael J. Barrie | Schnader Harrison Segal & Lewis LLP | 302-888-4554 | 302-888-1696 |
| Karen C. Bifferato, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Peter Bilowz, Esq.. | Goulston & Storrs, P.C. | 617-574-4128 | 617-574-4112 |
| Brian W. Bisignani | Post & Schell, PC | | 717-731-1985 |
| Joseph J. Bodnar, Esq. | Law Offices of Joseph J. Bodnar | 302-656-8162 | 302-656-2769 |

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
**1000 WEST STREET, 17TH FLOOR**
**Wilmington, Delaware  19801**
**P.O. Box 391**
**Wilmington, Delaware  19899-0391**

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| William P. Bowden, Esq. | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Mark A. Broude, Esq. | Latham & Watkins LLP | 212-906-1200 | 212-751-4864 |
| Charles J. Brown, III, Esquire | Harvey Pennington, LTD | 302-428-0719 | 302-428-0734 |
| Michael Busenkell | Eckert Seamans Cherin & Mellott, LLC | | 302-425-0432 |
| John Capitano | Kennedy Covington Lobdell & Hickman | | 704-353-3109 |
| William E. Chipman, Jr., Esq. | Edwards Angell Palmer & Dodge LLP | 302-777-7770 | 302-777-7263 |
| Joseph Cioffi, Esquire | Davis & Gilbert LLP | | |
| Ronald L. Cohen, Esquire | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Alison Conn | Securities and Exchange Commission | | 212-336-1320 |
| Nancy Connery, Esq. | Schoeman, Updike & Kaufman, LLP | | 212-687-2123 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Donna Culver, Esq. | Morris, Nichols, Arsht & Tunnell | 302-658-9200 | 302-658-3989 |
| Teresa K.D. Currier, Esq. | Buchanan Ingersoll & Rooney P.C. | 302-428-5500 | 302-428-3996 |
| Mary DeFalaise, Esq. | U.S. Department of Justice | | 202-307-0494 |
| John Dillman | Linebarger Goggan Blair & Sampson, LLP | | 713-844-3503 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| Alyssa Englund | Orrick Herrington & Sutcliffe LLP | | 212-506-5151 |
| J. Cory Falgowski, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Brett D. Fallon, Esquire | Morris James LLP | 302-888-6800 | 302-571-1750 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Mark E. Felger, Esquire | Cozen & O'Connor | 302-295-2000 | 302-295-2013 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| J. David Folds, Esq. | DLA Piper US LLP | | 202-689-7534 |
| Samuel B. Garber | General Growth Management, Inc., | 312-960-5079 | 312-960-5993 |
| Ian Gershengorn | Jenner & Block LLP | | 202-639-6066 |
| William Goldman | Sidley Austin | | 212-839-5599 |
| Marcia L. Goldstein, Esquire | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Frederick D. Holden, Jr. | Orrick, Herrington & Sutcliffe LLP | 415-773-5700 | 415-773-5759 |
| Nancy Hotchkis, Esq. | Trainor Robertson | 916-929-7000 | 916-929-7111 |
| James E. Huggett, Esquire | Margolis Edelstein | | 302-888-1119 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones & Weintraub LLP | 302-652-4100 | 302-652-4400 |
| Steven K. Kortanek, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Michael R. Lastowski, Esq. | Duane Morris LLP | 302-657-4942 | 302-657-4901 |
| Barbara LaWall, Esq. | Pima County Civil Division | 520-740-5750 | 520-620-6556 |
| Kimberly E.C. Lawson, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Thomas J. Leanse | Dustin P. Branch | | 310-788-4471 |
| Raymond H. Lemisch, Esq. | Benesch Friedlander Coplan & Aronoff LLP | | |
| Scott K. Levine, Esq. | Platzer Swergold Karlin Levine Goldberg & Jaslow | 212-593-3000 | 212-593-0353 |
| James M. Liston, Esq. | Bartlett Hackett Feinberg, P.C. | | 617-422-0383 |
| Gerard Luckman | Silverman Perlstein & Acampora LLP | | |
| Margaret C. Lumsden, Esq. | Unti & Lumsden LLP | 919-828-3966 | 919-828-3927 |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Kristin Mihelic, Esq. | Spector Gadon & Rosen | | 215-241-8844 |
| Richard Miller, Esq. | Kirkpatrick & Lockhart Preston Gates Ellis LLP | 212-536-3900 | 212-536-3901 |
| Joseph T. Moldovan, Esq. | Morrison Cohen LLP | 212-735-8600 | 212-735-8708 |
| Norman Monhait | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| Guy Moss, Esq. | Riemer & Braunstein | | 617-362-3466 |
| Kathleen O'Connell, Esq. | Suntrust Bank | | 404-214-8439 |
| Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Harold Olsen, Esquire | Stroock & Stroock & Lavan, LLP | 212-806-5424 | 212-806-6006 |
| Ricardo Palacio, Esq. | Ashby & Geddes | 302-654-1888 | 302-654-2067 |
| John Philip, Esq. | Crislip, Philip & Asso. | | 901-255-9306 |
| Thomas J. Polis, Esq. | Polis & Associates | 949-862-0040 | 949-862-0041 |
| Stephen B. Porterfield | Sirote & Permutt, P.C. | 205-930-5100 | 205-930-5335 |
| Michael Reed, Esquire | McCreary, Veselka, Bragg & Allen, P.C. | 512-451-9000 | 512-454-1881 |
| Patrick J. Reilley, Esq. | Saul Ewing LLP | 302-421-6800 | 302-421-5865 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-984-8300 |
| Erica Ryland | Jones Day | 212-326-3416 | 212-755-7306 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Todd C. Schiltz, Esquire | Wolf Block Schorr & Solis-Cohen, LLP | 302-777-0312 | 302-777-5863 |
| Margot B. Schonholtz, Esq. | Kaye Scholer  LLP | 212-836-8000 | 212) 836-8689 |
| Patricia Schrage | Securities and Exchange Commission | | 212-336-1320 |
| Stephen B. Selbst, Esquire | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Andrea Sheehan, Esq. | Law Offices of Robert E. Luna, P.C. | 214-521-8000 | 214-521-1738 |
| Vincent Sherman | Securities and Exchange Commission | | 212-336-1320 |
| Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7545 | 302-651-7701 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Andrew Silverstein | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Catherine Steege | Jenner & Block | 312-222-9350 | 312-840-7352 |
| David B. Stratton, Esquire | Pepper Hamilton LLP | 302-777-6566 | 302 421 8390 |
| Scott D. Talmadge, Esq. | Kaye Scholer LLP | | 212) 836-8689 |
| Christina Thompson, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Madeleine C. Wanslee, Esq. | Gust Rosenfeld P.L.C. | | 602-254-4872 |
| Gilbert B. Weisman, Esq. | Becket and Lee LLP | 610-644-7800 | 610-993-8493 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Elizabeth Weller, Esq. | Linebarger Goggan Blair Pena & Sampson LLP | 214-880-0089 | 214-253-2558 |
| Neil Glassman | The Bayard Firm | | 302-658-6395 |
| Steven M. Yoder | The Bayard Firm | | 302-658-6395 |
| David H. Zielke, Esq. | Washington Mutual | 206-500-4352 | 206-377-2236 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*