IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : Case No. 07-11047 (CSS) : Jointly Administered |
| Debtors. | : Re: Docket No. 541 |

**OBJECTION OF HAZELTINE GATES LLC TO CURE AMOUNT IN NOTICE OF (I) ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

Hazeltine Gates LLC ("Hazeltine"), landlord to the above-captioned debtors and debtors in possession (the "Debtors"), hereby objects to the cure amounts set forth in the Notice of (i) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located therein; and (ii) Proposed Cure Obligations, if any [Docket No. 541] (the "Cure Notice") and states as follows:

### The Lease

1.   On May 18, 2005, Hazeltine and Debtor American Home Mortgage Corp. of New York ("AHMNY") entered into the Lease Agreement for AHMNY's lease of Suite 500 in the office building commonly know as Hazeltine Gates Office Building located at 1107 Hazeltine Boulevard in Chaska, Minnesota. On June 12, 2005, the parties entered into the First Amendment to Lease (as amended, the "Lease").[1] A copy of the Lease is attached hereto as Exhibit A.

2.   The Lease, *inter alia*, provides for the payment of: (a) monthly Base Rent in the amount of $6,158.17 for July 1, 2007 through June 30, 2008,[2] (b) the Debtors'

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Lease.

[2] Please refer to the Lease for a schedule of additional Base Rent payments.

Proportionate Share of Operating Costs, (c) garage rent, and (d) garage taxes. The Lease further provides that the AHMNY shall pay a service charge equal to the greater of $100 or five percent per month on any portion of any payment due under the Lease that is not paid within five days from its due date.

### The Bankruptcy Proceeding

3. On August 6, 2007 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. On August 24, 2007, this Court approved the assumption and assignment of the Lease (the "Assumption and Assignment Order") to Indymac Bank, F.S.B. ("IndyMac"). Pursuant to the Assumption and Assignment Order, the Debtors filed the Cure Notice, which lists the total proposed cure amount for the Lease as $6,158.16 (the "Proposed Cure Amount").

### The Objection

5. Hazeltine objects to the Proposed Cure Amount because it does not include all charges currently due and owing under the Lease.

### Basis for the Objection

6. Section 365(b)(1) of the Bankruptcy Code provides in pertinent part as follows:

> [i]f there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of the assumption of such contract or lease, the trustee –
>
>> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default.

11 U.S.C. § 365(b)(1).

7. The Debtors may not assume and assign the Lease to IndyMac unless all defaults under the Lease are cured or adequate assurance is provided. Pursuant to the Assumption and Assignment Order, the Debtors have elected to cure defaults under the Lease in order to assume and assign the Lease to IndyMac.

8. In order to cure AHMNY's defaults under the Lease, $17,311.25 (the "Cure Amount") must be paid in full to Hazeltine prior to any assumption and assignment.[3] The Cure Amount consists of the following fees and expenses for the months of August and September 2007: (a) Base Rent of $6,158.17 for the month of August 2007; (b) Operating Costs of $5,038.50 per month totaling $10,077.00; (c) garage rent of $225.00 per month totaling $450.00; and (d) garage taxes in the amount of 14.63 per month totaling $29.26. In addition, the Debtors owe a late fee of $571.82 for past-due amounts from August 2007 and $25.00 for a returned check charge.

9. Accordingly, Hazeltine objects to the Proposed Cure Amount and demands payment of $17,311.25 and any additional charges that will become due prior to the Debtors' assumption and assignment of the Lease to IndyMac.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Please refer to Exhibit B for an itemized list of amounts due to Hazeltine. On September 11, 2007, Hazeltine received payment in the amount of $6,158.17 from IndyMac, which Hazeltine will apply to the amount due for rent for the month of September 2007.

669700-1

3

WHEREFORE, Hazeltine respectfully requests the relief requested herein and any further relief as is just and proper.

Dated: September 11, 2007
Wilmington, Delaware

THE BAYARD FIRM

*/s/ M. Augustine*
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: 302-655-5000
Facsimile: 302-658-6395

and

David A. Orenstein, Esquire
Parsinen Kaplan Rosberg & Gotlieb P.A.
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
Tel: 612-342-0311
Facsimile: 612-333-6798

*Counsel for Hazeltine Gates LLC*