# EXHIBIT B

# STATEMENT

Hazeltine Gates LLC
1107 Hazeltine Blvd.
Suite 200
Chaska, MN 55318

(952) 361-8000

Payments made after the 25th. are posted on next month's statement.

|  | 9/1/2007 | ACCOUNT NUMBER |
|---|---|---|
| AMERICAN HOME MORTGAGE CORP<br>THOMAS McCAMBRIDGE<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | | 00000069   1<br>BLDG: 285   SUITE: 500<br>LEASE NO.   000177 |

MAKE CHECKS PAYABLE TO: Hazeltine Gates LLC        BALANCE DUE        23,469.42

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 8/1/2007 | BAS | BASE RENT | 6,158.17 | 0.00 | 6,158.17 |
| 8/1/2007 | GAR | GARAGE RENT | 225.00 | 0.00 | 225.00 |
| 8/1/2007 | OPR | OPERATING EXPENSES | 5,038.50 | 0.00 | 5,038.50 |
| 8/1/2007 | STX | MN TX for GAR | 14.63 | 0.00 | 14.63 |
| 8/13/2007 | LAT | 07/07 LATE FEES | 571.82 | 0.00 | 571.82 |
| 8/13/2007 | NSF | NSF FEE | 25.00 | 0.00 | 25.00 |
| 9/1/2007 | BAS | BASE RENT | 6,158.17 | 0.00 | 6,158.17 |
| 9/1/2007 | GAR | GARAGE RENT | 225.00 | 0.00 | 225.00 |
| 9/1/2007 | OPR | OPERATING EXPENSES | 5,038.50 | 0.00 | 5,038.50 |
| 9/1/2007 | STX | MN TX for GAR | 14.63 | 0.00 | 14.63 |

|  | 9/1/2007 | ACCOUNT NUMBER |
|---|---|---|
| Please send this portion of the statement with your remittance | INVOICE #:<br>AMERICAN HOME MORTGAGE CORP | 00000069   1<br>BLDG: 285   SUITE:500<br>LEASE NO.   000177 |

Hazeltine Gates LLC
1107 Hazeltine Blvd.
Suite 200
Chaska, MN 55318

(952) 361-8000

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 12,033.12 | 11,436.30 | 0.00 | 0.00 | 0.00 | 23,469.42 |