## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 11th day of September, 2007, I caused a copy of the **Objection of Hazeltine Gates LLC to Cure Amount in Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, If Any** to be served upon the parties listed below in the manner indicated.

### *VIA* FIRST CLASS MAIL

American Home Mortgage Holding, Inc.
538 Broadhollow Rad
Melville, NY  11747
(Attn.:  Alan Horn, General Counsel)

Pachulski Stang Ziehl Young Jones & Weintraub
780 Third Avenue, 36th Floor
New York, NY  10017-2024
(Attn.:  William P. Weintraub)

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
(Attn.:  Frederick D. Holden, Jr.)

Milestone Advisors, LLC
Eye Street, NW, Suite 800
Washington, DC  20006
(Attn.:  Jeffrey M. Levine)

### *VIA* HAND DELIVERY

Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19889-0391
(Attn.:  James L. Patton, Jr.)

_____
Mary E. Augustine (No. 4477)

669862-1