IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jonathan B. Alter to represent Travelers Casualty and Surety Company of America in this action.

Dated: September 6, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Donna L. Culver (I.D. #2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1348
Telephone: (302) 658-9200
Fax: (302) 658-3989
dculver@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut and New York, the United States District Courts for the District of Connecticut and the Southern, Eastern and Northern Districts of New York, and the United States Court of Appeals for the Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

_____
Jonathan B. Alter
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Telephone: (860) 240-2700
Fax: (860) 240-2800
jonathan.alter@bingham.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

ACTIVE/72160367.1