IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | Re: Docket No. 678 |

**ORDER GRANTING MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Upon consideration of the Motion (the "Motion to Shorten") of Federal Home Loan Mortgage Corporation ("Freddie Mac") Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Shortening Time for the Notice of Hearing to Consider the Motion for an Order Granting Relief from The Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Stay Relief Motion"); and it appearing that notice of the Motion to Shorten was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED THAT the Motion to Shorten is GRANTED; and it is further

ORDERED THAT a hearing on the Stay Relief Motion shall be held on September ~~17~~ 20, 2007 at ~~12:00~~ 2:30 p.m. before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801; and it is further

ORDERED THAT objections to the Stay Relief Motion, if any, must be filed with the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 Market

Street, Third Floor, Wilmington, Delaware 19801, on or before September ~~13~~ 18, 2007 at ~~4:00 p.m.~~ 12:00 noon.

(Eastern); and it is further

ORDERED THAT, at the same time, a copy of any objection must be served upon counsel for Freddie Mac.

Dated: Sept. 11, 2007
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE