AMERICDE0343

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: AMERICAN HOME MORTGAGE HLDGS : CHAPTER: 11
:
:
: BANKRUPTCY NO: 07-11047-CSS

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Bank FSB**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern PA 19355-0701**

By:   /s/Gilbert B. Weisman
      _____
      Gilbert B Weisman Esquire PA59872
      Becket and Lee LLP Attorneys Agent
      POB 3001
      MALVERN PA 19355-0701
      PHONE:   (610) 644-7800
      FAX  :   (610) 993-8493
      EMAIL:   notices@becket-lee.com

      DATE: September 12, 2007

PET: 08/06/2007

FSB