**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In Re:**<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.,**<br><br>Debtor. | **Case No. 07-11047 (CSS)**<br><br>**Chapter 7** |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned represents REALTY ASSOCIATES FUND V, LP, a creditor in this case, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

> Robert E. Greenberg, Esq.
> Friedlander, Misler, Sloan Kletzkin & Ochsman, PLLC
> 1101 Seventeenth Street, N.W.
> Suite 700
> Washington, D.C. 20036-4704
> Phone: 202-872-0800
> Fax: 202-857-8343
> Email: rgreenberg@dclawfirm.com

Please take further notice that this demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of, with respect to the Debtor, the estate, or any property or proceeds in which the Debtor or the estate may claim an interest.

**FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN, PLLC**

By: /s/ Robert E. Greenberg
Robert E. Greenberg, Esq.
1101 Seventeenth Street, NW
Suite 700
Washington, D.C.  20036
202-872-0800

*Counsel for Realty Associates Fund V, LP*

## Certificate of Service

I hereby certify that on September 12, 2007, I served a copy of the foregoing by first class mail, postage prepaid, upon the following persons and entities:

Aldine Independent School
   District
Susan R. Fuertes
14910 Aldine Westfield Road
Houston, TX 77032-3028

American Home Mortgage
   Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747-3630

Bracebridge Capital, LLC
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801-1611

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna,
PCA
4411 North Central Expressway
Dallas, TX 75205-4210

Citigroup Global Markets Inc.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4607

County of Denton
c/o Michael Reed
P. O. Box 1269
Round Rock, TX 78680-1269

Dallas County
c/o Linebarger Goggan Blair &
   Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201-2637

Garland Independent School
   District
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205-4210

Highwoods Properties, Inc.
300 E. Lombard Street
Baltimore, MD 21202-3219

Office of Thrift Supervision
Harborside Financial Center
   Plaza Five
Suite 1600
Jersey City, NJ 07311

3

Alabama Power Company
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203-4644

Angelina County
c/o John P. Dillman
P. O. Box 3064
Houston, TX 77253-3064

COWIFI Ironpoint
Nancy Hotchkiss, Esq.
c/o Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825-4558

Chesterbrook Partners, LP
c/o Spector Gadon & Rosen, P.C.
1635 Market Street
7th Floor
Philadelphia, PA 19103-2223

Citigroup Global Markets Realty Corp.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4607

County of Loudoun, Virginia
c/o K. Stapleton, Asst. Cty. Atty.
P. O. Box 700
Leesburg, VA 20177-7000

Deutsche Bank Trust Company Americas
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

General Growth Management, Inc.
Samuel B. Garber, Esq.
110 North Wacker Drive
Chicago, IL 60606-1511

Kodiak Funding LP
Rosenthal, Monhait & Goddess, P.A.
919 Market Street
Suite 1401
Wilmington, DE 19801-3046

1993 Flatley Family Trust
c/o James M. Liston
155 Federal Street, 9th Floor
Boston, MA 02110-1727

American Express Travel Related Services Co. Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arlington ISD
c/o Perdue Brandon Fielder, et al.
PO Box 13430
Arlington, TX 76094-0430

Carroll Independent School District
c/o Perdue, Brandon, Fielder, et al.
P. O. Box 13430
Arlington, TX 76094-0430

Citibank, N.A.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

City of Cedar Hill
c/o Perdue, Brandon, Fielder, et al.
Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

Craven-Shaffer-North Bay Village
2631 S. Tamiami Trail
Suite 300
Bonita Springs, FL 34134

Fairfax County, VA
Office of the County Attorney
12000 Government Center Pkwy.
Suite 549
Fairfax, VA 22035-0001

Harris County
c/o John P. Dillman
P. O. Box 3064
Houston, TX 77253-3064

Lehman Brothers Inc.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801-1611

Lewisville Independent School District
c/o Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205-4210

Missouri Department of Revenue
301 W. High Street
PO Box 475
Jefferson City, MO 65105-0475

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6031

Sovereign Bank
c/o Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108-2003

United States of America
1100 L Street, NW
Room 10002
Washington, DC 20005-4035

Bexar County
c/o David G Aelvoet
711 Navarro
Suite 300
San Antonio, TX 78205-1749

Kathleen M. O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308-3201

Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Kara Hammond Coyle, Esq.
Young, Conaway, Stargatt & Taylor LLP
Brandywine Building
Wilmington, DE 19801-1053

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024-3518

Morgan Stanley Mortgage Capital Holdings LLC
1585 Broadhollow Road
Melville, NY 11747

Pima County, Arizona
c/o Pima County Attorney's Office
32 N. Stone, Suite 2100
Tucson, AR 85701-1416

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

WestLB AG, New York Branch
McDermott Will & Emery LLP
Att: Stephen B. Selbst, Esq.
340 Madison Avenue
New York, NY 10173-0002

COWIFI Ironpoint, LLC
c/o Nancy Hotchkiss, Esq.
Trainor Fairbrook
P. O. Box 255824
Sacramento, CA 95865-5824

PIMA County
c/o Pima County Attorney's Office
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701-1416

Edwin J. Harron, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Kenneth J. Enos, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801-1037

Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Maricopa County Treasurer
c/o Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington St.
Suite 800
Phoenix, AZ 85004-2327

Natixis Real Estate Capital Inc.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801-1611

Progress Energy Carolinas, Inc.
327 Hillsborough Street
Raleigh, NC 27603-1725

Sun Life Assurance Company of Canada
1 Sun Life Executive Park
Wellesley Hills, MA 02481

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801-3024

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412

United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19801-3519

Joel A. Waite, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Matthew Barry Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

/s/ Robert E. Greenberg
Robert E. Greenberg

U:\greenberg\CLIENT\TA-REALT\American Home Mortgage\Litigation\Demand for Service Chapter 7 Sep 11-07.wpd