IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF FRANKLIN H. TOP, III
(D.I. 157)

Pursuant to Local Rule 83.5 and the attached certification, Todd C. Schiltz, Esquire, a member of the bar of this Court, moves the admission pro hac vice of Franklin H. Top, III of the firm of Chapman and Cutler LLP, 111 W. Monroe Street, Chicago, IL 60603-4080 as counsel for Wells Fargo Bank, National Association, as Master Servicer and Indenture Trustee for certain of debtors' securitization trusts in this action.

                                             **WOLF, BLOCK, SCHORR and SOLIS-COHEN, LLP**

                                             /S/ Todd C. Schiltz
                                             Todd C. Schiltz (#3253)
                                             Wilmington Trust Center, Suite 1001
                                             1100 N. Market Street
                                             Wilmington, Delaware 19801
                                             (302) 777-0312

Dated: September 11, 2007

Docket No. 690
Date Filed 9/11/07

WIL:68680.1/1-102017

## CERTIFICATION OF COUNSEL TO
## BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of court for the District Court.

**CHAPMAN AND CUTLER LLP**

/S/ Franklin H. Top, III
Franklin H. Top, III, Esquire
111 W. Monroe Street
Chicago, IL 60603-4080
Telephone: (312) 845-3824
Facsimile: (312) 701-2361

Dated: September 11, 2007

- 2 -

WIL:68680.1/1-102017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER GRANTING PRO HAC VICE MOTION
## FRANKLIN H. TOP, III, ESQUIRE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Franklin H. Top, III is granted.

Date: 9-11-07

Christopher S. Sontchi
United States Bankruptcy Judge

- 3 -

WIL:68680.1/1-102017