# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> (Jointly Administered) <br><br> RE: Docket No. 703 |

## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esq., hereby certify that on this 12th day of September, 2007, I caused a true and correct copy of the **ORDER GRANTING MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION PURSUANT TO DEL.BANKR.LR. 9006-1(E) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362** to be served upon the addressees on the attached service list in the manner indicated.

Dated: September 12, 2007
      Wilmington, Delaware

REED SMITH LLP

By:    /s/ J. Cory Falgowski.
       J. Cory Falgowski (No. 4546)
       1201 Market Street; Suite 1500
       Wilmington, DE 19801
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       E-mail: jfalgowski@reedsmith.com

Counsel for Federal Home Loan
Mortgage Corporation

**American Home Mortgage Holdings, Inc.**
Case No. 07-11047
2002 Service List
**UPDATED THRU DOCKET 705**

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Bexar County
*First Class Mail*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
*First Class Mail*

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
*First Class Mail*

Bank of America
Attn: Ronald Jost
1133 Avenue of the Americas, 17th Floor
New York, NY 10036
*First Class Mail*

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code: TX1-492-66-01, 01 Main Street, 66th Floor
Dallas, TX 75202
*First Class Mail*

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Bank of America
Attention: Swap Operations
233 South Wacker Drive, Suite 2800
Chicago, IL 60606
*First Class Mail*

Bank of America
Attention: Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX 75202
*First Class Mail*

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code: CA5-701-05-19, 1455 Market Street, 5th Floor
San Francisco, CA 94103
*First Class Mail*

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
*First Class Mail*

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Hand Delivery*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
*First Class Mail*

Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY 10281
*First Class Mail*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
*First Class Mail*

Bear, Stearns & Co. Inc.
Attn: Sr. Managing Director
Government Operations, 1 Metrotech Center North,
7th Floor
Brooklyn, NY 11201
*First Class Mail*

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
*Hand Delivery*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
*First Class Mail*

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
*Hand Delivery*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
*First Class Mail*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Country Wide Capital
20 N. Acoma Blvd
Lake Havasu City, AZ 86403
*First Class Mail*

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
*Hand Delivery*

Citigroup Global Markets Realty Corp
Attn: Peter Steinmetz
390 Greenwich Street, 6th Floor
New York, NY 10013
*First Class Mail*

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
*First Class Mail*

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
*First Class Mail*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
AT&T Corp.
*First Class Mail*

Deutsche Bank
Attn: Legal Department
Taunusanlage 12
60262 Frankfurt, Germany
*First Class Mail (International)*

| | |
|---|---|
| EMC<br>Attn: Officer, General or Managing Agent<br>383 Madison Avenue<br>New York, NY 10018<br>*First Class Mail* | Lori Fife, Esquire<br>Ronit Berkovich, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*First Class Mail* |
| Credit Suisse<br>Attention: Officer, General or Managing Agent<br>Eleven Madison Avenue<br>New York, NY 10010<br>*First Class Mail* | Mary DeFalaise, Esq.<br>U.S. Department of Justice<br>1100 L St., NW, Room 10002<br>Washington, DC 20005<br>*First Class Mail* |
| Deutsche Bank<br>Attn: Repo Desk, 3rd Floor<br>60 Wall Street<br>New York, NY 10005<br>*First Class Mail* | Mark Ellenberg, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W.<br>Washington, DC 20004<br>*First Class Mail* |
| James J. Huggett, Esquire<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801<br>*Hand Delivery* | Samuel B. Garber<br>Assistant General Counsel<br>General Growth Management, Inc.,<br>110 N. Wacker<br>Chicago, IL 60606<br>*First Class Mail* |
| Marcia L. Goldstein, Esquire<br>Lori Fife, Esquire<br>Ronit Berkovich, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*First Class Mail* | Greenwich Capital Financial Products<br>Attn: Legal<br>600 Steamboat Road<br>Greenwich, CT 06830<br>*First Class Mail* |

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Hand Delivery*

FNMA
Attn: Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC 20016
*First Class Mail*

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
*First Class Mail*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
*First Class Mail*

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust II
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830
*First Class Mail*

| | |
|---|---|
| IndyMac Bank<br>3465 East Foothill Boulevard<br>Pasadena, CA 91107<br>*First Class Mail* | Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>& Weintraub LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>*Hand Delivery* |
| JPMorgan Chase<br>Attn: Baylis Trust V, Madassir Mohamed<br>600 Travis, 50th Floor<br>Houston, TX 77019<br>*First Class Mail* | JPMorgan Chase<br>Attn: Institutional Trust Services - Baylis Trust I<br>600 Travis, 50th Floor<br>Houston, TX 77019<br>*First Class Mail* |
| George Kielman, Esq.<br>Freddie Mac<br>8200 Jones Brance Drive - MS 202<br>McLean, VA 22102<br>*First Class Mail* | Lisa G. Laukitis, Esq.<br>Citicorp Center<br>Joshua Sussberg, Esq.<br>Paul Basta, Esq.<br>Kirkland & Ellis<br>153 East 53rd Street<br>New York, NY 10022<br>*First Class Mail* |
| Lehman Brothers<br>Attn: Robert Guglielmo, Senior Vice President<br>745 Seventh Avenue, 28th Floor<br>New York, NY 10019<br>*First Class Mail* | Gerard Luckman, Esq.<br>Silverman Perlstein & Acampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753<br>*First Class Mail* |
| John Marsicano<br>Waldners Business Environments, Inc.<br>125 Route 110<br>Farmingdale, NY 11735<br>*First Class Mail* | James McGinley<br>Wilmington Trust Company<br>520 Madison Avenue, 33rd Fl.<br>New York, NY 10022<br>*First Class Mail* |

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court, 22 Victoria Street
Hamilton HM 12, Bermuda
*First Class Mail (International)*

Luminent Mtg
Attn: Officer, General or Managing Agent
Suite 1350, California St.
San Francisco, CA 94111
*First Class Mail*

Jerry Christopher Matthews
The Bank of New York Trust Company
601 Travis Street, 16th Fl
Houston, TX 77002
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022
*First Class Mail*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
*Hand Delivery*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
*First Class Mail*

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY 10281
*First Class Mail*

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
*First Class Mail*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
*First Class Mail*

Morgan Stanley
Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY 10036
*First Class Mail*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
*First Class Mail*

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
*First Class Mail*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
*First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
*First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
*First Class Mail*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
*Hand Delivery*

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
*First Class Mail*

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022
*First Class Mail*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
*First Class Mail*

Steven Sass
UPS
307 International CIrcle, Suite 270
Hunt Valley, MD 21030
*First Class Mail*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*First Class Mail*

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

SunTrust Asset Funding, LLC
Attn:  Woodruff A. Polk
Mail Code 3950 , 303 Peachtree Street, 36th Floor
Atlanta, GA 30308
*First Class Mail*

Margot B. Schonholtz, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
*First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
*First Class Mail*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
*First Class Mail*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*First Class Mail*

UBS
1251 Avenue of the Americas
New York, NY 10019
*First Class Mail*

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
*First Class Mail*

Wells Fargo Bank, N.A
Attn: Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA 94104
*First Class Mail*

Steve Wichmann
Impack Funding Corporation
19500 Jamboree Road
Irvine, CA 92612
*First Class Mail*

SunTrust Asset Funding, LLC
Attn: Tony D. Atkins
Mail Code 3950 , 303 Peachtree Street, 23rd Floor
Atlanta, GA 30308
*First Class Mail*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
*First Class Mail*

Washington Mutual Bank
Attn: Officer, General or Managing Agent
3200 Southwest Freeway
Houston, TX 77027
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
*First Class Mail*

| | |
|---|---|
| Michael G. Wilson, Esq.<br>Jason W. Harbour, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower, 951 East Byrd Street<br>Richmond, VA 23219<br>***First Class Mail*** | David H. Zielke, Esq.<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue, W - MC 3501<br>Seattle, WA 98101<br>***First Class Mail*** |
| Wilmington Trust Company<br>Attn: Corporate Capital Markets<br>Rodney Square North, 1100 North Market Street<br>Wilmington, DE 19890<br>***First Class Mail*** | Jonathan Winnick, Esq.<br>Citibank Agency & Trust<br>388 Greenwich Street, 19th Fl.<br>New York, NY 10013<br>***First Class Mail*** |
| Benjamin C. Ackerly, Esq<br>Hunton & Williams<br>Riverfront Plaza, East Tower, 951 East Byrd Street<br>Richmond, VA 23219<br>***First Class Mail*** | Stuart J. Miller, Esquire<br>Lankenau & Miller, LLP<br>132 Nassau Street, Suite 423<br>New York, NY 10038<br>***First Class Mail*** |
| Mary E. Olsen, Esquire<br>M. Vance McCrary, Esquire<br>J. Cecil Gardner, Esquire<br>The Gardner Firm<br>1119 Government Street<br>P.O. Box Drawer 3103<br>Mobile, AL 36652<br>***First Class Mail*** | Scott K. Levine, Esq.<br>Platzer, Swergold, Karlin, Levine,<br>Goldberg & Jaslow, LLP<br>1065 Ave. of the Americas, 18th Floor<br>New York, NY 10018<br>***First Class Mail*** |
| Russell C. Silberglied, Esquire<br>Christopher M. Samis, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>***Hand Delivery*** | Leo T. Crowley, Esq.<br>Margot P. Erlich, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-1536<br>***First Class Mail*** |

John R. Ashmead, Esquire
Laurie R. Binder, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
*First Class Mail*

German Yusufov, Esquire
Terri A. Roberts, Esquire
Pima County Attorney
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
*First Class Mail*

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
*Hand Delivery*

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
*First Class Mail*

American Express Travel Related
Svcs Co. Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701
*First Class Mail*

Susan R. Fuentes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032
*First Class Mail*

Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of the Americas
New York, NY 10019-60604
*First Class Mail*

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Hand Delivery*

Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Hand Delivery*

J. David Folds, Esquire
DLP Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
*First Class Mail*

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ 07311
*First Class Mail*

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
*Hand Delivery*

Matthew J. Botica, Esquire
David W. Wirt, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
*First Class Mail*

John P. Dillman, Esquire
Linebarger, Goggin, Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
*First Class Mail*

Linda Chow, Esquire
Andrew Pickering, Esquire
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Kathleen M. O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, GA 30308
*First Class Mail*

Sheryl L. Moreau, Esquire
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
*First Class Mail*

William G. Wright, Esquire
Farr, Burke, Gambacorata & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054
*First Class Mail*

Patrick J. Reilly, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
*Hand Delivery*

Harold S. Berzow, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556
*First Class Mail*

Susan D. Profant
Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206-5300
*First Class Mail*

David W. Stack
ABN AMRO Bank N.V.
55 East 52nd Street, 2nd Floor
New York, NY 10055
*First Class Mail*

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865
*First Class Mail*

Joseph F. Falcone III, Esquire
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY 10019
*First Class Mail*

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
*First Class Mail*

Stephen M. Yoder, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
*Hand Delivery*

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Hand Delivery*

Brad R. Godshall, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
*First Class Mail*

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
*Hand Delivery*

| | |
|---|---|
| Barry E. Bressler, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br>*First Class Mail* | Nancy Connery, Esquire<br>Schoeman, Updike & Kaufman, LLP<br>60 East 42nd Street<br>New York, NY 10165<br>*First Class Mail* |
| Susheel Kirpalani, Esquire<br>James C. Tecce, Esquire<br>Joseph G. Minias, Esquire<br>Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*First Class Mail* | Stephen D. Lerner, Esquire<br>Elliot M. Smith, Esquire<br>Squire, Sanders & Dempsey L.L.P.<br>312 Walnut Street, Suite 3500<br>Cincinnati, OH 45202-4036<br>*First Class Mail* |
| Kristen T. Mihelic, Esquire<br>Richard L. Canal, Esquire<br>Spector Gadon & Rosen, P.C.<br>1635 Market Street, 7th Floor<br>Philadelphia, PA 19103<br>*First Class Mail* | Alyssa D. Englund, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>*First Class Mail* |
| Peter D. Bilowz, Esquire<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 2110-3333<br>*First Class Mail* | Mandeleine C. Wanslee, Esquire<br>Gust Rosenfeld P.L.C.<br>201 E. Washington Street, Suite 800<br>Phoenix, AZ 85004-2327<br>*First Class Mail* |
| R. Frederick Linfesty, Esquire<br>Iron Mountain Information Management, Inc.<br>745 Atlantic Avenue<br>Boston, MA 02111<br>*First Class Mail* | Robert E. Greenberg, Esquire<br>Friedlander, Misler, Sloan Kletzkin & Ochsman, PLLC<br>1101 Seventeenth Street, N.W.<br>Suite 700<br>Washington, DC 20036-4704<br>(Counsel for Realty Associates Fund V, LP)<br>*First Class Mail* |