**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** : | **Chapter 11** |
| **American Home Mortgage** : | |
| **Holdings, Inc.** <u>**et al.**</u>**,** : | **Jointly Administered** |
| : | **Under Case No. 07-11047 (CSS)** |
| **Debtors** : | |

**PRINCE GEORGE'S COUNTY, MARYLAND'S
NOTICE OF APPEARANCE AND REQUEST
<u>FOR NOTICES AND SERVICE OF PAPERS</u>**

 Please take notice the Prince George's County, Maryland appears in this matter by their undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C.    102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix filed by the Debtor in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Robert H Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, Maryland 20737-1385

 Please take further notice that, in accordance with 11 U.S.C. §1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests or Prince George's County, Maryland.

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
Suite 400 – BERKSHIRE BUILDING
6801 Kenilworth Avenue
Riverdale Park, Maryland 20737-1385
Office (301) 699-5800
Facsimile (301) 779-5746
e-mail emeyers@mrrlaw.net

Please take further notice that, as provided in Bankruptcy Rule 3017(a), Prince George's County, Maryland, requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

                MEYERS, RODBELL & ROSENBAUM, P.A.

                By:   /s/M. Evan Meyers
                     M. Evan Meyers
                     Federal Bar No. 14029
                     Suite 400 – Berkshire Building
                     6801 Kenilworth Avenue
                     Riverdale Park, Maryland 20737-1385
                     e-mail: emeyers@mrrlaw.net
                     Main Telephone No.: 301-699-5800
                     Facsimile No.: 301-779-5746

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2007, I mailed a copy of the foregoing Prince George's County, Maryland's Notice of Appearance and Request for Notices and Service of Papers was mailed by first class mail, postage prepaid, to:

Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

                     /s/M. Evan Meyers
                     M. Evan Meyers

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
Suite 400 – BERKSHIRE BUILDING
6801 Kenilworth Avenue
Riverdale Park, Maryland 20737-1385
Office (301) 699-5800
Facsimile (301) 779-5746
e-mail emeyers@mrrlaw.net