## **CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that a copy of the foregoing OBJECTION BY VALERIE LYNN SCRUGGS TO DEBTORS' MOTION FOR AN ORDER (i) TERMINATING THEIR NON-QUALIFIED DEFERRED COMPENSATION PLAN PURSUANT TO SECTION 363(b)(1) OF THE BANKRUPTCY CODE AND (ii) DIRECTING THE TRUSTEE OF THE DEBTORS' NON-QUALIFIED DEFERRED COMPENSATION PLAN TRUST TO RETURN DEBTORS' ASSETS HELD IN TRUST TO THE DEBTORS' ESTATES PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE was caused to be served this 12th day of September, 2007, by Hand Delivery upon the following parties:

Kara Hammond Coyle, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esqire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

_____
Garvan F. McDaniel (#4167)