## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on September 12, 2007, I caused a copy of the following document to be served via Facsimile and First Class Mail upon the individuals listed below.

**Objection of the Official Committee of Unsecured Creditors to DB Structured Products, Inc.'s Motion for Relief from the Automatic Stay**

William P. Bowden, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Facsimile: 302-654-2067
*Counsel for DB Structured Products, Inc.*

James L. Patton, Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esuqire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Facsimile: 302-571-1253
*Counsel for Debtors and Debtors in Possession*

Robert M. Dombroff, Esquire
Steven Wilamowski, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
Facsimile: 212-752-5378
*Counsel for DB Structured Products, Inc.*

Joseph M. McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801
Facsimile: 302-573-6497

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)