## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 12th day of September, 2007, I caused copies of the Limited Objection to the Emergency Motion of the Debtors for Orders (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief to be served on the parties on the attached list via Hand Delivery or as indicated.

　/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)

**SERVICE LIST**

Joseph McMahon
United States Trustee
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
Attn:  Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

James L. Patterson Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street NW, Suite 800
Washington, DC 20006

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Margot B. Schonoholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

Victoria Counihan, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801