## CERTIFICATE OF SERVICE

   I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Objection Of Financial Guaranty Insurance Company To Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief And To Proposed Cure Obligations**, was caused to be made on September 12, 2007, in the manner indicated upon the entities identified on the attached service list.

Date: September 12, 2007

                  */s/ Donna L. Culver*
                  Donna L. Culver (No. 2983)

1214229.1