## SERVICE LIST

| **BY HAND DELIVERY** | **BY FIRST CLASS U.S. MAIL** |
|---|---|
| James L. Patton, Jr., Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Alan Horn, General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Jeffrey M. Levine<br>Milestone Advisors, LLC<br>1775 Eye Street NW<br>Suite 800<br>Washington, DC 10006 |
| Victoria Counihan, Eq.<br>Greenberg Traurig LLP<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801 | Mark S. Indelicato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Joseph McMahon, Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kay Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

1230793