IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
          Debtors.                                                       :
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION RE: DOCKET NO. 241

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP *nunc pro tunc* to August 10, 2007 (the "Application"). The Court's docket which was last updated September 12, 2007, reflects that no objections to the Application have been filed. Responses to the Application were to be filed and served no later than September 10, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
September 13, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession