# EXHIBIT B



| HomeGate Settlement Services | Remit to: | FNC | Invoice # 9900859 |
|---|---|---|---|
| 520 Broadhollow Rd. | | PO Box 1000, Dept 131 | |
| Melville, NY 11747 | | Memphis, TN 38148-0131 | |
| | | | 6/1/2007 - 6/30/2007 |

| CMS - Appraisal Transactions - Wholesale | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | 9,995 | $4.00 | $39,980.00 |
| Transactions 10,000 - 20,000 | 2,383 | $3.00 | $7,149.00 |
| Transactions 20,001 and greater | 46 | $2.00 | $92.00 |
| | 12,424 | | $47,221.00 |

| CMS - Appraisal Transactions - Retail | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | | $4.00 | $0.00 |
| Transactions 10,000 - 20,000 | 4,163 | $3.00 | $12,489.00 |
| Transactions 20,001 and greater | 3,483 | $2.00 | $6,966.00 |
| | 7,646 | | $19,455.00 |

| CMS - Appraisal Transactions - Correspondent | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | 4 | $4.00 | $16.00 |
| Transactions 10,000 - 20,000 | 3,455 | $3.00 | $10,365.00 |
| Transactions 20,001 and greater | 520 | $2.00 | $1,040.00 |
| | 3,979 | | $11,421.00 |

| Hosting | Qty | Price | Total |
|---|---|---|---|
| Transactions | 24,049 | $1.75 | $42,085.75 |
| | 24,049 | | $42,085.75 |

| Disaster Recovery | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 35,000 | 24,049 | $0.25 | $6,012.25 |
| | 24,049 | | $6,012.25 |

| Automated Valuation Services - Wholesale | Qty | Price | Total |
|---|---|---|---|
| HistoryPro and AVM | 18,358 | $1.00 | $18,358.00 |
| | 18,358 | | $18,358.00 |

| Automated Valuation Services - Retail | Qty | Price | Total |
|---|---|---|---|
| HistoryPro and AVM | 5,364 | $1.00 | $5,364.00 |
| | 5,364 | | $5,364.00 |

| Automated Valuation Services - Correspondent | Qty | Price | Total |
|---|---|---|---|
| HistoryPro and AVM | 5,652 | $1.00 | $5,652.00 |
| | 5,652 | | $5,652.00 |

| OCR - Wholesale (June 1 - 15) | Qty | Price | Total |
|---|---|---|---|
| 1004 | 1 | $12.62 | $12.62 |
| 1004_05 | 1,523 | $18.71 | $28,495.33 |
| 1004_05 (6 COMP) | 1,363 | $24.95 | $34,006.85 |
| 1004C_05 | 1 | $20.43 | $20.43 |
| 1073_05 | 200 | $20.31 | $4,062.00 |
| 1073_05 (6 COMP) | 159 | $26.19 | $4,164.21 |
| 1075_05 | 3 | $20.44 | $61.32 |
| 1075_05 (6 COMP) | 2 | $26.32 | $52.64 |
| 2055_05 | 17 | $18.34 | $311.78 |
| 2055_05 (6 COMP) | 11 | $24.58 | $270.38 |
| Supplement | 258 | $0.61 | $157.38 |

*For billing inquiries, please contact us at:* billing@lists.fncinc.com                                Page 1 of 3



*continued*

HomeGate Settlement Services
520 Broadhollow Rd.
Melville, NY  11747

*Remit to:*  FNC
PO Box 1000, Dept 131
Memphis, TN  38148-0131

**Invoice # 9900859**

6/1/2007 - 6/30/2007

| | Qty | Price | Total |
|---|---:|---:|---:|
| **OCR - Wholesale (June 1 - 15)** | 3,538 | | $71,614.94 |
| **OCR - Retail (June 1 - 15)** | Qty | Price | Total |
| 1004_05 | 145 | $18.71 | $2,712.95 |
| 1004_05 (6 COMP) | 51 | $24.95 | $1,272.45 |
| 1004C_05 | 1 | $20.43 | $20.43 |
| 1073_05 | 21 | $20.31 | $426.51 |
| 1073_05 (6 COMP) | 11 | $26.19 | $288.09 |
| 2055_05 | 10 | $18.34 | $183.40 |
| 2055_05 (6 COMP) | 3 | $24.58 | $73.74 |
| Supplement | 17 | $0.61 | $10.37 |
| | 259 | | $4,987.94 |
| **OCR - Retail (June 16 - 30)** | Qty | Price | Total |
| 1004_05 | 165 | $4.09 | $674.85 |
| 1004C_05 | 2 | $4.24 | $8.48 |
| 1073_05 | 34 | $4.98 | $169.32 |
| 1075_05 | 1 | $4.83 | $4.83 |
| 2055_05 | 8 | $4.02 | $32.16 |
| Supplement | 9 | $0.41 | $3.69 |
| | 219 | | $893.33 |
| **OCR - Wholesale (June 16 - 30)** | Qty | Price | Total |
| 1004_05 | 2,388 | $4.09 | $9,766.92 |
| 1073 | 1 | $11.04 | $11.04 |
| 1073_05 | 315 | $4.98 | $1,568.70 |
| 1073 (6 COMP) | 1 | $15.84 | $15.84 |
| 1075_05 | 2 | $4.83 | $9.66 |
| 2055_05 | 11 | $4.02 | $44.22 |
| 2055_05 | 1 | $0.66 | $0.66 |
| Supplement | 125 | $0.41 | $51.25 |
| | 2,844 | | $11,468.29 |
| **OCR - Correspondent (June 1 - 15)** | Qty | Price | Total |
| 1004_05 | 649 | $18.71 | $12,142.79 |
| 1004_05 (6 COMP) | 466 | $24.95 | $11,626.70 |
| 1073_05 | 42 | $20.31 | $853.02 |
| 1073_05 (6 COMP) | 47 | $26.19 | $1,230.93 |
| 1075_05 (6 COMP) | 2 | $26.32 | $52.64 |
| 2055_05 | 11 | $18.34 | $201.74 |
| 2055_05 (6 COMP) | 4 | $24.58 | $98.32 |
| Supplement | 343 | $0.61 | $209.23 |
| | 1,564 | | $26,415.37 |
| **OCR - Correspondent (June 16 - 30)** | Qty | Price | Total |
| 1004_05 | 756 | $4.09 | $3,092.04 |
| 1073_05 | 82 | $4.98 | $408.36 |
| 1075_05 | 4 | $4.83 | $19.32 |
| 2055_05 | 19 | $4.02 | $76.38 |

For billing inquiries, please contact us at:  billing@lists.fncinc.com



*continued*

HomeGate Settlement Services  
520 Broadhollow Rd.  
Melville, NY 11747

Remit to:  FNC  
PO Box 1000, Dept 131  
Memphis, TN 38148-0131

**Invoice # 9900859**

6/1/2007 - 6/30/2007

| OCR - Correspondent (June 16 - 30) | Qty | Price | Total |
|---|---:|---:|---:|
| Supplement | 161 | $0.41 | $66.01 |
| | 1,022 | | $3,662.11 |
| **PDF - Retail** | Qty | Price | Total |
| 1004 : PDF Scan | 1 | $1.00 | $1.00 |
| 1004_05 : PDF Scan | 3,857 | $1.00 | $3,857.00 |
| 1004C_05 : PDF Scan | 38 | $1.00 | $38.00 |
| 1004D_05 : PDF Scan | 5 | $1.00 | $5.00 |
| 1025_05 : PDF Scan | 108 | $1.00 | $108.00 |
| 1073_05 : PDF Scan | 498 | $1.00 | $498.00 |
| 1075 : PDF Scan | 1 | $1.00 | $1.00 |
| 1075_05 : PDF Scan | 13 | $1.00 | $13.00 |
| 2055 : PDF Scan | 1 | $1.00 | $1.00 |
| 2055_05 : PDF Scan | 198 | $1.00 | $198.00 |
| | 4,720 | | $4,720.00 |
| **PDF - Wholesale** | Qty | Price | Total |
| 1004_05 : PDF Scan | 4,759 | $1.00 | $4,759.00 |
| 1004C_05 : PDF Scan | 5 | $1.00 | $5.00 |
| 1004D_05 : PDF Scan | 3 | $1.00 | $3.00 |
| 1025_05 : PDF Scan | 316 | $1.00 | $316.00 |
| 1073 : PDF Scan | 2 | $1.00 | $2.00 |
| 1073_05 : PDF Scan | 600 | $1.00 | $600.00 |
| 1075_05 : PDF Scan | 20 | $1.00 | $20.00 |
| 2055_05 : PDF Scan | 231 | $1.00 | $231.00 |
| | 5,936 | | $5,936.00 |
| **PDF - Correspondent** | Qty | Price | Total |
| 1004_05 : PDF Scan | 533 | $1.00 | $533.00 |
| 1004D_05 : PDF Scan | 1 | $1.00 | $1.00 |
| 1025_05 : PDF Scan | 32 | $1.00 | $32.00 |
| 1073_05 : PDF Scan | 69 | $1.00 | $69.00 |
| 1075_05 : PDF Scan | 2 | $1.00 | $2.00 |
| 2055_05 : PDF Scan | 49 | $1.00 | $49.00 |
| | 686 | | $686.00 |
| **GAAR Score - Wholesale** | Qty | Price | Total |
| Transactions | 3,903 | $2.75 | $10,733.25 |
| | 3,903 | | $10,733.25 |
| **GAAR Score - Retail** | Qty | Price | Total |
| Transactions | 21 | $2.75 | $57.75 |
| | 21 | | $57.75 |
| **GAAR Score - Correspondent** | Qty | Price | Total |
| Transactions | 21 | $2.75 | $57.75 |
| | 21 | | $57.75 |
| | | **Invoice Total** | **$296,801.73** |

**At FNC, we are committed to our clients and appreciate your business.**

*For billing inquiries, please contact us at:* billing@lists.fncinc.com



| HomeGate Settlement Services | Remit to: | FNC | Invoice # 9900873 |
|---|---|---|---|
| 520 Broadhollow Rd. | | PO Box 1000, Dept 131 | |
| Melville, NY 11747 | | Memphis, TN 38148-0131 | |
| | | | 7/1/2007 - 7/31/2007 |

| CMS - Appraisal Transactions - Wholesale | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | 9,998 | $4.00 | $39,992.00 |
| Transactions 10,000 - 20,000 | 1,790 | $3.00 | $5,370.00 |
| Transactions 20,001 and greater | 74 | $2.00 | $148.00 |
| | **11,862** | | **$45,510.00** |
| **CMS - Appraisal Transactions - Retail** | Qty | Price | Total |
| Transactions 1 - 9,999 | | $4.00 | $0.00 |
| Transactions 10,000 - 20,000 | 5,449 | $3.00 | $16,347.00 |
| Transactions 20,001 and greater | 1,836 | $2.00 | $3,672.00 |
| | **7,285** | | **$20,019.00** |
| **CMS - Appraisal Transactions - Correspondent** | Qty | Price | Total |
| Transactions 1 - 9,999 | 1 | $4.00 | $4.00 |
| Transactions 10,000 - 20,000 | 2,762 | $3.00 | $8,286.00 |
| Transactions 20,001 and greater | 137 | $2.00 | $274.00 |
| | **2,900** | | **$8,564.00** |
| **Hosting** | Qty | Price | Total |
| Transactions | 22,047 | $1.75 | $38,582.25 |
| | **22,047** | | **$38,582.25** |
| **Disaster Recovery** | Qty | Price | Total |
| Transactions 1 - 35,000 | 22,047 | $0.25 | $5,511.75 |
| | **22,047** | | **$5,511.75** |
| **Automated Valuation Services - Wholesale** | Qty | Price | Total |
| HistoryPro and AVM | 18,453 | $1.00 | $18,453.00 |
| | **18,453** | | **$18,453.00** |
| **Automated Valuation Services - Retail** | Qty | Price | Total |
| HistoryPro and AVM | 5,022 | $1.00 | $5,022.00 |
| | **5,022** | | **$5,022.00** |
| **Automated Valuation Services - Correspondent** | Qty | Price | Total |
| HistoryPro and AVM | 3,042 | $1.00 | $3,042.00 |
| | **3,042** | | **$3,042.00** |
| **OCR - Wholesale** | Qty | Price | Total |
| 1004C_05 | 3 | $4.24 | $12.72 |
| 1004 | 2 | $12.62 | $25.24 |
| 1004_05 | 4,748 | $4.09 | $19,419.32 |
| 1073 | 2 | $11.04 | $22.08 |
| 1073_05 | 695 | $4.98 | $3,461.10 |
| 1075_05 | 1 | $4.83 | $4.83 |
| 2055_05 | 30 | $4.02 | $120.60 |
| 2055_05 | 1 | $0.66 | $0.66 |
| Supplement | 222 | $0.41 | $91.02 |
| | **5,704** | | **$23,157.57** |

For billing inquiries, please contact us at: billing@lists.fncinc.com                    Page 1 of 3



*continued*

| HomeGate Settlement Services | Remit to: | FNC | **Invoice # 9900873** |
|---|---|---|---|
| 520 Broadhollow Rd. | | PO Box 1000, Dept 131 | |
| Melville, NY 11747 | | Memphis, TN 38148-0131 | |
| | | | 7/1/2007 - 7/31/2007 |

| **OCR - Retail** | Qty | Price | Total |
|---|---|---|---|
| 1004_05 | 319 | $4.09 | $1,304.71 |
| 1004C_05 | 1 | $4.24 | $4.24 |
| 1073_05 | 74 | $4.98 | $368.52 |
| 2055 | 1 | $10.41 | $10.41 |
| 2055_05 | 21 | $4.02 | $84.42 |
| Supplement | 12 | $0.41 | $4.92 |
| | **428** | | **$1,777.22** |

| **OCR - Correspondent** | Qty | Price | Total |
|---|---|---|---|
| 1004_05 | 1,309 | $4.09 | $5,353.81 |
| 1073_05 | 126 | $4.98 | $627.48 |
| 1075_05 | 5 | $4.83 | $24.15 |
| 2055 | 1 | $10.41 | $10.41 |
| 2055_05 | 34 | $4.02 | $136.68 |
| Supplement | 203 | $0.41 | $83.23 |
| | **1,678** | | **$6,235.76** |

| **PDF - Wholesale** | Qty | Price | Total |
|---|---|---|---|
| 1004 : PDF Scan | 1 | $1.00 | $1.00 |
| 1004_05 : PDF Scan | 4,332 | $1.00 | $4,332.00 |
| 1004C_05 : PDF Scan | 1 | $1.00 | $1.00 |
| 1004D_05 : PDF Scan | 2 | $1.00 | $2.00 |
| 1025_05 : PDF Scan | 251 | $1.00 | $251.00 |
| 1073_05 : PDF Scan | 568 | $1.00 | $568.00 |
| 1075_05 : PDF Scan | 20 | $1.00 | $20.00 |
| 2055 : PDF Scan | 2 | $1.00 | $2.00 |
| 2055_05 : PDF Scan | 173 | $1.00 | $173.00 |
| | **5,350** | | **$5,350.00** |

| **PDF - Retail** | Qty | Price | Total |
|---|---|---|---|
| 1004_05 : PDF Scan | 3,448 | $1.00 | $3,448.00 |
| 1004C : PDF Scan | 1 | $1.00 | $1.00 |
| 1004C_05 : PDF Scan | 27 | $1.00 | $27.00 |
| 1004D_05 : PDF Scan | 4 | $1.00 | $4.00 |
| 1025_05 : PDF Scan | 145 | $1.00 | $145.00 |
| 1073_05 : PDF Scan | 458 | $1.00 | $458.00 |
| 1075_05 : PDF Scan | 9 | $1.00 | $9.00 |
| 2055 : PDF Scan | 2 | $1.00 | $2.00 |
| 2055_05 : PDF Scan | 203 | $1.00 | $203.00 |
| | **4,297** | | **$4,297.00** |

| **PDF - Correspondent** | Qty | Price | Total |
|---|---|---|---|
| 1004 : PDF Scan | 1 | $1.00 | $1.00 |
| 1004_05 : PDF Scan | 507 | $1.00 | $507.00 |
| 1004C_05 : PDF Scan | 2 | $1.00 | $2.00 |
| 1025_05 : PDF Scan | 34 | $1.00 | $34.00 |
| 1073_05 : PDF Scan | 56 | $1.00 | $56.00 |
| 1075_05 : PDF Scan | 8 | $1.00 | $8.00 |
| 2055_05 : PDF Scan | 45 | $1.00 | $45.00 |

*For billing inquiries, please contact us at: billing@lists.fncinc.com*



*continued*

| HomeGate Settlement Services | *Remit to:* | FNC | **Invoice # 9900873** |
|---|---|---|---|
| 520 Broadhollow Rd. | | PO Box 1000, Dept 131 | |
| Melville, NY 11747 | | Memphis, TN 38148-0131 | |
| | | | 7/1/2007 - 7/31/2007 |

| **PDF - Correspondent** | *Qty* | *Price* | *Total* |
|---|---|---|---|
| | 653 | | $653.00 |

| **GAAR Score - Wholesale** | *Qty* | *Price* | *Total* |
|---|---|---|---|
| Transactions | 47 | $2.75 | $129.25 |
| | 47 | | $129.25 |

| **GAAR Score - Retail** | *Qty* | *Price* | *Total* |
|---|---|---|---|
| Transactions | 3,691 | $2.75 | $10,150.25 |
| | 3,691 | | $10,150.25 |

| **GAAR Score - Correspondent** | *Qty* | *Price* | *Total* |
|---|---|---|---|
| Transactions | 20 | $2.75 | $55.00 |
| | 20 | | $55.00 |

|  |  |
|---|---|
| **Invoice Total** | **$196,509.05** |

**At FNC, we are committed to our clients and appreciate your business.**

*For billing inquiries, please contact us at:* billing@lists.fncinc.com



| HomeGate Settlement Services | Remit to: | FNC | Invoice # 9900941 |
|---|---|---|---|
| 520 Broadhollow Rd. | | PO Box 1000, Dept 131 | |
| Melville, NY 11747 | | Memphis, TN 38148-0131 | |
| | | | 8/1/2007 - 8/31/2007 |

| CMS - Appraisal Transactions - Wholesale | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | 49 | $4.00 | $196.00 |
| Transactions 10,000 - 20,000 | | $3.00 | $0.00 |
| Transactions 20,001 and greater | | $2.00 | $0.00 |
| | 49 | | $196.00 |

| CMS - Appraisal Transactions - Retail | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | 306 | $4.00 | $1,224.00 |
| Transactions 10,000 - 20,000 | | $3.00 | $0.00 |
| Transactions 20,001 and greater | | $2.00 | $0.00 |
| | 306 | | $1,224.00 |

| CMS - Appraisal Transactions - Correspondent | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 9,999 | 27 | $4.00 | $108.00 |
| Transactions 10,000 - 20,000 | | $3.00 | $0.00 |
| Transactions 20,001 and greater | | $2.00 | $0.00 |
| | 27 | | $108.00 |

| Hosting | Qty | Price | Total |
|---|---|---|---|
| Transactions | 382 | $1.75 | $668.50 |
| | 382 | | $668.50 |

| Disaster Recovery | Qty | Price | Total |
|---|---|---|---|
| Transactions 1 - 35,000 | 382 | $0.25 | $95.50 |
| | 382 | | $95.50 |

| Automated Valuation Services - Wholesale | Qty | Price | Total |
|---|---|---|---|
| HistoryPro and AVM | 139 | $1.00 | $139.00 |
| | 139 | | $139.00 |

| Automated Valuation Services - Retail | Qty | Price | Total |
|---|---|---|---|
| HistoryPro and AVM | 17 | $1.00 | $17.00 |
| | 17 | | $17.00 |

| Automated Valuation Services - Correspondent | Qty | Price | Total |
|---|---|---|---|
| HistoryPro and AVM | 44 | $1.00 | $44.00 |
| | 44 | | $44.00 |

| OCR - Retail | Qty | Price | Total |
|---|---|---|---|
| 1004_05 | 13 | $4.09 | $53.17 |
| 1073_05 | 3 | $4.98 | $14.94 |
| 2055_05 | 3 | $4.02 | $12.06 |
| | 19 | | $80.17 |

| OCR - Wholesale | Qty | Price | Total |
|---|---|---|---|
| 1004_05 | 10 | $4.09 | $40.90 |
| 1073_05 | 1 | $4.98 | $4.98 |
| 2055_05 | 1 | $4.02 | $4.02 |
| | 12 | | $49.90 |

For billing inquiries, please contact us at: billing@lists.fncinc.com



*continued*

| | Remit to: | | | | Invoice # 9900941 |
|---|---|---|---|---|---|
| HomeGate Settlement Services | | FNC | | | |
| 520 Broadhollow Rd. | | PO Box 1000, Dept 131 | | | |
| Melville, NY  11747 | | Memphis, TN  38148-0131 | | | |
| | | | | | 8/1/2007 - 8/31/2007 |

| **OCR - Correspondent** | Qty | Price | Total |
|---|---|---|---|
| 1073_05 | 2 | $4.98 | $9.96 |
| | 2 | | **$9.96** |

| **PDF - Retail** | Qty | Price | Total |
|---|---|---|---|
| 1004_05 : PDF Scan | 172 | $1.00 | $172.00 |
| 1004C_05 : PDF Scan | 1 | $1.00 | $1.00 |
| 1025_05 : PDF Scan | 2 | $1.00 | $2.00 |
| 1073_05 : PDF Scan | 17 | $1.00 | $17.00 |
| 1075_05 : PDF Scan | 1 | $1.00 | $1.00 |
| 2055_05 : PDF Scan | 4 | $1.00 | $4.00 |
| | 197 | | **$197.00** |

| **PDF - Wholesale** | Qty | Price | Total |
|---|---|---|---|
| 1004_05 : PDF Scan | 10 | $1.00 | $10.00 |
| 1073_05 : PDF Scan | 1 | $1.00 | $1.00 |
| 2055_05 : PDF Scan | 10 | $1.00 | $10.00 |
| | 21 | | **$21.00** |

| **PDF - Correspondent** | Qty | Price | Total |
|---|---|---|---|
| 1004_05 : PDF Scan | 3 | $1.00 | $3.00 |
| 2055_05 : PDF Scan | 3 | $1.00 | $3.00 |
| | 6 | | **$6.00** |

| **GAAR Score - Wholesale** | Qty | Price | Total |
|---|---|---|---|
| Transactions | 3 | $2.75 | $8.25 |
| | 3 | | **$8.25** |

| **GAAR Score - Retail** | Qty | Price | Total |
|---|---|---|---|
| Transactions | 146 | $2.75 | $401.50 |
| | 146 | | **$401.50** |

| **GAAR Score - Correspondent** | Qty | Price | Total |
|---|---|---|---|
| Transactions | 1 | $2.75 | $2.75 |
| | 1 | | **$2.75** |

| | | **Invoice Total** | **$3,268.53** |
|---|---|---|---|

**At FNC, we are committed to our clients and appreciate your business.**

*For billing inquiries, please contact us at:*  billing@lists.fncinc.com