IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                        )    Chapter 11
                                              )
AMERICAN HOME MORTGAGE                        )
HOLDINGS, INC., a Delaware corporation,       )    Case No. 07-11047 (CSS)
et al.,                                       )
        Debtors.                              )    Jointly Administered
                                              )

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on September 13, 2007, I caused to be served:

**LIMITED OBJECTION OF FNC, INC. TO DEBTORS' EMERGENCY MOTION
TO ASSUME AND ASSIGN EXECUTORY CONTRACT WITH FNC, INC.,
INCLUDING DISPUTED CURE AMOUNT**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: September 13, 2007

_____
William Weller

SWORN AND SUBSCRIBED before me this 13th day of September, 2007

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/113043-0001/1608357/1 9/10/2007

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[Counsel to the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
[Counsel for the Official Committee of Unsecured Creditors]

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
[Counsel to Bank of America, N.A., as Administrative Agent for the lenders]

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
[Counsel to the Debtors' Post-Petition Lenders]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Attn: Alan Horn, General Counsel
[Debtors]

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
[Counsel for the Official Committee of Unsecured Creditors]

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
[Counsel to Bank of America, N.A., as Administrative Agent for the lenders]

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day LLP
222 East 41st Street
New York, NY 10017
[Counsel to the Debtors' Post-Petition Lenders]