IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | (Jointly Administered) |
| et al. | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Duane Morris LLP hereby appears as attorneys for Impac Funding Corporation ("Impac") in the above-captioned chapter 11 cases and, under Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given and all papers filed, served or required to be served in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Michael R. Lastowski (DE 3892) | Richard W. Riley (DE 4052) |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| 1100 North Market Street, Suite 1200 | 1100 North Market Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone:   (302) 657-4900 | Telephone:   (302) 657-4900 |
| Facsimile:   (302) 657-4901 | Facsimile:   (302) 657-4901 |
| E-mail:   mlastowski@duanemorris.com | E-mail:   rwriley@duanemorris.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal of informal, written of oral, and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

DM3\555221.1

2

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Impac's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Impac is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: September 13, 2007
Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com
             rwriley@duanemorris.com

*Counsel for Impac Funding Corporation*