# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation,) | (Jointly Administered) |
| *et al.* ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of **Notice of Appearance and Demand for Notices and Papers** was made on September 13, 2007 upon the following in the manner indicated:

> Robert S. Brady, Esquire
> Pauline K. Morgan, Esquire
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> *Via Hand Delivery*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 13, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Ste 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: rwriley@duanemorris.com

DM3\555221.1