IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------- x |  |  |
| In re: | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
| ------------------------------------------------------------------- x |  |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 17, 2007 AT 12:00 P.M. (ET)**

## ADJOURNED MATTERS

1.    Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and
Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader,
Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for Credit Suisse First
Boston to August 28, 2007 at 4:00 p.m., extended for the Official
Committee of Unsecured Creditors to August 30, 2007 at 10:00
a.m. and the United States Trustee to August 31, 2007 at 11:00
a.m.

Objections Filed:

a)    Objection of the United States Trustee [D.I. 511, 8/31/07]

Status: This matter will be adjourned to October 1, 2007 at 10:00 a.m.

2.    Application for an Order Authorizing the Debtors to Employ and Retain Kekst and
Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C.
§§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee
of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the
United States Trustee to August 31, 2007 at 11:00 a.m.

Objections Filed:

a)    Objection by the Official Committee of Unsecured Creditors ti Debtors'
Proposed Retention of the Firm Kekst & Co. as Their Public Relations
Advisors [D.I. 483, 8/30/07]

Status: This matter will be adjourned to October 1, 2007 at 10:00 a.m.

3.    Emergency Motion of Impac Funding Corporation for Relief from the Automatic Stay
[D.I. 232, 8/17/07]

Objection Deadline:    August 28, 2007 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Notice of Hearing  [D.I. 274, 8/21/07]

Status: The parties have reached an agreement in principle resolving this matter and
expect to present a stipulation to the Court under certification of counsel once
finalized and reviewed by the Creditors' Committee and Bank of America, N.A.,
as Agent. This matter will be adjourned to October 1, 2007 at 10:00 a.m. to the
extent an order approving the stipulation is not entered prior the hearing.

4.    Motion of the United States for an Order (I) Requiring Turn-over of Non-Estate Property
Belonging to the Government National Mortgage Association and (II) Declaring that the
Government National Mortgage Association is not Subject to the Automatic Stay [D.I.
243 and 244, 8/20/07]

Objection Deadline:    September 4, 2007 at 4:00 p.m.

Objections Filed:

a)    Limited Response of JPMorgan Chase Bank, NA [D.I. 556, 9/4/07]

b)    Debtors' Preliminary Objection  [D.I. 600, 9/4/07]

c)    Joinder of Bank of America, N.A., as Administrative Agent, to Debtors'
Preliminary Objection [D.I.. 602, 9/4/07]

d)    Preliminary Objection of the Official Committee of Unsecured Creditors
[D.I. 605, 9/5/07]

Related Document:

e)    Declaration of Teresa Chase in Support of Debtors' Preliminary Objection
[D.I. 601, 9/4/07]

f)    Reply to Debtors' Preliminary Objection [D.I. 653, 9/10/07]

Status: The parties have reached an agreement in principle and are working on
documenting the settlement. The Debtors expect to file a motion to approve the
settlement and related agreements soon and will request expedited consideration.
The hearing on GNMA's motion is adjourned to September 20, 2007 at 2:30 p.m.

5.    Motion of Debtors in Possession for Order, Under 11 U.S.C. §§ 323, 1106, and 1107 and
Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by,
Certain Loan and Purported Repurchase Counterparties [D.I. 370, 8/24/07]

Objection Deadline:    September 10, 2007 at 4:00 p.m., extended October 29, 2007 at
3:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned by agreement of the parties to October 31, 2007 at
10:00 a.m.

6.    Debtors' Motion for an Order (I) Terminating their Non-Qualified Deferred
Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II)
Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust
to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section
105(a) of the Bankruptcy Code [D.I. 493, 8/30/07]

Objection Deadline:    September 12, 2007 at 4:00 p.m.

Related Document:

a)    Order Shortening the Time for Notice [D.I. 548, 9/4/07]

Objections Filed:

b)    Letter Response from Patricia L. Shepherd [D.I. 515, 8/28/07]

c)    Letter Response from George E. Hart [D.I. 688, 9/11/07]

d)    Objection by Valerie Lynn Scruggs [D.I. 711, 9/12/07]

e)    Objection of Participant Group [D.I. 712, 9/12/07]

f)    Memorandum in Opposition by Mark R. James [D.I. TBD]

g)    Letter from Gail Thakarar [D.I. TBD]

Status: Two objectors have requested an adjournment, and the Debtors have agreed to
adjourn this matter to October 1, 2007 at 10:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

7.　　Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP *nunc pro tunc* to August 10, 2007 [D.I. 241, 8/20/07]

Objection Deadline:　　September 10, 2007 at 4:00 p.m.

Related Document:

　　a)　　Re-notice of Hearing [D.I. 306, 8/22/07]

　　b)　　Certificate of No Objection [D.I. 719, 9/13/07]

Objections Filed:　　None

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

8.　　Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Milestone Advisors, LLC as Investment Bankers and Financial Advisors for the Debtors Nunc Pro Tunc to Petition Date [D.I. 227, 8/17/07]

Objection Deadline:　　August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to September 13, 2007 at 11:00 a.m. and the United States Trustee to September 14, 2007 at 12:00 p.m.

Objections Filed:

　　a)　　Informal Objection of the United States Trustee

　　b)　　Informal Objection of the Official Committee of Unsecured Creditors

Status: This matter will be going forward.

9.　　Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention of Phoenix Capital, Inc. as Investment Bankers for the Debtors Nunc Pro Tunc to Petition Date [D.I. 529, 8/31/07]

Objection Deadline:　　September 10, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to September 13, 2007 at 11:00 a.m. and the United States Trustee to September 14, 2007 at 12:00 p.m.

Objections Filed:

    a)    Informal Objection of the United States Trustee

Status: This matter will be will be going forward.

## CONTESTED MATTERS GOING FORWARD

10.    Motion of DB Structured Products, Inc. for Relief from the Automatic Stay [D.I. 229, 8/17/07]

    Objection Deadline:    September 10, 2007 at 4:00 p.m., extended for the Debtors to September 11, 2007 at 4:00 p.m.

    Related Document:

    a)    Notice of Motion and Hearing [D.I. 339, 8/23/07]

    Objections Filed:

    b)    Debtors' Objection [D.I. 702, 9/11/07]

    c)    Objection of the Official Committee of Unsecured Creditors [D.I. 714, 9/12/07]

Status: This matter will be going forward as an evidentiary hearing.

11.    Order Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (I) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (II) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein [D.I. 359, 8/24/07]

    Related Documents:

    a)    Notices of Proposed Assumption and Assignment and Sale of Assets [Docket Nos. 432-433, 435-444, 446-460, 462-474, 488, 490, 506, 8/29/07, 8/30/07]

    b)    Notices of Sale of Assets [D.I. 558-562, 9/4/07]

    c)    Notices of Mutual Release [D.I. 594-597, 9/4/07]

    Objection Deadlines:  September 4, 5 and 10, 2007

    Objections Filed:    See Exhibit A, attached.

    

Status: The objections listed above have been mooted because no leased equipment with respect to the objecting parties will be assumed and assigned or sold. All such equipment shall be abandoned, surrendered or rejected by the Debtors. To the extent the Court has any questions, this matter will be going forward.

12.  Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, if any [D.I. 425, 8/28/07]

Objection Deadline:    September 7, 2007 at 4:00 p.m.

Related Document:

a)  Corrected Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, if any [D.I. 541, 8/31/07]

Objections Filed:

b)  Objection of GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services [D.I. 557, 9/4/07]

c)  Landlord's Objection to Proposed Cure Obligations of Debtor filed by Caldwell Commercial Real Estate Services [D.I. 622, 9/6/07]

d)  Objection of Objection of American Commercial Realty Corp. to Proposed Cure Amount for Assumption and Assignment of Office Lease, 12751 & 12753 S. Dixie Highway, Miami, Florida [D.I. 638, 9/7/07]

e)  Objection of DDR Southeast Fountains, L.L.C. [D.I. 639, 9/7/07]

f)  Objection of Highwoods Properties [D.I. 642, 9/7/07]

g)  Objection to Proposed Cure Amount by TPRF/THC HavenPark, LLC [D.I. 645, 9/7/07]

h)  Letter Response from RAM International [D.I. 682, 9/11/07]

i)  Letter Response from SLO L.L.C. [D.I. 683, 9/11/07]

j)  Cure Amount Objection filed by Vintage Park, LLC [D.I. 684, 9/11/07]

k)  Cure Objection by Landlord (Branch 02950) Palm Beach Gardens, Florida [D.I. 687, 9/11/07]

l)      Objection of Hazeltine Gates LLC [D.I. 700, 9/11/07]

Informal Responses:

m)     One Main Plaza

n)      MVCC Sierra, LLC

o)      ICP 2700, LLC

p)      Temecula Corporate Plaza Center, LLC

q)      American National Bank

r)      Bridon Realty Co., LLC

Status: Items (c), (d), (h), (i), (j), (n), (p), (q), and (r) have been resolved.  The remainder
of this matter is going forward.

13.     Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy
Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain
Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures,
and Equipment [D.I. 510, 8/30/07]

Objection Deadline:    September 10, 2007 at 4:00 p.m.

Related Document:

a)      Notice of Filing of Supplement to Exhibit A [D.I. 518, 8/31/07]

Objections Filed:

b)      Objection of GE Capital Information Technology Solutions, Inc. d/b/a
Ikon Financial Services [D.I. 557, 9/4/07]

c)      Craven-Shaffer-North Bay Village's Conditional Consent [D.I. 650,
9/10/07]

d)      Limited Objection of Banc of America Leasing & Capital, LLC [D.I. 658,
9/10/07]

e)      Objection of Inland US Management, LLC [D.I. 659, 9/10/07]

f)      De Lage Landen Financial Services, Inc.'s Limited Objection [D.I. 663,
9/10/07]

g)    Limited Objection of STWB, Inc. [D.I. 667, 9/10/07]

h)    Response of SunLife Assurance Company of Canada, successor in interested to Castle & Cooke Commercial Properties, LLC [D.I. 668, 9/10/07]

i)    Limited Objection of Liberty Property Limited Partnership [D.I. 679, 9/10/07]

j)    Objection of DDRTC Southern Pines Marketplace LLC [D.I. 689, 9/11/07]

Status: Item (c) has been resolved.  Item (h) is resolved to the extent the response asserts an objection.  Item (i) has been resolved pending documentation.  The remainder of this matter will be going forward.

Dated:  Wilmington, Delaware
       September 13, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

**Exhibit A**

| Line No. | Docket No. | Date | Objecting Party | Objecting to Docket No. |
|---|---|---|---|---|
| | | | | |
| 1 | 521 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 435 |
| 2 | 522 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 459 |
| 3 | 531 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 432 |
| 4 | 532 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 433 |
| 5 | 533 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 436 |
| 6 | 534 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 437 |
| 7 | 535 | 8/31/2007 | Banc of America Leasing & Capital, LLC | 449, 451 and 489 |
| 8 | 536 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 438 |
| 9 | 538 | 8/31/2007 | De Lage Landen Financial Services, Inc. | 439 |
| 10 | 557 | 9/4/2007 | GE Capital Information Technology Solutions, Inc. d/b/a Ikon Financial Services | 432, 433, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 463, 464, 465, 466, 467, 468, 469, 470, 471, 474, 488, 472, 473, 490, 506, 510, 518 |
| 11 | 564 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 440 |
| 12 | 567 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 441 |
| 13 | 569 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 442 |
| 14 | 570 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 443 |
| 15 | 573 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 444 |
| 16 | 575 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 446 |
| 17 | 578 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 447 |

| 18 | 580 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 453 |
|---|---|---|---|---|
| 19 | 582 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 582 |
| 20 | 583 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 455 |
| 21 | 584 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 450 |
| 22 | 585 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 456 |
| 23 | 586 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 451 |
| 24 | 587 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 457 |
| 25 | 588 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 452 |
| 26 | 589 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 458 |
| 27 | 590 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 488 |
| 28 | 591 | 9/4/2007 | De Lage Landen Financial Services, Inc. | 490 |
| 29 | 603 | 9/5/2007 | De Lage Landen Financial Services, Inc. | 506 |
| 30 | 654 | 9/10/07 | GE Capital Information Technology Solutions, Inc. d/b/a Ikon Financial Services | 558, 559, 560, 561, 562, 594-597 |
| 31 | 655/656 | 9/10/07 | Banc of America Leasing & Capital, LLC | 474 |
| 32 | 657 | 9/10/07 | Banc of America Leasing & Capital, LLC | 558 and 562 |
| 33 | 661 | 9/10/07 | De Lage Landen Financial Services, Inc. | 562 |
| 34 | 662 | 9/10/07 | De Lage Landen Financial Services, Inc. | 562 |
| 35 | 664 | 9/10/07 | De Lage Landen Financial Services, Inc. | 560 |
| 36 | 665 | 9/10/07 | De Lage Landen Financial Services, Inc. | 561 |
| 37 | 666 | 9/10/07 | De Lage Landen Financial Services, Inc. | 558 |
| 38 | 669 | 9/10/07 | De Lage Landen Financial Services, Inc. | 559 |