IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Relates to Docket Nos. 11, 113 & 403**<br><br>Objection Deadline: September 13, 2007 at 4:00 p.m.<br>Sale Hearing: October 1, 2007 at 10:00 a.m. |

**CERTIFICATION OF SERVICE REGARDING OBJECTION OF CITIBANK, N.A. TO SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS IN CONNECTION WITH EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

I, John T. Carroll, Esquire, counsel to Citibank, N.A., solely in its capacities as Indenture Trustee, Trustee, Securities Administrator, Paying Agent and Registrar in the above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on September 13, 2007, I caused to be served a true and correct copy of the Objection of Citibank, N.A. to Sale of Certain Assets Used in the Debtors' Loan Servicing Business in Connection with

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief upon the parties identified on the service list attached hereto as Exhibit "A" via e-mail transmission, hand delivery and/or U.S. First Class mail service as set forth thereon.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 13, 2007
      Wilmington, DE

COZEN O'CONNOR

By: /s/ John T. Carroll, III
John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013

SEWARD & KISSEL, LLP
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Citibank, N.A., solely in its capacities as Indenture Trustee, Trustee, Securities Administrator, Paying Agent and Registrar*

# EXHIBIT "A"

**American Home Mortgage Holdings, Inc.**
**Chapter 11**
**Case No. 07-11047(CSS)**

**Objection to Sale Service List:**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Attn: Alan Horn, General Counsel
alan.horn@americanhm.com
*E-mail Service and U.S. Mail*

Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Attn: James L. Patton, Jr., Esquire
Counsel to the Debtors
jpatton@ycst.com
*E-Mail Service and Hand Delivery*

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn: Jeffrey M. Levine
jlevine@milestonecap.com
*E-mail Service and U.S. Mail*

Bonnie Glantz Fatell, Esquire
Blank, Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Counsel to the Official Committee of Unsecured Creditors
fatell@blankrome.com
*E-Mail Service and Hand Delivery*

Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
Attn: Margot B. Schonholtz and
Scott D. Talmadge
Counsel to the Administrative Agent
mschonholtz@kayescholer.com
stalmadge@kayscholer.com
***E-mail Service and U.S. Mail***

Potter Anderson & Corroon, LLP
Hercules Plaza
6th Floor
1313 North Market Street
Wilmington, DE 19801
Attn: Laurie Selber Silverstein
Counsel to the Administrative Agent
lsilverstein@potteranderson.com
***E-Mail Service and Hand Delivery***

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Corinne Ball and
Erica M. Ryland
Counsel to the DIP Agent
cball@jonesday.com
emryland@jonesday.com
***E-mail Service and U.S. Mail***

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Attn: Victoria Counihan
Counsel to the DIP Agent
counihanv@gtlaw.com
***E-Mail Service and Hand Delivery***

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, DE 19801
Attn: Joseph McMahon
joseph.mcmahon@usdoj.gov
***E-Mail Service and Hand Delivery***

4