GAIL THAKARAR
2 FENBROOK DRIVE
LARCHMONT, NEW YORK 10538

CASE No 07-11047(CSS)

Honorable Christopher S. Sontchi
US Bankruptcy Court for the District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Dear Honorable Sontchi:

This is my objection to the Notice of Motion from American Home Mortgage that they have filed a Debtors' Motion for an order 1) Terminating the Non-Qualified Deferred Compensation Plan and 2) Directing the Trustee to return Debtors' assets held in trust to the Debtors' estate as they have filed for bankruptcy. The hearing is to take place on September 17th, 2007

I can understand termination of the Plan but object to the assets being sent to the Debtor (American Home Mortgage). The assets/ monies in the Deferred Compensation Plan in my account were deducted from my paycheck each pay period and placed in this account for my retirement. I did not receive any contributions from American Home to this account. As of June 30, 2007 $58,489.40 was in this account. Since the monies in the Deferred Compensation Plan is employee earned money and not contributions from the company I request that these monies be returned to the participants and not to American Home.

Also on August 1, 2007 I spoke with Mr. Robson Neves, Manager, Retirement Plan Manager that I wished to get a distribution of my money according to S409A regulations and he asked that I send him an e-mail which I did. I did not receive any money from American Home Mortgage.

Thank you for your consideration.

Warm regards,

Gool (Gail) Thakarar

Cc Kara Hammond Coyle
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801