# EXHIBIT B



# NOTICE OF DEFAULT

August 1, 2007

### VIA FACSIMILE AND E-MAIL

American Home Mortgage Investment Corp.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville, NY 11747
Attention:    Craig Pino
Facsimile:    (516) 495-5411
E-Mail:       cpino@americanhm.com

Ladies and Gentlemen:

Reference is made to the Second Amended and Restated Credit Agreement dated as of August 10, 2006 (as so amended and as otherwise amended, restated, modified or supplemented from time to time, the "Credit Agreement") among American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Corp. and American Home Mortgage Acceptance, Inc. as the Borrowers, Bank of America N.A. as Administrative Agent, Swingline Lender and a Lender, the other Lenders party thereto, Calyon New York Branch and Deutsche Bank Securities as Co-Syndication Agents, Citibank, N.A., JPMorgan Chase Bank, N.A. and Merrill Lynch Bank USA, as Co-Documentation Agents, and Banc of America Securities LLC as Sole Lead Arranger and Sole Lead Manager. Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Credit Agreement.

On July 27, 2007, the Administrative Agent (i) advised the Borrowers of a deficiency in the Collateral Value of the Warehouse Borrowing Base in the amount of $26,779,622.00 (the "Deficiency Amount") and (ii) made a demand for an immediate prepayment of the Warehouse Loans in an amount equal to the Deficiency Amount (the "Mandatory Prepayment"). The Mandatory Prepayment was due on July 30, 2007.

As of the date hereof, the Borrowers have not made the Mandatory Prepayment. Consequently, an Event of Default occurred under Section 12(a) of the Credit Agreement as a result of the failure by the Borrowers to make the Mandatory Prepayment.



The Administrative Agent, on behalf of itself and the Lenders, hereby reserves all rights and remedies of the Administrative Agent and the Lenders under the Credit Agreement and the other Loan Documents, as well as under applicable law, with respect to the foregoing Event of Default and any other Events of Default or Potential Defaults that may have occurred and are continuing (including, without limitation, the right to accelerate the payment of all Loans and other amounts payable under the Credit Agreement and the other Loan Documents).

No failure or delay on the part of the Administrative Agent or any of the Lenders in exercising any of their respective rights or remedies under the Credit Agreement or any other Loan Document shall operate as a waiver thereof, nor shall any single or partial exercise of any such right or remedy preclude any other or further exercise thereof or the exercise of any other right or remedy.

Very truly yours,

BANK OF AMERICA, N.A.,
in its capacity as Administrative Agent

By: _____
    Name: JAY T. WAMPLER
    Title: Senior Vice President