# EXHIBIT C

SOCIETE GENERALE
1221 Avenue of Americas
New York, New York 10020

NOTICE OF

TERMINATION EVENT

AND

SERVICER TERMINATION EVENT

August 1, 2007

American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
538 Broadhollow Road
Melville, New York 11747
Attention: Craig Pino and Alan B. Horn

Re: **Mortgage Loan Purchase and Sale Agreement dated as of October 16, 2006**

Ladies and Gentlemen:

    1.    Reference is hereby made to that certain Mortgage Loan Purchase and Sale Agreement dated as of October 16, 2006, among American Home Mortgage Corp., as Seller (the "Seller"), American Home Mortgage Servicing, Inc. ("AHM Servicing"), as Servicer, the entities party thereto as Conduit Purchasers, the entities party thereto as Committed Purchasers, the entities party thereto as Funding Agents and Société Générale, as Administrative Agent for the Purchasers (the "Administrative Agent") (as amended, restated, supplemented or otherwise modified from time to time, the "Purchase Agreement"). Capitalized terms not otherwise defined herein shall have the meanings assigned to such terms in the Purchase Agreement.

    2.    The Administrative Agent, on behalf of the Required Funding Agents hereby notifies the Seller and AHM Servicing, as Servicer, that a Termination Event has occurred and is continuing.

    3.    The Administrative Agent, on behalf of the Required Funding Agents hereby notifies the Seller and AHM Servicing, as Servicer that pursuant to Section 4.02 (a)(vii), a Servicer Termination Event has occurred and is continuing.

4.  As a result of the foregoing, and pursuant to Section 8.1 of the Purchase Agreement, the Administrative Agent hereby declares that the Termination Date under the Purchase Agreement has occurred and shall be the date hereof.

5.  In accordance with Section 5.02(a) of the Purchase Agreement, (i) all Collections, regardless of whether received prior or subsequent to the date hereof, shall be remitted to the Collection Account (account number 55001 maintained with the Custodian) by AHM Servicing as soon as practicable, but in no event later than two (2) Business Days after receipt and (ii) the Administrative Agent, at the direction of the sole Funding Agent, hereby revokes, for all purposes under the Purchase Agreement, the power of AHM Servicing, as Servicer, to make or direct distributions, withdrawals or payments from the Collection Account and the Administrative Agent shall be vested with all such power for all purposes under the Purchase Agreement.

6.  Pursuant to Section 4.02 of the Purchase Agreement, the Administrative Agent hereby gives you notice that effective on the date hereof, the Administrative Agent terminates all the servicing rights of AHM Servicing, as Servicer under the Purchase Agreement. The Administrative Agent assumes control of the disposition of the servicing rights under the Purchase Agreement, including the sale and transfer of such servicing rights as determined by the Administrative Agent. The Administrative Agent, at the direction of the Required Funding Agents, shall designate the party to act as Successor Servicer under the Purchase Agreement with all authority and power of AHM Servicing respecting its mortgage servicing rights and duties under the Purchase Agreement passing to and vesting in the Successor Servicer as provided for in the Purchase Agreement.

7.  The exercise of the foregoing rights and powers shall not preclude the exercise of any other right or remedy available to the Administrative Agent, the Funding Agents or the Purchasers, now or hereafter existing under the Purchase Agreement and the Principal Agreements, at law, in equity or otherwise.

8.  This notice and the rights and obligations of the parties under this notice shall be governed by, and construed in accordance with, the laws of the state of New York (without giving effect to the conflict of laws principles thereof, other than Section 5-1401 of the New York General Obligations Law, which shall apply hereto).

IN WITNESS WHEREOF, this notice has been duly executed and delivered by each signatory hereto and shall be effective as of the date hereof.

                                        SOCIETE GENERALE, as Administrative Agent
                                        and as the sole Funding Agent

By: _____
Name:     James F. Ahern
Title:      **Managing Director**