# EXHIBIT D

```
*************** -COMM. JOURNAL- *************** DATE AUG-02-2007 ***** TIME 12:22 ********

         MODE = MEMORY TRANSMISSION        START=AUG-02 12:14    END=AUG-02 12:22

           FILE NO.=383

   STN   COMM.    ONE-TOUCH/   STATION NAME/TEL NO.              PAGES      DURATION
   NO.            ABBR NO.

   001   OK         *          915164955411                     042/042    00:08:27


                                                       -STRUCTURED FINANCE    -

************************** -       - ***** -   212 278 7320- *********
```



**CORPORATE & INVESTMENT BANKING**

# Fax

Attention: Craig Pino
Tel (516) 495-7026
Fax (516) 495-5411

From: Jim Ahern
Tel (212) 278-5432
Fax 1(212) 278-7320

Date: 8/2/07

Page: 42 pages
In case of missing page please call
Tel (212) 278-6515
Melissa Calzi

Subject:

① Notice of Termination Event and Servicer Termination Event

② Notice of Exclusive Control
  — Collection Account Control Agreement

③ Notice of Termination Event (MERS)

④ Notice of Termination Event
  — Custodial Agreement

SG Americas Securities, LLC
1221 Avenue of the Americas
New York NY 10020

Confidentiality notice. This fax and the information it contains may be confidential and is intended solely for the use of the named addressee. If you have received this fax in error, please contact us immediately by fax or telephone at the above numbers. You should not disclose the contents to any other person.

```
************ -COMM. JOURNAL- ******************* DATE AUG-02-2007 ***** TIME 12:38 ********

         MODE = MEMORY TRANSMISSION          START=AUG-02 12:28    END=AUG-02 12:38

              FILE NO.=384

    STN    COMM.    ONE-TOUCH/    STATION NAME/TEL NO.              PAGES      DURATION
    NO.             ABBR NO.

    001     OK         ã          915164955411                      042/042    00:09:26


                                                  -STRUCTURED FINANCE    -

    ******************************** -            - ***** -    212 278 7320- *********
```



**CORPORATE &
INVESTMENT BANKING**

# Fax

| Attention | Alan B. Horn | Tel Fax | (516) 445-5411 |
| From | Jim Ahern | Tel Fax | (212) 278-5432 (212) 278-7320 |
| Date | 8/2/07 | | |
| Page | 42 pages In case of missing page please call | Tel | (212) 278-6515 Melissa Calzi |
| Subject | | | |

① Notice of Termination Event and Servicer Termination Event

② Notice of Exclusive Control
 — Collection Account Control Agreement

③ Notice of Termination Event (MERS)

④ Notice of Termination Event
 — Custodial Agreement

SG Americas Securities, LLC
1221 Avenue of the Americas
New York NY 10020

**Confidentiality notice.** This fax and the information it contains may be confidential and is intended solely for the use of the named addressee. If you have received this fax in error, please contact us immediately by fax or by telephone at the above numbers. You should not disclose the contents to any other person.