# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered<br><br>Objections due by: September 24, 2007 at 4:00p.m.<br>Hearing Date: October 1, 2007 at 10:00 a.m. |

## NOTICE OF MOTION OF SOCIÉTÉ GÉNÉRALE PURSUANT TO SECTION 365(d) OF THE BANKRUPTCY CODE SEEKING RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE THE TRANSFER OF SERVICING RIGHTS AND TO RECOVER FROM THE DEBTORS ALL MORTGAGE LOAN DOCUMENTS

TO:   Counsel to the Debtor                     All Parties Requesting Notice
       United States Trustee
       Committee Counsel
       Counsel to Bank of America

Societe Generale ("SG") has filed a Motion Seeking Relief from the Automatic Stay to Effectuate the Transfer of Servicing Rights and to Recover from the Debtors all Mortgage Loan Documents (the "Motion") by which SG seeks relief from the automatic stay pursuant to 11 U.S.C. §365(d) so that it may take whatever actions necessary to effectuate the transfer of servicing rights and to recover from the Debtors all mortgage loan documents.

A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 1, 2007, at 10:00 A.M. THE HEARING WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5TH FLOOR, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the Motion by September 24, 2007 at 4:00 p.m. with the Clerk of the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

    At the same time, you must also serve a copy of the response upon SG's attorneys:

| | |
|---|---|
| Larry J. Nyhan, Esq. | Teresa K.D. Currier, Esq. |
| Melville W. Washburn, Esq. | Mary F. Caloway, Esq. |
| Matthew A. Clemente, Esq. | Buchanan Ingersoll & Rooney PC |
| David A. Hall, Esq. | The Brandywine Building |
| One South Dearborn Street | 1000 West Street, 14th Floor |
| Chicago, Illinois 60603 | Wilmington, DE 19801 |
| Telephone: (312) 853-7000 | Telephone: (302) 552-4200 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 552-4295 |

  The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

  The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: September 13, 2007      BUCHANAN INGERSOLL & ROONEY PC

                 */s/*

                 Teresa K.D. Currier (No. 3080)
                 Mary F. Caloway (No. 3059)
                 The Brandywine Building
                 1000 West Street, 14th Floor
                 Wilmington, DE 19801
                 Telephone: (302) 552-4222
                 Facsimile: (302) 552-4295

                   and

                 SIDLEY AUSTIN LLP
                   Larry J. Nyhan
                   Melville W. Washburn
                   Matthew A. Clemente
                   David A. Hall
                 One South Dearborn Street
                 Chicago, Illinois 60603
                 Telephone: (312) 853-7000
                 Facsimile: (312) 853-7036

                 Counsel to Societe Generale