# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., <u>et al.</u>,[1] | Case No. 07-11047 (CSS)<br>Jointly Administered |
| Debtors. | **Docket Ref.** \_\_\_\_ |

## ORDER GRANTING THE MOTION OF SOCIÉTÉ GÉNÉRALE PURSUANT TO SECTION 365(d) OF THE BANKRUPTCY CODE SEEKING RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE THE TRANSFER OF SERVICING RIGHTS AND TO RECOVER FROM THE DEBTORS THE <u>MORTGAGE LOAN DOCUMENTS</u>

Upon the motion (the "<u>Motion</u>") of Société Générale ("<u>SG</u>"), in its capacity as Administrative Agent for Barton Capital LLC, seeking relief from the automatic stay to (i) effectuate the transfer of Servicing Rights[2] from the Debtors to a Success Servicer and (ii) recover from the Debtors the Mortgage Loan Documents; and it appearing that sufficient notice of the Motion has been given; and it appearing that good and sufficient cause has been shown for the relief requested; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the automatic stay imposed by section 362(a) of the Bankruptcy Code is modified in order to permit SG, and SG is hereby authorized, to take any and all actions

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed such terms on the Motion.

necessary to effectuate the transfer of Servicing Rights from the Debtors to a Successor Servicer; and it is further

ORDERED, that the automatic stay imposed by section 362(a) of the Bankruptcy Code is modified in order to permit SG, and SG is hereby authorized, to take any and all lawful actions necessary to recover the Mortgage Loan Documents from the Debtors; and it is further

ORDERED, that the Debtors shall cooperate with the transition of Servicing Rights to the Successor Servicer, with such cooperation to include: (i) continuing to service the Mortgage Loans until a transition of Servicing Rights is complete in accordance with the terms of the Purchase Agreement; (ii) preparing, executing and delivering to the Successor Servicer any and all documents, including the preparation and execution of necessary powers of attorney and "Goodbye Letters"; (iii) placing in SG's possession the Mortgage Loan Documents; and (iv) doing or causing to be done all other acts or things necessary to effect the transition, including as set forth in the Purchase Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from related to the interpretation and implementation of this Order.

Date: Wilmington, Delaware
      September ___, 2007

                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge

CH1 3988426v.3