IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 13th day of September, 2007, he caused a copy of the following:

**LIMITED OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF *AND* TO CERTAIN RELATED NOTICES OF ASSUMPTION**
(Docket No. 730)

to be served via facsimile upon the parties identified on the attached list.

                                                  _____
                                                  Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 13th day of September, 2007.

                                                _____
                                                Notary Public
                                                  CATHY A. ADAMS
                                                  NOTARY PUBLIC
                                                  STATE OF DELAWARE
519.005-17888.DOC                                   My Commission Expires March 5, 2010

## SERVICE LIST

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|---|
| Alan Horn, Esq. | American Home Mortgage Holdings, Inc. | 866-805-7600 | 800-209-7276 |
| James L. Patton, Jr., Esq. Pauline K. Morgan, Esq. Matthew B. Lunn, Esq. | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| Jeffrey M. Levine | Milestone Advisors, LLC | 202-367-3000 | 202-367-3001 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Margot B. Schonholtz, Esq. Scott D. Talmadge, Esq. | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| Laurie Selber Silverstein, Esq. | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Corinne Ball, Esq. Erica M. Ryland, Esq. | Jones Day | 212-326-3939 | 212-755-7306 |
| Victoria W. Counihan, Esq. | Greenberg Traurig LLP | 302-661-7000 | 302-661-7360 |
| Joseph J. McMahon, Jr., Esq. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| Thomas H. Grace, Esq. W. Steven Bryant, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |