

2007 SEP 12  PM 2: 32

BANKRUPTCY COURT
DISTRICT OF DELAWARE

9/7/07

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BLDG.
844 NORTH KING ST
WILMINGTON        DE   19899

**CASE #  07-11047 (CSS)**

Please update your mailing address for Atlantic Detroit Diesel Allison LLC to read:

Atlantic Detroit Diesel Allison LLC
P.O. Box 2030
19C Chapin Road
Pine Brook   NJ   07058

Attn: John C. Deane / Credit Manager

Your records reflect the Rt. 17S, Lodi NJ address, our headquarters has moved to the Pine Brook NJ address.

Thank you,

*Patricia Hrywniak*
Patricia Hrywniak
ADDA / Credit Dept.

**Atlantic Detroit Diesel-Allison, LLC**
Headquarters and Service Technology Center
P.O. Box 2030, 19C Chapin Rd., Pine Brook, New Jersey 07058 Phone: (973) 575-0309 Fax: (973) 287-1086

**Service Branches**

| **Lodi, NJ** | **Lodi Bus Center** | **Piscataway, NJ** | **Middletown, CT** | **Ronkonkoma, NY** | **Albany, NY** | **Burlington, VT** |
|---|---|---|---|---|---|---|
| (201) 489-5800 | (201) 291-8415 | (732) 752-7100 | (860) 632-0218 | (631) 981-5800 | (518) 452-0000 | (802) 865-4672 |

www.atlanticdda.com