

**PHILIP CARNES & ASSOCIATES, INC.**
ARCHITECTURE - SPACE PLANNING - CONSULTING

4939 LOWER ROSWELL RD., SUITE 103
MARIETTA, GA. 30068
PHONE 770-578-3300    FAX 770-578-0110
e-mail: pc@pcarchitects.com

September 5, 2007

United States Bankruptcy Court
2nd Floor, Room 2112
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware   19801-3519

Re:   American Home Mortgage Holdings, Inc.

      Case No. 07-11047 (CSS)

We are an architectural firm and did work for an interior space which was built out for a branch of the above company in Cumming, Georgia. Our project number for this work is 2229.

We have an outstanding invoice dated July 16, 2007 which has not been paid. I had discussed this invoice with American Home Mortgage personnel Laura Ghini and she said there would be no problem paying it. We subsequently provided them with our W-9 form and still heard nothing from them, nor received any money.

Today we received the bankruptcy notice and wish to go on record as being a creditor to this company. Enclosed is a copy of our invoice, along with a copy of an email stating they would be responsible for paying our fee.

Please advise on status as soon as possible.

Sincerely,

Philip Carnes, Architect
President, Philip Carnes & Associates, Inc.



## PHILIP CARNES & ASSOCIATES, INC.
ARCHITECTURE - SPACE PLANNING - CONSULTING

4939 LOWER ROSWELL RD., SUITE 103
MARIETTA, GA. 30068
PHONE 770-578-3300    FAX 770-578-0770
e-mail: pc@pcarchitects.com

July 16, 2007

**COPY**

American Home Mortgage

Attention:  Laura Ghini

Re:    American Home Mortgage Space - Cumming, GA
       Our Project No. 2229

# INVOICE  2229.1

Architectural fee:

| | |
|---|---|
| Architect's charges: | $2,407 |
| Electrical Engineer: | $795 |
| HVAC Engineer: | $520 |
| Total amount due: | $3,722 |

Thank you.

We appreciate your business.

Philip Carnes, Architect

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------x
In re:                                  :   Chapter 11
                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,         :
                                        :   Jointly Administered
    Debtors.                            :
----------------------------------------x

*[Handwritten note: "Buddy this is only 1 of 3 pages received Phil"]*

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On August 6, 2007, American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors and their respective addresses, case numbers and federal tax identification numbers are as follows:

| DEBTORS (Other names, if any, used by the Debtors in the last 6 years) | Address | Case No. | EID No. |
|---|---|---|---|
| American Home Mortgage Holdings, Inc. | 538 Broadhollow Road Melville, NY 11747 | 07-11047 | 13-4066303 |
| American Home Mortgage Investment Corp. | 538 Broadhollow Road Melville, NY 11747 | 07-11048 | 20-0103914 |
| American Home Mortgage Acceptance, Inc. AHM Acceptance, Inc. | 538 Broadhollow Road Melville, NY 11747 | 07-11049 | 20-0201979 |
| American Home Mortgage Servicing, Inc. American Home Mtg Servicing American Home Mortgage Servicing AHM Servicing, Inc. Columbia National, Inc. Columbia National Incorporated CNI National Mortgage Co. Columbia National Mortgage CNI National | 4600 Regent Blvd., Suite 200 Irving, TX 75063 | 07-11050 | 52-0957267 |
| American Home Mortgage Corp. | 538 Broadhollow Road Melville, NY 11747 | 07-11051 | 13-3461558 |
| American Home Mortgage Ventures LLC All Pro Mortgage, LLC AHM Equity Credit Lines, LLC American Home Mortgage V Elite Lending Partners, LLC HSS Mortgage Peak Experience Mortgage Private Mortgage Group Silcon Mortgage TDG Equities US Lending Company, LLC | 538 Broadhollow Road Melville, NY 11747 | 07-11052 | 36-4571407 |

DB02:6184157.1                                              066585.1001



# American Home Mortgage

538 Broadhollow Road
Melville, New York 11747

**Laura Ghini**
Assistant Vice President
Project Manager of Design & Construction

Tel: (631) 622-5288
Fax: (866) 541-9704
Cell: (631) 559-2288
laura.ghini@americanhm.com

March 20, 2007

Westlake Leasing II LLC
PO Box 1517
Cumming, GA 30028

To Whom It May Concern:

AHM would like the landlord, Westlake Leasing, to retain the architect and engineer for the project at 540 Lake Center Parkway. In the event AHM does not move forward with the lease, the landlord will be reimbursed for any costs spent on the plans.

Please send a copy of the architect's proposal directly to my attention for review and approval. I will be the main point of contact for all design and construction issues. Please find attached our typical Design Program for your reference. Let me know if you need any information for the architect's proposal.

I look forward to working with you.

Sincerely,

Laura Ghini
AVP/PM of Design & Construction

Licensed Or Authorized Mortgage Lender Throughout The Fifty States And The District of Columbia
An American Home Mortgage Investment Corp. Company
New York Stock Exchange Listing Symbol - AHM

