IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:                                    X | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Dkt. Reference No. 241 |
|                                    X |  |

**ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 2014(a) APPROVING THE RETENTION AND
EMPLOYMENT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP,
*NUNC PRO TUNC*, AS SPECIAL INVESTIGATORY, LITIGATION, AND
CONFLICTS COUNSEL TO THE DEBTORS**

Upon consideration of the Application (the "Application") of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"), seeking entry of an order pursuant to section 327(a) of title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and approving the employment and retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel"), *nunc pro tunc* to August 10, 2007, as Special Investigatory, Litigation, and Conflicts Counsel ("Special Litigation Counsel") to the Debtors, all as more fully set forth in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. (AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Application; and upon the Declaration of Susheel Kirpalani, a member of Quinn Emanuel (the "Kirpalani Declaration"), annexed to the Application as Exhibit A; and the Court being satisfied, based on the representation made in the Application and the Kirpalani Declaration, that Quinn Emanuel represents or holds no interest adverse to the Debtors or their estates; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Application having been provided; and it appearing that no other or further notice of the Application need be provided; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors, their estates and all parties in interest; and upon the Application, the Kirpalani Declaration, and the Michael Strauss Declaration; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Application is granted and approved; and it is further

**ORDERED** that, pursuant to sections 327(a) ~~and 328(a)~~ of the Bankruptcy Code, the Debtors, as debtors in possession, are authorized to employ and retain Quinn Emanuel as Investigatory, Litigation, and Conflicts Counsel to the Debtors, *nunc pro tunc* to August 10, 2007, in accordance with Quinn Emanuel's normal hourly rates and disbursement policies as set forth in the Kirpalani Declaration; and it is further

**ORDERED** that Quinn Emanuel shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, local rules and orders of the court, guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court; and it is further

2

**ORDERED** that service of the Application as provided therein shall be deemed good and sufficient notice of such Application; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated:   Wilmington, Delaware
         Sept. 13, 2007

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
U.S. Bankruptcy Judge