IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :  Jointly Administered
                                                                :
                                                                :  **Related Docket Nos. 11 and 113**
                              Debtors.                          :
---------------------------------------------------------------- x

Sale Objection Deadline: <u>October 1</u>, 2007 at 4:00 p.m. Eastern time
Deadline for Submitting Bids: <u>October 2</u>, 2007 at 4:00 p.m. Eastern time
Auction Date: <u>October 5</u>, 2007 at 10:00 a.m. Eastern time
Sale Hearing Date: <u>October 9</u>, 2007 at 2:30 p.m. Eastern time

**NOTICE OF <u>RESCHEDULED</u> DATES IN CONNECTION WITH
EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I)
APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER
SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING
BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND
(IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF
SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE
AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

PLEASE BE ADVISED that, on August 6, 2007, the debtors and debtors in

possession herein (the "<u>Debtors</u>")[1] filed the *Emergency Motion of the Debtors for Orders: (A)(I)*

*Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used*

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("<u>AHM Servicing</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

*in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (the "Sale Motion").[2]

PLEASE BE FURTHER ADVISED that, on August 9, 2007, the Court entered an order approving procedures in connection with the Sale Motion (the "Sale Procedures Order"), which governs the bidding process (the "Bidding Procedures") for the sale of the Debtors' mortgage loan servicing business (the "Servicing Business"), as more fully described in the form Purchase and Sale Agreement annexed to the Sale Motion as Exhibit D. A copy of the Sale Procedures Order was previously served on you.

PLEASE BE FURTHER ADVISED that, pursuant to the Sale Procedures Order, the deadline to submit a Bid has been extended to **October 2, 2007 at 4:00 p.m.** (prevailing Eastern time) (the "Bid Deadline"). Prior to the Bid Deadline, you must also serve a copy of your Bid only upon the following parties: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); and (ii) Milestone Advisors, LLC 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Jeffrey M. Levine) (the "Notice Parties").

---

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Motion.

PLEASE BE FURTHER ADVISED that, pursuant to the Sale Procedures Order, the Auction has been rescheduled to **October 5, 2007 at 10:00 a.m.** (prevailing Eastern time) at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19899, or at such place and time as may be designated in writing by the Debtors.

PLEASE BE FURTHER ADVISED that the Debtors reserve the right to enter into a stalking horse bid for the Servicing Business and seek Court approval of bid protections and additional sale procedures related thereto.

PLEASE BE FURTHER ADVISED that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Sale Motion (among other things, to confirm the results of any Auction and approve the sale of the Servicing Business to the prevailing purchaser) has been scheduled on **October 9, 2007 at 2:30 p.m.** (prevailing Eastern time), before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States District Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. The Sale Hearing may be further adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE BE FURTHER ADVISED that objections to the Sale, if any, or to the relief requested in the Sale Motion must be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **October 1, 2007 at 4:00 p.m.** (prevailing Eastern time) (the "Extended Objection Deadline") and be served so as to be received no later than the Extended Objection Deadline upon the (i) Debtors; (ii) counsel to the Debtors; (iii) Milestone Advisors, LLC; (iv) counsel to the

Committee; (v) counsel to the Administrative Agent; (vi) counsel to the DIP Agent; and (viii) the Office of the United States Trustee, as more particularly set forth in, and in accordance with, the Sale Procedures Order. **If you have already filed an objection, you need not file an additional objection by the Extended Objection Deadline.**

PLEASE BE FURTHER ADVISED that, except as modified hereby, the Sale Procedures Order shall continue to remain in full force and effect, unless otherwise ordered by the Bankruptcy Court.

PLEASE BE FURTHER ADVISED that all requests for information concerning the Sale Procedures, the proposed sale of the Servicing Business, or the Motion should be directed in writing to Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19899 (Courier 19801), Attn: Ken Enos, Esquire.

Dated: September 14, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and
Debtors in Possession