IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
       Debtors.                                                        :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 31, 2007, I caused to be served true and correct copies of the "Corrected Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, if any" dated August 31, 2007, enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        _____
                                                               Angharad Bowdler

Sworn to before me this

4th day of September, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT A**

Hileman Company LLC
Attn: Lisa Hood
P.O. Box 17657
Beverly Hills CA 90209


ICP 2700, LLC
P.O. Box 8429
Scottsdale, AZ 85225-8429


Temecula Corporate
1900 Main Street
Suite 350
Irvine, CA 92614


WestLinn Corp. Park
Blackhawk, LLC
P.O. Box 4245
Portland, OR 97208-4245


Pavilion Court
c/o Roswell & Company
P.O. Box 1796
Boulder, CO 80306


RGN - South Florida
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139


Gateway Canyon, Inc.
8101 East Prentice
Prentice Plaza
Suite 250
Greenwood Village, CO 80111


Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, Colorado 80206

Gallagher & Lindsey, Inc.
1406 Webster Street
#G
Alameda, CA 94501


Ringstone Parnters, LLC
P.O. Box 160897
Big Sky, MT 59716


West End Properties
1970 Statium Drice
Suite 3
Bozeman, MT 59715


Border FCU
P.O. Box 420728
Del Rio, TX 78842-0728


Talavi Associates LLC
3838 North Central Avenue
Suite 1500
Phoenix, AZ 85012


Red Sky Properties, LLC
Attn: Lynn Wright
800 Hartwood Lane #18
Dayfield CO 81122


Weiss Realty Management
730 North Poast Oak Road
Suite 330
Houston, TX 77024


Blue Bear Properties, Inc.
20669 West Lake Houston Parkway
The Centre at Kings Lake Estates
Suite L
Kingwood, TX 77346


George R. and Frieda L. Betts
707 Forsythia Drive
Nampa, ID 83651