William Novotny (Arizona Bar #4239)
MARISCAL, WEEKS, McINTYRE
 & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100
E-Mail: william.novotny@mwmf.com

Attorneys for Waterfall Shopping Center Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al*.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF NOTICES AND PLEADINGS, AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST** |

      Waterfall Shopping Center Inc., an Arizona corporation ("Landlord"), a creditor and interested party in the above-referenced Chapter 11 proceedings, hereby appears in these proceedings, by and through its counsel, Mariscal, Weeks, McIntyre & Friedlander, P.A., and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests that the party be added to the Master Service List and included in the CM/ECF:

William Novotny
MARISCAL, WEEKS, McINTYRE & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone:  (602) 285-5000
Fax:  (602) 285-5100
E-Mail: william.novotny@mwmf.com

Pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlord's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly hereby reserved.

DATED this 12th day of September, 2007.

                              **MARISCAL, WEEKS, McINTYRE**
                                  **& FRIEDLANDER, P.A.**

                                        /s/ WN
                    By: _____
                        William Novotny
                        2901 North Central Avenue, Suite 200
                        Phoenix, Arizona 85012-2705
                        Attorneys for Waterfall Shopping
                        Center Inc.

Copy of the foregoing mailed on September 12, 2007, to:

James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
PO Box 391
Wilmington, DE 19899
Attorney for Debtors

/s/ WN
_____
U:\ATTORNEYS\WN\Pollack, Michael\American Home Mortgage\Notice of Appearance.doc

2