**American Home Mortgage**

Dear Eligible Executive:

In a continuous effort to ensure that we provide our key employees with competitive benefit programs, we are pleased to announce that you are eligible to enroll in the American Home Mortgage Holdings, Inc. Deferred Compensation Plan. This valuable tax-advantaged benefit Plan provides you with an opportunity to accumulate significant assets for future events, both during your working years and after you retire.

Some of the important Plan features include:

- the ability to defer up to 75% of your base salary and 100% of your bonus and/or commissions on a pre-tax basis
- pre-tax in-service accounts to help you efficiently save for pre-retirement needs, such as college tuition
- Distribution options for retirement, termination or in-service distribution. Distribution options may be subject to the requirements of applicable law, including Code Section 409A regulations and IRS guidance.
- a menu of investment options representing a broad range of well-known asset managers
- "model" portfolios to help you automatically diversify your investments
- a 401(k) "Restoration" match that restores company 401(k) matching contributions due to a reduction in salary resulting from contributions to the Deferred Compensation Plan

The Newport Group, a national consulting, asset management and administrative services firm, assisted American Home Mortgage Holdings, Inc. with designing the Plan and developing its "best in class" menu of investment options.

This year's open enrollment period begins Friday, December 16, 2005 and ends on Friday, December 30, 2005. Both during and following the enrollment period, a team of Newport Benefits and Investment Specialists will be available to assist you with any questions you may have about the Plan's provisions, the investment options, or your account(s). Please direct your questions to The Newport Group at 800-230-3950.

You will have online access to your account(s) via a secure participant website, on which you can view your current balances, perform transactions, and download forms. Financial education, advice and planning tools, as well as up-to-the-minute financial news and articles are also available to you through this same website.

We appreciate your contributions to American Home Mortgage and are pleased to offer you this valuable benefit.

Sincerely,

*Mary Ann Munson*

Mary Ann Munson
Senior Vice President
Director Human Resources

# EXHIBIT A