Participant Statement

  

American Home Mortgage

**Mark Robert James**
2911 Pacific Hts Rd
Honolulu, HI 96813

Dear Executive:

Enclosed is your quarterly benefit statement for the American Home Mortgage Holding, Inc. Deferred Compensation Plan. This easy-to-read statement contains comprehensive information to help you track your benefit accounts and investment performance.

Remember, you have "24/7" access to your account, including an electronic copy of this and previous statements, through www.plandestination.com. To logon you simply need to enter:
- your logon ID (your Social Security number, entered without dashes)
- your Personal Identification Number (the default is the last 4 digits of your Social Security number).

*Note that once you're logged on, you may change your PIN in the "My Profile" section of the website. If you have already chosen a PIN different from this default during the open enrollment, you will be able to continue using your current PIN.*

Should you have any questions, please call the Client Service Center weekdays between 8:30 a.m. and 8 p.m. ET at 800-230-3950.

The American Home Mortgage Holding, Inc. Deferred Compensation Plan is a valuable part of your overall employee benefits package. We are pleased to provide you with the means to effectively manage your account and make informed decisions that will help you reach your financial destinations.

Sincerely,

*Mary Ann Munson*
Mary Ann Munson
Senior Vice President, Director of Human Resources

**EXHIBIT B**



**American Home Mortgage**

Deferred Compensation Plan

# Account Summary

**Reporting Period:**
**4/1/2007 - 6/30/2007**

American Home Mortgage Holdings, Inc.




## Mark Robert James
2911 Pacific Hts Rd
Honolulu, HI 96813

**Balance Summary**

| | |
|---|---|
| Your total beginning balance | $52,674.98 |
| Transactions this period | $8,684.77 |
| Gain/Loss this period | $2,014.70 |
| Total ending balance | $63,374.45 |
| Total vested balance | $63,374.45 |
| Deferral: Bonus Earned 2007 Paid in 2008 | 12% |
| Deferral: Commissions | 12% |
| Personal rate of return (period-to-date)* | 3.5% |

**Social Security Number**
***-**-1327

**Status**
Active

\* The personal rate of return is the dollar-weighted compounded rate of return of your individual accounts and your entire account balance over the time period of this report. This method takes into account when and how much you invest, as well as the performance of the funds in which you invest. Past results do not predict future results.

| Activity Summary | Beginning Balance | Contributions & Other Credits | Withdrawals & Other Debits | Transfers | Earnings Gain/Loss | Ending Balance |
|---|---|---|---|---|---|---|
| Model Portfolio - Moderate/Conservative | 22,819.14 | 0.00 | 0.00 | 0.00 | 510.83 | 23,329.97 |
| Model Portfolio - Moderate | 6,471.37 | 8,684.77 | 0.00 | 0.00 | 343.52 | 15,499.66 |
| Model Portfolio - Moderate/Aggressive | 23,384.47 | 0.00 | 0.00 | 0.00 | 1,160.35 | 24,544.82 |
| Totals | 52,674.98 | 8,684.77 | 0.00 | 0.00 | 2,014.70 | 63,374.45 |

Details of credits and debits are on the following page.

**Current Balance by Asset Type**

| | |
|---|---|
| ■ Model Portfolio - Conservative/Moderate | 36.8% |
| ☐ Model Portfolio - Moderate | 24.5% |
| ■ Model Portfolio - Moderate/Aggressive | 38.7% |
| Total: | 100.0% |



| Investment Summary | Beginning Share Price | Beginning Share Balance | Beginning Market Value | Ending Share Price | Ending Share Balance | Ending Market Value |
|---|---|---|---|---|---|---|
| Model Portfolio - Moderate/Conservative | 12.334 | 1,850.104 | 22,819.14 | 12.610 | 1,850.104 | 23,329.97 |
| Model Portfolio - Moderate | 12.972 | 498.864 | 6,471.37 | 13.466 | 1,150.999 | 15,499.65 |
| Model Portfolio - Moderate/Aggressive | 13.608 | 1,718.472 | 23,384.47 | 14.283 | 1,718.472 | 24,544.82 |

Your account balance and the returns on your account are based on the investment options you have selected. To maintain the benefits of the Plan, you do not directly own the underlying securities or any other assets of American Home Mortgage Holdings, Inc. Please review the information on your statement and notify your plan sponsor of any questions or corrections. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Corrections will be reflected on a subsequent statement.

# Account Detail

**Deferred Compensation Plan**

**Reporting Period:** 4/1/2007 - 6/30/2007

To view the contents of this statement on line, please visit: plandestination.com

| Contributions and Other Credits | Reporting Period | | | | Ending |
|---|---|---|---|---|---|
| | Salary | Bonus | Other | Total | Balance |
| Marriage Fund | 0.00 | 0.00 | 4,342.37 | 4,342.37 | 31,079.77 |
| Termination Of Employment Account | 0.00 | 0.00 | 4,342.40 | 4,342.40 | 32,294.68 |
| Total | 0.00 | 0.00 | 8,684.77 | 8,684.77 | 63,374.45 |

| Distributions and Other Debits | Scheduled Distribution Date | Installment Period | YTD Distributions | Reporting Period Distributions | | |
|---|---|---|---|---|---|---|
| Marriage Fund | 1/2008 | Lump Sum | 0.00 | 0.00 | | |
| Termination Of Employment Account | Retirement | Lump Sum | 0.00 | 0.00 | | |
| Total | | | 0.00 | 0.00 | | |

**Information**

THE NEWPORT GROUP

Need more information? Please visit us at:
plandestination.com

Or call us toll-free Monday-Friday 8:30am-8:00pm Eastern Standard Time at:
800-230-3950

Please verify this financial information and notify your plan sponsor of questions within 30 days of receipt. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Any corrections will be reflected on a subsequent statement. Minor variations in account totals may occur due to rounding.

**Deferred Compensation Plan**

# Account Summary

**Reporting Period: 4/1/2007 - 6/30/2007**

To view the contents of this statement on line, please visit: plandestination.com

Name:  Mark Robert James

Sub-Account Name:

## Marriage Fund

**Balance Summary**

| | |
|---|---:|
| Your total beginning balance | $26,054.81 |
| Transactions this period | $4,342.37 |
| Gain/Loss this period | $682.59 |
| Total ending balance | $31,079.77 |
| Total vested balance | $31,079.77 |
| Personal rate of return (period-to-date)* | 2.4% |

\* The personal rate of return is the dollar-weighted compounded rate of return of your individual accounts and your entire account balance over the time period of this report. This method takes into account when and how much you invest, as well as the performance of the funds in which you invest. Past results do not predict future results.

| Activity Summary | Beginning Balance | Contributions & Other Credits * | Withdrawals & Other Debits | Transfers | Earnings Gain/Loss | Ending Balance |
|---|---:|---:|---:|---:|---:|---:|
| Model Portfolio - Moderate/Conservative | 22,819.14 | 0.00 | 0.00 | 0.00 | 510.83 | 23,329.97 |
| Model Portfolio - Moderate | 3,235.67 | 4,342.37 | 0.00 | 0.00 | 171.76 | 7,749.80 |
| Total | 26,054.81 | 4,342.37 | 0.00 | 0.00 | 682.59 | 31,079.77 |

\* Details of other credits and debits are on the following page.



Current Balance by Asset Type

- Model Portfolio - Conservative/Moderate  75.1%
- Model Portfolio - Moderate  24.9%
- Total  100.0%

| Investment Summary | Your Investment Elections | Beginning Share Price | Beginning Share Balance | Beginning Market Value | Ending Share Price | Ending Share Balance | Ending Market Value |
|---|---:|---:|---:|---:|---:|---:|---:|
| Model Portfolio - Moderate/Conservative | 0% | 12.334 | 1,850.104 | 22,819.14 | 12.610 | 1,850.104 | 23,329.97 |
| Model Portfolio - Moderate | 100% | 12.972 | 249.431 | 3,235.67 | 13.466 | 575.497 | 7,749.80 |

Please verify this financial information and notify your plan sponsor of questions within 30 days of receipt. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Any corrections will be reflected on a subsequent statement.
To view contents of your account on line, please visit: plandestination.com

**Deferred Compensation Plan**

Sub-Account Detail

Reporting Period:  4/1/2007 - 6/30/2007

To view the contents of this statement on line, please visit: plandestination.com

| Contributions and Other Credits | YTD Contributions | Period Contributions | Ending Balance | Vested Balance | Vested % |
|---|---|---|---|---|---|
| Employee Deferrals | 7,560.80 | 4,342.37 | 31,079.77 | 31,079.77 | 100% |
| Total | 7,560.80 | 4,342.37 | 31,079.77 | 31,079.77 | |

| Distributions and Other Debits | YTD Distributions | Reporting Period Distributions | |
|---|---|---|---|
| Employee Deferrals | 0.00 | 0.00 | |
| Employer Contributions | 0.00 | 0.00 | |
| Total | 0.00 | 0.00 | |

---

**Information**

**THE NEWPORT GROUP**

Need more information? Please visit us at:

plandestination.com

Or call us toll-free Monday-Friday 8:30am-8:00pm Eastern Standard Time at:
800-230-3950

Please verify this financial information and notify your plan sponsor of questions within 30 days of receipt. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Any corrections will be reflected on a subsequent statement.

Deferred Compensation Plan

# Account Summary

---

**Reporting Period: 4/1/2007 - 6/30/2007**

To view the contents of this statement on line, please visit: plandestination.com

Name:  Mark Robert James

Sub-Account Name:

# Termination Of Employment Account

**Balance Summary**

| | |
|---|---|
| Your total beginning balance | $26,620.17 |
| Transactions this period | $4,342.40 |
| Gain/Loss this period | $1,332.11 |
| Total ending balance | $32,294.68 |
| Total vested balance | $32,294.68 |
| Personal rate of return (period-to-date)* | 4.6% |

\* The personal rate of return is the dollar-weighted compounded rate of return of your individual accounts and your entire account balance over the time period of this report. This method takes into account when and how much you invest, as well as the performance of the funds in which you invest. Past results do not predict future results.

| Activity Summary | Beginning Balance | Contributions & Other Credits * | Withdrawals & Other Debits | Transfers | Earnings Gain/Loss | Ending Balance |
|---|---|---|---|---|---|---|
| Model Portfolio - Moderate | 3,235.70 | 4,342.40 | 0.00 | 0.00 | 171.76 | 7,749.86 |
| Model Portfolio - Moderate/Aggressive | 23,384.47 | 0.00 | 0.00 | 0.00 | 1,160.35 | 24,544.82 |
| Total | 26,620.17 | 4,342.40 | 0.00 | 0.00 | 1,332.11 | 32,294.68 |

\* Details of other credits and debits are on the following page.

**Current Balance by Asset Type**

| | |
|---|---|
| ☐ Model Portfolio - Moderate | 24.0% |
| ■ Model Portfolio - Moderate/Aggressive | 76.0% |
| Total: | 100.0% |



| Investment Summary | Your Investment Elections | Beginning Share Price | Beginning Share Balance | Beginning Market Value | Ending Share Price | Ending Share Balance | Ending Market Value |
|---|---|---|---|---|---|---|---|
| Model Portfolio - Moderate | 100% | 12.972 | 249.433 | 3,235.70 | 13.466 | 575.502 | 7,749.86 |
| Model Portfolio - Moderate/Aggressive | 0% | 13.608 | 1,718.472 | 23,384.47 | 14.283 | 1,718.472 | 24,544.82 |

**Deferred Compensation Plan**

Sub-Account Detail

Reporting Period:   4/1/2007 - 6/30/2007

To view the contents of this statement on line, please visit: plandestination.com

| Contributions and Other Credits | YTD Contributions | Period Contributions | Ending Balance | Vested Balance | Vested % |
|---|---|---|---|---|---|
| Employee Deferrals | 7,560.86 | 4,342.40 | 32,294.68 | 32,294.68 | 100% |
| Total | 7,560.86 | 4,342.40 | 32,294.68 | 32,294.68 | |

| Distributions and Other Debits | YTD Distributions | Reporting Period Distributions |
|---|---|---|
| Employee Deferrals | 0.00 | 0.00 |
| Employer Contributions | 0.00 | 0.00 |
| Total | 0.00 | 0.00 |

**Information**

THE NEWPORT GROUP

Need more information? Please visit us at:

plandestination.com

Or call us toll-free Monday-Friday 8:30am-8:00pm Eastern Standard Time at: 800-230-3950

Please verify this financial information and notify your plan sponsor of questions within 30 days of receipt. If you do not notify your plan sponsor, we will assume the information on this statement is correct. Any corrections will be reflected on a subsequent statement.

**Deferred Compensation Plan**                                                                  Fund Performance

**Reporting Period:** 4/1/2007 - 6/30/2007                To view the contents of this statement on line, please visit: plandestination.com

| Category/Fund | 2nd Qtr 2007 | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|
| **Model Portfolio** | | | | | | |
| Model Portfolio - Conservative | 0.85% | 2.56% | 6.93% | N/A | N/A | N/A |
| Model Portfolio - Moderate/Conservative | 2.24% | 4.01% | 10.23% | N/A | N/A | N/A |
| Model Portfolio - Moderate | 3.81% | 5.66% | 14.00% | N/A | N/A | N/A |
| Model Portfolio - Moderate/Aggressive | 4.96% | 6.82% | 16.80% | N/A | N/A | N/A |
| Model Portfolio - Aggressive | 5.79% | 7.74% | 19.02% | N/A | N/A | N/A |
| **Cash** | | | | | | |
| Nationwide NVIT Money Market V | 1.21% | 2.42% | 4.93% | 3.47% | N/A | N/A |
| *3 Month T-Bill Index* | *1.16%* | *2.39%* | *4.86%* | *3.67%* | *2.66%* | *3.57%* |
| **Inflation Linked Bond** | | | | | | |
| PIMCO VIT Real Return Admin | -1.48% | 0.85% | 2.92% | 3.35% | 6.14% | N/A |
| *ML U.S. Treasuries, Inflation-Linked Bond Index* | *-0.73%* | *1.68%* | *3.93%* | *3.82%* | *6.08%* | *6.77%* |
| **Intermediate Term Bond** | | | | | | |
| PIMCO VIT Total Return Admin | -1.19% | 0.38% | 5.02% | 3.71% | 4.43% | N/A |
| *Lehman Aggregate Bond Index* | *-0.52%* | *0.98%* | *6.12%* | *3.98%* | *4.48%* | *6.02%* |
| **Absolute Return** | | | | | | |
| LASSO | 2.56% | 3.78% | 9.29% | 6.71% | 6.30% | N/A |
| *MSCI Hedge Invest Index/ 60% S&P 500 40% Lehman Agg\** | *N/A* | *N/A* | *N/A* | *N/A* | *N/A* | *N/A* |
| **Large Value** | | | | | | |
| T. Rowe Price Equity Income II | 6.75% | 7.96% | 22.14% | 13.42% | 11.38% | N/A |
| *Russell 1000 Value Index* | *4.93%* | *6.23%* | *21.87%* | *15.93%* | *13.31%* | *9.87%* |
| **Market Index** | | | | | | |
| Dreyfus Stock Index Initial | 6.21% | 6.81% | 20.27% | 11.41% | 10.44% | 6.83% |
| *S&P 500 Index* | *6.28%* | *6.96%* | *20.59%* | *11.68%* | *10.71%* | *7.13%* |
| **Large Growth** | | | | | | |
| Oppenheimer VA Capital Appreciation NS | 6.48% | 9.38% | 18.23% | 9.04% | 9.48% | 7.95% |
| *Russell 1000 Growth Index* | *6.86%* | *8.13%* | *19.04%* | *8.70%* | *9.28%* | *4.39%* |
| **Mid Value** | | | | | | |
| Goldman Sachs VIT Mid Cap Value | 4.86% | 9.94% | 21.98% | 18.00% | 15.79% | N/A |
| *Russell Midcap Value Index* | *3.65%* | *8.69%* | *22.09%* | *19.32%* | *17.17%* | *13.06%* |
| **Mid Growth** | | | | | | |
| JP Morgan Inv Trust Mid Cap Growth | 8.22% | 11.86% | 19.20% | 13.86% | 12.24% | 11.29% |
| *Russell Midcap Growth Index* | *6.74%* | *10.97%* | *19.73%* | *14.48%* | *15.45%* | *8.66%* |
| **Small Value** | | | | | | |
| Royce Capital Small Cap | 7.66% | 10.59% | 22.12% | 16.23% | 14.91% | 15.54% |
| *Russell 2000 Value Index* | *2.30%* | *3.80%* | *16.05%* | *15.02%* | *14.62%* | *12.14%* |
| **Small Growth** | | | | | | |
| Vanguard VIF Small Company Growth | 5.52% | 9.20% | 14.16% | 11.67% | 12.37% | 13.96% |
| *Russell 2000 Growth Index* | *6.69%* | *9.33%* | *16.83%* | *11.76%* | *13.08%* | *5.28%* |
| **World** | | | | | | |
| Oppenheimer VA Global Securities NS | 7.36% | 8.53% | 22.97% | 18.96% | 15.86% | 13.07% |
| *MSCI World Index* | *6.51%* | *9.17%* | *23.59%* | *16.73%* | *14.00%* | *7.05%* |
| **International Value** | | | | | | |
| Dreyfus VIF International Value | 5.38% | 7.74% | 20.81% | 18.05% | 14.66% | 9.05% |
| *MSCI EAFE Value Index* | *6.14%* | *9.55%* | *28.65%* | *23.75%* | *20.05%* | *9.97%* |

Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.

# Risk Based Model Portfolios

**Reporting Period:** 4/1/2007 - 6/30/2007

To view the contents of this statement on line, please visit: plandestination.com





### Model Portfolio - Conservative

| Fund | % |
|---|---|
| Vanguard VIF Small Company Growth | 1% |
| Royce Capital Small Cap | 1% |
| Goldman Sachs VIT Mid Cap Value | 1% |
| Oppenheimer VA Global Securities NS | 2% |
| Oppenheimer VA Capital Appreciation NS | 1% |
| T. Rowe Price Equity Income II | 1% |
| JP Morgan Inv Trust Mid Cap Growth | 1% |
| PIMCO VIT Real Return Admin | 23% |
| PIMCO VIT Total Return Admin | 23% |
| LASSO | 10% |
| Dreyfus VIF International Value | 2% |
| Nationwide NVIT Money Market V | 31% |
| Dreyfus Stock Index Initial | 3% |

### Model Portfolio - Moderate/Conservative

| Fund | % |
|---|---|
| Vanguard VIF Small Company Growth | 1% |
| Royce Capital Small Cap | 1% |
| Goldman Sachs VIT Mid Cap Value | 3% |
| Oppenheimer VA Global Securities NS | 4% |
| Oppenheimer VA Capital Appreciation NS | 4% |
| T. Rowe Price Equity Income II | 4% |
| JP Morgan Inv Trust Mid Cap Growth | 2% |
| PIMCO VIT Real Return Admin | 16% |
| PIMCO VIT Total Return Admin | 16% |
| LASSO | 15% |
| Dreyfus VIF International Value | 5% |
| Nationwide NVIT Money Market V | 21% |
| Dreyfus Stock Index Initial | 8% |

### Model Portfolio - Moderate

| Fund | % |
|---|---|
| Vanguard VIF Small Company Growth | 1% |
| Royce Capital Small Cap | 2% |
| Goldman Sachs VIT Mid Cap Value | 5% |
| Oppenheimer VA Global Securities NS | 7% |
| Oppenheimer VA Capital Appreciation NS | 7% |
| T. Rowe Price Equity Income II | 7% |
| JP Morgan Inv Trust Mid Cap Growth | 4% |
| PIMCO VIT Real Return Admin | 9% |
| PIMCO VIT Total Return Admin | 9% |
| LASSO | 15% |
| Dreyfus VIF International Value | 8% |
| Nationwide NVIT Money Market V | 12% |
| Dreyfus Stock Index Initial | 14% |




### Model Portfolio - Moderate/Aggressive

| Fund | % |
|---|---|
| Vanguard VIF Small Company Growth | 1% |
| Royce Capital Small Cap | 3% |
| Goldman Sachs VIT Mid Cap Value | 6% |
| Oppenheimer VA Global Securities NS | 10% |
| Oppenheimer VA Capital Appreciation NS | 9% |
| T. Rowe Price Equity Income II | 9% |
| JP Morgan Inv Trust Mid Cap Growth | 4% |
| PIMCO VIT Real Return Admin | 3% |
| PIMCO VIT Total Return Admin | 3% |
| LASSO | 20% |
| Dreyfus VIF International Value | 11% |
| Nationwide NVIT Money Market V | 4% |
| Dreyfus Stock Index Initial | 17% |

### Model Portfolio - Aggressive

| Fund | % |
|---|---|
| Vanguard VIF Small Company Growth | 2% |
| Royce Capital Small Cap | 3% |
| Goldman Sachs VIT Mid Cap Value | 8% |
| Oppenheimer VA Global Securities NS | 12% |
| Oppenheimer VA Capital Appreciation NS | 10% |
| T. Rowe Price Equity Income II | 10% |
| JP Morgan Inv Trust Mid Cap Growth | 5% |
| PIMCO VIT Real Return Admin | 0% |
| PIMCO VIT Total Return Admin | 0% |
| LASSO | 15% |
| Dreyfus VIF International Value | 14% |
| Nationwide NVIT Money Market V | 0% |
| Dreyfus Stock Index Initial | 21% |

Legend:
- Goldman Sachs VIT Mid Cap Value
- JP Morgan Inv Trust Mid Cap Growth
- Oppenheimer VA Capital Appreciation NS
- Royce Capital Small Cap
- T. Rowe Price Equity Income II
- Vanguard VIF Small Company Growth
- Dreyfus VIF International Value
- Oppenheimer VA Global Securities NS
- Dreyfus Stock Index Initial
- LASSO
- PIMCO VIT Real Return Admin
- PIMCO VIT Total Return Admin
- Nationwide NVIT Money Market V