**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtor. | : | Re: Docket Nos. 14, 66 |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies as follows:

1. On August 6, 2007, the above captioned debtors and debtors in possession each filed voluntary petitions for relief under chapter 11 and on that date the Court heard various "first day" motions including a motion of the debtors seeking authorization to maintain and continue using existing bank accounts and business forms and authorization to maintain and continue using its existing cash management system (the "Cash Management Motion").

2. On August 7, 2007, the Court entered an order approving the Cash Management Motion. Under Del. Bankr. L.R. 9013(m)(v), parties in interest may file a motion to reconsider "first day" orders within 30 days of entry of such order unless the Court orders otherwise.

3. The Debtor and the Committee agreed to an initial extension of such deadline with respect to the Cash Management Motion solely for the Official Committee of Unsecured Creditors (the "Committee") to September 17, 2007, which was approved by Court Order dated September 7, 2007.

4. The Debtor and the Committee have agreed to a further extension of such deadline with respect to the Cash Management Motion solely for the Committee until September 24, 2007, pursuant to the attached Second Stipulation Extending Response Deadline.

In accordance with the Del. Bankr. Local Rules, counsel respectfully requests that the Court approve the attached Stipulation.

September 14, 2007                          **BLANK ROME LLP**

                                            */s/ Bonnie Glantz Fatell*
                                            Bonnie Glantz Fatell (No. 3809)
                                            1201 Market Street, Suite 800
                                            Wilmington, DE 19801
                                            Telephone:   (302) 425-6400
                                            Facsimile:   (302) 425-6464

                                            *Proposed Counsel for the Official Committee of Unsecured Creditors*

128189.01600/40171058v.2