# EXHIBIT 1

1045906.1

## SUPPLEMENTAL DECLARATION OF DIANE C. STANFIELD

I, DIANE C. STANFIELD, declare as follows:

1. I am Of Counsel to Weston Benshoof Rochefort Rubalcava & MacCuish, attorneys for Lessor TPRF/THC HavenPark, LLC ("Lessor") in the above captioned matter. I make this declaration in support of the Objections of Lessor TPRF/THC HavenPark, LLC To Proposed Cure Amount, filed September 7, 2007 ("Objections"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would do so competently under oath.

2. The hourly billing rates for the attorneys who have billed time on this matter are: Dean G. Rallis Jr., $495.00; Diane C. Stanfield, $450.00; Darren L. Hereford, $360.00; Joseph Abdelkerim, $260.00; and Erin Curran, $250.00.

3. Attached hereto as Exhibit E is a true and correct copy of the Engagement Letter on this matter, redacted to remove any material other than facts concerning a retainer (none in this case), the identity of the client, the conditions of employment and the amount of the fees. Attached collectively hereto as Exhibit F are true and correct copies of the invoices billed to Lessor in connection with this matter, redacted to remove any references to the nature of the work performed.   The services covered by the first invoice (Invoice 97892) were described in my Declaration dated September 6, 2007. The services covered by the second invoice (Invoice 97893) include generally: preparation of Lessor's Objections and other pleadings related thereto, arrangements for retention of local counsel, research and discussions concerning documents requested by AHM in response to Lessor's demand for attorneys' fees, preparation of the Supplemental Declarations of Diane C. Stanfield and Lisa Hood, and preparation of the Exhibits for filing.  Invoice 97893 also includes costs consisting of a $3,000.00 retainer advanced by

1049601.2

Weston Benshoof Rochefort Rubalcava & MacCuish to Lessor's local counsel in Delaware,

Donna Harris of Pinckney Harris & Poppiti, LLC.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on September 13, 2007, at Los Angeles, California.

DIANE C. STANFIELD

1049601.2

# EXHIBIT E



## WESTON BENSHOOF
## ROCHEFORT RUBALCAVA MACCUISH LLP
ATTORNEYS AT LAW

August 1, 2007

**VIA E-MAIL**

TPRF/THC HavenPark, LLC

Re: Engagement Letter

      We are pleased to welcome TPRF/THC HavenPark, LLC ("you") as a client of Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP ("the Firm"). This letter confirms the terms and conditions of your engagement of the Firm.

### Legal Services

      We appreciate the opportunity to serve you. Our goal is to provide you with high quality legal services to help you meet your business objectives. Our obligation to represent you will commence when you return a signed copy of this agreement.

333 SOUTH HOPE STREET • SIXTEENTH FLOOR • LOS ANGELES, CA 90071 • TEL 213 576 1000 • FAX 213 576 1100

2801 TOWNSGATE ROAD, SUITE 215 • WESTLAKE VILLAGE, CA 91361 • TEL 805 497 9474 • FAX 805 497 8804
1049695.1
www.wbcounsel.com

TPRF/THC HavenPark, LLC
August 1, 2007
Page 2

Persons Responsible

     Within our Firm, Darren L. Hereford, Dean Rallis, Diane Stanfield, and Joseph Abdelkerim will be primarily responsible for this engagement and are available to speak with you to answer any questions you may have about the progress of the matter. Over the course of this engagement, we will make use of partners, associates, paralegals and such other staff as we deem appropriate from time to time to best represent your interests. Responsiveness to clients is one of the highest priorities of our Firm, and you should feel free to contact any of the attorneys working on your case to provide a status report or to handle any emergencies that may arise. Those attorneys and their contact information is provided below:

|  | Direct Phone #: | Cell Phone #: | E-Mail Address: |
|---|---|---|---|
| Darren L. Hereford | (213) 576-1032 | (213) 925-5334 | dhereford@wbcounsel.com |
| Dean G. Rallis | (213) 576-1025 | (818) 634-9698 | drallis@wbcounsel.com |
| Diane C. Stanfield | (213) 576-1039 | (818) 512-0725 | dstanfield@wbcounsel.com |
| Joseph E. Abdelkerim | (213) 576-1019 | (213) 925-5065 | jabdelkerim@wbcounsel.com |



WESTON BENSHOOF
ROCHEFORT RUBALCAVA MACCUISH LLP
ATTORNEYS AT LAW

TPRF/THC HavenPark, LLC
August 1, 2007
Page 3

Rates, Fees and Charges

Our fees are based on the amount of time spent by our lawyers and paralegals on your behalf. Each lawyer and paralegal in our Firm has an hourly billing rate and the rate times the number of hours spent, measured in tenths of an hour, will be the basis for determining our fee. Our charges will include time spent on such activities as telephone calls relating to your matter; time spent by legal personnel assigned to your matter to conduct factual investigation, to perform legal research and to confer about tactics and strategies among themselves as may be required; and the drafting of letters, pleadings, agreements and other documents.

In general, our partner's billing rates applicable to this engagement will range from $325.00 to $575.00. My time is billed at $360.00 per hour. My partner, Dean Rallis, is billed at $495 per hour. Diane Stanfield is billed at $450 per hour. For associate time, our rates range from $225.00 to $335.00 per hour. Joseph Abdelkerim is billed at $260 per hour. For paralegal rates, our rates range from $160.00 per hour.

In addition to fees, we will expect payment for disbursements and other charges. The costs and expenses commonly incurred include long distance telephone calls, messenger and other delivery fees, postage, travel expenses, photocopying and other reproduction costs, facsimile costs, word processing charges, charges for computer time and other similar items.[1] Other charges that may be incurred include court reporter's fees, filing fees, deposition and transcript fees and expenses imposed by courts and administrative agencies. Depending on the amount of charges we incur, we reserve the right to require you to pay these charges directly. We ordinarily seek direct payment of any charge in excess of $1,000.

To aid in the preparation or presentation of your case, it may become necessary to hire expert witnesses, consultants or investigators. We will not hire such persons unless you agree to pay their fees and charges. We will select, subject to your approval, any expert witnesses, consultants or investigators to be hired.

---

[1]    Our current charge for in-office photocopying is $0.15/page; for facsimile charges $1.00/page (sending only); and mileage will be charged at the approved IRS rate, which currently is $0.485/mile.

WESTON BENSHOOF
ROCHEFORT RUBALCAVA MACCUISH LLP
ATTORNEYS AT LAW

1049695.1

TPRF/THC HavenPark, LLC
August 1, 2007
Page 4


On those occasions where we are required to travel for you, we will charge you for our travel time at our normal rates unless we are able to perform other client work while in transit, which we will endeavor to do wherever possible. In addition, we will charge you for our actual travel costs (for domestic flights, coach fare only, unless you authorize upgraded travel, plus reasonable meal and lodging charges).

We will send you statements on a monthly basis. They will show our time logged in tenth-of-an-hour increments and will separate fees from disbursements and other charges. Payment of our statements is due promptly upon receipt. Please note that each of you will be jointly responsible for the entire amount of any outstanding fees owed to our firm for your matter. Our billing rates are usually revised annually, but we reserve the right to revise them at other times during the course of our representation. Following any such revision, our new rates and charges will be applied to your account and this letter constitutes written notice to you of our right to make such revisions. Please also note that although we may furnish estimates of fees or costs that we anticipate will be incurred, these estimates are not intended to be binding and are subject to unforeseen circumstances.

We typically require new clients to make a retainer deposit; however, we are waiving this requirement for you. Notwithstanding our waiver of this requirement, we may require, as a condition to our providing further services, that you provide a retainer deposit amount in the event that the amount of work involved in your matter, or the costs to be advanced, exceeds our current expectation of fees and/or costs or enters a new phase that involves higher costs. Upon your termination of the Firm or the Firm's withdrawal from its representation of you, or upon the completion of the legal services as set forth herein, all remaining retainer amounts in the trust account will be returned to you, minus any and all amounts which are due and owing to the Firm for legal services provided under this agreement.


WESTON BENSHOOF
ROCHEFORT RUBALCAVA MACCUISH LLP
ATTORNEYS AT LAW

1049695.1

TPRF/THC HavenPark, LLC
August 1, 2007
Page 5


      We reserve the right to charge simple interest at 10% per annum (or the prevailing prime rate, if higher) on all sums not paid within thirty days. A decision by us not to impose this interest charge at the time of late payment(s) is not a waiver of our right to thereafter impose this charge on the unpaid amounts.

1049695.1

TPRF/THC HavenPark, LLC
August 1, 2007
Page 6

## Termination of the Engagement

You have the absolute and unconditional right to terminate our services at any time without limitation and for any reason whatsoever. We may withdraw from our representation of you with your consent or for good cause. Good cause may include a failure to cooperate or follow our advice on a material matter, a failure to pay our statements in a timely manner, or any other material matter that in our judgment impairs an effective attorney-client relationship.

Upon termination or withdrawal, you agree to sign substitution of attorney forms or such other documents that may be necessary to confirm the conclusion of our relationship, and all unpaid charges become due and payable. After our services conclude, we will, upon your request, deliver your file to you, along with any funds or personal property of yours in our possession. If you have not within one year of the closing of the matter sought the return of documents or other materials provided to us in the course of our representation, we will in the ordinary course of business take steps to discard these records.

All billing statements and any notices required in connection with this agreement shall be directed to the following: if to the Firm, Darren L. Hereford, 333 South Hope Street, 16th Floor, Los Angeles, CA 90071; if to you, to

We hope this letter agreement meets with your approval. If so, please sign and return the enclosed copy and the effective date of the agreement will be retroactive to the date we first performed services. If you do not wish to go forward, you are only



TPRF/THC HavenPark, LLC
August 1, 2007
Page 7

obligated to pay us the reasonable value of any services we may already have performed for you.

We look forward to a long and mutually beneficial relationship.

WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MACCUISH LLP

Darren L. Hereford, Partner

AGREED AND ACCEPTED

**TPRF/THC HAVENPARK, LLC,**
a Delaware limited liability company

By:

By:
Name: Jack D. Hileman
Title: President

Dated: August 1, 2007

WESTON BENSHOOF
ROCHEFORT RUBALCAVA MACCUISH LLP
ATTORNEYS AT LAW

1049695.1

# EXHIBIT F

# Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP
### 333 South Hope Street, 16th Floor
### Los Angeles, California 90071
### Tel: (213) 576-1000
### Fed. I. D. No. 95-3930891

The Hileman Company, LLC

September 13, 2007
Invoice: 97892
Matter ID.: 04031-0010

MATTER:  American Home Mortgage Bankruptcy

**Legal Services Rendered Through: August 31, 2007**

| Date | Atty | Task | | Hours | Amount |
|------|------|------|---|-------|--------|
| 7/31/2007 | DLH | P300 | | 2.00 | 720.00 |
| 7/31/2007 | DGR | B420 | | 0.40 | 198.00 |
| 8/1/2007 | DLH | P300 | | 2.20 | 792.00 |
| 8/1/2007 | DGR | B420 | | 0.80 | 396.00 |
| 8/2/2007 | DLH | P300 | | 2.00 | 720.00 |
| 8/2/2007 | DGR | B420 | | 0.50 | 247.50 |

**American Home Mortgage Bankruptcy**

| Date | | | | | |
|---|---|---|---|---|---|
| 8/3/2007 | DLH | P300 | | 1.50 | 540.00 |
| 8/3/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/6/2007 | DLH | P300 | | 1.00 | 360.00 |
| 8/8/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/8/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/8/2007 | DGR | B420 | | 2.90 | 1,435.50 |
| 8/8/2007 | DGR | B420 | | 0.80 | 396.00 |
| 8/8/2007 | DGR | B420 | | 0.90 | 445.50 |
| 8/9/2007 | DGR | B420 | | 0.20 | 99.00 |

**American Home Mortgage Bankruptcy**                                                                **Page: 3**

| Date | Init | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 8/10/2007 | JEA | P240 | | 5.30 | 1,378.00 |
| 8/10/2007 | DGR | B420 | | 0.20 | 99.00 |
| 8/10/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/10/2007 | DGR | B420 | | 0.40 | 198.00 |
| 8/10/2007 | DGR | B420 | | 0.20 | 99.00 |
| 8/10/2007 | DGR | B420 | | 5.90 | 2,920.50 |
| 8/10/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/11/2007 | DGR | B420 | | 0.70 | 346.50 |
| 8/11/2007 | DGR | B420 | | 0.40 | 198.00 |
| 8/12/2007 | JEA | P240 | | 1.50 | 390.00 |
| 8/13/2007 | DLH | P300 | | 1.00 | 360.00 |

**American Home Mortgage Bankruptcy**                                            **Page: 4**

| Date | | | | | |
|------|------|------|---|---|---|
| 8/13/2007 | DCS | P500 | | 3.70 | 1,665.00 |
| 8/14/2007 | JEA | P240 | | 0.50 | 130.00 |
| 8/14/2007 | DLH | P300 | | 2.00 | 720.00 |
| 8/14/2007 | DCS | P500 | | 4.80 | 2,160.00 |
| 8/15/2007 | DLH | P300 | | 1.50 | 540.00 |
| 8/15/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/15/2007 | DCS | P500 | | 1.30 | 585.00 |
| 8/16/2007 | DLH | P300 | | 0.80 | 288.00 |
| 8/16/2007 | DCS | P500 | | 3.90 | 1,755.00 |
| 8/17/2007 | DLH | P300 | | 0.50 | 180.00 |

**American Home Mortgage Bankruptcy**                                               **Page: 5**

| Date | Init | Code | | Hours | Amount |
|---|---|---|---|---|---|
| 8/17/2007 | DCS | P500 | | 2.90 | 1,305.00 |
| 8/20/2007 | DGR | B420 | ıc | 1.40 | 693.00 |
| 8/20/2007 | DCS | P500 | | 1.60 | 720.00 |
| 8/21/2007 | DLH | P300 | e | 0.70 | 252.00 |
| 8/21/2007 | DGR | B420 | s | 0.30 | 148.50 |
| 8/21/2007 | DCS | P500 | | 1.70 | 765.00 |
| 8/22/2007 | DLH | P300 | | 0.30 | 108.00 |
| 8/22/2007 | DGR | B420 | | 0.70 | 346.50 |
| 8/22/2007 | DGR | B420 | | 0.20 | 99.00 |
| 8/23/2007 | DGR | B420 | | 0.40 | 198.00 |
| 8/23/2007 | DCS | P500 | | 1.90 | 855.00 |
| 8/24/2007 | DGR | B420 | | 0.40 | 198.00 |
| 8/27/2007 | DLH | P300 | | 0.30 | 108.00 |
| 8/27/2007 | DGR | B420 | | 0.90 | 445.50 |
| 8/27/2007 | DGR | B420 | | 0.30 | 148.50 |
| 8/27/2007 | DCS | B250 | | 2.30 | 1,035.00 |

**American Home Mortgage Bankruptcy**                                          **Page: 6**

| | | | | | |
|---|---|---|---|---|---|
| 8/28/2007 | DCS | B330 | | 0.90 | 405.00 |
| 8/31/2007 | DCS | B330 | | 1.50 | 675.00 |

|  |  |
|---|---|
| Legal Services Total | 29,757.50 |

### Rate Summary

| | | |
|---|---|---|
| JEA | Joseph E. Abdelkerim | 7.30 hours at $ 260.00/hr |
| DLH | Darren L. Hereford | 15.80 hours at $ 360.00/hr |
| DGR | Dean G. Rallis | 20.70 hours at $ 495.00/hr |
| DCS | Diane C. Stanfield | 26.50 hours at $ 450.00/hr |

| | |
|---|---|
| Total Hours: | 70.30 |

| | |
|---|---|
| Legal Services Rendered | 29,757.50 |
| Disbursements | 0.00 |

| | |
|---|---|
| Total Current Services | 29,757.50 |

**Balance Due**

| | |
|---|---|
| Balance Brought Forward | 0.00 |
| Payments Received/Credit | 0.00 |
| Total Current Services | 29,757.50 |

| | |
|---|---|
| **Total Balance Due:** | **29,757.50** |

# Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP
### 333 South Hope Street, 16th Floor
### Los Angeles, California 90071
### Tel: (213) 576-1000
### Fed. I. D. No. 95-3930891

The Hileman Company, LLC

September 13, 2007
Invoice: 97893
Matter ID.: 04031-0010

MATTER:  American Home Mortgage Bankruptcy

**Legal Services Rendered Through: September 13, 2007**

| Date | Atty | Task | Hours | Amount |
|------|------|------|-------|--------|
| 8/9/2007 | DGR | B420 | 0.00 | 0.00 |
| 8/23/2007 | DGR | B420 | 0.20 | 0.00 |
| 9/3/2007 | DCS | B330 | 0.40 | 180.00 |
| 9/4/2007 | DGR | B420 | 0.40 | 198.00 |
| 9/4/2007 | DGR | B420 | 0.20 | 99.00 |
| 9/4/2007 | DCS | B330 | 1.00 | 450.00 |
| 9/5/2007 | DGR | B420 | 0.70 | 346.50 |
| 9/5/2007 | DCS | B330 | 5.50 | 2,475.00 |
| 9/6/2007 | DGR | B420 | 0.60 | 297.00 |
| 9/6/2007 | DGR | B420 | 0.20 | 99.00 |
| 9/6/2007 | DCS | B330 | 3.90 | 1,755.00 |
| 9/12/2007 | DCS | B330 | 1.70 | 765.00 |
| 9/13/2007 | ELC | C200 | 3.10 | 775.00 |

**American Home Mortgage Bankruptcy**                                                           **Page: 2**


9/13/2007    DCS    B330                                                                          1,125.00

                                                                          Legal Services Total      8,564.50


### Rate Summary

| | | |
|---|---|---|
| ELC | Erin L. Curran | 3.10 hours at $ 250.00/hr |
| DGR | Dean G. Rallis | 0.20 hours at $   0.00/hr |
| DGR | Dean G. Rallis | 2.10 hours at $ 495.00/hr |
| DCS | Diane C. Stanfield | 15.00 hours at $ 450.00/hr |

Total Hours:                          20.40


### Disbursements

| | | | |
|---|---|---|---|
| 9/6/2007 | E124 | Pro Hac Vice Application Fee for the District of Delaware - DCS&DGR. (Pinckney Harris & Poppiti, LLC) | 50.00 |
| 9/13/2007 | E105 | Telephonic Appearance Fee for 9/17/07 Hearing - CourtCall ID#1885829. (CourtCall LLC) | 25.00 |
| 9/13/2007 | E124 | Retainer for Retaining Pinckney, Harris & Poppiti, LLC as Local Counsel. (Pinckney, Harris & Poppiti, LLC) | 3,000.00 |

                                                                          Disbursements Total      3,075.00


Legal Services Rendered                                                                          8,564.50
Disbursements                                                                                    3,075.00

                                                                          Total Current Services     11,639.50


**Balance Due**

Balance Brought Forward                                                                          29,757.50
Payments Received/Credit                                                                             0.00
Total Current Services                                                                           11,639.50

                                                                          **Total Balance Due:**     41,397.00