# EXHIBIT 2

## SUPPLEMENTAL DECLARATION OF LISA HOOD

I, LISA HOOD, declare as follows:

1. I am the President of Hileman Management Company, LLC, property manager for Lessor TPRF/THC HavenPark, LLC ("Lessor"). I make this declaration in support of the Notice of Objections and Objections of Lessor TPRF/THC HavenPark, LLC To Proposed Cure Amount. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would do so competently under oath.

2. On September 14, Lessor cut a check to Weston Benshoof Rochefort Rubalcava & MacCuish for the sum of $41,397.10, in full payment of the invoice for fees and costs incurred through September 13, 2007. (A true and correct copy of the check is Exhibit G to this Declaration.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2007, at _Ontario_, California.

_____
LISA HOOD

# EXHIBIT G

| | | | |
|---|---|---|---|
| **TPRF/THC HAVENPARK, LLC**<br>PO BOX 17657<br>BEVERLY HILLS, CA 90209 | | **CITY NATIONAL BANK**<br>89 SOUTH LAKE AVENUE<br>PASADENA, CA 91101 | **1744**<br>16-1606/1220 |

9/14/2007

PAY TO THE ORDER OF  Weston Benshoof Rochefort Rubalcava M LLP         $ **41,397.00

Forty-One Thousand Three Hundred Ninety-Seven and 00/100************************************************** DOLLARS

Weston Benshoof Rochefort Rubalcava M LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071

*Jack D Hileman* (signature)

MEMO   ID: 0431-0006

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑈001744⑈ ⑆122016066⑆ 026⑈235081⑈

---

**TPRF/THC HAVENPARK, LLC**                                                                                 1744

Weston Benshoof Rochefort Rubalcava M LLP                        9/14/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/14/2007 | Bill | | 41,397.00 | 41,397.00 | | 41,397.00 |
| | | | | | Check Amount | 41,397.00 |

CNB - Checking      ID: 0431-0006                                                                  41,397.00

**TPRF/THC HAVENPARK, LLC**                                                                                 1744

Weston Benshoof Rochefort Rubalcava M LLP                        9/14/2007

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/14/2007 | Bill | | 41,397.00 | 41,397.00 | | 41,397.00 |
| | | | | | Check Amount | 41,397.00 |

CNB - Checking      ID: 0431-0006                                                                  41,397.00