## PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On September 14, 2007, I served the document(s) described **Supplemental Objections of Lessor TPRF/THC HavenPark, LLC to Proposed Cure Amount** on the interested parties in this action ELECTRONICALLY AND BY FACSIMILE to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action:

James L. Patton Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
Phone: (302) 571-6600
Fax:    (302) 571-1253
Email: jpatton@ycst.com

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Phone: (415) 773-5984
Fax:    (415) 773-5759
Email: fholden@orrick.com

Jeffrey M. Levine, Esq.
Milestone Advisor, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
Phone: (202) 367-3000
Fax:    (202) 367-3001
Email: jlevine@milestonecap.com

Curtis Hehn, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
919 N. Market Street, 17th Floor
Wilmington, DE 19899
Phone: (302) 652-4100
Fax:    (302) 652-4400
Email: chehn@pszjlaw.com

Executed on September 14, 2007, at Los Angeles, California.

*Rosa Nelly Villaneda*
Rosa Nelly Villaneda

## PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On September 14, 2007, I served the document(s) described **Supplemental Objections of Lessor TPRF/THC HavenPark, LLC to Proposed Cure Amount** on the interested parties in this action by enclosing the document(s) in a sealed Federal Express envelope addressed as follows:

Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

| | |
|---|---|
| ☐ | BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071. |
| ☒ | BY FEDERAL EXPRESS  ☐ UPS NEXT DAY AIR  ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☒ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☒ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for. |
| ☐ | BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action. |
| ☒ | [Federal]    I declare under penalty of perjury that the foregoing is true and correct. |

Executed on September 14, 2007, at Los Angeles, California.

*/s/ Rosa Nelly Villaneda*
Rosa Nelly Villaneda

1049601.2