IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.*[1]

Debtors

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Hearing Date: October 17, 2007 at 10:00 a.m.**
: **Objection Deadline: October 10, 2007 at 4:00 p.m.**

---

**APPLICATION FOR AUTHORIZATION TO RETAIN
HAHN & HESSEN LLP AS CO-COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
      UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors ("Committee" or "Applicant") of American Home Mortgage Holdings, Inc, *et al.*, the Debtors and Debtors-in-possession herein (collectively, the "Debtors"), respectfully represents as follows:

**PRELIMINARY STATEMENT**

1.      The Committee seeks authority to retain under a general retainer Hahn & Hessen LLP ("H&H") as its co-counsel in the Debtors' Chapter 11 cases.

2.      This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicate for the relief sought herein is Section 327 of the Bankruptcy Code.

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1245299.v3

## BACKGROUND

3. On August 6, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

4. On August 14, 2007, the Office of the United States Trustee, at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Committee:

    a. Wilmington Trust Company;

    b. United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent;

    c. The Bank of New York Trust Company, N.A.;

    d. Deutsche Bank National Trust Co.; as Trustee;

    e. Nomura Credit & Capital, Inc.;

    f. Impac Funding Corporation; and

    g. Waldners Business Environments, Inc.

The Committee elected James McGinley of Wilmington Trust Company, as Trustee, and Steven Sass, Esq. of The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, the law firm of Blank Rome LLP as co-counsel, and BDO Seidman as financial advisors.

## RELIEF SOUGHT

5. The Committee now seeks formal authorization from this Court to retain H&H, with offices located at 488 Madison Avenue, New York, New York, as its counsel,

effective as of August 14, 2007. H&H is thoroughly familiar with and experienced in Chapter 11 practice and, in particular, the representation of creditors' committees. H&H is knowledgeable concerning the legal issues peculiar to debtor mortgage lenders. It is also capable of investigating the Debtors' pre-petition acts and conduct. Accordingly, for these and other reasons the Committee believes that H&H is well qualified to represent it in these cases.

6.  H&H has agreed to be retained to advise and represent the Committee in the performance of its duties specified in Section 1103 of the Bankruptcy Code, including:

(a)  Rendering legal advice to the Committee with respect to its duties and powers in this case;

(b)  Assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' businesses, the desirability of continuance of such businesses and any other matters relevant to these cases or to the business affairs of the Debtors;

(c)  Advising the Committee with respect to any proposed sale of the Debtors' assets or a sale of the Debtors' business operations and any other relevant matters;

(d)  Advising the Committee with respect to any proposed plan of reorganization or liquidation and the prosecution of claims against third parties, if any, and any other matters relevant to the cases or to the formulation of a plan of reorganization or liquidation;

(e)  Assisting the Committee in requesting the appointment of a trustee or examiner pursuant to Section 1104 of the Bankruptcy Code, if necessary and appropriate; and

(f)  Performing such other legal services, which may be required by, and which are in the best interests of, the unsecured creditors, which the Committee represents.

7.  H&H has informed the Committee that the firm may have represented,

from time to time, certain creditors of the Debtors or affiliates of such creditors on completely unrelated matters. Applicant has been assured that while H&H is employed by the Committee, it will not represent any other entity in connection with these Chapter 11 cases.

8. Based upon the annexed affidavit of Mark T. Power, a member of H&H, sworn to on September 13, 2007, to the best of the Committee's knowledge, H&H has and represents no interest adverse to the interests of the Committee or the Debtors' estates and the Committee believes that the employment of H&H will be in the best interests of the creditors which this Committee represents and the Debtors' estates.

9. H&H has agreed to represent the Committee and to be compensated at its customary rates for services rendered and for actual expenses incurred in connection therewith, all subject to approval of this Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of the Bankruptcy Court.

**WHEREFORE**, pursuant to Section 1103 of the Bankruptcy Code, the Committee, as Applicant, respectfully requests entry of the annexed order authorizing the Committee to retain Hahn & Hessen LLP as its co-counsel under a general retainer, effective as of August 14, 2007, and for such other and further relief as the Court may deem just and proper.

Dated: September 14, 2007

> OFFICIAL COMMITTEE OF UNSECURED
> CREDITORS OF AMERICAN HOME
> MORTGAGE HOLDINGS, INC., et al., Debtors
>
> Wilmington Trust Company, as Trustee
>
> By: _____
> James J. McGinley
> Co-Chair of the Committee

- 5 -

          United Parcel Service c/o The Receivable
          Management Services Corporation, Its Agent

By: _____
      Steven D. Sass, Esq.
      Co-Chair of the Committee