# EXHIBIT A

| Party Name | Relationship |
|---|---|
| American Home Mortgage Holdings, Inc. | Client |
| American Home Mortgage Investment Corp. | Client |
| American Home Mortgage Acceptance, Inc. | Client |
| American Home Mortgage Servicing, Inc. | Client |
| American Home Mortgage Corp. | Client |
| American Home Mortgage Ventures, Inc. | Client |
| Homegate Settlement Services, Inc. | Client |
| Great Oak Abstract Corp. | Client |
| AHM SPV II, LLC | Client |
| American Home Securities, LLC | Client Affiliate |
| American Home Bank | Client Affiliate |
| Baylis Trust | Client Affiliate |
| AHM Capital Trust I | Client Affiliate |
| American Home Mortgage Securities, LLC | Client Affiliate |
| AHM SPV III, LLC | Client Affiliate |
| Melville Funding, LLC | Client Affiliate |
| AHM LF, LLC | Client Affiliate |
| CNI Reinsurance, Ltd. | Client Affiliate |
| NAP Financial Services, LLC | Client Affiliate |
| CNI Title Services, LLC | Client Affiliate |
| Broadhollow Funding, LLC | Client Affiliate |
| AHM SPV I, LLC | Client Affiliate |
| American Home Mortgage Assets LLC | Client Affiliate |
| Melville Reinsurance Corporation | Client Affiliate |
| American Home Escrow, LLC | Client Affiliate |
| Mortgage First Limited, LLC | Client Affiliate |
| Array Mortgage, LLC | Client Affiliate |
| American Midwest Title Agency, LLC | Client Affiliate |
| HSS Mortgage, LLC | Client Affiliate |
| All Pro Mortgage, LLC | Client Affiliate |
| Silicon Mortgage, LLC | Client Affiliate |
| TDG Equities, LLC | Client Affiliate |
| Elite Lending Partners, LLC | Client Affiliate |
| Peak Experience Mortgage, LLC | Client Affiliate |
| U.S. Lending Company, LLC | Client Affiliate |
| American Home Mortgage V, LLC | Client Affiliate |
| Private Mortgage Group, LLC | Client Affiliate |
| Bank of America, N.A. | Adverse (Warehouse Lender) |
| Barclays Bank PLC | Adverse (Warehouse Lender) |
| Credit Suisse First Boston Mortgage Capital LLC | Adverse (Warehouse Lender) |
| IXIS Real Estate Capital, Inc. | Adverse (Warehouse Lender) |
| Bear Stearns | Adverse (Warehouse Lender) |
| UBS Real Estate Securities | Adverse (Warehouse Lender) |

| Party Name | Relationship |
|---|---|
| Deutsche Bank | Adverse |
| Wilmington Trust Company | Adverse |
| JPMorgan Chase | Adverse |
| Countrywide Capital | Adverse |
| Bank of America | Adverse |
| JPMorgan Chase Bank, National Association, as Trustee | Adverse |
| 406 Partners | Adverse |
| CW | Adverse |
| Morgan Stanley | Adverse |
| Wells Fargo Bank, N.A., as Trustee | Adverse |
| SunTrust Asset Funding, LLC | Adverse |
| Impac Funding Corporation | Adverse |
| Bear, Stearns & Co. Inc. | Adverse |
| Bank of America, N.A. | Adverse |
| Citigroup Global Markets Realty Corp. | Adverse |
| Bank of America, N.A. | Adverse |
| Wells Fargo Bank, N.A., as Trustee | Adverse |
| Countrywide Capital | Adverse |
| Nomura Credit & Capital, Inc. | Adverse |
| Liquid Funding, Ltd. | Adverse |
| EMC (Bear) | Adverse |
| Greenwich Capital Financial Products, Inc. | Adverse |
| Lehman Brothers Inc. | Adverse |
| HSBC | Adverse |
| UBS | Adverse |
| Lehman Brothers Special Financing, Inc. | Adverse |
| FNMA | Adverse |
| Washington Mutual | Adverse |
| Luminent Mtg (Barclays) | Adverse |
| ALS | Adverse |
| IndyMac Bank, F.S.B. | Adverse |
| Morgan Stanley Capital Services Inc. | Adverse |
| Credit Suisse | Adverse |
| GMAC | Adverse |
| Deutsche Bank AG | Adverse |
| Triad Guaranty Insurance Corporation | Adverse |
| The Royal Bank of Scotland plc | Adverse |
| ZC Sterling Corporation | Adverse |
| American Express | Adverse |
| Deutsche Bank Securities Inc. | Adverse |
| Opteum Financial Services, LLC | Adverse |
| Lehman Commercial Paper Inc. | Adverse |

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ADDITIONAL PARTIES ADDENDUM |
|---|---|
| | last update: 07/19/2005 |

| | |
|---|---|
| ENTERED BY: | DLASK |
| TODAY'S DATE: | 8/9/2007 |
| CLIENT NUMBER: | 066585 |
| MATTER NUMBER: | 1001 |
| ORIGINAL LOG NUMBER: | |

**CLIENT NAME:**
American Home Mortgage

**MATTER NAME:**
American Home Mortgage

List All *Additional* Parties and *Additional* Related Entities Involved in This Matter
(e.g., named parties, spouses, parent and subsidiary corporations, significant affiliates, directors and officers of corporate parties, experts and other advisors to clients, bankruptcy connections, etc.)

| RELATED PARTY OR ENTITY | ROLE | RELATIONSHIP | CODE |
|---|---|---|---|
| Michael Strauss | Client Affiliated | Shareholder | 107 |
| Goldman Sachs Asset Management, L.P. | Client Affiliated | Shareholder | 107 |
| Munder Capital Management | Client Affiliated | Shareholder | 107 |
| NWQ Investment Management Company, LLC | Client Affiliated | Shareholder | 107 |
| CEDE & Co | Client Affiliated | Shareholder | 107 |
| Margaret J. Cox Trust | Client Affiliated | Shareholder | 107 |
| Jack E. Dalton & Janol Lee Dalton | Client Affiliated | Shareholder | 107 |
| V E Lygrisse Truste | Client Affiliated | Shareholder | 107 |
| Lois I Pickett & Lawrence H. Pickett | Client Affiliated | Shareholder | 107 |
| Michael Rienstra | Client Affiliated | Shareholder | 107 |
| Lillian M. Schuman | Client Affiliated | Shareholder | 107 |
| David E. Wallin Trust | Client Affiliated | Shareholder | 107 |
| Bernard R. Werner & Shirley J. Werner | | | #N/A |
| | | | #N/A |

APPARENT CONFLICTS ARE DUE SOLELY TO SIMILARITY OF NAMES:

ALL CONFLICT HITS, IF ANY, INCLUDING THOSE ON "INACTIVE" MATTERS WHICH ARE NOT OBVIOUSLY UNRELATED TO THE NEW MATTERS, HAVE BEEN CLEARED, AS INDICATED BY THE ATTACHED E-MAILS:

**ATTORNEY ELECTRONIC SIGNATURE**

(If No is selected, RLEVI or RMORS must approve opening the file.)

WAIVER LETTER RECEIVED?:
*(if received, please forward as separate attachment)*

**Party Name**

A & F Construction
ABN Amro Bank, N.V.
All Pro Mortgage
American Express
American Stock Transfer & Trust Company
Banc of America Securities, LLC
Bank of New York
Broadhollow Funding, LLC
Calyon
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Citibank
Corporate Cubes LLC
Countrywide
Diversified Commercial Investments, LLC
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
Liquid Funding, Ltd.
MaineHousing
MassHousing
Melville Funding, LLC
Merrill Lynch Pierce Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase; Mortgage First LTD; Showcase of Agents LLC
Natixis Real Estate Capital Inc.
Orix Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Centre LLC
Skyview Marketing, LLC
Societe Generale
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey Funding, LLC
TPRF/THC HavenPark, LLC
Transwestern
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Westfield Mortgage, LLC
Zurich American Insurance Company

| Name | Relationship |
|---|---|
| Michael Strauss | Client Affiliate (D&O) |
| John A. Johnston | Client Affiliate (D&O) |
| Nicholas R. Marfino | Client Affiliate (D&O) |
| Michael A. McManus, Jr. | Client Affiliate (D&O) |
| C. Cathleen Raffaeli | Client Affiliate (D&O) |
| Kristian R. Salovaara | Client Affiliate (D&O) |
| Irving J. Thau | Client Affiliate (D&O) |
| Donald Henig | Client Affiliate (D&O) |
| John A. Manglardi | Client Affiliate (D&O) |
| Ronald L. Bergum | Client Affiliate (D&O) |
| Robert Bernstein | Client Affiliate (D&O) |
| Christopher J. Cavaco | Client Affiliate (D&O) |
| Al Crisanty | Client Affiliate (D&O) |
| Doug Douglas | Client Affiliate (D&O) |
| Thomas J. Fiddler | Client Affiliate (D&O) |
| David M. Friedman | Client Affiliate (D&O) |
| Kathleen R. Heck | Client Affiliate (D&O) |
| Alan B. Horn | Client Affiliate (D&O) |
| Stephen A. Hozie | Client Affiliate (D&O) |
| Robert F. Johnson, Jr. | Client Affiliate (D&O) |
| Marcia Kaufman | Client Affiliate (D&O) |
| Dena L. Kwaschyn | Client Affiliate (D&O) |
| Richard S. Loeffler | Client Affiliate (D&O) |
| Thomas M. McDonagh | Client Affiliate (D&O) |
| Craig S. Pino | Client Affiliate (D&O) |
| Rick Pishalski | Client Affiliate (D&O) |
| Ron Rosenblatt | Client Affiliate (D&O) |
| Lisa M. Schreiber | Client Affiliate (D&O) |

Party Name

ABN AMBRO Bank N.V.
ABN AMRO Bank
American Corporate Record Center
AON Consulting
AT&T
AT&T Corp.
Bank of America
Bank of New York
Barclays Bank PLC and Barclays Capital
Bexar County
Calyon New York Branch
Cedar Hill City, Carroll ISD, Arlington ISD
Citibank
Citigroup Global
Citigroup Global Markets Inc
County of Denton
CSFB
CSHV Southpark LLC
Dallas County
De Lage Financial Services, Inc.
Deutsche Bank
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance/Empire Blue Cross
Fannie Mae
Federal Home Loan Mortgage Corp
GMAC
GNMA
Greenwich Capital Markets, Inc.
IndyMac
John Flatley and Gregory Stoyle, Trustees 1993 Flatley Family Truste
JPMorgan Chase Bank, N.A.
Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD
Morgan Stanley
ORIX Capital Markets, LLC.
Rexco, LLC
Societe Generale
Sovereign Bank
UBS Securities
UBS Securities LLC; Morgan Stanley
Washington Mutual
Wells Fargo
WestLB AG
WLR Recovery
ZC Real Estate Tax Solutions

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*[1] | : | Case No. 07-11047 (CSS) (Jointly Administered) |
| | : | |
| Debtors | : | **Hearing Date: October 17, 2007 at 10:00 a.m.** |
| | : | **Objection Deadline: October 10, 2007, at 4:00 p.m.** |

---

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST

    The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* has filed the attached Application for Authorization to Retain Hahn & Hessen LLP as Co-counsel for the Official Committee of Unsecured Creditors (the "Motion").

    Responses, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on or before October 10, 2007 at 4:00 p.m. (the "Objection Deadline"). At the same time, you must also serve a copy of the response so as to be received by the following by no later than the Objection Deadline:

| | |
|---|---|
| Mark T. Power, Esq. | Bonnie Glantz Fatell, Esq. |
| Hahn & Hessen LLP | Blank Rome LLP |
| 488 Madison Avenue, 14th Floor | 1201 Market Street, Suite 800 |
| New York, New York 10022 | Wilmington, Delaware 19801 |
| Phone: (212) 478-7200 | Phone: (302) 425-6400 |
| Fax: (212) 478-7400 | Fax: (302) 425-6464 |
| Email: mpower@hahnhessen.com | Email: Fatell@blankrome.com |

    A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 17, 2007 AT 10:00 A.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT JUDGE.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1319663.v3

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, DE
September ___, 2007

                BLANK ROME LLP

        By:_____
           Bonnie Glantz Fatell (No. ____ )
           1201 Market Street, Suite 800
           Wilmington, Delaware 19801
           (302) 425-6400 - Telephone
           (302) 425-6464 - Facsimile

           - and -

           HAHN & HESSEN LLP
           488 Madison Avenue
           New York, New York 10022
           (212) 478-7200 - Telephone
           (212) 478-7400 - Facsimile
           Attn:   Mark T. Power
                    Mark S. Indelicato

           Proposed Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*