IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:  : Chapter 11
 :
American Home Mortgage Holdings, Inc., et al. : Case No. 07-11047 (CSS)
 : (Jointly Administered)
Debtors :

---

### AFFIDAVIT OF MARK T. POWER

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )

Mark T. Power, being duly sworn, deposes and says:

1. I am an attorney at law duly admitted to practice before the United States Bankruptcy Courts for the Southern, Eastern and Western Districts of New York, the Court of Appeals for the Second Circuit, as well as in the Courts of the State of New York, and a member of the firm of Hahn & Hessen LLP ("H&H"). My firm maintains offices for the practice of law at 488 Madison Avenue, New York, New York 10022.

2. To the best of my knowledge, after due inquiry, neither H&H nor any member or associate thereof has any connection with American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession herein (the "Debtors"), or any of their officers, directors, or professional advisors, or any other interested party in these Chapter 11 cases, except as set forth below. H&H and all its members and associates are "disinterested persons" as that term is defined in Section 101(13) of the Bankruptcy Code.

3. On August 14, 2007, the first meeting of the Official Committee of

1245300.v4

Unsecured Creditors (the "Committee") of the Debtors was held, at which time H&H was selected to act as the Committee's counsel, Blank Rome LLP ("Blank Rome") as its co-counsel. The next day the Committee selected BDO Seidman, LLP to act as its financial advisor.

4. H&H has agreed to serve as counsel to the Committee and to be compensated at its customary hourly rates for services rendered and to be reimbursed for its actual expenses incurred therewith, subject to Court approval in accordance with Sections 330(a) and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of the Bankruptcy Court. The hourly rates charged by H&H for such services range from $500 to $650 per hour for partners, from $200 to $400 per hour for associates, from $450 to $625 per hour for special counsel and of counsel and $180 to $200 per hour for paralegals. These billing rates may change from time to time, although the billing rates generally are only changed annually. H&H has received no retainer from the Committee or anyone else. H&H will make the appropriate interim and final applications to the Court for its compensation and reimbursement of its expenses as an administrative expense of the estate.

5. H&H has represented creditors' interests in insolvency proceedings for more than 75 years and will assist the Committee in performing those services specified in Section 1103 of the Bankruptcy Code.

6. In an effort to ascertain whether any potential conflicts may exist in connection with my firm's representation of the Committee in these cases, I caused to be examined any past and present representations of each of the entities annexed listed on the schedules hereto on Exhibit A, which were provided to me by Debtors' counsel as the full conflicts checklist used by other firms in the case (the "Conflicts Schedules"). Based upon the results of our search, the Firm does not represent any of such entities except for those disclosed

in paragraph 8.

7. Of those entities set forth on the Conflicts Schedules, only the following entities (including any affiliates) represent more than 1% of the Firm's aggregate billings for the prior three years: BoA, GMAC, HSBC, Wachovia and Wells Fargo. In no case has the revenues received by my Firm over the past three years from any one of these institutional creditors exceeded 7.0% of the Firm's total revenues during the same time period.

8. The Debtors have numerous unsecured and secured creditors and, from time to time, H&H has represented certain of those creditors in completely unrelated matters. H&H maintains records of all of its clients and the matters on which it represented or represents those clients. We have caused an examination of these records to be made to determine which, if any, of the parties listed on the Conflicts Schedules H&H may have represented in the past or may be representing at the present time in unrelated matters. This search has disclosed that H&H does not and has not represented any of those parties except to the following extent:

> A. H&H has represented in the past, and continues to represent in totally unrelated matters, American Express Company and/or certain of its affiliates;
>
> B. H&H has represented in the past and may represent in the future in totally unrelated matters, Bank of America, N.A. and/or certain of its affiliates ("BoA"). (BoA is the primary secured creditor of the Debtors.). H&H has obtained a standard waiver of conflict letter from BoA;
>
> C. H&H has represented in the past, and continues to represent in totally unrelated matters, Bank of New York and/or certain of its affiliates;
>
> D. H&H has represented in the past, and may represent in the future in totally unrelated matters, Bear Stearns & Co., Inc. and/or certain of its affiliates. H&H does not represent and has not represented EMC Corporation, an affiliate of Bear Stearns;

E.     H&H has represented in the past, and continues to represent in totally unrelated matters, Calyon New York Branch and/or certain of its affiliates;

F.     H&H has represented in the past, and continues to represent in totally unrelated matters, CitiBank, N.A., Citigroup Global Markets Inc., and/or certain of its affiliates;

G.     H&H has represented in the past and continues to represent in totally unrelated matters GMAC Commercial Finance ("GMACCF"). GMACCF's sister companies, Residential Capital, LLC, Residential Funding Corporation and GMAC Mortgage Corporation (none of which H&H has represented in the past) are creditors of these Debtors;

H.     H&H has represented in the past and may represent in the future in totally unrelated matters, Greenwich Capital Markets, Inc., Greenwich Capital Financial Products, Inc. and/or certain of their affiliates;

I.     H&H has represented in the past and continues to represent in totally unrelated matters, HSBC Bank USA, NA and/or certain of its affiliates;

J.     H&H has represented in the past, and continues to represent in totally unrelated matters, JP Morgan Chase Bank, N.A. and/or certain of its affiliates;

K.     H&H has represented in the past, and continues to represent in totally unrelated matters, LaSalle Bank, which, upon information and belief is an affiliate of ABN AMRO Bank, N.V., a creditor of the Debtors;

L.     H&H has represented in the past, and continues to represent in totally unrelated matters, Lehman Brothers Inc., Lehman Brothers Special Financing, Inc., Lehman Commercial Paper Inc., and/or certain of their affiliates;

M.     H&H has represented in the past and may represent in the future in totally unrelated matters, Morgan Stanley and/or certain of its affiliates;

N.     H&H has represented in the past, and may represent in the future in totally unrelated matters, UBS Securities LLC and/or certain of

- 5 -

       its affiliates;

O.    H&H has represented in the past and may represent in the future in totally unrelated matters, Washington Mutual Bank and/or certain of its affiliates;

P.    H&H has represented in the past, and continues to represent in totally unrelated matters, Wells Fargo Bank, N.A. and/or certain of its affiliates; and

Q.    H&H has represented in the past, and continues to represent in totally unrelated matters, Wachovia Bank, N.A. and/or certain of its affiliates;

9.    H&H will not represent the Committee in any adversary proceedings involving any of the Firm's current clients listed above, but will defer to co-counsel, or, if co-counsel is also conflicted, to special conflicts counsel engaged for that purpose.

10.    In addition, H&H has represented Barclays Bank PLC, Credit Suisse First Boston, Goldman Sachs, First American Holdings, Inc., which may or may not be affiliated with First American Bank, Merrill Lynch Business Financial Services and/or certain of its affiliates, which, upon information and belief, is affiliated with Merrill Lynch Pierce Fenner & Smith, Inc., Merrill Lynch Bank USA and MnL Global, Inc., Nomura Credit & Capital, Inc., Deutsche Financial Services, Inc. and/or their affiliates in the past in totally unrelated matters. H&H has not represented any of these entities in the recent past and does not believe that it has any issue in handling any adversary proceedings or contested matters on behalf of the Committee with respect to any of such entities.

11.    There may be other, minor, creditors of the Debtors which H&H may have in the past or may be presently representing of which H&H is presently unaware but in no event is H&H representing any other creditor with respect to the Debtors' Chapter 11 cases or any

other entity with interests adverse to the interests of the Committee. If I become aware of H&H having represented any other material creditors of the Debtors, I will file a supplement to this Affidavit so advising the Court.

12. H&H's representation of certain creditors of these Debtors in matters unrelated to these cases does not preclude H&H from vigorously representing the Committee. H&H will not represent any individual creditor while it is serving as counsel to the Committee.

13. I know of no reason why H&H cannot serve as counsel to the Committee in these Chapter 11 cases.

_____
MARK T. POWER

Sworn to before me this
14 day of September, 2007

_____
Notary Public

MARK S. INDELICATO
NOTARY PUBLIC, State of New York
No. 4867556
Qualified in New York County
Commission Expires September 14, 2008