IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.*, 1 | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Hearing Date: October 17, 2007 at 10:00 a.m. |
| | : Objection Deadline: October 10, 2007 at 4:00 p.m. |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*. FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007**

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al.* hereby files this application (the "Application") for entry of an Order, pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014, authorizing the retention and employment of Blank Rome LLP ("Blank Rome") as co-counsel for the Committee *nunc pro tunc* as of August 14, 2007. In support of the Application, the Committee relies upon the Verified Statement of Bonnie Glantz Fatell (the "Verified Statement") attached hereto as Exhibit A and incorporated herein by reference, and respectfully represents as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

1   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014.

## BACKGROUND

3. On August 6, 2007 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue in the management and operation of their businesses and property as debtors in possession. No trustee or examiner has been appointed in these cases.

4. On August 14, 2007, the Office of the United States Trustee appointed the following members to the Committee: (i) Wilmington Trust Company, (ii) The Bank of New York Trust Company, N.A., (iii) Deutsche Bank Natrional Trust Co., (iv) Nomura Credit & Capital, Inc., (v) Impac Funding Corporation, (vi) Waldners Business Environments, Inc., and (vii) United Parcel Service.

5. On August 14, 2007, the Committee selected Blank Rome and Hahn & Hessen LLP as its co-counsel.

## RELIEF REQUESTED

6. Through this Application, the Committee seeks authority to retain and employ Blank Rome as its co-counsel effective as of August 14, 2007.

### Blank Rome is Well Qualified to Represent the Committee

7. With offices in New York, Pennsylvania, Delaware, and other locations, Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings. The Committee seeks the employment of Blank Rome to

represent it and perform services for the Committee in connection with carrying out its fiduciary duties and responsibilities under the Bankruptcy Code consistent with section 1103(c) and other provisions of the Bankruptcy Code.

8. Attorneys at Blank Rome have broad-based experience and a national reputation in bankruptcy and reorganization proceedings. Through Blank Rome, the Committee will have the benefit of such knowledge and experience, as well as the ability to call upon other attorneys within Blank Rome with expertise in other specialized areas of law as may be needed.

9. Subject to the approval of this Court, Blank Rome will charge the Committee for its legal services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustment. The Committee has been advised by Blank Rome that the current hourly rates, which will be charged in respect of the primary members of the Blank Rome engagement team for the Committee, are as follows:

| Bonnie Glantz Fatell | $600.00 per hour |
|---|---|
| Andrew Eckstein | $615.00 per hour |
| David W. Carickhoff | $420.00 per hour |
| Greg T. Kupniewski | $310.00 per hour |

From time to time, other Blank Rome attorneys may be involved in these cases as needed. Hourly rates of partners and counsel likely to assist in this case range from $300 to $675 per hour, associates' rates range from $245 to $475 per hour, and paralegals' rates range from $105 to $265 per hour, subject to periodic adjustment.

10. In addition to the hourly rates previously referenced, Blank Rome customarily charges clients for actual and necessary costs of support services the firm provides in connection with a representation, including, without limitation, court reporters, transcripts, computerized

research, filing fees, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, secretarial overtime, temporary services, travel, lodging, and catering for meetings. Some of these services are provided by Blank Rome, in which case the charges are set by Blank Rome, and others are provided by third party service providers, in which case the charges are set by the providers. Blank Rome will charge the cost of these expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which Blank Rome seeks payment are subject to Court approval and/or pursuant to any administrative procedures established by Order of the Court.

11. The Committee has been advised that Blank Rome will use every effort to staff the engagement in a cost-effective manner, including utilizing the firm's paralegal assistants to handle those aspects of these cases that can best be managed by a paralegal. Further, Blank Rome will work with co-counsel, Hahn & Hessen LLP, to make every effort to avoid duplication of services.

### Blank Rome Is a "Disinterested Person"

12. Based on the Verified Statement, the Committee believes that Blank Rome does not hold any interest adverse to the Debtors' estates and, while employed by the Committee, will not represent any person having an adverse interest in connection with these cases. Further, based upon the Verified Statement, the Committee believes that Blank Rome is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

13. The Committee believes that the employment of Blank Rome is necessary and in the best interests of the estate, enabling the Committee to carry out its fiduciary duties owed to creditors under the Bankruptcy Code.

WHEREFORE, the Committee respectfully requests that the Court enter an Order, substantially in the form attached hereto, authorizing the retention and employment of Blank Rome as co-counsel to the Committee effective as of August 14, 2007, pursuant to sections 328 and 1103 of the Bankruptcy Code, as well as Fed. R. Bankr. P. 2014, with compensation and reimbursement of expenses to be paid pursuant to sections 330 and 331 of the Bankruptcy Code, and in accordance with applicable administrative procedures established by Order of this Court, if any, and for such other and further relief as the Court deems just and proper.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., *ET AL.*

Dated: 9/12/ , 2007

By: _____
James J. McGinley
Authorized Representative
On behalf of Wilmington Trust Company
Committee Co-Chairperson

Dated: 9/14/ , 2007

By: _____
Steven Sass
Authorized Representative
On behalf of United Parcel Service
Committee Co-Chairperson