IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*,[1] | : Case No. 07-11047 (CSS) <br> : (Jointly Administered) |
| Debtors. | : <br> : Hearing Date: October 17, 2007 at 10:00 a.m. <br> : Objection Deadline: October 10, 2007 at 4:00 p.m. |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*. FOR
AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY
BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103
AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al.* filed the **Application Of The Official Committee Of Unsecured Creditors Of American Home Mortgage Holdings, Inc., *et al.* For An Order Authorizing The Committee To Retain And Employ Blank Rome LLP As Its Co-Counsel Pursuant To 11 U.S.C. §§ 328 And 1103 And Fed. R. Bankr. P 2014 Nunc Pro Tunc As Of August 14, 2007** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A true and correct copy of the Application is attached hereto.

Objections and other responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **October 10, 2007.**

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1318281.v3
128189/01600/40171179v1

- 2 -

Any objections or other responses to the Application, if any, must also be served so that they are received not later than **October 10, 2007** at 4:00 p.m. Eastern Time, by the undersigned.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT ON **OCTOBER 17, 2007 AT 10:00 A.M.** EASTERN TIME.

Dated:   September 14, 2007

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 478-7200
Facsimile:   (212) 478-7400

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*