# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

**VERIFIED STATEMENT OF BONNIE GLANTZ FATELL IN SUPPORT OF THE
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.* FOR
AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN AND EMPLOY
BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103
AND FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

I, Bonnie Glantz Fatell, verify and say:

     1.     I am a partner in the law firm of Blank Rome LLP ("Blank Rome"), with offices

at 1201 Market Street, Suite 800, Wilmington, DE 19801, and other locations, and I am duly

authorized to make this verified statement (the "Verified Statement") on behalf of Blank Rome.

I make this Verified Statement in support of the *Application of the Official Committee of

Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. for an Order

Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant*

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation;
American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc.,
a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home
Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability
company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York
corporation.

*to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc as of August 14, 2007* (the "Application").[2]

2.      This Verified Statement is given in part on personal knowledge and in part on information and belief based on discussions with individuals at Blank Rome whom I consider reliable for the purposes of the matters discussed, and in part on reviewing records provided to me by Blank Rome colleagues and employees.

3.      Blank Rome is a nationally recognized firm with extensive experience in bankruptcy and reorganization proceedings, including, without limitation, representing debtors, debtors in possession, trustees, creditors and creditors' committees, and others in Chapter 11 and Chapter 7 cases.  Its sophisticated practice also spans many other areas of law, including, without limitation, corporate, mortgage banking securities, commercial litigation, employee benefits, tax, and intellectual property matters.  The firm is well qualified to represent the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al.* in these Chapter 11 cases (the "Chapter 11 Cases").

4.      Blank Rome has undertaken an extensive examination of its database of existing and former clients to determine whether it had or has any connections with parties in interest in the Chapter 11 Cases.  Specifically, Blank Rome's analysis included an examination of the entities set forth on the list of potential parties in interest attached hereto as <u>Exhibit A</u>. Specifically, the list includes the following categories of entities:  (i) the Debtors' warehouse lenders, (ii) the 50 largest unsecured creditors of the Debtors, (iii) other identified creditors, (iv) shareholders of the Debtors, (v) the Debtors' officers and Directors, and (vi) the Debtors and their affiliates.  Additionally, Blank Rome has searched its database for members of the Office of

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

the United States Trustee's Office for Region 3 involved in the Chapter 11 Cases, members of the Committee, and any Committee professionals.

5.    Based on the database examination of the entities specified above and on the attached Exhibit A, we have concluded that Blank Rome does not represent any entity in the Chapter 11 Cases which has an adverse interest in connection with these cases.  However, the database search reveals the following connections:[3]

a.    I am advised that the entities on Schedule 5(a) are creditors of the Debtors. Blank Rome represents, or has in the past represented, the entities on Schedule 5(a) and certain affiliates thereof in discreet matters unrelated to the Chapter 11 Cases from time to time.  Blank Rome does not and will not represent any entity appearing on Schedule 5(a) or any affiliate thereof in the Chapter 11 Cases.

(i)    Bank of America is the Agent for the Prepetition Lender and has granted Blank Rome a limited waiver in these cases.

b.    I am advised that the entities appearing on Schedule 5(b) are creditors of the Debtors.  Blank Rome does not represent the entities appearing on Schedule 5(b), but does represent from time to time certain affiliates thereof in discrete matters unrelated to the Chapter 11 Cases.  Blank Rome does not and will not represent any entity appearing on Schedule 5(b) or any affiliate thereof in the Chapter 11 Cases.

c.    Blank Rome is counsel for the Official Committee of Unsecured Creditors of Mortgage Lenders Network USA, Inc. (the "MLN Committee"), in Case No. 07-10146 (PJW). The MLN Committee is comprised of the following creditors:  (i) Merrill Lynch Mortgage Lending, Inc.; (ii) Lehman Brothers Bank, FSB; (iii) Wachovia Bank, N.A., (iv) Duffy White Construction, LLC, (v) MTM Technologies, Inc., (vi) Workstage, LLC, and (vii) David D. Hagburg.  Some of the MLN Committee members are creditors and/or parties in interest in the Chapter 11 Cases.  Blank Rome's representation of the MLN Committee is unrelated to the Chapter 11 Cases.  Blank Rome does not and will not represent the MLN Committee or any of its members in the Chapter 11 Cases.

d.    Blank Rome is co-counsel for the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc. (the "New Century Committee"), in Case No. 07-10416 (KJC).  The New Century Committee is comprised of the following creditors:  (i) Credit-Based Asset Servicing and Securitization LLC, (ii) Residential Funding Company, LLC, (iii) Credit Suisse First Boston Mortgage Capital LLC, (iv) Deutsche Bank National Trust Co., (v) Wells Fargo Bank, N.A., as indenture trustee, (vi) Fidelity National Information Services, Inc., and (vii) Maguire Properties – Park Place, LLC.  Some of the New Century Committee members

---

[3] Designation of a creditor's role in the case is not intended to nor shall it be deemed to be an admission as to the nature of any creditor's claims or to the validity of any of its filings, including without limitation UCC filings.

are creditors and/or parties in interest in the Chapter 11 Cases. Blank Rome's representation of the New Century Committee is unrelated to the Chapter 11 Cases. Blank Rome does not and will not represent the New Century Committee or any of its members in the Chapter 11 Cases.

e.      Hahn & Hessen, proposed co-counsel to the American Home Mortgage Committees also is co-counsel with Blank Rome in representing the MLN Committee.

f.      FTI Consulting, the financial adviser to the prepetition lenders in the American Home Mortgage case, is the financial adviser to the MLN Committee and to the New Century Committee and to the chapter 7 Trustee in Alliance Bancorp in which Blank Rome is proposed counsel to the chapter 7 Trustee.

6.      It is possible that Blank Rome may have represented or may continue to represent creditors, or interest holders of the Debtors in unrelated matters from time to time, but Blank Rome is not representing (and will not represent) any such persons in the Chapter 11 Cases. While Blank Rome has taken all reasonable steps to ascertain whether current or recent clients are creditors of the Debtors, affiliated with creditors of the Debtors, or are otherwise parties in interest, it is possible that there are relationships or connections of which Blank Rome is not aware through reasonable diligence. Should Blank Rome become aware of any connections with other creditors or parties in interest, Blank Rome will supplement this Verified Statement.

7.      Blank Rome is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that Blank Rome, its members, of counsel and associates:

a.      are not creditors of the Debtors, equity security holders of the Debtors, or insiders[4] of the Debtors;

b.      are not and were not, within 2 years before the Petition Date, directors, officers, or employees of the Debtors; and

---

[4] The term "insider" as used herein shall have the same meaning ascribed to it in 11 U.S.C. § 101(31).

c.      do not have an interest materially adverse to the interest of the Debtors'
estates or of any class of creditors or equity security holders, by reason of any direct or indirect
relationship to, connection with, or interest in, the Debtors, or for any other reason.

8.      Additionally, neither Blank Rome, any member of Blank Rome, any attorney who
is of counsel to Blank Rome, nor any associate of Blank Rome, insofar as I have been able to
ascertain:

a.      presently represents a creditor or equity interest holder of the Debtors, or a
person otherwise adverse or potentially adverse to the Debtors or the Debtors' estates on any
matter that is related to the Debtors or the Debtors' estates or, except as described in paragraph 5
above, on any matter that is unrelated to the Debtors or the Debtors' estates;

b.      except as described in paragraph 5 above, has any other connection with
the Debtors, their creditors, the Office of the United States Trustee or any employee of that office
or any other parties in interest; or

c.      has any other interest, direct or indirect, which may affect or be affected
by the proposed representation.

9.      Blank Rome will represent no entity other than the Committee in connection with
the Chapter 11 Cases. However, Blank Rome may represent a successor in interest to the
Committee or the Debtors' estates pursuant to a confirmed plan in the Chapter 11 Cases.

10.     Blank Rome has not received a retainer.

11.     Blank Rome has agreed to be employed by the Committee at the firm's
customary, hourly rates for comparable matters, including paralegal services, and understands
that the firm's compensation is to be paid and the expenses and costs are to be reimbursed upon
application to the Court and is subject to the Court's approval and/or pursuant to any

administrative procedures established by Order of the Court. Blank Rome anticipates that the following are the core team of lawyers who will be responsible primarily for this engagement and the current hourly rates, which Blank Rome customarily charges for their services:

| | |
|---|---|
| Bonnie Glantz Fatell | $600.00 per hour |
| Andrew Eckstein | $615.00 per hour |
| David W. Carickhoff | $420.00 per hour |
| Greg T. Kupniewski | $310.00 per hour |

12.     Other attorneys and paralegal assistants at Blank Rome may be called upon from time to time as the need and issues arise to represent the Committee in respect of all aspects of the Chapter 11 Cases. Hourly rates of partners and counsel likely to assist in this case range from $300 to $675 per hour, associates' rates range from $245 to $475 per hour, and paralegals' rates range from $105 to $265 per hour. Blank Rome's rates may change from time to time in accordance with Blank Rome's established billing practices and procedures. Blank Rome will maintain detailed, contemporaneous records of time and necessary expenses provided or incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

13.     Blank Rome customarily and generally charges clients for the costs of support services the firm provides in connection with a representation, including, without limitation, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, secretarial and administrative overtime and temporary services, travel, lodging and catering for meetings. Some of these services are provided by Blank Rome, in which case the charges are set by Blank Rome, and others are provided by third party service providers, in which case the charges are set by the providers. Blank Rome will charge the cost of these

expenses in a manner and at rates consistent with charges generally made to the firm's other clients. All such charges for which Blank Rome seeks payment are subject to Court approval and/or pursuant to any administrative procedure established by Order of the Court.

14.     No agreement or understanding exists between Blank Rome and any other person (other than members or employees of the firm) to share compensation received for services to be rendered in connection with this representation.

15.     By reason of the foregoing, I believe that Blank Rome is eligible for employment and retention by the Committee pursuant to 11 U.S.C. §§ 328 and 1103 and applicable rules of bankruptcy procedure.

Dated: September 12, 2007

Bonnie Glantz Fatell

Sworn to and subscribed before me
this 12th day of September, 2007.

Notary Public

TAMARA L. MOODY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 18, 2009

## **SCHEDULE 5(a)**

| | |
|---|---|
| ABN Ambro Bank N.V. | Merrill Lynch Pierce Fenner & Smith |
| Bank of America, N.A. | Morgan Stanley Dean Witter |
| Bear Stearns & Co., Inc. | Principal Life Insurance Company |
| Calyon S.A. | Societe Generale |
| Citibank N.A. | The Royal Bank of Scotland plc |
| Credit Suisse First Boston | Union Bank of Switzerland |
| Deutsche Bank AG | United Parcel Service |
| Federal National Mortgage Association (Fannie Mae) | Wachovia Bank, N.A. |
| Impac Funding Corporation | Washington Mutual Bank |
| Janney Montgomery Scott LLC | Wells Fargo Bank, N.A. |
| Lehman Brothers, Inc. | Wilmington Trust Company |
| Lehman Commercial Paper Inc. | Zurich American Insurance Company |

## **SCHEDULE 5(b)**

| | |
|---|---|
| Bank of New York Trust Company N.A. | Greenwich Capital Financial Products, Inc. |
| Barclays Bank plc | HSBC Bank USA, N.A. |
| CB Richard Ellis | IXIS Real Estate Capital, Inc. |
| Citigroup Global Markets Realty Corp. | JP Morgan Chase Bank N.A. |
| Countrywide Capital | Lehman Brothers Special Financing Inc. |
| Deutsche Bank National Trust Company | Orix Capital Markets LLC |
| EMC (Bear) | SunTrust Asset Funding, LLC |
| GMAC | UBS Real Estate Securities |
| Goldman Sachs Asset Management LP | |

## EXHIBIT A

### Debtors

American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.
AHM SPV II, LLC

### Debtor Affiliates

American Home Securities, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

### Warehouse Lenders

Bank of America, N.A.
Barclays Bank PLC
Credit Suisse First Boston Mortgage Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities

**Top 50 Creditors**
Deutsche Bank
Wilmington Trust Company
JPMorgan Chase
Countrywide Capital
Bank of America
JPMorgan Chase Bank, National Association, as
Trustee
406 Partners
CW
Morgan Stanley
Wells Fargo Bank, N.A., as Trustee
SunTrust Asset Funding, LLC
Impac Funding Corporation
Bear, Stearns & Co. Inc.
Bank of America, N.A.
Citigroup Global Markets Realty Corp.
Bank of America, N.A.
Wells Fargo Bank, N.A., as Trustee
Countrywide Capital
Nomura Credit & Capital, Inc.
Liquid Funding, Ltd.
EMC (Bear)
Greenwich Capital Financial Products, Inc.
Lehman Brothers Inc.
HSBC
UBS
Lehman Brothers Special Financing, Inc.
FNMA
Washington Mutual
Luminent Mtg (Barclays)
ALS
IndyMac Bank, F.S.B.
Morgan Stanley Capital Services Inc.
Credit Suisse
GMAC
Deutsche Bank AG
Triad Guaranty Insurance Corporation
The Royal Bank of Scotland plc
ZC Sterling Corporation
American Express
Deutsche Bank Securities Inc.
Opteum Financial Services, LLC
Lehman Commercial Paper Inc.

**Debtors' Shareholders**
Michael Strauss
Goldman Sachs Asset Management, L.P.
Munder Capital Management
NWQ Investment Management Company, LLC

900200.00001/21618316v.2   11

CEDE & Co
Margaret J. Cox Trust
Jack E. Dalton & Janol Lee Dalton
V E Lygrisse Truste
Lois I Pickett & Lawrence H. Pickett
Michael Rienstra
Lillian M. Schuman
David E. Wallin Trust
Bernard R. Werner & Shirley J. Werner

**Debtor Officers and Directors**
Michael Strauss
John A. Johnston
Nicholas R. Marfino
Michael A. McManus, Jr.
C. Cathleen Raffaeli
Kristian R. Salovaara
Irving J. Thau
Donald Henig
John A. Manglardi
Ronald L. Bergum
Robert Bernstein
Christopher J. Cavaco
Al Crisanty
Doug Douglas
Thomas J. Fiddler
David M. Friedman
Kathleen R. Heck
Alan B. Horn
Stephen A. Hozie
Robert F. Johnson, Jr.
Marcia Kaufman
Dena L. Kwaschyn
Richard S. Loeffler
Thomas M. McDonagh
Craig S. Pino
Rick Pishalski
Ron Rosenblatt
Lisa M. Schreiber

**Other Creditors**
A & F Construction
ABN Amro Bank, N.V.
All Pro Mortgage
American Express
American Stock Transfer & Trust Company
Banc of America Securities, LLC
Bank of New York
Broadhollow Funding, LLC
Calyon
Carpenter, Mitcheal E. and Adrian

CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Citibank
Corporate Cubes LLC
Countrywide
Diversified Commercial Investments, LLC
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
Liquid Funding, Ltd.
MaineHousing
MassHousing
Melville Funding, LLC
Merrill Lynch Pierce Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase; Mortgage First LTD; Showcase of Agents LLC
Natixis Real Estate Capital Inc.
Orix Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Centre LLC
Skyview Marketing, LLC
Societe Generale
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey Funding, LLC
TPRF/THC HavenPark, LLC
Transwestern
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Westfield Mortgage, LLC
Zurich American Insurance Company