# SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NOS.: 07-11047(CSS)

COURTROOM LOCATION: Courtroom 6
DATE: September 17, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | ABN Amro Bank |
| Robert J. Moore (telephonic) | | |
| David Folds (telephonic) | DLA Piper | Boston Property |
| James Shenwick (telephonic) | Shenwick & Associates | Scruggs |
| Dean G. Rallis Jr. (telephonic) CHRIS SHIPSED | Weston, Benshoof, Rochefort | TPRT-THC Haven Park |
| Franklin Top (telephonic) | Chapman & Cutler | Wells Fargo Bank |
| Scott Talmadge (telephonic) | Kaye Scholer | Bank of America |
| Christopher Marcus (telephonic) | Weil Gotshal & Manges | Credit Suisse |
| Fred Holden (telephonic) | Orrick Herrington & Sutcliffe | Indymac Bank |
| Charlie Brown | Harvey Pennington | Ashwell Properties |
| Mary DeFalaise | US Dep't of Justice | Government Nat'l Mortgage Assoc |
| Tasha Curier | Buchanan Ingersoll 4 Rooney | Societe Generale |
| Fred Hodara | Diane Morris | Debtor Lender Stwr B |
| Robert Brady | Young Conaway | Debtors |
| John Dorsey | | |
| Sean Beach | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047(CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** September 17, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Mishma Thompson | Connolly Bove Lodge & Hutz | Inland US Management LLC |
| Kimberly E C Lunetta | Reed Smith LLP | How Financial Services |
| Laurie Silverstein | Potter Anderson Corroon | Bank of America N.A. |
| Donna Harris | Buckley Harris + Pepper | TPK/THC HavenPark |
| Joe Mc Mahon | USDOJ | US |
| Sheon Culunowsky | Bingham McCutchen | DB Structured Products |
| Bill Burden | Ashby & Geddes | " |
| Bonni Fatell | Blank Rome LLP | Creditors Committee |
| Blake Cloney | Young Conaway Stargatt & Taylor LLP | Debtor |
| William Chapman | Edwards Angell Palmer & Dodge | Countrywide |
| Cy Lanigla | Lanigla | DB entities |
| Andre Geizer | Greenberg Traurig | WLR Recovery Fund |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**