# EXHIBIT A

# Cure Amounts

| Branch Name | Address | City | State | Cost Center | Cure Amount |
|---|---|---|---|---|---|
| Alameda CA 330 | 1512 Webster Street | Alameda | CA | 00330 | $15,770.00 |
| Albuquerque Uptown NM 2171 | 6000 Uptown Boulevard / 6000 Uptown / Suite 104 | Albuquerque | NM | 87110 | $0.00 |
| Anaheim CA 369 | 2390 East Orangewood / Anaheim Corporate Plaza / Suite 105 | Anaheim | CA | 92806 | $0.00 |
| Angels Camp CA 345 | 1239 South Main Street / PO Box 952 | Angels Camp | CA | 95222 | $1,800.00 |
| Bellingham WA 2188 | 1756 Iowa Street | Bellingham | WA | 98229 | $0.00 |
| Big Sky 2883 | 50 Meadow Village Suite 205 | Big Sky | MT | 02883 | $572.00 |
| Bloomington MN 2039 | 1600 West 82nd Street / Southpoint East / Suite 110 | Bloomington | MN | 55431 | $0.00 |
| Boise ID 2025 | 8850 W. Emerald Street / Dorado Plaza / Suite 104 | Boise | ID | 87304 | $0.00 |
| Bozeman Main MT 2729 | 2616 W. Main St. | Bozeman | MT | 02729 | $1,067,600 |
| Caldwell ID 2169 | 2805 Blaine Street / The Willows / Suite 140 | Caldwell | ID | 83605 | $1,180.00 |
| Campbell Campbell CA 340 | 51 E. Campbell Avenue / Suite 170 & 120 | Campbell | CA | 95008 | $16,686.75 |
| Cedar Rapids IA 2017 | 3053 Center Point Road NE / Suite A | Grand Rapids | IA | 52402 | $2,475.00 |
| Cerritos CA 377 | 17777 Center Court Drive / Cerritos Towne Center / Suite 125 | Cerritos County | CA | 90703 | $0.00 |
| Chandler AZ 01312 | 25 South Arizona Place / First Credit Union Corporate Center | Chandler | AZ | 85225 | $4,348.07 |
| Chaska MN 1313 | 1107 Hazeltine Boulevard / Hazeltine Gates Office Building / Suite 500 | Chaska | MN | 55318 | $15,675.24 |
| Coeur d'Alene ID 2227 | 1221 Ironwood Drive | Coeur d'Alene | ID | 83815 | $0.00 |
| Tenderfoot CO 3323 | 2630 Tenderfoot Hill St / Suite 202 | Colorado Springs | CO | 80906 | $0.00 |
| Columbia Gateway MD 203 | 6996 Columbia Gateway Drive / Westridge Corporate Center / Building B | Columbia | MD | 21045 | $0.00 |
| Concord Sutter Street CA 302 | 1800 Sutter Street / 1800 Sutter Street / Suite 450 - 4th Floor | Concord | CA | 94520 | $0.00 |
| Coral Gables FL 2951 | 4621 Ponce De Leon Blvd / 4S Products Building | Coral Gables | FL | 33134 | $17,779.02 |
| Cornelius NC 2732 | 19930 West Catawba Avenue / Suite 140 | Cornelius | NC | 28031 | $5,260.00 |
| Del Rio Border FCU TX 2475 | 600 E. Gibbs Street | Del Rio | TX | 02475 | $0.00 |
| Des Moines University IA 2020 | 6600 University Ave | Des Moines | IA | 50311 | $1,500.00 |
| Eagle Ops 2125 | 738 S. Bridgeway Place / The Gemstar Building | Eagle | ID | 02074 | $0.00 |
| Edmonds WA 2415 | 21920 76th Ave. West, Suite 110 | Edmonds | WA | 98272 | $2,700.00 |
| Elk Grove CA 3315 | 9355 E. Stockton Blvd | Elk Grove | CA | 95624 | $0.00 |
| Flowermound TX 2163 | 3305 Long Prairie Road / Sagebrush West Office Park / Suite 115 & 120 | Flower Mound | TX | 75022 | $0.00 |
| Frisco TX 2205 | 2595 Dallas Parkway / Suite 204 | Frisco | TX | 75034 | $0.00 |
| Gaithersburg MD 515 | 481 North Fredrick Avenue / Suite 420 | Gaithersburg | MD | 20877 | $0.00 |
| Glendale AZ 3321 | 5859 W Talavi Blvd | Glendale | AZ | 03321 | $1,500.00 |
| Grand Junction 1st CO 422 | 2478 Patterson Road | Grand Junction | CO | 00422 | $9,795.76 |
| Greenwood Village CO 2004 | 8101 East Prentice Avenue | Greenwood Village | CO | 02004 | $0.00 |

| Location | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Gresham OR 2057 | 320 North Main / Kohler Building / Suite 207 | Gresham | OR | 97030 | $0.00 |
| Helena MT 3334 | 825 Great Northern Blvd / Expedition Office Business Center / Suites 311 & 312 | Helena | MT | 59601 | $0.00 |
| Henderson NV 351 | 2370 Corporate Circle / Corporate Center V / Suite 200 | Henderson | NV | 89074 | $0.00 |
| Hilton Head Island SC 2773 | 10 Executive Park Road / Suite 101 | Hilton Head Island | SC | 29928 | $0.00 |
| Honolulu HI 02401 | 737 Bishop Street / Pacific Guardian Center - Mauka Tower / Suite 2110 and 2115 | Honolulu | HI | 96813 | $0.00 |
| Houston Galleria TX 3332 | 730 N. Post Oak Road | Houston | TX | 03332 | $1,044.58 |
| Houston Kingwood TX 3333 | 20669 Lake Houston Pkwy | Houston | TX | 03333 | $2,250.00 |
| Indian Wells CA 314 | 74-890A Highway 111 / Indian Wells Village | Indian Wells | CA | 92210 | $0.00 |
| Irvine CA 300/3314/398 | 111 Pacifica / 111 Pacifica / Sts 110, 260, 250, 305, 320, 310, 200 & Strg** | Irvine | CA | 92618 | $7,995.20 |
| Kapaa HI 2422 | 4-361 Kuhio Highway / Wail Shopping Plaza / Suite 105 | Kapaa | HI | 96746 | $1,572.50 |
| Kapolei HI 2411 | 1001 Kamokila Boulevard / James Campbell Building / Suite 106 | Kapolei | HI | 96707 | $0.00 |
| Kirkland WA 2170 | 401 Parkplace / Kirkland Parkplace / Suite 305 | Kirkland | WA | 98033 | $0.00 |
| La Jolla CA 311 | 4275 Executive Square / Regents Square / Suite 700 | La Jolla | CA | 92037 | $24,079.98 |
| Lafayette LA 3335 | 318B Guilbeau Road | Lafayette | LA | 70506 | $0.00 |
| Lahaina HI 2942 | 222 Papalaua Street / Anchor Square / Unit 205 | Lahaina | HI | 96761 | $898.75 |
| Lakewood WA 2072 | 5808 100th Street / Lone Tree Plaza | Lakewood | WA | 98499 | $14,450.33* |
| Las Vegas NV 353 | 777 N. Rainbow Boulevard / 777 N. Rainbow Boulevard / Suite 345 | Las Vegas | NV | 89107 | $0.00 |
| Layton UT 3330 | 920 West Heritage Park Blvd / Manor House / Suite 240 at 880 West Heritage / Suite 200-A | Layton | UT | 84041 | $0.00 |
| Littleton CO 2005 | 9200 West Cross Drive / Southwest Plaza Office Centre I / Suite 201 & 202 | Littleton | CO | 80123 | $0.00 |
| Long Beach Kilroy CA 307 | 3780 Kilroy Airport Way / Kilroy Airport Center Long Beach - Phase II Bldg 4 / Suite 225 | Long Beach | CA | 90806 | $0.00 |
| Maple Grove MN 1309 | 7767 Elm Creek Boulevard / Suite 220 | Maple Grove | MN | 55369 | $0.00 |
| Miami FL 2821 | 12751 & 12753 South Dixie Highway / Southpark Centre | Miami | FL | 33156 | $10,350.47 |
| Miami FL 2940 | 200 South Biscayne Blvd / Wachovia Financial Center / Floor 19 | Miami | FL | 33131 | $4,072.60 |
| Miami Beach FL 2926 | 828 Washington Avenue | Miami Beach | FL | 33139 | $5,650.98 |
| Missoula MT 2045 | 1802 Dearborn Avenue / Butler Plaza Building / Suite 102 & 202 | Missoula | MT | 59801 | $0.00 |
| Modesto CA 361 | 1150 Ninth Street / Suite 1410 | Modesto | CA | 95354 | $0.00 |
| Monroe Re/Max Desk Rental | 14961 Chain Lake Road / Suite 149 | Monroe | WA | | $2,788.00 |
| Monterey CA 356 | 659 Abrego St | Monterey | CA | 93940 | $5,988.00 |
| Charleston SC 2626 | 2000 Sam Rittenberg Blvd / Suite 3009 | Charleston | SC | 29407 | $8,937.68 |
| Nampa ID 2075 | 724 12th Avenue South | Nampa | ID | 02075 | $0.00 |
| New City NY 7 | 200 S. Main Street / 200 S. Main Street | New City | NY | 10956 | $7,888.00 |
| Palm Beach Gardens FL 2950 | 4100 RCA Boulevard / Suite 100 | Palm Beach Gardens | FL | 33410 | $3,507.50 |
| Plantation FL 2829 | 801 South University Drive / The Fountains / Bay A-139 | Plantation | FL | 33324 | $975.02 |
| Pomona CA 324 | 3191 Temple Avenue / University Tech Center / Suite 220 | Pomona | CA | 91769 | $0.00 |
| Portland OR 2058 | 10220 SW Greenburg Road / Three Lincoln Center / Suite 245 | Portland | OR | 97223 | $0.00 |
| Portland OR 2230 | 700 N.E. Multnomah / Lloyd 700 Building / Suite 450/451 | Portland | OR | 97232 | $0.00 |
| Raleigh National NC 2050 | 3717 National Drive / Camden / Suite 106 | Raleigh | NC | 02050 | $0.00 |

| Branch | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Rancho Cucamonga CA 00309 | 9680 Haven Avenue | Rancho Cucamonga | CA | 00309 | $1,131.38* |
| Reno NV 367 | 5470 Kietzke Lane / Mountain View Corporate Centre - Sierra Building / Suite 210 and 220 | Reno | NV | 89511 | $29,216.83 |
| Riverside CA 3313 | 5225 Canyon Crest Drive / Canyon Crest Towne Center / Suite 309 | Riverside | CA | 92507 | $2,732.85 |
| Roseville CA 344 | 1508 Eureka Road / Eureka Corporate Center / Suite 275 | Roseville | CA | 95661 | $12,039.29* |
| Sacramento CA 2402 | 1610 Arden Way / Point West Corporate Centre / Suite 275 | Sacramento | CA | 95815 | $0.00 |
| St. Louis MO 2199 | 4409 Meramec Bottom Road / Suite B | St. Louis | MO | 63129 | $0.00 |
| Salt Lake City UT 2144 | 6415 South 3000 Est / The Old Mill Business Centre II / 2nd Floor | Salt Lake City | UT | 84121 | $0.00 |
| Sarasota Tamiami FL 2828 | 950 South Tamiami Trail / Suite 208 & 210 | Sarasota | FL | 34236 | $0.00 |
| Scottsdale 3 AZ 1310 | 8700 East Vista Bonita / El Presidio at Pinnacle Peak / Suite 268 | Scottsdale | AZ | 85255 | $5,939.38 |
| Scottsdale Camelback AZ 2002 | 6991 East Camelback Road | Scottsdale | AZ | 02002 | $163.48 |
| Scottsdale Ventura 1 AZ 357 | 8700 E. Via de Ventura / Pabellon Office Building / Suite 150 | Scottsdale | AZ | 02003 | $5,077.75 |
| Sherwood OR 2193 | 20510 Roy Rogers Road / Hunters Ridge / Unit 130 | Sherwood | OR | 97140 | $0.00 |
| Sioux Falls SD 343 | 3409 West 47th Street / Suite 102 | Sioux Falls | SD | 57106 | $1,900.00 |
| Sonora CA 346 | 79 N. Washington Street | Sonora | CA | 95370 | $940.00 |
| Spokane WA 2228 | 818 West Riverside Avenue / Lincoln Plaza / 818 West Riverside Avenue | Spokane | WA | 99201 | $11,488.00 |
| Tampa FL 2218 | 1511 N Westshore Boulevard / Tower Place / Suite 720 | Tampa | FL | 33607 | $14,344.40 |
| Temecula CA 2409 | 27450 Ynez Road | Temecula | CA | 02409 | $9,690.31 |
| The Woodlands TX 2130 | Twenty One Waterway Avenue / Twenty One Waterway Avenue / Suite 450 | The Woodlands | TX | 77380 | $0.00 |
| Torrance CA 313 | 2780 Skypark Drive / Airport Atrium / Suite 200 & 420 | Torrance | CA | 90505 | $9,071.05 |
| Wailuku HI 2421 | 2200 Main Street / Suite 640/650 | Wailuku | HI | 96793 | $4,310.46 |
| Walnut Creek CA 338 | 500 Ygnacio Valley Road / 500 Ygnacio / Suite 290 | Walnut Creek | CA | 94596 | $9,700.25 |
| Iowa Area IA 2095 | 2829 Westown Parkway / Westridge III Office Building / Suite 220 | West Des Moines | IA | 50266 | $0.00 |
| West Linn OR 2201 | 1800 Blankenship Rd | West Linn | OR | 02201 | $3,195.83 |
| Westminster CO 2410 | 1400 W. 122nd Avenue | Westminster | CO | 80234 | $2,804.60 |
| Woodbury MN 3311 | 6043 Hudson Road / Suite 100 | Woodbury | MN | 55125 | $0.00 |
| Yakima WA 2162 | 917 Triple Crown Way / Suite 100 | Yakima | WA | 98908 | $0.00 |
| Yucca Valley CA 315 | 56351 29 Palms Hwy / Suite B | Yucca Valley | CA | 92284 | $1,456.00 |
| | | Total Proposed Cure Amounts: | | | $382,296.93 |

*September monthly lease obligations have been included in this Proposed Cure Amount. To the extent that September monthly lease obligations have been or are subsequently paid, this Proposed Cure Amount will be reduced to reflect such payment.

**This location includes branches Irvine CA 300, Irvine CA 3314 and Retail West Division Executive & Support 398

(A) Consistent with the record of the hearing held on September 17, 2007, the cure amount above with respect to the Rancho Cucamonga, California location may be increased to include any attorney fees approved by the Court in a separate Court Order.