## EXHIBIT B

## LOCATIONS CONTAINING EQUIPMENT
## SUBJECT TO LEASES NOT BEING REJECTED

1707 Cole Blvd., Suite 350, Golden CO 80401

5151 Beltline Road, Dallas, TX, 75254

304 Harper Drive, Moorestown, NJ  08054

601 South Florida Avenue, #1, Lakeland, FL 33801

1307 Franklin Road, Yuba City, CA, 95993

642 Bridge Street, Yuba City, CA 95991

34 South Broad Street, Woodbury, NJ, 08096

1799 Michelle Lane, Greenwood, IN 46142

400 Skokie Blvd., Northbrook, IL 60062

17744 Skypark Circle, Irvine, CA, 92614

538 Boadhollow Road, Melville, New York 11747

4600 Regent Blvd, Irving, TX 75063

4650 Regent Blvd, Irving, TX 75063

220 West Huron Street, Chicago, IL 60610

5818 Archer Road, #3RL, Summit, IL 60501

950 North Elmhurst Road, Mount Prospect, IL 60056