IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------- x | | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 20, 2007 AT 2:30 P.M. (ET)

### CONTESTED MATTERS GOING FORWARD

1.      Motion of the United States for an Order (I) Requiring Turn-over of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association is not Subject to the Automatic Stay  [D.I. 243 and 244, 8/20/07]

Objection Deadline:    September 4, 2007 at 4:00 p.m.

Objections Filed:

        a)      Limited Response of JPMorgan Chase Bank, NA  [D.I. 556, 9/4/07]

        b)      Debtors' Preliminary Objection [D.I. 600, 9/4/07]

        c)      Joinder of Bank of America, N.A., as Administrative Agent, to Debtors' Preliminary Objection [D.I.. 602, 9/4/07]

        d)      Preliminary Objection of the Official Committee of Unsecured Creditors [D.I. 605, 9/5/07]

Related Document:

        e)      Declaration of Teresa Chase in Support of Debtors' Preliminary Objection [D.I. 601, 9/4/07]

        f)      United States, on behalf of the Government National Mortgage Association's Reply to Debtors' Preliminary Objection  [D.I. 653, 9/10/07]

Status: The parties continue to negotiate a resolution of this matter.  Absent a resolution or continuance, this matter will be going forward.

2.      Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, if any  [D.I. 425, 8/28/07]

Objection Deadline:    September 7, 2007 at 4:00 p.m.

Objections Filed:

    a)      Objection to Proposed Cure Amount  by TPRF/THC HavenPark, LLC [D.I. 645, 9/7/07]

    b)      Supplemental Objections of Lessor TPRF/THC HavenPark, LLC to Proposed Cure Amount  [D.I. 757, 9/14/07]

Status: This matter is going forward solely to determine whether TPRF/THC HavenPark, LLC is legally entitled to attorney fees as part of their cure claim.

3.    Motion of Federal Home Loan Mortgage Corporation for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362  [D.I. 676, 9/10/07]

Related Document:

   a)    Order Granting Motion for an Order Shortening the Time for Notice of the Hearing  [D.I. 703, 703, 9/12/07]

Objection Deadline:    September 18, 2007 at 12:00 p.m.

Objections Filed:    None

Status: The parties have reached an agreement in principle and are working on documenting the settlement.  The Debtors anticipate to filing a motion to approve the settlement and related agreements shortly and will be requesting expedited consideration.  Absent a resolution, this matter will be going forward.


Dated: Wilmington, Delaware
         September 18, 2007

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          _____
                          James L. Patton, Jr. (No. 2202)
                          Joel A. Waite (No. 2925)
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Matthew B. Lunn (No. 4119)
                          Kara Hammond Coyle (No. 4410)
                          Kenneth J. Enos (No. 4544)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession