**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------- x
In re                                              :    Chapter 11
                                                   :
AMERICAN HOME MORTGAGE                             :    Case No.: 07-11047 (CSS)
HOLDINGS, INC., a Delaware                         :
corporation, et al.,[1]                            :    (Jointly Administered)
                                                   :
Debtors.                                           :    **Docket Ref. No. 229**
                                                   :
---------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING MOTION OF DB STRUCTURED
PRODUCTS, INC. FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned counsel hereby certifies that:

1. On August 17, 2007, DB Structured Products, Inc. ("DBSP") filed the Motion of DBSP for Relief from the Automatic Stay (the "Motion") [Docket No. 229].

2. On September 11, 2007, the above captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Objection to the Motion (the "Objection") [Docket No. 702].

3. On September 12, 2007, the Official Committee of Unsecured Creditors in these cases (the "Committee") filed the Objection of the Committee to the Motion [Docket No. 714].

4. On September 17, 2007, the Court held a hearing (the "Hearing") on the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,

Motion. At the Hearing, the Court denied the Motion without prejudice and requested counsel for the Debtors to submit a form of order denying the Motion (the "Order").

5. Counsel to DBSP and the Committee have reviewed and consented to the Order, attached hereto as Exhibit A. Accordingly it is requested that the Order be entered at the earliest convenience of the Court.

6. Counsel for the Debtors is available should the Court have any further questions or concerns with the foregoing.

Dated: Wilmington, Delaware
September 18, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sanjay Bhatnagar*
James L. Patton, Jr. (No. 2202)
John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
Sanjay Bhatnagar (No. 4829)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors-in-Possession

---

Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**EXHIBIT A (PROPOSED ORDER)**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re                                          :    Chapter 11
                                               :
AMERICAN HOME MORTGAGE                         :    Case No.: 07-11047 (CSS)
HOLDINGS, INC., a Delaware                     :
corporation, et al.,                           :    (Jointly Administered)
                                               :
Debtors.                                       :    **Docket Ref. No. 229**
                                               :
---------------------------------------------- x

## ORDER DENYING MOTION OF DB STRUCTURED PRODUCTS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of DB Structured Products, Inc. for Relief from the Automatic Stay (the "Motion"); the objections filed thereto; as well as the testimony of the witnesses presented at the evidentiary hearing on the Motion held on September 17, 2007 and after due deliberation; it is hereby:

ORDERED that the Motion is DENIED without prejudice; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: Wilmington, Delaware
       September _____, 2007          _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Court Judge

DB02:6242709.1                                                            066585.1001