IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware | : | |
| Corporation, et al., | : | |
| | : | |
| Debtors. | | |

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that the law firm of Heller Ehrman LLP hereby enters its appearance as counsel for Washington Mutual Bank ("WMB"), a federal association and party in interest in debtor American Home Mortgage Holding, Inc.'s (the "Debtor's") chapter 11 bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019, and 9022, and other applicable Bankruptcy Rules, WMB requests that all notices given or required to be given in this case by the Court, the Debtor or otherwise, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served electronically upon the following:

> Robert A. Trodella, Jr., Esq.
> Heller Ehrman LLP
> Telephone: (415) 772-6000
> Facsimile: (415) 772-6268
> Email: robert.trodella@hellerehrman.com

WMB also requests, pursuant to Section 1109(b) of the Bankruptcy Code, and the applicable Bankruptcy Rules, that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements,

plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case including, but not limited to WMB, with respect to the Debtor, any property of the Debtor, or of the Debtor's estate, be served electronically upon counsel at the e-mail address set forth above.

      Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by WMB of its (a) rights to have final orders in non-core matters entered after <u>de</u> <u>novo</u> review by a District Judge; (b) rights to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which WMB is or may be entitled, all of which are hereby expressly reserved.

DATED:  August 10, 2007        By /s/ Robert A. Trodella, Jr._____
                                              Robert A. Trodella, Jr. (CA Bar No. 184081)
                                              HELLER EHRMAN LLP
                                              333 Bush Street
                                              San Francisco, CA  94104
                                              (415) 772-6000
                                              (415) 772-6268
                                              *Counsel for Washington Mutual Bank.*