## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware | : | |
| Corporation, et al., | : | |
| | : | |
| Debtors. | | |

### CERTIFICATE OF SERVICE

I, Angela Howard, declare that I am over the age of eighteen years and I am not a party to this action.  My business address is 333 Bush Street, San Francisco, California 94104-2878.

On **September 18, 2007**, I caused the following to be served:

### REQUEST FOR SPECIAL NOTICE

on the interested parties in this action by placing true and correct copies thereof, enclosed in sealed envelopes addressed as follows:

**Please See Attached Service List**

[  ] BY ELECTRONIC MAIL:  On the mentioned date, from San Francisco, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated on the attached document.  To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.  A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each such document.

[ X ] BY MAIL:  I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at San Francisco, California.

[  ] BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered to the following parties on the next business day by FEDERAL EXPRESS overnight delivery service.

[  ] BY PERSONAL SERVICE:  I served the above-mentioned documents by hand to the following parties:

[  ] BY FACSIMILE TRANSMISSION:  I caused to be transmitted such documents by facsimile to the following parties.  No error was reported by the machine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on **September 18, 2007**, in San Francisco, California.

/s/ Angela Howard_____
Angela Howard

## Service List

*Debtor*
**American Home Mortgage Holdings, Inc.**
538 Broadhollow Road
Melville, NY 11747
Tax id: 13-4066303

*Counsel for Debtor*
**Edward J. Kosmowski, Edwin J Harron, Kara Hammond Coyle**, **Kenneth J. Enos, Matthew Barry Lunn, Pauline K. Morgan, Robert S. Brady, Travis N. Turner, Joel A. Waite**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
Phone:  302 571-6600
Fax :  302-571-1253
Email: bankruptcy@ycst.com

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

*Creditor Committee*
**The Official Committee of Unsecured Creditors**
**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  (302) 425-6423
Fax:  (302) 425-6464
Email: fatell@blankrome.com

3