IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Doc. Ref. No. 742 |

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO THIRD MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

PLEASE TAKE NOTICE that on September 13, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed their *Third Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment* [Docket No. 742] (the "Motion").[1]

PLEASE TAKE NOTICE that Exhibit A to the Motion identified real property leases (the "Office Leases") that were to be rejected by the Motion. However, the Office Lease located at 10220 SW Greenberg Road, Tigard, Oregon 97223 (the "Indymac Lease") was incorrectly included on the original Exhibit A.

PLEASE TAKE NOTICE that the Indymac Lease is hereby removed and deleted from Exhibit A to the Motion. The counterparty to the Indymac Lease has consented to the removal of such Office Lease from Exhibit A to the Motion. The Indymac Lease was already

---

[1] All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DB02:6243249.1                                                                                                          066585.1001

assigned to Indymac Bank, F.S.B. pursuant to an order by this Court dated August 24, 2007 [Docket No. 357].

Dated: Wilmington, Delaware
September 18, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner (No. 4926)*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession