## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on September 18, 2007, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(g) and 9010** to be served by First Class U.S. Mail on the parties on the attached service list.

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

551709.1 9/18/07

## AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*
### Service List

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

William P. Bowden, Esquire
Don Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Charles J. Brown, III, Esquire
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE  19801

Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Victoria Counihan, Esquire
Sandra Selzer, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Donna Culver, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE 19899

Joseph O'Neil, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801

Russell C. Silberglied, Esquire
Christopher Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Christina Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis lLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Steven M. Yoder, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Eric Lopez Schnabel, Esquire
Dorsey & Whitney (Delaware) LLP
1105 N. Market Street, 16th Floor\
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Alan Horn, Esquire
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Benjamin C. Ackerly, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David G. Aelvoet, Esquire
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Rick B. Antonoff, Esquire
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

John Ashmead, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Lee S Attanasio, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins
 & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Brett Barragate, Esquire
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

Louis L. Benza, Esquire
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South – 6th Floor
Brooklyn, NY 11201

Brian W. Bisignani, Esquire
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Mark A. Broude, Esquire
John W. Weiss, Esquire
David Stewart, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

Paul S. Caruso, Esquire
Jessica Knowles, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Ling Chow
Andrew Pickering
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

Matthew A. Clemente, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Ronald L. Cohen, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Enid M. Colson, Esquire
Liner Yankelevitz Sunshine
 & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Douglas R. Davis, Esquire
Kelley Cornish, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Leo T. Crowley, Esquire
Margot Erlich, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Douglas Davis, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

John Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036

Samuel B. Garber, Esquire
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL  60606

Ian Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC  20005

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002

Arnold Gulkowitz, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY  10103

Alyssa D. Englund, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY  10103

Frederick D. Holden, Jr. Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive – MS 202
McLean, VA  22102

Lisa G. Laukitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022

Scott K. Levine, Esquire
Platzer Swergold Karlin Levine
  Goldberg & Jaslow
1065 Avenue of the Americas
New York, NY  10018

James M. Liston, Esquire
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA  02110

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
  Ellis LLP
599 Lexington Avenue
New York, NY  10022

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY  10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY  10022

Larry J. Nyhan, Esquire
Matthew Clemente, Esquire
David Hall, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Kathleen O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA  30308

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY  10166-0136

John Philip, Esquire
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN  38117

Thomas J. Polis, Esquire
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

Erica Ryland, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3596

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10173

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Andrew Silverstein, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Catherine Steege, Esquire
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY 10017

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

Brad R. Godshall, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena
 & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Bruce Wilson, Esquire
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W – MC 3501
Seattle, WA 98101

Doria Bachenheimer, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Alison Conn, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph G. Minias, Esquire
Quinn, Emanuel, Urquhart, Oliver
 & Hedges, LLP
51 Madison Avenue
New York, NY 10010

Nancy Connery, Esquire
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY  10165

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax
 Collector
819 U.S. 301 Blvd. West.
P.O. Box 25300
Bradenton, FL  34206-5300

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA  95865

Joseph F. Falcone, III
Director, Counsel
Natixis Real Estate Capital, Inc.
9 West 57th Street, 35th Floor
New York, NY  10019

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

David W. Stack
Senior Vice President
ABN AMRO Bank N.V.
55 East 52nd Street, 2nd Floor
New York, NY  100055

Kristin T. Mihelic, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Peter D. Bilowz, Esquire
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ  85004-2327

American Express Travel Related Svcs Co.
Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

NNN F Four Resource Square, LLC
c/o John H. Capitano, Esquire
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Floor
Charlotte, NC  28202

Arnold Gulkowitz, Esquire
Brian E. Goldberg, Esquire
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY  10022

Nancy F. Loftus, Esquire
Assistant County Attorney
Office of the County Attorney
12000 Government Center Parkway
Suite 549
Fairfax, VA  22035

Stefanie Birbrower Greer, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Hollie N. Hawn, Esquire
Broward County Attorney's Office
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Donald D. Farlow, Esquire
Burns, Wall, Smith and Mueller, P.C.
303 E. 17th Avenue, #800
Denver, CO 80203-1260

Janice D. Newell, Esquire
Deputy Prosecuting Attorney
200 W. Front Street, 1st Floor
Boise, ID 83702

Margaret Lumsden, Esquire
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424

Katherine A. Constantine, Esquire
Charles F. Sawyer, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

S. James Wallace, Esquire
Griffith, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

Steven W. Kelly, Esquire
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Karen J. Stapleton, Esquire
Assistant County Attorney
County of Loudoun, Virginia
One Harrison Street, S.E., 5th Floor
P.O. Box 7000
Leesburg, VA 20177

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Geoffrey S. Aaronson, Esquire
Geoffrey S. Aaronson, P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131

R. Frederick Linfesty
Iron Mountain Information Management, Inc.
745 Atlantia Avenue
Boston, MA 02111

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan Kletzkin
  & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704

Robert H. Rosenbaum, Esquire
M. Evam Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Philip Carnes, President
Philip Carnes & Associates, Inc.
4939 Lower Roswell Road, Suite 103
Marietta, GA 30068

William Novotny, Esquire
Mariscal, Weeks, McIntyre &
  Friedlander, P.A.
2901 N. Central Avneue, Suite 200
Phoenix, AZ 85012-2705

A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102