**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | **Case No. 07-11047-CSS** |
| **HOLDINGS, INC., et al.,** | ) | |
| Debtors | ) | **Jointly Administered** |
| | ) | **Related to Doc. No. 11** |
| | ) | **Hearing Date: 10/9/07 @ 10:00** |
| | ) | **Objection Date: 9/20/07 @ 4:00** |

**JOINDER OF DEUTSCHE BANK NATIONAL TRUST COMPANY TO LIMITED OBJECTION OF FINANCIAL GUARANTY INSURANCE COMPANY TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (VI) SETTING FORTH CURE OBLIGATIONS; AND (V) GRANTING RELATED RELIEF**

Deutsche Bank National Trust Company ("DBNTC") hereby joins in, and incorporates herein and repeats for itself the objections in, the above-referenced Limited Objection of Financial Guaranty Insurance Company (the "Objection") to the Motion of the Debtors to sell the servicing business. We hereby request that the Court deny the Debtors' Motion to sell the servicing business to the extent the Motion seeks to include or assume and assign the HELOC Servicing Agreements (as defined in the Objection), hold that the purported cure claim is thus

10719778.1

- 2 -

not applicable or, if applicable, is incorrect as set forth in the Limited Objection, and grant the undersigned such other and further relief as the Court deems appropriate or just.

Dated: Wilmington, Delaware
September 19, 2007

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ David B. Stratton
David B. Stratton (No. 960)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6566
Fax: (302) 397-2716

NIXON PEABODY LLP

By: /s/ Lee Harrington
Lee Harrington
Attorneys for DBNTC
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3091

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 19, 2007, a true and complete copy of the foregoing was served via overnight delivery, postage prepaid, on the parties listed below.

                 /s/ Dennis J. Drebsky
                   Dennis J. Drebsky

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn.: Alan Horn, General Counsel

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-039 1
Attn.: James L. Patton, Jr.

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn.: Jeffrey M. Levine

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn.: Mark S. Indelicato

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Margot B. Schonholtz

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Scott D. Talmadge

10719778.1

- 2 -

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware  19801
Attn: Laurie Selber Silverstein

Jones Day
222 East 41st Street
New York, New York  10017
Attn.: Corinne Ball

Jones Day
222 East 41st Street
New York, New York  10017
Attn: Erica M. Ryland

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware  19801
Attn.: Victoria Counihan

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware  19801
Attn: Joseph McMahon

- 2 -