IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              :
                                    :
    AMERICAN HOME MORTGAGE          :   CHAPTER 11
    HOLDINGS, INC., a Delaware      :
    corporation, et al.             :   NO. 07-11047 (CSS)
                Debtors             :

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

DANA S. PLON, ESQUIRE hereby enters her appearance for Fidelity Court Associates, and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Identification No. 80361 (PA)
SIRLIN GALLOGLY & LESSER, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA  19102

_____
DANA S. PLON
Identification No. 80361 (PA)

Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA  19102
(215) 864-9700

September 19, 2007