IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                     :    Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                            :
                                                           :    Jointly Administered
                   Debtors.                                :
                                                           :    Ref. Docket No. 798
                                                           :

------------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 4001(d) AND 9019(a) FOR AN ORDER APPROVING AND AUTHORIZING COMPROMISES AND SETTLEMENT AGREEMENTS WITH FREDDIE MAC AND BANK OF AMERICAN, N.A.**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above

captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that

the applicable notice period for the Settlement Motion be shortened pursuant to Local Rule 9006-

1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the

relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate

notice of the Motion to Shorten has been given under the circumstances, and that no other or

further notice need be given; and after due deliberation and sufficient cause appearing therefor, it

is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the hearing to consider the relief requested in the Settlement

Motion will be held on September 20, 2007 at 2:30 p.m., and any response to the relief requested

in the Settlement Motion may be raised at the hearing; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
      Sept. 19      , 2007

Christopher S. Sontchi
United States Bankruptcy Judge