## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al | ) | 1-07-11047 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that JAY EARL ASSOCIATES, LLC ("JEA") hereby submits this

Notice of Appearance and Demand for Notices and Papers by and through its counsel, Meltzer,

Lippe, Goldstein & Breitstone, LLP, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule

9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007

and 11 U.S.C. §§ 342 and 1109(b), that copies of notices and pleadings given or filed in these

cases be given and served upon the following:

> Gary Ginsburg, Esq.
> Gary Meltzer, Esq.
> Meltzer, Lippe, Goldstein & Breitstone, LLP:
> 190 Willis Avenue
> The Chancery
> Mineola, NY 11501
> Telephone: (516) 747-0300
> Telecopier: (516) 747-0653
> E-mail: gginsburg@meltzerlippe.com
> E-mail: gmeltzer@meltzerlippe.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand

includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but

also includes, without limitation, any notice, application, complaint, demand, motion, petition,

pleading, or request, whether formal or informal, written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telex or otherwise's filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of JEA's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which JEA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments JEA expressly reserves.

Dated: August 23, 2007
      Mineola, New York           MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

Gary Ginsburg, Esq. (gg 3028)
The Chancery
190 Willis Avenue
Mineola, NY 11501
Telephone: (516) 747-0300
Telecopier: (516) 747-0653

-and-

Gary Meltzer, Esq. (GM 2127)
The Chancery
190 Willis Avenue
Mineola, NY 11501
Telephone: (516) 747-0300
Telecopier: (516) 747-0653