**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al | ) | 1-07-11047 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on September 19, 2007, she caused a true and complete copy of the Notice of Appearance and Demand for Notices and Papers to be sent by first class mail, postage prepaid, to the following parties:

                                                 */s/ Patricia A. Peerless*
                                                   Patricia Peerless

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

IManage:409681.1