IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James H. Shenwick, as legal counsel to Valerie Lynn Scruggs in this matter.

BIFFERATO GENTILOTTI LLC

_____
Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Phone: (302) 429-1900
Fax: (302) 429-8600
Email: gmcdaniel@bglawde.com

Dated: September 19, 2007
       Wilmington, Delaware