## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* was caused to be served this 19th day of September, 2007, by U.S. Mail upon the parties listed below.

Kara Hammond Coyle, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esqire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

_____
Garvan F. McDaniel (#4167)