# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
: Chapter 11
In re: :
:
AMERICAN HOME MORTGAGE : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware :
corporation, et al., : Jointly Administered
:
:
:
Debtors. :
---------------------------------------------------------- X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Merrill Lynch Pierce Fenner & Smith, Inc. ("MLPFS") and Merrill Lynch Bank USA ("MLBUSA", and together with MLPFS, "Merrill Lynch") hereby appear in the captioned case pursuant to 11 U.S.C. § 1109(b) and request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the captioned case be given and served upon the persons listed below at the following addresses:

Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Los Angeles, California 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200
ljurich@loeb.com

-and-

Vadim J. Rubinstein, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
vrubinstein@loeb.com

-and-

Derek C. Abbott, Esq.
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989
dabbott@mnat.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by Merrill Lynch: (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which Merrill Lynch

is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Merrill Lynch expressly reserves.

Dated: September 19, 2007

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Thomas F. Driscoll III*
        Derek C. Abbott (No. 3376)
        Thomas F. Driscoll III (No. 4703)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200

        -and-

        LOEB & LOEB, LLP

        Lance N. Jurich
        10100 Santa Monica Blvd.
        Los Angeles, California 90067
        Telephone: 310-282-2000
        Facsimile: 310-282-2200

        Vadim J. Rubinstein
        345 Park Avenue
        New York, New York 10154
        Telephone:   (212) 407-4000
        Facsimile:   (212) 407-4990

        *Attorneys for Merrill Lynch, Pierce, Fenner*
        *& Smith Incorporated and Merrill Lynch Bank USA*