## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Appearance And Request For Service Of Documents**, was caused to be made on September 19, 2007, in the manner indicated upon the entities identified on the attached service list.

Date: September 19, 2007         /s/ Thomas F. Driscoll III
                                 Thomas F. Driscoll III (No. 4703)

1214229.1