# SERVICE LIST

**BY HAND DELIVERY**

Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street
Suite 702
Wilmington, DE  19801

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE  19899

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 No. Market Street
17th Floor
Wilmington, DE  19899-8705

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE  19801

Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE  19801

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE  19899

Joseph O'Neil, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorneys Office
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE  19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19899


Attn: Corporate Trust Department -
Baylis Trust VIII
Wells Fargo Bank, N.A.
919 No. Market Street
Suite 700
Wilmington, DE  19801

Attn: Corporate Capital Markets - AHM
Capital Trust I
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Attn: Corporate Capital Markets
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

**BY INTERNATIONAL MAIL**

Bear Stearns Bank plc
Attn: Jerome Schneider/Patrick Phelan
Investment Manager of Liquid Funding,
Ltd.
Block 8, Harcourt Centre
Charlotte Way, Dublin 2
IRELAND

Attn: Legal Department
Deutsche Bank
Taunusanlage 12
60262 Frankfurt,
GERMANY

Attn: Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12,,
BERMUDA

**BY FIRST CLASS U.S. MAIL**

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas
17th Floor
New York, NY  10036

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
01 Main Street
66th Floor
Dallas, TX  75202

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH  44114

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY  11201

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro
Suite 300
San Antonio, TX  78205

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

Attention: Officer, General or Managing Agent
Bank of America
901 Main Street
66th Fl.
Dallas, TX  75202

Attention: Anthea Del Bianco
Bank of America
Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street
5th Floor
San Francisco, CA  94103

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South
6th Floor
Brooklyn, NY  11201

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA  90017

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022

Attn: Peter Steinmetz
Citigroup Global Markets Realty Corp
390 Greenwich Street
6th Floor
New York, NY  10013

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Country Wide Capital
20 N. Amnia Blvd
Lake Havasu City, AZ  86403

Attn: Officer, General or Managing Agent
Credit Suisse
Eleven Madison Avenue
New York, NY  10010

Mary DeFalaise, Esquire  
U.S. Department of Justice  
1100 L St., NW  
Room 10002  
Washington, DC  20005  

Attn: Repo Desk, 3rd Floor  
Deutsche Bank  
60 Wall Street  
New York, NY  10005  

Mark Ellenberg, Esquire  
Cadwalader, Wickersham & Taft LLP  
1201 F Street, N.W.  
Washington, DC  20004  

Samuel B. Garber  
Assistant General Counsel  
General Growth Management, Inc.  
110 N. Wacker  
Chicago, IL  60606  

Marcia L. Goldstein, Esquire  
Lori Fife, Esquire  
Ronit Berkovich, Esquire  
Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY  10153  

Attn: Legal  
Greenwich Capital Financial Products  
600 Steamboat Road  
Greenwich, CT  06830  

Vincent A. D'Agostino, Esquire  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  07068-1791  

Dennis J. Drebsky, Esquire  
Nixon Peabody, LLP  
437 Madison Avenue  
New York, NY  10022  

Attn: Officer, General or Managing Agent  
EMC  
383 Madison Avenue  
New York, NY  10018  

Attn: Officer, General or Managing Agent  
FNMA  
3900 Wisconsin Ave., NW  
Washington, DC  20016  

Attn: Officer, General or Managing Agent  
GMAC  
600 Galleria Parkway  
15th Floor  
Atlanta, GA  30339  

Thomas H. Grace, Esquire  
W. Steven Bryant, Esquire  
Locke Liddell & Sapp  
3400 JP Morgan Chase Tower  
600 Travis Street  
Suite 3400  
Houston, TX  77002  

Attn: Mortgage Finance  
Greenwich Capital Financial Products  
600 Steamboat Road  
Greenwich, CT  06830  

Frederick D. Holden, Jr.  
Orrick, Herrington & Sutcliffe LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA  94105  

Attn: Client Administration  
Impac Funding Corporation  
1401 Dove Street  
Suite 1000  
Newport Beach, CA  92660  

Internal Revenue Service  
Insolvency Section  
31 Hopkins Plaza  
Room 1150  
Baltimore, MD  21202  

Attn: Institutional Trust Services - Baylis Trust IV  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019  

Attn: Institutional Trust Services - Baylis Trust II  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019  

Attn: Officer, General or Managing Agent  
JP Morgan Chase  
194 Wood Avenue South  
Floor 3  
Iselin, NJ  08830

Lisa G. LauKitis, Esquire  
Citicorp Center  
Joshua Sussberg, Esquire  
Paul Basta, Esquire  
Kirkland & Ellis  
153 East 53rd Street  
New York, NY  10022  

IndyMac Bank  
3465 East Foothill Boulevard  
Pasadena, CA  91107  

Attn: Baylis Trust V and Madassir Mohamed  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019  

Attn: Institutional Trust Services - Baylis Trust I  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019  

George Kielman, Esquire  
Freddie Mac  
8200 Jones Brance Drive  
MS 202  
McLean, VA  22102  

Attn: Robert Guglielmo, Senior Vice President  
Lehman Brothers  
745 Seventh Avenue  
28th Floor  
New York, NY  10019  

Gerard Luckman, Esquire  
Silverman Perlstein & Acampora LLP  
100 Jericho Quadrangle  
Suite 300  
Jericho, NY  11753  

Joseph T. Moldovan, Esquire  
Moorison Cohen LLP  
909 Third Avenue  
New York, NY  10022  

Attn: Chief Legal Officer  
Transaction Management Group  
Morgan Stanley  
1585 Broadway  
New York, NY  10036  

Guy Moss, Esquire  
Riemer & Braunstein  
Three Center Plaza  
Boston, MA  02108  

Attn: NCCI Legal  
Nomura Credit & Capital, Inc.  
2 World Financial Center  
Building B  
18th Floor  
New York, NY  10281  

Larry J. Nyhan, Esquire  
Sidley Austin LLP  
One South Dearborn St.  
Chicago, IL  60603  

Attn: Officer, General or Managing Agent  
Luminent Mortgage Capital  
Suite 1350  
101 California Street  
San Francisco, CA  94111  

Richard Miller, Esquire  
Robert Honeywell, Esquire  
Kirkpatrick & Lockhart Preston Gates Ellis LLP  
599 Lexington Avenue  
New York, NY  10022  

Eric K. Moser, Esquire  
Wilbur F. Foster, Jr., Esquire  
Milbank Tweed Hadley & McCloy, LLP  
1 Chase Manhattan Plaza  
New York, NY  10005-1413  

Attn: Dante LaRocca, Managing Director  
Nomura Credit & Capital, Inc.  
2 World Financial Center  
Building B  
21st Floor  
New York, NY  10281  

Richard P. Norton, Esquire  
Reed Smith LLP  
599 Lexington Avenue  
29th Floor  
New York, NY  10022  

Harold Olsen, Esquire  
Stroock & Stroock & Lavan, LLP  
180 Maiden Lane  
New York, NY  10038  

Michael Reed, Esquire  
McCreary, Veselka, Bragg & Allen, P.C.  
P.O. Box 26990  
Austin, TX  78755

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY  10166-0136

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3596

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10022-3596

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Attn: Tony D. Atkins
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
23rd Floor
Atlanta, GA  30308

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
36th Floor
Atlanta, GA  30308

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL  60603

Attn: Officer, General or Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX  77027

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street
19th Floor
New York, NY  10013

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

UBS
1251 Avenue of The Americas
New York, NY  10019

William P. Weintraub, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
780 Third Avenue
36th Floor
New York, NY  10017

Attn: Officer, General or Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA  94104

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

David H. Zielke, Esquire
Vice President and Assistant General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA  98101

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA  90024

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of the Americas
18th Floor
New York, NY  10018

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, PC
155 Federal Street, 9th Floor
Boston, MA  02110

Peter McGonigle
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA  19103

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

John Philip, Esq.
Crislip Philip & Asso.
4515 Poplar Avenue
Suite 322
Memphis, TN  38117

Erica Ryland, Esq.
Corrine Ball, Esq.; I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Andrew Silverstein, Esquire
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Catherine Steeg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY  10017

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
15th Floor
New York, NY  10022

```
Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Martin Jefferson Davis, Esquire

Office of Thrift Supervision
Harborside Financial Center
Plaza Five
Suite 1600
Jersey City, NJ  07311
```