UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :
                                                              :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                              :
INC., *et al.*                                                :   Case No. 07-11047 (CSS)
                                                              :
                Debtors.                                      :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on September 19, 2007, I served a copy of the *Motion and Order for Admission Pro Hac Vice of Jack A. Raisner* on the parties listed below via first class mail.

_____
James E. Huggett, Esquire (#3956)

Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035