IN THE UNITED STATES BANKRUPTCYY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS,                                 :   Chapter 11
INC., *et al.*                                                   :   Case No. 07-11047 (CSS)
                                                                 :
              Debtor.                                            :
---------------------------------------------------------------- x
KATHY S. KOCH, JARRETT PERRY, GINA                               :   Adversary Proceeding No.
PULLIAM, CHAN NGUYEN, MICHAEL S.                                 :   07-51588
SUROWIEC, KATHLEEN WIELGUS, and                                  :
PATRICIA WILLIAMS, on their own behalf and on                    :
behalf of all other persons similarly situated,                  :
                                                                 :
              Plaintiffs,                                        :
                                                                 :
        against -                                                :
                                                                 :
AMERICAN HOME MORTGAGE CORP.,                                    :
AMERICAN HOME MORTGAGE                                           :
ACCEPTANCE, INC., AMERICAN MORTGAGE                              :
SERVICING, INC., AMERICAN HOME                                   :
MORTGAGE INVESTMENT CORP., and                                   :
AMERICAN HOME MORTGAGE HOLDING,                                  :
INC.                                                             :
                                                                 :
              Defendants.                                        :
---------------------------------------------------------------- x

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

James E. Huggett, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Justin M. Swartz, Esquire, of the law firm Outten & Golden LLP, 3 Park Avenue, 29th Floor, New York, New York 10016, to represent, Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguyen, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams on behalf of themselves and all others similarly situated in this action (collectively the "WARN Act Claimants"). The Admittee is admitted, practicing, and in good standing of the bar of in the State of New York.

Dated: September 19, 2007

James E. Huggett
MARGOLIS EDELSTEIN
750 S. Madison Street
Wilmington, DE 19801
Telephone: (302) 888-1112
Facsimile: (302) 888-1119

Motion Granted.

BY THE COURT:

Dated: _____

_____
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Receipt No. 148923

Dated: September 6, 2007

Justin M. Swartz, Esquire #4059499
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000