IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹ :
                                                :    Jointly Administered
                 Debtors.                       :
                                                :    Ref No.: 220
------------------------------------------------------------- x
```

**CERTIFICATION OF COUNSEL REGARDING FIRST ORDER, PURSUANT TO
SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES
6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED
LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

On August 17, 2007, the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") filed their First Motion for an Order, Pursuant to Sections 105, 364

and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors

to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment

[Docket No. 220] (the "Motion").

On or about August 27, 2007, De Lage Landen Financial Services, Inc. ("DLL")

filed its Response and Limited Objection to the Debtors' First Motion for an Order, Pursuant to

Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007,

Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture,

Fixtures and Equipment [Docket No. 381] (the "DLL Response").

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

A hearing on the Motion and the DLL Response was held on September 4, 2007 (the "Hearing"). At the Hearing, the Court sustained, in part, and overruled, in part, the DLL Response. Both parties agreed to cooperate in drafting language appropriate to reflect the Court's ruling and to resolve the DLL Response.

Attached hereto as Exhibit 1 is a revised order approving the Motion (the "Revised Order") that reflects the language agreed upon by the Debtors and DLL to resolve the DLL Response consent with the Court's ruling at the Hearing. A blackline highlighting the differences between the order proposed in the Motion and the Revised Order is attached hereto as Exhibit 2.

Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
      September 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and
Debtors in Possession

DB02:6247643.1                                               064626.1001

# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]   :
                                                :    Jointly Administered
                                                :
           Debtors.                             :    Ref No.: 220
---------------------------------------------------------------- x

**FIRST ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO
REJECT CERTAIN UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE,
FIXTURES, AND EQUIPMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors

and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a), 365(a), and

554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"),

(i) authorizing the Debtors to reject the Unexpired Leases and (ii) abandon certain of the FF&E;

and the Court being satisfied that the rejection of the Unexpired Leases and the abandonment of

certain of the FF&E is in the best interests of the Debtors, their estates and creditors and is a

proper exercise of the Debtors' business judgment; and due and proper notice of the Motion

having been given; and it appearing that no other or further notice need be given; and after due

deliberation and sufficient cause appearing therefor, it is hereby:

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.
[2]  Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED, that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, that the Debtors are authorized pursuant to 11 U.S.C. § 365(a), but not required, to reject the Unexpired Leases listed on Exhibit A attached hereto, effective as of the Effective Date of Rejection; and it is further

ORDERED, that nothing herein shall prejudice the rights of the Debtors to withdraw the motion with respect to certain Unexpired Leases up to and including the Effective Date of Rejection for such Unexpired Leases listed on Exhibit A;

ORDERED, that nothing herein shall prejudice the rights of the Debtors to assume, assume and assign, or later reject certain Unexpired Leases listed on Exhibit A; provided, however, that a notice withdrawing the rejection of such Unexpired Leases is filed up to and including the Effective Date of Rejection that pertains to each such Unexpired Lease;

ORDERED, that nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Unexpired Leases is limited to the remedies available under any applicable termination provision of the Unexpired Leases, or that any such claim is an obligation of a third party, and not that of the Debtors; and it is further

ORDERED, that the Debtors shall be authorized pursuant to 11 U.S.C. § 554(a), but not required, to abandon any FF&E remaining at the premises of the Unexpired Leases as of the Effective Date of Rejection that pertains to such Unexpired Lease; and it is further

ORDERED, that the automatic stay set forth in 11 U.S.C. § 362 be, and hereby is, modified and lifted solely for the purpose of allowing De Lage Landen to protect and repossess equipment that is the subject of equipment leases by and between the Debtors and De Lage

Landen and which equipment is located at any of the premises covered by the Unexpired Leases (the "Equipment"); and it is further

ORDERED, that the Debtors shall reasonably cooperate with De Lage Landen in its efforts to protect and repossess the Equipment; and it is further

ORDERED, that De Lage Landen reserves all rights and claims under the Bankruptcy Code, including, without limitation, the right to assert administrative claims and all rights and claims under section 365(d)(5) of the Bankruptcy Code and the Debtors reserve all rights to contest any and all motions, claims or rights asserted by De Lage Landen on any and all bases; and it is further

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       September ____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

3

# EXHIBIT A

## UNEXPIRED LEASES

EXHIBIT A:  UNEXPIRED LEASES

| Landlord Name | Landlord Address | Branch Name and Address | Effective Date of Rejection |
|---|---|---|---|
| Carnagie Management c/o Carr Realty | P.O. Box 644195 Pittsburgh, PA 15264-4195 | Westerville OH 2751 24046 Lorain Road / Lauren Hill Shopping Center / Store "1" | 31-Aug-07 |
| Churchill Square Shopping Center | c/o Breder Management Corporation 9861 SW 184th STreet Miami, FL 33157 | Ocala FL 2886 303 S.E. 17th Street / Churchill Square Shopping Center / #302 | 31-Aug-07 |
| Circle 22 Investors LLC | c/o Hamilton Real Estate 4057 28th Street NW, Suite 200 Rochester, MN 55901 | Marina - Corporate Overhead 4041 28th Street Northwest | 31-Aug-07 |
| SMII/TRP Properties, LP c/o Transwestern Properties | 14160 Dallas Parkway Suite 305 Dallas, TX 75254 | Marina - Corporate Overhead 14160 Dallas Parkway / Pacific Center II / Suite 100 | 31-Aug-07 |
| Ralph S Perrone, Sr. | 585 N. Courtney Pkwy Suite 302 Merritt Island, FL 32953 | Merritt Island FL 2209 585 N. Courtney Pky / Suite 201 | 31-Aug-07 |
| 5-Star OR, LLC | 345 N. Yosemite Street, #B Stockton, CA 95203 | 422 Main St. Klamath Falls, OR | 31-Aug-07 |
| JG LLC | 5216 SW Burton Drive. Portland, OR 97221 | 147 SW Shevlin Dixion Dr. Bend, OR | 31-Aug-07 |
| CS Corporate Centre, LLC | 1902 W. Colorado Avenue, Suite B Colorado Springs CO 80904 | 6760 Corporate Dr. Colorado Springs, CO | 31-Aug-07 |
| Meadow Oaks Shopping Center | PO Box 8229 No. 14 Crossroads Shopping Village, Suite 201 Corpus Christi, TX 78412 | Marina - Corporate Overhead 2222 Airline Road / Suite B4 Corpus Christi, TX | 31-Aug-07 |
| Southcreek V Associates, L.P. | DDI Realty Services, Inc. 7200 West 132nd Street, Suite 300 Overland Park, KS 66213 | Marina - Corporate Overhead 12980 Metcalf Ave. / Suite 150 & 180 | 31-Aug-07 |
| Pat Wood | PO Box 1764 La Quinta, CA 92247 | Marina - Corporate Overhead 47-120 Dune Palms Road / Dune Palms Plaza / #B | 31-Aug-07 |
| GPI Office Properties II, L.P. | 3815 River Crossing Parkway Suite 250 Indianapolis, IN 46240 | ABC Wholesale Indianapolis 3123 10291 N. Meridian Street / Suite 300 | 31-Aug-07 |
| One Rock Spring Plaza L.P. | PO Box 905442 Charlotte, NC 28290-5442 | Bethesda Rock Spring MD 2786 6550 Rock Spring Drive / Suite 105 | 31-Aug-07 |
| AAK, LLC | Abrams Development Group, Inc. 5850 Waterloo Rd., Suite 230 Columbia, MD 21045 | Columbia Gateway MD 203 6996 Columbia Gateway Drive / Westridge Corporate Center / Building B | 31-Aug-07 |
| River Park Commons, LLC | 4612 Westridge Avenue Fort Worth, TX 76116 | Marina - Corporate Overhead 2550 River Park Drive / Building No. 1 | 31-Aug-07 |
| A&B Properties, Inc. (including Pylon Sign License Agreement) | c/o Reata Property Management 7330 San Pedro, Suite 710 San Antonio, TX 78216 | Marina - Corporate Overhead 7330 San Pedro / Suite 600 & 680 | 31-Aug-07 |

| Landlord Name | Landlord Address | Branch Name and Address | Effective Date of Rejection |
|---|---|---|---|
| Koury Corporation | 400 Four Seasons Town Centre Greensboro, NC 27427 | Greensboro Friendly NC 2627 303 Pisgah Church Road / The Village at North Elm / 2nd Level | 31-Aug-07 |
| Landmark Office Center | 8659 Staples Mills Rd Randall Holne Richmond, VA 23228 | Richmond Midlothian 1 VA 2678 8659 Staples Mill Rd. / Landmark Office Center | 31-Aug-07 |
| Mill Ridge Farm, LLC | 1 Mill Ridge Lane Chester, NJ 07930 | Chester NJ 2812 1 Mill Ridge Lane / 1 Mill Ridge Lane | 31-Aug-07 |
| Washington Real Estate Investment Trust | P. O. Box 79555 Baltimore, MD 21279-0555 | Rockville MD 00217 600 Jefferson Street / Jefferson Plaza / Suite 206 | 31-Aug-07 |
| Gateway Center LLC | 1941 Momentum Place Chicago, IL 60689-5319 | West Bloomfield MI 2718 7160 Orchard lake Road / Gateway Center / Suite H-2 | 31-Aug-07 |
| Principal Life Ins Co-007511 | Cascade II PO Box 6113 / Property 007511 Hicksville, NY 11802-6113 | Worthington, OH 1625 150 E. Wilson Bridge Road / Suite 100 | 31-Aug-07 |
| The Cottage Apartments, LLC | P.O. Box 301118 Los Angeles, CA 90030-1118 | Concord Galaxy CA 2400 1140 Galaxy Way / Suite 150 | 31-Aug-07 |
| L G S Properties LLC | 2231 SW Wanamaker Road Suite 300 Topeka, KS 66614 | Topeka KS 2182 2231 SW Wanamaker Road / Schwerdt Design Building | 31-Aug-07 |
| Sun Life Assurance Company of Canada c/o Colliers Pinkard | 100 Light Street Site1400 Baltimore, MD 21202-1161 | Annapolis MD 1629 200 Harry S. Truman Parkway / 200 Harry S. Truman Parkway / Suite 100 | 31-Aug-07 |
| B R Brookfield Commons No. 2 | c/o CB Richard Ellis Department 59880 Milwaukee, WI 53259-0880 | Brookfield WI 2780 15375 West Bulemound Road / Suite 100 | 31-Aug-07 |
| Met Life- Fairview Center | c/o CB Richard Ellis P.O. Box 13470 Richmond, VA 23225 | Charlotte2 NC Ops 2 2846 6230 Fairview Road / Fairview Center / Suite 430 | 31-Aug-07 |
| The Prischak Family Partnership c/o Tecnicadev Corp. | 100 State St Suite B 100 Erie, PA 16507 | Erie PA 2758 100 State Street Condominium / Suite 102 | 31-Aug-07 |
| Brit-Fifty West, LLC c/o Jeffery Lee Cohen | 5410 Edson Lane Suite 200 Rockville, MD 20852 | Fairfax VA 1627 3975 Fair Ridge Drive / Fifty West Corporate Center / Suite 315 | 31-Aug-07 |
| East N. St. Assoc. LLC | 200 E. Broad St. Greenville, SC 29601 | Greenville North SC 2772 703 E-N St | 31-Aug-07 |
| Hauppauge Woodlands Associates L.P. | 500 Bi-County Blvd. Suite 230 Farmingdale, NY 11735 | Hauppauge NY 53 700 Veterans Memorial Hwy / The Woodlands Office Park | 31-Aug-07 |
| Northville Retail Center Phase 2, L.L.C. | 28470 Thirteen Mile Road Suite 220 Farmington Hills, MI 48334 | Northville MI 2715 17908 Haggerty Road / Northville Retail Center Phase II | 31-Aug-07 |
| Boston Properties | PO Box 3557 Boston, MA 02241 | Waltham MA 44 1601 Trapelo Road / Reservoir Place II / 1st Floor | 31-Aug-07 |

| Landlord Name | Landlord Address | Branch Name and Address | Effective Date of Rejection |
|---|---|---|---|
| Taylor Investment Properties, L.L.C. | 110 Oakwood Drive Ste. 510 Winston-Salem, NC 27103 | Winston Salem Oakwood NC 2736 110 Oakwood Drive / 110 Oakwood Drive / Suite 100 | 31-Aug-07 |
| BRCP Aurora Marketplace, LLC | 3033 South Parker Road Suite 600 Aurora, CO 80014 | Aurora CO 2418 3033 South Parker Road / Tower I / Suite 450 | 31-Aug-07 |
| Northwest Corp Center | 7400 N. Oracle Rd Suite 338 Tuscon, AZ 85704-6342 | Tucson Oracle AZ 373 7400 North Oracle Road / Suite 115 | 31-Aug-07 |

NOTE:  The Debtors do not concede that any of the prepetition Rejection Leases listed herein are, in fact, unexpired leases.  The Debtors also reserve their rights to argue that any claim for damages arising from the rejection of any of the Rejection Leases is limited to the remedies.

## Exhibit 2

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                               :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    :   Jointly Administered
                                                    :
               Debtors.                             :   Ref No.: 220
--------------------------------------------------------------- x

**FIRST ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO
REJECT CERTAIN UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE,
FIXTURES, AND EQUIPMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors

and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a), 365(a), and

554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"),

(i) authorizing the Debtors to reject the Unexpired Leases and (ii) abandon certain of the FF&E;

and the Court being satisfied that the rejection of the Unexpired Leases and the abandonment of

certain of the FF&E is in the best interests of the Debtors, their estates and creditors and is a

proper exercise of the Debtors' business judgment; and due and proper notice of the Motion

having been given; and it appearing that no other or further notice need be given; and after due

deliberation and sufficient cause appearing therefor, it is hereby:

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.
[2]  Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

066585.1001

ORDERED, that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, that the Debtors are authorized pursuant to 11 U.S.C. § 365(a), but not required, to reject the Unexpired Leases listed on Exhibit A attached hereto, effective as of the Effective Date of Rejection; and it is further

ORDERED, that nothing herein shall prejudice the rights of the Debtors to withdraw the motion with respect to certain Unexpired Leases up to and including the Effective Date of Rejection for such Unexpired Leases listed on Exhibit A;

ORDERED, that nothing herein shall prejudice the rights of the Debtors to assume, assume and assign, or later reject certain Unexpired Leases listed on Exhibit A; provided, however, that a notice withdrawing the rejection of such Unexpired Leases is filed up to and including the Effective Date of Rejection that pertains to each such Unexpired Lease;

ORDERED, that nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Unexpired Leases is limited to the remedies available under any applicable termination provision of the Unexpired Leases, or that any such claim is an obligation of a third party, and not that of the Debtors; and it is further

ORDERED, that the Debtors shall be authorized pursuant to 11 U.S.C. § 554(a), but not required, to abandon any FF&E remaining at the premises of the Unexpired Leases as of the Effective Date of Rejection that pertains to such Unexpired Lease; and it is further

ORDERED, that the automatic stay set forth in 11 U.S.C. § 362 be, and hereby is, modified and lifted solely for the purpose of allowing De Lage Landen to protect and repossess equipment that is the subject of equipment leases by and between the Debtors and De Lage

Landen and which equipment is located at any of the premises covered by the Unexpired Leases (the "Equipment"); and it is further

ORDERED, that the Debtors shall reasonably cooperate with De Lage Landen in its efforts to protect and repossess the Equipment; and it is further

ORDERED, that De Lage Landen reserves all rights and claims under the Bankruptcy Code, including, without limitation, the right to assert administrative claims and all rights and claims under section 365(d)(5) of the Bankruptcy Code and the Debtors reserve all rights to contest any and all motions, claims or rights asserted by De Lage Landen on any and all bases; and it is further

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       September ____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

DB02:6221189.16221189.3                                                                                     066585.1001

Document comparison done by Workshare DeltaView on Wednesday, September 19, 2007 11:48:18 AM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/6221189/1 |
| Document 2 | interwovenSite://WSDMS/DB02/6221189/3 |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 8 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 11 |