IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
           Debtors.                                                    :
---------------------------------------------------------------------- x

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 20, 2007 AT 2:30 P.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Motion of the United States for an Order (I) Requiring Turn-over of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association is not Subject to the Automatic Stay [D.I. 243 and 244, 8/20/07]

   Objection Deadline:  September 4, 2007 at 4:00 p.m.

   Objections Filed:

   a) Limited Response of JPMorgan Chase Bank, NA [D.I. 556, 9/4/07]

   b) Debtors' Preliminary Objection [D.I. 600, 9/4/07]

   c) Joinder of Bank of America, N.A., as Administrative Agent, to Debtors' Preliminary Objection [D.I.. 602, 9/4/07]

   d) Preliminary Objection of the Official Committee of Unsecured Creditors [D.I. 605, 9/5/07]

   Related Document:

   e) Declaration of Teresa Chase in Support of Debtors' Preliminary Objection [D.I. 601, 9/4/07]

   f) United States, on behalf of the Government National Mortgage Association's Reply to Debtors' Preliminary Objection [D.I. 653, 9/10/07]

---

[1] **Amendments appear in bold.**

Status: The parties continue to negotiate a resolution of this matter. Absent a resolution or continuance, this matter will be going forward.

2. Notice of (I) Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II) Proposed Cure Obligations, if any [D.I. 425, 8/28/07]

   Objection Deadline:   September 7, 2007 at 4:00 p.m.

   Objections Filed:

   a) Objection to Proposed Cure Amount by TPRF/THC HavenPark, LLC [D.I. 645, 9/7/07]

   b) Supplemental Objections of Lessor TPRF/THC HavenPark, LLC to Proposed Cure Amount [D.I. 757, 9/14/07]

   Status: **TPRF/THC HavenPark, LLC has notified the Debtors and the Court that it is withdrawing its request for attorney fees. Therefore, the hearing on the matter has been cancelled.**

3. Motion of Federal Home Loan Mortgage Corporation for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362 [D.I. 676, 9/10/07]

   Related Document:

   a) Order Granting Motion for an Order Shortening the Time for Notice of the Hearing [D.I. 703, 703, 9/12/07]

   Objection Deadline:   September 18, 2007 at 12:00 p.m.

   Objections Filed:   None

   Related Documents:

   b) **Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Stipulations with Freddie Mac and Bank of America [D.I. 798, 9/18/07]**

   c) **Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Stipulations Agreements with Freddie Mac and Bank of America [D.I. 802, 9/19/07]**

Status: **This matter has been resolved by the stipulations referenced in item (b). This matter will be going forward with respect to item (b) above.**

Dated: Wilmington, Delaware
September 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession
