UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11<br>) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al., | )<br>)<br>) Case No. 07-11047 (CSS)<br>) |
| Debtors. | ) Jointly Administered<br>)<br>) Objection Deadline: September 20, 2007<br>Ref. Docket Nos. 11, 113, 403 & 674 |

**OBJECTION OF IRON MOUNTAIN INFORMATION MANAGEMENT, INC. TO MODIFIED NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

Iron Mountain Information Management, Inc. ("Iron Mountain") hereby objects to its proposed treatment under the Modified Notice of (I) Possible Assumption and Assignment Of Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any (Docket # 674) (the "Modified Cure Notice") and states as follows:

1.  On August 6, 2007 (the "Petition Date") the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.  Prior to and subsequent to the Petition Date, the Debtors have maintained fourteen (14) accounts (the "Accounts") with Iron Mountain for document and data storage and document shredding at various locations throughout the United States. As summarized on Exhibit A hereto, the total arrearage owing under the Accounts as of September 18, 2007, exclusive of continuing costs and fees including attorneys' fees, was $91,581.48.

3.  The Modified Cure Notice provides for a cure amount of $0.00 and fails to identify which of the 14 executory contracts the Debtors are seeking to assume and assign. Iron Mountain has attached hereto collectively as Exhibit B copies of 9 of the 14 contracts that it has with the Debtors.

4.  On or about September 18, 2007, Iron Mountain requested that the Debtors correct the proposed cure amount to include the pre and post-petition amounts the Debtors had apparently overlooked. Despite such request, the Debtors have failed and refused to correct the proposed cure amount.

5.  In addition to the amounts described in paragraph 2 above, Iron Mountain is also entitled to its reasonable attorneys' fees and other costs of collection pursuant to its agreements with the Debtors (see Exhibit B Contract with Cust. ID. AHMC para. 18). Due to the Debtor's failure and refusal to correct the proposed cure amount in the Modified Cure Notice, Iron Mountain has incurred as of the date of this Objection attorneys' fees in the amount of $1,500.00.

6.  After accounting for the unpaid post-petition invoices and contractual attorneys' fees, the total cure payment should be $93,081.48, plus continuing interest, costs and fees.

WHEREFORE, Iron Mountain Information Management, Inc. respectfully requests that this Court enter an Order conditioning approval of the assumption and assignment of Iron Mountain's contract upon the Debtors' agreement to pay the amount specified in paragraph 6; and providing for payment of said cure amount within 10 days of the entry an order approving the sale.

Dated: September 19, 2007            Respectfully submitted,

HARVEY, PENNINGTON LTD.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (Bar No. 3368)
913 Market Street, Suite 702
Wilmington, DE 198801
(302) 428-0719

-and-

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel: (617) 422-0200
Fax: (617) 896-6275


ATTORNEYS FOR IRON MOUNTAIN
INFORMATION MANAGEMENT, INC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **OBJECTION TO MODIFIED NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE** has been served by sending via facsimile to the following:

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747<br>Attn: Alan Horn, General Counsel<br>Facsimile: 800.228.1921 | Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Attn: James L. Patton, Jr. counsel to the Debtors<br>Facsimile: 302.571.1253 |
| Milestone Advisors, LLC<br>1775 Eye Street, NW, Suite 800<br>Washington, DC 20006<br>Attn: Jeffrey M. Levine<br>Facsimile: 202.367.3001 | Pachulski Stang Ziehl Young Jones & Weintraub<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899<br>Attn: Curtis Hehn<br>Facsimile: 302.652.4400 |
| Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Attn: Frederick D. Holden, Jr., counsel to IMB<br>Facsimile: 415.773.5759 | Hahn & Hesson LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Attn: Mark Indelicato, Esq. |
| Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Attn: Frederick D. Holden, Jr., counsel to IMB<br>Facsimile: 415.773.5759 | Potter Anderson & Corroon<br>1313 North Market Street<br>6th Floor<br>Attn: Laurie Silverstein, Esq. |
| Greenberg Traurig<br>1007 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Attn: Victoria Counihan, Esq. | Office of the United States Trustee<br>844 King Street Room 2313<br>Wilmington, DE 19801<br>Attn: Joseph McMahon, Esq. |

This the 19thth day of September, 2007.

/s/ Charles J. Brown, III
Charles J. Brown, III