# IRON MOUNTAIN®

The Leader in Records & Information Management



## BANKRUPTCY CLAIM SUBMISSION FORM

Lead Case: American Home Mortgage Holdings, Inc.

DATE: September 18, 2007

| CURE | | |
|---|---|---|
| CHAPTER | | 11 |
| CASE NUMBER | | 07-11047 |
| COURT | | D DE |
| FILING DATE | | 8/6/2007 |

|  | CURE |
|---|---|
| PRE-PETITION CLAIM | X |
| REJECTION DAMAGE CLAIM |  |
| ADMINISTRATIVE EXPENSE CLAIM |  |
| UNITED STATES | X |
| CANADA |  |

### Customer detail

| | AHM 1 | AHM 2 | AHM 3 | AHM 4 | AHM 5 | AHM 6 | AHM 7 | AHM 8 | AHM 9 | AHM 10 | AHM 11 | AHM 12 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NAME | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | American Home Mortgage | |
| CUSTOMER LOCATION(S) | Sacramento, CA | Tuscon, AZ | East Hampton, NY | Wethersfield, CT | Clear Lake City, TX | Kalamazoo, MI | Melville, NY | Melville, NY | Melville, NY | Chicago, IL | Milwaukee, WI | Milwaukee, WI | |
| CUSTOMER NUMBER(S) | 01111.0SQ359 | 01324.0TS421 | 02223.0N3189 | 02242.0C2171 | 04311.0H5244 | 07330.0MG771 | 55112.0020030 | 55112.062368 | 02223.00AHMC | 44212.078464 | 03122.00660CDS | 03122.0059CDS | |
| DISTRICT(S) | Sacramento | Tuscon | Port Ewen | Connecticut | Houston | Grand Rapids | Manhasset | Manhasset | Port Ewen | Itasca | Milwaukee | Milwaukee | |
| BUSINESS UNIT | | | | | | | | | | | | | |
| BOXES IN STORAGE | 104 | 1556 | N/A | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1660 |
| CUBIC FEET | 124.8 | 1867.2 | N/A | 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1992 |
| HARDCOPY | X | X | X | X | X | | | | | | | | |
| TAPE | | | | | | X | X | X | X | X | | | |
| SHREDDING | | | X | | X | | | | | | X | X | |

| | AHM 1 | AHM 2 | AHM 3 | AHM 4 | AHM 5 | AHM 6 | AHM 7 | AHM 8 | AHM 9 | AHM 10 | AHM 11 | AHM 12 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OUTSTANDING INVOICE TOTAL TO DATE | $ 20.48 | $ 1,152.16 | $ 125.55 | $ 122.86 | $ 68.75 | $ 381.25 | $ 35,712.72 | $ 20,109.29 | $ 32,535.29 | $ 619.60 | $ 43.29 | $ 86.57 | $ 90,977.81 |
| PRE-PETITION INVOICE TOTAL | $ - | $ - | $ 125.55 | $ 122.86 | $ 68.75 | $ 101.25 | $ 25,218.30 | $ 14,834.66 | $ 24,608.42 | $ 231.80 | $ 43.29 | $ 86.57 | $ 65,441.45 |
| POST-PETITION TOTAL | $ 20.48 | $ 1,152.16 | $ - | $ - | $ - | $ 280.00 | $ 10,494.42 | $ 5,274.63 | $ 7,926.87 | $ 387.80 | $ - | $ - | $ 25,536.36 |
| REJECTION DAMAGE TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ADMINISTRATIVE EXPENSE TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CURE TOTAL | $ 20.48 | $ 1,152.16 | $ 125.55 | $ 122.86 | $ 68.75 | $ 381.25 | $ 35,712.72 | $ 20,109.29 | $ 32,535.29 | $ 619.60 | $ 43.29 | $ 86.57 | $ 90,977.81 |

### Additional customers

| | American Home Mortgage | American Home Mortgage | TOTALS |
|---|---|---|---|
| CUSTOMER NAME | American Home Mortgage | American Home Mortgage | |
| CUSTOMER LOCATION(S) | Milwaukee, WI | West Des Moines, IA | |
| CUSTOMER NUMBER(S) | 03122.0058CDS | 03242.01276Y | |
| DISTRICT(S) | Milwaukee | Des Moines | |
| BUSINESS UNIT | | | |
| SHREDDING | X | X | |

| | | | TOTALS |
|---|---|---|---|
| OUTSTANDING INVOICE TOTAL TO DATE | $ 36.59 | $ 567.08 | $ 603.67 |
| PRE-PETITION INVOICE TOTAL | $ 36.59 | $ 295.27 | $ 331.86 |
| POST-PETITION TOTAL | $ - | $ 271.81 | $ 271.81 |
| REJECTION DAMAGE TOTAL | $ - | $ - | $ - |
| ADMINISTRATIVE EXPENSE TOTAL | $ - | $ - | $ - |
| CURE TOTAL | $ 36.59 | $ 567.08 | $ 603.67 |

**CURE TOTAL** $ 91,581.48

SEE ATTACHED SPREADSHEET FOR MONTHLY ACCRUAL(S)

SUBMITTED BY: BOB RUGGIERO

SIGNATURE: _____