**American Home Mortgage   02223.00AHMC**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| HR39894 | 31-May-07 | Invoice | $ 349.89 | $ 13.12 | $ 349.89 | $ 363.01 |
| HR39895 | 31-May-07 | Invoice | $ 98.71 | $ 3.70 | $ 98.71 | $ 102.41 |
| HR39896 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39897 | 31-May-07 | Invoice | $ 49.48 | $ 1.86 | $ 49.48 | $ 51.34 |
| HR39898 | 31-May-07 | Invoice | $ 49.35 | $ 1.85 | $ 49.35 | $ 51.20 |
| HR39899 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39900 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39901 | 31-May-07 | Invoice | $ 91.14 | $ 3.42 | $ 91.14 | $ 94.56 |
| HR39902 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39903 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39904 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39905 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39906 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39908 | 31-May-07 | Invoice | $ 91.08 | $ 3.42 | $ 91.08 | $ 94.50 |
| HR39909 | 31-May-07 | Invoice | $ 91.08 | $ 3.42 | $ 91.08 | $ 94.50 |
| HR39910 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39911 | 31-May-07 | Invoice | $ 323.84 | $ 12.14 | $ 323.84 | $ 335.98 |
| HR39912 | 31-May-07 | Invoice | $ 97.38 | $ 3.65 | $ 97.38 | $ 101.03 |
| HR39913 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39914 | 31-May-07 | Invoice | $ 3330.98 | $ 124.91 | $ 3330.98 | $ 3,455.89 |
| HR39915 | 31-May-07 | Invoice | $ 91.08 | $ 3.42 | $ 91.08 | $ 94.50 |
| HR39916 | 31-May-07 | Invoice | $ 366.85 | $ 13.76 | $ 366.85 | $ 380.61 |
| HR39917 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39918 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39919 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39920 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39921 | 31-May-07 | Invoice | $ 893.6 | $ 33.51 | $ 893.6 | $ 927.11 |
| HR39922 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39923 | 31-May-07 | Invoice | $ 91.14 | $ 3.42 | $ 91.14 | $ 94.56 |
| HR39924 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39925 | 31-May-07 | Invoice | $ 57.59 | $ 2.16 | $ 57.59 | $ 59.75 |
| HR39926 | 31-May-07 | Invoice | $ 156.86 | $ 5.88 | $ 156.86 | $ 162.74 |
| HR39927 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |
| HR39928 | 31-May-07 | Invoice | $ 45.54 | $ 1.71 | $ 45.54 | $ 47.25 |

| | | | | | |
|---|---|---|---|---|---|
| HR39929 | 31-May-07 | Invoice | $ 45.3 | 1.70 | $ 45.3 | $ 47.00 |
| HR39930 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39932 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39933 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39934 | 31-May-07 | Invoice | $ 1808.95 | 67.84 | $ 1808.95 | $ 1,876.79 |
| HR39935 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39936 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39937 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39938 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39939 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39940 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39941 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39942 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39943 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39944 | 31-May-07 | Invoice | $ 131.56 | 4.93 | $ 131.56 | $ 136.49 |
| HR39945 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39946 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39947 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39948 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39949 | 31-May-07 | Invoice | $ 182.16 | 6.83 | $ 182.16 | $ 188.99 |
| HR39950 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39951 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39952 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39953 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39954 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39955 | 31-May-07 | Invoice | $ 98.93 | 3.71 | $ 98.93 | $ 102.64 |
| HR39956 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39957 | 31-May-07 | Invoice | $ 48.69 | 1.83 | $ 48.69 | $ 50.52 |
| HR39958 | 31-May-07 | Invoice | $ 47.36 | 1.78 | $ 47.36 | $ 49.14 |
| HR39959 | 31-May-07 | Invoice | $ 48.69 | 1.83 | $ 48.69 | $ 50.52 |
| HR39960 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39961 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39962 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39963 | 31-May-07 | Invoice | $ 49.18 | 1.84 | $ 49.18 | $ 51.02 |
| HR39964 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39965 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39966 | 31-May-07 | Invoice | $ 48.69 | 1.83 | $ 48.69 | $ 50.52 |

| | | | | | |
|---|---|---|---|---|---|
| HR39967 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39968 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39969 | 31-May-07 | Invoice | $ 22.26 | 0.83 | $ 22.26 | $ 23.09 |
| HR39970 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39971 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39972 | 31-May-07 | Invoice | $ 589.39 | 22.10 | $ 589.39 | $ 611.49 |
| HR39973 | 31-May-07 | Invoice | $ 91.08 | 3.42 | $ 91.08 | $ 94.50 |
| HR39975 | 31-May-07 | Invoice | $ 182.16 | 6.83 | $ 182.16 | $ 188.99 |
| HR39976 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| HR39977 | 31-May-07 | Invoice | $ 45.54 | 1.71 | $ 45.54 | $ 47.25 |
| JE42246 | 31-Jul-07 | Invoice | $ 99.29 | 1.24 | $ 99.29 | $ 100.53 |
| JE42247 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42248 | 31-Jul-07 | Invoice | $ 49.65 | 0.62 | $ 49.65 | $ 50.27 |
| JE42249 | 31-Jul-07 | Invoice | $ 48.96 | 0.61 | $ 48.96 | $ 49.57 |
| JE42250 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42251 | 31-Jul-07 | Invoice | $ 91.71 | 1.15 | $ 91.71 | $ 92.86 |
| JE42252 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42253 | 31-Jul-07 | Invoice | $ 91.62 | 1.15 | $ 91.62 | $ 92.77 |
| JE42254 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42255 | 31-Jul-07 | Invoice | $ 157.79 | 1.97 | $ 157.79 | $ 159.76 |
| JE42258 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42259 | 31-Jul-07 | Invoice | $ 137.43 | 1.72 | $ 137.43 | $ 139.15 |
| JE42260 | 31-Jul-07 | Invoice | $ 183.24 | 2.29 | $ 183.24 | $ 185.53 |
| JE42261 | 31-Jul-07 | Invoice | $ 97.92 | 1.22 | $ 97.92 | $ 99.14 |
| JE42262 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42263 | 31-Jul-07 | Invoice | $ 1943.55 | 24.29 | $ 1943.55 | $ 1,967.84 |
| JE42264 | 31-Jul-07 | Invoice | $ 91.62 | 1.15 | $ 91.62 | $ 92.77 |
| JE42265 | 31-Jul-07 | Invoice | $ 111.98 | 1.40 | $ 111.98 | $ 113.38 |
| JE42266 | 31-Jul-07 | Invoice | $ 190.88 | 2.39 | $ 190.88 | $ 193.27 |
| JE42267 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42268 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42269 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42270 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42271 | 31-Jul-07 | Invoice | $ 45.81 | 0.57 | $ 45.81 | $ 46.38 |
| JE42272 | 31-Jul-07 | Invoice | $ 631.16 | 7.89 | $ 631.16 | $ 639.05 |
| JE42273 | 31-Jul-07 | Invoice | $ 483.55 | 6.04 | $ 483.55 | $ 489.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JE42275 | 31-Jul-07 | Invoice | $ | 91.71 | 1.15 | $ | 91.71 | $ | 92.86 |
| JE42276 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42277 | 31-Jul-07 | Invoice | $ | 83.81 | 1.05 | $ | 83.81 | $ | 84.86 |
| JE42278 | 31-Jul-07 | Invoice | $ | 203.6 | 2.55 | $ | 203.6 | $ | 206.15 |
| JE42279 | 31-Jul-07 | Invoice | $ | 61.08 | 0.76 | $ | 61.08 | $ | 61.84 |
| JE42280 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42281 | 31-Jul-07 | Invoice | $ | 91.62 | 1.15 | $ | 91.62 | $ | 92.77 |
| JE42282 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42283 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42284 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42285 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42286 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42287 | 31-Jul-07 | Invoice | $ | 48.96 | 0.61 | $ | 48.96 | $ | 49.57 |
| JE42288 | 31-Jul-07 | Invoice | $ | 1906.21 | 23.83 | $ | 1906.21 | $ | 1,930.04 |
| JE42289 | 31-Jul-07 | Invoice | $ | 427.56 | 5.34 | $ | 427.56 | $ | 432.90 |
| JE42290 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42291 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42292 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42293 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42294 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42295 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42296 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42297 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42298 | 31-Jul-07 | Invoice | $ | 91.62 | 1.15 | $ | 91.62 | $ | 92.77 |
| JE42299 | 31-Jul-07 | Invoice | $ | 91.62 | 1.15 | $ | 91.62 | $ | 92.77 |
| JE42300 | 31-Jul-07 | Invoice | $ | 137.43 | 1.72 | $ | 137.43 | $ | 139.15 |
| JE42301 | 31-Jul-07 | Invoice | $ | 91.62 | 1.15 | $ | 91.62 | $ | 92.77 |
| JE42302 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42303 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42304 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42305 | 31-Jul-07 | Invoice | $ | 183.24 | 2.29 | $ | 183.24 | $ | 185.53 |
| JE42306 | 31-Jul-07 | Invoice | $ | 91.62 | 1.15 | $ | 91.62 | $ | 92.77 |
| JE42307 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42308 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42309 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42310 | 31-Jul-07 | Invoice | $ | 45.81 | 0.57 | $ | 45.81 | $ | 46.38 |
| JE42311 | 31-Jul-07 | Invoice | $ | 99.52 | 1.24 | $ | 99.52 | $ | 100.76 |

| ID | Date | Type | Amount | | Amount | | Total |
|---|---|---|---|---|---|---|---|
| JE42312 | 31-Jul-07 | Invoice | $ | 91.62 | $ | 1.15 | $ 92.77 |
| JE42313 | 31-Jul-07 | Invoice | | 48.96 | | 0.61 | 49.57 |
| JE42314 | 31-Jul-07 | Invoice | | 47.64 | | 0.60 | 48.24 |
| JE42315 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| JE42316 | 31-Jul-07 | Invoice | | 48.96 | | 0.61 | 49.57 |
| JE42317 | 31-Jul-07 | Invoice | | 91.62 | | 1.15 | 92.77 |
| JE42318 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| JE42319 | 31-Jul-07 | Invoice | | 49.47 | | 0.62 | 50.09 |
| JE42320 | 31-Jul-07 | Invoice | | 91.62 | | 1.15 | 92.77 |
| JE42321 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| JE42322 | 31-Jul-07 | Invoice | | 48.96 | | 0.61 | 49.57 |
| JE42323 | 31-Jul-07 | Invoice | | 91.62 | | 1.15 | 92.77 |
| JE42325 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| JE42326 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| JE42327 | 31-Jul-07 | Invoice | | 183.24 | | 2.29 | 185.53 |
| JE42328 | 31-Jul-07 | Invoice | | 677.58 | | 8.47 | 686.05 |
| JE42329 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| JE42330 | 31-Jul-07 | Invoice | | 91.62 | | 1.15 | 92.77 |
| JE42331 | 31-Jul-07 | Invoice | | 45.86 | | 0.57 | 46.43 |
| JE42332 | 31-Jul-07 | Invoice | | 183.24 | | 2.29 | 185.53 |
| JE42333 | 31-Jul-07 | Invoice | | 45.81 | | 0.57 | 46.38 |
| **TOTAL PRE-PETITION** | | | **$ 24,001.75** | | **$ 606.67** | | **$ 24,608.42** |
| JL54495 | 31-Aug-07 | Invoice | | 49.66 | | | $ 49.66 |
| JL54496 | 31-Aug-07 | Invoice | | 148.95 | | | 148.95 |
| JL54497 | 31-Aug-07 | Invoice | | 45.81 | | | 45.81 |
| JL54498 | 31-Aug-07 | Invoice | | 99.54 | | | 99.54 |
| JL54499 | 31-Aug-07 | Invoice | | 99.29 | | | 99.29 |
| JL54500 | 31-Aug-07 | Invoice | | 48.96 | | | 48.96 |
| JL54501 | 31-Aug-07 | Invoice | | 45.81 | | | 45.81 |
| JL54502 | 31-Aug-07 | Invoice | | 45.86 | | | 45.86 |
| JL54503 | 31-Aug-07 | Invoice | | 45.81 | | | 45.81 |
| JL54504 | 31-Aug-07 | Invoice | | 45.81 | | | 45.81 |
| JL54505 | 31-Aug-07 | Invoice | | 45.81 | | | 45.81 |
| JL54506 | 31-Aug-07 | Invoice | | 101.8 | | | 101.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JL54507 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54508 | 31-Aug-07 | Invoice | 91.62 | $ | 91.62 | $ | 91.62 |
| JL54509 | 31-Aug-07 | Invoice | 96.17 | $ | 96.17 | $ | 96.17 |
| JL54510 | 31-Aug-07 | Invoice | 91.62 | $ | 91.62 | $ | 91.62 |
| JL54511 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54512 | 31-Aug-07 | Invoice | 427.56 | $ | 427.56 | $ | 427.56 |
| JL54513 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54514 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54515 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54516 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54517 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54518 | 31-Aug-07 | Invoice | 315.58 | $ | 315.58 | $ | 315.58 |
| JL54519 | 31-Aug-07 | Invoice | 346.12 | $ | 346.12 | $ | 346.12 |
| JL54520 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54521 | 31-Aug-07 | Invoice | 55.99 | $ | 55.99 | $ | 55.99 |
| JL54522 | 31-Aug-07 | Invoice | 137.57 | $ | 137.57 | $ | 137.57 |
| JL54523 | 31-Aug-07 | Invoice | 54.97 | $ | 54.97 | $ | 54.97 |
| JL54524 | 31-Aug-07 | Invoice | 91.62 | $ | 91.62 | $ | 91.62 |
| JL54525 | 31-Aug-07 | Invoice | 160.84 | $ | 160.84 | $ | 160.84 |
| JL54526 | 31-Aug-07 | Invoice | 132.34 | $ | 132.34 | $ | 132.34 |
| JL54527 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54528 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54529 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54530 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54531 | 31-Aug-07 | Invoice | 1883.3 | $ | 1,883.30 | $ | 1,883.30 |
| JL54532 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54533 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54534 | 31-Aug-07 | Invoice | 91.62 | $ | 91.62 | $ | 91.62 |
| JL54535 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54536 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54537 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54538 | 31-Aug-07 | Invoice | 111.98 | $ | 111.98 | $ | 111.98 |
| JL54539 | 31-Aug-07 | Invoice | 76.62 | $ | 76.62 | $ | 76.62 |
| JL54540 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54541 | 31-Aug-07 | Invoice | 45.81 | $ | 45.81 | $ | 45.81 |
| JL54542 | 31-Aug-07 | Invoice | 91.62 | $ | 91.62 | $ | 91.62 |
| JL54543 | 31-Aug-07 | Invoice | 290.13 | $ | 290.13 | $ | 290.13 |

| Invoice # | Date | Type | | | Amount | |
|---|---|---|---|---|---|---|
| JL54544 | 31-Aug-07 | Invoice | | | 95.69 | $ 95.69 |
| JL54545 | 31-Aug-07 | Invoice | | | 137.43 | $ 137.43 |
| JL54546 | 31-Aug-07 | Invoice | | | 91.62 | $ 91.62 |
| JL54548 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54549 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54550 | 31-Aug-07 | Invoice | | | 49.76 | $ 49.76 |
| JL54551 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54553 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54554 | 31-Aug-07 | Invoice | | | 48.96 | $ 48.96 |
| JL54555 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54556 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54557 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54558 | 31-Aug-07 | Invoice | | | 91.62 | $ 91.62 |
| JL54559 | 31-Aug-07 | Invoice | | | 76.62 | $ 76.62 |
| JL54560 | 31-Aug-07 | Invoice | | | 91.62 | $ 91.62 |
| JL54561 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54562 | 31-Aug-07 | Invoice | | | 106.89 | $ 106.89 |
| JL54563 | 31-Aug-07 | Invoice | | | 254.5 | $ 254.50 |
| JL54566 | 31-Aug-07 | Invoice | | | 45.81 | $ 45.81 |
| JL54567 | 31-Aug-07 | Invoice | | | 45.86 | $ 45.86 |
| JL54568 | 31-Aug-07 | Invoice | | | 137.43 | $ 137.43 |
| JL54569 | 31-Aug-07 | Invoice | $ | | 45.81 | $ 45.81 |
| TOTAL POST-PETITION | | | $ | | $ 7,926.87 | $ 7,926.87 |
| TOTAL OPEN INVOICES | | | $ 31,928.62 | $ 606.67 | $ 31,928.62 | $ 32,535.29 |

**American Home Mortgage  01111.0SQ359**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| | | | $ - | $ - | $ - | $ - |
| TOTAL PRE-PETITION | | | $ - | $ - | $ - | $ - |
| JF74138 | 31-Aug-07 | Invoice | $ 20.48 | | $ 20.48 | $ 20.48 |
| TOTAL POST-PETITION | | | $ 20.48 | $ - | $ 20.48 | $ 20.48 |
| TOTAL OPEN INVOICES | | | $ 20.48 | $ - | $ 20.48 | $ 20.48 |

**American Home Mortgage  01324.0TS421**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| **TOTAL PRE-PETITION** | | | $ | $ | $ | $ |
| JF39871 | 31-Aug-07 | Invoice | $ 7.43 | | $ 7.43 | $ 7.43 |
| JF39872 | 31-Aug-07 | Invoice | $ 980.05 | | $ 980.05 | $ 980.05 |
| JF39873 | 31-Aug-07 | Invoice | $ 11.76 | | $ 11.76 | $ 11.76 |
| JF39874 | 31-Aug-07 | Invoice | $ 152.92 | | $ 152.92 | $ 152.92 |
| **TOTAL POST-PETITION** | | | $ 1,152.16 | $ | $ 1,152.16 | $ 1,152.16 |
| **TOTAL OPEN INVOICES** | | | $ 1,152.16 | | $ 1,152.16 | $ 1,152.16 |

**American Home Mortgage   02223.0N3189**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| EZ67482 | 31-Jul-06 | Invoice | $ 108.00 | $ 17.55 | $ 108.00 | $ 125.55 |
| **TOTAL PRE-PETITION** | | | **$ 108.00** | **$ 17.55** | **$ 108.00** | **$ 125.55** |
| **TOTAL POST-PETITION** | | | $ | $ | $ | |
| **TOTAL OPEN INVOICES** | | | **$ 108.00** | **$ 17.55** | **$ 108.00** | **$ 125.55** |

**American Home Mortgage 02242.0C2171**

| Number | Transaction Date | Class | Original | | Interest Accrued | | Invoice Balance | | Total Balance Due | |
|---|---|---|---|---|---|---|---|---|---|---|
| CJ94746 | 30-Sep-05 | Invoice | $ | 43.01 | $ | 12.37 | $ | 43.01 | $ | 55.38 |
| CR32354 | 31-Oct-05 | Invoice | $ | 53.45 | $ | 14.03 | $ | 53.45 | $ | 67.48 |
| **TOTAL PRE-PETITION** | | | **$** | **96.46** | **$** | **26.40** | **$** | **96.46** | **$** | **122.86** |
| **TOTAL POST-PETITION** | | | **$** | | **$** | | **$** | | **$** | |
| **TOTAL OPEN INVOICES** | | | **$** | **96.46** | **$** | **26.40** | **$** | **96.46** | **$** | **122.86** |

**American Home Mortgage 04311.0H5244**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| DC93241 | 31-Dec-05 | Invoice | $ 55.00 | $ 13.75 | $ 55.00 | $ 68.75 |
| **TOTAL PRE-PETITION** | | | $ 55.00 | $ 13.75 | $ 55.00 | $ 68.75 |
| **TOTAL POST-PETITION** | | | $  -   | $  -   | $  -   | $  -   |
| **TOTAL OPEN INVOICES** | | | $ 55.00 | $ 13.75 | $ 55.00 | $ 68.75 |

## American Home Mortgage 07330.0MG771

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| HZ18377 | 31-Jul-07 | Invoice | $ 60.00 | $ 0.75 | $ 60.00 | $ 60.75 |
| HZ18378 | 31-Jul-07 | Invoice | $ 40.00 | $ 0.50 | $ 40.00 | $ 40.50 |
| **TOTAL PRE-PETITION** | | | **$100.00** | **$ 1.25** | **$100.00** | **$ 101.25** |
| JF10202 | 31-Aug-07 | Invoice | $ 80.00 | | $ 80.00 | $ 80.00 |
| JF10203 | 31-Aug-07 | Invoice | $ 120.00 | | $ 120.00 | $ 120.00 |
| JF10204 | 31-Aug-07 | Invoice | $ 80.00 | | $ 80.00 | $ 80.00 |
| **TOTAL POST-PETITION** | | | **$ 280.00** | | **$ 280.00** | **$ 280.00** |
| **TOTAL OPEN INVOICES** | | | **$ 380.00** | **$ 1.25** | **$ 380.00** | **$ 381.25** |

## American Home Mortgage 55112.002030

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 101480221 | 22-Jun-07 | Invoice | $ 171.74 | $ 4.29 | $ 171.74 | $ 176.03 |
| 101486242 | 30-Jun-07 | Invoice | $ 11,930.02 | $ 298.25 | $ 11,930.02 | $ 12,228.27 |
| 101521341 | 31-Jul-07 | Invoice | $ 12,655.80 | $ 158.20 | $ 12,655.80 | $ 12,814.00 |
| **TOTAL PRE-PETITION** | | | **$ 24,757.56** | **$ 460.74** | **$ 24,757.56** | **$ 25,218.30** |
| 101556442 | 31-Aug-07 | Invoice | $ 10,494.42 | | $ 10,494.42 | $ 10,494.42 |
| **TOTAL POST-PETITION** | | | **$10,494.42** | | **$ 10,494.42** | **$ 10,494.42** |
| **TOTAL OPEN INVOICES** | | | **$ 35,251.98** | **$ 460.74** | **$ 35,251.98** | **$ 35,712.72** |

## American Home Mortgage   55112.062368

| Number | Transaction Date | Class | Original | | Interest Accrued | | Invoice Balance | | Total Balance Due | |
|---|---|---|---|---|---|---|---|---|---|---|
| 101486306 | 30-Jun-07 | Invoice | $ | 6,032.85 | $ | 150.82 | $ | 6,032.85 | $ | 6,183.67 |
| 101521562 | 31-Jul-07 | Invoice | $ | 8,544.19 | $ | 106.80 | $ | 8,544.19 | $ | 8,650.99 |
| | TOTAL PRE-PETITION | | $ | 14,577.04 | $ | 257.62 | $ | 14,577.04 | $ | 14,834.66 |
| 101556534 | 31-Aug-07 | Invoice | $ | 5,274.63 | | | $ | 5,274.63 | $ | 5,274.63 |
| | TOTAL POST-PETITION | | $ | 5,274.63 | | | $ | 5,274.63 | $ | 5,274.63 |
| | TOTAL OPEN INVOICES | | $ | 19,851.67 | $ | 257.62 | $ | 19,851.67 | $ | 20,109.29 |

**American Home Mortgage  44212.078464**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 101540763 | 31-Jul-07 | Invoice | $ 228.94 | $ 2.86 | $ 228.94 | $ 231.80 |
| **TOTAL PRE-PETITION** | | | **$ 228.94** | **$ 2.86** | **$ 228.94** | **$ 231.80** |
| 101576010 | 31-Aug-07 | Invoice | $ 387.80 | $ - | $ 387.80 | $ 387.80 |
| **TOTAL POST-PETITION** | | | **$ 387.80** | **$ -** | **$ 387.80** | **$ 387.80** |
| **TOTAL OPEN INVOICES** | | | **$ 616.74** | **$ 2.86** | **$ 616.74** | **$ 619.60** |

**American Home Mortgage  03122.0060CDS**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 19927 | 7-Feb-06 | Invoice | $ 35.70 | $ 7.59 | $ 35.70 | $ 43.29 |
| | TOTAL PRE-PETITION | | $ 35.70 | $ 7.59 | $ 35.70 | $ 43.29 |
| | TOTAL POST-PETITION | | $ - | $ - | $ - | $ - |
| | TOTAL OPEN INVOICES | | $ 35.70 | $ 7.59 | $ 35.70 | $ 43.29 |

**American Home Mortgage   03122.0059CDS**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 19928 | 7-Feb-06 | Invoice | $ 71.40 | $ 15.17 | $ 71.40 | $ 86.57 |
| **TOTAL PRE-PETITION** | | | $ 71.40 | $ 15.17 | $ 71.40 | $ 86.57 |
| **TOTAL POST-PETITION** | | | $ | $ | $ | $ |
| **TOTAL OPEN INVOICES** | | | $ 71.40 | $ 15.17 | $ 71.40 | $ 86.57 |

**American Home Mortgage 03122.0058CDS**

| Number | Transaction Date | Class | Original | | Interest Accrued | | Invoice Balance | | Total Balance Due | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22211 | 9-Jun-06 | Invoice | $ | 35.70 | $ | 0.89 | $ | 35.70 | $ | 36.59 |
| TOTAL PRE-PETITION | | | $ | 35.70 | $ | 0.89 | $ | 35.70 | $ | 36.59 |
| TOTAL POST-PETITION | | | $ | | $ | | $ | | $ | |
| TOTAL OPEN INVOICES | | | $ | 35.70 | $ | 0.89 | $ | 35.70 | $ | 36.59 |

**American Home Mortgage 03242.01276Y**

| Number | Transaction Date | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| HT71780 | 30-Jun-07 | Invoice | $ 126.18 | $ 3.15 | $ 126.18 | $ 129.33 |
| HT71781 | 30-Jun-07 | Invoice | $ 81.44 | $ 2.04 | $ 81.44 | $ 83.48 |
| JA72808 | 31-Jul-07 | Invoice | $ 40.72 | $ 0.51 | $ 40.72 | $ 41.23 |
| JA72809 | 31-Jul-07 | Invoice | $ 40.72 | $ 0.51 | $ 40.72 | $ 41.23 |
| **TOTAL PRE-PETITION** | | | $ 289.06 | $ 6.21 | $ 289.06 | $ 295.27 |
| JH15537 | 31-Aug-07 | Invoice | $ 190.37 | $ - | $ 190.37 | $ 190.37 |
| JH15538 | 31-Aug-07 | Invoice | $ 81.44 | $ - | $ 81.44 | $ 81.44 |
| **TOTAL POST-PETITION** | | | $ 271.81 | $ - | $ 271.81 | $ 271.81 |
| **TOTAL OPEN INVOICES** | | | $ 560.87 | $ 6.21 | $ 560.87 | $ 567.08 |