```
CM05N601      placita                    IRON MOUNTAIN                        10293
                             ──── Customer Statistics Display ────
              Cust Id: H5244           Cust Name: AMERICAN HOME MORTGAGE
                As of: 09/01/2007           MTD New Cub Ft:     .00
 Number of Boxes: 0                MTD Withdrawn Cub Ft:        .00
   Cubic Footage: 0.00             MTD Destroyed Cub Ft:        .00

 Dist              Media              Total          Adds    Withdrawn     Dest
  Id   Dept Id    Type              Cub Ft         Cub Ft       Cub Ft        C
 >




                <NEXT(F1)>  <JUMP(F3)>  <TOTALS(F8)>  <PRINT(F9)>  <MENU(F12)>
```

*Shredding Aly* (handwritten)

04/18/2005 09:45 FAX 713 610 6590    IRON MOUNTAIN    RECEIVED    ☑003
APR-14-2005 13:01    AMERICAN HOME MORTGAGE    P.001/001
APR-13-2005 09:27 AM    IRON_MOUNTAIN
APR 1 8 2005



# IRON MOUNTAIN®

Secure Shredding Services Agreement ("Agreement") between Iron Mountain Information Management, Inc. ("IM") and American Home Mortgage _____ ("Customer") is effective as of 04/13/ _____, 200 5.

Customer: Address: 2525 Bay Area Blvd. Ste 130
City: Clear Lake City    State: Texas    Zip: 77058
Contact Name: Lisa Camp    Phone: 281-218-7469
Contact email: brenda.reese americahm.com    Fax: 281-488-2386
IM: District Name: SWO2    Customer ID: H5244 -Sa    Rep ID: LJD

## SERVICES / TERMS

### Recurring
☑ On-site (Mobile)    ☐ Off-site
☐ Weekly    ☐ Every 2 Weeks    ☑ Every 4 Weeks

| Unit Type | # | | Price Per | Total |
|---|---|---|---|---|
| Secure Console | 1 | x $ | 55.00 = $ | 55.00 |
| 65-Gallon Bin |  | x $ | - $ |  |
| | Total Per Service Visit² = $ | | | 55.00 |
| | Container Drop-off Fee = $ | | | 0 |
| | Implementation & Education Package™ $ | | | 0 |
| | Employee Awareness Posters = $ | | | 0 |

¹ Minimum charge per service visit is $ 55.00

### One-Time Services
☐ On-site (Mobile)    ☐ Off-site

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Pound |  | x $ | = $ |
| 65-Gallon Bin |  | x $ | = $ |
|  |  | x $ | = $ |
| | Total Shredding = $ | | |
| | Additional Labor = $ | | |
| | Container Drop-off Fee = $ | | |
| | Estimated Total² = $ | | |

²Total is subject to actual service billings.

### ADDITIONAL SERVICES / CHARGES
- Additional charge for Unscheduled Service Visit: $25 / visit³
- Additional Compliance & Education Packages: $50 / package
- Shredding of Standard 1.2 Cubic Foot Carton: $5 / carton
- Additional Employee Awareness Posters: $5 / poster

³Additional charges for remote locations may apply.

### TERMS
Compliance with Contract, Laws and Regulations. Customer shall be responsible for, and warrant compliance with, all contract terms, rules and regulations, including but not limited to environmental laws and contractual restrictions and laws governing destruction of information contained in any materials delivered to IM. Customer shall reimburse IM for any reasonable costs, fees and attorneys' fees incurred if IM is in litigation which IM becomes involved solely because it is shredding materials for Customer.
Hazardous Substances. Customer shall not deliver to IM any material considered toxic or dangerous or which is regulated under any law relating to hazardous materials.
Limitation of Liability. IM shall not be responsible or liable in any manner whatsoever for the contents of any item delivered to it or liability for the shredding of materials pursuant to Customer's direction. IM's maximum liability for any and all claims arising with respect to services performed hereunder shall not exceed the aggregate amount Customer paid for the particular service during the one (1) month preceding the claim. IM'S LIABILITY SHALL BE LIMITED TO DIRECT DAMAGES AND IN NO EVENT AND UNDER NO LEGAL THEORY, INCLUDING TORT, CONTRACT, OR OTHERWISE, SHALL IM BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS) EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
Majeure. Both parties shall be excused from any delay or failure in performance under this Agreement for any period if such failure is caused by acts of God, governmental actions, labor unrest, riots, unusual traffic delays or other causes beyond its control, to the extent that such delay or failure is caused by such reasons.
Additional Services. This Agreement sets forth the complete terms and conditions for paper secure shredding services only. In the event that any other services are provided under this customer ID, such services shall be governed by the terms and conditions of IM's standard Customer Agreement.
Term and Payment. This Agreement shall continue in effect for 30 days, with automatic renewal for successive 30 day terms, unless 30 days notice of non-renewal is received by either party to the other. Invoiced monthly. Net due 30 days. Late payment fee: 1.00% per month.

Brenda Reese    [signature]
CUSTOMER    IRON MOUNTAIN
4-13-05    4-14-2005
DATE    DATE

IRON MOUNTAIN CORPORATE    CANARY - CUSTOMER    PINK - IRON MOUNTAIN DISTRICT
02/03    © 2003 Iron Mountain Incorporated. All Rights Reserved. Iron Mountain and the design of the mountain are registered trademarks of Iron Mountain Incorporated.

TOTAL P.001

04/18/2005 09:45 FAX 713 610 6590     IRON MOUNTAIN     ☒002


# IRON MOUNTAIN

This Secure Shredding Services Agreement ("Agreement") between Iron Mountain Information Management, Inc. ("IM") and American Home Mortgage ("Customer") is effective as of 04/13, 2005.

**Customer:**
- Address: 2525 Bay Area Blvd. Ste 130
- City: Clear Lake City
- State: Texas
- Zip: 77058
- Contact Name: Lisa Camp
- Phone: (281) 218-7469
- Contact email: brenda.kees@americanhm.com
- 281-488-2386
- Customer ID: H5244

**IM:**
- District Name: SW02
- SalesRep ID: LJ0

## SERVICE DESCRIPTION AND PRICING

### RECURRING PAPER SHREDDING SERVICES
- ☒ On-site (Mobile)   ○ Off-site
- ○ Weekly   ○ Every 2 Weeks   ☒ Every 4 Weeks

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Secure Console | 1 | $ 55.00 | $ 55.00 |
| 65-Gallon Bin |  | $ | $ |

- Total Per Service Visit[1] = $ 55.00
- Container Drop-off Fee = $ 0
- Implementation & Education Package = $ 0
- Employee Awareness Posters = $ 0

[1]Minimum charge per service visit is $ 55.00

### ONE-TIME PAPER SHREDDING SERVICES (PURGE)
○ On-site (Mobile)   ○ Off-site

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Pound |  | x |  = $ |
| 65-Gallon Bin |  | x |  = $ |
|  |  | x |  = $ |

- Total Shredding = $
- Additional Labor = $
- Container Drop-off Fee = $
- Estimated Total[2] = $

[2]Total is subject to actual service billing

## ADDITIONAL SERVICES (All other services, not specifically listed, will be charged at IM's then current rates.)
- Additional charge for Unscheduled Service Visit: $25 / visit[3]
- Additional Compliance & Education Packages: $50 / package
- Shredding of Standard 1.2 Cubic Foot Carton: $5 / carton
- Additional Employee Awareness Posters: $5 / poster

[3]Additional charge for remote locations may apply.

## SERVICE NOTES (Describe container location, number of Packages and Posters, & any special instructions.)

## TERMS AND CONDITIONS
1. **Compliance with Contracts, Laws and Regulations.** Customer shall be responsible for, and warrant compliance with, all contractual restrictions and all applicable laws, rules and regulations, including but not limited to environmental laws and contractual restrictions and laws governing the confidentiality, retention and disposition of information contained in any materials delivered to IM. Customer shall reimburse IM for any reasonable costs or expenses (including reasonable attorneys' fees) incurred by IM in litigation which IM becomes involved solely because it is shredding materials for Customer.
2. **Hazardous Substances.** Customer shall not deliver to IM any material considered toxic or dangerous or which is regulated under any federal or state law or regulation relating to hazardous materials.
3. **Limitation of Liability.** IM shall not be responsible or liable in any manner whatsoever for the contents of any item delivered to it for shredding, and shall have no liability for the shredding of materials pursuant to Customer's direction. IM's maximum liability for any and all claims arising with respect to any particular services performed hereunder shall not exceed the aggregate amount Customer paid for the particular service during the one (1) month preceding the event which gives rise to the claim. IM's LIABILITY SHALL BE LIMITED TO DIRECT DAMAGES, AND IN NO EVENT AND UNDER NO LEGAL THEORY, INCLUDING TORT, CONTRACT, OR OTHERWISE, SHALL IM BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS) EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.
4. **Force Majeure.** Each party shall be excused from any delay or failure in performance under this Agreement for any period and to the extent that such delay or failure is caused by acts of God, governmental actions, labor unrest, riots, unusual traffic delays or other causes beyond its control.
5. **Additional Services.** This Agreement sets forth the complete terms and conditions for paper secure shredding services only. In the event that any other services are provided under this customer ID, such services shall be governed by the terms and conditions of IM's standard Customer Agreement.
6. **Term and Payment.** The Agreement shall continue in effect for 30 days, with automatic renewal for successive 30 day terms unless written notice of non-renewal is delivered by either party to the other. Invoiced monthly. Net due 30 days. Late payment fee: 1.00% per month.

CUSTOMER: See Attached
IRON MOUNTAIN: [signature]
DATE:                    DATE: 4-14-2005

WHITE - IRON MOUNTAIN CORPORATE     CANARY - CUSTOMER     PINK - IRON MOUNTAIN DISTRICT
IM-38   Rev. 02/05   © 2004 Iron Mountain Incorporated. All Rights Reserved. Iron Mountain and the design of the mountain are registered trademarks of Iron Mountain Incorporated.