```
CM05N601      placlta                  IRON MOUNTAIN                            17602
                            ───── Customer Statistics Display ─────
            Cust Id: 1276Y         Cust Name: AMERICAN HOME MORTGAGE (F
              As of: 09/01/2007        MTD New Cub Ft:   .00
 Number of Boxes: 0              MTD Withdrawn Cub Ft:   .00
   Cubic Footage: 0.00           MTD Destroyed Cub Ft:   .00

 Dist              Media           Total        Adds      Withdrawn     Dest
  Id   Dept Id    Type            Cub Ft       Cub Ft      Cub Ft        C

>




           <NEXT(F1)>  <JUMP(F3)>  <TOTALS(F8)>  <PRINT(F9)>  <MENU(F12)>
```

*Shredding Only*

**▲ IRON MOUNTAIN®**
SECURE SHREDDING

12764

## PROJECT SERVICE AGREEMENT

This Secure Shredding Project Service Agreement ("Agreement") between Iron Mountain Secure Shredding LLC ("IMS") and _AMERICAN HOME MORTGAGE_ ("Customer") is effective as of _11-10-_, 20_03_.

Customer Address: _1611 So High Ave, Ames, Iowa 50010_
IMS District Name & Number: _Des Moines, Iowa 6004_
Customer Contact Name & Telephone Number: _PHYLLIS - 515-232-1179_

**Project Price / Payment Terms:**

_$50. MINIMUM OR .15 PER POUND WHICHEVER IS HIGHER_

**Project Scope:**

_4 BANKER BOXES ON-SITE 11/17/03_

**Project Terms and Conditions:**

1. **Responsibilities**
   1.1 <u>Compliance with Contracts, Laws and Regulations.</u> Customer shall be responsible for, and warrant compliance with, all contractual restrictions and all applicable laws, rules and regulations, including but not limited to environmental laws and contractual restrictions and laws governing the confidentiality, retention and disposition of information contained in any materials delivered to Iron Mountain.
   1.2 <u>Hazardous Substances.</u> Customer shall not deliver to Iron Mountain any material considered toxic or dangerous or which is regulated under any federal or state law or regulation relating to hazardous materials.

2. **Liability and Reimbursement of Expenses**
   2.1 <u>Limitation of Liability.</u> Iron Mountain shall not be responsible or liable in any manner whatsoever for the contents of any item delivered to it for shredding, and shall have no liability for shredding of materials pursuant to Customer's direction. Iron Mountain's maximum liability for any and all claims arising with respect to any particular services performed hereunder shall not exceed the amount Customer paid for the particular service. **Iron Mountain's LIABILITY SHALL BE LIMITED TO DIRECT DAMAGES, AND IN NO EVENT AND UNDER NO LEGAL THEORY, INCLUDING TORT, CONTRACT, OR OTHERWISE, SHALL IRON MOUNTAIN BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS) EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**
   2.2 <u>Reimbursement of Expenses.</u> Customer shall reimburse Iron Mountain for any reasonable costs, fees or expenses (including reasonable attorneys' fees) incurred by Iron Mountain in litigation which Iron Mountain becomes involved solely because it is shredding materials for Customer.

3. **Miscellaneous**
   3.1 <u>Force Majeure.</u> - Each party shall be excused from any delay or failure in performance under this Agreement for any period if and to the extent that such delay or failure is caused by acts of God, governmental actions, labor unrest, riots, unusual traffic delays or other causes beyond its control.
   3.2 <u>Compliance With Subpoena.</u> Iron Mountain may comply with any subpoena or similar order related to the materials delivered to Iron Mountain; provided that it shall, unless prohibited by law, notify Customer promptly of any such subpoena or order. Customer shall pay Iron Mountain's reasonable costs for such compliance.

| CUSTOMER: | IRON MOUNTAIN |
|---|---|
| By: X _Phyllis M Berord_ | By: _Jeremy Selvy_ |
| Title: | Title: _Operations Mgr._ |
| Date: X _11/17/03_ | Date: _11/10/03_ |

IMS-Project1   Rev. 1/03   Copyright 2003 Iron Mountain Incorporated

*Confidential* *Page 1*

# SCHEDULE A FOR SECURE SHREDDING

This Schedule A is made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, Inc., (the "Company") and American Home Mortgage, (the "Customer").

*Effective Date*          April 26, 2005
*District Name/Number*    Des Moines / 03242
*Customer Name*           American Home Mortgage
*Customer Number*         1276Y

## SECURE SHREDDING

### Secure Shredding Initial Setup

The initial delivery and placement of secure shredding containers at a Customer's site.

   No charge

### On-Site Shredding

Pricing is based on a per container per transaction service.

All confidential material is picked up from your location in locked containers and shredded in our mobile secure shredding unit.

**Shredding Schedule**

Every 4 Weeks

| Description | Qty | Price | Per |
|---|---|---|---|
| Security Consoles | 1 | $15 | console |
| Shredding Service Minimum | | $40 | shredding service |

**Transportation Visits**

   $0.00 additional service fee per unscheduled transportation visit

*Melanie Vivone*   4/26/05
*Data Specialist*
*American Home Mortgage*