```
CM05N601      placlta                    IRON MOUNTAIN                         10293
                              ── Customer Statistics Display ──
               Cust Id: N3189           Cust Name: AMERICAN HOME MORTGAGE
                 As of: 09/01/2007          MTD New Cub Ft:      .00
 Number of Boxes: 0                   MTD Withdrawn Cub Ft:      .00
    Cubic Footage: 0.00               MTD Destroyed Cub Ft:      .00

 Dist                    Media              Total           Adds     Withdrawn    Dest
  Id    Dept Id          Type              Cub Ft         Cub Ft       Cub Ft       C

 >




              <NEXT(F1)>  <JUMP(F3)>  <TOTALS(F8)>  <PRINT(F9)>  <MENU(F12)>
```

*Shredding Mtg* [handwritten]

# IRON MOUNTAIN®

This Secure Shredding Services Agreement ("Agreement") between Iron Mountain Information Management, Inc. ("IM") and _American Home Mortgage Corp._ ("Customer") is effective as of _12/22_ RECEIVED _2005_.

| | | | | |
|---|---|---|---|---|
| Customer: | Address | _87 New Town Lane_ | | APR 05 2006 |
| | City | _East Hampton_ | State _NY_ | Zip _11937_ |
| | Contact Name | _Judith Otter_ | Phone | _631-324-7250 ext 102_ |
| | Contact email | | Fax | |
| IM: | District Name | _NY Metro_ | Customer ID _N3189_ | SalesRep ID _JL4_ |

## SERVICE DESCRIPTION AND PRICING

### RECURRING PAPER SHREDDING SERVICES
- ○ On-site (Mobile)    ○ Off-site ✓
- ○ Weekly    ○ Every 2 Weeks    ⊘ Every 4 Weeks (MONTHLY)

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Secure Console | | x $ | = $ |
| 65-Gallon Bin | _2_ | x $_37.50_ | = $_75.00_ |
| Total Per Service Visit[1] = | | | $_75.00_ |
| Container Drop-off Fee = | | | $ |
| Implementation & Education Package = | | | $ |
| Employee Awareness Posters = | | | $ |

[1] Minimum charge per service visit is $_50.00_

### ONE-TIME PAPER SHREDDING SERVICES (PURGE)
- ○ On-site (Mobile)    ○ Off-site

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Pound | | x $ | = $ |
| 65-Gallon Bin | | x $ | = $ |
| | | x $ | = $ |
| Total Shredding = | | | $ |
| Additional Labor = | | | $ |
| Container Drop-off Fee = | | | $ |
| Estimated Total[2] = | | | $ |

[2] Total is subject to actual service billings.

## ADDITIONAL SERVICES (All other services, not specifically listed, will be charged at IM's then current rates.)
- Additional charge for Unscheduled Service Visit: $25 / visit[3]
- Additional Compliance & Education Packages: $50 / package
- Shredding of Standard 1.2 Cubic Foot Carton: $5 / carton
- Additional Employee Awareness Posters: $5 / poster

[3] Additional charge for remote locations may apply.

## SERVICE NOTES (Describe container location, number of Packages and Posters, & any special instructions.)
_1 65 gallon container to above address._
_1 65 gallon container to 93 Main Street Southampton NY 11768_

## TERMS AND CONDITIONS

1. **Compliance with Contracts, Laws and Regulations.** Customer shall be responsible for, and warrant compliance with, all contractual restrictions and all applicable laws, rules and regulations, including but not limited to environmental laws and contractual restrictions and laws governing the confidentiality, retention and disposition of information contained in any materials delivered to IM. Customer shall reimburse IM for any reasonable costs, fees or expenses (including reasonable attorneys' fees) incurred by IM in litigation which IM becomes involved solely because it is shredding materials for Customer.
2. **Hazardous Substances.** Customer shall not deliver to IM any material considered toxic or dangerous or which is regulated under any federal or state law or regulation relating to hazardous materials.
3. **Limitation of Liability.** IM shall not be responsible or liable in any manner whatsoever for the contents of any item delivered to it for shredding, and shall have no liability for the shredding of materials pursuant to Customer's direction. IM's maximum liability for any and all claims arising with respect to any particular services performed hereunder shall not exceed the aggregate amount Customer paid for the particular service during the one (1) month preceding the event which gives rise to the claim. IM's LIABILITY SHALL BE LIMITED TO DIRECT DAMAGES, AND IN NO EVENT AND UNDER NO LEGAL THEORY, INCLUDING TORT, CONTRACT, OR OTHERWISE, SHALL IM BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS) EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
4. **Force Majeure.** Each party shall be excused from any delay or failure in performance under this Agreement for any period if and to the extent that such delay or failure is caused by acts of God, governmental actions, labor unrest, riots, unusual traffic delays or other causes beyond its control.
5. **Additional Services.** This Agreement sets forth the complete terms and conditions for paper secure shredding services only. In the event that any other services are provided under this customer ID, such services shall be governed by the terms and conditions of IM's standard Customer Agreement.
6. **Term and Payment.** The Agreement shall continue in effect for 30 days, with automatic renewal for successive 30 day terms, unless written notice of non-renewal is delivered by either party to the other. Invoiced monthly. Net due 30 days. Late payment fee: 1.00% per month.

CUSTOMER _[signature]_
DATE _12/22/5_

IRON MOUNTAIN _[signature]_
DATE _1/6/2006_

Lisa Franks
Contracts Administrator
NY Metro