IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
    Debtors.                                                        :
                                                                    :   Objection Deadline: September 27, 2007 at 12:00 p.m.
                                                                    :   Hearing Date: October 1, 2007 at 10:00 a.m.
------------------------------------------------------------------- x

## NOTICE OF MOTION

TO:        (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE CREDITORS' COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR CERTAIN LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AS OF AUGUST 10, 2006; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND (VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO SECTIONS 105, 362, 363, 364 AND 503 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 4001 AND 9019, SEEKING AN ORDER: (I) APPROVING AND AUTHORIZING THE TERM SHEET AND INDEMNITY CONTRACT BY AND BETWEEN THE DEBTORS AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; (II) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SURETY BONDS; (III) GRANTING ADMINISTRATIVE CLAIMS; AND (IV) GRANTING RELATED RELIEF** (the "Motion").

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 1, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

Responses, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on or before **September 27, 2007 at 12:00 p.m.**

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | | |
|---|---|---|
| Dated: | Wilmington, Delaware<br>September 19, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ [signature]*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession