UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :
                                                              : Jointly Administered
     Debtors.                                                 : **Hearing Date:  N/A**
------------------------------------------------------------- x **Objection Deadline:  N/A**


### MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION PURSUANT TO SECTIONS 105, 362, 363, 364 AND 503 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 4001 AND 9019, SEEKING AN ORDER: (I) APPROVING AND AUTHORIZING THE TERM SHEET AND INDEMNITY CONTRACT BY AND BETWEEN THE DEBTORS AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; (II) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SURETY BONDS; (III) GRANTING ADMINISTRATIVE CLAIMS; AND (IV) GRANTING RELATED RELIEF

The above-captioned debtors and debtors in possession (the "Debtors") hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), for the entry of an order shortening the time for notice of Debtors' Motion Pursuant to Sections 105, 362, 363, 364 and 503 of the Bankruptcy Code, and Bankruptcy Rules 4001 and 9019, Seeking an Order:  (i) Approving and Authorizing the Term Sheet and Indemnity Contract By and Between the Debtors and Travelers Casualty and Surety

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Company of America; (ii) Authorizing Debtors to Obtain Post-Petition Surety Bonds; (iii) Granting Administrative Claims; and (iv) Granting Related Relief (the "9019 Motion")[2] so the matter may be heard on October 1, 2007.

1. Bankruptcy Rule 2002(a) requires twenty (20) days' notice prior to the hearing date for motions filed in chapter 11 cases involving the relief requested in the 9019 Motion. *See* Fed.R.Bankr.P. 2002(a). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice.

2. The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the relief requested in the 9019 Motion. As set forth in greater detail in the Motion, the Term Sheet of which the Debtors seek approval enables them to obtain post-petition surety bonds that are not only critical to the maintainance of their state licenses, but also needed to ensure compliance with the various servicing agreements to which they are a party.

3. Further, prior to filing the 9019 Motion, the Debtors conferred with many of the parties-in-interest in these cases. Initially, the Debtors engaged in lengthy negotiations with Travelers Surety Company of America ("Travelers") to reach the agreements embodied in the Term Sheet. Next, the Term Sheet was provided to the Committee, the DIP Lender, and Bank of America, N.A. After comments were received, Travelers and the Debtors re-negotiated certain provisions of the Term Sheet, and no party that received the Term Sheet has voiced an objection to the relief requested in the 9019 Motion.

4. The Debtors are progressing through an expedited sale process with respect to their servicing business, which is expected to culminate in an auction on October 5,

---

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the 9019 Motion.

2007, and a Sale Hearing on October 9, 2007. It is critical that the 9019 Motion be considered in an expedited manner so that the Post-Petition Bonds are in place prior to the sale, because each issue that the Debtors resolve with respect to the sale of their servicing business, will likely result in an increased return to the estates. Simply stated, the Term Sheet is fair and reasonable, and its expedited consideration serves the best interests of the Debtors, their estates and creditors.

5. Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the 9019 Motion. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for October 1, 2007 at 10:00 a.m. (ET), with objections due on or before September 27, 2007 at 12:00 p.m. (ET). In light of the shortened notice period, the Debtors will serve the Motion by email or facsimile on the date hereof, and via hand delivery or overnight delivery on September 20, 2007, on: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit Agreement dated August 30, 2006; (iv) counsel to the DIP Lender; (v) counsel to Travelers; and (vi) all parties entitled to notice under Local Rule 2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:   Wilmington, Delaware
         September 19, 2007

>                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>                                        _____
>                                        James L. Patton, Jr. (No. 2202)
>                                        Pauline K. Morgan (No. 3650)
>                                        Sean M. Beach (No. 4070)
>                                        Matthew B. Lunn (No. 4119)
>                                        Kara Hammond Coyle (No. 4410)
>                                        Kenneth J. Enos (No. 4544)
>                                        The Brandywine Building
>                                        1000 West Street, 17th Floor
>                                        Wilmington, Delaware 19801
>                                        Telephone: (302) 571-6600
>                                        Facsimile: (302) 571-1253
>
>                                        Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
         Debtors.                                            :
                                                             : Ref. Docket No. _____
------------------------------------------------------------ X

**ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION PURSUANT T<u>O</u> SECTIONS 105, 362, 363, 364 AND 503 OF THE BANKRUPTCY CODE, AND BANKRUPTC<u>Y</u> RULES 4001 AND 9019, SEEKING AN ORDER: (I) APPROVING AND AUTHORIZING TH<u>E</u> TERM SHEET AND INDEMNITY CONTRACT BY AND BETWEEN THE DEBTORS AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; (II) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SURETY BONDS; (III) GRANTING ADMINISTRATIVE CLAIMS; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "<u>Motion to Shorten</u>")[2] of the above captioned debtors and debtors in possession (the "<u>Debtors</u>") for entry of an order providing that the applicable notice period for the 9019 Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("<u>AHM Servicing</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

ORDERED, that the Motion shall be heard on October 1, 2007 at 10:00 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than September 27, 2007 at 12:00 p.m.; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE