IN THE UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., ) | |
| a Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND DOCUMENTS

Please take notice that the undersigned hereby appears as counsel in the above-captioned case on behalf of Priority Sign, Inc., a creditor herein, and demands that all notices given or required to be given in these cases be given and served upon the undersigned, and that the undersigned be added to the Court's mailing matrix in the above-captioned case.

Dated: September 11, 2007

PRIORITY SIGN, INC.,
by Counsel

_____
Shawn G. Rice
State Bar No. 01020000
Attorney for Priority Sign, Inc.

Post Office Address:

Rice & Gotzmer s.c.
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
(920) 694-6244
(920) 694-0451
srice@rglawonline.com

{R&G\00028\00008\00008106.DOC\v.1}