IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :    Jointly Administered
        Debtors.                                             :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2007, I caused to be served true and correct copies of the "Notice of Motion", dated August 17, 2007, to which is attached the "First Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment", dated August 17, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Bridget Gallerie

Sworn to before me this

22nd day of August, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Motion Authorizing Debtors to Reject Leases_Aff 8-17-07.doc

**EXHIBIT A**

```
TIME: 15:27:08                                                    PAGE:   1
DATE: 08/21/07
                        AMERICAN HOME MORTGAGE HOLDINGS INC.
                                  CREDITOR LIST

Name                                          Address
5-STAR OR, LLC                                345 N YOSEMITE STREET #B STOCKTON CA 95203
A&B PROPERTIES, INC.                          C/O REATA PROPERTY MANAGEMENT 7330 SAN PEDRO, SUITE 710 SAN ANTONIO TX 78216
AAK, LLC                                      ABRAMS DEVELOPMENT GROUP, INC 5850 WATERLOO RD, SUITE 230 COLUMBIA MD 21045
B R BROOKFIELD COMMONS NO. 2                  C/O CB RICHARD ELLIS DEPARTMENT 59880 MILWAUKEE WI 53259-0880
BONNER 486, LLC                               13356 METCALF AVE. OVERLAND PARK KS 66213
BOSTON PROPERTIES                             PO BOX 3557 BOSTON MA 02241
BRCP AURORA MARKETPLACE, LLC                  3033 SOUTH PARKER ROAD SUITE 600 AURORA CO 80014
BRIT-FIFTY WEST, LLC                          C/O JEFFERY LEE COHEN 5410 EDSON LANE, SUITE 200 ROCKVILLE MD 20852
CARNAGIE MANAGEMENT C/O CARR REALTY           P.O. BOX 644195 PITTSBURGH PA 15264-4195
CHURCHILL SQUARE SHOPPING CENTER              C/O BREDER MANAGEMENT CORPORATION 9861 SW 184TH STREET MIAMI FL 33157
CIRCLE 22 INVESTORS LLC                       C/O HAMILTON REAL ESTATE 4057 28TH STREET NW, SUITE 200 ROCHESTER MN 55901
CS CORPORATE CENTRE, LLC                      1902 W COLORADO AVE SUITE B COLORADO SPRINGS CO 80904
EAST N. ST. ASSOC. LLC                        200 E. BROAD ST. GREENVILLE SC 29601
GATEWAY CENTER LLC                            1941 MOMENTUM PLACE CHICAGO IL 60689-5319
GPI OFFICE PROPERTIES II, L.P.                3815 RIVER CROSSING PARKWAY SUITE 250 INDIANAPOLIS IN 46240
HAUPPAUGE WOODLANDS ASSOCIATES L.P.           500 BI-COUNTY BLVD. SUITE 230 FARMINGDALE NY 11735
JG LLC                                        5216 SW BURTON DRIVE PORTLAND OR 97221
KOURY CORPORATION                             400 FOUR SEASONS TOWN CENTRE GREENSBORO NC 27427
L G S PROPERTIES LLC                          2231 SW WANAMAKER ROAD SUITE 300 TOPEKA KS 66614
LANDMARK OFFICE CENTER                        8659 STAPLES MILLS RD RANDALL HOINE RICHMOND VA 23228
MEADOW OAKS SHOPPING CENTER                   PO BOX 8229 CORPUS CHRISTI TX 78412
MET LIFE- FAIRVIEW CENTER                     C/O CB RICHARD ELLIS P.O. BOX 13470 RICHMOND VA 23225
MILL RIDGE FARM, LLC                          1 MILL RIDGE LANE CHESTER NJ 07930
NORTHVILLE RETAIL CENTER PHASE 2, L.L.C.      28470 THIRTEEN MILE ROAD SUITE 220 FARMINGTON HILLS MI 48334
NORTHWEST CORP CENTER                         7400 N. ORACLE RD SUITE 338 TUSCON AZ 85704-6342
ONE ROCK SPRING PLAZA L.P.                    PO BOX 905442 CHARLOTTE NC 28290-5442
PAT WOOD                                      PO BOX 1764 LA QUINTA CA 92247
PRINCIPAL LIFE INS CO-007511                  CASCADE II PO BOX 6113 / PROPERTY 007511 HICKSVILLE NY 11802-6113
RALPH S PERRONE, SR.                          585 N. COURTNEY PKWY SUITE 302 MERRITT ISLAND FL 32953
RIVER PARK COMMONS, LLC                       4612 WESTRIDGE AVENUE FORT WORTH TX 76116
SMII/TRP PROPERTIES, LP                       C/O TRANSWESTERN PROPERTIES 14180 DALLAS PARKWAY, SUITE 305 DALLAS TX 75254
SOUTHCREEK V ASSOCIATES, L.P.                 DDI REALTY SERVICES, INC 7200 WEST 132ND ST, SUITE 300 OVERLAND PARK KS 66213
STONEY CREEK                                  71 WALNUT SUITE 205 JIM DERKACZ ROCHESTER MI 48703
SUN LIFE ASSURANCE COMPANY OF CANADA          C/O COLLIERS PINKARD 100 LIGHT STREET, SITE1400 BALTIMORE MD 21202-1161
TAYLOR INVESTMENT PROPERTIES, L.L.C.          110 OAKWOOD DRIVE STE. 510 WINSTON-SALEM NC 27103
THE COTTAGE APARTMENTS, LLC                   P.O. BOX 301118 LOS ANGELES CA 90030-1118
THE PRISCHAK FAMILY PARTNERSHIP               C/O TECNICADEV CORP. 100 STATE ST, SUITE B 100 ERIE PA 16507
WASHINGTON REAL ESTATE INVESTMENT TRUST       P. O. BOX 79555 BALTIMORE MD 21279-0555

Total Number of Records Printed      38
```

EPIQ BANKRUPTCY SOLUTIONS, LLC