IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
------------------------------------------------------------------------- x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2007, I caused to be served true and correct copies of the "Notice of Motion", to which is attached, "Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing The Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, and Equipment", dated August 30, 2007, enclosed securely in a separate postage pre-paid envelope, by first class mail to the party listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Cassandra Murray

Sworn to before me this
31st day of August, 2007

_____
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 20 10

T:\Clients\AHM\Affidavits\2ndAssumption and AssignmentMot_aff 8-31-07.doc

# Exhibit "A"

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| 100 MARKET STREET | P.O. BOX 1267, PORTSMOUTH, NH 03802 |
| 106TH SOUTH BUSINESS PARK L.P. | 10421 SOUTH JORDAN GATEWAY BLVD., SUITE 660, SOUTH JORDAN, UT 84095 |
| 115 RIVER ROAD LLC | 115 RIVER ROAD, EDGEWATER, NJ 07020 |
| 300 BEDFORD STREET BUILDING OWNER, LLC | 900 CHAPEL STREET, SUITE 701, NEW HAVEN, CT 06510 |
| 4 LOTS RIVER, LLC | 18 PLEASANT STREET, MEREDITH, NH 03253 |
| 445 DOLLEY MADISON RD, LLC | 445 DOLLEY MADISON RD, SUITE 400, GREENSBORO, NC 27410 |
| 445 DOLLEY MADISON ROAD, LLC | 445 DOLLEY MADISON RD, SUITE 400, GREENSBORO, NC 27410 |
| 4:19 COMPANY, LLLP | 2325 RAND AVENUE, COLORADO SPRINGS, CO 80906 |
| 5001 CALIFORNIA AVENUE PARTNERSHIP | C/O STOCKDALE PROPERTY MANAGEMENT INC, 5001 CALIFORNIA AVE, SUITE 100, BAKERSFIELD, CA 93309 |
| 6645 FEDERAL SQUARE REALTY, | LLC AND 172ND LLC, P.O. BOX 136, GOSHEN, CT 06756 |
| 700 RAYOVAC DRIVE ASSOCIATES, LLC | 700 RAYOVAC DRIVE, SUITE 9, MADISON, WI 53711 |
| 8618 WESTWOOD CENTER DRIVE | PO BOX 79428, BALTIMORE, MA 20814 |
| 93-99 MAIN STREET, LLC | 819 BROADWAY, WOODMERE, NY 11598 |
| A&B PROPERTIES, INC., | C/O REATA PROPERTY MANAGEMENT, 7330 SAN PEDRO, SUITE 710, SAN ANTONIO, TX 78216 |
| AAG PROPERTIES LLC | 2762 ELECTRIC ROAD, ROANOKE, VA 24018 |
| ABACOA REALTY | 1203 TOWN CENTER DR., SUITE 109, JUPITER, FL 33458 |
| ABANA REALTY | 2104 LORNA RIDGE LN, BIRMINGHAM, AL 35216 |
| AKI LLC C/O PACIFIC REALTY | 880 N STREET, SUITE 303, ANCHORAGE, AL 99501 |
| ALLEGIANCE REALTY CORP. | 121 WEST TRADE STREET, SUITE 2020, CHARLOTTE, NC 28202 |
| ALLEGIANCE REALTY PARTNERS | 1354 OLD BRIDGE ROAD, SUITE 201, WOODBRIDGE, VA 22192 |
| ALLEGIANCE REALTY PARTNERS LLC | 1354 OLD BRIDGE ROAD, SUITE 201, WOODBRIDGE, VA 22192 |
| ALLEGIANCE REALTY PARTNERS, LLC | 828 GREENBRIAR PARKWAY, CHESAPEAKE, VA 23320 |
| ALLSTAR REALTY, INC. | 1776 NORTH PINE ISLAND ROAD, SUITE 326, PLANTATION, FL 33322 |
| AMERICAN EXE. INTERNATIONAL REALTY, INC | 4225 WEST GLENDALE AVENUE, SUITE A-200, PHOENIX, AZ 85051 |
| AMERICAN GENERAL LIFE AND | ACCIDENT INSURANCE COMPANY, 285 NORTH AMERICAN GENERAL CENTER, NASHVILLE, TN 37250 |
| AMERICAN HOME MORTGAGE CORP | 114 WEST 47TH STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| AMERICAN NATIONAL BANK | 131 N. 6TH STREET, GRAND JUNCTION, CO 81501 |
| AMERICAN REIT II CORP XX | 3400 - 188TH STREET SW, SUITE 295, LYNNWOOD, WA 98037 |
| AMX 390 | 12209 HESPERIA ROAD, SUITE G, VICTORIAVILLE, CA 92395 |
| ANCHOR ASSOCIATES | 950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022 |
| ANCO SHORES LLC | 8801 FRONT BEACH ROAD, PANAMA CITY, FL 32407 |
| ANGELA JONES | C/O NIMOCKS, CICCONE, & TOWNSEND, INC., P.O. BOX 58121, FAYETTEVILLE, NC 28305 |
| ARCHWAY ESTATES INC | 255 ALHAMBRA CIR STE 455, CORAL GABLES, FL 33134 |
| ARLEN L. SCHUH DBA SCHUH RENTALS | 41280 ROCK CREEK DRIVE, MITCHELL, SD 57301 |
| ARROW REAL ESTATE GROUP LLC | 1325 COUNTY RD D CIRCLE EAST, VADNAIS HEIGHTS, MN 55109 |
| ARTHUR BAER, ATTORNEY | 777 THIRD AVENUE, 24TH FLOOR, NEW YORK, NY 10017 |
| ATHERTON HOMES | HOLLOW DRIVE, MANTECA, CA 95337 |
| AVALON COMMUNITIES | 2900 EISENHOWER AVENUE, ALEXANDER, VA 22314 |
| B R BROOKFIELD COMMONS NO. 2, | C/O CB RICHARD ELLIS, DEPARTMENT 59880, MILWAUKEE, WI 53259-0880 |
| B&R 5160 PARKSTONE OWNER, LLC, | C/O REDWOOD COMMERCIAL, P.O. BOX 2377, CENTREVILLE, VA 20122-2377 |
| BARBARA AND TOM LOHRER & MICHAEL COHEN | 26 REDWOOD DRIVE, DIX HILLS, NY 11746 |
| BARNSTORMER ENTERPRISES, INC. | 109 CHAPIN ROAD, PO BOX 907, LEXINGTON, SC 29071 |
| BARRISTER EXECUTIVE SUITES, INC. | 9841 AIRPORT BLVD, SUITE 1200, LOS ANGELAS, CA 90045 |
| BATTELLE MEMORIAL INSTITUTE | 505 KING AVENUE, COLUMBUS, OH 43201 |
| BAY COLONY EXECUTIVE CENTER - WEST | 8767 E. VIA DE VENTURA, SCOTTSDALE, AZ 85258 |
| BDC GATEWAY LLC | 5301 WISCONSIN AVENUE N.W., SUITE 600, WASHINGTON, DC 20015 |
| BEACHSIDE REALTY | 237 REHOBOTH AVENUE, REHOBOTH, DE 19971 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BEACHSIDE REALTY | 1437 SE 17TH STREET, FT LAUDERDALE, FL 33316 |
| BELLEVUE PROPERTIES GROUP | 219 N. WHITE HORSE PIKE, HAMMONTON, NJ 08037 |
| BENCHMARK ASSOCIATES | PO BOX 861, MCLEAN, VA 22101 |
| BENCHMARK MANAGEMENT, LLC | 80 CORBETT WAY, EATONTOWN, NJ 07724 |
| BENCHMARK REALTORS LLC | 1559 COMMERCE ROAD, SUITE 301, STAUNTON, VA 24401 |
| BEST COMPANY | 6450 W. SPRING MOUNTAIN RD., #12, LAS VEGAS, NV 89146 |
| BIRCH DEVELOPEMENT | 7777 GLADES ROAD, #212, BOCA RATON, FL 33434 |
| BIT HOLDINGS FORTY-SIX, INC. | P.O. BOX 4346, DEPT 669, HOUSTON, TX 77210-4346 |
| BLACKHAWK MANAGEMENT INC. | 13121-1 ATLANTIC BLVDQ, JACKSONVILLE, FL 32225 |
| BLUESTONE RELOCATION SERVICES | 1305 POST ROAD, SUITE 204, FAIRFIELD, CT 06824 |
| BONNEVILLE OFFICE CENTER, LLC | 891 WEST BOULEVARD, HARTFORD, CT 06106 |
| BOSTON PRPERTIES LIMITED PARTNERSHIP | PO BOX 3557, BOSTON, MA 02241-3557 |
| BOULDER REALTY GROUP, LLC | DBA KELLER WILLIAMS FRONT, RANGE PROPERTIES, LLC, 1690 30TH STREET, BOULDER, CO 80301 |
| BRANDYWINE OPERATING PARTNERSHIP, LP | P.O. BOX 8538-363, PHILADELPHIA, PA 19171 |
| BRASS SAN PEDRO PARTNERS, L.P. | P.O. BOX 676098, DALLAS, TX 75267-6098 |
| BRCP AURORA MARKETPLACE, LLC | 3033 SOUTH PARKER ROAD, SUITE 600, AURORA, CO 80014 |
| BRENAVOIR | 1020 EDNAM CENTER, SUITE 102, CHARLOTTESVILLE, VA 22903 |
| BRIT-FIFTY WEST, LLC C/O JEFFERY LEE COHEN | 5410 EDSON LANE, SUITE 200, ROCKVILLE, MD 20852 |
| BRITE REALTY SERVICES C/O ROUSE/CHAMBERLAIN, LTD., | 434 EXTON COMMONS, EXTON, PA 19341 |
| BROOKWOOD TAMARAC PLAZA, INV. | C/O FREDRICK ROSS CO., 7535 EAST HAMPTON AVE, SUITE 100, DENVER, CO 80231 |
| BROOM LLC | 4938 WINDY HILL DR, STE B, RALEIGH, NC 27604 |
| BSM FINANCIAL SERVICES | 1301 CENTRAL EXPRESSWAY S, ALLEN, TX 75013 |
| BTM ENTERPRISES CENTURY 21 HBS REALTY | 3 CROSBY LANE, LONDONDERRY, NH 03053 |
| C. BRENT & COLLEEN B. MCCAUSLAND | 6450 SOUTH SPRAGUE, TACOMA, WA 98409 |
| CA-TWO CORPORATE CENTRE LIMITED PARTNERSHIP | FIVE WESTBROOK CORPORATE CENTER, SUITE 800, WESTCHESTER, IL 60154 |
| CAMBRIDGE & ASSOCIATES REAL ESTATE GROUP | 1405 HILLSBOROUGH STREET, RALEIGH, NC 27605 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM | P.O. BOX 2248, CHEYENNE, WA 82003 |
| CAPITAL GROWTH FINANCIAL | 685 5TH AVE, 10TH FLOOR, NEW YORK, NY 10022 |
| CARDIFF CONSTRUCTION | 690 N.E. 3RD AVENUE, SUITE 103, CRYSTAL RIVER, FL 34428 |
| CARNAGIE MANAGEMENT C/O CARR REALTY | P.O. BOX 644195, PITTSBURGH, PA 15264-4195 |
| CAROINA EXECUTIVES REALTY | 9444 TWO NOTCH ROAD, SUITE D, COLUMBIA, SC 29223 |
| CAROL JOHNSON | 6 RAYCLIFFE DRIVE, WOODSTOCK, NY 12498 |
| CARROLLWOOD CROSSINGS LLC | 4010 BOY SCOUT BOULEVARD SUITE 160, TAMPA, FL 33607 |
| CARTER HOMES PLLC | 14185 DALLAS PARKWAY, CENTURA TOWER #1275, DALLAS, TX 75254 |
| CARVER WOODS EXECUTIVE CENTER, L.L.C. | 900 CARVER ROAD, SUITE 200, CINCINNATI, OH 45242 |
| CBRE INVESTORS | 865 SO FIGUEROA ST., SUITE 3500, LOS ANGLES, CA 90017 |
| CCC ONE, L.P. | 768 N. BETHLEHEM PIKE, SUITE 203, LOWER GWYNEDD, PA 19002 |
| CDR OF SOUTHWEST FLORIDA, LLC | 3191-B HARBOR BOULEVARD, PORT CHARLOTTE, FL 33952 |
| CENTRAL CORP. CENTER | 6820 INDIAN AVENUE, SUITE 210, RIVERSIDE, CA 92506 |
| CENTURY 21 ADELE SHAW & ASSOC. | 900 N. PROVIDENCE RD, MEDIA, PA 19063 |
| CENTURY 21 EXECUTIVE PROPERTIES | 26045 NEWPORT ROAD, SUITE A, MENIFEE, CA 92584 |
| CENTURY 21 HARTMAN REALTY | 1603 HIGH STREET A1, POTTSTOWN, PA 19464 |
| CENTURY 21 HARTMAN REALTY INC | STREET A1, POTTSTOWN, PA |
| CENTURY 21 NEWPORT REALTY, INC. | 116 N. BELLEVUE AVE, LANGHORNE, PA 19047 |
| CENTURY 21 WISE O' OWL | 5445 DEL AMO, #204, LAKEWOOD, CA 90712 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHAMBERLIN ASSOCIATES HOPYARD ROAD, LP | 5880 W. LAS POSITAS BLVD., SUITE 51, PLEASANTON, CA 94588 |
| CHAMPIONS REALTY GROUP, INC | 1040 BLACKLICK EASTERN RD, PICKERINGTON, OH 43147 |
| CHARLOTTE FIRE DEPARTMENT CU | 2100 COMMONWEALTH AVE., COMMONWEALTH, NC 28205 |
| CHERRY CREEK VENTURES, LLC | DBA KELLER WILLIAMS DENVER CENTRAL LLC, 201 UNIVERSITY BLVD #600, DENVER, CO 80206 |
| CHRISTOPHER A. MONTANA | 1058 MARKET STREET, FORT MILL, SC 29708 |
| CHURCHILL SQUARE SHOPPING CENTER | 9861 SW 184TH STREET, MIAMI, FL 33157 |
| CIERRA INVESTMENT CORPORATION | 101 CROSSINGS WEST DRIVE, SUITE 202, LAKE OZARK, MO 65049 |
| CINCINNATI TROPHY LLC | PO BOX 3027, HICKSVILLE, NY 11802-3027 |
| CIP GATEWAY 1 & 2, LLC | 19762 MACARTHUR BLVD, SUITE 300, IRVINE, CA 92612 |
| CIRCLE 22 INVESTORS LLC | 4057 28TH STREET NW, SUITE 200, ROCHESTER, MN 55901 |
| CITIGROUP | 1401 W. COMMERCIAL BLVD., SUITE 200, FORT LAUDERDALE, FL 33309-7206 |
| CITY PROPERTIES LLC | DBA KELLER WILLIAMS CAPITOL PROPERTIES, 2702 12 ST. NORTH EAST, WASHINGTON, DC 20018 |
| CLARKSON PROPERTIES, INC. | 6220 S ORANGE BLOSSOM TRAIL, # 100, ORLANDO, FL 32809 |
| CLASS REALTY INC, DBA REMAX 1ST CLASS | 620 BYPASS DRIVE, CLEARWATER, FL 33764 |
| CLEARVIEW REALTY, INC. | 1223 S CLEARVIEW AVE, SUITE 106, MESA, AZ 85209 |
| CLISE AGENCY TRUST | 1700 SEVENTH AVENUE, SUITE 1800, SEATTLE, WA 98101 |
| COGNAC PACIFICARE, LLC | 23392 NETWORK PLACE, CHICAGO, IL 60673 |
| COLDWELL BANKER BAINBRIDGE | KAUFMAN REAL ESTATE, INC, 1103 PARK AVE, MEADVILLE, PA 16635 |
| COLLATERAL TRACKING REALTY | 2423 WEST MARCH LANE, SUITE 200, STOCKTON, CA 95207 |
| COMPASS REAL ESTATE SERVICES, LLC | 2043 MAYBANK HIGHWAY, CHARLESTON, SC 29412 |
| COOL SPRINGS LOT 19 PARTNERS | 2002 RICHARD JONES ROAD, SUITE C-200, NASHVILLE, TN 37215 |
| COOPER HOMES | 1301 US 52, ABERDEEN, OH 45101 |
| CORALLO REAL ESTATE | 199-20 32 AVE, BAYSIDE, NY 11358 |
| CORNER HOUSE ASSOCIATES, LP | 827 FARMINTON AVENUE, FARMINGTON, CT 06032 |
| CORNER OFFICE INC | 10121 SE SUNNYSIDE ROAD, CLACKAMAS, OR 97015 |
| CORNERSTONE AT NORWOOD LLC | 2920 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| CORNERSTONE REALTY GROUP, LLC | 2101 NORTHSIDE DRIVE, PANAMA CITY, FL 32105 |
| CORPORATE EXECUTIVE SUITES WEST, INC | 20283 STATE ROAD #7, SUITE 300, BOCA RATON, FL 33498 |
| CORPORATE WOODS ASSOCIATES, LLC | 175 CORPORATE WOODS, SUITE 160, ROCHESTER, NY 14623 |
| COUNSELOR REALTY | 3200 MAIN STREET NW, SUITE 240, COON RAPIDS, MN 55448 |
| COURTYARD BUILDINGS, LLC | 32 OFFICE PARK ROAD, THE COURTYARD BUILDING, HILTON HEAD ISLAND, SC 29928 |
| COWIFI IRON POINT, LLC | 445 SOUTH FIGUEROA STREET, SUITE 3300, LOS ANGELES, CA 90071 |
| CRAVEN-SHAFFER-NORTH BAY VILLAGE | 26381 SOUTH TAMIAMI TRAIL, SUITE 300, BONITA SPRINGS, FL 34134 |
| CRECER PROPERTIES | 1807 QUAIL RUN DR., GARLAND, TX 75040 |
| CRESCENT REAL ESTATE FUNDING III, L.P. | 11 GREENWAY PLAZA, SUITE 1405, HOUSTON, TX 77046 |
| CRYSTAL SPRINGS RESORT DEVELOPMENT | 50 SUGAR MAPLE LANE, HARDYSTONS, NJ 07419 |
| CSHV SOUTHPARK, LLC | P.O. BOX 905307, CHARLOTTE, NC 28290-5307 |
| D&T PROPERTIES | P.O. BOX 337, BLUE SPRINGS, MO 64013 |
| DALTON LTD | 133 EDGEWATER DRIVE, BILOXI, MS 39531 |
| DAN DEVELOPMENT, LTD | 10 E. 22ND STREET, SUITE 116, LOMBARD, IL 60148 |
| DAN SMITH AND ASSOCIATES | 42140 BIG BEAR BLVD, # 120, BIG BEAR LAKE, CA 92315 |
| DANIELS INTERNATIONAL VENTURES, LLP | C/O JRM DANIELS, LLC, 2211 LAKE CLUB DRIVE, SUITE 100, COLUMBUS, OH 43232 |
| DARREN KREITZ | 2931 ZELDA ROAD, MONTGOMERY, AL 36106 |
| DBSI-PHOENIX PEAK-32 | P.O. BOX 24823, SEATTLE, WA 98124-0823 |
| DECKER & BELT PROPERTIES | PO BOX 2610, MURFREESBORO, TN 37133-2610 |
| DEFAULT EXPRESS SERVICES | 303 LIPPINCOTT DRIVE, SUITE 320, MARLTON, NJ 08053 |
| DEMETRIOS LLC | PO BOX 58, SOUTH WINDHAM, CT 06266 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DENNIS M. DOYLE, JR. | 7807 BAYMEADOWS ROAD EAST, SUITE 1 & 2, JACKSONVILLE, FL 32256 |
| DENVER EAST VENTURES LLC | DBA KELLER WILLIAMS DENVER EAST LLC, 3401 QUEBEC STREET, SUITE 8000, DENVER, CO 80207 |
| DENVER NORTHWEST VENTURES, LLC | DBA KELLER WILLIAMS REALTY PROFESSIONALS, LLC, 9191 SHERIDAN BLVD, WESTMINSTER, CO 80031 |
| DILL LUMBER COMPANY | PO BOX 1089, REDLANDS, CA 92372 |
| DIMITRI SIRAKOFF | 1206 E. 17TH STREET, #204, SANTA ANA, CA 92701 |
| DIXIE FARM BUSINESS PARK LEASING OFFICE | 15255 GULF FREEWAY, #C127, HOUSTON, TX 77034 |
| DND INVESTMENTS, LLC | 13231 LUXBURY LOOP, ORLANDO, FL 32837 |
| DOLP 114 PROPERTIES II, LLC | P.O. BOX 9245, UNIONDALE, NY 11555-9245 |
| DR. SIDONG CHEN | 1351 38TH AVENUE, KENOSHA, WI 53144 |
| DUKE REALTY LIMITED PARTNERSHIP | D/B/A DUKE REALTY OF INDIANA LIMITED PARTNERSHIP, 520 MARYVILLE CENTRE DRIVE, SUITE 200, ST. LOUIS, MO 63141-5819 |
| DUNIVAN COMPANY INC, REALTORS | 6372 MECHANICSVILLE TURNPIKE, SUITE 112, MECHANICSVILLE, VA 23111 |
| EAST N. ST. ASSOC. LLC | 200 E. BROAD ST., GREENVILLE, SC 29601 |
| EAST WEST REALTY OF VA, INC DBA LEGACY PROPERTIES, | 14700 VILLAGE SQUARE PLACE, MIDLOTHIAN, VA 23112 |
| EBRAHARDT HOMES | 3308 SOUTH TWEEDT, KENNEWICK, WA 99337 |
| ECI OWENSMOUTH | PO BOX 60000, SAN FRANCISCO, CA 94160 |
| EDENS AND AVANT FINANCING LP, DEPT 2213 | PO BOX 822459, PHILADELPHIA, PA 19182 |
| EDWARD MARSELLA | 4352 WHITE PLAINS ROAD, BRONX, NY 10466 |
| EOP OPERATING LIMITED PARTNERSHIP | 701 5TH AVENUE, SUITE 4000, SEATTLE, WA 98104 |
| EOP-JOHNSON CORPORATE CENTRE, LLC | C/O EQUITY OFFICE PROPERTIES TRUST, 1610 ARDEN WAY, SUITE 250, SACREMENTO, CA 95815 |
| EOS ACQUISITION, I LLC C/O TRANSWESTERN COMMERCIAL | 8200 IH 10 WEST, SUITE 315, SAN ANTONIO, TX 78230 |
| EQUITY ONE REALTY & MANAGEMENT FL, INC. | PO BOX 01-9170, MIAMI, FL 33101-9170 |
| EVERGREENS COMMONS MANGEMENT | 3064 WHITMAN DRIVE, EVERGREEN, CO 80439 |
| EXECUTECHNJ | 897 MCBRIDGE AVENUE, WEST PATERSON, NJ 07424 |
| EXECUTIVE PARK, LLC C/O THE WITKOFF GROUP | 220 EAST 42ND STREET, NEW YORK, NY 10017-5806 |
| EXECUTIVE SYSTEMS, INC. | 1115 ELKTON DRIVE, SUITE 300, COLORADO SPRINGS, CO 80907 |
| EXTRA SPACE STORAGE | 3000 NORTH 10TH STREET, ARLINGTON, VA 22201 |
| F. A. F. PROPERTIES | 5550 FRANKLIN ROAD, SUITE 202, NASHVILLE, TN 37220 |
| FELDMAN & ASSOCIATES | 33 EAST 33 STREET, SUITE 802, NEW YORK, NY 10016 |
| FIDELITY COURT ASSOCIATES | P.O. BOX 15351, WILMINGTON, DE 19850-5351 |
| FIDELITY NATIONAL FINANCIAL | 601 RIVERSIDE AVENUE, JACKSONVILLE, FL 32204 |
| FINDLAY INVESTORS, LLC | PO BOX 480, FINDLAY, OH 45839 |
| FLOYD SMITH OFFICE PARK US LAND MGMT | PO BOX 220, HARRISBURG, NC 28075 |
| FOLEY & TEDALDI ENTERPRISES, LLC | 1 SOUTH STREET, WASHINGTONVILLE, NY 10992 |
| FORT BRAGG FCU | 2448 SOUTH PX DRIVE, BLDG. Z, FORT BRAGG, NC 28310 |
| FOUNTAINS PARK, LLC | 11333 N SCOTTSDALE ROAD, SUITE 180, SCOTTSDALE, AZ 85254 |
| FOURTEEN-EIGHT, LLC | 3901 WASHINGTON ROAD, SUITE 301, MCMURRAY, PA 15317 |
| FRANCONIA MEDICAL PROPERTIES, LLC | 6160 FULLER COURT, ALEXANDRIA, VA 22310 |
| FRANKLIN FLATS LLC | 285 OLMSTED BLVD., SUITE 7, PINEHURST, NC 28374 |
| G. MELO, L.L.C., | C/O METRO MANAGEMENT SERVICES, LLC, 8230 LEESBURG PIKE, SUITE 510, VIENNA, VA 22182 |
| GAJ | 415 MAIN STREET, RIDGEFIELD, CT 06877 |
| GAR ASSOCIATES IX, LLC | 480 NORTH SAM HOUSTON PARKWAY EAST, SUITE 190, HOUSTON, TX 77060 |
| GARY AND DONNA THOMAS | P.O. BOX 6585, MCCLEAN, VA 22101 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GARY BLACKWELL | PO BOX 1085, NEW PORT RICHEY, FL 34656 |
| GATEWAY CHULA VISTA, LLC | 303 H STREET, SUITE 300, CHULA VISTA, CA 91910 |
| GATEWAY MUIRLAND, INC | C/O TA ASSOCIATES REALTY, 1301 DOVE STREET, SUITE 860, NEWPORT BEACH, CA 92660 |
| GATEWAY RIVERSIDE, INC. | FILE # 55441, LOS ANGELES, CA 90074 |
| GATEWAY WEST LIMITED PARTNERSHIP | C/O HYATT COMMERCIAL, 1919 WEST STREET, ANNAPOLIS, MD 21401 |
| GEAR ASSOCIATES | 321 SHORE ROAD, SOMERS POINT, NJ 08244 |
| GENERATIONS COMMUNITY CREDIT UNION | 123 W MAIN STREET, DURHAM, NC 27701 |
| GLADES-PIKES INVESTORS, LTD. | 7777 GLADES ROAD, SUITE 310, BOCA RATON, FL 33434 |
| GLENBOROUGH FUND V WASHINGTON, LLC | P.O. BOX 6022, HICKSVILLE, NY 11802-6602 |
| GMAC MORGAGE LLC | 500 ENTERPRISE DRIVE, HORSHAM, PA 19044 |
| GOBC | P. O. BOX 8000, PARK CITY, UT 84060 |
| GODDARD STREET LLC | 1295 KELLY JOHNSON BLVD, SUITE 230, COLORADO SPRINGS, CO 80920 |
| GRAND VALLEY ASSOCIATES | ONE EASE RIDGEWOOD AVENUE, P.O. BOX 268, PARAMUS, NJ 07653 |
| GRAYPORT PARTNERS, LLC | 487 MCLAWS CIRCLE, STE. 2, WILLIAMSBURG, VA 23185 |
| GREENS OF STRONGVILLE LTD C/O WALD & FISHER | 23825 COMMERCE PARK RD, SUITE F, BEACHWOOD, OH 44122 |
| GREY OAKS INCORPORATED | 20304 W. 92ND STREET, LENEXA, KS 66220 |
| GRUBB & ELLIS MGMT. SVC. INC. | 23380 NETWORK PLACE, CHICAGO, IL 60673-1233 |
| GRUMBLES LLC | 630 WILLIAMSON ROAD, MOORESVILLE, NC 28117 |
| H. FUTRELL AND G.J. PARELL | 330 WEST 23RD STREET, PANAMA CITY, FL 32405 |
| HAGGEN TALBOT LIMITED PARTNERSHIP | 2200 RIMLAND DR., SUITE 250, BELLINGHAM, WA |
| HALO REALTY, LLC ATTN: KELLY MCDANIEL | 700 JOHNNY CASH PARKWAY, HENDERSONVILLE, TN 37075 |
| HANKIN EAGLEVIEW ASSOCIATES | C/O THE HANKIN GROUP, PO BOX 562, 707 EAGLEVIEW BLVD, EXTON, PA 19341 |
| HARBOR HOUSE | 163 OLDFRIELD RD, SUITE 5A - 2ND FLOOR, FAIRFIELD, CT 06430 |
| HARSCH INVESTMENT CORP, AND OREGAN CORPORATION | 851 SW 6TH AVENUE, SUITE 550, PORTLAND, OR 97204 |
| HAUPPAUGE WOODLANDS ASSOCIATES L.P. | 500 BI-COUNTY BLVD., SUITE 230, FARMINGDALE, NY 11735 |
| HAVENGATE INLAND EMPIRE, LLC | C/O HALL EQUITIES GROUP, 1855 OLYMPIC BLVD, SUITE 250, WALNUT CREEK, CA 94596 |
| HCIP | 3200 TYLER, SUITE A, CONWAY, AR 72034 |
| HELP-U-SELL LAKEVIEW REALTY | 31641 AUTO CENTER DRIVE, SUITE 1A, LAKE ELSINORE, CA 92530 |
| HELPUSELL HARBINGER REALTY | 3685A NOTTINGHAM WAY, HAMILTON, NJ 08690 |
| HELPUSELL RICCI REALTY | 901 MARLTON PIKE, CHERRY HILL, NJ 08053 |
| HERLINDA RYAN INC | 8148 LA MESA BLVD, LA MESA, CA 91941 |
| HHI PROPERTIES | 8 LAFAYETTE PLACE, HILTON HEAD, SC 29926 |
| HIDDEN VALLEY EQUITIES, LLC | 1750 112TH AVENUE NE, BELLEVUE, WA 98004 |
| HIGHWOODS REALTY, LP - | SIX FORKS LEASE # 504902, PO BOX 409412, ATLANTA, GA 30384 |
| HILLCREST DEVELOPMENT OF LAKE GENEVA, LLC | 516 STATE ROAD 11, ALKHORN, WI 53121 |
| HOOVER COURT, LLC | P.O. BOX 13007, BIRMINGHAM, AL 35202 |
| HOPEWELL FEDERAL CREDIT UNION | PO BOX 2157, HEATH, OH 43056-0157 |
| HOWARD HUGHES PROPERTIES, LIMITED PARTNERSHIP | C/O THE HOWARD HUGHES CORPORATION, 10000 WEST CHARLESTON BLVD., SUITE 200, LAS VEGAS, NV 89135 |
| HOWLAND PLAZA OWNERSHIP | 5050 BELMONT AVENUE, YOUNGSTOWN, OH 44505 |
| HQ GLOBAL WORKPLACES | 2001 ROUTE 46, SUITE 310, PARSIPPANY, NJ 07054 |
| HQ GLOBAL WORKPLACES | 333 CITY BOULEVARD WEST, 17TH FLOOR, ORANGE, CA 92868 |
| HQ GLOBAL WORKPLACES, INC. | 5445 DTC PARKWAY, GREENWOOD VILLAGE, CO 80111 |
| HUB PROPERTIES TRUST | PO BOX 84-5946, BOSTON, MA 02284-5946 |
| HUDSON LIVING TRUST D/T/D 6/14/1983 | P.O. BOX 7163, CARMEL, CA 93921 |
| HUSTON PROPERTIES | 1601 TIFFIN AVENUE, FINDLAY, OH 45840 |
| ICC NORFOLK FLEXS OFFICE | 6387 CENTER DRIVE, BUILDING 2, SUITE 1, NORFOLK, VA 23502 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ICC NORFOLK LTD. - PROPERTY MANAGEMENT OFFICE | 6387 CENTER DRIVE, BUILDING 2, SUITE 1,NORFOLK, VA 23502 |
| INDIAN VALLEY PROPERTIES | P.O.BOX 487,WOODBRIDGE, VA 22194-0487 |
| INLAND MID-ATLANTIC MANAGEMENT CORP. | 4687 PAYSPHERE CIRCLE,CHICAGO, IL 60674 |
| INLAND US MANAGEMENT | 13068 COLLECTIONS CENTER DR,CHICAGO, IL 60693 |
| INTERNATIONAL OFFICE SUITES | ONE NEW HAMPSHIRE AVENUE,SUITE 125,PORTSMOUTH, NH 03801 |
| INTERO REAL ESTATE | 1900 CAMDEN AVENUE,SAN JOSE, CA 95124 |
| INTERO REAL ESTATE | 730 EAST F STREET,SUITE A,OAKDALE, CA 95361 |
| INTERSTATE OFFICE HOLDINGS, LLC | 6387 CENTER DRIVE,SUITE 1, BUILDING 2,NORFOLK, VA 23502 |
| INVESTMENT HOMES | 100 FOXSHIRE DRIVE,LANCASTER, PA 17601 |
| IRWIN MORTGAGE CORPORATION | 10500 KINCAID DRIVE,FISHERS, IN 46038 |
| IVY GROUP REALTY SERVICES LLC | 4649 NANNIE HELEN BURROUGH AVENUE,NE 202,WASHINGTON, DC 20019 |
| J.A. MORRIS COMPANY | P.O. BOX 12645,OLYMPIA, WA 98508 |
| J.D.L. AND COMPANY | 2514 JAMACHA ROAD #502-172,EL CAJON, CA 92019 |
| JAMES R. AND PATRICIA A. DARFUS | 701 E. MAIN STREET,LANCASTER, OH 43130 |
| JAY EARL ASSOCIATES, LLC C/O KAPLAN REALTY GROUP, | 1350 AVENUE OF THE AMERICAS, SUITE 3100 |
| JAY L EGAN, STERLING SAVINGS BANK | P.O. BOX 33,SEASIDE, OR 97138 |
| JEFFERSON PARTNERS, LLC - ATT: MATT SAROUSH | 165 TIMOTHY CIRCLE,RADNOR, PA 19087 |
| JEFFREY A. SHAFFER & JAMES R. EKDAHL | 18 CARLISLE STREET, SUITE 300,GETTYSBURG, PA 17325 |
| JG LLC | 5216 SW BURTON DRIVE,PORTLAND, OR 97221 |
| JIM STOLP AND JULIE STOLP | 1129 9TH AVENUE SE,WATERTOWN, SD 57201 |
| JOHN AND PAUL MORIARTY | 603 MAIN AVE, PO BOX 705,BROCKINGS, SD 57006 |
| JOHN G. PATTON | P.O. BOX 400,CEDAR HILL, TX 75106 |
| JOHN H. MARTISEK | 1311 N. WASHINGTON ST, PO BOX 1570,BEEVILLE, TX 78104-1570 |
| JOHNSON/ RAWLINGS C/O WILLIAMR. JOHNSON | 401 CHATHAM SQUARE OFFICE PARK,FREDERICKSBURG, VA 22405 |
| JORDAN'S CONSTRUCTION | 201 FOREST DRIVE,KNIGHTDALE, NC 27545 |
| JOSE BIASCOECHEA | 140 WINGO WAY,MT. PLEASANT, SC 29464 |
| JOSEPH E. COLSON AGENCY INC | 961 POTTSTOWN PIKE,CHESTER SPRINGS, PA 19424 |
| JOSEPH F. PATRICKUS, JR. AND MARCELLA P. PATRICKUS | 106 E HWY 54, PO BOX 625,CAMDENTON, MO 65020 |
| JOYCE A. PICKARD | P.O. BOX 384,CAMDEN, TN 38320 |
| JUSTIN MARTELLA | P.O. BOX 907,TIPTON, CA 93272 |
| KAHN DEVELOPMENT | 101 FLINT LAKE RD.,COLUMBIA, SC 29223 |
| KAIPERM FEDERAL CREDIT UNION | 2101 BROADWAY,OAKLAND, CA 94612 |
| KANSAS CITY FACTORY SHOPS LIMITED PARTNERSHIP | 217 E. REDWOOD STREET, 20TH FLOOR,BALTIMORE, MD 21202 |
| KAV CENTER, INC. | C/O JACK KAHN REALTY SERVICES CORP.,P.O. BOX 1618,LIVINGSTON, NJ 07039 |
| KAV CENTER, INC. | 216 STELTON ROAD, SUITE A-1,PISCATAWAY, NJ 08854 |
| KAYCEE LLC | 1295 KELLY JOHNSON BLVD,SUITE 230,COLORADO SPRINGS, CO 80920 |
| KELLER WILLIAMS HUDSON VALLEY GROUP, LLC | 18 LAUREL ROAD,NEW CITY, NY 10956 |
| KELLER WILLIAMS REAL ESTATE | PROFESSIONALS-MCMURRAY, PA,1190 GALLERY DR.,MCMURRAY, PA 15317 |
| KELLER WILLIAMS REALTY | 56 WEST MAIN STREET, SUITE 100A,CHRISTIANA, DE 19702 |
| KELLER WILLIAMS REALTY | 4341 PIEDMONT AVENUE,OAKLAND, CA 94611 |
| KELLER WILLIAMS REALTY- EXTON, PA | 100 CAMPBELL BLVD, STE 106,EXTON, PA 19341 |
| KELLER WILLIAMS REALTY- WILMINGTON, DE | 1521 CONCORD PIKE, STE 102,WILMINGTON, DE 19803 |
| KELLER WILLIAMS TOWN AND COUNTRY | 1520 KILLEARN CENTER BLVD,TALLAHASSEE, FL 32309 |
| KEY WEST BUSINESS CENTER, INC | 422 FLEMING STREET,KEY WEST, FL 33040 |

| Claim Name | Address Information |
|---|---|
| KILGRET PROPERTY, LTD | P.O. BOX 35856, PHOENIX, AZ 85069 |
| KLF, LTD. | 1500 BROADWAY, 21ST FLOOR, NEW YORK, NY 10036 |
| KOURY CORPORATION | 400 FOUR SEASONS TOWN CENTRE, GREENSBORO, NC 27427 |
| KRUSE WAY LLC | 5245 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| LAMPERT AT IRON POINT, LLC | C/O CAPITAL BUILDERS, 1130 IRON POINT ROAD, SUITE 170, FOLSOM, CA 95630 |
| LANDMARK OFFICE CENTER | 8659 STAPLES MILLS RD, RICHMOND, VA 23228 |
| LBA MELVILLE ASSOCIATES C.O NETREX LLC, MANAGER, | 270 SOUTH SERVICE ROAD, SUITE 45, MELVILLE, NY 11747 |
| LBJ | 8805 18TH AVENUE, BROOKLYN, NY |
| LEIGHTON & CLARK, LLC | C/O VESTMOORE MANAGEMENT, INC., 168 SOUTH RIVER ROAD, BEFORD, NH 03110 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | P.O. BOX 828438, PHILADELPHIA, PA 19182-8438 |
| LIQUID HOUSES LLC | PO BOX 160801, SPARTANBURG, SC 29316 |
| LJMG, INC. | 7825 FAY AVENUE, SUITE 200, LAJOLLA, CA 92037 |
| LOU BARTFIELD & ALAN VON SOSTEN | 735 N MAIN STREET, MANTECA, CA 95336-3782 |
| LOUDOUN STREET ASSOCIATES, LLC | 41882 TUTT LANE, LEESBURG, VA 20176-623 |
| LOUDOUN STREET ASSOCIATES, LLC | 41882 TUTT LANE, LEESBURG, VA 20176-6236 |
| LUCE INVESTMENTS, LTD. | 1904 NORTH BROADWAY, SIDNEY, OH 45365 |
| M. W. ALLS AND P. G. HOTTIE | 23 SMITH STREET, WARRENTON, VA 20186 |
| MAG PROPERTY MANAGEMENT, INC. | C/O NAI MAXWELL, P.O. BOX 9905, GREENSBORO, NC 27407 |
| MAIN STREET DYL ASSOCIATES, LP | 220 FARM LANE, DOYLESTOWN, PA 18901 |
| MARATHON PARKWAY ASSOCIATES, LLC | 45-17 MARATHON PARKWAY, LITTLE NECK, NY 11362 |
| MARINER COMMONS, LLC | 18205 BISCAYNE BLVD, SUITE 2202, AVENTURA, FL 33160 |
| MARK & KAREN CURT | 2104 DEER RUN MEADOWS, TROY, MO 63379 |
| MARK GRIMES DBA OCEAN CITY REALTY | 3258 ASBURY AVE, OCEAN CITY, NJ 08226 |
| MARK V REALTY | 722 SOUTH COLLEGE AVE, COLLEGE PLACE, WA 99324 |
| MATHIAS SHOPPING CENTERS, INC. | P.O. BOX 6485, SPRINGDALE, AR 72766 |
| MAYO & BARBARA SOMMER MEYER | 7425 VARDON WAY, FT COLLINS, CO 80528 |
| MCINTURF REALTY INC | 1110 TUSCARAWAS AVE NW, NEW PHILADELPHIA, OH 44663 |
| MEADOW OAKS SHOPPING CENTER | PO BOX 8229, NO. 14 CROSSROADS, SHOPPING VILLAGE, SUITE 201, CORPUS CHRISTI, TX 78412 |
| MERDIA ASSOC. | 109 LAURENS ROAD, GREENVILLE, SC 29607 |
| MET LIFE- FAIRVIEW CENTER | P.O. BOX 13470, RICHMOND, VA 23225 |
| METRO PARK SOUTH | PO BOX 48132, NEWARK, NJ 07101 |
| MIARIVIERA CORPORATION | 816 NW 11 STREET, SUITE 309, MIAMI, FL 33136 |
| MICHAEL E CARPENTER/ADRIAN CARPENTER | 10365 SE SUNNYSIDE ROAD, CLACKAMAS, OR 97015 |
| MICHAEL J BROWN | P.O. BOX 85, MATHEWS, VA 23109 |
| MICHAEL T. & PATRICIA H. FRALIX | 305 DALTON DRIVE, RALEIGH, NC 27615 |
| MIDLOTHIAN ARBORETUM C/O DNA PARTNERS | P.O. BOX 270, GREENVALE, NY 11548-0270 |
| MIKE AND SARAH BINDER | 1140 UNION CHURCH ROAD, MCCONNELLBURG, PA 17233 |
| MILL RIDGE FARM, LLC | 1 MILL RIDGE LANE, CHESTER, NJ 07930 |
| MKD ORCHARD PARTNES, L.P. | C/O VERITAS PROPERTY MANAGEMENT, 625 IMPERIAL WAY, SUITE 5, NAPA, CA 94559 |
| MODESTO'S FIRST CREDIT UNION | 430 12 STREET, MODESTO, CA 95354 |
| MONTAGUE OAKS | 3506 WEST MONTAGUE AVENUE, NORTH CHARLESTON, SC 29418 |
| MOUNTAIN GREENERY LLC | PO BOX 2309, STATELINE, NV 89449-2309 |
| MOUNTAIN VIEW HOLDING COMPANY, LLC | 606 MOUNTAIN VIEW AVE., SUITE 101, LONGMONT, CO 80501 |
| MOUNTAIN-N-PLAINS, INC | 920 S. TAFT HILL ROAD, FORT COLLINS, CO 80521 |
| MSKW C/O CAROL WILSON | 925 BROKEN SHAFT LANE, KNOXVILLE, TN 37922 |
| MULL & ASSOCIATES FINANCIAL SERVICES, LLC | 91760 OVERSEAS HWY, TAVERNIER, FL 33070 |
| MURDOCK & GANNON. INC. | 202 NORTH DIXON STREET, CARY, NC 27613 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NATIONAL FOOD CORPORATION, | C/O MORRIS PIHA REAL ESTATE, PO BOX 53290, BELLEVUE, WA 98015 |
| NATIONAL TITLE RESOURCES CORP | 4740 WHITE BEAR PARKWAY, #100, WHITE BEAR LAKE, MN 55110 |
| NETWORTH FINANCIAL SERVICES | 409 TAMWORTH COURT, BLUE BELL, PA 19422 |
| NEW BOSTON PRISM HARMON PLAZA, INC | 50 GRAND AVENUE, ENGLEWOOD, NJ 07631-3506 |
| NEWELL SAMUEL JONES | 35 MOSS RD., CAMDEN, TN 38320 |
| NICKEL PLATE PROPERTIES INC. | PO BOX 5008, CLEARWATER, FL 33758-5008 |
| NNN VF FOUR RESOURCE, LLC | PO BOX 552336, ATLANTA, GA 33655-2336 |
| NORTHWEST CORP CENTER | 7400 N. ORACLE RD, SUITE 338, TUSCON, AZ 85704-6342 |
| NOVE PLAZA LLC | P.O. BOX 989, WOODBRIDGE, CA 95258 |
| OAK GROVE COMMONS | STATE ROAD 54, LUTZ, FL 33559 |
| OAKFIELD PROPERTIES LIMITED | P. O. BOX 1385, BRANDON, FL 33509 |
| ODIE ENTERPRISES, LLC | 5225 E. CAMINO APOLENA, TUSCON, AZ 85718 |
| OMNI PARTNERS, LP | 225 BROADHOLLOW ROAD, SUITE 212 W, CS 5341, MELVILLE, NY 11747-0983 |
| ONE FINANCIAL LIMITED PARTNERSHIP | 650 SHACKLEFORD, SUITE 400, LITTLE ROCK, AR 72211 |
| ONEBEACON INSURANCE COMPANY | ONE BEACON STREET, BOSTON, MA 02108-3100 |
| OTIS & CLARK PROPERTIES C/O LAMP & LANTERN VILLAGE | 1850 CRAIGSHIRE ROAD, SUITE 103, ST. LOIUS, MO 63146 |
| OVERTON REAL ESTATE | 3303 E. BASELINE ROAD, SUITE 119, GILBERT, AR 85234 |
| OXFORD HEALTH PLANS | 9900 BREN ROAD EAST, REAL ESTATE DEPT., NASHUA, NH 03062 |
| PACIFIC PRIDE COMMUNITIES | 627-A BITRITTO CT, MODESTO, CA 95356 |
| PARK MEADOWS REALTY, LLC | DBA KELLER WILLIAMS REAL ESTATE, LLC, 10475 EAST PAR4K MEADOWS DRIVE, SUITE 550, LITTLETON, CO 80124 |
| PARKVIEW LIMITED PARTNERSHIP | PO BOX 76003, CLEVELAND, OH 44145 |
| PARKWAY SEVENTY ASSOCITES | P.O. BOX 1581, LAKEWOOD, NJ 08701 |
| PAT WOOD | PO BOX 1764, LA QUINTA, CA 92247 |
| PB ADAMS, LLC | 7119 INDIANA AVENUE, RIVERSIDE, CA 92504 |
| PEMMA, INC. | 510 OCEAN DRIVE, SUITE 308, MIAMI BEACH, FL 33139 |
| PERRY BUILDERS, LLC | 4938 WINDY HILL DRIVE, SUITE B, RALEIGH, NC 27604 |
| PINEPOINT SHOPS GENERAL PARTNERSHIP | 211 KING STREET, SUITE 300, CHARLESTON, SC 29402 |
| PLATINUM PARTNERS | 2611 CROSS TIMBERS ROAD, SUITE 100, FLOWER MOUND, TX 75027 |
| PREMIER OFFICE CENTERS, LLC | 18000 STUDEBAKER RD., SUITE 700, CERRITOS, CA 90703 |
| PRINCIPAL LIFE INS CO-007511 | PO BOX 6113 / PROPERTY 007511, HICKSVILLE, NY 11802-6113 |
| PRINCIPAL TRUST REALTORS | 8910 SW GEMINI DRIVE, BEAVERTON, OR 97008 |
| PRINCIPLE EQUITY PROPERTIES | PO BOX 4869, DEPARTMENT #169, HOUSTON, TX 77210-4869 |
| PRO GROUP MORENO VALLEY INC. | DBA KELLER WILLIAMS, 12900 FREDERICK, MORENO VALLEY, CA 92551 |
| PRO SPORTS FINANCIALS, INC. | 800 FAIRWAY DR., #307A, DEERFIELD BEACH, FL 33441 |
| PROFESSIONAL REAL ESTATE ALLIANCE CORP | 1107 KENNEDY PLACE, SUITE 5, DAVIS, CA 95616 |
| PROPERTIES SW, INC. DBA REMAX PROPERTIES SW, INC., | 6985 WALLACE ROAD, ORLANDO, FL |
| PRUDENTIAL CALIFORNIA REALTY | 7 AVE & DOLORES ST., CARMEL, CA 93921 |
| PRUDENTIAL SELECT PROPERTIES | 139 MAIN STREET, CHARDON, OH 44024 |
| PRUITT PROPERTIES, INC. | 1801 BAYBERRY COURT, SUITE 100, RICHMOND, VA 23226 |
| R & S GROVE FAMILY LTD. | 1690 W. SHAW, SUITE 220, FRESNO, CA 93711 |
| R&M PROPERTIES OF NORTH CAROLINA, L.L.C. | P. O. BOX 784, KITTY HAWK, NC 27949 |
| R.K. ASSOCIATES | 17100 COLLINS AVENUE, SUITE 225, MIAMI, FL 33160 |
| RAHWAY INVESTMENTS, LLC | 142 BROAD ST., ELIZABETH, NJ 07201 |
| RALPH S PERRONE, SR. | 585 N. COURTNEY PKWY, SUITE 302, MERRITT ISLAND, FL 32953 |
| RAMBLEWOOD SQUARE - RE6616 | PO BOX 6149, HICKSVILLE, NY 11802-6149 |
| RANCO ROAD ASSOCIATES, C/O CB RICHARD | 150 WEST MAIN STREET, SUITE 1100, NORFOLK, VA 23510 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ELLIS | 150 WEST MAIN STREET, SUITE 1100, NORFOLK, VA 23510 |
| RANDOLPH & KRYSTYNA MATLACK | 672 EXTON COMMONS, EXTON, PA 19341 |
| RANDY PEPPER & ASSOCIATES | 504 PORTVILLE CERES ROAD, PORTVILLE, NY 14770 |
| RAY & SALLIE EDWARDS REAL ESTATE, LP | 2334 ENGLISH ROAD, HIGH POINT, NC 28262 |
| RE/MAX AFFILIATES | 1320 HWY 395 NORTH, GARDNERVILLE, NV 89410 |
| RE/MAX CLASSIC, THE FURMAN TEAM | 528 EAST LANCASTER AVE., SAINT DAVIDS, PA 19087 |
| RE/MAX FOOTHILLS | 451 HAYWOOD RD, GREENVILLE, SC 29607 |
| RE/MAX PROPERTIES | 2630 TENERFOOT HILL STREET, SUITE 100, COLORADO SPRINGS, CO 80906 |
| RE/MAX REALTY CENTER | 807 N. CHURCH STREET, WATERTOWN, WI 53098 |
| REALTY WORLD /MASICH & DELL | 1103 W. FRONT ST., BERWICK, PA 18603 |
| RECKSON 711 WESTCHESTER AVE., LLC. | C/O RECKSON OPERATING PARTNERSHIP, GPO BOX 5656, NEW YORK, NY 10087-5656 |
| RECKSON OPERATING PARTNERSHIP | 225 BROADHOLLOW ROAD, MELVILLE, NY 11747 |
| REDLANDS COMMUNITY INVESTMENT CORP | 300 E. STATE STREET, 5TH FLOOR, REDLANDS, CA 92373 |
| REGUS MANAGEMENT GROUP LLC | 6200 STONERIDGE MALL RD, PLEASANTON, CA 94588 |
| REMAX 1ST ADVANTAGE | 6375 MERCURY DRIVE, SUITE 101, MECHANICSBURG, PA 17050 |
| REMAX ACHIEVERS | 3590 FISHINGER BLVD, HILLIARD, OH 43026 |
| REMAX ASSOCIATES | 5975 CLEVELAND AVENUE, COLUMBUS, OH 43231 |
| REMAX GOLD COUNTRY PROPERTIES | 851 PLEASANT VALLEY RD, DIAMOND SPRINGS, CA 95619 |
| REMAX METRO | 21907 64TH AVE W, # 200, MOUNTLAKE TERRANCE, WA 98043 |
| REMAX PERFORMANCE INC | 300 SUNNY GLEN COURT, BOX 5044, THE WOODLANDS, CO 80866 |
| REMAX PLATINUM | 314 COMMONS WAY, PRINCETON, NJ 08540 |
| REMAX PREMIER PROPERTIES-CHET MEIERAREND, LLC | 1103 SW 1ST STREET, OAK GROVE, MO 64076 |
| REMAX REAL ESTATE EXPERTS | 8500 STATION STREET, SUITE 275, MENTOR, OH 44060 |
| REMAX REALTY CENTER | 807 NORTH CHURCH STREET, WATERTOWN, WI 53098 |
| REMAX RENAISSANCE | 305 HARRISON STREET, SUITE 200, LEESBRUG, VA 20175 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE, SUITE 900, IRVINE, CA 92618 |
| RENTAL MGT. CO. | 7304 10TH STREET SE, EVERETT, WA 98205 |
| REXCO MAGNOLIA, L.L.C. | 2518 SANTIAGO BOULEVARD, ORANGE, CA 92867 |
| RICHTREE ENTERPRISES, L.L.C. | C/O RIM PACIFIC MANAGEMENT, BOX 51913, LOS ANGELES, CA 90051 |
| RIDGEVIEW PLAZA, LLC. | P.O. BOX 70399, RENO, NV 89570 |
| RIGGS- BANK MEPT | PO BOX 39000, SAN FRANCISCO, CA 94139 |
| RIM PACIFIC | FILE 50286, LOS ANGELES, CA 90074 |
| RIO WEST LIMITED PARTNERSHIP | 307 WEST RIO ROAD, CHARLOTTESVILLE, VA 22901 |
| RIVER PARK COMMONS, LLC | 4612 WESTRIDGE AVENUE, FORT WORTH, TX 76116 |
| RIVER PARK EXECUTIVE SUITES | 1000 TOWN CENTER DRIVE, SUITE 300, OXNARD, CA 93036 |
| RIVERWALK CROSSING, L.L.C. | P. O. BOX 1147, JENKS, OK 74037 |
| ROANOKE HOME TEAM LLC, | C/O ALLEGIANCE REALTY PARTNERS, LLC, 1354 OLD BRIDGE ROAD, SUITE 201, WOODBRIDGE, VA 22192 |
| ROBBINS AND FARROW, LLC | 1022 TOCOBAGA LANE, SARASOTA, FL 34236 |
| ROBERT L. NANCE | 426 ROXBORO, HAW RIVER, NC 27258 |
| ROLLAND R. AND AURAL M. SARVER | 621 LAFAYETTE AVE., BOWLING GREEN, OH 43402 |
| ROYAL OAKS GROUP | 1210 TRINITY ROAD, SUITE 102, RALEIGH, NC 27615 |
| RSF, LLC C/O PLAZA DEL RIO | 9401 W. THUNDERBIRD RD, SUITE 200, PEORIA, AZ 85381 |
| RUBICON PROPERTY MGMT. | C/O FIVE STAR BANK - NATOMAS, 2400 DEL PASO ROAD, SUITE 100, SACRAMENTO, CA 95834 |
| RUSSEL GRAPPONE | 20 BATTERY PARK AVENUE, SUITE 303, ASHEVILLE, NC 28801 |
| RYLAN, INC. | 7325 HIGHBLUFF CT., CONCORD, OH 44077 |
| SAI SPORTS MGMT | 3150 HILLTOP MOALL ROAD, STE #19, RICHMOND, CA 94806 |
| SALVATORE RIGGI AND ANGELA RIGGI | 18 SOUTH BAYNARD LANE, MAHWAH, NJ 07430 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SAN MATEOVENTURE, INC. | DBA KELLY WILLIAMS REALTY,1528 S. EL CAMINO REAL,SAN MATEO, CA 94402 |
| SCHOOLHOUSE PLAZA SHOPPING CENTER | PO BOX 8000,DEPT 016,BUFFALO, NY 14267 |
| SCHOTTENSTEIN TRUSTEE | DEPT L-2632,COLUMBUS, OH 43260-2632 |
| SHERWOOD WEST, LLC | P.O. BOX 938,SHERWOOD, OR 97140 |
| SHOPPES OF HAMPDEN | P.O. BOX 5967,HARRISBURG, PA 17110 |
| SHOREHAM PL. C/O FEE MANAGEMENT | 8304 CALIREMONT MESA BLVD.,SUITE 109,SAN DIEGO, CA 92111 |
| SIERRA HOMES & PROPERTIES | 10709 HWY 49 & 88,JACKSON, CA 95642 |
| SIERRA HOMES CONSTRUCTION, INC. | 2442 WEST 940 N,TREMONTON, UT 94337 |
| SIX COMMERCE DRIVE ASSOCS LLC | P.O. BOX 23229,NEWARK, NJ 07189 |
| SMII/TRP PROPERTIES, LP | C/O TRANSWESTERN PROPERTIES,14180 DALLAS PARKWAY,SUITE 305,DALLAS, TX 75254 |
| SMITHKLINE BEECHAM, PLC | C/O JOES LANG LASALLE AMERICAS, INC,153 EAST 53RD STREET,NEW YORK, NY 10022 |
| SOUTH BEACH INVESTMENT REALTY | 1680 MERIDAN,SUITE 102,MIAMI BEACH, FL 33139 |
| SOUTHEAST PARTNERS, LLC | DBA KELLER WILLIAMS REALTY, LLC,3095 SOUTH PARKER ROAD,SUITE 200,AURORA, CO 80014 |
| SOUTHGATE MARKETPLACE, LLC, | C/O CB RICHARD ELLIS,DEPARTMENT 59880,MILWAUKEE, WI 53259-0880 |
| SOUTHWEST REALTY, LLC | DBA KELLER WILLIAMS REALTY SUCCESS, LLC,5912 S. CODY ST,SUITE 100,LITTLETON, CO 80123 |
| ST. PAUL PROPERTIES - | ONE DENVER HIGHLANDS,DEPT LA 22273,PASADENA, CA 91185-2273 |
| ST. PETERS EXECUTIVE CENTER | 4680 MEXICO ROAD,ST. PETERS, MO 63376 |
| STANDARD REGISTER FCU | 175 CAMPBELL STEET, PO BOX 1167,DAYTONA, OH 45408 |
| STANFORD REAL ESTATE, LLC | 3555 STANFORD ROAD,SUITE 204,FORT COLLINS, CO 80525 |
| STATE HIGHWAY PATROL FCU | 6161 BUSCH BLVD,SUITE 215,COLUMBUS, OH 43228 |
| STAUNHOPE PROPERTIES | P.O. BOX 2442,STAUNTON, VA 24402-2442 |
| STEPHEN C. WILKS | 7A STONEBRIDGE BOULEVARD,JACKSON, TN 38305 |
| STERWICK DEVELOPMENT CORP. | P.O. BOX 2444,FT. LAUDERDALE, FL 33303 |
| STISSING FARMS, INC. | 2847 CHURCH STREET,PINE PLAINS, NY 12567 |
| STONE CREEK HOLDINGS LLC | 825 MID POINT DRIVE,O'FALLON, MO 63366 |
| STUDIO E VALENCIA | 28005 N. SMYTH DRIVE,VALENCIA, CA 91355 |
| SUGARAY TWO, LLC | 690 BERKMAR CIRCLE,CHARLOTTESVILLE, VA 22901 |
| SUGARBUSH HOME BUILDING, GRANT RANCH, LLC | 7475 KAKIN ST,#330,DENVER, CO 80221 |
| SUMSODEVCO C/O SUMMIT MANAGEMENT CORPORATION | 220 SOUTH MAIN STREET,PROVIDENCE, RI 02903-4317 |
| SUN LIFE ASSURANCE CO. OF CANADA SL54277 | PO BOX 890622,CHARLOTTE, NC 28289 |
| SUNSET VIEW, LLC | 460 ROUTE 101,BEDFORD, NH 03110 |
| SUPERIOR CUSTOM HOMES, LLC | 958 N. ANDERSON ROAD,ROCK HILL, SC 29730 |
| SUTTON REALTY | 117 W. CENTRAL AVE,TITUSVILLE, PA 16354 |
| SWDFOR, LLC | 1617 E. MEADOWMERE STREET,SPRINGFIELD, MO 65804 |
| TALBOT SERVICES | 2200 RIMLAND DRIVE,SUITE 250,BELLINGHAM, WA 98226 |
| TAYLOR INVESTMENT PROPERTIES, L.L.C. | 110 OAKWOOD DRIVE,STE. 510,WINSTON-SALEM, NC 27103 |
| TED GLASRUD ASSOCIATES, INC. | 431 S. SEVENTH STREET,SUITE 2470,MINNEAPOLIS, MN 55415 |
| TENNESSEE HOME FUNDING | 109 KENNER,NASHVILLE, TN 37205 |
| THE ATRIUM 3505 LLC | 3505 E ROYALTON ROAD,BROADVIEW HEIGHTS, OH 44147 |
| THE CAPITAL RELOCATION GROUP | 6800 PARAGON PLACE,#415,RICHMOND, VA 23230 |
| THE CENTRE AT CHENAL, LLC | CHENAL PARKWAY,LITTLE ROCK, AR 72223 |
| THE COTTAGE APARTMENTS, LLC | P.O. BOX 301118,LOS ANGELES, CA 90030-1118 |
| THE EAST BRUNSWICK CENTER | 197 ROUTE 18 SOUTH,SUITE 3000,EAST BRUNSWICK, NJ 08816 |
| THE GARIBALDI GROUP | 14 GAIRMOUNT AVENUE,CHATHAM, NJ 07928 |
| THE HAMPTON BUILDING, LLC | P.O. BOX 6997,MYRTLE BEACH, SC 29572 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| THE HARBOR SHOPS LLC., | A FLORIDA LIMITED LIABILITY COMPANY,PO BOX 025544,THIRD FLOOR,MIAMI, FL 33102-5544 |
| THE MCLEAN INSURANCE AGENCY, INC. | 46179 WESTLAKE DRIVE,SUITE 300,POTOMAC FALLS, VA 20165 |
| THE MUNGO CO | 441 WESTERN LANE,IRMO, SC 29063 |
| THE PHELPS TEAM, LLC (REMAX CENTRAL PROPERTIES), | 536 WEST CENTRAL AVENUE,SPRINGBORO, OH 45066 |
| THE PLAZA AT EL PORTAL, L.P. | P.O. BOX 2344,MERCED, CA 95344 |
| THE PM COMPANY | 1000 GRAND CENTRAL MALL,VIENNA, WV 26105 |
| THE PRISCHAK FAMILY PARTNERSHIP | C/O TECNICADEV CORP.,100 STATE ST,SUITE B 100,ERIE, PA 16507 |
| THE REAL ESTATE EXCHANGE, INC | 3571 LACKEY ST.,LUMBERTON, NC 28366 |
| THE SHANDON GROUP, INC | D/B/A PRUDENTIAL PALMETTO REALTORS,2002 BLOSSOM STREET,COLUMBIA, SC 29205 |
| THE WESTFALL GROUP LLC | 1290 EAST ARLINGTON BLVD,SUITE 200,GREENVILLE, NC 27858 |
| THE WINDWARD REALTY GROUP | RR 2,BOX 81-15,CENTER HARBOR, NH 03226 |
| THOMAS J. HIBERT | 1000 SOUTH MAIN STREET SUITE 204,SALINAS, CA 93901 |
| TIC PROPERTIES MANAGEMENT, INC. | C/O PREMIER REAL ESTATE ASSOCIATES, INC.,106 W. 14TH STREET,SUITE 2700,KANSAS CITY, MO 64105 |
| TICON PROPERTIES, INC. | 5850 FAYETTEVILLE ROAD,SUITE 201,DURHAM, NC 27713 |
| TIRANGLE REALTY RESOURCES, INC. | 504 BRIANDALE AVENUE,CARY, NC 27519 |
| TOMMY MCBRIDE REALTY | 4426 WASHINGTON RD,EVANS, GA 30809 |
| TOWN & COUNTRY REALTY, INC | 3734 ASTROZON BLVD,COLORADO SPRINGS, CO 80910 |
| TRACY FEDERAL CREDIT UNION | 951 CENTRAL AVENUE,TRACY, CA 95376 |
| TRANSOCEAN PROPERTIES, L.C. | 190 OLD DIXIE HIGHWAY,VERO BEACH, FL 32962 |
| TRANSWESTERN 535 CONNECTICUT, LLC | PO BOX 60659,CHARLOTTE, NC 28260 |
| TRAPOST, LLC AND PARK TOWNE DEVELOPMENT CORP. | DBA TOWN CENTER SQUARE,402 S. GAMMON PLACE,SUITE 300,MADISON, WI 53719 |
| TRIMONT REAL ESTATE | PO BOX 54000,ATLANTA, GA 30308 |
| TVJL, LLC C/O ROBERT RISKIN, CPA | 472 BOSTON POST ROAD,SUITE 1,ORANGE, CT 06477 |
| TWENTY ERFORD ROAD ASSOCIATES, L.P. | 20 ERFORD ROAD, SUITE 212,LEMOYNE, PA 17043 |
| TYJ, ASSOCIATES, LP | 132 JOHN ROBERT THOMAS DRIVE,EXTON, PA 19341 |
| ULSTER AQUISITION | 125 PARK AVE.,NEW YORK, NY 10017 |
| UNION TITLE COMPANY | 2040 SOUTH UNION AVENUE,ALLIANCE, OH 44601 |
| UNITED REAL ESTATE & INVESTMENTS LLC | P.O. BOX 19457,RALEIGH, NC 57619 |
| UNITED SERVICES CU | 391 S. FRENCH BROAD AVE.,ASHVILLE, NC 28801 |
| UPPER LAKE PLAZA | 270 SPARTA AVENUE, SUITE 201,SPARTA, NJ 07871 |
| UTAH STATE RETIREMENT INVESTMENT FUND | PO BOX 70723, A12 BAKER TECH,CHIACGO, IL 60673-0723 |
| VALLEY OAK EXECUTIVE SUITES | 516 W. SHAW AVENUE, SUITE 200,FRESNO, CA 93704 |
| VERICOMM, A CALIFONIA CORPORATION | 27200 TOURNEY ROAD,SUITE 315,VALENCIA, CA 91355 |
| VICTORIAN ABSTRACT AGENCY | 937 COLUMBIA AVE,SUITE 1,CAPE MAY, NJ 08204 |
| VIETNAM CENTER | 1159 UNIVERSITY AVENUE,ST. PAUL, MN 55104 |
| WACHOVIA BANK/ORLANDO BRAMINGHAM, INC. | P.O. BOX 863741,ORLANDO, FL 32886-3741 |
| WACO PROPERTIES INC. | 569 E EDGEWOOD AVENUE,JACKSONVILLE, FL 32205 |
| WAGNER REAL ESTATE | 2100 DARBY ROAD,HAVERTOWN, PA 19083 |
| WASHINGTON SQUARE LAND DEVELOPMENT | 6135 FAR HILLS AVENUE,DAYTON, OH 45459 |
| WATER GARDENS BUSINESS CENTER, LLC | 100 S. CHAPARRAL CT., SUITE 110,ANAHEIM, CA 92808 |
| WATERPLANT INVESTMENT, LLC | 5644 BAYSIDE DRIVE,ORLANDO, FL 32819 |
| WAYNE BELLEAU | 10 CRATER LAKE AVENUE,MEDFORD, OH 97504 |
| WENDY OLSEN | PO BOX 509,CONWAY, NH 03818 |
| WESTCHESTER MARKET C/O GRAVLEE COMMERCIAL | 1333 WEST MCDERMOTT DRIVE,SUITE 180,DALLAS, TX 75206 |
| WESTERN CORNERS | 233 DUKE ST.,LANCASTER, PA 17602 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WESTERN CORNERS SHOPPING CENTER | 233 N. DUKE STREET, LANCASTER, PA 17602 |
| WESTERN CU, INC. | 750 GEORGESVILLE, COLUMBUS, OH 43228 |
| WESTERN LANE HOLDINGS, LLC | 441 WESTERN LANE, IRMO, SC 29063 |
| WILLARD CONSTRUCTION OF | SMITH MOUNTAIN LAKE, LLC, P.O. BOX 540, WIRTZ, VA 24184 |
| WILLIAM C. NASH AND L. DLAN NASH | C/O CONTROLLER WITH A COPY TO DELIVERED TO, 7500 WEST JEFFERSON BLVD, FORT WAYNE, IN 46804 |
| WIN WIN OF BREVARD, LLC | DBA KELLER WILLIAMS PROFESSIONALS, 17 WEST MAIN STREET, BREVARD, NC 28712 |
| WINONA PARTNERS | 18231 HWY. 18, SUITE 4, APPLE VALLEY, CA 92307 |
| WKRD INVESTMENT | 4423 W. 45TH AVENUE, AMARILLO, TX 79109 |
| WOLFSON FARKAS & GARVEY | 104-18 METROPOLITAN AVE, FOREST HILLS, NY 11375 |
| WORKSITE FINANCIAL PARTNERS | C/O BREEN FINANCIAL MANAGEMENT, 1515 INTERNATIONAL PARKWAY, SUITE 1019, LAKE MARY, FL 32746 |
| YORK STREET JOINT VENTURE | PO BOX 227, MORRISTOWN, NJ 07963 |

**Total Creditor Count 511**