# Exhibit "A"

| Inv | Date | SCI Svcs |
|---|---|---|
| 5/30 Balance | 5/30/2007 | 0.00 |
| IN00010827 | 5/31/2007 | 46,156.50 |
| IN00010830 | 5/31/2007 | 4,859.13 |
| IN00010831 | 5/31/2007 | 51,545.20 |
| IN00010832 | 5/31/2007 | 96.35 |
| IN00010875 | 5/31/2007 | 1,500.00 |
| IN00010876 | 5/31/2007 | 150.00 |
| IN00010895 | 6/30/2007 | 676.88 |
| IN00010896 | 6/30/2007 | 40,052.05 |
| IN00010897 | 6/30/2007 | 75.20 |
| IN00010898 | 6/30/2007 | 9.40 |
| IN00010900 | 6/30/2007 | 10,306.50 |
| IN00010957 | 6/30/2007 | 42,328.00 |
| IN00001275 | 6/30/2007 | 604.81 |
| IN00010899 | 7/2/2007 | 23,246.99 |
| IN00010958 | 7/31/2007 | 30,543.25 |
| IN00010959 | 7/31/2007 | 1,041.34 |
| IN00010960 | 7/31/2007 | 29,880.82 |
| IN00010961 | 7/31/2007 | 36,508.17 |
| IN00010962 | 7/31/2007 | 131.60 |
| IN00001293 | 7/31/2007 | 364.03 |
| IN00011008 | 8/31/2007 | 90.00 |
| IN00011055 | 8/31/2007 | 8,336.25 |
| IN00011056 | 8/31/2007 | 11,975.60 |
| IN00011057 | 8/31/2007 | 18.80 |
| IN00011059 | 8/31/2007 | 1,280.00 |
| IN00011060 | 8/31/2007 | 255.00 |
| IN00001329 | 8/31/2007 | 327.63 |
| Services total | | 342,359.50 |
| Payments received | | -200,639.95 |
| Services balance as of 9/19/07 | | 141,719.55 |

| | |
|---|---|
| 3PTY overpayments --> 5/31/07 | 401,695.11 |
| 3PTY payments 6/1-9/19 | -484,906.95 |
| 3PTY received 6/1-9/19 | 424,254.22 |
| 3PTY overpayments --> 9/19/07 | 341,042.38 |