# EXHIBIT A

|   | TRANSACTION | OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE |
|---|---|---|
| 1 | AHMA 2005-1 | Pooling and Servicing Agreement dated as of October 1, 2005, among American Home Mortgage Assets LLC, as company, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 2 | AHMA 2005-2 | Pooling and Servicing Agreement dated as of December 1, 2005, among American Home Mortgage Assets LLC, as company, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 3 | AHMA 2006-1 | Pooling and Servicing Agreement dated as of May 1, 2006, among American Home Mortgage Assets LLC, as company, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 4 | AHMA 2006-2 | Pooling and Servicing Agreement dated as of June 1, 2006, among American Home Mortgage Assets LLC, as company, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 5 | AHMA 2006-3 | Pooling and Servicing Agreement dated as of July 1, 2006, among American Home Mortgage Assets LLC, as company, Wells Fargo Bank. N.A., as master servicer, and Citibank, N.A., as trustee. |
| 6 | AHMA 2006-4 | Pooling and Servicing Agreement dated as of August 1, 2006, among American Home Mortgage Assets LLC, as company, Wells Fargo Bank. N.A., as master servicer, and Citibank, N.A., as trustee. |
| 7 | AHMA 2006-5 | Pooling and Servicing Agreement dated as of September 1, 2006, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 8 | AHMA 2006-6 | Pooling and Servicing Agreement dated as of October 1, 2006, among American Home Mortgage Assets LLC, as depositor, |

|    | TRANSACTION | OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE |
|----|-------------|---|
|    |             | Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 9  | AHMA 2007-1 | Pooling and Servicing Agreement dated as of January 1, 2007, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 10 | AHMA 2007-2 | Pooling and Servicing Agreement dated as of February 1, 2007, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 11 | AHMA 2007-3 | Pooling and Servicing Agreement dated as of May 1, 2007, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 12 | AHMA 2007-4 | Pooling and Servicing Agreement dated as of May 1, 2007, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 13 | AHMA 2007-5 | Pooling and Servicing Agreement dated as of June 1, 2007, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 14 | AHMA 2007-SD2 | Amended and Restated Trust Agreement dated as of May 15, 2007, among American Home Mortgage Assets LLC, as depositor, Wells Fargo Bank, N.A., as securities administrator, Deutsche Bank National Trust Company, as indenture trustee, and Wilmington Trust Company, as owner trustee. |
| 15 | AHMIT 2004-1 | Amended and Restated Trust Agreement dated March 31, 2004, among American Home Mortgage Securities LLC, as depositor, Wilmington Trust Company, as owner trustee, and Wells Fargo Bank, N.A., as indenture trustee, certificate registrar, and certificate paying agent. |

|    | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|----|-----------------|-----|
| 16 | AHMIT 2004-2    | Amended and Restated Trust Agreement dated June 30, 2004, among American Home Mortgage Securities LLC, as depositor, Wilmington Trust Company, as owner trustee, and Wells Fargo Bank, N.A., as indenture trustee, certificate registrar, and certificate paying agent. |
| 17 | AHMIT 2005-1    | Master Servicing Agreement dated March 23, 2005, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2005-1, as issuer, and Deutsche Bank National Trust Company, as indenture trustee. |
| 18 | AHMIT 2005-2    | Master Servicing Agreement dated June 22, 2005, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2005-2, as issuer, and Deutsche Bank National Trust Company, as indenture trustee. |
| 19 | AHMIT 2005-3    | Master Servicing Agreement dated September 20, 2005, among Wells Fargo Bank, N.A., as master servicer and securities administrator, American Home Mortgage Investment Trust 2005-3, as issuer, and Deutsche Bank National Trust Company, as indenture trustee. |
| 20 | AHMIT 2005-4A   | RMBS Master Servicing Agreement dated October 7, 2005, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2005-4A, as issuer, and US Bank National Association, as indenture trustee. |
| 21 | AHMIT 2005-4C   | Master Servicing Agreement dated October 7, 2005, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2005-4C, as issuer, and US Bank National Association, as indenture trustee. |
| 22 | AHMIT 2005-SD1  | Master Servicing Agreement dated December 28, 2005, among Wells Fargo Bank, N.A., as master servicer and securities administrator, American Home Mortgage Investment Trust 2005-SD1, as issuer, and Deutsche Bank National Trust Company, as indenture trustee. |
| 23 | AHMIT 2006-1    | Master Servicing Agreement dated March 29, 2006, among Wells Fargo Bank, N.A., as master servicer and securities |

|  | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|---|---|---|
|  |  | administrator, American Home Mortgage Investment Trust 2006-1, as issuing entity, American Home Mortgage Acceptance, Inc., as sponsor, and Deutsche Bank National Trust Company, as indenture trustee. |
| 24 | AHMIT 2006-2 | RMBS Master Servicing Agreement dated June 29, 2006, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2006-2, as issuing entity, American Home Mortgage Acceptance, Inc., as sponsor, and Deutsche Bank Trust Company Americas, as indenture trustee. |
| 25 | AHMIT 2006-3 | Master Servicing Agreement dated December 28, 2006, among Wells Fargo Bank, N.A., as master servicer and securities administrator, American Home Mortgage Investment Trust 2006-3, as issuing entity, American Home Mortgage Acceptance, Inc., as sponsor, and Deutsche Bank National Trust Company, as indenture trustee. |
| 26 | AHMIT 2007-1 | Master Servicing Agreement dated March 30, 2007, among Wells Fargo Bank, N.A., as master servicer and securities administrator, American Home Mortgage Investment Trust 2007-1, as issuing entity, American Home Mortgage Acceptance, Inc., as sponsor, and Deutsche Bank National Trust Company, as indenture trustee. |
| 27 | AHMIT 2007-2 | Master Servicing Agreement dated April 20, 2007, among Wells Fargo Bank, N.A., as master servicer and securities administrator, American Home Mortgage Investment Trust 2007-2, as issuing entity, American Home Mortgage Acceptance, Inc., as sponsor, and Deutsche Bank National Trust Company, as indenture trustee. |
| 28 | AHMIT 2007-A | RMBS Master Servicing Agreement dated March 13, 2007, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2007-A, as issuing entity, American Home Mortgage Acceptance, Inc., as sponsor, and Deutsche Bank National Trust Company, as indenture trustee. |
| 29 | AHMIT 2007-SD1 | RMBS Master Servicing Agreement dated March 13, 2007, among Wells Fargo Bank, N.A., as RMBS master servicer and securities administrator, American Home Mortgage Investment Trust 2007-SD1, as issuing entity, American Home Mortgage |

|   | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|---|---|---|
|   |   | Acceptance, Inc., as sponsor, and Deutsche Bank National Trust Company, as indenture trustee. |
| 30 | BSABS 2006-AC3 | Pooling and Servicing Agreement dated April 1, 2006, among Bear Stearns Asset Backed Securities 1 LLC, as depositor, EMC Mortgage Corporation, as sponsor and company, Wells Fargo Bank, N.A., as master servicer and securities administrator, and US Bank National Association, as trustee. |
| 31 | BSABS 2006-AC4 | Pooling and Servicing Agreement dated June 1, 2006, among Bear Stearns Asset Backed Securities 1 LLC, as depositor, EMC Mortgage Corporation, as seller and company, Wells Fargo Bank, N.A., as master servicer and securities administrator, and US Bank National Association, as trustee. |
| 32 | CMLT 2003-1 | Pooling and Servicing Agreement dated November 1, 2003, among Citigroup Mortgage Loan Trust Inc., as depositor, Wells Fargo Bank Minnesota, N.A., as master servicer and trust administrator, and US Bank National Association, as trustee. |
| 33 | DBALT 2006-AB2 | Pooling and Servicing Agreement dated May 1, 2006, among Deutsche Alt-A Securities, Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and HSBC Bank USA, N.A., as trustee. |
| 34 | DBALT 2006-AB3 | Pooling and Servicing Agreement dated June 1, 2006, among Deutsche Alt-A Securities, Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and HSBC Bank USA, N.A., as trustee. |
| 35 | DBALT 2006-AB4 | Pooling and Servicing Agreement dated September 1, 2006, among Deutsche Alt-A Securities, Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and HSBC Bank USA, N.A., as trustee. |
| 36 | DBALT 2006-AR5 | Pooling and Servicing Agreement dated October 1, 2006, among Deutsche Alt-A Securities, Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and HSBC Bank USA, N.A., as trustee. |
| 37 | DBALT 2006-AR6 | Pooling and Servicing Agreement dated December 1, 2006, among Deutsche Alt-A Securities, Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and HSBC Bank USA, N.A., as trustee. |

|    | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|----|-----------------|---|
| 38 | DBALT 2007-AB1  | Pooling and Servicing Agreement dated March 1, 2007, among Deutsche Alt-A Securities, Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, Clayton Fixed Income Services, Inc., as credit risk manager, and HSBC Bank USA, N.A., as trustee. |
| 39 | GSR 2006-AR1    | Master Servicing and Trust Agreement dated January 1, 2006, among GS Mortgage Securities Corp., as depositor, US Bank National Association, as trustee, JP Morgan Chase Bank, National Association, as a custodian, Wells Fargo Bank, N.A., as securities administrator, master servicer, and a custodian, and Deutsche Bank National Trust Company, as a custodian. |
| 40 | GSR 2006-AR2    | Master Servicing and Trust Agreement dated April 1, 2006, among GS Mortgage Securities Corp., as depositor, Citibank, N.A., as trustee, JP Morgan Chase Bank, National Association, as a custodian, Wells Fargo Bank, N.A., as securities administrator, master servicer, and a custodian, and Deutsche Bank National Trust Company, as a custodian. |
| 41 | GSR 2006-OA1    | Master Servicing and Trust Agreement dated August 1, 2006, among GS Mortgage Securities Corp., as depositor, Wells Fargo Bank, N.A., as securities administrator and master servicer, and Deutsche Bank National Trust Company, as trustee and custodian. |
| 42 | GSR 2007-OA1    | Master Servicing and Trust Agreement dated April 1, 2007, among GS Mortgage Securities Corp., as depositor, Wells Fargo Bank, N.A., as securities administrator and master servicer, and Deutsche Bank National Trust Company, as trustee and a custodian. |
| 43 | GSAA 2006-10    | Master Servicing and Trust Agreement dated June 1, 2006, among GS Mortgage Securities Corp., as depositor, Deutsche Bank National Trust Company, as trustee, Deutsche Bank National Trust Company, JP Morgan Chase Bank National Association, US Bank National Association, and Wells Fargo Bank, N.A., as custodians, and Wells Fargo Bank. N.A., as master servicer and securities administrator. |
| 44 | GSAA 2006-11    | Master Servicing and Trust Agreement dated June 1, 2006, among GS Mortgage Securities Corp., as depositor, Deutsche Bank National Trust Company, as trustee, Deutsche Bank |

|  | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|---|---|---|
|  |  | National Trust Company, JP Morgan Chase Bank National Association, and US Bank National Association, as custodians, and Wells Fargo Bank. N.A. as master servicer and securities administrator. |
| 45 | GSAMP 2006-S4 | Pooling and Servicing Agreement dated June 1, 2006, among GS Mortgage Securities Corp., as depositor, Indymac Bank, F.S.B., as servicer, American Home Mortgage Servicing, Inc., as servicer, Ocwen Loan Servicing, LLC, as servicer, Wells Fargo Bank, N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee. |
| 46 | HBV 2006-6 | Pooling and Servicing Agreement dated June 1, 2006, among Greenwich Capital Acceptance, Inc., as depositor, Greenwich Capital Financial Products, Inc., as seller, Wells Fargo Bank, N.A., as master servicer and securities administrator, and Deutsche Bank National Trust Company, as trustee and custodian. |
| 47 | HBV 2006-7 | Pooling and Servicing Agreement dated August 1, 2006, among Greenwich Capital Acceptance, Inc., as depositor, Greenwich Capital Financial Products, Inc., as seller, Wells Fargo Bank, N.A., as master servicer and securities administrator, Clayton Fixed Income Services, Inc., as credit risk manager, and Deutsche Bank National Trust Company, as trustee and custodian. |
| 48 | HBV 2006-14 | Pooling and Servicing Agreement dated December 1, 2006, among Greenwich Capital Acceptance, Inc., as depositor, Greenwich Capital Financial Products, Inc., as seller, Wells Fargo Bank, N.A., as master servicer and securities administrator, Clayton Fixed Income Services, Inc., as credit risk manager, and Deutsche Bank National Trust Company, as trustee and custodian. |
| 49 | HBV 2007-2 | Pooling and Servicing Agreement dated March 1, 2007, among Greenwich Capital Acceptance, Inc., as depositor, Greenwich Capital Financial Products, Inc., as seller, Wells Fargo Bank, N.A., as master servicer and securities administrator, Clayton Fixed Income Services, Inc., as credit risk manager, and Deutsche Bank National Trust Company, as trustee and a custodian. |
| 50 | HBV 2007-5 | Pooling and Servicing Agreement dated June 1, 2007, among |

|  | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|---|---|---|
|  |  | Greenwich Capital Acceptance, Inc., as depositor, Greenwich Capital Financial Products, Inc., as seller, Wells Fargo Bank, N.A., as master servicer and securities administrator, Clayton Fixed Income Services, Inc., as credit risk manager, and Deutsche Bank National Trust Company, as trustee and custodian. |
| 51 | HBV 2007-6 | Pooling and Servicing Agreement dated July [__], 2007, among Greenwich Capital Acceptance, Inc., as depositor, Greenwich Capital Financial Products, Inc., as seller, Wells Fargo Bank, N.A., as master servicer and securities administrator, Clayton Fixed Income Services, Inc., as credit risk manager, and Deutsche Bank National Trust Company, as trustee and a custodian. |
| 52 | JPALT 2006-A3 | Pooling and Servicing Agreement dated June 1, 2006, among JP Morgan Acceptance Corporation I, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and US Bank National Association, as trustee. |
| 53 | JPALT 2007-S1 | Pooling and Servicing Agreement dated May 1, 2007 among JP Morgan Acceptance Corporation I, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and US Bank National Association, as trustee. |
| 54 | JPMMT 2007-S2 | Pooling and Servicing Agreement dated May 1, 2007 among JP Morgan Acceptance Corporation I, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and US Bank National Association, as trustee. |
| 55 | JPMMT 2007-S3 | Pooling and Servicing Agreement dated May 1, 2007 among JP Morgan Acceptance Corporation I, as depositor, Wells Fargo Bank. N.A., as master servicer and securities administrator, and US Bank National Association, as trustee. |
| 56 | JPMWHSE | Master Servicer Agreement dated July 25, 2003, among JP Morgan Mortgage Acquisition Corp., as company, and Wells Fargo Bank Minnesota, N.A., as master servicer. |
| 57 | LUM 2006-7 | Pooling Agreement dated December 1, 2006, among Lares Asset Securitization, Inc., as depositor, MAIA Mortgage Finance Statutory Trust, as seller, Wells Fargo Bank, N.A., as securities administrator and master servicer, and HSBC Bank USA, National Association, as trustee. |

|    | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|----|----|----|
| 58 | MALT 2006-2 | Pooling and Servicing Agreement dated March 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, and custodian, and The Bank of New York, as trustee. |
| 59 | MALT 2006-3 | Pooling and Servicing Agreement dated June 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, and custodian, and The Bank of New York, as trustee. |
| 60 | MARM 2005-8 | Pooling and Servicing Agreement dated December 1, 2005, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, and custodian, and JP Morgan Chase Bank, N.A., as trustee. |
| 61 | MARM 2006-OA1 | Pooling and Servicing Agreement dated March 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, and custodian, and US Bank National Association, as trustee. |
| 62 | MARM 2006-OA2 | Pooling and Servicing Agreement dated October 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, and custodian, US Bank National Association, as trustee, and Clayton Fixed Income Services, Inc., as credit risk manager. |
| 63 | MARM 2007-1 | Pooling and Servicing Agreement dated December 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, and custodian, and US Bank National Association, as trustee. |
| 64 | MARM 2007-3 | Pooling and Servicing Agreement dated April 1, 2007, among Mortgage Asset Securitization Transactions, Inc., as depositor, UBS Real Estate Securities, Inc., as transferor, Wells Fargo Bank, N.A., as master servicer, trust administrator, custodian, and credit risk manager, and US Bank National Association, as trustee. |

|    | **TRANSACTION** | **OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE** |
|----|----|----|
| 65 | MLMI 2003-A6 | Pooling and Servicing Agreement dated October 1, 2003, among Merrill Lynch Mortgage Investors, Inc., as depositor, Wells Fargo Bank Minnesota, N.A., as master servicer and securities administrator, and Wachovia Bank, National Association, as trustee. |
| 66 | MSM 2006-5AR | Pooling and Servicing Agreement dated March 1, 2006, among Morgan Stanley Capital I Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and LaSalle Bank National Association, as trustee and custodian. |
| 67 | MSM 2006-6AR | Pooling and Servicing Agreement dated April 1, 2006, among Morgan Stanley Capital I Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and LaSalle Bank National Association as trustee and custodian. |
| 68 | MSM 2006-8AR | Pooling and Servicing Agreement dated May 1, 2006, among Morgan Stanley Capital I Inc., as depositor, Wells Fargo Bank, N.A., as master servicer and securities administrator, and LaSalle Bank National Association, as trustee and custodian. |
| 69 | PRM 2004-CL1 | Pooling and Servicing Agreement dated January 1, 2004, among Structured Asset Mortgage Investments II Inc., as depositor, LaSalle Bank National Association, as trustee, Wells Fargo Bank Minnesota, N.A., as master servicer and securities administrator, and EMC Mortgage Corp., as seller and company. |
| 70 | SAMI 2006-AR5 | Pooling and Servicing Agreement dated May 1, 2006, among Structured Asset Mortgage Investments II Inc., as depositor, JP Morgan Chase Bank, N.A., as trustee, Wells Fargo Bank, N.A., as master servicer and securities administrator, and EMC Mortgage Corp. |
| 71 | SAMI 2007-AR1 | Pooling and Servicing Agreement dated January 1, 2007, among Structured Asset Mortgage Investments II Inc., as depositor, Citibank, N.A., as trustee, Wells Fargo Bank, N.A., as master servicer and securities administrator, and EMC Mortgage Corp. |
| 72 | ZUNI 2006-OA1 | Pooling and Servicing Agreement dated June 1, 2006, among Greenwich Capital Acceptance, Inc., as depositor, Thornburg Mortgage Home Loans, Inc., as seller, Wells Fargo Bank, N.A., |

| | TRANSACTION | OPERATIVE DOCUMENT UNDER WHICH WELLS FARGO SERVES AS MASTER SERVICER, SECURITIES ADMINISTRATOR, TRUST ADMINISTRATOR, AND/OR INDENTURE TRUSTEE |
|---|---|---|
| | | as master servicer and securities administrator, Wilmington Trust Company, as Delaware trustee, and LaSalle Bank National Association, as trustee and custodian. |
| 73 | FNMA 2002-66 | |
| 74 | FNMA 2002-80 | |
| 75 | FNMA 2002-90 | |
| 76 | FNMA 2003-7 | |
| 77 | FNMA 2003-34 | |
| 78 | FNMA 2003-63 | |