**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of September, 2007, he caused true and correct copies of the foregoing ***Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Motion, Assumption Notice and Sale of the Loan Servicing Business*** to be served on the following counsel of record in the manner indicated:

***VIA E-FILE***

| | |
|---|---|
| Dennis J. Connolly, Esquire<br>Matthew W. Levin, Esquire<br>Jason H. Watson, Esquire<br>Jennifer M. Meyerowitz, Esquire<br>Alston & Bird, LLP<br>1201 West Peachtree Center<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | David L. Buchbinder, Esquire<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |
| Joel A. Waite, Esquire<br>Joseph M. Barry, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>100 West Street<br>Wilmington, DE 19899-0391 | Howard A. Cohen, Esquire<br>Brinker, Biddle & Reath, LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801 |
| Etta Rena Wolfe, Esquire<br>Smith, Katzenstein & Furlow, LLP<br>P.O. Box 410<br>Wilmington, DE 19899 | |

/S/ Todd C. Schiltz
Todd C. Schiltz (#3253)

Date:   September 20, 2007