**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, *et al.*, | ) | Case No. 07-11047 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**LIMITED OBJECTION TO DEBTORS' NOTICE**
**OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF**
**CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY**
**CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

Experian Information Solutions, Inc., ("Experian"), respectfully submits this limited objection (the "Objection") to the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any (the "Assumption Notice") filed by American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliated debtors and debtors in possession (collectively, the "Debtors")[1] on or about September 10, 2007 [Docket No. 674]. In support of its Objection, Experian states as follows:

1. On August 6, 2007 (the "Petition Date"), the Debtors initiated the above-captioned cases by filing voluntary petitions under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the Petition Date, Experian provided the Debtors with certain marketing and monitoring services, including demographic data, targeted mailings, database consulting services, and consumer monitoring and notification services (the "Marketing Services").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holding (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgaging Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home

Experian is entitled to payment for the Marketing Services within thirty (30) days of invoice date.

3.      On or about September 11, 2007, the Debtors served the Assumption Notice on Experian, stating the Debtors' intent to assume and assign a contract between Experian and the Debtors.  The Assumption Notice fails to identify the specific contract between the Debtors and Experian that the Debtors intend to assume and assign, and states that no cure amount would be due to Experian as a condition of assumption and assignment.

4.      The Debtors failed to pay amounts due to Experian prior to the Petition Date. Pursuant to 11 U.S.C. § 365(b)(1)(A), the Debtors may not assume and assign any contract between the Debtors and Experian unless they also cure those prepetition payment defaults. Furthermore, the Debtors must specifically identify the contract they seek to assume and assign.

5.      Contrary to the Debtors' assertion regarding the cure amount, the following amounts remain due from American Home Mortgage Corp. to Experian:

| **Invoice No.** | **Invoice Date** | **Description** | **Invoice Amount** |
|---|---|---|---|
| CD8020017293 | 06/01/07 | Demographic Data and Market Research – Business Process Reengineering and Continuous Improvement Services | $5,384.43 |
| MS80400359 | 07/13/07 | Market Research – Mailing Prospective Client Lists | $2,000.00 |
| MS80400616 | 07/19/07 | Notification Services and Consumer Monitoring for June 2007 | $14,892.27 |
| MS80400765 | 07/23/07 | Market Research – Mailing Prospective Client Lists | $2,750.00 |
| CD8040017162 | 07/27/07 | Demographic Data and Market Research – Business Process Reengineering and Continuous Improvement Services | $3,773.10 |
| MS80500553 | 08/16/07 | Notification Services and Consumer Monitoring for July 2007 | $14,631.03 |
| **TOTAL** | | | **$43,430.83** |

Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

{ EXPERIAN / 022 / 00011385.DOC /}

- 3 -

6.      Experian objects to the assumption and assignment of any agreement in the absence of payment of all amounts owed to Experian, including, but not limited to the $43,430.83 in prepetition charges detailed above.  Furthermore, Experian objects to assumption and assignment of any agreement between Experian and any of the Debtors because the Debtors have not specifically identified the contract they wish to assume and assign.

7.      Experian reserves the right to amend this Objection to the extent Experian determines that any other amount is due from the Debtors to Experian, and to the extent the Debtors specifically identify the contract they wish to assume.

**[THIS SPACE LEFT BLANK INTENTIONALLY]**

{ EXPERIAN / 022 / 00011385.DOC /}

WHEREFORE, Experian Information Solutions, Inc., respectfully requests that this Court enter an order: (i) finding the Debtors' cure obligation is not less than $43,430.83; (ii) directing the Debtors to identify the contract with Experian that the Debtors intend to assume and assign; (iii) conditioning the Debtor's assumption and assignment of any agreement between the Debtors and Experian, upon the payment of not less than $43,430.83; and (iv) granting such further relief as this Court deems just.

Dated:  September 20, 2007

Respectfully submitted,

EXPERIAN INFORMATION
SOLUTIONS, INC.

By:    */s/ Joseph D. Frank*
       One of its attorneys

Joseph D. Frank (IL ARDC No. 6216085)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com

- 4 -

{ EXPERIAN / 022 / 00011385.DOC /}

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph D. Frank, an attorney, hereby certify that on **September 20, 2007**, a true and correct copy of the foregoing **Limited Objection Of Experian Information Solutions, Inc., To Debtors' Notice Of (I) Possible Assumption And Assignment Of Certain Leases, License Agreements, And Executory Contracts; And (II) Proposed Cure Obligations, If Any** was filed electronically.  Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.  In addition, a copy was served this day upon the parties named on the attached Service List via facsimile transmission.

*/s/ Joseph D. Frank*

*In re American Home Mortgage Holdings, Inc.*
**Case No. 07-11047 (CSS)**

## SERVICE LIST

American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
*Phone:(516) 396-7703*
*Fax:    (516) 209-7276*

Young Conaway Stargatt & Taylor, LLP
Attn: James L. Patton, Jr.
1000 West Street, 17th Floor
Wilmington, DE 19899
*Phone: (302) 571-6600*
*Fax::    (302) 571-1253*

Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW
Suite 800
Washington, DC 20006
*Phone:(202) 367-3000*
*Fax:    (202) 367-3001*

Official Committee of Unsecured Creditors
Hahn & Hessen LLP
Attn: Mark S. Indelicato
488 Madison Avenue
New York, NY 10022
*Phone:(212) 478-7329*
*Fax:    (212) 478-7400*

Kaye Scholer LLP
Attn: Margot B. Schonholtz and
Scott D. Talmadge
425 Park Avenue
New York, NY 10022
*Phone:(212) 836-8000*
*Fax:    (212) 836-8689*

Potter Anderson & Corroon LLP
Attn: Laurie Sebler Silverstein
Hercules Plaza, 6th Floor
313 North Market Street
Wilmington, DE 19801
*Phone:(302) 984-6033*
*Fax:    (302) 658-1192*

Jones Day
Attn: Corinne Ball and
Erica M. Ryland
222 East 41st Street
New York, NY 10017
*Phone:(212) 326-3939*
*Fax:    (212) 755-7306*

Greenberg Traurig LLP
Attn: Victoria Counihan
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
*Phone:(302) 661-7000*
*Fax:    (302) 661-7360*

Office of the United States Trustee
Attn: Joseph McMahon
844 King Street, Room 2313
Wilmington, DE 19801
*Phone:(302) 573-6491*
*Fax:    (302) 573-6497*

{ EXPERIAN / 022 / 00011385.DOC /}