## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on September 20, 2007 I caused a copy of the foregoing **Limited Objection and Reservation of Rights of the Bank of New York in Various Capacities to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief** to be served upon the parties on the attached list in the manner indicated.

                                                              /s/ Christopher M. Samis
                                                              Christopher M. Samis (No. 4909)

In re: American Home Mortgage Holdings, Inc.
Case No.: 07-11047 (CSS)
Service List - Limited Objection

*Via Hand Delivery*

(*Counsel to Debtors*)
James L. Patton, Jr.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

(*Proposed Committee Counsel*)
Bonnie Glatz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

(*Counsel to Administrative Agent*)
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

(*Counsel to DIP Agent*)
Victoria Counihan
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

(*U.S. Trustee*)
Joseph McMahon
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

*Via First Class Mail*

(*Debtors*)
Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Jeffrey N. Levine
Milestone Advisors LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

(*Proposed Counsel to Committee*)
Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

(*Counsel to Administrative Agent*)
Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

(*Counsel to DIP Agent*)
Corinne Ball
Erica M. Ryland
Jones Day
222 East 41st Street
New York, NY 10017