IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Ref. Docket Nos. 11, 113, 403 and 674<br><br>Objection Deadline: 09/20/07 at 4:00 p.m.<br>Hearing Date: 10/01/07 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that a true and correct copy of the Limited Objection And Reservation Of Rights Of ZC Real Estate Tax Solutions Limited To The *Modified* Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any, was caused to be served on the parties listed on the attached Service List in the manner indicated on the 20th day of September 2007.

Dated: September 20, 2007        **REED SMITH LLP**

　　　　　　　　　　　　　　　　/s/ Kimberly E. C. Lawson
　　　　　　　　　　　　　　　　Kimberly E. C. Lawson, Esq. (No. 3966)
　　　　　　　　　　　　　　　　1201 Market Street, Suite 1500
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Telephone: (302) 778-7500
　　　　　　　　　　　　　　　　Facsimile: (302) 778-7575

　　　　　　　　　　　　　　　　*Attorneys for ZC Real Estate Tax Solutions Limited*

# SERVICE LIST

<u>Via Hand Delivery</u>
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
(Counsel for Debtors)

<u>Via Hand Delivery</u>
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

<u>Via First Class Mail</u>
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

<u>Via Hand Delivery</u>
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

<u>Via First Class Mail</u>
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

<u>Via First Class Mail</u>
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)

<u>Via First Class Mail</u>
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

<u>Via Hand Delivery</u>
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Counsel to the Lenders)

<u>Via First Class Mail</u>
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Pre-Petition Lenders)

<u>Via Hand Delivery</u>
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to Pre-Petition Lenders)