UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re                                                       :   Chapter 11
                                                            :
American Home Mortgage Holdings                             :   Case No. 07-11047 (CSS)
Inc., *et al.*,                                             :
        Debtors.                                            :   (Jointly Administered)
                                                            :   Objection Deadline: 9/20/07
                                                            :   at 4:00p.m.
----------------------------------------------------------- x   DI 11, 113, 403 and 674

**RESPONSE OF DUKE UNIVERSITY FEDERAL CREDIT UNION TO EMERGENCY MOTION OF THE DEBTORS FOR ORDER: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELEIF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

Duke University Federal Credit Union ("Duke"), by its undersigned counsel, hereby files this limited objection to the Emergency Motion of the Debtors for Order: (A)(i) Approving Sale Procedures; (ii) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (iii) Approving Forum And Matter Of Notice Thereof; And (iv) Granting Related Relief; And (B)(i) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (ii) Authorizing And Approving Purchase Agreement Thereto; (iii) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases related Thereto; And (iv) Granting Related Relief [Docket No. 11] (the "Sale Motion") for authority to sell (the "Sale") the assets related to Debtors' mortgage loan servicing

business (the "Servicing Business") as well as the Modified Notice of (i) possible assumption and assignment of certain leases, license agreement, and executory contracts; and (ii) proposed cure obligations, if any [Docket No. 674] ("the Modified Notice"), to the extent that Debtors seek to assume and assign the servicing agreement between Duke and Debtors without providing adequate assurance of future performance under such contract pursuant 11 U.S.C. §365(b)(1)(C), and in support thereof, states as follows:

1. On August 6, 2007, American Home Mortgage Holdings, Inc., *et al.*, the above-captioned Debtors and Debtors in Possession (collectively, the "Debtors"), filed the Sale Motion which sought authority to assume and assign certain executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code.

2. On September 10, 2007, Debtors filed the Modified Notice which listed the Duke servicing agreement on Exhibit C thereto as a potential executory contract that the Debtors are "potentially seeking to assume and assign".

3. The cure amount listed as to Duke on the Modified Notice is stated at $0. Upon information and belief, the cure amount is currently accurate. Nevertheless, Duke reserves its right to object to the cure amount to reflect any cure amount due at the time of the actual closing of the Sale.

4. Furthermore, Duke objects to the proposed assumption and assignment of the Service Agreement in that Debtors failed to provide "adequate assurance of future performance under such contract or lease."

5. Debtors must provide this adequate assurance of future performance sufficiently in advance of the sale hearing in order for Duke to make such a determination. Duke

reserves all rights to further object to any assumption and assignment once the purchaser is determined.

WHEREFORE, Duke University Federal Credit Union respectfully requests that the Court (i) deny Debtors' relief sought in the Modified Notice to assume and assign the Duke service agreement to the extent the cure amount is inaccurate at the time of the closing on the Sale and Debtors fail to provide adequate assurance of future performance under such loan servicing agreement; and (ii) grant Duke University Federal Credit Union such other and further relief as this Court deems just and proper.

    Respectfully submitted

Dated: September 20, 2007
Wilmington, Delaware

                        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                        */s/ Kevin J. Mangan*
                        Kevin J. Mangan (Del. Bar No. 3810)
                        222 Delaware Street, Suite 1501
                        Wilmington, DE 19801
                        Telephone:   (302) 252-4361
                        Facsimile:    (302) 661-7729