**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case No. 07-11047-CSS |
| **HOLDINGS, INC., et al.,** | ) | |
| Debtors | ) | Jointly Administered |
| | ) | Related to Doc. No. 11 |
| | ) | Hearing Date: 10/9/07 @ 10:00 |
| | ) | Objection Date: 9/20/07 @ 4:00 |

**JOINDER OF DEUTSCHE BANK NATIONAL TRUST COMPANY IN OBJECTIONS TO MOTION, ASSUMPTION NOTICE AND SALE OF THE LOAN SERVICING BUSINESS FILED BY: (A) WELLS FARGO BANK, N.A., (B) CITIMORTGAGE, INC., (C) FINANCIAL GUARANTY INSURANCE COMPANY, AND (D) GOLDMAN SACHS MORTGAGE COMPANY AND GS MORTGAGE SECURITIES CORP AND RESERVATION OF RIGHTS**

Deutsche Bank National Trust Company, in its capacity as trustee for the securitization transactions described below ("DBNTC"), hereby joins in, and incorporates herein and repeats for itself, each of the above-referenced objections (the "Joined Objections") to (1) the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; AND (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (the "Sale Motion"), (2) the assumption notice (the "Assumption Notice") and cure amounts, set forth therein as zero (the "Cure Amounts"), and (3) the assumption and assignment of each agreement relating in any manner to the Trusts (as

defined below).

DBNTC is a trustee for certain mortgage loan securitization transactions sponsored by the Debtors pursuant to which Debtor entities service mortgage loans having an unpaid principal balance, as of the petition date, in excess of $30 billion. More specifically, DBNTC acts as trustee for (a) 22 mortgaged backed securities trusts, containing approximately $25 billion in current principal amount of mortgage loans both originated and serviced by Debtor entities (the "Seller/Servicer Trusts"); (b) 11 mortgage backed securities trusts containing several billion dollars in current principal amount of mortgage loans which were originated and are serviced by Debtor entities, as well as mortgage loans originated and serviced by third parties (the "Mixed Trusts") and (c) 7 mortgage backed securities trusts containing several billion dollars in current principal amount of mortgage loans originated by Debtor entities, as well as mortgage loans originated by other lenders, all of which are serviced by third parties (the "Debtor Originator Only Trust") (collectively, the "Trusts"). The Debtor Seller/Servicer Trusts and the Mixed Trusts are referred to herein collective as the "Serviced Trusts." A list of the Trusts is annexed as Exhibit A hereto.

To the extent that any Joined Objection asserts objections on behalf of some, but not all, of the Trusts, DBNTC hereby adopts, extends and asserts such objections on behalf of all of the Trusts.

Due to the vagueness of the Assumption Notice and the relief sought by the Sale Motion, the Joined Objections contain general descriptions of certain of the Debtors' breaches and of the Trusts' related cure damages. Based on information and belief, the Debtors intend to assume and assign all of their rights and obligations solely in their capacity as loan servicer, but not in other capacities, with respect to all of the Debtor Seller/Servicer Trusts and the Mixed Trusts. The

Assumption Notice, however, does not list all of the relevant agreements for such Trusts and the terms of the incomplete asset purchase agreement (which remains subject to negotiation once a purchaser is identified) are unclear as to what obligations are being assumed under the agreements that are listed in the Assumption Notice.  Moreover, because the Debtors do not act as servicer with respect to the Debtor Originator Only Trusts, the Sale Motion should not affect any rights or obligations of the Debtors, or claims of DBNTC, with respect to such Trusts.  The Assumption Notice is so unclear, however, that DBNTC has been unable to verify even this most basic material fact.  Accordingly, DBNTC reserves the right to modify and supplement the objections set forth in the Joined Objections and herein as new information comes into its possession.

Finally, DBNTC asserts on behalf of itself and the Trusts as additional cure damages, all rights to payment of fees and expenses and all rights to indemnification (whether contingent, non-contingent, matured or unmatured) under each of agreements relating to the Trusts which the Debtors intend to assume.  Such amounts include the fees and expenses of DBNTC, as trustee, as well as certain fees and expenses of the other parties to the Joined Objections, which expenses may be borne by the Trusts if not paid by the Debtors in accordance with the terms and conditions of the Trusts and the orders entered in these cases.  As of the date of this writing, DBNTC's fees and expenses reimbursable by the Debtors under the agreements relating to the Trusts, are not less than $250,000.

Dated: Wilmington, Delaware
       September 20, 2007

                                    Respectfully submitted,

                                    PEPPER HAMILTON LLP

                                    By: /s/ David B. Stratton
                                          David B. Stratton (No. 960)
                                    Hercules Plaza, Suite 5100
                                    1313 Market Street
                                    P.O. Box 1709
                                    Wilmington, DE  19899-1709
                                    Tel:  (302) 777-6566
                                    Fax:  (302) 397-2716

                                    NIXON PEABODY LLP

                                    By: /s/ Lee Harrington
                                          Lee Harrington
                                    Attorneys for DBNTC
                                    437 Madison Avenue
                                    New York, New York  10022
                                    Tel:  (212) 940-3091

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2007, a true and complete copy of the foregoing was served via overnight delivery, postage prepaid, on the parties listed below.

                                        /s/ Dennis J. Drebsky
                                            Dennis J. Drebsky

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn.: Alan Horn, General Counsel

Young Conaway Stargatt & Taylor, LLP
1000 West Street, $_{17}$th Floor
P.O. Box 391
Wilmington, Delaware 19899-039 1
Attn.: James L. Patton, Jr.

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn.: Jeffrey M. Levine

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn.: Mark S. Indelicato

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Margot B. Schonholtz

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Scott D. Talmadge

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware  19801
Attn: Laurie Selber Silverstein

Jones Day
222 East 41st Street
New York, New York  10017
Attn.: Corinne Ball

Jones Day
222 East 41st Street
New York, New York  10017
Attn: Erica M. Ryland

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware  19801
Attn.: Victoria Counihan

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware  19801
Attn: Joseph McMahon