**Exhibit "A" to Joinder of Deutsche Bank National Trust Company**

| Issue ID | Deal Name | Balance as of 7/25/2007 |
|---|---|---:|
| | **Debtor Seller/Servicer Trusts** | |
| AH0501 | American Home Mortgage Inv Trust, 2005-1 | $ 1,792,903,118.71 |
| AH0502 | American Home Mortgage Inv Trust, 2005-2 | $ 3,089,755,505.12 |
| AH0503 | American Home Mortgage Inv Trust, 2005-3 | $ 432,808,920.78 |
| AH05A1 | American Home Mortgage Assets Trust, 2005-1 | $ 304,839,913.81 |
| AH05A2 | American Home Mortgage Assets Trust, 2005-2 | $ 207,707,701.12 |
| AH05S1 | American Home Mortgage Assets Trust, 2005-SD1 | $ 80,634,222.15 |
| AH0601 | American Home Mortgage Inv Trust, 2006-1 | $ 1,360,253,741.21 |
| AH0602 | American Home Mortgage Inv Trust, 2006-2 | $ 686,548,278.19 |
| AH0603 | American Home Mortgage Inv Trust, 2006-3 | $ 1,533,135,361.33 |
| AH06A1 | American Home Mortgage Assets Trust, 2006-1 | $ 796,546,648.54 |
| AH06A2 | American Home Mortgage Assets Trust, 2006-2 | $ 963,569,554.05 |
| AH06A5 | American Home Mortgage Assets Trust, 2006-5 | $ 1,420,660,498.45 |
| AH06A6 | American Home Mortgage Assets Trust, 2006-6 | $ 1,163,558,693.01 |
| AH0701 | American Home Mortgage Inv Trust, 2007-1 | $ 5,619,244,981.32 |
| AH0702 | American Home Mortgage Inv Trust, 2007-2 | $ 1,064,537,296.98 |
| AH07A1 | American Home Mortgage Assets Trust, 2007-1 | $ 1,411,167,554.96 |
| AH07A2 | American Home Mortgage Assets Trust, 2007-2 | $ 1,659,577,915.67 |
| AH07A3 | American Home Mortgage Assets Trust, 2007-3 | $ 1,210,183,747.04 |
| AH07A4 | American Home Mortgage Assets Trust, 2007-4 | $ 364,436,325.05 |
| AH07A5 | American Home Mortgage Assets Trust, 2007-5 | $ 775,382,354.78 |
| AH07AS/ AH07S1 | American Home Mortgage Inv Trust, 2007-1/2007-SD1 | $ 418,322,289.68 |
| AH07S2 | American Home Mortgage Inv Trust, 2007-SD2 | $ 197,227,989.41 |
| | **Mixed Trusts** | |
| GC06H6 | Harborview 2006-6 | $ 491,203,963.78 |
| GC0614 | Harborview 2006-14 | $ 2,272,253,089.92 |
| GC06H7 | Harborview 2006-7 | $ 1,536,265,332.56 |
| GC07H2 | Harborview 2007-2 | $ 1,309,386,029.53 |
| GC07H5 | Harborview 2007-5 | $ 1,117,326,916.82 |
| GS0610 | GSAA 2006-10 | $ 545,396,320.72 |
| GS0611 | GSAA 2006-11 | $ 1,231,845,215.18 |
| GS064S | GSAMP 2006-S4 | $ 422,637,249.94 |
| GS06O1 | GSR 2006-OA1 | $ 2,092,793,752.89 |
| HB07A1 | HSI Asset Loan Obligation (HALO) Trust 2007-1 | Not Available |
| HB07L1 | HSI Asset Loan Obligation (HALO) Trust 2007-AR1 | Not Available |
| | **Debtor Originator Only Trusts** | |
| HB07L2 | HSI Asset Loan Obligation Trust 2007-AR2 | $ 420,164,011.00 |
| GS066S | GSAMP 2006-S6 | Not Available |
| MS0406 | Morgan Stanley 2004-AR6 | $ 549,679,139.40 |
| MS0409 | Morgan Stanley 2004-9 | $ 172,037,361.03 |
| MS0501 | Morgan Stanley 2005-1 | $ 327,630,724.83 |
| MS0403 | Morgan Stanley 2004-3 | $ 406,284,084.53 |
| MS0404 | Morgan Stanley 2004-4 | $ 300,528,116.17 |