## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re                                                :    Chapter 11
                                                     :
AMERICAN HOME MORTGAGE                               :    Case No.: 07-11047 (CSS)
HOLDINGS, INC., a Delaware                           :
corporation, et al.,                                 :    (Jointly Administered)
                                                     :
Debtors.                                             :    **Docket Ref. No. 229**
                                                     :
---------------------------------------------------- x

## ORDER DENYING MOTION OF DB STRUCTURED PRODUCTS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of DB Structured Products, Inc. for Relief from the Automatic Stay (the "Motion"); the objections filed thereto; as well as the testimony of the witnesses presented at the evidentiary hearing on the Motion held on September 17, 2007 and after due deliberation; it is hereby:

ORDERED that the Motion is DENIED without prejudice; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: Wilmington, Delaware
       September 20, 2007

                                         _____
                                         Christopher S. Sontchi
                                         United States Bankruptcy Court Judge

DB02:6242709.1                                                              066585.1001