## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>*et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on September 20, 2007, a copy of the **Limited Objection of U.S. Bank National Association to Emergency Motion of the Debtors for Orders: (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief and to Proposed Cure Obligations** was served upon the parties on the attached service list in the manner indicated.

Dated: September 20, 2007

**DORSEY & WHITNEY (DELAWARE) LLP**

_____/s/_____
Eric Lopez Schnabel (No. 3672)
DORSEY & WHITNEY (DELAWARE) LLP
1105 North Market Street (16th Floor)
Wilmington, DE 19801
Telephone: (302) 425-7162
Facsimile: (302) 355-0830

Attorneys for U.S. Bank National Association, in its capacity as Indenture Trustee

Service List

**Via Hand Delivery**

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attn.: James L. Patton, Jr.

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware 19801
Attn.: Laurie Selber Silverstein

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Attn.: Victoria Counihan

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware 19801
Attn.: Joseph McMahon

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Margot B. Schonholtz
          Scott D. Talmadge

Jones Day
222 East 41st Street
New York, New York 10017
Attn.: Corinne Ball
          Erica M. Ryland

**Via Overnight Mail**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn.: Alan Horn, General Counsel

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn.: Jeffrey M. Levine

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn.: Mark S. Indelicato

4813-4179-4561\1