IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 18 day of September 2007 she caused a copy of the following document(s):

    Notices of Sale of Assets [Docket Nos. 792-797]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 20th day of September 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

DB02:6163664.3                                                                                    066585.1001

## SERVICE LIST
## 9/18/2007

American Home Mortgage Landlord
Attn: Officer, General or Managing Agent
20201 E. Jackson Drive, Suite 420
Independence, MO 64057
*Federal Express*

American Home Mortgage Landlord
Attn: Officer, General or Managing Agent
18484 Highway 18, Suite 150
Apple Valley, CA 92307
*Federal Express*

American Home Mortgage Landlord
Attn: Officer, General or Managing Agent
255 Kingsbury Grade, 1st Fl.
Stateline, NV 89449
*Federal Express*

American Home Mortgage Landlord
Attn: Officer, General or Managing Agent
103 A Paulette Circle, Suite B
Lynchburg, VA 24502
*Federal Express*

Mason Dixon Funding, Inc.
Attn: Richard Guber
800 King Farm Blvd., #210
Rockville, MD 20850
*Federal Express*

Mountain Greenery LLC
Attn: Officer, General or Managing Agent
PO Box 2309
Stateline, NV 89449
*Federal Express*

TIC Properties Management, Inc.
Attn: Officer, General or Managing Agent
c/o Premier Real Estate Asso.
106 W. 14th Street
Kansas City, MO 64105
*Federal Express*

Winona Partners
Attn: Officer, General or Managing Agent
18231 Hwy. 18, SUite 4
Apple Valley, CA 92307
*Federal Express*