**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **AMERICAN HOME MORTGAGE** ) | Case No. 07-11047-CSS |
| **HOLDINGS, INC., et. al.,** ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Related Docket Nos.: 11, 12, 113, 403, 674, |
| ) | 746, and 824. |
| ) | |
| ) | Objection Deadline: 9/20/07 @ 4:00 p.m. |
| ) | Sale Hearing Date: 10/1/07 @ 10:00 a.m. |

**JOINDER IN PART OF CIFG ASSURANCE NORTH AMERICA, INC. TO OBJECTION AND RESERVATION OF RIGHTS OF WELLS FARGO BANK, N.A. WITH RESPECT TO PROPOSED CURE AMOUNTS AND DEBTORS' PROPOSED SALE OF THEIR LOAN SERVICING BUSINESS**

CIFG Assurance North America, Inc. ("CIFG"), insurer of the American Home Mortgage Investment Trust 2006-2, Mortgage-Backed Notes, Series 2006-2, Class V-A (the "Securities"), which are collateralized by a pool of prime quality home equity lines of credit ("HELOC Mortgage Loans") that were sold to American Home Mortgage Investment Trust 2006-2, a Delaware statutory trust (the "Trust"), and serviced by American Home Mortgage Acceptance, Inc. ("AHMA"), one of the above captioned debtors (together with AHMA, collectively, the "Debtors"), by and through its undersigned counsel, hereby joins, in part, the objection and reservation of rights of Wells Fargo Bank, N.A. dated September 20, 2007 [Docket No. 824] (the "Wells Fargo Objection"), and in support thereof respectfully represents as follows:

**Background**

1. On August 6, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under title 11 of the United States Code. The Debtors' cases are being jointly administered pursuant to an order of this Court entered on August 7, 2007.

2. On the Petition Date, the Debtors filed a motion for an order (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (the "Sale Motion").

3. On August 9, 2007, this Court entered its Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief (the "Sale Procedures Order").

4. Pursuant to the Sale Procedures Order, the Debtors filed with the Court a Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any (as amended, the "Assumption and Cure Notice").

**The Servicing Agreement**

5. AMHA (as Sponsor and HELOC Servicer), GMAC Mortgage Corporation (as HELOC Back-Up Servicer), Deutsche Bank National Trust Company (as Indenture Trustee),

and the Trust are parties to that certain HELOC Servicing Agreement dated June 30, 2006 (the "HELOC Servicing Agreement"). CIFG is an express third party beneficiary under the HELOC Servicing Agreement and is entitled to certain rights set forth more fully therein.

6. The Assumption and Cure Notice indicates that the Debtors intend to assume and assign the HELOC Servicing Agreement and includes on Exhibit B thereto the following:

| Name | Address | Type of Contract | Proposed Cure Amount |
|---|---|---|---|
| Wilmington Trust Company | Attn Corporate Trust Administration Rodney Square North 1100 North Market Street Wilmington, DE 19890 | HELOC Servicing Agreement dated June 30, 2006 AHMIT 2006-2 | $0.00 |

### CIFG Joins In the Wells Fargo Objection

7. Except as set forth herein, CIFG joins in the Wells Fargo Objection on the same grounds as set forth therein and incorporates by reference all of the arguments set forth in such objection. CIFG does not, however, join in the arguments contained in the Wells Fargo Objection related to the alleged prepetition termination of certain servicing agreements with the Debtors, as the HELOC Servicing Agreement has not been so terminated.

8. CIFG reserves its rights to further object to the Debtors' proposed cure obligations with respect to the HELOC Servicing Agreement and/or entry of an order with respect to the Sale Motion.

### Conclusion

WHEREFORE, CIFG respectfully requests that: (a) the proposed assumption and assignment of the HELOC Servicing Agreement be denied unless and until (i) the breach with respect to the failure to pay to the Trust (on account of the rapid amortization event) all of the

principal collected with respect to the HELOC Servicing Agreement is cured and (ii) an appropriate reserve or escrow is established for the benefit of the Trust to cure any latent or other defects or breaches under the terms of the HELOC Servicing Agreement; (b) all of CIFG's, rights, remedies and claims with respect to the identity of the purchaser or purchasers of the Debtors' loan servicing business, including but not limited to, the ability of such purchaser to provide adequate assurance of future performance with respect to the HELOC Servicing Agreement, be reserved and preserved; (c) all of CIFG's rights, remedies and claims with respect to the form of the asset purchase agreement be reserved and preserved pending the availability of such document in final form; and (d) the Court grant such other and further relief as it deems equitable, just and proper.

Dated: Wilmington, Delaware
September 20, 2007

**ASHBY & GEDDES, P.A.**

*/s/ Amanda Winfree*

William P. Bowden (No. 2553)
Amanda M. Winfree (No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com

and

**KING & SPALDING LLP**
Barry N. Seidel
Stefanie J. Greer *(admitted pro hac vice)*
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
bseidel@kslaw.com
sjgreer@kslaw.com

*Attorneys for CIFG Assurance North America, Inc.*

184313.1

4