**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ———————————————————x | : | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket Nos. 11, 113, 403, 674** |
| Debtors. | : | **Sale Hearing Date: October 1, 2007 @ 10:00 a.m.** |
| ———————————————————x | | **Objection Deadline: September 20, 2007 @ 4:00 p.m.** |

**CERTIFICATE OF SERVICE**

I, Karen M. Hatch, certify that on September 20, 2007, I served a true and correct copy of the Limited Objection and Reservation of Rights of HSI Asset Securitization Corporation and HSBC Bank USA, National Association to Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtor's Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to Certain Related Notices of Assumption in the manner specified on the parties listed below:

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 1. | American Home Mortgage Holdings, Inc.<br>Attn:  Alan Horn, Esq.<br>538 Broadhollow Road<br>Melville, NY 11747<br>**Fax No. (866) 856-0821** | Facsimile and<br>Overnight Courier |
| 2. | James L. Patton, Jr., Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Overnight Courier<br>& ECF |
| 3. | Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006<br>**Fax No. (202) 367-3001** | Facsimile and<br>Overnight Courier |

| | | |
|---|---|---|
| 4. | Mark S. Indelicato, Esq. <br> Hahn & Hessen LLP <br> 488 Madison Avenue <br> New York, NY 10022 | Overnight Courier <br> & ECF |
| 5. | Margot B. Schonholtz, Esq. <br> Scott D. Talmadge, Esq. <br> Kaye Scholer LLP <br> 425 Park Avenue <br> New York, NY 10022 | Overnight Courier <br> & ECF |
| 6. | Laurie Selber Silverstein, Esq. <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, DE 19801 | First Class Mail <br> & ECF |
| 7. | Corinne Ball, Esq. <br> Erica M. Ryland, Esq. <br> Jones Day <br> 222 East 41st Street <br> New York, NY 10017 | First Class Mail <br> & ECF |
| 8. | Victoria Counihan, Esq. <br> Greenberg Traurig LLP <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, DE 19801 | First Class Mail <br> & ECF |
| 9. | Joseph McMahon, Esq. <br> Office of the U.S. Trustee <br> 844 King Street <br> Room 2313 <br> Wilmington, DE 19801 | First Class Mail <br> & ECF |

Dated:  September 20, 2007

s/ Karen M. Hatch
Karen M. Hatch

Doc # 01-1689481.1