UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X
In re:                                                   : Chapter 11
                                                         :
AMERICAN HOME MORTGAGE                                   : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]       :
                                                         : Jointly Administered
    Debtors.                                             :
                                                         : Ref. Docket No. 816
-------------------------------------------------------- X

**ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION PURSUANT TO SECTIONS 105, 362, 363, 364 AND 503 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 4001 AND 9019, SEEKING AN ORDER: (I) APPROVING AND AUTHORIZING THE TERM SHEET AND INDEMNITY CONTRACT BY AND BETWEEN THE DEBTORS AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; (II) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION SURETY BONDS; (III) GRANTING ADMINISTRATIVE CLAIMS; AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that the applicable notice period for the 9019 Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

ORDERED, that the Motion shall be heard on October 1, 2007 at 10:00 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than September 27, 2007 at 12:00 p.m.; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_Sept-20\_\_\_, 2007

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE