## EXHIBIT A

UNEXPIRED LEASES

EXHIBIT A: UNEXPIRED LEASES

| Landlord Name | Landlord Address | Branch Name and Address | Effective Date of Rejection |
|---|---|---|---|
| Carnagie Management c/o Carr Realty | P.O. Box 644195<br>Pittsburgh, PA 15264-4195 | Westerville OH 2751<br>24046 Lorain Road / Lauren Hill Shopping Center / Store "1" | 31-Aug-07 |
| Churchill Square Shopping Center | c/o Breder Management Corporation<br>9861 SW 184th STreet<br>Miami, FL 33157 | Ocala FL 2866<br>303 S.E. 17th Street / Churchill Square Shopping Center / #302 | 31-Aug-07 |
| Circle 22 Investors LLC | c/o Hamilton Real Estate<br>4057 28th Street NW, Suite 200<br>Rochester, MN 55901 | Marina - Corporate Overhead<br>4041 28th Street Northwest | 31-Aug-07 |
| SMII/TRP Properties, LP c/o Transwestern Properties | 14180 Dallas Parkway Suite 305<br>Dallas, TX 75254 | Marina - Corporate Overhead<br>14160 Dallas Parkway / Pacific Center II / Suite 100 | 31-Aug-07 |
| Ralph S Perrone, Sr. | 585 N. Courtney Pkwy Suite 302<br>Merritt Island, FL 32953 | Merritt Island FL 2209<br>585 N. Courtney Pky / Suite 201 | 31-Aug-07 |
| 5-Star OR, LLC | 345 N. Yosemite Street, #B<br>Stockton, CA 95203 | 422 Main St.<br>Klamath Falls, OR | 31-Aug-07 |
| JG LLC | 6216 SW Burton Drive.<br>Portland, OR 97221 | 147 SW Shevlin Dixion Dr.<br>Bend, OR | 31-Aug-07 |
| CS Corporate Centre, LLC | 1902 W. Colorado Avenue, Suite B<br>Colorado Springs CO 80904 | 6760 Corporate Dr.<br>Colorado Springs, CO | 31-Aug-07 |
| Meadow Oaks Shopping Center | PO Box 8229 No.<br>14 Crossroads Shopping Village, Suite 201<br>Corpus Christi, TX 78412 | Marina - Corporate Overhead<br>2222 Airline Road / Suite B4<br>Corpus Christi, TX | 31-Aug-07 |
| Southcreek V Associates, L.P. | DDI Realty Services, Inc.<br>7200 West 132nd Street, Suite 300<br>Overland Park, KS 66213 | Marina - Corporate Overhead<br>12980 Metcalf Ave. / Suite 150 & 180 | 31-Aug-07 |
| Pat Wood | PO Box 1764<br>La Quinta, CA 92247 | Marina - Corporate Overhead<br>47-120 Dune Palms Road / Dune Palms Plaza / #B | 31-Aug-07 |
| GPI Office Properties II, L.P. | 3815 River Crossing Parkway<br>Suite 250<br>Indianapolis, IN 46240 | ABC Wholesale Indianapolis 3123<br>10291 N. Meridian Street / Suite 300 | 31-Aug-07 |
| One Rock Spring Plaza L.P. | PO Box 905442<br>Charlotte, NC 28290-5442 | Bethesda Rock Spring MD 2786<br>6550 Rock Spring Drive / Suite 105 | 31-Aug-07 |
| AAK, LLC | Abrams Development Group, Inc.<br>5850 Waterloo Rd., Suite 230<br>Columbia, MD 21045 | Columbia Gateway MD 203<br>6996 Columbia Gateway Drive / Westridge Corporate Center / Building B | 31-Aug-07 |
| River Park Commons, LLC | 4612 Westridge Avenue<br>Fort Worth, TX 76116 | Marina - Corporate Overhead<br>2550 River Park Drive / Building No. 1 | 31-Aug-07 |
| A&B Properties, Inc. (including Pylon Sign License Agreement) | c/o Reata Property Management<br>7330 San Pedro, Suite 710<br>San Antonio, TX 78216 | Marina - Corporate Overhead<br>7330 San Pedro / Suite 600 & 680 | 31-Aug-07 |

| Landlord Name | Landlord Address | Branch Name and Address | Effective Date of Rejection |
|---|---|---|---|
| Koury Corporation | 400 Four Seasons Town Centre<br>Greensboro, NC 27427 | Greensboro Friendly NC 2627<br>303 Pisgah Church Road / The Village at North Elm / 2nd Level | 31-Aug-07 |
| Landmark Office Center | 8659 Staples Mills Rd<br>Randall Holne<br>Richmond, VA 23228 | Richmond Midlothian 1 VA 2678<br>8653 Staples Mill Rd. / Landmark Office Center | 31-Aug-07 |
| Mill Ridge Farm, LLC | 1 Mill Ridge Lane<br>Chester, NJ 07930 | Chester NJ 2812<br>1 Mill Ridge Lane / 1 Mill Ridge Lane | 31-Aug-07 |
| Washington Real Estate Investment Trust | P. O. Box 79555<br>Baltimore, MD 21279-0555 | Rockville MD 00217<br>600 Jefferson Street / Jefferson Plaza / Suite 206 | 31-Aug-07 |
| Gateway Center LLC | 1941 Momentum Place<br>Chicago, IL 60689-5319 | West Bloomfield MI 2718<br>7160 Orchard lake Road / Gateway Center / Suite H-2 | 31-Aug-07 |
| Principal Life Ins Co-007511 | Cascade II<br>PO Box 6113 / Property 007511<br>Hicksville, NY 11802-6113 | Worthington, OH 1625<br>150 E. Wilson Bridge Road / Suite 100 | 31-Aug-07 |
| The Cottage Apartments, LLC | P.O. Box 301118<br>Los Angeles, CA 90030-1118 | Concord Galaxy CA 2400<br>1140 Galaxy Way / Suite 150 | 31-Aug-07 |
| L G S Properties LLC | 2231 SW Wanamaker Road Suite 300<br>Topeka, KS 66614 | Topeka KS 2182<br>2231 SW Wamamaker Road / Schwerdt Design Building | 31-Aug-07 |
| Sun Life Assurance Company of Canada c/o Colliers Pinkard | 100 Light Street Site 1400<br>Baltimore, MD 21202-1161 | Annapolis MD 1629<br>200 Harry S. Truman Parkway / 200 Harry S. Truman Parkway / Suite 100 | 31-Aug-07 |
| B R Brookfield Commons No. 2 | c/o CB Richard Ellis<br>Department 59880<br>Milwaukee, WI 53269-0880 | Brookfield WI 2780<br>15375 West Bulemound Road / Suite 100 | 31-Aug-07 |
| Met Life- Fairview Center | c/o CB Richard Ellis<br>P.O. Box 13470<br>Richmond, VA 23225 | Charlotte2 NC Ops 2 2846<br>6230 Fairview Road / Fairview Center / Suite 430 | 31-Aug-07 |
| The Prischak Family Partnership c/o Tecnicadev Corp. | 100 State St Suite B 100<br>Erie, PA 16507 | Erie PA 2758<br>100 State Street Condominium / Suite 102 | 31-Aug-07 |
| Brit-Fifty West, LLC c/o Jeffery Lee Cohen | 6410 Edson Lane Suite 200<br>Rockville, MD 20852 | Fairfax VA 1827<br>3975 Fair Ridge Drive / Fifty West Corporate Center / Suite 315 | 31-Aug-07 |
| East N. St. Assoc. LLC | 200 E. Broad St.<br>Greenville, SC 29601 | Greenville North SC 2772<br>703 E-N St | 31-Aug-07 |
| Hauppauge Woodlands Associates L.P. | 500 Bi-County Blvd. Suite 230<br>Farmingdale, NY 11735 | Hauppauge NY 53<br>700 Veterans Memorial Hwy / The Woodlands Office Park | 31-Aug-07 |
| Northville Retail Center Phase 2, L.L.C. | 28470 Thirteen Mile Road Suite 220<br>Farmington Hills, MI 48334 | Northville MI 2715<br>17908 Haggerty Road / Northville Retail Center Phase II | 31-Aug-07 |
| Boston Properties | PO Box 3557<br>Boston, MA 02241 | Waltham MA 44<br>1601 Trapelo Road / Reservoir Place II / 1st Floor | 31-Aug-07 |

| Landlord Name | Landlord Address | Branch Name and Address | Effective Date of Rejection |
|---|---|---|---|
| Taylor Investment Properties, L.L.C. | 110 Oakwood Drive Ste. 510 Winston-Salem, NC 27103 | Winston Salem Oakwood NC 2738 110 Oakwood Drive / 110 Oakwood Drive / Suite 100 | 31-Aug-07 |
| BRCP Aurora Marketplace, LLC | 3033 South Parker Road Suite 600 Aurora, CO 80014 | Aurora CO 2418 3033 South Parker Road / Tower I / Suite 450 | 31-Aug-07 |
| Northwest Corp Center | 7400 N. Oracle Rd Suite 338 Tuscon, AZ 85704-6342 | Tucson Oracle AZ 373 7400 North Oracle Road / Suite 115 | 31-Aug-07 |

NOTE: The Debtors do not concede that any of the prepetition Rejection Leases listed herein are, in fact, unexpired leases. The Debtors also reserve their rights to argue that any claim for damages arising from the rejection of any of the Rejection Leases is limited to the remedies.