UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re                                                   :
                                                        :   Chapter 11
**American Home Mortgage Holdings,**                    :
**Inc.,** *et al.***,**                                 :   Case Nos. 07-11047 (CSS)
                                                        :
           Debtors.                                     :   (Jointly Administered)
                                                        :
------------------------------------------------------- x   Re: Docket Nos. 11, 113,
                                                            403 and 674

### LIMITED OBJECTION OF CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC TO DEBTORS' MODIFIED NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY

Credit Suisse First Boston Mortgage Capital LLC ("CSFB"), by and through its undersigned counsel, submits this Limited Objection to the Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if Any (the "Modified Assumption and Assignment Notice") and in support thereof states:

### BACKGROUND

1. On August 6, 2007 (the "Commencement Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court").

    **A.    The Sale Motion**

2. On the Commencement Date, the Debtors filed an emergency motion (the "Sale Motion") seeking, among other relief, authorization (i) to sell the assets

related to the Debtors' mortgage loan servicing business (the "Servicing Business") free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), and (ii) to assume and assign certain executory contracts and unexpired leases related to the Servicing Business.

3. On August 9, 2007, the Court entered an order (i) approving the sale procedures with respect to the proposed sale (the "Sale") of the Servicing Business pursuant to the terms of the form Purchase and Sale Agreement annexed as Exhibit D to the Sale Motion, (ii) scheduling a hearing to approve the Sale and setting objection and bidding deadlines with respect to the Sale, (iii) approving the form and manner of notice of an auction for the relevant assets and of the hearing for approval of the Sale, and (iv) granting related relief.

4. On August 27, 2007, the Debtors filed a Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if Any.  On September 10, 2007, the Debtors filed the Modified Assumption and Assignment Notice.  According to the Modified Assumption and Assignment Notice, the Debtors seek to assume and assign a Servicing Agreement, dated October 31, 2005, with CSFB f/k/a DLJ Mortgage Capital, Inc., (the "Servicing Agreement") and propose a cure amount of $0.00.[1]

---

[1] According to the Modified Assumption and Assignment Notice, the Debtors also seek to assume and assign that certain Master Repurchase Agreement, dated as of September 13, 2006 (as amended, supplemented and otherwise modified from time to time, the "Repurchase Agreement") (or the loan servicing rights contained therein) and that certain Amended and Restated Seller's Purchase, Warranties and Interim Servicing Agreement, dated August 1, 2006 (the "Loan Sale and Interim Servicing Agreement") (or the loan servicing rights contained therein).  CSFB is currently in discussions with the Debtors regarding a stipulation abating CSFB's objections to the Sale Motion with respect to the

**RESERVATION OF RIGHTS**

5.   From the limited information provided in the Modified Assumption and Assignment Notice, CSFB had been unable to identify or locate the Servicing Agreement.  At approximately 7:00 p.m. last night, the attorneys for the Debtors agreed to forward the Servicing Agreement to the attorneys for CSFB.  CSFB is in the process of analyzing the Servicing Agreement and, until completion of that analysis, reserves all rights to object to the assumption and assignment of the Servicing Agreement, including, without limitation, to the lack of adequate assurance of future performance and the proposed cure amount.

6.   The Modified Assumption and Assignment Notice does not provide the full title of the Servicing Agreement or identify all of the parties to the Servicing Agreement.  Given the agreement is not accurately identified, is buried among hundreds of agreements, and it first referenced on a notice that provides parties less than ten days to object to the proposed assumption and assignment, CSFB also questions whether the Debtors will be able to demonstrate they provided adequate notice of the proposed assumption and assignment of this agreement.

---

Repurchase Agreement and the Loan Sale and Interim Servicing Agreement.  As a result, the Debtors have extended the time by which CSFB's objections are due with respect to the assumption and assignment of the Repurchase Agreement and the Loan Sale and Interim Servicing Agreement to October 1, 2007.  If the parties cannot agree upon the terms of a stipulation, CSFB will file its objection to the Sale Motion and assumption and assignment of the Repurchase Agreement and the Loan Sale and Interim Servicing Agreement at a later date.

WHEREFORE, CSFB reserves the right to object as set forth herein and requests the Court grant CSFB such relief as just.

Dated: Wilmington, Delaware
       September 20, 2007

                              Respectfully submitted,

                              __/s/ Steven K. Kortanek_____
                              Francis A. Monaco, Jr. (Del. Bar No. 2078)
                              Steven K. Kortanek (Del. Bar No. 3106)
                              WOMBLE CARLYLE SANDRIDGE &
                              RICE, PLLC
                              222 Delaware Avenue, Suite 1501
                              Wilmington, Delaware 19801
                              Telephone: (302) 252-4320
                              Facsimile: (302) 252-4330

                              -and-

                              Howard B. Comet, Esq.
                              Lori R. Fife, Esq.
                              Melanie Gray, Esq.
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007