**CERTIFICATE OF SERVICE**

      I, Heidi E. Sasso, certify that I am not less that 18 years of age, and that I caused service of the foregoing document to be made via electronic notice, Federal Express and/or facsimile on September 20, 2007 upon:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Attention: Alan Horn
Federal Express

James L. Patton, Jr.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Facsimile: 302-576-3325

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
Federal Express

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
Facsimile: 212-478-7400

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
Facsimile: 212-836-8689

Laurie Selber Silverstein
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Facsimile: 302-658-1192

WCSR 3738385v1

Corrine Ball
Erica M. Ryland
Jones Day
222 East 41st Street
New York, NY 10017
Facsimile: 212-755-7306

Victoria Counihan
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Facsimile: 302-661-7360

Joseph McMahon
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
Facsimile: 302-573-6497

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 20, 2007        __/s/ Heidi E. Sasso_____
                                                Heidi E. Sasso