**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| American Home Mortgage Holdings, Inc. | : | Case No. 07-11047 (CSS) |
| a Delaware Corporation, <u>et al.</u> | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |

**<u>CERTIFICATE OF SERVICE</u>**

I, Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that on this 20th day of September, 2007, I served a copy of the *Objection of Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. To The Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors? Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief and To Certain Related Notices of Assumption* on the parties listed on the attached service list via First Class Mail unless otherwise indicated.

                                                  /s/ Christopher A. Ward
                                                  Christopher A. Ward (Del. Bar No. 3877)

| | |
|---|---|
| VIA FACSIMILE:  302-576-3312<br>Matthew Barry Lunn<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | Steven M. Yoder, Esq.<br>Eric Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>(Bracebridge Capital, LLC; Natixis) |
| A.G. Edwards & Sons, Inc.<br>Attn:  Jonathan Griffith<br>2801 Market Street, 9th Fl, F Bldg.<br>St. Louis, MO 63103 | Geoffrey Aaronson<br>100 SE 2nd St., 27th Fl<br>Miami, FL 33131<br>Craven-Shaffer North Bay Village |
| Derek C. Abbott, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(Merrill Lynch) | Benjamin C. Ackerly, Esq<br>Hunton & Williams<br>Riverfront Plaza, East Tower, 951 East Byrd Street<br>Richmond, VA 23219<br>(Calyon) |
| David G. Aelvoet, Esq.<br>Linebarder Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>(Bexar County) | Jonathan Alter, Esq<br>Bingham McCutchen<br>One State Street<br>Hartford, CT 06103 |
| Rick B. Antonoff, Esq.<br>Pillsbury Wintrhrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>(UBS Securities) | John Ashmead, Esq.<br>Laurie Binder, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY 10004<br>(Deutsche Bank) |
| Lee S Attanasio, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(Morgan Stanley) | Doria Bachenheimer, Esq.<br>Securities and Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281 |

DEL1 67010-1

| | |
|---|---|
| Elizabeth Banda, Esq<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>(Cedar Hill City, Carroll ISD, Arlington ISD) | Brett Barragate, Esq.<br>Jones Day<br>901 Lakeside Avenue, North Point<br>Cleveland, OH 44114<br>WLR Recovery |
| Michael J. Barrie<br>Richard A. Barkasy<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market St., Suite 1001<br>Wilmington, DE 19801<br>(Liberty Property) | Louis L. Benza, Esq.<br>Associate Counsel<br>Empire Blue Cross Blue Shield<br>15 Metro Tech Center South - 6th Floor<br>Brooklyn, NY 11201<br>(Empire Blue Cross Blue Shield) |
| Harold Berzow, Esq.<br>Ruskin Moscou Faltischek<br>East Tower, 15th Fl<br>1425 RexCorp Plaza<br>Uniondale, NY 11556<br>(Waldner) | Karen C. Bifferato, Esq<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(Wells Fargo, Washington Mutual, Inland US Management, LLC) |
| Peter Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Richtree Enterprises) | Brian W. Bisignani<br>Post & Schell, PC<br>17 North 2nd Street, 12th Floor<br>Harrisburg, PA 17101-1601<br>(AON Consulting) |
| Joseph J. Bodnar<br>Law Offices of Joseph J. Bodnar<br>1201 Orange Street, Ste. 400<br>Wilmington, DE 19801<br>(Greenwich Capital; Royal Bank of Scotland) | Hilary B. Bonial, Esq.<br>Tyler Jones, Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>(EMC, CitiMortgage) |

| | |
|---|---|
| William P. Bowden, Esq.<br>Don Beskrone, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(UBS Securities LLC; Morgan Stanley; CIFG)<br>(DB Structured) | Gregory A. Bray, Esq.<br>Fred Neufeld, Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>ABN AMRO Bank |
| Barry E. Bressler<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market St., Suite 3600<br>Philadelphia, PA 19103-7286<br>(Liberty Property) | Mark A. Broude, Esq<br>John W. Weiss, Esq.<br>David Stewart, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022<br>(ORIS Capital Markets, LLC.) |
| Charles J. Brown, III, Esq.<br>Harvey Pennington, LTD<br>913 Market Street, Suite 702<br>Wilmington, DE 19801<br>(AT&T) | Michael Busenkell, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801<br>(Calyon New York Branch) |
| John Capitano<br>Kennedy Covington Lobdell & Hickman<br>214 N. Tryon Street, 47th Fl.<br>Charlotte, NC 28202<br>(NNN VF Four Resource Square, LLC) | Paul S. Caruso, Esq<br>Jessica Knowles, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(Wells Fargo) |
| William E. Chipman, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Countrywide Home Loans) | Ling Chow<br>Andrew Pickering<br>Robert Heller<br>Assured Guaranty<br>1325 Avenue of the Americas<br>New York, NY 10019 |
| Joseph Cioffi, Esq.<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019<br>(Alcone Marketing Group) | Matthew A. Clemente, Esq.<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>Societe Generale |

| | |
|---|---|
| Ronald L. Cohen, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY 10004<br>(Citibank) | Mark D. Collins, Esq<br>John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(ABN AMBRO Bank N.V.) |
| Enid M. Colson, Esq<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>(CSHV Southpark LLC) | Alison Conn, Esq.<br>Securities and Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281 |
| Nancy Connery, Esq.<br>Schoeman, Updike & Kaufman, LLP<br>60 East 42nd St.<br>New York, NY 10165<br>(STWB, Inc.) | Katherine A. Constantine, Esq.<br>Dorsey & Whitney, LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(U.S. Bank National Association) |
| Kelley Cornish, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(Lehman; Bracebridge Capital) | Victoria Counihan, Esq.<br>Sandra Selzer, Esq.<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(WLR Recovery) |
| Leo T. Crowley, Esq.<br>Margot Erlich, Esq.<br>Pillsbury Winthrop LLP<br>1540 Broadway<br>New York, NY 10036<br>(Bank of New York) | Donna Culver, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Financial Guaranty Insurance Co.; Assured Guaranty |
| Teresa K.D. Currier, Esq.<br>Mary F. Caloway, Esq.<br>Buchanan Ingersoll & Rooney P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(Societe Generale) | Vincent A. D'Agostino, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br>(AT&T Corp.) |

DEL1 67010-1

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital, LLC)

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
(Harris County, Angelina County)

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(WestLB)

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
CitiMortgage, Inc.

Donald Farlow
Burns, Wall, Smith and Mueller
303 E. 17th Avenue, #800
Denver, CO 80203
(BRCP)

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)

Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018
(Bear Stearns Mortgage Capital Corp and EMC Mortgage Corp.)

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
(Kingstowne Office Building K LLC; Boston Properties Limited Partnership)

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
(Aldine Independent School District)

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
(Fannie Mae)

Brad Godshall, Esq.
Pachulski, Stang, Ziehl, Young & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(Indymac)

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
(Realty Associates Fund VII, L.P.)

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
(Greenwich Capital Markets, Inc.)

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Gary Ginsburg, Esq.
Gary Meltzer, Esq.
Meltzer, Lippe, Goldstein & Breitstone LLP
190 Willis Avenue, The Chancery
Mineola, NY 11501

William Goldman, Esq.
Andrew Stearn
Sidley Austin
787 Seventh Avenue
New York, NY 10019
(Bear Stearns)

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG)

Michelle Hart
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076
(CitiMortgage)

DEL1 67010-1

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(EMC Mortgage)

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030
(EMC Corp)

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Nancy Hotchkiss, Esq.
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825
(Cowifi Ironpoint)

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(WARN Act Claimants)

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones  LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)

Lance N. Jurich, Esq.
Vadim Rubinstein, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4164
(Merrilly Lynch)

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206
(Gateway Canyon, Inc.)

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Bear Stearns; Impac)

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
(Citigroup Global)

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
(Pima County)

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(GE Capital Information; ZC Real Estate Tax Solutions)

Thomas J. Leanse, Esq.
Dustin P. Branch
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(RREEF Management Company)

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmingtont, DE 19801
(DDR Entities)

Stephen D. Lerner, Esq.
Elliot Smith, Esq
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, suite 3500
Cincinnati, OH 45202
(FSI Realty Funding, Inc.)

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018
De Lage Financial Services, Inc.

Frederick Linfesty, Esq.
Iron Mountain Information Management
745 Atlantic Avenue
Boston, MA 02111

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
(John Flatley and Gregory Stoyle, Trustees 1993 Flatley Family Truste)

DEL1 67010-1

| | |
|---|---|
| Nancy F. Loftus, Esq.<br>Assistant County Attorney<br>Deprt of Tax Admin - Fairfax Co.<br>12000 Governmnet Center Parkway, Suite 549<br>Fairfax, VA 22035 | Gerard Luckman, Esq.<br>Silverman Perlstein & Acampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753<br>(American Corporate Record Center) |
| Margaret C. Lumsden, Esq.<br>Unti & Lumsden LLP<br>302 Jefferson Street, Suite 200<br>Raleigh, NC 27605<br>(Progress Energy Carolinas, Inc.) | Peter McGonigle<br>Fannie Mae<br>1835 Market Street, Suite 2300<br>Philadelphia, PA 19103 |
| Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 | Kristin Mihelic, Esq.<br>Richard Canel, Esq.<br>Spector Gadon & Rosen<br>1635 Market Street, 7th Fl.<br>Philadelphia, PA 19103<br>(Chesterbrook Partners) |
| Richard Miller, Esq.<br>Robert Honeywell, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(Barclays Bank PLC and Barclays Capital) | Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Security Connections |
| Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>(Empire HealthChoice Assurance/Empire Blue Cross) | Norman Monhait, Esquire<br>Rosenthal Monhait & Goddess<br>919 Market St./Ste. 1401 Mellon Bank Ctr<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(Kodiak Funding LP) |
| Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899<br>(Debtors' Counsel) | Eric K. Moser, Esq<br>Wilbur F. Foster, Jr., Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(ABN AMRO Bank) |

| | |
|---|---|
| Guy Moss, Esq.<br>Riemer & Braunstein<br>Three Center Plaza<br>Boston, MA 02108<br>(Sovereign Bank) | David M. Neumann, Esq<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(DDR Entities) |
| Janice D. Newell<br> Cecil Ingram<br>ADA County Treasurer<br>200 W. Front Street, Room 3191<br>Boise, ID 83702 | Jeffrey J. Newton, Esq.<br>Hollie N. Hawn, Esq.<br>County Attorney for Broward County<br>115 South Andrews Ave., Suite 423<br>Governmental Center<br>Fort Lauderdale, FL 33301<br>(Broward County Revenue Collection Division, Bankruptcy & Litigation Section) |
| Richard P. Norton, Esq.<br>Reed Smith LLP<br>599 Lexington Ave., 29th Fl.<br>New York, NY 10022<br>(ZC Real Estate Tax Solutions) | William Novotny, Esq.<br>Mariscal, Weeks, McIntyre & Freidlander, P.A.<br>2901 N. Central Avenue, Suite 200<br>Phoenix, AZ 85012<br>Waterfall Shopping Center, Inc. |
| Larry J. Nyhan, Esq.<br>Matthew Clemente, Esq.<br>David Hall, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(Societe Generale) | Kathleen O'Connell, Esq.<br>Suntrust Bank<br>303 Peachtree Street, 36th Fl.<br>Mail Code 0662<br>Atlanta, GA 30308 |
| Joseph O'Neil, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>(GMAC) | Harold Olsen, Esquire<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(Morgan Stanley) |

| | |
|---|---|
| Ricardo Palacio, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>(United Guaranty Services, Inc.) | Peter S. Partee, Esq<br>Scott H. Bernstein, Esq.<br>Hunton & Williams<br>200 Park Avenue, 53rd Floor<br>New York, NY 10166-0136<br>(Calyon) |
| Andrew Petrie, Esq.<br>Featherstone Petrie DeSisto LLP<br>600 17th Street, SUite 2400 S<br>Denver, CO 80202<br>(CitiMortgage) | John Philip, Esq.<br>Crislip, Philip & Asso.<br>4515 Poplar Avenue, Suite 322<br>Memphis, TN 38117 |
| Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102<br>(Fidelity Court Associates) | Thomas J. Polis, Esq.<br>Polis & Associates<br>19900 MacArthur Boulevard<br>Suite 960<br>Irvine, CA 92612<br>Rexco, LLC |
| Stephen B. Porterfield, Esq.<br>Sirote & Permutt, P.C.<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham, AL 35205<br>(Hoover Court, LLC) | Susan D. Profant, CFCA, CLA, Paralegal<br>c/o Ken Burton, Jr., Manatee County Tax Collector<br>819 U.S. 301 Blvd. West<br>P.O. Box 25300<br>Bradenton, FL 34206-5300<br>(Ken Burton, Jr., Manatee County Tax Collector) |
| Michael Reed, Esq.<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 26990<br>Austin, TX 78755<br>(County of Denton) | Patrick J. Reilley, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>(Waldner) |
| Shawn Rice, Esq.<br>Rice & Gotzmer<br>605 N. 8th Street, Suite 350<br>Sheboygan, WI 53081<br>(Priority Sign) | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>(Impac; Bear Stearns) |

DEL1 67010-1

| | |
|---|---|
| Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Green Genovese & Gluck PC<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(3445 North Causeway Limited Partners) | Robert H. Rosenbaum, Esq.<br>M. Evan Meyers<br>Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Suite 400<br>Berkshire Building<br>Riverdale Park, MD 20737-1385<br>(Charles County; Prince George County) |
| John Rosenthal, Esq<br>Nixon Peabody, LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>(Deutsche Bank) | Frederick B. Rosner, Esq<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>De Lage Landen |
| Erica Ryland, Esq.<br>Corinne Ball, Esq.<br>I. Lewis Grimm, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>(WLR Recovery) | Todd C. Schiltz, Esquire<br>Wolf Block Schorr & Solis-Cohen, LLP<br>1100 N. Market Street, #1001<br>Wilmington, DE 19801<br>(Wells Fargo) |
| Eric Lopez Schnabel, Esq.<br>Dorsey & Whitney<br>1105 North Market Street, 16th Fl.<br>Wilmington, DE 19801<br>(U.S. Bank National Asso.) | Margot B. Schonholtz, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3596<br>(Bank of America) |
| Patricia Schrage, Esq.<br>Securities and Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281 | Stephen B. Selbst, Esq.<br>McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173<br>(WestLB AG) |

DEL1 67010-1

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York)

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Bank of America

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GMAC)

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)

David Stack
ABN AMRO Bank
55 East 52nd St., 2nd Fl
New York, NY 10055

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175
(County of Loudoun, VA)

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017
(Societe Generale)

DEL1 67010-1

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Deutsche Bank)

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Inland US Management, LLC)

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(Washington Mutual Bank)

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
(Maricopa County)

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Bank of America

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219
(Duquesne LIght Company)

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)
(American Express Bank)

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)

DEL1 67010-1

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
Financial Guaranty Insurance Corporation

Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured)

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(Fidelity National)
(Mainstay Funds)

William G. Wright, Esq.
John Weaver, Esq.
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054
(Banc of America Leasing)

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)