## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of September, 2007, I caused a copy of the foregoing **Limited Objection Of Wells Fargo Funding, Inc. To Debtors' Modified Notice Of (I) Possible Assumption And Assignment Of Certain Leases, License Agreements, And Executory Contracts; And (II) Proposed Cure Obligations, If Any** to be served in the manner indicated upon below listed parties-in-interest.



Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
James L. Patton, Jr., Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Joseph McMahon, Esquire
United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**VIA FACSIMILE & FIRST CLASS MAIL**
Jeffrey M. Levine, Esquire
Milestone Advisors, LLC
1775 Eye Street, N.W., Suite 800
Washington, D.C. 20006

Mark S. Indelicato, Esquire
Hahn & Hessen
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

#565663