IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | Case No. 07-11047 (CSS) |
| **HOLDINGS, INC., a Delaware corporation,** | : | |
| **et al.,**[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket Nos. 11, 113, 403 and 674 |
| | : | |
| | : | Hearing: October 1, 2007 at 10:00 a.m. |

**RESERVATION OF RIGHTS OF ABN AMRO BANK N.V.
WITH RESPECT DEBTORS' MOTION FOR AUTHORITY TO SELL THEIR
MORTGAGE LOAN SERVICING BUSINESSES AND ASSUME AND ASSIGN THE
SERVICING RIGHTS CONTAINED IN THE MASTER REPURCHASE AGREEMENT**

ABN AMRO Bank N.V. ("ABN"), as agent for the purchasers (the "Purchasers") under that certain Master Repurchase Agreement (and related supplemental documents) entered into with certain of the above-captioned debtors (the "Debtors"), dated as of February 28, 2007 (the "ABN Repurchase Agreement"), by and through its undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights"), and in support thereof, respectfully states as follows:

**Background**

1. ABN is the agent for the Purchasers under the ABN Repurchase Agreement. Pursuant to the terms of the ABN Repurchase Agreement, ABN purchased from the Debtors approximately four hundred and thirty (430) mortgage loans (the "ABN Mortgage Loans") in the original aggregate principal amount of approximately $222 million. The ABN Mortgage Loans are residential construction loans made by the Debtors to mortgagors who are constructing

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

or renovating single-family homes pursuant to mortgage contracts between the Debtors and the mortgagors. The ABN Repurchase Agreement and the issuance of certain notices of events of default dated as of August 1, 2007 are described in detail in the *Limited Objection and Reservation of Rights of ABN AMRO Bank N.V. (Agent for the Purchasers Under the Master Repurchase Agreement with the Debtors Dated as of February 28, 2007) With Respect to the Following Motions of the Debtors for Authority to: (1) Enter into DIP Financing Agreement; (2) Use Cash Collateral; (3) Continue Cash Management System; (4) Sell the Servicing Business; and (5) Sell the Mortgage Loans* [Docket No. 33] (the "Initial ABN Objection"), which details are incorporated herein by reference.

2. On August 22, 2007, the Court entered an *Order Approving Stipulation Between Certain Debtors and ABN AMRO Bank N.V.* [Docket No. 284] (the "Stipulated Order"). Pursuant to the Stipulated Order, ABN and the Debtors agreed to terms and procedures under which the Debtors would continue to service the ABN Mortgage Loans.

3. ABN and the Debtors have now reached agreement on the terms of the marketing, auction and sale of the construction loan portfolio that the Debtors are servicing (the ABN Mortgage Loans represent approximately 80% of the construction loans serviced by the Debtors), and the Debtors have agreed to file a motion for approval of sale procedures in the next few days.

### The Debtors' Proposed Sale of the Servicing Business

4. On August 6, 2007, the Debtors filed a motion for authority to sell their mortgage loan servicing business [Docket No. 11] (the "Servicing Business Sale Motion"), and the Court entered an order on August 9, 2007 approving sale procedures but providing that the rights of parties to contracts or transactions of the kind listed in Sections 555, 559, 560 and 561 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") shall not be affected by entry of the order [Docket No. 113] (the "Sale Procedures Order").

5. On August 27, 2007, and then again on September 10, 2007, the Debtors gave notice of the executory contracts that they make seek to assume and assign in connection with

the Servicing Business Sale Motion [Docket Nos. 403 and 674, respectively] (the "Contract Assumption Notices"). The Contract Assumption Notices listed the ABN Repurchase Agreement as one of the executory contracts as to which the Debtors may seek to seek to assign the servicing rights contained therein.

6.      As described in the Initial ABN Objection, the ABN Repurchase Agreement is a contract of the kind listed in Sections 555, 559, 560 and 561 of the Bankruptcy Code and, accordingly, the Debtors may not sell the servicing rights that are part and parcel of the ABN Repurchase Agreement without the consent of ABN.

## ABN's Reservation of Rights

7.      It appears that the sale of the Debtors' servicing business will occur prior to the sale of the Debtors' construction loan portfolio. Therefore, there may be a period of time between the closing of the two sales during which the Debtors' servicing business, then in the hands of new owners, will continue to service certain of the ABN Mortgage Loans. ABN and the Debtors have agreed to cooperate in effectuating a transition of the servicing of those certain ABN Mortgage Loans to the approved buyer of the Debtors' servicing business, until alternative arrangements can be made to service those mortgage loans by the approved buyer of the construction loan portfolio.

*[Remainder of this page left intentionally blank.]*

8.  As described in the Initial ABN Objection, ABN terminated all servicing rights of the Debtors under the ABN Repurchase Agreement on or about August 1, 2007. Then, pursuant to the Stipulated Order entered by the Court on August 22, 2007, ABN authorized the Debtors to temporarily continue servicing the ABN Mortgage Loans. ABN continues to reserve all rights under the ABN Repurchase Agreement and the Stipulated Order with respect to the servicing of the ABN Mortgage Loans, including the right to select the entity that will service the ABN Mortgage Loans.

Dated: September 20, 2007
Wilmington, Delaware

Respectfully submitted,

*/s/ John H. Knight*

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Gregory A. Bray
Robert Jay Moore
Fred Neufeld
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

*Attorneys for ABN AMRO BANK N.V.*