**EXECUTION COPY**

## AMENDMENT NO. 3

AMENDMENT NO. 3, dated as of July 27, 2007 (this "Amendment"), to the Third Amended and Restated Master Repurchase Agreement, dated as of July 15, 2005, as amended by AMENDMENT NO. 1, dated as of September 29, 2006 and AMENDMENT NO. 2, dated as of January 29, 2007, as amended, supplemented or otherwise modified prior to the date hereof (the "Existing Repurchase Agreement"), each among AMERICAN HOME MORTGAGE CORP., a New York corporation ("AHMC"), AMERICAN HOME MORTGAGE INVESTMENT CORP., a Maryland corporation ("AHMIC"), AMERICAN HOME MORTGAGE ACCEPTANCE, INC., a Maryland corporation ("AHMA"), AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation ("AHMH"), AMERICAN HOME MORTGAGE SERVICING, INC. (formerly known as Columbia National, Incorporated), a Maryland corporation ("AHMS" and, collectively with AHMC, AHMIC, AHMA and AHMH, the "Seller" and each a "Seller Entity"), and NATIXIS REAL ESTATE CAPITAL INC.(f/k/a IXIS REAL ESTATE CAPITAL INC.), a New York corporation ("Buyer").

W I T N E S S E T H:

WHEREAS, pursuant to the Existing Repurchase Agreement between the Seller and the Buyer, the Buyer has agreed to purchase Mortgage Loans from time to time from the Seller, subject to the Seller's obligations to repurchase such Mortgage Loans upon the terms and conditions set forth therein; and

WHEREAS, the Seller has requested and the Buyer has agreed to amend the Existing Repurchase Agreement to modify certain covenants relating to the Seller;

NOW THEREFORE, in consideration of the premises set forth herein, and to induce the Buyer to make loans under the Existing Repurchase Agreement to the Seller, the Seller hereby agrees with the Buyer as follows:

Section 1.  Defined Terms. Unless otherwise defined herein, terms that are defined in the Existing Repurchase Agreement and used herein are so used as so defined.

Section 2.  Amendments.

(a)  Section 3(b)(21) of the Existing Repurchase Agreement is hereby amended by deleting the clause in its entirety and replacing it with the following:

"(21) immediately prior to the requested Transaction and also after giving effect thereto and to the intended use of the proceeds thereof, Seller shall not permit, for any period of one (1) fiscal quarter, Net Income of AHMIC and its consolidated Subsidiaries for such period determined on a monthly basis, before income taxes for such period and distributions made during such period, to be less than $1.00; and:

(b)     Section 11(l) of the Existing Repurchase Agreement is hereby amended by deleting the clause in its entirety and replacing it with the following:

"(l)     Maintenance of Profitability. Seller shall not permit, for any period of two (2) consecutive fiscal quarters (each such period, a "Test Period"), Net Income of AHMIC and its consolidated Subsidiaries for such Test Period determined on a monthly basis, before income taxes for such Test Period and distributions made during such Test Period, to be less than $1.00."

(c) Section 11(n) of the Existing Repurchase Agreement is hereby amended by deleting the clause in its entirety and replacing it with the following:

"(n)     Aggregate Collateral Value to the Adjusted Consolidated Funded Debt. Seller shall not permit the ratio of the Aggregate Collateral Value to the Adjusted Consolidated Funded Debt of AHMIC to be less than 1.00 to 1.00 at any time. For purposes of calculating this ratio, the current valuation percentage listed on Schedule 3 as 0% for Restricted Cash may be modified such that any Restricted Cash directly related to collateralizing indebtedness shall be given a valuation percentage of 100%.

Section 3.    Representations and Warranties. Seller hereby represents and warrants that the representations and warranties of the Seller contained in Section 10 of the Existing Repurchase Agreement, as supplemented by this Amendment, are true and correct with respect to each of AHMS, AHMC, AHMIC, AHMA and AHMH as of the date of this Amendment.

Section 4.    Effectiveness. The closing for the Amendment of the Existing Repurchase Agreement shall be subject to the condition precedent that the Seller and the Buyer shall have executed and delivered this Amendment, duly executed by all signatories as required pursuant to the respective terms thereof.

Section 5.    Further Assurances. The Seller hereby covenants and agrees with the Buyer that, from and after the date hereof, at any time and from time to time, upon the written request of the Buyer, and at the sole expense of the Seller, the Seller will promptly and duly execute and deliver such further instruments and documents and take such further actions as the Buyer may reasonably request in order to effect the transactions contemplated hereby and to preserve the full benefits of the Existing Repurchase Agreement and the rights and powers therein granted.

Section 6.    Counterparts. This Amendment may be executed by each of the parties hereto on any number of separate counterparts, each of which shall be an original and all of which taken together shall constitute one and the same instrument.

**SECTION 7. GOVERNING LAW. THIS AMENDMENT SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAW OF THE STATE OF NEW YORK WITHOUT REFERENCE TO THE CHOICE OF LAW PROVISIONS THEREOF.**

Section 8.    Ratification of Agreement. Except as modified by this Amendment, the Existing Repurchase Agreement is in all respects ratified and confirmed, and all

the terms, provisions and conditions thereof shall be and remain in full force and effect. The execution of this Amendment shall in no manner constitute a waiver or extinguishment of any rights of the Buyer under the Existing Repurchase Agreement and all such rights are hereby reserved.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the parties have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the day and year first above written.

BUYER:

NATIXIS REAL ESTATE CAPITAL INC.

By: _____
    Name: F. René Mendez
    Title: Managing Director

By: _____
    Name: Christopher Hayden
    Title: Managing Director

SELLER:

AMERICAN HOME MORTGAGE CORP.

By: _____
    Name:
    Title:

AMERICAN HOME MORTGAGE INVESTMENT CORP.

By: _____
    Name:
    Title:

USActive 9509008.5