## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 20th day of September, 2007, I caused a copy of the **Objection of Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. to Emergency Motion of the Debtors for Orders: (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief *and* to Certain Related Notices of Assumption** to be served upon the parties listed on the attached service list *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

Eric M. Sutty (No. 4007)

670831-1