IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) ) | Jointly Administered **Related Docket Nos. 828, 838 and 849** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

Cathie J. Boyer, being duly sworn according to law, deposes and says that she is employed by the law firm of Ashby & Geddes, P.A., co-counsel to UBS Real Estate Securities, Inc., CIFG Assurance North America, Inc. and Morgan Stanley Mortgage Capital Holdings LLC in the above captioned bankruptcy case, and that on September 20, 2007 she caused a true and correct copy of the below listed pleadings to be served upon the persons on the attached service in the manner indicated.

- **Objection of UBS Real Estate Securities Inc. to the Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure Obligations, If Any [Docket No. 828]**

- **Joinder In Part of CIFG Assurance North America, Inc. to Objection and Reservation of Rights of Wells Fargo Bank, N.A. with Respect to Proposed Cure Amounts and Debtors' Proposed Sale of Their Loan Servicing Business [Docket No. 838]**

- **Objection of Morgan Stanley Mortgage Capital Holdings LLC to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any [Docket No. 849]**

_____
Cathie J. Boyer

SWORN TO AND SUBSCRIBED before me this 20th day of September 2007.

_____
Notary Public

184330.1

American Home Mortgage Holdings, Inc., et al.
Service List

**HAND DELIVERY & FACSIMILE**
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

**HAND DELIVERY & FACSIMILE**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY & FACSIMILE**
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

**HAND DELIVERY & EMAIL**
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY & FACSIMILE**
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**U.S. MAIL & FACSIMILE**
Erica Ryland, Esq.
Corinne Ball, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**FEDERAL EXPRESS**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

**U.S. MAIL & FACSIMILE**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

**U.S. MAIL & E-MAIL**
Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022

**U.S MAIL & FACSIMILE**
Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596