## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

-----------------------------------------------------------

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE       :
                        : SS:
NEW CASTLE COUNTY       :

    I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on September 20, 2007, I caused to be served:

**AMENDED AND SUPPLEMENTAL OBJECTION OF CITIMORTGAGE, INC. TO EMERGENCY MOTION  OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

    Service was completed upon parties on the attached list in the manner indicated thereon.

Date: September 20 2007

                             William Weller

SWORN AND SUBSCRIBED before me this 20th day of September, 2007

                             NOTARY
                             My commission expires:_____

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My Comm. Expires Dec. 1, 2008

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[Counsel to the Debtors]

Bonnie Glantz Fatell,Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
[Counsel for the Official Committee of
Unsecured Creditors]

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
[Counsel to Bank of America, N.A., as
Administrative Agent for the lenders]

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
[Counsel to the Debtors' Post-Petition Lenders]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

**VIA FIRST CLASS MAIL & FACSIMILE**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Attn: Alan Horn, General Counsel
Facsimile : (949) 727-1238
[Debtors]

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
Facsimile: (202) 367-3001

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured
Creditors]

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Facsimile: (212) 836-8689
[Counsel to Bank of America, N.A., as Administrative
Agent for the lenders]

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day LLP
222 East 41st Street
New York, NY 10017
Facsimile: (212) 755-7306
[Counsel to the Debtors' Post-Petition Lenders]