# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS       **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 20, 2007 02:30 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### *Matter:*

Ginnie Mae

**R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Hearing Matters

Judge signed orders:

-Order Approving Stipulation of Settlement Between and Among the Debtors and Federal Home Loan Mortgage Corporation Regarding the Sale of Servicing of Federal Home Mortgage Corporation's Loans

-Order Approving Stipulation of Settlement Between and Among the Debtors, Bank of America, N.A., and Federal Home Loan Mortgage Corporation Regarding Interim Servicing of Federal Home Loan Mortgage Corporation's Loans

-Stipulation and Order Resolving Motion of United States for an Order (I) Requiring Turnover of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring That the Government National Mortgage Association Is Not Subject to the Automatic Stay