**CASE NAME:** American Home
**CASE NOS.:** 07-11047 (CSS)

# SIGN-IN-SHEET

**COURTROOM LOCATION:** Courtroom 6
**DATE:** September 20, 2007 @ 2:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Melanie Gray (telephonic) / Christopher Moore | Weil Gotshal & Manges | Credit Suisse |
| Scott Talmadge (telephonic) in court soon | Kaye Scholer | Bank of America |
| Nicholas Cremona (telephonic) | | |
| Robert J. Moore (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Fred Neufeld (telephonic) | | |
| Fred Holden (telephonic) | Orrick Herrington & Sutcliffe | IndyMac Bank |
| Teresa Currier | Buchanan Ingersoll & Rooney | Societe General |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Sandra G.M. Selzer | Greenberg Traurig | WLR Recovery Fund III LP |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | Bank of America, N.A. |
| Robert Brady | Young Conaway | Debtors |
| Mary Alfieri | US Dep't of Justice | GNMA |
| Bonnie Fatell | Blank Rome LLP | Creditors Committee |
| John Dorsey | Young Conaway | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.