IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
In re:                                                    :  Chapter 11
                                                          :
                                                          :
AMERICAN HOME MORTGAGE                                    :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware                                :
corporation, et al.,                                      :  Jointly Administered
                                                          :
                                                          :  **Objection Deadline: September 20, 2007 at 4:00 p.m.**
            Debtors.                                      :
                                                          :  Docket Nos. 11, 113, 403, 674
                                                          :
---------------------------------------------------------- X

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF MERRILL LYNCH MORTGAGE LENDING, INC. EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AND SALE AGREEMENT THERETO; (III) APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

Merrill Lynch Mortgage Lending, Inc. ("MLML"), by and through its undersigned counsel, files this limited objection and reservation of rights to the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase and Sale Agreement Thereto; (c) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting

Related Relief (the "Sale Motion") and the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Possible Cure Amounts (the "Amended Notice"). In support thereof, MLML sets forth as follows:

### Limited Objection and Reservation of Rights

On August 6, 2007, the Debtors filed the (the "Sale Motion"). In connection with the Sale Motion, the Debtors on August 27, 2007 filed a Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Objections (the "Assumption Notice"). The objection deadline with respect to the Assumption Notice was September 13, 2007. On September 10, 2007, Debtors filed the Amended Notice, the objection deadline for which is today. Among the agreements listed in the Amended Notice was a Master Mortgage Loan Purchase and Servicing Agreement with MLML, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc., dated as of July 1, 2007 (the "Agreement"). Thereafter, on September 14, 2007, the Debtors filed a notice of rescheduled dates to object to the Sale Motion, which seeks authority to assume and assign the Agreement, to October 1, 2007 (the "Adjourned Objection Deadline").

MLML objects to the assumption and assignment of the Agreement because MLML and the Debtors are not parties to any such Agreement. Moreover, MLML has not purchased any loans under any such agreement and thus there can be no servicing rights to assume and assign. MLML reserves its rights to file further and additional objections to assumption of the Agreement and the relief requested in the Sale Motion on or before the Adjourned Objection Deadline.

Dated: September 20, 2007

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      /s/ Thomas F. Driscoll III
      Dereck Abbott (No. 3376)
      Thomas F. Driscoll III (No. 4703)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200

      -and-

      LOEB & LOEB, LLP

      Lance N. Jurich
      10100 Santa Monica Blvd.
      Los Angeles, California 90067
      Telephone: 310-282-2000
      Facsimile: 310-282-2200

      Vadim J. Rubinstein
      345 Park Avenue
      New York, New York 10154
      Telephone:   (212) 407-4000
      Facsimile:    (212) 407-4990

      *Attorneys for Merrill Lynch Mortgage Lending, Inc.*

1239030.1