## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Limited Objection And Reservation Of Rights Of Merrill Lynch Mortgage Lending, Inc. Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I)Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase And Sale Agreement Thereto; (III) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief** was caused to be made on September 20, 2007, in the manner indicated upon the entities identified on the attached service list.

Date:  September 20, 2007

/s/ Thomas F. Driscoll III
Thomas F. Driscoll III (No. 4703)

1239033.1