# SERVICE LIST

**VIA HAND DELIVERY**

James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

Joseph McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801

**VIA FACSIMILE & FIRST CLASS MAIL**

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC  20006
Facsimile: (202) 367-3001

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Facsimile: (212) 478-7400

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
Facsimile: (212) 836-8689

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day LLP
222 East 41st Street
New York, NY  10017
Facsimile: (212) 755-7306

Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747
Facsimile: (949) 727-1238

1239032.1