UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re                                          :   Chapter 11
                                               :
American Home Mortgage Holdings, Inc.,         :   Case No.: 07-11047 (CSS)
et al.                                         :
                                               :   (Jointly Administered)
                                               :
Debtors.                                       :
                                               :   Ref. Docket No.: 232 & 756
                                               :
                                               :
---------------------------------------------- x

## ORDER APPROVING STIPULATION AND AGREEMENT BY AND BETWEEN THE DEBTORS AND IMPAC FUNDING CORPORATION

Upon consideration of the stipulation and agreement (the "Stipulation") by and between the above-captioned debtors and debtors-in-possession (the "Debtors")[1] and Impac Funding Corporation ("Impac") which is attached hereto as Exhibit A; and after due deliberation; and it appearing that the relief requested by the parties under the Stipulation is in best interest of the Debtors' estates and their creditors; it is hereby:

ORDERED that the Stipulation, attached hereto as Exhibit A, is approved; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation or this Order.

Dated: Wilmington, Delaware
       September 26, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6232617.1                                                                          066585.1001