IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 798 |

## ORDER APPROVING STIPULATION OF SETTLEMENT BETWEEN AND AMONG THE DEBTORS, BANK OF AMERICA, N.A., AND FEDERAL HOME LOAN MORTGAGE CORPORATION REGARDING INTERIM SERVICING OF FEDERAL HOME LOAN MORTGAGE CORPORATION'S LOANS

Upon consideration of the Debtors' Motion for Order Approving Stipulation of Settlement Between and Among the Debtors, Bank of America, N.A. and Federal Home Loan Mortgage Corporation and American Home Mortgage Holdings, Inc. (the "Motion")[1] pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") ; and upon review of the Motion of Federal Home Loan Mortgage Corporation for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of objections to the Motion, if any; and upon the record and after due deliberation thereon; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and other parties in interests; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Stipulation attached hereto as <u>Exhibit A</u> entered into between the Debtors, Freddie Mac and BofA is APPROVED; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Stipulation.

Dated: September 20, 2007

*[signature]*
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge