IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | |
|---|---|
| IN RE: | |
| | CASE NO. 07-11047 |
| AMERICAN HOME MORTGAGE | CHAPTER 11 |
| HOLDINGS INC. | JUDGE CHRISTOPHER S. SONTCHI |

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, <u>inter alia</u>, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ A. Michelle Hart

_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/770-643-4176 Fax

*Authorized Agent for America's Servicing Company*

File Number ASC-07-11900 /
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS INC. | CASE NO. 07-11047<br>CHAPTER 11<br>JUDGE CHRISTOPHER S. SONTCHI |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the _____ day of September, 2007.

Debtor's Attorney

Edward J Kosmowski, Esq.
1000 West Street 17th Floor
PO Box 391
Wilmington, DE  19899

Chapter 11 Trustee

NEED TRUSTEE

           Respectfully submitted,
           McCALLA RAYMER, LLC

           /s/ A. Michelle Hart
           _____
           A. Michelle Hart, Esq. Georgia Bar No. 334291
           1544 Old Alabama Road
           Roswell, Georgia  30076-2102

770-643-7200/770-643-4176 Fax

File Number ASC-07-11900 /
Request for Service of Notice