## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:                                                           :     Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :     Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :     Joint Administration Requested
                        Debtors.                                 :
----------------------------------------------------------------- x     **Ref. Docket No. 865**

## NOTICE OF FILING OF SCHEDULES 4.1(a)
## AND 8.2(e) TO ASSET PURCHASE AGREEMENT

PLEASE TAKE NOTICE that, on September 21, 2007, the above-captioned

debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors*

*for Order Pursuant to Sections 105(a), 363, 364, 365 and 503(b) of the Bankruptcy Code and*

*Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy*

*Procedure (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing*

*Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C)*

*Directing that Certain Notices of Such Sale and Deadline Be Given; and (D) Authorizing, on an*

*Interim Basis, the Debtors to Grant Certain Liens and Other Protections for the Purchaser's*

*Collateral Effective After the Initial Closing* (D.I. 865; the "Motion"), which included that

certain Asset Purchase Agreement, attached to the Motion as Exhibit A-1 (the "APA").

---

[1]     The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp.  ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp.  ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.  ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.  ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors").  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

PLEASE TAKE FURTHER NOTICE that the Debtors are filing Schedules 4.1(a)

and 8.2(e) (the "Schedules") with respect to the APA.  The Schedules are annexed hereto as

Exhibit A.

Dated:  Wilmington, Delaware
          September 21, 2007

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        James L. Patton, Jr. (No. 2202)
                                        Joel A. Waite (No. 2925)
                                        Pauline K. Morgan (No. 3650)
                                        Sean M. Beach (No. 4070)
                                        Matthew B. Lunn (No. 4119)
                                        Kara Hammond Coyle (No. 4410)
                                        Margaret B. Whiteman (No. 4652)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and
                                        Debtors in Possession

## Exhibit A

Schedule 4.1(a)

| If the Initial Closing Servicing Balance is: | | The Initial Closing Servicing Balance Price is: | | | |
| Greater than ($Billion) | and less than or equal to ($Billion) | | | | of the amount over ($Billion) |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 38.00 | $ 0 | plus | 0.900000% | 0.00 |
| 38.00 | 38.25 | $ 342,000,000.00 | plus | 0.901538% | 38.00 |
| 38.25 | 38.50 | $ 344,253,846.15 | plus | 0.903077% | 38.25 |
| 38.50 | 38.75 | $ 346,511,538.46 | plus | 0.904615% | 38.50 |
| 38.75 | 39.00 | $ 348,773,076.92 | plus | 0.906154% | 38.75 |
| 39.00 | 39.25 | $ 351,038,461.54 | plus | 0.907692% | 39.00 |
| 39.25 | 39.50 | $ 353,307,692.31 | plus | 0.909231% | 39.25 |
| 39.50 | 39.75 | $ 355,580,769.23 | plus | 0.910769% | 39.50 |
| 39.75 | 40.00 | $ 357,857,692.31 | plus | 0.912308% | 39.75 |
| 40.00 | 40.25 | $ 360,138,461.54 | plus | 0.913846% | 40.00 |
| 40.25 | 40.50 | $ 362,423,076.92 | plus | 0.915385% | 40.25 |
| 40.50 | 40.75 | $ 364,711,538.46 | plus | 0.916923% | 40.50 |
| 40.75 | 41.00 | $ 367,003,846.15 | plus | 0.918462% | 40.75 |
| 41.00 | --- | $ 369,300,000.00 | plus | 0.920000% | 41.00 |

Schedule 8.2(e)

| If the Initial Closing Servicing Balance is: | | The Minimum Net Proceeds are: |
| --- | --- | --- |
| Greater than ($Billion) | and less than or equal to ($Billion) | |
| 38.00 | 38.25 | $ 420,220,000.00 |
| 38.25 | 38.50 | $ 422,399,027.78 |
| 38.50 | 38.75 | $ 424,582,083.33 |
| 38.75 | 39.00 | $ 426,769,166.67 |
| 39.00 | 39.25 | $ 428,960,277.78 |
| 39.25 | 39.50 | $ 431,155,416.67 |
| 39.50 | 39.75 | $ 433,354,583.33 |
| 39.75 | 40.00 | $ 435,557,777.78 |
| 40.00 | 40.25 | $ 437,765,000.00 |
| 40.25 | 40.50 | $ 439,976,250.00 |
| 40.50 | 40.75 | $ 442,191,527.78 |
| 40.75 | 41.00 | $ 444,398,437.50 |
| 41.00 | --- | $ 446,554,687.50 plus 0.92% of the portion of the Initial Closing Servicing Balance over $41.00 Billion |

DLI-6142326v1