IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
        Debtors.                                                    :
------------------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## SEPTEMBER 25, 2007 AT 10:00 A.M. (ET)

## MATTER GOING FORWARD

1.    Motion of the Debtors for Order Pursuant to Sections 105(a), 363, 364, 365, and 503(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C) Directing That Certain Notices of Such Sale and Deadlines be Given; and (D) Approving, on an Interim Basis, the Debtors' Authority to Grant Liens in the Purchaser's Collateral After Initial Closing [D.I. 865, 9/21/07]

     Related Document:

          a)    Motion Pursuant To Del. L.R. 9006-1(e) for an Order Shortening the Time For Notice [D.I. 866, 9/21/07]

          b)    Notice of Filing of Schedules 4.1(a) and 8.2(e) to Asset Purchase Agreement [D.I. 867, 9/21/07]

Objection Deadline:    September 25, 2007 at 10:00 a.m.

Status: This matter will be going forward.

Dated: Wilmington, Delaware
   September 21, 2007

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kara Hammond Coyle (No. 4410)
        Kenneth J. Enos (No. 4544)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession