**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

                                Chapter 11 Case

                                Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

                   Debtors.

--------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 20th day of September, 2007, I

served one copy of the *De Lage Landen Financial Services, Inc.'s Objection to the Debtors'*

*Proposed Equipment Sale, and Assumption, Assignment and Cure of De Lage Landen*

*Financial Services, Inc.'s Lease, as Proposed Within the Debtors' Notice [D.I. 841],* upon

the parties listed below in the manner indicated:

| | |
|---|---|
| ***Hand Delivery***<br>James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>*(Counsel to Debtors)* | ***First Class Mail***<br>Alan Horn, Esquire<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>*(Debtors)* |
| ***First Class Mail***<br><br>Jeffrey M. Levine<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 | ***First Class Mail***<br>Mark Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>*(Counsel to the Official Committee of Unsecured Creditors)* |

**First Class Mail**
Margot Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Hand Delivery**
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801
*(Counsel to Bank of America, N.A.)*

**First Class Mail**
Corinne Ball, Esquire
Erica Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

**Hand Delivery**
Victoria Watson Counihan, Esquire
Greenberg Traurig
1007 Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel to Postpetition Lenders)*

**Hand Delivery**
Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
*(US Trustee)*

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801