IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

Chapter 11 Case

Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

Debtors.

-------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 20th day of September, 2007, I served one copy of the *Supplemental Objection of Bear Stearns Mortgage Capital to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any [D.I. 848]*, upon the parties listed below in the manner indicated:

*Hand Delivery*
James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

*First Class Mail*
Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*(Debtors)*

*First Class Mail*
Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

*First Class Mail*
Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*(Counsel to the Official Committee of Unsecured Creditors)*

*First Class Mail*
Margot Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*First Class Mail*
Corinne Ball, Esquire
Erica Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

*Hand Delivery*
Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
*(US Trustee)*

*Hand Delivery*
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801
*(Counsel to Bank of America, N.A.)*

*Hand Delivery*
Victoria Watson Counihan, Esquire
Greenberg Traurig
1007 Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel to Postpetition Lenders)*


**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

2