IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                   :
                                                                  :   Jointly Administered
              Debtors.                                            :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 19 day of September 2007 she caused a copy of the following document(s):

Notice of Amended Agenda of Matters Scheduled for Hearing [Docket No. 814]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21st day of September 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

DB02:6163664.3                                                                              066585.1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| FROM: | Debbie Laskin, Paralegal | | DATE: | SEPTEMBER 19, 2007 |
| --- | --- | --- | --- | --- |
| PHONE: | 302-571-6710 | | CLIENT MATTER: | 066585.1001 |

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
| --- | --- | --- | --- |
| John Ashmead, Esq. | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Michael J. Barrie | Schnader Harrison Segal & Lewis LLP | 302-888-4554 | 302-888-1696 |
| Karen C. Bifferato, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Brian W. Bisignani | Post & Schell, PC | | 717-731-1985 |
| Joseph J. Bodnar, Esq. | Law Offices of Joseph J. Bodnar | 302-656-8162 | 302-656-2769 |
| William P. Bowden, Esq. | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Charles J. Brown, III, Esquire | Harvey Pennington, Ltd (Highwoods) | 302-428-0719 | 302-428-0734 |
| Michael Busenkell | Eckert Seamans Cherin & Mellott, LLC | | 302-425-0432 |
| William E. Chipman, Jr., Esq. | Edwards Angell Palmer & Dodge LLP | 302-777-7770 | 302-777-7263 |
| Ronald L. Cohen, Esquire | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Alison Conn | Securities and Exchange Commission | | 212-336-1320 |
| Nancy Connery, Esq. | Schoeman, Updike & Kaufman, LLP | | 212-687-2123 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Donna Culver, Esq. | Morris, Nichols, Arsht & Tunnell | 302-658-9200 | 302-658-3989 |
| Teresa K.D. Currier, Esq. | Buchanan Ingersoll & Rooney P.C. | 302-428-5500 | 302-428-3996 |
| Mary DeFalaise, Esq. | U.S. Department of Justice | | 202-307-0494 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| Alyssa Englund | Orrick Herrington & Sutcliffe LLP | | 212-506-5151 |
| J. Cory Falgowski, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Brett D. Fallon, Esquire | Morris James LLP | 302-888-6800 | 302-571-1750 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Mark E. Felger, Esquire | Cozen & O'Connor | 302-295-2000 | 302-295-2013 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Ian Gershengorn | Jenner & Block LLP | | 202-639-6066 |
| Frederick D. Holden, Jr. | Orrick, Herrington & Sutcliffe LLP | 415-773-5700 | 415-773-5759 |

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| James E. Huggett, Esquire | Margolis Edelstein | | 302-888-1119 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones LLP | 302-652-4100 | 302-652-4400 |
| Steven K. Kortanek, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Michael R. Lastowski, Esq. Frederick Rosner, Esq. | Duane Morris LLP | 302-657-4942 | 302-657-4901 |
| Kimberly E.C. Lawson, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Thomas J. Leanse | Katten Muchin Rosenman | | 310-788-4471 |
| Scott K. Levine, Esq. | Platzer Swergold Karlin Levine Goldberg & Jaslow | 212-593-3000 | 212-593-0353 |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |
| Richard Miller, Esq. | Kirkpatrick & Lockhart Preston Gates Ellis LLP | 212-536-3900 | 212-536-3901 |
| Norman Monhait | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Harold Olsen, Esquire | Stroock & Stroock & Lavan, LLP | 212-806-5424 | 212-806-6006 |
| Ricardo Palacio, Esq. | Ashby & Geddes | 302-654-1888 | 302-654-2067 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Patrick J. Reilley, Esq. | Saul Ewing LLP | 302-421-6800 | 302-421-5865 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-984-8300 |
| Erica Ryland | Jones Day | 212-326-3416 | 212-755-7306 |
| Todd C. Schiltz, Esquire | Wolf Block Schorr & Solis-Cohen, LLP | 302-777-0312 | 302-777-5863 |
| Eric Lopez Schnabel, Esq. | Dorsey & Whitney | 302-425-7162 | 302-355-0830 |
| Margot B. Schonholtz, Esq. | Kaye Scholer LLP | 212-836-8000 | 212) 836-8689 |
| Patricia Schrage | Securities and Exchange Commission | | 212-336-1320 |
| Stephen B. Selbst, Esquire | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Vincent Sherman | Securities and Exchange Commission | | 212-336-1320 |
| Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7545 | 302-651-7701 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Andrew Silverstein | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Catherine Steege | Jenner & Block | 312-222-9350 | 312-840-7352 |
| David B. Stratton, Esquire | Pepper Hamilton LLP | 302-777-6566 | 302 421 8390 |
| Scott D. Talmadge, Esq. | Kaye Scholer LLP | | 212) 836-8689 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Christina Thompson, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Madeleine C. Wanslee, Esq. | Gust Rosenfeld P.L.C. | | 602-254-4872 |
| Gilbert B. Weisman, Esq. | Becket and Lee LLP | 610-644-7800 | 610-993-8493 |
| Amanda M. Winfree | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| William G. Wright, Esq. John Weaver, Esq. | Farr, Burke, Gambacorta & Wright | 856-813-2720 | 856-813-2743 |
| Neil Glassman, Esq. | The Bayard Firm | | 302-658-6395 |
| James S. Yoder, Esq. | White and Williams LLP (American Commercial Realty) | | 302-467-4554 |
| Donna Harris, Esq. | Pinckney Harris & Poppiti, LLC (TPRF/THS Havenpark) | | 302-295-5066 |
| Dean Rallis, Jr., Esq. | Weston Benshoof Rochefort Rubalcava & MacCuish (TPRF/THS Havenpark) | | 213-576-1100 |
| Peter S. Clark, II, Esq. | Reed Smith LLP | | 215-851-1420 |
| George Kielman, Esq. | Associate General Counsel Freddie Mac | | 703-903-3691 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*