IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                         Debtors.                                :
                                                                 :  **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x  Objection Deadline: October 11, 2007

## NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
## ROUTH CRABTREE OLSEN, P.S.

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6249630.1                                                                          900002.0001

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of David E. Fennell of Routh Crabtree Olsen, P.S. (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 11, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: September **21**, 2007
       Wilmington, Delaware

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              *Travis Turner* (No. 4926)
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              Kenneth J. Enos (No. 4544)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                :   Jointly Administered
                    Debtors.                    :
------------------------------------------------------------ x   **Doc. Ref. Nos: 192 & 643**

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF WASHINGTON     )
                        )  ss:
COUNTY OF KING          )

David E. Fennell, being duly sworn, deposes and says:

1.   I am a Senior Counsel of Routh Crabtree Olsen, P.S. (the "Firm", which maintains offices at 3535 Factoria Blvd. SE, Suite 200, Bellevue, WA 98006.

2.   This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.   Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as legal counsel for residential mortgage

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AMH Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American home Mortgage Acceptance, Inc. (AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc.("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp.), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak", a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irvine, Texas 75063.

loan related matters. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm provides the services to the Debtors at rates stated in the attached Exhibit A, incorporated by reference herein. The Firm does not anticipate revising its fees charged to the Debtors at any time during the next six months.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflict checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

To the extent the following institutions have names that directly or indirectly correspond to the names of institutions that the Firm has represented or may still represent, the Firm's representation of these institutions has been strictly related to the enforcement or protection of the residential real property mortgage liens or personal property collateral liens securing loans held by these institutions: Deutsche Bank, Wilmington Trust Company, JPMorgan Chase Bank, NA, Countrywide Capital, Bank of America, N.A., SunTrust Asset Funding, LLC, Impac Funding Corporation, Bear, Stearns & Co. Inc., Citigroup Global Markets Realty Corp., Wells Fargo, EMC, Lehman Brothers Inc., HSBC Bank, FNMA, Washington Mutual Bank, FA, IndyMac Bank, F.S.B., Credit Suisse First Boston, GMAC, Bank of New York, Citibank, Federal Home Loan Mortgage Corp., GNMA, First American Bank, Sovereign Bank, Wachovia Bank, N.A.

None of these representations has been directly in conflict with the Firm's representation of the debtors and the Firm will not represent any of the financial institutions above adversely to the Debtors.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtor's chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm approximately $16,000 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

10. The firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should

discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2007

_____
Affiant

Sworn to and subscribed before me
this 18th day of September, 2007

_____
Notary Public

[Notary Seal: KRISTINE STEPHAN, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 10-17-10]

# EXHIBIT A

## SERVICES OFFERED BY ROUTH CRABTREE OLSEN, P.S.
## TO DEBTORS

Routh Crabtree Olsen, P.S. is a law firm based in Bellevue, Washington. In addition to its headquarters in Washington, the Law Firm has offices in Santa Ana, California, Portland, Oregon and Boise, Idaho. A sister law firm, Routh & Crabtree, is located in Anchorage, Alaska. The Law Firm provides the following services to AH in California, Nevada, Washington, Oregon and Idaho:

A. **Pre-litigation and litigation representation** (typically as to issues arising in the context of AH defaulted loans including, without limitation, disputes with borrowers and junior lienholders).

>Hourly rate: $250 for partners and senior attorneys, $185 for associate level attorneys and $85 for paralegals plus costs

B. **Judicial Foreclosures.**

>Hourly rate: Hourly rate: $185 for associate attorneys and $85 for paralegals plus costs

>Cost advances for judicial foreclosures include filing fee, process service, publication costs, foreclosure title report, recording costs, sheriff's fees

C. **Post-Foreclosure Evictions.**

>1. Uncontested: $350 plus costs

>Cost advances for evictions include filing fees, process service, sheriff's fees

>2. Contested: Flat fee of $350 plus hourly at rate: $185 for attorneys and $85 for paralegals plus costs

>Cost advances for evictions include filing fees, process service, sheriff's fees

D. **Bankruptcy Representation.**

>1. Relief from stay motion

>>Uncontested: Flat fee: $650 plus costs

          Contested: Flat fee of $650 plus hourly plus costs

2. <u>Objections to plan</u>

    Flat fee: $350. If more than one appearance required, flat fee of $350 plus hourly at $185 for attorneys and $85 for paralegals plus costs

3. <u>Proof of Claim filing</u>

    $150

4. <u>Adversary Proceeding Litigation</u>

    Hourly rate: $250 for partners and senior attorneys, $185 for associate level attorneys and $85 for paralegals plus costs

**E. Title Clearance Advice and Work** (including without limitation rescinding trustee sales, perfecting and/or eliminating manufactured home titles, dealing with prior lien issues). Hourly rate: $250 for partners and senior attorneys, $185 for associate level attorneys and $85 for paralegals plus costs

**F. Surplus Funds Deposit or Recovery.** When a foreclosure results in a sale to a third party, funds over and above amounts due and owing the foreclosing lender must, depending upon the state, be deposited into the registry of the court or disbursed to junior lienholders. The remainder, after all lienholders are satisfied, go to the borrower or borrower's successor in interest to the foreclosed property. The Law Firm handles the deposit and/or disbursement of surplus funds post-foreclosure on a flat fee basis of $595 plus all costs. The Law Firm also represents junior lienholders in their efforts to claim and recover post-foreclosure surplus funds from foreclosure trustees or the courts. The Law Firm represents junior lienholders in this context on a flat fee basis of $595 plus all costs.