**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : : : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors, | : : x | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND NOTICES**

**PLEASE TAKE NOTICE THAT** pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as counsel for certain participants in the Non-Qualified Deferred Compensation Plan of American Home Mortgage Holdings, Inc., and requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

> Sean D. Malloy (OH 0073157)
> McDonald Hopkins LLC
> 600 Superior Avenue, East
> Suite 2100
> Cleveland, Ohio 44114
> Phone: (216) 348-5400
> Fax: (216) 348-5474
> E-mail: smalloy@mcdonaldhopkns.com

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"); a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

{1291739:}

**PLEASE TAKE FURTHER NOTICE THAT** this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitations, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, U.S. mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise.

September 21, 2007

Respectfully submitted,

/s/ Sean D. Malloy
Sean D. Malloy (OH 0073157)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: smalloy@mcdonaldhopkns.com

COUNSEL FOR CERTAIN PARTICIPANTS
IN THE NON-QUALIFIED DEFERRED
COMPENSATION PLAN OF AMERICAN
HOME MORTGAGE HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Service of Papers and Notices was served electronically or via first-class U.S. Mail upon the parties listed on the attached Service List the 21ST day of September, 2007.

/s/ Sean D. Malloy
Sean D. Malloy (OH 0073157)

{1291739:}

**SERVICE LIST**

James M Liston
Bartlett, Hackett Feinberg, P.C.
10 High Street
Suite 920
Boston, MA 02110

Fred B. Ringel
Robinson Brog Leinward et al.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Janice D. Newell
Cecil Ingram
Ada County Treasurer
200 W. Front Street, Room 3191
Boise, ID  83702

Pauline K. Morgan
Robert S. Brady
Kenneth J. Enos
Kara Hammond Coyle
Edwin J. Harron
Edward J. Kosmowski
Matthew Barry Lunn
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Benjamin C. Ackerly
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
2101 North Harrison Street
Suite 101
Wilmington, DE 19802 320-

John R. Ashmead
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Thomas H. Grace
Locke Liddell & Sapp LLP
600 Travis St.
Suite 3500
Houston, TX 77002-3095

Robert E. Greenberg
Friedlander Misler
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036

Robert E. Greenberg
Friedlander Misler
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036

{1291739:}

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY  10019

William G. Wright
Farr, Burke, Gambacorata & Wright PC
1000 Atrium Way
Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054

William Pierce Bowden
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

Donald Farlow
Burns, Wall, Smith and Mueller, P.C.
303 E. 17th Avenue, #800
Denver, CO  80203


Michael Gregory Wilson
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219


Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Elliot M. Smith
Squire Sanders & Dempsey L.L.P.
312 Walnut Street
Suite 3500
Cincinnati, OH 45202

Eric Michael Sutty
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, De 19899

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801

Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

Michael G. Busenkell
Eckert Seamans Cherin
& Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

John H. Capitano
Kennedy Covington Lobdell
& Hickman
214 N. Tryon Street, 47th Floor
Charlotte, NC  28202

| | |
|---|---|
| Kristin T. Mihelic<br>Spector Gadon & Rosen, P.C.<br>7 Penn Center<br>1635 Market Street<br>7th Floor<br>Philadelphia, PA 19103 | Brett Fallon<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Mark T Hurford<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801 | Lisa G. Laukitis<br>Joshua Sussberg<br>Paul Basta<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022 |
| William E. Chipman, Jr.<br>Edwards Angell Palmer & Dodge<br>919 North Market Street<br>Suite 1500<br>Wilmington, DE 19801 | William E. Chipman, Jr.<br>Edwards Angell Palmer & Dodge<br>919 North Market Street<br>Suite 1500<br>Wilmington, DE 19801 |
| Michael Reed<br>McCreary, Veselka, Bragg & Allen P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 | Karen J. Stapleton<br>County of Loudoun,<br>Office of Attorney<br>One Harrison Street S.E.<br>5th Floor<br>PO BOX 7000<br>Leesburg, VA 20177-7000 |
| Geoffrey S. Aaronson<br>Geoffrey S Aaronson P.A.<br>Bank of America Tower<br>100 SE 2nd Street, 27th Floor<br>Miami, FL 33131 | Steven K. Kortanek<br>Womble Carlyle Sandridge<br>& Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 |
| John Philip<br>Crislip, Philip & Associates<br>4515 Poplar Avenue, Suite 322<br>Memphis, TN  38117 | Amanda Marie Winfree<br>Ashby & Geddes, P.A.<br>222 Delaware Avenue<br>17th Floor, PO Box 1150<br>Wilmington, DE 19899 |
| Raymond Howard Lemisch<br>Benesch Friedlander Coplan & Aronoff, LL<br>222 Delaware Avenue<br>Suite 801<br>Wilmington, DE 19801 | J. David Folds, Esq.<br>DLA Piper US LLP<br>1200 Nineteenth Street, NW<br>Washington, DC |

{1291739:}

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Hilary B Bonial
Brice Vander Linden & Pernick PC
9441 LBJ Freeway
Suite 350
Dallas, TX 75243

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Nancy F. Loftus
Office of the County Attorney
Fairfax County
12000 Government Center Parkway
Suite 549
Fairfax, VA 22035

J. Cory Falgowski
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE

Kimberly Ellen Connolly Lawson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163

S. James Wallace
The Gulf Tower, 38th Floor
Griffith, McCague & Wallace, P.C.
707 Grant Street'
Pittsburgh, PA 15219

Scott K. Levine
Platzer Swergold Karlin Levine Goldberg
1065 Avenue of the Americas
18th Floor
New York, NY 10018

Michelle Hart
McCalla Raymer LLC
1544 Old Alabama Rd.
Roswell, GA 30076

Elliot M. Smith
Squire Sanders & Dempsey L.L.P.
312 Walnut Street
Suite 3500
Cincinnati, OH 45202

Elliot M. Smith
Squire Sanders & Dempsey L.L.P.
312 Walnut Street
Suite 3500
Cincinnati, OH 45202

Donna L. Culver
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Samuel B. Garber
General Growth Properties, Inc.
110 N. Wacker Drive
Chicago, IL 60606

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

| | |
|---|---|
| Charles J. Brown<br>Harvey, Pennington Ltd.<br>913 N. Market Street, Suite 702<br>Wilmington, DE 19801 | Michael R. Lastowski<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801- |
| Richard W. Riley<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | Curtis A. Hehn<br>Pachulski Stang Ziehl Young Jones & Wein<br>919 N. Market Street<br>16th Floor<br>Wilmington, DE 19801 |
| Christina Maycen Thompson<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | R. Fredrick Linfesty<br>Iron Mountain Information Management Inc<br>745 Atlantic Avenue<br>Boston, MA 649675 |
| Thomas H. Grace<br>Locke Liddell & Sapp LLP<br>600 Travis St.<br>Suite 3500<br>Houston, TX 77002-3095 | Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 600<br>Wilmington, DE 19801 |
| Thomas J. Leanse<br>Dustin P. Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angels, CA | Norman M. Monhait<br>Rosenthal Monhait & Goddess, P.A<br>919 Market Street<br>Suite 1401<br>Citizens Bank Center<br>Wilmington, DE 19801 |
| Steven M Yoder<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Eric Michael Sutty<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, De 19899 |

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine
& Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024-3503

Jeffrey J. Newton
Hollie N. Hawn
County Attorney for Broward County
115 South Andrews Avenue, Suite 423
Governmental Center
Ft. Lauderdale, FL 33301

Terri A. Roberts
Pima County Attorney
32 North Stone
Suite 2100
Tucson, AZ 85701

Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PH 17101-1601

Susan D. Profant
c/o Ken Burton, Jr.,
Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300

Shawn Rice
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081

Guy B. Moss
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108

Madeleine Carmel Wanslee
Gust Rosenfeld, P.L.C.
201 East Washington Street
Suite 800
Phoenix, AZ 85004

Kelley Cornish,
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Thomas J. Polis
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

M. Evan Meyers
Meyers, Rodbell & Rosenbaum,
P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737-1385

Margaret C. Lumsden
Unti & Lumsden
302 Jefferson Street
Suite 200
Raleigh, NC 27607

Peter Douglas Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Nancy A. Connery
Schoeman Updike & Kaufman,
LLP
60 East 42 Street
Suite 3906
New York, NY 10165

{1291739:}

Frederick Brian Rosner
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801

Ronald L. Cohen
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Ricardo Palacio, Esq
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

Mary A. DeFalaise
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Victoria Watson Counihan
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Mark Minuti
Saul Ewing LLP
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Steven W. Kelly
Silver & DeBoskey, A Professional
Corporation
1801 York Street
Denver, CO  80206

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Eric Lopez Schnabel, Esq
Dorsey & Whitney LLP
1105 N. Market Street
16th Floor
Wilmington, DE 19801

Joseph M. McMahon
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

James E. Huggett
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE 19801

Patrick Joseph Reilley
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899

{1291739:}

William Novotny
Mariscal, Weeks, McIntyre & Friedlander
2901 North Centrala Ave., #200
Phoenix, AZ 85012-

Karen C Bifferato
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Todd Charles Schiltz, Esq
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

Stephen B. Selbst,
McDermott Will & Emery LLP
 340 Madison Avenue
New York, NY 10173-1922

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl.
F. Bldg.
St. Louis, MO  63103

Rick B. Antonoff, Esq.
Pillsbury Winthrop LLP
Shaw Pittman LLP
1540 Broadway
New York, NY  10036

Lee S. Attanasio. Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Floor
1425 Rexcorp Plaza
Uniondale, NY  11556

David G. Aelvoet, Esq.
Linebarder Goggan Blair
& Sampson LLP
711 Navarro, Suite 300
San Antonio, TX  78205

Doria Bachenheimer, Esq.
Securities And Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross
Blue Shield
15 Metro Tech Center South, 6th Floor
Brooklyln, NY  11201

Barry E. Bressler
Schnader Harrison Segal
& Lewis LLP
1600 Market Street, Ste 3600
Philadelphia, PA  19103-7286

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley
& Mccloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins Llp
885 Third Avenue, Suite 1000
New York, NY  10022

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Joseph Cioffi, Esq.
Davis & Gilbert Llp
1740 Broadway
New York, NY  10019

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop Llp
1540 Broadway
New York, NY  10036

Matthew A. Clemente, Esq.
Sidley Austin Llp
One South Dearborn St
Chicago, IL  60603

{1291739;}

Alison Conn, Esq.
Securities And Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Katherine A. Constantine, Esq.
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN  55402

Vincent A. D'agostino, Esq.
Lowenstein Sandler Pc
65 Livingston Avenue
Roseland, NJ  07068-1791

Douglas Davis, Esq.
Paul, Weiss,Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Mark Ellenberg, Esq.
Cadwalader, Wickersham
& Taft LLP
1201 F Street, Nw
Washington, DC  20004

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'connor
1201 N Market Street
Suite 1400
Wilmington, DE  19801

Lori Fife, Esq.
Ronit Berkovich, Esq.
Weil Gotshal & Manges Llp
767 Fifth Avenue
New York, NY 10153

Dennis J. Drebsky, Esq.
Nixon Peabody, Llp
437 Madison Avenue

New York, NY  10022
Alyssa Englund, Esq.
Orrick Herrington
& Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Matthew S. Ferguson, Esq.
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10018

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, Nw
Suite 1200 South
Washington, DC  20005

William Goldman, Esq.
Andrew Stearn
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD  21030

Brad Godshall, Esq.
Pachulski, Stang, Ziehl
Young & Jones LLP
10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA  90067

{1291739:}

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
Ronit Berkovich, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY  10036

Frederick D. Holden, Jr.
Orrick Herrington
& Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21202

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th And 15th Floor
New York, NY  10022

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive
MS 202
Mclean, VA  22102

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY  10022

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jerico, NY  11753

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Joseph O'neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Eric K. Moser, Esq.
Wilbur F. Foster, Esq.
Milbank Tweed Hadley
& Mccloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

David M. Neumann, Esq.
Benesch, Friedlander,
Coplan & Arnoff Llp
2300 Bp Tower
200 Public Square
Cleveland, OH  44114-2378

Kathleen O'connell, Esq.
Suntrust Bank
303 Peachtree Steet,
36th Floor
Mail Code 0662
Atlanta, GA  30308

{1291739;}

Harold Olsen, Esq.
Stroock & Stroock
& Lavan LLP
180 Maiden Lane
New York, NY  10038

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue 53rd Floor
New York, NY  10166-0136

Andrew Petrie, Esq.
Featherstone Petrie
Desisto, LLP
600 17th Street, Suite 2400 S
Denver, CO  80202

Thomas J. Polis, Esq.
Polis & Associates
19900 Macarthur Boulevard
Suite 960
Irvine, CA  92612

Stephen B. Porterfield, Esq.
Sirote & Permutt, PC.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL  35205

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Vincent Sherman, Esq.
Securities And Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Robert P. Simons, Esq
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15230-2009

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

Patricia Schrage, Esq.
Securities And Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Blvd.
New York, NY  10004

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899

David Stack
Abn Amro Bank
55 East 52nd Street, 2nd Floor
New York, NY  10055

{1291739:}

Richard Stern, Esq.
Michael Luskin, Esq.
Luskin, Stern & Eisler Llp
330 Madison Avenue
34th Floor
New York, NY  10017

Scott D. Talmadge, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022

Franklin Top, III, Esq.
Chapman And Cutler LLP
111 West Monroe Street
Chicago, IL  60603

Gilbert B. Weisman, Esq.
Becket And Lee LLP
P.O. Box 3001
Malvern, PA  19355

Steven Wilamowsky, Esq
Bingham Mccutchen
399 Park Avenue
New York, NY  10022-4689

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

Bruce Wilson, Esq.
Kutak Rack Llp
1650 Farnam Street
Omaha, NE  68102

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street,
19th Floor
New York, NY  10013

David H. Zielke, Esq.
Vice President & Assistant
General Counsel
Washington Mutual
1301 Second Avenue,
W - MC 3501
Seattle, WA  98101

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 100
Washington, DC  20036

{1291739:}