IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x
In re:                                                   :    Chapter 11
                                                         :
AMERICAN HOME MORTGAGE                                    :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                          :
a Delaware corporation, et al.,                          :    Jointly Administered
                                                         :
      Debtors.                                           :    **Sale Procedures Hearing Date: October 1, 2007 at 10:00 a.m.**
                                                         :    **Sale Procedures Objection Deadline: September 26, 2007 at 4:00 p.m.**
                                                         :    **Sale Motion Hearing Date: TBD**
                                                         :    **Sale Motion Objection Deadline: October 26, 2007 at 4:00 pm**
--------------------------------------------------------- x

## NOTICE OF MOTION

TO:          (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT
             OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO
             THE ADMINISTRATIVE AGENT; (IV) COUNSEL TO THE DIP AGENT; (V)
             ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A SECURED
             CLAIM AGAINST THE ASSETS; (VI) THE INTERNAL REVENUE
             SERVICE; (VII) THE U.S. SECURITIES AND EXCHANGE COMMISSION;
             AND (VIII) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE
             2002-1 (B)

        The above-captioned debtors and debtors-in-possession (the "Debtors") have filed the
**MOTION OF THE DEBTORS FOR ORDERS:  (A)(I) APPROVING SALE PROCEDURES;
(II) SCHEDULING A HEARING TO CONSIDER SALE OF ASSETS RELATED TO THE
DEBTORS' CONSTRUCTION LOAN BUSINESS; (III) APPROVING FORM AND
MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I)
AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING
PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES
RELATED THERETO; (IV) AUTHORIZING THE DISTRIBUTION OF THE PROCEEDS
OF THE CONSTRUCTION LOANS TO; AND (V) GRANTING RELATED RELIEF** (the
"Motion").

        A HEARING TO CONSIDER APPROVAL ON THE SALE PROCEDURES
WILL BE HELD ON **OCTOBER 1, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE
CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824
N. MARKET STREET, WILMINGTON, DELAWARE 19801.

        Responses, if any, to the Sale Procedures set forth in the Motion must be filed
with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th
Floor, Wilmington, Delaware 19801 on or before **September 26, 2007 at 4:00 p.m. (ET).**

Responses, if any, to the remaining relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on or before **October 26, 2007 at 4:00 p.m. (ET).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:    Wilmington, Delaware
          September 21, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP


James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession