# EXHIBIT A

781nahmn

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   AMERICAN HOME MORTGAGE CORP.,

4              Plaintiff,              New York, N.Y.

5          v.                         06 Civ. 7864 (JGK)

6   UNION FEDERAL BANK OF
    INDIANAPOLIS,
7
               Defendant.
8
    ------------------------------x
9
                                     August 21, 2007
10                                   3:00 p.m.

11  Before:

12                  HON. JOHN G. KOELTL,

13                                   District Judge

14                      APPEARANCES

15  CADWALADER WICKERSHAM & TAFT LLP
         Attorneys for Plaintiff
16  BY:  GREGORY ARTHUR MARKEL
         GREGORY ZIMMER
17
    SKADDEN ARPS SLATE MEAGHER & FLOM
18       Attorneys for Defendant
    BY:  JOSEPH N. SACCA
19       ERIC JAMES GORMAN
         JUSTIN LEE HEATHER
20

21

22

23

24

25

781nahmn

1       (Case called)

2       THE COURT:  I have read the papers.  Let me ask just

3  an initial question.

4       I take it that, even though American Home has filed

5  for bankruptcy, there is no obstacle with going forward with

6  the motion?

7       MR. MARKEL:  Your Honor, we sent a letter to the Court

8  asking whether there was a contemplation of a motion for a stay

9  which I think, I believe the bankruptcy lawyers -- I am not

10  handling the bankruptcy -- still contemplate.  But in terms of

11  where we are today, there is no obstacle.

12       THE COURT:  OK.

13       MR. MARKEL:  There are other procedural devices in

14  bankruptcy as to which I am not an expert, which could also go

15  forward, but as we sit here today, I know of no obstacle.

16       THE COURT:  OK.  Great.  Mr. Gorman?

17       MR. GORMAN:  Thank you, your Honor.

18       My name is Eric Gorman on behalf of the defendant

19  Union Federal Bank of Indianapolis.  Today we have before the

20  Court, your Honor, two motions.  One is a motion to dismiss the

21  complaint.  The other is a motion for a substitution of the

22  defendant Union Federal Bank out of the case in favor of the

23  true party in interest, Waterfield Shareholder LLC being

24  substituted in as defendant.

25       What I would like to do, with your Honor's permission,