## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) |
| | ) Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., a Delaware Corp., et. al., | ) Jointly Administered |
| | ) |
| Debtors. | ) Obj. Due: October 12, 2007 at 4:00 p.m. |
| | ) Hrg Date: October 17, 2007 at 10:00 a.m. |

---------------------------------------------------------------

### NOTICE OF MOTION OF WATERFIELD SHAREHOLDER LLC AND UNION FEDERAL BANK OF INDIANAPOLIS FOR ORDER PURSUANT TO 11 U.S.C. § 362 MODIFYING THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on September 21, 2007, Waterfield Shareholder LLC and Union Federal Bank of Indianapolis (collectively the "Movants") filed and served the **Motion of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis for Order Pursuant to 11 U.S.C. § 362 Modifying the Automatic Stay** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel no later than **4:00 p.m. Eastern time on October 12, 2007.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY**

1

**BE ENTERED GRANTING THE RELIEF REQUESTED IN THE**

**MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

A hearing on the Motion will be held on **October 17, 2007 at 10:00 a.m. (Eastern)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 5th Floor, Courtroom 6, 824 Market Street, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and received will be considered by the Bankruptcy Court at such hearing.

The Hearing Date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorney for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts

such as value of the property, and the extent and validity of any security instrument.

Dated: September 21, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Eric M. Davis
Eric M. Davis (I.D. No. 3621)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

-and-

Eric J. Gorman
Felicia Gerber Perlman
Justin L. Heather
333 West Wacker Drive
Chicago, Illinois 60606-1285
(312) 407-0700

*Counsel for Waterfield Shareholder LLC & Union Federal Bank of Indianapolis*

3