IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------)
In re:                                                 )
                                                       )  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                 )
HOLDINGS, INC., a Delaware Corp., et. al.,             )  Jointly Administered
                                                       )
         Debtors.                                      )
                                                       )
-------------------------------------------------------)
```

## MOTION FOR ADMISSION
## PRO HAC VICE FOR ERIC J. GORMAN

Eric M. Davis, a member in good standing of the bar of the State of Delaware, and an attorney admitted to practice before the United States District Court for the District of Delaware, pursuant to District Court Local Rule 83.5, moves for the admission pro hac vice of Eric J. Gorman (the "Admittee"), an attorney with Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, to represent Waterfield Shareholder LLC and Union Federal Bank of Indianapolis in the above-captioned Chapter 11 cases. Eric J. Gorman is admitted, practicing, and in good standing in the State of Illinois and the United States District Court for the Northern District of Illinois. Attached hereto is a proposed order granting admission pro hac vice to Eric J. Gorman.

Dated: Wilmington, Delaware  
      September 24, 2007

Respectfully submitted,

/s/ Eric M. Davis  
Eric M. Davis (I.D. No. 3621)  
SKADDEN, ARPS, SLATE,  
 MEAGHER & FLOM LLP  
One Rodney Square  
P.O. Box 636  
Wilmington, Delaware 19899  
(302) 651-3000

*Attorneys for Union Federal Bank of Indianapolis and Waterfield Shareholder LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

The Admittee certifies that, as of the date of this Motion, he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the State of Illinois and the United States District Court for the Northern District of Illinois, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, the above-captioned Chapter 11 cases, and has access to, or has acquired, a copy of the Local Rules of this Court (the "Local Rules") and is generally familiar with such Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, the Admittee further certifies that the annual pro hac vice fee of $25.00 has been paid to the Clerk of the United States District Court for the District of Delaware.

Dated: Chicago, Illinois
September 24, 2007

/s/ Eric J. Gorman
Eric J. Gorman
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(312) 407-0700