**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------)
In re:                                                         )
                                                               ) Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                         )
HOLDINGS, INC., a Delaware Corp., et. al.,                     ) Jointly Administered
                                                               )
            Debtors.                                           )
                                                               )
---------------------------------------------------------------)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters its appearance on behalf of Waterfield Shareholders LLC ("Waterfield") and Union Federal Bank of Indianapolis ("Union Federal") in the above-captioned Chapter 11 cases, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. § 1109(b), and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

| | |
|---|---|
| Eric M. Davis, Esq. | Eric J. Gorman, Esq. |
| Jason M. Liberi, Esq. | Felicia G. Perlman, Esq. |
| SKADDEN, ARPS, SLATE, | Justin L. Heather, Esq. |
|   MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE, |
| One Rodney Square |   MEAGHER & FLOM LLP |
| P.O. Box 636 | 333 West Wacker Drive |
| Wilmington, Delaware | Suite 2100 |
| 19899-0636 | Chicago, IL 60606 |
| (302) 651-3000 (telephone) | (312) 407-0700 (telephone) |
| (302) 651-3001 (facsimile) | (312) 407-0411 (facsimile) |

PLEASE TAKE FURTHER NOTICE THAT, that motions for the admission pro hac vice of Eric J. Gorman, Esq., Felicia G. Perlman, Esq., and Justin L. Heather, Esq. are currently pending.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, order, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers or any subsequent appearance, pleading, claim or suit is not intended and shall not be deemed or construed to be a waiver of Waterfield's or Union Federal's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases—as this appearance is intended to be a special appearance to the extent that a general appearance would constitute such a waiver, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, defenses, setoffs, or recoupments to which Union Federal is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Union Federal expressly reserves.

Dated: Wilmington, Delaware
September 24, 2007

   /s/ Eric M. Davis
Eric M. Davis (I.D. No. 3621)
Jason M. Liberi (I.D. No. 4425)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Eric J. Gorman, Esq.
Felicia G. Perlman, Esq.
Justin L. Heather, Esq.
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700 (telephone)
(312) 407-0411 (facsimile)

*Attorneys for Union Federal Bank of Indianapolis and Waterfield Shareholder LLC*