## CERTIFICATE OF SERVICE

I, Eric M. Davis, hereby certify that on the 24th day of September, 2007, I caused the foregoing Notice of Appearance and Demand for Notices and Papers to be served on the parties set forth on the attached Exhibit A by regular, U.S. mail, postage pre-paid.

/s/ Eric M. Davis
Eric M. Davis (I.D. No. 3621)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

*Attorneys for Union Federal Bank of Indianapolis and Waterfield Shareholder LLC*

**EXHIBIT A**

A.G. Edwards & Sons, Inc.
Attn: Jonathan Grifith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63 103
***First Class Mail***

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfont Plaza, East Tower, 951
East Byrd Street
Richmond, VA 23219
***First Class Mail***

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
***Firsl Class Mail***

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
***First Class Mail***

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mot, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
***First Class Mail***

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal& Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
***Hand Delivery***

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
***First Class Mail***

Geoffrey Aaronson
100 SE 2nd St., 27th Floor
Miami, FL 33131
***First Class Mail***

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
***First Class Mail***

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
***First Class Mail***

Doria Bachenheimer, Esq
Securities and Exchange Commission
3 World Financial Center. Room 400
New York, NY 10281
***First Class Mail***

Brett Barragate., Esq.
Jones Day
901 Lakeside Avenue. North Point
Cleveland, OH 441 14
***First Class Mail***

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
***First Class Mail***

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
***Hand Delivery***

Peter Bilowz, Esq.
Goulston & Stons, P.C.
400 Atlantic Avenue
Boston, MA 021 10-3333
***First Class Mail***

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801

1

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
**Hand Delivery**

Barry E. Bressler
Schnader Harrison Sepal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
**First Class Mail**

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
**Hand Delivery**

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th FL.
Charlotte, NC 28202
**First Class Mail**

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
**Hand Delivery**

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12ih Floor
Harrisburg, PA 17101-1601
**First Class Mail**

Hilary B. Bonial, Esq.
Tyler Jones, Esq.
Brice, Vander Linden & Wernick P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
**First Class Mail**

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
**First Class Mail**

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York NY 10022
ORIS Capital Markets, LLC.
**Firs: Class Mail**

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
**Hand Delivery**

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
**First Class Mail**

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
**First Class Mail**

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
**First Class Mail**

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
**First Class Mail**

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th FL
Los Angeles, CA 90024
**First Class Mail**

2

Nancy Connery, Esq.
Schoeman, Updike & Kanfman, LLP
60 East 42nd St.
New York, NY 10165

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
*First Class Mail*

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
*First Class Mail*

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Hand Delivery*

Matthew A Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
*First Class Mail*

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Alison Corn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
*First Class Mail*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Ste. 1200
Wilmington, DE 19801
*Hand Delivery*

Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington. DE 19899-1347
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
*First Class Mail*

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
Ncw York. NY 10019-6064
*First Class Mail*

John Dillman, Esq.
Linebarger Goggan Blair & Sampson,
LLP
PO BOX-3064
Houston, TX 77253

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taff LLP
1201 F Street, N.W.
Washington, DC 20004
*First Class Mail*

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Hand Delivery*

Donald Farlow
Burns. Wall. Smith and Mueller
303 E: 17th Avenue, #800
Denver, CO 80203
*First Class Mail*

3

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)
**Hand Delivery**

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York NY 10153
**First Class M d**

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
**First Class Mail**

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
**First Class Mail**

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
**First Class Mail**

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
**Hand Delivery**

Bonnie Glantz Fatell, Esq
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
**Hand Delivery**

Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018
**First Class Mail**

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
**First Class Mail**

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
**First Class Mail**

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
**First Class Mail**

William Goldman, Esq
Andrew Steam
Sidley Austin
787 Seventh Avenue
New York, NY 10019
**First Class Mail**

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
**First Class Mail**

Stefanie Birbrower Greer, Esq
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
**First Class MaiI**

Michelle Hart
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076
**First Class Mail**

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030
**First Class Mail**

Nancy Hotchkiss, Esq.
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825
***First Class Mail***

Brad Godshall, Esq.
Pachulski, Slang, Ziehl, Young & Jones LLP
10100 Santa Monica Blvd., Suite 1I00
Los Angeles, CA 90067
***First Class Mail***

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal &Manges, LLP
767 Fifth Avenue
New York, NY 10153
***First Class Mall***

Robert E. Greenberg, Esq.
Friedlander. Misler. Sloan. Kletzkin & Ochsman. PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
***First Class Mail***

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
***First Class Mail***

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
***First Class Mall***

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
***First Class Mail***

James E. Hugget Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
***Hand Delivery***

Mark T. Hurford Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
***Hand Delivery***

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
***First Class Mail***

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206
***First Class Mail***

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
***Hand Delivery***

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Moms LLP
1100 North Market Street Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenuc, Suite 2100
Tucson, AZ 85701
***First Class Mail***

Thomas J. Leanse, Esq.
Dustin P. Branch
Kanen Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
***First Class Mail***

Mark Indelicate, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
***First Class Mail***

5

Laura Davis Jones,. Esq..
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
*Hand Delivery*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*First Class Mail*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobh LLP
919 Market Street, Suite 600
Wilmington, DE 19801
*Hand Delivery*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022
*First Class Mail*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Hand Delivery*

Stephen D. Lemer, Esq.
Elliot Smith, Esq
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, suite 3500
Cincinnati, OH 45202
*First Class Mail*

Frederick Linfesty, Esq.
Iron Mountain Information Management
745 Atlantic Avenue
Boston, MA 021 11
*First Class Mail*

Nancy F. Loftus, Esq.
Assistant County Attorney
Dept of Tax Admin - Fairfax Co.
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035
*First Class Mail*

Margaret C. Lumsden, Esq.
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United Stales Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
*First Class Mail*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York,NY 10022
*First Class Mail*

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018
*First Class Mull*

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 91h Fl.
Boston, MA 02110
*First Class Mail*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
American Corporate Record Center
*First Class Mail*

6

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
***First Class Mail***

Kristin Mihelic, Esq.
Richard Canel, Esq.
Spector Gadon & Rosen
1635 Market Street, 7th Fl
Philadelphia, PA 19103
***First Class Mail***

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington.. DE 19899-1266
***Hand Delivery***

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street/Ste 1401 Mellon Bank Ctl
P.O. Box 1070
Wilmington, DE 19899
***Hand Delivery***

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
***Hand Delivery***

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
***First Class Mail***

Janice D. Newell
Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702
***First Class Mail***

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
***First Class Mail***

Larry J. Nyhan, Esq.
Manhew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearbom
Chicago, IL 60603
***First Class Mail***

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
***Hand Delivery***

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
***Hand Delivery***

Eric K. Moser, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy. LLP
1 Chase Manhattan Pl&
New York, NY 10005-1413
***First Class Mail***

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland. OH 44114-2378

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
***First Class Mail***

William Novotny, Esq.
Mariscal. Weeks. Mclnhire & Freidlander. P.A
2901 N. central Avenue; Suite 200
Phoenix, **AZ** 85012
(Waterfall Shopping Center, Inc.)
***First Class Mail***

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
***First Class Mail***

7

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
Morgan Stanley
***First Class Mail***

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
***First Class Mail***

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202
***First Class Mail***

Thomas I. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612
***First Class Mail***

Susan D. Profant, CFCA, CLA,
Paralegal
c/o Ken Burton, Jr., Manatee County
Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
***First Class Mail***

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Waldner)
***Hand Delivery***

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Robert H. Rosenbaum, Esq.
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385
***First Class Mail***

Frederick B. Rosner, Esq
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
***First Class Mail***

Stephen B. Porterfield, Esq.
Sirote & Permuq P.C.
23 11 Highland Avenue South
P.O. Box: 55727
Birmingham, AL 35205
***First Class Mail***

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C
P.O. Box 26990
Austin, TX 78755
***First Class Mail***

Shawn Rice, Esq.
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
Priorily Sign
***First Class Mail***

Fred B. Ringel, Esq.
Robinson Brog Leinwand Green
Genovese & Gluck PC
1345 Avenue of the Americas
New York NY 10105
(3445 North Causeway Limited Partners)
***First Class Mail***

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 9411 1-3600
*First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
*First Class Mail*

Todd C. SchilG Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #I001
Wilmington, DE 19801
*Hand Delivery*

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
*First Class Mail*

Stephen B. Selbst, Esq.
McDermon, Will & Emery
340 Madison Avenue
New York, NY 10173
*First Class Mail*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street. 6th Floor
P.O. Box 95 1
Wilmington, DE 19899

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GWC)
*First Class Mail*

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
*First Class Mail*

Eric Lopez Schnabel, Esq.
Dorsey & Whitney
1105 North Market Street, 16th Fl.
Wilmington, DE 19801
*Hand Delivery*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Andrea Sheehan, Esq.
Law OEces of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

*First Class Mail*

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger. P.A
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

David Stack
ABN AMRO Bank
55 East 52nd St., 2nd Fl
New York, NY 10055
*First Class Mail*

9

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175
***First Class Mail***

Richard Stem, Esquire
Michael Luskin, Esq.
Luskin, Stem & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017
***First Class Mail***

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
***First Class Mail***

Franklin Top, III, Esq.
Chapman and Cutler LLP
11 1 West Monroe St.
Chicago, IL 60603
***First Class Mail***

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219
***First Class Mail***

Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvem, PA 19355
***First Class Mail***

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
***First Class Mail***

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 6061 1
***First Class Mail***

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza
Suite 5100
PO Box 1709
Wilmington. DE 19899-1709
***Hand Delivery***

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
***Hand Delivery***

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
***First Class Mail***

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
***First Class Mail***

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena &
Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
***First Class Moil***

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 95 1
East Byd Street0 0
Richmond, VA 23219
***First Class Mail***

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Famam St.
Omaha, NE 68102
(Financial Guaranty Insurance
Corporation)
***First Class*** Moil

Jonathan Winnick, Esq.
Cilibank Agency & Trust
388 Greenwich Street, 19th Fl
New York, NY 10013
***First Class Mail***

William G. Wright, Esq.
John Weaver, Esq.
Farr, Burke, Gambacoria & Wright
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054
(Banc of America Leasing)
***First Class Mail***

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)
***First Class Mail***

Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured)
***First Class Mail***

Donald A. Workman, Esq.
JeMey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suile 1100
Washington, DC 20036
(Fidelity National)
(Mainstay Funds)
***First Class Mail***

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
Bracebridge Capital, LLC; Natixis
***Hand Delivery***

11