IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware Corporation,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 24th day of September 2007, a true and correct copy of the *Objection Of Ge Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services To Third Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Executory Contracts And Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment* was served upon the addressees listed on the attached service list in the manner indicated.

By:    /s/ Kimberly E. C. Lawson
       Kimberly E. C. Lawson (No. 3966)

WILLIB-55547.1-KELAWSON

## SERVICE LIST

**Via Hand Delivery**
James L. Patton, Jr.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
(Counsel for Debtors)

**Via Hand Delivery**
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

**Via First Class Mail**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
(Debtor)

**Via Hand Delivery**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee of Unsecured Creditors)

**Via First Class Mail**
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee of Unsecured Creditors)

**Via First Class Mail**
Scott D. Talmadge, Esq.
Margo B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)