IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
                    Debtors.                                     :
                                                                 :   Ref. Docket No. 899, 900
---------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER (I) DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING MARKETING AND SALE OF CERTAIN CONSTRUCTION LOANS AND SERVICING RIGHTS; AND ORDER THEREON; AND (II) MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF ASSETS RELATED TO THE DEBTORS' CONSTRUCTION LOAN BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (IV) AUTHORIZING THE DISTRIBUTION OF THE PROCEEDS FROM THE SALE OF THE ABN CONSTRUCTION LOANS TO ABN AMRO BANK N.V.; AND (V) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that the applicable notice period for the Construction Sale-Related Motions be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the hearing to consider (i) the relief requested in the Settlement Motion, and (ii) the relief requested with respect to the Sale Procedures set forth in the Construction Loan Sale Motion will be held on October 1, 2007 at 10:00 a.m. and any response to such relief requested must be filed and served on counsel to the Debtors so as to be received not later than 4:00 p.m. (prevailing Eastern time) on September 28, 2007; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
Sept. 24, 2007

Christopher S. Sontchi
United States Bankruptcy Judge