IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DELAWARE DISTRICT OF
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-11047 |
| | § | |
| AMERICAN HOME MORTGAGE | § | |
| HOLDINGS, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### TRAVIS COUNTY'S NOTICE OF TAX LIEN

**TO ALL PARTIES IN INTEREST:**

Notice is hereby given to all interested parties and creditors that Nelda Wells Spears, Tax Assessor-Collector for Travis County for and on behalf of the following taxing authorities: Travis County, Texas, City of Austin, Austin Independent School District, and Austin Independent School District (hereinafter referred to as "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, holds a statutory lien against the Debtor's **Personal** property as listed below:

> **BILLING NO.: 589635**
> **COLUMBIA NATIONAL INC PERSONAL PROPERTY**
> **COMMERCIAL COLUMBIA NATIONAL INC**

The lien of Travis County takes priority over the claims and interests of any other creditor in this proceeding under §32.05 of the Texas Property Tax Code.

By this Notice Travis County hereby claims an interest in the proceeds of the

168892-1

sale of the same.  Texas Property Tax Code §32.01.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P. O. Box 1748
Austin, Texas  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By:   */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Assistant County Attorney
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

168892-1

**CERTIFICATE OF SERVICE**

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice of Tax Lien** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **24th** day of **September 2007** and mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Karon Y. Wright*

**ATTORNEY FOR DEBTOR**
Pauline K. Morgan
P.O. Box 19899
Wilmington, DE 19899

**TRUSTEE**
None appointed as of yet.

168892-1