UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., a Delaware corporation, *et al.*, | ) ) | Case No. 07-11047(CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**RESERVATION OF RIGHTS
OF WELLS FARGO BANK, N.A. TO THE MOTION FOR AN ORDER APPROVING REVISED PROCEDURES FOR SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS, AND APPROVING CERTAIN PROTECTIONS
(D.I. 865)**

Wells Fargo Bank, National Association, as Master Servicer, Securities Administrator, Trust Administrator, and/or Indenture Trustee (*"Wells Fargo"*) for approximately 78 securitization transactions for which American Home Mortgage Servicing, Inc., (*"AHM Servicing"*) or one of the other Debtors serves as servicer, hereby files its Reservation of Rights to the Motion for an Order Approving Revised Notice Procedures For Sale of the Debtors' Mortgage Servicing Business and Approving Certain Protections (the *"Revised Procedures Motion"*).

On September 20, 2007, Wells Fargo filed its Objection and Reservation of Rights to the Motion, Assumption Notice and Sale of the Loan Servicing Business with respect to the Motion (the *"Wells Objection"*) to approve the sale of the Loan Servicing Business (as defined in such Motion) and the cure amounts in connection with the assumption and assignments of certain servicing agreements.

It appears that the Revised Procedures Motion merely addresses procedural issues relating to the auction and certain protections the Debtors wish to provide to the stalking horse bidder, and does not seek approval of the Asset Purchase Agreement appended thereto or any

RevReservation.doc
1667724

-2-

sale in connection therewith.  Wells Fargo has no objection to changes in the bidding procedures and the protections being afforded the stalking horse bidder.  Wells Fargo, however, reserves its rights with respect to the sale of the Loan Servicing Business, including but not limited to the objections set forth in the Wells Objection and further reserves its right to file any further objection to such sale on or before the deadline set for the filing of objections thereto.

/S/ TODD C. SCHILTZ_____
**WOLF, BLOCK, SCHORR AND SOLIS-COHEN, LLP**
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
tschiltz@wolfblock.com

and

**CHAPMAN AND CUTLER LLP**
FRANKLIN H. TOP, III
111 WEST MONROE STREET
CHICAGO, IL 60603
TELEPHONE:  (312) 845-3824
top@chapman.com

*Attorneys for Wells Fargo Bank, National Association, as Master Servicer, Securities Administrator, Trust Administrator, and/ or Indenture Trustee.*