**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of September, 2007, he caused true and correct copies of the foregoing *Reservation of Rights of Wells Fargo Bank, N.A. to the Motion For An Order Approving Revised Procedures for Sale of the Debtors' Mortgage Servicing Business and Approving Certain Protections* to be served on the following counsel of record in the manner indicated:

***VIA E-FILE***

| Edward J. Kosmowski, Esquire<br>Edwin J. Harron, Esquire<br>Joel A. Waite, Esquire<br>Kara Hammond, Esquire<br>Kenneth J. Enos, Esquire<br>Matthew Barry Lunn, Esquire<br>Pauline K. Morgan, Esquire<br>Robert S. Brady, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19899-0391 | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 |
|---|---|
| Joseph McMahon, *U. S. Trustee*<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 | |

                                                  /S/ Todd C. Schiltz
                                                  Todd C. Schiltz (#3253)

Date:    September 24, 2007

WIL:68870.1/WEL079-247173