IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Relates to Docket Nos. 11, 113, 723, 724 & 865** |
| | **Objection Deadline: At the Hearing** <br> **Hearing Date: September 25, 2007 at 10:00 a.m. (ET)** |

**CERTIFICATION OF SERVICE REGARDING RESERVATION OF RIGHTS OF
CITIBANK, N.A. TO MOTION OF THE DEBTORS FOR ORDER PURSUANT TO
SECTIONS 105(A), 363, 364, 365, AND 503(B) OF THE BANKRUPTCY CODE AND
RULES 2002, 4001, 6004, 6006, 7062, 9007 AND 9014 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE (A) APPROVING REVISED PROCEDURES FOR THE
SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS; (B) APPROVING
CERTAIN PROTECTIONS FOR THE STALKING HORSE BIDDER IN SUCH SALE;
(C) DIRECTING THAT CERTAIN NOTICES OF SUCH SALE AND DEADLINE BE
GIVEN; AND (D) AUTHORIZING, ON AN INTERIM BASIS, THE DEBTORS TO
GRANT CERTAIN LIENS AND OTHER PROTECTIONS FOR THE PURCHASER'S
<u>COLLATERAL EFFECTIVE AFTER THE INITIAL CLOSING</u>**

I, John T. Carroll, Esquire, counsel to Citibank, N.A., solely in its capacities as Indenture

Trustee, Trustee, Securities Administrator, Paying Agent and Registrar in the above-captioned

matter, hereby certify that I am not less than 18 years of age, and further certify that on

September 24, 2007, I caused to be served a true and correct copy of the *Reservation of Rights of*

*Citibank, N.A. to Motion of the Debtors for Order Pursuant to Sections 105(a), 363, 364, 365,*

*and 503(b) of the Bankruptcy Code and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of*

---

[1]     The Debtors are the following entities: American Home Mortgage Holdings, Inc., a
Delaware corporation; American Home Mortgage Investment Corp., a Maryland
corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation;
American Home Mortgage Servicing, Inc., a Maryland corporation; American Home
Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a
Delaware limited liability company; Homegate Settlement Services, Inc., a New York
corporation; and Great Oak Abstract Corp., a New York corporation.

the Federal Rules of Bankruptcy Procedure (A) Approving Revised Procedures for the Sale of

the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking

Horse Bidder in Such Sale; (C) Directing that Certain Notices of Such Sale and Deadline be

Given; and (D) Authorizing, on an Interim Basis, the Debtors to Grant Certain Liens and Other

Protections for the Purchaser's Collateral Effective after the Initial Closing upon the parties

identified on the service list attached hereto as Exhibit "A" via e-mail transmission, hand

delivery and/or U.S. First Class mail service as set forth thereon.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 24, 2007
       Wilmington, DE

                              COZEN O'CONNOR

                    By:    /s/ John T. Carroll, III
                           John T. Carroll, III (No. 4060)
                           1201 N. Market Street
                           Suite 1400
                           Wilmington, Delaware 19801
                           Telephone:  (302) 295-2028
                           Facsimile:   (302) 295-2013


                           SEWARD & KISSEL LLP
                           Ronald L. Cohen
                           Arlene R. Alves
                           One Battery Park Plaza
                           New York, New York  10004
                           (212) 574-1200

                           *Attorneys for Citibank, N.A., solely in its
                           capacities as Indenture Trustee, Trustee,
                           Securities Administrator, Paying Agent and
                           Registrar*

# EXHIBIT "A"

**American Home Mortgage Holdings, Inc.**
**Chapter 11**
**Case No. 07-11047(CSS)**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747
Attn: Alan Horn, General Counsel
alan.horn@americanhm.com
*E-mail Service and U.S. Mail*

Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Attn:  James L. Patton, Jr., Esquire
Counsel to the Debtors
jpatton@ycst.com
*E-Mail Service and Hand Delivery*

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC  20006
Attn:  Jeffrey M. Levine
jlevine@milestonecap.com
*E-mail Service and U.S. Mail*

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  1002
Counsel to the Official Committee of Unsecured Creditors
MIndelicato@hahnhessen.com
*E-mail Service and U.S. Mail*

Bonnie Glantz Fatell, Esquire
Blank, Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
Counsel to the Official Committee of Unsecured Creditors
fatell@blankrome.com
*E-Mail Service and Hand Delivery*

Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
Attn: Margot B. Schonholtz and
Scott D. Talmadge
Counsel to the Administrative Agent
mschonholtz@kayescholer.com
stalmadge@kayscholer.com
***E-mail Service and U.S. Mail***

Potter Anderson & Corroon, LLP
Hercules Plaza
6th Floor
1313 North Market Street
Wilmington, DE 19801
Attn: Laurie Selber Silverstein
Counsel to the Administrative Agent
lsilverstein@potteranderson.com
***E-Mail Service and Hand Delivery***

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Corinne Ball and
Erica M. Ryland
Counsel to the DIP Agent
cball@jonesday.com
emryland@jonesday.com
***E-mail Service and U.S. Mail***

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
Attn: Victoria Counihan
Counsel to the DIP Agent
counihanv@gtlaw.com
***E-Mail Service and Hand Delivery***

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, DE 19801
Attn: Joseph McMahon
joseph.mcmahon@usdoj.gov
***E-Mail Service and Hand Delivery***