UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047-CSS |
| HOLDINGS, INC., et al., | ) | |
| Debtors | ) | Jointly Administered |
| | ) | Related to Doc. No. 865, 866, 874 |
| | ) | Hearing Date: September 25, 2007 at 10:00 a.m. (ET) |
| | ) | Obj. Date: September 25, 2007 at 10:00 a.m. (ET) |

RESERVATION OF RIGHTS OF
FINANCIAL GUARANTY INSURANCE COMPANY IN CONNECTION WITH
MOTION OF THE DEBTORS FOR ORDER PURSUANT TO SECTIONS 105(a), 363, 364, 365,
AND 503(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001, 6004,
6006, 7062, 9007 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (A)
APPROVING REVISED PROCEDURES FOR THE SALE OF THE DEBTORS' MORTGAGE
SERVICING BUSINESS; (B) APPROVING CERTAIN PROTECTIONS FOR THE
STALKING HORSE BIDDER IN SUCH SALE; (C) DIRECTING THAT CERTAIN NOTICES
OF SUCH SALE AND DEADLINE BE GIVEN; AND (D) AUTHORIZING, ON AN INTERIM
BASIS, THE DEBTORS TO GRANT CERTAIN LIENS AND OTHER PROTECTIONS FOR
THE PURCHASER'S COLLATERAL EFFECTIVE AFTER INITIAL CLOSING

Financial Guaranty Insurance Company ("FGIC") hereby files its Reservation of Rights in connection with the above-captioned Motion of the Debtors for an Order Approving Revised Sale Procedures for the Sale of the Debtors' Mortgage Servicing Business and Approving Certain Protections (D.I. 865) (the "Revised Procedures Motion").

1.    On September 12, 2007, FGIC filed an Objection (D.I. 718) (the "Sale Objection") to the Motion of the Debtors to sell the Debtors' mortgage servicing business and assume and assign certain executory contracts and to the cure amounts in connection with any such assumption and assignment (D.I. 11).

4828-1760-0001.2

2.    It appears that the Revised Procedures Motion merely addresses procedural issues relating to the auction and certain protections the Debtors wish to provide to the stalking horse bidder, and does not seek approval of the Asset Purchase Agreement associated therewith or any sale in connection therewith. However, FGIC hereby reserves its rights with respect to the sale of the Servicing Business, the assumption and assignment of executory contracts and cure amounts, including but not limited to the objections set forth in the Sale Objection, and further reserves its right to file an additional or supplemental objection to any proposed sale.

Dated: Wilmington, Delaware
       September 24, 2007

                        [signature page follows]

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
Email: dculver@mnat.com

and

**KUTAK ROCK LLP**
Bruce A. Wilson, Esq. (NE Bar # 18885)
Thomas T. Roubidoux (NE Bar # 22005)
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: bruce.wilson@kutakrock.com
Email: thomas.roubidoux@kutakrock.com

ATTORNEYS FOR FINANCIAL GUARANTY
INSURANCE COMPANY