## CERTIFICATE OF SERVICE

      I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Reservation Of Rights Of Financial Guaranty Insurance Company In Connection With Motion Of The Debtors For Order Pursuant To Sections 105(a), 363, 364, 365, And 503(b) Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001, 6004, 6006, 7062, 9007 And 9014 Of The Federal Rules Of Bankruptcy Procedure (A) Approving Revised Procedures For The Sale Of The Debtors' Mortgage Servicing Business; (B) Approving Certain Protections For The Stalking Horse Bidder In Such Sale; (C) Directing That Certain Notices Of Such Sale And Deadline Be Given; And (D) Authorizing, On An Interim Basis, The Debtors To Grant Certain Liens And Other Protections For The Purchaser's Collateral Effective After Initial Closing**, was caused to be made on September 24, 2007, in the manner indicated upon the entities identified on the attached service list.

Date: September 24, 2007

                                                                      _/s/ Donna L. Culver_
                                                                       Donna L. Culver (No. 2983)

1242134.1