UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | ) Case No. 07-11047 (CSS) ) ) (Jointly Administered) |
| Debtors. | ) Related to Docket Nos. 11, 113, 403, 614 and 865 ) ) Objection Deadline: September 25, 2007 at 10:00 a.m. (ET) ) Hearing Date: September 25, 2007 at 10:00 a.m. (ET) |

**RESERVATION OF RIGHTS OF COUNTRYWIDE BANK, FSB AND COUNTRYWIDE HOME LOANS, INC. TO MOTION OF THE DEBTORS FOR ORDER PURSUANT TO SECTIONS 105(a), 363, 364, 365 AND 503(b) OF THE BANKRUPTCY CODE AND RULES 2002, 4001, 6004, 6006, 7062, 9007 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (A) APPROVING REVISED PROCEDURES FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS; (B) APPROVING CERTAIN PROTECTIONS FOR THE STALKING HORSE BIDDER IN SUCH SALE;(C) DIRECTING THAT CERTAIN NOTICES OF SUCH SALE AND DEADLINE BE GIVEN; AND (D) AUTHORIZING, ON AN INTERIM BASIS, THE DEBTORS TO GRANT CERTAIN LIENS AND OTHER PROTECTIONS FOR THE PURCHASER'S COLLATERAL EFFECTIVE AFTER THE INITIAL CLOSING**

Countrywide Bank, FSB, formerly Countrywide Bank, N.A. ("Countrywide Bank"), and Countrywide Home Loans, Inc. (collectively, "Countrywide"), by and through their undersigned counsel, hereby file this Reservation of Rights to the Debtors' Motion for an Order Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business (the "Motion") [Docket No. 865].

1.  Countrywide Bank and American Home Mortgage Corp. ("AHM Corp.") were parties to that certain "Mortgage Loan Purchase and Servicing Agreement," dated March 14, 2006 (as supplemented by the related Trade Confirmations and Purchase Confirmations, the "Agreement"). As of July 30, 2007, Countrywide Bank owned approximately 1,350 loans with an unpaid principal balance of approximately $484 million that were purchased from AHM

Corp. and serviced by the American Home Mortgage Servicing, Inc. (the "Servicer") under the Agreement.

2. On August 3, 2007, prior to the petition date, Countrywide Bank terminated AHM Corp.'s servicing rights under the Agreement by providing AHM Corp. with written notice of termination without cause.

3. On August 6, 2007, the Debtors' filed their Emergency Motion for the Sale of the Debtors' Loan Servicing Business (the "Sale Motion")[Docket No. 11]. On September 5, 2007, Countrywide filed an objection to the Sale Motion (the "Sale Objection")[Docket No. 614].

4. Notwithstanding this valid termination, the Debtors filed the Sale Motion, seeking to sell the servicing rights for mortgage loans associated with the Agreement. Notwithstanding the material changes in the bidding procedures contemplated by the Motion, Countrywide reserves its right to object to the sale of the mortgage loan servicing business, including without limitation, with respect to: (i) its Sale Objection; and (ii) asserting any further objections to the sale on or before the objection deadline set forth in the revised bidding procedures.

Dated: Wilmington, Delaware
September 25, 2007

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

William E. Chipman, Jr. (No. 3818)
919 North Market Street
15th Floor
Wilmington, Delaware 19801
(302) 777-7770

*Counsel to Countrywide Bank, FSB and Countrywide Home Loans, Inc.*

2