IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
       Debtors.                                                          :
------------------------------------------------------------------------ x

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 25, 2007 AT 10:00 A.M. (ET)**

**MATTER GOING FORWARD**

1.  Motion of the Debtors for Order Pursuant to Sections 105(a), 363, 364, 365, and 503(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C) Directing That Certain Notices of Such Sale and Deadlines be Given; and (D) Approving, on an Interim Basis, the Debtors' Authority to Grant Liens in the Purchaser's Collateral After Initial Closing [D.I. 865, 9/21/07]

    Related Document:

    a)  Motion Pursuant To Del. L.R. 9006-1(e) for an Order Shortening the Time For Notice [D.I. 866, 9/21/07]

    b)  Notice of Filing of Schedules 4.1(a) and 8.2(e) to Asset Purchase Agreement [D.I. 867, 9/21/07]

    c)  **Order Shortening the Time for Notice [D.I. 874, 9/21/07]**

    Objection Deadline: September 25, 2007 at 10:00 a.m.

    Objections Filed:

    d)  **Reservation of Rights of Wells Fargo Bank, N.A. [D.I. 912, 9/24/07]**

    e)  **Reservation of Rights of U.S. Bank National Association [D.I. 915, 9/24/07]**

---

[1] **Amendments appear in bold.**

    f)       **Reservation of Rights of Citibank, N.A. [D.I. 920, 9/24/07]**

    g)       **Reservation of Rights of Financial Guaranty Insurance Company [D.I. 921, 9/24/07]**

    h)       **Limited Objection and Reservation of Rights of Assured Guaranty Corp. [D.I. 923, 9/24/07]**

    i)       **Reservation of Rights of Countrywide Bank, FSB and Countrywide Home Loans, Inc. [D.I. 946, 9/25/07]**

Status: This matter will be going forward.

Dated: Wilmington, Delaware
       September 25, 2007

                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                          James L. Patton, Jr. (No. 2202)
                                          Joel A. Waite (No. 2925)
                                          Pauline K. Morgan (No. 3650)
                                          Sean M. Beach (No. 4070)
                                          Matthew B. Lunn (No. 4119)
                                          Kara Hammond Coyle (No. 4410)
                                          Kenneth J. Enos (No. 4544)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                          Counsel for Debtors and
                                          Debtors in Possession