# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------)
In re:                                                    )
                                                          )  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                    )
HOLDINGS, INC., a Delaware Corp., et. al.,                )  Jointly Administered
                                                          )
         Debtors.                                         )
                                                          )
----------------------------------------------------------)

## ORDER GRANTING ADMISSION
## PRO HAC VICE TO FELICIA G. PERLMAN

Upon the motion of Eric M. Davis, dated September 24, 2007, for an order granting admission pro hac vice to Felicia G. Perlman to appear and participate in the above-captioned Chapter 11 cases on behalf of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis in the above-captioned Chapter 11 cases, it is hereby

ORDERED that Felicia G. Perlman is permitted to appear and participate in these Chapter 11 cases and any proceeding therein before this Court in accordance with Rule 83.5 of the Local Rules of the United States District Court for the District of Delaware.

Dated: Wilmington, Delaware
       September 24, 2007

_____
United States Bankruptcy Judge

561094-Chicago Server 1A - MSW