IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  )
 )
AMERICAN HOME MORTGAGE  )
HOLDINGS, INC., a Delaware corporation, *et al.*  )
 )  Case No.  07-11047
Debtors.  )  Chapter  11
 )

## NOTICE OF APPEARANCE

The office of JOE G. TEDDER, CFC, Tax Collector for Polk County, Florida, *pro se* Creditor, and a sovereign constitutional officer and duly elected government official, hereby files this Notice of Appearance and Request for Notice in the above-referenced cause of action.

Please forward copies of any and all pleadings and correspondence in this matter to the following:

Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, Florida 33831-2016
863.534.4746, Ext. 5718
863.534.4741 - Facsimile
sarimeador@polktaxes.com

Respectfully submitted,

_____
Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, Florida 33831-2016
Creditor *pro se*