## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2007 a true and correct copy of the foregoing was served by First Class Mail upon:

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Edward J. Kosmowski, Esq.**
**Edwin J. Harron, Esq.**
**Joel A. Waite, Esq.**
**Kara Hammond Coyle, Esq.**
**Kenneth J. Enos, Esq.**
**Matthew Barry Lunn, Esq.**
**Pauline K. Morgan, Esq.**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
Counsel for Debtors-in-Possession

_____
Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of JOE G. TEDDER, CFC
Tax Collector *for* **Polk County, Florida**
Creditor, *pro se*

S:\Enforcement\Notice of Appearance American Home Mortgage Out-of-State