# SPECTOR GADON & ROSEN, P.C.
ATTORNEYS AT LAW

NEW JERSEY OFFICE:
1000 LENOLA ROAD
P.O. BOX 1001
MOORESTOWN, NJ 08057
[856] 778-8100
FAX: [856] 722-5344

SEVEN PENN CENTER
1635 MARKET STREET
SEVENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
[215] 241-8888
FAX: [215] 241-8844
WWW.LAWSGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

E-MAIL
kmihelic@lawsgr.com

DIRECT DIAL NUMBER
[215] 241-8875

September 17, 2007

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

    Re:    *American Home Mortgage Holdings, Inc.*
            *Case No.: 07-11047 (CSS)*

Dear Sir/Madam:

Please allow this correspondence to serve as a request for the removal of my name from the mailing list in regard to the above-captioned matter.

Very truly yours,

Kristin T. Mihelic

KTM:shb

385967-1