The United States Bankruptcy Court For the
District of Delaware
J.Caleb Boggs Federal Building, 2nd Floor, Room 2112
844 North King Street
Wilmington, Delaware

Re: American Home Mortgage
    538 Broadhollow Road
    Melville, NY 11747

The undersigned, as former employee of American Home Mortgage working in their office in Greensboro, North Carolina, would like to bring to your attention the following: American Home Mortgage filed for Chapter 11 Bankruptcy on August 6th however we were informed on August 2nd that the company was planning to close down.
When I received the last paycheck, much to my surprise, I saw that the company took out money for:

- **Disability** for the month of August (when I was no longer their employee)
- **Medical Insurance, Dental, Vision** for the month of August when we were no longer covered. A month later we got information from Cobra which is an alternative/optional plan for over 800/month which I did not accept.
- **Flex Spending** – I had $ 395 left in the account for medication and I was told that I no longer have access to the money and that the outstanding balance will be returned to American Home. Why? This is my money which was taken out of my 2007 paychecks.

All together they kept $ 552.06 out of my paycheck for services which were no longer offered by the company plus $ 395.00 for Flex Spending Account **for a total of $947.06**
The other loan offices in our Greensboro office have the same complain.

On top of being stressed that we lost our jobs overnight, we did not get the money which belonged to us and we are under constant pressure from existing customers who are calling us complaining about American Home Mortgage (who did not pay their property taxes and home insurance) and they are expecting us to be able to help them.
How can 7000 employees working for one of the largest mortgage company in the country not be protected by laws and be treated like this? How can such a company do what they are doing to both their employees and customers?

Thanking you in advance for looking into this and trying to help us recover our money, I remain

Sincerely,

Anca M. Nicolaescu
Loan Consultant