# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** September 25, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathy F. Cornell | Cozen O'Connor | C.T.B.T.U.S. N.A. (as Trustee) |
| William E. Chapman | Edwards Angell Palmer & Dodge | Countrywide |
| Richard Krumholz | Husch Brimmy | Debtors |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition / WLR |
| Erica Ryland | Jones Day | " |
| Laurie Selber Silverstein | Potter Anderson Corroon | Bank of America N.A. |
| Scott D. Talmadge | Kaye Scholer | Patricia Jeffries - Sykes |
| David Carickhoff | Blank Rome | Committee |
| Mark Indelicato | Hahn & Hessen | Committee |
| Andrea L. Spryer | Reed Smith LLP | GMAC M + Lenders Hunts |
| Kimberly E Clouse | | QuestCorp + Onset Communications Corp |
| Eric Lopez Schnabel | | |
| Rafael Zahralddin | Morris James | FNC, Inc. |
| Britt Stellar | Morris James LLP | CitiMortgage Inc. |
| Silvia Khobak | Wachovia Capital | CSFB |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** September 25, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Saima Majid *Jacqueline Marcus* (telephonic) | Weil Gotshal & Manges | Credit Suisse |
| Steven Wilamowsky (telephonic) | Bingham McCutchen | DB Structured Products |
| Fred Neufeld (telephonic) Robert J. Moore (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Franklin Top | Chapman and Cutler LLP | Wells Fargo Bank as Master Servicer |
| Jason Harbour (telephonic) | Hunton & Williams | Calyon |
| Margot Schonholtz (telephonic) | Kaye Scholer | Bank of America |
| Alex R. Rovira (telephonic) | Sidley Austin | Bear Stearns |
| Fred Rosner | Duane Morris | Bear Stearns |
| Tara Lattomus | Eckert Seamans | Calyon NY |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Daniel Butz | Morris Nichols Arsht & Tunnell LLP | Assured Guaranty Corp. |
| Ariana Alves | Seward & Kissel LLP | Citibank NA |
| Tony Percell | Morris Nichols Arsht & Tunnell LLP | Financial Guaranty Insurance Corp. |
| Gregory Taylor | Ashby + Geddes | MorganStanley Mortgage Capital |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**