UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation,
*et al.*,

Debtors.

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

## AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on September 24, 2007, a copy of the **Reservation of Rights of U.S. Bank National Association to Motion of the Debtors for Order Pursuant to Sections 105(A), 363, 364, 365, and 503(B) of the Bankruptcy Code and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder In Such Sale; (C) Directing That Certain Notices of Such Sale and Deadlines Be Given; and (D) Authorizing, on An Interim Basis, the Debtors to Grant Certain Liens and Other Protections for the Purchaser's Collateral Effective After the Initial Closing** was served upon the parties on the attached service list in the manner indicated.

*[signature]*
Micherie A. Green, Paralegal
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, Suite 1600
Wilmington, Delaware 19890
(302) 425-7165

Subscribed and sworn to before me
this 25th day of September, 2007

*[signature]*
Notary Public

ERIC LOPEZ SCHNABEL
Attorney-At-Law
Notarial Officer, State of Delaware
Pursuant to 29 Del. C § 4323(a)(3)
My Commission Has No Expiration Date

Service List

**Via Hand Delivery**

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Donald J. Bowman, Jr., Esquire
Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801