IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark J. Hyland to represent Citibank, N.A., solely in its capacities as Indenture Trustee, Trustee, Securities Administrator, Paying Agent and Registrar in the above captioned matter.

Dated: September 12, 2007

By: _____
John T. Carroll, III
(DE No. 4060)
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2028
(302) 295-2013 Fax No.
Email: jcarroll@cozen.com

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

WILMINGTON\56271\1 211291.000

DOCKET NO. 882
DATE 9/21/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am in good standing as a member of the American Bar Association, the New York State Bar Association, the Federal Bar Council, the New York County Lawyers' Association, and I am a Certified Mediator for the Southern District of New York. I am admitted to practice before the U.S. District Court for the Southern District of New York, the Eastern District of New York, the Eastern District of Michigan, and the United States Courts of Appeal for the Second, Sixth, Eighth and Ninth Circuits. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 12, 2007

By: /s/ Mark J. Hyland
Mark J. Hyland
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1541 Telephone
(212) 480-8421 Facsimile
E-mail: hyland@sewkis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 9/25/07

/s/ Christopher S. Sontchi
Honorable Christopher S. Sontchi
United States Bankruptcy Judge