IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 25th day of September, 2007, he caused a copy of the following:

**LIMITED OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO MOTION OF THE DEBTORS PURSUANT TO SECTIONS 105(a), 363, 364, 365 AND 503(b) OF THE BANKRUPTCY CODE AND RULES 2002, 4001, 6004, 6006, 7062, 9007 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (A) APPROVING REVISED PROCEDURES FOR THE SALE OF THE DEBTORS' SERVICING BUSINESS; (B) APPROVING CERTAIN PROTECTIONS FOR THE STALKING HORSE BIDDER IN SUCH SALE; (C) DIRECTING THAT CERTAIN NOTICES OF SUCH SALE AND DEADLINE BE GIVEN; (D) AUTHORIZING, ON AN INTERIM BASIS, THE DEBTORS TO GRANT CERTAIN LIENS AND OTHER PROTECTIONS FOR THE PURCHASER'S COLLATERAL EFFECTIVE AFTER THE INITIAL CLOSING**
(Docket No. 927)

to be served via (i) electronic mail upon the parties identified below; and (ii) facsimile upon the parties identified on the attached list.

James L. Patton, Jr., Esq. (jpatton@ycst.com)
Robert S. Brady, Esq. (rbrady@ycst.com)
Pauline K. Morgan, Esq. (pmorgan@ycst.com)
Matthew B. Lunn, Esq. (mlunn@ycst.com)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Debtors' Counsel)

519.005-18032.DOC

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 25th day of September, 2007.

_____
Notary Public

LISA B. LESSIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 28, 2010

519.005-18032.DOC

## SERVICE LIST

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|---|
| Alan Horn, Esq. | American Home Mortgage Holdings, Inc. | 866-805-7600 | 800-209-7276 |
| James L. Patton, Jr., Esq. Pauline K. Morgan, Esq. Matthew B. Lunn, Esq. | Young Conaway Stargatt & Taylor, LLP | 302-571-6600 | 302-571-1253 |
| Jeffrey M. Levine | Milestone Advisors, LLC | 202-367-3000 | 202-367-3001 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Margot B. Schonholtz, Esq. Scott D. Talmadge, Esq. | Kaye Scholer LLP | 212-836-8000 | 212-836-8689 |
| Laurie Selber Silverstein, Esq. | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Corinne Ball, Esq. Erica M. Ryland, Esq. | Jones Day | 212-326-3939 | 212-755-7306 |
| Victoria W. Counihan, Esq. | Greenberg Traurig LLP | 302-661-7000 | 302-661-7360 |
| Joseph J. McMahon, Jr., Esq. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| Thomas H. Grace, Esq. W. Steven Bryant, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |