IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date: October 17, 2007 at 10:00 a.m. (ET)** |
| | ) | **Objection Deadline: October 1, 2007 at 4:00 p.m. (ET)** |
| | ) | |

## NOTICE OF MOTION

TO:    (I) Counsel to the Debtors; (II) Office of the United States Trustee in the District of Delaware; (III) Counsel for the Official Committee of Unsecured Creditors; and (IV) all parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE that Vantage Pointe Capital, LLC has filed a **Motion For Order Under Rule 2004 Of The Federal Rules Of Bankruptcy And Rule 2004 Of The Local Bankruptcy Rules For The District of Delaware, Directing Examination Of, And Production Of Documents By, The Debtors.**

PLEASE TAKE FURTHER NOTICE that any responses or objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before October 1, 2007**.  At the same time, you must serve a copy of any response upon movant's attorneys:

| | | |
|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ARNOLD & PORTER LLP | ARNOLD & PORTER LLP |
| Bradford J. Sandler | Michael L. Bernstein | Michael J. Canning |
| 222 Delaware Avenue, Suite 801 | 555 12th Street | 399 Park Avenue |
| Wilmington, DE 19801 | Washington, DC 20004 | New York, New York 10022 |

A HEARING on this matter will be held **October 17, 2007, at 10:00 a.m**. before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, if you fail to respond in accordance with this Notice, the Court may grant the relief requested in the motion without further notice or a hearing.

Dated:  September 25, 2007

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010
bsandler@bfca.com

-and -

ARNOLD & PORTER LLP
Michael L. Bernstein, Esq.
555 12th Street
Washington, DC 20004
(202) 942-5577
Michael_Bernstein@aporter.com

Michael J. Canning
399 Park Avenue
New York, New York 10022
(212)715-1110
Michael_Canning@aporter.com

Counsel for Vantage Pointe Capital, LLC.