IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY AND RULE 2004 OF THE LOCAL BANKRUPTCY RULES FOR THE DISTRICT OF DELAWARE, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY THE DEBTORS**

Upon the motion (the "Motion") of Vantage Pointe Capital, LLC ("Vantage Pointe"), for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2004 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), directing the examination of, and production of documents by, American Home Mortgage Corporation Holdings, Inc., together with its affiliated debtors in possession (collectively, "AHM," "Debtor," or the "Debtors"); and upon the Court having jurisdiction and due and proper notice being given, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. On or before the date that is seven (7) days after entry of this Order, the Debtors shall produce to counsel for Vantage Pointe all documents within their possession, custody or control that are responsive to Vantage Pointe's Rule 2004 requests, which are annexed to the Motion as Exhibit G.

3. The Debtors shall provide a representative who is qualified to testify with respect to such documents and the information contained therein at a Rule 2004 examination which shall take place at a date and time and at a location to be agreed to by the Debtors and Vantage Pointe, provided, however, that unless the parties agree otherwise the examination shall take place at the offices of Vantage Pointe's Delaware counsel at a date and time to be designated by Vantage Pointe.

4. The Court shall retain jurisdiction with respect to any and all matters, claims or disputes arising from this Order.

Dated: October ____, 2007.

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge