IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | Ref. D.I. # 243 |

### WITHDRAWAL OF MOTION OF THE UNITED STATES FOR AN ORDER (I) REQUIRING TURN-OVER OF NON-ESTATE PROPERTY BELONGING TO THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AND (II) DECLARING THAT THE GOVERNMENT NATIONAL MORTGAGE ASSOCIATION IS NOT SUBJECT TO THE AUTOMATIC STAY

The United States, on behalf of the Government National Mortgage Association ("GNMA"), pursuant to that certain stipulation and order approved by the Court on September 20, 2007 [D.I. # 843], hereby withdraws, without prejudice, its motion for an order (i) requiring American Home Mortgage Servicing, Inc., one of above-referenced debtors, to turn over property belonging to GNMA and (ii) declaring that GNMA is not subject to the automatic stay under title 11 of chapter 11 of the United States Code filed on August 20, 2007.

[REMAINDER OF THE PAGE LEFT INTENTIONALLY BLANK]

Dated: September 26, 2007                    Respectfully Submitted

PETER D. KEISLER
Assistant Attorney General, Civil

DAVID C. WEISS
Acting United States Attorney

ELLEN W. SLIGHTS  (DE Bar No. 2782)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

/s/ Mary A. DeFalaise
J. CHRISTOPHER KOHN
JAMES G. BRUEN, JR.
MARY A. DEFALAISE
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-0183
Fax (202) 307-0494

Attorneys for the Government
National Mortgage Association