IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
                                                                 :
      Debtors.                                                   :  Extended Objection Deadline: October 3, 2007 at 4:00 p.m.
                                                                 :  Ref. Docket Nos. 11, 113, 403 & 674
---------------------------------------------------------------- x

## SUPPLEMENTAL NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY

PLEASE TAKE NOTICE that on September 10, 2007, American Home Mortgage Holdings, Inc., *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any* [Docket No. 674] (the "Modified Notice of Potential Assumption and Assignment") in connection with the Debtors' motion [Docket No. 11] (the "Sale Motion") for authority to sell (the "Sale") the assets related to the Debtors' mortgage loan servicing business (the "Servicing Business"), free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), and the authority to assume and assign various agreements related to the Servicing Business.

PLEASE TAKE FURTHER NOTICE that pursuant to the Sale Motion, the Debtors intend to assume and assign certain of their unexpired leases, license agreements, and executory contracts (collectively, the "Potential Executory Contracts") pursuant to section 365(b)(1)(A) of the Bankruptcy Code. By the Modified Notice of Potential Assumption and

DB02:6204203.3                                                                                    066585.1001

Assignment, the Debtors identified certain Potential Executory Contracts that they may seek to assume and assign and corresponding proposed cure obligations, if any.

PLEASE TAKE FURTHER NOTICE that the Debtors have identified additional unexpired leases, license agreements, and executory contracts that the Debtors intend to assume and assign (collectively, the "Supplemental Potential Executory Contracts") pursuant to section 365(b)(1)(A) of the Bankruptcy Code. The Supplemental Potential Executory Contracts that the Debtors may seek to assume and assign and corresponding proposed cure obligations, if any (the "Proposed Cure Obligations"), are listed on Exhibits A and B attached hereto.

***PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS ARE ONLY SEEKING TO ASSUME AND ASSIGN, TO THE EXTENT SUCH POTENTIAL EXECUTORY CONTRACTS ARE EXECUTORY, THE LOAN SERVICING RIGHTS RELATED TO THE POTENTIAL EXECUTORY CONTRACTS IDENTIFIED ON EXHIBIT B.***

***PLEASE TAKE FURTHER NOTICE THAT, BY LISTING A POTENTIAL EXECUTORY CONTRACT ON THE FOLLOWING EXHIBITS, THE DEBTORS DO NOT CONCEDE THAT ANY SUCH CONTRACT IS EXECUTORY.***

PLEASE TAKE FURTHER NOTICE that any objections to the assumption and assignment of the Supplemental Potential Executory Contracts and the corresponding Proposed Cure Obligations, if executory, and any objections to the sale and transfer of loan servicing rights must (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, **on or before 4:00 p.m. (prevailing Eastern Time) on October 3, 2007**, and (d) be served so as to be received no later than 4:00 p.m.

(prevailing Eastern Time) on the same day, upon (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato); (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement, dated August 10, 2006; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the Debtors' postpetition lenders; and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Sale Motion (among other things, to confirm the results of any Auction (as defined in the Sale Motion) and approve the sale of the Servicing Business to the prevailing purchaser) has been scheduled on **October 9, 2007 at 2:30 p.m.** (prevailing Eastern time), before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States District Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. The Sale Hearing may be further adjourned from

time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that any person or entity receiving notice of the Sale Hearing, the Notice of Potential Assumption and Assignment and/or this Notice that fails to file an objection on a timely basis shall (a) be forever barred from objecting to the Proposed Cure Obligations and from asserting any additional cure or other amounts with respect to the assumption and assignment of such Potential Executory Contracts and the Debtors shall be entitled to rely solely upon the Proposed Cure Obligations, (b) be deemed to have consented to the transfer of the loan servicing rights, and (c) be deemed to have consented to the assumption and assignment of such Potential Executory Contracts and shall be forever barred and estopped from asserting or claiming against the Debtors, the purchaser of the Servicing Business, or any other assignee of the relevant Potential Executory Contract that any additional amounts are due or defaults exist, or conditions to assumption and assignment must be satisfied under such Potential Executory Contract.

PLEASE TAKE FURTHER NOTICE that in the event that an objection to the Proposed Cure Obligation (the "Cure Amount Objection") is filed, the Cure Amount Objection must set forth: (a) the basis for the objection; and (b) the amount the party asserts as the cure amount; provided, however, such Cure Amount Objection shall not be deemed to be an objection to the Sale Motion.

PLEASE TAKE FURTHER NOTICE that hearings on Cure Amount Objections and/or objections to the transfer of loan servicing rights may be held (a) at the Sale Hearing, or (b) at such other date after the Sale Hearing as the Court may designate.

PLEASE TAKE FURTHER NOTICE that the Debtors' decision to assume and assign the Potential Executory Contracts, if executory, and/or transfer loan servicing rights is subject to the Court's approval and consummation of the Sale. Absent consummation of the Sale, each of the Potential Executory Contracts shall neither be deemed assumed nor assigned and shall in all respects be subject to further administration under the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to remove any Potential Executory Contract from any proposed asset sale and to withdraw the request to assume and assign any such Potential Executory Contract. The identification of a Proposed Cure Obligation is without prejudice to the Debtors' right to modify, amend or contest the validity and/or amount of such Proposed Cure Obligation prior to the assumption and assignment of the respective Potential Executory Contract and/or transfer of the loan servicing rights.

PLEASE TAKE FURTHER NOTICE that the designation of any agreement as a Potential Executory Contract shall not constitute or be deemed to be a determination or admission by the Debtors that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

Dated: Wilmington, Delaware
September 26, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret B. Whiteman

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

## Vendor/IT Contracts

| Counter Party | Address/Contact Information | Description of Agreement | Proposed Cure Amounts |
|---|---|---|---|
| Aia Software North America, Inc | Aia Software North America, Inc<br>5 Broadacre Drive, Suite 100<br>Mount Laurel, NJ 08054 | Professional Services Agreement and Software for Document creating in LSAMS | $8,091.00 |
| AS/Computer Consultants | AS/Computer Consultants<br>4555 McDonnell Blvd.<br>St. Louis, MO 63134 | Limited Statement of Work | $0.00 |
| Aspect Software, Inc. | Aspect Software, Inc.<br>6 Technology Park Drive<br>Westford, MA 01886<br>Attn: General Counsel | End User Equipment / Software / Services Agreement for Concerto call center software/hardware | $12,990.00 |
| CheckFree Services Corporation | CheckFree Services Corporation<br>23 Crossroads Drive, Suite 200<br>Owings Mills, MD 21117 | Master Software System License and Service Agreement | $4,700.00 |
| D.W. Consulting, Inc | D.W. Consulting, Inc<br>2000 Bolden Road<br>Irving, TX 75060 | Contract for consulting services- LSAMS development | $0.00 |
| DRI Management Systems, Inc. | DRI Management Systems, Inc.<br>1451 Quail Street, Suite 100<br>Newport Beach, CA 92660<br>Attn: President | Master contract and Software License Agreement | $9,200.00 |
| Eagle a/k/a EDI Integration Corp. | EDI Integration Corp.<br>P.O. Box 4166<br>Crofton, MD 21114<br>Attn: Denise Carley | Default Reporting EDI software used to transmit to HUD | $0.00 |
| Fair Isaac Software, Inc. | Fair Isaac Software, Inc.<br>3550 Engineering Drive, Suite 200<br>Norcross, GA 30092 | Software Maintenance Agreement (Agreement to license LSAMS, Bankruptcy Management and Loan Event Tracking modules, along with certain modifications) | $0.00 |
| Fair Isaac Software, Inc. | Fair Isaac Software, Inc.<br>3550 Engineering Drive, Suite 200<br>Norcross, GA 30092 | Services agreement for BridgeLink (now called ScoreNet) - to be used in support of construction lending system, TCL | $0.00 |
| Gryphon Networks Corp. | Gryphon Networks Corp.<br>c/o Gryphon Networks, Inc.<br>249 Vanderbilt Avenue<br>Norwood, MA 02062<br>Attn: Contract Management | Master Services Agreement regarding Gryphon Call Advisor Services | $0.00 |

1

## Vendor/IT Contracts

| Counter Party | Address/Contact Information | Description of Agreement | Proposed Cure Amounts |
|---|---|---|---|
| Lewtan Technologies, Inc. | Lewtan Technologies, Inc. 300 5th Avenue Waltham, MA 02451 | Standard License & Service Agreement, as supplemented | $0.00 |
| LXI Corp. | LXI Corp. 222 West Las Colinas Blvd. Suite 960 Irving, TX 75039 | License Agreement regarding Job Scheduling Software | $0.00 |
| McAfee AntiVirus | McAfee AntiVirus 3965 Freedom Circle Santa Clara, CA 95054 | Anti virus software for workstation | $0.00 |
| Objectif Lune, Inc | Objectif Lune, Inc c/o Objectif Lune, LLC 300 Broadacres Drive 4th Floor Bloomfield NJ 07003 | End User License Agreement for Planet Press- laser printing software | $0.00 |
| Patrick Townsend and Associates | Patrick Townsend and Associates 7700 Earling Street NE Olympia, WA 98506 | License Agreement for FTP software | $0.00 |
| PGF SOLUTIONS, INC. TECHNOLOGY SYSTEMS CONSULTING | PGF SOLUTIONS, INC. TECHNOLOGY SYSTEMS CONSULTING 2920 Stanway Ave. Douglasville, GA 30135 | Contract for consulting services- LSAMS development | $0.00 |
| Pro Data Computer Systems, Inc | Pro Data Computer Systems, Inc 2809 S 160th Street Suite 401 Omaha, NE 68130 | Software license agreement with basic support services | $0.00 |
| RJS Software | RJS Software 14041 Burnhaven Drive, Suite 120 Burnsville, MN 55337 | Winspool product for report generation for AS400 | $0.00 |
| SAS Institute Inc. | SAS Institute Inc. World Headquarters SAS Campus Drive Cary, NC 27513 | Master License Agreement | $10,681.45 |
| Softlanding Software | Softlanding Software 84 Elm St. Peterborough, NH 03458 | Software for managing code versions on AS400 | $0.00 |
| The PowerTech Group, Inc. | The PowerTech Group, Inc. 6703 South 234th Street Kent, WA 98032 | Access Agreement for software for Network Security, security audit and compliance monitor software | $0.00 |

## Vendor/IT Contracts

| Counter Party | Address/Contact Information | Description of Agreement | Proposed Cure Amounts |
|---|---|---|---|
| American Security Insurance Company<br>Standard Guaranty Insurance Company | American Security Insurance Company<br>Standard Guaranty Insurance Company<br>260 Interstate North Circle, N.W.<br>Atlanta, GA 30339<br>Attn: Compliance Plus Product Manager | Compliance Plus Insurance Administration Agreement, dated as of April 1, 2005, by and among American Security Insurance Company, Standard Guaranty Insurance Company and American Home Mortgage Servicing, Inc. | $0.00 |
| American Security Insurance Company<br>Standard Guaranty Insurance Company | American Security Insurance Company<br>Standard Guaranty Insurance Company<br>260 Interstate North Circle, N.W.<br>Atlanta, GA 30339<br>Attn: Hazard Plus Product Manager | Hazard Plus Insurance Administration Agreement, dated as of April 1, 2005, by and among American Security Insurance Company, Standard Guaranty Insurance Company and American Home Mortgage Servicing, Inc. | $0.00 |
| ZC Sterling Insurance Agency, Inc. | ZC Sterling Insurance Agency, Inc.<br>210 Interstate North Parkway, N.W.<br>Suite 400, Atlanta, GA. 30339 | Tax Outsource Vendor | $575,262.41 |

## **EXHIBIT B**

*THE FOLLOWING IS A LIST OF POTENTIAL EXECUTORY CONTRACTS THAT THE DEBTORS ARE POTENTIALLY SEEKING TO ASSUME AND ASSIGN ONLY THE LOAN SERVICING RIGHTS CONTAINED THEREIN; **PROVIDED, HOWEVER**, THE DEBTORS ARE SEEKING TO ASSUME AND ASSIGN THE LOAN SERVICING RIGHTS TO THE EXTENT SUCH RIGHTS ARE EXECUTORY.*

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If Owner:<br><br>Signature Bank<br>70 West 36th Street<br>15th Floor<br>New York, New York 10018<br>Attention: Debra M. Eannel<br><br>With a copy to:<br><br>Bank Hapoalim BM<br>1177 Avenue of the Avenues<br>New York, New York 10036<br>Attn: General Counsel | Servicing Agreement, dated as of March 4, 2004, by and between Signature Bank and Columbia National, Incorporated (currently known as American Home Mortgage Servicing, Inc.) | Loan Sale/Servicing Agreement | $0.00 |
| If to the RMBS Master Servicer and the Securities Administrator:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>ATTN: Corporate Trust Services – AHMIT 2005-4A<br><br>If to the Owner Trustee:<br><br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890<br>ATTN: Corporate Trust Administration | RMBS Subservicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Servicing, Inc., as RMBS Subservicer, and American Home Mortgage Acceptance, Inc., as RMBS Servicer | AHM Securitization | $0.00 |

DB02:6262606.1

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to the Indenture Trustee:<br><br>U.S. Bank., N.A.<br>One Federal Street<br>3rd Floor<br>Boston MA, 02110<br>ATTN: Corporate Trust Office<br><br>In the case of the Securities Administrator:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>ATTN: Corporate Trust Services - AHMIT 2005-4A<br><br>In the case of the Owner Trustee<br><br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890<br>ATTN: Corporate Trust Administration<br><br>In the case of the Indentured Trustee<br><br>U.S. Bank., N.A.<br>One Federal Street<br>3rd Floor<br>Boston MA, 02110<br>ATTN: Corporate Trust Office | HELOC Subservicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as HELOC Servicer, and American Home Mortgage Servicing, Inc., as HELOC Subservicer | AHM Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to the RMBS Master Servicer and the Securities Administrator:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>ATTN: Corporate Trust Services - AHMIT 2005-4C<br><br>If to the Owner Trustee:<br><br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890<br>ATTN: Corporate Trust Administration<br><br>If to the Indenture Trustee:<br><br>U.S. Bank., N.A.<br>One Federal Street<br>3rd Floor<br>Boston MA, 02110<br>ATTN: Corporate Trust Office | Servicing Agreement, dated as of October 7, 2005, among Wells Fargo Bank, N.A., as RMBS Master Servicer, American Home Mortgage Investment Trust 2005-4C, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Seller, and American Home Mortgage Servicing, Inc., as RMBS Servicer | AHM Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to the Purchaser<br><br>Aegon USA Real Estate Services<br>400 West Market St.<br>5th Floor<br>Louisville KY 40232<br>ATTN: Madonna Ammons | Loan Sale and Servicing Agreement with Aegon USA Real Estate Services | Loan Sale/Servicing Agreement | $0.00 |
| If to the Purchasers<br><br>Phoenix Founders Inc.<br>38 Prospect Street<br>2d Floor<br>Hartford CT 06115<br>ATTN: Mark Paperella | Loan Sale and Servicing Agreement with Phoenix Founders Inc. | Loan Sale/Servicing Agreement | $0.00 |
| If to the Purchaser<br><br>Wells Fargo Corporate Trust Services<br>Wells Fargo Bank Minnesota, N.A.<br>9062 Old Annapolis Road<br>Columbia MD 21045<br>ATTN: Quonda Leftwich | Loan Sale and Servicing Agreement with Wells Fargo Corp. Tr. Services | Loan Sale/Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Assignor,<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Eileen Lindblom<br><br>In the case of the Assignee,<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention: Legal Department | Assignment, Assumption and Recognition Agreement, dated as of December 29, 2005, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer") | Third Party Securitization (MARM 2005-8) | $0.00 |
| In the case of the Trustee<br><br>HSBC Bank USA<br>452 Fifth Avenue<br>New York, New York 10018<br><br>In the case of the Custodian<br><br>Deutsche Bank National Trust Co.<br>1761 East St. Andrew Place<br>Santa Ana, California 92705<br>Attention: Mortgage Custody- DB07HC<br><br>In the case of the Servicer<br><br>Countrywide Home Loans, Inc.<br>4500 Park Granada | Custodial Agreement, dated as of June 1, 2007, by and among HSBC Bank USA, National Association, as Trustee, Deutsche Bank National Trust Company, as Custodian, American Home Mortgage Servicing, Inc., as a Servicer, and Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, as a Servicer | Third Party Securitization (DBALT 2007-1) | $0.00 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| Calabasas, California 91302<br><br>Countrywide Home Loans Servicing, Inc.<br>400 Countrywide Way<br>Simi Valley, California 93065<br><br>In the case of the Depositor<br><br>ACE Securities Corp<br>6525 Morrison Boulevard<br>Suite 318<br>Charlotte, North Carolina 28211<br>Attention: Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1<br><br>In the case of the Seller<br><br>DB Structured Products, Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attention: Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1<br><br>In the case of the Master Servicer<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention: Deutsche Alt-A Securities, Inc., 2007-1 | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of Assignor,<br><br>DB Structured Products, Inc.<br>60 Wall Street New York, New York 10005<br>Attention: Susan Valenti<br><br>In the case of Assignee,<br><br>ACE Securities Corp.<br>6525 Morrison Boulevard, Suite, 318<br>Charlotte, North Carolina 28211<br>Attention: Doris J. Hearn<br><br>In the case of the Master Servicer,<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road Columbia, Maryland 21045<br>Attention: Client Manager – DBALT 2007-1<br>Telecopier: (410) 715-2380 | Assignment, Assumption and Recognition Agreement, dated as of June 29, 2007, among DB Structured Products, Inc., as Assignor, ACE Securities Corp., as Assignee, and American Home Mortgage Servicing, Inc., as Servicer, and ackn owledged by Wells Fargo Bank, N.A., as Master Servicer | Third Party Securitization (DBALT 2007-1) | $0.00 |

DB02:6262606.1                                              066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to Purchaser:<br><br>Charlotte Fire Department Credit Union<br>2100 Commonwealth Ave.<br>Charlotte, NC 28205<br>Attn: Debbie Trotter | Loan Sale and Servicing Agreement, dated as of June 16, 2007, by and between American Home Mortgage Corp., American Home Mortgage Servicing, Inc., and Charlotte Fire Department Credit Union | Loan Sale/Servicing Agreement | $0.00 |
| If to the Purchaser<br><br>EMC Mortgage Corporation<br>909 Hidden Ridge Drive<br>Suite 200<br>Irving, Texas 75038<br>Attention: Scott Samlin, SVP and General Counsel<br>Via Facsimile Transmission: 972-831-2555<br><br>If to the Master Servicer<br><br>Wells Fargo Bank Minnesota, National Association<br>9062 Old Annapolis Road<br>Columbia, Maryland 21045<br>Attention:  Mike Watchke – EMC/FNMA<br>Via Facsimile Transmission: 410-884-2360 | Sale and Servicing Agreement, dated as of February 1, 2003, by and between Columbia National, Incorporated (currently known as American Home Mortgage Servicing, Inc.), as Seller and Servicer, and EMC Mortgage Corporation, as Purchaser | Loan Sale/Servicing Agreement | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to the Purchaser to:<br><br>Merrill Lynch MTS<br>4600 Regents Blvd.<br>Suite 200<br>Irving TX 75063 | Loan Sale and Servicing Agreement with Merrill Lynch | Loan Sale/Servicing Agreement | $0.00 |
| If to the Purchaser<br><br>Goldman Sachs Mortgage Company<br>100 Second Avenue South<br>Suite 200 North<br>St. Petersburg, Florida 33701<br>Attention: Sally S. Bartholmey<br>Tel: (727) 825-3829<br>Fax: (727) 493-0678<br><br>With a Copy to<br><br>Goldman Sachs Mortgage Company<br>85 Broad Street<br>New York, New York 10004<br>Attention: Eugene Gorelik<br>Tel: (212) 902-5008<br>Fax: (212) 902-3000 | Mortgage Loan Sale and Servicing Agreement, dated as of December 1, 2005, between American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., as Servicer, and Goldman Sachs Mortgage Company, as Purchaser | Loan Sale and Servicing Agreement | $0.00 |

066585.1001