**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: § | |
| § | |
| AMERICAN HOME MORTGAGE § | CASE NO.  07-11047-CSS |
| SERVICING, INC. § | CHAPTER   11 |
| AKA AMERICAN HOME MTG SERVICING § | |
| AKA COLUMBIA § | JUDGE  CHRISTOPHER S. SONTCHI |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**CitiMortgage, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

| | |
|---|---|
| MAIL TO : | Respectfully submitted, |
| P. O. Box 829009, Dallas, Texas  75382-9009 | Brice, Vander Linden & Wernick, P.C. |
| | |
| | /s/ Hilary B. Bonial    /s/ Tyler B. Jones |
| | Hilary B. Bonial |
| | Tyler B. Jones |
| | F# 2024-N-0657 |
| | 9441 LBJ Freeway, Suite 350 |
| | Dallas, Texas 75243 |
| | (972) 643-6600 / (972) 643-6698 (Telecopier) |
| | E-mail Address: notice@bkcylaw.com |
| | Authorized Agent for CitiMortgage, Inc. |

1

**CERTIFICATE OF SERVICE**

    I, Hilary B. Bonial / Tyler B. Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 1, 2007:

**Attorney**
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

American Home Mortgage Servicing, Inc.
aka American Home Mtg Servicing
aka Columbia
4600 Regent Blvd., Suite 200
Irving, Texas 75063

**U. S. Trustee**
U.S. Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801

/s/ Hilary B. Bonial   /s/ Tyler B. Jones
Hilary B. Bonial
Tyler B. Jones

2024-N-0657
noaelect

2