IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 SEP 25 PM 1:22
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

In Re:

American Home Mortgage Holdings, Inc.

Case No: 07-11047

Chapter: 11

Debtors

---

### REQUEST FOR SPECIAL NOTICE AND SERVICE

---

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Please take notice that Moss Codilis L.L.P. (creditor), pursuant to Rule 2002 of the Federal Rule of Bankruptcy Procedure, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the address listed below.

Moss Codilis L.L.P.
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO 80111


Respectfully Submitted,
Moss Codilis, L.L.P.


_____
Michael S. Margoff
Moss Codilis, L.L.P.
Phone: 303-799-6966
Fax: 720-240-5454

Debtor Attorney =
Trustee = United States Trustee
Court = US BK CT