**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors

------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Hearing Date:  October 17, 2007 at 10:00 a.m.**
: **Objection Deadline:  October 10, 2007 at 4:00 p.m.**

**APPLICATION FOR AUTHORIZATION TO RETAIN
BDO SEIDMAN LLP AS FINANCIAL ADVISORS FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
           UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Unsecured Creditors ("Committee" or "Applicant") of American Home Mortgage Holdings, Inc, *et al*., the Debtors and Debtors-in-possession herein (collectively, the "Debtors"), respectfully represents as follows:

**PRELIMINARY STATEMENT**

1. The Committee seeks authority to retain BDO Seidman LLP ("BDO") as its financial advisors in the Debtors' Chapter 11 cases.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334.  The statutory predicate for the relief sought herein is Section 327 of the Bankruptcy Code.

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1347045.v2

**BACKGROUND**

3. On August 6, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

4. On August 14, 2007, the Office of the United States Trustee, at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Committee:

> a. Wilmington Trust Company;
>
> b. United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent;
>
> c. The Bank of New York Trust Company, N.A.;
>
> d. Deutsche Bank National Trust Co.; as Trustee;
>
> e. Nomura Credit & Capital, Inc.;
>
> f. Impac Funding Corporation; and
>
> g. Waldners Business Environments, Inc.

The Committee elected James McGinley of Wilmington Trust Company, as Trustee, and Steven Sass, Esq. of The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, the law firm of Blank Rome LLP as co-counsel, and BDO as financial advisors.

**RELIEF SOUGHT**

5. The Committee now seeks formal authorization from this Court to retain BDO, with offices located at 330 Madison Avenue, New York, New York 10017, as its financial advisors, effective as of August 14, 2007. BDO is thoroughly familiar with and experienced in

Chapter 11 practice and, in particular, the representation of creditors' committees. BDO is knowledgeable concerning the financial issues peculiar to debtor mortgage originators and servicers. It is also capable of investigating the Debtors' pre-petition acts and conduct. Accordingly, for these and other reasons, the Committee believes that BDO is well qualified to represent it in these cases.

6. BDO has agreed to act as financial advisor to the Committee and to be compensated at its customary rate for services rendered and for actual expenses incurred in connection therewith, all subject to approval of this Court.

7. In addition, to the extent the Committee requires the advisory services of its investment banking affiliate, Trenwith Securities LLC ("Trenwith"), Trenwith has agreed to provide those services and be compensated at its customary rates for services rendered and/or actual expenses incurred. Trenwith will include its requests for compensation and reimbursement of expenses as part of BDO's fee application.

8. It appears from the Affidavit, that BDO has not been previously employed in this Case by any party in interest and the Committee is assured that, while BDO is employed by the Committee, it will not represent any other entity in any capacity in connection with this Case.

9. The Committee, therefore, believes that BDO does not have any interest adverse to the Committee or to the estate herein, is a disinterested person within the meaning of section 327 of the Bankruptcy Code and the employment of said firm would be in the best interest of the creditors of this estate.

**WHEREFORE**, pursuant to Section 1103 of the Bankruptcy Code, the Committee, as Applicant, respectfully requests entry of the annexed order authorizing the Committee to retain

BDO as its financial advisor, effective as of August 14, 2007, and for such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
September 21, 2007

                         OFFICIAL COMMITTEE OF UNSECURED
                         CREDITORS OF AMERICAN HOME
                         MORTGAGE HOLDINGS, INC., *et al.*, Debtors

                         Wilmington Trust Company, as Trustee

                         By: _____
                               JAMES J. McGINLEY
                               Chair of the Committee

                         United Parcel Service c/o The Receivable
                         Management Services Corporation, Its Agent

                         By: _____
                               STEPHEN D. SASS, Esq
                               Co-Chair of the Committee

BDO as its financial advisor, effective as of August 14, 2007, and for such other and further relief as the Court may deem just and proper.

Dated:   Wilmington, Delaware
            September 21, 2007

                                      OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, Debtors

                                      Wilmington Trust Company, as Trustee

                                      By:    _____
                                                 JAMES McGINLEY
                                             Chair of the Committee


                                      United Parcel Service c/o The Receivable Management Services Corporation, Its Agent

                                      By:    _____
                                                 STEVEN D. SASS, Esq
                                            Co-Chair of the Committee