IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------:
                                                                : Chapter 11
In re:                                                          :
                                                                : Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., *et al.* [1]             : (Jointly Administered)
                                                                :
                                    Debtors                     : **Hearing Date: October 17, 2007 at 10:00 a.m.**
                                                                : **Objection Deadline: October 10, 2007 at 4:00 p.m.**
---------------------------------------------------------------:

# NOTICE OF APPLICATION FOR AUTHORIZATION TO RETAIN BDO SEIDMAN LLP AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al*. filed the **Application for the Authorization to Retain BDO Seidman LLP As Financial Advisors for the Official Committee of Unsecured Creditors** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Application is attached hereto.

Objections and other responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **October 10, 2007**.

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1347042.v1
128189/01600/21629162v1

- 2 -

Any objections or other responses to the Application, if any, must also be served so that they are received not later than **October 10, 2007 at 4:00 p.m. Eastern Time**, by the undersigned.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING. IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT ON **OCTOBER 10, 2007 AT 10:00 A.M.** EASTERN TIME.

Dated: September 27, 2007

                                                                    BLANK ROME LLP

By:   */s/ Bonnie Glantz Fatell*
       Bonnie Glantz Fatell (No. 3809)
       1201 Market Street, Suite 800
       Wilmington, Delaware 19801
       Telephone:   (302) 425-6400
       Facsimile:   (302) 425-6464

       -and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 478-7200
Facsimile:   (212) 478- 7400

*Co-Counsel for the Official Committee of Unsecured Creditors.*

- 2 -

128189/01600/21629162v1