IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., a Delaware corporation, et al.,

Debtors.

------------------------------------------------------------ X

Chapter 11

Case No.: 07-11047 (CSS)
Jointly Administered

### AFFIDAVIT OF BDO SEIDMAN, LLP PURSUANT TO SECTION 328 OF THE BANKRUPTCY CODE AND RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**William K. Lenhart,** being duly sworn according to law, upon his oath, deposes and says:

1. I am a Certified Public Accountant, licensed under the laws of the State of New York and a partner of the firm of BDO Seidman, LLP ("BDO" or "my firm"), a New York registered limited liability partnership, a national tax and consulting firm consisting in part of certified public accountants, with offices located at 330 Madison Ave., New York, New York, 10017 and other locations throughout the United States.

2. Subject to this Court's approval of our retention, BDO proposes to provide financial advisory services to the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., et al. ("AHM" or the "Debtors"), in this proceeding at BDO's standard hourly rates.

3. Other than the initial communication between my firm and representatives of the Committee with respect to the retention of my firm in this case, to my knowledge, neither my firm nor any members of my firm had any business, professional or other connection with the Debtors or any other party in interest. From time to time, BDO has been involved in matters with the law firm of Young, Conaway, Stargatt & Taylor in matters totally unrelated to the case for which BDO is seeking to be engaged. In addition, BDO has and may currently be retained in several cases, proceedings and transactions totally unrelated to the case for which BDO is seeking to be engaged, involving Kroll Zolfo Cooper LLC, Cadwalader, Wickersham & Taft LLP, advisors to the Debtors and Hahn & Hessen LLP and Blank Rome, LLP, proposed counsels to the Committee in matters totally unrelated to the case for which BDO is seeking to be engaged.

4. To my knowledge, and subject to the disclosures listed in Schedule 1 to this affidavit of those creditors and other parties-in-interest, which list was made known to me to be the only significant creditors and other significant parties-in-interest in this matter, neither my firm nor any members of my firm have any business relationships with those parties which are or may be creditors of the Debtors, or any other party in interest herein except as specified below:

    a. To my knowledge, BDO has performed and may be presently performing accounting, tax or consulting services for those creditors or other parties of interest listed below:

| | |
|---|---|
| ABN Amro Bank, N.V. | HSBC |
| American Express Bank, Ltd | IXIS Capital Markets |
| American Stock Transfer & Trust Company | JP Morgan Chase |
| Assured Guaranty Corp. | Lehman Brothers Inc. |
| Bank of America | Merrill Lynch Business Financial |
| Barclays Capital | Merrill Lynch Capital |
| Bear, Stearns & Co. Inc. | Merrill Lynch Mortgage Lending |

| | |
|---|---|
| Calyon | Merrill Lynch Mortgage & Partners |
| Citibank | Morgan Stanley Real Estate Funds |
| Citigroup | Munder Capital Management |
| Countrywide Commercial Real Estate Finance | Nomura International Inc. |
| Credit Suisse | Orix Capital Markets Inc. |
| Credit Suisse First Boston Mortgage Capital LLC | RBS Greenwich Capital |
| Deutsche Bank, AG | Societe Generale |
| EMC Corporation | Sovereign Bank New England |
| Fannie Mae | Transwestern Commercial Services LLC |
| Federal Home Loan Bank of New York | UBS LLC |
| Federal Home Loan Mortgage Corporation | Wachovia Bank |
| Federal Reserve Bank of New York | Wachovia Capital Markets LLC |
| First American Corporation | Wells Fargo Bank N.A. |
| GMAC | Zurich American Insurance Company |
| Goldman Sachs & Company | |

Fees for these engagements represent less than ½ of 1% of BDO's annual revenues, and to my knowledge, relate to matters totally unrelated to the case for which BDO is seeking to be engaged.

   b. J.P. Morgan Chase Bank is one of several financial institutions that BDO has a banking relationship with, which includes maintaining firm bank accounts and providing working capital financing.

   c. AON Consulting is BDO's broker for professional liability insurance and certain other business insurance coverage.

   d. DLA Piper Rudnick is counsel to BDO in various matters totally unrelated to the case for which BDO is seeking to be engaged and BDO has been involved in matters with the law firm of DLA Piper Rudnick in matters totally unrelated to the case for which BDO is seeking to be engaged.

3

    e.  As part of its practice, BDO appears in cases, proceedings and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers and other entities, some of which may be, or represent claimants and parties-in-interest in this case. BDO does not represent any such entity, other than which has already been disclosed, in connection with the pending case or have a relationship with any such entity or professional which would be adverse to the Committee or the Debtors or its estate.

  5.  From time to time, BDO has been retained and likely will continue to be retained by certain creditors of the Debtors but it is the intention of my firm not to represent any other parities in matters directly related to the Debtors chapter 11 case. BDO has undertaken a detailed search nationally and internationally to determine, and to disclose, whether it represents or has represented any significant creditors, equity security holders, insiders or other parties-in-interest in any unrelated matters. To the extent that I have been provided with the names of each of the persons and entities listed on Schedule 1, BDO has performed a review of potential connections and relationships between BDO and (i) the Debtors and Affiliates; (ii) Shareholders and Officers; (iii) Creditors and Lenders; and (iv) Professionals. In connection, therewith, BDO searched its internal database, sent out e-mails to all of its Partners and employees and investigated all responses to its search. Despite commercially reasonable efforts to identify and disclose BDO's connections with parties in interest in this case, as made known to me in writing, because BDO has a large national practice and serves clients through over 30 offices and has an affiliation with member firms through BDO International and because the Debtors are a large enterprise with hundreds of creditors and other relationships, BDO is unable to state with certainty that every client representation or other connection has been disclosed. In this regard,

if BDO discovers additional information that, in BDO's reasonable opinion requires disclosure, BDO will file a supplemental disclosure with the Court as promptly as possible.

6. To the best of my knowledge, information and belief, BDO neither holds nor represents any interest adverse to the Debtors, or its estate, in the matters for which it is proposed to be retained. Accordingly, BDO believes that it is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a). Therefore, I submit that the Committee's employment of BDO would be in the best interests of the Debtors and their estates and creditors.

7. BDO has extensive familiarity with the accounting practices in insolvency matters in the bankruptcy courts in the District of Delaware and in other states.

8. The general nature of services that BDO will perform for the Committee in assisting the Committee may include, but are not limited to, the following as requested by the Committee and agreed to by BDO:

(a) Analyze the financial operations of the Debtors pre and postpetition, as necessary;

(b) Analyze the financial ramifications of any proposed transactions for which the Debtors seek Bankruptcy Court approval including, but not limited to, postpetition financing, sale of all or a portion of the Debtors' assets, management compensation and/or employee incentive and severance plans;

(c) Perform claims analysis for the Committee,

(d) Verify assets and liabilities, as necessary, and their values;

(e) Assist the Committee in its review of monthly statements of operations to be submitted by the Debtors;

(f) Assist the Committee in its evaluation of cash flow and/or other projections prepared by the Debtors;

(g) Scrutinize cash disbursements on an on-going basis for the period subsequent to the commencement of this case;

(h) Analyze transactions with insiders, related and/or affiliated companies;

5

(i) Analyze transactions with the Debtors' financing institutions;

(j) Analyze the Debtors' real property interests, including lease assumptions and rejections, and potential real property asset sales;

(k) Attend meetings of creditors and conference with representatives of the creditor groups and their counsel;

(l) Review the work performed by the Debtors' investment bankers, monitor the sale and/or liquidation of the Debtors and analyze and evaluate bids received to determine the best alternative for unsecured creditors;

(m) Attend auctions of the Company's assets;

(n) Perform forensic investigating services, as requested by the Committee and counsel, regarding prepetition activities of the Debtors in order to identify potential causes of action;

(o) Assist the committee in its review of the financial aspects of a plan of reorganization to be submitted by the debtors, or in arriving at a proposed reorganization plan;

(p) Review of tax issues, as deemed necessary; and

(q) Perform other necessary services as the Committee or the Committee's counsel may request from time to time with respect to the financial, business and economic issues that may arise.

9. In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, and, to my knowledge, between my firm or any other member or associate of my firm, on the one hand, and any other person, on the other hand, for the sharing of compensation as my firm may receive in connection with services rendered in this case, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or, to my knowledge, any partner or associate of my firm.

10. Trenwith Securities, LLC ("Trenwith"), an investment banking firm, is affiliated with BDO, and BDO is a minority owner of Trenwith. Certain of the professionals referred to in the Application are employees of Trenwith, and BDO will utilize such professionals in this engagement, in particular to perform investment banking services. At the request of the Committee, BDO will subcontract certain investment banking services to be performed by

Trenwith throughout the case. All work will be under the direct supervision of BDO and in accordance with this Court's order of retention, and the fees and expenses of such Trenwith professionals will be included in BDO's fee applications. In the event work for the Committee requires activities regulated by the NASD, Trenwith is an NASD member firm.

11. As set forth in the attached Manning Affidavit, and to the best of my knowledge, information and belief, Trenwith neither holds nor represents any interest adverse to the Debtors, or its estate, in the matters for which it is proposed to be retained. Accordingly, BDO believes that its affiliated investment banking firm is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a). Therefore, I submit that the Committee's employment of Trenwith would be in the best interests of the Debtors and its estate and creditors.

12. The general nature of services that Trenwith's professionals will perform for the Committee in assisting the Committee may include, but are not limited to, the following as requested by the Committee and agreed to by BDO and Trenwith: (a) monitor and assess the sales process; (b) introduce potential bidders to the auction who may have been overlooked or excluded by the Debtors; (c) assist the Committee with advice on capital market matters during the auction; and (d) advise the Committee on other matters upon request. Trenwith requires no separate retainer, and will submit fees and direct expense reimbursement on a time and material basis along with BDO. While Trenwith will bill hourly, it reserves the right, with the Committee's support and approval, to seek additional compensation from the Debtors in the event that Trenwith creates value above the stalking horse bid through the introduction of a new bidder.

7

13. Any request by BDO and Trenwith for compensation for professional services rendered for the Committee shall be based upon the time expended to render such services and at billing rates commensurate with the experience of the person performing such services and will be computed at the hourly billing rates customarily charged by BDO and Trenwith for such services. Expenses will be charged at actual costs incurred (and will include charges for copying, travel, telephone, computer rental, etc.).

14. The hourly billing rates as of the date of this Affidavit are as follows for the professionals of both BDO and Trenwith, but subject to change in the ordinary course of their business:

| | |
|---|---|
| Partners/Managing Directors | $400 to $775 per hour |
| Directors & Sr. Managers | $300 to $600 per hour |
| Managers | $225 to $375 per hour |
| Seniors | $175 to $275 per hour |
| Staff | $125 to $200 per hour |

15. In connection with the submission of periodic billings, detailed descriptions for each professional of the services performed by them, and the time expended on the engagement by each professional for all relevant engagement activity categories, will be provided. In addition, reasonable out-of-pocket expenses, including travel, report production, delivery services, and other costs incurred in providing the services are included, at actual cost, in the total amount billed. In the normal course of business, BDO and Trenwith each revises its regular hourly rates to reflect changes in responsibilities, increased experience, and increased costs of doing business. Accordingly, BDO requests that the aforementioned rates of BDO and Trenwith be revised to the regular hourly rates, which will be in effect from time to time. Changes in

regular hourly rates will be noted on the invoices for the first time period in which the revised rates became effective.

16.  BDO intends to apply to the court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware and any orders entered by the Court. BDO has agreed to accept as compensation such sums as may be allowed by the Court based upon the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estate, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in this case. BDO understands that interim and final fee awards are subject to approval by the Court.

17.  As set forth above, BDO respectfully requests that it be retained effective as of August 14, 2007, and all services rendered by BDO to the Committee from that date forward be deemed authorized pursuant to this Court's Order.

Dated: New York, New York
       September 13, 2007

William K. Lenhart

Sworn and subscribed to before me
this 13th day of September, 2007.

NOTARY PUBLIC

JENNIFER  ROLLO
Notary Public, State of New York
No. 01RO6096211
Qualified in New York County
Commission Expires July 28, 2011

9

SCHEDULE 1

**Debtors and Affiliates**
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.
AHM SPV II, LLC
AHM Capital Trust I
AHM LF, LLC
AHM SPV I, LLC
AHM SPV III, LLC
All Pro Mortgage, LLC
American Home Bank
American Home Escrow, LLC
American Home Mortgage Assets LLC
American Home Mortgage Securities, LLC
American Home Mortgage V, LLC
American Home Securities, LLC
American Midwest Title Agency, LLC
Array Mortgage, LLC
Baylis Trust
CNI Reinsurance, Ltd.
CNI Title Services, LLC
Melville Reinsurance Corporation
NAP Financial Services, LLC
Peak Experience Mortgage, LLC
Private Mortgage Group, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
U.S. Lending Company, LLC

**Schedule of Shareholders and Officers**
Bernard R. Werner & Shirley J. Werner
CEDE & Co
David E. Wallin Trust
Goldman Sachs Asset Management, L.P.
Jack E. Dalton & Janol Lee Dalton
Lillian M. Schuman
Lois I Pickett & Lawrence H. Pickett
Margaret J. Cox Trust
Michael Rienstra
Michael Strauss
Munder Capital Management
NWQ Investment Management Company, LLC
V E Lygrisse Truste
Al Crisanty
Alan B. Horn
C. Cathleen Raffaeli
Christopher J. Cavaco
Craig S. Pino
David M. Friedman
Dena L. Kwaschyn
Donald Henig

SCHEDULE 1

Doug Douglas
Irving J. Thau
John A. Johnston
John A. Manglardi
Kathleen R. Heck
Kristian R. Salovaara
Lisa M. Schreiber
Marcia Kaufman
Michael A. McManus, Jr.
Nicholas R. Marfino
Richard S. Loeffler
Rick Pishalski
Robert Bernstein
Robert F. Johnson, Jr.
Ron Rosenblatt
Ronald L. Bergum
Stephen A. Hozie
Thomas J. Fiddler
Thomas M. McDonagh

**Creditors/Lenders**
Bank of America, N.A.
Barclays Bank PLC
Credit Suisse First Boston Mortgage Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities
1993 Flatley Family Trust
406 Partners
A & F Construction
ABN Amro Bank, N.V.
Aldine Independent School District
All Pro Mortgage
ALS
American Express
American Stock Transfer & Trust Company
AON Consulting
Assured Guaranty
Banc of America Securities, LLC
Bank of America
Bank of America, N.A.
Bank of New York
Bear, Stearns & Co. Inc.
Broadhollow Funding, LLC
Calyon
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Citibank
Citigroup Global Markets Realty Corp.
Corporate Cubes LLC
Countrywide
Countrywide Capital
Credit Suisse
Crislip, Philip & Associates

2

SCHEDULE 1

CSHV Southpark LLC
CW
De Lage Landen Financial Services, Inc.
Deutsche Bank
Deutsche Bank AG
Deutsche Bank Securities Inc.
Diversified Commercial Investments, LLC
DLA Piper US LLP
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners, LLC
EMC (Bear)
Fannie Mae.
Federal Home Loan Mortgage Corporation
Fidelity Mortgage Affiliates
Financial Guaranty Insurance Company
First American Bank
Florida Certified Appraisers
FNMA
General Growth Management, Inc.
GMAC
GNMA
Greenwich Capital Financial Products, Inc.
HSBC
HSS Mortgage, LLC
Huntington Bancshares Inc.
Impac Funding Corporation
IndyMac Bank, F.S.B.
Inland US Management, LLC
Janney Montgomery Scott LLC
JPMorgan Chase
JPMorgan Chase Bank, National Association, as Trustee
Kodiak Funding LP
Lehman Brothers Inc.
Lehman Brothers Special Financing, Inc.
Lehman Commercial Paper Inc.
Liquid Funding, Ltd.
Luminent Mtg (Barclays)
MaineHousing
MassHousing
Melville Funding, LLC
Merrill Lynch Bank USA
Merrill Lynch Pierce Fenner & Smith, Inc.
MnL Global, Inc.
Morgan Stanley
Morgan Stanley Capital Services Inc.
Mortgage First Showcase; Mortgage First LTD; Showcase of Agents LLC
Natixis Real Estate Capital Inc.
Nomura Credit & Capital, Inc.
Opteum Financial Services, LLC
Orix Capital Markets, LLC
Polis & Associates
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Centre LLC

SCHEDULE 1

Skyview Marketing, LLC
Societe Generale
SOVEREIGN BANK
Stonehenge Capital, LLC
STWB Inc.
SunTrust Asset Funding, LLC
SunTrust Robinson Humphrey Funding, LLC
The Royal Bank of Scotland plc
TPRF/THC HavenPark, LLC
Transwestern
Triad Guaranty Insurance Corporation
UBS
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Washington Mutual
Wells Fargo Bank, N.A., as Trustee
Westfield Mortgage, LLC
Wilmington Trust Company
ZC Sterling Corporation
Zurich American Insurance Company

**Professionals**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Young, Conaway, Stargatt & Taylor
Kroll Zolfo Cooper LLC
WLR Recovery Fund III, L.P.
Milestone Advisors, LLC
Northwest Trustee Services, Inc.
Cadwalader, Wickersham & Taft LLP
Hahn & Hessen
Phoenix