IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., a Delaware corporation, et al.,

Debtors.

------------------------------------------------------------ X

Chapter 11

Case No.: 07-11047 (CSS)
Jointly Administered

**AFFIDAVIT OF TRENWITH SECURITIES, LLC PURSUANT TO SECTION 328
OF THE BANKRUPTCY CODE AND RULE 2016(b) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**Jeffrey R. Manning,** being duly sworn according to law, upon his oath, deposes and says:

1.  I am a Managing Director of Trenwith Securities, LLC ("Trenwith" or "my firm"), a limited liability company, investment bank, and NASD member firm, with offices located at 7101 Wisconsin Avenue, Bethesda, Maryland, 20184-4827.

2.  Subject to this Court's approval of the retention of BDO Seidman, LLP ("BDO"), BDO proposes to provide financial advisory services to the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., et al. ("AHM" or the "Debtors"), in this proceeding, and to utilize certain professionals of Trenwith in such engagement, at BDO's and Trenwith's standard hourly rates. Trenwith is affiliated with BDO, and BDO is a minority owner of Trenwith.

3. Other than the initial communication between professionals in my firm and representatives of the Committee with respect to the retention of BDO in this case, to my knowledge, neither my firm nor any members of my firm had any business, professional or other connection with the Debtors or any other party in interest. From time to time, Trenwith or its professionals may have been involved in matters with the law firm of Young, Conaway, Stargatt & Taylor in matters totally unrelated to the case for which it is seeking to be engaged. In addition, Trenwith or its professionals has and may currently be retained in several cases, proceedings and transactions totally unrelated to the case for which it is seeking to be engaged, involving Kroll Zolfo Cooper LLC, Cadwalader, Wickersham & Taft LLP, advisors to the Debtors and Hahn & Hessen LLP and Blank Rome, LLP, proposed counsels to the Committee in matters totally unrelated to the case for which it is seeking to be engaged.

4. To my knowledge, and subject to the disclosures listed in Schedule 1 to this affidavit of those creditors and other parties-in-interest, which list was made known to me to be the only significant creditors and other significant parties-in-interest in this matter, neither my firm nor any members of my firm have any business relationships with those parties which are or may be creditors of the Debtors, or any other party in interest herein except as specified below:

    a. To my knowledge, Trenwith professionals may have performed and may be presently performing Investment Banking or advisory services for those creditors or other parties of interest listed below:

| | |
|---|---|
| ABN Amro Bank, N.V. | HSBC |
| American Express Bank, Ltd | IXIS Capital Markets |
| American Stock Transfer & Trust Company | JP Morgan Chase |
| Assured Guaranty Corp. | Lehman Brothers Inc. |
| Bank of America | Merrill Lynch Business Financial |
| Barclays Capital | Merrill Lynch Capital |
| Bear, Stearns & Co. Inc. | Merrill Lynch Mortgage Lending |

| | |
|---|---|
| Calyon | Merrill Lynch Mortgage & Partners |
| Citibank | Morgan Stanley Real Estate Funds |
| Citigroup | Munder Capital Management |
| Countrywide Commercial Real Estate Finance | Nomura International Inc. |
| Credit Suisse | Orix Capital Markets Inc. |
| Credit Suisse First Boston Mortgage Capital LLC | RBS Greenwich Capital |
| Deutsche Bank, AG | Societe Generale |
| EMC Corporation | Sovereign Bank New England |
| Fannie Mae | Transwestern Commercial Services LLC |
| Federal Home Loan Bank of New York | UBS LLC |
| Federal Home Loan Mortgage Corporation | Wachovia Bank |
| Federal Reserve Bank of New York | Wachovia Capital Markets LLC |
| First American Corporation | Wells Fargo Bank N.A. |
| GMAC | Zurich American Insurance Company |
| Goldman Sachs & Company | |

These matters, to my knowledge, relate to matters totally unrelated to the case for which BDO is seeking to be engaged.

    b.    J.P. Morgan Chase Bank is one of several financial institutions that Trenwith has a banking relationship with, which includes maintaining firm bank accounts and providing working capital financing.

    c.    As part of its practice, Trenwith and its professionals appear in cases, proceedings and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers and other entities, some of which may be, or represent claimants and parties-in-interest in this case. Trenwith does not represent any such entity, other than which has already been disclosed, in connection with the pending case or have a relationship with any such entity or professional which would be adverse to the Committee or the Debtors or its estate.

5. From time to time, Trenwith has been retained and likely will continue to be retained by certain creditors of the Debtors but it is the intention of my firm not to represent any other parities in matters directly related to the Debtors chapter 11 case. Trenwith has undertaken a detailed search to determine, and to disclose, whether it represents or has represented any significant creditors, equity security holders, insiders or other parties-in-interest in any unrelated matters. To the extent that I have been provided with the names of each of the persons and entities listed on Schedule 1, Trenwith has performed a review of potential connections and relationships between Trenwith and (i) the Debtors and Affiliates; (ii) Shareholders and Officers; (iii) Creditors and Lenders; and (iv) Professionals. In connection, therewith, Trenwith searched its internal database, sent out e-mails to all of its Partners and employees and investigated all responses to its search. Despite commercially reasonable efforts to identify and disclose Trenwith's connections with parties in interest in this case, as made known to me in writing, because Trenwith has a large national practice and serves clients through ten offices and because the Debtors are a large enterprise with hundreds of creditors and other relationships, Trenwith is unable to state with certainty that every client representation or other connection has been disclosed. In this regard, if Trenwith discovers additional information that, in BDO's reasonable opinion requires disclosure, Trenwith will file a supplemental disclosure with the Court as promptly as possible.

6. To the best of my knowledge, information and belief, Trenwith neither holds nor represents any interest adverse to the Debtors, or its estate, in the matters for which it is proposed to be retained. Accordingly, Trenwith believes that it is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a). Therefore, I submit that the utilization by BDO of

4

certain of Trenwith's professionals in the Committee's employment of BDO would be in the best interests of the Debtors and their estates and creditors. Trenwith requires no separate retainer, and will submit fees and direct expense reimbursement on a time and material basis along with BDO. While Trenwith will bill hourly, it reserves the right, with the Committee's support and approval, to seek additional compensation from the Debtors in the event that Trenwith creates value above the stalking horse bid through the introduction of a new bidder.

7. The hourly billing rates as of the date of this Affidavit are as follows for the professionals of Trenwith, but subject to change in the ordinary course of their business:

| | |
|---|---|
| Managing Directors | $600 to $775 per hour |
| Directors | $300 to $600 per hour |
| Managers | $225 to $375 per hour |
| Vice President | $175 to $275 per hour |
| Staff | $125 to $200 per hour |

8. In connection with the submission of periodic billings, detailed descriptions for each professional of the services performed by them, and the time expended on the engagement by each professional for all relevant engagement activity categories, will be provided. In addition, reasonable out-of-pocket expenses, including travel, report production, delivery services, and other costs incurred in providing the services are included, at actual cost, in the total amount billed. In the normal course of business, Trenwith revises its regular hourly rates to reflect changes in responsibilities, increased experience, and increased costs of doing business. Accordingly, BDO has requested that the aforementioned rates of Trenwith be revised to the regular hourly rates, which will be in effect from time to time. Changes in regular hourly rates will be noted on the invoices for the first time period in which the revised rates became effective. While Trenwith will bill hourly, it reserves the right, with the Committee's support and approval,

to seek additional compensation from the Debtor's in the event that Trenwith creates value above the stalking horse bid through the introduction of a new bidder.

9. BDO intends to apply to the court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware and any orders entered by the Court, which will include the fees and expenses of the Trenwith professionals. Trenwith has agreed to accept as compensation such sums as may be allowed by the Court based upon the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estate, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in this case.

Dated: New York, New York
       September __, 2007

_____
Jeffrey R. Manning

Sworn and subscribed to before me
this 13th day of September, 2007.

_____
NOTARY PUBLIC

JENNIFER ROLLO
Notary Public, State of New York
No. 01RO6096211
Qualified in New York County
Commission Expires July 28, 2011

SCHEDULE 1

**Debtors and Affiliates**
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.
AHM SPV II, LLC
AHM Capital Trust I
AHM LF, LLC
AHM SPV I, LLC
AHM SPV III, LLC
All Pro Mortgage, LLC
American Home Bank
American Home Escrow, LLC
American Home Mortgage Assets LLC
American Home Mortgage Securities, LLC
American Home Mortgage V, LLC
American Home Securities, LLC
American Midwest Title Agency, LLC
Array Mortgage, LLC
Baylis Trust
CNI Reinsurance, Ltd.
CNI Title Services, LLC
Melville Reinsurance Corporation
NAP Financial Services, LLC
Peak Experience Mortgage, LLC
Private Mortgage Group, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
U.S. Lending Company, LLC

**Schedule of Shareholders and Officers**
Bernard R. Werner & Shirley J. Werner
CEDE & Co
David E. Wallin Trust
Goldman Sachs Asset Management, L.P.
Jack E. Dalton & Janol Lee Dalton
Lillian M. Schuman
Lois I Pickett & Lawrence H. Pickett
Margaret J. Cox Trust
Michael Rienstra
Michael Strauss
Munder Capital Management
NWQ Investment Management Company, LLC
V E Lygrisse Truste
Al Crisanty
Alan B. Horn
C. Cathleen Raffaeli
Christopher J. Cavaco
Craig S. Pino
David M. Friedman
Dena L. Kwaschyn
Donald Henig

1

SCHEDULE 1

Doug Douglas
Irving J. Thau
John A. Johnston
John A. Manglardi
Kathleen R. Heck
Kristian R. Salovaara
Lisa M. Schreiber
Marcia Kaufman
Michael A. McManus, Jr.
Nicholas R. Marfino
Richard S. Loeffler
Rick Pishalski
Robert Bernstein
Robert F. Johnson, Jr.
Ron Rosenblatt
Ronald L. Bergum
Stephen A. Hozie
Thomas J. Fiddler
Thomas M. McDonagh

**Creditors/Lenders**
Bank of America, N.A.
Barclays Bank PLC
Credit Suisse First Boston Mortgage Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities
1993 Flatley Family Trust
406 Partners
A & F Construction
ABN Amro Bank, N.V.
Aldine Independent School District
All Pro Mortgage
ALS
American Express
American Stock Transfer & Trust Company
AON Consulting
Assured Guaranty
Banc of America Securities, LLC
Bank of America
Bank of America, N.A.
Bank of New York
Bear, Stearns & Co. Inc.
Broadhollow Funding, LLC
Calyon
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Citibank
Citigroup Global Markets Realty Corp.
Corporate Cubes LLC
Countrywide
Countrywide Capital
Credit Suisse
Crislip, Philip & Associates
CSHV Southpark LLC
CW

SCHEDULE 1

De Lage Landen Financial Services, Inc.
Deutsche Bank
Deutsche Bank AG
Deutsche Bank Securities Inc.
Diversified Commercial Investments, LLC
DLA Piper US LLP
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners, LLC
EMC (Bear)
Fannie Mae.
Federal Home Loan Mortgage Corporation
Fidelity Mortgage Affiliates
Financial Guaranty Insurance Company
First American Bank
Florida Certified Appraisers
FNMA
General Growth Management, Inc.
GMAC
GNMA
Greenwich Capital Financial Products, Inc.
HSBC
HSS Mortgage, LLC
Huntington Bancshares Inc.
Impac Funding Corporation
IndyMac Bank, F.S.B.
Inland US Management, LLC
Janney Montgomery Scott LLC
JPMorgan Chase
JPMorgan Chase Bank, National Association, as Trustee
Kodiak Funding LP
Lehman Brothers Inc.
Lehman Brothers Special Financing, Inc.
Lehman Commercial Paper Inc.
Liquid Funding, Ltd.
Luminent Mtg (Barclays)
MaineHousing
MassHousing
Melville Funding, LLC
Merrill Lynch Bank USA
Merrill Lynch Pierce Fenner & Smith, Inc.
MnL Global, Inc.
Morgan Stanley
Morgan Stanley Capital Services Inc.
Mortgage First Showcase; Mortgage First LTD; Showcase of Agents LLC
Natixis Real Estate Capital Inc.
Nomura Credit & Capital, Inc.
Opteum Financial Services, LLC
Orix Capital Markets, LLC
Polis & Associates
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Centre LLC
Skyview Marketing, LLC
Societe Generale
SOVEREIGN BANK

## SCHEDULE 1

Stonehenge Capital, LLC  
STWB Inc.  
SunTrust Asset Funding, LLC  
SunTrust Robinson Humphrey Funding, LLC  
The Royal Bank of Scotland plc  
TPRF/THC HavenPark, LLC  
Transwestern  
Triad Guaranty Insurance Corporation  
UBS  
United Guaranty Services, Inc.  
Wachovia Bank, N.A.  
Washington Mutual  
Wells Fargo Bank, N.A., as Trustee  
Westfield Mortgage, LLC  
Wilmington Trust Company  
ZC Sterling Corporation  
Zurich American Insurance Company  

**Professionals**

Quinn Emanuel Urquhart Oliver & Hedges, LLP  
Young, Conaway, Stargatt & Taylor  
Kroll Zolfo Cooper LLC  
WLR Recovery Fund III, L.P.  
Milestone Advisors, LLC  
Northwest Trustee Services, Inc.  
Cadwalader, Wickersham & Taft LLP  
Hahn & Hessen  
Phoenix