## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on September 27, 2007, I caused a copy of the following document to be served via First Class Mail upon the individuals listed on the attached 2002 Service List.

> *Notice of Application* **and** *Application for the Authorization to Retain BDO Seidman LLP as Financial Advisors for the Official Committee of Unsecured Creditors*

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)

128189.01600/21629167v.1