IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x  Chapter 11
In re:                                                       :
                                                             :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :  Jointly Administered
                                                             :
                        Debtors.                             :  Hearing Date: October 17, 2007 at 10:00 a.m.
                                                             :  Objection Deadline: October 10, 2007 at 4:00 p.m.
------------------------------------------------------------ x

**FOURTH MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby move the Court (the "Motion"), pursuant to sections 105(a), 365(a), and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 6006 and 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order authorizing the Debtors to: (i) reject certain unexpired nonresidential real property leases identified on Exhibit A (collectively, the "Office Leases"); (ii) reject certain unexpired equipment leases more fully set forth in, and identified on, Exhibit B (collectively, the "Rejected Equipment Leases"); and (iii) abandon any property remaining at the premises subject to the Office Leases including,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

but not limited to, furniture, fixtures and equipment (collectively, the "FF&E").[2] In support of this Motion, the Debtors respectfully represent as follows:

## STATUS OF CASE AND JURISDICTION

1. On August 6, 2007 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their properties and have continued to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. An official committee of unsecured creditors (the "Committee") was appointed on August 14, 2007. No trustee or examiner has been appointed.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this District and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 105(a), 365(a) and 554(a) of the Bankruptcy Code, along with Bankruptcy Rules 6006, 6007, and 9014.

## BACKGROUND OF DEBTORS

4. Prior to the filing of these bankruptcy cases, AHM's business primarily entailed the origination, servicing, and sale of mortgage loans, as well as investment in mortgage loans and mortgage-backed securities resulting from the securitizations of residential mortgage loans. AHM also invested in securitized mortgage loans originated by others and originated and sold mortgage loans to institutional investors. AHM offered an array of mortgage products and primarily made loans to borrowers with good credit profiles. Most of its portfolio consisted of securitized adjustable-rate mortgage (ARM) loans of prime and alternate A quality.

---

[2] The Debtors submit that they have been and will continue to take steps to collect and preserve any information located in the Office Leases consistent with SEC guidelines and applicable consumer privacy laws.

5. As of December 31, 2006, AHM held a leveraged portfolio of mortgage loans held for investment and mortgage-backed securities in the amount of approximately $15.6 billion. As of December 31, 2006, AHM operated more than 550 loan production offices located in 47 states and the District of Columbia, and made loans throughout all 50 states and the District of Columbia. Certain of the Debtors originated mortgages through a network of loan origination offices. In addition, AHM originated loans obtained from mortgage brokers and purchased loans from correspondents. AHM originated approximately $58.9 billion in aggregate principal amount of loans in 2006 and for the third quarter of 2006 was ranked as the nation's 10th largest residential mortgage lender, according to National Mortgage News.

6. A large component of AHM's business is the servicing of loans, which is conducted through AHM Servicing. The servicing business collects mortgage payments, administers tax and insurance escrows, responds to borrower inquiries, and maintains control over collection and default mitigation processes. As of December 31, 2006, AHM Servicing serviced approximately 197,000 loans with an aggregate principal amount of approximately $46.3 billion. AHM continues to conduct its servicing business, which constitutes a valuable asset of the Debtors' estates.

**EVENTS LEADING TO THE CHAPTER 11 FILING**

7. Beginning in late 2006, and continuing through 2007, the credit markets became concerned over the quality of subprime mortgages and, specifically, the increasing default rates on such mortgages. These concerns became exacerbated by the failure of two major hedge funds with concentrated investments in subprime loans.

8. The concern in the credit markets has spread beyond the subprime market and has been reflected in the widening of the spread between the rate of interest on U.S. Treasury issued securities and general corporate debt securities. The surge in mortgage delinquencies for

3

subprime home loans also generated anxiety in the market about borrowers with adjustable rate mortgages scheduled to reset with higher rates in 2007 and 2008.

9. In the weeks prior to the Petition Date, this unprecedented disruption in the credit markets caused major write-downs of the Debtors' loan and security portfolios and consequently resulted in margin calls for hundreds of millions of dollars with respect to the Debtors' loans. During this time, certain of the Debtors' warehouse lenders -- the financial institutions that provide short term credit facilities needed to originate and purchase loans -- began to exercise remedies against the Debtors, thereby restricting the Debtors' ability to originate loans and threatening the company's continued viability.

10. On July 27, 2007, AHM Investment announced that its Board of Directors had decided to delay payment of its quarterly cash dividend on the Company's common stock and anticipated delaying payment of its quarterly cash dividends on its preferred stock to preserve liquidity.

11. The Debtors' inability to originate loans and the exercise of remedies by certain warehouse lenders against the Debtors created a severe liquidity crisis and forced the Debtors to discontinue their retail and indirect loan origination business. As a result, on August 3, 2007, the Debtors implemented a massive reduction in workforce, resulting in the termination of over 6,500 employees. The Debtors now employ approximately 700 persons who are absolutely essential to the Debtors' continued operations, although that number is expected to decline as various wind-up tasks are completed, the retail branches are closed and the Debtors' remaining assets are sold.

12. In the wake of these events, the Debtors, assisted by counsel and professional advisors, sought alternative funding sources and capital infusions. Additionally, the

Debtors engaged in efforts to sell their businesses and assets, including, but not limited to, loans owned by the Debtors, residual securities in securitization trusts and scratch and dent loans, to financial and strategic investors.

13. Unfortunately, in the short time available and given the severe financial pressures facing them, the Debtors were unsuccessful in their efforts to resolve their liquidity crisis outside the bankruptcy forum and, accordingly, filed these chapter 11 petitions to preserve and maximize the value of their estates through orderly sales of their assets.

## RELIEF REQUESTED

14. By this Motion, the Debtors respectfully request the entry of an order, pursuant to sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, authorizing (i) the rejection of the Office Leases, and the Rejected Equipment Leases (together with the Office Leases, the "Rejected Leases"); and (ii) authorizing the abandonment of the FF&E remaining at the Office Leases. Further, the Debtors request that rejection of the Rejected Leases be effective retroactively as to September 30, 2007.

## BASIS FOR RELIEF REQUESTED

### A. Rejection of the Rejected Leases

15. Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject an executory contract or an unexpired lease." 11 U.S.C. § 365(a); see also University Med. Ctr. v. Sullivan (In re University Med. Ctr.), 973 F.2d 1065, 1075 (3d Cir. 1992). The Court may approve a debtor's rejection of an executory contract or unexpired lease if such rejection is made in the exercise of such debtor's sound business judgment, and if such rejection benefits its estate. See, e.g., Sharon Steel Corp. v. National Fuel Gas Distrib. Corp., 872 F.2d 36, 39 (3d Cir. 1989); NLRB v. Bildisco & Bildisco (In re

Bildisco), 682 F.2d 72, 79 (3d Cir. 1982), aff'd, 465 U.S. 513 (1984); In re Patterson, 119 B.R. 59 (E.D. Pa. 1990). See, also, In re Federated Dep't. Stores, Inc., 131 B.R. 808, 811 (S.D. Ohio 1991) ("Courts traditionally have applied the business judgment standard in determining whether to authorize the rejection of executory contracts and unexpired leases"); Westbury Real Estate Ventures, Inc. v. Bradlees, Inc. (In re Bradlees, Inc.), 194 B.R. 555, 558 n.1 (Bankr. S.D.N.Y. 1996) ("[u]nder the business judgment test, . . . [a court should approve a debtor's proposed rejection] if the debtor can demonstrate that rejection will benefit the estate"). It is enough if a debtor determines in its business judgment that a benefit will be realized. Sharon Steel Corp., 872 F.2d at 39 (citing Wheeling-Pittsburgh Steel Corp. v. West Penn Power Co. (In re Wheeling-Pittsburgh Steel Corp.), 72 B.R. 845, 846 (Bankr. W.D. Pa. 1987)). The business judgment standard requires that the Court approve the debtor's business decision unless that judgment is the product of bad faith, whim or caprice. Lubrizol Enter., Inc. v. Richmond Metal Finishers, 756 F.2d 1043, 1047 (4th Cir. 1985), cert. denied, 475 U.S. 1057 (1986).

16. As an integral component of the Debtors' efforts to maximize value for their estates and creditors by, among other things, eliminating unnecessary operating costs, the Debtors have determined, in the exercise of their business judgment, that it is in the best interest of their estates and creditors to avoid the accrual of any further obligations under the Rejected Leases. The real and personal property subject to the Rejected Leases largely relate to the Debtors' loan origination platform, which the Debtors are no longer operating. The Debtors have been in contact with entities in the loan origination industry to determine potential interest in assignment of the Rejected Leases; however, no such assignments with respect to these Rejected Leases are forthcoming. The economic burden associated with maintaining these

6

properties, the Debtors' cessation of their operations in these locations, and the lack of interest for potential assignment provide sufficient bases for the Debtors' decision to reject the leases.

17. Moreover, the Debtors have reviewed the Rejected Leases and determined that they hold no material economic value to the Debtors or their estates and are not essential to the conduct of the Debtors' bankruptcy cases. The rejection of the Rejected Leases will eliminate the Debtors' obligation to perform, and the accrual of any further administrative expense obligations thereunder, under the Rejected Leases.[3] Accordingly, the Debtors submit that the rejection of the Rejected Leases is within their sound business judgment and is in the best interest of the Debtors, their estates, creditors and other parties-in-interest.

**B.   Retroactive Rejection**

18. The Debtors request that this Court approve the rejection of the Rejected Leases effective as of September 30, 2007. Bankruptcy courts are empowered to grant retroactive rejection of executory contracts and unexpired leases under sections 105(a) and 365(a) of the Bankruptcy Code. See e.g., Thinking Machines Corp. v. Mellon Fin. Serv. Corp. (In re Thinking Machines Corp.), 67 F.3d 1021, 1028 (1st Cir. 1995) (recognizing that bankruptcy courts are courts of equity that may enter orders authorizing retroactive rejection); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996) (same).

19. Courts in this jurisdiction have previously considered the question of retroactive rejection of unexpired leases. See, e.g., In re Namco Cybertainment, Inc., Case No. 98-173 (Bankr. D. Del. 1998) (Walsh, J.). In In re Namco Cybertainment, the Court permitted

---

[3] The Debtors do not concede that any of the Rejected Leases are, in fact, unexpired or executory. Indeed, the Debtors contend that certain of the Office Leases included on Exhibit A have either expired or been terminated prior to the Petition Date. Nonetheless, out of an abundance of caution, such leases are included in the relief requested herein. The Debtors also reserve their rights to argue that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such Rejected Lease, or that any such claim is an obligation of a third party, and not that of the Debtors.

7

retroactive rejection on the condition that (a) the premises (and the keys thereto) were surrendered with an unequivocal statement of abandonment to the landlord; (b) the motion was filed and served on the landlord; and (c) the official committee has consented to the relief requested in the motion; and (d) the debtor acknowledged that it would not have the right to withdraw the motion.

20. The Debtors will have effectively satisfied the criteria for retroactive rejection of the Rejection Leases by or before September 30, 2007. The Debtors will send letters (the "Rejection Letters") to each of the known counterparties to the Rejected Leases unequivocally surrendering the property and making available the equipment subject to each Rejected Lease, in a manner to be received by the counterparties prior to September 30, 2007. Second, the filing and service of this Motion further informs each of the counterparties to the Rejected Leases that the Debtors are unequivocally surrendering the property subject to the Office Leases and making available the equipment subject to the Rejected Equipment Leases as of September 30, 2007. To the extent that any keys were in the possession of the Debtors, such keys have previously been surrendered or are being enclosed with the respective Rejection Letters. Third, the Debtors have provided notice of their intentions with respect to the relief requested herein to the Committee, and the Committee has consented to the relief requested herein. Finally, the Debtors hereby acknowledge that they will not have the right to withdraw the Motion.

C. **Abandonment of Certain FF&E**

21. In the event that there is any remaining FF&E left at the premises subject to the Office Leases after September 30, 2007, the Debtors request authority to abandon such FF&E. Section 554 of the Bankruptcy Code provides that: "[a]fter notice and a hearing, the

trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554. See In re New Century TRS Holdings, Case No. 07-10416 (Bankr. D. Del. April 24, 2007) (Carey, J.).

22. The Debtors propose to abandon the FF&E at the premises subject to the Office Leases because it would be more cost-effective to do so than to transport, store, and sell the FF&E, which has little value. As a result, the decision to reject the Office Leases and abandon the FF&E located in the Office Leases is supported by the Debtors' sound business judgment and is in the best interests of their estates, creditors, and other parties-in-interest. For the reasons set forth above, the Debtors seek authorization, pursuant to sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, to reject the Rejected Leases and abandon any FF&E remaining at the premises of such Office Leases as of the September 30, 2007.

## NOTICE

23. Notice of this Motion will be provided to (i) the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) the counterparties to the Rejected Leases; (v) counsel to the Debtors' postpetition lender; (vi) the Securities and Exchange Commission; and (vii) all parties that have requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## CONCLUSION

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto authorizing: (i) the rejection of the Rejected Leases as of September 30, 2007; and (ii) authorizing the abandonment of the FF&E; and (iii) granting such other and further relief as this Court deems just and proper.

Dated:    Wilmington, Delaware
          September 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner (No. 4926)*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

## EXHIBIT A

## OFFICE LEASES

## Exhibit A to Fourth Rejection Motion**

| Leased Property Info | | | | | Landlord Info | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 10603 North Hayden Road | Suite H-108 | Scottsdale | AZ | | Kilgret Property, Ltd | P.O. Box 35856 | | Phoenix | AZ | 85069 |
| 1529 Piedmont Rd | Suite B | Atlanta | GA | | Mews Development Company | 2135-K2 Defoor Hills Road | | Atlanta | GA | 30318 |
| 3340 Peachtree Road N.E. | Suite 1950 | Atlanta | GA | 30326 | Tower Place, LP | 75 Remittance Drive | Suite 6706 | Chicago | IL | 60675-6706 |
| 825 Juniper St | | Atlanta | GA | 30308 | Midtown Planners, LLC | 825 Juniper St. | | Atlanta | GA | 30308 |
| 21 Highway 138 | | Atlanta | GA | 30274 | Century 21 Premier Realty, Inc. | 21 Highway 138 | | Atlanta | GA | 30274 |
| 2490 Echo Drive | | Atlanta | GA | 30345 | Elite Lending Partners, LLC | 2490 Echo Drive | | Atlanta | GA | 30345 |
| 224 Bankhead Ave | | Carrollton | GA | 30117 | LOBO Enterprises | 323 Hutchenson Ferry Road | | Whiteburg | GA | 30185 |
| 540 Lake Center Parkway | | Cumming | GA | 30041 | Westlake Leasing II LLC | PO Box 1517 | | Cumming | GA | 30028 |
| 3175 Satellite Boulevard | Building 600, Suite 100 | Duluth | GA | 30096 | Satellite 600 Owner Corp. c/o Carter | 171 17th Street | Suite 1200 | Atlanta | GA | 30363-6018 |
| 106 Washington Street | | Gainesville | GA | 30501 | Lancaster Properties | P. O. Box 698 | | Gainesville | GA | 30503 |
| 225 TownPark Drive | Suite 300/310 | Kennesaw | GA | 30144 | TownPark Commons, Inc. | 500 TownPark Lane, Suite 125 | | Kennesaw | GA | 30144 |
| 7402 Hodgson Memorial Drive | Suite 110 | Savannah | GA | 31406 | SFC Investors, LLC | PO Box 16935 | | Savannah | GA | 31406 |
| 106 Pier Village Market St. | | St Simons Island | GA | | Condo Hut | 106 Pier Village Market | | St Simons Island | GA | |
| 1700 Frederica Rd. | Ste. 206 | St. Simons Island | GA | 31522 | Southern Trust Mortgage | 150 Bousch Street | Ste 400 | Norfolk | VA | 23570 |
| 3630 Peachtree Parkway | Unit No. 5 | Suwanee | GA | 30024 | Hendon/Atlantic Rim John's Creek | 330 Enterprise Parkway | | Beachwood | OH | 44122 |
| 100 Crescent Centre Parkway | Suite 930 | Tucker | GA | 30084 | Southeast Office Partners, L.L.C., 37 | 2303 Cumberland Pkwy | Suite 100 | Atlanta | GA | 30339 |
| 111 Miramont Lake Drive | Suite 111 | Woodstock | GA | 30189 | Anthony Perry, INC | 99B Grove Park Lane | | Woodstock | GA | 30189 |
| 102 1 Street SE | | Bondurant | IA | | Re/Max Suburban | 102 1 St. SE | | Bondurant | IA | 50035 |
| 6148 North Discovery Way | Suite 135 and 136 | Boise | ID | 83713 | Capitol Business Centers | 6148 North Discovery Way | | Boise | ID | 83713 |
| 2403 Hamish Drive | Suite 105 | Algonquin | IL | 60102 | Prairie Professional Centre c/o WXR & Assoc. Ltd. | 125 E. Lake Street | | Bloomingdale | IL | 60108 |
| 707 Algonquin Road | | Arlington Heights | IL | 60005 | L.B. Anderson and Company, Inc | 220 Honey Lake Court | | North Barrington | IL | 60010 |
| 45 S. Lincoln Avenue | Suite 102 | Aurora | IL | 60505 | Suid A Suid | 45 S. Lincoln Avenue | | Aurora | IL | 60505 |
| 2100 Debra Court | | Bourbonnais | IL | 60914 | Draco Construction Inc & Design | 2100 Debra Court | | Courbonnais | IL | 60914 |
| 939 North Avenue | Suite 890 | Chicago | IL | 60610 | 939 North Avenue Collection, LLC c/o Principal Real Estate Investors Attn: David Straka | 801 Grand Avenue | | Des Moines | IA | 50392 |
| 505 E. Illinois St | Suite 1 | Chicago | IL | 60611 | Jeffrey P. & Lori Diemand | 4237 West 42nd Place | | Chicago | IL | 60632 |
| 2754 North Clybourn Avenue | Retail Unit #B5 | Chicago | IL | 60618 | Sudler Sothebys International Real Estate, Inc | 4210 West Irving Park Road | | Chicago | IL | 60641 |
| 2924 North Lincoln Avenue | | Chicago | IL | 60657 | 2924 North Lincoln, LLC c/o Alan Sahagian | 2226 North Racine Avenue #6 | | Chicago | IL | 60614 |
| 2110 Central Ave | | Evanston | IL | 60201 | Prairie Shores Properties | 2110 Central Ave | | Evanston | IL | 60201 |
| 1352 Patriot Blvd | | Glenview | IL | 60025 | Willow Lake Real Estate in Glenview | 1352 Patriot Blvd | | Glenview | IL | 60025 |
| 5445 W. Grand Avenue | Suite 200 | Gurnee | IL | 60031 | Forward Management, Inc. | P.O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 14150 S Bell Rd | | Homer Glen | IL | 60491 | Kempa Group | 14150 S. Bell Rd | | Homer Glen | IL | 60491 |
| 810 South Waukegan Road | | Lake Forest | IL | 60045 | Forward Management, Inc. | P. O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 765 Ela Rd. | Suite 100 | Lake Zurich | IL | 60047 | JAS Development, LLC | 745 Ela Rd. | | Lake Zurich | IL | 60047 |
| 246 Janata Boulevard | Suite 220 | Lombard | IL | 60148 | Highland Lakes/Dan Development, Ltd. | ONE TRANS AM PLAZA DRIVE | SUITE 120 | OAKBROOK TERRACE | IL | 60181 |
| 25884 East Route 83 | | Long Grove | IL | 60060-4236 | Forward Management, Inc. | P. O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 5596 East Riverside | | Loves Park | IL | 61111 | ReMax Forest City | 5596 East Riverside | | Loves Park | IL | 61111 |
| 1335 Douglas Road | Unit F | Montgomery | IL | 60538 | George C. Kappos | 319 Trinity Lane | | Oak Brook | IL | 60523 |
| 427-B E Euclid Ave | | Mt Prospect | IL | 60056 | Eric Janssen, Receiver #52 | 932 W. Grace | | Chicago | IL | 60613 |
| 1245 East Deihl Road | Suite 305 | Naperville | IL | 60563 | Tranwestern SL Gale Naperville | PO Box 6134 | | Hicksville | NY | 11802-6134 |
| 4808 N. Sheridan Road | | Peoria | IL | 61614 | MJM Limited Partnership | 411 Hamilton Boulevard | Suite 2000 | Peoria | IL | 61602 |
| 16310 South Lincoln Highway | Unit C | Plainfield | IL | 60544 | Ronald Koren | 530 Conant Street | | Joliet | IL | 60435 |
| 416 N. 24th Rear | | Quincy | IL | 62301 | 24th Broadway Corp. | 1038 Estate Dr. | | Quincy | IL | 62305 |

| Address | Suite | City | State | Zip | | Name | Address 2 | Suite 2 | City 2 | State 2 | Zip 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11706 North Main St | | Roscoe | IL | 61073 | 61073 | Assured eRealty Services | 11706 North Main St | | Roscoe | IL | 61073 |
| 1375 E. Woodfield Road | Suite 250 | Schaumburg | IL | 60173 | 60173 | AGF Woodfield Owner LLC | 1077 Paysphere Circle | | Chicago | IL | 60674 |
| 700 E. Main Street | Suite A, B, & C | St. Charles | IL | 60174 | 60174 | T & J, L.L.C. c/o Murray Properties | 700 E. Main Street | Suite E | St. Charles | IL | 60174 |
| 1430 DeKalb Avenue | | Sycamore | IL | 60178 | 60178 | DeKalb Area Association of Realtors | 1430 DeKalb | | Sycamore | IL | 60178 |
| 1095 North Green Bay Road | | Waukegan | IL | | 60085 | Forward Management | P.O. Box 1561 | | Northbrook | IL | 60065-1561 |
| One Westbrook Corporate Center | | Westchester | IL | | 60154 | Equity Office | 135 S. LaSalle, | Department 3763 | Chicago | IL | 60674-3763 |
| 9969 SR 56 | | Aurora | IN | | 47001 | SEI- South Eastern Indiana Real Estate | 9969 SR 56 | | Aurora | IN | 47001 |
| 7341 E. US 36 | | Avon | IN | | 46123 | Re/Max Excel/CM Bottema III | 7341 E. U.S. 36 | | Avon | IN | 46123 |
| 6220 E US 36 Hwy | Suite A | Avon | IN | | 46123 | Coldwell Banker Alliance | 6220 E. US 36 Hwy, Ste A | | Avon | IN | 46123 |
| 598 Carmet Drive | | Carmel | IN | | 46032 | Coldwell Alliance | 598 Carmel Dr. | | Carmel | IN | 46032 |
| 30 East Main | | Carmel | IN | | 46082 | Realty Executives | P.O. Box 3233 | | Carmel | IN | 46082 |
| 1815 E Bristol Street | | Elkhart | IN | | 46514 | WBBC, Inc. | 1815 E Bristol Street | | Elkhart | IN | 46514 |
| 3101 N. Green River Road | Suite 130 | Evansville | IN | | 47715 | SSS Development | 3201 N. Green River Road | | Evansville | IN | 47715 |
| 3000 Coliseum Blvd. E. | Suite300 | Fort Wayne | IN | | 46805 | 3000 Coliseum Investors, L.L.C. | PO Box 660071 | | Indianapolis | IN | 46266 |
| 7583 West Jefferson Blvd | | Fort Wayne | IN | | 46804 | OmniSource Corporation | 1610 North Calhoun Street | | Fort Wayne | IN | 46808 |
| 3001 Meridian Meadows Road | | Greenwood | IN | | 46143 | Meridian Meadows Five, LLC | 101 West Ohio Street Suite 400 | | Indianapolis | IN | 46204 |
| 500 US 31 South | | Greenwood | IN | | 46143 | Coldwell Banker Performance | 500 US 31S | | Greenwood | IN | 46143 |
| 48 N. Emerson Ave | | Greenwood | IN | | 46143 | Emerson Avenue | 3980 Eagle Trace Drive | | Greenwood | IN | 46143 |
| 816 Fort Wayne Ave | Suite N | Indianapolis | IN | | 46204 | Dawson & Michael Realty | 816 Fort Wayne Ave. | | Indianapolis | IN | 46204 |
| 8650 Commerce Park Place | Suite J | Indianapolis | IN | | 46268 | Coldwell Alliance | 8650 Commerce Park Place, Suite N | | Indianapolis | IN | 46268 |
| 3855 E. 96th St. | | Indianapolis | IN | | 46240 | Crimmins and Co. dba Retail Center at Precedent Park LP | 12220 N. Meridian Street | Suite 155 | Carmel | IN | 46032 |
| 10291 N. Meridian Street | Suite 300 | Indianapolis | IN | | 46290 | GPI Office Properties II, L.P. | 3815 River Crossing Parkway | Suite 250 | Indianapolis | IN | 46240 |
| 704 W. Eads Parkway | | Lawrenceburg | IN | | 47025 | Maxwell Properties I, Inc. | 440 Nowlin Ave | | Greendale | IN | 47025 |
| 6100 Clarks Creek Road | Unit 100 | Plainfield | IN | | 46168 | Dolce Vita, Inc | 6100 Clarks Creek Road | Unit 100 | Plainfield | IN | 46168 |
| 2025 East Edison Road | Suite A | South Bend | IN | | 46637-5607 | TGM Properties LLC | 115 South Main Street | | Mishawaka | IN | 46544 |
| 12980 Metcalf | Suite 150 & 180 | Overland Park | KS | | 66213 | Southcreek V Associates, LP / DDI Realy Services | 7200 West 132nd Street | Suite 300 | Overland Park | KS | 66213 |
| 13348 S. Metcalf Avenue | Unit E | Overland Park | KS | | 66213 | Bonner 486, LLC | 13356 Metcalf Ave. | | Overland Park | KS | 66213 |
| 2231 SW Wanamaker Road | | Topeka | KS | | 66614 | L G S Properties LLC | 2231 SW Wanamaker Road | Suite 300 | Topeka | KS | 66614 |
| 727 North Waco | Suites 145 & 170 | Wichita | KS | | 67202 | Tomorrow 32 River Park, L.P. | 333 S. Broadway, Suite 105 | | Wichita | KS | 67202-4325 |
| 7200 West. 13th | Suite #4 | Wichita | KS | | 67212 | Ridge Management | 7200 W 13th St | Suite 5 | Witchita | KS | 67212 |
| 5001 North Dixie Highway | | Elizabethtown | KY | | 42701 | Loy Brashear | 106 Anniston Way | | Elizabethtown | KY | 42701 |
| 8731 Bankers Street | | Florence | KY | | 41042 | S.T.G. SALES, INC. | 620 E Altamonte | | Altamonte Springs | FL | 32701 |
| 286 Clinton Avenue | | Kingston | KY | | 12401 | Freestyle Realty | 286 Clinton Avenue | | Kingston | NY | 12401 |
| 800 E. High Street | Suite 851 | Lexington | KY | | 40502 | Ashland Venture, LLC | 840 East High Street | Suite 104 | Lexington | KY | 40502 |
| 847-A Lane Allen Road | Suite 101 | Lexington | KY | | 40504 | Harpe and Mashni LLC | 837-A Lane Allen Road | | Lexington | KY | 40504 |
| 221 S. Hurstbourne Parkway | | Louisville | KY | | 40222 | A & J Blacketer, Inc. | 225 South Hurstbourne Parkway | Suite 103 | Louisville | KY | 40222 |
| 1730 Gagel Avenue | | Louisville | KY | | 40216 | CM Russell Properties | 1517 Gagel Avenue | | Louisville | KY | 40216 |
| 14454 University Avenue | | Hammond | LA | | 70401 | Latter & Blum Classic Homes, Inc. | 14454 University Avenue | | Hammond | LA | 70401 |
| 1818 Manhattan Boulevard | Suite 6 | Harvey | LA | | 70058 | Merisa Enterprises LLC | PO Box 115 | | Harvey | LA | 70058 |
| 1131 N Causeway Blvd | | Mandeville | LA | | 70471 | Real Estate Partners | Real Estate Partners | | Mandeville | LA | 70471 |
| 4141 Veterans Mem Blvd | | Metairie | LA | | 70002 | Real Estate Partners | 4141 Veterans Memorial Blvd | | Metairie | LA | 70002 |
| 100 Cummings Center | Suites 104-K and 105-K | Beverly | MA | | 1915 | Cummings Properties, LLC | 200 West Cummings Park | | Woburn | MA | 1801 |
| 45 Braintree Hill Park | Suite 402 | Braintree | MA | | 2184 | 1993 Flatley Family Trust | PO Box 850168 | | Braintree | MA | 2185 |
| 39 Torrey Street | | Brockton | MA | | 2301 | Exit Realty Plus, Get Offutt, LLC | 39 Torrey Street | | Brockton | MA | 2301 |
| 20 Burlington Mall Road | | Burlington | MA | | 1803 | Boston Properties | PO Box 3557 | | Boston | MA | 2241 |
| P.O. Box 634 | Rte 28A | Falmouth | MA | | 2556 | Falmouth Realty Associates LTD | PO Box 634 | Rte 28A | Falmouth | MA | 2556 |
| One Locust Street | | Falmouth | MA | | 2540 | Freitas Realty Group | One Locust Street | | Falmouth | MA | 2540 |
| 710 Main Street | Suite 1N | Hyannis | MA | | 2601 | Pope Realty Trust | 710 Main Street | | Hyannis | MA | 2601 |
| 2 Oak Street | Building 17, Suite 205 | Mashpee | MA | | 2649 | Mashpee Commons Limited Parnership | P.O. Box 1530 | | Mashpee | MA | 2649 |

| Address 1 | Address 2 | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 10 Straight Warf | | | 10 Strait Warf | Nantucket | MA | 2554 |
| 197 First Avenue | | | 197 First Avenue, Suite 300 | Needham | MA | 2494 |
| 255 Washington Street | Suite 355 | 2554 Country Village Rentals | 2554 Country Village Rentals | Nantucket | MA | 2554 |
| | | 2494 Nantucket, MA 02554 | 2494 Nantucket, MA 02554 | Needham | MA | 2494 |
| | | 2458 Two Newton Place LLC - Acquisitions | 2 Morrisey Blvd, Mailstop : MADE12702G Bank of America Lockbox - 414563 | Dorchester | MA | 2125 |
| 23 Sandwich Street | | 2360 Mayflower Realty | 23 Sandwich Street | Plymouth | MA | 2360 |
| 300 Congress Street | | 2169 MKM Realty Trust II | 300 Congress Street | Quincy | MA | 2169 |
| 621 Main Street | | 1545 Skaff Enterprises/McParland Realty | 621 Main Street | Shrewsbury | MA | 1545 |
| 708 Route 134 | Unit 4 - 1st Floor | 2660 Thomas Bober | 1046 Main Street, Unit #2 | Osterville | MA | 2655 |
| 400 Boston Post Road | | 1776 Stephen Real Estate | 400 Boston Post Road | Sudbury | MA | 1776 |
| 507 County Street | | 2780 Century 21 Kelly Lewis | 507 County Street | Taunton | MA | 2780 |
| 111 Dean Street | | 2780 Pamela J. Sheehan Realty | 111 Dean Street | Taunton | MA | 2780 |
| 1601 Trapelo Road | | 2451 Boston Properties | PO Box 3557 | Boston | MA | 2241 |
| 70 Alton's Lane | 1st Floor | 2536 Rebecca Putnam Real Estate | 23 Green Cove Lane | East Falmouth | MA | 2536 |
| 112 Turnpike Road | | 1581 TR Turnpike Corp | 39250 Treasury Center | Chicago | IL | 60694-9200 |
| 1654 Main Street | | 2189 Noble Properties | 1654 Main Street | Weymouth | MA | 2189 |
| 323 Bedford Street | | 2382 Prudential Linn-Ruffo | 323 Bedford Street | Whitman | MA | 2382 |
| 400 West Cummings Park | Suite 3100 | 1801 Cummings Properties, LLC | 200 West Cummings Park | Woburn | MA | 1801 |
| 170 West St | | 21401 United Country Chesapeake Bay | 170 West St. | Annapolis | MA | 21401 |
| 200 Harry S. Truman Parkway | Suite 100 | 21401 Sun Life Assurance Company of Canada c/o Colliers Pinkard | 100 Light Street Site1400 | Baltimore | MD | 21202-1161 |
| 7 Old Solomons Island Road | | 21401 Keller Williams Realty | 7 Old Solomons Island Rd | Annapolis | MD | 21401 |
| 275 West Garrett | Suite 200 | 21401 275 West Garrett, LLC | 1298 Cronson Blvd, suite 202 | Crofton | MD | 21114 |
| 6550 Rock Spring Drive | Suite 105 | 20817 One Rock Spring Plaza L.P. | PO Box 905442 | Charlotte | NC | 28290-5442 |
| 5565 Sterrett Place | Suite 126 | 21044 Oekos Management | PO Box 64461 | Baltimore | MD | 21264 |
| 28730 St Michaels Road | | 21601 Waterside, LLC | 28730 St. Michaels Road | Easton | MD | 21601 |
| 5 Commercial Plaza | | 21601 Butler Inc. dba Real Estate Consultants | 5 Commercial Plaza | Elkton | MD | 21921 |
| 3300 N Ridge Road | Suite 160 | 21043 Equity Office | PO Box 601051 | Los Angeles | CA | 90060-1051 |
| 301 Inspiration Lane | | 20878 Keller Williams Realty | 301 Inspiration Lane | Gaithersburg | MD | 20878 |
| 1405 Madison Park Drive | | 21061 Advance Realty Anne Arunel, Inc. | 1405 Madison Park Drive | Glen Burnie | MD | 21061 |
| 500 Charles St | | 20646 Re/Max Colonial Homes | 10903 Indian Head Highway, Fort Washington | La Plata | MD | 20646 |
| 1300 York Road | Suite 300 | 21093 York Green Limited Partnership | 2328 W. Joppa Road, Suite 200 | Lutherville | MD | 21093 |
| 6347 Woodville Road | | 21771 K.O. Realty, Inc. | 6347 Woodville Road | Mount Airy | MD | 21771 |
| 3410 North High Street | | 20832 AVR Management Inc | 3410 North High Street | Onley | MD | 20832 |
| 10451 Mill Run Circle | Suite 335 | 21117 General Growth Properties, Inc. | 10300 Mill Run Circle, Ste 2102 | Owings Mills | MD | 21117 |
| 27999 Oxford Road | | 21654 Benson and Mangold | 27999 Oxford Road | Oxford | MD | 21654 |
| 574 F. Ritchie Hwy | | 21146 ReMax Experts | 574 F. Ritchie Hwy | Severna Park | MD | 21146 |
| 305 Baltimore Annapolis Blvd | | 21146 Victor Simon, RFC ChFC, AIF | 305 Baltimore Annapolis Blvd | Severna Park | MD | 21146 |
| 8401 Colesville Road | Suite 500 | 20910 Silver Spring Metro PLaza Co. | P.O. Box 406949 | Atlanta | GA | 30384-6949 |
| 1209 Shopping Center Road | | 21666 ReMax Gold | 1209 Shopping Center Road | Stevensville | MD | 21666 |
| 1122 Kenilworth Drive | 3rd Floor | 21204 Exchange Office Corporation | 1122 Kenilworth Drive Suite 401 | Towson | MD | 21204 |
| 3200 Crain Highway | | 20603 Delta Realty | 3200 Crain Hwy, Suite 100 | Waldorf | MD | 20603 |
| 139 State Street, Suite B | | 4401 Lisa Chan, Jack Chan | 431 Essox Street | Bangor | ME | 4401 |
| 169 Port Rd | Suite 13 | 4043 Village Marketplace | 169 Port Rd Suite 44 | Kennebuck | ME | 4043 |
| 7445 Allen Road | Suite 104 | 48101 Park Realty Limited Partnership | 21321 Kelly Road Suite 100 | Eastpointe | MI | 48021 |
| 555 S. Old Woodward | | 48009 Associates of 555 Limited Partnership | 555 South Old Woodward | Birmingham | MI | 48009 |
| 33481 West 14 Mile Road | Suite 50 and 100 | 48331 Trident Realty Group | P.O. Box 772 | Bloomfield Hills | MI | 48303 |
| 5787 Stadium Drive | Suite B | 49009 Grand Rapids, MI 49546 | 5787 Stadium Dr. | Kalamazoo | MI | 49009 |
| 1517 South Park Street | | 49001 ReMax of Kalamazoo | 1517 South Park Street | Kalamazoo | MI | 49001 |

| Address 1 | Suite | City | State | Zip | Name | Address 2 | Suite 2 | City 2 | State 2 | Zip 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston | MA | 2110 | 48917 Capital Crossing, A Division of Lehman Brothers FSB | 101 Summer Street | | Boston | MA | 2110 |
| 612 S Creyts Road | Suite D | Lansing | MI | | | | | | | |
| 1203 S. Mission Street | Suite B | Mt. Pleasant | MI | 48858 | 48858 J&M Leasing | 1203 S. Mission Street | | Mt. Pleasant | MI | 48858 |
| 17908 Haggerty Road | | Northville | MI | 48334 | 48167 Northville Retail Center Phase 2, L.L.C. | 28470 Thirteen Mile Road | Suite 220 | Farmington Hills | MI | 48334 |
| 1200 S Shelton Road | | Plymouth | MI | 48170 | 48170 Remax Home Sale Services | 1200 S Shelton Road | | Plymouth | MI | 48170 |
| 7127 S Westnedge Avenue | | Portage | MI | 49002 | 49002 ReMax Advantage | 7127 S Westnedge Avenue | | Portage | MI | 49002 |
| 71 Walnut | | Rochester | MI | 48307 | 48307 Stoney Creek | 71 Walnut | | Rochester | MI | 48703 |
| 30701 Woodward Ave | Suite 350 | Royal Oak | MI | 48073 | 48073 Keller Williams Realty | 30701 Woodward Ave | Suite 205 | Royal Oak | MI | 48073 |
| 1339 Coolidge Highway | | Troy | MI | 48084 | 48084 Grand/Sakwa New Holland, L.L.C. | P.O. Box 252018 | Suite 350 | West Bloomfield | MI | 48325 |
| 7160 Orchard lake Road | Suite H-2 | West Bloomfield | MI | 48322 | 48322 Gateway Center LLC | 1941 Momentum Place | | Chicago | IL | 60689-5319 |
| 350 West Burnsville Parkway | Suite 465 | Burnsville | MN | 55416 | Lakeland Mortgage Corporation | 8300 Normandale Center Drive SDS-12-2659, P.O. Box 86 | Suite 240 | Bloomington | MN | 55437 |
| 701 Xenia Avenue South | Suite 450 | Golden Valley | MN | 55416 | IRET-GOLDEN JACK, LLC | | | Minneapolis | MN | 55486-2659 |
| 310 Main Street NE | | Mapleton | MN | 56065 | 56065 Corrin Sargent dba Great Choices Mortgages | 503 3rd Avenue SE | | Mapleton | MN | 56065 |
| 11 South Road | Suite 3 | Readfield | MA | 4355 | 4355 Bob White Heating (Kevin Ritzi) | 11 South Road | Suite 3 | Readfield | MA | 4355 |
| 7142-7146 Columbia Gateway Drive | | Columbia | MD | 21046 | 21046 FSP Gateway Crossing Limited Partnership c/o Manekin LLC | 7061 Columbia Gateway Drive | | Columbia | MD | 21046 |
| 5490 McGinnis Village Place | Suites 129, 130, & 131 | Alpharetta | GA | 30005 | 30005 Nicole Williams | 5490 McGinnis Village Place | #150 | Alpharetta | GA | 30005 |
| 3608 E. 1st Street | Bldg 3, Unit 301 | Blue Ridge | GA | | 30513 Natalia Lieberman | 3659 Brisbane Dr | | Marietta | GA | 30062 |
| 285 Elm Street | 3rd Floor | Cumming | GA | | Pro-Slice, LLC | 3292 Thompson Bridge Road | | Gainesville | GA | 30506 |
| 871 Shaver Road, NE | | Cedar Rapids | IA | 52402 | 52402 Bob & June Muson | 925 North Compton Dr. | | Hiawatha | IA | 52233 |
| 921 S. Loomis Street | | Chicago | IL | 60607 | 60607 Carana Properties, Inc. | 923 S. Loomis | | Chicago | IL | 60607 |
| 6500 W Archer Avenue | | Chicago | IL | 60638 | 60638 Goral Real Estate | 6500 W Archer Avenue | | Chicago | IL | 60638 |
| 200 South Wacker Drive | 31st Floor- Team Space Office 3239 | Chicago | IL | 60606 | 60606 Regus Business Centres Corp | 263 Tresser Blvd, 9th Floor | | Stamford | CT | 6901 |
| 121 North 9th Street | | DeKalb | IL | 60115 | 60115 American Commercial LLC | P.O. Box 801 | | DeKalb | IL | 60115 |
| 3607 Grand Avenue | | Gurnee | IL | 60031 | 60031 Regar Realty, Inc. | 3607 Grand Avenue | | Gurnee | IL | 60031 |
| 120 E. Ogden Avenue | Suite 212 | Hinsdale | IL | 60521 | 60521 Hinsdale Management Corporation | 21 Spinning Wheel Road | | Hinsdale | IL | 60521 |
| 915 West 175th Street | Suite 3W & 1NW | Homewood | IL | 60430 | 60430 Montesano Capital Management | 330 E. Main Street | 3rd Floor | Barrington | IL | 60099 |
| 2424 Washington St. | Suite 110 | Waukegan | IL | 60085 | 60085 Carmelo Landa | 4016 Tartan Trail | | Zion | IL | 60099 |
| 1765 Marketview Drive | Suite 300 | Yorkville | IL | 60560 | 60560 Marketview Yorkville Plaza | 333 West Wacker Drive | Suite 2750 | Chicago | IL | 60606 |
| 2629 Waterfront Parkway | Suite 105 | Indianapolis | IN | 46214 | 46214 New Boston Jacaranda LP | 5676 Paysphere Circle | | Chicago | IL | 60674 |
| 7727 West 75th Street | Suite 2a/3 | Schererville | IN | 46375 | 46375 Mishawaka One Stop, Inc. | 8202 Calumet Avenue | | Munster | IN | 46321 |
| 2465C Nicholasville Rd | | Lexington | KY | 40503 | 40503 Smith Realty Group | 2465C Nicholasville Rd | | Lexington | KY | 40503 |
| 20 Park Plaza | Suite 470 | Boston | MA | 02116-4399 | 02116-4399 Park Plaza Executive Center | 20 Park Plaza Executive Center | | Boston | MA | 02116-4399 |
| 1801 McCormick Drive | Suite 130 | Largo | MD | 20774 | 20774 Inglewood Associates LLC | PO Box 2008 | | Merrifield | VA | 22116 |
| 22099 Three Notch Road | Suites 117,118, & 119 | Lexington Park | MD | 20653-5531 | 20653-5531 Cherry Cove Development | Maryland State Route 235 | | Lexington Park | MD | 20653-5531 |
| 160 Governor Ritchie Highway | Bay A-10 | Severna Park | MD | 21146 | 21146 Severna Park Plaza, L.L.C. | 9320 Annapolis Road | | Lanham | MD | 20706 |
| 300 York Street | | York | ME | 3909 | 3909 Wendy J. Tapley Revocable Trust | PO Box 448 | | Cape Neddick | ME | 3902 |
| 300 Smith Street | | Clio | MI | 48420 | 48420 Michigan FCU | 300 Smith Street | | Clio | MI | 48420 |
| 719 Griswold Street | Suite 131 | Detroit | MI | 48226 | 48226 AmeriCenter of Detroit LLC | 719 Griswold Street | Suite 820 | Detroit | MI | 48226 |
| 655 Kenmoor Ave. SE | Suite 302 | Grand Rapids | MI | 49546 | 49546 655 Kenmoor, LLC | 4180 44th St. SE | | Grand Rapids | MI | 49512 |
| 3001 Hennepin Ave | | Minneapolis | MN | 55408 | 55408 Calhoun Square Office Mall | P.O. Box 301111 | | Los Angeles | CA | 90030-1111 |
| 307 Augustine Herman Highway | | Elkton | MD | 21922 | 21922 Southfield Park Center, LLC of 144 Kings Highway S.W., Dover, Delaware | 101 Robino Court | Suite 405 | Newport | DE | 19804 |
| 207 Meetinghouse Road | | Bedford | NH | 03031 | 03031 William Dunlap S & D Properties | 39 Depot Street | | Merrimack | NH | 03054 |
| 5201 Truxtun Avenue | | Bakersfield | CA | 93309 | 93309 Levitt Bakersfield, LLC | 5601 Truxtun Avenue | Suite 190 | Bakersfield | CA | 93309-0627 |
| 1861 Cordova Road | | Fort Lauderdale | FL | 33111 | 33111 The Harbor Shops, LLC | 1815 Cordova Road | Suite 209 | Fort Lauderdale | FL | 33316 |

** The Debtors do not concede that any of the Rejected Leases are, in fact, unexpired or executory. Indeed, the Debtors contend that certain of the Office Leases included on Exhibit A have either expired or been terminated prior to the Petition Date. Nonetheless, out of an abundance of caution, such leases are included in the relief requested herein. The Debtors also reserve their rights to argue that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such Rejected Lease, or that any such claim is an obligation of a third party, and not that of the Debtors.

# EXHIBIT B

## EQUIPMENT LEASES

## LOCATIONS CONTAINING EQUIPMENT, SUBJECT TO EQUIPMENT LEASES THAT ARE BEING REJECTED

950 North Elmhurst Road, Mount Prospect IL 60056