IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Ref. Docket No. __________** |

**FOURTH ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a), 365(a), and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), (i) authorizing the Debtors to reject the Office Leases and the Rejected Equipment Leases (the "Rejected Leases") and (ii) abandon certain of the FF&E; and the Court being satisfied that the rejection of the Rejected Leases and the abandonment of certain of the FF&E is in the best interests of the Debtors, their estates and creditors and is a proper exercise of the Debtors' business judgment; and due and proper notice of the Motion having been given; and it appearing

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtors are authorized, pursuant to 11 U.S.C. § 365(a), but not required, to reject the Office Leases identified on Exhibit A attached hereto;

ORDERED, that the Office Leases are deemed rejected pursuant to 11 U.S.C. § 365(a) effective as of September 30, 2007; and it is further

ORDERED, that the Debtors are authorized, pursuant to 11 U.S.C. § 365(a), but not required, to reject the equipment leases relating to equipment located in the properties identified on Exhibit B attached hereto; and it is further

ORDERED, that the Rejected Equipment Leases are deemed rejected pursuant to 11 U.S.C. § 365(a) effective as of September 30, 2007; and it is further

ORDERED, that the Debtors are authorized, but not required, pursuant to 11 U.S.C. § 554(a), to abandon any FF&E remaining at the premises of the Office Leases as of September 30, 2007; and it is further

ORDERED, that nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such Rejected Lease, or that any such claim is an obligation of a third party, and not that of the Debtors; and it is further

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October ____, 2007

______________________________________
Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

## OFFICE LEASES

# Exhibit A to Fourth Rejection Motion**

| Leased Property Info | | | | | Landlord Info | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 10603 North Hayden Road | Suite H-108 | Scottsdale | AZ | | Kilgret Property, Ltd | P.O. Box 35856 | | Phoenix | AZ | 85069 |
| 1529 Piedmont Rd | Suite B | Atlanta | GA | 30324 | Mews Development Company | 2135-K2 Defoor Hills Road | | Atlanta | GA | 30318 |
| 3340 Peachtree Road N.E. | Suite 1950 | Atlanta | GA | 30326 | Tower Place, LP | 75 Remittance Drive | Suite 6706 | Chicago | IL | 60675-6706 |
| 825 Juniper St | | Atlanta | GA | 30308 | Midtown Planners, LLC | 825 Juniper St. | | Atlanta | GA | 30308 |
| 21 Highway 138 | | Atlanta | GA | 30274 | Century 21 Premier Realty, Inc. | 21 Highway 138 | | Atlanta | GA | 30274 |
| 2490 Echo Drive | | Atlanta | GA | 30345 | Elite Lending Partners, LLC | 2490 Echo Drive | | Atlanta | GA | 30345 |
| 224 Bankhead Ave | | Carrollton | GA | 30117 | LOBO Enterprises | 323 Hutchenson Ferry Road | | Whiteburg | GA | 30185 |
| 540 Lake Center Parkway | | Cumming | GA | 30041 | Westlake Leasing II LLC | PO Box 1517 | | Cumming | GA | 30028 |
| 3175 Satellite Boulevard | Building 600, Suite 100 | Duluth | GA | 30096 | Satellite 600 Owner Corp. c/o Carter | 171 17th Street | Suite 1200 | Atlanta | GA | 30368-6018 |
| 106 Washington Street | | Gainesville | GA | 30501 | Lancaster Properties | P.O. Box 698 | | Gainesville | GA | 30503 |
| 225 TownPark Drive | Suite 300/310 | Kennesaw | GA | 30144 | TownPark Commons, Inc. | 500 TownPark Lane, Suite 125 | | Kennesaw | GA | 30144 |
| 7402 Hodgson Memorial Drive | Suite 110 | Savannah | GA | 31406 | SFC Investors, LLC | PO Box 16935 | | Savannah | GA | 31406 |
| 106 Pier Village Market St. | | St Simons Island | GA | | Condo Hut | 106 Pier Village Market | | St Simons Island | GA | |
| 1700 Frederica Rd. | Ste. 206 | St. Simons Island | GA | 31522 | Southern Trust Mortgage | 150 Bousch Street | Ste 400 | Norfolk | VA | 23570 |
| 3630 Peachtree Parkway | Unit No. 5 | Suwanee | GA | 30024 | Hendon/Atlantic Rim John's Creek | 330 Enterprise Parkway | | Beachwood | OH | 44122 |
| 100 Crescent Centre Parkway | Suite 930 | Tucker | GA | 30084 | Southeast Office Partners, L.L.C., 37 | 2303 Cumberland Pkwy | Suite 100 | Atlanta | GA | 30339 |
| 111 Mirramont Lake Drive | Suite 111 | Woodstock | GA | 30189 | Anthony Perry, INC | 99B Grove Park Lane | | Woodstock | GA | 30189 |
| 102 1 Street SE | | Bondurant | IA | | Re/Max Suburban | 102 1 St. SE | | Bondurant | IA | 50035 |
| 6148 North Discovery Way | Suite 135 and 136 | Boise | ID | 83713 | Capitol Business Centers | 6148 North Discovery Way | | Boise | ID | 83713 |
| 2403 Harnish Drive | Suite 105 | Algonquin | IL | 60102 | Prairie Professional Centre c/o WXR & Assoc. Ltd. | 125 E. Lake Street | Suite 303 | Bloomingdale | IL | 60108 |
| 707 Algonquin Road | | Arlington Heights | IL | 60005 | L.B. Anderson and Company, Inc | 220 Honey Lake Court | | North Barrington | IL | 60010 |
| 45 S. Lincoln Avenue | Suite 102 | Aurora | IL | 60505 | Suid A Suid | 45 S. Lincoln Avenue | Suite 101 | Aurora | IL | 60505 |
| 2100 Debra Court | | Bourbonnais | IL | 60914 | Draco Construction Inc & Design | 2100 Debra Court | | Courbonnais | IL | 60914 |
| 939 North Avenue | Suite 890 | Chicago | IL | 60610 | 939 North Avenue Collection, LLC c/o Principal Real Estate Investors Attn: David Straka | 801 Grand Avenue | | Des Moines | IA | 50392 |
| 505 E. Illinois St | Suite 1 | Chicago | IL | 60611 | Jeffrey P. & Lori Diemand | 4237 West 42nd Place | | Chicago | IL | 60632 |
| 2754 North Clybourn Avenue | Retail Unit #B5 | Chicago | IL | 60618 | Sudler Sothebys International Real Estate, Inc | 4210 West Irving Park Road | | Chicago | IL | 60641 |
| 2924 North Lincoln Avenue | | Chicago | IL | 60657 | 2924 North Lincoln, LLC c/o Alan Sahagian | 2226 North Racine Avenue #6 | | Chicago | IL | 60614 |
| 2110 Central Ave | | Evanston | IL | 60201 | Prairie Shores Properties | 2110 Central Ave | | Evanston | IL | 60201 |
| 1352 Patriot Blvd | | Glenview | IL | 60025 | Willow Lake Real Estate in Glenview | 1352 Patriot Blvd | | Glenview | IL | 60025 |
| 5445 W. Grand Avenue | Suite 200 | Gurnee | IL | 30031 | Forward Management, Inc. | P.O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 14150 S Bell Rd | | Homer Glen | IL | 60491 | Kempa Group | 14150 S. Bell Rd | | Homer Glen | IL | 60491 |
| 810 South Waukegan Road | | Lake Forest | IL | 60045 | Forward Management, Inc. | P. O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 765 Ela Rd. | Suite 100 | Lake Zurich | IL | 60047 | JAS Development, LLC | 745 Ela Rd. | | Lake Zurich | IL | 60047 |
| 246 Janata Boulevard | Suite 220 | Lombard | IL | 60148 | Highland Lakes/Dan Development, Ltd. | ONE TRANS AM PLAZA DRIVE | SUITE 120 | OAKBROOK TERRACE | IL | 60181 |
| 25884 East Route 83 | | Long Grove | IL | 60060-4236 | Forward Management, Inc. | P. O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 5596 East Riverside | | Loves Park | IL | 61111 | ReMax Forest City | 5596 East Riverside | | Loves Park | IL | 61111 |
| 1335 Douglas Road | Unit F | Montgomery | IL | 60538 | George C. Kappos | 319 Trinity Lane | | Oak Brook | IL | 60523 |
| 427-B E Euclid Ave | | Mt Prospect | IL | 60056 | Eric Janssen, Receiver #52 | 932 W. Grace | | Chicago | IL | 60613 |
| 1245 East Deihl Road | Suite 305 | Naperville | IL | 60563 | Tranwestern SL Gale Naperville | PO Box 6134 | | Hicksville | NY | 11802-6134 |
| 4808 N. Sheridan Road | | Peoria | IL | 61614 | MJM Limited Partnership | 411 Hamilton Boulevard | Suite 2000 | Peoria | IL | 61602 |
| 16310 South Lincoln Highway | Unit C | Plainfield | IL | 60544 | Ronald Koren | 530 Conant Street | | Joliet | IL | 60435 |
| 416 N. 24th Rear | | Quincy | IL | 62301 | 24th Broadway Corp. | 1038 Estate Dr. | | Quincy | IL | 62305 |

| Address | Suite | City | State | Zip | Landlord | Landlord Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 11706 North Main St | | Roscoe | IL | 61073 | Assured eRealty Services | 11706 North Main St | | Roscoe | IL | 61073 |
| 1375 E. Woodfield Road | Suite 250 | Schaumburg | IL | 60173 | AGF Woodfield Owner LLC | 1077 Paysphere Circle | | Chicago | IL | 60674 |
| 700 E. Main Street | Suite A, B, & C | St. Charles | IL | 60174 | T & J, L.L.C. c/o Murray Properties | 700 E. Main Street | Suite E | St. Charles | IL | 60174 |
| 1430 DeKalb Avenue | | Sycamore | IL | 60178 | DeKalb Area Association of Realtors | 1430 DeKalb | | Sycamore | IL | 60178 |
| 1095 North Green Bay Road | | Waukegan | IL | 60085 | Forward Management | P.O. Box 1561 | | Northbrook | IL | 60065-1561 |
| One Westbrook Corporate Center | | Westchester | IL | 60154 | Equity Office | 135 S. LaSalle, | Department 3763 | Chicago | IL | 60674-3763 |
| 9969 SR 56 | | Aurora | IN | 47001 | SEI- South Eastern Indiana Real Estate | 9969 SR 56 | | Aurora | IN | 47001 |
| 7341 E. US 36 | | Avon | IN | 46123 | Re/Max Excel/CM Bottema III | 7341 E. U.S. 36 | | Avon | IN | 46123 |
| 6220 E US 36 Hwy | Suite A | Avon | IN | 46123 | Coldwell Banker Alliance | 6220 E. US 36 Hwy, Ste A | | Avon | IN | 46123 |
| 598 Carmet Drive | | Carmel | IN | 46032 | Coldwell Alliance | 598 Carmel Dr. | | Carmel | IN | 46032 |
| 30 East Main | | Carmel | IN | 46082 | Realty Executives | P.O. Box 3233 | | Carmel | IN | 46082 |
| 1815 E Bristol Street | | Elkhart | IN | 46514 | WBBC, Inc. | 1815 E Bristol Street | | Elkhart | IN | 46514 |
| 3101 N. Green River Road | Suite 130 | Evansville | IN | 47715 | SSS Development | 3201 N. Green River Road | | Evansville | IN | 47715 |
| 3000 Coliseum Blvd. E. | Suite300 | Fort Wayne | IN | 46805 | 3000 Coliseum Investors, L.L.C. | PO Box 660071 | | Indianapolis | IN | 46266 |
| 7583 West Jefferson Blvd | | Fort Wayne | IN | 46804 | OmniSource Corporation | 1610 North Calhoun Street | | Fort Wayne | IN | 46808 |
| 3001 Meridian Meadows Road | | Greenwood | IN | 46143 | Meridian Meadows Five, LLC | 101 West Ohio Street Suite 400 | | Indianapolis | IN | 46204 |
| 500 US 31 South | | Greenwood | IN | 46143 | Coldwell Banker Performance | 500 US 31S | | Greenwood | IN | 46143 |
| 48 N. Emerson Ave | | Greenwood | IN | 46143 | Emerson Avenue | 3980 Eagle Trace Drive | | Greenwood | IN | 46143 |
| 816 Fort Wayne Ave | | Indianapolis | IN | 46204 | Dawson & Michael Realty | 816 Fort Wayne Ave. | | Indianapolis | IN | 46204 |
| 8650 Commerce Park Place | Suite N | Indianapolis | IN | 46268 | Coldwell Alliance | 8650 Commerce Park Place, Suite N | | Indianapolis | IN | 46268 |
| 3855 E. 96th St. | Suite J | Indianapolis | IN | 46240 | Crimmins and Co. dba Retail Center at Precedent Park LP | 12220 N. Meridian Street | Suite 155 | Carmel | IN | 46032 |
| 10291 N. Meridian Street | Suite 300 | Indianapolis | IN | 46290 | GPI Office Properties II, L.P. | 3815 River Crossing Parkway | Suite 250 | Indianapolis | IN | 46240 |
| 704 W. Eads Parkway | | Lawrenceburg | IN | 47025 | Maxwell Properties I, Inc. | 440 Nowlin Ave | | Greendale | IN | 47025 |
| 6100 Clarks Creek Road | Unit 100 | Plainfield | IN | 46168 | Dolce Vita, Inc | 6100 Clarks Creek Road | Unit 100 | Plainfield | IN | 46168 |
| 2025 East Edison Road | Suite A | South Bend | IN | 46637-5607 | TGM Properties LLC | 115 South Main Street | | Mishawaka | IN | 46544 |
| 12980 Metcalf | Suite 150 & 180 | Overland Park | KS | 66213 | Southcreek V Associates, LP / DDI Realy Services | 7200 West 132nd Street | Suite 300 | Overland Park | KS | 66213 |
| 13348 S. Metcalf Avenue | Unit E | Overland Park | KS | 66213 | Bonner 486, LLC | 13356 Metcalf Ave. | | Overland Park | KS | 66213 |
| 2231 SW Wamamaker Road | | Topeka | KS | 66614 | L G S Properties LLC | 2231 SW Wanamaker Road | Suite 300 | Topeka | KS | 66614 |
| 727 North Waco | Suites 145 & 170 | Wichita | KS | 67202 | Tomorrow 32 River Park, L.P. | 333 S. Broadway, Suite 105 | | Wichita | KS | 67202-4325 |
| 7200 West 13th | Suite #4 | Wichita | KS | 67212 | Ridge Management | 7200 W 13th St | Suite 5 | Witchita | KS | 67212 |
| 5001 North Dixie Highway | | Elizabethtown | KY | 42701 | Loy Brashear | 106 Anniston Way | | Elizabethtown | KY | 42701 |
| 8731 Bankers Street | | Florence | KY | 41042 | S.T.G. SALES, INC. | 620 E Altamonte | | Altamonte Springs | FL | 32701 |
| 286 Clinton Avenue | | Kingston | KY | 12401 | Freestyle Realty | 286 Clinton Avenue | Suite 104 | Kingston | NY | 12401 |
| 800 E. High Street | | Lexington | KY | 40502 | Ashland Venture, LLC | 840 East High Street | | Lexington | KY | 40502 |
| 847-A Lane Allen Road | Suite 851 | Lexington | KY | 40504 | Harpe and Mashni LLC | 837-A Lane Allen Road | | Lexington | KY | 40504 |
| 221 S. Hurstbourne Parkway | Suite 101 | Louisville | KY | 40222 | A & J Blacketer, Inc. | 225 South Hurstbourne Parkway | Suite 103 | Louisville | KY | 40222 |
| 1730 Gagel Avenue | | Louisville | KY | 40216 | CM Russell Properties | 1517 Gagel Avenue | | Louisville | KY | 40216 |
| 14454 University Avenue | | Hammond | LA | 70401 | Latter & Blum Classic Homes, Inc. | 14454 University Avenue | | Hammond | LA | 70401 |
| 1818 Manhattan Boulevard | Suite 6 | Harvey | LA | 70058 | Merisa Enterprises LLC | PO Box 115 | | Harvey | LA | 70058 |
| 1131 N Causeway Blvd | | Mandeville | LA | 70471 | Real Estate Partners | Real Estate Partners | | Mandeville | LA | 70471 |
| 4141 Veterans Mem Blvd | | Metairie | LA | 70002 | Real Estate Partners | 4141 Veterans Memorial Blvd | | Metairie | LA | 70002 |
| 100 Cummings Center | Suites 104-K and 105-K | Beverly | MA | 1915 | Cummings Properties, LLC | 200 West Cummings Park | | Woburn | MA | 1801 |
| 45 Braintree Hill Park | Suite 402 | Braintree | MA | 2184 | 1993 Flatley Family Trust | PO Box 850168 | | Braintree | MA | 2185 |
| 39 Torrey Street | | Brockton | MA | 2301 | Exit Realty Plus, Get Offutt, LLC | 39 Torrey Street | | Brockton | MA | 2301 |
| 20 Burlington Mall Road | | Burlington | MA | 1803 | Boston Properties | PO Box 3557 | | Boston | MA | 2241 |
| P.O. Box 634 | Rte 28A | Falmouth | MA | 2556 | Falmouth Realty Associates LTD | PO Box 634 | Rte 28A | Falmouth | MA | 2556 |
| One Locust Street | | Falmouth | MA | 2540 | Freitas Realty Group | One Locust Street | | Falmouth | MA | 2540 |
| 710 Main Street | Suite 1N | Hyannis | MA | 2601 | Pope Realty Trust | 710 Main Street | | Hyannis | MA | 2601 |
| 2 Oak Street | Building 17, Suite 205 | Mashpee | MA | 2649 | Mashpee Commons Limited Parnership | P.O. Box 1530 | | Mashpee | MA | 2649 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 Straight Warf | | Nantucket | MA | 2554 | Country Village Rentals | 10 Strait Warf | | Nantucket | MA | 2554 |
| 197 First Avenue | | Needham | MA | 2494 | Nantucket, MA 02554 | 197 First Avenue, Suite 300 | | Needham | MA | 2494 |
| 255 Washington Street | Suite 355 | Newton | MA | 2458 | Two Newton Place LLC - Acquistions | 2 Morrisey Blvd, Mailstop : MADE12702G | Bank of America Lockbox - 414563 | Dorchester | MA | 2125 |
| 23 Sandwich Street | | Plymouth | MA | 2360 | Mayflower Realty | 23 Sandwich Street | | Plymouth | MA | 2360 |
| 300 Congress Street | | Quincy | MA | 2169 | MKM Realty Trust II | 300 Congress Street | | Quincy | MA | 2169 |
| 621 Main Street | | Shrewsbury | MA | 1545 | Skaff Enterprises/McParland Realty | 621 Main Street | | Shrewsbury | MA | 1545 |
| 708 Route 134 | Unit 4 - 1st Floor | South Dennis | MA | 2660 | Thomas Bober | 1046 Main Street, Unit #2 | | Osterville | MA | 2655 |
| 400 Boston Post Road | | Sudbury | MA | 1776 | Stephen Real Estate | 400 Boston Post Road | | Sudbury | MA | 1776 |
| 507 County Street | | Taunton | MA | 2780 | Century 21 Kelly Lewis | 507 County Street | | Taunton | MA | 2780 |
| 111 Dean Street | | Taunton | MA | 2780 | Pamela J. Sheehan Realty | 111 Dean Street | | Taunton | MA | 2780 |
| 1601 Trapelo Road | 1st Floor | Waltham | MA | 2451 | Boston Properties | PO Box 3557 | | Boston | MA | 2241 |
| 70 Alton's Lane | | Waquoit | MA | 2536 | Rebecca Putnam Real Estate | 23 Green Cove Lane | | East Falmouth | MA | 2536 |
| 112 Turnpike Road | | Westborough | MA | 1581 | TR Turnpike Corp | 39250 Treasury Center | | Chicago | IL | 60694-9200 |
| 1654 Main Street | | Weymouth | MA | 2189 | Noble Properties | 1654 Main Street | | Weymouth | MA | 2189 |
| 323 Bedford Street | | Whitman | MA | 2382 | Prudential Linn-Ruffo | 323 Bedford Street | | Whitman | MA | 2382 |
| 400 West Cummings Park | Suite 3100 | Woburn | MA | 1801 | Cummings Properties, LLC | 200 West Cummings Park | | Woburn | MA | 1801 |
| 170 West St | | Annapolis | MD | 21401 | United Country Chesapeake Bay | 170 West St. | | Annapolis | MA | 21401 |
| 200 Harry S. Truman Parkway | Suite 100 | Annapolis | MD | 21401 | Sun Life Assurance Company of Canada c/o Colliers Pinkard | 100 Light Street | Site1400 | Baltimore | MD | 21202-1161 |
| 7 Old Solomons Island Road | | Annapolis | MD | 21401 | Keller Williams Realty | 7 Old Solomons Island Rd | | Annapolis | MD | 21401 |
| 275 West Garrett | Suite 200 | Annapolis | MD | 21401 | 275 West Garrett, LLC | 1298 Cronson Blvd, suite 202 | | Crofton | MD | 21114 |
| 6550 Rock Spring Drive | Suite 105 | Bethesda | MD | 20817 | One Rock Spring Plaza L.P. | PO Box 905442 | | Charlotte | NC | 28290-5442 |
| 5565 Sterrett Place | Suite 126 | Columbia | MD | 21044 | Oekos Management | PO Box 64461 | | Baltimore | MD | 21264 |
| 28730 St Michaels Road | | Easton | MD | 21601 | Waterside, LLC | 28730 St. Michaels Road | | Easton | MD | 21601 |
| 5 Commercial Plaza | | Elkton | MD | 21601 | Butler Inc. dba Real Estate Consultants | 5 Commercial Plaza | | Elkton | MD | 21921 |
| 3300 N Ridge Road | Suite 160 | Ellicott City | MD | 21043 | Equity Office | PO Box 601051 | | Los Angeles | CA | 90060-1051 |
| 301 Inspiration Lane | | Gaithersburg | MD | 20878 | Keller Williams Realty | 301 Inspiration Lane | | Gaithersburg | MD | 20878 |
| 1405 Madison Park Drive | | Glen Burnie | MD | 21061 | Advance Realty Anne Arunel, Inc. | 1405 Madison Park Drive | | Glen Burnie | MD | 21061 |
| 500 Charles St | | LaPlata | MD | 20646 | Re/Max Colonial Homes | 10903 Indian Head Highway, Fort Washington | | La Plata | MD | 20646 |
| 1300 York Road | Suite 300 | Lutherville | MD | 21093 | York Green Limited Partnership | 2328 W. Joppa Road, Suite 200 | | Lutherville | MD | 21093 |
| 6347 Woodville Road | | Mount Airy | MD | 21771 | K.O. Realty, Inc. | 6347 Woodville Road | | Mount Airy | MD | 21771 |
| 3410 North High Street | | Onley | MD | 20832 | AVR Management Inc | 3410 North High Street | | Onley | MD | 20832 |
| 10451 Mill Run Circle | Suite 335 | Owings Mills | MD | 21117 | General Growth Properties, Inc. | 10300 Mill Run Circle, Ste 2102 | | Owings Mills | MD | 21117 |
| 27999 Oxford Road | | Oxford | MD | 21654 | Benson and Mangold | 27999 Oxford Road | | Oxford | MD | 21654 |
| 574 F. Ritchie Hwy | | Severna Park | MD | 21146 | ReMax Experts | 574 F. Ritchie Hwy | | Severna Park | MD | 21146 |
| 305 Baltimore Annapolis Blvd | | Severna Park | MD | 21146 | Victor Simon, RFC ChFC, AIF | 305 Baltimore Annapolis Blvd | | Severna Park | MD | 21146 |
| 8401 Colesville Road | Suite 500 | Silver Spring | MD | 20910 | Silver Spring Metro PLaza Co. | P.O. Box 406949 | | Atlanta | GA | 30384-6949 |
| 1209 Shopping Center Road | | Stevensville | MD | 21666 | ReMax Gold | 1209 Shopping Center Road | | Stevensville | MD | 21666 |
| 1122 Kenilworth Drive | 3rd Floor | Towson | MD | 21204 | Exchange Office Corporation | 1122 Kenilworth Drive | Suite 401 | Towson | MD | 21204 |
| 3200 Crain Highway | | Waldorf | MD | 20603 | Delta Realty | 3200 Crain Hwy, Suite 100 | | Waldorf | MD | 20603 |
| 139 State Street, Suite B | | Bangor | ME | 4401 | Lisa Chan, Jack Chan | 431 Essox Street | | Bangor | ME | 4401 |
| 169 Port Road | Suite 13 | Kennebunk | ME | 4043 | Village Marketplace | 169 Port Rd | Suite 44 | Kennebuck | ME | 4043 |
| 7445 Allen Road | Suite 104 | Allen Park | MI | 48101 | Park Realty Limited Partnership | 21321 Kelly Road | Suite 100 | Eastpointe | MI | 48021 |
| 555 S. Old Woodward | | Birmingham | MI | 48009 | Associates of 555 Limited Partnership | 555 South Old Woodward | | Birmingham | MI | 48009 |
| 33481 West 14 Mile Road | Suite 50 and 100 | Farmington Hills | MI | 48331 | Trident Realty Group | P.O. Box 772 | | Bloomfield Hills | MI | 48303 |
| 5787 Stadium Drive | Suite B | Kalamazoo | MI | 49009 | Grand Rapids, MI 49546 | 5787 Stadium Dr. | | Kalamazoo | MI | 49009 |
| 1517 South Park Street | | Kalamazoo | MI | 49001 | ReMax of Kalamazoo | 1517 South Park Street | | Kalamazoo | MI | 49001 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 612 S Creyts Road | Suite D | Lansing | MI | 48917 | Capital Crossing, A Division of Lehman Brothers FSB | 101 Summer Street | | Boston | MA | 2110 |
| 1203 S. Mission Street | Suite B | Mt. Pleasant | MI | 48858 | J&M Leasing | 1203 S. Mission Street | | Mt. Pleasant | MI | 48858 |
| 17908 Haggerty Road | | Northville | MI | 48167 | Northville Retail Center Phase 2, L.L.C. | 28470 Thirteen Mile Road | Suite 220 | Farmington Hills | MI | 48334 |
| 1200 S Shelton Road | | Plymouth | MI | 48170 | Remax Home Sale Services | 1200 S Shelton Road | | Plymouth | MI | 48170 |
| 7127 S Westnedge Avenue | | Portage | MI | 49002 | ReMax Advantage | 7127 S Westnedge Avenue | | Portage | MI | 49002 |
| 71 Walnut | | Rochester | MI | 48307 | Stoney Creek | 71 Walnut | Suite 205 | Rochester | MI | 48703 |
| 30701 Woodward Ave | Suite 350 | Royal Oak | MI | 48073 | Keller Williams Realty | 30701 Woodward Ave | Suite 350 | Royol Oak | MI | 48073 |
| 1339 Coolidge Highway | | Troy | MI | 48084 | Grand/Sakwa New Holland, L.L.C. | P.O. Box 252018 | | West Bloomfield | MI | 48325 |
| 7160 Orchard lake Road | Suite H-2 | West Bloomfield | MI | 48322 | Gateway Center LLC | 1941 Momentum Place | | Chicago | IL | 60689-5319 |
| 350 West Burnsville Parkway | Suite 465 | Burnsville | MN | | Lakeland Mortgage Corporation | 8300 Normandale Center Drive | Suite 240 | Bloomington | MN | 55437 |
| 701 Xenia Avenue South | Suite 450 | Golden Valley | MN | 55416 | IRET-GOLDEN JACK, LLC | SDS-12-2659, P.O. Box 86 | | Minneapolis | MN | 55486-2659 |
| 310 Main Street NE | | Mapleton | MN | 56065 | Corrin Sargent dba Great Choices Mortgages | 503 3rd Avenue SE | | Mapleton | MN | 56065 |
| 11 South Road | Suite 3 | Readfield | MA | 4355 | Bob White Heating (Kevin Ritzi) | 11 South Road | Suite 3 | Readfield | MA | 4355 |
| 7142-7146 Columbia Gateway Drive | | Columbia | MD | 21046 | FSP Gateway Crossing Limited Partnership c/o Manekin LLC | 7061 Columbia Gateway Drive | | Columbia | MD | 21046 |
| 5490 McGinnis Village Place | Suites 129, 130, & 131 | Alpharetta | GA | 30005 | Nicole Williams | 5490 McGinnis Village Place | | Alpharetta | GA | 30005 |
| 3608 E. 1st Street | Bldg 3, Unit 301 | Blue Ridge | GA | 30513 | Natalia Lieberman | 3659 Brisbane Dr | | Marietta | GA | 30062 |
| 285 Elm Street | 3rd Floor | Cumming | GA | | Pro-Slice, LLC | 3292 Thompson Bridge Road | #150 | Gainesville | GA | 30506 |
| 871 Shaver Road, NE | | Cedar Rapids | IA | 52402 | Bob & June Muson | 925 North Compton Dr. | | Hiawatha | IA | 52233 |
| 921 S. Loomis Street | | Chicago | IL | 60607 | Carana Properties, Inc. | 923 S. Loomis | | Chicago | IL | 60607 |
| 6500 W Archer Avenue | | Chicago | IL | 60638 | Goral Real Estate | 6500 W Archer Avenue | | Chicago | IL | 60638 |
| 200 South Wacker Drive | 31st Floor- Team Space Office 3239 | Chicago | IL | 60606 | Regus Business Centres Corp | 263 Tresser Blvd, 9th Floor | | Stamford | CT | 6901 |
| 121 North 9th Street | | DeKalb | IL | 60115 | American Commercial LLC | P.O. Box 801 | | DeKalb | IL | 60115 |
| 3607 Grand Avenue | | Gurnee | IL | 60031 | Regar Realty, Inc. | 3607 Grand Avenue | | Gurnee | IL | 60031 |
| 120 E. Ogden Avenue | Suite 212 | Hinsdale | IL | 60521 | Hinsdale Management Corporation | 21 Spinning Wheel Road | | Hinsdale | IL | 60521 |
| 915 West 175th Street | Suite 3W & 1NW | Homewood | IL | 60430 | Montesano Capital Management | 330 E. Main Street | 3rd Floor | Barrington | IL | 60010 |
| 2424 Washington St. | Suite 110 | Waukegan | IL | 60085 | Carmelo Landa | 4016 Tartan Trail | | Zion | IL | 60099 |
| 1765 Marketview Drive | Suite 300 | Yorkville | IL | 60560 | Marketview Yorkville Plaza | 333 West Wacker Drive | Suite 2750 | Chicago | IL | 60606 |
| 2629 Waterfront Parkway | Suite 105 | Indianapolis | IN | 46214 | New Boston Jacaranda LP | 5676 Paysphere Circle | | Chicago | IL | 60674 |
| 7727 West 75th Street | Suite 2a/3 | Schererville | IN | 46375 | Mishawaka One Stop, Inc. | 8202 Calumet Avenue | | Munster | IN | 46321 |
| 2465C Nicholasville Rd | | Lexington | KY | 40503 | Smith Realty Group | 2465C Nicholasville Rd | | Lexington | KY | 40503 |
| 20 Park Plaza | Suite 470 | Boston | MA | 02116-4399 | Park Plaza Executive Center | 20 Park Plaza Executive Center | | Boston | MA | 02116-4399 |
| 1801 McCormick Drive | Suite 130 | Largo | MD | 20774 | Inglewood Associates LLC | PO Box 2008 | | Merrifield | VA | 22116 |
| 22099 Three Notch Road | Suites 117,118, & 119 | Lexington Park | MD | 20653-5531 | Cherry Cove Development | Maryland State Route 235 | | Lexington Park | MD | 20653-5531 |
| 160 Governor Ritchie Highway | Bay A-10 | Severna Park | MD | 21146 | Severna Park Plaza, L.L.C. | 9320 Annapolis Road | | Lanham | MD | 20706 |
| 300 York Street | | York | ME | 3909 | Wendy J. Tapley Revocable Trust | PO Box 448 | | Cape Neddick | ME | 3902 |
| 300 Smith Street | | Cilo | MI | 48420 | Michigan FCU | 300 Smith Street | | Cilo | MI | 48420 |
| 719 Griswold Street | Suite 131 | Detroit | MI | 48226 | AmeriCenter of Detroit LLC | 719 Griswold Street | Suite 820 | Detroit | MI | 48226 |
| 655 Kenmoor Ave. SE | Suite 302 | Grand Rapids | MI | 49546 | 655 Kenmoor, LLC | 4180 44th St. SE | | Grand Rapids | MI | 49512 |
| 3001 Hennepin Ave | | Minneapolis | MN | 55408 | Calhoun Square Office Mall | P.O. Box 301111 | | Los Angeles | CA | 90030-1111 |
| 307 Augustine Herman Highway | | Elkton | MD | 21922 | Southfield Park Center, LLC of 144 Kings Highway S.W., Dover, Delaware | 101 Robino Court | Suite 405 | Newport | DE | 19804 |
| 207 Meetinghouse Road | | Bedford | NH | 03031 | William Dunlap S & D Properties | 39 Depot Street | | Merrimack | NH | 03054 |
| 5201 Truxtun Avenue | | Bakersfield | CA | 93309 | Levitt Bakersfield, LLC | 5601 Truxtun Avenue | Suite 190 | Bakersfield | CA | 93309-0627 |
| 1861 Cordova Road | | Fort Lauderdale | FL | 33111 | The Harbor Shops, LLC | 1815 Cordova Road | Suite 209 | Fort Lauderdale | FL | 33316 |

** The Debtors do not concede that any of the Rejected Leases are, in fact, unexpired or executory. Indeed, the Debtors contend that certain of the Office Leases included on Exhibit A have either expired or been terminated prior to the Petition Date. Nonetheless, out of an abundance of caution, such leases are included in the relief requested herein. The Debtors also reserve their rights to argue that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of such Rejected Lease, or that any such claim is an obligation of a third party, and not that of the Debtors.

# EXHIBIT B

## EQUIPMENT LEASES

**LOCATIONS CONTAINING EQUIPMENT, SUBJECT TO EQUIPMENT LEASES THAT ARE BEING REJECTED**

950 North Elmhurst Road, Mount Prospect IL 60056