IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------ | X | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |  |
| HOLDINGS, INC., a Delaware corporation, <u>et al.,</u> | : | Jointly Administered |
|  | : |  |
| Debtors. | : |  |
| ------------------------------------------------------------------ | X |  |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                         ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 21 day of September 2007 she caused a copy of the following document(s):

    Affidavits of Ordinary Course Professionals [Docket Nos. 880-884, 889-892]

To be served on the parties listed on the attached service list.

                                                          Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _____ day of September 2007

                                      Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

                                                  066585.1001

**SERVICE LIST**

Kenneth Bjurstrom
Milliman, Inc.
15800 W. Bluemound Road
Brookfield, WI 53005
*First Class Mail*

Eileen Daly
Associate Broker
Prudential Rand
955 Middletown Road
Nanuet, NY 10954
*First Class Mail*

David Fennell
Routh Crabtree Olsen, P.S.
3535 Factoria Blvd., Suite 200
Bellevue, WA 98006
*First Class Mail*

Chuck Green
Real Estate Broker
Pinnacle Real Estate
210 N. Seven Oaks Dr.
Knoxville, TN 37922
*First Class Mail*

Gary Hunter
Associate Broker
Re/Max Metro
225 N. State College
Anaheim, CA 92806
*First Class Mail*

Henry Jones
Real Estate Broker
Jones Realty
329 W. 18th
Chicago, IL 60616
*First Class Mail*

Grant Masteller
Real Estate Broker
Marc I Realty LLC
5961 NC Hwy 150E
Denver, NC 28037
*First Class Mail*

Samuel Resnick
Real Estate Broker
Exit Realty Asso.
1028 Commonwealth Avenue
Boston, MA 02215
*First Class Mail*

Robert Schmidt
Real Estate Broker
Prudential California Realty
891 Kuhn Dr., #201
Chula Vista, CA 91914
*First Class Mail*