IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | x : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : Case No. 07-11047 (CSS) : : Jointly Administered |
| Debtors. | : : x |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                     ) SS
NEW CASTLE COUNTY    )

    Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 24 day of September 2007 she caused a copy of the following document(s):

Affidavits of Ordinary Course Professionals [Docket Nos. 916-919]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of September 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

DB02:6163664.3                                                                                                    066585.1001

## SERVICE LIST

Mitchel Kider
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, 5th Fl.
Washington, DC
*First Class Mail*

Peggie Wattron
Century 21 Lighthouse Realty
4455 Baymeadows Road, #104
Jacksonville, FL 32217
*First Class Mail*

W L. Longshore
Longshore Buck & Longshore, P.C.
2009 2nd Avenue North
Birmingham, AL 35203
*First Class Mail*

Mark Zeichner
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
*First Class Mail*