IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

    1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 19, 2007, I caused to be served true and correct copies of the "Order Establishing and Fixing Cure Amounts Related to Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein, (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief" dated September 17, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
25th day of September, 2007

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\OrderFixingCureAmts_Aff 9-19-07.doc

# EXHIBIT A

Gallagher & Lindsey, Inc.
1406 Webster Street
#G
Alameda, CA 94501

Ringstone Parnters, LLC
P.O. Box 160897
Big Sky, MT 59716

West End Properties
1970 Statium Drice
Suite 3
Bozeman, MT 59715

Border FCU
P.O. Box 420728
Del Rio, TX 78842-0728

Talavi Associates LLC
3838 North Central Avenue
Suite 1500
Phoenix, AZ 85012

Red Sky Properties, LLC
Attn: Lynn Wright
800 Hartwood Lane #18
Dayfield CO 81122

Weiss Realty Management
730 North Poast Oak Road
Suite 330
Houston, TX 77024

Blue Bear Properties, Inc.
20669 West Lake Houston Parkway
The Centre at Kings Lake Estates
Suite L
Kingwood, TX 77346

George R. and Frieda L. Betts
707 Forsythia Drive
Nampa, ID 83651

Hileman Company LLC
Attn: Lisa Hood
P.O. Box 17657
Beverly Hills CA 90209

ICP 2700, LLC
P.O. Box 8429
Scottsdale, AZ 85225-8429

Temecula Corporate
1900 Main Street
Suite 350
Irvine, CA 92614

WestLinn Corp. Park
Blackhawk, LLC
P.O. Box 4245
Portland, OR 97208-4245

Pavilion Court
c/o Roswell & Company
P.O. Box 1796
Boulder, CO 80306

RGN - South Florida
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

Gateway Canyon, Inc.
8101 East Prentice
Prentice Plaza
Suite 250
Greenwood Village, CO 80111

Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, Colorado 80206

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 6000 UPTOWN PARTNERS, LLC | C/O PACIFIC WESTERN BANK,P.O. BOX 1929,YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET,BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY,SUITE 200,YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC.,5850 WATERLOO RD., SUITE 230,COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE,4400 PGA BLVD, SUITE #305,PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP | C/O SELIGMAN WESTERN,ENTERPRISES, LTD,2121 TOWNE CENTRE PLACE, SUITE 320,ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751,ATTN: LOCKBOX 910751,PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES, LP, | A TEXAS LIMITED PARTNERSHIP,20669 W LAKE HOUSTON PKWY STE L,THE CTR AT KINGS LAKE ESTATES,KINGWOOD, TX 77346 |
| BORDER FCU | P.O. BOX 420728,DEL RIO, TX 78842-0728 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET,SUITE 104,NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | CHRIS CANTY,318B GUILBEAU ROAD,LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE,BLDG 100, SUITE 150,RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC | C/O BRAD GRAHAM,P.O. BOX 2248,CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT | & INSURANCE SERVICES,1150 NINTH STREETS, SUITE 1400,MODESTO, CA 35354 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD,SUITE 124,CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, | LLC,2630 TENDERFOOT HILL ST. SUITE 100,COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY,LEGAL DEPT,901 N. GREEN VALLEY PARKWAY,STE 200,HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD | DBA SUTTER SQUARE,4701 SISK ROAD, SUITE 101,MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE W,SUITE 130,EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454,HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN,MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET,SUITE 102,STEVE BECHTOLD,SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE,MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP,2101 CAMINO VIDA ROBLE SUITE A,CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER | DEPT. 14791 - 25691,PO BOX 601051,LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE,CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC,3344 NORTH DELAWARE STREET,CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST,MONTEREY, CA 93940 |
| FSP REGENTS SQUARE | 633 W. FIFTH STREET, 72ND FLOOR,LOS ANGELAS, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER STREET #G,ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO,8101 E PRENTICE,PRENTIE PLAZA SUITE 250,GREENWOOD VILLAGE, CO 80111 |
| GEMSTAR PROPERTIS, L.L.C. | 738 S. BRIDGEWAY PLACE,SUITE 100,EAGLE, ID 83616 |
| GEORGE R. AND FRIEDA L. BETTS | 707 FORSYTHIA DRIVE,NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162,CHARLOTTE, NC 28260-1162 |
| GOODALE AND BARBIERI | 201 W NORTH RIVER DRIVE,SUITE 200,SPOKANE, WA 99201 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD,SUITE 400,NORTH BETHESDA, MD 20852-3847 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD | 6801 GAYLORD PARKWAY,SUITE 406,FRISCO, TX 75034 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES,SUITE 200,CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 51 E. CAMPBELL AVENUE,CAMPBELL, CA 95008 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE,SUITE B,CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE | ATTN. LEASE ADMINISTRATOR,3111 W DR. MARTIN LUTHER,KING JR BLVD, SUITE 300,TAMPA, FL 33607 |
| HILEMAN COMPANY LLC | ATTN: LISA HOOD,P.O. BOX 17657,BEVERLY HILLS, CA 90209 |
| ICP 2700, LLC | P.O. BOX 8429,SCOTTSDALE, AZ 85225-8429 |
| INDIAN WELLS VILLAGE II, LP | C/O MANAGEMENT OFFICE,74-940 HIGHWAY 111,INDIAN WELLS, CA 92210 |
| INLAND SOUTHEAST PROPERTY | MANAGEMENT CORP.,4770 PAYSPHERE CIRCLE,CHICAGO, IL 60674 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY,114 W. MAGNOLIA ST, SUITE 302,DAVID APELZIN,BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE,COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY,DANVILLE, CA 94526 |
| JAMES CAMBELL COMPANY, LLC | PO BOX 29960,HONOLULU, HI 96820-2360 |
| JENMO, LLC | C/O RED ROCKS, LLC,P.O. BOX 23164,HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD,YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | ATTN: MINDY DEMAIN,9355 E STOCKTON BLVD,ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY,SUITE 530,LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD,SUITE 200,LOS ANGELES, CA 90064 |
| KILROY REALTY, LP | AND KILROY REALTY CORPORATION,111 PACIFICA,SUITE 300,IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC.,15 NE 3RD STREET,GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE,DANIEL NGUYEN,LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET,SUITE 4B,HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC.,825 N.E. MULTNOMAH, #1275,PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC.,3301 LONG PRAIRIE ROAD, SUITE 126,DAVID MARKS,FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE,SUITE 316,CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE,SUITE 300,ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC | C/O GREAT LAKES MANAGEMENT COMPANY,1907 EAST WAYZATA BOULEVARD,SUITE 110,WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. | CENTRE SIERRA LLC,3311 S. RAINBOW BLVD.,#225,LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR,SUITE 640,CYNTHIA GREENWELL,ARLINGTION, TX 76006 |
| NURSEFINDERS, INC. | 1701 E. LAMAR, SUITE 200,CINDY GREENWELL,ARLINGTON, TX 76006 |
| OHIO PUBLIC EMPLOYEES RETIREMENT | SERVICES,PO BOX 203494,21 WATERWAY HOLDINGS,HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT,INC.,343 EAST 500 SOUTH,SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC.,737 BISHOP ST. / SUITE 2775,GARY COOK, CARMALITA,HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY,SUITE 236,SAN RAMON, CA 94583 |
| PAVILION COURT | C/O ROSWELL & COMPANY,P.O. BOX 1796,KIRSTEN RIDILLA,BOULDER, CO 80306 |
| PB ADAMS, LLC | 7119 INDIANA AVENUE,RIVERSIDE, CA 92504 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE,STE 300,LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST,HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER | LIMITED PARTNERSHIP,3065 S. JONES,SUITE 201,LAS VEGAS, NV 89146 |
| RAM INTERNATIONAL I, L.L.C. | 10013-59TH AVE. SW,LAKEWOOD, WA 98499 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER,19961 CHAIN LAKE ROAD, SUITE 149,MONROE, WA 98272 |
| RED SKY PROPERTIES, LLC | ATTN: LYNN WRIGHT,800 HARTWOOD LANE #18,DAYFIELD, CO 81122 |
| REMAX REAL ESTATE GROUP | (GODWIN REALTY),ATTN: MARY GODWIN,6600 UNIVERSITY,DES MOINES, IA 50311-1693 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE,SUITE 900,IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN ROAD,SUITE 400,MIAMI BEACH, FL 33139 |
| RINGSTONE PARTNERS, LLC | P.O. BOX 160897,BIG SKY, MT 59716 |
| SHORENSTEIN REALTY SERVICES | ONE SW COLUMBIA ST. SUITE 300,PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE,SUITE 475,TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD,4S PRODUCTS BUILDING,CORAL GABLES, FL 33134 |
| SOUTHWEST PLAZA LLC | SDS 12-1605,PO BOX 86,MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP,C/O PRINCIPAL | REAL ESTATE INVESTORS, EQUITIES,EASTERN REGIONAL,801 GRAND AVENUE,DES MOINES, IA 50293-1370 |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT,906 LOUISIANA AVE.,CHARLOTTE, NC 28204 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, | L.L.C.,401 PARKPLACE,SUITE 105,KIRKLAND, WA 98033 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TALAVI ASSOCIATES LLC | AN ARIZONA LTD LIABILITY COMPANY, CONTACT: TRICIA DEVITO, 3838 NORTH CENTRAL AVE., STE 1500, PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET, SUITE 350, IRVINE, CA 92614 |
| THE BYRON COMPANY | 25 SOUTHMOOR DRIVE, ST. LOUIS, MO 63105 |
| THE REALTY ASSOC. FUND VIII, L.P. | SUSAN, P.O. BOX 223528, PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | JENNIFER HOLTRY, SILVERHAW REALTY, 1201 SOUTH KIMBALL, CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST | SDS-12-2642, PO BOX 86, MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC | C/O CITADEL EQUITIES GROUP, 1508 EUREKA ROAD, SUITE 130, ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE, STAN TAGIKAWA, HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD, SUITE 100, PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POST OAK ROAD, SUITE 330, HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE, SUITE 3, BOZEMAN, MT 59715 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY, SUITE 303, WEST DES MOINES, IA 50266 |

**Total Creditor Count 101**