IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref No.: 510, 557 & 779 |

**CERTIFICATION OF COUNSEL REGARDING SECOND ORDER, PURSUANT TO
SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS
TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

On August 30, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Second Motion for an Order, Pursuant to Sections 105, 364 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment [Docket No. 510] (the "Motion"). By the Motion, the Debtors requested, among other things, an order authorizing the rejection of all equipment leases other than those leases relating to equipment located in the properties identified on Exhibit B to the Motion.

On or about September 10, 2007, STWB, Inc. ("STWB") filed its Limited Objection of STWB, Inc. to the Motion [Docket No. 812] (the "Limited Objection"). By the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Limited Objection, STWB objected to, among other things, the Debtors' request for retroactive rejection of STWB's lease.

Following good faith negotiations, the Debtors and STWB have reached a resolution with respect to the Motion and the Limited Objection which is set forth in the consensual form of order (the "<u>STWB Consent Order</u>") attached hereto as <u>Exhibit A</u>.

Accordingly, the Debtors respectfully request that the Court enter the STWB Consent Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware  
September 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret B. Whiteman

James L. Patton, Jr. (No. 2202)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Margaret B. Whiteman (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600

Counsel for the Debtors and  
Debtors in Possession

2

## Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref No.: 510 |

---

**SUPPLEMENTAL ORDER APPROVING SECOND MOTION, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a), 365(a), and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), (i) authorizing the Debtors to reject the Office Leases and the Rejected Equipment Leases (the "Rejected Leases") and (ii) abandon certain of the FF&E; and the Court being satisfied that the rejection of the Rejected Leases and the abandonment of certain of the FF&E is in the best interests of the Debtors, their estates and creditors and is a proper exercise of the Debtors' business judgment; and pursuant to the representations on the record at the hearing on September 17, 2007 with respect to the submission of a supplemental order regarding the rejection of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

lease for premises located at 25th Floor, 90 Park Avenue, New York, New York (the "STWB Sublease"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the STWB Sublease is deemed rejected pursuant to 11 U.S.C. § 365(a) as of September 1, 2007; and it is further

ORDERED, that STWB shall have an allowed administrative claim pursuant to 11 U.S.C. § 503(b) in the amount of $18,000 (the "STWB Admin Claim") and, subject to STWB's receipt of the STWB Administrative Claim in available funds within the time frame described below, STWB releases and waives any and all other administrative claims that have been or could be asserted pursuant to 11 U.S.C. §§ 365 and 503; and it is further

ORDERED that the Debtors shall pay the STWB Admin Claim on or before the later of October 1, 2007, or ten (10) business days from entry of this Order; and it is further

ORDERED, that nothing herein shall prejudice (i) the rights of STWB to file a general unsecured claim including, without limitation, any claim for rejection damages in connection with the rejection of the STWB Sublease and any claim resulting from the abandonment of FF&E, (ii) or the Debtors' rights to object to or otherwise dispute such claim(s); and it is further

ORDERED, that pursuant to 11 U.S.C. § 554(a), any FF&E remaining at the premises of the STWB Sublease as of September 1, 2007 is deemed abandoned; and it is further

3

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       September ____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge