IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., : | |
| : | Jointly Administered |
| : | |
| Debtors. | **Ref. Docket Nos. 11, 113, 403, 674, 865 & 937** |

------------------------------------------------------------- x

### NOTICE OF CONTRACTS *EXCLUDED* FROM (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY

PLEASE TAKE NOTICE that on September 10, 2007, American Home

Mortgage Holdings, Inc., *et al.*, the above-captioned debtors and debtors in possession

(collectively, the "Debtors") filed the *Modified Notice of (I) Possible Assumption and*

*Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed*

*Cure Obligations, If Any* [Docket No. 674] (the "Modified Notice").  As set forth in the Modified

Notice, the Debtors identified certain of their unexpired leases, license agreements, and

executory contracts (collectively, the "Potential Executory Contracts") that the Debtors may seek

to assume and assign to the ultimate purchaser of the Servicing Business, pursuant to section

365(b)(1)(A) of the Bankruptcy Code, and corresponding proposed cure obligations, if any.  A

copy of the Modified Notice was previously served on you.

***PLEASE TAKE FURTHER NOTICE THAT, consistent with the Modified***

***Notice, the Debtors are removing certain Potential Executory Contracts from the proposed***

***Sale and withdrawing the request to assume and assign any such Potential Executory***

***Contract  (as identified on Exhibit A attached hereto, the "Withdrawn Contracts").  You are***

*receiving a copy of this notice because your contract has been identified as a Withdrawn*

*Contract and the Debtors are no longer seeking to assume and assign your contract at this*

*time.*

     ***PLEASE TAKE FURTHER NOTICE THAT** identification of your contract as*

*a Withdrawn Contract does not affect the Debtors' rights with respect to your contract. The*

*Debtors reserve the right to seek to assume, assume and assign, or reject your contract,*

*pursuant to section 365 of the Bankruptcy Code, at a later time. In the event that the Debtors*

*subsequently seek to assume, assume and assign, or reject your contract, the Debtors will*

*provide you with separate notice.*

     PLEASE TAKE FURTHER NOTICE that the designation of any agreement as a

Potential Executory Contract or a Withdrawn Contract shall not constitute or be deemed to be a

determination or admission by the Debtors that such document is, in fact, an executory contract

or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto

being expressly reserved).

Dated: Wilmington, Delaware
       September 27 , 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| In the case of JPMorgan Acquisition Corp.:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue, 6th Flr, New York, NY 10017<br>Attention: Matthew Wong<br><br>JPMorgan Chase & Co.<br><br>270 Park Avenue, New York, New York 10017<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>J.P. Morgan Acceptance Corporation I<br>270 Park Avenue, New York, New York 10017<br>Attn: J.P. Morgan Alternative Loan Trust 2007-S1<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association<br>EP-MN-WS3D<br>60 Livingston Avenue, St. Paul, MN 55107<br>Attention: J.P. Morgan Alternative Loan Trust 2007-S1<br><br>In the case of the Servicer:<br><br>JPMorgan Chase Bank, National Association<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attn: Bruce J. Friedman, Manager of Contract Finance | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT (this "Assignment"), dated as of May 1, 2007, entered into among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Alternative Loan Trust 2007-S1 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), JPMorgan Chase Bank, National Association ("JPMCBNA"), American Home Mortgage Servicing, Inc. ("American Home Servicing") and Wells Fargo Bank, N.A. (the "Master Servicer")<br><br>(JPALT 2007-S1) | Third Party Securitization | $0.00 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| With a copy to:<br><br>JPMorgan Chase Bank, National Association<br>c/o Chase Home Finance LLC<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attention: General Counsel<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – JPALT 2007-S1<br><br>In the case of JPMorgan Acquisition:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue, 6th Floor, New York, NY 10017<br>Attention: Matthew Wong<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue, New York, New York 10017<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>J.P. Morgan Acceptance Corporation I<br>270 Park Avenue, New York, New York 10017<br>Attention: J.P. Morgan Mortgage Trust 2007-S2<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association<br>EP-MN-WS3D | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of May 1, 2007, among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Mortgage Trust 2007-S2 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), JPMorgan Chase Bank, National Association ("JPMCBNA"), American Home Mortgage Servicing, Inc. ("American Home Servicing") and Wells Fargo Bank, N.A. (the "Master Servicer")<br><br>(JPMMT 2007-S2) | Third Party Securitization | $0.00 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| 60 Livingston Avenue, St. Paul, MN 55107<br>Attention: J.P. Morgan Mortgage Trust 2007-S2<br><br>In the case of the Servicer:<br><br>JPMorgan Chase Bank, National Association<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attn: Bruce J. Friedman, Manager of Contract Finance<br><br>With a copy to:<br><br>JPMorgan Chase Bank, National Association<br>c/o Chase Home Finance LLC<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attention: General Counsel<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – JPMMT 2007-S2 | | | |
| In the case of Assignor:<br>HSBC Bank USA, National Association<br>Re: HALO 2007-AR2/HALO 2007-1<br>452 Fifth Avenue New York, New York 10018<br>Attention: Head of MBS Principal Finance<br>In the case of Assignee:<br>HSI Asset Securitization Corporation<br>452 Fifth Avenue, 10th floor New York, New York 10018<br>Attn: Head MBS Principal Finance<br>In the case of Trustee: | Assignment, Assumption and Recognition Agreement, made as of May 1, 2007, among HSBC Bank, National Association (the "Assignor"), HSI Asset Securitization Corporation (the "Assignee"), CitiMortgage Inc. as Master Servicer (the "Master Servicer"), Deutsche Bank National Trust Company (the | Third Party Securitization | $0.00 |

066585.1001

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| Deutsche Bank National Trust Company 1761 St. Andrew Place Santa Ana, California 92705 Attn: Trust Administration In the case of the Master Servicer: CitiMortgage Mortgage, Inc. 4000 Regent Blvd. Irving, TX 75063 Attention: Master Servicing Division, Compliance Manager – HALO 2007-1 In the case of the Securities Administrator: Citbank, N.A. 388 Greenwich Street, 14th Floor New York, NY 10013 Attn: Structured Finance Agency and Trust, HALO 2007-1 | "Trustee") not individually but solely as trustee on behalf of the holders of the HSI Asset Loan Obligation Trust, Series 2007-1, Asset-Backed Certificates, American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")  (HALO 2007-1) | | |

DB02:6248922.2

066585.1001

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| In the case of JPMorgan Acquisition:<br><br>J.P. Morgan Mortgage Acquisition Corp.<br>270 Park Avenue, 6th Floor, New York, New York 10017<br>Attention: Matthew Wong<br><br>With a copy to:<br><br>JPMorgan Chase & Co.<br>270 Park Avenue, New York, New York 10017<br>Attention: General Counsel's Office<br><br>In the case of the Depositor:<br><br>J.P. Morgan Acceptance Corporation I<br>270 Park Avenue, New York, New York 10017<br>Attention: J.P. Morgan Mortgage Trust 2007-S3<br><br>In the case of the Trustee:<br><br>U.S. Bank National Association EP-MN-WS3D<br>60 Livingston Avenue, St. Paul, MN 55107<br>Attention: J.P. Morgan Mortgage Trust 2007-S3<br><br>In the case of the Servicer:<br><br>JPMorgan Chase Bank, National Association<br>194 Wood Avenue South, Iselin, New Jersey 08830<br>Attn: Bruce J. Friedman, Manager of Contract Finance<br><br>With a copy to:<br><br>JPMorgan Chase Bank, National Association<br>c/o Chase Home Finance LLC | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of July 1, 2007, is entered into among J.P. Morgan Acceptance Corporation I, a Delaware corporation (the "Depositor"), U.S. Bank National Association, as trustee (the "Trustee") of J.P. Morgan Mortgage Trust 2007-S3 (the "Trust"), J.P. Morgan Mortgage Acquisition Corp. ("JPMorgan Acquisition"), JPMorgan Chase Bank, National Association ("JPMCBNA"), American Home Mortgage Servicing, Inc. ("American Home Servicing") and Wells Fargo Bank, N.A. (the "Master Servicer")<br><br>(JPMMT 2007-S3) | Third Party Securitization | $0.00 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 194 Wood Avenue South, Iselin, New Jersey 08830<br>Attention:  General Counsel<br><br>In the case of the Master Servicer:<br><br>Wells Fargo Bank, N.A.<br>9062 Old Annapolis Road, Columbia, Maryland 21045<br>Attention: Client Manager – JPMMT 2007-S3 | | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas, New York, NY 10019<br>Attention: Eileen Lindblom<br>In the case of the Assignee,<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas, New York, NY 10019<br>Attention: Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of May 26, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee") and American Home Mortgage Corp. (the "Company") | Third Party Securitization | $0.00 |
| In the case of the Assignor:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas, New York, NY 10019<br>Attention: Eileen Lindblom<br>In the case of the Assignee:<br><br>Mortgage Asset Securitization Transactions, Inc.<br>1285 Avenue of the Americas, New York, NY 10019<br>Attention: Legal Department | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, dated as of March 30, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer") | Third Party Securitization | $0.00 |
| UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019 | Master Seller's Purchase, Warranties and Interim Servicing Agreement, dated as of May 1, | Loan Sale and Servicing Agreement | 0 |

DB02:6248922.2

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Attention:  Eileen Lindblom<br>Phone:         (212) 713-6273<br>Facsimile:    (212) 713-2080<br>E-mail:        eileen.lindblom@ubs.com<br><br>With a copy to:<br><br>UBS Real Estate Securities Inc.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attention:  General Counsel<br>Facsimile:    (212) 713-1153 | 2005, by and between UBS Real Estate Securities Inc., as Purchaser, and American Home Mortgage Corp. | | |
| FreddieMac<br>1410 Springhill Road, suite 600<br>P O Box 50102<br>McLean, VA 22102 | FreddieMac and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | 0 |
| GinnieMae<br>451 7th Street, SW, Room B-133<br>Washington, DC 20410 | GinnieMae and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | 0 |
| Bank of America, National Association<br>Hearst Tower NC1-027-21-04<br>214 North Tryon Street, 21st Floor<br>Charlotte, North Carolina 28255        Attention:<br>Managing Director<br>Telephone (704) 388-8708<br>Fax: (704) 386-3215<br><br>Copy to: Bank of America, National Association<br>NC1-002-29-01 | MASTER BULK SALE AND SERVICING AGREEMENT, dated May 1, 2006, by and between Bank of America, National Association (Purchaser) and American Home Mortgage Corp. (Company) | Master Bulk and Interim Servicing Agreement | 0 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 101 S. Tyron Street, 29th Floor<br>Charlotte, North Carolina 28255        Attention: Eric S. Sadow<br>Telephone: (704)386-9041<br>Facsimile: (704)602-5796 | | | |
| Barclays Bank PLC<br>200 Cedar Knolls Road<br>Whippany, New Jersey 07981<br>ATTN: Glenn Pearson<br>Facsimile: (973) 576-3736<br>Email: glenn.pearson@barclaycapital.com<br><br>With a copy to:<br><br>Barclays Bank, PLC, as administrator<br>200 Park Avenue<br>New York, New York 10166<br>ATTN: Michael Dryden<br>Facsimile: (212) 412-6846<br>Email: Michael.dryden@barclaycapital.com | MORTGAGE LOAN PURCHASE AGREEMENT, dated as of November 1, 2006 by and between Barclays Bank PLC (Purchaser) and American Home Mortgage Servicing, Inc. (Servicer) | Mortgage Loan Purchase Agreement | 0 |
| LA FAYETTE ASSET SECURITIZATION LLC<br>c/o Calyon Building<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Facsimile: (212) 459-3258<br>Attention: Liquid Assets Securitization | REPURCHASE AGREEMENT, dated November 21, 2006 by and among AMERICAN HOME MORTGAGE CORP.. (as a Seller), AMERICAN HOME | Repurchase Agreement | 0 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| With a copy to the Administrative Agent (except in the case of notice from the Administrative Agent). | MORTGAGE SERVICING, INC., (As a Seller and as the Servicer), AMERICAN HOME MORTGAGE ACCEPTANCE, | | |
| AMSTERDAM FUNDING CORPORATION 540 West Madison Street, 27th Floor Mail Code C540-2721 Chicago, ILLINOIS 60661 Facsimile: (312) 992-1527 Attention: Kevin J. Hayes | INC., (As a Seller), AMERICAN HOME MORTGAGE INVESTMENT CORP., (As a Seller), LA FAYETTE ASSET SECURITIZATION LLC, (As an Issuer), AMSTERDAM | | |
| PARK AVENUE RECEIVABLES COMPANY, LLC 131 South Dearborn Mail Code IL1-0597 Chicago, IL 60603 Telephone No.: (312) 732-6163 Facsimile: (312) 732-3600 | FUNDING CORPORATION, (As an Issuer), BARTON CAPITAL LLC, (As an Issuer), PARK AVENUE RECEIVABLES COMPANY, LLC (As an Issuer), STARBIRD FUNDING CORPORATION, | | |
| BARTON CAPITAL LLC c/o AMACAR Group 6525 Morrison Boulevard, Suite 318 Charlotte, NC 28211 Telephone No.: (212) 278-6373 Facsimile: (212) 278-7320 | (As an Issuer), CALYON NEW YORK BRANCH, (As a Bank, a Managing Agent and as the Administrative Agent), LLOYDS TSB BANK PLC, (As a Bank), ABN AMRO | | |
| STARBIRD FUNDING CORPORATION c/o J.H. Management Corporation One International Place, Room 3218 Boston, MA 02110-2916 Facsimile: (617) 951-7050 | BANK N.V., (As a Bank and as a Managing Agent), SOCIETE GENERALE, (As a Bank and as a Managing Agent), JPMORGAN CHASE BANK, N.A. (As a Bank and as a | | |
| CALYON NEW YORK BRANCH | Managing Agent), And | | |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Calyon Building<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Facsimile:  (212) 459-3258<br>Attention:  Liquid Assets Securitization | BNP PARIBAS, (As a Bank and as a Managing Agent) | | |
| LLOYDS TSB BANK PLC<br>1251 Avenue of the Americas, 39th Floor<br>New York, New York 10020<br>Facsimile: (212) 930-5071<br>ATTN: Michelle White | | | |
| ABN AMRO BANK N.V.<br>540 West Madison Street-27th Floor<br>Mailcode C540-2721<br>Chicago, IL 60661<br>Facsimile: (312) 992-1527<br>ATTN: Kevin Haynes | | | |
| SOCIETE GENERALE<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 278-6373<br>Facsimile: (212) 278-7320 | | | |
| JP MORGAN CHASE BANK<br>121 South Dearborn<br>Mail code IL1-0597<br>Chicago, Illinois 60603<br>Telephone: (312) 732-6163 | | | |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Facsimile: (312) 732-3600 | | | |
| BNP PARIBAS<br>787 Seventh Avenue, 7th Floor<br>New York, New York 10019<br>Telephone: (212) 841-2289<br>Facsimile: (212) 841-2689<br><br>CALYON NEW YORK BRANCH<br>Calyon Building<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 261-7819<br>Telex NO.: 62410<br>(Answerback: CRED A 62410 UW)<br>Attention:  Liquid Assets Securitization | | | |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Sutton Funding LLC<br>c/o Barclays Bank PLC<br>200 Park Avenue, 5th Floor<br>New York, New York 10166<br>ATTN: Mary Logan<br>Facsimile: (212) 412-3266<br>Email: mary.logan@barclayscapital.com | MORTGAGE LOAN PURCHASE AGREEMENT, dated as of May 1, 2007 by and between SUTTON FUNDING LLC (Purchaser), and AMERICAN HOME MORTGAGE CORP. (Seller) | Mortgage Loan Purchase Agreement | 0 |
| Sutton Funding LLC<br>c/o Barclays Bank PLC, as administrator<br>200 Park Avenue, 5th Floor<br>New York, New York 10166<br>ATTN: Mary Logan<br>Facsimile: (212) 412-3266<br>Email: mary.logan@barclayscapital.com | SERVICING AGREEMENT, dated as of May 1, 2007 by and between Sutton Funding LLC (Purchaser) and American Home Mortgage Servicing, Inc. (Servicer) | Servicing Agreement | 0 |
| SOCIETE GENERALE PURCHASER GROUP:<br><br>BARTON CAPITAL LLC<br>c/o AMACAR Group, LLC<br>6525 Morrison Boulevard, Suite 318<br>Charlotte, North Carolina 28211<br>Attention:  Douglas K. Johnson | Mortgage Loan Purchase and Sale Agreement, dated as of October 16, 2006, by and among American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., as Servicer, the Conduit Purchasers, the Committed Purchasers, the Funding Agents, and Societe Generale, as Administrative Agent | Gestation Line | 0 |

066585.1001

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| SOCIETE GENERALE<br>1221 Avenue of Americas<br>New York, New York 10020<br>Attention: Asset Securitization Group<br>Facsimile: (212) 278-7320<br>Telephone: (212) 278-6000 | for the Purchasers | | |
| HSBC Bank USA, National Association<br>452 Fifth Avenue<br>New York, New York 10018<br>Attn: Jay Kilpatrick | Master Mortgage Loan Purchase and Interim Servicing Agreement, dated as of November 1, 2006, by and among American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., ad Servicer, and HSBC Bank USA, National Association, as Initial Purchaser | Loans Sale and Servicing Agreement (Released) | 0 |
| EMC Mortgage Corporation<br>Mac Arthur Ridge, II<br>909 Hidden Ridge Drive, Suite 200<br>Irving, Texas 75038<br>Attention: Ms. Ralene Ruyle<br><br>With a copy to:<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, N.Y. 10179<br>Attention: Mary Haggerty | Mortgage Loan Purchase and Interim Servicing Agreement, dated as of May 1, 2002, by and among EMC Mortgage Corporation (Purchaser) and American Home Mortgage Corp. (Company) | Loan Sale and Servicing Agreement (Released) | 0 |
| Merrill Lynch Mortgage Lending, Inc.<br>4 World Financial Center<br>New York, New York 10080<br><br>Attn: Diane Alexander | Master Mortgage Loan Purchase and Servicing Agreement, dated as of July 1, 2007, by and among Merrill Lynch Mortgage Lending Inc. (Purchaser), American Home | Loan Sale and Servicing Agreement | 0 |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
|  | Mortgage Corp. (Seller) and American Home Mortgage Servicing, Inc. (Servicer) |  |  |

066585.1001

DB02:6248922.2

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Citigroup Global Markets Realty Corp. 390 Greenwich Street, 6th Floor New York, New York 10013 Attn: Peter Steinmetz | Master Mortgage Loan Purchase and Servicing Agreement, dated as of September 1, 2005, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and Citigroup Global Markets Realty Corp. (Initial Purchaser) | Loan Sale and Servicing Agreement | 0 |
| Impac Funding Corporation 1401 Dove Street, Suite 100 Newport Beach, CA 92660 ATTN: Client Administration | Seller Agreement, dated as of February 7, 2002, by and among Impac Funding Corporation (Buyer) and American Home Mortgage Corp. | Loan Sale and Servicing Agreement | 0 |
| IndyMac Bank 3465 East Foothill Boulevard Pasadena, CA 91107 | Mortgage Loan Purchase and Interim Servicing Agreement, dated as of January 16, 2002, by and between IndyMac Bank, FSB (Purchaser) and American Home Mortgage Corp. (Seller) | Loan Sale and Servicing Agreement | 0 |
| DLJ Mortgage Capital, Inc. c/o Credit Suisse Securities (USA) LLC Eleven Madison Avenue, 4th Floor New York, NY 10010 Attn: Bruce Kaiserman With a copy to: DLJ Mortgage Capital, Inc. c/o Credit Suisse Securities (USA) LLC | Amended and Restated Sellers Purchase Warranties and Interim Servicing Agreement, dated as of August 1, 2006, by and among DLJ Mortgage Capital Inc., American Home Mortgage Corp., and American Home Mortgage Servicing, Inc. | Loan Sale and Servicing Agreement | 0 |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| One Madison Avenue, 9th Floor<br>New York, NY 10010<br>Attn: General Counsel -- RMBS<br><br>If to the Purchaser:<br><br>Morgan Stanley Mortgage Capital Inc.<br><br>1221 Avenue of the Americas<br><br>27th Floor<br><br>New York, New York 10020<br><br>Attention: Peter Woroniecki - Whole Loan Operations Manager<br><br>Fax: 212-507-3565<br><br>Email: peter.woroniecki@morganstanley.com<br><br>With copies to:<br><br>Jeff Williams<br><br>Morgan Stanley - Servicing Oversight<br><br>5002 T-Rex Ave<br><br>Suite 300<br><br>Boca Raton, Florida 33431<br><br>Fax: 561-443-6040 | Second Amended and Restated Mortgage Loan Purchase and Warranties Agreement, dated as of December 1, 2005, by and between Morgan Stanley Mortgage Capital, Inc., as Purchaser, American Home Mortgage Corp., as Seller | Loan Sale and Servicing Agreement | 0 |

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| Email: jeff.williams@morganstanley.com | | | |
| Scott Samlin | | | |
| Morgan Stanley - RFPG | | | |
| 1585 Broadway, 10th Floor | | | |
| New York, New York 10036 | | | |
| Fax: 212-761-6352 | | | |
| Email: scott.samlin@morganstanley.com | Third Amended and Restated Mortgage Loan Purchase and Warranties Agreement, dated as of June 1, 2006, by and between Morgan Stanley Mortgage Capital Inc., as Purchaser, and American Home Mortgage Corp., as Seller | Loan Sale and Servicing Agreement | 0 |
| If to the Purchaser: | | | |
| Morgan Stanley Mortgage Capital Inc. | | | |
| 1221 Avenue of the Americas | | | |
| 27th Floor | | | |
| New York, New York 10020 | | | |
| Attention: Peter Woroniecki - Whole Loan Operations Manager | | | |
| Fax: 212-507-3565 | | | |
| Email: peter.woroniecki@morganstanley.com | | | |
| with copies to: | | | |
| Jeff Williams | | | |
| Morgan Stanley – Servicing Oversight | | | |
| 5002 T-Rex Ave | | | |

066585.1001

DB02:6248922.2

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| Suite 300<br>Boca Raton, Florida 33431<br>Fax: 561-443-6040<br>Email: jeff.williams@morganstanley.com<br><br>Scott Samlin<br>Morgan Stanley - RFPG<br>1585 Broadway, 10th Floor<br>New York, New York 10036<br>Fax: 212-761-6352<br>Email: scott.samlin@morganstanley.com | | | |
| If to the Purchaser:<br><br>Morgan Stanley Mortgage Capital Inc.<br>1633 Broadway<br>New York, New York 10019<br>Attention: Peter Woroniecki - Whole Loan Operations Manager<br>Fax: 212-537-1827<br>Email: peter.woroniecki@morganstanley.com<br><br>with copies to:<br><br>Jeff Williams<br>Morgan Stanley – Servicing Oversight<br>5002 T-Rex Ave<br>Suite 300<br>Boca Raton, Florida 33431<br>Fax: 561-443-6040 | First Amended and Restated Interim Servicing Agreement, dated as of June 1, 2005, by and between Morgan Stanley Mortgage Capital Inc., as Purchaser, and American Home Mortgage Servicing, Inc., as Interim Servicer | Loan Sale and Servicing Agreement | 0 |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Email: jeff.williams@morganstanley.com<br><br>Scott Samlin<br>Morgan Stanley - RFPG<br>1585 Broadway<br>New York, New York 10036<br>Fax: 212-507-6569<br>Email: scott.samlin@morganstanley.com | | | |
| SunTrust Asset Funding, LLC<br>Mail Code 3950<br>303 Peachtree Street, 23rd Floor<br>Atlanta, GA 30308<br>Attn: Tony D. Atkins<br>Tel: 404-813-5244<br>Fax: 404-813-5000<br><br>With a copy to:<br>SunTrust Banks, Inc.<br>303 Peachtree Street, 23rd Floor<br>Atlanta, GA 30308<br>Attn: Woodruff A. Polk<br>Tel: 404-813-7094<br>Fax: 404-581-1637 | Mortgage Loan Flow Purchase Sale and Interim Servicing Agreement, dated as of January 1, 2007, by and among American Home Mortgage Corp. (Company) and American Home Mortgage Servicing, Inc. (Interim Servicer), and Suntrust Asset Funding, LLC (Purchaser) | Loan Sale and Servicing Agreement | 0 |
| IXIS Real Estate Capital Inc.<br>9 West 57th Street<br>New York, NY 10019<br>Attn: Ray Sullivan<br>Telecopier No.: (212) 891-3347<br>Telephone No.: (212) 891-5815<br>Email: r.sullivan@ixiscm.com | Third Amended and Restated Master Repurchase Agreement, dated as of July 15, 2005, by and among, IXIS Real Estate Capital Inc. (Buyer) and American Home Mortgage Corp., American Home Mortgage Investment Corp., | Warehouse Line | 0 |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| With a copy to:<br><br>IXIS Real Estate Capital Inc.<br>9 West 57th Street<br>New York, NY 10019<br>Attn: Al Zakes, Esq., General Counsel<br>Telecopier No.: (212) 891-1922<br>Telephone No.: (212) 891-6137<br>Email: albert.zakes@ixiscm.com<br><br>And with a copy to:<br><br>IXIS Real Estate Capital Inc.<br>9 West 57th Street<br>New York, NY 10019<br>Attn: Michael Friedman<br>Telecopier No.: (212) 891-6143<br>Telephone No.: (212) 891-6261<br>Email: m.friedman@ixiscm.com | American Home Mortgage Acceptance, Inc., American Home Mortgage Holdings, Inc., and American Home Mortgage Servicing, Inc. (collectively, as Seller) | | |
| ABN AMRO Bank N.V.<br>540 West Madison Street<br>Chicago, Illinois 60661<br>Attention: Therese Gremley<br>Facsimile: (312) 992-1527<br>E-mail Address: therese.gremley@abnamro.com<br>Telephone Confirmation: (312) 904-6263 | Master Repurchase Agreement, dated as of February 28, 2007, by and among American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., and American Home Mortgage Servicing, Inc. (Sellers), and ABN AMRO Bank NV (in its capacity as "Agent" for the "Purchasers", as Buyer) | Warehouse Line | 0 |
| Liquid Funding, Ltd.<br>Canon's Court | Master Repurchase Agreement, dated as of May 22, 2006, by | Warehouse Line | 0 |

066585.1001

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| 22 Victoria Street<br>Hamilton HM 12<br>Bermuda<br>Attn: Corporate Secretary<br><br>With a copy in all cases to:<br>Bear Stearns Bank plc, Investment Manager of Liquid Funding, Ltd.<br>Block 8, Harcourt Centre<br>Charlotte Way<br>Dublin 2, Ireland<br>Attn: Jerome Schneider/Patrick Phelan<br>Tel: (353-1) 402-6358<br>Fax: (353-1) 402-6308 | and among Liquid Funding, Ltd. (Buyer) and American Home Mortgage Corp. and American Home Mortgage Acceptance, Inc (Sellers) | | |
| If to the Agent:<br>JPMorgan Chase Bank, N.A.<br>ABA No. 113000609<br>707 Travis, 6th Floor North<br>Houston, Texas 77002 (for messenger deliveries)<br>P. O. Box 2558<br>Houston, Texas 77252 (for mail deliveries)<br>Attention: Thanh Roettele<br>Corporate Mortgage Finance Group<br>Telephone: (713) 216-2583<br>Fax: (713) 216-1567, with fax copy to (713) 216-2082 attention: Julie Lowery<br>email: thanh.roettele@jpmorganchase.com and julie.lowery@jpmorganchase.com<br><br>with a copy to:<br>JPMorgan Chase Bank, N.A. | 1/06 Senior Secured Credit Agreement, dated as of January 23, 3006, by and among American Home Mortgage Investment Corp. and American Home Mortgage Corp. and JP Morgan Chase Bank, NA (as Administrative Agent and a Lender) | Warehouse Line | 0 |

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 1111 Fannin, 12h Floor<br>Houston, Texas 77002<br>Attention: Ms. Bea Delgado, Mortgage Banking<br>Warehouse Services<br>Telephone: (713) 427-6455<br>Fax: (713) 427-6453<br>email: bea.r.delgado@jpmorganchase.com<br><br>If to JPMorgan in its capacity as a<br><br>Lender:<br><br>JPMorgan Chase Bank, N.A.<br><br>ABA No. 113000609<br><br>707 Travis, 6th Floor North<br><br>Houston, Texas 77002<br><br>Attention: Thanh Roettele<br><br>Corporate Mortgage Finance Group<br><br>Telephone: (713) 216-2583<br><br>Fax: (713) 216-1567, with fax copy to<br>(713) 216-2082 attention: Julie Lowery<br><br>email:<br>thanh.roettele@jpmorganchase.com and<br>julie.lowery@jpmorganchase.com | | | |

066585.1001

| NAME AND CONTACT INFORMATION OF COUNTERPARTY(IES) FOR NOTICE | NAME OF AGREEMENT | TYPE OF AGREEMENT/ ARRANGEMENT | PROPOSED CURE AMOUNT |
|---|---|---|---|
| If to Buyer:<br><br>For Transaction Requests and Purchase Confirmations:<br><br>Credit Suisse First Boston Mortgage Capital LLC<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540<br>Attention: William Sachelari<br>Phone Number: (609) 627-5053<br>Fax Number: (609) 627-5080<br><br>For all other Notices:<br><br>Credit Suisse First Boston Mortgage Capital LLC<br>302 Carnegie Center, 2nd Floor<br>Princeton, NJ 08540<br>Attention:    Gary Timmerman<br>Phone Number: 609-627-5026<br>Fax Number:    609-627-5080<br><br>With a copy to:<br><br>Credit Suisse First Boston Mortgage Capital LLC<br>c/o Credit Suisse Securities (USA) LLC<br>Eleven Madison Avenue, 9th Floor<br>New York, NY 10010<br>Attention: Legal Department—Warehouse Lending | Master Repurchase Agreement, dated as of September 13, 2006, by and among Credit Suisse First Boston Mortgage Capital LLC (Buyer) or as agent pursuant hereto (Agent) and American Home Mortgage Corp. (Seller), American Home Mortgage Acceptance, Inc. (Seller), American Home Mortgage Servicing, Inc. (Seller), American Home Mortgage Investment Corp. (Seller and together with AHMC, AHMA and AHMS, the Sellers) and American Home Mortgage Holdings, Inc. (Guarantor) | Warehouse Line | 0 |
| Bear Stearns Mortgage Capital Corporation<br>383 Madison Avenue<br>New York, NY  10179 | Whole Loan Master Repurchase Agreement, dated as of June 23, 2004, by and between Bear | Warehouse Line | 0 |

066585.1001

| Name and Contact Information of Counterparty(ies) for Notice | Name of Agreement | Type of Agreement/ Arrangement | Proposed Cure Amount |
|---|---|---|---|
| Attn: Eileen Albus<br>Tel: 212-272-7502<br>Telecopy: 212-272-2053 | Stearns Mortgage Capital Corporation and American Home Mortgage Acceptance, Inc. | | |
| Greenwich Capital Financial Products, Inc.<br>600 Steamboat Road<br>Greenwich, CT 06830<br>Attn: David Katze | Whole Loan Master Repurchase Agreement, dated as of January 1, 2004, by and among American Home Mortgage Corp. (Seller) Columbia National, Incorporated (Seller) and Greenwich Capital Financial Products, Inc. (Purchaser) | Gestation Line | 0 |
| Citigroup Global Markets Realty Corp.<br>390 Greenwich Street, 6th Floor<br>New York, New York 10013<br>Attn: Peter Steinmetz | Master Mortgage Loan Purchase and Servicing Agreement, dated as of September 1, 2005, American Home Mortgage Corp., as Seller, American Home Mortgage Servicing, Inc., as Servicer, and Citigroup Global Markets Realty Corp., as Initial Purchaser | Loan Sale and Servicing Agreement | 0 |

066585.1001