# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF GENERAL STAR
NATIONAL INSURANCE COMPANY FOR RELIEF
FROM THE AUTOMATIC STAY FOR CAUSE [D.I. 485]**

I, Sherry Ruggiero Fallon, Esquire, counsel for General Star National Insurance

Company hereby certify as follows:

1.      On or about August 30, 2007,  General Star National Insurance Company filed a

Motion for Relief From The Automatic Stay For Cause [D.I. 485].   According to the  Notice of

Motion, the objection deadline was September 24, 2007.

2.      The undersigned has caused the Court's docket in this case to be reviewed, and no

answer, objection or other responsive pleading to the Motion appears thereon.  Additionally, no

objections to the Motion have been received by the Undersigned counsel.

3.      Accordingly, General Star National Insurance Company respectfully requests that

the Court enter the attached Proposed Order, at its earliest convenience.

TYBOUT, REDFEARN & PELL

9/28/07

Sherry Ruggiero Fallon  ID#2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Tel: (302) 658-690
Attorneys for General Star National
Insurance Company