IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :
a Delaware corporation, et al.,                                   :   Jointly Administered
                                                                  :
    Debtors.                                                      :
----------------------------------------------------------------- x

----------------------------------------------------------------- x
CALYON NEW YORK BRANCH,                                           :
                                                                  :   Adversary Proceeding
          Plaintiff,                                              :   Case No. 07-51704 (CSS)
                                                                  :
v.                                                                :
                                                                  :
AMERICAN HOME MORTGAGE CORP, AMERICAN                             :
HOME MORTGAGE SERVICING, INC., AMERICAN                           :
HOME MORTGAGE ACCEPTANCE, INC. and                                :
AMERICAN HOME MORTGAGE INVESTMENT CORP.                           :
                                                                  :
    Debtor-Defendants.                                            :
                                                                  :
----------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 2, 2007 AT 11:00 A.M. (ET)**

1. Defendants' Emergency Motion to Strike Motion for Summary Judgment of Calyon New York Branch Regarding First Counterclaim [D.I. 24, 9/25/07]

    Response Deadline:    October 1, 2007 at 12:00 p.m. by agreement of the parties

    Related Document:

    a) Motion for Summary Judgment filed by Calyon New York Branch Regarding First Counterclaim [D.I. 22, 9/24/07]

Responses Filed: None as of the filing of this Agenda

Status: This matter will be going forward.

Dated: Wilmington, Delaware
September 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John Dorsey (No. 2988)
Sharon Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession