**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | Case No. 07-11047-CSS<br>Honorable CHRISTOPHER S. SONTCHI<br>Chapter 11 |
| Debtor.<br>_____/ | |

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor Oakland County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

    Respectfully submitted,

    KILPATRICK & ASSOCIATES, P.C.
    Attorneys for the Oakland County Treasurer


    /S/ Richardo I. Kilpatrick
    RICHARDO I. KILPATRICK (P35275)
    903 North Opdyke Road, Suite C
    Auburn Hills, MI 48326
    (248) 377-0700

Dated: September 28, 2007