IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
     Debtors.                                                   :
---------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CASSANDRA MURRAY, being duly sworn, deposes and says:

    1.    I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 10, 2007, I caused to be served true and correct copies of the "Notice of Motion", to which is attached, "Third Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment", dated September 13, 20007, enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit A annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                               _/s/ Cassandra Murray_
                                                                               Cassandra Murray

Sworn to before me this
14th day of September, 2007

_/s/ Ross Matray_
Notary Public

    ROSS MATRAY
Notary Public, State of New York
    No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\NOHThirdMtnExecutoryContracts_Aff 9-14-07.doc

# EXHIBIT "A"

| Claim Name | Address Information |
|---|---|
| 105 S. YORK ROAD, LLC | C/O CATALANO & ASSOCIATES,105 S. YORK RD,SUITE 2B,ELMHURST, IL 60126 |
| 1817 S. NEIL ST. PARTNERSHIP | C/O RAMSHAW REAL ESTATE,1817 S. NEIL STREET,SUITE 200,CHAMPAIGN, IL 61820 |
| 29 EAST DOVER STREET, LLC | 6750 ALEXANDER BELL DRIVE,SUITE 110,COLUMBIA, MD 21046 |
| A-COLONIAL 300/500 OWNER LLC | PO BOX 55379,DEPARTMENT 6502,BIRMINGHAM, AL 35255 |
| ANTONIO CAVLIERE | C/O MOUND INVESTMENTS,24620 SCHOENHERR,WARREN, MI 48089 |
| ATTN: BETSY BUTLER | PRIME DEVELOPMENT, INC.,#2 CLUB CENTRE COURT,EDWARDSVILLE, IL 62025 |
| BNG DEVELOPMENT, LLC | 4606 ILLINOIS RD,FORT WAYNE, IN 46804 |
| BRANDYWINE OPERATING PARTNERSHIP, LP | P.O. BOX 8538-363,PHILADELPHIA, PA 19171 |
| CAPITAL COMMERCE MORTGAGE, | C/O JANKO FINANCIAL GROUP,3030 FINLEY RD,SUITE 110,DOWNERS GROVE, IL 60515 |
| CITY CENTER SQUARE EQUITIES II, LLC | 1100 MAIN STREET,SUITE 208,KANSAS CITY, MO 64105 |
| CMD REALTY INVESTMENT FUND IV | C/O BANK ONE,PO BOX 73322,CHICAGO, IL 60673-7322 |
| CURTIS THAXTER STEVENS BRODER | & MICOLEAU, LLC,P.O. BOX 7320,PORTLAND, ME 04112-7320 |
| DDR SOUTHEAST FOUNTAINS, LLC | 4770 PAYSPHERE CIRCLE,DEPT 1076833035216725,CHICAGO, IL 60674 |
| DIRECT INVEST - 116 DEFENSE HIGHWAY, LLC | 211 CONGRESS STREET,8TH FLOOR,BOSTON, MA 02110 |
| DOUGLAS DEVELOPMENT | 702 H ST NW,SUITE 400,WASHINGTON, DC 20001 |
| DUNLEA COMMERCIAL PROPERTIES | 4N422 MOUNTAIN ASH DRIVE,WAYNE, IL 60184 |
| HART & ASSOCIATES OF BATTLE CREEK | 15700 WAUBASCON ROAD,BATTLE CREEK, MI 49017 |
| HUSTON PROPERTIES | 1601 TIFFIN AVENUE,FINDLAY, OH 45840 |
| IL - IIII 22ND ST. | C/O EQUITY OFFICE / ATT: 10920,135 LA SALLE,DEPT 3763,CHICAGO, IL 60674-3763 |
| JEFFREY P. & LORI DIEMAND | 4237 WEST 42ND PLACE,CHICAGO, IL 60632 |
| JUDITH S. FARRALL | C/O THOMAS C. HAYDEN JR.,105 LA GRANGE AVENUE,P.O. BOX 1119,LA PLATA, MD 20646 |
| KRENGER REAL ESTATE | 3304 NORTH HALSTED,CHICAGO, IL 60657 |
| LANDLORD C/O JOESPH STEVENS | P.O. BOX 146,CENTERVILLE, MD 21617 |
| LIBERTY-WAGNER BUSINESS PARK, LLC | 1935 SO. INDUSTRIAL,ANN ARBOR, MI 48104 |
| MULTI PROPERTIES, INC | PIKESVILLE PROFESSIONAL BLDG,P.O. BOX 21579,BALITIMORE, MD 21282 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT, INC.,343 EAST 500 SOUTH,SALT LAKE CITY, UT 84111 |
| OR-MEADOWS LAKE OSWEGO LLC | C/O SHORENSTEIN PROPERTIES LLC,555 CALIFORNIA STREET,49TH FLOOR,SAN FRANCISCO, CA 94104 |
| PALOS HEIGHTS PROPERTIES, LLC | 1 SOUTH POLO DRIVE,SOUTH BARRINGTON, IL 60010 |
| PINE CREEK AGAWAM L.P. | 380 UNION STREET,WEST SPRINGFIELD, MA 01089 |
| T & J OFFICE LLP | 12019 EDGEFIELD DRIVE,FISHERS, IN 46037 |
| TA ASSOCIATES REALTY | 28 STATE STREET,10TH FLOOR,BOSTON, MA 02109 |
| VOSS PROPERTIES CORP. | 11140 SOUTH TOWNE SQUARE,ST. LOUIS, MO 63123 |
| WASHINGTON REAL ESTATE INVESTMENT TRUST | P. O. BOX 79555,BALTIMORE, MD 21279-0555 |
| WATERFALL SHOPPING CENTER, INC. | 1136 WEST BASELINE ROAD,MESA, AZ 85210 |
| WILLIAM R & PATRICIA A MARRIOTT | P.O. BOX 9888,SPRINGFIELD, IL 62791 |
| WRIT LIMITED PARTNERSHIP | 6110 EXECUTIVE BOULEVARD,SUITE 800,ROCKVILLE, MD 20852 |

**Total Creditor Count 36**