IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :      Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :      Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                :
                                                               :      Jointly Administered
             Debtors.                                          :
---------------------------------------------------------------x

AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC formerly known as Bankruptcy Services, LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. I caused to be served true and correct copies of the "Notice of Auction and Sale Hearing", dated August 14, 2007, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A on August 14, 2007, and to those parties listed on the annexed Exhibit B on August 15, 2007.

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Bridget Gallerie

Sworn to before me this
16th day of August, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Notice of Auction and Sale Hearing_Aff 8-14- 8-15-07.doc

# EXHIBIT A

```
TIME: 15:16:02                                                                                          PAGE:   1
DATE: 08/14/07
                              AMERICAN HOME MORTGAGE HOLDINGS INC.
                                    AHM SALE NTC 08/14/07

Name                         Address
CITIMORTGAGE INC.            TIMIE ANDREWS 4000 REGENT BLVD, 3RD FLOOR (MC:N3B-355) IRVING TX 75063-2246
COMM FIRST BANK              MIKKI 884 ORLEANS ROAD CHARLESTON SC 29407
CONNECTICUT HOUSING FINANCE  GIN-A LEE 999 WEST STREET ROCKY HILL CT 06067
HSBC MORTGAGE                JODY FORSTER 2929 WALDEN AVE. ATTN: 27SB00ACCTG DEPEW NY 14043
MUTUAL SAVINGS BANK          KELLI NORWOOD 330 WEST CAROLINA AVE. HARTSVILLE SC 29550
OLD NATIONAL BANK            JOHN J. LETTER, CPA PO BOX 3728 EVANSVILLE IN 47736-9983
PRINCIPAL BANK               TODD LARSON 711 HIGH STREET PI-S10 DES MOINES IA 50392
RESIDENTIAL FUNDING          DEBBIE MONTGOMERY 2250 NORTH ONTARIO STREET, STE. 400 BURBANK CA 91504-3120
SIGNATURE BANK               ISABEL FUENZALIDA 70 WEST 36TH STREET, 15TH FLOOR NEW YORK NY 10018
UNION LABOR LIFE             CANDUS SMITH 1625 EYE STREET, NW WASHINGTON DC 20006
WACHOVIA BANK                STACY REYES 230 SOUTH TRYON STREET, STE. 1200 CHARLOTTE NC 28202
WASHINGTON MUTUAL            GERTRUDE KIRBY 75 FAIRWAY DR. VERNON HILLS IL 60061
WASHINGTON MUTUAL            ZENIA WATTS 75 N FAIRWAY DRIVE VERNON HILLS IL 60061
WELLS FARGO CORP.            CHRISTIAN SHIPLEY 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045

Total Number of Records Printed     14
```

**EXHIBIT B**