**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

AFFIDAVIT OF MAILING

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

KATE MAILLOUX, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC formerly known as Bankruptcy Services, LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On August 24, 2007, I caused to be served true and correct copies of the following:

a) "Order Pursuant to Sections 105 and 363 of the Bankruptcy Code, Approving Debtors' Entry into License Agreement with Indymac Bank, F.S.B. in Connection with the Bid to Assume Certain Office Leases and Purchase Related Furniture, Fixtures and Equipment Nunc Pro Tunc to August 8, 2007," dated August 24, 2007, ( the "Licensing Order")

b) "Order Pursuant to Sections 105(a) and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief," dated August 24, 2007, (the "Letter Agreement Order")

by causing true and correct copies to be delivered as follows:

i. the Licensing Order and Letter Agreement Order, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight delivery to those parties listed on the annexed Exhibit "A".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kate Mailloux

Sworn to before me this
28th day of August, 2007

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\indymac orders_Aff 8-24-07.doc

# EXHIBIT A

| Vendor | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|
| Ricoh Corporation | P.O. Box 41601 | | Philadelphia | PA | 19101-1601 |
| Atlantic Business Systems | P.O. Box 26200 | | New York City | NY | 10087-6200 |
| Xerox Corporation | PNC Bank | 1200 East Campbell - Suite 108 | Richardson | TX | 75081 |
| De Lage Landen | Financial Services | 1111 Old Eagle School Road | Wayne | PA | 19087 |
| CIT Technology Financial Services, Inc. | P.O. Box 550599 | | Jacksonville | FL | 32255-0599 |
| US Bancorp | Office Equipment Finance Services | P.O. Box 790448 | St. Louis | MO | 63179-0448 |
| Pitney Bowes | P.O. Box 856390 | | Louisville | KY | 40285-6390 |

Joe Serieno
Senior Vice President
CB Richard Ellis – Gateway Canyon, Inc.
1225 17th Street, Suite 2950
Denver, CO 80202
United States of America
Joe.Serieno@cbre.com

HomeVestors of America, Inc.
10670 N. Central Expwy. Suite 700
Dallas, TX 75231
Bobby Roan
Gerry Lamb
Telephone: 972-761-0046
Fax: 972-761-9022

Re/Max Metro Properties
Cyber Properties
Monroe 21920 76th Ave W. #200,
Edmonds, Wa 98026
Phone: 425-778-5000
Fax: 425-670-2648

Allstate
C&H Properties, LLC
Chris E Canty
318 Guilbeau Rd # A
Lafayette, LA 70506-6914
(337)993-0552

| Claim Name | Address Information |
|---|---|
| ALABAMA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,50 NORTH RIPLEY STREET, MONTGOMERY, AL 36132 |
| ALASKA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE PO BOX 110420,333 W. WILLOUGHBY 11TH FLOOR SOB, JUNEAU, AK 99811-0420 |
| ARIZONA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1600 W. MONROE, PHOENIX, AZ 85007-2650 |
| ARKANSAS, STATE OF IRS LOCAL | OFFICE DEPT OF FINANCE & ADMIN,OFFICE OF STATE REVENUE ADMIN,1900 WEST 7TH ST., ROOM 1030, LITTLE ROCK, AR 72201 |
| BOONE COUNTY, KENTUCKY | 2950 WASHINGTON ST,, BURLINGTON, KY 41005 |
| CALIFORNIA, STATE OF | IRS LOCAL OFFICE,FRANCHISE TAX BOARD,3321 POWER INN ROAD, SUITE 250, SACRAMENTO, CA 95826-3893 |
| CITY OF BOSTON | JFK FEDERAL BLDG,15 NEW SUDBURY ST, BOSTON, MA 02203 |
| CITY OF COLLEGE PARK, GEORGIA | PO BOX 87137,, COLLEGE PARK, GA 30337 |
| CITY OF GRAPEVINE, TEXAS | 200 S MAIN ST,, GRAPEVINE, TX |
| CLAYTON COUNTY TAX COMMISSIONER | CLAYTON COUNTY ADMINISTRATION,ANNEX 3,121 S MCDONOUGH ST, 2ND FL, JONESBORO, GA 30236 |
| COLORADO, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1375 SHERMAN ST, DENVER, CO 80261 |
| CONNECTICUT, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE SERVICES,25 SIGOURNEY ST, HARTFORD, CT 06106 |
| DELAWARE, STATE OF IRS LOCAL | OFFICE DEPT. OF FINANCE,CARVEL STATE OFFICE BUILDING,820 NORTH FRENCH STREET, 8TH FLOOR, WILMINGTON, DE 19801 |
| DISTRICT OF COLUMBIA IRS LOCAL | OFFICE DEPT. OF FINANCE AND REVENUE,OFFICE OF THE CHIEF FINANCIAL OFFIC,1350 PENNSYLVANIA AVE NW, SUITE 203, WASHINGTON, DC 20004 |
| FLORIDA DEPARTMENT OF TREASURY | C/O: DEPARTMENT OF FINANCIAL,SERVICES,200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300 |
| FLORIDA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1379 BLOUNTSTOWN HWY, TALLAHASSEE, FL 32304-2716 |
| FULTON COUNTY, GEORGIA | C/O: TAX COMMISSIONER,141 PRYOR ST., ATLANTA, GA 30303 |
| GEORGIA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1800 CENTURY CENTER BLVD NE, ATLANTA, GA 30345-3205 |
| HAWAII, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,PO BOX 259, HONOLULU, HI 96809-0259 |
| IDAHO, STATE OF | IRS LOCAL OFFICE,STATE TAX COMMISSION,PO BOX 36, BOISE, ID 83722-0410 |
| ILLINOIS, STATE OF IRS LOCAL OFFICE | DEPT. OF REVENUE,WILLARD ICE BUILDING,101 WEST JEFFERSON STREET, SPRINGFIELD, IL 62702 |
| INDIANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| IOWA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE AND FINANCE,P.O. BOX 10457, DES MOINES, IA 50306-0457 |
| KANSAS, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,915 SW HARRISON STREET, TOPEKA, KS 66699-4000 |
| KENTUCKY, STATE OF | IRS LOCAL OFFICE,DEPARTMENT OF REVENUE,200 FAIR OAKS LANE, FRANKFORT, KY 40602 |
| LOS ANGELES COUNTY | C/O: TREASURER'S OFFICE,KENNETH HAHN HALL OF ADMINISTRATION,500 W TEMPLE ST, LOS ANGELES, CA 90012 |
| LOUISIANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 201, BATON ROUGE, LA 70821 |
| MAINE, STATE OF | IRS LOCAL OFFICE,BUREAU OF TAXATION,24 STATE HOUSE STATION, AUGUSTA, ME 04333-0024 |
| MARYLAND, STATE OF IRS LOCAL OFFICE | WILLIAM DONALD SCHAEFER,COMPTROLLER OF THE TREASURY,80 CALVERT STREET, ANNAPOLIS, MD 21404 |
| MASSACHUSETTS, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 7010, BOSTON, MA 02204 |
| MICHIGAN, STATE OF | IRS LOCAL OFFICE,DEPT. OF TREASURY, LANSING, MI 48922 |
| MINNESOTA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,600 NORTH ROBERT ST., ST PAUL, MN 55101 |
| MISSISSIPPI, STATE OF | IRS LOCAL OFFICE,STATE TAX COMMISSION,P.O. BOX 1033, JACKSON, MS 39215-1033 |
| MISSOURI, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,P.O. BOX 3300, JEFFERSON CITY, MO |

| Claim Name | Address Information |
|---|---|
| MISSOURI, STATE OF | 65105-3300 |
| MONTANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 5805, HELENA, MT 59604 |
| MULTNOMAH COUNTY, OREGON | C/O: FINANCE BUDGET AND TAX OFFICE,1221 SW 4TH AVE, PORTLAND, OR 97204 |
| NEBRASKA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,301 CENTENNIAL MALL SOUTH,PO BOX 94818, LINCOLN, NE 68509-4818 |
| NEVADA, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,1550 E. COLLEGE PARKWAY, SUITE 115, CARSON CITY, NV 89706 |
| NEW HAMPSHIRE, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE ADMINISTRATION,45 CHENELL DR, CONCORD, NH 03301 |
| NEW JERSEY, STATE OF | IRS LOCAL OFFICE,DIVISION OF TAXATION & TREASURY,PO BOX 281, TRENTON, NJ 08695-0281 |
| NEW MEXICO, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION AND REVENUE,1100 S. ST. FRANCIS DR PO BOX 630, SANTE FE, NM 87504-0630 |
| NEW YORK, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION AND FINANCE,BUILDING 9, W.A. HARRIMAN CAMPUS, ALBANY, NY 12227 |
| NORTH CAROLINA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,POST OFFICE BOX 25000, RALEIGH, NC 27640-0640 |
| NORTH DAKOTA, STATE OF | IRS LOCAL OFFICE,TAX COMMISSIONER,600 E BOULEVARD AVE, DEPT 127, BISMARCK, ND 58505-0599 |
| OHIO, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,30 E BROAD STREET, 22ND FL, COLUMBUS, OH 43215 |
| OKLAHOMA, STATE OF | IRS LOCAL OFFICE,TAX COMMISSION,2501 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73194 |
| OREGON, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,955 CENTER ST NE, SALEM, OR 97301 |
| PENNSYLVANIA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,STRAWBERRY SQ,FOURTH AND WALNUT STS LOBBY, HARRISBURG, PA 17128-0101 |
| RHODE ISLAND, STATE OF | IRS LOCAL OFFICE,DIVISION OF TAXATION,ONE CAPITOL HILL, PROVIDENCE, RI 02908 |
| SAN DIEGO COUNTY | C/O: COUNTY ADMINISTRATION CENTER,1600 PACIFIC HWY RM 209, SAN DIEGO, CA 92101 |
| SAN MATEO COUNTY | 555 COUNTY CENTER 1ST FL,, REDWOOD CITY, CA 94063-1665 |
| SOUTH CAROLINA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,301 GERVAIS STREET PO BOX 125, COLUMBIA, SC 29214 |
| SOUTH DAKOTA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE & REGULATION,445 EAST CAPITOL AVE, PIERRE, SD 57501-3185 |
| STATE OF DELAWARE | C/O: STATE TREASURER'S OFFICE,820 SILVER LAKE BOULEVARD,SUITE 100, DOVER, DE 19904 |
| STATE OF GEORGIA | OFFICE OF TREASURY & FISCAL SVCS,200 PIEDMONT AVENUE,SUITE 1202 WEST TOWER, ATLANTA, GA 30334 |
| STATE OF ILLINOIS | C/O: STATE TRESURER,CAPITOL BUILDING 219 STATEHOUSE,SPRINGFIELD EXECUTIVE OFFICE, SPRINGFIELD, IL 62706 |
| STATE OF KENTUCKY | C/O: OFFICE OF STATE TREASURER,1050 US HIGHWAY 127 SOUTH,SUITE 100, FRANKFORT, KY 40601 |
| TENNESSEE, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,ATTENTION: TAXPAYER SERVICES,500 DEADERICK ST, NASHVILLE, TN 37242 |
| TEXAS, STATE OF | IRS LOCAL OFFICE,COMPTROLLER OF PUBLIC ACCOUNTS,PO BOX 13528, CAPITOL STATION, AUSTIN, TX 78711-3528 |
| UNITED STATES TREASURY DEPARTMENT | C/O: DEPARTMENT OF TREASURY,1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220 |
| UTAH, STATE OF | IRS LOCAL OFFICE,TAX COMMISSION,210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134 |
| VERMONT, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXES,133 STATE STREET, MONTPELIER, VT 05633-1401 |
| VIRGINIA, STATE OF | IRS LOCAL OFFICE DEPT. OF TAXATION,OFFICE OF CUSTOMER SERVICES,PO BOX 1115, RICHMOND, VA 23218-1115 |
| WASHINGTON, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,TAXPAYER SERVICES,PO BOX 47478, OLYMPIA, WA 98504-7476 |

CREDITOR LISTING

| Claim Name | Address Information |
|---|---|
| WEST VIRGINIA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 963, CHARLESTON, WV 25324-0963 |
| WISCONSIN, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,P.O. BOX 8906, MADISON, WI 53708-8906 |
| WYOMING, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,HERSCHLER BLDG, 2ND FLOOR WEST, CHEYENNE, WY 82002-0110 |

**Total Creditor Count 67**

CREDITOR LISTING

| Claim Name | Address Information |
|---|---|
| 6000 UPTOWN PARTNERS, LLC C/O PACIFIC WE | P.O. BOX 1929,, YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET,, BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY,SUITE 200, YAKIMA, WA 98908 |
| ANAHEIM CORP. OFFICE PLAZA, LP | C/O SELIGMAN WESTERN ENTERPRISES,2121 TOWNE CENTRE PLACE,STE 320, ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751,ATTN: LOCKBOX 910751, PASADENA, CA 91110-0751 |
| BOBBY ROAN | GERRY LAMB,, |
| BORDER FCU | P.O. BOX 420728,, DEL RIO, TX 78842-0728 |
| C & H PROPERTIES, LLC | CHRIS CANTY,, |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE,BLDG 100, SUITE 150, RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM | P.O. BOX 2248,, CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT & | INSURANCE SERVICES,1150 NINTH STREETS, SUITE 1400, MODESTO, CA 35354 |
| COLORADO - | LAKE POINT ENTERPRISES, LLC,2630 TENDERFOOT HILL ST. SUITE 100, COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY,- LEGAL DEPT.,901 N.GREEN VALLEY PARKWAY,STE 200, HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD DBA | SUTTER SQUARE,4701 SISK ROAD, SUITE 101, MODESTO, CA 95356 |
| DANTE R. MARROCCO | P.O. BOX 454,, HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN,, MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET,SUITE 102,ATTN: STEVE BECHTOLD, SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE,, MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP,2101 CAMINO VIDA ROBLE SUITE A, CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER - DEPT. 14791 - | PO BOX 601051,, LOS ANGELES, CA 90060-1051 |
| EOS ACQUISITION, I LLC | C/O TRANSWESTERN COMMERCIAL,8200 IH 10 WEST, SUITE 315, SAN ANTONIO, TX 78230 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE,, CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC,3344 NORTH DELAWARE STREET, CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST,, MONTEREY, CA 93940 |
| FSP REGENTS SQUARE | 633 W. FIFTH STREET, 72ND FLOOR,, LOS ANGELES, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER STREET,#G, ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO,, |
| GEMSTAR PROPERTIS, L.L.C. | 738 S. BRIDGEWAY PLACE,SUITE 100, EAGLE, ID 83616 |
| GEORGE R. AND FRIEDA L. BETTS | 707 FORSYTHIA DRIVE,, NAMPA, ID 83651 |
| GOODALE AND BARBIERI | 201 W NORTH RIVER DRIVE,SUITE 200, SPOKANE, WA 99201 |
| HAGGEN TALBOT LIMITED PARTNERSHIP | 2200 RIMLAND DRIVE,STE. 250, BELLINGHAM, WA 98226 |
| HALL STONEBRIAR ONE ASSOCIATES,LTD | 6801 GAYLORD PARKWAY, SUITE 406,, FRISCO, TX 75034 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES,SUITE 200, CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 51 E. CAMPBELL AVENUE,, CAMPBELL, CA 95008 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE,SUITE B, CEDAR RAPIDS, IA 52402-4037 |
| HILEMAN COMPANY LLC | ATTN: LISA HOOD,P.O. BOX 17657, BEVERLY HILLS, CA 90209 |
| HUDSON LIVING TRUST D/T/D 6/14/1983 | P.O. BOX 7163,, CARMEL, CA 93921 |
| ICP 2700, LLC | P.O. BOX 8429,, SCOTTSDALE, AZ 85225-8429 |
| INDIAN WELLS VILLAGE II, LP | C/O MANAGEMENT OFFICE,74-940 HIGHWAY 111, INDIAN WELLS, CA 92210 |
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY,114 W. MAGNOLIA ST, SUITE 302,ATTN: DAVID APELZIN, BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE,, COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY,, DANVILLE, CA 94526 |
| JAMES CAMBELL COMPANY, LLC | PO BOX 29960,, HONOLULU, HI 96820-2360 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD,, YUCCA VALLEY, CA 92284 |
| KAYCEE LLC | 1295 KELLY JOHNSON BLVD,SUITE 230,ATTN: TONI BARRETT, COLORADO SPRINGS, CO |

CREDITOR LISTING

| Claim Name | Address Information |
|---|---|
| KAYCEE LLC | 80920 |
| KELLER WILLIAMS | ATTN: MINDY DEMAIN,9355 E STOCKTON BLVD, ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY,SUITE 530, LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD,SUITE 200, LOS ANGELES, CA 90064 |
| KILROY REALTY, LP AND KILROY | REALTY CORPORATION,111 PACIFICA, SUITE 300, IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC.,15 NE 3RD STREET, GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE,ATTN: DANIEL NGUYEN, LAGUNA HILLS, CA 92653 |
| LAKELAND MORTGAGE CORPORATION | 8300 NORMANDALE CENTER DRIVE,SUITE 240, BLOOMINGTON, MN 55437 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET,SUITE 4B, HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC.,825 N.E. MULTNOMAH, #1275, PORTLAND, OR 97232 |
| LOCKBOX 203494, | OHIO PUBLIC EMPLOYEES RETIREMENT SERVICE,21 WATERWAY HOLDINGS,PO BOX 203494, HOUSTON, TX 77216-3494 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC.,3301 LONG PRAIRIE ROAD, SUITE 126,ATTN: DAVID MARKS, FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE,SUITE 316, CLEARFIELD, UT 84015 |
| MERCHANT DEVELOPMENT, LLC | C/O GREAT LAKES MANAGEMENT COMPANY,1907 EAST WAYZATA BOULEVARD,SUITE 110, WAYZATA, MN 55391 |
| NURSEFINDERS, INC | 1701 E LAMAR,SUITE 640,ATTN: CYNTHIA GREENWELL, ARLINGTION, TX 76006 |
| NURSEFINDERS, INC. | 1701 E. LAMAR, SUITE 200,ATTN: CINDY GREENWELL, ARLINGTION, TX 76006 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT,343 EAST 500 SOUTH, SALT LAKE CITY, UT 84111 |
| PACIFIC GAURDIAN CENTER | C/O GROSVENOR CENTER ASSOC.,737 BISHOP ST. / SUITE 2775,ATTN: GARY COOK, CARMALITA, HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY,SUITE 236, SAN RAMON, CA 94583 |
| PAVILION COURT | C/O ROSWELL & COMPANY,P.O. BOX 1796,ATTN: KIRSTEN RIDILLA, BOULDER, CO 80306 |
| PB ADAMS, LLC | 7119 INDIANA AVENUE,, RIVERSIDE, CA 92504 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE,STE 300, LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST,, HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER | LIMITED PARTNERSHIP,3065 S. JONES, SUITE 201, LAS VEGAS, NV 89146 |
| RAM INTERNATIONAL I, L.L.C. | 10013-59TH AVE. SW,, LAKEWOOD, WA 98499 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER,19961 CHAIN LAKE ROAD, SUITE 149,, MONROE, WA 98272 |
| RED SKY PROPERTIES, LLC | ATTN: LYNN WRIGHT,800 HARTWOOD LANE #18, DAYFIELD, CO 81122 |
| REMAX REAL ESTATE GROUP | (GODWIN REALTY),6600 UNIVERSITY,ATTN: MARY GODWIN, DES MOINES, IA 50311-1693 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE,SUITE 900, IRVINE, CA 92618 |
| RINGSTONE PARNTERS, LLC | P.O. BOX 160897,, BIG SKY, MT 59716 |
| SHORENSTEIN REALTY SERVICES | ONE SW COLUMBIA ST. SUITE 300,, PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE,SUITE 475, TORRANCE, CA 90505 |
| SOUTHWEST PLAZA LLC | SDS 12-1605,PO BOX 86, MINNEAPOLIS, MN 55486-1605 |
| SYLVAN S. SHULMAN COMPANY | -KIRKLAND, L.L.C.,401 PARKPLACE, SUITE 105, KIRKLAND, WA 98033 |
| TALAVI ASSOCIATES LLC AN ARIZONA | LIMITED LIABILITY COMPANY,3838 NORTH CENTRAL AVENUE, STE 1500,ATTN: TRICIA DEVITO, PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET,SUITE 350, IRVINE, CA 92614 |
| THE REALTY ASSOC. FUND VIII, L.P. | P.O. BOX 223528,ATTN: SUSAN, PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | JENNIFER HOLTRY,SILVERHAW REALTY,1201 SOUTH KIMBALL, CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST - (SPOC) | SDS-12-2642,PO BOX 86, MINNEAPOLIS, MN 55486-2642 |
| VANCOUVERCENTER DEVELOPMENT LLC | 17355 S.W. BOONES FERRY ROAD,, LAKE OSWEGO, OR 97035 |
| VINTAGE PARK, LLC | C/O CITADEL EQUITIES GROUP,1508 EUREKA ROAD, SUITE 130, ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE,ATTN: STAN TAGIKAWA, HONOLULU, HI 96822 |
| WEISS REALTY MANAGEMENT | 730 NORTH POAST OAK ROAD,SUITE 330, HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRICE,SUITE 3, BOZEMAN, MT 59715 |

CREDITOR LISTING

| Claim Name | Address Information |
|---|---|
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY,SUITE 303, WEST DES MOINES, IA 50266 |

**Total Creditor Count 89**

CREDITOR LISTING

| Claim Name | Address Information |
|---|---|
| 2ND METROPOLITAN | DANIEL JACOBS, CEO,, |
| 5 MILE CAPITAL | JOSEPH PISCINA,THREE STAMFORD PLAZA,301 TRESSER BLVD., 9TH FLOOR, STAMFORD, CT 06901 |
| ALLIED MORTGAGE GROUP | HOWARD KAYE,SVP REVERSE MTG. DIVISION,7 BALA AVENUE, STE. 108, BALA CYNWYD, PA 19004 |
| AMERICAN HOME | BOB SWEENEY, ABC - SENIOR BROKER,DEVELOPMENT MANAGER, |
| AMERICAN HOME | SHANNON SHANNON, REVERSE,MORTGAGE BRANCH MANAGER, |
| AMERICAN HOME | AL ANTUZZI, LO,, |
| AMERICAN HOME | AUDREY ANDREWS, BRANCH MANAGER,, |
| AMERICAN HOME | BILL BENT, BRANCH MANAGER,, |
| AMERICAN HOME | BRUCE MEYERS, BRANCH MANAGER,, |
| AMERICAN HOME | CHRIS SCHALLER, BRANCH MANAGER,, |
| AMERICAN HOME | JIM FEELY, MANAGER / LO,, |
| AMERICAN HOME | JOHN MANGLARDI, DISTRICT MANAGER,, |
| AMERICAN HOME | MIKE KELLY, BRANCH MANAGER,, |
| AMERICAN HOME | MIKE LEWIS, BRANCH MANAGER,, |
| AMERICAN HOME | PATRICK SHOEN, VP BRANCH MANAGER,, |
| AMERICAN HOME | RICHARD KEPLER, BRANCH MANAGER,, |
| ANNALY | MICHAEL A.J. FARRELL, CHAIRMAN,CEO AND PRESIDENT,1211 AVE OF THE AMERICAS STE 2902, NEW YORK, NY 10036 |
| ASCENT HOME LOANS | JASON DOZOIS,6465 S. GREENWOOD PLAZA BLVD,., STE. 800, ENGLEWOOD, CO 80111 |
| BLACKSTONE | MATT KABAKER, PRINCIPAL,345 PARK AVENUE, NEW YORK, NY 10154 |
| BUCK-KENNETT ASSOCIATES | RICHARD KELLER, OWNER,3711 KENNETT PIKE, WILMINGTON, DE 19807 |
| CB RICHARD ELLIS | RICHARD KARSON,11150 SANTA MONICA BLVD., STE. 1600, LOS ANGELES, CA 90025 |
| CERBERUS | HOOTAN YAGHOOBZADEH,SENIOR VICE PRESIDENT,299 PARK AVE, NEW YORK, NY 10171 |
| CITIMORTGAGE | CARL E. LEVINSON, CEO,12855 NORTH OUTER FORTY DRIVE, SAINT LOUIS, MO 63141 |
| COUNTRYWIDE | TRACE MCKAY,4500 PARK GRANADA, MS CH-18, CALABASSAS, CA 91302-1613 |
| COUNTRYWIDE | CHRIS DALLAS,4500 PARK GRANADA, MS CH-18, CALABASAS, CA 91302-1613 |
| COUNTRYWIDE | BARRY L. PYLE, MANAGING DIRECTOR,4500 PARK GRANADA, MS CH-18, CALABASAS, CA 91320-1613 |
| EAST BIDWELL FOLSOM PARTNERS,LLC; | KNAGGS & LIV E BIDWELL MACKEY 814,VINCENT DUPAVILLON, VP,1107 9TH ST., 7TH FLOOR, SACRAMENTO, CA 95814 |
| EVERBANK | W. BLAKE WILSON,8100 NATIONS WAY, JACKSONVILLE, FL 32256 |
| F&T MORTGAGE | DANA LUCAS / R. FIALLO,7000 WISCONSIN AVENUE, CHEVY CHASE, MD 20815 |
| FIFTH THIRD BANK,JIM HENSLEY, VP | WHOLESALE DIVISIONS SALES MANAGER,FIFTH THIRD CENTER,38 FOUNTAIN SQUARE PL, 13TH FL, CINCINNATI, OH 45263 |
| FIRST MAGNUS FINANCIAL CORP | TAIB DEDIC,603 N. WILMOT, TUSCON, AZ 85711 |
| FLAGSTAR BANK | JENNIFER BARBAS,5151 CORPORATE DR., TROY, MI 48098 |
| GLOBAL DIRECT SALES | SCOTT NASH,7824 CESSNA AVE., GAITHERSBURG, MD 20879 |
| GMAC MORTGAGE | CHUCK HIERDAHL,45 EISENHOWER DR., 2ND FL., PARAMUS, NJ 07652 |
| GMAC MORTGAGE | VEONDA GARDNER,45 EISENHOWER DR., 2ND FL., PARAMUS, NJ 07652 |
| GOLDMAN SACHS | JIM KILMAN,85 BROAD ST., NEW YORK, NY 01004 |
| HOMELOAN USA CORPORATION | JEFF ARNOLD, VP,2591 DALLAS PARKWAY, STE. 401, FRISCO, TX 75034 |
| INDYMAC | ASHWIN ADARKAR,155 NORTH LAKE AVE., PASADENA, CA 91101 |
| JC FLOWERS | DAVID SCHAMIS,717 FIFTH AVE., 26TH FL, NEW YORK, NY 10022 |
| JC FLOWERS | MARK WINKELMAN,717 FIFTH AVE., 26TH FL, NEW YORK, NY 10022 |
| JP MORGAN CHASE | MIKE RAMPULLA, VP,270 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| JP MORGAN CHASE | BRIAN BERNARD,270 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10017 |
| NEW WORLD MORTGAGE | RANDY THOMPSON,27455 TIERRA ALTA WAY STE B, TEMECULA, CA 92590 |
| PACIFIC REALTY | KATHY MINKS, PROPERTY MANAGER,880 N ST., STE. 303, ANCHORAGE, AK 99508 |

| Claim Name | Address Information |
|---|---|
| PARK TOWNE CORPORATION | MICHAEL J. RING, DIRECTOR OF REAL,ESTATE SERVICES,402 GAMMON PLACE, STE. 300, MADISON, WI 53719 |
| PLATINUM EQUITIES | ROGER HOUSE, PRINCIPAL,360 NORTH CRESCENT DR.,, BEVERLY HILLS, CA 90210 |
| POTOMAC MORTAGE CAPITAL, INC. | ROB MUSSEMAN, PRESIDENT & CEO,585 GROVE ST. STE. 350, HERNDON, VA 20170 |
| PROSPECT MORTGAGE | MARK FILLER,630 DUNDEE RD., STE 340, NORTHBROOK, IL 60062 |
| RESMAE | JACK MAYESH, CO-CEO,6 POINTE DR., BREA, CA 92821 |
| ROSS MORTGAGE | TIM ROSS,27862 N. WOODWARD AVE., ROYAL OAK, MI 48067 |
| ROSS MORTGAGE | KENNETH DARYL ROWLAND,/ CHRISTINA HALE,27862 N. WOODWARD AVE., ROYAL OAK, MI 48067 |
| SUN CAPITAL | ROGER KROUSE, CO-CEO AND CO-FOUNDER,5200 TOWN CENTER CIRCLE, STE. 470, BOCA RATON, FL 33486 |
| SUN CAPITAL | MARC LEDER, CO-CEO AND CO-FOUNDER,5200 TOWN CENTER CIRCLE, STE. 470, BOCA RATON, FL 33486 |
| SUNTRUST | KYLE GRAY,901 SEMMES AVE., RICHMOND, VA 23224 |
| SUNTRUST | RICHARD BLUMBERG,901 SEMMES AVE., RICHMOND, VA 23224 |
| SUNTRUST, ARTHUR ALLEN | ROB PARDON, SVP,WHOLESALE DEPT,CORP REAL ESTATE MANAGEMENT,901 SEMMES AVE., RICHMOND, VA 23224 |
| US MORTGAGE CORP. | MICHAEL J. MCGRATH, PRESIDENT & CEO,19D CHAPIN RD., PINE BROOK, NJ 07058 |
| WACHOVIA | HELEN WESSLING, MANAGING DIRECTOR,ONE SOUTH BROAD STREET, 8TH FLOOR, PHILADELPHIA, PA 19107 |
| WARBURG PINCUS | SEAN CARNEY, MANAGING DIRECTOR,466 LEXINGTON AVE., NEW YORK, NY 10017 |
| WELLS FARGO | RICHARD KOVACEVICH, PRESIDENT & CEO,6TH & MARQUETTE, MINNEAPOLIS, MN 55479 |
| WEST STAR MORTGAGE | GLEN PHILLIPS,NET BRANCH COORDINATOR,3350 COMMISSION COURT, WOODBRIDGE, VA 22192 |

**Total Creditor Count 61**

AAK, LLC
Abrams Development Group, Inc.
5850 Waterloo Rd., Suite 230
Columbia, MD 21045

St. Andrews Place, LLC
c/o JDH Development
906 Louisiana Ave.
Charlotte, NC 28204

Guardian Realty Management, Inc.
6000 Executive Blvd
Suite 400
North Bethesda, MD 20852-3847

JenMo, LLC
c/o Red Rocks, LLC
P.O. Box 23164
Hilton Head Island, SC 29925

RGN - South Florida
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

Charlotte D. Harrell, LLC
2000 Sam Rittenberg Blvd
Suite 124
Charleston, SC 29407

Bridon Realty Company, LLC
254 S. Main Street
Suite 104
New City, NY 10956

Watterson & Zappolo, P.A.
4100 RCA Boulevard
Suite 100
Palm Beach Gardens, FL 33410

Inland Southeast Property Management Corp.
4770 Paysphere Circle
Chicago, IL 60674

Glenwood Place Ventures
P.O. Box 601162
Charlotte, NC 28260-1162

Highwoods Properties, Inc., Trustee: attn. Lease Administrator
3111 W Dr. Martin Luther King Jr Blvd
Suite 300
Tampa, FL 33607

American Comm. Realty Corp.
c/o Southpark Centre
4400 PGA Blvd, Suite #305
Palm Beach, FL 33410

SRI Miami Venture, LP c/o Principal Real Estate Investors, Equities - Eastern Regional
801 Grand Avenue
Des Moines, IA 50293-1370

The Byron Company
25 Southmoor Drive
St. Louis, MO 63105

McLain Partners II
11116 South Towne Square
Suite 300
St. Louis, MO 63123

The Realty Assoc. Fund VIII, L.P.
P.O. Box 223528
Pittsburgh, PA 15251-2528

SLO, LLC
4621 Ponce De Leon Blvd
4S Products Building
Coral Gables , FL 33134