IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE                                                    :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                           :
                                                                          :    Jointly Administered
              Debtors.                                                    :
------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 27 day of September 2007 she caused a copy of the following document(s):

Contracts Excluded from (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 979]

To be served on the parties listed on the attached service list.

                                                                              /s/ Debbie Laskin
                                                                              Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 28th day of September 2007

                                                                             /s/ Angela M. Colson
                                                                             Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

# SERVICE LIST
## 9/27/2007

ABN AMRO Bank
Attn: Therese Gremley
540 West Madison Street- 27th Fl
Chicago, IL 60661
*Federal Express*

Amsterdam Funding Corp
Attn: Kevin Hayes
540 West Madison Street, 27th Fl.
Chicago, IL 60661
*Federal Express*

Bank of America, N.A.
Attn: Eric Sadow
101 S. Tyron Street, 29st Fl.
Charlotte, NC 28255
*Federal Express*

Barclays Bank
Attn: Michael Dryden
200 Park Avenue
New York, NY 10166
*Federal Express*

Barton Capital LLC
ATTN: Douglas Johnson
Barton Capital LLC
6525 Morrison Blvd., Suite 318
Charlotte, NC 28211
*Federal Express*

ABN AMRO Bank
Attn: Kevin Haynes
540 West Madison Street- 27th Fl
Chicago, IL 60661
*Federal Express*

Bank of America, N.A.
Hearst Tower
Attn: Officer, Manager or General Agent
214 North Tyron Street, 21st Fl.
Charlotte, NC 28255
*Federal Express*

Barclays Bank
Attn: Glenn Pearson
200 Cedar Knolls Road
Whippany, NJ 07981
*Federal Express*

Barton Capital
Attn: Officer, General or Managing Agent
c/o AMACAR Group
6525 Morrison Blvd., Suite 318
Charlotte, NC 28211
*Federal Express*

Bear Stearns
ATTN: Eileen Albus
383 Madison Avenue
New York, NY 10179
*Federal Express*

**SERVICE LIST**
**9/27/2007**

Bear Stearns
ATTN: Mary Haggerty
383 Madison Avenue
New York, NY 10179
*Federal Express*

Bear Stearns Bank
Attn: Jerome Schneider/Patrick Phelan
Block 9, Harcourt Centre
Charlotte Way
Dublin 2, Ireland
*Federal Express (International)*

BNP Paribas
Attn: Officer, General or Managing Agent
787 Seventh Avenue, 7th Fl
New York, NY 10019
*Federal Express*

Calyon New York Branch
Attn: Liquid Assets Securitization
Calyon Bldg.
1301 Avenue of the Americans
New York, NY 10019
*Federal Express*

Citibank N.A.
Attn: Structured Finance Agency and Trust
388 Greenwich Street, 14th Fl
New York, NY 10013
*Federal Express*

Citigroup Global Markets
Attn:Peter Steinmetz
390 Greenwich Street, 6th Fl
New York, NY 10013
*Federal Express*

CitiMortgage Mortgage Inc.
ATTN: Master Servicing Division, Compliance Manager
4000 Regent Blvd
Irving, TX 75063
*Federal Express*

CSFB Mortgage Capital
Attn: William Sachelari
302 Carnegie Center 2nd Fl.
Princeton, NJ 08540
*Federal Express*

CSFB Mortgage Capital
Attn: Gary Timmerman
302 Carnegie Center 2nd Fl.
Princeton, NJ 08540
*Federal Express*

CSFB Mortgage Capital
Attn: Legal Dept.
c/o Credit Suisse Securities
Eleven Madison Avenue, 4th Fl
New York, NY 10010
*Federal Express*

## SERVICE LIST
## 9/27/2007

Deutsche Bank National Trust Co.
ATTN: Trust Administration
1761 East St. Andrew Place
Santa Ana, CA 92705
*Federal Express*

DLJ Mortgage Capital
Attn: Bruce Kaiserman
c/o Credit Suisse Securities
Eleven Madison Avenue, 4th Fl
New York, NY 10010
*Federal Express*

Freddie Mac
Attn: Officer, Manager or General Agent
1410 Springhill Road, Suite 600
McLean, VA 22102
(Freddie Mac)
*Federal Express*

Greenwich Capital Financial Prod.
ATTN: David Katze
600 Steamboat Road
Greenwich, CT 06830
*Federal Express*

Impac Funding Corp
Attn: Client Administration
1401 Dove Street, Suite 100
Newport Beach, CA 92660
*Federal Express*

DLJ Mortgage Capital
Attn: General Counsel
c/o Credit Suisse Securities
One Madison Avenue, 4th Fl
New York, NY 10010
*Federal Express*

EMC Mortgage Corporation
ATTN: Ralene Ruyle
909 Hidden RIdge Drive, Suite 200
Irving, TX 75038
*Federal Express*

GinneMae
Attn: Officer, Manager or General Agent
451 7th Street, SW Room B-133
Washington, DC 20410
*Federal Express*

HSBC Bank USA
ATTN: Jay Kilpatrick
452 Fifth Avenue
New York, NY 10018
*Federal Express*

IndyMac Bank
Attn: Officer, General or Managing Agent
3465 Dove Street, Suite 100
Pasadena, CA 91107
*Federal Express*

## SERVICE LIST
### 9/27/2007

IXIS Real Estate Capital
Attn: Ray Sullivan
9 West 57th St.
New York, NY 10019
*Federal Express*

IXIS Real Estate Capital
Attn: Micheal Freidman
9 West 57th St.
New York, NY 10019
*Federal Express*

JP Morgan Chase Bank
Attn: Julie Lowery
707 Travis 6th Fl.
Houston, TX 77252
*Federal Express*

JP Morgan Chase Bank
Attn: Thanh Roettele
707 Travis 6th Fl.
Houston, TX 77252
*Federal Express*

JPMorgan Chase
Attn: Bruce Friedman
194 Wood Avenue South, Floor 3
Iselin, NJ 08830
*Federal Express*

IXIS Real Estate Capital
Attn: Al Zakes, Esq.
9 West 57th St.
New York, NY 10019
*Federal Express*

JP Morgan Chase Bank
Attn: Officer, General or Managing Agent
121 South Dearborn
Chicago, IL 60603
*Federal Express*

JP Morgan Chase Bank
Attn: Bea Delgado
1111 Fannin,, 12th Fl.
Houston, TX 77002
*Federal Express*

JPMorgan Chase
Attn: Annette Marsula
4 New York Plaza, 6th Fl
New York, NY 10004
*Federal Express*

JPMorgan Mortgage Acquisition Corp.
Attn: Matthew Wong
270 Park Avenue, 6th Fl.
New York, NY 10017
*Federal Express*

# SERVICE LIST
## 9/27/2007

JPMorgan Mortgage Acquisition Corp.
Attn: J.P. Morgan Alternative Loan Trust 2007-S1
270 Park Avenue, 6th Fl.
New York, NY 10017
*Federal Express*

Liquid Funding
Attn: Corporate Secretary
Canon's Court, 22 Victoria Street
Hamiton HM 12, Bermuda
*Federal Express (International)*

Merrill Lynch Mortgage Lending, Inc.
ATTN: Diane Alexander
4 World Financial Center
New York, NY 10080
*Federal Express*

Morgan Stanley RFPG
Attn: Scott Samlin
1585 Broadway, 10th Fl
New York, NY 10036
*Federal Express*

Mortgage Asset Securitization
ATTN: Legal Dept.- Officer, General or Managing Agent
1285 Avenue of the Americas
New York, NY 10019
*Federal Express*

La Fayette Asset Securitization LLC
Attn: Liquid Assets Securitization
c/o Calyon Bldg
1301 Avenue of the Americas
New York, NY 10019
*Federal Express*

Lloyds TSB Bank
Attn: Michelle White
1251 Avenue of the Americas
New York, NY 10020
*Federal Express*

Morgan Stanley Mortgage Capital
Attn: Peter Woroniecki
1221 Avenue of the Americas, 27th Fl
New York, NY 10020
*Federal Express*

Morgan Stanley Servicing Oversight
Attn: Jeff Williams
5002 T-Rex Avenue, Suite 300
Boca Raton, FL 33431
*Federal Express*

Park Avenue Receivables Co
Attn: Officer, General or Managing Agent
131 South Dearborn
Chicago, IL 60603
*Federal Express*

## SERVICE LIST
## 9/27/2007

Societe Generale
Attn: Officer, General or Managing Agent
1221 Avenue of the Americas
New York, NY 10020
*Federal Express*

Starbird Funding Corp
Attn: Officer, General or Managing Agent
c/o J.H. Management Corp
One International Place, Room 3218
Boston, MA 02110
*Federal Express*

SunTrust Asset Funding
Attn: Tony Atkins
303 Peachtree Street, 23rd Fl
Atlanta, GA 30308
*Federal Express*

SunTrust Banks
Attn: Woodruff Polk
303 Peachtree Street, 23rd Fl
Atlanta, GA 30308
*Federal Express*

Sutton Funding
Attn: Mary Logan
c/o Barclays Bank
200 Park Avenue
New York, NY 10166
*Federal Express*

U.S. Bank National Asso.
Attn: J.P. Morgan Alternative Loan Trust 2007-S1
60 Livingston Avenue
St. Paul, MN 55107
*Federal Express*

UBS Real Estate Securities, Inc.
ATTN: General Counsel
1285 Avenue of the Americas
New York, NY 10019
*Federal Express*

UBS Real Estate Securities, Inc.
ATTN: Eileen Lindblom
1285 Avenue of the Americas
New York, NY 10019
*Federal Express*

Wells Fargo Bank
ATTN: Client Manager- DBALT 2007-1
9062 Old Annapolis Road
Columbia, MD 21045
*Federal Express*