IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------  x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                               :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                     :
                                                                    :    Jointly  Administered
                                                                    :
                        Debtors.                                    :
------------------------------------------------------------------  x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS
NEW CASTLE COUNTY        )

        Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 27 day of September 2007 she caused a copy of the following document(s):

Agenda of Matters Scheduled for Hearing on October 1, 2007 [Docket No. 963]

To be served on the parties listed on the attached service list.

_Debbie Laskin_
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 28 th day of September 2007

_Angela M Colson_
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

DB02:6163664.3

066585.1001

**SERVICE LIST**
**9/27/2007**

George Hart
4541 Patrick Dr.
Kennesaw, GA 30114
***Federal Express***

Sean D. Malloy, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite2100
Clevveland, OH 44140
(Certain Participants of Non-Qualified Deferred
Comp Plan)
***Federal Express***

James H. Shenwick
Shenwick & Asso.
655 Third Avenue, 20th Fl.
New York, NY 10017
(Valerie Scruggs)
***Federal Express***

Gail Thakarar
2 Fenbrook Drive
Larchmont, NY 10538
***Federal Express***

Mark James
2911 Pacific Heights Road
Honolulu, HA 96813
***Federal Express***

Garvan McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
PO Box 2165
Wilmington, DE 19801
(Valerie Scruggs)
***Federal Express***

Patricia Shepherd
9 E. Willow Ave.
Phoenix, AZ 85022
***Federal Express***