**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/24/07 at 4:00 p.m. |
| | : | Hearing Date: 10/01/07 at 10:00 a.m. |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO THIRD MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES AND EQUIPMENT (D.I. 742)**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Third Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 742) and respectfully says:

**INTRODUCTION**

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On September 13, 2007 the Debtors filed its Third Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to

Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 742).

## BACKGROUND

3. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

4. Attached hereto as Exhibit A is a spreadsheet summarizing Banc of America Leasing & Capital, LLC's lease accounts with Debtor by location.

5. In its Rejection Motion, the Debtor seeks to reject certain unexpired equipment leases identified on Exhibit B to the Motion and abandon any property, including equipment leases, remaining at the premises identified on Exhibit A to the Motion

### Summary of Objection

6. The Rejection Motion does not describe with particularity the equipment that is subject to the rejection and, in particular, the equipment owned by Banc of America Leasing & Capital, LLC that is subject to the rejection but only lists physical addresses.

7. Banc of America Leasing & Capital, LLC's records indicate the last known location of the equipment; however, it is concerned that some of the leased equipment may have been relocated without its knowledge. Debtors' rejection of equipment by location rather than a more specific description does not take into account the possibility that the equipment's actual location may differ from that contained on the leases and Banc of America Leasing & Capital, LLC's records.

8. Banc of America Leasing & Capital, LLC has attempted to reconcile its equipment lease records with the locations provided by debtors' counsel; however, at least 50 equipment leases are unaccounted for.

9. Banc of America Leasing & Capital, LLC requests that the Debtors provide it with a more detailed description of the leased equipment being rejected and abandoned.

10. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order denying the relief requested in the Rejection Motion as to the leased equipment owned by Banc of America Leasing & Capital, LLC. and requiring the Debtors to provide specific information as to the Banc of America Leasing & Capital, LLC lease agreements that it seeks to reject.

Dated: Wilmington, Delaware
       September 28, 2007       /s/ *John R. Weaver Jr.*

                                      John R. Weaver, Jr. (No. 911)
                                      FARR, BURKE, GAMBACORTA & WRIGHT
                                      A Professional Corporation
                                      831 North Tatnall Street, Suite 200
                                      Wilmington, Delaware 19801
                                      (302) 428-1077
                                      Attorneys for Banc of America Leasing & Capital, LLC

EXHIBIT A

| CONTRACT NO. | EQUIP ADDRESS | EQUIP ADDRESS | EQUIP CITY | ST | ZIP |
|---|---|---|---|---|---|
| 004-2244070-000 | 1400 W BENSON | | ANCHORAGE | AK | 99503 |
| 004-2200306-000 | 1929 HOOVER CT | SUITE 315 | HOOVER | AL | 35226 |
| 004-2222298-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2222300-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2190847-000 | 8700 E VISTA BONITA | | SCOTTSDALE | AZ | 85255 |
| 004-2182425-000 | 2390 E ORANGEWOOD AVE | | ANAHEIM | CA | 92806 |
| 004-2186236-000 | 51 E CAMPBELL AVE STE 170 | | CAMPBELL | CA | 95008 |
| 004-2188190-000 | 1777 CENTER COURT DR STE 125 | | CERRITOS | CA | 90703 |
| 004-2190844-000 | 1390 WILLOW PASS RD | STE 530 | CONCORD | CA | 94520 |
| 004-2182428-000 | 1250 CORONIA POINTE | STE 300 | CORONA | CA | 92879 |
| 004-2186931-000 | 111 PACIFICA DR STE 305 | | IRVINE | CA | 92618 |
| 004-2182424-000 | 300 E STATE ST 240 | STE 105 | REDLANDS | CA | 92373 |
| 004-2188189-000 | 2944 HILLTOP RD | | RICHMOND | CA | 94806 |
| 004-2192938-000 | 2 SALINAS ST | | SALINAS | CA | 93915 |
| 004-2182427-000 | 79 N. WASHINGTON STREET | COST CENTER #346 | SONORA | CA | 95370 |
| 004-2222295-000 | 1307 FRANKLIN RD | | YUBA CITY | CA | 95991 |
| 004-2190843-000 | 3033 S. PARKER ROAD | Suite 450 cost center # 3300 | AURORA | CO | 80015 |
| 004-2163498-000 | 5975 GREENWOOD PLAZA BLVD 106 | | GREENWOOD VILLAGE | CO | 80111 |
| 004-2201975-000 | 8177 W GLADES RD | | BOCA RATON | FL | 33434 |
| 404-2162830-000 | 27499 RIVERVIEW CENTER BLVD | STORE 25 1ST FL | BONITA SPRINGS | FL | 34134 |
| 404-2207407-000 | 1201 N UNIVERSITY DR | SUITE 1275 | CORAL SPRINGS | FL | 33071 |
| 004-2152044-000 | 1625 S CONGRESS 2ND FLOOR | | DELRAY BEACH | FL | 33445 |
| 404-2193197-000 | 1625 S CONGRESS | 1ST FLOOR | DELRAY BEACH | FL | 33445 |
| 004-2214534-000 | 1112 NW 76TH BLVD STE 9A | | GAINESVILLE | FL | 32606 |
| 004-2195350-000 | 1209 MAIN ST STE 106 | | JUPITER | FL | 33458 |
| 004-2177981-000 | 24430 STATE RD 54 | | LUTZ | FL | 33559 |
| 004-2171738-000 | 1060 MAITLAND CENTER COMMONS | STE 230 | MAITLAND | FL | 32751 |
| 004-2189131-000 | 127 51 S DIXIE HWY | | MIAMI | FL | 33156 |
| 404-2155227-000 | 7575 DR PHILLIPS BLVD | STE 365 | ORLANDO | FL | 32819 |
| 404-2150708-000 | 330 W 23RD ST STE F | | PANAMA CITY | FL | 32405 |
| 004-2146715-000 | 801 S UNIVERSITY DR | STE A139 | PLANTATION | FL | 33324 |
| 004-2191436-000 | 303 SE 17TH STREET | SUITE 302 | SAINT AUGUSTINE | FL | 32084 |
| 004-2191110-000 | 4150 MARINIER BLVD | | SPRING HILL | FL | 34609 |
| 004-2213429-000 | 1560 SAWGRASS CORP PKWY | 4TH FLOOR | SUNRISE | FL | 33323 |

| Account | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2188929-000 | 2805 W BUSCH BLVD | | TAMPA | FL | 33618 |
| 004-2202523-000 | 1701 A1A SUITE 304 | | VERO BEACH | FL | 32963 |
| 004-2228640-000 | 10600 FOREST HILLS BLVD | | WELLINGTON | FL | 33414 |
| 004-2186349-000 | 480 N ORLANDO AVE STE 232 | | WINTER PARK | FL | 32789 |
| 004-2186716-000 | 2100 RIVEREDGE PKWY STE 1200 | | ATLANTA | GA | 30328 |
| 004-2185754-000 | 2100 RIVEREDGE PARKWAY STE 120 | | ATLANTA | GA | 30328 |
| 004-2147025-000 | 57 EXECUTIVE PARK SOUTH STE 190 | | ATLANTA | GA | 30329 |
| 004-2194305-000 | 1529 B PIEDMONT AVE | | ATLANTA | GA | 30324 |
| 004-2185753-000 | 285 ELM ST STE 301 | | CUMMING | GA | 30040 |
| 004-2185751-000 | 3175 SATELLITE BLVD | | DULUTH | GA | 30096 |
| 004-2195121-000 | 500 COLONIAL CENTER PARKWAY | | ROSWELL | GA | 30076 |
| 004-2200790-000 | 100 CRESCENT CENTRE PARKWAY STE 160 | | TUCKER | GA | 30084 |
| 004-2144182-000 | 2403 HARNISH DRIVE | | ALGONQUIN | IL | 60102 |
| 004-2192962-000 | 1704 S NEIL STREET | | CHAMPAIGN | IL | 61820 |
| 004-2133888-000 | 939 N WORTH AVE | | CHICAGO | IL | 60610 |
| 004-2161992-000 | 112 S YORK ROAD | | ELMHURST | IL | 60126 |
| 404-2161992-000 | 112 S YORK ROAD | | ELMHURST | IL | 60126 |
| 004-2128328-000 | 915 W 178TH ST STE #3W | | HOMEWOOD | IL | 60430 |
| 004-2128328-000 | 1717 N NAPER BLVD STE 102 | | HOMEWOOD | IL | 60563 |
| 004-2128328-000 | 950 N ELMHURST RD | | HOMEWOOD | IL | 60056 |
| 004-2128328-000 | 246 JANATA STE 220 | | HOMEWOOD | IL | 60148 |
| 004-2222296-000 | 765 ELA ROAD | | LAKE ZURICH | IL | 60047 |
| 004-2218912-000 | 246 E JANATA BLVD SUITE 220 SUITE 100 | | LOMBARD | IL | 60148 |
| 404-2153923-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196165-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196386-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196383-000 | 950 NORTH ELMHURST ROAD SUITE 305 | | MOUNT PROSPECT | IL | 60056 |
| 004-2196166-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2210904-000 | 950 N ELMHURST RD | | MOUNT PROSPECT | IL | 60056 |
| 004-2218224-000 | CONTRACT ADJUSTMENT | | MOUNT PROSPECT | IL | 60056 |
| 004-2118224-000 | 246 JANATA BLVD STE 200 | | MOUNT PROSPECT | IL | 60148 |
| 004-2118224-000 | 915 W 175TH ST STE 300 | | MOUNT PROSPECT | IL | 60430 |
| 004-2196167-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2184747-000 | 950 NORTH ELMHURST ROAD SUITE 305 | | MOUNT PROSPECT | IL | 60056 |
| 004-2196385-000 | 1245 E DIEHL ROAD | | NAPERVILLE | IL | 60563 |
| 004-2160092-000 | 1245 E DIEHL RD STE 305 SUITE 305 | | NAPERVILLE | IL | 60563 |
| 004-2196694-000 | 1245 E DIEHL ROAD | | NAPERVILLE | IL | 60563 |

| Account | Address | Suite/Info | City | State | Zip |
|---|---|---|---|---|---|
| 004-2201905-000 | 6417 W 127TH STREET | | PALOS HEIGHTS | IL | 60463 |
| 004-2204952-000 | 23003 W LINCOLN HWY | | PLAINFIELD | IL | 60544 |
| 004-2287340-000 | 5215 OLD ORCHARD RD STE 410 | | SKOKIE | IL | 60077 |
| 004-2144181-000 | 11348 METCALF | | OVERLAND PARK | KS | 66213 |
| 004-2175312-000 | 12980 METCALF SUITE 150 | | OVERLAND PARK | KS | 66212 |
| 004-2200802-000 | 800 EAST HIGH ST STE A | | LEXINGTON | KY | 40502 |
| 404-2150705-000 | 4010 DUPONT CIRCLE STE 700 | | LOUISVILLE | KY | 40207 |
| 004-2227002-000 | 810 CM FAGAN DR STE B | | HAMMOND | LA | 70403 |
| 004-2129045-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2215299-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2181247-000 | 67 Hynt Street, Suite 113 | | AGAWAM | MA | 1001 |
| 404-2150704-000 | 153 LOVELLS LANE | | MARSTONS MILLS | MA | 2648 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2207563-000 | 116 DEFENSE HWY | | ANNAPOLIS | MD | 21401 |
| 004-2155226-000 | 3 BETHESDA METRO CENTER | STE 301 | BETHESDA | MD | 20814 |
| 004-2172014-000 | COST CENTR #515 | | GAITHERSBURG | MD | 20877 |
| 004-2213266-000 | 10451 MILL RUN CIRCLE | | OWINGS MILLS | MD | 21117 |
| 004-2186348-000 | ONE CANAL PLAZA 7TH FL | | PORTLAND | ME | 4101 |
| 004-2220781-000 | 3526 W LIBERTY STE 200 | | ANN ARBOR | MI | 48103 |
| 004-2281359-000 | 33481 W 14 MILE RD | | FARMINGTON HILLS | MI | 48331 |
| 004-2220543-000 | 1600 W 182ND ST | | BLOOMINGTON | MN | 55431 |
| 004-2211338-000 | 107 HAZEL TINE BLVD STE 500 | STE 110 | CHASKA | MN | 55318 |
| 004-1291812-000 | 3001 HENNEPIN AVENUE | | MINNEAPOLIS | MN | 55408 |
| 004-2190824-000 | 4740 WHITE BEAR PKWY STE 103 | | WHITE BEAR LAKE | MN | 55110 |
| 004-2207781-000 | 125 FLOYD SMITH DRIVE STE 190 | | CHARLOTTE | NC | 28262 |
| 004-2281359-000 | 6230 FAIRVIEW RD | SUITE 100 | CHARLOTTE | NC | 28210 |
| 004-2235457-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 404-2154251-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 004-2177982-000 | 481 N. FREDERICK AVE., STE 420 | SUITE 330 | RALEIGH | NC | 27609 |
| 404-2154485-000 | 4700 HOMEWOOD | | CHESTER | NJ | 7930 |
| 002-2188114-000 | 1 MILL RIDGE LANE | | EATONTOWN | NJ | 7724 |
| 004-2200621-000 | 2-12 CORBETT WAY | | FORT LEE | NJ | 7024 |
| 404-2157707-000 | 2 EXECUTIVE DRIVE | SUITE 850 | MARLTON | NJ | 8053 |
| 004-2196937-000 | TWO GREENTREE CENTER | SUITE 203 | PLEASANTVILLE | NJ | 8234 |
| 004-2162622-000 | 2900 FIRE RD SUITE 202B | 2ND FLOOR | RAMSEY | NJ | 7446 |
| 004-2188206-000 | LINCOLN PLAZA | 9000 LINCOLN DR STE 122 | SECAUCUS | NJ | 7094 |
| 004-2219478-000 | ONE HARMON PLAZA | 875 RTE 17 SOUTH 6TH FL | | | |

Cost Center # 2570 | STE C

| Account | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2143516-000 | 60 BLUE HERON ROAD | | SPARTA | NJ | 7871 |
| 004-2196698-000 | 5250 S VIRGINIA AVE | SUITE 345 | RENO | NV | 89502 |
| 404-2162506-000 | | 65 BROADWAY | KINGSTON | NY | 12401 |
| 004-2147412-000 | COST CENTER 115 | | BLUE ASH | OH | 45242 |
| 004-2187662-000 | 4460 CARVER WOODS DR | | JENKS | OK | 74037 |
| 004-2210127-000 | 300 RIVERWALK TERRACE 260 | | BEND | OR | 97702 |
| 004-2190228-000 | 300 SW COLUMBIA ST | STE 103 | EXTON | PA | 19341 |
| 004-2146938-000 | 314 EXTON COMMONS | | EXTON | PA | 19341 |
| 004-2150698-000 | 415 EAGLEVIEW BLVD | SUITE 150 | HORSHAM | PA | 19044 |
| 404-2204575-000 | 300 WELSH RD BLVD 4 | | LANCASTER | PA | 17603 |
| 004-2181280-000 | 3047 COLUMBIA AVE | | MONROEVILLE | PA | 15146 |
| 004-2147416-000 | 4100 WILLIAM PENN HWY | | NORRISTOWN | PA | 19401 |
| 004-2211365-000 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 |
| 004-2211364-000 | 2 W LAFAYETTE ST | STE 325 | PITTSBURGH | PA | 15205 |
| 404-2148758-000 | 6516 STEUBENVILLE | | PITTSBURGH | PA | 15220 |
| 004-2146934-000 | FOSTER PLAZA BLDG 4 | 1ST FL | RADNOR | PA | 19087 |
| 004-2139117-000 | 259 RAPNOR CHESTER RD | | WEXFORD | PA | 15090 |
| 004-2146937-000 | PINE TREE SHOPPES | 12025 PERRY HIGHWAY | CRANSTON | RI | 2920 |
| 004-2213905-000 | 121 PHENIX AVE | | CHARLESTON | SC | 29407 |
| 004-2141358-000 | 1954 ASHLY RIVER RD STE P | | COLUMBIA | SC | 29204 |
| 004-2205184-000 | 3321 FOREST DR | STE 4 | MYRTLE BEACH | SC | 29577 |
| 404-2153448-000 | 1293 PROFESSIONAL DR | SUITE C | SPARTANBURG | SC | 29306 |
| 118 MABRY HOOD RD STE 400 | 129 E MAIN ST SUITE C | | KNOXVILLE | TN | 37922 |
| 004-2185348-000 | 3418 OLSEN BLVD G | | AMARILLO | TX | 79109 |
| 004-2182426-000 | 4600 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2243477-000 | 4650 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2244347-000 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 |
| 004-2216547-000 | 4600 REGENT BLVD 2ND FL | | IRVING | TX | 75063 |
| 404-2157447-000 | 4600 REGENT BLVD STE 200 | | MCKINNEY | TX | 75071 |
| 004-2216546-000 | 6220 VIRGINIA PKWY | | ALEXANDRIA | VA | 22314 |
| 004-2198882-000 | 700 S WASHINGTON ST STE 220 | | CENTREVILLE | VA | 20121 |
| 004-2178638-000 | 13890 BRADDOCK RD STE 304A | | CHANTILLY | VA | 20151 |
| 004-2177598-000 | 5160 PARSTONE DR STE 190A | | DULLES INTERNATIONAL A | VA | 20166 |
| 004-2196421-000 | 21351 RIDGETOP CIRCLE STE 300 | | DUMFRIES | VA | 22026 |
| 004-2148752-000 | 17300 RIVER BLVD #201 | | HARDY | VA | 24101 |
| 004-2181013-000 | 55 WESTLAKE RD SPACE 112 | | RESTON | VA | 20191 |
| 004-2184248-000 | 12355 SUNRISE VALLEY DR | SUITE 230 | | | |
| 004-2172554-000 | | | | | |

| Loan Number | Address | Suite | City | State | ZIP |
|---|---|---|---|---|---|
| 004-2195787-000 | 556 GARRISONVILLE RD STE 110A | | STAFFORD | VA | 22554 |
| 008-1670424-000 | 3101 EMMORTON RD | | ABINGDON | MD | 21009 |
| 008-1705709-000 | 7142 COLUMBIA GATEWAY DR | SUITE 225 | COLUMBIA | MD | 21046 |
| 008-1705708-000 | 7142 COLUMBIA GATEWAY DR | SUITE 126 | COLUMBIA | MD | 21046 |
| 008-1716613-000 | 7142 COLUMBIA GATEWAY DRIVE | SUITE 130 C.C. #2694 | COLUMBIA | MD | 21044 |
| 008-1670964-000 | 5565 STERRETT PLACE | | COLUMBIA | MD | 21044 |
| 008-1705707-000 | 1801 MCCORMICK DRIVE | | LARGO | MD | 20774 |
| 008-1757707-000 | 3825 LEONARDTOWN ROAD | | WALDORF | MD | 20602 |
| 008-1688263-000 | 3825 LEONARDTOWN ROAD | | WALDORF | MD | 20602 |
| 008-1707614-000 | 3000 LEONARD TOWN RD 5 | | WALDORF | MD | 20602 |
| 008-1655272-000 | 3000 ATRIUM WAY #108 | | MOUNT LAUREL | NJ | 8054 |
| 008-1665976-000 | 3000 ATRIUM WAY | | MOUNT LAUREL | NJ | 8054 |
| 008-1671554-000 | 34 S. BROAD STREET | | WOODBURY | NJ | 8096 |
| 008-1671554-001 | 34 SOUTH BROAD ST | | WOODBURY | NJ | 8096 |
| 008-1707610-000 | 1954 ASHLEY RIVER RD SUITE P | | CHARLESTON | SC | 29407 |
| 008-1651270-000 | 109 LAURENS RD | | GREENVILLE | SC | 29607 |
| 008-1707612-000 | 944 GLENWOOD STATION LANE | | CHARLOTTESVILLE | VA | 22901 |
| 008-1602713-000 | 860 GREENBRIER CIRCLE | | CHESAPEAKE | VA | 23320 |
| 008-1716616-000 | 2303 N AUGUSTA ST SUITE E | | STAUNTON | VA | 24401 |
| 025-0172545-006 | 7910 WOODMONT AVE | STE 1310 | BETHESDA | MD | 20817 |
| 200-5008031-000 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 200-5008031-001 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 600-9009444-000 | 111 PACIFICA DRIVE #305 | | IRVINE | CA | 92618 |
| 600-9009442-000 | 4275 EXEECUTIVE #700 | | LA JOLLA | CA | 92037 |
| 002-1695669-000 | 5401 North Oracle Road | | TUCSON | AZ | 85704 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2282598-000 | 6245 E BROADWAY STE 350 | | TUCSON | AZ | 85711 |
| 002-2204743-000 | 5151 N ORACLE | | TUCSON | AZ | 85704 |