# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 9/24/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 10/01/07 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of September, 2007, she caused true copies of the Limited Objection of Banc of America Leasing & Capital, LLC to the Third Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (Docket Index No. 742) to be sent via telecopier and mailed to the persons or parties identified below by first class mail, true copies:

    Young Conaway Stargatt & Taylor LLP
    Attn: James L. Patton, Jr., Esquire
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE  19801

    Counsel for Debtors in Possession

                                                    */s/ Susan Kenney*

Dated: September 28, 2007                _____
                                                      SUSAN KENNEY