# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Extended Objection Deadline: 10/3/07 at 4:00 p.m. |
| | : | Hearing Date: 10/9/07 at 2:30 p.m. |

## LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO DEBTOR'S NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY (D.I. 403); MODIFIED NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY (D.I. 674) and SUPPLEMENTAL NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY (D.I. 962)

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Debtors' Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (ii) Proposed Cure Obligations, if any (Docket Index No. 403); Debtors' *Modified* Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contract (Docket Index No. 674); and (ii) Proposed Cure Obligations, if any; and Debtors' *Supplemental* Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contract; and (ii) Proposed Cure Obligations, if any (Docket Index No. 962), (the "Notices") and respectfully says:

### INTRODUCTION

1.  On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. In their Notices, the Debtors seek approval of a possible assumption, cure, and assignment of a certain equipment lease identified on its "Vendor/IT Contracts" schedules as "copier lease" between it and Banc of America Leasing.

## BACKGROUND

3. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

4. Attached hereto as Exhibit A is a spreadsheet summarizing the Banc of America Leasing & Capital, LLC lease accounts with Debtor by location.

5. Pursuant to the foregoing Agreements, and in accordance with its interest as an equipment lessee, Debtor obligated itself to timely make the requisite lease payments and to otherwise meet its obligations thereunder. Those obligations include, inter alia, the obligation to assume and pay all applicable property, sales and/or use taxes affecting the leased equipment.

### Summary of Objection

6. The Schedule attached to Debtors' Notices identifies Banc of America Leasing & Capital, LLC equipment lease or leases as being assumed; however, it fails to provide sufficient information to identify which of the many leases between Debtor and Banc of America Leasing & Capital, LLC are being assumed.

7. Schedule 1.1(b) Assigned Leases of the Asset Purchase Agreement filed by Debtors (D.I. 931) does not shed any additional light on which lease agreements debtor seeks to assume. Instead, it merely states "Copier Leases – Banc of America Leasing [MISSING CONTRACT].

8. In the Certification of Counsel Regarding Second Order (D.I. 968) filed by Debtors' counsel, it is represented that through the Second and Third Motions, the debtors have sought to reject all equipment leases, not otherwise assumed, other than leases relating to equipment located in the following properties: (i) 538 Broadhollow Rd., Melville, NY; (ii) 4600 Regent Blvd., Irving, TX; (iii) 4650 Regent Blvd., Irving, TX; (iv) 220 West Huron St., Chicago, IL: (v) 5818 Archer Road, #3RL, Summit, IL; and

(vi) 950 North Elmhurst Rd., Mount Prospect, IL (collectively, the "active lease properties.")

9. Banc of America Leasing & Capital, LLC has attempted to reconcile its equipment lease records with the locations provided by debtors' counsel; however, at least 50 equipment leases are unaccounted for.

10. While debtor has sought to reject all of its equipment leases except those being assigned, without a clear description of those leases it seeks to assume, Banc of America Leasing & Capital, LLC is unable to determine which of the many unaccounted leases may be subject to assignment.

11. The Notices are defective and legally insufficient in that they do not identify which lease or leases are the subject of Debtors' Notices. The notices are unclear, and Banc of America Leasing & Capital, LLC must be provided with a more detailed description of the lease or leases that are the subject of the Notices.

12. It is unclear whether the Debtors are proposing to assume a lease or leases in whole or in part, and Banc of America Leasing & Capital, LLC objects to any proposed partial lease assumption.

13. As set forth in greater detail in the Objection filed on behalf of De Lage Landen Financial Services, Inc., another equipment lessor, a partial lease assumption is not allowed and is without authority under the Bankruptcy Code.

14. If one or more of Banc of America Leasing & Capital, LLC's obligations are encompassed by the assumption and assignment, Banc of America Leasing & Capital, LLC does not object to the assumption, but does object to the "zero" cure amount listed by Debtor.

15. In order to address the proposed cure amount, Banc of America Leasing & Capital, LLC must be provided with a more detailed description of the lease or leases that are the subject of Debtors' Notices.

16. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order denying Debtors' Notices with respect to the proposed lease assumption, assignment and cure, together with such other and further relief the Court finds just and proper.

Dated: Wilmington, Delaware
       September 28, 2007

/s/ *John R. Weaver, Jr.*

John R. Weaver, Jr. (No. 911)
FARR, BURKE, GAMBACORTA & WRIGHT
A Professional Corporation
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
(302) 428-1077
Attorneys for Banc of America Leasing & Capital, LLC

# EXHIBIT A

| CONTRACT NO. | EQUIP ADDRESS | EQUIP ADDRESS | EQUIP CITY | ST | ZIP |
|---|---|---|---|---|---|
| 004-2244070-000 | 1400 W BENSON | | ANCHORAGE | AK | 99503 |
| 004-2200306-000 | 1929 HOOVER CT | | HOOVER | AL | 35226 |
| 004-2222298-000 | 8767 VIA DE VENTURA STE 120 | SUITE 315 | SCOTTSDALE | AZ | 85258 |
| 004-2222300-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2190847-000 | 8700 E VISTA BONITA | | SCOTTSDALE | AZ | 85255 |
| 004-2182425-000 | 2390 E ORANGEWOOD AVE | STE 105 | ANAHEIM | CA | 92806 |
| 004-2186236-000 | 51 E CAMPBELL AVE STE 170 | | CAMPBELL | CA | 95008 |
| 004-2188190-000 | 1777 CENTER COURT DR STE 125 | | CERRITOS | CA | 90703 |
| 004-2190844-000 | 1390 WILLOW PASS RD | STE 530 | CONCORD | CA | 94520 |
| 004-2182428-000 | 1250 CORONIA POINTE | STE 300 | CORONA | CA | 92879 |
| 004-2186931-000 | 111 PACIFICA DR STE 305 | | IRVINE | CA | 92618 |
| 004-2182424-000 | 2300 E STATE ST 240 | | REDLANDS | CA | 92373 |
| 004-2188189-000 | 2944 HILLTOP RD | | RICHMOND | CA | 94806 |
| 004-2192938-000 | 2 SALINAS ST | | SALINAS | CA | 93915 |
| 004-2182427-000 | 79 N. WASHINGTON STREET | COST CENTER #346 | SONORA | CA | 95370 |
| 004-2222295-000 | 1307 FRANKLIN RD | | YUBA CITY | CA | 95991 |
| 004-2190843-000 | 3033 S. PARKER ROAD | Suite 450 cost center # 3300 | AURORA | CO | 80015 |
| 004-2163498-000 | 5975 GREENWOOD PLAZA BLVD 106 | | GREENWOOD VILLAGE | CO | 80111 |
| 004-2201975-000 | 8177 W GLADES RD | STORE 25 1ST FL | BOCA RATON | FL | 33434 |
| 004-2162830-000 | 27499 RIVERVIEW CENTER BLVD | | BONITA SPRINGS | FL | 34134 |
| 404-2207407-000 | 1201 N UNIVERSITY DR | SUITE 1275 | CORAL SPRINGS | FL | 33071 |
| 004-2152044-000 | 1625 S CONGRESS 2ND FLOOR | | DELRAY BEACH | FL | 33445 |
| 004-2193197-000 | 1625 S CONGRESS | 1ST FLOOR | DELRAY BEACH | FL | 33445 |
| 004-2214534-000 | 1112 NW 76TH BLVD STE 9A | | GAINESVILLE | FL | 32606 |
| 004-2195350-000 | 1209 MAIN ST STE 106 | | JUPITER | FL | 33458 |
| 004-2177981-000 | 24430 STATE RD 54 | | LUTZ | FL | 33559 |
| 004-2171738-000 | 1060 MAITLAND CENTER COMMONS | STE 230 | MAITLAND | FL | 32751 |
| 004-2189131-000 | 127 51 S DIXIE HWY | | MIAMI | FL | 33156 |
| 404-2155227-000 | 7575 DR PHILLIPS BLVD | STE 365 | ORLANDO | FL | 32819 |
| 404-2150708-000 | 330 W 23RD ST STE F | | PANAMA CITY | FL | 32405 |
| 004-2146715-000 | 801 S UNIVERSITY DR | STE A139 | PLANTATION | FL | 33324 |
| 004-2191436-000 | 303 SE 17TH STREET | SUITE 302 | SAINT AUGUSTINE | FL | 32084 |
| 004-2191110-000 | 4150 MARINIER BLVD | | SPRING HILL | FL | 34609 |
| 004-2213429-000 | 1560 SAWGRASS CORP PKWY | 4TH FLOOR | SUNRISE | FL | 33323 |

| Loan Number | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2188929-000 | 2805 W BUSCH BLVD | | TAMPA | FL | 33618 |
| 004-2202523-000 | 1701 A1A SUITE 304 | | VERO BEACH | FL | 32963 |
| 004-2228640-000 | 10600 FOREST HILLS BLVD | | WELLINGTON | FL | 33414 |
| 004-2186349-000 | 480 N ORLANDO AVE STE 232 | | WINTER PARK | FL | 32789 |
| 004-2186716-000 | 2100 RIVEREDGE PKWY STE 1200 | STE 102 | ATLANTA | GA | 30328 |
| 004-2185754-000 | 2100 RIVEREDGE PARKWAY STE 120 | | ATLANTA | GA | 30328 |
| 004-2147025-000 | 57 EXECUTIVE PARK SOUTH | STE 160 | ATLANTA | GA | 30329 |
| 004-2194305-000 | 1529 B PIEDMONT AVE | | ATLANTA | GA | 30324 |
| 004-2185753-000 | 285 ELM ST STE 301 | STE 190 | CUMMING | GA | 30040 |
| 004-2185751-000 | 3175 SATELLITE BLVD | | DULUTH | GA | 30096 |
| 004-2195121-000 | 500 COLONIAL CENTER PARKWAY | | ROSWELL | GA | 30076 |
| 004-2200790-000 | 100 CRESCENT CENTRE PARKWAY | BLDG 600 STE 100 | TUCKER | GA | 30084 |
| 004-2144182-000 | 2403 HARNISH DRIVE | | ALGONQUIN | IL | 60102 |
| 004-2192962-000 | 1704 S NEIL STREET | | CHAMPAIGN | IL | 61820 |
| 004-2133888-000 | 939 N WORTH AVE | | CHICAGO | IL | 60610 |
| 404-2161992-000 | 112 S YORK ROAD | STE 930 | ELMHURST | IL | 60126 |
| 404-2161992-000 | 112 S YORK ROAD | SUITE 105 | ELMHURST | IL | 60126 |
| 004-2128328-000 | 915 W 178TH ST STE #3W | | HOMEWOOD | IL | 60430 |
| 004-2128328-000 | 1717 N NAPER BLVD STE 102 | | HOMEWOOD | IL | 60563 |
| 004-2128328-000 | 950 N ELMHURST RD | | HOMEWOOD | IL | 60148 |
| 004-2128328-000 | 246 JANATA STE 220 | | HOMEWOOD | IL | 60148 |
| 004-2222296-000 | 765 ELA ROAD | SUITE 100 | LAKE ZURICH | IL | 60047 |
| 004-2218912-000 | 246 E JANATA BLVD SUITE 220 | | LOMBARD | IL | 60148 |
| 404-2153923-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196165-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196386-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196383-000 | 950 NORTH ELMHURST ROAD | SUITE 305 | MOUNT PROSPECT | IL | 60056 |
| 004-2196166-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2210904-000 | 950 N ELMHURST RD | | MOUNT PROSPECT | IL | 60056 |
| 004-2218224-000 | CONTRACT ADJUSTMENT | | MOUNT PROSPECT | IL | 60056 |
| 004-2118224-000 | 246 JANATA BLVD STE 200 | | MOUNT PROSPECT | IL | 60148 |
| 004-2118224-000 | 915 W 175TH ST STE 300 | | MOUNT PROSPECT | IL | 60430 |
| 004-2196167-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2184747-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196385-000 | 1245 E DIEHL ROAD | SUITE 305 | NAPERVILLE | IL | 60563 |
| 004-2186092-000 | 1245 E DIEHL RD STE 305 | | NAPERVILLE | IL | 60563 |
| 004-2196694-000 | 1245 E DIEHL ROAD | SUITE 305 | NAPERVILLE | IL | 60563 |

| Account | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 004-2201905-000 | 6417 W 127TH STREET | | PALOS HEIGHTS | IL | 60463 |
| 004-2204952-000 | 23003 W LINCOLN HWY | | PLAINFIELD | IL | 60544 |
| 004-2287340-000 | 5215 OLD ORCHARD RD STE 410 | | SKOKIE | IL | 60077 |
| 004-2144181-000 | 11348 METCALF | STE C | OVERLAND PARK | KS | 66213 |
| 004-2175312-000 | 12980 METCALF SUITE 150 | | OVERLAND PARK | KS | 66213 |
| 004-2200802-000 | 800 EAST HIGH ST STE A | | LEXINGTON | KY | 40502 |
| 404-2150705-000 | 4010 DUPONT CIRCLE STE 700 | | LOUISVILLE | KY | 40207 |
| 004-2227002-000 | 810 CM FAGAN DR STE B | | HAMMOND | LA | 70403 |
| 004-2129045-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2215299-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2181247-000 | 67 Hynt Street, Suite 113 | | AGAWAM | MA | 1001 |
| 404-2150704-000 | 153 LOVELLS LANE | | MARSTONS MILLS | MA | 2648 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2207563-000 | 116 DEFENSE HWY | | ANNAPOLIS | MD | 21401 |
| 404-2155226-000 | 3 BETHESDA METRO CENTER | STE 301 | BETHESDA | MD | 20814 |
| 004-2172014-000 | COST CENTR #515 | Cost Center # 2570 | GAITHERSBURG | MD | 20877 |
| 004-2213266-000 | 10451 MILL RUN CIRCLE | | OWINGS MILLS | MD | 21117 |
| 004-2186348-000 | ONE CANAL PLAZA 7TH FL | | PORTLAND | ME | 4101 |
| 004-2207080-000 | 3526 W LIBERTY STE 200 | | ANN ARBOR | MI | 48103 |
| 004-2220543-000 | 33481 W 14 MILE RD | | FARMINGTON HILLS | MI | 48331 |
| 004-2211338-000 | 1600 W 182ND ST | | BLOOMINGTON | MN | 55431 |
| 004-2191812-000 | 107 HAZEL TINE BLVD STE 500 | | CHASKA | MN | 55318 |
| 004-2190824-000 | 3001 HENNEPIN AVENUE | | MINNEAPOLIS | MN | 55408 |
| 004-2220781-000 | 4740 WHITE BEAR PKWY STE 103 | | WHITE BEAR LAKE | MN | 55110 |
| 004-2281359-000 | 125 FLOYD SMITH DRIVE STE 190 | | CHARLOTTE | NC | 28262 |
| 004-2235457-000 | 6230 FAIRVIEW RD | SUITE 100 | CHARLOTTE | NC | 28210 |
| 404-2154251-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 404-2177982-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 404-2154485-000 | 4700 HOMEWOOD | | RALEIGH | NC | 27609 |
| 002-2188114-000 | 1 MILL RIDGE LANE | STE 110 | CHESTER | NJ | 7930 |
| 004-2200621-000 | 2-12 CORBETT WAY | | EATONTOWN | NJ | 7724 |
| 404-2150707-000 | 2 EXECUTIVE DRIVE | | FORT LEE | NJ | 7024 |
| 004-2196937-000 | TWO GREENTREE CENTER | 481 N. FREDERICK AVE., STE 420 | MARLTON | NJ | 8053 |
| 004-2162622-000 | 2900 FIRE RD SUITE 202B | SUITE 330 | PLEASANTVILLE | NJ | 8234 |
| 004-2188206-000 | LINCOLN PLAZA | SUITE 203 | RAMSEY | NJ | 7446 |
| 004-2219478-000 | ONE HARMON PLAZA | 875 RTE 17 SOUTH | SECAUCUS | NJ | 7094 |
| | | 2ND FLOOR | | | |
| | | SUITE 850 | | | |
| | | 9000 LINCOLN DR STE 122 | | | |
| | | 6TH FL | | | |

| Account | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2143516-000 | 60 BLUE HERON ROAD | | SPARTA | NJ | 7871 |
| 004-2196698-000 | 5250 S VIRGINIA AVE | SUITE 345 | RENO | NV | 89502 |
| 404-2162506-000 | COST CENTER 115 | 65 BROADWAY | KINGSTON | NY | 12401 |
| 004-2147412-000 | 4460 CARVER WOODS DR | | BLUE ASH | OH | 45242 |
| 004-2187662-000 | 300 RIVERWALK TERRACE 260 | | JENKS | OK | 74037 |
| 004-2210127-000 | 300 SW COLUMBIA ST | | BEND | OR | 97702 |
| 004-2190228-000 | 314 EXTON COMMONS | | EXTON | PA | 19341 |
| 004-2146938-000 | 415 EAGLEVIEW BLVD | STE 103 | EXTON | PA | 19341 |
| 404-2204575-000 | 300 WELSH RD BLVD 4 | | HORSHAM | PA | 19044 |
| 004-2181280-000 | 3047 COLUMBIA AVE | SUITE 150 | LANCASTER | PA | 17603 |
| 004-2147416-000 | 4100 WILLIAM PENN HWY | | MONROEVILLE | PA | 15146 |
| 004-2213905-000 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 |
| 004-2211365-000 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 |
| 404-2150698-000 | 6516 STUEBENVILLE | | PITTSBURGH | PA | 15205 |
| 004-2148758-000 | FOSTER PLAZA BLDG 4 | 1ST FL | PITTSBURGH | PA | 15220 |
| 004-2146934-000 | 259 RAPNOR CHESTER RD | | RADNOR | PA | 19087 |
| 004-2139117-000 | PINE TREE SHOPPES | 12025 PERRY HIGHWAY | WEXFORD | PA | 15090 |
| 004-2146937-000 | 121 PHENIX AVE | | CRANSTON | RI | 2920 |
| 004-2141358-000 | 1954 ASHLY RIVER RD STE P | | CHARLESTON | SC | 29407 |
| 004-2205184-000 | 3321 FOREST DR | STE 4 | COLUMBIA | SC | 29204 |
| 404-2153448-000 | 1293 PROFESSIONAL DR | SUITE C | MYRTLE BEACH | SC | 29577 |
| 004-2216547-000 | 129 E MAIN ST SUITE C | | SPARTANBURG | SC | 29306 |
| 004-2185348-000 | 118 MABRY HOOD RD STE 400 | | KNOXVILLE | TN | 37922 |
| 004-2182426-000 | 3418 OLSEN BLVD G | | AMARILLO | TX | 79109 |
| 004-2243477-000 | 4600 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2243477-000 | 4650 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2216547-000 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 |
| 404-2157447-000 | 4600 REGENT BLVD 2ND FL | | IRVING | TX | 75063 |
| 004-2216546-000 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 |
| 004-2198882-000 | 6220 VIRGINIA PKWY | | MCKINNEY | TX | 75071 |
| 004-2178638-000 | 700 S WASHINGTON ST STE 220 | SUITE 200 | ALEXANDRIA | VA | 22314 |
| 004-2177598-000 | 13890 BRADDOCK RD STE 304A | | CENTREVILLE | VA | 20121 |
| 004-2196421-000 | 5160 PARSTONE DR STE 190A | | CHANTILLY | VA | 20151 |
| 004-2148752-000 | 21351 RIDGETOP CIRCLE STE 300 | | DULLES INTERNATIONAL A | VA | 20166 |
| 404-2181013-000 | 17300 RIVER BLVD #201 | | DUMFRIES | VA | 22026 |
| 004-2184248-000 | 55 WESTLAKE RD SPACE 112 | | HARDY | VA | 24101 |
| 004-2172554-000 | 12355 SUNRISE VALLEY DR | SUITE 230 | RESTON | VA | 20191 |

| Account # | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2195787-000 | 556 GARRISONVILLE RD STE 110A | | STAFFORD | VA | 22554 |
| 008-1670424-000 | 3101 EMMORTON RD | | ABINGDON | MD | 21009 |
| 008-1705709-000 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 |
| 008-1705708-000 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 |
| 008-1716613-000 | 7142 COLUMBIA GATEWAY DRIVE | | COLUMBIA | MD | 21046 |
| 008-1670964-000 | 5565 STERRETT PLACE | SUITE 225 | COLUMBIA | MD | 21044 |
| 008-1705707-000 | 1801 MCCORMICK DRIVE | SUITE 126 | LARGO | MD | 20774 |
| 008-1688263-000 | 3825 LEONARDTOWN ROAD | SUITE 130 C.C. #2694 | WALDORF | MD | 20602 |
| 008-1707614-000 | 3825 LEONARD TOWN RD 5 | | WALDORF | MD | 20602 |
| 008-1655272-000 | 3000 ATRIUM WAY #108 | | MOUNT LAUREL | NJ | 8054 |
| 008-1665976-000 | 3000 ATRIUM WAY | SUITE 108 | MOUNT LAUREL | NJ | 8054 |
| 008-1671554-000 | 34 S. BROAD STREET | | WOODBURY | NJ | 8096 |
| 008-1671554-001 | 34 SOUTH BROAD ST | | WOODBURY | NJ | 8096 |
| 008-1707610-000 | 1954 ASHLEY RIVER RD SUITE P | | CHARLESTON | SC | 29407 |
| 008-1651270-000 | 109 LAURENS RD | | GREENVILLE | SC | 29607 |
| 008-1707612-000 | 944 GLENWOOD STATION LANE | | CHARLOTTESVILLE | VA | 22901 |
| 008-1602713-000 | 860 GREENBRIER CIRCLE | | CHESAPEAKE | VA | 23320 |
| 008-1716616-000 | 2303 N AUGUSTA ST SUITE E | | STAUNTON | VA | 24401 |
| 025-0172545-006 | 7910 WOODMONT AVE | STE 1310 | BETHESDA | MD | 20817 |
| 200-5008031-000 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 200-5008031-001 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 600-9009444-000 | 111 PACIFICA DRIVE #305 | | IRVINE | CA | 92618 |
| 600-9009442-000 | 4275 EXECUTIVE #700 | | LA JOLLA | CA | 92037 |
| 002-1695669-000 | 5401 North Oracle Road | | TUCSON | AZ | 85704 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2282598-000 | 6245 E BROADWAY STE 350 | | TUCSON | AZ | 85711 |
| 002-2204743-000 | 5151 N ORACLE | | TUCSON | AZ | 85704 |