**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Extended Objection Deadline: 10/03/07 at 4:00 p.m. |
| _____ | : | . |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of September, 2007, she caused true copies of the Limited Objection of Banc of America Leasing & Capital, LLC to the Debtors' Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (ii) Proposed Cure Obligations, if any (Docket Index No. 403); Debtors' *Modified* Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contract (Docket Index No. 674); and (ii) Proposed Cure Obligations, if any; and Debtors' *Supplemental* Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contract; and (ii) Proposed Cure Obligations, if any (Docket Index No. 962), to be mailed to the persons or parties identified below by first class mail, true copies:

    Young Conaway Stargatt & Taylor LLP
    Attn: James L. Patton, Jr., Esquire
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

    Counsel for Debtors in Possession

*/s/ Susan Kenney*

Dated: September 28, 2007     _____
                                                         SUSAN KENNEY