IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE                                                   : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                       :
                                                                         : Jointly Administered
                       Debtors.                                          :
                                                                         : **Doc. Ref. Nos: 192 & 643**
                                                                         :
------------------------------------------------------------------------ x  Objection Deadline: October 18, 2007

**NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
ORLANS ASSOCIATES, P.C.**

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Joseph Pascoe of Orlans Associates, P.C. (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 18, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated:  September 28, 2007
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner* (No. 4926)
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                               Debtors.                          :
                                                                 :  Doc. Ref. Nos: 192 & 643
---------------------------------------------------------------- x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF Michigan)
                 )  ss:
COUNTY OF Oakland)

Joseph Pascoe, being duly sworn, deposes and says:

1. I am a Chief Operating Officer of Orlans Associates, P.C. (the "Firm"), which maintains offices at 2501 Rochester Court, Troy, Michigan, 48083.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as Attorneys providing legal services on real-estate related matters in the State of Michigan on behalf of the Debtor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

including mortgage foreclosures on residential real-estate; various bankruptcy matters in the U.S. Bankruptcy Courts, including filing Proofs of Claim, Motions for Relief from Stay, Objections to Chapter 13 Plans, on cases where the mortgagors have filed bankruptcy petitions; eviction matters and various litigation cases related to the servicing and/or foreclosing of their mortgages.

The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are **[See attached fee schedule]**. In the normal course of its business, the Firm revises its billing rates on **[N/A]** of each year and requests that, effective **[NA]** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections: **[See attached list]**.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm **WAS** employed by the Debtors. The Debtors owe the Firm $204,630.15 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2007

*Joseph M. Pascoe II*
Joseph Pascoe
Affiant

Sworn to and subscribed before me
this 27th day of September, 2007

*Susan Elwell*
Notary Public     expires 8-23-2014



Orlans
P.O. Box 5041
Troy, MI 48007-5041
248- 457-1000



*Simply the Best*

## Fee Schedule - 2007

| Foreclosure | | | |
|---|---|---|---|
| By Advertisement | Freddie Mac | $ | 675.00 |
| | All Other Loans | $ | 650.00 |
| Judicial | Judgment by Default | $ | 1,100.00 |
| | Contested – Hourly Fee | $ | 175.00 |

| Eviction | | | |
|---|---|---|---|
| Eviction Proceedings | Freddie Mac | $ | 425.00 |
| | Other Loan Types | $ | 300.00 |
| Additional Hearings | Freddie Mac | $ | 100.00 |
| | Other Loan Types | $ | 300.00 |
| | Hourly Fee | $ | 175.00 |

| Bankruptcy | | | |
|---|---|---|---|
| Freddie Mac | Chapter 7 Maximum | $ | 500.00 |
| | Chapter 13 Maximum | $ | 675.00 |
| Other Loan Types | File Open/Review | $ | 150.00 |
| | Proof of Claim | $ | 250.00 |
| | Motion for Relief | $ | 600.00 |
| | Objection to Confirmation | $ | 250.00 |
| | Defense of Objections | $ | 350.00 |
| | Feasibility of Chapter 13 Plan Only | $ | 50.00 |

| Land Contract Forfeitures | $ | 750.00 |
|---|---|---|

**Additional Services**
- Adjournment Fee Per Week — $ 20.00
- Deed in Lieu of Foreclosure — $ 350.00
- Demand Letters — $ 50.00
- Forbearance Agreement — $ 200.00
- Preparation of Affidavits of Abandonment (Freddie Mac) — $ 150.00
- Order Tax Statement — $ 75.00
- Payment of Taxes and/or Insurance — $ 150.00
- Affidavit for Taxes — $ 75.00
- Preparation of Discharge of Mortgage — $ 75.00
- Title Analysis — $ 50.00
- Title Claims — $ 250.00
- Preparation of Assignments — $ 75.00
- Cash for Keys Letter — $ 75.00
- Cash for Keys Agreement — $ 425.00
- Cash for Redemption Letter — $ 75.00
- Cash for Redemption Agreement — $ 425.00
- Set Aside Non- Bankruptcy Sale (Uncontested) — $ 700.00
- *Contest Litigation Work: Hourly Fee — $ 175.00

## Connections/Relationships for conflicts checking purposes

**American Home Mortgage:** client of Orlans Associates, P.C.

**Deutsche Bank:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**JP Morgan Chase Bank:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Countrywide Capital:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Citigroup:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Morgan Stanley:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Wells Fargo Bank:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**EMC:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Lehman Brothers, Inc.:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**HSBC Bank:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**FNMA (Fannie Mae):** Orlans Associates, P.C. is a member of the Fannie Mae Retained Attorney Foreclosure Network

**Washington Mutual Bank:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**IndyMac Bank, FSB**: Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Credit Suisse First Boston**: Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**GMAC:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**ABN AMRO:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Bank of America:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Bank of New York:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Citibank:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

**Federal Home Loan Mortgage Corp. (Freddie Mac):** Orlans Associates, P.C. is designated counsel for the Federal National Mortgage Association (FNMA) in Michigan.

**Wachovia Bank, N.A.:** Orlans Associates, P.C. represents their interest in mortgage foreclosures, bankruptcy actions, evictions and other litigation relating to foreclosure matters, by and through their authorized mortgage servicers.

Please be advised that the owner of Orlans Associates, P.C. also owns an affiliate title insurance company, eTitle Agency, Inc. It handles residential real estate closings and issues title insurance policies as agent for various title insurance underwriters. ETitle Agency, Inc. handles these files for the same clients as Orlans Associates, P.C.