UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE THAT** on September 28, 2007, the undersigned caused a true and correct copy of Société Générale's First Set of Requests for Admission, Interrogatories, and Requests for Production to the Debtors to be served upon the following via Electronic Mail and Hand Delivery as indicated:

**VIA HAND DELIVERY & ELECTRONIC MAIL:**
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Sean T. Greecher, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
rbrady@ycst.com
pmorgan@ycst.com
sgreecher@ycst.com

Dated: September 28, 2007

**BUCHANAN INGERSOLL & ROONEY PC**

By: ____/s Teresa K.D. Currier____
Teresa K.D. Currier (No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
*Attorneys for Société Générale*

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.