IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
       Debtors.                                                    :
------------------------------------------------------------------ x

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 1, 2007 AT 10:00 A.M. (ET)

## ADJOURNED MATTERS

1. Application for Order Approving Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 4, 8/6/07]

   Objection Deadline:   N/A

   Objections Filed:     None

   Related Documents:

       a)   Order Approving the Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 222, 8/17/07]

   Status: With respect to the approval of the retainer, this matter will be adjourned to October 31, 2007 at 10:00 a.m.

---

[1] The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): American Home Mortgage Holdings, Inc. (6303), American Home Mortgage Investment Corp. (3914), American Home Mortgage Acceptance, Inc. (1979), American Home Mortgage Servicing, Inc.( 7267), American Home Mortgage Corp. (1558), American Home Mortgage Ventures LLC (1407), Homegate Settlement Services, Inc. (7491), Oak Abstract Corp. (8580). The address of each of the Debtors is 538 Broadhollow Road, Melville, NY 11747 except American Home Servicing, Inc. is 4600 Regent Blvd., Suite 200, Irving, TX 75063.

[2] **Amendments appear in bold.**

2. Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader, Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

   Objection Deadline: August 27, 2007 at 4:00 p.m., extended for Credit Suisse First Boston to August 28, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and the United States Trustee to August 31, 2007 at 11:00 a.m.

   Objections Filed:

   a) Objection of the United States Trustee [D.I. 511, 8/31/07]

   Status: This matter will be adjourned to October 17, 2007 at 10:00 a.m.

3. Application for Order Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 148, 8/13/07]

   Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the United States Trustee to August 30, 2007 at 10:00 a.m.

   Related Document:

   a) Order Approving the Retention and Employment of Young, Conaway, Stargatt & Taylor, LLP as Attorneys for the Debtors, NUNC PRO TUNC, to the Petition Date [D.I. 551, 9/2/07]

   Objections Filed: None

   Status: With respect to the approval of the retainer, this matter will be adjourned to October 31, 2007 at 10:00 a.m.

4. Application of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 163, 8/14/07]

   Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors and the United States Trustee to August 31, 2007 at 11:00 a.m.

   Related Document:

   a) Supplemental Affidavit in Support of Debtors' Application Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 420, 8/27/07]

   b) Order Approving the Agreement With Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 606, 9/5/07]

   Objections Filed:

   c) Informal Response by the United States Trustee

   d) Limited Objection of the Official Committee of Unsecured Creditors [D.I. 517, 8/31/07]

   Status: With respect to the retainer, this matter will be adjourned to October 31, 2007 at 10:00 a.m.

5. Motion of Societe Generale Pursuant to Sections 365(d) of the Bankruptcy Code Seeking Relief from the Automatic Stay to Effectuate the Transfer of Servicing Rights and to Recover from the Debtors All Mortgage Loan Documents [D.I. 734, 9/13/07]

   Objection Deadline: September 24, 2007 at 4:00 p.m., extended to October 2, 2007 at 4:00 p.m. for the Debtors and the Committee

   Objections Filed: None

   Status: The parties are attempting to resolve this matter. Accordingly, by agreement, this matter will be adjourned to October 9, 2007 at 2:30 p.m.

## UNCONTESTED MATTERS GOING FORWARD

6.  Motion of General Star National Company for Relief from the Automatic Stay for Cause [D.I. 485, 8/30/07]

    Objection Deadline:  September 24, 2007 at 4:00 p.m.

    Objections Filed:  None

    Related Document:

    **a)  Certification of Counsel [D.I. 981, 9/28/07]**

    Status: The Debtors do not contest the relief requested. This matter will be going forward.

7.  Debtors' Motion Pursuant to Sections 105, 362, 363, 364 and 503 of the Bankruptcy Code, and Bankruptcy Rules 4001 and 9019, Seeking an Order: (I) Approving and Authorizing the Term Sheet and Indemnity Contract by and Between the Debtors and Travelers Casualty and Surety Company of America; (II) Authorizing Debtors to Obtain Post-Petition Surety Bonds; (III) Granting Administrative Claims; and (IV) Granting Related Relief [D.I. 816, 9/19/07]

    Objection Deadline:  September 27, 2007 at 12:00 p.m.

    Related Document:

    a)  Order Shortening the Time for Notice [D.I. 842, 9/20/07]

    Objections Filed:  None as of the filing of this Agenda

    Status: This matter will be going forward.

8.   Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding Marketing and Sale of Certain Construction Loans and Servicing Rights; and Order Thereon [D.I. 899, 9/21/07]

Objection Deadline:   September 28, 2007 at 4:00 p.m.

Related Document:

   a)   Order Shortening the Time for Notice of the Hearing [D.I. 910, 9/24/07]

Objections Filed:   None as of the filing of this Agenda

Status: This matter will be going forward.

9.   Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the Construction Loans to; and (V) Granting Related Relief [D.I. 900, 9/21/07]

Objection Deadline:   September 28, 2007 at 4:00 p.m.

Related Document:

   a)   Order Shortening the Time for Notice of the Hearing [D.I. 910, 9/24/07]

   b)   Notice of Filing of Proposed Forms of Purchase Agreements [D.I. TBD]

Objections Filed:

   **c)   Limited Objection of JPMorgan Chase Bank, National Association [D.I. 1006, 9/28/07]**

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

10. Application for an Order Authorizing the Debtors to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

    Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the United States Trustee to August 31, 2007 at 11:00 a.m.

    Objections Filed:

    a) Objection by the Official Committee of Unsecured Creditors ti Debtors' Proposed Retention of the Firm Kekst & Co. as Their Public Relations Advisors [D.I. 483, 8/30/07]

    Status: If the parties consensually resolve this matter prior to the hearing, a proposed form of order will be submitted at the hearing. If not, the parties will adjourn the matter to October 17, 2007 at 10:00 a.m.

11. Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Milestone Advisors, LLC as Investment Bankers and Financial Advisors for the Debtors Nunc Pro Tunc to Petition Date [D.I. 227, 8/17/07]

    Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to September 13, 2007 at 11:00 a.m. and the United States Trustee to September 14, 2007 at 12:00 p.m.

    Objections Filed:

    a) Informal Objection of the United States Trustee

    Status: The Debtors are working to resolve the objection raised by the United States Trustee. To the extent a resolution is reached, a revised form of order will be submitted at the hearing or under certification of counsel.

12. Debtors' Motion for an Order (I) Terminating their Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [D.I. 493, 8/30/07]

   Objection Deadline:   September 12, 2007 at 4:00 p.m.

   Related Documents:

   a) Order Shortening the Time for Notice [D.I. 548, 9/4/07]

   b) Omnibus Reply to Objections to Debtors' Motion for an Order (I) Terminating Their Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [D.I. 958, 9/26/07]

   i) **Joinder of the Official Committee of Unsecured Creditors in Debtors' Omnibus Reply to Objections to Debtors' Motion for Order (I) Terminating Their Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [D.I. 1004, 9/28/07]**

   Objections Filed:

   c) Letter Response from Patricia L. Shepherd [D.I. 515, 8/28/07]

   d) Letter Response from George E. Hart [D.I. 688, 9/11/07]

   e) Objection by Valerie Lynn Scruggs [D.I. 711, 9/12/07]

   f) Objection of Participant Group [D.I. 712, 9/12/07]

   g) Letter from Gail Thakarar [D.I. 731, 9/11/07]

   h) Memorandum in Opposition by Mark R. James [D.I. 753, 9/13/07]

   Status: This matter will be will be going forward.

13. Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention of Phoenix Capital, Inc. as Investment Bankers for the Debtors Nunc Pro Tunc to Petition Date [D.I. 529, 8/31/07]

    Objection Deadline: September 10, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to September 13, 2007 at 11:00 a.m. and the United States Trustee to September 14, 2007 at 12:00 p.m.

    Objections Filed:

    a) Informal Objection of the United States Trustee

    Status: The Debtors are working to resolve the objection raised by the United States Trustee. To the extent a resolution is reached, a revised form of order will be submitted at the hearing or under certification of counsel.

14. Motion to Lift Automatic Stay filed by Richard Horvath, Pro Se [D.I. 612, 8/31/07]

    Objection Deadline: September 24, 2007

    Objections Filed:

    a) Debtors' Objection to the Motion to Lift Automatic Stay filed by Richard Horvath, Pro Se [D.I. 922, 9/24/07]

    **Related Document:**

    **b) Richard Horvath's Response to Debtors' Objection to Lifting of the Automatic Stay [D.I. 996, 9/28/07]**

    Status: This matter will be will be going forward.

15. Third Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment [D.I. 742, 9/13/07]

    Objection Deadline: September 24, 2007 at 4:00 p.m.

    Objections Filed:

    a) Objection of GE Capital Information Technology Solutions, Inc. dba Ikon Financial Services [D.I. 909, 9/24/07]

  b)  **Limited Objection of Banc of America Leasing & Capital, LLC [D.I. 994, 9/28/07]**

 Status: This matter will be going forward.

16. Pre-Trial Conference: Kathy S. Koch, Jarrett Perry, Gina Pulliam, Chan Nguye, Michael S. Surowiec, Kathleen Wielgus, and Patricia Williams, on their behalf and on behalf of all other persons similarly situated v. American Home Mortgage Corp., American Home Mortgage Acceptance Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51688

 Related Documents:

  a)  Complaint [D.I. 1, 8/8/07]

  b)  First Amended Complaint [D.I. 5; filed 8/30/07]

  c)  Answer to First Amended Class Action Complaint [D.I. 6; filed 9/13/07]

 Status: **The parties have agreed upon a proposed scheduling order and will either file the proposed form of order under certification of counsel or present it at the hearing.** This matter will be going forward.

Dated: Wilmington, Delaware
   September 28, 2007

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            */s/ Pauline K. Morgan*
            James L. Patton, Jr. (No. 2202)
            Joel A. Waite (No. 2925)
            Pauline K. Morgan (No. 3650)
            Sean M. Beach (No. 4070)
            Matthew B. Lunn (No. 4119)
            Kara Hammond Coyle (No. 4410)
            Kenneth J. Enos (No. 4544)
            The Brandywine Building
            1000 West Street, 17th Floor
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600
            Facsimile: (302) 571-1253

            Counsel for Debtors and
            Debtors in Possession