IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS,  :    Case No. 07-11047 (CSS)
INC.,[1]                                                   :
a Delaware corporation, et al.,                            :    Jointly Administered
                                                           :
        Debtors.                                           :    **Doc. Ref. No. 900**
---------------------------------------------------------- x    **Hearing Date: October 1, 2007 at 10:00 a.m. (ET)**

**NOTICE OF FILING OF EXHIBIT D TO MOTION OF THE
DEBTORS FOR ORDERS:  (A)(I) APPROVING SALE PROCEDURES;
(II) SCHEDULING A HEARING TO CONSIDER SALE OF ASSETS RELATED
TO THE DEBTORS' CONSTRUCTION LOAN BUSINESS; (III) APPROVING
FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED
RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND
CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II)
AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III)
APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (IV)
AUTHORIZING THE DISTRIBUTION OF THE PROCEEDS OF THE
CONSTRUCTION LOANS; AND (V) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in

possession (collectively, the "Debtors") have filed the Forms of Purchase and Sale Agreement

which is Exhibit D to the Motion of the Debtors for Orders:  (A)(I) Approving Sale Procedures;

(II) Scheduling A Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan

Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related

---

[1]     The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  American Home Mortgage Holdings, Inc. (6303), American Home Mortgage Investment Corp. (3914), American Home Mortgage Acceptance, Inc. (1979), American Home Mortgage Servicing, Inc.( 7267), American Home Mortgage Corp. (1558), American Home Mortgage Ventures LLC (1407), Homegate Settlement Services, Inc. (7491), Oak Abstract Corp. (8580).  The address of each of the Debtors is 538 Broadhollow Road, Melville, NY 11747 except American Home Servicing, Inc. is 4600 Regent Blvd., Suite 200, Irving, TX 75063.

Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims,

Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement

Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and

Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the

Construction Loans; and (V) Granting Related Relief [Docket No. 900] (the "Motion").[2] You

have been previously served with a copy of the Motion.

Dated: Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
       September 28, 2007

                                James L. Patton, Jr. (No. 2202)
                                Pauline K. Morgan (No. 3650)
                                M. Blake Cleary (No. 3614)
                                Matthew B. Lunn (No. 4119)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and Debtors in Possession

---

[2]     All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DB02:6265824.1                                                          066585.1001

_____

**Purchaser**

**and**

_____

**Seller**

**CONSTRUCTION LOAN SALE AND TRANSFER AGREEMENT**

**Dated as of _____ __, 2007**

**Real Estate Construction Loans**

# TABLE OF CONTENTS

## ARTICLE I
## DEFINITIONS

Section 1.01.    Definitions..........................................................................................................1

## ARTICLE II
## AGREEMENT TO PURCHASE; CLOSING CONDITIONS

Section 2.01.    Agreement to Purchase; Conveyance of Construction Loans; Purchase
Price; Possession of Construction Loan Files; Maintenance of Servicing
Files.......................................................................................................5
Section 2.02.    Books and Records; Transfers of Construction Loans. ....................................6
Section 2.03.    Custodial Agreement; Delivery of Documents................................................6
Section 2.04.    Closing Conditions...............................................................................7
Section 2.06.    Costs.................................................................................................8

## ARTICLE III
## REPRESENTATIONS AND WARRANTIES

Section 3.01.    Company Representations and Warranties. .....................................................9
Section 3.02.    Purchaser Representations and Warranties…......……….........……………9

## ARTICLE IV
## ADMINISTRATION AND SERVICING DURING THE INTERIM SERVICING PERIOD

Section 4.01.    Company to Act as Servicer. ...................................................................10
Section 4.02.    Collection of Construction Loan Payments. ..................................................11
Section 4.03.    Disbursement of Construction Loan Proceeds................................................11

## ARTICLE V
## Transfer of Servicing

Section 5.01.    Assumption of Responsibilities at Transfer Date. ...........................................11

## ARTICLE VI
## MISCELLANEOUS PROVISIONS

Section 9.01.    Amendment...................................................................................14
Section 9.02.    Governing Law. ...............................................................................14
Section 9.03.    Notices. .........................................................................................14
Section 9.04.    Severability of Provisions. ......................................................................15
Section 9.05.    Relationship of Parties. ..........................................................................15
Section 9.06.    Successors and Assigns...........................................................................15
Section 9.07.    Further Agreements. .............................................................................15
Section 9.09.    Counterparts....................................................................................16
Section 9.13.    Exhibits. ........................................................................................15
Section 9.14.    General Interpretive Principles. .................................................................15
Section 9.15.    Reproduction of Documents. ....................................................................16

Section 9.16.        Trade Confirmation...........................................................................................17

<u>EXHIBITS</u>

Exhibit A    FORM OF FUNDING MEMORANDUM
Exhibit B    FORM OF TRADE CONFIRMATION
Exhibit C    FORM OF MEMORANDUM OF SALE

<u>CONSTRUCTION LOAN SALE AND TRANSFER AGREEMENT</u>

This is a Construction Loan Sale and Transfer Agreement for real estate construction loans, dated and effective as of _____ __, 2007, by and between _____, a _____ as seller and interim servicer (the "Company"), and _____, a _____ as purchaser (the "Purchaser"),

<u>W I T N E S S E T H</u>

WHEREAS, the Purchaser has agreed to purchase from the Company and the Company has agreed to sell to the Purchaser certain real estate construction loans, together with the servicing rights associated with such Construction Loans; and

WHEREAS, the Construction Loans will be sold by the Company and purchased by the Purchaser as a pool of whole loans, servicing released (the "Construction Loan Package") on the Closing Date as provided herein; and

WHEREAS, each of the Construction Loans as of the Closing Date will be secured by a mortgage, deed of trust or other security instrument creating a lien on a real estate in the jurisdiction indicated on the Construction Loan Schedule for the Construction Loan Package, which will be annexed to the Memorandum of Sale (defined herein) on the Closing Date; and

WHEREAS, the Purchaser and the Company wish to prescribe the manner of purchase of the Construction Loans and the conveyance, interim servicing and control of the Construction Loans.

NOW, THEREFORE, in consideration of the mutual agreements hereinafter set forth, and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Purchaser and the Company agree as follows:

## ARTICLE I

## DEFINITIONS

Section 1.01. <u>Definitions.</u>  Whenever used herein, the following words and phrases, unless the content otherwise requires, shall have the following meanings:

<u>Accepted Practices</u>: Procedures (including collection procedures) that comply with Applicable Laws and that the Company customarily employs and exercises in servicing and administering Construction Loans for its own account.

<u>Agreement</u>: This Construction Loan Sale and Transfer Agreement and all amendments hereof and supplements hereto.

<u>Applicable Laws</u>: All legal and regulatory requirements (including statutes, rules, regulations and ordinances) of federal, state and local governmental agencies, boards, commissions, instrumentalities or other governmental bodies to which any Construction Loan or any previous or current party (including the servicer) to any Construction Loan is subject.

Assignment of Mortgage: An assignment of the Mortgage, notice of transfer or equivalent instrument in recordable form, sufficient under the laws of the jurisdiction wherein the related Mortgaged Property is located to reflect the sale of the Mortgage to the Purchaser.

Business Day: Any day other than (i) a Saturday or Sunday, or (ii) a day on which banking or savings and loan institutions in the State of New York or the state in which the Company's servicing operations are located are authorized or obligated by law or executive order to be closed.

Closing Date: _____, 2007.

Code: The Internal Revenue Code of 1986, as it may be amended from time to time or any successor statute thereto, and applicable U.S. Department of the Treasury regulations issued pursuant thereto.

Company: As defined in the introductory paragraph, and any Person succeeding thereto in accordance with the provisions of this Agreement.

Construction Loan: Each Construction Loan originally sold and subject to this Agreement and identified on the Construction Loan Schedule annexed to the Memorandum of Sale, which Construction Loan includes without limitation the Construction Loan Files, the Monthly Payments, Principal Prepayments, servicing rights, liquidation proceeds, condemnation proceeds, insurance proceeds and all other rights, benefits, proceeds and obligations arising from or in connection with such Construction Loan.

Construction Loan Documents: With respect to each Construction Loan, all documents in the Company's possession evidencing the Company's obligation to fund, the borrower's obligation to repay, and guarantees of the borrower's obligations, and any mortgage or security documents related thereto, including without limitation the Construction Loan Note.

Construction Loan Files: With respect to each Construction Loan, all documents in the Company's possession generated or collected in connection with the application for, underwriting of, and agreement to extent credit pursuant to, and rights and obligations of the lender and borrower with respect to such Construction Loan.

Construction Loan Interest Rate: The annual rate of interest borne on a Construction Loan Note in accordance with the provisions of the Construction Loan Note.

Construction Loan Note: The note or other evidence of the indebtedness of a Mortgagor secured by a Mortgage.

Construction Loan Package: The pool of whole loans purchased on the Closing Date, as described in the Construction Loan Schedule annexed to the Memorandum of Sale.

Construction Loan Schedule: With respect to the Construction Loan Package, the schedule of Construction Loans annexed to the Memorandum of Sale, to the extent the Company has such information in its possession.

Custodial Agreement: The agreement between the Purchaser and the Custodian governing the retention of the originals of each Construction Loan Note, Mortgage, Assignment of Mortgage and other Construction Loan Documents.

Custodian: The custodian under the Custodial Agreement, which shall initially be _____, or its successor in interest or assigns, or any successor to the Custodian under the Custodial Agreement as provided therein.

Cut-off Date: With respect to each Construction Loan, the close of business on _____, 2007.

Due Date: The day of the month on which the Monthly Payment is due on a Construction Loan, exclusive of any days of grace, as specified in the related Construction Loan Note.

Escrow Payments: With respect to any Construction Loan, the amounts constituting ground rents, taxes, assessments, water rates, sewer rents, municipal charges, mortgage insurance premiums, fire and hazard insurance premiums, condominium charges, and any other payments required to be escrowed by the Mortgagor with the mortgagee pursuant to the Mortgage or any other related document.

Flood Zone Service Contract: A transferable contract maintained for the Mortgaged Property with a flood zone service provider acceptable to the Purchaser for the purpose of obtaining the current flood zone relating to such Mortgaged Property.

GAAP: Generally accepted accounting principles, consistently applied.

Interim Servicing Period: With respect to each Construction Loan Package, the period of time from and including the Closing Date to but not including the Servicing Transfer Date.

Memorandum of Sale: With respect to the Construction Loans and Construction Loan Package, the memorandum of sale, substantially in the form of Exhibit C attached hereto, confirming the sale by the Company and the purchase by the Purchaser of the Construction Loan Package on the Closing Date.

Monthly Payment: With respect to any Construction Loan, the scheduled monthly payment of principal and/or interest on a Construction Loan.

Mortgage: With respect to any Construction Loan, the mortgage, deed of trust or other instrument securing a Construction Loan Note, which creates a first or second lien on the Mortgaged Property securing the Construction Loan Note.

Mortgaged Property: With respect to each Construction Loan, the Mortgagor's real property or leasehold interest, including any improvements, securing repayment of the debt evidenced by a related Construction Loan Note, consisting of an unsubordinated estate in fee simple or, with respect to real property located in jurisdictions in which the use of leasehold estates for residential properties is a widely-accepted practice, a leasehold estate, in a single parcel or multiple parcels of real property improved by a residential dwelling.

Mortgagor: The obligor on a Construction Loan Note.

Originator: With respect to any Construction Loan, the entity that (i) took the Mortgagor's loan application, (ii) processed the Mortgagor's loan application, or (iii) closed and/or funded such Construction Loan.

Person: Any individual, corporation, partnership, joint venture, limited liability company, association, joint-stock company, trust, unincorporated organization, government or any agency or political subdivision thereof.

Purchase Price: The price specified in the Memorandum of Sale and paid on the Closing Date by the Purchaser to the Company for the Construction Loans included in the Construction Loan Package, as calculated and adjusted as set forth in the Trade Confirmation.

Purchaser: As defined in the introductory paragraph, and any Person succeeding thereto in accordance with the provisions of this Agreement.

Servicing Advances: All customary, reasonable and necessary "out of pocket" costs and expenses (including reasonable attorneys' fees and disbursements) incurred in the performance by the Company of its servicing obligations hereunder.

Servicing File: With respect to each Construction Loan, any file in the Company's possession relating to the servicing and administration of such Construction Loan

Servicing Transfer Date: The date on which the responsibility for the servicing of the Construction Loans included in the Construction Loan Package transfers from Company to the Successor Servicer, which date shall be the date which is, unless otherwise agreed by the Company and the Purchaser, fifteen (15) calendar days following the Closing Date (or if such date is not a Business Day, the Business Day immediately succeeding such date).

Stated Principal Balance: As to each Construction Loan, (i) the actual principal balance of the Construction Loan at the Cut-off Date, minus (ii) all amounts previously distributed to the Purchaser with respect to the related Construction Loan representing payments or recoveries of principal or advances in lieu thereof.

Tax Service Contract: A transferable contract maintained for the Mortgaged Property with a tax service provider for the purpose of obtaining current information from local taxing authorities relating to such Mortgaged Property.

Trade Confirmation: With respect to any Construction Loan Package purchased and sold on the Closing Date, the letter agreement between the Purchaser and the Company, in the form attached hereto as Exhibit B (including any exhibits, schedules and attachments thereto) or as shall be agreed upon by the parties, setting forth the terms and conditions of such transaction and describing the Construction Loans to be purchased by the Purchaser on the Closing Date.

**ARTICLE II**

**AGREEMENT TO PURCHASE; CONVEYANCE OF CONSTRUCTION LOANS; PURCHASE PRICE; POSSESSION OF CONSTRUCTION LOAN FILES; MAINTENANCE OF SERVICING FILES; BOOKS AND RECORDS; CUSTODIAL AGREEMENT; DELIVERY OF DOCUMENTS; CLOSING CONDITIONS**

Section 2.01.  Agreement to Purchase; Conveyance of Construction Loans; Purchase Price; Possession of Construction Loan Files; Maintenance of Servicing Files.

(A)     *Agreement to Purchase; Conveyance of Construction Loans*

In exchange for the payment of the Purchase Price on the Closing Date, the Company agrees to sell and the Purchaser agrees to purchase, without recourse, but subject to the terms of this Agreement, on a servicing released basis, all of the right, title and interest of the Company in and to the Construction Loans in the Construction Loan Package having an aggregate Stated Principal Balance on the Cut-off Date in an amount as set forth in the Memorandum of Sale. The Company shall deliver to the Purchaser a computer readable file in a format acceptable to the Purchaser containing all information in the Company's possession or control necessary for the Purchaser to board the Construction Loans on its servicing system,  and the Construction Loan Files.  Pursuant to Section 2.03, the Company will deliver the Construction Loan Documents to the Custodian.

(B)     *Purchase Price*

The Purchase Price for each Construction Loan listed on the Construction Loan Schedule shall be _____ percent (__%) of par as stated in or otherwise calculated pursuant to the Trade Confirmation (subject to adjustment as provided therein), multiplied by its Stated Principal Balance as of the Cut-off Date.  In addition to the Purchase Price as described above, the Purchaser shall pay to the Company, at closing, accrued interest on the Stated Principal Balance of each Construction Loan as of the Cut-off Date at the Construction Loan Interest Rate from and including the Cut-off Date to but excluding the Closing Date. With respect to each Construction Loan purchased, the Purchaser shall own and be entitled to receive: (a) the principal portion of all Monthly Payments due after the Cut-off Date, and (b) all other payments and/or recoveries of principal collected on or after the Cut-off Date (provided, however, that all scheduled payments of principal due on or before the Cut-off Date and collected by the Servicer after the Cut-off Date shall belong to the Company) and (c) all payments of interest on the Construction Loans.

(C)     *Possession of Construction Loan Files; Maintenance of Servicing Files*

The contents of each Servicing File are and shall be held in trust by the Company, or a Subservicer on behalf of the Company, for the benefit of the Purchaser as the owner thereof as of the Cut-off Date. The Company shall maintain the Servicing File substantially as it exists on the date of this Agreement, in accordance with this Agreement.  Possession of each Servicing File by the Company, is at the will of the Purchaser for the sole purpose of servicing the related Construction Loan during the Interim Servicing Period, and such retention and possession by the Company, is in a custodial capacity only.  Upon the sale of the Construction Loans, the

ownership of each Construction Loan Note, the related Mortgage and the related Construction Loan Files and Servicing File shall vest immediately in the Purchaser, and the ownership of all records and documents with respect to the related Construction Loan prepared by or which come into the possession of the Company shall vest immediately in the Purchaser and shall be retained and maintained by the Company, in trust, at the will of the Purchaser and only in such custodial capacity. As of the Closing Date, and subject to The Company shall release its custody of the contents of any Servicing File only in accordance with written instructions from the Purchaser or in connection with the transfer of servicing pursuant to Section 5.01. Servicing Files for the Construction Loans shall be delivered to the Successor Servicer on or before the Servicing Transfer Date.

    *(D)*    *Fees*

With respect to each Construction Loan, the Seller shall (i) pay to the Purchaser on the Servicing Transfer Date $5.00 for the cost of acquiring a life of loan Flood Zone Service Contract or assign to the Purchaser an existing Flood Zone Service Contract with First American Corporation and (ii) either pay to the Purchaser on the Servicing Transfer Date $45.00 for the cost of acquiring a life of loan Tax Service Contract or assign to the Purchaser an existing life of loan Tax Service Contract entered into with First American Corporation.

Section 2.02.  Books and Records; Transfers of Construction Loans.

The sale of each Construction Loan shall be reflected on the Company's balance sheet and other financial statements, tax returns and business records as a sale of assets by the Company.

For the purposes of this Agreement, the Company shall be under no obligation to deal with any person with respect to this Agreement or the Construction Loans unless the books and records show such person as the owner of the Construction Loan. The Purchaser may, subject to the terms of this Agreement, sell and transfer one or more of the Construction Loans. With respect to any transfer of a Construction Loan prior to the Servicing Transfer Date, the Purchaser also shall advise the Company of the transfer. Upon receipt of notice of the transfer from Purchaser, the Company shall mark its books and records to reflect the ownership of the Construction Loans of such assignee.

Section 2.03.  Custodial Agreement; Delivery of Documents.

The Company will, with respect to each Construction Loan, deliver and release the Construction Loan Documents to the Custodian in accordance with this Agreement.

The Custodian shall be required to certify its receipt of the Construction Loan Documents to be delivered pursuant to the Custodial Agreement prior to the Closing Date, as evidenced by the initial certification of the Custodian in the form annexed to the Custodial Agreement. The Purchaser shall be responsible for preparing, tendering to the Company for execution, and recording the Assignments of Mortgage. The Purchaser shall be responsible for the initial and on-going fees and expenses of the Custodian.

All recording fees and other costs associated with the preparation and recording of Assignments of Mortgage and other relevant documents to the Purchaser or its designee will be borne by the Purchaser.

Except as otherwise provided in this Section 2.03, upon receipt of any document to be included in a Construction Loan File, the Company shall deliver such document to the Custodian.

Section 2.04.    <u>Closing Conditions.</u>

The closing for the purchase and sale of the Construction Loan Package shall take place on the Closing Date. The closing shall be either: by telephone, confirmed by letter or wire as the parties shall agree; or conducted in person, at such place as the parties may agree.

The closing for the Construction Loan Package shall be subject to the satisfaction of each of the following conditions:

(a)    with respect to the Purchaser's obligations to close:

(i)    the Company shall have delivered to the Purchaser and the Custodian the Construction Loan Schedule and an electronic data file containing information on a loan-level basis;

(ii)    all of the representations and warranties of the Company under this Agreement shall be true and correct as of the Closing Date (or such other date specified herein) in all material respects;

(iii)    the Company shall deliver to the Purchaser or the Custodian (as Purchaser shall direct) each original Construction Loan Note, endorsed and signed in the name of the Company by an authorized officer as follows: "Pay to the order of _____, without recourse;" or, in the case of a Construction Loan Note acquired by the Company in a merger, such signature shall be in substantially the form: "[Company], successor by merger to [name of predecessor];" or, in the case of a Construction Loan Note acquired or originated by the Company while doing business under another name, such signature shall be in substantially the following form: "[Company], formerly known as [previous name]." In the event the Company does not have the original of any Construction Loan Note in its possession, the Company shall deliver to the Purchaser or the Custodian (as Purchaser shall direct) a certified copy of such Construction Loan Note (endorsed as provided above) together with a lost note affidavit providing indemnification to the holder thereof for any losses incurred due to the fact that the original of such Construction Loan Note is missing.

(iv)    the Purchaser shall have received from the Custodian an initial certification with respect to its receipt of the Construction Loan Documents for the Construction Loans, which certification shall be in form and substance reasonably acceptable to the Purchaser;

(v)    the Purchaser shall have received copies (provided that original executed copies shall be delivered to the Purchaser within a reasonable time after the Closing Date) of the Memorandum of Sale, the Trade Confirmation and a funding memorandum setting forth the Purchase Price(s), and the accrued interest thereon, for the Construction Loan Package, in each case duly executed on behalf of the Company;

(vi)    all other terms and conditions of this Agreement, the Memorandum of Sale and the Trade Confirmation to be satisfied by the Company shall have been complied with in all material respects; and

(vii)    an order of the bankruptcy court approving the sale.

(b)    with respect to the Company's obligations to close:

(i)    the Company shall have received a copy of the initial certification of the Custodian with respect to its receipt of the Construction Loan Documents for the Construction Loans;

(ii)    the Company shall have received copies (provided that original executed copies shall be delivered to the Purchaser within a reasonable time after the Closing Date) of the Memorandum of Sale, the Trade Confirmation and a funding memorandum setting forth the Purchase Price(s), and accrued interest thereon, for the Construction Loan Package, in each case executed on behalf of the Purchaser; and

(iii)    all terms and conditions of this Agreement, the Memorandum of Sale and the Trade Confirmation to be satisfied by the Purchaser shall have been complied with in all material respects.

Upon satisfaction of the foregoing conditions, the Purchaser shall pay to the Company on the Closing Date the Purchase Price for the Construction Loan Package, including accrued interest pursuant to Section 2.01 of this Agreement.

Section 2.05.    Costs.

The Company shall pay any commissions due its salesmen, and the legal fees and expenses of its attorneys. All other costs and expenses specified herein and incurred in connection with the transfer and delivery of the Construction Loans, including without limitation recording fees, fees for title policy endorsements and continuations, fees for recording Assignments of Mortgage, if any, and the Purchaser's attorney's fees, shall be paid by the Purchaser.

## ARTICLE III

## REPRESENTATIONS AND WARRANTIES

Section 3.01.  <u>Company Representations and Warranties</u>.  The Company represents and warrants to Purchaser as of the date hereof and as of the Closing Date as follows:

(a)     <u>Status, Authority, Authorization</u>.  Except as a result of the commencement of the Bankruptcy Cases, the Company (i) has been duly incorporated and is validly existing in good standing as a corporation under the laws of its jurisdiction of incorporation, (ii) has the corporate power and authority to execute and deliver, and perform its obligations under, this Agreement, and (iii) has duly authorized its execution and delivery, and performance of its obligations under, this Agreement.

(b)     <u>No Prohibitions or Violations</u>.  The Company's execution and delivery of, and performance of its obligations under, this Agreement, are not prohibited by and do not violate  (i) the Company's certificate of incorporation or bylaws, or (ii) any judgment or order entered against the Company in an action or proceeding to which the Company is a party by any court or administrative agency.

(c)     <u>No Litigation Pending</u>.  There is no action, suit, proceeding or investigation pending or, to the best of the Company's knowledge, threatened against the Company which, if determined adversely to the Company either in any one instance or in the aggregate, would materially adversely affect the validity of this Agreement or the Company's ability to perform its obligations under this Agreement.

(d)     <u>No Consent Required</u>.  No consent, approval, authorization or order of any court or governmental agency or body is required to be obtained, made, or given for the Company's execution, delivery and performance of their obligations under this Agreement, other than the approval of the Bankruptcy Court.

(e)     <u>Right to Transfer</u>.  As to each Construction Loan, the Company hereby represents and warrants to the Purchaser that the Company is the owner and holder of such Construction Loan; the Company has not previously assigned or pledged such Construction Loan; the Company has good and marketable title to such Construction Loan; the Company has full right to transfer and sell such Construction Loan to Purchaser free and clear of any encumbrance, equity, participation interest, lien, pledge, charge, claim or security interest.

Section 3.02.  <u>Purchaser Representations and Warranties.</u>  Purchaser represents and warrants to the Company as of the date hereof and as of the Closing Date as follows:

(a)    Status, Authority, Authorization.  Purchaser (i) has been duly incorporated and is validly existing in good standing as a corporation under the laws of its jurisdiction of incorporation, (ii) has the corporate power and authority to execute and deliver, and perform its obligations under, this Agreement, and (iii) has duly authorized its execution and delivery, and performance of its obligations under, this Agreement.

(b)    No Prohibitions or Violations.  Purchaser's execution and delivery of, and performance of its obligations under, this Agreement, are not prohibited by and do not violate  (i) Purchaser's certificate of incorporation or bylaws, or (ii) any judgment or order entered against Purchaser in an action or proceeding to which Purchaser is a party by any court or administrative agency.

(c)    No Litigation Pending.  There is no action, suit, proceeding or investigation pending or, to the best of Purchaser's knowledge, threatened against Purchaser which, if determined adversely to Purchaser either in any one instance or in the aggregate, would materially adversely affect the validity of this Agreement or Purchaser's ability to perform its obligations under this Agreement.

(d)    No Consent Required.  No consent, approval, authorization or order of any court or governmental agency or body is required to be obtained, made, or given for the Purchaser's execution, delivery and performance of its obligations under this Agreement.

(e)    Funding.  Purchaser has all funds necessary to consummate the Sale.

## ARTICLE IV

## ADMINISTRATION AND SERVICING OF CONSTRUCTION LOANS DURING THE INTERIM SERVICING PERIOD

Section 4.01.  Company to Act as Servicer.

The Construction Loans are being sold by the Company to the Purchaser on a servicing released basis. During the Interim Servicing Period, the Company, as an independent contractor, shall service and administer the Construction Loans on behalf of the Purchaser on an actual/actual basis and shall have full power and authority to do any and all things in connection with such servicing and administration which the Company may deem necessary or desirable, consistent with the terms of this Agreement and with Accepted Practices; provided, however, that the servicing activities of the Company hereunder shall be restricted to such minimal servicing and collection activities as are necessary for preserving and administering the Construction Loans on a temporary basis, it being agreed and understood that the servicing of the Construction Loans is intended to be transferred to the Purchaser or the Purchaser's designee on or before the Servicing Transfer Date.  In the event that servicing of the Construction Loans is not transferred to the Purchaser or the Purchaser's designee on or before the earlier of (i) the fifth (5th) Business Day following the Closing Date, and (ii) November 30, 2007, the Company and

the Purchaser shall enter into a mutually agreeable servicing agreement to govern the servicing of the Construction Loans for the remainder of the Interim Servicing Period.

Section 4.02. <u>Collection of Construction Loan Payments.</u>

Continuously from the date hereof until the Servicing Transfer Date, in accordance with this Agreement and Accepted Practices, the Company shall proceed diligently to collect all payments due under each of the Construction Loans when the same shall become due and payable and shall ascertain and estimate Escrow Payments (if applicable) and all other charges that will become due and payable with respect to the Construction Loan and the Mortgaged Property, to the end that the installments payable by the Mortgagors will be sufficient to pay such charges as and when they become due and payable. The Company shall remit to the Purchaser on or before the fifth (5th) Business Day following the end of each month during the Interim Servicing Period any and all amounts received on account of the Construction Loans during the Interim Servicing Period, including, without limitation, payments of principal and interest and insurance proceeds, such remittance to be by wire transfer in the case of cash received and by overnight delivery service with respect to checks and other instruments. Such remittance shall be accompanied by a report in form and detail reasonably satisfactory to Purchaser setting forth the source and application of all amounts received.

Section 4.03. <u>Disbursement of Construction Loan Proceeds.</u>

(a)      Continuously from the date hereof until the Servicing Transfer Date, in accordance with this Agreement and Accepted Practices, the Company shall proceed diligently to disburse all proceeds due for disbursement under each of the Construction Loans when the same shall have been requested or are otherwise due for disbursement under the terms of such Construction Loans; provided, however, that Purchaser shall have made available to Company any and all funds necessary for such disbursements, the parties hereby acknowledging that the Company will not have or have access to such necessary funds from other sources.

## ARTICLE V

## TRANSFER OF SERVICING

Section 5.01. <u>Assumption of Responsibilities at Transfer Date.</u>

On the Servicing Transfer Date, the Purchaser, or its designee, shall assume all servicing responsibilities related to, and the Company will cease all servicing responsibilities (except as expressly set forth herein) related to, the Construction Loans. On or prior to the Servicing Transfer Date (or in the case of (c), (d) and (e) below, within three (3) Business Days from and after the Servicing Transfer Date or by such other date as may be specified in this Agreement or as may be otherwise agreed), the Company will take such steps as may be necessary or appropriate to effectuate and evidence the transfer of the servicing of the Construction Loans to the Purchaser, or its designee, including but not limited to the following:

(a)      <u>Notice to the Mortgagors</u>. The Company shall mail to each Mortgagor a letter advising the Mortgagor of the transfer of the servicing of the related Construction Loan to the

Purchaser, or its designee. The Company shall provide the Purchaser with copies of all such related notices no later than fifteen (15) calendar days from and after the Servicing Transfer Date.

(b)    <u>Notice of Taxing Authorities and Insurance Companies</u>. The Company shall transmit to the applicable taxing authorities and insurance companies and/or agents, notification of the transfer of the servicing to the Purchaser, or its designee, and instructions to deliver all notices, tax bills and insurance statements, as the case may be, to the Purchaser, or its designee, from and after the Servicing Transfer Date. The Company shall provide the Purchaser with copies of all such notifications no later than fifteen (15) calendar days from and after the Servicing Transfer Date.

(c)    <u>Delivery of Servicing Records</u>. The Company shall forward to the Purchaser, or its designee, all servicing records and the Servicing Files in the Company's possession relating to each Construction Loan, and shall make any such records available to the Purchaser, or its designee, during normal business hours.

(d)    <u>Escrow Payments</u>. The Company shall provide the Purchaser, or its designee, with immediately available funds by wire transfers in the amount of the net Escrow Payments and suspense balances and all loss draft balances associated with the Construction Loans. The Company shall provide the Purchaser, or its designee, with an accounting statement of Escrow Payments and suspense balances and loss draft balances sufficient to enable the Purchaser, or its designee, to reconcile the amount of such payment with the accounts of the Construction Loans. Additionally, the Company shall wire transfer to the Purchaser the amount of any prepaid Construction Loan payments and all other similar amounts held by the Company.

(e)    <u>Payments Received and Disbursements Made Prior to Servicing Transfer Date</u>. Prior to the Servicing Transfer Date, all payments received and disbursements made by the Company on each Construction Loan shall be properly applied by the Company to or against the account of the particular Mortgagor.

(f)    <u>Payments Received and Disbursements Made After the Servicing Transfer Date</u>. The amount of any Monthly Payments for the Construction Loans received by the Company after the Servicing Transfer Date shall be forwarded to the Purchaser by wire transfer or overnight mail within two (2) Business Days of receipt. The Company shall notify the Purchaser of the particulars of the payment, which notification requirement shall be satisfied if the Company forwards with its payment sufficient information to permit appropriate processing of the payment to the Purchaser. The Company shall have no obligation to disburse funds under any Construction Loan on or after the Servicing Transfer Date.

(g)    <u>Misapplied Payments</u>. Misapplied payments (including without limitation payments returned for insufficient funds) on Construction Loans shall be processed as follows: (i) all parties shall cooperate in correcting misapplication errors; (ii) the party receiving notice of a misapplied payment occurring prior to the Servicing Transfer Date and discovered after the Servicing Transfer Date shall immediately notify the other party; (iii) if a misapplied payment occurred prior to the Servicing Transfer Date cannot be identified and said misapplied payment has resulted in a shortage in a custodial account or escrow account, the Company shall be liable

for the amount of such shortage; the Company shall reimburse the Purchaser for the amount of such shortage within thirty (30) calendar days after the receipt of written demand thereof from the Purchaser; (iv) if a misapplied payment which occurred prior to the Servicing Transfer Date has created an improper Purchase Price as the result of an inaccurate outstanding principal balance, the party with notice of such misapplied payment shall promptly inform the other party and a wire transfer or check shall be issued to the party shorted by the improper payment application within ten (10) Business Days after notice thereof by the other party; and (v) any wire transfer or check issued under the provisions of this paragraph shall be accompanied by a statement indicating the corresponding Company and/or the Purchaser Construction Loan identification number and an explanation of the allocation of any such payments or by fax.

(h)    Reconciliation.  The Company shall, on or before the Servicing Transfer Date, reconcile principal balances and make any monetary adjustments for the Construction Loans as agreed to by Company and Purchaser. Any such monetary adjustments will be transferred between the Company and the Purchaser as appropriate.

(i)    IRS Forms.  The Company shall file all IRS forms it is required to file in relation to the servicing and ownership of the Construction Loans on or before the Servicing Transfer Date.

(j)    Insurance Premiums.  The Company shall pay all insurance premiums due prior to the Servicing Transfer Date provided the Company has sufficient funds escrowed for such payments, has not transferred or remitted such funds to or for the benefit of Purchaser pursuant to this Agreement, and has received bills for such insurance premiums at least fourteen (14) calendar days prior to the Servicing Transfer Date.

(k)    Property Taxes.  The Company shall pay all tax bills (including interest, late charges and penalties in connection therewith) due within fourteen (14) calendar days after the Servicing Transfer Date, provided the Company has sufficient funds escrowed for such payments, has not transferred or remitted such funds to or for the benefit of Purchaser pursuant to this Agreement,  and has received bills for such taxes at least fourteen (14) calendar days prior to the Servicing Transfer Date. For thirty (30) calendar days after the Servicing Transfer Date, the Company shall deliver such tax bills as it may receive with respect to the Construction Loans to Purchaser within two (2) Business Days of receipt of the same, and thereafter the Company shall exercise reasonable efforts to deliver such tax bills as it may receive with respect to the Construction Loans to Purchaser within a reasonable time of its receipt of same.

(l)    Insurance Policies.  For thirty (30) calendar days after the Servicing Transfer Date, the Company shall deliver such insurance policies or renewals and invoiced as it may receive with respect to  the Construction Loans to Purchaser within five (5) Business Days of its receipt of same, and thereafter the Company shall exercise reasonable efforts to deliver such insurance policies or renewals and invoices as it may receive with respect to the Construction Loans to Purchaser within a reasonable time of its receipt of same.

(m)    Transfer of Servicing.  On the Servicing Transfer Date, the Company shall transfer servicing of the related Construction Loans to the Purchaser or its designee pursuant to

the terms of this Agreement and the procedures reasonably agreed to by the Company, the Purchaser and the Purchaser's designee.

(n)    <u>Reimbursement for Servicing Advances</u>.  Following the Servicing Transfer Date, the Company shall be reimbursed for any unreimbursed and properly made Servicing Advances made with respect to any related Construction Loan.  Such reimbursement shall be paid by the Purchaser or its designee to the Company following the delivery of a reasonably detailed invoice or other evidence of such amounts to the Purchaser.

## ARTICLE VI

## MISCELLANEOUS PROVISIONS

Section 6.01.  <u>Amendment.</u>

This Agreement may be amended from time to time by the Company and by written agreement signed by the Company and the Purchaser.

Section 6.02.  <u>Governing Law.</u>

This Agreement shall be construed in accordance with the laws of the State of New York and the obligations, rights and remedies of the parties hereunder shall be determined in accordance with such laws; provided that no question shall be resolved for or against any party based on considerations of authorship.

EACH OF THE COMPANY AND THE PURCHASER HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVES ANY AND ALL RIGHTS IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OR ANY LITIGATION BASED ON, OR ARISING OUT OF, UNDER, OR IN CONNECTION WITH, THIS AGREEMENT, OR ANY OTHER DOCUMENTS AND INSTRUMENTS EXECUTED IN CONNECTION HEREWITH, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER ORAL OR WRITTEN), OR ACTIONS OF THE COMPANY OR THE PURCHASER.  THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE PURCHASER TO ENTER INTO THIS AGREEMENT.

Section 6.03.  <u>Notices.</u>

All demands, notices and communications hereunder shall be in writing and shall be deemed to have been duly given if personally delivered at or delivered by overnight courier as follows:

(a)    if to the Company:

_____

_____

_____

_____

Attention: _____

Phone: _____

Fax: _____

or such other address as may hereafter be furnished to the Purchaser in writing by the Company;

(b)    if to the Purchaser:

_____
_____
_____
_____
Attention: _____
Phone: _____

Fax: _____

or such other address as may hereafter be furnished to the Company in writing by the Purchaser.

Section 6.04.   Severability of Provisions.

If any one or more of the covenants, agreements, provisions or terms of this Agreement shall be held invalid for any reason whatsoever, then such covenants, agreements, provisions or terms shall be deemed severable from the remaining covenants, agreements, provisions or terms of this Agreement and shall in no way affect the validity or enforceability of the other provisions of this Agreement.

Section 6.05.   Relationship of Parties.

Nothing herein contained shall be deemed or construed to create a partnership or joint venture between the parties hereto and the services of the Company shall be rendered as an independent contractor and not as agent for the Purchaser.

Section 6.06.   Successors and Assigns.

This Agreement shall bind and inure to the benefit of and be enforceable by the Company and the Purchaser and the respective permitted successors and assigns of the Company and the successors and assigns of the Purchaser.

Section 6.07.   Further Agreements.

The Purchaser and the Company each agree to execute and deliver to the other such additional documents, instruments or agreements as may be necessary or appropriate to effectuate the purposes of this Agreement.

Section 6.08.    Counterparts.

This Agreement may be executed simultaneously in any number of counterparts. Each counterpart shall be deemed to be an original, and all such counterparts shall constitute one and the same instrument.

Section 6.09.    Exhibits.

The exhibits to this Agreement are hereby incorporated and made a part hereof and are an integral part of this Agreement.

Section 6.10.    General Interpretive Principles.

For purposes of this Agreement, except as otherwise expressly provided or unless the context otherwise requires:

(a)    the terms defined in this Agreement have the meanings assigned to them in this Agreement and include the plural as well as the singular, and the use of any gender herein shall be deemed to include the other gender;

(b)    accounting terms not otherwise defined herein have the meanings assigned to them in accordance with GAAP;

(c)    references herein to "Articles," "Sections," "Subsections," "Paragraphs," and other subdivisions without reference to a document are to designated Articles, Sections, Subsections, Paragraphs and other subdivisions of this Agreement;

(d)    a reference to a Subsection without further reference to a Section is a reference to such Subsection as contained in the same Section in which the reference appears, and this rule shall also apply to Paragraphs and other subdivisions;

(e)    the words "herein," "hereof," "hereunder" and other words of similar import refer to this Agreement as a whole and not to any particular provision; and

(f)    the term "include" or "including" shall mean without limitation by reason of enumeration.

Section 6.11.    Reproduction of Documents.

This Agreement and all documents relating thereto, including, without limitation, (a) consents, waivers and modifications which may hereafter be executed, (b) documents received by any party at the closing, and (c) financial statements, certificates and other information previously or hereafter furnished, may be reproduced by any photographic, photostatic, microfilm, micro-card, miniature photographic or other similar process. The parties agree that any such reproduction shall be admissible in evidence as the original itself in any judicial or administrative proceeding, whether or not the original is in existence and whether or not such reproduction was made by a party in the regular course of business, and that any enlargement, facsimile or further reproduction of such reproduction shall likewise be admissible in evidence.

Section 6.12.    Trade Confirmation.

The terms and conditions set forth in the Trade Confirmation between the Purchaser and the Company with respect to the Closing Date shall be incorporated herein.  In the event of any conflict between the terms of this Agreement and the Trade Confirmation, this Agreement shall control.

*[Intentionally Blank - Next Page Signature Page]*

IN WITNESS WHEREOF, the Company and the Purchaser have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the day and year first above written.

**[PURCHASER]**
Purchaser

**[COMPANY]**
Company

By: _____

By: _____

Name: _____

Name: _____

Title: _____

Title: _____

EXHIBIT A

FORM OF FUNDING MEMORANDUM

DB02:6265146.1

EXHIBIT B

FORM OF TRADE CONFIRMATION

_____ \_\_, 2007

[COMPANY]

_____

_____

_____

_____

Attn:_____

Ladies and Gentlemen:

_____, a _____ ("Purchaser") hereby confirms its agreement to purchase, and _____, a _____ (the "Company") hereby confirms its agreement to sell, on a servicing released basis, certain real estate construction loans (the "Construction Loans"), in accordance with the terms of that certain Construction Loan Sale and Transfer Agreement between them dated _____, 2007 (the "Agreement"). The Construction Loans have an aggregate Stated Principal Balance as of _____, 2007 (the "Cut-off Date") of approximately $_____ (plus or minus 5%). Accordingly, pursuant to Section 2.01(B), the Purchase Price is _____ Dollars ($_____). The purchase and sale of the Construction Loans will occur on _____, 2007 or such other date as shall be mutually agreed to by the parties (the "Closing Date").

This letter contains the entire agreement relating to the subject matter hereof between us and supersedes any prior oral or written agreement between us. This letter may only be amended by a written document signed by both the Purchaser and the Company. This letter may be executed in one or more counterparts and by the different parties hereto on separate counterparts, each of which, when so executed, shall be deemed to be an original; such counterparts, together, shall constitute one and the same document. Capitalized terms used herein but not otherwise defined herein shall have the meanings given them in the Agreement. This letter shall be kept confidential unless otherwise agreed to in writing by the Purchaser and the Company or otherwise required by law.

[Signature Page Follows]

EXHIBIT B - Page 1

Please confirm by signing and returning via facsimile, no later than _____, 2007, to _____ at _____.

                                         Very truly yours,

                                         [PURCHASER]

                                         By:_____

                                         Name:_____

                                         Title:_____

Confirmed and agreed to:
[COMPANY]

By:_____
Name:_____
Title:_____

EXHIBIT C - Page 1

DB02:6265146.1                                                            066585.1001

EXHIBIT C

FORM OF MEMORANDUM OF SALE

CLOSING DATE:  [CLOSING DATE]

This Memorandum of Sale (this "Memorandum"), dated as of the Closing Date referred to above, confirms the sale by _____, a _____ (the "Company") to _____, a _____ (the "Purchaser"), and the purchase by the Purchaser from the Company, on a servicing released basis, of the Construction Loans described on the Construction Loan Schedule attached hereto as Schedule I (the "Construction Loans"), pursuant to the terms of the Construction Loan Sale and Transfer Agreement (the "Agreement"), dated as of _____ __, 2007, by and between the Purchaser and the Company.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Company does hereby bargain, sell, convey, assign and transfer to Purchaser without recourse, except as provided in the Agreement, and on a servicing released basis, all right, title and interest of the Company in and to each of the Construction Loans, together with all documents maintained as part of the related Construction Loan Files and Servicing Files, all Mortgaged Properties which secure any Construction Loan but are acquired by foreclosure, deed in lieu of foreclosure after the Cut-off Date or otherwise, all payments of principal and interest received on the Construction Loans after the Cut-off Date, all other unscheduled collections collected in respect of the Construction Loans after the Cut-off Date, and all proceeds of the foregoing, subject, however, to the rights of the Company under the Agreement.

The Company hereby acknowledges receipt of the Purchase Price with respect to the Construction Loans.

The Company has delivered to the Custodian prior to the date hereof the Construction Loan Documents with respect to each Construction Loan required to be delivered under the Agreement.

The Company hereby acknowledges its duties and obligations under the Agreement with respect to the Construction Loans.

Capitalized terms that are used herein but are not defined herein shall have the respective meanings set forth in the Agreement.

EXHIBIT C - Page 1

IN WITNESS WHEREOF, the parties hereto, by the hands of their duly authorize officers, execute this Memorandum as of the Closing Date referred to above.

[PURCHASER]                                    **[COMPANY]**
as Purchaser                                   as Company


By: _____                 By: _____

Name: _____                 Name: _____

Its: _____                  Its: _____

EXHIBIT C - Page 2