IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Doc. Ref. No. 967
---------------------------------------------------------------- x

**NOTICE OF FILING OF SUPPLEMENT TO EXHIBIT B TO FOURTH MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

PLEASE TAKE NOTICE that on September 27, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed their *Fourth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment* [Docket No. 967] (the "Motion").[1]

PLEASE TAKE NOTICE that in addition to the equipment leases identified on Exhibit B to the Motion [Docket No. 967], the Debtors now supplement Exhibit B and reject **only such equipment leases that have Xerox Corporation (or entities related to Xerox Corporation) as a counterparty and are located at the premises of 538 Broadhollow Road, Melville, New York, 11747**. Equipment leases located at the premises of 538 Broadhollow Road, Melville, New York, 11747 having counterparties other than Xerox Corporation (or entities related to Xerox Corporation) are not affected by this supplemental notice.

---

[1] All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DB02:6265803.1                                                                    066585.1001

Dated: Wilmington, Delaware
September 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner* (No. 4926)
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession