## EXHIBIT B

## Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :  Jointly Administered
                                                                :
            Debtors.                                            :  Ref. Docket No. ____
---------------------------------------------------------------- x

**ORDER EXTENDING THE DEADLINE PURSUANT
TO SECTION 365(d)(4) TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), for an order pursuant to section 365(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, extending for 90 days the initial 120-day deadline to assume or reject unexpired leases of nonresidential real property set forth in 11 U.S.C. § 365(d)(4)(A), this Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

after due deliberation thereon, good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED; and it is further:

ORDERED that the Assumption/Rejection Period is extended for 90-days through and including March 3, 2008 for the Real Property Leases identified on Exhibit A to this Order; and it is further

ORDERED that the entry of this Order shall be without prejudice to the rights of the Debtors to request extensions of time to assume or reject any real property leases to which they are a party that are not set forth on Exhibit A, as provided in section 365(d)(4) of the Bankruptcy Code; and it is further

ORDERED that the entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the time to assume or reject the Real Property Leases as provided in section 365(d)(4) of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      October _____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

## Real Property Leases

| | |
|---|---|
| Leases: | Office Building Lease, dated as of January 31, 2005, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor |
| | Commencement Date Agreement, dated as of March 7, 2005, by and between AFP Associates, Ltd., as landlord, and American Home Mortgage Servicing, Inc., as tenant |
| | First Amendment to Lease, dated as of September 18, 2006, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor |
| Leased Premises: | Freeport Office Center II, 4600 Regent Blvd, Irving, TX 75063<br>Freeport Office Center I, 4650 Regent Blvd, Irving, TX 75063 |
| Landlord: | AFP Associates, Ltd. c/o West World Management, Inc.<br>4 Manhattanville Road<br>Purchase, New York 10577 |