UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: American Home Mortgage Holdings, Inc., *et al.*    Case No. 07-11047 (CSS)
      Debtor

SUPPLEMENT TO INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ** | |
| **Certificates of Insurance:** | | |
| Workers Compensation | ** | |
| Property | ** | |
| General Liability | ** | |
| Vehicle | ** | |
| Other: | N/A | |
| Identify areas of self-insurance w/liability caps | ** | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | N/A | |
| General Operating Account | N/A | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | ** | |
| Other: | | |
| Retainers Paid (Form IR-2) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

American Home Mortgage Holdings, Inc., *et al.*

_____          9/28/07
Signature of Authorized Individual*       Date

Stephen A. Hozie                          Chief Financial Officer
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Previously filed on August 21, 2007 [Docket No. 275].

FORM IR
(4/07)

6201073v1                                 066585.1001

**AMERICAN HOME MORTGAGE**
Schedule of Retainers Paid to Debtors' Retained Professionals

| Payee | Check Date | Check Number | Name of Payor | Amount of Payment | Amount Applied as of Petition Date | Balance |
|---|---|---|---|---|---|---|
| Cadwalader, Wickersham | 7/30/2007 | Via Wire | American Home Mortgage Investment Corp. | 2,000,000 | TBD | TBD |
| Kekst & Co. | 8/1/2007 | Via Wire | American Home Mortgage Investment Corp. | 50,000 | TBD | TBD |
| Kroll Zolfo Cooper | 8/1/2007 | Via Wire | American Home Mortgage Investment Corp. | 500,000 | TBD | TBD |
| Kroll Zolfo Cooper | 8/3/2007 | Via Wire | American Home Mortgage Investment Corp. | 250,000 | TBD | TBD |
| Milestone | 8/1/2007 | Via Wire | American Home Mortgage Investment Corp. | 575,000 | TBD | TBD |
| Young Conaway | 7/30/2007 | Via Wire | American Home Mortgage Investment Corp. | 400,000 | TBD | TBD |
| Young Conaway | 8/3/2007 | Via Wire | American Home Mortgage Investment Corp. | 400,000 | TBD | TBD |
| | | | **Total** | **$ 4,175,000** | **TBD** | **TBD** |