## CERTIFICATE OF SERVICE

        I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Entry Of Appearance And Demand For Notices And Papers**, was caused to be made on September 28, 2007, in the manner indicated upon the entities identified on the attached service list.


Date: September 28, 2007          /s/ Donna L. Culver
                                                                                          Donna L. Culver (No. 2983)

1248274.1