# SERVICE LIST

**VIA HAND DELIVERY**

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE  19899

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street
Suite 702
Wilmington, DE  19801

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE  19801

Attn: Corporate Capital Markets
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Attn: Corporate Capital Markets - AHM
Capital Trust I
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Eric M. Davis, Esq.
Jason M. Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE  19899-0636

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 No. Market Street
17th Floor
Wilmington, DE  19899-8705

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE  19801

Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE  19801

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE  19899

Joseph O'Neil, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19899

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorneys Office
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE  19899

Attn: Corporate Trust Department -
Baylis Trust VIII
Wells Fargo Bank, N.A.
919 No. Market Street
Suite 700
Wilmington, DE  19801

Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Bear Stearns Bank plc
Attn: Jerome Schneider/Patrick Phelan
Investment Manager of Liquid Funding,
Ltd.
Block 8, Harcourt Centre
Charlotte Way, Dublin 2
IRELAND

Attn: Legal Department
Deutsche Bank
Taunusanlage 12
60262 Frankfurt,
GERMANY

Attn: Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12,,
BERMUDA

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Attention: Anthea Del Bianco
Bank of America
Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street
5th Floor
San Francisco, CA  94103

Attn: Repo Desk, 3rd Floor
Deutsche Bank
60 Wall Street
New York, NY  10005

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
36th Floor
Atlanta, GA  30308

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Attn: Client Administration
Impac Funding Corporation
1401 Dove Street
Suite 1000
Newport Beach, CA  92660

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro
Suite 300
San Antonio, TX  78205

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH  44114

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South
6th Floor
Brooklyn, NY  11201

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA  90017

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine &
  Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA  90024

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

Attn: Tony D. Atkins  
SunTrust Asset Funding, LLC  
Mail Code 3950  
303 Peachtree Street  
23rd Floor  
Atlanta, GA  30308  

Frederick D. Holden, Jr.  
Orrick, Herrington & Sutcliffe LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA  94105  

Vincent A. D'Agostino, Esquire  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  07068-1791  

Martin Jefferson Davis, Esquire  
Office of Thrift Supervision  
Harborside Financial Center  
Plaza Five  
Suite 1600  
Jersey City, NJ  07311  

Douglas R. Davis, Esquire  
Kelley A. Cornish, Esquire  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY  10019-6064  

Mary DeFalaise, Esquire  
U.S. Department of Justice  
1100 L St., NW  
Room 10002  
Washington, DC  20005  

Dennis J. Drebsky, Esquire  
Nixon Peabody, LLP  
437 Madison Avenue  
New York, NY  10022  

Mark Ellenberg, Esquire  
Cadwalader, Wickersham & Taft LLP  
1201 F Street, N.W.  
Washington, DC  20004  

Attn: Mortgage Finance  
Greenwich Capital Financial Products  
600 Steamboat Road  
Greenwich, CT  06830  

Susan R. Fuertes, Esquire  
14910 Aldine-Westfield Road  
Houston, TX  77032  

Samuel B. Garber  
Assistant General Counsel  
General Growth Management, Inc.  
110 N. Wacker  
Chicago, IL  60606  

Attention: Officer, General or Managing Agent  
Bank of America  
901 Main Street  
66th Fl.  
Dallas, TX  75202  

Attn: Officer, General or Managing Agent  
Credit Suisse  
Eleven Madison Avenue  
New York, NY  10010  

Attn: Officer, General or Managing Agent  
JP Morgan Chase  
194 Wood Avenue South  
Floor 3  
Iselin, NJ  08830  

Attn: Officer, General or Managing Agent  
Luminent Mortgage Capital  
Suite 1350  
101 California Street  
San Francisco, CA  94111  

Ian Gershengorn, Esq.  
Jenner & Block LLP  
601 Thirteenth Street, NW  
Suite 1200 South  
Washington, DC  20005  

Marcia L. Goldstein, Esquire  
Lori Fife, Esquire  
Ronit Berkovich, Esquire  
Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY  10153  

Eric J. Gorman, Esq.  
Felicia G. Perlman, Esq.  
Justin L. Heather, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive  
Suite 2100  
Chicago, IL  60606  

Thomas H. Grace, Esquire  
W. Steven Bryant, Esquire  
Locke Liddell & Sapp  
3400 JP Morgan Chase Tower  
600 Travis Street  
Suite 3400  
Houston, TX  77002

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
15th Floor
New York, NY  10022

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas
17th Floor
New York, NY  10036

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive
MS 202
McLean, VA  22102

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
01 Main Street
66th Floor
Dallas, TX  75202

Lisa G. LauKitis, Esquire
Citicorp Center
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022

Attn: Legal
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  06830

Attn: Chief Legal Officer
Transaction Management Group
Morgan Stanley
1585 Broadway
New York, NY  10036

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg
& Jaslow
1065 Avenue of the Americas
18th Floor
New York, NY  10018

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, PC
155 Federal Street, 9th Floor
Boston, MA  02110

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY  11753

Attn: Baylis Trust V and Madassir
Mohamed
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY  11201

Attn: Dante LaRocca, Managing Director
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B
21st Floor
New York, NY  10281

Peter McGonigle
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA  19103

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
599 Lexington Avenue
New York, NY  10022

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY  10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Attn: NCCI Legal
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B
18th Floor
New York, NY  10281

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY  10022

Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

Attn: Officer, General or Managing Agent
EMC
383 Madison Avenue
New York, NY  10018

Attn: Officer, General or Managing Agent
FNMA
3900 Wisconsin Ave., NW
Washington, DC  20016

Attn: Officer, General or Managing Agent
GMAC
600 Galleria Parkway
15th Floor
Atlanta, GA  30339

Attn: Officer, General or Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX  77027

Attn: Officer, General or Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA  94104

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY  10166-0136

John Philip, Esq.
Crislip Philip & Asso.
4515 Poplar Avenue
Suite 322
Memphis, TN  38117

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Erica Ryland, Esq.
Corrine Ball, Esq.; I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3596

Patricia Schrage, Esquire  
Securities and Exchange Commission  
3 World Financial Center  
Room 400  
New York, NY  10281

Stephen B. Selbst, Esquire  
McDermott, Will & Emery  
340 Madison Avenue  
New York, NY  10022-3596

Attn: Robert Guglielmo, Senior Vice President  
Lehman Brothers  
745 Seventh Avenue  
28th Floor  
New York, NY  10019

Andrea Sheehan, Esquire  
Law Offices of Robert E. Luna, P.C.  
4411 North Central Expressway  
Dallas, TX  75205

Vincent Sherman, Esquire  
Securities and Exchange Commission  
3 World Financial Center  
Room 400  
New York, NY  10281

Andrew Silverstein, Esquire  
Laurie Binder, Esq.  
Seward & Kissel  
One Battery Park Plaza  
New York, NY  10004

Catherine Steeg  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL  60611

Attn: Peter Steinmetz  
Citigroup Global Markets Realty Corp  
390 Greenwich Street  
6th Floor  
New York, NY  10013

Richard Stern, Esquire  
Michael Luskin, Esq.  
Luskin Stern & Eisler LLP  
330 Madison Avenue, 34th Floor  
New York, NY  10017

Scott D. Talmadge, Esquire  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022

Franklin Top, III, Esquire  
Chapman and Cutler LLP  
111 West Monroe Street  
Chicago, IL  60603

Attn: Institutional Trust Services - Baylis Trust I  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust II  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust IV  
JP Morgan Chase  
600 Travis Street  
50th Floor  
Houston, TX  77019

William P. Weintraub, Esquire  
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP  
780 Third Avenue  
36th Floor  
New York, NY  10017

Elizabeth Weller, Esquire  
Linebarger Goggan Blair Pena & Sampson LLP  
2323 Bryan Street  
Suite 1600  
Dallas, TX  75201

Bruce A. Wilson, Esquire  
Kutak Rock LLP  
1650 Farnam Street  
Omaha, NE  68102

Michael G. Wilson, Esquire  
Jason W. Harbour, Esquire  
Hunton & Williams  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA  23219

Jonathan Winnick, Esquire  
Citibank Agency & Trust  
388 Greenwich Street  
19th Floor  
New York, NY  10013

```
David H. Zielke, Esquire
Vice President and Assistant
  General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA  98101

Country Wide Capital
20 N. Amnia Blvd
Lake Havasu City, AZ  86403

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD  21202

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA  91107

UBS
1251 Avenue of The Americas
New York, NY  10019


1215489
```