# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 1, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Shenwick (telephonic) | Shenwick & Associates | Scruggs |
| ~~Fred Neufeld (telephonic)~~ Robert J. Moore (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Franklin Top (telephonic) | Chapman & Cutler | Wells Fargo Bank |
| Margot Schonholtz (telephonic) | Kay Scholer | Bank of America |
| Michael McCrary (telephonic) Mary Olsen (telephonic) | The Gardner Law Firm | Kathy Catcham |
| Christopher Marcus (telephonic) ~~Melanie Gray (telephonic)~~ | Weil Gotshal & Manges | Credit Suisse |
| Jim Huggett | Margolis Edelstein | Participant Group |
| Sean Mulloy | McDonald Hopkins | " |
| Jim Huggett | Margolis Edelstein | WATRN Act Creditors |
| Jonathan B. Alter | Bingham McCutchen | Travelers |
| Mark Collins | Richards Layton | ABN AMRO Bank |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Teresa Currier | Buchanan Ingersoll + Rooney | Societe Generale |
| Chad Toms | Bifferato Gentilotti LLC | Valerie Lynn Scruggs |

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 1, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gabriel McCarrin | Cotta Anderson & Corroon | Bank of America |
| Scott Talmadge | Kaye Scholer | " " |
| Richard Hewitt | Pro Se | self |
| William Hazeltine | Us Trustee | |
| [illegible signatures] | Young Conaway | |
| John R. Weaver, Jr. | Fair, Burke, Countercontrol & Wright | Bank of America Leasing |
| Bonnie Fatell | Blank Rome | Creditor Committee |
| Arthur Beckman | | |
| Mark Indelicato | Hahn & Hessen | Creditors Committee |
| Sean Beach | YCST | Debtors |
| Blake Cleary | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**