## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER FOR RELIEF FROM AUTOMATIC STAY

AND NOW, on this 1st day of October, 2007, came to be considered, the Motion of General Star National Insurance Company to lift the automatic stay as it applies to the pending Declaratory Judgment Action in Michigan. The Court, having considered and heard the evidence and arguments of counsel, it has become the opinion of the Court that relief from the automatic stay will be allowed as requested.

IT IS THEREFORE ORDERED, adjudged and decreed, that Movants be granted relief from the stay, in order to permit Movants to proceed with their pending Declaratory Judgment action in the Circuit Court for Oakland County, Michigan.

_____
The Honorable Christopher S. Sontchi