# EXHIBIT A

## OFFICE LEASES

| Property Address | Property Suite | Property City | Property State | Property Zip | Landlord | Landlord Address 1 | Landlord Address 2 | Landlord City | Landlord State | Landlord Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 1111 West 22nd Street | Suite #225 | Oakbrook | IL | 60521 | 1 - 1111 22nd St. c/o Equity Office / ATT: 10520 | 135 La Salle | Dept 3793 | Chicago | IL | 60674-3763 |
| 5524 - 5526 Elevator Road | | Roscoe | IL | 61073 | Krieger Real Estate | 3304 North Halsted | | Chicago | IL | 60657 |
| 500 Colonial Center Parkway | | Roswell | GA | 30076 | A-Colonial 500/500 Owner LLC | PO Box 55379 | Department 6502 | Birmingham | AL | 35255 |
| | | | | | Capital Commerce Mortgage, | | | | | |
| 4200 Commerce Court | | Lisle | IL | 60532 | c/o Janko Financial Group | 3030 Finley Rd | Suite 110 | Downers Grove | IL | 60515 |
| 5215 Old Orchard Road | | Skokie | IL | 60077 | TA Associates Realty | 28 State Street | 10th floor | Boston | MA | 02109 |
| | | | | | OR-Meadows Lake Oswego LLC | | | | | |
| 6000 Meadows Road | Suite 365 | Lake Oswego | OR | 97035 | c/o Shorenstein Properties LLC | 555 California Street | 49th Floor | San Francisco | CA | 94104 |
| 116 Defense Highway | Ste. 301 | Annapolis | MD | 21301 | Direct Invest - 116 Defense Highway, LLC | 211 Congress Street | 8th Floor | Boston | MA | 02110 |
| 1827 South Michigan Avenue | | Chicago | IL | 60616 | Jeffery P. & Lori Diemand | 4237 West 42nd Place | | Chicago | IL | 60632 |
| 1130 Medical Court | Ste. B-2 | Carmel | IN | 46032 | T & J Office LLP | 12019 Edgefield Drive | | Fishers | IN | 46037 |
| 3526 W. Liberty Rd | Suite 200 | Ann Arbor | MI | 48103 | Liberty-Wagner Business Park, LLC | 1955 So. Industrial | | Ann Arbor | MI | 48104 |
| 29 & 31 E. Dover Street | | Easton | MD | 21601 | 29 East Dover Street, LLC | 6760 Alexander Bell Drive | Suite 140 | Columbia | MD | 21046 |
| 600 Jefferson Street | Suite 206 | Rockville | MD | 20852 | Washington Real Estate Investment Trust | P.O. Box 79555 | | Baltimore | MD | 21279-0555 |
| 7474 Greenway Center | Suite 600 & 660 | Greenbelt | MD | 20770 | WRIT Limited Partnership | 6110 Executive Boulevard | Suite 800 | Rockville | MD | 20852 |
| 1100 Main Street | | Kansas City | MO | 64105 | City Center Square Equities II, LLC | 1100 Main Street | Suite 206 | Kansas City | MO | 64105 |
| 7920 Norfolk Avenue | Suite 701 | Bethesda | MD | 20814 | Douglas Development | 702 H St NW | Suite 400 | Washington | DC | 20001 |
| 7142-7146 Columbia Gateway Drive | | Columbia | MD | 21046 | DDR Southeast Fountains, LLC | 4770 Perephere Circle | Dept 107640330352167 | Chicago | IL | 60674 |
| 1704 S. Neil St | Suite A | Champaign | IL | 61820 | 1817 S. Neil St. Partnership c/o Ramshaw Real Estate | 1817 S. Neil Street | Suite 200 | Champaign | IL | 61820 |
| 610 N. Alma School Road | Suites 54-59 | Chandler | AZ | 85224-3600 | Westwind Shopping Center, Inc. | 1159 West Baseline Road | | Mesa | AZ | 85210 |
| | | | | | ATTN: Betsy Butler | | | | | |
| 5023 N. Illinois | Unit 2 | Fairview Heights | IL | 62208 | Prime Development, Inc. | #2 Club Centre Court | | Edwardsville | IL | 62025 |
| 105 S. York Road | Unit 2A | Elmhurst | IL | 60126 | 105 S. York Road, LLC c/o Catalano & Associates | 105 S. York Rd. | Suite 2B | Elmhurst | IL | 60126 |
| | | | | | Old Mill Sheffin, LLC | | | | | |
| 14404 Old Mill Road | | Upper Marlboro | MD | 20772 | c/o NAI Utah Commercial Management, Inc. | 1601 Tiffin Avenue | 343 East 500 South | Salt Lake City | UT | 84111 |
| 1601 Tiffin Avenue | | Findlay | OH | 45840 | Huston Properties | 4N422 Mountain Ash Drive | | Findlay | OH | 45840 |
| 769 Fooprate Drive | | Sycamore | IL | 60178 | Dunlea Commercial Properties | 4506 Illinois Rd | | Wayne | IL | 60184 |
| 10002 Auburn Park Drive | | Fort Wayne | IN | 46825 | SNS Development, LLC | P.O. Box 58358-363 | | Fort Wayne | IN | 46804 |
| Two Greentree Centre | Suite 122 | Marlton | NJ | 08053 | Samedywine Operating Partnership, LP | 380 Union Street | | Philadelphia | PA | 19971 |
| 67 Hunt Street | | Agawam | MA | 01001 | Pepe Croce, Agawam L.P. | C/O Mound Investments | | West Springfield | MA | 01089 |
| 44444 Hound Road | | Sterling Heights | MI | 48314 | Antonio Caviere | 1 South Polo Drive | 24620 Schoenherr | Warren | MI | 48089 |
| 6513 - 6515 W 127th Street | | Palos Heights | IL | 60463 | Palos Heights Properties, LLC | 11140 South Towne | | South Barrington | IL | 60010 |
| | | | | | | Square | | | | |
| 3701 S. Lindbergh | | Saint Louis | MO | 63127-1371 | Voss Properties Corp. | Filesville Professional Bldg P.O. Box 21579 | | St. Louis | MO | 63123 |
| 3101 A-4 Emmorton Road | | Abingdon | MD | 21009 | MW/B Properties, Inc. | P.O. Box 9588 | | Baltimore | MD | 21252 |
| 2040 W. Iles Avenue | | Springfield | IL | 62704-4119 | William R. & Patricia A. Marriott | P.O. Box 7320 | | Springfield | IL | 62791 |
| One Canal Plaza | | Portland | ME | 04101 | Curtis Thaxter Stevens Broder & Micoleau, LLC | 105 La Grange Avenue | P.O. Box 1119 | Portland | ME | 04112-7320 |
| 3925 Leonardtown Road | | Waldorf | MD | 20602 | Judith S. Farrall c/o Thomas C. Hayden Jr. | P.O. Box 146 | | La Plata | MD | 20646 |
| 114 W. Water St. | | Centerville | MD | 21617 | Landlord c/o Joseph Stevens | 15700 Wauasoon Road | | Centerville | MD | 21617 |
| 131 East Columbia Ave | | Battle Creek | MI | 49015 | Hart & Associates of Battle Creek | PO Box 73322 | | Battle Creek | MI | 49017 |
| 2100 RiverEdge Parkway | Suite 1200/1220 | Atlanta | GA | 30328 | CMD Realty Investment Fund IV c/o Bank One | | | Chicago | IL | 60673-7322 |