**EXHIBIT B**

DB02:6233973.4

066585.1001

### LOCATIONS CONTAINING EQUIPMENT, SUBJECT TO EQUIPMENT LEASES THAT ARE BEING REJECTED

1707 Cole Blvd., Suite 350, Golden, CO 80401

5151 Beltline Road, Dallas, TX 75254

400 Skokie Blvd., Northbrook, IL 60062

17744 Skypark Circle, Irvine, CA 92614

### LOCATIONS CONTAINING EQUIPMENT, SUBJECT TO EQUIPMENT LEASES THAT ARE BEING REJECTED; PROVIDED, HOWEVER, THAT NO EQUIPMENT LEASE WITH PITNEY BOWES, U.S. BANK OR XEROX, FOR THESE LOCATIONS, IS BEING REJECTED

601 South Florida Avenue, #1, Lakeland FL 33801

1307 Franklin Road, Yuba City, CA 95993

642 Bridge Street, Yuba City, CA 95991

34 South Broad Street, Woodbury, NJ 08096

1799 Michelle Lane, Greenwood, IN 46142

304 Harper Drive, Moorestown, NJ 08054