IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :
                                                                       :   Objection Deadline: October 22, 2007
                                                                       :   at 4:00 p.m.
---------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, Counsel for the Official Committee of Unsecured Creditors.

The **First Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period through August 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $839,080.50 and interim expenses in the amount of $29,194.60.

Objections to the Application, if any, are required to be filed on or before **October 22, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; and (iv) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 only if objections are filed.

Dated: Wilmington, Delaware
October 1, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

# KROLL

Kroll Zolfo Cooper
101 Eisenhower Parkway, 3rd Floor
Roseland, NJ 07068
973 618 5100 Fax 973 618 9430
www.krollzolfocooper.com

August 31, 2007

Mr. Michael Strauss
American Home Mortgage Investment Corporation
538 Broad Hollow Road
Melville, NY 11747

**PLEASE REMIT TO OUR NEW JERSEY OFFICE**     **E.I.N. 22-2689479**     **INVOICE NO. 9001892**

For management services rendered with respect to American Home Mortgage Investment Corporation Chapter 11 for the period ended August 31, 2007.

| | |
|---|---:|
| Executive Officer Fees: | 210,000.00 |
| Associate Director of Restructuring Fees: | 618,678.00 |
| Paraprofessional Fees: | 10,402.50 |
| Expenses & Other Fees: | 29,194.60 |
| **Total Due:** | **$868,275.10** |

See Attached Schedules

MMC Companies

# KROLL

Kroll Zolfo Cooper

## PROFESSIONAL FEES FOR EXECUTIVE OFFICER SERVICES

| NAME | FIXED FEE | ACTUAL TIME | PRORATED FEE 8/6-8/31 |
|---|---|---|---|
| Stephen Cooper | > 250,000.00 | 209.00 | 210,000.00 |
| Kevin Nystrom | | 308.00 | |

**Total Executive Officer Fees:** $ 210,000.00

# KROLL

Kroll Zolfo Cooper

## PROFESSIONAL FEES FOR ASSOCIATE DIRECTORS OF RESTRUCTURING SERVICES

| NAME | RATE | TIME | PROFESSIONAL FEES |
|---|---|---|---|
| Mitchell Taylor | 620.00 | 247.10 | 153,202.00 |
| Robert Semple | 565.00 | 224.00 | 126,560.00 |
| Mark Lymbery | 550.00 | 292.30 | 160,765.00 |
| Puneet Agrawal | 415.00 | 186.90 | 77,563.50 |
| Elizabeth Kardos | 375.00 | 16.70 | 6,262.50 |
| C. Bonilla-Horta | 350.00 | 269.50 | 94,325.00 |

**Total Associate Director Fees:**     **$618,678.00**

# KROLL

Kroll Zolfo Cooper

## PARAPROFESSIONAL FEES

| NAME | RATE | TIME | PARAPROFESSIONAL FEES |
|---|---|---|---|
| Rebecca Randall | 325.00 | 18.50 | 6,012.50 |
| Laurie Verry | 190.00 | 22.60 | 4,294.00 |
| Anita Singh | 80.00 | 1.20 | 96.00 |
| **Total Paraprofessional Fees:** | | 42.30 | $ 10,402.50 |

# KROLL

Kroll Zolfo Cooper

## EXPENSES & OTHER FEES

| | |
|---|---:|
| T&E - Travel & Lodging | 25,491.27 |
| T& E - Meals | 3,217.62 |
| Telephone | 379.71 |
| Photocopies | 102.00 |
| Fax Charges-In | 4.00 |
| **Total Expenses & Other Fees** | **$29,194.60** |

American Home Mortgages
Description of Current General Responsibilities of KZC Staff

August 30, 2007

| Name | KZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|---|---|---|---|---|
| S. Cooper | Executive Managing Director | Chief Restructuring Officer | $760* | Determine the Estates' strategic direction, direct the achievement of tactical objectives, evaluate performance of management. |
| K. Nystrom | Senior Director | Director of Restructuring | $630* | Coordinating day to day restructuring activities, counterparty negotiations and communications with creditors. Overview of loan sales and disposition of financial assets. |
| M. Taylor | Senior Director | Associate Director | $620 | Analysis of the sales of the servicing platform and the thrift. Review of commercially feasible sales processes of counterparties. Analysis of liquidation of financial assets. Negotiations with counterparties. |
| R. Semple | Director | Associate Director | $550 | Negotiation of wind down of construction lending. Reviewing surety bond requirements. Analysis of servicing operations. Preparation of schedules, SOFA's and MOR's. Overview of office closures and FF&E sales. Coordination of records retention. |
| M. Lymbery | Director | Associate Director | $535 | Reconciliation of cash balances. Oversight of HR communications and labor costs. Monitoring of the cash collateral order reporting requirements. Responding to creditor information requests. Assistance with loan sale information requests. |
| P. Agrawal | Manager | Associate Director | $415 | Compilation of global counterparty trade positions. Monitoring collateral payment activity. Assistance with preparation of schedules and SOFA's. |
| C. Bonilla | Associate | Associate Director | $350 | Cash management oversight. Periodic BOD and UCC reporting. Fee application preparation. Gathering data in response to creditor information requests. Other general analysis. |

* Cooper and Nystrom are billed jointly at fixed fee of $250,000 per month. KZC hourly rates are reviewed semi-annually and may be adjusted. The responsibilities of the KZC staff will change as the case progresses.