**EXHIBIT A**

## Kuney, David

| | |
|---|---|
| **From:** | Kuney, David |
| **Sent:** | Friday, September 28, 2007 4:15 PM |
| **To:** | 'rbrady@ycst.com'; 'susheelkirpalani@quinnemanuel.com'; 'jdorsey@ycst.com' |
| **Cc:** | Goldman, William M.; Crowell, Nicholas P.; 'Rosner, Frederick B.' |
| **Subject:** | American Home Mortgage-- EMC: Sale of Assets |

Dear all:

As you know, Sidley Austin is counsel to EMC Mortgage Corp, Bear Stearns Mortgage Capital Corporation and Liquid Funding Ltd. We are in the process of reviewing the recently filed Asset Purchase Agreement, filed just three days ago, and the Notice of Contracts Excluded from (I) Possible Assumption and Assignment of Certain Leases.

We are writing to request your understanding as to whether the Purchase, Warranties and Servicing Agreement dated March 1, 2006 (the "PWSA") between American Home Mortgage Corp. and EMC is, or is not, currently scheduled as a contract to be assumed and assigned under the Asset Purchase Agreement (including the servicing rights), despite the filing by EMC of two objections to the sale on the grounds, among others, that the servicing rights have now vested in EMC as a result of a termination of the PWSA as a securities contract under the Bankruptcy Code. We believe at a minimum that the contract should be identified as a disputed agreement, and any purchase proceeds held in reserve pending a ruling by the Court on the issue of title. We further contend that because EMC asserts title to the servicing, that a contested matter should not be the vehicle for resolving a title issue.

If the PWSA is still scheduled to be assumed, sold or assigned, then we would like to know your views on whether the hearing now scheduled for October 9, 2007 will proceed on the merits of the filed objections and whether the debtor will proceed on an evidentiary basis. If so, we would like to request your voluntary cooperation in providing us the following: (a) the name and address of any lay or expert witnesses; (b) any documents or exhibits upon which you intend to rely; (c) any expert reports and (d) whether you will agree to make such witnesses available for a deposition prior to Oct. 9. I would like to reach an agreement among counsel without unduly involving the Court. I would also like to request that the debtor provide us with any Reply to EMC's objections no later than Tuesday, close of business.

Given the shortage of time, could I kindly request your response to this e-mail prior to Monday at noon. We will try to be flexible and work with you on the above. If not, we reserve the right to file an emergency motion asking the Court for a status conference to determine the nature of the hearing, and to discuss how the Court would like to proceed on this matter. We reserve all rights and this e-mail is sent without intending to limit our right to seek any other relief or assert any other position.

Thank you for your cooperation.

David Kuney

**David R. Kuney**
**Sidley Austin LLP**
1501 K Street, N.W. | Washington, DC 20005
Office direct: (202) 736-8650 | Facsimile: (202) 736-8711
Mobile: (202) 744-7354 | Email: dkuney@sidley.com