IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          ) Chapter 11
                                                                )
AMERICAN HOME MORTGAGE                                           ) Case No. 07-11047
HOLDINGS, INC., a Delaware corporation, et. al.                 ) Jointly Administered
                                                                )
                                                                )
                            Debtors.                            )
---------------------------------------------------------------- x

## ORDER

Upon consideration of the Emergency Motion Requesting Telephonic Hearing with

Respect to Hearing on Debtors' Sale Motion (the "Motion"); it is hereby

ORDERED, that the Motion is GRANTED and it is further

ORDERED, that a telephonic hearing is scheduled on October __, 2007 at _____
a.m./p.m.

Dated: October ____, 2007
       Wilmington, Delaware

                                            _____
                                            United States Bankruptcy Judge