IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :   Jointly Administered
                                                             :
   Debtors.                                                  :
                                                             :   Ref. Docket No. 11
------------------------------------------------------------ x

**DEBTORS' MOTION FOR LEAVE TO FILE REPLY TO THE OBJECTIONS TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), by and through their undersigned attorneys, hereby submit this motion (the "Motion") for entry of an order granting the Debtors, and any other party in interest, leave and permission to file a reply (a "Reply" and collectively, Replies") to the objections filed to *Emergency Motion of the Debtors for Orders: (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used In the Debtors' Loan Servicing Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747,

*Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief* [Docket No. 11] (the "Servicing Sale Motion"),[2] including the objections to the Debtors' request to assume, assign and transfer agreements to the Successful Bidder. In support of this Motion, the Debtors respectfully represent as follows:

1. On August 6, 2007, the Debtors filed the Servicing Sale Motion. By Order dated August 9, 2007 [Docket No. 113] (the "Previous Order") the Court granted the Servicing Sale Motion, to the extent it requested the establishment of sale procedures relating to the Sale of the Servicing Business, provided for certain notices, and set certain deadlines. After the entry of the Previous Order, the Debtors concluded, in the exercise of their business judgment, that having a stalking horse bidder for the Sale would be in the best interests of their estates, and commenced good faith arm's length negotiations with AH Mortgage Acquisition Co., Inc. (the "Purchaser") with respect to a transaction whereby the Purchaser would agree to purchase the Servicing Business and become the stalking horse for the Sale process. To afford time to conduct those negotiations, on August 31, 2007, the Debtors filed a notice [Docket No. 540] advising all interested parties that the bid deadline had been extended to September 18, 2007, the auction had been rescheduled to September 24, 2007, and the sale hearing had been rescheduled to October 1, 2007. To allow further time to finalize those negotiations, on September 14, 2007, the Debtors filed another notice [Docket No. 746] advising all interested parties that deadline to object to the Sale was further extended to October 1, 2007, the bid deadline had been further extended to October 2, 2007, the auction had been rescheduled to

---

except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Servicing Sale Motion.

October 5, 2007, and the sale hearing had been rescheduled to October 9, 2007 (the "Sale Hearing").

2.  By Order dated September 24, 2007, the Court approved, among other things, revised sale procedures for the Sale of the Servicing Business as a result of the Debtors' selection of the Purchaser, as the stalking horse bidder (the "Revised Sale Procedures Order") [Docket No. 937]. Additionally, the Revised Sale Procedures Order further extended the deadline to file objections to the Sale to October 2, 2007 (the "Sale Objection Deadline").

3.  As of the filing of this Motion, in excess of forty-five (45) objections (collectively, the "Objections") had been filed in response to the Sale Motion, including objections to the assumption and assignment of certain executory contracts and unexpired leases.

4.  Pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), "Reply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. LR. 9006-1(d).

5.  The agenda for the Sale Hearing, because October 8, 2007 is Columbus Day and the Court is closed, is due on October 4, 2007 at 12:00 noon. As a result, Replies are due by 4:00 p.m. on October 3, 2007, one day after the Sale Objection Deadline.

6.  By this Motion, the Debtors respectfully request entry of an order granting the Debtors, and any other party in interest, leave and permission to file a Reply on or before 4:00 p.m. on October 4, 2007. The Debtors' Reply will respond to certain legal arguments asserted in the Objections and will set forth the reasons why those arguments and the Objections should be overruled, and the Servicing Sale Motion granted. But for Columbus Day, Replies would have been due on October 4, 2007 at 4:00 p.m. The Debtors believe that the Debtors'

Reply, and any other Reply filed by a party in interest, will assist the Court in the consideration of the Servicing Sale Motion and the Objections. Accordingly, the Debtors request that the Court grant the Debtors, and any other party in interest, leave and permission to file a Reply on or before October 4, 2007 at 4:00 p.m.

WHEREFORE, the Debtors respectfully request that this Court enter an order allowing the Debtors, and any other party in interest, to file a Reply on or before October 4, 2007 at 4:00 p.m. and granting such other and further relief as is just and necessary.

Dated: October 1, 2007  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
M. Blake Cleary (No. 3614)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600

Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :  Jointly Administered
                                                                :
       Debtors.                                                 :
                                                                :  **Ref. Docket No. 11**
                                                                :
---------------------------------------------------------------- x

**ORDER GRANTING LEAVE TO FILE REPLY TO THE OBJECTIONS TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) <u>GRANTING RELATED RELIEF</u>**

Upon consideration of the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order granting the Debtors, and any other party in interest, leave and permission to file a reply (a "Reply" and collectively, "Replies") to the objections filed to *Emergency Motion of the Debtors for Orders: (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used In the Debtors' Loan Servicing Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

*Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief*; and it appearing that that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted.

2. The Debtors, and any other party in interest, are granted leave and are permitted to file a Reply on or before October 4, 2007 at 4:00 p.m. (ET).

Dated: Wilmington, Delaware
   October ____, 2007

                                          _____
                                          Christopher S. Sontchi
                                          United States Bankruptcy Judge