## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on October 1, 2007, I caused one copy of the foregoing to be served upon the parties on the attached service list via U.S. Mail, postage prepaid or in the manner so indicated.

*/s/ AMWinfree*
Amanda M. Winfree (#4615)

American Home Mortgage Holdings, Inc., et al.
Service List

**HAND DELIVERY**
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Erica Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596

American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747