## CERTIFICATE OF SERVICE

      I, Michael G. Busenkell, Esquire, hereby certify that on October 1, 2007 a true and correct copy of the attached **CALYON NEW YORK BRANCH'S LIMITED OBJECTION TO, AND RESERVATION OF RIGHTS REGARDING, THE EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF** was served via Hand Delivery and Overnight Courier on the following:

| **Overnight Courier** | **Overnight Courier** | **Overnight Courier** | **Overnight Courier** |
|---|---|---|---|
| Jeffrey M. Levine, Esq. | Allen Horn, General Counsel | Erica Ryland, Esquire | Margot B. Schonholtz, Esq. |
| Milestone Advisors, LLC | American Home Mortgage Holdings, Inc. | Corinne Ball, Esq. | Kay Scholer LLP |
| 1775 Eye Street, NW | 538 Broadhollow Road | I Lewis Grimm, Esq. | 425 Park Avenue |
| Suite 800 | Melville, NY   11747 | Jones Day | New York, N   10022-3596 |
| Washington, D.C. 20006 |  | 222 East 41st Street |  |
|  |  | New York, NY   10017 |  |

| **Hand Delivery** | **Hand Delivery** | **Hand Delivery** | **Hand Delivery** |
|---|---|---|---|
| Laurie S. Silverstein | Pauline K. Morgan, Esq. | Victoria Counihan | Joseph M. McMahon |
| Potter Anderson & Corroon LLP | Young Conaway Stargatt & Taylor LLP | Santra Selzer | Office of the United States Trustee |
| 1313 N. Market Street | The Brandywine Building | Greenberg Taurig | J. Caleb Boggs Federal Building |
| 6th Floor | 17th Floor | The Nemours Building | 844 King Street |
| Wilmington, DE   19899 | 1000 West Street | 1007 North Orange Street | Suite 2207 |
|  | Wilmington, DE   19899 | Suite 1200 | Lockbox #35 |
|  |  | Wilmington, DE   19081 | Wilmington, DE   19801 |

**Hand Delivery**
Bonnie Glantz Fatell, Esq.
1201 Market Street
Suite 800
Wilmington, DE   19801

**Overnight Courier**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Henssen LLP
488 Madison Avenue
15th Floor
New York, NY    10022

_____
Michael G. Busenkell, Esquire (No. 3933)