IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

Chapter 11 Case

Case No. 07-11047 (CSS)

Debtors.

-------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 1st day of October, 2007, I served one copy of the *Emergency Motion Requesting Telephonic Hearing with Respect to Hearing on Debtors' Sale Motion [D.I. 1022]*, upon the parties listed below by First Class Mail:

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*(Debtors)*

DM3\570618.1

| | |
|---|---|
| Jeffrey M. Levine<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006 | Mark Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>*(Counsel to the Official Committee of Unsecured Creditors)* |
| Margot Schonholtz, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19801<br>*(Counsel to Bank of America, N.A.)* |
| Corinne Ball, Esquire<br>Erica Ryland, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Victoria Watson Counihan, Esquire<br>Greenberg Traurig<br>1007 Orange Street, Suite 1200<br>Wilmington, DE 19801<br>*(Counsel to Postpetition Lenders)* |
| Joseph McMahon, Esquire<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE 19801<br>*(US Trustee)* | |

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801