## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re                                   :
                                        :   Chapter 11
American Home Mortgage Holdings,        :
Inc., et al.,                           :   Case Nos. 07-11047 (CSS)
                                        :
          Debtors.                      :   (Jointly Administered)
                                        :
------------------------------------------------------- x
```

### RESERVATION OF RIGHTS OF CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC WITH RESPECT TO DEBTORS' EMERGENCY MOTION FOR ORDERS (A)(i) APPROVING SALE PROCEDURES; (ii) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (iii) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (iv) GRANTING RELATED RELIEF; AND (B)(i) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (ii) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (iii) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (iv) GRANTING RELATED RELIEF

Credit Suisse First Boston Mortgage Capital LLC ("CSFB") submits this reservation of rights with respect to the Debtors' Emergency Motion for Orders (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief (the "Sale Motion") and in support thereof states:

**BACKGROUND**

1.      On August 6, 2007 (the "Commencement Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      CSFB and certain of the Debtors[1] are parties to that certain Master Repurchase Agreement, dated as of September 13, 2006 (as amended, supplemented and otherwise modified from time to time, the "Repurchase Agreement").  CSFB and certain of the Debtors[2] are also parties to that certain Amended and Restated Seller's Purchase, Warranties and Interim Servicing Agreement (the "Loan Sale and Interim Servicing Agreement" and, together with the Repurchase Agreement, the "CSFB Agreements").

3.      On the Commencement Date, the Debtors filed the Sale Motion seeking, among other things, the sale of the assets related to the Debtors' mortgage loan servicing business (the "Servicing Business") and assumption and assignment of certain executory contracts and unexpired leases related to the Servicing Business.  On September 10, 2007, the Debtors filed the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if Any (the "Modified Assumption and Assignment

---

[1] The Debtors that are party to the Repurchase Agreement include American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc.

[2] The Loan Sale and Interim Servicing Agreement is among DLJ Mortgage Capital, Inc., now known as CSFB, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.

<u>Notice</u>").  The Modified Assumption and Assignment Notice provides that the Debtors

may seek to assume and assign the servicing rights related to the CSFB Agreements and

proposes a cure obligation in the amount of $0.00 with respect to each of the CSFB

Agreements.

4.    On September 21, 2007, the Debtors filed a motion seeking,

among other things, approval of revised bidding procedures for the sale of the Servicing

Business and certain protections for AH Mortgage Acquisition Co., Inc. ("<u>Acquisition</u>

<u>Co.</u>") as the "stalking horse" bidder for the Sale.  On September 25, 2007, the Debtors

filed that certain asset purchase agreement, dated September 25, 2007, and the schedules

thereto (the "<u>APA</u>") among Acquisition Co. and certain of the Debtors.  The schedules of

contracts to be assumed and assigned pursuant to the APA do not include the CSFB

Agreements.  By email, dated September 26, 2007, the attorneys for the Debtors

confirmed to the attorneys for CSFB that the CSFB Agreements are not among the

agreements to be assumed and assigned or sold pursuant to the proposed APA.  A copy of

the email is annexed hereto as Exhibit A.

5.    On September 21, 2007, CSFB and the Debtors entered into a

stipulation (the "<u>Stipulation</u>") abating certain of CSFB's objections to the Sale Motion

and preserving those issues (and all rights, claims and defenses relating thereto) for

adjudication in CSFB's pending adversary proceeding.[3]

---

[3] In connection with the Stipulation, the Debtors agreed CSFB would have until October 1, 2007 to file any objection to the Sale Motion.

## **RESERVATION OF RIGHTS**

6.      It appears that the Debtors do not intend to sell the servicing rights relating to the CSFB Agreements at this time; however in the event the Debtors and a potential purchaser seek to include either or both of the CSFB Agreements among the agreements to be assumed and assigned or sold pursuant to any proposed purchase agreement, CSFB reserves the right to object to such assumption, assignment and/or sale on any basis that has not been abated pursuant to the terms of the Stipulation.

WHEREFORE, CSFB reserves the right to object as set forth herein and requests the Court grant CSFB such relief as just.

Dated:  Wilmington, Delaware
           October 1, 2007

Respectfully submitted,

__/s/ Steven K. Kortanek_____
Steven K. Kortanek (No. 3106)
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330

-and-

Lori R. Fife, Esq.
Melanie Gray, Esq.
Howard B. Comet, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007