| | "Morgan, Pauline" <pmorgan@ycst.com> 09/26/2007 10:28 AM | To | <christopher.marcus@weil.com>, "Beach, Sean" <sbeach@ycst.com> |
|---|---|---|---|
|  | | cc | <lori.fife@weil.com>, <saima.majid@weil.com>, "James Tecce" <jamestecce@quinnemanuel.com> |
| | | bcc | |
| | | Subject | RE: AHM/CSFB |

This will confirm that the two agreements identified in your email are NOT among the agreements to be assumed and assigned or sold pursuant to the proposed APA withAH Mortgage Acquisition Co., Inc.

I cannot confirm whether or not the debtors will attempt to assume and assign/sell the servicing rights and related assets with respect to such agreements in the future, but you will receive notice of any such motion, if and when it is filed.

---

**From:** christopher.marcus@weil.com [mailto:christopher.marcus@weil.com]
**Sent:** Wednesday, September 26, 2007 12:00 AM
**To:** Morgan, Pauline; Beach, Sean
**Cc:** lori.fife@weil.com; saima.majid@weil.com
**Subject:** AHM/CSFB

Pauline and Sean,

I am following up on a voicemail that Lori Fife left for Pauline today and a voicemail I left for Sean on Monday. Based on our review of the schedules to the Asset Purchase Agreement among certain of the AHM debtors and AH Mortgage Acquisition Co. ("Acquisition Co."), it appears the AHM debtors are NOT attempting to assume and assign (or sell) to Acquisition Co. the servicing rights and related assets with respect to (i) the Master Repurchase Agreement, dated as of September 13, 2006 among Credit Suisse First Boston Mortgage Capital LLC ("CSFB"), American Home Mortgage Corp. ("AHMC"), American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc. ("AHM Servicing"), American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc. or (ii) that certain Amended and Restated Seller's Purchase, Warranties and Interim Servicing Agreement, dated August 1, 2006, among DLJ Mortgage Capital, Inc. (n/k/a CSFB), AHMC and AHM Servicing.

Please confirm our reading of the Acquisition Co. Asset Purchase Agreement is correct and that the AHM debtors are NOT attempting to assume and assign (or sell) to Acquisition Co. the servicing rights and related assets with respect such agreements. In addition, if the AHM debtors are not seeking to assume and assign/sell the servicing rights and related assets with respect such agreements to Acquisition Co., please confirm whether the AHM debtors will attempt to assume and assign/sell the servicing rights and related assets with respect such agreements in the future. As the objection deadline to the sale motion is rapidly approaching, it is imperative that the AHM debtors provide proper notice to CSFB of what the AHM debtors are seeking to assume and assign and sell so that CSFB can react accordingly. If you have any questions regarding the foregoing, please do not hesitate to contact me. Thank you.