**CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on October 1, 2007 upon:

James Patton, Esq.
Joel Waite, Esq.
Pauline Morgan, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Erica Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Mark Indelicato, Esq.
Hahn & Hessen
488 Madison Avenue
14th and 15th Floors
New York, NY 10022

Margot Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/1/2007_____        _____/s/ Heidi E. Sasso_____
Date                        Heidi E. Sasso

```
Document #: 41517
WCSR  3744864v1
```