IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :     Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :     Jointly Administered
            Debtors.                                :
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 1st day of October, 2007, the undersigned counsel caused a copy of **The Bank of New York's First Set of Interrogatories to Debtors, American Home Mortgage Holdings, Inc. and American Home Mortgage Servicing, Inc.** to be served upon the party identified on the attached service list in the manner indicated therein.

Dated: October 1, 2007
       Wilmington, Delaware

                                                /s/ *Christopher M. Samis*
                                         Russell C. Silberglied (DE 3462)
                                         Christopher M. Samis (DE 4909)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         (302) 651-7700

                                         - and -

                                         Leo T. Crowley (LC 1311)
                                         Margot P. Erlich (ME 2117)
                                         PILLSBURY WINTHROP
                                         SHAW PITTMAN LLP
                                         1540 Broadway
                                         New York, NY 10036
                                         (212) 858-1000

                                         *Attorneys for The Bank of New York*
                                         *in various capacities*

RLF1-3207613-1

**<u>Via Hand Delivery</u>**

James L. Patton, Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

RLF1-3207613-1