IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., *et al.*,

                Debtors.
-----------------------------------------------------------x

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 2nd day of October, 2007, I served one copy of *De Lage Landen Financial Services, Inc.'s Limited Objection to the Debtors' Notice of Auction Sale and Sale Hearing,* upon the party listed below by hand delivery:

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

                              **DUANE MORRIS LLP**

                              /s/ Frederick B. Rosner
                              Frederick B. Rosner (DE 3995)
                              1100 North Market Street, Suite 1200
                              Wilmington, DE 19801