IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                :
                                                                  :   Jointly Administered
                    Debtors.                                      :
                                                                  :   Ref Nos.: 899 & 900
----------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING ORDERS APPROVING (I) DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING MARKETING AND SALE OF CERTAIN CONSTRUCTION LOANS AND SERVICING RIGHTS; AND ORDER THEREON; AND (II) MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF ASSETS RELATED TO THE DEBTORS' CONSTRUCTION LOAN BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (IV) AUTHORIZING THE DISTRIBUTION OF THE PROCEEDS OF THE CONSTRUCTION LOANS TO; AND (V) GRANTING RELATED RELIEF**

On September 21, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed (I) Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding Marketing and Sale of Certain

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Construction Loans and Servicing Rights; and Order Thereon [Docket No. 899] (the "ABN Motion"); and (II) Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the Construction Loans to; and (V) Granting Related Relief [Docket No. 900] (the "Construction Loan Sale Procedures Motion").

On October 1, 2007, a hearing was held on the ABN Motion and the Construction Loan Procedures Motion (the "Hearing"). At the Hearing, the Debtors presented revised Sale Procedures (as defined in the Construction Loan Procedures Motion), which sale procedures are also an attachment to the stipulation to be approved through the ABN Motion. The Debtors have further revised the Sale Procedures and the Orders approving the ABN Motion and the Construction Loan Procedures Motion to reflect the comments made at the Hearing and to incorporate comments from JPMorgan Chase Bank, National Association ("JPMC"), Bank of America, N.A. ("BofA"), and the Debtors' postpetition lender (the "DIP Lender"). Attached hereto as Exhibit A is a revised proposed form of Order approving the ABN Motion (the "ABN Order") and attached hereto as Exhibit B is a revised proposed form of Order approving the Construction Loan Procedures Motion (the "Construction Loan Procedures Order"). Blacklines of the ABN Order and the Construction Loan Procedures Order are attached hereto as Exhibit C and Exhibit D, respectively.

The Debtors provided copies of the ABN Order and the Construction Loan Procedures Order to counsel for JPMC, BofA, the Committee, the DIP Lender, and ABN AMRO Bank N.V ("ABN"). Each of these parties have indicated that they do not object to the entry of the Construction Loan Procedures Order. Further, ABN has indicated that it does not object to the entry of the ABN Order.

Accordingly, the Debtors respectfully request that the Court enter the ABN Order attached hereto as Exhibit A and the Construction Loan Procedures Order attached hereto as Exhibit B at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
October 2, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and
Debtors in Possession