IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                            ) Chapter 11
                                                  )
AMERICAN HOME MORTGAGE                            ) Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et. al.   ) Jointly Administered
                                                  )
                                                  ) Related Docket No. 1022
                                                  )
              Debtors.                            )
---------------------------------------------------------------- x

## ORDER

Upon consideration of the Emergency Motion Requesting Telephonic Hearing with Respect to Hearing on Debtors' Sale Motion (the "Motion"); it is hereby

ORDERED, that the Motion is ~~GRANTED and it is further~~ DENIED.

~~ORDERED, that a telephonic hearing is scheduled on October __, 2007 at _____ a.m./p.m.~~

Dated: October 2, 2007
       Wilmington, Delaware

                                                  /s/ Christopher S. Sontchi
                                                  United States Bankruptcy Judge

DM3\570549.1