IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Relates to Docket Nos. 11, 113, 403, 674, 723, 724, 865 & 931**<br><br>**Objection Deadline: October 2, 2007 at 4:00 p.m.**<br>**Sale Hearing: October 9, 2007 at 10:00 a.m.** |

## CERTIFICATION OF SERVICE REGARDING SUPPLEMENTAL OBJECTION OF CITIBANK, N.A. TO SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO

I, John T. Carroll, Esquire, counsel to Citibank, N.A., solely in its capacities as Indenture Trustee, Trustee, Securities Administrator, Paying Agent and Registrar in the above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on October 2, 2007, I caused to be served a true and correct copy of the *Supplemental Objection of Citibank, N.A. to Sale of Certain Assets Used in the Debtors' Loan Servicing Business and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto* upon the parties identified on the service list attached hereto as Exhibit "A" via e-mail transmission, hand delivery and/or U.S. First Class mail service as set forth thereon.

---

[1]  The Debtors are: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

2

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 2, 2007
      Wilmington, DE

COZEN O'CONNOR

By:   /s/ John T. Carroll, III
     John T. Carroll, III (No. 4060)
     1201 N. Market Street
     Suite 1400
     Wilmington, Delaware 19801
     Telephone: (302) 295-2028
     Facsimile: (302) 295-2013

SEWARD & KISSEL LLP
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Citibank, N.A., solely in its capacities as Indenture Trustee, Trustee, Securities Administrator, Paying Agent and Registrar*

# EXHIBIT "A"

**American Home Mortgage Holdings, Inc.**
**Chapter 11**
**Case No. 07-11047(CSS)**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Attn: Alan Horn, General Counsel
alan.horn@americanhm.com
*E-mail Service and U.S. Mail*

Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Attn: James L. Patton, Jr., Esquire
Counsel to the Debtors
jpatton@ycst.com
*E-Mail Service and Hand Delivery*

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 1002
Counsel to the Official Committee of Unsecured Creditors
MIndelicato@hahnhessen.com
*E-mail Service and U.S. Mail*

Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
Attn: Margot B. Schonholtz
Counsel to the Administrative Agent
mschonholtz@kayescholer.com
*E-mail Service and U.S. Mail*

Jones Day
222 East 41st Street
New York, NY  10017
Attn:  Erica M. Ryland
Counsel to the Purchaser
emryland@jonesday.com
***E-mail Service and U.S. Mail***

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, DE  19801
Attn:  Joseph McMahon
joseph.mcmahon@usdoj.gov
***E-Mail Service and Hand Delivery***