UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.

Debtor.

Case No. 07-11047
(Chapter 11)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

WILL THE CLERK OF THE COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Rees Broome, PC, and Lella Amiss E. Pape, Esquire, as counsel for the EAST WEST HOLDINGS, LLC.

SIMILARLY, WILL THE CLERK OF THE COURT, pursuant to Bankruptcy Rule 2002(g), please ensure that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address:

> Lella Amiss E. Pape, Esquire
> Rees Broome, PC
> 8133 Leesburg Pike, Ninth Floor
> Vienna, Virginia 22182
>
> or by ECF to lpape@reesbroome.com

EAST WEST HOLDINGS, LLC
By Counsel

_/s/ Lella Amiss E. Pape_
Lella Amiss E. Pape
Virginia State Bar No. 28672
REES BROOME, PC
8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182
(703) 790-1911
Fax No. (703) 288-9410
Counsel for East West Holdings, LLC