## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers was mailed, postage prepaid to:

> James L. Patton, Jr. Esq.
> Counsel for Debtor and Debtors in Possession
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

this 27th day of September, 2007.

_____
Lella Amiss E. Pape

K:\05\05285\00001\PLDNGS\070919 notice of appearance.doc