**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 10/2/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 10/9/07 at 2:30 p.m. |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO DEBTORS' NOTICE OF AUCTION SALE AND SALE HEARING**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Debtors' Notice of auction sale of the Debtors' mortgage servicing business and related assets, and respectfully says:

**INTRODUCTION**

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On September 26, 2007, Debtors filed a motion to approve revised sale procedures for the same of its mortgage servicing business and related assets (D.I. 865).

3. On September 25, 2007, the Court entered an Order approving the Debtors' Sale Procedure Motion (D.I. 937).

4. On September 25, 2007, the Debtors filed its Notice of Filing of Executed Asset Purchase Agreement (D.I. 931).

**BACKGROUND**

5. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

6. Attached hereto as Exhibit A is a spreadsheet summarizing the Banc of America Leasing & Capital, LLC lease accounts with Debtor by location.

7. Pursuant to the foregoing Agreements, and in accordance with its interest as an equipment lessee, Debtor obligated itself to timely make the requisite lease payments and to otherwise meet its obligations thereunder. Those obligations include, inter alia, the obligation to assume and pay all applicable property, sales and/or use taxes affecting the leased equipment.

## Summary of Objection

8. Debtors' prior notice of possible assumption and assignment identify Banc of America Leasing & Capital, LLC equipment lease or leases as being assumed; however, it fails to provide sufficient information to identify which of the many leases between Debtor and Banc of America Leasing & Capital, LLC are being assumed.

9. Schedule 1.1(b) Assigned Leases of the Asset Purchase Agreement filed by Debtors (D.I. 931) does not shed any additional light on which lease agreements debtor seeks to assume. Instead, it merely states "Copier Leases – Banc of America Leasing [MISSING CONTRACT]."

10. The debtors have failed to specifically describe what leases it intends to assign.

11. In the Certification of Counsel Regarding Second Order (D.I. 968) filed by Debtors' counsel, it is represented that through the Second and Third Motions, the debtors have sought to reject all equipment leases, not otherwise assumed, other than leases relating to equipment located in the following properties: (i) 538 Broadhollow Rd., Melville, NY; (ii) 4600 Regent Blvd., Irving, TX; (iii) 4650 Regent Blvd., Irving, TX; (iv) 220 West Huron St., Chicago, IL: (v) 5818 Archer Road, #3RL, Summit, IL; and (vi) 950 North Elmhurst Rd., Mount Prospect, IL (collectively, the "active lease properties.")

12. Banc of America Leasing & Capital, LLC has attempted to reconcile its equipment lease records with a spreadsheet provided by debtors' counsel; however, at least 50 equipment leases are unaccounted for to date.

13. While debtor has sought to reject all of its equipment leases except those being assigned, without a clear description of those leases it seeks to assume, Banc of America Leasing & Capital, LLC is unable to determine which of the many unaccounted leases may be subject to assignment.

14. The Notices are defective and legally insufficient in that they do not identify which lease or leases are the subject of Debtors' Notices.  The notices are unclear, and Banc of America Leasing & Capital, LLC must be provided with a more detailed description of the lease or leases that are the subject of the Notices.

15. If one or more of Banc of America Leasing & Capital, LLC's obligations are encompassed by the assumption and assignment, Banc of America Leasing & Capital, LLC does not object to the assumption, but does object to the "zero" cure amount listed by Debtor.

16. In order to address the proposed cure amount, Banc of America Leasing & Capital, LLC must be provided with a more detailed description of the lease or leases that are the subject of Debtors' Notices.

17. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Debtors be directed to provide Bank of America Leasing & Capital, LLC with the exact description of the leases it intends to assume and assign.

Dated: Wilmington, Delaware
       October 2, 2007

*/s/ John R. Weaver, Jr.*
_____
John R. Weaver, Jr. (No. 911)
FARR, BURKE, GAMBACORTA & WRIGHT
A Professional Corporation
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
(302) 428-1077
Attorneys for Banc of America Leasing & Capital, LLC