IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Home Mortgage Holdings, Inc., a Delaware Corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br><br>Hearing Date: October 9, 2007 at 2:30 p.m.<br>Objection Deadline: October 2, 2007 at 4:00 p.m.<br>Related to Docket Nos. 865 and 937 |

**LIMITED OBJECTION OF WELLS FARGO FUNDING, INC. TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO**

Wells Fargo Funding, Inc. ("Wells Fargo Funding") hereby files this limited objection (the "Objection") to the sale by the above-captioned debtors and debtors-in-possession (the "Debtors") of the assets related to the Debtors' Loan Servicing Business (the "Sale").[2] In support of this Objection, Wells Fargo Funding respectfully states as follows:

1. The Debtors currently serve as custodian for approximately 185,000 loan files that are owned by Wells Fargo Funding and/or its affiliates (the "Wells Fargo Loan Files"), which are located at a warehouse in Melville, New York. Those loan files are on account of

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address if 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Initially, pursuant to the Court's order approving sale procedures, dated August 9, 2007, the deadline to object to the sale of the Debtors' Loan Servicing Business was September 13, 2007. However, pursuant to the Court's order approving the revised sale procedures, dated September 25, 2007, objections to the sale of Debtors' Loan Servicing Business are due on or before 4:00 PM (prevailing Eastern Time) on October 2, 2007.

loans that were purchased by Wells Fargo Funding from the Debtors, that are serviced by Wells Fargo Funding and are unrelated to the Debtors' servicing business. In addition, at their Irving, Texas facility, the Debtors also have in their possession several thousand additional final loan documents related to loans that are also owned and serviced by Wells Fargo Funding and/or its affiliates (these documents, together with the Wells Fargo Loan Files, the "Wells Fargo Documents"). Wells Fargo Funding understands that many, if not most, of the Wells Fargo Documents may be commingled with loan documents that are either owned by third parties or are serviced by the Debtors and which therefore are subject to the Sale of the Loan Servicing Business.

2.    Wells Fargo Funding hereby objects to the Sale of the Loan Servicing Business to the extent it purports to or may result in the transfer of any of the Wells Fargo Documents to any party other than Wells Fargo Funding or its affiliates or in any way inhibits Wells Fargo Funding's ability to retrieve the Wells Fargo Documents or impairs its claim of ownership to the Wells Fargo Documents.[3] Wells Fargo Funding requests that the Court add language to the Sale Approval Order providing that the Sale shall not purport to or result in the transfer of any of the Wells Fargo Documents to any party and shall not in any way impair Wells Fargo Funding's (or its affiliates') rights to retrieve or impair its claim of ownership to any or all of the Wells Fargo Documents.

3.    Wells Fargo Funding also hereby reserves the right to object to, supplement and amend this Objection to the Sale of the Debtor's Loan Servicing Business and any purported assumption of any of Wells Fargo Funding's contracts with the Debtors.

---

[3] Wells Fargo Funding has been engaged in negotiations with the Debtors for more than six weeks in an effort to retrieve the Wells Fargo Documents from the Debtors.

Dated: October 2, 2007

          Karen C. Bifferato (No. 3279)
          Marc J. Phillips (No. 4445)
          CONNOLLY BOVE LODGE & HUTZ LLP
          The Nemours Building
          1007 North Orange Street
          Wilmington, DE 19801
          Telephone: (302) 658-9141
          Facsimile: (302) 658-0380

          -and-

          Paul Caruso
          Jessica C. Knowles
          SIDLEY AUSTIN LLP
          One South Dearborn Street
          Chicago, IL 60603
          Telephone: (312) 853-7000
          Facsimile: (312) 853-7036

          Attorneys for Wells Fargo Funding, Inc.

#567904v1