## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of October, 2007, I caused a copy of the foregoing **Limited Objection Of Wells Fargo Funding, Inc. To Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto** to be served in the manner indicated upon below listed parties-in-interest.

Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
James L. Patton, Jr., Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Joseph McMahon, Esquire
United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**VIA FACSIMILE & FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Hahn & Hessen
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

#567922