**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation., <u>et</u> <u>al.</u>, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> (Jointly Administered) <br><br> Hearing Date: October 17, 2007 at 10:00 am <br> Objection Due: October 12, 2007 at 4:00 pm |

**NOTICE OF MOTION OF UNITED HEALTH GROUP FOR (I) RELIEF FROM STAY TO EXERCISE SETOFF RIGHTS PURSUANT TO SECTION 553 OF THE <u>BANKRUPTCY CODE AND (II) OTHER RELATED RELIEF</u>**

PLEASE TAKE NOTICE that on October 2, 2007, United Health Group ("United") filed its motion for (I) Relief From Stay to Exercise Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will beheld on Wednesday, October 17, 2007 , at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware,  824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware and (c) must be filed and served so as to be received no later than **4:00 p.m. (EST)** on **October 12, 2007** (the "Objection Deadline").

490284 v. 3

PLEASE TAKE FURTHER NOTICE that only those objections made in writing, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing.  **IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE**.

Dated: October 2, 2007                                    DORSEY & WHITNEY (DELAWARE) LLP

By____/s/_____
    Eric Lopez Schnabel (Del. No. 3672)
1105 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 425-7162
Facsimile: (302) 355-0830

            and

Steven J. Heim, Esq.
Michelle Kreidler Dove , Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Attorneys for United Health Group