# EXHIBIT A



September 18, 2007

*Via E-mail*
American Home Mortgage Corp.
538 Broadhollow Road
Melville, New York 11747
Attn: Robert F. Johnson, Executive Vice President

    Re:    **Notice of Default and Demand for Cure**

Ladies and Gentlemen:

On August 3, 2007, prior to the filing of American Home Mortgage Corp.'s ("AHM Corp.") bankruptcy case, Countrywide Bank, FSB, formerly Countrywide Bank, N.A. (*"Countrywide Bank," "we" or "us"*), sent a notice terminating (the "Termination Notice") the rights of American Home Servicing, Inc. ("AHM Serving"), under that certain Mortgage Loan Purchase and Servicing Agreement, dated as of March 14, 2006 (the *"MLPSA"*), between American Home Mortgage Corp. (*"AHM"* or *"you"*) to service the Mortgage Loans (as defined in the MLPSA). The Termination Notice terminated the MLPSA effective as of September 2, 2007.

Notwithstanding the valid termination of the MLPSA and AHM's obligation to transfer the servicing of the Mortgage Loans to Countrywide Bank, including requirements that the Mortgage Loans and cash in custodial accounts and escrow accounts be transferred to Countrywide Bank, AHM Servicing continues to service the Mortgage Loans and has filed a motion with the Bankruptcy Court seeking to sell the terminated servicing rights (the "Sale Motion"). We have filed an objection to the Sale Motion.

Pursuant to sections, 7.2, 7.3(ii) and 7.4 of the MLPSA, as a result of the valid termination, Countrywide Bank is the successor servicer under the MLPSA. However, because AHM Servicing improperly continues to service the Mortgage Loans post-termination, it must do so "with the same degree of diligence and prudence which it is obligated to exercise under the [MLPSA] and shall take no action whatsoever that may impair or prejudice the rights and financial condition of its successor." See Section 7.4.

Pursuant to Section 5.8 of the MLPSA we have the right to examine and audit your servicing records. In addition, pursuant to Section 5.9 of the MLPSA you are required to "...furnish to [Countrywide Bank], such periodic, special or other reports, information or documentation, whether or not provided for herein, as shall be necessary, reasonable or appropriate in respect to [Countrywide Bank], or otherwise in respect of the Mortgage Loans and the performance of the Seller under this Agreement...". You are not performing these obligations, which materially impairs and prejudices Countrywide Bank's rights under the MLPSA.

Specifically, pursuant to Sections 5.8 and 5.9 of the MLPSA, we sent you a request for custodial account reconciliations on August 16 (the *"Reconciliation Request"*). A copy of that Reconciliation Request is attached hereto as <u>Exhibit A</u>. We provided you with a deadline of August 31 to deliver the reconciliation and supporting documents specified in the Reconciliation Request. As of the date hereof, nearly a month after we sent you the Reconciliation Request, you have failed to provide us with the requested reconciliation and supporting documents or even respond to acknowledge receipt of the Reconciliation Request.

In the event that you fail to perform your obligations under the MLPSA as described herein within thirty (30) days, we reserve the right to pursue any and all remedies otherwise available under the MLPSA, at law or in equity, including, but not limited to, filing motions with the Bankruptcy Court for appropriate relief, including without limitation, a motion for relief from the automatic stay and for adequate protection to enforce our rights under the MLPSA.

Sincerely,

Kathleen Conte
Executive Vice President
Countrywide Bank, FSB

cc.  Alan B. Horn, General Counsel – American Home Mortgage

**Exhibit A**

**Reconciliation Request**
(Attached)

 Ron Slinker/Loan Admin/CF/CCI
08/16/2007 01:52 PM

To: joel.gendron@americanhm.com,
theresa.chase@americanhm.com
cc: Deanne Radonic/Loan Admin/CF/CCI@COUNTRYWIDE, Dianne Herting/Loan Admin/CF/CCI@Countrywide
bcc:
Subject: Countrywide review of American Home Mortgage

Please supply us with copies of your custodial account reconciliations (both principal and interest, and tax-and-insurance-escrow accounts) with all supporting documentation. Supporting documentation is to include:

- Bank statements
- Bank reconciliation forms
- Account trial balance
- Custodial account authorization form
- Explanation of reconciling items over 30 days

Please forward a reconciliation package for the following reconciliation cycles:

- May 2007
- June 2007
- July 2007

Send these documents to: Countrywide Home Loans
Attn: Master Servicing FWBS-44M
5401 N. Beach St.
Fort Worth, TX 76137

Due date:           August 31, 2007

Ron Slinker
AVP, Servicer Due Diligence
LP - Master Servicing

817-232-7976 Office         5401 North Beach St
92-561-7976 Internal        Mail Stop: FWBS-44M
                            Fort Worth, TX 76137

 Countrywide