# EXHIBIT B

**GMAC RFC**

August 3, 2007                                               Overnight Delivery

Joel Gendron, VP Cash Management and Investor Reporting
American Home Mortgage Servicing, Inc
4600 Regent Blvd, Suite 200
Irving, TX 75063-2250

RE: **TERMINATION OF SERVICING RIGHTS**

Dear Mr. Gendron:

In accordance with the provisions set forth in Chapter 2, Section 218 (A) of its Servicer Guide, Residential Funding Company, LLC ("GMAC-RFC") has elected to terminate American Home Mortgage Servicing, Inc's rights to service loans for GMAC-RFC, effective August 31, 2007.

This letter will serve as written notice to American Home Mortgage Servicing, Inc of GMAC-RFC's intent to transfer the servicing to GMAC Mortgage Company for the loans on the attached report, effective September 4, 2007. You will be contacted shortly by a representative of GMAC Mortgage Company with further instructions.

This action in no way releases American Home Mortgage Servicing, Inc from the responsibilities outlined by the representations, warranties, and covenants entered into by the Seller/Servicer Contract.

Should you have any questions, please contact me at 818-260-1532.

Sincerely,

*[signature]*

Alex Demutskiy
Compliance Officer
Servicer Management
Residential Funding Company, LLC


Cc: Deanna Keith
    Grant Paulson
    Marcy DeCerbo

GMAC-RFC
2255 North Ontario Street    Suite 400    Burbank, CA 91504
818.260.1400    gmacrfc.com