**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------------x
In re:                                :      Chapter 11

AMERICAN HOME MORTGAGE       :      Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*,   :

Debtors.             :      Jointly Administered
                       :      Related to Doc. No. 1050

-----------------------------------------------------------------------x

### <u>NOTICE OF WITHDRAW DOCKET NO. 1050 (FILING IN ERROR)</u>

Please take notice that the PDF document attached to Docket No. 1050 was filed in error and is hereby withdrawn.

Dated:  October 2, 2007           **DORSEY & WHITNEY (DELAWARE) LLP**

                             By __/s/_____
                             Eric Lopez Schnabel (Del No. 3672)
                             1105 North Market Street , 16th Floor
                             Wilmington, DE  19801
                             Telephone: (302) 425-7162

                             **DORSEY & WHITNEY LLP**
                             Charles Sawyer (MN #140351)
                             Katherine A. Constantine (MN # 123341)
                             Monica Clark (MN # 28211X)
                             50 South Sixth Street, Suite 1500
                             Minneapolis, MN 55402
                             Telephone: (612) 340-2600

                             Attorneys for U.S. Bank National Association, in its
                             capacity as Trustee