IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 2nd day of October 2007, a true and correct copy of the **OBJECTION OF QWEST CORPORATION AND QWEST COMMUNICATIONS CORPORATION TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(1) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF** was served upon the addressees listed on the attached service list in the manner indicated.

By:  /s/ Kimberly E. C. Lawson
     Kimberly E. C. Lawson (No. 3966)

## SERVICE LIST

<u>Via Hand Delivery</u>
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1901
(Counsel for Debtors)

<u>Via First Class Mail</u>
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

<u>Via First Class Mail</u>
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee of Unsecured Creditors)

<u>Via First Class Mail</u>
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

<u>Via First Class Mail</u>
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Pre-Petition Lenders)

<u>Via Hand Delivery</u>
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

<u>Via Hand Delivery</u>
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee of Unsecured Creditors)

<u>Via First Class Mail</u>
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)

<u>Via Hand Delivery</u>
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Counsel to the Lenders)

<u>Via Hand Delivery</u>
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to Pre-Petition Lenders)

<u>Via First Class Mail</u>
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Purchaser – AH Mortgage
Acquisition Co., Inc.)