IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.

Chapter 11 Case

Case No. 07-11047 (CSS)

Debtors.

------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on this 2nd day of October, 2007, I served one copy of the *Supplemental Objection of EMC Mortgage Corporation to the Emergency Motion of the Debtors for an order: (I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to the Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if Any [D.I. 1057]*, upon the parties listed below by hand delivery to those parties located in Wilmington, Delaware and by First Class Mail to those parties located outside of Wilmington, Delaware:

| | |
|---|---|
| James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>*(Counsel to Debtors)* | Alan Horn, Esquire<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>*(Debtors)* |

DM3\570618.1

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*(Counsel to the Official Committee of Unsecured Creditors)*

Margot Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*(Counsel to the Administrative Agent)*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801
*(Counsel to Bank of America, N.A.)*

Corinne Ball, Esquire
Erica Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*(Counsel to the Purchaser)*

Victoria Watson Counihan, Esquire
Greenberg Traurig
1007 Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel to Postpetition Lenders)*

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
*(US Trustee)*

DUANE MORRIS LLP

Richard W. Riley (DE 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

DM3\570618.1