**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re:* | ) ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | ) ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | ) ) ) ) ) | **Related to Docket Nos. 1056** |

**CERTIFICATE OF SERVICE**

I. William E. Chipman, Jr., do hereby certify that on the 2nd day of October, 2007, I caused copies of the foregoing **SUPPLEMENTAL OBJECTION OF COUNTRYWIDE BANK, FSB AND COUNTRYWIDE HOME LOANS, INC. TO DEBTORS MOTION FOR AN ORDER APPROVING THE SALE OF THE DEBTORS' LOAN SERVICING BUSINESS** to be served upon the below listed counsel U.S. Mail postage pre-paid, or in the manner indicated:

             /s/ William E. Chipman, Jr.            
William E. Chipman, Jr. (#3818)

| **First Class Mail** | **First Class Mail** | **First Class Mail** | **First Class Mail** |
|---|---|---|---|
| Jeffrey M. Levine, Esq. Milestone Advisors, LLC 1775 Eye Street, NW Suite 800 Washington, D.C. 20006 | Allen Horn, General Counsel American Home Mortgage Holdings, Inc. 538 Broadhollow Road Melville, NY 11747 | Erica Ryland, Esq. Corinne Ball, Esq. I. Lewis Grimm, Esq. Jones Day 222 East 41st Street New York, NY 10017 | Margot B. Schonholtz, Esq. Kaye Scholer LLP 425 Park Avenue New York, NY 10022-3596 |

| **Hand Delivery** | **Hand Delivery** | **Hand Delivery** | **Hand Delivery** |
|---|---|---|---|
| Laurie S. Silverstein Potter Anderson & Corroon LLP 1313 N. Market Street, 6th Floor Wilmington, DE 19899 | Pauline K. Morgan, E Young Conaway Stargatt & Taylor LLP The Brandywine Bldg., 17th Floor 1000 West Street Wilmington, DE 19899 | Victoria Counihan Sandra Selzer Greenberg Traurig The Nemours Building 1007 North Orange Street, Suite 1200 Wilmington, DE 19801 | Joseph M. McMahon, Office of the United States Trustee J. Caleb Boggs Federal Building 844 King Street, Suite 2207 - Lockbox #35 Wilmington, DE 19801 |

- 2 -

**Hand Delivery**
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street,
Suite 800
Wilmington, DE 19801