IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                    Debtors.                                     :
                                                                 :   **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x   Objection Deadline: October 22, 2007

## NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL HUTCHENS, SENTER & BRITTON, P.A.

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Terry Hutchens of Hutchens, Senter & Britton, P.A. (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 22, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October 2, 2007
       Wilmington, Delaware

                       YOUNG CONAWAY STARGATT & TAYLOR, LLP

                       */s/ Travis Turner*
                       James L. Patton, Jr. (No. 2202)
                       Joel A. Waite (No. 2925)
                       Pauline K. Morgan (No. 3650)
                       Sean M. Beach (No. 4070)
                       Matthew B. Lunn (No. 4119)
                       Kara Hammond Coyle (No. 4410)
                       Travis N. Turner (No. 4926)
                       The Brandywine Building
                       1000 West Street, 17th Floor
                       Wilmington, Delaware 19801
                       Telephone: (302) 571-6600
                       Facsimile: (302) 571-1253

                       Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF:                )
                                 )
AMERICAN HOME MORTGAGE           )    CASE NO. 07-11047-CSS
HOLDINGS, INC.,                  )
a Delaware Corporation, et.al.   )    CHAPTER 11
                                 )
                        DEBTOR   )

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF NORTH CAROLINA    )
                           )
COUNTY OF CUMBERLAND       )

I, H. Terry Hutchens, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am managing partner of The Law Firm of Hutchens, Senter & Britton, P.A. (the "Firm") which maintains its principal offices at 4317 Ramsey Street, Fayetteville, North Carolina, 28311.

2. This Affidavit is submitted in connection with an order of the Unites States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively the "Debtors") to retain employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as counsel with respect to a broad range of aspects of the Debtor's business, including litigation, foreclosure, bankruptcy, and other creditor rights services. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary hourly rate, subject to change from time to time, is $200 per hour. In the normal course business, the Firm revises its regular hourly rates on January 1st of each year and requests that, effective, January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I caused to be obtained a list of entities identified in Rule 20124(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the

Firm has with such entities. The Firm's search of the identified the following connections: JP Morgan Chase Bank, NA; Countrywide Capital; Bank of America, NA; Citigroup; Wells Fargo Bank, NA; EMC Mortgage Corporation; HSBC Bank; Washington Mutual Bank, FA; IndyMac Bank, FSB; GMAC; ABN AMBRO; Sovereign Bank; and Wachovia Bank.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $57,565.41 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order the Firm will not waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. §328 (c).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2007.

H. TERRY HUTCHENS
N.C. State Bar No: 7812
The Law Firm of Hutchens, Senter, and Britton, P.A.
P.O. Box 2505
Fayetteville, N.C. 28302
(910) 864-6888/FAX (910) 864-6177

STATE OF NORTH CAROLINA
COUNTY OF WAYNE

    Subscribed and sworn to before by said H. Terry Hutchens, in Cumberland County, North Carolina, this 27 day of September, 2007.

_Lesley Ann Cavenaugh_, Notary Public

My Commission Expires July 19, 2009