IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                        Debtors.                                 :
                                                                 :   **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x   Objection Deadline: October 22, 2007

## NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL STERN, LAVINTHAL, FRANKENBERG & NORGAARD, LLC

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Jeanette F. Frankenberg of Stern, Lavinthal, Frankenberg & Norgaard, LLC (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 22, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October 2, 2007
      Wilmington, Delaware

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ [signature]*
          James L. Patton, Jr. (No. 2202)
          Joel A. Waite (No. 2925)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Kara Hammond Coyle (No. 4410)
          Travis N. Turner (No. 4926)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:<br>**AMERICAN HOME MORTGAGE HOLDINGS, INC. a Delaware Corporation et al** [1] | Chapter 11<br><br>Case No.07-11047 (CSS)<br><br>Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE OF PROFESSIONAL

STATE OF NEW JERSEY    }
                       }  ss:
COUNTY OF ESSEX        }

**JEANETTE F. FRANKENBERG**, being duly sworn, deposes and says:

1. I am a member of Stern, Lavinthal, Frankenberg & Norgaard, LLC (the "Firm") which maintains offices at 293 Eisenhower Parkway, Livingston, New Jersey and 184 Grand Avenue, Englewood, New Jersey.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 5, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of the chapter 11 cases.

---

[1] The Debtors in these cases, along, with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance") a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing") a Maryland Corporation (7267) ; American Home Mortgage Corp. ("AHM"). A New York Corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. (Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the debtors is 538Broadhollow Road, Melville, New York 11747, excerpt for AHM Servicing, whose address is 4600 Regent Blvd.Suite 200,Irving, Texas 75063.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm represented and advised the Debtors **in foreclosure and collection cases in New Jersey relating to mortgages and notes held by the Debtors, and in certain bankruptcy cases commenced by the borrowers on those mortgages and notes.** The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates for the services provided to the Debtors, subject to change from time to time, are:

**Foreclosure Fee and Cost Schedule:**

| | | |
|---|---|---|
| 1. | Routine uncontested foreclosure plus costs and expenses | $ 1,300.00* |
| 2. | Bankruptcy matters are invoiced in accordance with FNMA guidelines as revised from time-to-time detailed below | $ 1,000.00 Chapter 13 (Current) |
| 3. | Motion to Strike Answer (without court appearance) in the event foreclosure contested at an additional | $ 650.00* |
| 4. | FHA, VA, FNMA and FHLMC foreclosures are invoiced in accordance with the applicable fee guidelines and limitations* | |
| 6. | Deed-in-Lieu of foreclosure including preparation, execution and recordation of Deed, preparation and execution of Terms of Tender, Estoppel and Solvency Affidavit, Affidavit of Title, etc. Plus costs and expenses. | $ 675.00 |
| 7. | Routine uncontested mortgagor evictions pursuant to Writ of Possession including all necessary proceedings, notifications, scheduling and coordination. Plus costs and expenses. | $ 350.00 |

8. Routine uncontested tenant evictions including all necessary proceedings, notifications, scheduling and coordination (per tenant fee) exclusive of local/state property registration requirements and lease preparation and costs and expenses.    $ 600.00

9. REO closing including title review, contract review/negotiation, preparation of documents, attendance at closing, plus expenses    $ 750.00

*NOTE:
The foregoing excludes post judgment proceedings such as sale attendance, Order(s) for Additional Advances, Alias and Pluries Writs of Execution, etc. Hourly rates range from $85.00 to $100.00/hour for Paralegals to $175.00 to $275.00/hour for Attorneys depending upon the complexity of the work as well as by whom it is being handled. In the event of voluntary reinstatements, payoffs, etc., we reserve the right to increase our fees over that set forth above in accordance with Rule 4:42-9.

**Bankruptcy Fee and Cost Schedule:**

**Chapter 7 cases:**  $650.00 fee for simple motion for relief from the Automatic Stay, including one (1) court appearance.

$250.00 for each additional pleading.

$250.00 for each additional court appearance.

Reimbursement of all court filing fees and other costs. (Standard filing fee for a motion for relief from the Automatic Stay is $150.00).

**Chapter 13 cases:**  $400.00 for review of plan, preparation and filing of a proof of claim, and monitoring of case.

$600.00 for motion for relief from the Automatic Stay, including one (1) court appearance.

$250.00 for each additional pleading.

$250.00 for each additional court appearance.

    **Reimbursement of all court filing fees and other costs. (Standard filing fee for motion for relief from the Automatic Stay is $150.00).**

**Chapter 11 cases, adversary proceedings, and other contested matters:**

  **Hourly fees billed with client's prior authorization.**
  **Hourly fee schedule is as follows:**

| | |
|---|---|
| Senior Partner: | $350.00 per hour |
| Junior Partner: | $250.00 per hour |
| Senior Associates: | $190.00 per hour |
| Junior Associates: | $175.00 per hour |
| Law Clerks/paralegals: | $ 90.00 per hour |

  **Reimbursement of all court filing fees and other costs. (Standard filing fee for motion for relief from the Automatic Stay is $150.00).**

5. In the ordinary course of its business, the Firm maintains a database for purpose of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014 (a), I obtained a list of the entities identified in Rule 2014 (a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connections which the Firm has with such entities. The Firm's search of the database identified the following connections.

**The Firm has represented the Debtor American Home Mortgage Servicing, Inc. in: Legal matters for Foreclosure, Bankruptcy, Default Services, Evictions and Real Estate Transactions**

**The Firm has represented the Debtor American Home Mortgage Corp. in: Legal matters for Foreclosure, Bankruptcy, Default Services, Evictions and Real Estate Transactions**

**The Firm has represented Shareholder Goldman Sachs Asset Management, LP in: Legal matters for Foreclosure, Bankruptcy, Default Services, Evictions and Real Estate Transactions**

The Firm has represented the following Unsecured Creditors in: Legal matters for Foreclosure, Bankruptcy, Default Services, Evictions and Real Estate Transactions

Deutsche Bank
JPMorgan Chase Bank, NA
Citigroup
Morgan Stanley
Wells Fargo Bank, N.A.
SunTrust Asset Funding, LLC
Impac Funding Corporation
Wells Fargo
EMC
Greenwich Capital Financial Products, Inc.
HSBC Bank
FNMA
Washington Mutual Bank, FA
IndyMac Bank, F.S.B.
Morgan Stanley Capital Services Inc.
Credit Suisse First Boston
GMAC

The Firm has represented the following Warehouse Lenders in: Legal matters for Foreclosure, Bankruptcy, Default Services, Evictions and Real Estate Transactions

Bank of America, N.A.
Credit Suisse First Boston mortgage Capital LLC

The Firm has represented the following Adverse Parties in: Legal matters for Foreclosure, Bankruptcy, Default Services, Evictions and Real Estate Transactions

ABN AMBRO Bank
Bank of New York
Citibank
Fannie Mae
Federal Home Loan Mortgage Corp.
GMAC
GNMA
Sovereign Bank
SunTrust Robinson Humphrey Funding, LLC
Wachovia Bank, N.A.
Washington Mutual

The Firm has no connections with any other party identified on the list provided by the Debtors' counsel.

6.  The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7.  Neither I nor any principal, partner, director, officer etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504 (b).

8.  Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is employed.

9.  Prior to the filing of the above-captioned cases, the Firm **was** employed by the Debtors. The Debtors owe the Firm **$5,217.00** for fees and costs associated with pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course of Professionals order, the Firm **will not** waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 USC 328 §(c).

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/27/07, 2007

_____
Jeanette F. Frankenberg, Esq.

Sworn to and subscribed before me
This 27 day of Sept., 2007

_Karen A. Jordan_

KAREN A. JORDAN
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEBRUARY 13, 2011