IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| --------------------------------------------------------------- x | : | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Doc. Ref. Nos: 192 & 643** |
| | : | |
| --------------------------------------------------------------- x | | Objection Deadline: October 22, 2007 |

**NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
JENNIFER L. BUEHLER**

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors

and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the

Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Jennifer L. Buehler of NRT New England Incorporated d/b/a Coldwell Banker Residential Brokerage (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 22, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated:  October 2 , 2007
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
_____
In re:                               :     Chapter 11
                                     :
AMERICAN HOME MORTGAGE              :     Case No.:  07-11047 (CSS)
HOLDINGS, INC., a Delaware Corporation, et al.,¹ :   Jointly Administered
                                     :
                 Debtors.            :
                                     :     Doc. Ref. Nos:  192 & 643
_____:
```

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

I, Jennifer L. Buehler, being duly sworn, depose and say:

1.       I am a real estate salesperson and Manager of NRT New England Incorporated d/b/a Coldwell Banker Residential Brokerage's (hereinafter "Coldwell Banker") 24 Washington Avenue, North Haven, Connecticut 06473 sales office.

2.       This Affidavit is submitted in connection with the United States Bankruptcy Court for the District of Delaware's September 7, 2007 Order, which authorizes the above-captioned Debtors and Debtors-in-Possession (hereinafter collectively the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these Chapter 11 cases.

3.       Prior to the filing of the Petitions which initiated the above-captioned cases, Coldwell Banker represented and advised the Debtors as a real estate brokerage firm insofar as AHM Servicing listed real property in Naugatuck, Connecticut and in New Haven, Connecticut for sale with Coldwell Banker pursuant to two Listing Agreements.  The Debtors have requested,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. (AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New-York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York, corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 528 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, who address is 4600 Regent Boulevard, Suite #200, Irving, Texas 75063.

and Coldwell Banker has agreed, to continue to provide such services to the Debtors on a post-Petition basis during the course of these Chapter 11 cases.

4.    Coldwell Banker's current customary commission/fee, subject to change from time to time, is 5% of the gross sales price of said real property.

5.    Coldwell Banker may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtors' Chapter 11 cases. To the best of my knowledge, information and/or belief, Coldwell Banker does not perform services for any such person in connection with these Chapter 11 cases.

6.    To the best of my knowledge, information and/or belief, neither I nor any employee of and/or real estate salesperson/broker affiliated with Coldwell Banker has agreed to share and/or will share any portion of the compensation to be received from the Debtors with any other person other than Coldwell Banker and a co-broke/buyer's real estate brokerage firm through Coldwell Banker's MLS offer of compensation, as permitted by 11 U.S.C. § 504(b).

7.    To the best of my knowledge, information and/or belief, neither I nor any employee of and/or real estate salesperson/broker affiliated with Coldwell Banker, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors of their estates with respect to the matter(s) upon which Coldwell Banker is to be employed.

8.    Prior to the filing of the above-captioned cases, Coldwell Banker was not employed by the Debtors.

9.    Coldwell Banker is conducting further inquiries regarding its retention by any Creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if Coldwell Banker should discover any facts bearing on the matters described herein, Coldwell Banker will supplement the information contained in this Affidavit.

10.    I understand that any compensation paid to Coldwell Banker is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under the pains and penalty of perjury that the foregoing is true and correct.

NRT New England Incorporated
d/b/a Coldwell Banker Residential Brokerage

By: _____
    Jennifer L. Buehler
    Its: Office Manager


### STATE OF CONNECTICUT

New Haven, ss.

    Then personally appeared, this 27 day of September, 2007, the above named Jennifer

L. Buehler and acknowledged the foregoing instrument to be NRT New England Incorporated

d/b/a Coldwell Banker Residential Brokerage's free act and deed and her free act and deed.

_____
Notary Public:
My commission expires:

CAMILLE STEVENS
NOTARY PUBLIC - CONNECTICUT
BRANFORD
My Commission Expires
08/30/2011