**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047-CSS |
| HOLDINGS, INC., et al., | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**NOTICE OF SERVICE [RE: D.I. 1054 AND 1065]**

PLEASE TAKE NOTICE that on October 2, 2007, copies of the following were served in the manner indicated upon the parties identified on the attached service list:

1. Limited Objection Of Merrill Lynch Mortgage Lending, Inc. To: (1) Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase And Sale Agreement Thereto; (C) Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief; And (2) Supplemental Notice Of (I) Possible Assumption And Assignment Of Certain Leases, License Agreements, And Executory Contracts; And (II) Proposed Cure Obligations, If Any (D.I. 1054, filed 10/2/07)

2. Objection Of Assured Guaranty To Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief And To Proposed Cure Obligations (D.I. 1065, filed 10/2/07)

Dated: October 2, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Daniel B. Butz
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Attorneys for Merrill Lynch Mortgage Lending, Inc. and Assured Guaranty Corp.*