# SERVICE LIST

**VIA HAND-DELIVERY**

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Ste. 1200
Wilmington, DE  19801

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorneys Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Attn: Corporate Capital Markets
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Attn: Corporate Capital Markets -
AHM Capital Trust I
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street, Suite 1500
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE  19899

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE  19801

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Attn: Corporate Trust Department -
Baylis Trust VIII
Wells Fargo Bank, N.A.
919 N. Market Street, Suite 700
Wilmington, DE  19801

Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 No. Market Street, Ste 1500
Wilmington, DE  19801

Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801


**VIA FIRST CLASS MAIL**

Joseph F. Falcone III, Esq.
Director,, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY  10019

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC  20004

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY  10022

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Joseph O'Neil, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Eric M. Davis, Esq.
Jason M. Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE  19801


Attn: Mortgage Finance
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  06830

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.
110 N. Wacker
Chicago, IL  60606

Attn: Officer, General or Managing Agent
Credit Suisse
Eleven Madison Avenue
New York, NY  10010

Attn: Officer, General or Managing Agent
JP Morgan Chase
194 Wood Avenue South
Floor 3
Iselin, NJ  08830

Attn: Officer, General or Managing Agent
Luminent Mtg
Suite 1350
101 California Street
San Francisco, CA 94111

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Eric J. Gorman, Esq.
Felicia G. Perlman, Esq.
Justin L. Heather, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Ste 2100
Chicago, IL 60606

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JP Morgan Chase Tower
600 Travis Street, Ste 3400
Houston, TX 77002

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Attention: Officer, General or
Managing Agent
Bank of America
901 Main Street, 66th Flr
Dallas, TX 75202

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022

Attn: Repo Desk, 3rd Floor
Deutsche Bank
60 Wall Street
New York, NY 10005

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street, 36th Flr
Atlanta, GA 30308

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Attn: Client Administration
Impac Funding Corporation
1401 Dove Street, Suite 1000
Newport Beach, CA 92660

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Rm 400
New York, NY 10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South
6th Floor
Brooklyn, NY 11201

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY  11556

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA  90017

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW
Room 10002
Washington, DC  20005

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Joseph Cioffi, Esq.
Miles Baum, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine &
Regenstreif LLP
1100 Glendon Avenue, 14th Flr
Los Angeles, CA  90024

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

Attn: Tony D. Atkins
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
23rd Floor
Atlanta, GA  30308

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Douglas R. Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street
12th Floor
Harrisburg, PA  17101

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY  10017

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
901 Main Street, 66th Floor
Dallas, TX  75202

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Erica Ryland, Esq.
Corrine Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10022

Attn: Robert Guglielmo, Senior Vice President
Lehman Brothers
745 Seventh Avenue
28th Floor
New York, NY  10019

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Andrew Silverstein, Esquire
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

John Philip, Esq.
Crislip Philip & Asso.
4515 Poplar Avenue
Suite 322
Memphis, TN  38117

Attn: Peter Steinmetz
Citigroup Global Markets Realty Corp
390 Greenwich Street
6th Floor
New York, NY  10013

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY  10166

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL  60603

Attn: Institutional Trust Services - Baylis Trust I
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust II
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust IV
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

William P. Weintraub, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017

Elizabeth Weller, Esquire
Linebarger Goggan Blair
Pena & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX  75201

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street
19th Floor
New York, NY  10013

David H. Zielke, Esquire
Vice President and
Assistant General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA  98101

Country Wide Capital
20 N. Amnia Blvd
Lake Havasu City, AZ  86403

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD  21202

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA  91107

Catherine Steeg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
499 Lexington Avenue
New York, NY  10022

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas
17th Floor
New York, NY  10036

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive
MS 202
McLean, VA  22102

Attention: Anthea Del Bianco
Bank of America
Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street
5th Floor
San Francisco, CA  94103

Lisa G. LauKitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

UBS
1285 Avenue of the Americas
New York, NY  10019

Attn: Legal
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  06830

Attn: Chief Legal Officer
Transaction Management Group
Morgan Stanley
1585 Broadway
New York, NY  10036

Scott K. Levine, Esq.
Platzer Swergold Karlin
Levine Goldberg & Jaslow
150 East 52nd Street, 18th Floor
New York, NY  10022

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, PC
155 Federal Street, 9th Floor
Boston, MA  02110

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Attn: Baylis Trust V and
Madassir Mohamed
JP Morgan Chase
600 Travis Street, 50th Floor
Houston, TX  77019

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY  11201

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Peter McGonigle
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA  19103

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY  10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Attn: NCCI Legal
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B, 18th Floor
New York, NY  10281

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY  10022

Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

Attn: Officer, General or
Managing Agent
EMC
383 Madison Avenue
New York, NY  10018

Attn: Officer, General or
Managing Agent
FNMA
3900 Wisconsin Ave., NW
Washington, DC  20016

Attn: Officer, General or
Managing Agent
GMAC
600 Galleria Parkway
15th Floor
Atlanta, GA  30339

Attn: Officer, General or
Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX  77027

Attn: Officer, General or
Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA  94104

Attn: Dante LaRocca, Managing Director
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B, 21st Floor
New York, NY  10281

Elizabeth Banda, Esq
Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094

Attn: Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12,
BERMUDA

Attn: Legal Department
Deutsche Bank
Taunusanlage 12
60262 Frankfurt
GERMANY

Bear Stearns Bank plc
Attn: Jerome Schneider/Patrick Phelan
Investment Mgr of Liquid Funding, Ltd.
Block 8, Harcourt Centre, 3rd Floor
Charlotte Way
Dublin 2
IRELAND