IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## NOTICE OF DEPOSITION OF THE DEBTORS

PLEASE TAKE NOTICE that, commencing at **11:30 a.m. on October 8, 2007**, DB Structured Products Inc. ("DBSP"), by its attorneys, will take the deposition upon oral examination of the Debtors in the above captioned jointly administered cases (the "Debtors"), pursuant to Bankruptcy Rules 7030 and 9014 and Federal Rule of Civil Procedure 30(b)(6), before a notary public or some officer authorized by law to administer oaths. The deposition will take place at the offices of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899 and will continue from day-to-day until concluded. The deposition will be recorded by stenographic means and will also be videotaped. You are invited to attend and examine.

Pursuant to Rule 30(b)(6), the Debtors shall designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf, and who is/are most qualified to testify as to all facts and other information known or reasonably available to the Debtors with respect to the matters listed on the Schedule A attached hereto.

Dated: October 2, 2007

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

-and-

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8000

- and -

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Counsel to DB Structured Products, Inc.*

# SCHEDULE A

## Definitions

A. "Agreement" refers to the Master Loan Purchase and Servicing Agreement dated as of May 1, 2006 between DBSP and certain of the Debtors.

B. "Debtors" refers to American Home Mortgage Holdings, Inc., its related subsidiaries and affiliates that are debtors in these jointly administered bankruptcy proceedings, including AHM Corp. and AHM Servicing, and their respective officers, directors, employees, agents, representatives, and any other persons acting on behalf of the foregoing.

C. "Proposed Sale Approval Order" refers to the proposed order filed by the Debtors in connection with the Sale Motion and for which the Debtors will seek approval at the Sale Hearing.

D. "Sale" refers to the sale of certain assets used in the Debtors' loan servicing business that is the subject of the Sale Motion.

E. "Sale Hearing" refers to the hearing to consider the Sale Motion currently scheduled for October 9, 2007.

F. "Sale Motion" refers collectively to the *Emergency Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* [Doc. No. 11] and to the *Motion of the Debtors for Order Pursuant to Sections 105(a), 363, 364, 365 and 503(b) of the Bankruptcy Code and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A)*

*Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C) Directing that Certain Notices of Such Sale and Deadline be Given; and (D) Authorizing, on an Interim Basis, the Debtors to Grant Certain Liens and Other Protections for the Purchaser's Collateral Effective After the Initial Closing* [Doc. No. 865].

## **Deposition Topics**

1. All documents that the Debtors intend to offer into evidence, or otherwise rely upon, at the Sale Hearing.

2. The facts upon which the Debtors intend to rely at the Sale Hearing to support the Sale Motion.

3. Debtors' contention, contained in the August 27, 2007 *Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements. And Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Doc. No. 403] that the "Proposed Cure Amount" (as defined therein) for the Agreement is $0.00.

4. Debtors' contention, reflected, among other places, in paragraph J of the Proposed Sale Approval Order, that the servicing provisions of the Agreement are "severable" from the other portions of the Agreement and can be separately assumed and assigned.

5. The negotiation of the Agreement.