## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x

In re                                                    :   Chapter 11
                                                         :
American Home Mortgage Holdings, Inc.,   :   Case No.: 07-11047 (CSS)
*et al.*                                                 :
                                                         :   (Jointly Administered)
Debtors.                                                 :
                                                         :   Ref. Docket Nos. 11 and _980_
                                                         :
                                                         :
------------------------------------------------ x

### ORDER APPROVING STIPULATION AND ORDER ABATING OBJECTION OF CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC TO DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING, AMONG OTHER THINGS, SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS AND ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO

Upon consideration of the stipulation (the "Stipulation") by and between the

above-captioned debtors and debtors-in-possession (the "Debtors")[1] and Credit Suisse First

Boston Mortgage Capital LLC ("CSFB"), which is attached hereto as Exhibit A; and after due

deliberation; and it appearing that the relief requested by the parties under the Stipulation is in

the best interest of the Debtors' estates and their creditors; it is hereby:

ORDERED that the Stipulation, attached hereto as Exhibit A, is approved; and it

is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from or related to the Stipulation or this Order.

Dated: Wilmington, Delaware
     October___2___, 2007

Christopher S. Sontchi
United States Bankruptcy Court Judge