**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x | : | |
| In re: | : | Chapter 11 |
|  | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | (Jointly Administered) |
|  | : | |
|  | : | Ref. Docket Nos. 11, 113, 403, 674 and 962 |
| Debtors. | : | Sale Hearing Date: October 9, 2007 @ 10:00 a.m. |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x | | Objection Deadline: October 3, 2007 @ 4:00 p.m. |

**SECOND LIMITED OBJECTION AND RESERVATION OF RIGHTS OF HSBC BANK USA, NATIONAL ASSOCIATION TO DEBTORS' SUPPLEMENTAL NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, ETC. IN CONNECTION WITH EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS'
LOAN SERVICING BUSINESS, ETC.**

HSBC Bank USA, National Association ("HSBC") and certain of its affiliates (collectively with HSBC, "HSBC Entities"), by their undersigned counsel, pursuant to Section 363(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") files this Second Limited Objection (the "Objection") to: Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [Dkt. No. 962] ("Supplemental Notice"), and in support of their Objection, respectfully state as follows:

## BACKGROUND

1. On August 6, 2007 (the "Petition Date"), American Home Mortgage Investment Corp. ("AHMIC") and certain of its affiliates and subsidiaries (collectively, the "Debtors" and,

individually, a "Debtor") commenced voluntary cases under Chapter 11 of the Bankruptcy Code in this Court (the "Bankruptcy Cases").

2. The Debtors remain in possession of their property and are managing their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. On August 14, 2007, the United States Trustee appointed an Official Committee of Unsecured Creditors. No Chapter 11 trustee or examiner has been appointed in these cases.

4. On August 6, 2007, the Debtors filed the Sale Motion for the sale of their servicing business. On August 9, 2007, this Court entered its Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof and (IV) Granting Related Relief [Dkt. No. 113] ("Sales Procedure Order") establishing procedures for the sale of the Debtors' mortgage-servicing business (the "Proposed Sale").

5. On September 20, 2007, HSBC filed its Limited Objection and Reservation of Rights of HSI Asset Securitization Corporation and HSBC Bank USA, National Association to Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtor's Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to Certain Related Notices of Assumption [Dkt. No. 840].

6. On September 26, 2007, the Debtors filed the Supplemental Notice.

## THE HSBC ENTITIES INTERESTS

7. The HSBC Entities are parties to the following agreement as listed in the Supplemental Notice:

   a. Custodial Agreement, dated as of June 1, 2007, by and among HSBC Bank USA, National Association, as Trustee, Deutsche Bank National Trust Company, as Custodian, American Home Mortgage Servicing, Inc., as a Servicer, and Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, as a Servicer.

## LIMITED OBJECTION

8. The HSBC Entities have several concerns about the Sale Motion, the Modified Assumption Notice, the Supplemental Notice and the Proposed Sale.

9. First, the HSBC Entities assume each of their respective contracts listed in the Supplemental Notice and above are capable of assumption and assignment as executory contracts under the Bankruptcy Code.

10. Second, the Supplemental Notice also suggests that the Debtors intend to assume and assign their interests only in the servicing rights associated with certain of these agreements but not in the agreements themselves. Any attempted partial assumption contravenes Bankruptcy Code § 365, which requires a trustee or debtor-in-possession to assume an executory contract in its entirety. See 11 U.S.C. § 365; *In re Rickel Home Centers, Inc.*, 209 F.3d 291, 298 (3d. Cir. 2000) (Debtor "may assume the contract or lease, but it must do so in its entirety."); *In re Indian River Homes, Inc.*, 108 B.R. 46, 49 (D.Del. 1989) ("An executory contract must be assumed or rejected in its entirety.").

11. Third, any agreements that constitute contracts for a financial accommodation, as defined in section 365(c)(2) of the Bankruptcy Code, may not be assumed and assigned by the

Debtors.  *See* 11 U.S.C. § 365(c)(2).  The HSBC Entities object to any effort to assume and assign such agreements.

12. In addition to these more general objections, the HSBC Entities have the following additional specific issues with the contract listed on the Supplemental Notice (and therefore scheduled to be assumed and assigned at the Auction):

   a. <u>Completed Loan Pool Transfers</u>:  The HSBC Entities object to the assumption and assignment of any servicing agreement to the extent that the Debtors are attempting to assume and assign servicing rights on loans as to which servicing has already been transferred.

   b. <u>Follow-Up Documentation</u>:  The Supplemental Notice does not explain how AHM Servicing (or any subsequent servicer to whom AHM Servicing may transfer these pooled loans) intends to provide the HSBC Entities with sufficient documentation to address any follow-up issues that may arise.

   c. <u>Cure Amount</u>:  The Debtors have identified the cure amounts for each agreement as zero.  The HSBC Entities have not yet been able to ascertain (given the Debtors' free fall into bankruptcy) the cure amounts, if any, and reserve the right to supplement this Objection by providing a cure figure pending further discussion with the Debtors and analysis.

13. With respect to the Cure Amounts identified in this Objection, the HSBC Entities emphasize that the Debtors cannot assume and assign any of these agreements without making full and prompt cure of the entire cure amounts as calculated by the HSBC Entities.  The HSBC Entities are also entitled to adequate assurance of future performance of these agreements and to all other rights and remedies afforded to them under Bankruptcy Code § 365.  The HSBC Entities generally object to the Sales Motion, the Auction, the Proposed Sale, the Modified Assumption Notice, and the Supplemental Notice to the extent that they attempt to impair or curtail these rights of the HSBC Entities in contravention of the Bankruptcy Code.

**RESERVATION OF RIGHTS**

14. The HSBC Entities reserve the right to amend, supplement, modify, or withdraw this Objection in whole or in part at their discretion at any time.  The HSBC Entities do not waive any right they may have by filing this Objection.

- 5 -

**WHEREFORE**, the HSBC Entities request that: (i) the Sale Motion, the Modified Assumption Notice and the Supplemental Notice be denied to the extent that they purport to limit, abridge, affect, modify, or alter in any respect any right of the HSBC Entities under the agreement specifically identified in this Objection or under any other agreements between one or more of the and the Debtors not otherwise identified herein, and (ii) that the Court grant such other and further relief as just and proper.

Dated: October 3, 2007                         BUCHANAN INGERSOLL & ROONEY, PC

By: /s/   Mary F. Caloway
Mary F. Caloway (No. 3059)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295

- and -

PHILLIPS LYTLE LLP
William J. Brown, Esq.
3400 HSBC Center
Buffalo, New York 14203
Telephone: (716) 847-8400
Facsimile:  (716) 852-6100

ATTORNEYS FOR HSBC BANK USA, NATIONAL ASSOCIATION AND ITS AFFILIATES

Doc # 01-1692046.2