IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware Corporation,<br>et al.,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Ref. Docket Nos. 11, 113, 403 and 674<br><br>Objection Deadline: 09/20/07 at 4:00 p.m.<br>Hearing Date: 10/01/07 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that a true and correct copy of the Limited Objection And Reservation Of Rights Of ZC Real Estate Tax Solutions Limited To The *Modified* Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any, was caused to be served on the parties listed on the attached Service List in the manner indicated on the 3rd day of October 2007.

Dated: October 3, 2007

**REED SMITH LLP**

/s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson, Esq. (No. 3966)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

*Attorneys for ZC Real Estate Tax Solutions Limited*

## SERVICE LIST

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747<br>Attn: Alan Horn, General Counsel<br><br>*VIA FIRST CLASS MAIL* | Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899<br>Attn: James L. Patton, Jr.<br>Tel: 302 571-6600<br>Fax: 302-571-1253<br>Email: bankruptcy@ycst.com<br><br>Counsel to Debtors<br><br>*VIA HAND DELIVERY* |
| Milestone Advisors, LLC<br>1775 Eye Street NW<br>Suite 800<br>Washington, DC 20006<br>Attn: Jeffrey M. Levine<br><br>*VIA FIRST CLASS MAIL* | Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Attn: Mark S. Indelicato<br><br>Counsel to the Official Committee of Unsecured Creditors<br><br>*VIA FIRST CLASS MAIL* |
| Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>Attn: Margot B. Schonholtz<br>and Scott D. Talmadge<br><br>Counsel to Bank of America, N.A., as Administrative Agent for the Lenders<br><br>*VIA FIRST CLASS MAIL* | Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Attn: Laurie Selber Silverstein<br><br>Counsel to Bank of America, N.A., as Administrative Agent for the Lenders<br><br>*VIA FIRST CLASS MAIL* |
| Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Attn: Corinne Ball and Erica M. Ryland<br><br>Counsel to the Debtors' Postpetition Lenders<br><br>*VIA FIRST CLASS MAIL* | Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Attn: Victoria Counihan<br><br>Counsel to the Debtors' Postpetition Lenders<br><br>*VIA FIRST CLASS MAIL* |
| Office of the United States Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801<br>Attn: Joseph McMahon<br><br>*VIA FIRST CLASS MAIL* | |