IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            : Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*,                 :
                                                                  : Jointly Administered
             Debtors.                                             : Related to Doc. No. 11
                                                                  : Hearing Date: 10/9/07 @ 2:30
                                                                  :
------------------------------------------------------------------x

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION IN THE SUPPLEMENTAL OBJECTION OF GMAC MORTGAGE, LLC TO EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN THE DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) <u>GRANTING RELATED RELIEF AND TO PROPOSED CURE OBLIGATIONS</u>**

U.S. Bank National Association, in its capacity as trustee ("U.S. Bank"), by and through its undersigned counsel, hereby joins in and incorporates for and on its own behalf, as applicable to the Securitization Transactions,[1] the above-referenced Supplemental Objection of GMAC Mortgage, LLC [Docket No. 1071], subject to the provisos set forth in the footnotes contained in U.S. Bank's Supplemental Objection [Docket No. 1067].

---

[1] The "Securitization Transactions" are defined in the Supplemental Objection to the above-referenced motion filed by U.S. Bank National Association [Docket No. 1067].

Dated: October 3, 2007

**DORSEY & WHITNEY (DELAWARE) LLP**

By: _____
Eric Lopez Schnabel (Del No. 3672)
1105 North Market Street, 16th Floor
Wilmington, DE  19801
Telephone: (302) 425-7162

**DORSEY & WHITNEY LLP**
Charles Sawyer (MN #140351)
Katherine A. Constantine (MN # 123341)
Monica Clark (MN # 28211X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for U.S. Bank National Association, in its capacity as Trustee