IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:

AMERICAN HOME MORTGAGE | Case No. 07-11047 (CSS)
HOLDINGS, INC., a. Delaware corporation, et al.,

Jointly Administered

Debtors. | Ref. Nos. 192 & 607
----------------------------------------------------------------x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF New Jersey
COUNTY OF Burlington
                        ss:

BARI J. GAMBACORTA], being duly sworn, deposes and says:

1.   I am the Managing Partner of Farr, Burke, Gambacorta & Wright, P.C. (the "Firm"), which maintains offices at **1000 Atrium Way, Suite 401 Mount Laurel, New Jersey 08054.**

2.   This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September     , 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.   Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as foreclosing counsel in the states of New Jersey and Delaware.

---

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acc planec"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("ARM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corte."), a New York corporation (1558); American IIonie Mortgage 'Ventures LLC ("AHM Ventures"), a Delaware limited liability company (3407); Homegate Settlement Services, Inc. ("Honiegate"), a New York corporation (7491); and Great Oak021.821H305Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for A1-tM Servicing, whose address is 4600 Regent Blvd., Suite 200, Ir v ing, Texas 75063.

066585.100!

The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Finn's current customary rates, subject to change from time to time, are $110 for paralegals and $140 - $240 per hour for attorneys. In the normal course of its business, the Firm revises its billing rates on February 1st of each year and requests that, effective the first of February of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**None**

6. The Firm, may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases. Except that the Firm currently represents Banc of America Leasing & Capital, LLC with regard to a Lease of approximately 150 copiers. The representation has not been adversarial with the Debtor.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C.. § 504(b).

8. Neither 1 nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm WAS employed by the Debtors. The Debtors owe the Firm approximately $4,800 for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm WILL NOT waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing cm the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is *true and correct.*

Executed on October 3, 2007

_____
Affiant

Sworn to and subscribed before me
this 3rd day of October 2007

_____
Notary Public

**JANET A. LESKO**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES NOV. 1, 2010**

DB04:6214345.1