IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that on October 2, 2007, a copy of the following documents were served upon the parties listed below in the manner indicated.

- **First Set of Interrogatories to the Debtors from DB Structured Products, Inc. in Connection with Debtors' Motion for Sale of Their Loan Servicing Business**
- **First Request for Production of Documents to the Debtors from DB Structured Products, Inc. in Connection with Debtors' Motion for Sale of Their Loan Servicing Business**
- **Notice of Deposition of the Debtors**

**HAND DELIVERY & ELECTRONIC MAIL**
James L. Patton, Jr., Esq.
Robert F. Brady, Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: October 3, 2007

**ASHBY & GEDDES, P.A.**

_/s/ William P. Bowden_
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

-and-

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA  02110
(617) 951-8000

*Counsel to DB Structured Products, Inc.*