IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AMERICAN HOME MORTGAGE** | ) Case No. 07-11047-CSS |
| **HOLDINGS, INC., et. al.,** | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related Docket Nos.: 11, 12, 113, 403, 674, 746, |
| | ) 824, and 1053 |
| | ) Objection Deadline: 10/02/07 @ 4:00 p.m. |
| | ) Sale Hearing Date: 10/09/07 @ 2:30 p.m. |

## JOINDER OF CIFG ASSURANCE NORTH AMERICA, INC. TO SUPPLEMENTAL OBJECTION FILED BY WELLS FARGO BANK, NATIONAL ASSOCIATION

CIFG Assurance North America, Inc. ("CIFG"), insurer of the American Home Mortgage Investment Trust 2006-2, Mortgage-Backed Notes, Series 2006-2, Class V-A (the "Securities"), which are collateralized by a pool of prime quality home equity lines of credit ("HELOC Mortgage Loans") that were sold to American Home Mortgage Investment Trust 2006-2, a Delaware statutory trust (the "Trust"), and serviced by American Home Mortgage Acceptance, Inc. ("AHMA"), one of the above captioned debtors (together with AHMA, collectively, the "Debtors"), by and through its undersigned counsel, hereby joins the supplemental objection to proposed cure obligations and the anticipated sale of the Debtors' servicing business filed by Wells Fargo Bank, N.A. dated October 02, 2007 [Docket No. 1053] (the "Supplemental Objection"), and in support thereof respectfully represents as follows:

## Background

1. On August 6, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under title 11 of the United States Code. The Debtors' cases are being jointly administered pursuant to an order of this Court entered on August 7, 2007.

2. The Debtors filed a motion and assumption notice with respect to the sale of the Debtors' servicing business.

3. On September 20, 2007, Wells Fargo filed its objection and reservation of rights to the motion and assumption notice with respect to the sale of the Debtors' servicing business. CIFG filed a joinder to such objection and reservation of rights.

4. On or about September 21, 2007, the Debtors filed a motion seeking approval of a stalking horse bidder and that certain asset purchase agreement by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc., dated as of September 25, 2007 (the "Stalking Horse APA").

## The Servicing Agreement

5. AMHA (as Sponsor and HELOC Servicer), GMAC Mortgage Corporation (as HELOC Back-Up Servicer), Deutsche Bank National Trust Company (as Indenture Trustee), and the Trust are parties to that certain HELOC Servicing Agreement dated June 30, 2006 (the "HELOC Servicing Agreement"). CIFG is an express third party beneficiary under the HELOC Servicing Agreement and is entitled to certain rights set forth more fully therein.

6. The Stalking Horse APA lists the HELOC Servicing Agreement as one of the contracts to be assumed by the Debtors and assigned thereunder.

### CIFG Joins In the Supplemental Objection

7. CIFG joins in the Supplemental Objection on the same grounds as set forth therein and incorporates by reference all of the arguments set forth in such objection.

8. CIFG reserves its rights to further object to the Debtors' proposed cure obligations with respect to the HELOC Servicing Agreement and/or entry of an order with respect to the sale of the Debtors' servicing business.

### Conclusion

WHEREFORE, CIFG respectfully requests that this Court (a) deny the assumption and assignment of the HELOC Servicing Agreement until the proposed order approving the sale of the Debtors' servicing business is amended to address the issues raised herein and ensure that any assignee of the HELOC Servicing Agreement provides adequate assurance of future performance as required by 11 U.S.C. § 365(f)(2)(B) and until an adequate reserve is established for latent defaults in the servicing of the HELOC Servicing Agreement and (b) grant CIFG such other and further relief as may be equitable and just.

Dated: October 03, 2007

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. No. 2553)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com

-and-

**KING & SPALDING LLP**
Barry N. Seidel
Stefanie J. Greer *(admitted pro hac vice)*
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
bseidel@kslaw.com
sjgreer@kslaw.com

*Attorneys for CIFG Assurance North America, Inc.*

184710.1