UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
                                    Debtors.                     :
                                                                 :   **Ref. Docket No. 282**
---------------------------------------------------------------- x

## NOTICE OF SUCCESSFUL BIDDERS

      PLEASE TAKE NOTICE that on September 26, 2007, an auction (the "Auction") was held at the offices of Young Conaway Stargatt & Taylor, LLP in accordance with the sale procedures approved by Order of the United States Bankruptcy Court for the District of Delaware, dated August 22, 2007 (as modified prior to and during the Auction with the consent of the Official Committee of Unsecured Creditors, the "Sale Procedures")[1] for the sale of the (i) Broadhollow Non-Performing Loans; (ii) Melville Non-Performing Loans; (iii) Broadhollow Agency Eligible Performing Loans; (iv) Broadhollow Agency Non-Eligible Performing Loans; (v) Melville Agency Eligible Performing Loans; and (vi) Melville Non-Agency Eligible Performing Loans.

      PLEASE TAKE FURTHER NOTICE that at the conclusion of the Auction the bids set forth on Exhibit A hereto were determined, in consultation with the Creditors' Committee, to constitute the highest and otherwise best bids. Set forth on Exhibit A hereto is the identity of the Successful Bidders.

      PLEASE TAKE FURTHER NOTICE, that the Successful Bids identified on Exhibit A hereto have been consummated.

Dated: Wilmington, Delaware
       October 3, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Sale Procedures.

DB02:6266578.2                                                                                          066585.1001

## EXHIBIT A

| MORTGAGE LOAN | SUCCESSFUL BIDDER |
|---|---|
| Broadhollow Non-Performing Loans | Citibank, N.A. |
| Melville Non-Performing Loans | Citibank, N.A. |
| Broadhollow Agency Eligible Performing Loans | Lehman Brothers Bank, FSB |
| Broadhollow Non-Agency Eligible Performing Loans | Lehman Brothers Bank, FSB |
| Melville Agency Eligible Performing Loans | JP Morgan Acquisition Corp. |
| Melville Non-Agency Eligible Performing Loans | JP Morgan Acquisition Corp. |