IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 07-11047 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) Extended Obj. Deadline: 10/3/07 @ 4:00 p.m.<br>) Hearing Date: 10/9/07 @ 2:30 p.m.<br>) Related Document Nos. 11, 113, 403, 674 & 962 |

**RESERVATION OF RIGHTS OF UBS REAL ESTATE SECURITIES INC. TO THE DEBTORS' SUPPLEMENTAL NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENT, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

UBS Real Estate Securities Inc. ("RESI"), hereby reserves its rights with respect to the Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any (the "Supplemental Cure Notice") filed on September 26, 2007 by American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors") in the above-captioned case. The Debtors filed the Supplemental Cure Notice to supplement an earlier Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any (the "Modified Cure Notice"), which was filed by the Debtors on September 10, 2007.

On September 20, 2007, RESI filed an objection to the Modified Cure Notice (the "RESI Objection") in which RESI (a) objected to the proposed cure amounts with respect to a certain Master Purchase Agreement and a certain Master Loan Purchase and Servicing Agreement (as

500174827v3

defined in the RESI Objection) and (b) reserved its rights with respect to certain Assignment, Assumption and Recognition Agreements listed in the RESI Objection.

## RESERVATION OF RIGHTS

In addition to the Assignment, Assumption and Recognition Agreements identified in the RESI Objection, RESI is a party to that certain Assignment, Assumption and Recognition Agreement, dated as of December 29, 2005, (the "Agreement") identified for the first time in the Supplemental Cure Notice as a contract the Debtors may assume and assign with respect to the Debtors' planned auction of the assets comprising their mortgage loan servicing business. The Supplemental Cure Notice lists a cure amount of $0.00 for the Agreement. RESI therefore hereby reserves its rights under the Agreement identified in the Supplemental Cure Notice with respect to any subsequent or presently unknown defaults that would have to be cured to permit the Debtors to assume and assign it.[1]

Dated:  October 3, 2007

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

and

---

[1] RESI is in the process of reviewing its books and records with respect to its claims against the Debtors and reserves the right to assert additional cure amounts and additional claims upon completion of such review.

500174827v3

PILLSBURY WINTHROP SHAW PITTMAN LLP
Rick B. Antonoff (*pro hac vice*)
Brandon R. Johnson (*pro hac vice*)
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorneys for UBS Real Estate Securities Inc.

184707.1

3

500174827v3