IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :
                                                               :    Jointly Administered
                                        Debtors.               :
                                                               :    Ref Nos.:
-------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING ORDER DENYING WITHOUT PREJUDICE THE MOTION OF RICHARD HORVATH, *Pro Se* TO LIFT THE AUTOMATIC STAY

On August 31, 2007, Richard Horvath, *Pro Se,* filed his Motion to Lift the Automatic Stay [Docket No. 612] (the "Motion"). On September 24, 2007, the above-captioned debtors (the "Debtors") filed their objection to the Motion [Docket No. 922]. On September 28, 2007, Mr. Horvath filed his Response to Debtors Objection to Lifting of the Automatic Stay re: American Home Mortgage [Docket No. 996] (the "Response").

On October 1, 2007, a hearing was held on the Motion and related pleadings (the "Hearing"). At the Hearing, the Court ruled that the Motion was denied without prejudice. The Court further instructed the Debtors to work with Mr. Horvath to include language in the order denying the Motion that would provide that Mr. Horvath's Motion and Response would be deemed his proof of claim, if Mr. Horvath elected that he wanted to file a proof of claim.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

After the Hearing, the Debtors met with Mr. Horvath to discuss whether he wanted the order to provide that his Motion and Response be deemed his proof of claim. Mr. Horvath agreed that he wanted to include such language. The Debtors suggested language to include in the proposed order, which Mr. Horvath agreed was acceptable.

The Debtors provided copies of the Order to Mr. Horvath and counsel to the Official Committee of Unsecured Creditors. Each of these parties have indicated that they do not object to the entry of the Order.

Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as <u>Exhibit A</u> at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
   October 3, 2007

        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Erin Edwards (No. 4392)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

        Counsel for the Debtors and
        Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :   Jointly Administered
        Debtors.                                        :
                                                        :   Docket Ref. No. 899
------------------------------------------------------- x
```

## ORDER DENYING WITHOUT PREJUDICE THE MOTION
## OF RICHARD HORVATH TO LIFT THE AUTOMATIC STAY

Upon consideration of the Motion to Lift Automatic Stay filed by Richard

Horvath, *Pro Se*, [D.I. 612]  (the "Motion"), the above-captioned Debtors' Objection to the

Motion [D.I. 922] and the Response to Debtors Objection to Lifting The Automatic Stay re:

American Home Mortgage [D.I. 996] (the "Response"); and due and sufficient notice of the

Motion having been given; and after a hearing held on October 1, 2007; it is hereby

ORDERED, that the relief requested in the Motion is hereby denied without

prejudice; and it is further

ORDERED, that the Motion and Response are deemed a proof of claim for Mr.

Horvath in the amount asserted therein without prejudice to anyone's right to object to such proof

of claim; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes

arising out of the implementation of this Order.

Dated:  Wilmington, Delaware
        _____, 2007

                                        _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge