IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
              Debtors.                                           :
                                                                 : Objection Deadline: Oct. 23, 2007 at 4 p.m. (E.T.)
                                                                 :
---------------------------------------------------------------- x Doc. Ref. Nos: 192 & 643 & 754

**NOTICE OF FILING OF SECOND SUPPLEMENTAL LIST OF
ORDINARY COURSE PROFESSIONALS**

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
      (II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE
      PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF
      AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
      UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
      AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS'
      POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE
      COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER
      DEL. BANKR. LR 2002-1 (b)

   PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors

and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date (the "Motion") [Docket No. 192].

   PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Order") [Docket No. 607].

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that on September 14, 2007, the Debtors filed the Notice of Filing of First Supplemental List of Ordinary Course Professionals [Docket No. 754].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the supplemental list of ordinary course professionals (the "Supplemental List") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before October 23, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the

---

Suite 200, Irving, Texas 75063.

Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Revised Order.**

Dated:  October 3, 2007
        Wilmington, Delaware

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              *Travis Turner*
                              ―――――――――――――――――――――――――――――――
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              Kenneth J. Enos (No. 4544)
                              Travis N. Turner (No. 4926)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## SUPPLEMENTAL LIST

## Exhibit A to Second Supplemental Notice

| Law Firm | Law firm Service Address | Proposed Cap | |
|---|---|---|---|
| Law Office of Daniel C Consuegra | Attn: Daniel C. Consuegra 9204 King Palm Drive, Tampa, Florida, 33619 | $75,000 monthly cap (was previously capped at $35,000 monthly) | (Effective upon the running of the objection period on October 23, 2007) |
| Fisher and Shapiro, LLC | Attn: Richard Aronow 4201 Lake Cook Road Northbrook, IL 60062 | $35,000 monthly cap | (Additional OCP - foreclosures) |
| Routh Crabtree, APC (Alaska) | Attn: Richard Ullstrom 3000 A Street, Suite #200, Anchorage, Alaska, 99503 | $35,000 monthly cap (cap amounts are separate and distinct from caps for the OCP Routh Crabtree and Northwest Trustee) | (Additional OCP- foreclosures) |

### Additional Exhibit C Professionsals

| Active Broker | Broker Company | Street Address | City | ST | Zip Code |
|---|---|---|---|---|---|
| A. Velasquez | Metro Desert Realty | 1635 Main Street | El Centro | CA | 92243 |
| Ali Saad | Remax Alliance | 37569 Five Mile Road | Livonia | MI | 48154 |
| Betty Craig | Saylor Realty, LLC | 320 W. McLane | Osceola | IA | 50213 |
| Bill Pfeif | Guarantee Real Estate | 7080 N. Maple Avenue # 101 | Fresno | CA | 93720 |
| Bill Witt | RE/MAX Team Reo | 2012 Fleet Street | Baltimore | MD | 21231 |
| Bob Cadez | Re/Max Elite Team | 29720 Rancho California Rd#3B | Temecula | CA | 92591 |
| Bob Nastasi | A to B Realty | 1500 E. Hamilton Avenue #105 | Campbell | CA | 95008 |
| Brad Rozansky | BRN Consulting, Inc | 4650 East West Highway | Methesda | MD | 20814 |
| Brain Dauk | SL&C Properties | 233 Flowers Street | Costa Mesa | CA | 92627 |
| Brain Stranger | Lakeshore Realty | 2510 North Pines Road #5 | Spokane | WA | 99206 |
| Brian Stranger | Lakeshore Realty | 2510 North Pines Road #5 | Spokane | WA | 99206 |
| C. Bennani | Re/Max Colonial | 495 Main Street#B | Groton | MA | 1450 |
| C. SanFilippo | Century 21 Worden & Green | 256 Route 56 | Hillsborough | NJ | 8844 |
| C. Tumbarello | Action Real Estate Network | 3823 N Harlem Avenue | Chicago | IL | 60634 |
| CANDICE JOHNSTN | ROSENTHAL AND ASSOCIATES | 72880 Fred Waring Drive #B9 | Palm Desert | CA | 92260 |
| Carol Haynes | Century 21 Joe Walker & Ass. | 13961 Tollbridge Way | Pickerington | OH | 43147 |
| Carol McDonald | Re/Max Homeward Bound | 5061 North Abbe Rd., Suite #1 | Elyria | OH | 44035 |
| Carol O'Neill | Equity Ventures Realty, LLC | 110 N. Brockway #310 | Palatine | IL | 60067 |
| Cecily Tippery | La Proprieta Inc. | 3775 Main Street #E | Oakley | CA | 94561 |
| Cheryl Stevens | Snelson&Stevens Realtors | 120 Niles Cortland Road | Warren | OH | 44484 |
| Christine Mincher | Bayview Properties | P.O. Box 574 | Aptos | CA | 95001 |
| Claire Epstein | Keller Williams Realty | 30500 N.W. Hwy #300 | Firmington Hills | MI | 48334 |
| Craig OBoyle | OBoyle Real Estate Group | 15 Lambrig Way | Colorado Springs | CO | 80906 |
| Dana Flinn | Windsor International Realty | 24 West William Street | Delaware | OH | 43015 |
| Danny Lewis | Lewis Real Estate Group | 8400 N. University Drive #111 | Tamarac | FL | 33321 |
| Diane Pelletier | Lancaster Town & Country Realty, LLC | 774 State Road 13 #1 | Jacksonville | FL | 32259 |
| Donna Burton | ERA Buckhead Realty | 140 Fox Creek Drive | Woodstock | GA | 30188 |
| Donny Key | Florida Home Realty Professionals | 11411 Donneymoor Drive | Riverview | FL | 33569 |

| Name | Company | Address | City | State | Zip |
|---|---|---|---|---|---|
| Bill Witt | RE/MAX Team Reo | 2012 Fleet Street | Baltimore | MD | 21231 |
| Doug Daniel | Advisor Realtors | 909 E Morgan St | Martinsville | IN | 46151 |
| Eddie Roman | First Services Realty-GMAC | 13155 SW 42nd street ste 200 | Miami | FL | 33175 |
| Gayle McDaniel | Real Estate Unlimited | 4692 Jennifer Ct | Monroe | GA | 30656 |
| Glenn Ballard | Realty Xperts | 4406 Sw 33rd St | Des Moines | IA | 50321 |
| Grant Mosteller | Marc 1 Realty LLC | 5961 E Nc 150 Hwy | Maiden | NC | 28650 |
| Greg Honeymich | Meybohm Realtors | 2556 Tobacco Rd | Hephzibah | GA | 30815 |
| Helga Hess | Realty Of California | 435 La Fonda Ave | Santa Cruz | CA | 95065 |
| Jeanette Yates | Weichert, Realtors- Yates & Associates | 1046 W. Busch Blvd ste 300 | Tampa | FL | 33612 |
| Jeffery Cameron | Counselor Realty | 7766 Highway 65 NE | Spring Lake Park | MN | 55432 |
| Jeffrey Russell | Jeffrey Russell | 305 S. Hudson Avenue ste 200 | Pasadena | CA | 91101 |
| Jennifer L. Buehler | NRT New England Incorporated d/b/a/ Coldwell Banker | 24 Washington Avenue | North Haven | CT | 6473 |
| Jenifer Madison | Jennifer Madison | 2700 NE Loop 410,Suite 150 | San Antonio | TX | 78217 |
| Jerry Van Dyke | Prudential Carruthers | 5025 Wisconsin Ave NW | Washington DC | DC | 20016 |
| Joel Lullucci | Prudential Americana - Vegas REO Services | 871 Coronado Center Dr | Las Vegas | NV | 89052 |
| John Covington | John Covington - Rose & Womble Realty, LLC | 800 Diligence Dr | Newport News | VA | 23606 |
| Joseph Fusco | Century 21 Classic Homes | 2239 Main St | Glastonbury | CT | 6033 |
| KELLY ADAMS | ADAMS AMI | 235 Peachtree St NE | Atlanta | GA | 30303 |
| Kenneth Myers | Re/Max Homeward Bound | 37295 Detroit Rd | Avon | OH | 44011 |
| Kia Tuala | Exit Realty Heartland | 14810 E 42nd St S | Independence | MO | 64055 |
| Lana Mourning | Prudential Vandemark Realty | 2150 N. Eastown RD | Lima | OH | 45807 |
| Lawrence D. Gallagher | Today Real Estate, Inc. | 1533 Route 28 | Centerville | MA | 2632 |
| LaVina Pratt | Eagle Hills Properties | 4601 W. Saguaro Drive | Eagle | ID | 83616 |
| Linda Miller | Coldwell Banker | 100 E Jefferson Ave | Whitney | TX | 76692 |
| Linda Motti | Coldwell Banker Realty Plus | 1372 Mount Vernon Ave | Marion | OH | 43302 |
| Lisa Maxvill | Keller Williams Realty | 10532 Cedar Creek Drive | Manassas | VA | 20112 |
| Lon Allison | Allison Realty Associates | 956 Walnut Street | Red Bluff | CA | 96080 |
| Loree Mcduffie | Loree McDuffie Real | 317 Pinehill Dr. | Mobile | AL | 36606 |
| Marthana Green | ERA Moneyhan Relaty, Inc | 4159 State Road 218 | Middleburg | FL | 32068 |
| Mary Carnes | Century 21 AA Carnes Inc | | | | |
| Matthew McKenny | RE/MAX Realty | 91 N Val Vista Dr | Gilbert | AZ | 85234 |
| MELISSA JACKSON | HOME REALTY, INC. | 659 Auburn Ave, #G-13 | Atlanta | GA | 30312 |
| Michael Shannon | Real Estate One | 23756 Michigan Ave | Dearborn | MI | 48124 |
| Michele Gossett | Re/Max Realty Center | 87 N Church | Watertown | WI | 53098 |
| Michelle Danies | The Real Estate Office Co. | waiting on callback | | | |
| Micki Dickinson | Professional Real Estate SRV | 29591 Nuevo Rd | Nuevo | CA | 92567 |
| Mike Carroll | Re/Max Best | 575 Sunrise Highway | West Babylon | NY | 11704 |
| Mike Novak-Smith | RE/MAX Results | 23580 Sunnymead Blvd | Moreno Valley | CA | 92553 |
| Norma Myers | Norma Myers - ERA Holley & Lewis Realty Co. | 339 Piney Forest Road | Danville | VA | 24540 |
| P. Mendoza | Century 21 King Realtors | 4016 Grand Avenue, Suite B | Chino | CA | 91710 |

| Bill Witt | RE/MAX Team Reo | 2012 Fleet Street | Baltimore | MD | 21231 |
|---|---|---|---|---|---|
| Paul Booth | RE/MAX In The Park | 9644 W 131st St | Palos Park | IL | 60464 |
| Paula Steinert | Re/Max Properties | 2000 Webber Street | Sarasota | FL | 34239 |
| Phil Murphy | Re/Max Associates Realtors | 1951 51st Street NE | Cedar Rapids | IA | 52402 |
| Phyllis Gentile | Coldwell Banker Residential Real Estate | 928 N Collier Blvd | Marco Island | FL | 34145 |
| Regina Nottingham | Nottingham Realty,LLC | P.O. Box 501078 | Indianapolis | IN | 46250 |
| Ralph Chiodo | Keller Williams Real Estate | 2213 Quarry Drive, Suite 201 | West Lawn | PA | 19609 |
| Richard Pierce | McGraw Realtors | 2106 South Atlanta Place, Suite B | Tulsa | OK | 74114 |
| Roger Erickson | American Properties Inc. | 1220 E Powell Blvd | Gresham | OR | 97030 |
| Ross Concklin | REALTY EXECUTIVES | 3090 Charles Ave | Clearwater | FL | 33761 |
| Steve Thurman | Coldwell Banker-American West | 17571 Vierra Canyon Road | Salinas | CA | 93907 |
| Susan Facteau | Tree House Realty Group | 1002 Gott | Ann Arbor | MI | 48103 |
| Terri Pirtle | Real Living, Inc. | 2372 Lakeview Dr, Suite G | Beavercreek | OH | 45431 |
| Tom Blanchard | REO Asset Service | 4955 S. Durango Dr., Suite 120 | Las Vegas | NV | 89113 |
| Urania Martin | FL/REO Company | 7710 Arble | Jacksonville | FL | 32211 |
| V. Wickersham | Century 21 High County | 28200 Highway 189 | Lake Arrowhead | CA | 92352 |
| Wanda Wile | Austin Brokers | 3586 Canton Rd | Marietta | GA | 30066 |
| Wayne Stricklan | Kitty Dunes Realty | PO Box 275 | Kitty Hawk | NC | 27949 |

3

6272445v1