UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
---------------------------------------------------X
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.                                    Case On. No.07-11047 (CSS)

                Debtor.        NOTICE OF APPEARANCE DEMAND
                                          FOR SERVICE OF PAPERS
---------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned attorney, Lee J.Mondshein, hereby appears for HAUPPAUGE WOODLANDS ASSOCIATES, LP an administrative creditor herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Precedure and Section 1109(b) of the United States Bankruptcy Code, demand that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon the undersigned at the office, Post Office address and telephone number set forth below.

     PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in Rule 2002, but also includes, without limitation, Orders and notices or any application, motion, petition, pleading, request, complaint, demand, statement or report, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, fax or otherwise, which affect the Debtor or the property of the Debtor.

Dated: Woodbury, New York
       September 28, 2007

                                                                     */s/ Lee Mondshein*
                                                                  LEE J .MONDSHEIN, Esq.
                                                                  Attorney for HAUPPAUGE
                                                                  WOODLANDS ASSOCIATES

_[signature]_
LEE J. MONDSHEIN (ljm 2241)
7600 Jericho Turnpike
Woodbury, New York 11797

TO: YOUNG CONAWAY STARGATT &TAYLOR LLP
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801

STATE OF NEW YORK )
)
COUNTY OF NASSAU )ss.:

  LINA NEWMAN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Woodbury, New York. On the 28th day of September, 2007 I served a true copy of the annexed Notice of Appearance by depositing same in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address as indicated below:

TO: Young Conaway Stargatt& Taylor
   1000 West Street 17th Floor
   Wilmington, Delaware 19801

              _____
              LINA NEWMAN

Sworn to before me this
28th day of September 2007

_____
NOTARY PUBLIC

LINDA J. STEIN
NOTARY PUBLIC, State of New York
No. 4877620
Qualified in Nassau County
Commission Expires Dec. 15, 20__