IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            :    Jointly Administered
         Debtors.                                           :
--------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 9, 2007 AT 12:00 P.M. (ET)**

## SINCE NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED.

### ADJOURNED MATTERS

1.    Motion of Societe Generale Pursuant to Sections 365(d) of the Bankruptcy Code Seeking Relief from the Automatic Stay to Effectuate the Transfer of Servicing Rights and to Recover from the Debtors All Mortgage Loan Documents [D.I. 734, 9/13/07]

      Objection Deadline:    September 24, 2007 at 4:00 p.m., extended for the Debtors

      Objections Filed:    None

      Status: This matter will be adjourned by agreement to October 17, 2007 at 10:00 a.m.

2.    Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 1012, 9/28/07]

      Objection Deadline:    October 9, 2007 at 12:00 p.m.

      Related Document:

          a)      Order Shortening the Time for Notice [D.I. 1020, 10/1/07]

      Objections Filed:    None as of the filing of this Agenda

      Status: This matter will be adjourned to October 15, 2007 at 12:00 p.m.

3.    Sale Hearing- Debtors' Loan Servicing Business

Related Documents:

a)    Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to
Consider Sale of Certain Assets Used in the Debtors' Loan Servicing
Business; (III) Approving Form and Manner of Notice Thereof; (IV)
Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets
Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
Authorizing and Approving Purchase Agreement Thereto; (III) Approving
the Assumption and Assignment of Certain Executory Contracts and
Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I.
11, 8/6/07]

b)    Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to
Consider Sale of Certain Assets Used in the Debtors' Loan Servicing
Business; (III) Approving Form and Manner of Notice Thereof; and (IV)
Granting Related Relief [D.I. 113, 8/9/07]

c)    Notice of (I) Possible Assumption and Assignment of Certain Leases,
License Agreements, and Executory Contracts; and (II) Proposed Cure
Obligations, If Any [D.I. 403, 8/27/07]

d)    Modified Notice of (I) Possible Assumption and Assignment of Certain
Leases, License Agreements, and Executory Contracts and (II) Proposed
Cure Obligations, if any  [D.I. 674, 9/10/07]

e)    Notice Of Rescheduled Dates In Connection With Emergency Motion Of
The Debtors For Orders: (A)(I) Approving Sale Procedures; (II)
Scheduling A Hearing To Consider Sale Of Certain Assets Used In The
Debtors' Loan Servicing Business; (III) Approving Form And Manner Of
Notice Thereof; And (IV) Granting Related Relief; And (B)(I)
Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims,
Encumbrances, And Other Interests; (II) Authorizing And Approving
Purchase Agreement Thereto; (III) Approving The Assumption And
Assignment Of Certain Executory Contracts And Unexpired Leases
Related Thereto; And (IV) Granting Related Relief [D.I. 746, 9/14/07]

f)    Notice of Filing of Executed Asset Purchase Agreement [D.I. 931,
9/25/07]

g)    Supplemental Notice of (I) Possible Assumption and Assignment of
Certain Leases, License Agreements, and Executory Contracts; and (II)
Proposed Cure Obligations, if any [D.I. 962, 9/26/07]

h)  Notice of Contracts Excluded from (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 979, 9/27/07]

i)  Order Granting Leave to File Reply to the Objection to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief [D.I. 1045, 10/2/07]

j)  Order Approving Stipulation and Order Abating Objection of Credit Suisse First Boston Mortgage Capital LLC to Debtors' Emergency Motion for Order Authorizing, Among Other Things, Sale of Certain Assets Used in the Debtors' Loan Servicing Business and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [D.I. 1111, 10/2/07]

Objections Filed:

1)  Objection of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 614, 9/5/07]

2)  Objection of Tax Collector of Tuscaloosa County, Alabama to Motion Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances and Other Interest [D.I. 615, 8/31/07]

3)  De Lage Landen Financial Services, Inc.'s Limited Objection to the Debtors' Notice of Auction and Sale Hearing [D.I. 660, 9/10/07]

4)  Objection of DB Structured Products, Inc. to Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and

        (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 675, 9/10/07]

5)     Fannie Mae's Limited Objection to the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief [D.I. 716, 9/12/07]

6)     Fannie Mae's Objection to the Debtors' Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts: and (II) Proposed Cure Obligations [D.I. 717, 9/12/07]

7)     Objection of Financial Guaranty Insurance Company to Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 718, 9/12/07]

8)     Limited Objection of FNC, Inc. to Debtors' Emergency Motion to Assume and Assign Executory Contract with FNC, Inc. Including Disputed Cure Amount [D.I. 720, 9/13/07]

9)     Citibank, N.A.'s Objection to Possible Assumption and Assignment of Certain Executory Contracts and Proposed Cure Amounts in Connection with Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief [D.I. 723, 9/13/07]

10)     Objection of Citibank, N.A. to Sale of Certain Assets Used in the Debtors'
        Loan Servicing Business in Connection with Emergency Motion of the
        Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a
        Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan
        Servicing Business; (III) Approving Form and Manner of Notice thereof;
        and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such
        Assets Free and Clear of Liens, Claims, Encumbrances, and Other
        Interests; (II) Authorizing and Approving Purchase Agreement thereto;
        (III) Approving the Assumption and Assignment of Certain Executory
        Contracts and Unexpired Leases Related thereto; and (IV) Granting
        Related Relief [D.I. 724, 9/13/07]

11)     EMC Mortgage Corporation's Objection to the Emergency Motion of the
        Debtors for an Order: (I) Authorizing the Sale of Such Assets Free and
        Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
        Authorizing and Approving Purchase Agreement Thereto; (III) Approving
        the Assumption and Assignment of Certain Executory Contracts and
        Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I.
        728, 9/13/07]

12)     Objection of Liquid Funding, Ltd. to the Emergency Motion of the
        Debtors for an Order: (I) Authorizing the Sale of Such Assets Free and
        Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
        Authorizing and Approving Purchase Agreement Thereto; (III) Approving
        the Assumption and Assignment of Certain Executory Contracts and
        Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I.
        729, 9/13/07]

13)     Limited Objection of JPMorgan Chase Bank, National Association to
        Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale
        Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain
        Assets Used In The Debtors' Loan Servicing Business; (III) Approving
        Form And Manner Of Notice Thereof; And (IV) Granting Related Relief;
        And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of
        Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And
        Approving Purchase Agreement Thereto; (III) Approving The Assumption
        And Assignment Of Certain Executory Contracts And Unexpired Leases
        Related Thereto; And (IV) Granting Related Relief And To Certain
        Related Notices Of Assumption [D.I. 730, 9/13/07]

14)     Objection of Bear Stearns Mortgage Capital Corporation and EMC
        Mortgage Corporation to the Emergency Motion of the Debtors for an
        Order: (I) Authorizing the Sale of Such Assets Free and Clear of Liens,
        Claims, Encumbrances, and Other Interests; (II) Authorizing and
        Approving Purchase Agreement Thereto; (III) Approving the Assumption

and Assignment of Certain Executory Contracts and Unexpired Leases
Related Thereto; and (IV) Granting Related Relief [D.I. 732, 9/13/07]

15)    Societe Generale's (I) Objection to the Assumption and Assignment of the
Purchase Agreement and Proposed Cure Amount in Connection with the
Sale of the Debtors' Servicing Business and (II) Limited Objection to the
Sale of the Debtors' Servicing Business [D.I. 733, 9/13/07]

16)    Objection of CitiMortgage, Inc. to Emergency Motion of the Debtors for
Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing to
Consider Sale of Certain Assets Used in the Debtors' Loan Servicing
Business; (III) Approving Form and Manner of Notice Thereof; and (IV)
Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets
Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
Authorizing and Approving Purchase Agreement Thereto; (III) Approving
the Assumption and Assignment of Certain Executory Contracts and
Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I.
740, 9/13/07]

17)    Joinder of Deutsche Bank National Trust Company to Limited Objection
of Financial Guaranty Insurance Company to Emergency Motion of the
Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a
Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan
Servicing Business; (III) Approving Form and Manner of Notice Thereof;
and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such
Assets Free and Clear of Liens, Claims, Encumbrances, and other
Interests; (II) Authorizing and Approving Purchase Agreement Thereto;
(III) Approving the Assumption and Assignment of Certain Executory
Contracts and Unexpired Leases Related Thereto; (IV) Setting Forth Cure
Obligations; and (V) Granting Related Relief [D.I. 800, 9/19/07]

18)    Objection of Connecticut Housing Finance Authority to Modified Notice
of (I) Possible Assumption and Assignment of Certain Leases, License
Agreements, and Executory Contracts; and (II) Proposed Cure
Obligations, If Any [D.I. 813, 9/19/07]

19)    Iron Mountain Information Management, Inc.'s Objection to Modified
Notice of Possible Assumption and Assignment and Proposed Cure
Obligation [D.I. 815, 9/19/07]

20)    Objection of Security Connections, Inc. to Debtors' Modified Notice of (I)
Possible Assumption and Assignment of Certain Leases, License
Agreements, and Executory Contracts; and (II) Proposed Cure
Obligations, in any [D.I. 823, 9/20/07]

21)    Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A.'s Reservation of
Rights And Objection To The Motion, Assumption Notice and Sale Of
The Loan Servicing Business [D.I. 824, 9/20/07]

22)    Experian Information Solutions, Inc.'s Limited Objection to Modified
Notice of (i) Possible Assumption and Assignment of Certain Leases,
License Agreements and Executory Contracts; and (ii) Proposed Cure
Obligations, of Any [D.I. 825, 9/20/07]

23)    Limited Objection and Reservation of Rights of the Bank of New York in
Various Capacities to Emergency Motion of the Debtors for Orders (A)(I)
Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of
Certain Assets Used in the Debtors' Loan Servicing Business; (III)
Approving Form and Manner of Notice Thereof; and (IV) Granting
Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and
Clear of Liens, Claims, Encumbrances, and other Interests; (II)
Authorizing and Approving Purchase Agreement Thereto; (III) Approving
the Assumption and Assignment of Certain Executory Contracts and
Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I.
826, 9/20/07]

24)    Objection of UBS Real Estate Securities Inc. to the Debtors' Modified
Notice (I) Possible Assumption and Assignment of Leases, License
Agreement, and Executory Contracts; and (II) Proposed Cure Obligations,
if any [D.I. 828, 9/20/07]

25)    Objection of Qwest Communications Corporation to Modified Notice (I)
Possible Assumption and Assignment of Leases, License Agreement, and
Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 829,
9/20/07]

26)    Limited Objection and Reservation of Rights of ZC Real Estate Tax
Solutions Limited to the Modified Notice of (I) Possible Assumption and
Assignment of Leases, License Agreement, and Executory Contracts; and
(II) Proposed Cure Obligations, if any [Docket No. 830, 9/20/07]

27)    Response of Duke University Federal Credit Union to Emergency Motion
of the Debtors for Orders (A)(I) Approving Sale Procedures; (II)
Scheduling a Hearing to Consider Sale of Certain Assets Used in the
Debtors' Loan Servicing Business; (III) Approving Form and Manner of
Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing
the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances,
and other Interests; ((II) Authorizing and Approving Purchase Agreement
Thereto; (III) Approving the Assumption and Assignment of Certain
Executory Contracts and Unexpired Leases Related Thereto; and (IV)
Granting Related Relief [D.I. 831, 9/20/07]

28) Joinder of Deutsche Bank National Trust Company in Objections to Motion, Assumption Notice and Sale of the Loan Servicing Business filed by: (A) Wells Fargo Bank, N.A., (B) CitiMortgage, Inc., (C) Financial Guaranty Insurance Company and (D) Goldman Sachs Mortgage Company and GS Mortgage Securities Corp and Reservation of Rights [D.I. 832, 9/20/07]

29) Limited Objection of U.S. Bank National Association to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 836, 9/20/07]

30) Joinder in Part of CIFG Assurance North American, Inc. to Objection and Reservation of Rights of Wells Fargo Bank, N.A. with Respect to Proposed Cure Amounts and Debtors' Proposed Sale of Their Loan Servicing Business [D.I. 838, 9/20/07]

31) Limited Objection and Reservation of Rights of HSI Asset Securitization Corporation and HSBC Bank USA, National Association to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Certain Related Notices of Assumption [D.I. 840, 9/20/07]

32) De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Equipment Sale and Assumption, Assignment and Cure of De Lage Landen Financial Services, Inc.'s Lease, as Proposed within the Debtors' Notice [D.I. 841, 9/20/07]

33) Limited Objection of Credit Suisse First Boston Mortgage Capital LLC to Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Propose Cure Obligations, if any [D.I. 844, 9/20/07]

34) Objection of Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. to the Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Certain Related Notices of Assumption [D.I. 845, 9/20/07]

35) Objection of EMC Mortgage Corporation to the Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to the Notice of (I) Possible Assumption and Assignment of Certain of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 846, 9/20/07

36) Supplemental Objection of Liquid Funding, Ltd. to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 847, 9/20/07]

37) Supplemental Objection to Bear Stearns Mortgage Capital Corporation to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 848, 9/20/07]

38) Objection of Morgan Stanley Mortgage Capital Holdings LLC to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 849, 9/20/07]

39) Objection of EMC Mortgage Corporation to the Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other

Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 850, 9/20/07

40)    Limited Objection of Wells Fargo Funding, Inc. to Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 851, 9/20/07]

41)    Reservation of Rights of ABN AMRO Bank N.V. With Respect to Debtors' Motion for Authority to Sell Their Mortgage Loan Servicing Businesses and Assume and Assign the Servicing Rights Contained in the Master Repurchase Agreement [D.I. 852, 9/20/07]

42)    Objection of Natixis Real Estate Capital Inc. fka Ixis Real Estate Capital Inc to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Certain Related Notices of Assumption [D.I. 853, 9/20/07]

43)    Amended and Supplemental Objection of CitiMortgage, Inc. to Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief [D.I. 855, 9/20/07]

44)    Objection of GMAC Mortgage LLC to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain

Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief [D.I. 857, 9/20/07]

45)    Limited Objection and Reservation of Rights of Merrill Lynch Mortgage Lending, Inc. to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief [D.I. 858, 9/20/07]

46)    Objection of Residential Funding Company LLC to the Debtors' Proposed Cure Amounts in Connection with Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief [D.I. 859, 9/20/07]

47)    Limited Objection of Federal Home Loan Mortgage Corporation to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief and to the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 893, 9/21/07]

48)    Notice of Tax Lien by Travis County [D.I. 911, 9/24/07]

49)    Limited Objection of Banc of America Leasing & Capital, LLC to Debtors' Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed

Cure Obligations, if any; Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any and Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 995, 9/28/07]

50)    Limited Objection and Reservation of Rights of UBS Real Estate Securities Inc. with Respect to the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1029, 10/1/07]

51)    Calyon New York Branch's Limited Objection to, and Reservation of Rights Regarding, Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1031, 10/1/07]

52)    Reservation of Rights of Credit Suisse First Boston Mortgage Capital LLC with Respect to Debtors' Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1034, 10/1/07]

53)    Supplemental Objection of Financial Guaranty Insurance Company to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and

Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 1036, 10/1/07]

54)    De Lage Financial Services, Inc.'s Limited Objection to the Debtors' Notice of Auction Sale and Sale Hearing [D.I. 1041, 10/2/07]

55)    Fannie Mae's Limited Supplemental Objection to the Motion of the Debtors for Order Approving the Sale of the Debtors' Mortgage Servicing Business [D.I. 1043, 10/2/07]

56)    Limited Objection of Security Connections, Inc. to the Debtors' Sale Motion [D.I. 1046, 10/2/07]

57)    Supplemental Objection of Citibank, N.A. to Sale of Certain Assets Used in the Debtors' Loan Servicing Business and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [D.I. 1047, 10/2/07]

58)    Supplemental Limited Objection of JPMorgan Chase Bank, National Association to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1048, 10/2/07]

59)    Limited Objection of Banc of America Leasing & Capital, LLC to Debtors' Notice of Auction Sale and Sale Hearing [D.I. 1051, 10/2/07]

60)    Limited Objection of Wells Fargo Funding, Inc. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [D.I. 1052, 10/2/07]

61) Supplemental Objection to Proposed Cure Obligations with Respect to Servicing Agreements for which Wells Fargo Bank, National Association Serves as Master Servicer, Securities Administrator, Trust Administrator and/or Indenture Trustee and to the Anticipated Sale [D.I. 1053, 10/2/07]

62) Limited Objection of Merrill Lynch Mortgage Lending, Inc. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II)Authorizing and Approving Purchase and Sale Agreement Thereto; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief; and (2) Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if an [D.I. 1054, 10/2/07]

63) Supplemental Objection of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Debtors Motion for an Order Approving the Sale of the Debtors' Loan Servicing Business [D.I. 1056, 10/2/07]

64) Supplemental Objection of EMC Mortgage Corporation to the Emergency Motion of Debtors for an Order: (I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to the Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1057, 10/2/07]

65) Amended and Supplemental Objection of CitiMortgage, Inc. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1058, 10/2/07]

66) Response of the United States Trustee to the Debtors' Motion for an Order Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code, and

Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Relating Thereto, and (B) Granting Related Relief [D.I. 1060, 10/2/07]

67)    Supplemental Objection of Residential Funding Company, LLC to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1061, 10/2/07]

68)    Objection of Mortgage Electronic Registration Systems, Inc. to Debtors' Emergency Motion to Sell Certain Assets Used in the Debtors' Loan Servicing Business [D.I. 1062, 10/2/07]

69)    Objection of Assured Guaranty Corp. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 1065, 10/2/07]

70)    Objection of Qwest Corporation and Qwest Communications Corporation to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1066, 10/2/07]

71)    Supplemental Objection of U.S. Bank National Association to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II)

Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 1067, 10/2/07]

72)     Supplemental Objection of GMAC Mortgage LLC **to** Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1071, 10/2/07]

73)     Supplemental Objection of DB Structured Products, Inc. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1108, 10/2/07]

74)     HSI Asset Securitization Corporation and HSBC Bank USA, National Association's Second Limited Objection and Reservation of Rights of HSBC Bank, USA National Association of Debtors' Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, etc. In Connection with Emergency Motion of the Debtors for Orders:(A)(I) Aprroving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used In the Debtors' Loan Servicing Busines, etc [D.I. 1113, 10/3/07]

75)     Limited Objection and Reservation of Rights of ZC Real Estate Tax Solutions Limited to the Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1115, 10/3/07]

76) Joinder of U.S. Bank National Association in the Supplemental Objection of GMAC Mortgage, LLC [D.I. 1117, 10/3/07]

77) Supplemental Objection of Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. [D.I. 1118, 10/3/07]

78) Joinder of CIFT Assurance North America, Inc. to Supplemental Objection filed by Wells Fargo Bank,,National Association [D.I. 1121, 10/3/07]

79) Reservation of Rights of UBS Real Estate Securities Inc. to the Debtors' Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1123, 10/3/07]

80) Informal Response of DRI-The Default Solution to Proposed Cure Amount [10/1/07]

81) Informal Response of SoftLanding Systems, Inc. [10/3/07]

Status: This matter will be adjourned to October 15, 2007 at 12:00 p.m. The Debtors intend to file a reply to the objections in accordance with L.R. 9006-1(d) on October 10, 2007. The objections and responses identified in subparagraphs 11, 12, 14, 15, 33, 35, 36, 37, 41, 42, 45, 47, 51 and 52 are moot, because the contracts at issue are not included in the sale transaction.

Dated: Wilmington, Delaware
October 5, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession