IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Doc. Ref. Nos: 192 & 643** |
| | : | |

----------------------------------------------------------------- x    Objection Deadline: October 24, 2007

### NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
### WILFORD & GESKE, P.A.

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of James A. Geske of Wilford & Geske, P.A. (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 24, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated:  October 4, 2007
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Doc. Ref. Nos: 192 & 643** |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF MINNESOTA )
)  ss:
COUNTY OF WASHINGTON )

James A. Geske, being duly sworn, deposes and says:

1.      I am an attorney of Wilford & Geske, P.A. (the "Firm"), which maintains

offices at 7650 Currell Boulevard, Suite 300, Woodbury, Minnesota 55125.

2.      This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007,

authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

to employ and compensate certain professionals in the ordinary course of business during the

pendency of these chapter 11 cases.

3.      Prior to the filing of the petitions which initiated the above-captioned

cases, the Firm has represented and advised the Debtors as **mortgage foreclosure and default**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Formatted: Font: 8 pt

DB02:6214345.1                                                  066585.1001

related services.  The Debtors have requested, and the Firm has agreed, to continue to provide

such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

      4.      The Firm's current customary rates, subject to change from time to time,

are $125.00 - $275.00 per hour.  In the normal course of its business, the Firm revises its billing

rates on January 1 of each year and requests that, effective January 1 of each year, the

aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

      5.      In the ordinary course of its business, the Firm maintains a database for

purposes of performing "conflicts checks."  The Firm's database contains information regarding

the firm's present and past representations.  Pursuant to Federal Rule of Bankruptcy Procedure

2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for

purposes of searching the aforementioned database and determining the connection(s) which the

Firm has with such entities.  The Firm's search of the database identified the following

connections:

**Firm Clients:**

### Largest Unsecured Creditors
Deutsche Bank
JP Morgan Chase Bank, NA
Bank of America, N.A.
Citigroup
Wells Fargo Bank, N.A.
Wells Fargo
EMC
HSBC Bank
FNMA
Washington Mutual Bank, FA
IndyMac Bank, F.S.B.
Credit Suisse First Boston
GMAC

### Warehouse Lenders
Bank of America, N.A.
Credit Suisse First Boston Mortgage Capital LLC

### Other Adverse Parties
ABN AMRO Bank

Formatted: Font: 8 pt

066585.1001

Bank of New York
Citibank
Fannie Mae
Federal Home Loan Mortgage Corp.
GMAC
Sovereign Bank
Wachovia Bank, N.A.
Washington Mutual

6.      The Firm may have performed services in the past, may currently perform

services, and may perform services in the future, in matters unrelated to these chapter 11 cases,

for persons that are parties in interest in the Debtors' chapter 11 cases.  To the best of my

knowledge, the Firm does not perform services for any such person in connection with these

chapter 11 cases.

7.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm has agreed to share or will share any portion of the

compensation to be received from the Debtors with any other person other than the principals

and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8.      Neither I nor any principal, partner, director, officer, etc. of, or

professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents

any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the

Firm is to be employed.

9.      Prior to the filing of the above-captioned cases, the Firm **WAS** employed

by the Debtors.  The Debtors owe the Firm **$4,750.00** for prepetition services and **$4,346.46** for

prepetition expenses.  If the Firm's employment is authorized pursuant to the Ordinary Course

Professionals order, the Firm **WILL NOT** waive the pre-petition claim or claims.

10.     The Firm is conducting further inquiries regarding its retention by any

creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon

conclusion of that inquiry, or at any time during the period of its employment, if the Firm should

Formatted: Font: 8 pt

DB02:6214345.1                                          066585.1001

discover any facts bearing on the matters described herein, the Firm will supplement the

information contained in this Affidavit.

      11.    I understand that any compensation paid to the Firm is subject to

disallowance and/or disgorgement under 11 U.S.C. § 328(c).

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2007

_____, V.P.
Affiant

Sworn to and subscribed before me
this ___ day of _____, 2007

_____
Notary Public

```
CONSTANCE J. ADAMS
Notary Public-Minnesota
My Commission Expires Jan 31, 2010
```

Formatted: Font: 8 pt

066585.1001