IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
       Debtors.                                                  :
                                                                 :  **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x  Objection Deadline: October 24, 2007

## NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL FRIEDMAN & FEIGER

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Royce West of Freidman & Feiger which is attached hereto as Exhibit A and the ordinary course professional retention affidavit of Bart F. Higgins of Friedman & Feiger which is attached hereto as Exhibit B (the "Retention Affidavits").

PLEASE TAKE NOTICE that, objections to the Retention Affidavits, if any, must be filed on or before October 24, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavits must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange

Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavits after complying with the other procedures contained in the Revised Order.**

Dated: October 4, 2007
Wilmington, Delaware

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James Patton*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## RETENTION AFFIDAVIT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP., | § § § | |
| Plaintiff | § § | CIVIL ACTION NO. |
| v. | § § | 3:07CV1335-:L |
| AMERICAN HOME MORTGAGE CORP.,[1] | § § § | |
| Defendant. | § | |

## AFFIDAVIT OF ROYCE WEST

STATE OF TEXAS §
                §
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared Royce West, known to me to be the person whose name is subscribed hereto and who being by me first duly sworn under oath, deposed and said:

1. "My name is Royce West. I am over the age of twenty-one (21) years, of sound mind, and have never been convicted of a felony. I am competent to testify, and all matters contained in this affidavit are true, correct, and within my personal knowledge unless specifically indicated otherwise."

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AMH Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1568); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2. "I am the Managing Partner at the law firm of West & Associates LLP (the "Firm"), which maintains offices at 320 S.R.L. Thornton Frwy, Suite 300. I have been a licensed to practice law since November 1979.

3. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

4. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as counsel in *Federal Home Loan Mortgage Corp. V. American Home Mortgage Corp.*, Civil Action 3:07-cv1335-L. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

5. The Firm's current customary hourly rates, subject to change from time to time, are Partners ($450), Associates with 5 or more years of experience ($350), Associates with less than 5 years of experience ($225) and Paralegals ($125). In the normal course of its business, the Firm reviews its billing rates yearly and requests that, effective April 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

6. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has

with such entities. The Firm has searched its database and found no conflicts.

7. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

8. Neither I nor any principal, partners, director, officer, etc of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

9. Neither I nor any principal, partners, director, officers, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

10. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $2,583.75 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm WILL NOT waive the pre-petition claim.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

12. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Royce West

SWORN TO AND SUBSCRIBED before me on this 3rd day of October, 2007, to certify which witness my hand and seal of my office.


TERESA JASSO MORENO
Notary Public
State of Texas
My Comm. Expires 02-02-09

_____
Notary Public
State of Texas

My Commission Expires:

Feb. 2, 2009

F:\BF\Affidavit West (AHMC).wpd

---

**AFFIDAVIT OF ROYCE WEST** — **PAGE 4**

# EXHIBIT B

# RETENTION AFFIDAVIT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP., | § § § § | |
| Plaintiff | § § | CIVIL ACTION NO. |
| v. | § § | 3:07CV1335-:L |
| AMERICAN HOME MORTGAGE CORP.,[1] | § § § | |
| Defendant. | § | |

### AFFIDAVIT OF BART F. HIGGINS

STATE OF TEXAS § 
§ 
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared Bart F. Higgins, known to me to be the person whose name is subscribed hereto and who being by me first duly sworn under oath, deposed and said:

1. "My name is Bart F. Higgins. I am over the age of twenty-one (21) years, of sound mind, and have never been convicted of a felony. I am competent to testify, and all matters contained in this affidavit are true, correct, and within my personal knowledge unless specifically indicated otherwise."

2. "I am a partner at the law firm of Friedman & Feiger, LLP (the "Firm"), which

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AMH Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

---

AFFIDAVIT OF BART F. HIGGINS                                                                                   PAGE 1

maintains offices at 5301 Spring Valley Road, Suite 200, Dallas, Texas 75254. I have been a licensed to practice law since 1990.

3. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

4. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as counsel in *Federal Home Loan Mortgage Corp. V. American Home Mortgage Corp.*, Civil Action 3:07-cv1335-L. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

5. The Firm's current customary rates, subject to change from time to time, are Managing Partner, Larry Friedman, has an hourly rate of $550.00; I have an hourly rate of $375.00; and Brian Shields has an hourly rate of $175.00. In the normal course of its business, the Firm reviews its billing rates yearly and requests that, effective January of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

6. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections: none.

7. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

8. Neither I nor any principal, partners, director, officer, etc of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

9. Neither I nor any principal, partners, director, officers, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

10. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $15,286.37.00 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

12. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Bart F. Higgins

SWORN TO AND SUBSCRIBED before me on this 3rd day of October, 2007, to certify which witness my hand and seal of my office.

_____
Notary Public
State of Texas

My Commission Expires:

5/5/2008

F:\BFH\Affidavit.wpd



AFFIDAVIT OF BART F. HIGGINS                                    PAGE 4