IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :   Chapter 11
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   (Jointly Administered)
                                                                 :
                         Debtors.                                :
                                                                 :
---------------------------------------------------------------- x

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Seward & Kissel LLP previously appeared in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of Citibank, N.A. ("Citibank"), a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Citibank, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

> Ronald L. Cohen, Esq.
> Arlene R. Alves, Esq.
> Seward & Kissel, LLP
> One Battery Park Plaza
> New York, New York 10004
> Tel:     (212) 574-1200
> Fax:     (212) 480-8421
> E-mail:  cohenr@sewkis.com
>          alves@sewkis.com
>
>     - and -
>
> Jonathan R. Winnick, Esq.
> Bernstein Shur
> 100 Middle Street
> PO Box 9729
> Portland, ME 04104-5029
> Tel:    (207) 228-7240
> Fax:    (207) 774 1200
> E-mail:  jwinnick@bernsteinshur.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Amended Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Citibank's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Citibank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Citibank expressly reserves.

Dated: New York, New York
October 4, 2007

                            SEWARD & KISSEL, LLP

                            By: /s/ Arlene R. Alves
                                Arlene R. Alves (AA 9171)
                                Ronald L. Cohen (RC 3897)
                                One Battery Park Plaza
                                New York, New York  10004
                                Tel.: (212) 574-1200
                                Fax: (212) 480-8421
                                Email: alves@sewkis.com
                                                cohenr@sewkis.com

                            ***Attorneys for Citibank, N.A.***

SK 01463 0255 815765