IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | **Doc. Ref. Nos: 192 & 643** |
|  | : |  |
---------------------------------------------------------------- x    Objection Deadline: October 24, 2007

### NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL PHILLIP CHERNITZER

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Phillip Chernitzer of Famous Services t/a REO Real Estate (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 24, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

      PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

      PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October 4, 2007
      Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        *Travis Turner*

        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kara Hammond Coyle (No. 4410)
        Travis N. Turner (No. 4926)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                    :  Chapter 11

AMERICAN HOME MORTGAGE                    :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]    :
                                                          :  Jointly Administered
                    Debtors.                         :
                                                          :  **Doc. Ref. Nos: 192 & 643**

---

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [ VIRGINIA ]    )
                                     )  ss:
COUNTY OF [ FAIRFAX ]    )

    Phillip Chernitzer    [INSERT NAME OF AFFIANT], being duly
sworn, deposes and says:

    1.    I am a REAL ESTATE BROKER [INSERT POSITION] of
Famous Services t/a
REO REAL ESTATE    [INSERT FIRM NAME] (the "Firm"), which

maintains offices at 5031 BACKLICK RD ANNANDALE VA 22003 [INSERT

ADDRESS].

    2.    This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007,

authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

to employ and compensate certain professionals in the ordinary course of business during the

pendency of these chapter 11 cases.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as _REAL ESTATE BROKERAGE SERVICES_ [INSERT DESCRIPTION OF SERVICES]. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are _5-6% of SALES PRICE_ [INSERT DESCRIPTION OF RATES]. In the normal course of its business, the Firm revises its billing rates on _N/A_ [INSERT DATE, IF APPLICABLE] of each year and requests that, effective _N/A_ [INSERT DATE, IF APPLICABLE] of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

[DISCLOSE CONNECTIONS HERE, ATTACH SEPARATE SHEET IF NEEDED]

_SEE Exhibit A_

6.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.    Prior to the filing of the above-captioned cases, the Firm _WAS_ [WAS/WAS NOT] employed by the Debtors. The Debtors owe the Firm $ _6,986.31_ [INSERT FIGURE, IF APPLICABLE] for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm _WILL NOT_ [WILL/WILL NOT] waive the pre-petition claim.

10.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2 OCT_, 2007

_____
Affiant

Sworn to and subscribed before me
this _2ND_ day of _October_, 2007

_____
Notary Public

Commonwealth Of Virginia
Notary Public
Michelle Phuong Tran
My Commission Expires 11/30/2009

Exhibit A

## American Home Mortgage – OCP Conflict Party List

### Debtors
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc. —— REAL ESTATE BROKERAGE SERVICES
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.

### Non-Debtor Affiliates/Client Affiliates
AHM SPV II, LLC
American Home Securites, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

**Debtor's Officers and Directors**
Michael Strauss
John A. Johnston
Nicholas R. Marfino
Michael A. McManus, Jr.
C. Cathleen Raffaeli
Kirstian R. Salovaara
Irving J. Thau
Donald Henis
John A. Manglardi
Ronald L. Bergum
Robert Bernstein
Christopher J. Cavaco
Al Crisanty
Doug Douglas
Thomas J. Fiddler
David. M. Friedman
Kathleen R. Heck
Alan B. Horn
Stephen A. Hozie
Robert F. Johnson, Jr.
Marcia Kaufman
Dena L. Kwaschyn
Richard S. Loeffler
Thomas M. McDonagh
Craig S. Pino
Rick Pishalski
Ron Rosenblatt
Lisa M. Schreiber

**Shareholders**
Michael Strauss
Goldman Sachs Asset Management, L.P.
Munder Capital Management
NWQ Investment Management Company, LLC
CEDE & Co.
Margaret J. Cox Trust
Jack E. Dalton & Janol Lee Dalton
V E Lygrisse Truste
Lois I. Pickett & Lawrence H. Pickett
Michael Rienstra
Lillian M. Schuman
David E. Wallin Trust
Bernard R. Werner & Shirley J. Werner



FIRM ALSO services real Estate owned
directly or indirectly FoR Ⓐ and Ⓑ and Ⓒ

Ⓐ **Largest Unsecured Creditors**
Deutsche Bank ✓
Wilmington Trust Company ✓
JPMorgan Chase Bank, NA ✓
Countrywide Capital ✓
Bank of American, N.A. ✓
406 Partners ✓
Citigroup ✓
Morgan Stanley ✓
Wells Fargo Bank, N.A. ✓
SunTrust Asset Funding, LLC ✓
Impac Funding Corporation ✓
Bear, Stearns & Co. Inc.
Citigroup Global Markets Realty Corp.
Wells Fargo ✓
Nomura Credit & Capital, Inc. ✓
Liquid Funding, Ltd.
EMC ✓
Greenwich Capital Financial Products, Inc. ✓
Lehman Brothers Inc. ✓
Lehman Commercial Paper Inc.
HSBC Bank ✓
UBS ✓
Lehman Brothers Special Financing, Inc. ✓
FNMA
Washington Mutual Bank, FA ✓
Luminent Mtg (Barclays)
ALS ✓
IndyMac Bank, F.S.B. ✓
Morgan Stanley Capital Services Inc. ✓
Credit Suisse First Boston ✓
GMAC ✓
Triad Guaranty Insurance Corporation ✓
Royal Bank of Scotland plc
ZC Sterling Corporation
American Express
Opteum Financial Services, LLC

Ⓑ **Warehouse Lenders**
Bank of America, N.A. ✓
Barclays Bank plc ✓
Credit Suisse First Boston Mortgage Capital LLC ✓
IXIS Real Estate Capital, Inc.
Bear Stearns ✓
UBS Real Estate Securities ✓



**Other Adverse Parties**
A&F Construction
ABN AMBRO Bank N.V.
ABN AMBRO Bank
All Pro Mortgage
American Corporate Record Center
American Stock Transfer & Trust Company
AON Consulting
AT&T
AT&T Corp.
Banc of America Securities, LLC
Bank of New York ✓
Barclays Bank plc ✓
Barclays Capital
Bexar County
Calyon New York Branch
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Cedar Hill City, Carroll ISD, Arlington ISD
Citibank ✓
Citigroup Global
Corporate Cubes LLC
County of Denton
CSHV Southpark LLC
Dallas County
De Lage Financial Services, Inc.
Diversified Commercial Investments
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance/Empire Blue Cross
Fannie Mae
Federal Home Loan Mortgage Corp.
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
GMAC ✓
GNMA
Greenwich Capital Markets, Inc.
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
John Flately and Gregory Stoyle, Trustees 1993 Flatley Family Trust
Lewisville ISD, Garland IS, Carrollton-Farmers Independent ISD
MaineHousing

MassHousing
Merrill Lynch Pierce Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase; Mortgage First Ltd; Showcase of Agents, LLC
Natixis Real Estate Capital Inc.
ORIX Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Center LLC
Rexco, LLC
Skyview Marketing, LLC
Societe Generale
Sovereign Bank
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey Funding, LLC
TPRF/THC HavenPark, LLC
Transwestern
UBS Securities
UBS Securities, LLC
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Washington Mutual
WestLB AG
Westfield Mortgage, LLC
WLR Recovery
ZC Real Estate Tax Solutions
Zurich American Insurance Company

**Professionals of the Debtor**
Young Conaway Stargatt & Taylor, LLP
Kroll Zolfo Cooper
Milestone Advisors, LLC
Kekst & Company, Inc.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Cadwalader, Wickersham & Taft, LLP
Phoenix Capital, Inc.

**United States Trustee**
Kelly Beaudin Stapelton, U.S. Trustee
Andrew Vara, Assistant U.S. Trustee

**United States District Court Judges for the District of Delaware**
Hon. Sue L. Robinson
Hon. Joseph J. Farnan, Jr.
Hon. Gregory M. Sleet

**United States Bankruptcy Court Judges for the District of Delaware**
Hon. Mary F. Walrath
Hon. Kevin J. Carey
Hon. Judith K. Fitzgerald
Hon. Kevin Gross
Hon. Brendan L. Shannon
Hon. Christopher S. Sontchi
Hon. Peter J. Walsh