IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                       :
                                                      : Jointly Administered
     Debtors.                                         :
------------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 27, 2007, I caused to be served true and correct copies of the

   a) Letter to Equipment Lessor, a sample of which is annexed hereto as Exhibit A dated September 27, 2007,

   b) Notice of Motion, dated September 27, 2007, to which was attached the Fourth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment, dated September 27, 2007

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit B annexed hereto.

       3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
2nd day of October, 2007

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

**EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TRAVIS N. TURNER
DIRECT DIAL: (302) 571-6741
DIRECT FAX: (302) 576-3514
tturner@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 27, 2007

Dear Equipment Lessor:

On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors") each filed a voluntary petition for bankruptcy protection under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, *et seq.*, as amended from time to time, in the United States Bankruptcy Court for the District of Delaware.

On September 27, 2007, the Debtors filed their *Fourth Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Executory Contracts And Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment* (the "Motion") [Docket No. 967]. You will receive a copy of the Motion shortly. Pursuant to the Motion, the Debtors are rejecting their equipment lease(s) with your company for leased equipment located in the premises at 950 North Elmhurst Road, Mount Prospect, IL 60056.

Your equipment is available for immediate pick-up. Please contact the landlord for the premises to coordinate the removal of the equipment.

Regards,

*Travis Turner*

Travis Turner

DB02:6263991.1

066585.1001

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ATLANTIC BUSINESS SYSTEMS | ATTN: OFFICER, GENERAL OR MANAGING AGENT,PO BOX 26200, NEW YORK, NY 10087 |
| CIT TECHNOLOGY FINANCIAL SERVICES | C/O PNC BANK- OFFICER,GENERAL OR MANAGING AGENT,PO BOX 550599, JACKSONVILLE, FL 32255 |
| DE LAGE LANDEN | ATTN: OFFICER, GENERAL OR MANAGING AGENT,111 OLD EAGLE SCHOOL ROAD, WAYNE, PA 19087 |
| EVA MILANOWSKI | PITNEY BOWES CREDIT CORPORATION,PO BOX 856390, LOUISVILLE, KY 40285 |
| REALTY ASSOCIATES FUND V LP | ATTN: OFFICER, GENERAL OR MANAGING AGENT,801 ARTHUR GODFREY ROAD, SUITE 600, MIAMI, FL 33140 |
| RICOH CORPORATION | ATTN: OFFICER, GENERAL OR MANAGING AGENT,PO BOX 41601, PHILADELPHIA, PA 19101 |
| US BANK CORP | ATTN: OFFICER, GENERAL OR MANAGING AGENT,PO BOX 790448, ST. LOUIS, MO 63179 |
| XEROX CORP | C/O PNC BANK- OFFICER,GENERAL OR MANAGING AGENT,1200 EAST CAMPBELL, SUITE 108, RICHARDSON, TX 75081 |

**Total Creditor Count 8**