IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                    : Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          : Jointly Administered
      Debtors.                                                           :
------------------------------------------------------------------------ x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      ANGHARAD BOWDLER, being duly sworn, deposes and says:

      1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.      On September 27, 2007, I caused to be served true and correct copies of the

      a)      Letter to Landlords, a sample of which is annexed hereto as Exhibit A dated September 27, 2007,

      b)      Notice of Motion, dated September 27, 2007, to which was attached the Fourth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment, dated September 27, 2007

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on <u>Exhibit B</u> annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

2nd day of October, 2007

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2010

**EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TRAVIS N. TURNER
DIRECT DIAL: (302) 571-6741
DIRECT FAX: (302) 576-3514
tturner@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 27, 2007

Dear Landlord:

On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors") each filed a voluntary petition for bankruptcy protection under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, *et seq.*, as amended from time to time, in the United States Bankruptcy Court for the District of Delaware.

On September 27, 2007, the Debtors filed their *Fourth Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Executory Contracts And Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment* (the "Motion") [Docket No. 967]. Pursuant to the Motion, your lease is being rejected as of September 30, 2007. You will receive a copy of the Motion shortly. In furtherance of its intention, the Debtors hereby unequivocally surrender possession of the premises as of September 30, 2007. To the extent that keys are not enclosed with this letter, please consider the keys to be lost.

In connection with the rejection of your lease, the Debtors are rejecting equipment leases relating to, and abandoning any ownership of, personal property located within your premises. This personal property may include, but is not limited to copiers, fixtures and other miscellaneous office equipment that the Debtors once utilized in the operation of their business. A letter to equipment lessors is being sent contemporaneously with this letter. The equipment lessors may be contacting you directly to schedule a time for pick-up of their leased property.

Regards,

*Travis Turner*

Travis N. Turner

TNT:mjm

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| 1993 FLATLEY FAMILY TRUST | PO BOX 850168,, BRAINTREE, MA 02185 |
| 24TH BROADWAY CORP. | 1038 ESTATE DR.,, QUINCY, IL 62305 |
| 275 WEST GARRETT, LLC | 1298 CRONSON BLVD, SUITE 202,, CROFTON, MD 21114 |
| 2924 NORTH LINCOLN, LLC | 2226 NORTH RACINE AVENUE #6,C/O ALAN SAHAGIAN, CHICAGO, IL 60614 |
| 3000 COLISEUM INVESTORS, L.L.C. | PO BOX 660071,, INDIANAPOLIS, IN 46266 |
| 655 KENMOOR, LLC | 4180 44TH ST. SE,, GRAND RAPIDS, MI 49512 |
| 939 NORTH AVENUE COLLECTION, LLC | C/O PRINCIPAL REAL ESTATE INVESTORS,ATTN: DAVID STRAKA,801 GRAND AVENUE, DES MOINES, IA 50392 |
| A & J BLACKETER, INC. | 225 SOUTH HURSTBOURNE PARKWAY,SUITE 103, LOUISVILLE, KY 40222 |
| ADVANCE REALTY ANNE ARUNEL, INC. | 1405 MADISON PARK DRIVE,, GLEN BURNIE, MD 21061 |
| AGF WOODFIELD OWNER LLC | 1077 PAYSPHERE CIRCLE,, CHICAGO, IL 60674 |
| AMERICAN COMMERCIAL LLC | P.O. BOX 801,, DEKALB, IL 60115 |
| AMERICENTER OF DETROIT LLC | 719 GRISWOLD STREET,SUITE 820, DETROIT, MI 48226 |
| ANTHONY PERRY, INC | 99B GROVE PARK LANE,, WOODSTOCK, GA 30189 |
| ASHLAND VENTURE, LLC | 840 EAST HIGH STREET,, LEXINGTON, KY 40502 |
| ASSOCIATES OF 555 LIMITED PARTNERSHIP | 555 SOUTH OLD WOODWARD,, BIRMINGHAM, MI 48009 |
| ASSURED EREALTY SERVICES | 11706 NORTH MAIN ST,, ROSCOE, IL 61073 |
| AVR MANAGEMENT INC | 3410 NORTH HIGH STREET,, ONLEY, MD 20832 |
| BENSON AND MANGOLD | 27999 OXFORD ROAD,, OXFORD, MD 21654 |
| BOB & JUNE MUSON | 925 NORTH COMPTON DR.,, HIAWATHA, IA 52233 |
| BOB WHITE HEATING (KEVIN RITZI) | 11 SOUTH ROAD,SUITE 3, READFIELD, MA 04355 |
| BONNER 486, LLC | 13356 METCALF AVE.,, OVERLAND PARK, KS 66213 |
| BOSTON PROPERTIES | PO BOX 3557,, BOSTON, MA 02241 |
| BUTLER INC. DBA REAL ESTATE CONSULTANTS | 5 COMMERCIAL PLAZA,, ELKTON, MD 21921 |
| CALHOUN SQUARE OFFICE MALL | P.O. BOX 301111,, LOS ANGELES, CA 90030-1111 |
| CAPITAL CROSSING, | A DIV. OF LEHMAN BROTHERS FSB,101 SUMMER STREET, BOSTON, MA 02110 |
| CAPITOL BUSINESS CENTERS | 6148 NORTH DISCOVERY WAY,, BOISE, ID 83713 |
| CARANA PROPERTIES, INC. | 923 S. LOOMIS,, CHICAGO, IL 60607 |
| CARMELO LANDA | 4016 TARTAN TRAIL,, ZION, IL 60099 |
| CENTURY 21 KELLY LEWIS | 507 COUNTY STREET,, TAUNTON, MA 02780 |
| CENTURY 21 PREMIER REALTY, INC. | 21 HIGHWAY 138,, ATLANTA, GA 30274 |
| CHERRY COVE DEVELOPMENT | MARYLAND STATE ROUTE 235,, LEXINGTON PARK, MD 20653-5531 |
| CM RUSSELL PROPERTIES | 1517 GAGEL AVENUE,, LOUISVILLE, KY 40216 |
| COLDWELL ALLIANCE | 598 CARMEL DR.,, CARMEL, IN 46032 |
| COLDWELL ALLIANCE | 8650 COMMERCE PARK PLACE, SUITE N,, INDIANAPOLIS, IN 46268 |
| COLDWELL BANKER ALLIANCE | 6220 E. US 36 HWY, STE A,, AVON, IN 46123 |
| COLDWELL BANKER PERFORMANCE | 500 US 31S,, GREENWOOD, IN 46143 |
| CONDO HUT | 106 PIER VILLAGE MARKET,, ST SIMONS ISLAND, GA |
| CORRIN SARGENT | DBA GREAT CHOICES MORTGAGES,503 3RD AVENUE SE, MAPLETON, MN 56065 |
| COUNTRY VILLAGE RENTALS | 10 STRAIT WARF,, NANTUCKET, MA 02554 |
| CRIMMINS & CO.DBA RETAIL CENTER | AT PRECEDENT PARK LP,12220 N. MERIDIAN STREET,SUITE 155, CARMEL, IN 46032 |
| CUMMINGS PROPERTIES, LLC | 200 WEST CUMMINGS PARK,, WOBURN, MA 01801 |
| DAWSON & MICHAEL REALTY | 816 FORT WAYNE AVE.,, INDIANAPOLIS, IN 46204 |
| DEKALB AREA ASSOCIATION OF REALTORS | 1430 DEKALB,, SYCAMORE, IL 60178 |
| DELTA REALTY | 3200 CRAIN HWY, SUITE 100,, WALDORF, MD 20603 |
| DOLCE VITA, INC | 6100 CLARKS CREEK ROAD,UNIT 100, PLAINFIELD, IN 46168 |
| DRACO CONSTRUCTION INC & DESIGN | 2100 DEBRA COURT,, COURBONNAIS, IL 60914 |
| ELITE LENDING PARTNERS, LLC | 2490 ECHO DRIVE,, ATLANTA, GA 30345 |
| EMERSON AVENUE | 3980 EAGLE TRACE DRIVE,, GREENWOOD, IN 46143 |

| Claim Name | Address Information |
|---|---|
| EQUITY OFFICE | 135 S. LASALLE,DEPARTMENT 3763, CHICAGO, IL 60674-3763 |
| EQUITY OFFICE | PO BOX 601051,, LOS ANGELES, CA 90060-1051 |
| ERIC JANSSEN, RECEIVER #52 | 932 W. GRACE,, CHICAGO, IL 60613 |
| EXCHANGE OFFICE CORPORATION | 1122 KENILWORTH DRIVE,SUITE 401, TOWSON, MD 21204 |
| EXIT REALTY PLUS, GET OFFUTT, LLC | 39 TORREY STREET,, BROCKTON, MA 02301 |
| FALMOUTH REALTY ASSOCIATES LTD | PO BOX 634,RTE 28A, FALMOUTH, MA 02556 |
| FORWARD MANAGEMENT | P.O. BOX 1561,, NORTHBROOK, IL 60065-1561 |
| FORWARD MANAGEMENT, INC. | P.O. BOX 1561,, NORTHBROOK, IL 60065-1561 |
| FREESTYLE REALTY | 286 CLINTON AVENUE,SUITE 104, KINGSTON, NY 12401 |
| FREITAS REALTY GROUP | ONE LOCUST STREET,, FALMOUTH, MA 02540 |
| FSP GATEWAY CROSSING LIMITED PARTNERSHIP | 7061 COLUMBIA GATEWAY DRIVE,C/O MANEKIN LLC, COLUMBIA, MD 21046 |
| GATEWAY CENTER LLC | 1941 MOMENTUM PLACE,, CHICAGO, IL 60689-5319 |
| GENERAL GROWTH PROPERTIES, INC. | 10300 MILL RUN CIRCLE, STE 2102,, OWINGS MILLS, MD 21117 |
| GEORGE C. KAPPOS | 319 TRINITY LANE,, OAK BROOK, IL 60523 |
| GORAL REAL ESTATE | 6500 W ARCHER AVENUE,, CHICAGO, IL 60638 |
| GPI OFFICE PROPERTIES II, L.P. | 3815 RIVER CROSSING PARKWAY,SUITE 250, INDIANAPOLIS, IN 46240 |
| GRAND RAPIDS, MI 49546 | 5787 STADIUM DR.,, KALAMAZOO, MI 49009 |
| GRAND/SAKWA NEW HOLLAND, L.L.C. | P.O. BOX 252018,, WEST BLOOMFIELD, MI 48325 |
| HARPE AND MASHNI LLC | 837-A LANE ALLEN ROAD,, LEXINGTON, KY 40504 |
| HENDON/ATLANTIC RIM JOHN'S CREEK | 330 ENTERPRISE PARKWAY,, BEACHWOOD, OH 44122 |
| HIGHLAND LAKES/DAN DEVELOPMENT, LTD. | ONE TRANS AM PLAZA DRIVE,SUITE 120, OAKBROOK TERRACE, IL 60181 |
| HINSDALE MANAGEMENT CORPORATION | 21 SPINNING WHEEL ROAD,, HINSDALE, IL 60521 |
| INGLEWOOD ASSOCIATES LLC | PO BOX 2008,, MERRIFIELD, VA 22116 |
| IRET-GOLDEN JACK, LLC | SDS-12-2659, P.O. BOX 86,, MINNEAPOLIS, MN 55486-2659 |
| J&M LEASING | 1203 S. MISSION STREET,, MT. PLEASANT, MI 48858 |
| JAS DEVELOPMENT, LLC | 745 ELA RD.,, LAKE ZURICH, IL 60047 |
| JEFFREY P. & LORI DIEMAND | 4237 WEST 42ND PLACE,, CHICAGO, IL 60632 |
| K.O. REALTY, INC. | 6347 WOODVILLE ROAD,, MOUNT AIRY, MD 21771 |
| KELLER WILLIAMS REALTY | 7 OLD SOLOMONS ISLAND RD,, ANNAPOLIS, MD 21401 |
| KELLER WILLIAMS REALTY | 301 INSPIRATION LANE,, GAITHERSBURG, MD 20878 |
| KELLER WILLIAMS REALTY | 30701 WOODWARD AVE,SUITE 350, ROYOL OAK, MI 48073 |
| KEMPA GROUP | 14150 S. BELL RD,, HOMER GLEN, IL 60491 |
| KILGRET PROPERTY, LTD | P.O. BOX 35856,, PHOENIX, AZ 85069 |
| L G S PROPERTIES LLC | 2231 SW WANAMAKER ROAD,SUITE 300, TOPEKA, KS 66614 |
| L.B. ANDERSON AND COMPANY, INC | 220 HONEY LAKE COURT,, NORTH BARRINGTON, IL 60010 |
| LAKELAND MORTGAGE CORPORATION | 8300 NORMANDALE CENTER DRIVE,SUITE 240, BLOOMINGTON, MN 55437 |
| LANCASTER PROPERTIES | P.O. BOX 698,, GAINESVILLE, GA 30503 |
| LATTER & BLUM CLASSIC HOMES, INC. | 14454 UNIVERSITY AVENUE,, HAMMOND, LA 70401 |
| LEVITT BAKERSFIELD, LLC | C/O GREGORY D. BYNUM & ASSOC. INC.,5601 TRUXTUN AVENUE,SUITE 190, BAKERSFIELD, CA 93309-0627 |
| LISA CHAN, JACK CHAN | 431 ESSOX STREET,, BANGOR, ME 04401 |
| LOBO ENTERPRISES | 323 HUTCHENSON FERRY ROAD,, WHITEBURG, GA 30185 |
| LOY BRASHEAR | 106 ANNISTON WAY,, ELIZABETHTOWN, KY 42701 |
| MARKETVIEW YORKVILLE PLAZA | 333 WEST WACKER DRIVE,SUITE 2750, CHICAGO, IL 60606 |
| MASHPEE COMMONS LIMITED PARNERSHIP | P.O. BOX 1530,, MASHPEE, MA 02649 |
| MAXWELL PROPERTIES I, INC. | 440 NOWLIN AVE,, GREENDALE, IN 47025 |
| MAYFLOWER REALTY | 23 SANDWICH STREET,, PLYMOUTH, MA 02360 |
| MERIDIAN MEADOWS FIVE, LLC | 101 WEST OHIO STREET SUITE 400,, INDIANAPOLIS, IN 46204 |

| Claim Name | Address Information |
|---|---|
| MERISA ENTERPRISES LLC | PO BOX 115,, HARVEY, LA 70058 |
| MEWS DEVELOPMENT COMPANY | 2135-K2 DEFOOR HILLS ROAD,, ATLANTA, GA 30318 |
| MICHIGAN FCU | 300 SMITH STREET,, CILO, MI 48420 |
| MIDTOWN PLANNERS, LLC | 825 JUNIPER ST.,, ATLANTA, GA 30308 |
| MISHAWAKA ONE STOP, INC. | 8202 CALUMET AVENUE,, MUNSTER, IN 46321 |
| MJM LIMITED PARTNERSHIP | 411 HAMILTON BOULEVARD,SUITE 2000, PEORIA, IL 61602 |
| MKM REALTY TRUST II | 300 CONGRESS STREET,, QUINCY, MA 02169 |
| MONTESANO CAPITAL MANAGEMENT | 330 E. MAIN STREET,3RD FLOOR, BARRINGTON, IL 60010 |
| NANTUCKET, MA 02554 | 197 FIRST AVENUE, SUITE 300,, NEEDHAM, MA 02494 |
| NATALIA LIEBERMAN | 3659 BRISBANE DR,, MARIETTA, GA 30062 |
| NEW BOSTON JACARANDA LP | 5676 PAYSPHERE CIRCLE,, CHICAGO, IL 60674 |
| NICOLE WILLIAMS | 5490 MCGINNIS VILLAGE PLACE,, ALPHARETTA, GA 30005 |
| NOBLE PROPERTIES | 1654 MAIN STREET,, WEYMOUTH, MA 02189 |
| NORTHVILLE RETAIL CENTER PHASE 2, L.L.C. | 28470 THIRTEEN MILE ROAD,SUITE 220, FARMINGTON HILLS, MI 48334 |
| OEKOS MANAGEMENT | PO BOX 64461,, BALTIMORE, MD 21264 |
| OMNISOURCE CORPORATION | 1610 NORTH CALHOUN STREET,, FORT WAYNE, IN 46808 |
| ONE ROCK SPRING PLAZA L.P. | PO BOX 905442,, CHARLOTTE, NC 28290-5442 |
| PAMELA J. SHEEHAN REALTY | 111 DEAN STREET,, TAUNTON, MA 02780 |
| PARK PLAZA EXECUTIVE CENTER | 20 PARK PLAZA EXECUTIVE CENTER,, BOSTON, MA 02116-4399 |
| PARK REALTY LIMITED PARTNERSHIP | 21321 KELLY ROAD,SUITE 100, EASTPOINTE, MI 48021 |
| POPE REALTY TRUST | 710 MAIN STREET,, HYANNIS, MA 02601 |
| PRAIRIE PROFESSIONAL CENTRE | C/O WXR & ASSOC. LTD.,125 E. LAKE STREET, SUITE 303, BLOOMINGDALE, IL 60108 |
| PRAIRIE SHORES PROPERTIES | 2110 CENTRAL AVE,, EVANSTON, IL 60201 |
| PRO-SLICE, LLC | 3292 THOMPSON BRIDGE ROAD,#150, GAINESVILLE, GA 30506 |
| PRUDENTIAL LINN-RUFFO | 323 BEDFORD STREET,, WHITMAN, MA 02382 |
| RE/MAX COLONIAL HOMES | 10903 INDIAN HEAD HIGHWAY,FORT WASHINGTON, LA PLATA, MD 20646 |
| RE/MAX EXCEL/CM BOTTEMA III | 7341 E. U.S. 36,, AVON, IN 46123 |
| RE/MAX SUBURBAN | 102 1 ST. SE,, BONDURANT, IA 50035 |
| REAL ESTATE PARTNERS | 4141 VETERANS MEMORIAL BLVD,, METAIRIE, LA 70002 |
| REAL ESTATE PARTNERS | REAL ESTATE PARTNERS,, MANDEVILLE, LA 70471 |
| REALTY EXECUTIVES | P.O. BOX 3233,, CARMEL, IN 46082 |
| REBECCA PUTNAM REAL ESTATE | 23 GREEN COVE LANE,, EAST FALMOUTH, MA 02536 |
| REGAR REALTY, INC. | 3607 GRAND AVENUE,, GURNEE, IL 60031 |
| REGUS BUSINESS CENTRES CORP | 263 TRESSER BLVD, 9TH FLOOR,, STAMFORD, CT 06901 |
| REMAX ADVANTAGE | 7127 S WESTNEDGE AVENUE,, PORTAGE, MI 49002 |
| REMAX EXPERTS | 574 F. RITCHIE HWY,, SEVERNA PARK, MD 21146 |
| REMAX FOREST CITY | 5596 EAST RIVERSIDE,, LOVES PARK, IL 61111 |
| REMAX GOLD | 1209 SHOPPING CENTER ROAD,, STEVENSVILLE, MD 21666 |
| REMAX HOME SALE SERVICES | 1200 S SHELTON ROAD,, PLYMOUTH, MI 48170 |
| REMAX OF KALAMAZOO | 1517 SOUTH PARK STREET,, KALAMAZOO, MI 49001 |
| RIDGE MANAGEMENT | 7200 W 13TH ST,SUITE 5, WITCHITA, KS 67212 |
| RONALD KOREN | 530 CONANT STREET,, JOLIET, IL 60435 |
| S.T.G. SALES, INC. | 620 E ALTAMONTE,, ALTAMONTE SPRINGS, FL 32701 |
| SATELLITE 600 OWNER CORP. C/O CARTER | 171 17TH STREET,SUITE 1200, ATLANTA, GA 30368-6018 |
| SEI- SOUTH EASTERN INDIANA REAL ESTATE | 9969 SR 56,, AURORA, IN 47001 |
| SEVERNA PARK PLAZA, L.L.C. | 9320 ANNAPOLIS ROAD,, LANHAM, MD 20706 |
| SFC INVESTORS, LLC | PO BOX 16935,, SAVANNAH, GA 31406 |
| SILVER SPRING METRO PLAZA CO. | P.O. BOX 406949,, ATLANTA, GA 30384-6949 |

| Claim Name | Address Information |
|---|---|
| SKAFF ENTERPRISES/MCPARLAND REALTY | 621 MAIN STREET,, SHREWSBURY, MA 01545 |
| SMITH REALTY GROUP | 2465C NICHOLASVILLE RD,, LEXINGTON, KY 40503 |
| SOUTHCREEK V ASSOCIATES, LP | / DDI REALY SERVICES,7200 WEST 132ND STREET, SUITE 300, OVERLAND PARK, KS 66213 |
| SOUTHEAST OFFICE PARTNERS, L.L.C., 37 | 2303 CUMBERLAND PKWY,SUITE 100, ATLANTA, GA 30339 |
| SOUTHERN TRUST MORTGAGE | 150 BOUSCH STREET,STE 400, NORFOLK, VA 23570 |
| SOUTHFIELD PARK CENTER, LLC | OF 144 KINGS HIGHWAY S.W.,DOVER, DELAWARE,101 ROBINO COURT, SUITE 405, NEWPORT, DE 19804 |
| SSS DEVELOPMENT | 3201 N. GREEN RIVER ROAD,, EVANSVILLE, IN 47715 |
| STEPHEN REAL ESTATE | 400 BOSTON POST ROAD,, SUDBURY, MA 01776 |
| STONEY CREEK | 71 WALNUT,SUITE 205, ROCHESTER, MI 48703 |
| SUDLER SOTHEBYS INTERNATIONAL | REAL ESTATE,INC,4210 WEST IRVING PARK ROAD, CHICAGO, IL 60641 |
| SUID A SUID | 45 S. LINCOLN AVENUE,SUITE 101, AURORA, IL 60505 |
| SUN LIFE ASSURANCE CO. OF CANADA | C/O COLLIERS PINKARD,100 LIGHT STREET, SITE1400, BALTIMORE, MD 21202-1161 |
| T & J, L.L.C. C/O MURRAY PROPERTIES | 700 E. MAIN STREET,SUITE E, ST. CHARLES, IL 60174 |
| TGM PROPERTIES LLC | 115 SOUTH MAIN STREET,, MISHAWAKA, IN 46544 |
| THE HARBOR SHOPS, LLC | 1815 CORDOVA ROAD,SUITE 209, FORT LAUDERDALE, FL 33316 |
| THOMAS BOBER | 1046 MAIN STREET, UNIT #2,, OSTERVILLE, MA 02655 |
| TOMORROW 32 RIVER PARK, L.P. | 333 S. BROADWAY, SUITE 105,, WICHITA, KS 67202-4325 |
| TOWER PLACE, LP | 75 REMITTANCE DRIVE,SUITE 6706, CHICAGO, IL 60675-6706 |
| TOWNPARK COMMONS, INC. | 500 TOWNPARK LANE, SUITE 125,, KENNESAW, GA 30144 |
| TR TURNPIKE CORP | 39250 TREASURY CENTER,, CHICAGO, IL 60694-9200 |
| TRANWESTERN SL GALE NAPERVILLE | PO BOX 6134,, HICKSVILLE, NY 11802-6134 |
| TRIDENT REALTY GROUP | P.O. BOX 772,, BLOOMFIELD HILLS, MI 48303 |
| TWO NEWTON PLACE LLC - ACQUISTIONS | 2 MORRISEY BLVD, MAILSTOP : MADE12702G,BANK OF AMERICA LOCKBOX - 414563, DORCHESTER, MA 02125 |
| UNITED COUNTRY CHESAPEAKE BAY | 170 WEST ST.,, ANNAPOLIS, MA 21401 |
| VICTOR SIMON, RFC CHFC, AIF | 305 BALTIMORE ANNAPOLIS BLVD,, SEVERNA PARK, MD 21146 |
| VILLAGE MARKETPLACE | 169 PORT RD,SUITE 44, KENNEBUCK, ME 04043 |
| WATERSIDE, LLC | 28730 ST. MICHAELS ROAD,, EASTON, MD 21601 |
| WBBC, INC. | 1815 E BRISTOL STREET,, ELKHART, IN 46514 |
| WENDY J. TAPLEY REVOCABLE TRUST | PO BOX 448,, CAPE NEDDICK, ME 03902 |
| WESTLAKE LEASING II LLC | PO BOX 1517,, CUMMING, GA 30028 |
| WILLIAM DUNLAP S & D PROPERTIES | 39 DEPOT STREET,, MERRIMACK, NH 03054 |
| WILLOW LAKE REAL ESTATE IN GLENVIEW | 1352 PATRIOT BLVD,, GLENVIEW, IL 60025 |
| YORK GREEN LIMITED PARTNERSHIP | 2328 W. JOPPA ROAD, SUITE 200,, LUTHERVILLE, MD 21093 |

**Total Creditor Count 176**