# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 17, 2007 at 10:00 am**<br>**Objection Due: October 12, 2007 at 4:00 pm** |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on October 2, 2007, copies of United Health Group's Motion for (I) Relief From Stay to Exercise Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief were served upon the parties on the attached service list in the manner indicated.

Dated: October 4, 2007

**DORSEY & WHITNEY (DELAWARE) LLP**

\_\_/s/_____
Eric Lopez Schnabel (No. 3672)
DORSEY & WHITNEY (DELAWARE) LLP
1105 North Market Street (16th Floor)
Wilmington, DE 19801
Telephone: (302) 425-7162
Facsimile: (302) 355-0830

and

Steven J. Heim, Esq.
Michelle Kreidler Dove, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for United Health Group

Service List

**Via Hand Delivery**                                    **Via ECF Electronic Notice**

Young Conaway Stargatt & Taylor, LLP                     See attached list
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attn.: James L. Patton, Jr.

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware 19801
Attn.: Laurie Selber Silverstein

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Attn.: Victoria Counihan

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware 19801
Attn.: Joseph McMahon

**Via Overnight Mail**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn.: Alan Horn, General Counsel

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn.: Jeffrey M. Levine

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn.: Mark S. Indelicato

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Margot B. Schonholtz
 Scott D. Talmadge

Jones Day
222 East 41st Street
New York, New York 10017
Attn.: Corinne Ball
 Erica M. Ryland

## File a Motion:

07-11047-CSS American Home Mortgage Holdings, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Judge: CSS | Assets: y | Case Flag: CLMSAGNT, PlnDue, DsclsDue, MEGA, LEAD |

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Schnabel, Eric Lopez entered on 10/2/2007 at 3:52 PM EDT and filed on 10/2/2007
**Case Name:**      American Home Mortgage Holdings, Inc.
**Case Number:**    07-11047-CSS
**Document Number:** 1055

**Docket Text:**
Motion for Relief from Stay *to Exercise Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and Other Related Relief*. Fee Amount $150. Filed by United Health Group. Hearing scheduled for 10/17/2007 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 10/12/2007. (Attachments: # (1) Notice) (Schnabel, Eric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\green.micherie\My Documents\BANKRUPTCY\FILINGS\October 2nd filings\Motion of United Health Group for Relief from Stay.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/2/2007] [FileNumber=5900959-0]
[9dadb14b7520dbc65797f4a4d5f74a77573d3dff978a1e2954a818104df0b27f2987
3a23044746cee8619461e8f5acdca232835deaa7ca6dbe8a9270373e1982]]
**Document description:** Notice
**Original filename:** C:\Documents and Settings\green.micherie\My Documents\BANKRUPTCY\FILINGS\October 2nd filings\Notice of Motion for Relief from Stay.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/2/2007] [FileNumber=5900959-1]
[0d95d87ff98486c249ea1e1e3b2dc7e8497d6b4ae450e67e365436abc574faa9baa9
696da7f1198c68af291f5983af20303e4633103c707ba8636c00e6d555c8]]

**07-11047-CSS Notice will be electronically mailed to:**

Geoffrey S. Aaronson     gaaronson@aaronsonpa.com

David G. Aelvoet     davida@publicans.com

John R. Ashmead     ashmead@sewkis.com

Mary E. Augustine     bankserve@bayardfirm.com, maugustine@bayardfirm.com;tmatthews@bayardfirm.com;jvanhorn@mcquirewoods.com

Elizabeth Banda     kwilliams@pbfcm.com

Michael Jason Barrie     mbarrie@schnader.com

Leonora K. Baughman     lbaughman@kaalaw.com, ecf@kaalaw.com

Don A. Beskrone     dbeskrone@ashby-geddes.com

Karen C Bifferato     kbifferato@cblh.com

Peter Douglas Bilowz     pbilowz@goulstonstorrs.com

Joseph J. Bodnar     jbodnar7@juno.com, goldbergb@dicksteinshapiro.com;jbodnar@BodnarLaw.net

Hilary B Bonial     notice@bkcylaw.com

William Pierce Bowden     wbowden@ashby-geddes.com

Charles J. Brown     cbrown@archerlaw.com

William J. Burnett     william.burnett@flastergreenberg.com

Michael G. Busenkell     mbusenkell@eckertseamans.com

Mary Caloway     mcaloway@klettrooney.com

John T. Carroll     jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com

Marc Stephen Casarino     casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

William E. Chipman     wchipman@eapdlaw.com

Ronald L. Cohen     cohen@sewkis.com

Mark D. Collins     collins@RLF.com, rbgroup@rlf.com

Nancy A. Connery     ngoodman@schoeman.com

Victoria Watson Counihan     bankruptcydel@gtlaw.com, thomase@gtlaw.com

Donna L. Culver     dculver@mnat.com

Teresa K.D. Currier     currier@klettrooney.com, tercurrier@aol.com

Charlene D. Davis     bankserve@bayardfirm.com, cdavis@bayardfirm.com

Eric M. Davis    debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com

Martin J. Davis    martin.davis@ots.treas.gov

Mary A. DeFalaise    mary.defalaise@usdoj.gov

John P. Dillman    houston_bankruptcy@publicans.com

John T. Dorsey    bankruptcy@ycst.com

Erin Edwards    bankruptcy@ycst.com

Kenneth J. Enos    bankruptcy@ycst.com

Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett Fallon    bfallon@morrisjames.com, wweller@morrisjames.com

Sherry Ruggiero Fallon    sfallon@trplaw.com

Bonnie Glantz Fatell    fatell@blankrome.com, senese@blankrome.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Susan R. Fuertes    bnkatty@aldine.k12.tx.us

Samuel B. Garber    ggpbk@generalgrowth.com, ggpbk@generalgrowth.com

Gary Ginsburg    gginsburg@meltzerlippe.com

Thomas H. Grace    hobankecf@lockeliddell.com

Robert E. Greenberg    rgreenberg@dclawfirm.com

Kara Hammond Coyle    bankruptcy@ycst.com

Lee Harrington    lharrington@nixonpeabody.com

Donna L. Harris    dharris@php-law.com

Edwin J. Harron    bankruptcy@ycst.com

A. Michelle Hart    bkmail@mrdefault.com, bkmail@mrdefault.com

Curtis A. Hehn    chehn@pszyj.com

Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com

James E. Huggett    jhuggett@margolisedelstein.com

Mark T Hurford    cl@camlev.com

Tyler B. Jones    notice@bkcylaw.com

Steven K. Kortanek    skortanek@wcsr.com, pgroff@wcsr.com

Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com

Michael R. Lastowski    mlastowski@duanemorris.com

Kimberly Ellen Connolly Lawson    klawson@reedsmith.com

Raymond Howard Lemisch    rlemisch@bfca.com, svandyk@bfca.com;bsandler@bfca.com;jhoover@bfca.com;docket@aol.com

Scott K. Levine    slevine@platzerlaw.com, esalan@platzerlaw.com;;tsadutto@platzerlaw.com

R. Fredrick Linfesty    bankruptcy@ironmountain.com

James M Liston    jml@bostonbusinesslaw.com

Nancy F. Loftus    Nancy.Loftus@fairfaxcounty.gov

Margaret C. Lumsden    mclumsden@ulslaw.com

Matthew Barry Lunn    bankruptcy@ycst.com

Sean D. Malloy    smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Kevin J Mangan    kmangan@wcsr.com, hsasso@wcsr.com

Julie A. Manning    bankruptcy@goodwin.com

Garvan F. McDaniel    gmcdaniel@bglawde.com, gfm@bgbde.com

Lorraine S. McGowen    lmcgowen@orrick.com, aenglund@orrick.com

Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com

Rachel B. Mersky    rmersky@monlaw.com

Michael E. Meyers    bdept@mrrlaw.net

Kristin T. Mihelic    kmihelic@lawsgr.com, progan@lawsgr.com

Maribeth L Minella    bankruptcy@ycst.com

Mark Minuti    mminuti@saul.com, rwarren@saul.com;saulbankruptcy@saul.com

Joseph T. Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Francis A. Monaco Jr.     fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

Norman M. Monhait     nmonhait@rmgglaw.com

Sheryl L. Moreau     deecf@dor.mo.gov

Pauline K. Morgan     bankruptcy@ycst.com

Guy B. Moss     gmoss@riemerlaw.com

Ricardo Palacio     rpalacio@ashby-geddes.com

Mona A. Parikh     mparikh@crosslaw.com

James K. Pendergrass, Jr.     tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com

Marc J. Phillips     mphillips@cblh.com

Dana S. Plon     dplon@sirlinlaw.com

Stephen B. Porterfield     sporterfield@sirote.com

Eric T. Ray     eray@balch.com

Michael Reed     sragsdale@mvbalaw.com

Patrick Joseph Reilley     preilley@saul.com, rwarren@saul.com;saulbankruptcy@saul.com

Richard W. Riley     rwriley@duanemorris.com

Fred B. Ringel     fbr@robinsonbrog.com

Terri A. Roberts     pcaocvbk.civil.camail@pcao.pima.gov

Frederick Brian Rosner     fbrosner@duanemorris.com

Frederick Brian Rosner     fbrosner@duanemorris.com, fbrosner@duanemorris.com

Christopher M. Samis     samis@rlf.com, rbgroup@rlf.com

Christopher M. Samis     samis@rlf.com, rbgroup@rlf.com

Bradford J. Sandler     bsandler@bfca.com, svandyk@bfca.com;rlemisch@bfca.com;jhoover@bfca.com;docket@aol.com;docket@bfca.com

Todd Charles Schiltz     tschiltz@wolfblock.com

Eric Lopez Schnabel     schnabel.eric@dorsey.com

Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;asheel@yahoo.com

Laurie Selber Silverstein     bankruptcy@potteranderson.com

Christopher Page Simon     csimon@crosslaw.com

Elliot M. Smith     esmith@ssd.com, slerner@ssd.com

Karen J. Stapleton     kstaplet@loudoun.gov, bankrupt@loudoun.gov;bescobar@loudoun.gov

Catherine Steege     csteege@jenner.com, docketing@jenner.com

John H. Strock     strock@lrclaw.com

Eric Michael Sutty     bankserve@bayardfirm.com, esutty@bayardfirm.com

James C. Tecce     jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com

Christina Maycen Thompson     cthompson@cblhlaw.com

Travis N. Turner     bankruptcy@ycst.com

United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV

Joel A. Waite     bankruptcy@ycst.com

Madeleine Carmel Wanslee     mwanslee@gustlaw.com, rms@gustlaw.com

Christopher A. Ward     cward@klehr.com

John R. Weaver     jrweaverlaw@verizon.net

Helen Elizabeth Weller     dallas.bankruptcy@publicans.com

Michael Gregory Wilson     mwilson@hunton.com, shislop@hunton.com

Amanda Marie Winfree     awinfree@ashby-geddes.com

Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

William G. Wright     wgw_efn@farrlawnet.com, jl_efn@farrlawnet.com

James S. Yoder     yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

German Yusufov     pcaocvbk@pcao.pima.gov

Rafael Xavier Zahralddin-Aravena     rxza@morrisjames.com, wweller@morrisjames.com

Sharon M Zieg     bankruptcy@ycst.com

**07-11047-CSS Notice will not be electronically mailed to:**

Ada County Treasurer

,

American Corporate Record Center, Inc.

,

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Travel Related Svcs Co Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

,

Assured Guaranty

,

Atlantic Detroit Diesel Allison LLC
P.O. Box 2030
19C Chapin Road
Pine Brook, NJ 07058

Barbara Ford-Coates, Sarasota County Tax Collector

,

Barclays Capital Inc.

,

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
bankruptcy@ycst.com

Burns, Wall, Smith and Mueller, P.C.

,

Caldwell Commercial, LLC

,

Capax Management and Insurance Services

,

John H. Capitano
Kennedy Covington Lobdell & Hickman

,

John T. Carroll
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Peyton C. Cochrane
,

Crislip, Philip & Associates
,

DLA Piper US LLP
,

Quinn Emanuel
,

Quinn Emanuel
Quinn Emanuel Urquhart Oliver & Hedges
,

Epiq Bankrputcy Solutions, LLC
,

GMAC Mortgage LLC, f/k/a GMAC Mortgage Corporation
,

George E. Hart
,

Bernadette Gordy
,

Griffith, McCague & Wallace, P.C.
,

Richard W. Horvath
,

Mark R. James
,

Katten Muchin Rosenman LLP
,

Edward J. Kosmowski
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

bankruptcy@ycst.com

Kroll Zolfo Cooper

,

Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024-3503

Christopher J. Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Merrill Lynch Mortgage Lending, Inc.

,

Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch Bank USA

,

Moss Codilis, L.L.P.

,

Multnomah County Oregon Dept. of Business & Community Services

,

Jeffrey J. Newton

,

Anca M. Nicolaescu

,

William Novotny
Mariscal, Weeks, McIntyre & Friedlander
2901 North Centrala Ave., #200
Phoenix, AZ 85012-2705

ORIX Capital Markets, LLC

,

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Phillip Carnes & Associates, Inc.
4939 Lower Roswell Rd.
Suite 103
Marietta, GA 30068

Polis & Associates

>

Post & Schell, P.C.

>

Susan D. Profant

>

Pryor & Mandelup, LLP

>

R O Jacobs & Assoc., Inc. dba Jacobs OK Real Estate

>

RAM International I, L.L.C.

>

Receivable Management Service

>

Rees Broome, PC

>

Residential Funding Company, LLC

>

Rice & Gotzmer

>

SLO LLC

>

Patricia L. Shepherd

>

Silver & DeBoskey, A Professional Corporation

>

Silver & DeBoskey, A Professional Corporation

>

Special Conflicts Counsel to the Committee

>

Spector Gadon & Rosen, P.C.

>

Sun Trust Bank

>

Tax Collector for Polk County, Florida

,

Gail Thakarar
2 Fenbrook Drive
Larchmont, NY 10538

Travelers Casualty and Surety Company of America

,

Vintage Park, LLC

,

Waterson & Zappolo, P.A.

,