IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------- x | : | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Doc. Ref. Nos: 192 & 643** |
| | : | |
| ----------------------------------------------------------------- x | | Objection Deadline: October 24, 2007 |

## NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
## BALCOM LAW FIRM, P.C.

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors

and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the

Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage
Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance,
Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM
Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York
corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability
company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great
Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Gregory A. Balcom of Balcom Law Firm, P.C. (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 24, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October 4, 2007
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                               :    Chapter 11
                                                     :
AMERICAN HOME MORTGAGE                                :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]   :
                                                     :    Jointly Administered
                         Debtors.                    :
------------------------------------------------------------ x    Doc. Ref. Nos: 192 & 643
```

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF TEXAS          )
                        )     ss:
COUNTY OF HARRIS        )

**GREGORY A. BALCOM**, being duly sworn, deposes and says:

1.      I am the **president** of **Balcom Law Firm, P.C.** (the "Firm"), which maintains offices at 8584 Katy Freeway, Suite 305, Houston, Texas 77024.

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.      Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as counsel on real estate legal matters in Texas including residential mortgage foreclosures, evictions, litigation, and related bankruptcy

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

proceedings. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

    4.    Most of our fees are based upon flat fee rates that are consistent with industry-wide guidelines for such services. A schedule of our flat rate fees is attached as Exhibit "A" hereto. The Firm's current customary hourly rates, subject to change from time to time, are $150.00 an hour for attorneys and $75.00 an hour for paralegals. In the normal course of its business, the Firm does not revise its billing rates on a yearly basis.

    5.    In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

    Reviewed the provided conflict list and found no connections to the Debtors.

    6.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

    7.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

    

8.    Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.    Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $300.00 for prepetition services and $32.10 for prepetition expenses. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim or claims unless required to do so by Court Order.

10.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2007.



Affiant

Sworn to and subscribed before me this 4ᵗʰ day of October, 2007.

BRANDY JO MITCHELL
Notary Public, State of Texas
My Commission Expires
April 26, 2010

Notary Public, State of Texas

## American Home Mortgage – OCP Conflict Party List

### Debtors
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.

### Non-Debtor Affiliates/Client Affiliates
AHM SPV II, LLC
American Home Securites, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

## Debtor's Officers and Directors
Michael Strauss
John A. Johnston
Nicholas R. Marfino
Michael A. McManus, Jr.
C. Cathleen Raffaeli
Kirstian R. Salovaara
Irving J. Thau
Donald Henis
John A. Manglardi
Ronald L. Bergum
Robert Bernstein
Christopher J. Cavaco
Al Crisanty
Doug Douglas
Thomas J. Fiddler
David. M. Friedman
Kathleen R. Heck
Alan B. Horn
Stephen A. Hozie
Robert F. Johnson, Jr.
Marcia Kaufman
Dena L. Kwaschyn
Richard S. Loeffler
Thomas M. McDonagh
Craig S. Pino
Rick Pishalski
Ron Rosenblatt
Lisa M. Schreiber

## Shareholders
Michael Strauss
Goldman Sachs Asset Management, L.P.
Munder Capital Management
NWQ Investment Management Company, LLC
CEDE & Co.
Margaret J. Cox Trust
Jack E. Dalton & Janol Lee Dalton
V E Lygrisse Truste
Lois I. Pickett & Lawrence H. Pickett
Michael Rienstra
Lillian M. Schuman
David E. Wallin Trust
Bernard R. Werner & Shirley J. Werner

**Largest Unsecured Creditors**
Deutsche Bank
Wilmington Trust Company
JPMorgan Chase Bank, NA
Countrywide Capital
Bank of American, N.A.
406 Partners
Citigroup
Morgan Stanley
Wells Fargo Bank, N.A.
SunTrust Asset Funding, LLC
Impac Funding Corporation
Bear, Stearns & Co. Inc.
Citigroup Global Markets Realty Corp.
Wells Fargo
Nomura Credit & Capital, Inc.
Liquid Funding, Ltd.
EMC
Greenwich Capital Financial Products, Inc.
Lehman Brothers Inc.
Lehman Commercial Paper Inc.
HSBC Bank
UBS
Lehman Brothers Special Financing, Inc.
FNMA
Washington Mutual Bank, FA
Luminent Mtg (Barclays)
ALS
IndyMac Bank, F.S.B.
Morgan Stanley Capital Services Inc.
Credit Suisse First Boston
GMAC
Triad Guaranty Insurance Corporation
Royal Bank of Scotland plc
ZC Sterling Corporation
American Express
Opteum Financial Services, LLC

**Warehouse Lenders**
Bank of America, N.A.
Barclays Bank plc
Credit Suisse First Boston Mortgage Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities

**Other Adverse Parties**
A&F Construction
ABN AMBRO Bank N.V.
ABN AMBRO Bank
All Pro Mortgage
American Corporate Record Center
American Stock Transfer & Trust Company
AON Consulting
AT&T
AT&T Corp.
Banc of America Securities, LLC
Bank of New York
Barclays Bank plc
Barclays Capital
Bexar County
Calyon New York Branch
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Cedar Hill City, Carroll ISD, Arlington ISD
Citibank
Citigroup Global
Corporate Cubes LLC
County of Denton
CSHV Southpark LLC
Dallas County
De Lage Financial Services, Inc.
Diversified Commercial Investments
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance/Empire Blue Cross
Fannie Mae
Federal Home Loan Mortgage Corp.
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
GMAC
GNMA
Greenwich Capital Markets, Inc.
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
John Flately and Gregory Stoyle, Trustees 1993 Flatley Family Trust
Lewisville ISD, Garland IS, Carrollton-Farmers Independent ISD
MaineHousing

MassHousing
Merrill Lynch Pierce Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase; Mortgage First Ltd; Showcase of Agents, LLC
Natixis Real Estate Capital Inc.
ORIX Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Center LLC
Rexco, LLC
Skyview Marketing, LLC
Societe Generale
Sovereign Bank
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey Funding, LLC
TPRF/THC HavenPark, LLC
Transwestern
UBS Securities
UBS Securities, LLC
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Washington Mutual
WestLB AG
Westfield Mortgage, LLC
WLR Recovery
ZC Real Estate Tax Solutions
Zurich American Insurance Company

**Professionals of the Debtor**
Young Conaway Stargatt & Taylor, LLP
Kroll Zolfo Cooper
Milestone Advisors, LLC
Kekst & Company, Inc.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Cadwalader, Wickersham & Taft, LLP
Phoenix Capital, Inc.

**United States Trustee**
Kelly Beaudin Stapelton, U.S. Trustee
Andrew Vara, Assistant U.S. Trustee

**United States District Court Judges for the District of Delaware**

Hon. Sue L. Robinson
Hon. Joseph J. Farnan, Jr.
Hon. Gregory M. Sleet

**United States Bankruptcy Court Judges for the District of Delaware**

Hon. Mary F. Walrath
Hon. Kevin J. Carey
Hon. Judith K. Fitzgerald
Hon. Kevin Gross
Hon. Brendan L. Shannon
Hon. Christopher S. Sontchi
Hon. Peter J. Walsh

# BALCOM LAW FIRM, P.C. Foreclosure Fee Schedule

Balcom Law Firm, P.C. provides the following non-judicial foreclosure services for loans in all 254 counties in Texas:

- Prepare and send the initial notice of default and notice of intent to accelerate (at no additional cost).

- Order VA Appraisals, prepare and send VA Form 567 to the Veteran's Administration (at no additional cost).

- Order a BPO when the Investor or MI Company requires a property valuation for the purpose of obtaining a bid (at no additional cost).

- Conduct title, bankruptcy, federal tax lien and judicial records searches for final clearance of all title problems as early as possible after receiving your referral.

- Provide notice of acceleration and notice of non-judicial foreclosure sale to all obligors of the debt at the property address and the last known mailing address as reflected in your records.

- Post public Notice of Nonjudicial Foreclosure Sale at the county courthouse (or any other required location) and file a Notice of Non-judicial Foreclosure Sale in appropriate records at the county courthouse.

- Negotiate reinstatements, payoffs or forbearance plans with the borrowers.

- Prepare all necessary documents with respect to the foreclosure sale (Demand letters, Removal of Trustee and Appointment of Substitute Trustee, Notice of Non-judicial Foreclosure Sale, Military Affidavit, Notice to Appropriate Government Entities, Notice to Investor, Notice to Mortgage Insurance Co., etc.).

- Provide a report of all loans posted for foreclosure in a format that you specify.

- Provide you with copies of the Demand letters, Acceleration letters, Notice of Non-Judicial Foreclosure Sale, IRS Notice (if applicable), Title work and Tax Certificate (if applicable).

- Conduct the non-judicial foreclosure sale on the first available sale date pursuant to your bidding instructions.

- Fax or email results of the foreclosure sale by 5:00 p.m. on the day of foreclosure.

- Prepare all aftersale documents (Notice Affidavit, Substitute Trustee's Deed, Special Warranty Deed and other required documents).

- Record all documents in the real property records of the appropriate county.

- Prepare and submit title packages to HUD/VA in accordance with their guidelines.

- Assist your REO Department in clearing title problems associated with the closing after the foreclosure.

- Provide you with a daily, weekly or monthly status report for all active loans in the format specified by you.

EXHIBIT A

# BALCOM LAW FIRM, P.C. Foreclosure Fee Schedule

**Attorneys Fees:**

Residential/Single Family Properties:

| | |
|---|---|
| VA | $400.00 |
| HUD Loans | $600.00 |
| FHLMC Loans | $550.00 |
| Conventional/Wholly Owned Loans | $550.00 |
| FNMA Conventional Loans | $550.00 |
| Deed in Lieu of Foreclosure | $350.00 |
| Sequestrations/Replevins | $750.00 |

Commercial/Non-Residential Properties:

| | |
|---|---|
| Non-contested | $800.00 |
| Contested | $150.00/hr |

**Expenses:**

Notice of Intent to Accelerate .................................................. $35.00

Filing Costs ...................................................................... Actual
    (County Clerk's fee for filing Notice of Non-judicial Foreclosure Sale and forwarding a filed
    marked copy to our office)

Recording Costs ................................................................. Actual
    (County Clerk's cost of recording all foreclosure documents)

Posting Costs .................................................................... Actual
    (Sheriff or Substitute Trustee fee charged for posting the Notice of Non-judicial Foreclosure
    Sale in designated public areas)

Certified Mail Costs ............................................................. Actual
    (required statutory notice via certified mail)

Title Costs

Initial Report ................................................................... Actual

Updated Report .................................................................. Actual
    (Federal Tax Lien Search, Bankruptcy Search and Title Examination prior to posting/sale
    & title update prior to sale)

*Balcom Law Firm, P.C.*
*West Memorial Park*
*8584 Katy Freeway, Suite 305*
*Houston, Texas 77024*

Page 2 of 3

*Tel: 713.973.9900*
*Fax: 713.464.8553*

# BALCOM LAW FIRM, P.C. Foreclosure Fee Schedule

The listed fees and expenses are exclusive and there will be no additional charges for facsimiles, copying, long distance telephone calls or other similar items.

**Reposting Foreclosure:** A repost fee of $125.00 plus applicable expenses will be charged for each reposting of any foreclosure.

**Pulled Files:** "Pulls" for loans brought current prior to acceleration or posting will be billed at a flat rate of $225.00. (The borrower will be required to pay this fee.)

**Federal Tax Liens:** When notice to the Internal Revenue Service is required because a Federal Tax Lien has been recorded, our fee for preparation and delivery of all necessary documentation is $35.00 per file.

### Reimbursable Guaranty

We guarantee that all of our fees and expenses fall within applicable reimbursable guidelines. In the event any fee or expense is rejected by any agency (provided that we have an opportunity to present our position to the agency concerning why such fee or expense is reimbursable) we will refund the full amount of the declined fee or expense.

### Reimbursable Guidelines

Because our fees and expenses are quoted to conform with reimbursable guidelines, such fees and expenses will increase or decrease to conform with any changes in such guidelines.

*Balcom Law Firm, P.C.*
*West Memorial Park*
*8584 Katy Freeway, Suite 305*
*Houston, Texas 77024*

Page 3 of 3

*Tel: 713.973.9900*
*Fax: 713.464.8553*

# BALCOM LAW FIRM, P.C. Bankruptcy Fee Schedule

Balcom Law Firm, P.C. represents secured creditors in all bankruptcy courts in the Southern, Northern, Western and Eastern Districts of Texas. The bankruptcy department handles loans secured by real or personal property and unsecured loans as well, thereby providing a complete range of services in Chapter 7, 11, 12 and 13 bankruptcy cases. Although bankruptcy services are customized for each client, some of the services requested most often by clients include:

- Obtain and review the latest bankruptcy docket sheet in connection with all referrals to ensure that the requested action is appropriate and in your company's best interest. We will also obtain copies of recorded loan documents, if requested, and file a Notice of Appearance in the case.

- Prepare and file the appropriate pleading requested. This includes the filing of Proofs of Claim, Motions for Relief From the Automatic Stay, Objections to Confirmation, Responses to Claim Objections, etc.

- Prepare and file any "special" pleadings in order to protect your company's interest such as responses to Motions to Sell Property Free and Clear of Liens, etc.

- Attend motion for relief hearings, confirmation hearings, and any other hearings as required and/or requested by your staff or the court.

- Present appropriate orders to the court, including Orders Terminating the Stay or Consent/Agreed Orders at motion for relief hearings.

- Negotiate the terms of a consent/agreed order with opposing counsel, when authorized by the client. (Most of these type orders will include reimbursement of bankruptcy attorneys' fees from the debtors, opportunities to default under the terms of the order and ongoing strict compliance throughout the remainder of the bankruptcy case on future payments).

- Issue Notices of Default to debtor's and their counsel for failure to comply with the terms of a consent/agreed order.

- Issue of Notices of Termination to debtors and their counsel and file a Certificates of Default with the court.

*Balcom Law Firm, P.C.*
*West Memorial Park*
*8584 Katy Freeway, Suite 305*
*Houston, Texas 77024*

*Tel: 713.973.9900*
*Fax: 713.464.8553*

# BALCOM LAW FIRM, P.C. Bankr. Fee Schedule, cont'd

## Chapter 7 and 13 Cases

Proof of Claim .................................................................. $125.00
    (preparation and filing)

Objection to Chapter 13 Plan .............................................. $250.00
    (review of plan, negotiation with opposing counsel, preparation of Objection, and attendance at one hearing)

Hearings, Court Appearances. ............................................ $150.00/hr
    (For any required court appearance or attendance at hearing)

Attend 341 Meeting of Creditors .......................................... $150.00/hr

Attend or conduct Rule 2004 Debtor's Examination ................... $150.00/hr

Motion for Relief From Stay, Motion to
Annul Stay or Motion to Validate
Non-judicial Foreclosure Sale ............................................. $750.00
    (review of client documentation, preparation of pleadings, telephone calls/negotiations, filing of appropriate orders and one court appearance)

Motion to Dismiss Case .................................................... $250.00

Notice of Default letters on consent/agreed orders .................. $50.00

## Representation in

Adversary Proceedings .................................................... $150.00/hr

Other bankruptcy matters and pleadings ............................... $150.00/hr

## Chapter 11 Proceedings

Proof of Claim .............................................................. $150.00
    (preparation and filing)

Motion for Relief From Stay .............................................. $550.00
    (review of client documentation, preparation of pleadings, telephone calls/negotiations, filing of appropriate orders and one court appearance)

Other Chapter 11 Representation ........................................ $150.00/hr or
                                       agreed upon flat rate.

*Balcom Law Firm, P.C.*
*West Memorial Park*
*8584 Katy Freeway, Suite 305*
*Houston, Texas 77024*
        Page 2 of 3
*Tel: 713.973.9900*
*Fax: 713.464.8553*

**Costs**

Filing Fees ................................................................. Actual

**Hourly Fees**

Additional charges will be incurred where non-routine legal services are required in bankruptcy cases. Exceptional services include contested and multiple hearing matters, discovery activities and related pleadings, or matters not detailed above.

**Reimbursable Guaranty**

We guarantee that all of our bankruptcy fees and expenses are within applicable governmental reimbursable guidelines. In the event any fee or expense is rejected by any agency (provided that we have an opportunity to present our position to the governmental agency concerning why such fee or expense is reimbursable), we will refund the full amount of the declined fee or expense.

**Reimbursable Guidelines**

Because our bankruptcy fees and expenses are quoted to conform with governmental reimbursable guidelines, such fees and expenses will increase or decrease in conformance with any changes in such guidelines.

# BALCOM LAW FIRM, P.C. Eviction Fee Schedule

After a foreclosure has been completed, Balcom Law Firm, P.C. can provide the following services to help insure that the property is in conveyance condition.

• Notice to Vacate (NTV) is mailed to the occupants upon receipt of instructions to begin eviction.

• Petition for Forcible Entry and Detainer is filed with the appropriate court if the property is still occupied after the NTV deadline expires.

• Determine that occupants have been served with citation and the petition

• Obtain court date or date by which hearing must be requested by occupants.

• Attend eviction hearing, present evidence to court and obtain judgment granting possession of the premises to the client. Judgment allows occupants five (5) days or client may obtain a Writ of Possession.

• Coordinate with client and determine whether property is still occupied six (6) days after judgment was entered.

• Order Writ of Possession to have constable remove occupants from premises if property is occupied.

• Once writ is issued, coordinate move-out date with constable's office and advise client of specific requirements for completion of the move-out.

Our legal services, inclusive of the Notice to Vacate through attending the hearing on a Forcible Detainer will be performed throughout the State of Texas for a flat fee of $350.00 plus reimbursable expenses. Fees for additional services if required, include:

Issuance of Writ of Possession ............................................... Actual
    (Varies by precinct and County)

Filing fee for Writ of Possession .............................................. Actual
    (Varies by precinct and County)

Appearance at the premises with the Constable to
monitor forcible eviction ..................................................... $150.00

Extended evidentiary hearings or multiple hearings ..................... $150.00 each appearance

# BALCOM LAW FIRM, P.C. Sequestration Fee Schedule

Balcom Law Firm, P.C. provides the following vehicle and manufactured home sequestration/replevin services for loans in all 254 counties in Texas:

• Prepare and send the initial demand letter, if necessary.

• Prepare and file all necessary pleadings necessary to initiate a lawsuit for recovery of collateral and/or monetary judgment, including Plaintiff's Original Petition, Ex Parte Application for Writ of Sequestration, Order Granting Ex Parte Writ of Sequestration, Affidavit for Sworn Account and for Admission of Business Records and Verification and Application in Support of Plaintiff's Application for Writ of Sequestration.

• Obtain judge's signature on Order Granting Ex Parte Writ of Sequestration

• Provide you with copies of all court filings.

• If your bonding company does not draft its own bonds, we will draft the Sequestration Bond and provide it for execution.

• Coordinate with constable's/sheriff's offices throughout Texas to effectuate proper service of process, recovery of collateral and in

the case of manufactured home sequestrations, court ordered removal of defendants from the collateral.

• Monitor court deadlines to ensure timely prosecution of cases.

• Schedule and attend hearings to compel recovery of collateral as needed.

• Provide you with prompt notice of completion of service of process upon all parties, recovery of collateral and readiness for move outs.

• Prepare and submit Default Judgments for uncontested matters and when necessary, attend hearings regarding same.

• Prepare and submit final Abstracts of Judgment for recording in the appropriate county records.

• Pursue deficiency judgments once collateral is sold.

• Prepare and file of lawsuit dismissals, as needed.

**Attorneys' Fees:**

    Referral received, petition not yet filed ....................................... $375.00

    Petition filed and citations/writs to
    Constable/Sheriff ...................................................... $750.00

**Costs:**

    Filing Fee ...................................................... Actual costs
    (county clerk's fee for filing of suit, preparation and issuance of citations
    and writs and varies according to county and number of defendants)

    Process Service Fee ............................................... Actual costs
    (fee for service not included in initial filing.)

    Abstract Preparation Fee ........................................... Actual costs

    Abstract Recording Fee ............................................ Actual costs

**Contested Sequestration Fee**

    Once a defendant files an Answer in the lawsuit, it becomes a contested sequestration matter, which is handled at the hourly rate of $150.00 per hour. Time varies with each individual file, based upon a number of factors, including whether the defendant is pro se or is represented by an attorney. Some suits may be dispensed through a Motion for Summary Judgment, while others require full discovery, mediation and possibly trial by jury absent any settlement.

    We will provide additional Litigation and Collection services at the hourly rate of $150.00 per hour. This includes representation of your organization in any probate matters as well as any litigation arising from a sequestration/replevin proceeding. This hourly rate would also apply to any other matters such as collections and litigation.