IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹             :
                                                             :   Jointly Administered
                    Debtors.                                 :
                                                             :   Doc. Ref. Nos: 192 & 643
                                                             :
------------------------------------------------------------ x   Objection Deadline: October 24, 2007
```

**NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
ROSICKI, ROSICKI & ASSOCIATES**

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Kelly Ann Poole of Rosicki, Rosicki & Associates (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 24, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October 4, 2007
Wilmington, Delaware

                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                  */s/ Travis Turner*
                  James L. Patton, Jr. (No. 2202)
                  Joel A. Waite (No. 2925)
                  Pauline K. Morgan (No. 3650)
                  Sean M. Beach (No. 4070)
                  Matthew B. Lunn (No. 4119)
                  Kara Hammond Coyle (No. 4410)
                  Travis N. Turner (No. 4926)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  Wilmington, Delaware 19801
                  Telephone: (302) 571-6600
                  Facsimile: (302) 571-1253

                  Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## RETENTION AFFIDAVIT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
In Re:

American Home Mortgage
Holdings, Inc. a Delaware Corporation, et al.,

                    Debtor
-----------------------------------------------------------X
```

Chapter 11
Case No.: 07-11047(CSS)
Jointly Administered

**Doc. Ref. Nos: 192&643**

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

State of New York )
                ) ss.:
County of Nassau )

Kelly Ann Poole, being duly sworn, deposes and says:

1. I am a Partner of Rosicki, Rosicki & Associates (the "Firm"), which maintains its main office at 51 East Bethpage Road, Plainview, New York.

2. This affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professional in the ordinary course of business during the pendency of these chapter 11 cases.

---

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are American Home Mortgage Holdings, Inc.("AHM Holdings")(6303); American Home Mortgage Investment Corp. ("AHM Investment), a Maryland corporation (3914); American Home Mortgage Acceptamce, Inc. ("AHM Acceptance"), A Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp.(AHM Corp.), a New York corporation (1558); American Home Mortgage Ventures, LLC (AHM Ventures" ) a Delaware limited liability company(1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation(7491); and Great Oak Abstract Corp. ("Great Oak Abstract Corp."), a New York corporation (8580). The address for all the Debtors is 538 Broadhollw Road, Melville Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd. Suite 200, Irving, Texas 75063.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm represented and advised Debtors as Counsel in New York as to foreclosure, bankruptcy and eviction matters. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these Chapter 11 cases.

4. The firms customary rates, subject to change from time to time, are ordinary and customary to the industry. In the normal course of its business, the Firm revises its billing rate on an annual basis.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflict checks". The Firm's database contains information present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel for the Debtors for purposes of searching the aforementioned database and determining that connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connection(s) which the Firm has with such entities:

> American Home Mortgage Acceptance, Inc.
> American Home Mortgage Inc.
> Deutsche Bank
> JPMorgan Chase Bank, NA
> Bank of America, NA
> Citigroup
> Wells Fargo Bank, NA
> Impac Funding Corp.
> CitiGroup Global Markets Realty Corp.
> EMC
> HSBC Bank
> FNMA
> Washington Mutual Bank, FA
> IndyMac Bank, FSB
> Credit Suisse First Boston
> GMAC
> Bank of America, NA
> Credit Suisse First Boston Mortgage Capital, LLC

        ABN AMBRO
        Bank of New York
        Barclays Capital
        Barclays Bank
        Citibank
        Fannie Mae
        Federal Home Loan Mortgage
        First American Bank
        GMAC
        GNMA
        Washington Mutual

6.    The firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to theses Chapter 11 cases for persons that are parties in interest in the Debtors' Chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these Chapter 11 cases.

7.    Neither I nor any principal, partner, director, officer, etc of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm as permitted by 11 U.S.C. Section 504(b)

8.    Neither I nor any principal, partner, director, officer, etc of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.    Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm approximately $80,255.20 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professional Order, the Firm will not waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on ht matter described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. Section 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-4-07

By: Kelly Ann Poole

Sworn to before me this
4th day of October 2007

Notary Public

JOYA RICHARDS
Notary Public - State of New York
No. 01RI6166782
Qualified in Suffolk County
My Commission Expires May 21, 2011