IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 11
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Case No. 07-11047 (CSS)
                                                                 :
   Debtors.                                                      :  Jointly Administered
                                                                 :
---------------------------------------------------------------- x  Hearing Date: October 15, 2007 at 12:00 PM (ET)

## NOTICE OF CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware entered an order dated September 25, 2007 (the "Sale Procedures Order"), in the above-captioned chapter 11 cases at Docket Number 937, approving procedures for the auction and sale of the Debtors' mortgage loan servicing business (the "Servicing Business"). Pursuant to the Sale Procedures Order, the auction for the Servicing Business was scheduled for October 5, 2007 at 10:00 a.m. (Eastern Time) (the "Auction").

PLEASE TAKE FURTHER NOTICE THAT **THE AUCTION HAS BEEN CANCELED.**

PLEASE TAKE FURTHER NOTICE THAT the Debtors intend to seek approval of the transactions set forth in that certain Asset Purchase Agreement dated September 25, 2007 by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc. on October 15, 2007 at 12:00 p.m. (Eastern Time).

Dated: October 4, 2007
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and
Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.