IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF DEBTORS PURSUANT TO
FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030**

Please take notice that, pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 7030, Assured Guaranty Corporation ("Assured"), by and through its counsel, will take the oral deposition of one or more officers, directors, or managing agents of the Debtors in the above-captioned jointly administered cases (the "Debtors") concerning:

1.  The Debtors' sale of their servicing businesses, including, without limitation, the terms of and the negotiation of the Asset Purchase Agreement by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc. dated as of September 25, 2007 or any other asset purchase agreement being negotiated, negotiated, or executed by the Debtors in connection with the sale of their servicing businesses (collectively, the "APA"), the proposed treatment of Disputed Servicing Agreements (as defined in the APA) thereunder, and the auction of the Debtors' servicing businesses;

2.  The Debtors' intent regarding the assumption and assignment of the Servicing Agreements (as defined in the objection filed by Assured at D.I. 1065), and the Insurance Agreements (as defined in the objections filed by Assured at D.I. 1065) and any other contracts or agreements in the Assured Securitizations (as defined in the objection filed by Assured at D.I.

1065) (collectively with the Servicing Agreements and the Insurance Agreements, the "Assured Agreements");

3. The provisions in each of the Assured Agreements and the documents related thereto that the Debtors intend to exclude, modify, alter, or in any way change in connection with the assumption and assignment of the Assured Agreements and the APA;

4. The ability or inability of AH Mortgage Acquisition Co., Inc. or any other successful bidders (the "Buyer") to perform the Assured Agreements, including the ability or inability of the Buyer to obtain the requisite licenses and comply with the conditions for qualification as a successor servicer in the Assured Agreements;

5. Defaults under the Assured Agreements and the satisfaction or failure to satisfy cure costs associated with the assumption and assignment of the Assured Agreements;

6. The Debtors' proposed cure claims and the bases therefor and the Cure Amount and the Cure Escrow Agreement (as defined in the APA); and

7. The schedule associated with the closing of the sale, including the Initial Closing (as defined in the APA), the obtaining necessary consents under the APA, the nature of the consents required under the APA, the Final Closing Date (as defined in the APA), and any extensions of dates permitted under the APA.

The deposition(s) will take place at the offices of **Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801; commencing on October 12, 2007 at 10:00 a.m. (Eastern)**. The depositions will be recorded stenographically or by sound and video.

Absent a court order permitting additional time pursuant to Fed.R.Civ.P. 30(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. The depositions will take place before a person duly authorized to administer oaths, who will

stenographically record the deponent's testimony. The Debtors are required to designate one or more officers, directors, or managing agents and to set forth the matters on which each person will testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address and the time and date set forth above) for examination.

Assured is on notice that other parties intend to participate in the above-referenced deposition(s) and will file separate notices of deposition. It is acceptable to Assured that such other parties participate in the above-referenced deposition(s) at the same time in an effort to reduce redundancy and save expense.

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Donna L. Culver*
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
Email: dculver@mnat.com

ATTORNEYS FOR ASSURED GUARANTY
CORPORATION

October 4, 2007