## CERTIFICATE OF SERVICE

   I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Debtors Pursuant To Fed.R.Civ.P. 30(b)(6), As Incorporated By Fed.R.Bankr.P. 7030**, was caused to be made on October 4, 2007, in the manner indicated upon the entities identified on the attached service list.

Date: October 4, 2007            */s/ Donna L. Culver*
                     Donna L. Culver (No. 2983)

1254952.1