**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------x
In re:                                                               :     Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE                                               :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*,                    :
                                                                     :     Jointly Administered
      Debtors.                                                      :
                                                                     :
                                                                     :
---------------------------------------------------------------------------x

**NOTICE OF DEPOSITION OF THE DEBTORS PURSUANT TO
FED. R. CIV. P. 30(b)(6), AS INCORPORATED BY FED. R. BANKR. P. 7030**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), as incorporated by Fed. R. Bankr. P. 7030, U.S. Bank National Association, in its capacity as trustee ("U.S. Bank"), by and through its counsel, will take the oral deposition of one or more officers, directors or managing agents of American Home Mortgage Holdings, Inc., *et al.* ("the Debtors")[1] concerning:

1.    The Debtors' sale of their servicing businesses, including, without limitation, the negotiation of the Asset Purchase Agreement by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc. dated as of September 25, 2007 or any other asset purchase agreement being negotiated or executed by the Debtors in connection with the sale of their servicing business (collectively, the "APA") and the auction of the Debtors' servicing business;

---

[1] U.S. Bank is aware that other parties that have filed responses or objections to the Debtors' motion to sell its servicing assets or business desire to take a deposition of the same individual that U.S. Bank desires to depose. U.S. Bank understands that each party will file its own notice of deposition, however, U.S. Bank agrees to permit other parties to be present at and participate in its deposition of the witness, in an effort to reduce redundancy and save expense.

2. The Debtors' intent regarding the assumption and assignment of the servicing agreements and related agreements associated with the securitization transactions for which the Debtors are the servicers, subservicers, sellers, or originators and in connection with which U.S. Bank is the Indenture Trustee or other trustee (collectively, the "U.S. Bank Transactions");

3. The termination of the U.S. Bank Transactions, including, but not limited to, Debtors' receipt of any notices of termination, the Debtors' continuation or discontinuation of servicing under the U.S. Bank Transactions, and Debtors' authority for continuing or discontinuing servicing under the U.S. Bank Transactions;

4. The provisions in each of the U.S. Bank Transactions and the documents related thereto that the Debtors intend to exclude, modify, alter, or in any way change in connection with the assumption and assignment of the U.S. Bank Transactions;

5. AH Mortgage Acquisition Co., Inc.'s or any other successful bidder's (the "Buyer") ability or inability to comply with conditions for qualification as a substitute servicer in the U.S. Bank Transactions;

6. Potential defaults under the APA, including, without limitation, defaults under the U.S. Bank Transactions in servicing, inability of the Buyer to obtain the requisite licenses, and failure to satisfy cure costs associated with the assumption and assignment of the U.S. Bank Transactions; and

7. The Cure Amount and the Cure Escrow Agreement (as those terms are defined in the APA).

8. The schedule associated with the closing of the sale, including the Initial Closing (as defined in the APA), the obtaining necessary consents under the APA, the nature of the consents required under the APA, the Final Closing Date (as defined in the APA), and any extensions of dates permitted under the APA.

The deposition(s) will take place at the offices of **Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801; commencing on October 12, 2007 at 10:00 a.m. (Eastern)**. The depositions will be recorded stenographically or by sound and video.

Absent a court order permitting additional time pursuant to Fed. R. Civ. P. 30(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. The depositions will take place before a person duly authorized to administer oaths, who will stenographically record the deponent's testimony. The Debtors are required to designate one or more officers, directors, or managing agents and to set forth the matters on which each person will testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address and the time and date set forth above) for examination.

Dated: October 4, 2007

**DORSEY & WHITNEY (DELAWARE) LLP**

By /s/ Eric Lopez Schnabel
Eric Lopez Schnabel (Del No. 3672)
1105 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 425-7162

**DORSEY & WHITNEY LLP**
Charles Sawyer (MN #140351)
Katherine A. Constantine (MN # 123341)
Monica Clark (MN # 28211X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for U.S. Bank National Association, in its capacity as trustee