IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC.,

Debtor.

Chapter 11
Case No. 07-11047-CSS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2007, copies of the foregoing Motion for Relief

from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property

Located at 8559 S. Escanaba Avenue, Chicago, IL 60617, notice, and proposed order were

served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: October 4, 2007
      Wilmington, Delaware

  /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile


*Movant: Aurora Loan Services LLC*
*D&G Reference: 210138*
*Property Address: 8559 S. Escanaba Avenue, Chicago, IL 60617*

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Margaret Whiteman, Esquire
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for the Debtor

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorneys for the Official Committee
 of Unsecured Creditors

*Movant: Aurora Loan Services LLC*
*D&G Reference: 210138*
*Property Address: 8559 S. Escanaba Avenue, Chicago, IL 60617*