IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 8204 McClelland Pl., Alexandria, VA 22309, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: October 4, 2007                    /s/ Adam Hiller
       Wilmington, Delaware          Adam Hiller (DE No. 4105)
                                               Draper & Goldberg, PLLC
                                               1500 North French Street, 2nd Floor
                                               Wilmington, Delaware 19801
                                               (302) 339-8776 telephone
                                               (302) 213-0043 facsimile

*Movant: Aurora Loan Services, LLC*
*D&G Reference: 210139*
*Property Address: 8204 McClelland Pl., Alexandria, VA 22309*

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Margaret Whiteman, Esquire
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for the Debtor

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorneys for the Official Committee
 of Unsecured Creditors

*Movant: Aurora Loan Services, LLC*
*D&G Reference: 210139*
*Property Address: 8204 McClelland Pl., Alexandria, VA 22309*