IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>       Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br>**Objections due by: October 23, 2007, 4:00 p.m.**<br>**Hearing Date: October 31, 2007 at 10:00 A.M.** |

## NOTICE OF MOTION OF LEHMAN BROTHERS LBB C/O AURORA LOAN SERVICES, LLC FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Margaret Whiteman, Esquire
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for the Debtor*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee*
 *of Unsecured Creditors*

   Lehman Brothers LBB c/o Aurora Loan Services, LLC has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 956 East 231st Street, Bronx, NY 10462.

   **HEARING ON THE MOTION WILL BE HELD ON OCTOBER 31, 2007 AT 10:00 A.M.**

*Movant: Lehman Brothers LBB c/o Aurora Loan Services, LLC*
*D&G Reference: 210142*
*Property Address: 956 East 231st Street, Bronx, NY 10462*

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Thomas D.H. Barnett, Esquire | Adam Hiller, Esquire |
| Draper & Goldberg, PLLC | Draper & Goldberg, PLLC |
| P.O. Box 947 | 1500 North French Street, 2nd Floor |
| 512 East Market Street | Wilmington, Delaware 19801 |
| Georgetown, Delaware 19947 | (302) 339-8776 telephone |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 4, 2007                      Respectfully submitted,
           Wilmington, Delaware
                                                      DRAPER & GOLDBERG, PLLC


                                                       /s/ **Adam Hiller**
                                                      Adam Hiller (DE No. 4105)
                                                      1500 North French Street, 2nd Floor
                                                      Wilmington, Delaware 19801
                                                      (302) 339-8776 telephone
                                                      (302) 213-0043 facsimile

                                                      and

                                                      Thomas D.H. Barnett (DE No. 994)
                                                      Draper & Goldberg, PLLC
                                                      P.O. Box 947
                                                      512 East Market Street
                                                      Georgetown, Delaware 19947

                                                      *Attorneys for Movant*