IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 215 Madison Street, Oceanside, CA 92057, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: October 4, 2007         /s/ **Adam Hiller**
      Wilmington, Delaware        Adam Hiller (DE No. 4105)
                                                    Draper & Goldberg, PLLC
                                                    1500 North French Street, 2nd Floor
                                                    Wilmington, Delaware 19801
                                                    (302) 339-8776 telephone
                                                    (302) 213-0043 facsimile

*Movant: Bank of New York, as Trustee c/o Countrywide Home Loans*
*D&G Reference: 210277*
*Property Address: 215 Madison Street, Oceanside, CA 92057*

American Home Mortgage Holdings, Inc.  
538 Broadhollow Road  
Melville, NY 11747  
Debtor  

James L. Patton, Jr., Esquire  
Joel A. Waite, Esquire  
Pauline K. Morgan, Esquire  
M. Blake Cleary, Esquire  
Sean M. Beach, Esquire  
Matthew B. Lunn, Esquire  
Margaret Whiteman, Esquire  
Young, Conway, Stargatt & Taylor  
The Brandywine Bldg.  
100 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899  
Attorneys for the Debtor  

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899  

Bonnie Glantz Fatell  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  
Attorneys for the Official Committee  
 of Unsecured Creditors  

*Movant: Bank of New York, as Trustee c/o Countrywide Home Loans*  
*D&G Reference: 210277*  
*Property Address: 215 Madison Street, Oceanside, CA 92057*