IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>                Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br>Objections due by:  October 23, 2007, 4:00 p.m.<br>Hearing Date: October 31, 2007 at 10:00 A.M. |

## NOTICE OF MOTION OF BANK OF
## NEW YORK, AS TRUSTEE C/O COUNTRYWIDE HOME LOANS
## FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>*Debtor* | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| James L. Patton, Jr., Esquire<br>Joel A. Waite, Esquire<br>Pauline K. Morgan, Esquire<br>M. Blake Cleary, Esquire<br>Sean M. Beach, Esquire<br>Matthew B. Lunn, Esquire<br>Margaret Whiteman, Esquire<br>Young, Conway, Stargatt & Taylor<br>The Brandywine Bldg.<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>*Attorneys for the Debtor* | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for the Official Committee<br> of Unsecured Creditors* |

      Bank of New York, as Trustee c/o Countrywide Home Loans has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 10373 Walnut Way, Kelseyville, CA 95451.

      **HEARING ON THE MOTION WILL BE HELD ON OCTOBER 31, 2007 AT 10:00 A.M.**

*Movant: Bank of New York, as Trustee c/o Countrywide Home Loans*
*D&G Reference: 210278*
*Property Address: 10373 Walnut Way, Kelseyville, CA 95451*

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Thomas D.H. Barnett, Esquire | Adam Hiller, Esquire |
| Draper & Goldberg, PLLC | Draper & Goldberg, PLLC |
| P.O. Box 947 | 1500 North French Street, 2nd Floor |
| 512 East Market Street | Wilmington, Delaware 19801 |
| Georgetown, Delaware 19947 | (302) 339-8776 telephone |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 4, 2007  
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**  
Adam Hiller (DE No. 4105)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 339-8776 telephone  
(302) 213-0043 facsimile  

and  

Thomas D.H. Barnett (DE No. 994)  
Draper & Goldberg, PLLC  
P.O. Box 947  
512 East Market Street  
Georgetown, Delaware 19947  

*Attorneys for Movant*