IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>　　　　Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 29360 Gandolf Court, Murrieta, CA 92563, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: October 4, 2007　　　　　　　　　　 /s/ **Adam Hiller**
　　　　Wilmington, Delaware　　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　Draper & Goldberg, PLLC
　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　　　　　(302) 213-0043 facsimile

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>Debtor | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| James L. Patton, Jr., Esquire<br>Joel A. Waite, Esquire<br>Pauline K. Morgan, Esquire<br>M. Blake Cleary, Esquire<br>Sean M. Beach, Esquire<br>Matthew B. Lunn, Esquire<br>Margaret Whiteman, Esquire<br>Young, Conway, Stargatt & Taylor<br>The Brandywine Bldg.<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>Attorneys for the Debtor | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Attorneys for the Official Committee<br> of Unsecured Creditors |

*Movant: Wells Fargo Bank, N.A. as Trustee c/o Countrywide Home Loans*
*D&G Reference: 210280*
*Property Address: 29360 Gandolf Court, Murrieta, CA 92563*