**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., ET AL., PURSUANT TO
<u>FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030</u>**

Please take notice that, pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 7030, GMAC Mortgage LLC, formerly known as GMAC Mortgage Corporation ("<u>GMACM</u>") and Residential Funding Company LLC, formerly known as Residential Funding Corporation ("<u>GMAC-RFC</u>"), by and through their counsel, will take the oral deposition of one or more officers, directors, or managing agents of American Home Mortgage Holdgins, Inc., *et al.* (the "<u>Debtors</u>")[1] concerning:

1.      The Debtors' sale of their servicing businesses, including, without limitation, the negotiation of the Asset Purchase Agreement by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc. dated as of September 25, 2007 or any other asset purchase agreement being negotiated, negotiated, or executed by the Debtors in connection with the sale

---

[1]     GMACM and GMAC-RFC are aware that other parties that have filed responses or objections to the Debtors' motion to sell its servicing assets or business desire to take a deposition of the same individual that GMACM and GMAC-RFC desire to depose. GMACM and GMAC-RFC understands that each party will file its own notice of deposition, however, GMACM and GMAC-RFC agree to permit other parties to be present at and participate in their deposition of the witness, in an effort to reduce redundancy and save expense.

of their servicing businesses (collectively, the "<u>APA</u>") and the auction of the Debtors' servicing businesses;

2. The Debtors' intent regarding the assumption and assignment of the Servicing Agreements (as defined in the objections filed by GMACM at D.I. 857 and 1071), HELOC Back-Up Servicing Agreements (as defined in the objections filed by GMACM at D.I. 857 and 1071), and any other contracts or agreements with GMACM (collectively with the Servicing Agreements, HELOC Back-Up Servicing Agreements, the "<u>GMACM Agreements</u>");

3. The Debtors' intent regarding the assumption and assignment of the Seller/Servicer Contract and Guides incorporated therein by referenced (as defined in the objections filed by GMAC-RFC at D.I. 859 and 1061), and any other contracts or agreements with GMAC-RFC (collectively, the "<u>GMAC-RFC Agreements</u>")

4. The termination of the GMACM Agreements and GMAC-RFC Agreements, including, but not limited to, Debtors' receipt of any notices of termination, the Debtors continuation or discontinuation of servicing under the GMACM Agreements and GMAC-RFC Agreements, and Debtors' authority for continuing or discontinuing servicing under the GMACM Agreements and GMAC-RFC Agreements;

5. The provisions in each of the GMACM Agreements and GMAC-RFC Agreements and the documents related thereto that the Debtors intend to exclude, modify, alter, or in any way change in connection with the assumption and assignment of the GMACM Agreements and GMAC-RFC Agreements;

6. AH Mortgage Acquisition Co., Inc.' or any other successful bidder's (the "<u>Buyer</u>") ability or inability to comply with conditions for qualification as a substitute servicer in the GMACM Agreements and GMAC-RFC Agreements;

7. Potential defaults under the APA, including, without limitation, defaults under the GMACM Agreements and GMAC-RFC Agreements in servicing, inability of Buyer to obtain the requisite licenses, failure to satisfy cure costs associated with the assumption and assignment of the GMACM Agreements and GMAC-RFC Agreements;

8. The Cure Amount and the Cure Escrow Agreement (as those terms are defined in the APA; and

9. The schedule associated with the closing of the sale, including the Initial Closing (as defined in the APA), the obtaining necessary consents under the APA, the nature of the consents required under the APA, the Final Closing Date (as defined in the APA), and any extensions of dates permitted under the APA.

The deposition(s) will take place at the offices of **Reed Smith LLP, 1201 Market Street, Wilmington, Delaware 19801; commencing on October 12, 2007 at 10:00 a.m. (Eastern)**. The depositions will be recorded stenographically or by sound and video.

Absent a court order permitting additional time pursuant to Fed.R.Civ.P. 30(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. The depositions will take place before a person duly authorized to administer oaths, who will stenographically record the deponent's testimony. The Debtors are required to designate one or more officers, directors, or managing agents and to set forth the matters on which each person

will testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address and the time and date set forth above) for examination.

Dated: October 4, 2007  REED SMITH LLP
       Wilmington, Delaware

                                            By:    /s/ Kimberly E. C. Lawson
                                                      Kimberly E. C. Lawson (No. 3966)
                                                      1201 Market Street; Suite 1500
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 778-7500
                                                      Facsimile: (302) 778-7575
                                                      E-mail: klawson@reedsmith.com

                                                      and

                                                      Robert P. Simons
                                                      435 Sixth Avenue
                                                      Pittsburgh, PA 15219
                                                      Telephone: (412) 288-7294
                                                      Facsimile: (412) 288-3063

                                                      and

                                                      Claudia Z. Springer
                                                      2500 One Liberty Place
                                                      1650 Market Street
                                                      Philadelphia, PA 19103
                                                      Telephone: (215) 851-8100
                                                      Facsimile: (215) 851-1420

                                                      Attorneys for GMAC Mortgage LLC and
                                                      Residential Funding Company LLC