# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1217

PLEASE TAKE NOTICE that GMAC Mortgage LLC, formerly known as GMAC Mortgage Corporation ("GMACM") and Residential Funding Company LLC, formerly known as Residential Funding Corporation ("GMAC-RFC"), by and through their undersigned counsel, hereby withdraw the Notice of Deposition of American Home Mortgage Holdings, Inc., *et al.*, Pursuant to Fed.R.Civ.P. 30(b)(6), as Incorporated by Fed.R.Bankr.P. 7030 (D.I. 7030).

Dated: October 4, 2007
      Wilmington, Delaware

REED SMITH LLP

By:   /s/ Kimberly E. C. Lawson_____
      Kimberly E. C. Lawson (No. 3966)
      1201 Market Street; Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: klawson@reedsmith.com

and

Robert P. Simons
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-7294
Facsimile: (412) 288-3063

and

    - 2 -    Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Attorneys for GMAC Mortgage LLC and
Residential Funding Company LLC