**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:                          x | Chapter 11 | |
| AMERICAN HOME MORTGAGE   : | | |
| HOLDINGS, INC., et al.,           : | Case No. 07-1 1047 (CSS) | |
|                                      : | (Jointly Administered) | |
|                 Debtors.        : | | |
|                                         x | | |

**NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF MILESTONE ADVISORS,
LLC AS INVESTMENT BANKERS AND FINANCIAL ADVISORS FOR AMERICAN
HOME MORTGAGE HOLDINGS, INC., ET AL., PURSUANT TO
<u>FED.R.CIV.P.30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030</u>**

Please take notice that, Deutsche Bank National Trust Co., Americas, by and through its counsel served the attached notice of deposition (annexed hereto as **Exhibit A**) pursuant to Fed.R.Civ.P. 30(b)(6) on Milestone Advisors, LLC ("Milestone").

Dated: October 5, 2007                         NIXON PEABODY, LLP
        Wilmington, Delaware

                                           By:     */s/ Lee Harrington*
                                                       437 Madison Avenue
                                                       New York, NY  10022
                                                       Telephone: (212) 940-3091
                                                       E-mail: DDrebsky@nixonpeabody.com

                                                       Attorneys for DBNTC

10754632.1