IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware Corporation,<br>et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered<br><br>**RE: Docket No. 1216 & 1217** |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, Esq., hereby certify that on the 4th day of October 2007, a true and correct copy of the following:

1. Notice Of Deposition Of Milestone Advisors, LLC as Investment Bankers and Financial Advisors for American Home Mortgage Holdings, Inc., et al., Pursuant To Fed.R.Civ.P. 30(b)(6), As Incorporated By Fed.R.Bankr.P. 7030 (Docket No. 1216; Filed on October 4, 2007); and

2. Notice Of Deposition Of American Home Mortgage Holdings, Inc., et al., Pursuant To Fed.R.Civ.P. 30(b)(6), As Incorporated By Fed.R.Bankr.P. 7030 (Docket No. 1217; Filed on October 4, 2007);

were served upon the addressees listed on the attached service list in the manner indicated.

Dated: October 5, 2007
　　　　Wilmington, Delaware

REED SMITH LLP

By:　/s/ Kimberly E. C. Lawson
　　　Kimberly E. C. Lawson (No. 3966)
　　　1201 Market Street; Suite 1500
　　　Wilmington, DE 19801
　　　Telephone: (302) 778-7500
　　　Facsimile: (302) 778-7575
　　　E-mail: klawson@reedsmith.com

　　　and

Case 07-11047-CSS    Doc 1246    Filed 10/05/07    Page 2 of 4

- 2 -

        Robert P. Simons
        435 Sixth Avenue
        Pittsburgh, PA 15219
        Telephone: (412) 288-7294
        Facsimile: (412) 288-3063

        and

        Claudia Z. Springer
        2500 One Liberty Place
        1650 Market Street
        Philadelphia, PA 19103
        Telephone: (215) 851-8100
        Facsimile: (215) 851-1420

        Attorneys for GMAC Mortgage LLC and
        Residential Funding Company LLC

## SERVICE LIST

Via First Class Mail
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel for Debtors)

Via First Class Mail
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

Via First Class Mail
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Via First Class Mail
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Pre-Petition Lenders)

Via First Class Mail
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

Via First Class Mail
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)

Via First Class Mail
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Counsel to the Lenders)

Via First Class Mail
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to Pre-Petition Lenders)

- 2 -

Via First Class Mail
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Purchaser – AH Mortgage
Acquisition Co., Inc.)