IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                            :   Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*, :
                                                  :   Jointly Administered
    Debtors.                                      :
                                                  :
                                                  :
                                                  :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on October 4, 2007, a copy of the **Notice of Deposition of the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6), As Incorporated by Fed. R. Bankr. P. 7030** was served upon the parties on the attached service list in the manner indicated.

_____
Micherie A. Green, Paralegal
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, Suite 1600
Wilmington, Delaware 19890
(302) 425-7165

Subscribed and sworn to before me
this 5th day of October, 2007

_____
Notary Public

SONJA ALLEN BEVAN
Notary Public - State of Delaware
My Comm. Expires May 30, 2009

## Service List

**Via Facsimile**

Edward J. Kosmowski
Edwin J. Harron
Joel A. Waite
Kara Hammond Coyle
Kenneth J. Enos
Matthew Barry Lunn
Pauline K. Morgan
Robert S. Brady
Travis N. Turner
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
Facsimile: (302) 571-1253