**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | x | Chapter 11 |
| AMERICAN HOME MORTGAGE | : |  |
| HOLDINGS, INC., et al., | : | Case No. 07-1 1047 (CSS) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | x |  |

**NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF AMERICAN HOME MORTGAGE HOLDINGS, INC., ET AL., PURSUANT TO FED.R.CIV.P.30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030**

Please take notice that, Deutsche Bank National Trust Co., Americas, by and through its counsel served the attached notice of deposition (annexed hereto as **Exhibit A**) pursuant to Fed.R.Civ.P. 30(b)(6) on American Home Mortgage Holdings, Inc., et al.

Dated: October 5, 2007
Wilmington, Delaware

NIXON PEABODY, LLP

By: */s/ Lee Harrington*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3091
E-mail: DDrebsky@nixonpeabody.com

Attorneys for DBNTC

10754632.2