IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | x | Chapter 11 |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., et al., | : | Case No. 07-1 1047 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | x | |

NOTICE OF DEPOSITION OF AMERICAN HOME MORTGAGE
HOLDINGS, INC., ET AL., PURSUANT TO FED.R.CIV.P.30(b)(6),
<u>AS INCORPORATED BY FED.R.BANKR.P. 7030</u>

Please take notice that, pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 7030, Deutsche Bank National Trust Co., Americas "(DBNTC"), by and through its counsel, will take the oral deposition of one or more officers, directors, or managing agents of American Home Mortgage Holdings, Inc., et al. ("AHMH") concerning:

1.  The Debtors' sale of their servicing businesses, including, without limitation, the negotiation of the Asset Purchase Agreement by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc. dated as of September 25, 2007 or any other asset purchase agreement being negotiated, negotiated, or executed by the Debtors in connection with the sale of their servicing businesses (collectively, the "APA") and the auction of the Debtors' servicing businesses;

2.  The Debtors' intent regarding the assumption and assignment of the Servicing Agreements, HELOC Back-Up Servicing Agreements, and any other contracts or agreements with DBNTC (collectively with the Servicing Agreements, HELOC Back-Up Servicing Agreements, and the like;

10754131.1

- 2 -

3. The termination or alleged modification of the DBNTC Agreements, including, but not limited to, Debtors' receipt of any notices of termination, the Debtors continuation or discontinuation of servicing under the DBNTC Agreements, and Debtors' authority for continuing or discontinuing servicing under the DBNTC Agreements;

4. The provisions in each of the DBNTC Agreements and the documents related thereto that the Debtors intend to exclude, modify, alter, or in any way change in connection with the assumption and assignment of the DBNTC Agreements;

5. AH Mortgage Acquisition Co., Inc.' or any other successful bidder's (the "Buyer") ability or inability to comply with conditions for qualification as a substitute servicer in the DBNTC Agreements;

6. Potential defaults under the APA, including, without limitation, defaults under the DBNTC Agreements in servicing, inability of Buyer to obtain the requisite licenses, and failure to satisfy cure costs associated with the assumption and assignment of the Agreements; and

7. The Cure Amount and the Cure Escrow Agreement (as those terms are defined in the APA.

The deposition(s) will take place at the offices of Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801, commencing on October 12, 2007 at 10:00 a.m. (Eastern). The depositions will be recorded stenographically or by sound and video.

Absent a court order permitting additional time pursuant to Fed.R.Civ.P. 30(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. The depositions will take place before a person duly authorized to administer oaths, who will stenographically record the deponent's testimony. The Debtors are required to designate one or more officers, directors, or managing agents and to set forth the matters on which each person will

10754131.1

- 3 -

testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address and the time and date set forth above) for examination.

| | |
|---|---|
| Dated: October 5, 2007<br>Wilmington, Delaware | NIXON PEABODY, LLP<br><br>By:   */s/ Lee Harrington*<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-3091<br>E-mail: DDrebsky@nixonpeabody.com<br><br>Attorneys for DBNTC |

10754131.1