**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of October, 2007, he caused true and correct copies of the foregoing *Notice of Deposition of the Debtors Pursuant to Fed.R.Civ.P.30(b)(6), As Incorporated by Fed.R.Bankr.P.7030* to be served on the following counsel of record in the manner indicated:

***VIA E-FILE*** 

| | |
|---|---|
| Edward J. Kosmowski, Esquire<br>Edwin J. Harron, Esquire<br>Joel A. Waite, Esquire<br>Kara Hammond, Esquire<br>Kenneth J. Enos, Esquire<br>Matthew Barry Lunn, Esquire<br>Pauline K. Morgan, Esquire<br>Robert S. Brady, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19899-0391 | Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 |
| Joseph McMahon, *U. S. Trustee*<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 | |

/S/ Todd C. Schiltz
Todd C. Schiltz (#3253)

Date:   October 5, 2007