## EXHIBIT C

## PROPOSED ORDER

DB02:6235922.10
DB02:6235922.10

066585.1001
066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                    Debtors.                                     :
                                                                 :   Ref. Docket No. _____
---------------------------------------------------------------- x

## ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY AND RETAIN ALLEN & OVERY, LLP, AS SPECIAL REGULATORY, SECURITIES, AND CLASS ACTION LITIGATION COUNSEL PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE, *NUNC PRO TUNC* TO SEPTEMBER 7, 2007

Upon consideration of the Application (the "Application") of the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"), seeking entry of an order pursuant to section 327(a) of title 11, United States Code, 11 U.S. C. §§ 101 et seq. (the "Bankruptcy Code") and rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and approving the employment and retention of Allen & Overy, LLP ("Allen & Overy"), effective *nunc pro tunc* to September 7, 2007, as Special Counsel to the Debtors, all as more fully set forth in the Application; and upon the Declaration of Pamela Rogers Chepiga (the "Chepiga Declaration"), annexed to the Application as Exhibit A; and the Court being satisfied, based on the representation made in the Application and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability Firm (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Chepiga Declaration, that Allen & Overy are disinterested parties and represents or holds no interest adverse to the Debtors or their estates; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Application having been provided; and it appearing that no other or further notice of the Application need be provided; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors, their estates and their creditors; and upon the Application, the Chepiga Declaration; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted and approved; and it is further

ORDERED that pursuant to sections 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Allen & Overy as their Special Counsel pursuant to the terms set forth in the Engagement Letter, as described in the Application and the Chepiga Declaration effective, *nunc pro tunc* to September 7, 2007; and it is further

ORDERED that Allen & Overy shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated:   Wilmington, Delaware
         October ___, 2007

 

_____
Christopher S. Sontchi
United States Bankruptcy Judge