IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE                                                :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                    :
                                                                     :    Jointly Administered
                Debtors.                                             :
                                                                     :    **Doc. Ref. Nos: 192 & 643**
                                                                     :
------------------------------------------------------------------- x    Objection Deadline: October 25, 2007

### NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
### SAMUEL I. WHITE, P.C.

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors

and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the

Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage
Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance,
Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM
Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York
corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability
company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great
Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of William Adam White of Samuel I. White, P.C. (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 25, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October **5**, 2007
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]          :
                                                             :   Jointly Administered
                            Debtors.                         :
------------------------------------------------------------ x   Doc. Ref. Nos: 192 & 643
```

## **AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL**

COMMONWEALTH OF VIRGINIA )
                         )   ss:
CITY OF VIRGINIA BEACH   )

William Adam White, Esquire being duly sworn, deposes and says:

1.      I am the President of **Samuel I White, P.C.** (the "Firm"), which maintains

offices at **209 Business Park Drive, Virginia Beach, Virginia 2346**.

2.      This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007,

authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

to employ and compensate certain professionals in the ordinary course of business during the

pendency of these chapter 11 cases.

3.      Prior to the filing of the petitions which initiated the above-captioned

cases, the Firm has represented and advised the Debtors in **foreclosure, bankruptcy and title**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

matters. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

        4.        The Firm's current customary rates, subject to change from time to time, are:

- **Non-Judicial Foreclosure Fees: The Firm provides foreclosure related services at the fixed-rate of $600-$800 depending on the state, loan type and circumstances, plus costs. The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise but must be addressed. The costs incurred with respect to the non-judicial foreclosure are:**

  - o  **Foreclosure Title Report: The cost of the foreclosure title report varies but is typically in the range of $175, with any necessary updates typically being in the range of $50;**

  - o  **Mailing Costs: Mailing cost for a complete foreclosure range from $100 to $300 per foreclosure;**

  - o  **Recording Costs: The cost of recording varies by state and city or county. The outer limits of recording costs are approximately $2,500 to;**

  - o  **Publication of Foreclosure Notice: The expense of publication varies but is usually between $350 to $2,000 per file; and**

  - o  **Other Expenses: In connection with the completion of the various tasks associated with concluding the foreclosure process, certain expenses are incurred including, but not limited to, payment of delinquent taxes, taxes, grantor's taxes, utility liens, and recording fees. Such expenses are incurred on a per file basis.**

- **Senior Lien Monitoring Fee:** The firm provides this service for a flat-fee between $600-$800.

- **Title Claim Fees:** The firm will file a title claim for the flat fee of $350.

- **Real Estate Owned Fees:** The firm charges a settlement fee of $495-$525 and charges an additional fee of $85 per document for each document which needs to be prepared.

- **Bankruptcy Fees and Costs:** In the instance when a borrower has filed a petition for bankruptcy relief the firm provides the following services at fixed rates:

  o **Filing a Proof of Claim:** The firm charges $100 and also advances filing costs of $150;

  o **Filing an Objection to Confirmation:** The firm charges $250 and also advances filing costs of $150; and

  o **Filing a Motion for Relief from Stay:** The firm charges $500 and also advances filing costs of $150.

In the normal course of its business, the Firm revises its billing rates on **January 1** of each year and requests that, effective **January 1** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

   5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

000025.1886

**Samuel I. White, P.C. has performed foreclosure, bankruptcy and title work for the following entities, but is not aware of any direct conflicts: Wells Fargo Bank, N.A., Homecomings Financial, GMAC Mortgage LLC, Countrywide Home Loans, Inc., CitiMortgage, Inc., Chase, Litton, EMC Mortgage. While Samuel I. White, P.C. may receive foreclosure referrals for subordinate or superior liens incident to properties upon which American Home Mortgage holds deeds of trust, any such conflicts have been and will continue to be disclosed.**

6.     The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7.     Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8.     Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.     Prior to the filing of the above-captioned cases, the Firm **WAS** employed by the Debtors. The Debtors owe the Firm **$36,005.00 for** prepetition services and **$103,801.71** for prepetition expenses. If the Firm's employment is authorized pursuant to the Ordinary

Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim or claims, but will be filing an unsecured proof of claim for same.

   10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

   11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

000025.1886

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2007

SAMUEL I. WHITE,

By: _____

Wm. Adam White, President
Affiant

Sworn to and subscribed before me
this 5th day of October, 2007

_____
Notary Public

My Commission Expires:  12/31/08
Notary ID #180820