IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC AS INVESTMENT
BANKERS AND FINANCIAL ADVISORS FOR THE DEBTORS PURSUANT TO
FED.R.CIV.P. 30(b)(6), AS INCORPORATED BY FED.R.BANKR.P. 7030**

Please take notice that, pursuant to Fed.R.Civ.P. 30(b)(6), as incorporated by Fed.R.Bankr.P. 7030, Financial Guaranty Insurance Company ("FGIC"), by and through its counsel, will take the oral deposition of one or more officers, directors, or managing agents of Milestone Advisors, LLC, as investment bankers and financial advisors for the Debtors in the above-captioned jointly administered cases (the "Debtors") concerning:

1. The termination of the HELOC Servicing Agreements (as defined in the objections filed by FGIC at D.I. 718 and 1036), including, but not limited to, the related servicer termination events, the Debtors' receipt of a notice of termination, the Debtors' authority for continuing or discontinuing servicing under the HELOC Servicing Agreements and the Debtors' obligations to transition servicing to GMAC Mortgage LLC, formerly known as GMAC Mortgage Corporation, as successor servicer;

2. The Debtors' sale of their servicing businesses, including, without limitation, the terms of and the negotiation of the Asset Purchase Agreement by and among AH Mortgage Acquisition Co., Inc., American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc. dated as of September 25, 2007 or any other asset purchase agreement being negotiated, negotiated, or executed by the Debtors in connection

with the sale of their servicing businesses (collectively, the "<u>APA</u>"), the proposed treatment of Disputed Servicing Agreements (as defined in the APA) thereunder, and the auction of the Debtors' servicing businesses;

3. The Debtors' intent regarding the assumption and assignment of the HELOC Servicing Agreements (as defined in the objections filed by FGIC at D.I. 718 and 1036), the HELOC Back-Up Servicing Agreements (as defined in the objections filed by FGIC at D.I. 718 and 1036), the Insurance and Indemnity Agreements (as defined in the objections filed by FGIC at D.I. 718 and 1036) and any other contracts or agreements in the FGIC Securitizations (as defined in the objections filed by FGIC at D.I. 718 and 1036) (collectively with the HELOC Servicing Agreements, the HELOC Back-Up Servicing Agreements and the Insurance and Indemnity Agreements, the "<u>FGIC Agreements</u>");

4. The provisions in each of the FGIC Agreements and the documents related thereto that the Debtors intend to exclude, modify, alter, or in any way change in connection with the assumption and assignment of the FGIC Agreements and the APA;

5. The ability or inability of AH Mortgage Acquisition Co., Inc. or any other successful bidders (the "<u>Buyer</u>") to perform the FGIC Agreements, including the ability or inability of the Buyer to obtain the requisite licenses and comply with the conditions for qualification as a successor servicer in the FGIC Agreements;

6. Defaults under the FGIC Agreements and the satisfaction or failure to satisfy cure costs associated with the assumption and assignment of the FGIC Agreements;

7. The Debtors' proposed cure claims and the bases therefor and the Cure Amount and the Cure Escrow Agreement (as defined in the APA); and

8. The schedule associated with the closing of the sale, including the Initial Closing (as defined in the APA), the obtaining necessary consents under the APA, the nature of the consents required under the APA, the Final Closing Date (as defined in the APA), and any extensions of dates permitted under the APA.

The deposition(s) will take place at the offices of **Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801; commencing on October 12, 2007 at 2:00 a.m. (Eastern).** The depositions will be recorded stenographically or by sound and video.

Absent a court order permitting additional time pursuant to Fed.R.Civ.P. 30(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. The depositions will take place before a person duly authorized to administer oaths, who will stenographically record the deponent's testimony. Milestone Advisors, LLC is required to designate one or more officers, directors, or managing agents and to set forth the matters on which each person will testify, and to produce such person(s) at the law office of Reed Smith LLP (at the address and the time and date set forth above) for examination.

FGIC is on notice that other parties intend to participate in the above-referenced deposition(s) and will file (or have filed) separate notices of deposition. It is acceptable to FGIC that such other parties participate in the above-referenced deposition(s) at the same time in an effort to reduce redundancy and save expense.

Dated: October 5, 2007
      Wilmington, Delaware

                                        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                        Robert J. Dehney (No. 3578)
                                        Donna L. Culver (No. 2983)
                                        Daniel B. Butz (No. 4227)

4825-3284-8129.1

Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

and

**KUTAK ROCK LLP**
Bruce A. Wilson, Esq. (NE Bar # 18885)
Thomas T. Roubidoux (NE Bar # 22005)
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

ATTORNEYS FOR FINANCIAL
GUARANTY INSURANCE COMPANY

1255658.1