**CERTIFICATE OF SERVICE**

    I, Daniel B. Butz, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition Of Milestone Advisors, LLC As Investment Bankers And Financial Advisors For The Debtors Pursuant To Fed.R.Civ.P. 30(b)(6), As Incorporated By Fed.R.Bankr.P. 7030**, was caused to be made on October 5, 2007, in the manner indicated upon the entities identified on the attached service list.

Date:  October 5, 2007        /s/ Daniel B. Butz
                Daniel B. Butz (No. 4227)

1255728.1