IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                  :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                      :   Jointly Administered
                                                                       :
                                        Debtors.                       :   **Hearing Date: October 31, 2007 at 10:00 a.m.**
                                                                       :   **Objection Deadline: October 24, 2007 at 4:00 p.m.**
------------------------------------------------------------------------- x

## NOTICE OF MOTION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II)
       COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.,
       AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN
       SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST
       10, 2006; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION
       LENDER; (V) THE SECURITIES AND EXCHANGE COMMISSION, AND (VI) ALL
       PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

       PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-

possession (collectively, the "Debtors") have filed the **APPLICATION FOR AN ORDER**

**PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND BANKRUPTCY**

**RULE 2014 APPROVING THE RETENTION AND EMPLOYMENT OF ADORNO &**

**YOSS LLP AS FORECLOSURE PROFESSIONALS FOR THE DEBTORS NUNC PRO**

**TUNC TO THE PETITION DATE AND PARTIAL WAIVER OF THE INFORMATION**

**REQUIREMENT OF LOCAL RULE 2016-2** (the "Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on October 24, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **OCTOBER 31, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
       October  5  , 2007

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              _____
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Travis N. Turner (No. 4926)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession