IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
            Debtors.                                             :
                                                                 :   **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x   Objection Deadline: October 25, 2007

## NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL CASTLE, MEINHOLD & STAWIARSKI

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Revised Order, the Debtors hereby file the ordinary course professional retention affidavit of Elizabeth S. Marcus of Castle, Meinhold & Stawiarski (the "Retention Affidavit") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Retention Affidavit, if any, must be filed on or before October 25, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, objections, if any, to the Retention Affidavit must be made in accordance with the Revised Order and by the Objection Deadline, be served upon: (i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b) (collectively, the "Notice

Parties"); (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the Revised Order.**

Dated: October 5, 2007
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Travis Turner*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Doc. Ref. Nos: 192 & 643 |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF COLORADO     )
                      )  ss.
COUNTY OF DENVER      )

I, Elizabeth S. Marcus, being duly sworn, depose and say:

1. I am a managing attorney for the law firm of Castle Meinhold & Stawiarski, LLC (the "Firm"), which maintains offices at 999 18th Street, Suite 2201, Denver, Colorado 80202.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3.  Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as foreclosure and bankruptcy counsel. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these Chapter 11 cases.

4.  The Firm's current customary rates, subject to change from time to time, are attached hereto as Exhibit A. In the normal course of its business, the Firm revises its billing rates to conform to industry standards (FNMA, HUD, VA, FHLMC, etc.) as appropriate. Hourly billing rates are reviewed and revised periodically as appropriate.

5.  In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections: The Firm provides residential foreclosure and bankruptcy legal services to multiple mortgage servicers and originators including some of the entities contained in the list of entities identified in Rule 2014(a) from counsel to the Debtors. However, the firm engages in no services to such parties which would create a legal conflict of interest with the services provided to the Debtors.

6.  The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my

knowledge, the Firm does not perform any services for any such persons in connection with these Chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principles and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $2,365.00 for pre-petition services and $4,938.48 for pre-petition expenses. If the Firm's employment is not authorized pursuant to the Ordinary Course Professionals order, the Firm will not waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2007.

_____
Elizabeth S. Marcus
Affiant

Sworn to and subscribed before me
this 1st day of October, 2007.

_____
Marie Newberger
Notary Public
999 18th Street, Suite 2201
Denver, CO 80202

MARIE NEWBERGER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/02/2010

## CASTLE MEINHOLD & STAWIARSKI, LLC
Attorneys At Law

999 18th Street, Suite 2201
Denver, Colorado 80202
(303) 865-1400

### Fee Schedule Colorado and Wyoming

We follow VA/FHA/FNMA/FHLMC approved fee guidelines. Eviction fees apply where we have previously completed the foreclosure action. All others by separate agreement.

| **COLORADO** | **Foreclosure** | **Deed-In-Lieu** | **Eviction** |
|---|---|---|---|
| FHA | $850 | $400 | $275 |
| FNMA | $800 | $350 | $250 |
| FHLMC | $700 | $350 | $350-$400 |
| CONV | $800 | $350 | $350-$400 |
| VA | $800 | $225 | n/a |

| **WYOMING** | **Foreclosure** | **Deed-In-Lieu** | **Eviction** |
|---|---|---|---|
| FHA | $650 | $350 | $350 |
| FNMA | $600 | $350 | $350 |
| FHLMC/Homesteps | $700 | $250 | $400 |
| CONV/HUD | $600 | $350 | $350 |
| VA | $600 | $350 | n/a |

| **BANKRUPTCY** (CO/WY) | **FHA** | **FNMA & CONV** | **FHLMC** | **VA** |
|---|---|---|---|---|
| **Chapter 7** Case Analysis & Monitor only | $450 | $450 | $400 | $450 |
| **Chapter 7** Case Analysis & File Motion | $650 | $650 | $400 | $450 |
| **Chapter 13** Plan Analysis (Includes Proof of Claim and Objection to Confirmation if necessary) | $450 | $450 | $450 | $450 |
| **Chapter 13 – Subsequent action:** Motion for Relief or Dismissal (analysis previously invoiced) | +$300 | +$350 | +$250 | +$200 |
| **Chapter 13** Motion for Relief or Dismissal with simultaneous Plan Analysis | $1,000 | $800-$1000 | $700 | $650 |

**Chapter 13**
Default letter $100 (except FNMA $50)

EXHIBIT A

## MISCELLANEOUS CHARGES

Standard Fees for matters that fall outside the parameters of a normal foreclosure or bankruptcy which occur on a regular basis.

| | |
|---|---|
| Assignment preparation | $ 50 |
| Bankruptcy verification (each) | $ 10 |
| Certification of Note Holder | $ 50 |
| Certification of 75 day redemption period | $ 50 |
| Demand letter preparation | $125 |
| Judicial foreclosure (non-contested) | $1500 |
| Junior lien: monitor and file intent | $500 |
| Junior lien: monitor senior | $250 |
| Loan Modification preparation | $250-$500 |
| Lost Instrument Bond preparation | $100 |
| Recording documents | $ 50 |
| Repay Agreement preparation | $250 |
| Sale of Certificate of Purchase/or Note | $500 |
| Subordinate (HUD) loan preparation | $350 |
| Title clearance, tax payment, lien release | $125 |
| Vacate sale in Rule 120 action | $250 |
| HOA Superlien Process Resolution | $125 |

## HOURLY RATES

Hourly rates for matters that fall outside the parameters of a normal foreclosure or bankruptcy which do not occur on a regular basis (for example, non-conforming or contested issues).

| | |
|---|---|
| Attorney Time | $200 |
| Law Clerk Time | $ 90-95 |
| Paralegal Time | $ 90-95 |