## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on October 5, 2007 I caused a copy of the foregoing **Notice of Deposition of American Home Mortgage Holdings, Inc., et al., Pursuant to Federal Rule of Civil Procedure 30 (b)(6), and Incorporated by Federal Rule of Bankruptcy Procedure 7030** to be served upon the parties on the attached list in the manner indicated.

*/s/ Christopher M. Samis*
Christopher M. Samis (No. 4909)

RLF1-3209940-1

In re: American Home Mortgage Holdings, Inc.
Case No.: 07-11047 (CSS)
Service List

*Via Hand Delivery*

(Counsel to Debtors)
James L. Patton, Jr.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

(Proposed Counsel to Committee)
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

(Counsel to Administrative Agent)
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

(Counsel to DIP Agent)
Victoria Counihan
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

(U.S. Trustee)
Joseph McMahon
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

*Via First Class Mail*

(Debtors)
Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Jeffrey N. Levine
Milestone Advisors LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

(Proposed Counsel to Committee)
Mark S. Indelicato
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

(Counsel to Administrative Agent)
Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

(Counsel to DIP Agent)
Corinne Ball
Erica M. Ryland
Jones Day
222 East 41st Street
New York, NY 10017