IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| **AMERICAN HOME MORTGAGE** | ) |
|     **HOLDINGS, INC., et al.,** | )    **Case No. 07-11047 (CSS)** |
| | ) |
|     Debtors. | )    **(Jointly Administered)** |
| | ) |
| | ) |

## NOTICE OF DEMAND FOR DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P 30(b)(5) and 34 as incorporated by reference into Fed.R.Bankr.P. 7030 and 7034, The Bank of New York ("BNY") by and through its undersigned counsel, hereby requests that American Home Mortgage Holdings, Inc. et al. and Milestone Advisors, LLC produce for inspection and copying any and all documents described below that may be in the possession, custody or control of each, on or before the time of the depositions noticed for each of them for October 12, 2007.

1. Any and all pro forma opening balance sheets for AH Mortgage Acquisition Co., Inc., which give effect to the proposed sale of any and all of the assets of AHM Servicing.[1]

2. Any and all projected income statements and statements of cash flow for AH Mortgage Acquisition Co., Inc.'s first two years of operations.

---

[1] Any and all capitalized terms used herein shall have the meaning ascribed to them in BNY's Limited Objection and Reservation of Rights (the "Objection") to the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (Docket No. 826).

RLF1-3209936-1

3. Any and all documents related to AH Mortgage Acquisition Co., Inc. ("AHMAC")'s qualification as an entity able to service mortgage loans on behalf of Fannie Mae or Freddie Mac, including but not limited to any and all licenses that have already been obtained or steps that have been taken with the appropriate government agencies in furtherance of obtaining appropriate qualification;

4. Any and all documents related to AHMAC's willingness to service the mortgage loans related to the 2004-4 Notes and HELOC mortgage loans, including but not limited to information or expressions of intent made during negotiation of the Asset Purchase Agreement1 by AHMAC to the Debtors related to this point;

5. Any and all documents related to AHMAC's willingness to maintain in force a policy of insurance covering errors and omissions in the performance of its obligations as RMBS Master Servicer and/or HELOC Subservicer in accordance with the agreements related to the 2004-4 Notes as well as a fidelity bond in respect of its officers, employee and agents, including but not limited to steps that have been taken, fees that have been paid and forms that have been completed in furtherance of obtaining such insurance policy and fidelity bond;

6. Any and all documents related to requests made to relevant Rating Agencies regarding the required letter stating that AHMAC is satisfactory to the relevant Rating Agencies such that they will not reduce their ratings on the 2004-4 Notes as a result of the change in servicer and any information that was supplied to each of

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in BNY's Limited Objection and Reservation of Rights to the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (Docket No. 826).

the Rating Agencies to establish that AHMAC should receive the same credit rating as AHM Servicing as well as any communication received from the Rating Agencies in response to said request;

7. Any and all documents related to AHMAC's independent status, as it is defined in section 12.04 of the servicing agreements related to the 2006-6 Certificates and the 2009-9 Certificates;

8. Any and all documents related to the Debtors' evaluation of AHMAC's servicing facilities, including but not limited to information obtained regarding the size of each facility and whether each can house the AHM Servicing business;

9. Any and all documents related to information gathered by the Debtors during negotiations with AHMAC regarding AHMAC's plan to effectively to take over AHM Servicing's duties, including but not limited to steps taken by AHMAC to execute said plan;

10. Any and all documents related to information gathered by the Debtors during negotiations with AHMAC regarding AHMAC's personnel, and what steps AHMAC has take to demonstrate the adequacy of said personnel to conduct the business of AHM Servicing or to increase the number of personnel in order to conduct the business of AHM Servicing;

11. Any and all documents related to information gathered by the Debtors during negotiations with AHMAC regarding AHMAC's records and procedures regarding the servicing of mortgage loans;

12. Any and all documents related to information gathered by the Debtors during negotiations with AHMAC regarding AHMAC's integrity and reputation in the

mortgage loan servicing industry including but not limited to information gathered from other parties; and

13. Any and all documents related to information gathered by the Debtors during negotiations with AHMAC regarding AHMAC's current financial standing.

Dated: October 5, 2007
Wilmington, Delaware

*/s/ Christopher M. Samis*

Russell C. Silberglied (No. 3462)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700

-and-

Leo T. Crowley (LC 1311)
Margot P. Erlich (ME 2117)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000

Attorneys for The Bank of New York
in various capacities