## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re: GREAT OAK ABSTRACT CORP.                    Case No. 07-11054  Chapter 11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses are combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE ( if more than one ) |
|---|---|
| $1,234,923 | FY 2005 (January 1 - December 31) |
| $718,664 | FY 2006 (January 1 - December 31) |
| $177,725 | YTD 2007 (January 1 - July 31) |

---

### 2. Income other than from employment or operation of business

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

### 3. Payments to creditors

None ☑

a. Individual or joint debtor(s) with primary consumer debts: List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. Debtor whose debts are not primary consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See American Home Mortgage Corp. Question 3b | | | |

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See American Home Mortgage Corp. Question 3c. | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See American Home Mortgage Corp. Question 4a. | | | |

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None

☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None

☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERM OF ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None

☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION OF COURT<br>CASE TITLE AND NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None

☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR,<br>IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None

☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND<br>VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND,<br>IF LOSS WAS COVERED IN WHOLE OR<br>IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See American Home Mortgage Investment Corp. Question 9. | | |

### 10. Other transfers

None ☑    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑    b.    List all other property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑   Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑   respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a
  party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None   a   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
☑   beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
  executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years
  immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting
  or equity securities within the two years immediately preceding the commencement of this case. If the debtor is a
  partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
  ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
  securities, within the six years immediately preceding the commencement of this case. If the debtor is a corporation,
  list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
  of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within
  the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None   b   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑   U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

      *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None   a.   List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case
☐   kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Robert Bernstein | Dec 2002 - Present |

538 Broadhollow Road
Melville, NY  11747

Nicholas Parrinelli                        August 2003 - Present
538 Broadhollow Road
Melville, NY  11747

Richard Silver                              December 2000 - Decemeber 2002
538 Broadhollow Road
Melville, NY  11747

---

None     b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have
☐            audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

Deloitte & Touche LLP          Two World Financial Center        August 2005 - Current
                               New York, NY  10281

---

None     c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐            account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

Stephen A. Hozie                          538 Broadhollow Road
Executive Vice President & Chief Financial Officer   Melville, NY  11747

Robert Bernstein                          538 Broadhollow Road
Controller                                Melville, NY  11747

---

None     d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☑            statement was issued within the two years immediately preceding the commencement of this case by the debtor.

         Information has been sent to various constituencies, some of these parties include:

NAME AND ADDRESS                          DATE ISSUED

---

**20. Inventories**

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of
☑            each inventory, and the dollar amount and basis of each inventory.

                                                              DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR            (Specify cost, market or other basis)

---

None     b.  List the name and address of the person having possession of the records of each of the two inventories reported in a.,
☑            above.

                               NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY              OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☑

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐       indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Michael Strauss | President and Chief Executive Officer | N/A |
| Stephen A. Hozie | Executive Vice President and Chief Financial Officer | N/A |
| Alan B. Horn | Executive Vice President, General Counsel and Secretary | N/A |
| Robert Bernstein | Executive Vice President and Controller | N/A |

**22. Former partners, officers, directors and shareholders**

None   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☑       preceding the commencement of this case.

NAME                            ADDRESS                          DATE OF WITHDRAWAL

None   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one
☐       year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| Barbara Prignano 37 Bayview Ave East Islip, NY 11730 | President | April 6, 2007 |

**23. Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☐      compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year
       immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| See American Home Mortgage Corp. Question 3c. | - | |

**24. Tax Consolidation Group**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☐      consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period
       immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |
| American Home Mortgage Holdings, Inc. | 13-4066303 |

**25. Pension Funds**

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

F

f j3 P3 u– 3- i r51*j Sj– 7 – W*j4 j Qu j 3 4 § 3– j 1*j W*j4 j 73 4 W3 j j Ql 3 - 3 u QQ3 1*j W3 j j 7 3 tt x rWi r bCt 3 4 l j4j 3 g j Qm3 - T -j4 j taacr ' *j W*j4 j 3 4 W3 j j j 3 j4 – *j Sj– 3 j 3 4 j4 3 4 j j j 3 j4 * 43 3 3 j3 3 –j u $ s5Caac 1*j Tj S3 j 7r N * j *j Sj– 3 3$j j *3 j j - j4 j3 3– j –j jQQ j j *3 *j W*j4 j 3 4 W3 j j 3 j 3-- 3 j 3 4 - j j –3 j4 Q 3 *3 3 3 3 3– j 3 *j j Q j 3 3 5 34 j j j

3 j r u-- 4 $ 5 *j Sj– j j j *j $* 3 j 4 *j W*j4 j 3 4 W3 j j Q j j 3 3 –j j-j 3 3 3 j 3 4 j j- 4 3 Q 3 –j- j 3 3 3– j r ' *j j $ –3 j 1*j f –3 y j 73 j - 3 j4 – jQ j -j 53 4 - j 3 j$ 3 3 Q5 *j W*j4 j 3 4 W3 j j 53 4 * 4 –j jQ j4 3 4 j j j4 - j- * 3 j j Q *j W*j4 j 3 4 W3 j j r

' *j Sj– j j j *j $* 4 j5 3 j QQj 4jQ j 53 - 3 jQj - j4 *j W*j4 j 3 4e W3 j j 3 3 5 3– - 3 Q-3 r ' *j Sj– 3 j j j 3 $* * j j- *j 3 j 53 3 4 -*3 3- j 3 Q *j 3 j 3 4 3– j j4 W*j4 j 3 4 W3 j j r

u Q3 j 4j $ 3 j 3 - 3 j4 *j Sj– W*j4 j 3 4 j45 - $j 43 j4 4 j - j 3 34 – *j Sj– *3 -* 3 4 j45 - $j 43 j4 r ' *j Sj– j j j *j $* 4 j5 3 j j QQ $* 5- j - 3 4jQ j 53 - 3 jQj - j4 W*j4 j 3 3 5 3– - 3 Q-3 5 *j j – j j 4j $ 3 j 3 - 3 3 4 j45 - $j 43 j4 r u 44 3 5 *j 4 3 3 Q-3 j4 3 –j j - j Q- $j 3 4 344 3 43 j4 3 r l *j 5 *j - 3 Q 4 4 3 - j4 Q 53 $ *j * $ 5 j -*3 4 j5$ 4 5 j -j 5 3 j 3 j j4 3 *j 3 j j j4 *j Sj– – 3 4 j- 4 3 4 3 jQj - - j4 3 3 -j 4 j Q -* - j4 *j Sj– r ' *j Sj– j j j 3 Q $* * j j- 3 -* - j4 3 4 3 3 -j r

u 4 –j j j j 3 4 4 – 4j j –3 - j 3 j 3 3 Q *j Sj– j j j 5 j *j j j45 *j -3 $ 3 j *j Sj– – 1 j – 3 j75 3 *j *3 *j - j 3 j 3 j 5 Q *j Sj– j j j 3 4 Q *j Sj– 3– j 5 jQj - j4 *j Sj– W*j4 j 3 4 W3 j j r

' *j Sj– *3 j Q * 3 -3 j Q3- 3$3 3 * 4 3 j 3 3 j W*j4 j 3 4 W3 j j r ' *j Sj– j j j 3 Q $* * j j- 3 -3 j Q3- 3 *3 j 3 4 j *j *j j f –3 y j *j W*j4 j 3 4 W3 j j *3 –j 4j j j4 3 3 j Q3 -* -3 j Q3- r

’ *j W*j4 j 3 4 W3 j j *3 j –jj $ j4 – *j Sj– d j- j v -j T j 4j 3 4 i * j Ql 3 - 3 P QQ-j 5Wj *j u r n j r L j j $ 3 4 $ $ *j W*j4 j 3 4 W3 j j 5R r n j *3 j-j 3 j j4 *j j QQ 5 3j j 3 4 j j j 3 Q *j Sj– j j 3 4 Q 3 r R r n j *3 l3 4 - 4 *3 j7 j 3 j Qj4 *j 3-- 3- Qj3-* -* 3 j j 3 4 j j j 3 5 - 4 $ 3 j j 3 4 j j j 3 - -j $ 3 j4 - j4 3 4 *j 344 j j r

L 344 *j Q j $ $5 *j Q $ - j j j 34 j4 – *j Sj– *j j 3 3 Q *j W*j4 j 3 4 W3 j j p

W*j4 j Qu j 3 4 § 3– j

W*j4 j m y j

- x j *j j j45W*j4 j m *j j – 3 j Q j3-* Q *j Sj– 3 j 3 QF kt 5Oaac53 j Qj - j4 *j Sj– – 3 4 j- 4 r
- W*j4 j mO4 j - 4j - 4 3 3 4 j - 3-- 3 3 j4 – *j Sj– *j 4 3 - j Q – j r
- W*j4 j mO S j *j $ Q-j 3 3 3 - 3 Q 5 j 3-- *3 j –jj j4 * 3 j $3 j –3 3 -j r l * j 3-- 5 *j j 3 j - j 4 $ 3-- j4 W*j4 j mOQ * - * Q 4 4 –j *4 3 3 4 *j j Q j *j 3 Q W*j4 j mO - j- r
- W*j4 j mkb R $3$j m3- j4 W- j 3 j j4 3 Q3-j 3 j r
- W*j4 j mkb § 3 3 j j4 3 3 4 - 3 –3 3 -j r

W*j4 j S y j

- d -j 3 *j j 3$ jj4 3-- 43 -j * 3 3 3$ jj4 4j 3 *j 4j j j j4 – *j m3 - i 5 *j Sj– j j j $* 4 j -*3 j $j *j 3 4 5 j Q- Q 3 43 -j Q3 j j4 –j $ 3 j4 j Q- j4 3 j - Q- 3 j 3 j - j4 - j4 j4 W*j4 j S r
- n 4j Q j - j4 - 3 – j Q* 4 $ j QQ $* 3$3 *j Sj– j3 $ j j *j Sj– 3 j - 4j 4 W*j4 j S r §j 5 - 3 j 3 4 *j 3 j * - * 3 * 4 j - 4j *3 j 3 –jj j4 W*j4 j S r

- u * $* *j Sj– *3 -*j4 j4 *j - 3    Q 3    - j4    3 j- j4
  - 3  5 *j 4j–   j j j 3 $*   4  j  -*3 j $j *j j- j4 3 j Q
  3   -*- j4   - 3   *j -*3 3- j  3   Q*j  - j Q3   -*
  3 3- 5 3 4 - j    j 5 j 3j4   -*- j4   - 3 r

- L -j 3    3 -j 5 *j Sj–   3 –j 3- G– $ 5- G  $3$   $ 3 3
  * j j- -*j4 j4-3   Q 3QQ 3j 53 4 - 3 -*j4 j
  W*j4 j S   j 4j4 3-   j4$j - 3   Q- j4   *3 3 j *j  j
  3 Qj4 4 -*3 $j4– *j j  j r

- ’ *j 4j -    4j 4 3 j  j4  –j 3   3 r gjQj -j *j
  3 -3-j- j4 3$ jj j   3 4 j 3 j4 4 - j   j- j 3 Q 3-  j j
  4j -   Q*j - 3 j 3 3 4 *j 3 j 5j j 3 4   Q3  j r
  y * $ *j j  *3 –j 4jj j4 3  4 Q-3   j j 3  Q*j j  Q
  -* 3$ jj j r

## W*j4 j d y j

- ’ *j m3   - i  *3 3   j4 *j 3 j  Q-j 3   j- j4 - 3
  3$3  *j Sj–  - 4 $5 *   3  5-j 3 - 3  Qj   jj Q
  3$j 5 3 3 j 53 4 –j jQ r N* j *j Sj–  *3  34jj j  jQQ   jQj-
  -* 3 j   W*j4 j d5   j 3 j   3  *3 j –jj 3--   j4 Q r

- ’ *j  $ Q3  - 3  * W*j4 j d 4 j  -  j 3 34   –
  *j Sj–  *3 -*- 3  j  j4   j3 j  4j tt x rWi r bacr
  ’ *j Sj–  j j j *j $*  3 j *j   *3 3 - 3  j4
  W*j4 j d  j  j4   r

- S j - Q4j 3  - -j 5 *j Sj– *3   j j4 *j 344 j j  Q*j
  j  jj- 3 3   j4 * W*j4 jr

## W*j4 j l y j

- ’ *j m3   - i  *3 3   j4 *j 3 j  Q-j 3   j- j4 - 3
  3$3  *j Sj–  - 4 $5 *   3  5-j 3 - 3  Q- -3 j 4 r
  N * j *j Sj–  *3  34jj j  jQQ   jQj- -* 3 j   W*j4 j 15
  j 3 j  34j 3Qj *j Tj   S 3 j   3  *j Q 43 4j 3
  –j 3--  j4 Q W*j4 j l r

- ’ *j Sj–  j  j  - 3 j – j Qj -j  W*j4 j l 3 3 j
  j 4 $ 3 4  j 3 $3  j4 Al37 Q*j Sj–  W3 j j  3
  - $j 5  43 j4 3 4 4  j4- 3 5 *j j j  3 j 34  j4
  W*j4 j l r

k

- N * j *j S j – *3 34j 3 j QQ 4j Q *j j $ *j 3-- 3 3– j – $3 j 3-* - j 4 5 *j S j – 3 4 3QQ 3 j 4 4j – j 4 3 - 43 j 4 -3 * 3 3$j j 3 4 3-- 3 3– j j * -* j j 34 j j 4 – u j -3 n j R $3$j i r u -*5 Q *j - j 4 3 j 3 *j W*j 4 j Qu j -3 n j R $3$j i r * 3 4 $ *j Q3- *3 -j 3 Q * j – $3 3 –j – $3 Q j j Q u j -3 n j R $3$j i r 3QQ 3 j 4 4j – r

- S j - Q4j 3 - -j 5 *j S j – *3 j j 4 *j 344 j j Q *j j j j - 3 3 j 4 * W*j 4 j r

W*j 4 j f y j

- N * j j 3 3– j –j j QQ *3 j –j j 34j j j *j 3-- 3- QW*j 4 j f 5 34 j j j 3 *3 j -- j 4r ' *j j j *j S j – –j - j 3 3 j Q344 3 j j - - 3- 3 4 j j 4 j 3 j 5 j j * W*j 4 j r

- ' *j S j – *j j – j j j 3 $* 4 j *j 3 4 5 3 j Q -j 3– Q3 - 3- 53$ j j j j 3 j j Q * W*j 4 j f 3 4 3 j 4 j j -* W*j 4 j 3 j -j 3 r u 44 3 5 *j 3- $ Q 3 - 3- j 3 j * W*j 4 j *3 –j 4j j j 4 3 34 *3 -* - 3- 3 j j - - 3- j j 4 j 3 j 5 *3 j -j 3 3 – 4 $5 3 4 3 4 j Q -j 3– j - 3- r u 3 4 3 Q *j S j – $* 5- 3 3 4 -3 j Q3- * j j - *j - 3- 3 4 3$ j j j j 4 * W*j 4 j 3 j *j j – j j j 4 3 4 j j j 4r

- P Q3 - 3- 3$ j j j Q * W*j 4 j 4 j - j 3 34 *3 -* j 4 - 3- 3$ j j j 3 j j - - 3- j j 4 j 3 j r ' *j S j – $* 4j *j m3 - i 4j * j j - 3 -* j 4 - 3- 3$ j j j 3 j 3 j 4 – *j r ' * W*j 4 j 3 –j 3 j 4j 4 3 3 j 344 3 j 4 - 3- 3$ j j j r

- ' *j - 3- 53$ j j j 3 4 j 3 j j 4 W*j 4 j f 3 *3 j j j 4 3 *3 j –j j j j - j 45 j 3 j 453 $ j 45 4 Qj 453 j 4j 4 3 4e j j j 4 Q j j – 3 3 j 4 j 5- *3 $j 4j 5 j 3 j j 5 3 j 5j j -j Q-3 j 5 j j 3 4 *j 4 - j 5 j 53 4 3$ j j j * -* 3 –j j 4 *j j r i j 3 Q *j j 3 j j 3 j j 4 W*j 4 j f 3 - 3 j j 3 5$ 3 3 j j Q 3 j 5 -*3 j 5 $* QQ j Q 3 5 $* j 3 j 344 3 3-j 3 4 *j -j 3 j $* r W- * $* 5 j 54 j 3 4 – $3 3 j j Q * W*j 4 j f r i j 3 Q *j 3$ j j j j 4 W*j 4 j f 3 –j *j 3 j Q- 4 3 3 j 3$ j j j j - j 4 Q 3 - $ 53 4 *j - Q -* W*j 4 j f 3 34 *3 *j 3$ j j j 3 j j - - 3- 5Q 3 - $ 3$ j j j *j j r

W3 j j Ql 3 - 3 u QQ3

W3 j j Ql 3 - 3 u QQ3 w j k–
' *j S j – *3 -*j 4 j 4 3 j - j 4 3$$ j $3 $ j *3 2b5Acb *3 j j 34j 4 $ *j oa 43 *j Tj S 3 j *j *3 4 3 - j 3$j ej j j j – j j Qj jj r u 44 3 5 3 j 34j *j S j – Q 3 3 j j 4 j j W3 j j Ql 3 - 3 u QQ3 w j or

' *j S j – 3 4 3QQ 3 j j 3 - 43 j 4 -3 * 3 3$j j j 3 4 *j – $3 Q *j S j – 3 4 -j 3 Q 3QQ 3 j 4 4j – j j 3 4 – 3 4 * $* u j -3 n j R $3$j i r li 3 j y r acGt abt 7 * 3 4 $ *j Q- *3 -j 3 Q * j – $3 3 –j – $3 Q j j Qu j -3 n j R $3$j i r 3QQ 3 j 4 4j – r u -- 4 $ 5 *j j j w j k– Qu j -3 n j R $3$j i r li 3 j y r acG t t abt 7 * 4 –j j j j 4 Q 3 - j j Q 3 j - j 4 3$$ j $3 $ j *3 2b5Acb *3 j j 34j 4 $ *j oa 43 *j Tj S 3 j r

i j 3 3 j 34j - j 4 j j 34j 3 - 3 j - j 4 -3 4r ' * j 3 j - j 4 –j j Qj - j 4 *j S j – j j w j k–r

S – j j 34j Q - 4 3 3 4 j - 3-- *3 j –jj j 4r N * j Q *j Q 4 4 – j 4 Q *j j 3-- j j 4 – j 4 *j 4 3 - j Q *j S j – 3 j - $ – j 3 4 4 - j 3 j 3 Q Q *j –j j Q Q - j 4 53 j 3 j 3 Q4 – j j 3 j 3 j 3 j 3 Q 34j – *j S j – Q *j –j j Q Q- j 4 r N * j j 4 $ 3 – 3 3 3 Q j 3 4 j QQ Q j 4 j -j 5 *j S j – 3 j 3– j j $ j $3 j *j 3 –j Q 4 – j j 34j Q *j –j j Q Q- j 4 Q *j 3 –j Q 3 j 34j –j *3 Q Q *j r

g j Q W-*j 4 j l Q - j 4 344 j j j 4 d * – k–r

W3 j j Ql 3 - 3 u QQ3 w j k-
T3 j 5 Q3 5 3 4j Q * S j – 3 j - 4j 4 3 $ *j 3 j j 4 j j W3 j j Ql 3 - 3 u QQ3 w j k- Qu j -3 n j R $3$j i r li 3 j y r acGt abt 7r

W-*j 4 j k- Qj 3-* S j – - 4j 3 j 4j *j Q Q-*j - 5 j 3 Q 3 4 *j 3 4 – j j 34j Q –3 3-- * -3 j 4 Q 3 3 4 *j j jj Gj 3 j 4 4 – j j r ' * -*j 4 j 4 j - 4j 3 j 34j 4 j - - j 4 -3 4 j Q j jj – j j j j - j 4 – 4j r

W3 j j Ql 3 - 3 u QQ3 w j A
' *j Sj– *3 34j j j jQQ - 4j d * – A3 - j j Q3 3 4
-j j 4 $ * -* *j Sj– 3 4 3QQ 3 j 4 4j– j j 3 3 * *j j j3
j 4 3 j j -j 4 $ *j Tj S 3 j r ' *j j j 4 *j Sj– *3 j 4 3
-j j 4 $ 5 3 j 4 W3 j j r

W3 j j Ql 3 - 3 u QQ3 w j b
N * j 3 j 4j j4 j j - j -j 3 j j 4 j 4j *j j j- j 3$ j j j 5
*j Sj– j j j 3 Q $* * j j- *j *j *j j j 4 j j j - j 4 – -*
j 4j j j j j j j j j - j 4r

W3 j j Ql 3 - 3 u QQ3 w j o
' *j – $3 Q *j Sj– 3 4 3QQ 3 j 4 4j– 3 j 3 4 – 3 4 * $* u j -3 n j
R $3$j L j j i r li 3 j y racGt aAC7r u-- 4 $ 5 *j 3 j j 3 j 4 4j–
- j $ –3 - 3 j 3 Q 3QQ 3 j 4 4j– 3 j 3 *j j j W3 j j Q
l 3 - 3 u QQ3 w j o Qu j -3 n j R $3$j L j j i r

W3 j j Ql 3 - 3 u QQ3 w j t A
' *j Sj– 3 3 3 4 j -j 3 Q j 4 – 3 r u 3 $ j
j 5 *j 4 3 - j Q– j 5 *j Sj– j -j j 4 3 4 3 3 j 4 4 - j 3 4
j -j j 4 3 4 4 – j 4 Q 4 j 3 j 4 *j 3 *3 j -j 4r L - - * 3
j - $5 *j 4j– - j 4 3 4 - j 3 3 - 4 3 –3 3-- 5 * -* 3 j
4j 3 j 4 *j 3 3-*j 4 d * – t Ar ' *j Sj– j j j *j $* 4 j -*3 j $j *j
j * j j Q3 j *j 4 *j - 4 3 –3 3-- r

L 344 5 *j 4 3 - j Q – j 5 *j Sj– j 3 j j j Q -j 3
* 4G3 j Q j *j 43 j 3 Q – j r u -* j 3 j 3 j j Q *
W-*j 4 j f r ' *j j –j- 3 Q -* j 3 j jQj- j 4 j *j W-*j 4 j u
W-*j 4 j m3 j *j j 4 j 3 j Q *j Sj– r y j *j *j j –j-
3 -* j 3 j jQj- j 4 *j Sj– W3 j j Ql 3 - 3 u QQ3 3 j 3 j Q
* 4G3 j * *j - Q *j Sj– r y * $ *j W-*j 4 j *3 –j - j 4
3 3 34 4j j 3 3 *j j $3 3 Q3 j 3 j 1 - 4 $ *j *j 3 j 3 j
3 j j 3 j 3 Q 3 - $ 3 3 $j j 7'53 4 *j Sj– j j j 3 $* * j j- 3
Q -* j r

W3 j j Ql 3 - 3 u QQ3 w j t c
l j j 5 *j Sj– *3 5 *j 4 3 - j Q– j 5Q j- j 4 j 3 j 3 j
j –j- –j * -* j j – j j j j 4r

W3 j j Ql 3 - 3 u QQ3 w j t o
L 344 *j 3 j - 4j 4 *j Sj– j j W3 j j Ql 3 - 3 u QQ3
w j t o5 *j Sj– 4j 4 Q 3 - 3 3 j j *j 4 3 - j Q– j

c

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                        of Debtor

Date _____          Signature _____
                                        of Joint Debtor
                                          ( if any )

. . . . . . . . . . . . . . . . .

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   October 5, 2007          Signature \S\ _____

                                Stephen A. Hozie - Executive Vice President & Chief Financial Officer
                                ------------------------------------------------------------
                                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571

Statement of Financial Affairs