# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**

Debtor

Case No.  __07-11048__

Chapter  __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|  | | | AMOUNTS SCHEDULED | | |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| --- | --- | --- | --- | --- | --- |
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 7 | $1,647,541,509.72 | | |
| C - Property Claimed As Exempt | No | | | | N/A |
| D - Creditors Holding Secured Claims | Yes | 5 | | $4,023,386,824.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 8 | | $30,438.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $767,651,149.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | $1,647,541,509.72 | | |
| Total Liabilities | | | | $4,791,068,411.00 | |

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS OF AMERICAN HOME MORTGAGE INVESTMENT CORP.

American Home Mortgage Investment Corp., (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The Schedules and Statements prepared by the Debtor are unaudited and were prepared with data as near as possible to August 6, 2007 (the "Petition Date"). While the Debtor's management has exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expects it will do so as information becomes available. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtor reserves the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and Statements.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated". The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

As it would be expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests, unless otherwise noted, the carrying value on the Debtor's books (net book value), rather than the current market values, of the Debtor's interests in property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and Statements.

The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and Statements. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

The Schedules and Statements have been signed by the Debtor's Executive Vice President and Chief Financial Officer, Stephen A. Hozie.  In reviewing and signing the Schedules and Statements, Mr. Hozie has necessarily relied upon the efforts, statements and representations of other Debtor personnel and professionals.  Mr. Hozie has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

In addition to the foregoing, the following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

<u>Schedules of Assets and Liabilities</u>

Schedule B Notes

- Unless otherwise noted, Schedule B lists the net book value for each of the Debtor's assets as of July 31, 2007, as reflected on the Debtor's books and records.

- Schedule B2 does not include custodial and escrow accounts maintained by the Debtor in the ordinary course of its business.

- Schedule B2 – Due to the timing of certain automatic transfers, some accounts have been listed with a negative balance.  For those accounts, there are corresponding accounts listed in Schedule B2 from which funds would be withdrawn and therefore the total for Schedule B2 is correct.

- Schedule B35 – Mortgage Backed Securities are listed at face value.

- Schedule B35 – Loans are listed at unpaid principal balance.

Schedule D Notes

- Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

- Holders of secured claims by virtue of holding setoff rights against the Debtor or leasing equipment to the Debtor are not included on Schedule D.  Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

- Although the Debtor has scheduled the claims of various creditors as secured claims, the debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction, or any document or instrument, related to such creditor's claim.

- In certain instances, the Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of its affiliates, and no claim schedule on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

- The descriptions provided are intended only to be a summary.  Reference to the applicable credit agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.


Schedule E Notes

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtor including, without limitation, certain claims of employees for wages, salaries, and benefits.  While the Debtor has made every effort to reflect such payments in Schedule E, some payments may not have been accounted for.

- The listing of any claim on this Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves the right to take the position that any claim listed on Schedule E is not entitled to priority.

- Due to confidentiality concerns, the Debtor has suppressed the addresses of the employee claimants listed in this Schedule.


Schedule F Notes

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtor including, without limitation, certain claims of critical vendors. While the Debtor has made every effort to reflect such payments in Schedule F, some payments made after the Petition Date pursuant to the first day order may not be accounted for in Schedule F.

- The Debtor expressly incorporates by reference into Schedules F all parties to pending and potential litigation listed in 4(a) of the Debtor's Statements as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule F.

- While the Debtor has made an effort to identify the entity owing the accounts payable obligation to each creditor, the Debtor and its affiliated debtors utilized a consolidated cash management and accounts payable systems which were administered by American Home Mortgage Corp. As such, most of the creditors will appear on the Schedules of American Home Mortgage Corp. notwithstanding the fact that certain of those obligations may be obligations of one or more of American Home Mortgage Corp.'s affiliated debtors.

- Due to confidentiality concerns, the Debtor has suppressed the addresses of the employee claimants listed in this Schedule.

Schedule G Notes

- While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. To the extent the Debtor becomes aware of additional executory contracts and unexpired leases, it will supplement this Schedule.

- The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on this Schedule are hereby reserved and preserved.

- Omission of a contract or agreement from this Schedule does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. This Schedule may be amended at any time to add any omitted contract or agreement.

- The contracts, agreements and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

4

<u>Statement of Financial Affairs</u>

<u>Statement of Financial Affairs Question 3b</u>
The Debtor has scheduled known payments to creditors aggregating more than $5,475 that were made during the 90 days prior to the Petition Date other than ordinary course wages/expense reimbursements of employees. Additionally, payments made to the Debtor's professionals are listed in response to Statement of Financial Affairs Question 9.

The Debtor and its affiliates use a consolidated cash management system and the obligations of the Debtor and certain of its affiliated debtors were paid by and through American Home Mortgage Corp. (Case No. 07-11051), notwithstanding the fact that certain of those obligations may be obligations of one or more of American Home Mortgage Corp.'s affiliated debtors. Accordingly, the response to Question 3b of American Home Mortgage Corp. (Case No. 07-11051) should be reviewed for a complete list of payments to creditors aggregating more than $5,475 that were made during the 90 days prior to the Petition Date.

Certain payments made to creditors were made via corporate credit card. Those payments to creditors will not be reflected in the Debtor's response to Question 3b.

Disbursements made from custodial and escrow accounts have not been listed. While most of the funds disbursed from these accounts were disbursed in the ordinary course of the Debtors' loan servicing business and would not constitute payments or transfers to or for the benefit of creditors, a relatively minor amount of disbursements may relate to payments or transfers made by the Debtors to or for the benefit of creditors. Without expending a substantial amount of time and effort from its limited resources, the Debtors are unable to segregate the small number of disbursements made to or for the benefit of creditors from the vast number of payments made on behalf of others.

Refer to Schedule F for creditors' addresses not listed on Exhibit 3b.

<u>Statement of Financial Affairs Question 3c</u>
Payments, if any, to any insiders of this Debtor are included among the payments listed in response to Statement of Financial Affairs Question 3c of American Home Mortgage Corp. (Case No. 07-11051).

Schedule 3c of each Debtor includes payments to insiders in the form of checks, wire transfers and other similar disbursements made from bank accounts historically used for payroll and other employee-related disbursements. This schedule does not include payments made directly to credit card issuers for employee business expenses incurred by insiders.

DB02:6281669.1 066585.1001

Statement of Financial Affairs Question 4

The Debtor has made every effort to include on Exhibit 4 a complete list of all suits and proceedings to which the Debtor and its affiliated debtors were a party within the one year immediately preceding the Petition Date.  To the extend the Debtor has omitted any suits or proceedings, it will amend its Statements.


Statement of Financial Affairs Question 5

While various lenders purported to exercise certain remedies under their respective agreements, the Debtor reserves all of its rights with respect to whether the remedies exercised by such lenders were proper or were properly exercised.


Statement of Financial Affairs Question 14

The Debtor maintains and services loan portfolios owned by various institutions.  At any given time, in the ordinary course of business, the Debtor received and maintained documents and received and disbursed funds related to the loans that it serviced.  In conjunction with its loan servicing, the debtor controlled and continues to maintain custodial bank accounts, which are detailed on the attached Exhibit 14.  The Debtor reserves the right to dispute or challenge the ownership interest of assets held in the custodial bank accounts.

In addition, in the ordinary course of its business, the Debtor leases equipment from certain third-party lessors for use in the daily operation of its business.  Any such leases are set forth in Schedule G.  The property subject to any of such leases is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtor.  Neither is the property subject to any such leases reflected in the Debtor's Statement of Financial Affairs as property or assets of third-parties within the control of the Debtor.  Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any of such issues.


Statement of Financial Affairs Question 17

From time to time, the Debtor has, in the ordinary course of business, foreclosed on real estate property subject to minor problems which were subsequently resolved.


Statement of Financial Affairs Question 19

In addition to the parties included in the Debtor's response to Statement of Financial Affairs Question 19, the Debtor provided financial statements in the ordinary course of business to various parties including regulatory agencies, financial institutions and investment banks.  In addition, financial statements have been provided to other parties as requested.  While every effort has been made to provide a complete and accurate list, inadvertent errors or omissions may exist.

6

Pursuant to the requirements of the Securities Exchange Act of 1934, at the end of he Debtor's fiscal quarters and fiscal years and upon occurrence of certain significant events, the Debtor prepares and filed with the Securities and Exchange Commission ("SEC") Form 8-K Current Reports, Form 10-Q Quarterly Reports and Reports and Form 10-K Annual Reports (collectively the "SEC Filings").  The SEC Filings contain financial information relating to the Debtor.  It is the practice of the Debtor to distribute copies of the SEC Filings to their lenders and other parties requesting financial information.  Because the SEC Filings are of public record, the Debtor does maintain records of the parties who requested or obtained copies of any SEC Filings.

* * * END OF GLOBAL NOTES * * *

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                                       (if known)

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Sheet no. 1 of 1 sheets attached to
Schedule of Real Property

| | |
|---|---|
| Subtotal (Total of this page) | |
| Total (Use only on the last page of the completed Schedule A) | $0.00 |

(Report total also on Summary of Schedules)

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

                              Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | Deutsche Loan Funding/Settlement Account Acct #:  8378 <br><br> Northfork Bank Operating Acct #:  3044 | | $29,133.22 <br><br><br><br> $20,920,765.50 |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |

Sheet no. 1 of 7 sheets attached to
Schedule of Personal  Property

| | | |
|---|---|---|
| Subtotal (Total of this page) | | $20,949,898.72 |
| Total (Use only on the last page of the completed Schedule B) | | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**　　　　　Case No.  **07-11048**
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9.  INTERESTS IN INSURANCE POLICIES.  NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |

Sheet no. 2 of 7 sheets attached to
Schedule of Personal  Property

Subtotal　$0.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule B)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | | 100% interest in AHMAC<br><br>100% interest in AHMH<br><br>100% interest in AHMSPVIII | | |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | | Comm Paper Margin Calls Receivable<br><br>Other<br><br>Accrued Interest Receivable Trading Securities<br><br>Accrued Interest Receivable Baylis Common Stock<br><br>Inter-company AHMC<br><br>Inter-company Baylis Trust 1 | | $530,000.00<br><br>$30.00<br><br>$4,110,281.00<br><br>$69,073.00<br><br>$102,186.00<br><br>$7,865,269.00 |

Sheet no. 3 of 7 sheets attached to
Schedule of Personal  Property

| | |
|---|---|
| Subtotal (Total of this page) | $12,676,839.00 |
| Total (Use only on the last page of the completed Schedule B) | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                                      (if known)

### SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED.  GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |

Sheet no. 4 of 7 sheets attached to
Schedule of Personal  Property

| | |
|---|---|
| Subtotal (Total of this page) | $0.00 |
| Total (Use only on the last page of the completed Schedule B) | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | | Tax Refund - Idaho<br>Idaho State Tax Commission<br>P.O. Box 56<br>Boise, ID  83756-0056 | | $50,250.00 |
| | | Tax Refund - Montana<br>Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT  59604-8021 | | $150.00 |
| | | Tax Refund - New Hampshire<br>NH Dept Revenue Administration<br>Document Processing Division<br>P.O. Box 637<br>Concord, NH  03302-0637 | | $38,270.00 |
| | | Tax Refund - Tennessee<br>Andrew Jackson State Office Building<br>500 Deaderick Street<br>Nashville, TN  37242 | | $802.00 |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |

Sheet no. 5 of 7 sheets attached to
Schedule of Personal  Property

|  | Subtotal<br>(Total of this page) | $89,472.00 |
|---|---|---|
|  | Total<br>(Use only on the last page of the completed Schedule B) | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**
                                   Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |

Sheet no. 6 of 7 sheets attached to
Schedule of Personal  Property

|  | Subtotal (Total of this page) | $0.00 |
|---|---|---|
|  | Total (Use only on the last page of the completed Schedule B) | |

(Report total also on Summary of Schedules

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**

Debtor

Case No. **07-11048**

(if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | | Derivative Assets | | $17,320,805.00 |
| | | Mortgage Backed Securities | | $1,596,492,619.00 |
| | | Prepaid Expenses | | $11,876.00 |

Sheet no. 7 of 7 sheets attached to
Schedule of Personal Property

| | |
|---|---|
| Subtotal (Total of this page) | $1,613,825,300.00 |
| Total (Use only on the last page of the completed Schedule B) | $1,647,541,509.72 |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**          Case No.  **07-11048**

Debtor                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS  INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ABN AMRO BANK N.V. THERESE GREMLEY 540 WEST MADISON STREET CHICAGO, IL  60661 | | | WAREHOUSE LINE  Value: | X | | X | $136,423,174.00 | Undetermined |
| ACCOUNT NO.  BANK OF AMERICA, N.A. 100 NORTH TRYON STREET NC1-007-06-06 CHARLOTTE, NC  28255 | | | WAREHOUSE LINE  Value: | X | | X | $625,990,951.00 | Undetermined |

Sheet no. 1 of 5 sheets attached to Schedule of
Creditors Holding Secured Claims

Subtotal            $762,414,125.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule D)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**          Case No.  **07-11048**

Debtor                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS  INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BANK OF AMERICA, N.A. 100 NORTH TRYON STREET NC1-007-06-06 CHARLOTTE, NC  28255 | | | MASTER REPURCHASE AGREEMENT | X | X | $85,043,872.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| BARCLAYS BANK PLC GLENN PEARSON / HANSEL NIEVES C/O BARCLAYS CAPITAL SERVICES LLC 200 CEDAR KNOLLS ROAD WHIPPANY, NJ  07981 | | | MASTER REPURCHASE AGREEMENT | X | X | $148,336,100.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| BEAR STEARNS MORTGAGE CAPITAL CORPORATION 383 MADISON AVENUE NEW YORK, NY  10179 | | | WAREHOUSE LINE | X | X | $116,430,424.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| BEAR STEARNS MORTGAGE CAPITAL CORPORATION 383 MADISON AVENUE NEW YORK, NY  10179 | | | MASTER REPURCHASE AGREEMENT | X | X | $212,236,129.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| CALYON NEW YORK BRANCH LIQUID ASSETS SECURITIZATION 1301 AVENUE OF THE AMERICAS NEW YORK, NY  10019 | | | WAREHOUSE LINE | X | X | $1,155,752,443.00 | Undetermined |
| | | | Value: | | | | |

Sheet no. 2 of 5 sheets attached to Schedule of
Creditors Holding Secured Claims

Subtotal          $1,717,798,968.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule D)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                   Case No.  **07-11048**

Debtor                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS  INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC GARY TIMMERMAN 302 CARNEGIE CENTER, 2ND FLOOR PRINCETON, NJ  08540 | | | WAREHOUSE LINE | X | | X | $29,660,346.00 | Undetermined |
| | | | Value: | | | | | |
| ACCOUNT NO. | | | | | | | | |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC GARY TIMMERMAN 302 CARNEGIE CENTER, 2ND FLOOR PRINCETON, NJ  08540 | | | MASTER REPURCHASE AGREEMENT | X | | X | $1,570,000.00 | Undetermined |
| | | | Value: | | | | | |
| ACCOUNT NO. | | | | | | | | |
| DEUTSCHE BANK MORTGAGE CUSTODY - AH072C 1761 EAST ST. ANDREW PLACE SANTA ANA, CA  92705 | | | MASTER REPURCHASE AGREEMENT | X | | X | $284,367,331.00 | Undetermined |
| | | | Value: | | | | | |
| ACCOUNT NO. | | | | | | | | |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. 600 STEAMBOAT ROAD GREENWICH, CT  06830 | | | GESTATION LINE | X | | X | $292,796,700.00 | Undetermined |
| | | | Value: | | | | | |
| ACCOUNT NO. | | | | | | | | |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. 600 STEAMBOAT ROAD GREENWICH, CT  06830 | | | MASTER REPURCHASE AGREEMENT | X | | X | $19,901,785.00 | Undetermined |
| | | | Value: | | | | | |

Sheet no. 3 of 5 sheets attached to Schedule of
Creditors Holding Secured Claims

Subtotal
(Total of this page)                    $628,296,162.00

Total
(Use only on the last page of the completed Schedule D)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                                   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS  INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT / UNLIQUIDATED / DISPUTED | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| IXIS REAL ESTATE CAPITAL, INC. RAY SULLIVAN 9 WEST 57TH STREET NEW YORK, NY  10019 | | | WAREHOUSE LINE | X | X | $11,134,799.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| JP MORGAN CHASE BANK, N.A. THANH ROETTELE 707 TRAVIS, 6TH FLOOR NORTH HOUSTON, TX  77002 | | | WAREHOUSE LINE | X | X | $161,160,514.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| LEHMAN ROBERT GUGLIELMO 745 SEVENTH AVENUE 28TH FLOOR NEW YORK, NY  10019 | | | MASTER REPURCHASE AGREEMENT | X | X | $204,707,427.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| MERRILL LYNCH 4 WORLD FINANCIAL CENTER NORTH TOWER, 12TH FLOOR NEW YORK, NY  10080 | | | MASTER REPURCHASE AGREEMENT | X | X | $224,567,000.00 | Undetermined |
| | | | Value: | | | | |
| ACCOUNT NO. | | | | | | | |
| MORGAN STANLEY STEVEN NAFTZGER 1585 BROADWAY, 3RD FLOOR NEW YORK, NY  10036 | | | MASTER REPURCHASE AGREEMENT | X | X | $38,727,000.00 | Undetermined |
| | | | Value: | | | | |

Sheet no. 4 of 5 sheets attached to Schedule of
Creditors Holding Secured Claims

Subtotal       $640,296,740.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule D)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS  INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| ORIX KANDICE STEPHENS 1717 MAIN STREET, SUITE 900 DALLAS, TX  75201 | | | MASTER REPURCHASE AGREEMENT | X | | X | $73,009,000.00 | Undetermined |
| | | | Value: | | | | | |
| ACCOUNT NO. | | | | | | | | |
| UBS REAL ESTATE SECURITIES INC. 677 WASHINGTON BLVD. STAMFORD, CT  06901 | | | MASTER REPURCHASE AGREEMENT | X | | X | $201,571,829.00 | Undetermined |
| | | | Value: | | | | | |

Sheet no. 5 of 5 sheets attached to Schedule of
Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this page) | $274,580,829.00 |
| Total (Use only on the last page of the completed Schedule D) | $4,023,386,824.00 |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by  § 1401 of Pub L. 109-8.

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Other Certain Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in  11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                 Case No.  **07-11048**

Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Alabama Alabama Dept. of Revenue Corporate Income Tax Unit P.O. Box 327430 Montgomery, AL  36132-7430 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Alaska Alaska Department of Revenue P.O. Box 110420 Juneau, AK  99811-0420 | | | TAXING AUTHORITY | X | X | | $1,354.00 | $1,354.00 |
| ACCOUNT NO. Arizona Arizona Department of Revenue P.O. Box 29079 Phoenix, AZ  85038-9079 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Arkansas Dept of Finance & Administration Corporation Income Tax Section P.O. Box 919 Little Rock, AR  72203-0919 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. California Franchise Tax Board P.O. Box 942857 Sacramento, CA  94257-0500 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Colorado Colorado Dept of Revenue Denver, CO  80261-0006 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Connecticut Department of Revenue Services P.O. Box 2974 Hartford, CT  06104-2974 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |

Sheet no. 2 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $1,354.00 |
| Total (Use only on the last page of the completed Schedule E) | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>District of Columbia<br>Office of Tax and Revenue<br>PO Box 679<br>Washington, DC  20044-0679 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Federal - Return<br>Internal Revenue Service<br>Ogden, UT  84201 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Florida<br>Florida Dept. of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL  32399-0135 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Georgia<br>Georgia Department of Revenue<br>Processing Center<br>P.O. Box 740397<br>Atlanta, GA  30374-0397 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Idaho<br>Idaho State Tax Commission<br>P.O. Box 56<br>Boise, ID 83756-0056 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Illinois<br>Illinois Department of Revenue<br>P.O. Box 19008<br>Springfield, IL  62794-9008 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Indiana<br>Indiana Department of Revenue<br>100 N. Senate Avenue<br>Indianapolis, IN  46204-2253 | | | TAXING AUTHORITY | X | X | | $29,004.00 | $29,004.00 |

Sheet no. 3 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $29,004.00 |
| Total (Use only on the last page of the completed Schedule E) | |

(Report total also on Summary of Schedules

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No. **07-11048**

Debtor                                                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Iowa<br>Corporation Tax Return Processing<br>Iowa Dept. of Revenue<br>P.O. Box 10468<br>Des Moines, IA  50306-0468 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Kansas<br>Kansas Corporate Tax<br>Department of Revenue<br>915 SW Harrison Street<br>Topeka, KS  66699-4000 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Kentucky<br>Kentucky Department of Revenue<br>Frankfort, KY  40620 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Louisiana<br>State of Louisiana Dept. of Revenue<br>P.O. Box 91011<br>Baton Rouge, LA  70821-9011 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Maine<br>Maine Revenue Services<br>P.O. Box 1062<br>Augusta, ME  04332-1062 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Maryland<br>Comptroller of Maryland<br>Revenue Administration Division<br>Annapolis, MD  21411-0001 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Massachusetts<br>Massachusetts Dept. of Revenue<br>P.O. Box 7052<br>Boston, MA  02204 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |

Sheet no. 4 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                                                UNKNOWN

Total
(Use only on the last page of the completed Schedule E)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Minnesota<br>Minnesota Revenue<br>Mail Station 1250<br>St. Paul, MN  55145-1250 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Mississippi<br>Corporate Tax Division<br>P.O. Box 23050<br>Jackson, MS  39225-3050 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Missouri<br>Missouri Dept. of Revenue<br>P.O. Box 700<br>Jefferson City, MO  65105-0700 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Montana<br>Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT  59604-8021 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Nebraska<br>Nebraska Department of Revenue<br>P.O. Box 94818<br>Lincoln, NE  68509-4818 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>New Hampshire<br>NH Dept Revenue Administration<br>Document Processing Division<br>P.O. Box 637<br>Concord, NH  03302-0637 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>New Jersey<br>State of NJ, Division of Taxation Revenue Pro<br>P.O. Box 666<br>Trenton, NJ  08646-0666 | | | TAXING AUTHORITY | X | X | | $80.00 | $80.00 |

Sheet no. 5 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $80.00 |
| Total<br>(Use only on the last page of the completed Schedule E) | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>New Mexico<br>Taxation and Revenue Department<br>Corporate Income & Franchise Tax<br>P.O. Box 25127<br>Santa Fe, NM  87504-5127 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>New York State<br>NYS Corporation Tax<br>Processing Unit<br>P.O. Box 22038<br>Albany, NY  12201-2038 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>North Carolina<br>North Carolina Dept. of Revenue<br>PO Box 25000<br>Raleigh, NC  27640-0500 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>North Dakota<br>Office of State Tax Commissioner<br>600 E. Boulevard Ave., Dept 127<br>Bismarck, ND  58505-0599 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Oklahoma<br>Oklahoma Tax Commission<br>Income Tax<br>PO Box 26800<br>Oklahoma City, OK  73126-0800 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br>Oregon<br>Refund<br>PO Box 14777<br>Salem, OR  97309-0960 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |

Sheet no. 6 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | UNKNOWN |
| Total<br>(Use only on the last page of the completed Schedule E) | |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                          Case No.  **07-11048**

Debtor                                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rhode Island State of Rhode Island Division of Taxation One Capitol Hill, Suite 9 Providence, RI 02908-5811 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. South Carolina Department of Revenue Corporation Return Columbia, SC 29214-0100 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. South Dakota State Treasurer Department of Revenue 445 E. Capitol Ave. Pierre, SD 57501 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Tennessee Andrew Jackson State Office Building 500 Deaderick Street Nashville, TN 37242 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Utah Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Vermont Vermont Dept. of Taxes 109 State Street Montpelier, VT 05609-1401 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO. Virginia Virginia Department of Taxation P.O. Box 1500 Richmond, VA 23218-1500 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |

Sheet no. 7 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                                UNKNOWN

Total
(Use only on the last page of the completed Schedule E)

(Report total also on Summary of Schedules

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, ADN ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>West Virginia<br>West Virginia State Tax Dept.<br>Internal Auditing Division<br>PO Box 1202<br>Charleston, WV  25324-1202 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |
| ACCOUNT NO.<br><br>Wisconsin<br>Wisconsin Dept. of Revenue<br>P.O. Box 8908<br>Madison, WI  53708-8908 | | | TAXING AUTHORITY | | | | UNDETERMINED | UNDETERMINED |

Sheet no. 8 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | UNKNOWN |
| Total<br>(Use only on the last page of the completed Schedule E) | $30,438.00 |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**            Case No.  **07-11048**

Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.   If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  AHM SPV III, LLC 538 BROADHOLLOW ROAD MELVILLE, NY  11747 | | | INTER-COMPANY PAYABLE | | | | $24,196,644.00 |
| ACCOUNT NO.  AMERICAN HOME ACCEPTANCE, INC. 538 BROADHOLLOW ROAD MELVILLE, NY  11747 | | | INTER-COMPANY PAYABLE | | | | $478,044,316.00 |
| ACCOUNT NO.  AMERICAN HOME MORTGAGE HOLDINGS, INC. 538 BROADHOLLOW ROAD MELVILLE, NY  11747 | | | INTER-COMPANY PAYABLE | | | | $74,030,211.00 |

Sheet no. 1 of 2 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                            $576,271,171.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule F)

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD.<br>SUITE 200<br>IRVING, TX  75063 | | | INTER-COMPANY PAYABLE | | | | $8,313,978.00 |
| ACCOUNT NO.<br><br>AMERICAN HOME SECURITIES, LLC<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY  11747 | | | INTER-COMPANY PAYABLE | | | | $2,650,000.00 |
| ACCOUNT NO.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE<br>600 TRAVIS, 50TH FLOOR<br>HOUSTON, TEXAS  77019<br>ATTN:  WORLDWIDE SECURITIES SERVICES -<br>BAYLIS TRUST I | | | SUBORDINATED NOTE<br>TRUST PREFERRED - BAYLIS TRUST I | | | | $51,550,000.00 |
| ACCOUNT NO.<br><br>WILMINGTON TRUST COMPANY, AS DEBENTURE TRUSTEE<br>ATTN:  CORPORATE CAPITAL MARKETS<br>1100 NORTH MARKET STREET<br>WILMINGTON, DELAWARE 19890-0001<br>ATTN:  CORPORATE CAPITAL MARKETS | | | SUBORDINATED NOTE<br>CONVERTIBLE TRUST PREFERRED - AHM<br>CAPITAL TRUST I | | | | $128,866,000.00 |

Sheet no. 2 of 2 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $191,379,978.00 |
|---|---|---|
|  | Total<br>(Use only on the last page of the completed Schedule F) | $767,651,149.00 |

(Report total also on Summary of Schedules

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of the lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.
NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1ST AMERICAN MORTGAGE, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/8/2006 |
| ACE AMERICAN INSURANCE COMPANY (ACE USA)<br>436 WALNUT STREET<br>PHILADELPHIA, PA  19106 | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY EXCESS |
| ACE AMERICAN INSURANCE COMPANY  HOBBS GROUP | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  9/27/2006 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC. | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/6/2006 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/11/2004 |
| ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | INSURANCE CONTRACT<br>EXCESS UMBRELLA |
| BARCLAYS BANK | ISDA MASTER AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BARCLAYS BANK PLC<br>200 PARK AVENUE<br>ATTN: GENERAL COUNSEL<br>NEW YORK, NY  10166 | ISDA CONTRACT |
| BEAR STEARNS<br>ONE METROTECH CENTER NORTH<br>ATTN: DERIVIATES OPERATION 7TH FLOOR<br>BROOKLYN, NY  11201 | ISDA CONTRACT |
| BLACKROCK FINANCIAL MANAGEMENT, INC. | VENDOR CONTRACT<br>SOFTWARE |
| BLACKSTONE MANAGEMENT PARTNERS V,LLC | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/30/2007 |
| CENTEX CORPORATION | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 10/28/2005 |
| CITIGROUP GLOBAL MARKETS INC. | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  6/13/2005 |
| DELOITTE TAX LLP | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  7/31/2006 |
| DEUTSCHE BANK<br>TAUNUASANLAGE 12 60262<br>ATTN: LEGAL DEPARTMENT<br>FRANKFURT<br>GERMANY | ISDA CONTRACT |
| EQUINIX, INC.  EQUINIX OPERATING CO, INC. | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/9/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

_____Debtor_____                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FEDERAL INSURANCE COMPANY (CHUBB)<br>PO BOX 1615<br>WARREN, NJ  07059 | INSURANCE CONTRACT<br>BUSINESS AUTOMOBILE |
| FIDELITY AND DEPOSIT COMPANY OF MD (ZURICH)<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | INSURANCE CONTRACT<br>PRIMARY BANKERS BOND |
| FIDELITY AND DEPOSIT COMPANY OF MD (ZURICH)<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | INSURANCE CONTRACT<br>MORTGAGE PROTECTION |
| GREAT NORTHERN INSURANCE COMPANY (CHUBB)<br>PO BOX 1615<br>WARREN, NJ  07059 | INSURANCE CONTRACT<br>PROPERTY/LIABILITY PACCKAGE |
| GUIDEMARK<br>7A GREENRIDGE PARK<br>NASHUA, NH  03060 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  10/21/2005 |
| HARTFORD FIRE INSURANCE COMPANY   INTERCITY AGNECY, INC. | VENDOR CONTRACT<br>SOFTWARE |
| HARTFORD INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CT  06115 | INSURANCE CONTRACT<br>WORKERS COMP |
| ILLINOIS NATIONAL INSURANCE CO. (AIG)<br>300 S. RIVERSIDE PLAZA, SUITE 2100<br>CHICAGO, IL  60606 | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY EXCESS |
| ILLINOIS NATIONAL INSURANCE COMPANY | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  9/27/2006 |
| INSURANCE COMPANY OF PA (AIG)<br>70 PINE STREET<br>NEW YORK, NY  10270 | INSURANCE CONTRACT<br>PRIMARY UMBRELLA |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**          Case No.  **07-11048**

　　　　　　　　　　　　Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INTEX SOLUTIONS, INC. | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/30/2001 |
| INTEX SOLUTIONS, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/18/2006 |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br>745 SEVENTH AVENUE 28TH FLOOR<br>TRANSACTION MANAGEMENT<br>NEW YORK, NY  10019 | ISDA CONTRACT |
| LLOYD'S<br>GLENCAIRN LTD.<br>71 FENCHURCH STREET<br>LONDON  EC3M 4BR<br>UK | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY EXCESS |
| LLOYD'S OF LONDON | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 9/27/2006 |
| MILESTONE ADVISORS, LLC | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 7/16/2007 |
| MILLSTONE ADVISORS, LLC | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 6/2/2006 |
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>1585 BROADWAY<br>ATTN: CHIEF LEGAL OFFICER<br>NEW YORK, NY  10036-8293 | ISDA CONTRACT |
| MORTGAGE GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CAPTIVE REINSURANCE) |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 12/11/2006 |
| MORTGAGE GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 12/21/2006 |
| MORTGAGE GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 3/9/2007 |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA (AIG)<br>70 PINE STREET<br>NEW YORK, NY  10270 | INSURANCE CONTRACT<br>EXCESS BANKERS BOND |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA (AIG)<br>175 WATER STREET<br>NEW YORK, NY  10038 | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY PRIMARY |
| OPTEUM INC | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/9/2007 |
| ORACLE USA, INC. | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/25/2006 |
| ORACLE USA, INC. | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/25/2006 |
| ORACLE USA, INC. | VENDOR CONTRACT<br>SOFTWARE |
| PMI MORTGAGE INSURANCE CO. | VENDOR CONTRACT<br>MORTGAGE INSURANCE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ROYAL BANK OF SCOTLAND PLC<br>RBS FINANCIAL MARKETS, LEVEL 4, 135<br>ATTN: SWAPS ADMINISTRATION<br>BISHOPSGATE, LONDON  EC2M 3UR<br>UK | ISDA CONTRACT |
| STANDARD & POOR'S | VENDOR CONTRACT<br>SOFTWARE |
| STANDARD & POOR'S | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/5/2004 |
| STANDARD & POOR'S | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/21/2004 |
| STANDARD & POOR'S | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/21/2005 |
| THE CARLISLE GROUP INC. | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  9/22/2005 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  7/13/2007 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE:  12/11/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  6/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

                              Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  4/1/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  11/14/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  11/28/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  12/11/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (MASTER POLICY) EFFECTIVE DATE:  12/15/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  3/19/2007 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE EFFECTIVE DATE:  5/11/2007 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  9/22/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  8/29/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**
_____                                    _____
                          Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 4/28/2006 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE EFFECTIVE DATE: 3/16/2007 |
| TRIAD GUARANTY INSURANCE COMPANY | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 4/1/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 3/1/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 7/19/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 6/28/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 6/30/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (CONTRACT UNDERWRITING) EFFECTIVE DATE: 6/29/2005 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE: 3/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                                 (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  4/1/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION | SECONDARY MARKETING CONTRACT MORTGAGE INSURANCE (BULK SUPPLEMENTAL) EFFECTIVE DATE:  6/5/2006 |
| UBS 677 WASHINGTON BOULEVARD ATTN: MARGIN SPECIALIST STAMFORD, CT  06901 | ISDA CONTRACT |
| VIGILANT INSURANCE COMPANY (CHUBB) PO BOX 1615 WARREN, NJ  07059 | INSURANCE CONTRACT EXCESS BANKERS BOND |
| WACHOVIA BANK, NATIONAL ASSOCIATION-WACHOVIA SECURITIES | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  4/20/2007 |
| ZURICH AMERICAN INSURANCE COMPANY 1400 AMERICAN LANE SCHAUMBURG, IL  60196 | INSURANCE CONTRACT DIRECTORS & OFFICERS LIABILITY EXCESS |
| ZURICH AMERICAN INSURANCE COMPANY | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  7/11/2007 |
| ZURICH AMERICAN INSURANCE COMPANY | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  2/27/2007 |
| ZURICH AMERICAN INSURANCE COMPANY | VENDOR CONTRACT LEGAL EFFECTIVE DATE:  9/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

                              Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | VENDOR CONTRACT PROCESSING/SERVICING |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                Case No.  **07-11048**

Debtor                                                                    (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | ABN AMRO BANK N.V.<br>THERESE GREMLEY<br>540 WEST MADISON STREET<br>CHICAGO, IL  60661 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | ABN AMRO BANK N.V.<br>THERESE GREMLEY<br>540 WEST MADISON STREET<br>CHICAGO, IL  60661 |
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | ABN AMRO BANK N.V.<br>THERESE GREMLEY<br>540 WEST MADISON STREET<br>CHICAGO, IL  60661 |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BANK OF AMERICA, N.A.<br>100 NORTH TRYON STREET<br>NC1-007-06-06<br>CHARLOTTE, NC  28255 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BANK OF AMERICA, N.A.<br>100 NORTH TRYON STREET<br>NC1-007-06-06<br>CHARLOTTE, NC  28255 |

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                                    (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | BANK OF AMERICA, N.A.<br>100 NORTH TRYON STREET<br>NC1-007-06-06<br>CHARLOTTE, NC  28255 |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BARCLAYS BANK PLC<br>GLENN PEARSON / HANSEL NIEVES<br>C/O BARCLAYS CAPITAL SERVICES LLC<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BARCLAYS BANK PLC<br>GLENN PEARSON / HANSEL NIEVES<br>C/O BARCLAYS CAPITAL SERVICES LLC<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 |
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | BARCLAYS BANK PLC<br>GLENN PEARSON / HANSEL NIEVES<br>C/O BARCLAYS CAPITAL SERVICES LLC<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BEAR STEARNS MORTGAGE CAPITAL CORPORATION<br>383 MADISON AVENUE<br>NEW YORK, NY  10179 |

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

Debtor                                                    (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BEAR STEARNS MORTGAGE CAPITAL CORPORATION<br>383 MADISON AVENUE<br>NEW YORK, NY  10179 |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | CALYON NEW YORK BRANCH<br>LIQUID ASSETS SECURITIZATION<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | CALYON NEW YORK BRANCH<br>LIQUID ASSETS SECURITIZATION<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | CALYON NEW YORK BRANCH<br>LIQUID ASSETS SECURITIZATION<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC<br>GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**

Case No.  **07-11048**

Debtor

(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC<br>GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC<br>GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC<br>GARY TIMMERMAN<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | DEUTSCHE BANK<br>MORTGAGE CUSTODY - AH072C<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA  92705 |
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | DEUTSCHE BANK<br>MORTGAGE CUSTODY - AH072C<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA  92705 |

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**
_____                                    _____
                        Debtor                                                                        (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.<br>600 STEAMBOAT ROAD<br>GREENWICH, CT  06830 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.<br>600 STEAMBOAT ROAD<br>GREENWICH, CT  06830 |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | IXIS REAL ESTATE CAPITAL, INC.<br>RAY SULLIVAN<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | IXIS REAL ESTATE CAPITAL, INC.<br>RAY SULLIVAN<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | IXIS REAL ESTATE CAPITAL, INC.<br>RAY SULLIVAN<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 |

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No.  **07-11048**

                                    Debtor                                                          (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | IXIS REAL ESTATE CAPITAL, INC.<br>RAY SULLIVAN<br>9 WEST 57TH STREET<br>NEW YORK, NY  10019 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | LIQUID FUNDING, LTD.<br>CANON'S COURT<br>22 VICTORIA STREET<br>HAMILTON HM 12<br>BERMUDA |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | UBS REAL ESTATE SECURITIES INC.<br>677 WASHINGTON BLVD.<br>STAMFORD, CT  06901 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | UBS REAL ESTATE SECURITIES INC.<br>677 WASHINGTON BLVD.<br>STAMFORD, CT  06901 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC.<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | UBS REAL ESTATE SECURITIES INC.<br>677 WASHINGTON BLVD.<br>STAMFORD, CT  06901 |

In re  **AMERICAN HOME MORTGAGE INVESTMENT CORP.**

Case No.  **07-11048**

Debtor

(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AMERICAN HOME MORTGAGE SERVICING, INC.<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063 | UBS REAL ESTATE SECURITIES INC.<br>677 WASHINGTON BLVD.<br>STAMFORD, CT  06901 |

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                        Case No.  **07-11048**

Debtor                                                                                    (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I , the Executive Vice President & Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 5, 2007                          Signature  \S\ _____

Stephen A. Hozie

(print or type name of individual signing on behalf of debtor)

Executive Vice President & Chief Financial Officer

(indicate position or relationship to debtor)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.