## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
In re:                                                          :     Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                :
                                                                :     Jointly Administered
          Debtors.                                              :
                                                                :
                                                                :
----------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on October 5, 2007, a copy of the **Notice of Deposition of Milestone Advisors, LLC As Investment Bankers and Financial Advisors for American Home Mortgage Holdings, Inc., et al., Pursuant to Fed. R. Civ. P. 30(b)(6), As Incorporated by Fed. R. Bankr. P. 7030** was served upon the parties on the attached service list in the manner indicated.

Micherie A. Green, Paralegal
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, Suite 1600
Wilmington, Delaware 19890
(302) 425-7165

Subscribed and sworn to before me
this 8th day of October, 2007

Notary Public

**Service List**

**<u>Via Facsimile</u>**

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Facsimile: (202) 367-3001

Edward J. Kosmowski
Edwin J. Harron
Joel A. Waite
Kara Hammond Coyle
Kenneth J. Enos
Matthew Barry Lunn
Pauline K. Morgan
Robert S. Brady
Travis N. Turner
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
Facsimile: (302) 571-1253