IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          ) Chapter 11
                                                                )
AMERICAN HOME MORTGAGE                                          ) Case No. 07-11047
HOLDINGS, INC., a Delaware corporation, et. al.                 ) Jointly Administered
                                                                )
                                                                )
                        Debtors.                                )
---------------------------------------------------------------- x

**NOTICE OF DEPOSITION OF AMERICAN HOME MORTGAGE HOLDINGS, ET AL., PURSUANT TO FED. R. CIV. P. 30(B)(6), AND INCORPORATED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 7030**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), as incorporated by reference into Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), EMC Mortgage Corporation ("EMC"), by and through its undersigned counsel, shall take oral deposition(s) of one or more designee or designees of American Home Mortgage Holdings, Inc. et al. (the "Debtors") on October 12, 2007, in the offices of Nixon Peabody LLP, 437 Madison Avenue, New York, New York, 10022. The deposition will begin at 2:00 p.m. (Eastern) and will continue until completed. The testimony shall be recorded stenographically or by sound and video by a notary public or other person authorized to administer oaths.

Pursuant to Fed. R. Civ. P. 30(b)(6) as incorporated by reference into Bankruptcy Rule 7030, the Debtors are required to designate one or more officers, directors or managing agents, or other persons duly authorized and consenting to testify on behalf of the Debtors and, for each such person, the Debtors may set forth the matters on which such person(s) will testify. The person(s) so designated shall testify as to matters known to or available to the Debtors. The designated representative(s) produced shall be prepared to testify at the law office of Nixon

DM3\572417.1

Peabody LLP (as set forth above) as to matters known or reasonably available, including but not limited to the following matters:

1. AH Mortgage Acquisition Co., Inc. ("AHMAC")'s qualification as an entity able to service mortgage loans on behalf of Fannie Mae or Freddie Mac, including but not limited to any and all licenses that have already been obtained or steps that have been taken with appropriate government agencies in furtherance of obtaining appropriate qualification.

2. AHMAC's ability and willingness to service the mortgage loans sold to EMC Mortgage Corporation ("EMC") under that certain Purchase, Warranties and Servicing Agreement dated as of March 1, 2006 ("PWSA").

3. All communications and discussions with the Debtor, or its advisors or consultants, including all e-mails and other electronic communications, concerning the PWSA and AHMAC's consideration or determination whether to acquire any rights under the PWSA.

4. AHMAC's knowledge of, and participation in, the determination or calculation of any amounts which must be paid as a "cure" payment in order for the debtor to be able to assume and assign the PWSA to AHMAC.

5. AHMAC's and the Debtor's maintenance of a blanket fidelity bond and an errors and omissions insurance policy as required by the PWSA, including as set forth in section 4.12 of the PWSA.

6. The Debtors receipt of any notice of termination of the PWSA, or any internal discussion, communication or documentation concerning the termination of the PWSA as a "securities contract" under the Bankruptcy Code, or for any other reason during the period of August 1, 2007 to the current date.

7. Any discussion, evaluation, documentation or digital information concerning the Debtors' evaluation or analysis of whether an event of default under Section 9.01 of the PWSA has occurred and may have occurred, and if so, its relationship or significance to the Debtors' right to assume or assign the PWSA.

8. AHMAC's willingness or ability to comply with Section 6.07 of the PWSA, including but not limited to its compliance with the Servicing Criteria as required by Rules 13a-18 and 15d-18 of the Exchange Act and Item 1122 of Regulation AB.

9. AHMAC's requests to any relevant Rating Agencies regarding any required approvals under the PWSA should the court permit an assignment of any servicing rights under such agreement.

10. All information, discussions and documents concerning the Debtors' decision to cancel the proposed Auction of the Debtors' assets related to its servicing business.

Absent a court order permitting additional time pursuant to Fed. R. Civ. P. 20(d)(2), each deposition will conclude after one day and no more than seven (7) hours of examination. EMC is on notice that other parties intend to participate in the above-referenced deposition(s) and will file separate notices of deposition. It is acceptable to EMC that such other

parties participate in the above-referenced deposition(s) at the same time in an effort to reduce redundancy and to save expense.

Dated: October 8, 2007
      Wilmington, Delaware

DUANE MORRIS LLP

_____
Frederick B. Rosner (DE 3995)
Richard W. Riley (DE 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4943
Facsimile:   (302) 657-4901

and

SIDLEY AUSTIN LLP
William M. Goldman
Geoffrey T. Raicht
Alex R. Rovira
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

SIDLEY AUSTIN LLP
David R. Kuney
1501 K. St. N.W.
Washington, D.C. 20005
Telephone: (202) 736-8650
Facsimile: (202) 736-8711