IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Hearing Date: October 31, 2007 at 10:00 a.m. |
| | : | Objection Deadline: October 24, 2007 at 4:00 p.m. |

**MOTION FOR APPROVAL OF STIPULATION AND AGREEMENT
BETWEEN THE DEBTORS AND AON CONSULTING, INC. AND AON
INVESTMENT CONSULTING, INC. REGARDING STATUS AND SERVICES
OF AON CONSULTING, INC. AND AON INVESTMENT CONSULTING, INC.**

Aon Consulting, Inc. and Aon Investment Consulting, Inc. (collectively, "Aon"), by and through its attorneys, Duane Morris LLP and Post & Schell P.C. file this Motion For Approval Of Stipulation And Agreement Between The Debtors And Aon Consulting, Inc. Regarding Status And Services Of Aon Consulting, Inc. and Aon Investment Consulting, Inc. (the "Motion") and in support thereof state as follows:

1. On August 6, 2007 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

2. Prior to the Petition Date, Aon provided various employee benefit administration, 401(k) and other benefits related services to the Debtors. The Debtors have requested that Aon continue to provide these services post-petition.

3. Since the filing of the petition, Aon and the Debtors have discussed the Debtors' request for the continuation of various benefit administration, 401(k) and other benefits related services and the parties have reached agreement regarding the same.

4. On or about October 4, 2007, Aon and the Debtors entered into a Stipulation And Agreement Between The Debtors And Aon Consulting, Inc. And Aon Investment Consulting,

Inc. Regarding Status And Services Of Aon Consulting, Inc. And Aon Investment Consulting, Inc. (the "Stipulation"). The Stipulation details the agreements between Aon and the Debtors. A true and correct copy of the Stipulation is attached hereto as Exhibit "A."

5. The Stipulation is in the best interest of the Debtors' estates because it will allow Aon to continue to render the same types of services which Aon provided to the Debtors prior to the Petition Date and will allow the Debtors to timely and efficiently meet reporting requirement related to their employee benefits and otherwise address their employee benefits needs.

6. Aon requests that an Order be entered approving the Stipulation.

## Notice

7. Notice of this Motion has been given to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to all official committees appointed by the United States Trustee; and (d) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, for the reasons set forth above, Aon Consulting, Inc. and Aon Investment Consulting, Inc. respectfully requests that an Order be entered granting this Motion and granting such further relief as may be necessary or appropriate.

Dated: October 8, 2007
       Wilmington, Delaware

Richard W. Riley (DE 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-Mail:       rwriley@duanemorris.com

- and -

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601
Telephone:   (717) 612-6041
Facsimile:    (717) 731-1985
E-Mail:       bbisignani@postschell.com

*Counsel for Aon Consulting, Inc. and Aon Investment Consulting, Inc.*

-3-

DM3\569751.2