IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Hearing Date: October 31, 2007 at 10:00 a.m. |
| | : | Response Deadline: October 24, 2007 at 4:00 p.m. |

## NOTICE OF MOTION

Aon Consulting, Inc. and Aon Investment Consulting, Inc. today filed the **Motion for Approval of Stipulation and Agreement Between the Debtors and Aon Consulting, Inc. and Aon Investment Consulting, Inc. Regarding Status and Services of Aon Consulting, Inc. and Aon Investment Consulting, Inc.** (the "Motion").

Responses to the Motion, if any, must be filed on or before October 24, 2007 at 4:00 p.m. with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any response upon the undersigned attorneys.

A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 31, 2007 AT 10:00 A.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION MAY BE HEARD AT THE HEARING.

DM3\569751.2

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: October 8, 2007
       Wilmington, Delaware

*/s/ Richard W. Riley*
Richard W. Riley (DE 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-Mail:   rwriley@duanemorris.com

- and -

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601
Telephone:   (717) 612-6041
Facsimile:   (717) 731-1985
E-Mail:   bbisignani@postschell.com

*Counsel for Aon Consulting, Inc. and Aon Investment Consulting, Inc.*