IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | : : | Case No. 07-11047 (CSS) Jointly Administered |
| | : | |
| Debtors. | : | |

## ORDER

Upon consideration of the Motion for Approval of Stipulation and Agreement Between the Debtors and Aon Consulting, Inc. and Aon Investment Consulting, Inc. Regarding Status and Services of Aon Consulting, Inc. and Aon Investment Consulting, Inc. (the "Motion"), and adequate notice of the Motion having been given, and good cause appearing therefore,

IT IS ORDERED that the Motion is hereby GRANTED and the Stipulation attached as Exhibit "A" to the Motion is APPROVED.

Date: _____ _____
          Wilmington, Delaware             THE HONORABLE CHRISTOPHER S. SONTCHI
                                           UNITED STATES BANKRUPTCY JUDGE

DM3\569751.2