IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       ) Chapter 11
                                                             )
AMERICAN HOME MORTGAGE                                       ) Case No. 07-11047
HOLDINGS, INC., a Delaware corporation, et. al.              ) Jointly Administered
                                                             )
                                                             )
                Debtors.                                     ) Regarding Docket No. 1352
------------------------------------------------------------ x
```

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Deposition of American Home Mortgage Holdings, et al., Pursuant to Fed. R. Civ P. 30(b)(6), and Incorporated by Federal Rule of Bankruptcy Procedure 7030** was made on October 8, 2007 upon the individuals listed on the attached service list by hand-delivery to parties located in Wilmington, Delaware and by first class mail, postage pre-paid to all others.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: October 8, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      rwriley@duanemorris.com

DM3\572417.1

## In re American Home Mortgage Holdings, Inc.
## Case No. 07-11047 (CSS)
## Service List

**Via Hand Delivery**

(Counsel to Debtors)
James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

(Proposed Counsel to Committee)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

(Counsel to Administrative Agent)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

(Counsel to DIP Agent)
Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

(U.S. Trustee)
Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**Via First Class Mail**

(Debtors)
Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Jeffrey N. Levine
Milestone Advisors LLC
1774 Eye Street, NW, Suite 800
Washington, DC 20006

(Proposed Counsel to Committee)
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

(Counsel to Administrative Agent)
Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

(Counsel to DIP Agent)
Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017