IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------- x | |
| In re: | ) Chapter 11 |
|  | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 |
| HOLDINGS, INC., a Delaware corporation, et. al. | ) Jointly Administered |
|  | ) |
|  | ) |
| Debtors. | ) Regarding Docket No. 1353 |
| ------------------------------------------------- x | |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Deposition of Milestone Advisors, LLC as Financial Advisors for American Home Mortgage Holdings, Inc., et al., Pursuant to Fed. R. Civ P. 30(b)(6), and Incorporated by Federal Rule of Bankruptcy Procedure 7030** was made on October 8, 2007 upon the individuals listed on the attached service list by hand-delivery to parties located in Wilmington, Delaware and by first class mail, postage pre-paid to all others.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: October 8, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        rwriley@duanemorris.com

DM3\572416.1

**In re American Home Mortgage Holdings, Inc.**
**Case No. 07-11047 (CSS)**
**Service List**

| **Via Hand Delivery** | **Via First Class Mail** |
|---|---|
| (Counsel to Debtors)<br>James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801 | (Debtors)<br>Alan Horn, General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| (Proposed Counsel to Committee)<br>Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801 | Jeffrey N. Levine<br>Milestone Advisors LLC<br>1774 Eye Street, NW, Suite 800<br>Washington, DC 20006 |
| (Counsel to Administrative Agent)<br>Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | (Proposed Counsel to Committee)<br>Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| (Counsel to DIP Agent)<br>Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | (Counsel to Administrative Agent)<br>Margot B. Schonholtz, Esquire<br>Scott D. Talmadge, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| (U.S. Trustee)<br>Joseph McMahon, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801 | (Counsel to DIP Agent)<br>Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |