UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on October 3, 2007, a copy of the **Joinder of U.S. Bank National Association in the Supplemental Objection of GMAC Mortgage, LLC to Emergency Motion of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in The Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief and to Proposed Cure Obligations** was served upon the parties on the attached service list in the manner indicated.

_____
Micherie A. Green, Paralegal
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, Suite 1600
Wilmington, Delaware 19890
(302) 425-7165

Subscribed and sworn to before me
this 8th day of October, 2007

_____
Notary Public

## Service List

**Via Hand Delivery**

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attn:  James L. Patton, Jr.

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware 19801
Attn:  Laurie Selber Silverstein

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Attn:  Victoria Counihan

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware 19801
Attn:  Joseph McMahon

Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801
Attn:  Gaston P. Loomis II, Esquire

**Via Overnight Mail**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn:  Alan Horn, General Counsel

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn:  Jeffrey M. Levine

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn:  Mark S. Indelicato

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn:  Margot B. Schonholtz
       Scott D. Talmadge

Jones Day
222 East 41st Street
New York, New York 10017
Attn:  Corinne Ball
       Erica M. Ryland

Reed Smith LLP
435 Sixth Avenue
Pittsburg, PA  15219
Attn:  Robert P. Simons, Esquire

Reed Smith LLP
2500 One Liberty Place
1050 Market Street
Philadelphia, PA  19103
Attn:  Claudia Z. Springer, Esquire