IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
         Debtors.                                                   :
------------------------------------------------------------------- x
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2007, I caused to be served true and correct copies of the

   a) Notice of Amended Agenda of Matters Scheduled for Hearing on October 1, 2007 at 10:00 A.M. (ET), dated September 28, 2007,

   b) Notice of Filing of Exhibit D to Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the Construction Loans; and (V) Granting Related Relief, dated September 28, 2007,

   c) Notice of Filing Supplement to Exhibit B to Fourth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and To Abandon Certain Furniture, Fixtures, and Equipment, dated September 28, 2007 and

    d)    Notice of Motion, dated September 28, 2007, to which was attached the Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property, dated September 28, 2007

    e)    Motion Pursuant to DEL. L.R. 9006-1(e) for an Order Shortening the Time for Notice of Motion for an Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property, dated September 28, 2007

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on <u>Exhibit A</u> annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
2nd day of October, 2007

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20__

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A. MICHELLE HART, ESQ. | MCCALLA RAYMER, LLC,1544 OLD ALABAMA ROAD, ROSWELL, GA 30076-2102 |
| A.G. EDWARDS & SONS, INC. | ATTN:  JONATHAN GRIFFITH,2801 MARKET STREET, 9TH FL, F BLDG., ST. LOUIS, MO 63103 |
| ADAM LANDIS, ESQ | LANDIS RATH & COBB LLP,919 MARKET STREET, SUITE 600, WILMINGTON, DE 19801 |
| ALISON CONN, ESQ. | SECURITIES AND EXCHANGE COMMISSION,3 WORLD FINANCIAL CENTER, ROOM 400, NEW YORK, NY 10281 |
| ALYSSA ENGLUND, ESQ. | ORRICK HERRINGTON & SUTCLIFFE LLP,666 FIFTH AVENUE, NEW YORK, NY 10103 |
| AMANDA WINFREE | ASHBY & GEDDES, P.A.,500 DELAWARE AVENUE, 8TH FLOOR, WILMINGTON, DE 19899 |
| ANDREA SHEEHAN, ESQ. | LAW OFFICES OF ROBERT E. LUNA, P.C.,4411 NORTH CENTRAL EXPRESSWAY, DALLAS, TX 75205 |
| ANDREW PETRIE, ESQ. | FEATHERSTONE PETRIE DESISTO LLP,600 17TH STREET, SUITE 2400 S, DENVER, CO 80202 |
| ANDREW SILVERSTEIN, ESQ. | SEWARD & KISSEL,ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| ARNOLD GULKOWITZ, ESQ. | DICKSTEIN SHAPIRO,1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| BARBARA LAWALL, ESQ | PIMA COUNTY CIVIL DIVISION,32 NORTH STONE AVENUE, SUITE 2100, TUCSON, AZ 85701 |
| BARRY BRESSLER | SCHNADER HARRISON SEGAL & LEWIS LLP,1600 MARKET ST., SUITE 3600, PHILADELPHIA, PA 19103-7286 |
| BENJAMIN ACKERLY, ESQ | HUNTON & WILLIAMS,RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219 |
| BONNIE GLANTZ FATELL, ESQ. | BLANK ROME LLP,1201 MARKET STREET, SUITE 800, WILMINGTON, DE 19801 |
| BRAD GODSHALL, ESQ. | PACHULSKI, STANG, ZIEHL, YOUNG & JONES  LLP,10100 SANTA MONICA BLVD., SUITE 1100, LOS ANGELES, CA 90067 |
| BRETT BARRAGATE, ESQ. | JONES DAY,901 LAKESIDE AVENUE, NORTH POINT, CLEVELAND, OH 44114 |
| BRETT FALLON, ESQ. | MORRIS JAMES LLP,500 DELAWARE AVENUE, SUITE 1500,PO BOX 2306, WILMINGTON, DE 19899 |
| BRIAN BISIGNANI | POST & SCHELL, PC,17 NORTH 2ND STREET, 12TH FLOOR, HARRISBURG, PA 17101-1601 |
| BRUCE WILSON, ESQ. | KUTAK ROCK LLP,1650 FARNAM ST., OMAHA, NE 68102 |
| CATHERINE STEEGE | JENNER & BLOCK,330 N. WABASH AVENUE, CHICAGO, IL 60611 |
| CHARLES BROWN III, ESQ. | HARVEY PENNINGTON, LTD,913 MARKET STREET, SUITE 702, WILMINGTON, DE 19801 |
| CHRISTINA THOMPSON, ESQ | CONNOLLY BOVE LODGE & HUTZ LLP,THE NEMOURS BUILDING,1007 NORTH ORANGE STREET, WILMINGTON, DE 19899 |
| CLAUDIA SPRINGER, ESQ. | REED SMITH LLP,2500 ONE LIBERTY PLACE,1650 MARKET STREET, PHILADELPHIA, PA 19103-7301 |
| DANA PLON, ESQ. | SIRLIN GALLOGLY & LESSER, P.C.,1529 WALNUT STREET, SUITE 600, PHILADELPHIA, PA 19102 |
| DAVID AELVOET, ESQ. | LINEBARDER GOGGAN BLAIR & SAMPSON, LLP,711 NAVARRO, SUITE 300, SAN ANTONIO, TX 78205 |
| DAVID NEUMANN, ESQ | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP,2300 BP TOWER,200 PUBLIC SQUARE, CLEVELAND, OH 44114-2378 |
| DAVID STACK | ABN AMRO BANK,55 EAST 52ND ST., 2ND FL, NEW YORK, NY 10055 |
| DAVID ZIELKE, ESQ. | WASHINGTON MUTUAL,1301 SECOND AVENUE, W - MC 3501, SEATTLE, WA 98101 |
| DENNIS DREBSKY, ESQ | NIXON PEABODY, LLP,437 MADISON AVENUE, NEW YORK, NY 10022 |
| DEREK ABBOTT, ESQ. | MORRIS NICHOLS ARSHT & TUNNELL,1201 NORTH MARKET STREET,P.O. BOX 1347, WILMINGTON, DE 19899 |
| DONALD FARLOW | BURNS, WALL, SMITH AND MUELLER,303 E. 17TH AVENUE, #800, DENVER, CO 80203 |
| DONALD WORKMAN, ESQ. | BAKER & HOSTETLER, LLP,1050 CONNECTICUT AVENUE, N.W.,SUITE 1100, WASHINGTON, DC 20036 |
| DONNA CULVER, ESQ. | MORRIS, NICHOLS, ARSHT & TUNNELL,1201 N. MARKET STREET,P.O. BOX 1347, WILMINGTON, DE 19899-1347 |
| DORIA BACHENHEIMER, ESQ. | SECURITIES AND EXCHANGE COMMISSION,3 WORLD FINANCIAL CENTER, ROOM 400, NEW YORK, NY 10281 |
| DOUGLAS DAVIS, ESQ. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP,1285 AVENUE OF THE AMERICAS, NEW |

| Claim Name | Address Information |
|---|---|
| DOUGLAS DAVIS, ESQ. | YORK, NY 10019-6064 |
| ELIZABETH BANDA, ESQ | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.,P.O. BOX 13430, ARLINGTON, TX 76094-0430 |
| ELIZABETH WELLER, ESQ. | LINEBARGER GOGGAN BLAIR PENA & SAMPSON LLP,2323 BRYAN STREET,SUITE 1600, DALLAS, TX 75201 |
| ELLEN SLIGHTS, ESQ. | U.S. ATTORNEY'S OFFICE,1007 ORANGE STREET, SUITE 700,PO BOX 2046, WILMINGTON, DE 19899 |
| ENID COLSON, ESQ | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP,1100 GLENDON AVENUE, 14TH FLOOR, LOS ANGELES, CA 90024 |
| ERIC DAVIS, ESQ. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,ONE RODNEY SQUARE,P.O. BOX 636, WILMINGTON, DE 19899 |
| ERIC GORMAN, ESQ | SKADDEN ARPS SLATE MEAGHER & FLOM LLP,333 WEST WACKER DRIVE, SUITE 2100, CHICAGO, IL 60606 |
| ERIC LOPEZ SCHNABEL, ESQ. | DORSEY & WHITNEY,1105 NORTH MARKET STREET, 16TH FL., WILMINGTON, DE 19801 |
| ERIC MOSER, ESQ | MILBANK TWEED HADLEY & MCCLOY, LLP,1 CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413 |
| ERICA RYLAND, ESQ. | JONES DAY,222 EAST 41ST STREET, NEW YORK, NY 10017 |
| FRANKLIN TOP, III, ESQ. | CHAPMAN AND CUTLER LLP,111 WEST MONROE ST., CHICAGO, IL 60603 |
| FRED RINGEL, ESQ. | ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC,1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| FREDERICK HOLDEN JR | ORRICK, HERRINGTON & SUTCLIFFE LLP,THE ORRICK BUILDING,405 HOWARD STREET, SAN FRANCISCO, CA 94105 |
| FREDERICK LINFESTY, ESQ. | IRON MOUNTAIN INFORMATION MANAGEMENT,745 ATLANTIC AVENUE, BOSTON, MA 02111 |
| FREDERICK ROSNER, ESQ | DUANE MORRIS LLP,1100 NORTH MARKET STREET, SUITE 1200, WILMINGTON, DE 19801 |
| GARY GINSBURG, ESQ. | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE LLP,190 WILLIS AVENUE, THE CHANCERY, MINEOLA, NY 11501 |
| GEOFFREY AARONSON | 100 SE 2ND ST., 27TH FL,, MIAMI, FL 33131 |
| GEORGE KIELMAN, ESQ. | FREDDIE MAC,8200 JONES BRANCE DRIVE – MS 202, MCLEAN, VA 22102 |
| GERARD LUCKMAN, ESQ. | SILVERMAN PERLSTEIN & ACAMPORA LLP,100 JERICHO QUADRANGLE, SUITE 300, JERICHO, NY 11753 |
| GILBERT WEISMAN, ESQ. | BECKET AND LEE LLP,P.O. BOX 3001, MALVERN, PA 19355 |
| GREGORY BRAY, ESQ. | MILBANK TWEED HADLEY & MCCLOY, LLP,601 SOUTH FIGUEROA STREET, 30TH FLOOR, LOS ANGELES, CA 90017 |
| GUY MOSS, ESQ. | RIEMER & BRAUNSTEIN,THREE CENTER PLAZA, BOSTON, MA 02108 |
| HAROLD BERZOW, ESQ. | RUSKIN MOSCOU FALTISCHEK,EAST TOWER, 15TH FL,1425 REXCORP PLAZA, UNIONDALE, NY 11556 |
| HAROLD OLSEN, ESQUIRE | STROOCK & STROOCK & LAVAN, LLP,180 MAIDEN LANE, NEW YORK, NY 10038 |
| HILARY BONIAL, ESQ. | BRICE, VANDER LINDEN & WERNICK, P.C.,9441 LBJ FREEWAY, SUITE 350, DALLAS, TX 75243 |
| IAN GERSHENGORN, ESQ. | JENNER & BLOCK LLP,601 THIRTEENTH STREET, N.W., SUITE 1200 SOUTH, WASHINGTON, DC 20005 |
| INTERNAL REVENUE SERVICE | 31 HOPKINS PLAZA, ROOM 1150,, BALTIMORE, MD 21202 |
| J. CORY FALGOWSKI, ESQ | REED SMITH LLP,1201 MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| J. DAVID FOLDS, ESQ. | DLA PIPER US LLP,1200 NINETEENTH STREET, NW, WASHINGTON, DC 20036 |
| JAMES HUGGETT, ESQ. | MARGOLIS EDELSTEIN,750 S. MADISON STREET, SUITE 102, WILMINGTON, DE 19801 |
| JAMES LISTON, ESQ. | BARTLETT HACKETT FEINBERG, P.C.,155 FEDERAL STREET, 9TH FL., BOSTON, MA 02110 |
| JANICE NEWELL | ADA COUNTY TREASURER,200 W. FRONT STREET, ROOM 3191, BOISE, ID 83702 |
| JEFFREY NEWTON, ESQ. | COUNTY ATTORNEY FOR BROWARD COUNTY,115 SOUTH ANDREWS AVE., SUITE 423,GOVERNMENTAL CENTER, FORT LAUDERDALE, FL 33301 |
| JOHN ASHMEAD, ESQ. | SEWARD & KISSEL,ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| JOHN CAPITANO | KENNEDY COVINGTON LOBDELL & HICKMAN,214 N. TRYON STREET, 47TH FL., CHARLOTTE, NC 28202 |

| Claim Name | Address Information |
|---|---|
| JOHN DILLMAN, ESQ. | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, PO BOX 3064, HOUSTON, TX 77253 |
| JOHN PHILIP, ESQ. | CRISLIP, PHILIP & ASSO., 4515 POPLAR AVENUE, SUITE 322, MEMPHIS, TN 38117 |
| JOHN ROSENTHAL, ESQ | NIXON PEABODY, LLP, ONE EMBARCADERO CENTER, 18TH FLOOR, SAN FRANCISCO, CA 94111-3600 |
| JONATHAN ALTER, ESQ | BINGHAM MCCUTCHEN, ONE STATE STREET, HARTFORD, CT 06103 |
| JONATHAN WINNICK, ESQ. | CITIBANK AGENCY & TRUST, 388 GREENWICH STREET, 19TH FL., NEW YORK, NY 10013 |
| JOSEPH BODNAR | LAW OFFICES OF JOSEPH J. BODNAR, 1201 ORANGE STREET, STE. 400, WILMINGTON, DE 19801 |
| JOSEPH CIOFFI, ESQ. | DAVIS & GILBERT LLP, 1740 BROADWAY, NEW YORK, NY 10019 |
| JOSEPH MCMAHON, ESQ. | OFFICE OF THE UNITED STATES TRUSTEE, J. CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, SUITE 2207 - LOCKBOX #35, WILMINGTON, DE 19801 |
| JOSEPH MOLDOVAN, ESQ. | MORRISON COHEN LLP, 909 THIRD AVENUE, NEW YORK, NY 10022 |
| JOSEPH O'NEIL, ESQ. | REED SMITH LLP, 1201 MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| KAREN BIFFERATO, ESQ | CONNOLLY BOVE LODGE & HUTZ LLP, THE NEMOURS BUILDING, 1007 NORTH ORANGE STREET, WILMINGTON, DE 19899 |
| KAREN STAPLETON | ASSISTANT COUNTY ATTORNEY, ONE HARRISON STREET, S.E., 5TH FLOOR, LEESBURG, VA 20175 |
| KATHERINE CONSTANTINE, ESQ. | DORSEY & WHITNEY, LLP, 50 SOUTH SIXTH STREET, SUITE 1500, MINNEAPOLIS, MN 55402 |
| KATHLEEN O'CONNELL, ESQ. | SUNTRUST BANK, 303 PEACHTREE STREET, 36TH FL., MAIL CODE 0662, ATLANTA, GA 30308 |
| KELLEY CORNISH, ESQ. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| KIMBERLY LAWSON, ESQ | REED SMITH LLP, 1201 MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| LANCE JURICH, ESQ. | LOEB & LOEB LLP, 10100 SANTA MONICA BOULEVARD, SUITE 2200, LOS ANGELES, CA 90067-4164 |
| LARRY NYHAN, ESQ. | SIDLEY AUSTIN LLP, ONE SOUTH DEARBORN, CHICAGO, IL 60603 |
| LAURA DAVIS JONES, ESQ. | PACHULSKI, STANG, ZIEHL, YOUNG & JONES LLP, 919 N. MARKET STREET, 17TH FLOOR, WILMINGTON, DE 19899-8705 |
| LAURIE SILVERSTEIN, ESQ. | POTTER ANDERSON & CORROON LLP, 1313 N. MARKET STREET, 6TH FLOOR, P.O. BOX 951, WILMINGTON, DE 19899 |
| LEE ATTANASIO, ESQ. | SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| LEO CROWLEY, ESQ. | PILLSBURY WINTHROP LLP, 1540 BROADWAY, NEW YORK, NY 10036 |
| LING CHOW | ASSURED GUARANTY, 1325 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| LISA LAUKITIS, ESQ. | KIRKLAND & ELLIS, 153 EAST 53RD STREET, CITICORP CENTER, NEW YORK, NY 10022 |
| LORI FIFE, ESQUIRE | WEIL GOTSHAL & MANGES, LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LOUIS BENZA, ESQ. | EMPIRE BLUE CROSS BLUE SHIELD, 15 METRO TECH CENTER SOUTH - 6TH FLOOR, BROOKLYN, NY 11201 |
| MADELEINE WANSLEE, ESQ. | GUST ROSENFELD P.L.C., 201 E. WASHINGTON STREET, SUITE 800, PHOENIX, AZ 85004 |
| MARCIA GOLDSTEIN, ESQUIRE | WEIL GOTSHAL & MANGES, LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| MARGARET LUMSDEN, ESQ. | UNTI & LUMSDEN LLP, 302 JEFFERSON STREET, SUITE 200, RALEIGH, NC 27605 |
| MARGOT SCHONHOLTZ, ESQ. | KAYE SCHOLER LLP, 425 PARK AVENUE, NEW YORK, NY 10022-3596 |
| MARK BROUDE, ESQ | LATHAM & WATKINS LLP, 885 THIRD AVENUE, SUITE 1000, NEW YORK, NY 10022 |
| MARK COLLINS, ESQ | RICHARDS, LAYTON & FINGER, P.A., ONE RODNEY SQUARE, P.O. BOX 551, WILMINGTON, DE 19899 |
| MARK ELLENBERG, ESQ. | CADWALADER, WICKERSHAM & TAFT LLP, 1201 F STREET, N.W., WASHINGTON, DC 20004 |
| MARK FELGER, ESQ. | COZEN & O'CONNOR, 1201 N. MARKET STREET, SUITE 1400, WILMINGTON, DE 19801 |
| MARK HURFORD, ESQ. | CAMPBELL & LEVINE, LLC, 800 NORTH KING STREET, SUITE 300, WILMINGTON, DE 19801 |
| MARK INDELICATO, ESQ. | HAHN & HESSEN LLP, 488 MADISON AVENUE, 14TH AND 15TH FLOOR, NEW YORK, NY 10022 |
| MARK MINUTI, ESQUIRE | SAUL EWING LLP, 222 DELAWARE AVE., SUITE 1200, P.O. BOX 1266, WILMINGTON, DE 19899-1266 |
| MARY DEFALAISE, ESQ. | U.S. DEPARTMENT OF JUSTICE, 1100 L ST., NW, ROOM 10002, WASHINGTON, DC 20005 |
| MATTHEW CLEMENTE, ESQ. | SIDLEY AUSTIN LLP, ONE SOUTH DEARBORN ST., CHICAGO, IL 60603 |

| Claim Name | Address Information |
|---|---|
| MATTHEW FERGUSON, ESQ | SIDLEY AUSTIN LLP,787 SEVENTH AVENUE, NEW YORK, NY 10018 |
| MICAHEL MARGOLL, ESQ. | MOSS CODILIS LLP,6560 GREENWOOD PLAZA, SUITE 100, ENGLEWOOD, CO 80111 |
| MICHAEL BARRIE | SCHNADER HARRISON SEGAL & LEWIS LLP,824 N. MARKET ST., SUITE 1001, WILMINGTON, DE 19801 |
| MICHAEL BUSENKELL, ESQ. | ECKERT SEAMANS CHERIN & MELLOTT, LLC,300 DELAWARE AVENUE, SUITE 1360, WILMINGTON, DE 19801 |
| MICHAEL LASTOWSKI, ESQ. | DUANE MORRIS LLP,1100 NORTH MARKET STREET, SUITE 1200, WILMINGTON, DE 19801 |
| MICHAEL REED, ESQ. | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.,P.O. BOX 26990, AUSTIN, TX 78755 |
| MICHAEL WILSON, ESQ. | HUNTON & WILLIAMS,RIVERFRONT PLAZA, EAST TOWER,951 EAST BYRD STREET, RICHMOND, VA 23219 |
| MICHELLE HART | MCCALLA RAYMER,1544 OLD ALABAMA ROAD, ROSWELL, GA 30076 |
| NANCY CONNERY, ESQ. | SCHOEMAN, UPDIKE & KAUFMAN, LLP,60 EAST 42ND ST., NEW YORK, NY 10165 |
| NANCY HOTCHKISS, ESQ. | TRAINOR ROBERTSON,980 FULTON AVENUE, SACRAMENTO, CA 95825 |
| NANCY LOFTUS, ESQ. | DEPRT OF TAX ADMIN - FAIRFAX CO.,12000 GOVERNMNET CENTER PARKWAY, SUITE 549, FAIRFAX, VA 22035 |
| NORMAN MONHAIT, ESQUIRE | ROSENTHAL MONHAIT & GODDESS,919 MARKET ST./STE. 1401 MELLON BANK CTR,P.O. BOX 1070, WILMINGTON, DE 19899 |
| PATRICIA SCHRAGE, ESQ. | SECURITIES AND EXCHANGE COMMISSION,3 WORLD FINANCIAL CENTER, ROOM 400, NEW YORK, NY 10281 |
| PATRICK REILLEY, ESQ. | SAUL EWING LLP,222 DELAWARE AVE., SUITE 1200,P.O. BOX 1266, WILMINGTON, DE 19899-1266 |
| PAUL CARUSO, ESQ | SIDLEY AUSTIN LLP,ONE SOUTH DEARBORN, CHICAGO, IL 60603 |
| PAULINE MORGAN, ESQ. | YOUNG CONAWAY STARGATT & TAYLOR LLP,THE BRANDYWINE BLDG., 17TH FLOOR,1000 WEST STREET, WILMINGTON, DE 19899 |
| PETER BILOWZ, ESQ. | GOULSTON & STORRS, P.C.,400 ATLANTIC AVENUE, BOSTON, MA 02110-3333 |
| PETER MCGONIGLE | FANNIE MAE,1835 MARKET STREET, SUITE 2300, PHILADELPHIA, PA 19103 |
| PETER PARTEE, ESQ | HUNTON & WILLIAMS,200 PARK AVENUE, 53RD FLOOR, NEW YORK, NY 10166-0136 |
| PHYLLIS HAYES | RMS,307 INTERNATIONAL CIRCLE, SUITE 270, HUNT VALLEY, MD 21030 |
| RAYMOND LEMISCH, ESQ. | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP,222 DELAWARE AVENUE, SUITE 810, WILMINGTONT, DE 19801 |
| RICARDO PALACIO, ESQ. | ASHBY & GEDDES,500 DELAWARE AVENUE, 8TH FLOOR, WILMINGTON, DE 19899 |
| RICHARD MILLER, ESQ. | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP,599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| RICHARD NORTON, ESQ. | REED SMITH LLP,599 LEXINGTON AVE., 29TH FL., NEW YORK, NY 10022 |
| RICHARD RILEY, ESQ. | DUANE MORRIS LLP,1100 NORTH MARKET STREET, SUITE 1200, WILMINGTON, DE 19801 |
| RICHARD STERN, ESQUIRE | LUSKIN, STERN & EISLER LLP,330 MADISON AVENUE, 34TH FLOOR, NEW YORK, NY 10017 |
| RICK ANTONOFF, ESQ. | PILLSBURY WINTRHROP SHAW PITTMAN LLP,1540 BROADWAY, NEW YORK, NY 10036 |
| ROBERT GREENBERG, ESQ. | FRIEDLANDER,MISLER,SLOAN,KLETZKIN&OCHSMAN,PLLC,1101 SEVENTEENTH STREET, N.W., SUITE 700, WASHINGTON, DC 20036-4704 |
| ROBERT ROSENBAUM, ESQ. | MEYERS, RODBELL & ROSENBAUM, P.A.,6801 KENILWORTH AVE., SUITE 400,BERKSHIRE BUILDING, RIVERDALE PARK, MD 20737-1385 |
| ROBERT SIMONS, ESQ. | REED SMITH LLP,435 SIXTH AVENUE, PITTSBURGH, PA 15230-2009 |
| ROBERT TRODELLA, ESQ. | HELLER EHRMAN LLP,333 BUSH STREET, SAN FRANCISCO, CA 94104 |
| RONALD COHEN, ESQ. | SEWARD & KISSEL,ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| RUSSELL SILBERGLIED, ESQ. | RICHARDS, LAYTON & FINGER, P.A.,ONE RODNEY SQUARE,P.O. BOX 551, WILMINGTON, DE 19899 |
| S. JAMES WALLACE, ESQ. | GRIFFITH MCCAGUE & WALLACE,707 GRANT STREET, PITTSBURGH, PA 15219 |
| SAMUEL GARBER | GENERAL GROWTH MANAGEMENT, INC.,110 N. WACKER, CHICAGO, IL 60606 |
| SARI MEADOR | OFFICE OF JOE G. TEDDER, CFC,P.O. BOX 2016, BARTOW, FL 33831 |
| SCOTT LEVINE, ESQ | PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW,1065 AVENUE OF AMERICAS, 18TH FL., NEW YORK, NY 10018 |

| Claim Name | Address Information |
|---|---|
| SCOTT TALMADGE, ESQ. | KAYE SCHOLER LLP,425 PARK AVENUE, NEW YORK, NY 10022 |
| SEAN MALLOY, ESQ. | MCDONALD HOPKINS CO., LPA,600 SUPERIOR AVENUE EAST, SUITE2100, CLEVVELAND, OH 44140 |
| SHAWN RICE, ESQ. | RICE & GOTZMER,605 N. 8TH STREET, SUITE 350, SHEBOYGAN, WI 53081 |
| STEFANIE BIRBROWER GREER, ESQ. | KING & SPALDING LLP,1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| STEPHEN LERNER, ESQ. | SQUIRE SANDERS & DEMPSEY L.L.P.,312 WALNUT STREET, SUITE 3500, CINCINNATI, OH 45202 |
| STEPHEN PORTERFIELD, ESQ. | SIROTE & PERMUTT, P.C.,2311 HIGHLAND AVENUE SOUTH,P.O. BOX 55727, BIRMINGHAM, AL 35205 |
| STEPHEN SELBST, ESQ. | MCDERMOTT, WILL & EMERY,340 MADISON AVENUE, NEW YORK, NY 10173 |
| STEVEN KELLY, ESQ. | SILVER & DEBOSKEY,1801 YORK STREET, DENVER, CO 80206 |
| STEVEN KORTANEK, ESQ. | WOMBLE CARLYLE SANDRIDGE & RICE PLLC,222 DELAWARE AVENUE, SUITE 1500, WILMINGTON, DE 19801 |
| STEVEN WILAMOWSKY, ESQ | BINGHAM MCCUTCHEN,399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| STEVEN YODER, ESQ. | THE BAYARD FIRM,222 DELAWARE AVENUE,SUITE 900, WILMINGTON, DE 19801 |
| SUSAN FUERTES, ESQ. | 14910 ALDINE-WESTFIELD ROAD,, HOUSTON, TX 77032 |
| SUSAN PROFANT CFCA, CLA, PARALEGAL | C/O KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR,819 U.S. 301 BLVD. WEST,P.O. BOX 25300, BRADENTON, FL 34206-5300 |
| TERESA CURRIER, ESQ. | BUCHANAN INGERSOLL & ROONEY P.C.,THE BRANDYWINE BUILDING,1000 WEST STREET, SUITE 1410, WILMINGTON, DE 19801 |
| THOMAS GRACE, ESQ | LOCKE LIDDELL & SAPP,3400 JPMORGAN CHASE TOWER,600 TRAVIS STREET, SUITE 3400, HOUSTON, TX 77002 |
| THOMAS LEANSE, ESQ. | KATTEN MUCHIN ROSENMAN,2029 CENTURY PARK EAST, SUITE 2600, LOS ANGELES, CA 90067 |
| THOMAS POLIS, ESQ. | POLIS & ASSOCIATES,19900 MACARTHUR BOULEVARD,SUITE 960, IRVINE, CA 92612 |
| TODD SCHILTZ, ESQUIRE | WOLF BLOCK SCHORR & SOLIS-COHEN, LLP,1100 N. MARKET STREET, #1001, WILMINGTON, DE 19801 |
| VICTORIA COUNIHAN, ESQ. | GREENBERG TRAURIG,THE NEMOURS BUILDING,1007 NORTH ORANGE STREET, SUITE 1200, WILMINGTON, DE 19801 |
| VINCENT D'AGOSTINO, ESQ. | LOWENSTEIN SANDLER PC,65 LIVINGSTON AVENUE, ROSELAND, NJ 07068-1791 |
| VINCENT SHERMAN, ESQ. | SECURITIES AND EXCHANGE COMMISSION,3 WORLD FINANCIAL CENTER, ROOM 400, NEW YORK, NY 10281 |
| WILLIAM BOWDEN, ESQ. | ASHBY & GEDDES, P.A.,500 DELAWARE AVENUE, 8TH FLOOR,P.O. BOX 1150, WILMINGTON, DE 19899 |
| WILLIAM CHIPMAN, ESQ. | EDWARDS ANGELL PALMER & DODGE LLP,919 N. MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| WILLIAM GOLDMAN, ESQ. | SIDLEY AUSTIN,787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| WILLIAM NOVOTNY, ESQ. | MARISCAL, WEEKS, MCINTYRE & FREIDLANDER, P.A.,2901 N. CENTRAL AVENUE, SUITE 200, PHOENIX, AZ 85012 |
| WILLIAM WRIGHT, ESQ. | FARR, BURKE, GAMBACORTA & WRIGHT,1000 ATRIUM WAY, SUITE 401,PO BOX 669, MT. LAUREL, NJ 08054 |

**Total Creditor Count 171**