IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- X
In re:                                               :   Chapter 11
                                                     :
AMERICAN HOME MORTGAGE                               :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware                           :   (Jointly Administered)
corporation, et al.,                                 :
                                                     :
           Debtors.                                  :   Re: D.I. 1329
                                                     :
---------------------------------------------------- X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      I, Daniel B. Butz, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission *pro hac vice* of Vadim J. Rubinstein, Esquire, of Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154 to represent Merrill Lynch Bank USA, Merrill Lynch Pierce, Fenner & Smith, Inc. and Merrill Lynch Mortgage Lending, Inc. in the above-captioned chapter 11 proceeding.

Dated:  October 5, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Daniel B. Butz_____
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

*Counsel for Merrill Lynch Bank USA, Merrill Lynch Pierce, Fenner & Smith, Inc. and Merrill Lynch Mortgage Lending, Inc.*

NY680077.1

202970-10209

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bar of the State of New York and the U.S. District Courts for the Southern and Eastern Districts of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 4, 2007

Vadim J. Rubinstein, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
vrubinstein@loeb.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: 10/9, 2007

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT JUDGE

557492-1