# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware                          :    (Jointly Administered)
corporation, et al.,                                :
                                                    :    Re:  D.I.  1330
            Debtors.                                :
----------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Daniel B. Butz, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move the admission *pro hac vice* of Lance N. Jurich, Esquire, of Loeb & Loeb LLP, 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120, to represent Merrill Lynch Bank USA and Merrill Lynch Mortgage Lending, Inc. in the above-captioned chapter 11 proceeding.

Dated:  October 5, 2007            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                   _____
                                   Daniel B. Butz (No. 4227)
                                   1201 North Market Street
                                   P.O. Box 1347
                                   Wilmington, Delaware 19899-1347
                                   (302) 658-9200

                                   *Counsel for Merrill Lynch Bank USA and Merrill Lynch Mortgage Lending, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bar of the State of California, the U.S. District Courts for the Central, Southern, Northern and Eastern Districts of California, and the 9th Circuit Court of Appeal. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 4, 2007

Lance N. Jurich
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200
ljurich@loeb.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: 10/9, 2007

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT JUDGE

557492-1