IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re                                             :
                                                  :   Chapter 11
American Home Mortgage Holdings, Inc.,            :
et al.                                            :   Case No. 07-11047 (CSS)
                                                  :
                                                  :   (Jointly Administered)
Debtors.                                          :
                                                  :   Relates to Docket Nos. 11, 113, 403, 674, 718, 1036
                                                  :   Sale Hearing: October 15, 2007 at 12:00 p.m.
                                                  :
                                                  :
------------------------------------------------- x

**JOINDER IN PART OF MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC TO OBJECTION OF FINANCIAL GUARANTY INSURANCE COMPANY TO DEBTORS' SERVICING SALE MOTION AND TO PROPOSED CURE OBLIGATIONS**

Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital Inc. ("Morgan Stanley"), in its capacity as the owner of the transferor certificate, and therefore the holder of the residual economic interest, in American Home Mortgage Investment Trust 2005-2 (the "2005-2 Trust"), hereby joins, in part, the Objection of Financial Guaranty Insurance Company ("FGIC") to Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Lease Related Thereto; and (IV) Granting Related Relief and to Proposed Cure Obligations dated September 12, 2007 [Docket No. 718], as supplemented on October 1, 2007 [Docket No. 1036] (the "FGIC Objection").

As the owner of the transferor certificate in the 2005-2 Trust, Morgan Stanley joins in the FGIC Objection to the extent that it relates to the 2005-2 Trust. More specifically,

Morgan Stanley joins in FGIC's arguments that the Debtors cannot assume and assign the home equity line of credit ("HELOC") servicing rights related to the 2005-2 Trust because such rights were validly terminated pre-petition. Morgan Stanley does not, however, join in the arguments made by FGIC that a rapid amortization event occurred.

Morgan Stanley continues to reserve all of its rights as set out in the Objection of Morgan Stanley Mortgage Capital Holdings LLC to the Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any, which was filed September 20, 2007. This includes, but is not limited to, reserving all of its rights to object based on the ability of the proposed purchaser to provide adequate assurance of future performance.

Dated: October 9, 2007
      Wilmington, Delaware

ASHBY & GEDDES, P.A.

/s/ William P. Bowden

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

SIDLEY AUSTIN LLP
Lee S. Attanasio
Teresa H. Chan
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Counsel for Morgan Stanley Mortgage Capital Holdings LLC

184821.1