## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on October 9, 2007, I caused one copy of the foregoing to be served upon the parties on the attached service list in the manner indicated.

William P. Bowden (#2553)

American Home Mortgage Holdings, Inc., et al.
Service List


**HAND DELIVERY**
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**U.S. MAIL**
Erica Ryland, Esq.
Corinne Ball, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**U.S. MAIL**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

**U.S. MAIL**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

**U.S. MAIL**
Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022

**U.S MAIL**
Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596