IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
        Debtors.                                                 :
                                                                 :  Docket Ref. No. 899
---------------------------------------------------------------- x

### ORDER DENYING WITHOUT PREJUDICE THE MOTION OF RICHARD HORVATH TO LIFT THE AUTOMATIC STAY

Upon consideration of the Motion to Lift Automatic Stay filed by Richard Horvath, *Pro Se*, [D.I. 612] (the "Motion"), the above-captioned Debtors' Objection to the Motion [D.I. 922] and the Response to Debtors Objection to Lifting The Automatic Stay re: American Home Mortgage [D.I. 996] (the "Response"); and due and sufficient notice of the Motion having been given; and after a hearing held on October 1, 2007; it is hereby

ORDERED, that the relief requested in the Motion is hereby denied without prejudice; and it is further

ORDERED, that the Motion and Response are deemed a proof of claim for Mr. Horvath in the amount asserted therein without prejudice to anyone's right to object to such proof of claim; and it is further.

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       October 9, 2007

                                                    /s/ Christopher S. Sontchi
                                                    Christopher S. Sontchi
                                                    United States Bankruptcy Judge