IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § **CASE NO. 07-11047-CSS** <br> **AMERICAN HOME MORTGAGE** § <br> **INVESTMENT, CORP.** § <br>     **DEBTOR** § <br> § **CHAPTER 11** <br> **CITIMORTGAGE, INC.** § <br>     **CREDITOR** § <br> **VS** § <br> **AMERICAN HOME MORTGAGE** § <br> **INVESTMENT, CORP.** <br>     **RESPONDENT** | |

### NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Creditor, CitiMortgage, Inc., desires to withdraw its Request for Service of Notice filed on September 20, 2007, without prejudice to refiling at a later date.

Dated: October 9, 2007

                                                Respectfully submitted,
                                                Brice, Vander Linden & Wernick, P.C.

                                                /s/ Hilary B. Bonial
                                                Hilary B. Bonial / LA 24305
                                                Attorneys and Counselors
                                                9441 LBJ Freeway, Suite 350
                                                Dallas, Texas 75243
                                                (972) 643-6600
                                                (972) 643-6698 (Telecopier)
                                                E-mail: bkcyattorneys@bkcylaw.com

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Request for Service of Notice has been served upon the following parties in interest by pre-paid regular U.S. Mail on the 9 day of October 2007:

Debtor's Attorney
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

Debtor
American Home Mortgage Investment, Corp.
538 Broadhollow Road
Melville, New York 11747

US Trustee
U.S. Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801

/s/ Hilary B. Bonial
Hilary B. Bonial

2024-N-0726