# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | * |
| AMERICAN HOME MORTGAGE CORP., | *   Case No. 07-11047-CSS |
| | * |
| Debtor. | * |

## NOTICE OF WITHDRAWAL

COMES NOW, Stephen Porterfield and the law firm of Sirote & Permutt, P.C., and gives notice of its withdrawal as counsel for Hoover Court, LLC in the above-referenced case.

Dated this the 10th day of October, 2007.

    /s/ Stephen B. Porterfield
    Stephen B. Porterfield
    Attorney for Hoover Court, LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Birmingham, AL 35205
Tel.:   (205) 930-5278
Fax:   (205) 212-3862

DOCSBHM\1516443\1\

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 10th day of October 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Pauline K. Morgan
       Young, Conaway, Stargatt & Taylor
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, DE 19899-0391

       United States Trustee
       844 King Street, Room 2207
       Lockbox #35
       Wilmington, DE 19899-0035

       /s/ Stephen B. Porterfield
       OF COUNSEL