**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No.: 07-11047-CSS |
| | (Jointly Administered) |
| AMERICAN HOME MORTGAGE | |
| HOLDINGS, INC., et al., | |
| Debtors. | |
| _____/ | |

**NOTICE OF APPEARANCE OF MARKETWISE ADVISORS, LLC**
**AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that MarketWise Advisors, LLC, through its undersigned counsel, hereby appears in the above-captioned cases and, pursuant to Section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010, requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in this case, be transmitted to:

> Jacob A. Brown, Esq.
> Akerman Senterfitt
> 50 North Laura Street, Suite 2500
> Jacksonville, Florida 32202
> Telephone: 904/798-3700
> Facsimile: 904/798-3730
> Email: jacob.brown@akerman.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the preceding paragraph, but also includes orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and proceedings therein.

{JA339728;1}

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of MarketWise Advisors, LLC to (i) have final orders in non-core matters entered only after de novo review by a District Court judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Date: October 10, 2007 | AKERMAN SENTERFITT |
| | By: /s/ Jacob A. Brown |
| | Jacob A. Brown |
| | Florida Bar No.: 0170038 |
| | Email: jacob.brown@akerman.com |
| | 50 North Laura Street, Suite 2500 |
| | Jacksonville, FL 32202 |
| | Telephone: (904) 798-3700 |
| | Facsimile: (904) 798-3730 |
| | |
| | Attorneys for MarketWise Advisors, LLC |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 10th day of October, 2007, to:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

                                                             */s/ Jacob A. Brown*
                                                             Attorney