**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 10/10/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 10/17/07 at 10:00 a.m. |

**RESERVATION OF RIGHTS OF BANC OF AMERICA LEASING & CAPITAL, LLC TO THE FOURTH MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES AND EQUIPMENT (D.I. 967)**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby reserves its rights with respect to the Fourth Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 967) and respectfully says:

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On September 27, 2007 the Debtors filed its Fourth Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 967).

3. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

4. In its Rejection Motion, the Debtor seeks to reject certain unexpired equipment leases identified on Exhibit B to the Motion.

5. The Rejection Motion does not describe with particularity the equipment that is subject to the rejection or the account numbers and, in particular, the equipment owned by Banc of America Leasing & Capital, LLC that is subject to the rejection but only lists a physical address.

6. Banc of America Leasing & Capital, LLC's records indicate that it has equipment at the location listed on Exhibit B that is covered by the following accounts:

    004-2128328-000
    004-2196166-000
    004-2196383-000
    004-2196386-000
    004-2184747-000
    004-2196165-000
    004-2196167-000
    004-2210904-000
    404-2153923-000

7. Banc of America Leasing & Capital, LLC's records indicate the last known location of the equipment; however, it is concerned that some of the leased equipment may have been relocated without its knowledge. Debtors' rejection of equipment by location rather than a more specific description does not take into account the possibility that the equipment's actual location may differ from that contained on the leases and Banc of America Leasing & Capital, LLC's records.

## **RESERVATION OF RIGHTS**

8. Banc of America Leasing & Capital, LLC reserves the right to object to any rejection of equipment leases by debtor other than the accounts identified above.

9. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this objection.

WHEREFORE, Banc of America Leasing & Capital, LLC reserves the right to object as set forth herein..

Dated: Wilmington, Delaware
      October 10, 2007        */s/ John R. Weaver Jr.*
                                                      _____
                                                      John R. Weaver, Jr. (No. 911)
                                                       FARR, BURKE, GAMBACORTA & WRIGHT
                                                       A Professional Corporation
                                                       831 North Tatnall Street, Suite 200
                                                       Wilmington, Delaware 19801
                                                       (302) 428-1077
                                                       Attorneys for Banc of America Leasing & Capital, LLC