# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 10/10/07 at 4:00 p.m. |
| _____ | : | Hearing Date: 10/17/07 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of October, 2007, she caused a true copy of the Reservation of Rights of Banc of America Leasing & Capital, LLC to the Fourth Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (Docket Index No. 967) to be mailed to the persons or parties identified below by first class mail:

Young Conaway Stargatt & Taylor LLP
Attn: James L. Patton, Jr., Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Counsel for Debtors in Possession

Dated: October 10, 2007

*/s/ Susan Kenney*
_____
SUSAN KENNEY