IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :   Jointly Administered
                                                                :
                        Debtors.                                :   **Hearing Date: N/A**
                                                                :   **Objection Deadline: N/A**
--------------------------------------------------------------- x

**MOTION OF DEBTORS FOR LEAVE TO EXCEED THE
PAGE LIMIT REQUIREMENT FOR THEIR OMNIBUS RESPONSE TO
CERTAIN OBJECTIONS TO THE SALE OF CERTAIN ASSETS AND THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
RELATING TO THE DEBTORS' LOAN SERVICING BUSINESS**

American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] hereby move this Court (the "Motion") for entry of an order, pursuant to Rule 7007-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the filing of the *Debtors' Omnibus Response to Certain Objections To The Sale Of Certain Assets And The Assumption And Assignment Of Executory Contracts Relating To The Debtors' Loan Servicing Business* (the "Reply"). In support of this Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1. Local Rule 7007-2 and the General Chambers Procedures dated April 3, 2006, provide that no reply shall exceed twenty pages in length. Del. Bankr. L. R. 7007-2; General Chambers Pro. at 2, ¶ 2(a)(vi). A reply, however, may exceed twenty pages with leave of court. *Id.*

2. The Debtors respectfully submit that allowing the Reply to exceed the page limitations prescribed by Local Rule 7007-2 and the General Chambers Procedures is reasonable and appropriate under the circumstances. The Reply, as filed, is approximately 65 pages. The Reply, however, responds to sixty-one (61) objections (the "Objections"), filed by thirty-six (36) separate parties-in-interest. Since many of the issues raised are common to all of the Objections, the Debtors have attempted to eliminate unnecessary and duplicative information and believe it is most efficient to present the Court with one reply that addresses all of the issues raised by the objecting parties.

3. The Objections, which exclusive of exhibits total hundreds of pages, raise numerous, complex issues of law and fact. Moreover, none of the issues presented by the Objections have been addressed by the Debtors in their prior pleadings. Given the number and length of the Objections, it necessarily follows that in order to adequately respond to each of the issues raised in the Objections, the Reply will exceed the page limitations set forth in Local Rule 7007-2 and the General Chambers Procedures.

4. Despite the Debtors' best efforts to keep the Reply concise, the Debtors cannot provide the Court with the information necessary for the full and fair adjudication of the matters presented within the 20-page limit. Given the circumstances, the Debtors submit that there is more than ample justification for the relief requested herein.

WHEREFORE, the Debtors respectfully request that this Court enter an order, in the form annexed hereto, (i) granting the Debtors leave to file the Reply in excess of the page limitations imposed by Local Rule 7007-2 and the General Chambers Procedures and (ii) grant the Debtors such other and further relief as this Court deems just and proper.

Dated:   Wilmington, Delaware
         October 10, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ 
                                    James L. Patton, Jr. (No. 2202)
                                    Robert S. Brady (No. 2847)
                                    Pauline K. Morgan (No. 3650)
                                    James P. Hughes, Jr. (No. 3102)
                                    Sean T. Greecher (No. 4484)
                                    Patrick A. Jackson (No. 4976)[**]
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

---

[**]   District bar admission pending October 15, 2007.

-3-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x    Chapter 11
In re:                                                           :
                                                                 :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :    Jointly Administered
                                                                 :
                          Debtors.                               :
                                                                 :    Ref. Docket No. _____
---------------------------------------------------------------- x

**ORDER APPROVING MOTION OF DEBTORS FOR LEAVE TO EXCEED THE
PAGE LIMIT REQUIREMENT FOR THEIR OMNIBUS RESPONSE TO
CERTAIN OBJECTIONS TO THE SALE OF CERTAIN ASSETS AND THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
RELATING TO THE DEBTORS' LOAN SERVICING BUSINESS**

Upon consideration of the above-captioned Debtors' *Motion of Debtors for Leave to Exceed the Page Limit Requirement for their Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business* (the "Motion")[1] the Court having reviewed the Motion, and the Court finding that (i) notice of the Motion was sufficient under the circumstances; and (ii) the Debtors have demonstrated sufficient justification for approval of the Motion; and after due deliberation, the Court having determined that good and sufficient cause has been shown,

---

[1] All capitalized terms used, but not otherwise, defined herein shall have the meanings ascribed to such terms in the Motion.

-2-

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED in its entirety.

2.  The Debtors are authorized to file the Reply in excess of the twenty page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures.

Dated: Wilmington, Delaware
       October ____, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE