IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X
In re:                                              Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,              Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                Jointly Administered

                Debtors.            Re: Docket Nos. 955, 1322
-------------------------------------------------------------X
                                                      Hearing Date: October 17, 2007 at 10:00a.m.
                                                      Objection Deadline: October 5, 2007[2]

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE OBJECTION OF THE DEBTORS TO THE MOTION OF VANTAGE POINTE CAPITAL, LLC FOR AN ORDER UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY AND RULE 2004 OF THE LOCAL BANKRUPTCY RULES FOR THE DISTRICT OF DELAWARE, DIRECTING EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY THE DEBTORS**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned proposed co-counsel, hereby joins the objection (the "Objection") of the Debtors, dated October 5, 2007 [Docket No. 1322] to the motion (the "Motion") of the Vantage Pointe Capital. LLC ("Vantage") seeking examination and production of documents by the Debtors (the "Rule 2004 Motion") and in support thereof represents as follows:

### The Committee Joins in the Debtors' Objection

1.     The Committee joins in the Debtors' Objection on the same grounds as set forth therein

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc. ("*AHM Acceptance*"); American Home Mortgage Servicing, Inc. ("*AHM Servicing*"); American Home Mortgage Corp. ("*AHM Corp.*"); American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Pursuant to an agreement among the parties, the Objection Deadline was extended from October 1, 2007 to October 5, 2007 for the Debtors.

128189/01600/40171608v1

and incorporates by reference all of the arguments set forth in such Objection.

2. The Committee is committed to seeking to maximize value for the estates and the Committee does not feel that the estates ought to incur the expense of an unnecessary Rule 2004 discovery and examination process.

3. For these reasons, and for the reasons set forth in the Debtors' Objection, the Committee objects to the relief sought in the Motion.

WHEREFORE, the Committee respectfully requests that the Court deny the Motion and grant such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
October 10, 2007

        BLANK ROME LLP

        By: *Bonnie Fatell*
        Bonnie Glantz Fatell (No. 3809)
        1201 Market Street, Suite 800
        Wilmington, Delaware 19801
        (302) 425-6400 - Telephone
        (302) 425-6464 - Facsimile

        - and -

        HAHN & HESSEN LLP
        488 Madison Avenue
        New York, New York 10022
        (212) 478-7200 - Telephone
        (212) 478-7400 - Facsimile
        Attn:  Mark S. Indelicato
                Mark T. Power

        Proposed Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*

128189/01600/40171608v1