**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware Corporation,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## NOTICE OF SERVICE

I, Kimberly E. C. Lawson, Esq., hereby certify that on this 10th day of October 2007, I caused a true and correct copy of the following:

1. GMAC Mortgage LLC, Formerly Known as GMAC Mortgage Corporation and Residential Funding Company LLC, Formerly Known as Residential Funding Corporation's First Request for Production of Documents of Debtors; and

2. GMAC Mortgage LLC, Formerly Known as GMAC Mortgage Corporation and Residential Funding Company LLC, Formerly Known as Residential Funding Corporation's First Set of Interrogatories of Debtors

to be served upon the party listed below in the manner indicated:

**Via Hand Delivery**
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel for Debtors)

- 2 -

| | |
|---|---|
| Dated: October 10, 2007<br>Wilmington, Delaware | REED SMITH LLP<br><br>By:   /s/ Kimberly E. C. Lawson<br>         Kimberly E. C. Lawson (No. 3966)<br>         1201 Market Street; Suite 1500<br>         Wilmington, DE 19801<br>         Telephone: (302) 778-7500<br>         Facsimile: (302) 778-7575<br>         E-mail: klawson@reedsmith.com<br><br>         and<br><br>         Robert P. Simons<br>         435 Sixth Avenue<br>         Pittsburgh, PA 15219<br>         Telephone: (412) 288-7294<br>         Facsimile: (412) 288-3063<br><br>         and<br><br>         Claudia Z. Springer<br>         2500 One Liberty Place<br>         1650 Market Street<br>         Philadelphia, PA 19103<br>         Telephone: (215) 851-8100<br>         Facsimile: (215) 851-1420<br><br>         Attorneys for GMAC Mortgage LLC and<br>         Residential Funding Company LLC |