IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Prop. Obj. Deadline: October 15, 2007 @ 10:00 a.m.<br>Proposed Hearing Date: October 15, 2007 @ 12:00 p.m. |

## NOTICE OF EMERGENCY MOTION OF GMAC MORTGAGE LLC, FORMERLY KNOW AS GMAC MORTGAGE CORPORATION AND RESIDENTIAL FUNDING COMPANY LLC, FORMERLY KNOWN AS RESIDENTIAL FUNDING CORPORATION TO CONTINUE THE OCTOBER 15, 2007 HEARING REGARDING (I) THE EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(1) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF AND (II) THE MODIFIED NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY

**PLEASE TAKE NOTICE** that on October 10, 2007, GMAC Mortgage LLC, formerly known as GMAC Mortgage Corporation ("GMACM") and Residential Funding Company LLC, formerly known as Residential Funding Corporation ("GMAC-RFC" and collectively with GMACM, the "Movants") filed with the United States Bankruptcy Court for the District of Delaware the Emergency Motion of GMAC Mortgage LLC, Formerly Known as GMAC Mortgage Corporation and Residential Funding Company LLC, Formerly Known as Residential Funding Corporation to Continue the October 15, 2007 Hearing Regarding (i) the Emergency Motion of the Debtors for Orders: (a)(1) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of Certain Assets Used in Debtors' Loan Servicing business; (iii) Approving

Form and Manner of Notice Thereof and (iv) Granting Related Relief; and (b)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims and Encumbrances, and Other Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (iv) Granting Related Relief and (ii) the Modified Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (ii) Proposed Cure Obligations, if Any (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **10:00 a.m. (Eastern) on October 15 , 2007.** At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 15, 2007 AT 12:00 P.M. (Eastern)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: October 10, 2007  REED SMITH LLP
      Wilmington, Delaware

By: /s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson (No. 3966)
1201 Market Street; Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: klawson@reedsmith.com

and

Robert P. Simons
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-7294
Facsimile: (412) 288-3063

and

Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Attorneys for GMAC Mortgage LLC and
Residential Funding Company LLC