IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket Nos. 11, 857, 859, 1061,<br>1071, 1216, 1243 &amp; \_\_\_\_\_ |

**ORDER GRANTING EMERGENCY MOTION OF GMAC MORTGAGE LLC, FORMERLY KNOW AS GMAC MORTGAGE CORPORATION AND RESIDENTIAL FUNDING COMPANY LLC, FORMERLY KNOWN AS RESIDENTIAL FUNDING CORPORATION TO CONTINUE THE OCTOBER 15, 2007 HEARING REGARDING (I) THE EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(1) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF AND (II) THE MODIFIED NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

Upon consideration of the Emergency Motion of GMAC Mortgage LLC, Formerly Known as GMAC Mortgage Corporation and Residential Funding Company LLC, Formerly Known as Residential Funding Corporation to Continue the October 15, 2007 Hearing Regarding (I) the Emergency Motion Of The Debtors For Orders: (A)(1) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims And Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement

Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief and (II) the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of objections to the Motion, if any; and upon the record and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted.
2. The Sale Hearing will take place on _____, 2007 at _____.
3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: _____, 2007
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.