## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, Esq., hereby certify that on the 10th day of October 2007, a true and correct copy of the **MOTION OF GMAC MORTGAGE LLC, FORMERLY KNOW AS GMAC MORTGAGE CORPORATION AND RESIDENTIAL FUNDING COMPANY LLC, FORMERLY KNOWN AS RESIDENTIAL FUNDING CORPORATION TO CONTINUE THE OCTOBER 15, 2007 HEARING REGARDING (I) THE EMERGENCY MOTION OF THE DEBTORS FOR ORDERS: (A)(1) APPROVING SALE PROCEDURES; (II) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN ASSETS USED IN DEBTORS' LOAN SERVICING BUSINESS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF AND (II) THE MODIFIED NOTICE OF (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF**

**CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY** was served upon the addressees listed on the attached service list in the manners indicated.

By:    /s/ Kimberly E. C. Lawson
       Kimberly E. C. Lawson (No. 3966)

**American Home Mortgage Holdings, Inc.**
Case No. 07-11047
2002 Service List

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Bexar County
*First Class Mail*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
*First Class Mail*

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
*First Class Mail*

Bank of America
Attn: Ronald Jost
1133 Avenue of the Americas, 17th Floor
New York, NY 10036
*First Class Mail*

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code: TX1-492-66-01, 01 Main Street, 66th Floor
Dallas, TX 75202
*First Class Mail*

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Bank of America
Attention:  Swap Operations
233 South Wacker Drive, Suite 2800
Chicago, IL 60606
*First Class Mail*

Bank of America
Attention:  Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX 75202
*First Class Mail*

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code: CA5-701-05-19, 1455 Market Street,
5th Floor
San Francisco, CA 94103
*First Class Mail*

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
*First Class Mail*

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Hand Delivery*

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
*First Class Mail*

Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY 10281
*First Class Mail*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
*First Class Mail*

Bear, Stearns & Co. Inc.
Attn: Sr. Managing Director
Government Operations, 1 Metrotech Center North,
7th Floor
Brooklyn, NY 11201
*First Class Mail*

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
*Hand Delivery*

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
*First Class Mail*

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801
*Hand Delivery*

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
*First Class Mail*

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Country Wide Capital
20 N. Acoma Blvd
Lake Havasu City, AZ 86403
*First Class Mail*

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
*Hand Delivery*

Citigroup Global Markets Realty Corp
Attn: Peter Steinmetz
390 Greenwich Street, 6th Floor
New York, NY 10013
*First Class Mail*

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
*First Class Mail*

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
*First Class Mail*

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Hand Delivery*

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
AT&T Corp.
*First Class Mail*

Deutsche Bank
Attn: Legal Department
Taunusanlage 12
60262 Frankfurt, Germany
*First Class Mail (International)*

EMC
Attn: Officer, General or Managing Agent
383 Madison Avenue
New York, NY 10018
*First Class Mail*

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*First Class Mail*

Credit Suisse
Attention: Officer, General or Managing Agent
Eleven Madison Avenue
New York, NY 10010
*First Class Mail*

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
*First Class Mail*

Deutsche Bank
Attn: Repo Desk, 3rd Floor
60 Wall Street
New York, NY 10005
*First Class Mail*

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
*First Class Mail*

James J. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
*Hand Delivery*

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
*First Class Mail*

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*First Class Mail*

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Hand Delivery*

FNMA
Attn: Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC 20016
*First Class Mail*

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
*First Class Mail*

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
*First Class Mail*

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust II
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830
*First Class Mail*

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA 91107
*First Class Mail*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones
& Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
*Hand Delivery*

JPMorgan Chase
Attn: Baylis Trust V, Madassir Mohamed
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust I
600 Travis, 50th Floor
Houston, TX 77019
*First Class Mail*

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
*First Class Mail*

Lisa G. Laukitis, Esq.
Citicorp Center
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
*First Class Mail*

Lehman Brothers
Attn: Robert Guglielmo, Senior Vice President
745 Seventh Avenue, 28th Floor
New York, NY 10019
*First Class Mail*

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
*First Class Mail*

John Marsicano
Waldners Business Environments, Inc.
125 Route 110
Farmingdale, NY 11735
*First Class Mail*

James McGinley
Wilmington Trust Company
520 Madison Avenue, 33rd Fl.
New York, NY 10022
*First Class Mail*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court , 22 Victoria Street
Hamilton HM 12, Bermuda
*First Class Mail (International)*

Luminent Mtg
Attn: Officer, General or Managing Agent
Suite 1350, California St.
San Francisco, CA 94111
*First Class Mail*

Jerry Christopher Matthews
The Bank of New York Trust Company
601 Travis Street, 16th Fl
Houston, TX 77002
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022
*First Class Mail*

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
*Hand Delivery*

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
*First Class Mail*

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY 10281
*First Class Mail*

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
*First Class Mail*

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
*First Class Mail*

Morgan Stanley
Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY 10036
*First Class Mail*

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
*First Class Mail*

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
*First Class Mail*

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
*First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
*First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
*First Class Mail*

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #1001
Wilmington, DE 19801
*Hand Delivery*

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
*First Class Mail*

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022
*First Class Mail*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
*First Class Mail*

Steven Sass
UPS
307 International CIrcle, Suite 270
Hunt Valley, MD 21030
*First Class Mail*

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*First Class Mail*

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

SunTrust Asset Funding, LLC
Attn:  Woodruff A. Polk
Mail Code 3950 , 303 Peachtree Street, 36th Floor
Atlanta, GA 30308
*First Class Mail*

Margot B. Schonholtz, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
*First Class Mail*

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
*First Class Mail*

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
*First Class Mail*

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
*First Class Mail*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*First Class Mail*

UBS
1251 Avenue of the Americas
New York, NY 10019
*First Class Mail*

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
*First Class Mail*

Wells Fargo Bank, N.A
Attn: Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA 94104
*First Class Mail*

Steve Wichmann
Impack Funding Corporation
19500 Jamboree Road
Irvine, CA 92612
*First Class Mail*

SunTrust Asset Funding, LLC
Attn: Tony D. Atkins
Mail Code 3950 , 303 Peachtree Street, 23rd Floor
Atlanta, GA 30308
*First Class Mail*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
*First Class Mail*

Washington Mutual Bank
Attn: Officer, General or Managing Agent
3200 Southwest Freeway
Houston, TX 77027
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
*First Class Mail*

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
*First Class Mail*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
*First Class Mail*

Wilmington Trust Company
Attn: Corporate Capital Markets
Rodney Square North, 1100 North Market Street
Wilmington, DE 19890
*First Class Mail*

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013
*First Class Mail*

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
*First Class Mail*

Stuart J. Miller, Esquire
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
*First Class Mail*

Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm
1119 Government Street
P.O. Box Drawer 3103
Mobile, AL 36652
*First Class Mail*

Scott K. Levine, Esq.
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Ave. of the Americas, 18th Floor
New York, NY 10018
*First Class Mail*

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Hand Delivery*

Leo T. Crowley, Esq.
Margot P. Erlich, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-1536
*First Class Mail*

John R. Ashmead, Esquire
Laurie R. Binder, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
*First Class Mail*

German Yusufov, Esquire
Terri A. Roberts, Esquire
Pima County Attorney
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
*First Class Mail*

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
*Hand Delivery*

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
*First Class Mail*

American Express Travel Related
Svcs Co. Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701
*First Class Mail*

Susan R. Fuentes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032
*First Class Mail*

Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of the Americas
New York, NY 10019-60604
*First Class Mail*

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Hand Delivery*

Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Hand Delivery*

J. David Folds, Esquire
DLP Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
*First Class Mail*

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ 07311
*First Class Mail*

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
*Hand Delivery*

Matthew J. Botica, Esquire
David W. Wirt, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
*First Class Mail*

John P. Dillman, Esquire
Linebarger, Goggin, Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
*First Class Mail*

Linda Chow, Esquire
Andrew Pickering, Esquire
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Kathleen M. O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, GA 30308
*First Class Mail*

Sheryl L. Moreau, Esquire
Missouri Department of Revenue
General Counsel's Office
301 West High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
*First Class Mail*

William G. Wright, Esquire
Farr, Burke, Gambacorata & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054
*First Class Mail*

Patrick J. Reilly, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
*Hand Delivery*

Harold S. Berzow, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556
*First Class Mail*

Susan D. Profant
Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206-5300
*First Class Mail*

David W. Stack
ABN AMRO Bank N.V.
55 East 52nd Street, 2nd Floor
New York, NY 10055
*First Class Mail*

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865
*First Class Mail*

Joseph F. Falcone III, Esquire
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY 10019
*First Class Mail*

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
*First Class Mail*

Stephen M. Yoder, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
*Hand Delivery*

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
*Hand Delivery*

Brad R. Godshall, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA  90067
*First Class Mail*

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
*Hand Delivery*

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
*First Class Mail*

Nancy Connery, Esquire
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY 10165
*First Class Mail*

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph G. Minias, Esquire
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*First Class Mail*

Stephen D. Lerner, Esquire
Elliot M. Smith, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street, Suite 3500
Cincinnati, OH 45202-4036
*First Class Mail*

Kristen T. Mihelic, Esquire
Richard L. Canal, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
*First Class Mail*

Alyssa D. Englund, Esquire
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
*First Class Mail*

Peter D. Bilowz, Esquire
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 2110-3333
*First Class Mail*

Mandeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327
*First Class Mail*

R. Frederick Linfesty, Esquire
Iron Mountain Information
Management, Inc.
745 Atlantic Avenue
Boston, MA 02111
*First Class Mail*

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, DC 20036-4704
(Counsel for Realty Associates Fund V, LP)
*First Class Mail*