## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

| | | |
|---|---|---|
| Credit Suisse First Boston Mortgage Capital, LLC | : | Adversary Proceeding |
| Plaintiff, | : | Case No. 07-51684 (CSS) |
| v. | : | |
| American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc. | : | |
| Debtor-Defendants. | : | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |
| Bear Stearns Mortgage Capital Corp. and EMC Mortgage Corp., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 07-51701 (CSS) |
| American Home Mortgage Investment Corp., American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., and American Home Mortgage Servicing, Inc., | |
| Debtor-Defendants. | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,                                    :   Jointly Administered
                                                                   :
      Debtors.                                                     :
------------------------------------------------------------------ x

------------------------------------------------------------------ x
CALYON NEW YORK BRANCH,                                            :
                                                                   :   Adversary Proceeding
            Plaintiff,                                             :   Case No. 07-51704 (CSS)
                                                                   :
v.                                                                 :
                                                                   :
AMERICAN HOME MORTGAGE CORP, AMERICAN                              :
HOME MORTGAGE SERVICING, INC., AMERICAN                            :
HOME MORTGAGE ACCEPTANCE, INC. and                                 :
AMERICAN HOME MORTGAGE INVESTMENT CORP.                            :
                                                                   :
            Debtor-Defendants.                                     :
                                                                   :
------------------------------------------------------------------ x

## NOTICE OF HEARING SCHEDULED
## FOR HEARING ON OCTOBER 15, 2007 AT 3:00 P.M. (ET)

1.  Status Conference

    a)   Credit Suisse First Boston Mortgage Capital, LLC v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51684

    b)   Bear Stearns Mortgage Capital Corp. and EMC Mortgage Corp. v. American Home Mortgage Investment Corp., American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., and American Home Mortgage Servicing, Inc., Adv. No. 07-51701

    c)     Calyon New York Branch v. American Home Mortgage Corp, American Home Mortgage Servicing, Inc., American Home Mortgage Acceptance, Inc. and American Home Mortgage Investment Corp., Adv. No. 07-51704

Status: With respect to items (a) and (c), this matter will be going forward as a status conference only. With respect to item (b), this matter has been settled in principle pending documentation.

Wilmington, Delaware
October 11, 2007

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Sharon M. Zieg*
    _____
    James L. Patton, Jr. (No. 2202)
    Robert S. Brady (No. 2847)
    John T. Dorsey (No. 2988)
    Sharon M. Zieg (No. 4196)
    Erin Edwards (No. 4392)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    -AND-

    QUINN EMANUEL URQUHART
    OLIVER & HEDGES LLP
    Susheel Kirpalani
    James C. Tecce
    51 Madison Avenue
    New York, New York 10010
    Telephone: (212) 849-7000

    Counsel for Debtors and Debtors in Possession