IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
        Debtors.                                                         :
------------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 1012**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Motion"). The Court's docket which was last updated October 11, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 9, 2007 at 12:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
        October 11, 2007

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ signature

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession