IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,                  :   Jointly Administered
                                                                 :
                    Debtors.                                     :
                                                                 :   Ref. Docket No. _____
---------------------------------------------------------------- x

**ORDER APPROVING MOTION OF DEBTORS FOR LEAVE TO EXCEED THE
PAGE LIMIT REQUIREMENT FOR THEIR OMNIBUS RESPONSE TO
CERTAIN OBJECTIONS TO THE SALE OF CERTAIN ASSETS AND THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
RELATING TO THE DEBTORS' LOAN SERVICING BUSINESS**

Upon consideration of the above-captioned Debtors' *Motion of Debtors for Leave to Exceed the Page Limit Requirement for their Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business* (the "Motion")[1] the Court having reviewed the Motion, and the Court finding that (i) notice of the Motion was sufficient under the circumstances; and (ii) the Debtors have demonstrated sufficient justification for approval of the Motion; and after due deliberation, the Court having determined that good and sufficient cause has been shown,

---

[1] All capitalized terms used, but not otherwise, defined herein shall have the meanings ascribed to such terms in the Motion.

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The Debtors are authorized to file the Reply in excess of the twenty page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures.

Dated: Wilmington, Delaware
October 11, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE