IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                :   Jointly Administered
                                                                :
                    Debtors.                                    :
                                                                :
--------------------------------------------------------------- x

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on October 10, 2007, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the attached list in the manner indicated:

**DEBTORS' ANSWERS TO FIRST SET OF INTERROGATORIES FROM DB STRUCTURED PRODUCTS INC. IN CONNECTION WITH DEBTORS' MOTION FOR SALE OF THEIR LOAN SERVICING BUSINESS**

and

**DEBTORS' RESPONSES TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM DB STRUCTURED PRODUCTS INC. IN CONNECTION WITH DEBTORS' MOTION FOR SALE OF THEIR LOAN SERVICING BUSINESS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated: Wilmington, Delaware
October 11, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

## SERVICE LIST
## 10/10/2007

Steven Wilamowsky
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
*(Counsel to DB Structured Products Inc.)*
*Electronic Mail*

Andrew J. Gallo
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110
*(Counsel to DB Structured Products Inc.)*
*Electronic Mail*