...

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
          Debtors.                                               :
                                                                 :   Hearing Date: October 31, 2007 at 10:00 a.m.
                                                                 :   Objection Deadline: October 24, 2007 at 4:00 p.m.
---------------------------------------------------------------- x

## NOTICE OF APPLICATION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) THE DEBTORS' POSTPETITION LENDER; (V) THE SECURITIES AND EXCHANGE COMMISSION; (VI) AND ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the **Application for Order (I) Approving the Retention and Employment of Orlans Associates, P.C. as Foreclosure Professionals for the Debtors *Nunc Pro Tunc* to the Petition Date; (II) Approving Its Fee Structure; and (III) Granting A Partial Waiver of Local Rule 2016-2(D)** (the "Application").

PLEASE TAKE FURTHER NOTICE that objections to the attached Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on October 24, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **OCTOBER 31, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
October 11, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
Travis N. Turner (No. 4926)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession