IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹              :
                                                              :   Jointly Administered
                                                              :
                          Debtors.                            :
                                                              :
                                                              :
------------------------------------------------------------- x
```

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on October 11, 2007, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the attached list in the manner indicated:

**DEBTORS' RESPONSES AND OBJECTIONS TO EMC MORTGAGE CORPORATIONS' NOTICE OF 30(b)(6) DEPOSITION OF MILESTONE ADVISORS, LLC**

and

**DEBTORS' RESPONSES AND OBJECTIONS TO EMC MORTGAGE CORPORATION'S NOTICE OF 30(b)(6) DEPOSITION**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated: Wilmington, Delaware  
October 11, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sharon M. Zieg
---
James L. Patton, Jr. (No. 2202)  
Robert S. Brady (No. 2847)  
John T. Dorsey (No. 2988)  
Sharon M. Zieg (No. 4196)  
Erin Edwards (No. 4392)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  

Counsel for Debtors and  
Debtors in Possession

## SERVICE LIST
## 10/11/2007

William Goldman, Esq.
Geoffrey T. Raicht, Esq.
Alex R. Rovira, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
***Federal Express and Electronic Mail***

David Kuney, Esq.
Sidley Austin
1501 K. St. N.W.
Washington, DC 20005
***Federal Express and Electronic Mail***

Frederick B. Rosner, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery and Electronic Mail***