IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                   :   Jointly Administered
                                                                   :
                   Debtors.                                        :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on October 10, 2007, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the attached list in the manner indicated:

- **OBJECTION TO GMAC MORTGAGE LLC, FKA GMAC MORTGAGE CORPORATION'S NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 1411]**

- **OBJECTION TO FINANCIAL GUARANTY INSURANCE COMPANY'S NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 1412]**

- **OBJECTION TO GMAC MORTGAGE LLC, FKA GMAC MORTGAGE CORPORATION'S NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 1413]**

- **OBJECTION TO FINANCIAL GUARANTY INSURANCE COMPANY'S NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO FED R CIV P 30(b)(6) [DOCKET NO. 1414]**

- **OBJECTION TO WELLS FARGO FUNDING, INC. AND WELLS FARGO BANK, N.A.'S NOTICE OF 30(b)(6) DEPOSITIONS [DOCKET NO. 1415]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

- OBJECTION TO DEUTSCHE BANK NATIONAL TRUST CO., AMERICAS,' NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 1416]

- OBJECTION TO THE BANK OF NEW YORK'S CROSS-NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO FEB R CIV P 30(b)(6) [DOCKET NO. 1417]

- OBJECTION TO THE BANK OF NEW YORK'S NOTICE OF 30(b)(6) DEPOSITION [DOCKET NO. 1418]

- OBJECTION TO U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE'S NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO FED R CIV P 30(b)(6) [DOCKET NO. 1419]

- OBJECTION TO DB STRUCTURED PRODUCTS, INC.'S NOTICE 30(b)(6) DEPOSITION [DOCKET NO. 1420]

- OBJECTION TO ASSURED GUARANTY'S NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO RED R CIV P 30(b)(6) [DOCKET 1421]

- OBJECTION TO CIFG ASSURANCE NORTH AMERICA, INC.'S NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO FED R CIV P 30(b)(6) [DOCKET NO. 1422]

- OBJECTION TO U.S. BANK NATIONAL ASSOCIATION'S NOTICE 30(b)(6) DEPOSITION [DOCKET NO. 1423]

- OBJECTION TO ASSURED GUARANTY'S NOTICE 30(b)(6) DEPOSITION [DOCKET NO. 1424]

- OBJECTION TO CIFG ASSURANCE NORTH AMERICA, INC.'S NOTICE 30(b)(6) DEPOSITION [DOCKET NO. 1425]

- OBJECTION TO DEUTSCHE BANK NATIONAL TRUST COMPANY'S NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO FED R CIV P 30(b)(6) [DOCKET NO. 1426]

- OBJECTION TO GMAC MORTGAGE CORPORATION'S NOTICE OF DEPOSITION OF MILESTONE ADVISORS, LLC PURSUANT TO FED R CIV P 30(b)(6) [DOCKET NO. 1427]

Dated: Wilmington, Delaware
October 11, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

## American Home Mortgage (Case No. 07-11047)

The following parties were served via electronic mail:

| Name | Email |
| --- | --- |
| Amanda M. Winfree | awinfree@ashby-geddes.com |
| Andrew J. Gallo | andrew.gallo@bingham.com |
| Barry N. Seidel | bseidel@kslaw.com |
| Benjamin W. Keenan | bkeenan@ashby-geddes.com |
| Bruce A. Wilson | bruce.wilson@kutakrock.com |
| Charles Sawyer | sawyer.charles@dorsey.com |
| Christopher M. Samis | Samis@RLF.com |
| Claudia Z. Springer | cspringer@reedsmith.com |
| Daniel B. Butz | dbutz@mnat.com |
| Don A. Beskrone | dbeskrone@ashby-geddes.com |
| Donna L. Culver | dculver@mnat.com |
| Eric Lopez Schnabel | eric.schnabel@bipc.com |
| Franklin H. Top, III | top@chapman.com |
| Gregory A. Taylor | gtaylor@ashby-geddes.com |
| Katherine A. Constantine | constantine.katherine@dorsey.com |
| Kimberly Lawson | klawson@reedsmith.com |
| Lee Harrington | lharrington@nixonpeabody.com |
| Lee Harrington | ddrebsky@nixonpeabody.com |
| Leo T. Crowley | lcrowley@PillsburyWinthrop.com |
| Margot P. Erlich | margot.erlich@pillsburylaw.com |
| Monica Clark | clark.monica@dorsey.com |
| Robert J. Dehney | rdehney@mnat.com |
| Robert P. Simons | rsimons@reedsmith.com |
| Russell C. Silberglied | Silberglied@RLF.com |
| Stefanie J. Greer | sjgreer@kslaw.com |
| Steven Wilamowsky | steven.wilamowsky@bingham.com |
| Thomas T. Roubidoux | Thomas.Roubidoux@KutakRock.com |
| Todd C. Schiltz | tschiltz@wolfblock.com |
| William P. Bowden | wbowden@ashby-geddes.com |