IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              ) Chapter 11
                                                    )
AMERICAN HOME MORTGAGE                              ) Case No. 07-11047
a Delaware corporation, et. al.                     ) Jointly Administered
                                                    )
           Debtors.                                 ) Related to Docket No. ____
                                                    )
---------------------------------------------------------------- x

## ORDER

Upon consideration of the Motion of EMC Mortgage Corporation for Leave to File a Sur-Reply Memorandum of Law in Further Opposition to the Emergency Motion of the Debtors for Orders: (A) (I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B) (I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreement Related Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to the Notices of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any (the "Motion"), it is hereby

ORDERED, that the Motion is GRANTED.

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

DM3\574270.1