IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | (Jointly Administered) |
| *et al.* | ) | |
| Debtors. | ) | Related To Docket No. 1482 |
| | ) | |

## MOTION TO SHORTEN NOTICE AND APPROVE FORM, MANNER AND SUFFICIENCY OF NOTICE WITH RESPECT TO EMC MORTGAGE CORPORATION'S MOTION FOR LEAVE TO FILE A SUR-REPLY

EMC Mortgage Corporation ("EMC"), by and through its undersigned counsel, respectfully moves for an order under Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Del. Bankr. LR 9006-1(e) and Sections 102 and 105 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") shortening the time period for notice of the motion for leave to file a sur-reply filed at Docket No. 1482 (the "Motion for Leave to File Sur-Reply"). In support of this Motion, EMC respectfully represents as follows:

1. Pursuant to the Motion for Leave to File Sur-Reply, EMC seeks leave of the Court to permit EMC to file a sur-reply in light of arguments made by the Debtors in the Debtors' Omnibus Response to Certain Objection to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business filed on October 10, 2007.

2. EMC requests that the Court consider the Motion for Leave to File Sur-Reply without of hearing.

3. Alternatively, EMC respectfully requests that the Court enter an Order scheduling the Motion for Leave to File Sur-Reply on an expedited basis for the hearing scheduled on October 15, 2007 and allowing oral objections at the hearing.

DM3\574352.1

WHEREFORE, EMC respectfully requests that the Court consider the Motion for Leave to File Sur-Reply without a hearing or, alternatively, schedule the Motion for Leave to File Sur-Reply for the hearing on October 15, 2007 at 12:00 p.m. with oral objections, if any, due at the hearing..

Dated: October 11, 2007
Wilmington, Delaware

_____
Frederick B. Rosner (DE 3995)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    fbrosner@duanemorris.com
    rwriley@duanemorris.com

*Counsel for EMC Mortgage Corporation*

2

DM3\574352.1