IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation,) | | (Jointly Administered) |
| *et al.* | ) | |
| Debtors. | ) | Related to Docket No. ____ |
| _____ | ) | |

## ORDER

Upon consideration of the Motion to Shorten Notice and Approve Form, Manner and Sufficiency of Notice With Respect to the EMC Corporation's Motion for Leave to File Sur-Reply (the "Motion"); and it appearing that sufficient cause exists to shorten notice of the Motion for Leave to File Sur-Reply (as defined in the Motion); it is hereby

ORDERED, that the Motion is GRANTED and it is further

ORDERED that the Motion for Leave to File Sur-Reply (as defined in the Motion) is scheduled for hearing on _____ at ____ _.m. and objections, if any, to the Motion for Leave to File Sur-Reply must be may be made orally at the hearing.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　The Honorable Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

DM3\574352.1