IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: AMERICAN HOME MORTGAGE HOLDINS, )
INC. )
)
) CASE NO. 07-11047 (CSS)

DEBTOR(S)

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3016 AND 3017 (a)

    The City of Irving, Texas, hereby requests that all notices given or required to be given in the cause to and served upon each of the following counsel:

    Parker & Marks, P.C.
    Suite 209
    1333 Corporate Drive
    Irving, Texas  75038

    This request includes all notices, copies of pleadings and other documents referred to in Section 1109(b) of Title 11, United States Bankruptcy Code, or in Rules 2002, 3016, 3017(a), and 9007 of the Bankruptcy Rules, including, without limitation, notice of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

    Respectfully submitted,

    PARKER & MARKS, P.C.
    1333 Corporate Drive
    Suite 209
    Irving, Texas  75038
    (972) 756-9237

    _____/S/_____
    Tally F. Parker, Jr.