IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 07- 11047 (CSS) |
| | § | |
| AMERICAN HOME MORTGAGE | § | CHAPTER 11 |
| HOLDINGS, INC. | § | |
| Debtor. | § | |

## NOTICE OF TAX LIEN

TO ALL PARTIES IN INTEREST:

Comes now the City of Irving a local government entity organized under the laws of the State of Texas and authorized to impose and collect real and personal property ad valorem taxes, and files this Notice of Tax Lien.

Notice is hereby given to all interested parties that the City of Irving holds a statutory lien against the Debtor's personal property listed below to secure the pre-petition 2007 ad valorem taxes due to the City of Irving pursuant to Texas Property Tax Code §§32.01(a), (b) and (d). Please see Exhibit A, attached hereto and incorporated herein for all purposes, for the amount due.

> DALLAS CENTRAL APPRAISAL DISTRICT ACCOUNT
> NO. 99060613940000000
> Personal property, furniture, fixtures,
> equipment, and inventory located at:
> 4600 Regent, Irving, Texas

In pertinent part, Texas Property Tax Code §32.01 provides:

(a) On January 1 of each year, a tax lien attaches to property to secure the payment of all taxes, penalties, and interest ultimately imposed for the year on the property...

(b) A tax lien on inventory, furniture, equipment, or other personal property is a lien in solido and attaches to all inventory, furniture, equipment, and other personal property that the property owner owns on January 1 of the year the lien attaches or that the property owner subsequently acquires.

(d) The lien under this section is perfected on attachment and ... perfection requires no further action by the taxing unit.

Pursuant to Texas Property Tax Code 32.05(b), the City of Irving's statutory lien on the above-described property take priority over the liens of any other creditors on the above-described property. In pertinent part §32.05 provides:

NOTICE OF TAX LIEN PAGE 1

  (c) ... a tax lien provided by this chapter takes priority over the claim of any creditor of a person whose property is encumbered by the lien and over the claim of any holder of a lien on property encumbered by the tax lien, whether or not the debt or lien existed before the attachment of the tax lien.

By this Notice the City of Irving hereby claims an interest in and first priority lien on the proceeds of the sale of the property identified above. Texas Property Tax Code §32.01 (Vernon 2001). City of Irving opposes any sale of the collateral without adequate protection of its first priority lien. 11 U.S.C. §§3361 and 363.

      Respectfully submitted,

      CITY OF IRVING

      By: /S/
       Tally F. Parker, Jr.
       State Bar No. 15513000

      PARKER & MARKS, P.C.
      1333 Corporate Drive
      Suite 209
      Irving, TX  75038
      (972) 756-9237
      (972) 719.0905 FAX

### CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Tax Lien was served upon the parties listed below via first class U.S. Mail at the designated addresses this the  12th  day of  October , 2007.

      /S/
      TALLY F. PARKER, JR.

NOTICE OF LIEN PAGE 2