CITY OF IRVING
TAX STATEMENT

10/11/2007

AMERICAN HOME MORTGAGE SERVICE

DCAD ACCOUNT NO. 99060613940000000

<------PROPERTY DESCRIPTION------>

PERSONAL PROPERTY

AMERICAN HOME MORTGAGE SERVICE INC

| YEAR DELINQUENT | TO WHOM ASSESSED | AMOUNT |
|---|---|---|
| 2007 | AMERICAN HOME MORTGAGE SERV | $16167.56 |
| | TOTAL DUE | $16167.56 |