IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS,                             : Case No. 07-11047 (CSS)
INC.,                                                        :
a Delaware corporation, et al.,                              : Jointly Administered
                                                             :
        Debtors.                                             : Doc. Ref. No. 1216
                                                             :
------------------------------------------------------------ x

## MILESTONE ADVISORS, LLC'S OBJECTION TO SUBPOENA ISSUED BY GMAC MORTGAGE LLC

Milestone Advisors, LLC objects to the subpoena issued by GMAC Mortgage LLC for the following reasons:

1. The Notice of Deposition attached to the subpoena is cumulative and repetitive of topics that Milestone Advisors, LLC appeared for a deposition on October 11, 2007 in Wilmington, Delaware in which GMAC Mortgage LLC's counsel was present and asked questions.

2. The subpoena fails to give sufficient time and notice to Milestone Advisors, LLC.

3. The subpoena presents an undue hardship since the person at Milestone Advisors, LLC that knows the most regarding AHM is currently in Wilmington, Delaware giving depositions in connection with the same case.

4. The subpoena fails to direct Milestone Advisors, LLC to designate one or more witnesses under Fed. R. Civ. P. 30(b)(6), but inexplicably asks that the Debtors do so.

5. The subpoena was improperly and insufficiently served on Milestone Advisors, LLC and such purported service is ineffective.

DB02:6265824.1                                                               066585.1001

2

6. GMAC Mortgage, LLC failed to tender the necessary witness fee with the subpoena and the subpoena is ineffective.

MILESTONE ADVISORS, LLC

_____
Eugene S. Weil, Chief Executive Officer