## CERTIFICATE OF SERVICE

      I, Kenneth J. Enos, am employed by the law firm of Young Conaway Stargatt & Taylor, LLP, and on the 11th day of October, 2007, I caused a copy of Milestone Advisors LLC's Objection to Subpoena Issued by GMAC Mortgage LLC, to be served on Kimberly E.C. Lawson, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801, by hand delivery.

                                                Kenneth J. Enos (No. 4544)