# Exhibit C

Executed Asset Purchase Agreement.
Exhibit "C"

## SECTION II

## AMERICAN HOME MORTGAGE HOLDINGS, INC.

## PENDING PRE-PETITION LITIGATION CHART

Exhibit Part 9
Docket #931
Filed 9/25/2007
Objections Due by 10/2/07

066585.1001

DB02:6236952.4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bilek | AHMSI | IL | Federal Civil | Unspecified | Servicing | Various servicing issues | 7/23/2007 | Referred to Bankruptcy Counsel | Not assigned |
| Jack | ABC, MERS, AHMSI | NY | Federal Civil | Unspecified | Loan Processing | Mortgage broker practices -- loan selection. | 7/25/2007 | Referred to Bankruptcy Counsel | Not assigned |
| Battaille | AHMSI (fka CNI) | OH | State Civil | $92,000 | Servicing | Default judgment regarding servicing transfer issue. | x2005 | Judgment vacated 7/5/07. Pending plaintiff's decision to refile. | Varga Berger |
| Bostic | AHMSI | SC | State Civil | Unspecified | Servicing | Failure to file release | 07/18/05 | Answer filed 8/18/05. Motion for Summary Judgment filed on 1/05/06; Summary judgment granted for plaintiff on March 10, 2006. Appeal court reversed on 7/18/07. | Weiner Brodsky |
| Yeo | AHMSI | SC | State Civil | $25,000 | Servicing | Failure to file release | 07/17/06 | Motion to dismiss filed on 9/15/06. Motion for summary judgment filed on 5/2/07. Pending decision. | Weiner Brodsky |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reavely | AHMAI/AHMSI/MERS | PA | State Civil | $50,000 | Servicing | Insurance Proceeds | 09/22/06 | Motion to remove filed on 10/10/06. Motion for summary judgment pending. Order entered 8/9/07 staying matter given bankruptcy. | Weiner Brodsky |
| Keblin | AHMSI | NC | State Civil | $10,000 | Servicing | FCRA - Spousal Reporting | 09/22/06 | Negotiating dismissal pending submission of proof of error correction to credit agencies. | Weiner Brodsky |
| Barbosa | AHMIC/AHMSI/ABC/MERS | PA | Federal Civil | Unspecified | Loan processing | Mortgage broker practices -- loan selection. | 05/01/07 | Motion to dismiss filed 6/26/07 | Weiner Brodsky |
| Gutierrez | AHMSI | FL | State Civil | Unspecified | Loan processing | Failure to determine fraudulent use of borrower identity | 5/16/2007 | Answer filed 6/19/07 | Weiner Brodsky |