# Exhibit D

# Need to lower your mortgage payment? How about a 1.25% interest rate?

Reply to: see below
Date: 2007-04-30, 9:42AM CDT

Whether you have perfect credit or not...We have great loan programs and rates for you.

We have the extremely popular Pay option ARM where you defer a portion of your interest. Your rate can be as low as 1.25%* with a fixed payment for 5 years!

It's great for additional extra cash flow on your primary or investment properties.

Lending in all 50 states, we handle all forms of residential loans:

*100% Owner-Occupied Financing with a 640 FICO (full doc)
*100% Investor Financing with 720 FICO (full doc)
*97% Financing with 580 FICO (full doc)
*Limited or no documentation
*Interest only
*Construction loans
*Government loans (FHA/VA)
*Payment option ARMS (1.25% start rate)
*Home Equity loans
*Damaged credit
*40 Year Loans (Fixed, ARMs, Neg Am)
*JUMBO Loans
*Loans for LLC's
*Everything on the market!

Ask me about a FREE Home Equity Line of Credit? Absolutely no closing costs! OAC.

Call me before you continue with your current lender!

Seth Harris
Senior Mortgage Lender

American Home Mortgage (NYSE: AHM)
503-231-6009 Office
888-248-6633 Toll Free
971-563-7398 Cell
seth.harris@americanhm.com
www.sethharris.com

# Don't pay higher than 1.25% interest rate on your mortgage!

Reply to: serv-302513771@craigslist.org
Date: 2007-03-29, 12:12PM EDT

Licensed in all 50 states and the District of Columbia, we have over 2,000 different loan products to meet the needs of all our customers!

Our popular **Pay Option ARM** allows you defer a portion of your interest. Use it for your rental home, vacation home, or primary residence. The base rate starts at just 1.25%!

Other products include:
- 100% Owner-Occupied Financing with a 660 FICO
- 100% Investor Financing with 700 FICO
- 97% Financing with 580 FICO (full doc only)
- Payment option ARMs have a start rate of 1.25%*
- Home Equity Loans
- Less than perfect credit
- Lot Loans
- Government Loans (FHA/VA)
- 40 Year Loans (Fixed, ARMs, Neg Am)
- JUMBO Loans
- Loans for LLC's
- Limited or no documentation
- Interest only
- Commercial loans (brokered)
- Construction Loans

Call today!
Seth Harris
American Home Mortgage (NYSE: AHM)
503-231-6009 Office
888-248-6633 Toll Free
971-563-7398 Cell

*The payment rate of 1.25% applies for the first five years; interest accrues at 6.75% during that same period for this program. Accrual rates may vary by program. APR is 7.38%. Rates are as of 03/23/07 and subject to change without notice. APR subject to increase after consummation. Call Seth Harris for current rates and programs. This product may not be available in all 50 states.
**All loans are subject to credit approval.

# 2.00% Mortgage Rate...100% Financing Fixed for 5 Years!

Reply to: see below
Date: 2007-04-11, 11:24AM EDT


American Home Mortgage is an authorized or licensed mortgage lender in all 50 states and the District of Columbia. We have over 2,000 different loan products to meet the needs of all our customers!

Our popular Pay Option ARM allows you defer a portion of your interest. Use it for your rental home, vacation home, or primary residence.

Other products include:

- 100% Owner-Occupied Financing with a 640 FICO
- 100% Investor Financing with 700 FICO
- 97% Financing with 580 FICO (full doc only)
- Payment option ARMs have a start rate of 1.25%*
- Home Equity Loans
- Less than perfect credit
- Lot Loans
- Government Loans (FHA/VA)
- 40 Year Loans (Fixed, ARMs, Neg Am)
- JUMBO Loans
- Loans for LLC's
- Limited or no documentation
- Interest only
- Commercial loans (brokered)
- Construction Loans

Call today!


Seth Harris
American Home Mortgage (NYSE: AHM)

503-231-6009 Office
888-248-6633 Toll Free
971-563-7398 Cell
seth.harris@americanhm.com

# 2.00% Mortgage Rate...100% Financing Fixed for 5 Years!

Reply to: see below
Date: 2007-04-11, 11:24AM EDT

American Home Mortgage is an authorized or licensed mortgage lender in all 50 states and the District of Columbia. We have over 2,000 different loan products to meet the needs of all our customers!

Our popular Pay Option ARM allows you defer a portion of your interest. Use it for your rental home, vacation home, or primary residence.

Other products include:
- 100% Owner-Occupied Financing with a 640 FICO
- 100% Investor Financing with 700 FICO
- 97% Financing with 580 FICO (full doc only)
- Payment option ARMs have a start rate of 1.25%*
- Home Equity Loans
- Less than perfect credit
- Lot Loans
- Government Loans (FHA/VA)
- 40 Year Loans (Fixed, ARMs, Neg Am)
- JUMBO Loans
- Loans for LLC's
- Limited or no documentation
- Interest only
- Commercial loans (brokered)
- Construction Loans

Call today!
Seth Harris
American Home Mortgage (NYSE: AHM)
503-231-6009 Office
888-248-6633 Toll Free
971-563-7398 Cell
seth.harris@americanhm.com

*The payment rate of 1.25% applies for the first five years; interest accrues at 6.75% during that same period for this program. Accrual rates may vary by program. APR is 7.38%. Rates are as of 03/24/2007 and subject to change without notice. APR subject to increase after consummation. Call Seth Harris for current rates and programs. This product may not be available in all 50 states.
**All loans are subject to credit approval. © 2006 Copyright American Home Mortgage Investment Corp. All rights reserved. 1800 Blankenship Rd, West Linn, OR 97068 AHMLR – 060705376

Great rates, service, and low fees. Call Seth Harris at American Home Mortgage today.
Great rates, service, and low fees. Call Seth Harris at American Home Mortgage today.
Great rates, service, and low fees. Call Seth Harris at American Home Mortgage today.
Great rates, service, and low fees. Call Seth Harris at American Home Mortgage today.

- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 309908292

Copyright © 2007 craigslist, inc. terms of use privacy policy feedback forum

375K mortgage for $993.17…Fixed for 5 years! **American Home Mortgage** has over 1500 loan programs to fit most everyone's needs. Call **Seth Harris American Home Mortgage** has over 1500 loan programs to fit … http://boston.craigslist.org/gbs/fns/304660556.html - - Cached - Similar pages

$375K mortgage for $993.17…Fixed for 5 years! **Seth Harris American Home Mortgage** (NYSE: AHM) 503-231-6009 Office 888-248-6633 Toll Free 971-563-7398 Cell *The payment rate of 1.25% applies for the first … http://washingtondc.craigslist.org/doc/fns/304656266.html - - Cached - Similar pages

Pay Option ARM…$1100 for a $300K **Mortgage**…100% Financing. From traditional mortgages to the newest and hottest products, call **Seth Harris** with **American Home Mortgage**. From traditional mortgages to the newest and … http://washingtondc.craigslist.org/doc/fns/305144569.html - - Cached - Similar pages

$350K mortgage for $926.96…Fixed for 5 years! Call **Seth Harris** at **American Home Mortgage** before you continue with another lender Call **Seth Harris** at **American Home Mortgage** before you continue with … http://houston.craigslist.org/fns/302522569.html - - Cached - Similar pages

$400K mortgage for $1059.38…Fixed for 5 years! Call **Seth Harris** with **American Home Mortgage** for the Option ARM or other great loan products. Call **Seth Harris** with **American Home Mortgage** for the Option … http://houston.craigslist.org/fns/301372069.html - - Cached - Similar pages

$300K mortgage for $892.77…Fixed for 5 years! Absolutely no closing costs! OAC. Call me before you continue with your current lender! **Seth Harris American Home Mortgage** (NYSE: AHM) 503-231-6009 Office … http://lasvegas.craigslist.org/fns/302574287.html - - Cached - Similar pages

Pay Option ARM…$1100 for a $300K **Mortgage**…100% Financing. **Seth Harris American Home Mortgage** (NYSE: AHM) **Mortgage** Lender 971-563-7398 Cell 503-231-6009 Office *The payment rate of 1.25% applies for the first five … http://portland.craigslist.org/mlt/fns/299716535.html - - Cached - Similar pages

$400K mortgage for $1059.38…Fixed for 5 years! For great service, call **Seth Harris** at **American Home Mortgage** Awesome rates and loan programs. For great service, call **Seth Harris** at **American Home Mortgage** … http://saltlakecity.craigslist.org/fns/300798304.html - - Cached - Similar pages

Pay Option ARM…$300K **Mortgage** under $900 w/ 100% Financing **Seth Harris American Home Mortgage** (NYSE: AHM) 503-231-6009 Office 888-248-6633 Toll Free 971-563-7398 Cell Seth.Harris@americanhm.com www.sethharris.com … http://saltlakecity.craigslist.org/fns/302576261.html - - Cached - Similar pages

$375K mortgage for $993.17…Fixed for 5 years! **Seth Harris American Home Mortgage** (NYSE: AHM) 503-231-6009 Office 888-248-6633 Toll Free 971-563-7398 Cell Call **Seth Harris** for current rates and programs. … http://orangecounty.craigslist.org/rts/302688559.html - - Cached - Similar pages

Need to lower your mortgage payment? How about a 1.25% interest rate? **Seth Harris** Senior Mortgage Lender American Home Mortgage (NYSE: AHM) 503-231-6009 Office ... other contact info, **craigslist** can notify them via email. ...
http://baltimore.craigslist.org/rts/317747758.html - - Cached - Similar pages

$350K mortgage for $926.96...Fixed for 5 years! Call **Seth Harris** for current rates and programs. This product may not be available in all 50 ... other contact info, **craigslist** can notify them via email. ... http://washingtondc.craigslist.org/doc/fns/315384263.html - - Cached –

Pay Option ARM...$300K Mortgage under $1200 w/ 100% Financing Call **Seth Harris** for current rates and programs. Rates are as of 03/31/2007 and subject to ... other contact info, **craigslist** can notify them via email. ... http://losangeles.craigslist.org/lac/fns/318760202.html - - Cached - Similar pages

$300K mortgage for $892.77...Fixed for 5 years! Call **Seth Harris** for current rates and programs. **All loans are subject to credit approval. ... other contact info, **craigslist** can notify them via email. ... http://sandiego.craigslist.org/rts/315459754.html - - Cached - Similar pages

$400K mortgage under $1200 fixed 5 years...100% Financing **Seth Harris** American Home Mortgage (NYSE: AHM) 503-231-6009 Office 888-248-6633 Toll Free ... other contact info, **craigslist** can notify them via email. ... http://phoenix.craigslist.org/rts/315457018.html - - Cached - Similar pages

$400K mortgage for $1059.38...Fixed for 5 years! Call **Seth Harris** for current rates and programs. This product may not be ... other contact info, **craigslist** can notify them via email. ... http://miami.craigslist.org/rts/317746702.html - - Cached - Similar pages

Results Page:

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next

| web | Craigslist Seth | net |

375K mortgage for $993.17…Fixed for 5 years! _____ For the best rates and programs call **Seth Harris** at American Home Mortgage_____ ... other contact info, **craigslist** can notify them via email. ... http://washingtondc.craigslist.org/doc/fns/327397735.html - - Cached - Similar pages

2.00% Mortgage Rate…100% Financing Fixed for 5 Years! Call **Seth Harris** for current rates and programs. This product may not be ... other contact info, **craigslist** can notify them via email. ... http://boston.craigslist.org/gbs/fns/327403591.html - - Cached - Similar pages

Pay Option ARM…$300K Mortgage under $1200 w/ 100% Financing **Seth Harris** American Home Mortgage (NYSE: AHM) 503-231-6009 Office 888-248-6633 Toll Free ... other contact info, **craigslist** can notify them via email. ... http://lasvegas.craigslist.org/fns/327567709.html - - Cached - Similar pages

$400K mortgage under $1300 fixed 5 years…100% Financing Call **Seth Harris** for current rates and programs. This product may not be available in all 50 ... other contact info, **craigslist** can notify them via email. ... http://losangeles.craigslist.org/lac/fns/328919988.html - - Cached - Similar pages

Need to lower your mortgage payment? How about a 1.25% interest rate? **Seth Harris** Senior Mortgage Lender American Home Mortgage (NYSE: AHM) 503-231-6009 Office ... other contact info, **craigslist** can notify them via email. ... http://baltimore.craigslist.org/fns/328778536.html - - Cached - Similar pages

Attn: Real Estate Agents Reply to: serv-326293731@**craigslist**.org Date: 2007-05-07, 2:34PM PDT ... **Seth Harris** **Senior Mortgage Lender American Home Mortgage (NYSE: AHM)** ... http://portland.craigslist.org/mlt/rts/326293731.html - - Cached - Similar pages

Similar pages

Results Page:

1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next