# Exhibit G

*[Page rotated 90°. Contents: a check stub and check from ServiceLink, a Div of Chicago Title.]*

**VENDOR:** DAILYCHECK
**REMIT TO:** PAULA RUSH

**CHECK:** 0201017544
**COMMENT:**
**DATE:** 04/18/2007

| INVOICE | DATE | VOUCHER | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1149536/REF | 04/17/2007 | 0001218303 | RUSH/REF/692 | 966.90 | 0.00 | 966.90 |
| | | | TOTALS: | 966.90 | 0.00 | 966.90 |

Service Link A Div of Chicago Title

**DOCUMENT HAS A COLORED BACKGROUND. SECURITY FEATURES LISTED ON BACK.**

serVicelink
"CONSIDER IT DONE"

SERVICE LINK - a division of
CHICAGO TITLE INSURANCE COMPANY
DAILY DISBURSEMENT
4000 INDUSTRIAL BLVD.
ALIQUIPPA, PA 15001

HARRIS CENTRAL N.A.
IL
70-1558/719

**DATE** 04/18/2007

PAY   Nine hundred sixty-six and 90 / 100 Dollars

**AMOUNT** $ *************966.90

TO THE
ORDER
OF    PAULA RUSH
      USA

AUTHORIZED SIGNATURE

⑇020101754⑇ ⑉071915580⑊ 04⑇404⑇73 ⑇ 2⑈

Handwritten note: Settlement 1/3/2006 — Refund 4/7/2007

MAS500  email: sales@zappaform.com  ph:(877)901-0907  fax:(408)847-1952  5496183