# EXHIBIT B

Form approved OMB No. 250

3265

| | |
|---|---|
| **Final** | **B. TYPE OF LOAN** |
| SETTLEMENT STATEMENT | 1. [ ] FHA  2. [ ] FMHA  3. [ ] CONV. UNINS. |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | 4. [ ] VA   5. [ ] CONV. INS. |
| | 6. File Number: (Escrow)  7. Loan Number: |
| | 1-11525-SG /1b   0001702441 |
| | 8. Mortgage Insurance Case Number: |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

NAME OF BORROWER: Mona S. Dobben
38645 37th Street East, Palmdale CA 93550

NAME OF SELLER: Issa Saliba Maymoun, Tamam Issa Maymoun

NAME OF LENDER: American Brokers Conduit
1500 W. Shaw Avenue, Suite 403
Fresno, CA 93711

G. PROPERTY LOCATION:
38645 37th Street East
Palmdale, CA 93550

SETTLEMENT AGENT: Titan Escrow Corporation
1216 West Avenue J, Suite 300, Lancaster CA 93534

I. SETTLEMENT DATE: April 19, 2007

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract sales price | 445,000.00 | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid by or in Behalf of Borrower: | | 500. Reductions In Amount Due From Seller: | |
| 201. Deposit or earnest money | * 52,309.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan  American Brokers Conduit | 400,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. second mortgage loan | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Broker Credit | 500.00 | 508. | |

| | | | | |
|---|---|---|---|---|
| SETTLEMENT AGENT: Titan Escrow Corporation<br>1216 West Avenue J, Suite 300, Lancaster CA 93534 | | | I. SETTLEMENT DATE:<br>April 19, 2007 | |
| **J. SUMMARY OF BORROWER'S TRANSACTION** | | **K. SUMMARY OF SELLER'S TRANSACTION** | | |
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | | |
| 101. Contract sales price | 445,000.00 | 401. Contract sales price | | |
| 102. Personal property | | 402. Personal property | | |
| 103. Settlement charges to borrower (line 1400) | 5,650.80 | 403. | | |
| 104. | | 404. | | |
| 105. | | 405. | | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | | |
| 106. City/town taxes | | 406. City/town taxes | | |
| 107. County taxes 04/19/07-07/01/07 | 1,073.18 | 407. County taxes | | |
| 108. Assessments | | 408. Assessments | | |
| 109. | | 409. | | |
| 110. | | 410. | | |
| 111. | | 411. | | |
| 112. | | 412. | | |
| 113. | | 413. | | |
| 114. | | 414. | | |
| 115. | | 415. | | |
| 116. | | 416. | | |
| 117. | | 417. | | |
| 118. | | 418. | | |
| 120. Gross Amount Due From Borrower | 451,723.98 | 420. Gross Amount Due To Seller: | | |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions In Amount Due From Seller: | | |
| 201. Deposit or earnest money | 52,309.00 | 501. Excess deposit (see instructions) | | |
| 202. Principal amount of new loan<br>American Brokers Conduit | 400,500.00 | 502. Settlement charges to seller (line 1400) | | |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | | |
| 204. Second mortgage loan | | 504. Payoff of first mortgage loan | | |
| 205. | | 505. Payoff of second mortgage loan | | |
| 206. | | 506. | | |
| 207. | | 507. | | |
| 208. Broker Credit | 500.00 | 508. | | |
| 209. | | 509. | | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | | |
| 210. City/town taxes | | 510. City/town taxes | | |
| 211. County taxes | | 511. County taxes | | |
| 212. Assessments | | 512. Assessments | | |
| 213. | | 513. | | |
| 214. | | 514. | | |
| 215. | | 515. | | |
| 216. | | 516. | | |
| 217. | | 517. | | |
| 218. | | 518. | | |
| 219. | | 519. | | |
| 220. Total Paid By/For Borrower: | 453,309.00 | 520. Total Reduction Amount Due | | |
| 300. Cash At Settlement From/To Borrower: | | 600. Cash At Settlement To/From Seller: | | |
| 301. Gross amount due from borrower (line 120) | 451,723.98 | 601. Gross amount due to seller (line 420) | | |
| 302. Less amount paid by borrower (line 220) | 453,309.00 | 602. Less reductions in amount due seller (#520) | | |
| 303. CASH TO BORROWER | 1,585.02 | 603. CASH TO/FROM SELLER | | |

Borrower's

Final   -2-                                                          Escrow No: 1-11525-SG

|  | SECTION L | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION Based on price $ Division of Commission (Line 700) as follows: | | | |
| 701.       to | | | |
| 702.       to | | | |
| 703. Commission Paid at settlement | | | |
| 704. | | | |
| 705. | | | |
| 706. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. Assumption Fee | | | |
| 808. Broker Premium paid by Lender to   "P.O.C" $6,307.88 | | | |
| 809. Admin/Orig Fee to American Brokers Conduit | | 645.00 | |
| 810. Wire Fee to American Brokers Conduit | | 25.00 | |
| 811. Tax Service to American Brokers Conduit | | 92.00 | |
| 812. Flood Hazard Fee to American Brokers Conduit | | 19.00 | |
| 813. | | | |
| ... | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from 04/18/07 To 05/01/07 @ $ 18 /day | | 235.02 | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium to Farmers Insurance | | 623.14 | |
| 904. Flood Insurance Premium to | | | |
| 905. | | | |
| 906. | | | |
| 907. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance  2 months @ $ 52.00 per month | | 104.00 | |
| 1002. Mortgage Insurance  months @ $ per month | | | |
| 1003. City property taxes  months @ $ per month | | | |
| 1004. County property taxes  4 months @ $ 463.67 per month | | 1,854.68 | |
| 1005. Annual assessments  months @ $ per month | | | |
| 1006. Flood Insurance  months @ $ per month | | | |
| 1007. Aggregate Account Adjustment  months @ $ per month | | -520.04 | |
| 1100. TITLE CHARGES | | 1,226.00 | |
| 1101. Settlement or closing fee to Titan Escrow Corporation | | 225.00 | |
| Detailed Escrow Fees | | | |
| 1102. Abstract or closing fee    to | | | |
| 1103. Title examination    to | | | |
| 1104. Title Insurance binder    to | | | |
| 1105. Document preparation    to | | | |
| 1106. Notary fees    to | | | |
| 1107. Attorney's fees    to | | | |
| 1108. Title Insurance  to LandAmerica Gateway Title | | 575.00 | |
|       400500.00 / 575.00 | | | |
| 1109. Lender's coverage $ | | | |
| 1110. Owner's coverage $ | | | |
| 1111. | | | |
| 1112. Sub-Escrow Fee | | 85.00 | |
| 1113. | | | |
| 1114. | | | |
| 1115. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | 87.00 | |
| 1201. Recording fees: Deed $ 14.00 ;Mortgage $ 73.00 ;Releases $ | | | |
| 1202. | | | |
| 1203. | | | |

| | | |
|---|---|---|
| 812. Flood Hazard Fee to American Brokers Conduit | | 19.00 |
| 813. | | |
| 814. | | |
| 815. | | |
| 816. | | |
| 817. | | |
| 820. | | |
| 821. | | |
| 822. | | |
| 823. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 04/18/07 To 05/01/07 @ $ 18 /day | | 235.02 |
| 902. Mortgage Insurance Premium | | 623.14 |
| 903. Hazard Insurance Premium to Farmers Insurance | | |
| 904. Flood Insurance Premium to | | |
| 905. | | |
| 906. | | |
| 907. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance  2 months @ $ 52.00 per month | | 104.00 |
| 1002. Mortgage Insurance  months @ $ per month | | |
| 1003. City property taxes  months @ $ per month | | |
| 1004. County property taxes  4 months @ $ 463.67 per month | | 1,854.68 |
| 1005. Annual assessments  months @ $ per month | | |
| 1006. Flood Insurance  months @ $ per month | | |
| 1007. Aggregate Account Adjustment  months @ $ per month | | -520.04 |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to Titan Escrow Corporation | | 1,226.00 |
| Detailed Escrow Fees | | 225.00 |
| 1102. Abstract or closing fee to | | |
| 1103. Title examination to | | |
| 1104. Title Insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| 1108. Title Insurance to LandAmerica Gateway Title 400500.007  575.00 | | 575.00 |
| 1109. Lender's coverage  $ | | |
| 1110. Owner's coverage  $ | | |
| 1111. | | |
| 1112. Sub-Escrow Fee | | 85.00 |
| 1113. | | |
| 1114. | | |
| 1115. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees: Deed $ 14.00  Mortgage $ 73.00  Releases $ | | 87.00 |
| 1202. City/county tax/stamps: Deed $  Mortgage $ | | |
| 1203. State tax/stamps: Deed $  Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| 1206. | | |
| 1207. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. Loan Document Signing Fee To Deborah Huffert | | 375.00 |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| 1311. | | |
| 1312. | | |
| 1313. | | |
| 1314. | | |
| 1319. | | |
| 1320. | | |
| 1321. Funds held for: | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on lines 103, Section J and 502, Section K) | | 5,650.80 |

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**     **SETTLEMENT STATEMENT**     PAGE 2

File Number: 04-00563

| L. SETTLEMENT CHARGES: | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 801. Loan Origination Fee | 1 % EAGLE FUNDING GROUP, LTD | | 5,250.00 | |
| 802. Loan Discount | 1 % EAGLE FUNDING GROUP, LTD | | 5,250.00 | |
| 803. Appraisal Fee | to EAGLE FUNDING GROUP, LTD | 200.00B | | |
| 804. Credit Report | to EAGLE FUNDING GROUP, LTD | | 11.00 | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Flood Certification fee | to AMERICAN BROKERS CONDUIT | | 16.00 | |
| 807. Tax Service Fee | to AMERICAN BROKERS CONDUIT | | 75.00 | |
| 808. COMMITMENT FEE | AMERICAN BROKERS CONDUIT | | 480.00 | |
| 809. BROKER'S PREM. PD BY AHM | EAGLE FUNDING GROUP, LTD | 6562.50L | | |
| 810. VOD FEE | EAGLE FUNDING GROUP, LTD | | 10.00 | |
| 811. PROCESSING FEE | EAGLE FUNDING GROUP, LTD | | 395.00 | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest from 05/25/04 to 06/01/04 @$ 82.031 /day 7 day(s) | | | 574.22 | |
| 902. Mortgage Insurance Premium to | | | | |
| 903. Hazard Insurance Premium 03/04 yrs. to FARMERS INS. GROUP EX:11/22/04 1245.54B | | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 1001. Hazard Insurance | 9 mo. @$ 103.80 / mo. | | 934.20 | |
| 1002. Mortgage Insurance | mo. @$ / mo. | | | |
| 1003. City property taxes | mo. @$ / mo. | | | |
| 1004. County property taxes | 8 mo. @$ 472.42 / mo. | | 3,779.36 ← | |
| 1005. Annual Assessments | mo. @$ / mo. | | | |
| 1006. | mo. @$ / mo. | | | |
| 1007. | mo. @$ / mo. | | | |
| 1008. Aggregate Credit for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | -103.91 | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or closing fee | to EASTERN ATLANTIC TITLE, INC. | | 300.00 | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to SENTRY REAL ESTATE TITLE, LLC | | 150.00 | |
| 1104. Title insurance binder | to EASTERN ATLANTIC TITLE, INC. | | 35.00 | |
| 1105. Document preparation | to EASTERN ATLANTIC TITLE, INC. | | 50.00 | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above Item No: ) | | | | |
| 1108. Title insurance | to FATICO | | 1,306.13 | |
| (includes above Item No: REISSUE RATE-EAGLE SHORT FORM ) | | | | |
| 1109. Lender's coverage 525,000.00 — 1,306.13 | | | | |
| 1110. Owner's coverage | | | | |
| 1111. Courier Fee | EASTERN ATLANTIC TITLE, INC. | | 65.00 | |
| 1112. Payoff Fee | EASTERN ATLANTIC TITLE, INC. | | 94.00 | |
| 1113. Fairfax Recrding Fee (only FX) | EASTERN ATLANTIC TITLE, INC. | | 25.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees Deed $ ; Mortgage $ 34.00 ; Releases $ | | | 34.00 | |
| 1202. City/county/stamps Deed $ ; Mortgage $ 262.50 | | | 262.50 | |
| 1203. State tax/stamps Deed $ ; Mortgage $ 787.50 | | | 787.50 | |
| 1204. GRANTORS TAX - | | | | |
| 1205. | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey to | | | | |
| 1302. Pest inspection to | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 19,779.00 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

LAURA BEALL      REFINANCE

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

EASTERN ATLANTIC TITLE, INC.      Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

RESPA, HB 4305.2 - REV HUD1(3/86)