# EXHIBIT C

September 25, 2007

Mona S. Dobben
9208 N. 107th Drive  Sun City AZ 93534

RE: 37th Street East, Palmdale CA 93550
Account #  0001702441 Balance $400,500
American Home Mortgage

To Whom it May Concern,

     Mona S. Dobben  does hereby authorize Paula Rush, to inquire and discuss all matters relating to this mortgage, which upon information and belief originally settled between 4/10/2007 and 4/19/2007. (TBD). Ms. Rush is a consumer advocate and lender liability specialist. She will assist the above party, Ms.Dobben, in retaining an attorney and filing all appropriate complaints and legal actions to protect her interest.

     At this point, it is urgent that the parties cooperate fully in producing documents in relation to this loan transaction.  The goal of Ms. Rush is to attempt to mediate a resolution without further need for litigation. This is merely an attempt to gather information and determine if misconduct and/or violations of law exist and what, if anything, the parties in question are willing to do to resolve the issues presented. It is in the best interest of all parties to mediate a solution. However, if the parties involved don't exhibit a willingness to cooperate and reach a resolution, all appropriate State and Federal agencies will be enlisted for help in a resolution. Time is of the essence.

Mona Dobben, does hereby grant Ms.Rush this permission to speak on my behalf and obtain any information necessary from all parties listed herewith related to this loan transaction.

You cooperation would be greatly appreciated and in your best interest. This is attempt to alert your company to a mortgage fraud ring and prevent further damage to numerous lenders who have been alerted and information is being openly shared. Failure to receive voluntary cooperation will result in a formal document request filed in the appropriate court. It is in the best interest of the investor in Ms. Dobben's note or any other counterparty associated with this note, to comply and cooperate fully.

Thank you.
Paula Rush
Paularush@comcast.net
http://lenderliabilitylaw.com
443-676-3509 Fax 410-914-5315

Mona Dobben _Mona Dobben_  Date: 9-27-07
Page 1 of 3

1

## THE PARTIES TO THE LOAN TRANSACTION

### HISTORICAL Real Estate & Finance
Holds -CA Finance License & Residential Mortgage license & CA Dept of Corporations
*Gregory Blair Clark* – **Officer Historical**
1937 Goodyear Ave. Suite #705  Ventura CA 93003
1530 Callens Rd Ventura CA 93003 – The location this loan URLA came from
Branch 909 800-299-3324

1937 Goodyear Ave #705 Ventura CA 93003
License ID 01228776 Expiration 11/19/09
Designated Officer/Broker : #00841172 Expiration 1/09/08
*Gregory Blair Clark*  Other Adresses
2860 Dalhart Ave Simi Valley CA 93063
24005 Ventura Blvd.  Calabasas CA 91302
*Pat M. Downey & Norma Downey* – ( **INVOLVED IN SEVERAL LOANS**)

### Salespersons:
*Samer Theodory* # 01501831 Expiration 11/04/09
Also associated with **Preferred Real Estate**
Conditional Suspension 5/6/07 Removed 5/29/07
6532 Manzanita Drive  Palmdale CA 93551

### Preferred Real Estate
*Ilham Theodory*
659 W. Lancaster Blvd. Lancaster CA 93534
646 Lancaster Blvd. Suite 101 Lancaster CA 93534
661-949-2477 Fax 661-948-3383

### LENDER
### American Home Acceptance
Jeanne Brisendine 559-650-4321

American Home Mortgage Servicing Inc
PO Box 660029
Dallas TX 75266-0029

### American Brokers Conduit
1500 W. Shaw Ave. Suite 403
Fresno CA 93711

**Seller:**
Issa Saliba Maymoun
Tamam Issa Maymoun

**Title Insurance:**
**LandAmerica Gateway Title**
1405 N. San Fernando Blvd
Burbank CA 91504
J. Williams 818-953-2300

**Titan Escrow Corp**
1216 W. Ave. J #300
Lancaster, CA 93534
Susie George 661-945-8880

**CLOSER:** Deborah Huffert 623-293-2988
**NOTARY**

**APPRAISER UNKNOWN**

Ms. Rush may speak to any of these parties on my behalf.

Mona Dobben _Mona Dobben_ Date: _9-27-07_

**Page 3 of 3**

3