ORIGINAL

Gerard R. Kilroy (Cal. Bar No. 094023)
Joseph T. Gauthier (Cal. Bar No, 175399)
UNICOM Systems, Inc.
Parent corporation of SoftLanding Systems, Inc.
UNICOM PLAZA, Suite 310
15535 San Fernando Mission Boulevard
Mission Hills, CA  91345
(818) 838-0606
(818 838-0776 (Fax)

Attorneys for UNICOM Systems, Inc.,
as Parent Corporation of
SoftLanding Systems, Inc.

FILED
2007 OCT -4  AM 10: 25
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware Corporation,
et. al.,
    Debtors

) Chapter 11
)
) Case No.: 07 – 11047 (CSS)
)
) OBJECTION TO ASSUMPTION AND
) ASSIGNMENT OF SOFTWARE LICENSE
) AGREEMENT
)
)
)

Comes now, SoftLanding Systems, Inc., incorrectly identified as Softlanding Software, which has been identified in Debtors' Court filings as an IT Vendor, by and through its parent corporate counsel, and hereby objects to the assumption and/or assignment of its software license from Debtors to a prospective assignee in the absence of a mutually agreed-upon new license agreement or agreed-upon transfer payment.

Dated: October 3, 2007

Softlanding Software, Inc.

_[signature]_

Joseph T. Gauthier
Senior Corporate Counsel, UNICOM Systems, Inc.,
parent corporation of Softlanding Software, Inc.

OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT- 1

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15535 San Fernando Mission Boulevard, Suite 310, Mission Hills, California 91345.

On October 3, 2007, I served a copy of the foregoing document described as OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT on the interested parties in this action:

By sending via facsimile to the numbers listed below on October 3, 2007. I certify that the transmissions were completed and that all pages were received and that a report was generated by the facsimile machine that confirms the transmissions and receipt. The transmissions were reported as complete and without error. Thereafter, I mailed a copy to the interested parties in this action by placing a true copy of it enclosed in sealed envelopes addressed to the parties listed below:

**SEE ATTACHED SERVICE LIST**

I am readily familiar with UNICOM Systems, Inc.'s practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Mission Hills, California in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2007, at Mission Hills, California.

Kelly J. Wolfe

OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT- 2

# SERVICE LIST

Young Conaway Stargatt & Taylor, LLP
Attn.: James L. Patton, Jr.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
302-571-6600; Fax: 302-571-1253
Counsel for Debtors and Debtors in Possession


American Home Mortgage Holdings, Inc.
Attn.: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY  11747
516-396-7703; Fax: 800-209-7276


Milestone Advisors, LLC
Attn.: Jeffery M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC  20006
Fax: 202-367-3001


Hahn & Hessen LLP
Attn.: Mark S. Indelicato
488 Madison Avenue
New York, NY  10022
212-478-7200; Fax: 212-478-7400
Counsel to the Official Committee of Unsecured Creditors


Kaye Scholer LLP
Attn.: Margot B. Schonholtz and Scott D. Talmadge
425 Park Avenue
New York, NY  10022
212-836-8000; Fax: 212-836-8689
Counsel to Bank of America, N.A.


Potter Anderson & Corroon LLP
Attn.: Laurie Selber Silverstein
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
302-984-6000; Fax: 302-658-1192
Counsel to Bank of America, N.A.


Jones Day
Attn.: Corinne Ball and Erica M. Ryland
222 East 41st Street
New York, NY  10017
212-326-3416; Fax: 212-755-7306
Counsel to Debtors' Post-Petition Lenders

1
2  Greenberg Traurig LLP
   Attn.: Victoria Counihan
3  1007 North Orange Street
   Suite 1200
4  Wilmington, DE 19801
   302-661-7000; Fax: 302-661-7360
5  Counsel to Debtors' Post-Petition Lenders

6  Office of the United States Trustee
   Attn: Joseph McMahon
7  844 King Street, Room 2313
   Wilmington, DE 19801
8  Fax: 302-573-6497

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OBJECTION TO ASSUMPTION AND ASSIGNMENT OF SOFTWARE LICENSE AGREEMENT- 4