UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: AMERICAN HOME MORTGAGE HOLDINGS, INC.

CHAPTER: 11

CASE NO: 07-11047(CSS)

## OBJECTION OF THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS.

COMES NOW, Peyton C. Cochrane, Tax Collector for Tuscaloosa County, Alabama, objecting to the sale of property free and clear of all liens and other interest. As ground for this objection, we show the following:

1. The State, County, City and School's 2007 lien is secured in the assets of the sale.

2. Total amount for the 2007 Ad Valorem taxes is $1,430.67.

3. The 1975 Code of Alabama states that ad valorem tax Lien.... "shall be superior to all other liens"....Section 40-1-3. Therefore, we ask that our 2007 Tax Lien in the amount of $1,430.67 attach to the proceeds of the sale.

> "From and after October 1 of each year, when property becomes assessable the state shall have a lien upon each and every piece or parcel of property owned by any taxpayer for the payment of all taxes which may be assessed against him and upon each piece and and parcel of property real or personal assessed to owner unknown, which lien shall continue until such taxes are paid, and the county shall have a like lien thereon for the payment of the taxes which may be assessed by it...[T]hese liens shall be superior to all other liens..."

4. We Pray this Honorable Court to recognize the validity of our claim for the 2007 tax year.

Peyton C. Cochrane, Tax Collector
Tuscaloosa County, Alabama

Dated: October 1, 2007

Robert S. Brady, Kenneth J. Enos
Kara Hammond Coyle, Matthew Barry Lunn,
Pauline K. Morgan and Joel A. Waite
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 371
Wilmington, Delaware 19801