CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX  75374
972/644-1127

Dated: 10/04/07

UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF DELAWARE
U.S. COURTHOUSE
824 MARKET ST, STE 850
WILMINGTON, DE 19801

Re: Case #        07-11047-CSS

   Debtor      AMERICAN HOME MORTGAGE HOLDINGS INC

Please correct the creditor's address on this case as shown below for all checks and notices.

> PROTECTION ONE
> P.O. Box 740933
> Dallas, TX  75374

Thank you for your prompt attention.

_____
P. B. Mason
Creditor's Authorized Agent