IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., ET AL. | Case No. 07-11047 (CSS) |
| Debtors. | Joint Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Galaxy Associates, LLC hereby submits this "Notice of Appearance and Demand for Notices and Papers" (the "Notice") by and through its counsel, Snell & Wilmer L.L.P., pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, and 9007, that copies of all notices and pleadings given or filed in these cases be given and served upon the following:

> Michael B. Reynolds
> Joe Coleman
> Eric S. Pezold
> Snell & Wilmer L.L.P.
> 600 Anton Boulevard
> Suite 1400
> Costa Mesa, CA 92626
> Telephone: 714-427-7000
> Facsimile: 714-427-7799
>
> AND
>
> Galaxy Associates, LLC
> 1220 Ensenada Avenue
> Laguna Beach, CA 92651
> Attention: James L. Hardy

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex

546630

or otherwise filed or made with regard to the referenced case and proceedings herein.

The Notice shall not be deemed or construed to be a waiver of Galaxy Associates, LLC's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Galaxy Associates, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Galaxy Associates, LLC expressly reserves.

Dated: September __, 2007
Costa Mesa, California

SNELL & WILMER L.L.P.

/s/ _____
Michael B. Reynolds
Joe Coleman
Eric S. Pezold
600 Anton Boulevard
Suite 1400
Costa Mesa, CA 92626
Telephone: 714-427-7000
Facsimile: 714-427-7799

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2007, he caused a true and complete copy of the Notice of Appearance and Demand for Notices and Papers to be sent by first class mail, postage prepaid, to the following party:

Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

/s/ Eric S. Pezold
Eric S. Pezold

546630                                3