KAREN VOGEL, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243
Telephone: (760) 482-4301
Fax: (760) 352-7883

FILED
2007 OCT 11 AM 8:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Creditor: COUNTY OF IMPERIAL, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: AMERICAN HOME MORTGAGE CORP

Debtor.

Case No. 07-11051

Chapter 11

REQUEST FOR SPECIAL NOTICE BY COUNTY OF IMPERIAL

(No Hearing Required)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Imperial, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following address:

IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

DATE: October 5, 2007

BY: Flora Garcia
FLORA GARCIA
Deputy Treasurer-Tax Collector

KAREN VOGEL, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243
Telephone: (760) 482-4301
Fax: (760) 352-7883

FILED
2007 OCT 11 AM 8:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Creditor: COUNTY OF IMPERIAL, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: AMERICAN HOME MORTGAGE CORP

Debtor.

Case No. 07-11051

Chapter 11

PROOF OF SERVICE BY MAIL BY COUNTY OF IMPERIAL

(No Hearing Required)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

I am a citizen of the United States and am employed by the County of Imperial. I am over the age of eighteen years and not a party to the within action; my business address is 940 West Main Street, Suite 106, El Centro, CA 92243.

On October 5, 2007 I served the within REQUEST FOR SPECIAL NOTICE on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Centro, California addressed to those parties on the attached sheet.

(X) BY REGULAR MAIL: I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at El Centro, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Cindy Johnson, declare that I am employed in the office of the Treasurer-Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on the 5th day of October 2007.

IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

BY: Cindy Johnson
CINDY JOHNSON
Tax Division Manager

**MAILING LIST CASE NO. 07-11051**

AMERICAN HOME MORTGAGE CORP
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

PAULINE K. MORGAN
YOUNG, CONAWAY, STARGATT & TAYLOR
1000 WEST STREET, 17TH FLOOR
P.O. BOX 391
WILMINGTON, DE 19899-0391

UNITED STATES TRUSTEE
844 KING STREET, STE. #2207
LOCK BOX #35
WILMINGTON, DE 19801

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N. MARKET ST., 3RD FL
WILMINGTON, DE 19801