# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | (Jointly Administered) |
| Debtors. | Ref. Docket Nos. 11, 113, 403, 674, 840, 962 and 1113 |
|  | Sale Hearing Date: October 15, 2007 at 12:00 p.m. |

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 840 AND 1113

PLEASE TAKE NOTICE that HIS Asset Securitization Corporation and HSBC Bank USA, National Association and certain of its affiliates (collectively, "HSBC"), by their undersigned counsel, hereby withdraw:

(i) Limited Objection and Reservation of Rights of HSI Asset Securitization Corporation and HSBC Bank USA, National Association to Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtor's Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to Certain Related Notices of Assumption [Docket No. 840]; and

(ii) Second Limited Objection and Reservation of Rights of HSBC Bank USA, National Association to Debtors' Supplemental Notice of (i) Possible Assumption and Assignment of Certain Leases, Etc. in Connection with Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtor's Loan Servicing Business; Etc. [Docket No. 1113].

      This Withdrawal is without prejudice to HSBC's right to assert cure claims which are discovered and without prejudice to either HSBC or the Debtors with respect to any other claims including, without limitation, early payment default claims under or in connection with any of the agreements assigned pursuant to the Sale Motion.

Dated: October 12, 2007

                        BUCHANAN INGERSOLL & ROONEY, PC

                        By /s/ Peter J. Duhig
                        Mary F. Caloway (No. 3059)
                        Peter J. Duhig (No. 4024)
                        The Brandywine Building
                        1000 West Street, Suite 1410
                        Wilmington, DE 19801-1054
                        Telephone: (302) 552-4200
                        Facsimile: (302) 552-4295

                                  - and -

                        PHILLIPS LYTLE LLP
                        William J. Brown, Esq.
                        3400 HSBC Center
                        Buffalo, New York 14203
                        Telephone: (716) 847-8400
                        Facsimile: (716) 852-6100

                        ATTORNEYS FOR HIS ASSET SECURITIZATION CORPORATION AND HSBC BANK USA, NATIONAL ASSOCIATION AND ITS AFFILIATES

Doc # 01-1694583.1

#1009247-v1