UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | Ref. Docket Nos. 11, 113, 403, 674, 840, 962 and 1113 |
| | : | Sale Hearing Date: October 15, 2007 at 12:00 p.m. |

## CERTIFICATE OF SERVICE

I, Karen M. Hatch, certify that on October 12, 2007, I served a true and correct copy of the Notice of Withdrawal of Docket Nos. 840 and 1113 in the manner specified on the parties listed below:

| | Name and Address of Party | Method of Service |
|---|---|---|
| 1. | American Home Mortgage Holdings, Inc.<br>Attn: Alan Horn, Esq.<br>538 Broadhollow Road<br>Melville, NY 11747<br>**Fax No. (866) 856-0821** | Facsimile and<br>First Class Mail |
| 2. | James L. Patton, Jr., Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | First Class Mail<br>& ECF |
| 3. | Jeffrey M. Levine, Esq.<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC 20006<br>**Fax No. (202) 367-3001** | Facsimile and<br>First Class Mail |

| 4. | Mark S. Indelicato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | First Class Mail & ECF |
|---|---|---|
| 5. | Margot B. Schonholtz, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | First Class Mail & ECF |
| 6. | Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | First Class Mail & ECF |
| 7. | Corinne Ball, Esq.<br>Erica M. Ryland, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | First Class Mail & ECF |
| 8. | Victoria Counihan, Esq.<br>Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | First Class Mail & ECF |
| 9. | Joseph McMahon, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801 | First Class Mail & ECF |

Dated: October 12, 2007

                s/ Karen M. Hatch
                Karen M. Hatch

Doc # 01-1689481.3

#1009248-v1