# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
American Home Mortgage Holdings, Inc.  
538 Broadhollow Road  
Melville, NY 11747  
  **EIN:** 13–4066303

**Chapter:** 11

**Case No.:** 07–11047–CSS

## NOTICE OF HEARING

Rush, Dobben & Beall has filed Motion for Disclosure & Bankruptcy Rule 2004, Directing Examination of and Production of Document by Debtors.

A hearing is scheduled for 10/31/07 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

                                                                     David D. Bird  
                                                                       Clerk of Court

Dated: 10/12/07

(VAN–401a)