# Intended Notice Recipients – Method of Notice

District/Off: 0311−1      User: Teresa      Date Created: 10/12/2007
Case: 07−11047−CSS      Form ID: van401a      Total: 26

**Notice Recipients submitted to the BNC and flagged as likely to be bypassed due to defective/missing address information:**

| | | |
|---|---|---|
| aty | Quinn Emanuel | Quinn Emanuel Urquhart Oliver &Hedges |
| 2251365 | BP Kingstowne Office Building K LP | |
| 2250681 | RREEF Management Company | |

TOTAL: 3

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Edwin J. Harron | bankruptcy@ycst.com |
| aty | Kara Hammond Coyle | bankruptcy@ycst.com |
| aty | Kenneth J. Enos | bankruptcy@ycst.com |
| aty | Pauline K. Morgan | bankruptcy@ycst.com |
| aty | Sharon M Zieg | bankruptcy@ycst.com |
| aty | Travis N. Turner | bankruptcy@ycst.com |

TOTAL: 7

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | |
|---|---|---|
| db | American Home Mortgage Holdings, Inc. | 538 Broadhollow Road    Melville, NY 11747 |
| aty | Edward J. Kosmowski | Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899 |
| aty | Joel A. Waite | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Matthew Barry Lunn | Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| 2249937 | Bexar County | c/o David G. Aelvoet    711 Navarro Suite 300    San Antonio, TX 78205 |
| 2251471 | COWIFI Ironpoint, LLC | c/o Nancy Hotchkiss, Esquire    Trainor Fairbrook    Post Office Box 255824    Sacramento, California 95865 |
| 2256577 | Charles County, Maryland | c/o Meyers, Robell &Rosenbaum, P.A.    M. Evan Meyers    6801 Kenilworth Avenue, Suite 400    Riverdale Park, Maryland 20737−1385 |
| 2251296 | J.David Folds, Esquire | DLA Piper US LLP    1200 Nineteenth Street, N.W.    Washington, DC 20036−2412 |
| 2257341 | Jay Earl Associates, Inc. | c/o Meltzer, Lippe, Goldstein &Breitsto    190 Willis Avenue    Mineola, NY 11501 |
| 2257340 | Jay Earl Associates, LLC | c/o Meltzer, Lippe, Goldstein &Breitsto    190 Willis Avenue    Mineola, NY 11501 |
| 2251297 | Kathleen M. O'Connell, Esq. | SUNTRUST BANK    303 Peachtree Street, 36th Floor    Mail Code 0662    Atlanta, Georgia 30308 |
| 2259187 | Moss Codilis L.L.P. | 6560 Greenwood Plaza Blvd.    Suite 100    Englewood, CO 80111 |
| 2250568 | PIMA COUNTY | C/O PIMA COUNTY ATTORNEY'S OFFICE    32 N. STONE AVE., STE. 2100    TUCSON, AZ 85701 |
| 2256578 | Prince George's County, Maryland | c/o Meyers, Rodbell &Rosenbaum, P.A.    M. Evan Meyers    6801 Kenilworth Avenue, Suite 400    Riverdale Park, Maryland 20737−1385 |
| 2256583 | Prince George's County, Maryland | c/o Meyers, Rodbell &Rosenbaum, P.A.    M. Evan Meyers    6801 Kenilworth Avenue, Suite 400    Riverdale Park, Maryland 20737−1385 |

TOTAL: 16