## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*,   :
                                                    : Jointly Administered
    Debtors.                                        :
                                                    :
                                                    :
---------------------------------------------------------------x

### VERIFIED STATEMENT OF U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE PURSUANT TO BANKRUPTCY RULE 2019

1.  U.S. Bank National Association ("U.S. Bank") is a national banking association having an address at 60 Livingston Ave., St. Paul, Minnesota 55107. The undersigned, Pamela Wieder, is a Vice President of U.S. Bank and is duly authorized to execute this Verified Statement on behalf of U.S. Bank.

2.  U.S. Bank serves as the indenture trustee (in such capacity, the "Trustee") for the 15 separate trusts identified on Exhibit A hereto (the "Trusts"). Each Trust issued certain certificates and/or notes (the "Securities"), the repayment of which is secured in part by a pledge of certain mortgage loans (the "Mortgage Loans").

3.  U.S. Bank holds rights to assert claims against the Debtors under, among other things, those certain documents identified on Exhibit A (the "Trust Claim Documents"). The terms of U.S. Bank's employment as Trustee are set forth in the applicable documents establishing the Trusts (the "Trust Agreements"). U.S. Bank as Trustee is granted the power to file this verification as well as a proof of claim for each Trust.

4.  In accordance with Bankruptcy Rule 2019(a), U.S. Bank submits the following

verified statement:

(a) The respective names and addresses of the holders of the Securities are maintained by U.S. Bank or such other party to the Trust Claim Documents designated as the Paying Agent in accordance with the provisions of the Trust Agreements. The names and addresses of holders of the Securities may be furnished to any party-in-interest which is otherwise entitled (pursuant to the Securities, the Trust Agreements or applicable law) to such information and in accordance with appropriate orders as may be entered in these cases. The identities of the holders of the Securities may change from time to time during the course of the proceedings of this case;

(b) The claims held by the holders of the Securities against the Debtors include claims in the nature of contractual breach under the Trust Claim Documents. All such claims were acquired when the Mortgage Loans were transferred to each Trust (or arose from the Debtors' servicing of the Mortgage Loans) and the consideration paid for such claims was included in the acquisition price for the Mortgage Loans;

(c) As of the date of the filing of the original petitions in these cases, the Debtors were and still are indebted to the Trustee for the benefit of the holders of the Securities in an undetermined amount on account of, among other things, the contractual obligations of the Debtors under the Trust Claim Documents; and

(d) U.S. Bank does not own any of the Securities (although U.S. Bank may hold some Securities as custodian for others which are the beneficial owners), and U.S. Bank holds only: (i) the claims or interests under the Trust Agreements and the Trust

Claim Documents as indenture trustee for the benefit of holders of the Securities; and (b) the claims for expenses and liabilities incurred as indenture trustee under the Trust Agreements and Trust Claim Documents.

5. The Trust Claim Documents and Trust Agreements are voluminous and are already in the possession of the Debtors. Copies of the Trust Claim Documents and the Trust Agreements are not attached hereto, but will be made available to parties-in-interest upon request.

6. Notwithstanding the list of claims contained herein, nothing contained in this pleading shall be deemed to amend any claims filed by U.S. Bank as Trustee, related to the Trust Claim Documents or the Trust Agreements.

7. U.S. Bank reserves the right to supplement or amend this statement at any time.

[Signature on following page]

Dated: October 11, 2007

U.S. BANK NATIONAL ASSOCIATION,
as Indenture Trustee

By: Pamela Wieder
Its: Vice President

STATE OF MINNESOTA   )
                     ) SS
COUNTY OF RAMSEY     )

    Then personally appeared before me the above-named Pamela Wieder, Vice President of U.S. Bank National Association, who did state and acknowledge that U.S. Bank National Association, as Trustee, executed the foregoing instrument in its capacity as Trustee, as its free act and deed and to its best knowledge and belief.

    Sworn to before me and subscribed in my presence by Pamela Wieder this 11th day of October, 2007.

Notary Public

My Commission expires: 1/31/10

ELAINE EBY
Notary Public
Minnesota
My Commission Expires January 31, 2010

-4-