## EXHIBIT A

|   | **Trust Name** | **Trust Claim Documents** |
|---|---|---|
| 1. | JP Morgan Mortgage Trust 2007-S2 | Assignment, Assumption and Recognition Agreement, dated as of May 1, 2007, among J.P. Morgan Acceptance Corporation I, U.S. Bank National Association, as trustee of J.P. Morgan Mortgage Trust 2007-S2, J.P. Morgan Mortgage Acquisition Corp., JPMorgan Chase Bank, National Association, American Home Mortgage Servicing, Inc. and Wells Fargo Bank, N.A.<br><br>(JPMMT 2007-S2) |
| 2. | JP Morgan Mortgage Trust 2007-S3 | Assignment, Assumption and Recognition Agreement, dated as of July 1, 2007, is entered into among J.P. Morgan Acceptance Corporation I, U.S. Bank National Association, as trustee of J.P. Morgan Mortgage Trust 2007-S3, J.P. Morgan Mortgage Acquisition Corp., JPMorgan Chase Bank, National Association, American Home Mortgage Servicing, Inc. and Wells Fargo Bank, N.A.<br><br>(JPMMT 2007-S3) |
| 3. | JP Morgan Alternative Loan Trust 2006-A3 | Assignment, Assumption and Recognition Agreement, dated as of June 1, 2006, entered into among J.P. Morgan Acceptance Corporation I, U.S. Bank National Association, as trustee of J.P. Morgan Alternative Loan Trust 2006-A3, J.P. Morgan Mortgage Acquisition Corp., American Home Mortgage Servicing, Inc., and Wells Fargo Bank, N.A.<br><br>(JPALT 2006-A3) |
| 4. | JP Morgan Alternative Loan Trust 2007-S1 | Assignment, Assumption and Recognition Agreement dated as of May 1, 2007, entered into among J.P. Morgan Acceptance Corporation I, U.S. Bank National Association, as trustee of J.P. Morgan Alternative Loan Trust 2007-S1, J.P. Morgan Mortgage Acquisition Corp., JPMorgan Chase Bank, National Association, American Home Mortgage Servicing, Inc. and Wells Fargo Bank, N.A.<br><br>(JPALT 2007-S1) |
| 5. | GSR Mortgage Loan Trust 2006-AR1 | Assignment, Assumption and Recognition Agreement, made on the 1st day of January, 2006, among American Home Mortgage Servicing, Inc., American Home Mortgage Corp., U.S. Bank National Association, not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2006-AR1, and GS Mortgage Securities Crop., and is acknowledged by |

| | | |
|---|---|---|
| | | Wells Fargo Bank, N.A., <br> (GSR 2006-AR1) |
| 6. | GSAA Home Equity Trust 2006-6 | Assignment, Assumption and Recognition Agreement is made this 28th day of April, 2006, among American Home Mortgage Servicing, Inc., American Home Mortgage Corp, GS Mortgage Securities Corp. and U.S. Bank National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2006-6, and as acknowledged by JPMorgan Chase Bank, National Association <br><br> (GSAA 2006-6) |
| 7. | GSAA Home Equity Trust 2006-9 | Assignment, Assumption and Recognition Agreement, made the 26th day of April, 2006, among American Home Mortgage Servicing, Inc., GS Mortgage Securities Corp., and U.S. Bank National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2006-9, and as acknowledged by JPMorgan Chase Bank, National Association <br><br> (GSAA 2006-9) |
| 8. | Bear Stearns Asset Backed Securities I Trust 2006-AC3 | Assignment, Assumption and Recognition Agreement, made as of April 28, 2006, among EMC Mortgage Corporation, U.S. Bank National Association, not individually but solely as trustee for the holders of Bear Stearns Asset-Backed Securities I Trust 2006-AC3, Asset-Backed Certificates, Series 2006-AC3, American Home Mortgage Corp and American Home Mortgage Servicing, Inc. <br><br> (BSABS 2006-AC3) |
| 9. | Bear Stearns Asset Backed Securities I Trust 2006-AC4 | Assignment, Assumption and Recognition Agreement, made as of June 30, 2006, among EMC Mortgage Corporation, U.S. Bank National Association, not individually but solely as trustee for the holders of Bear Stearns Asset-Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. <br><br> (BSABS 2006-AC4) |
| 10. | Bear Stearns Asset Backed Securities I Trust 2007-AC1 | Assignment, Assumption and Recognition Agreement, made as of January 30, 2007, among EMC Mortgage Corporation, U.S. Bank, National Association, not individually but solely as trustee for the holders of Bear Stearns Asset-Backed Securities I Trust 2007-AC1, Asset-Backed Certificates, Series 2007-AC1, American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. <br><br> (BSABS 2007-AC1) |

| | | |
|---|---|---|
| 11. | Lehman XS Trust 2007-7N | Reconstituted Servicing Agreement, entered into as of the 1st day of May, 2007, by and between Lehman Brothers Holdings Inc., and American Home Mortgage Corp., and acknowledged by Aurora Loan Services LLC, and U.S. Bank National Association, solely in its capacity as Trustee under the Trust Agreement<br><br>(LXS 2007-7N) |
| 12. | Lehman XS Trust 2007-15N | Reconstituted Servicing Agreement, entered into as of the 1st day of July, 2007, by and between Lehman Brothers Holdings Inc., and American Home Mortgage Corp., and acknowledged by Aurora Loan Services LLC, and U.S. Bank National Association, solely in its capacity as Trustee under the Trust Agreement identified below<br><br>(LXS 2007-15N) |
| 13 | MASTR Adjustable Rate Mortgage Trust 2006-OA2 | Assignment, Assumption and Recognition Agreement, dated as of November 15, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.<br><br>((MARM 2006-OA2) |
| 14 | MASTR Adjustable Rate Mortgage Trust 2007-1 | Assignment, Assumption and Recognition Agreement, dated as of January 16, 2007, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp., and American Home Mortgage Servicing, Inc.<br><br>(MARM 2007-1) |
| 15 | MASTR Adjustable Rate Mortgage Trust 2007-3 | Assignment, Assumption and Recognition Agreement, dated as of May 15, 2007, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc.<br><br>(MARM 2007-3) |

4844-5062-8609\1 10/11/2007 4:07 PM