IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, ) | (Jointly Administered) |
| et al. ) | |
| Debtors. ) | Related to Docket No. 1485 |
| ) | |

## ORDER

Upon consideration of the Motion to Shorten Notice and Approve Form, Manner and Sufficiency of Notice With Respect to the EMC Corporation's Motion for Leave to File Sur-Reply (the "Motion"); and it appearing that sufficient cause exists to shorten notice of the Motion for Leave to File Sur-Reply (as defined in the Motion); it is hereby

ORDERED, that the Motion is GRANTED and it is further

ORDERED that the Motion for Leave to File Sur-Reply (as defined in the Motion) is scheduled for hearing on October 15, 2007 at 12:00 p.m. and objections, if any, to the Motion for Leave to File Sur-Reply must be may be made orally at the hearing.

Dated: 10/12/07

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

DM3\574352.1