# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 07-11047-CSS |
| AMERICAN HOME MORTGAGE § | |
| INVESTMENT, CORP. § | |
|     DEBTOR § | |
| § | |
| CITIMORTGAGE, INC. § | |
|     CREDITOR § | |
| VS § | |
| AMERICAN HOME MORTGAGE § | |
| INVESTMENT, CORP. § | |
|     RESPONDENT § | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Creditor, Jay Earl Associates, LLC, desires to withdraw its Request for Service of Notice filed on September 20, 2007, without prejudice to refiling at a later date, except for matters directly relating to Jay Earl Associates, LLC's lease with the Debtor and any Proof of Claim it may file herein.

Dated: October 11, 2007

        Respectfully submitted,
        Meltzer, Lippe, Goldstein & Breitstone LLP


        */s/ Gary Ginsburg*
        Gary Ginsburg (gg 3028)
        190 Willis Avenue
        Mineola, NY 11590
        (516) 747-0300
        (516) 747-0653 (Telecopier)
        E-mail: gginsburg@meltzerlippe.com

IManage:413847.1