**CERTIFICATE OF SERVICE**

      I, Patricia Peerless, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Request for Service of Notice has been served upon the following parties in interest by pre-paid regular U.S. Mail on the 11th day of October 2007.

Debtor's Attorney
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Debtor
American Home Mortgage Investment, Corp.
538 Broadhollow Road
Melville, NY 11747

US Trustee
U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

                                                */s/ Patricia A. Peerless*
                                                  Patricia Peerless