# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | * Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. A Delaware Corporation, et al., | * CASE NO. 07-11047 (CSS) |
| Debtors. | * |

## CERTIFICATE OF SERVICE

I, Kara A. Hager, Esquire, hereby certify that on 10/12/07 , I served a copy of the *Motion and Order for Admission Pro Hac Vice* of Thomas P. Kelly, on the parties listed below via first class mail.

Kara A. Hager (#4098)

Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035