## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------- x | Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] : | Jointly Administered |
| | : |
| Debtors. | : **Hearing Date: October 31, 2007 at 10:00 a.m.** |
| | : **Objection Deadline: October 24, 2007 at 4:00 p.m.** |
| ------------------------------------------------------- x | |

## NOTICE OF MOTION

TO:    The Office of the United States Trustee for the District of Delaware; Counsel to the Committee; Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; Counsel to agent for the Debtors' postpetition lenders; the U.S. Securities and Exchange Commission; and all parties entitled to notice under Local Rule 2002-1(b).

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession have filed the **Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9018 for an Order Authorizing the Debtors to File, Under Seal, the Purchase Prices of the Successful Bids at the Auction for the Broadhollow and Melville Loans** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on October 24, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **OCTOBER 31, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING

Dated:  Wilmington, Delaware
       October _12_, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession