UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]      :
                                                        : Jointly Administered
     Debtors.                                           :
                                                        : **Ref. Docket No.:** _____
                                                        :
------------------------------------------------------- x

## ORDER AUTHORIZING THE DEBTORS TO FILE, UNDER SEAL, THE PURCHASE PRICE OF THE SUCCESSFUL BIDS AT THE AUCTION FOR THE BROADHOLLOW AND MELVILLE LOANS

Upon consideration of the motion (the "Motion")[2] for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to file the Purchase Prices of the Successful Bids received at the Auction conducted by AHM Servicing in accordance with the Sale Procedures for the Broadhollow and Melville Mortgage Loans under seal; and the Court having determined that the relief requested in the Motion is in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion.

the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion to File Under Seal having been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Purchase Prices for the Broadhollow and Melville Mortgage Loans are confidential and the Debtors are hereby authorized to file the unredacted version of Exhibit A to the Motion under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b); and it is further

ORDERED that the unredacted version of Exhibit A to the Motion shall remain under seal, confidential and shall not be made available to anyone, except to counsel for (i) the U.S. Trustee; (ii) the Committee; (iii) Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; or (iv) others (a) at the discretion of the Debtors or (b) upon further order of the Bankruptcy Court; and it is further

ORDERED that counsel for (i) the U.S. Trustee; (ii) the Committee; (iii) Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; or (iv) others (a) at the discretion of the Debtors or (b) upon further order of the Bankruptcy Court, shall keep the unredacted version of Exhibit A to the Motion confidential; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      October _____, 2007

                                                          _____
                                                          Christopher S. Sontchi
                                                          United States Bankruptcy Judge

DB02:6266579.1

066585.1001