IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
       Debtors.                                                          :
------------------------------------------------------------------------ x
```

**<u>CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 898</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Debtors' Motion for an Order Pursuant to Sections 105, 363(b) and 507(a)(7) of the Bankruptcy Code Authorizing the Debtors to Refund Advanced Fees and Costs to Borrowers (the "Motion"). The Court's docket which was last updated October 12, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 10, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
October 12, 2007

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/*

        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kenneth Enos (No. 4544)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession