IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**CERTIFICATION OF SERVICE**

I, BRADFORD J. SANDLER, ESQUIRE, hereby certify that on October 12, 2007, I caused to be served a true and correct copy of the foregoing document via hand delivery, electronic notice and/or First Class Mail upon:

| | | |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Esq.<br>Pauline K. Morgan, Esq.<br>John T. Dorsey, Esq.<br>Sean M. Beach, Esq.<br>Matthew B. Lunn, Esq.<br>Kara Hammond Coyle, Esq.<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Blank Rome LLP<br>Bonnie Glantz Fatell, Esq.<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Hahn & Hessen LLP<br>Mark S. Indelicato, Esq.<br>Mark T. Power, Esq.<br>488 Madison Ave.<br>New York, NY 10022 |

Benesch Friedlander Coplan & Aronoff, LLP

/s/ Bradford J. Sandler
Bradford J. Sandler, Esquire (No. 4142)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@bfca.com

Counsel to Vantage Pointe Capital, LLC

1475356_1