IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
      Debtors.                                                    :
-------------------------------------------------------------------- x

**NOTICE OF <u>AMENDED</u>[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2007 AT 12:00 P.M. (ET)**

**PLEASE NOTE THE HEARING WILL TAKE PLACE ON THE FIFTH FLOOR, COURTROOM #5 OF THE UNITED STATES BANKRUPTCY COURT FOR <u>THE DISTRICT OF DELAWARE</u>**

## <u>UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION</u>

1.    Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 1012, 9/28/07]

Objection Deadline:    October 9, 2007 at 12:00 p.m.

Related Documents:

      a)    Order Shortening the Time for Notice [D.I. 1020, 10/1/07]

      b)    Certificate of No Objection [D.I. 1452, 10/11/07]

Objections Filed:    None

Status: A Certificate of No Objection has been filed. No hearing is required.

---

[1] **Amendments appear in bold.**

066585.1001

## CONTESTED MATTERS GOING FORWARD

2.    Sale Hearing- Debtors' Loan Servicing Business

Related Documents:

a)    Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 11, 8/6/07]

b)    Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [D.I. 113, 8/9/07]

c)    Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any [D.I. 403, 8/27/07]

d)    Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts and (II) Proposed Cure Obligations, if any  [D.I. 674, 9/10/07]

e)    Notice Of Rescheduled Dates In Connection With Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief [D.I. 746, 9/14/07]

f)    Notice of Filing of Executed Asset Purchase Agreement [D.I. 931, 9/25/07]

g)    Order (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C) Directing That Certain Notices of

Such Sale and Deadlines be Given; and (D) Authorizing, on an Interim Basis, the Debtors' to Grant Certain Liens and Other Protections for the Purchaser's Collateral Effective After the Initial Closing [D.I. 937, 9/25/07]

h)    Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 962, 9/26/07]

i)    Notice of Contracts Excluded from (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 979, 9/27/07]

j)    Order Granting Leave to File Reply to the Objection to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief [D.I. 1045, 10/2/07]

k)    Order Approving Stipulation and Order Abating Objection of Credit Suisse First Boston Mortgage Capital LLC to Debtors' Emergency Motion for Order Authorizing, Among Other Things, Sale of Certain Assets Used in the Debtors' Loan Servicing Business and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [D.I. 1111, 10/2/07]

l)    Motion of Debtors for Leave to Exceed the Page Limit Requirements for Their Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business [D.I. 1442, 10/10/07]

m)    Debtors' Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business [D.I. 1443, 10/10/07]

n)    Response and Joinder of the Official Committee of Unsecured Creditors to the Debtors' Omnibus Response to Certain Objections to the Sale of the Debtors' Loan Servicing Business [D.I. 1446, 10/10/07]

o)    **Notice of Withdrawal of Docket Nos. 840 and 1113 [D.I. 1497, 10/12/07]**

p)    **Order Granting Motion to Shorten Notice and Approve Form, Manner and Sufficiency of Notice With Respect to EMC Mortgage Corporation's Motion for Leave to File a Sur-Reply [D.I. 1501, 10/12/07]**

Objections Filed:

1)    Objection of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 614, 9/5/07]

2)    Objection of Tax Collector of Tuscaloosa County, Alabama to Motion Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances and Other Interest [D.I. 615, 8/31/07]

3)    De Lage Landen Financial Services, Inc.'s Limited Objection to the Debtors' Notice of Auction and Sale Hearing [D.I. 660, 9/10/07]

4)    Objection of DB Structured Products, Inc. to Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 675, 9/10/07]

5)    Fannie Mae's Limited Objection to the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief [D.I. 716, 9/12/07]

6)   Fannie Mae's Objection to the Debtors' Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts: and (II) Proposed Cure Obligations [D.I. 717, 9/12/07]

7)   Objection of Financial Guaranty Insurance Company to Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 718, 9/12/07]

8)   Limited Objection of FNC, Inc. to Debtors' Emergency Motion to Assume and Assign Executory Contract with FNC, Inc. Including Disputed Cure Amount [D.I. 720, 9/13/07]

9)   Citibank, N.A.'s Objection to Possible Assumption and Assignment of Certain Executory Contracts and Proposed Cure Amounts in Connection with Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief [D.I. 723, 9/13/07]

10)   Objection of Citibank, N.A. to Sale of Certain Assets Used in the Debtors' Loan Servicing Business in Connection with Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related thereto; and (IV) Granting Related Relief [D.I. 724, 9/13/07]

11)   EMC Mortgage Corporation's Objection to the Emergency Motion of the Debtors for an Order: (I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II)

Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 728, 9/13/07]

12)    Objection of Liquid Funding, Ltd. to the Emergency Motion of the Debtors for an Order: (I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 729, 9/13/07]

13)    Limited Objection of JPMorgan Chase Bank, National Association to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief And To Certain Related Notices Of Assumption [D.I. 730, 9/13/07]

14)    Objection of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation to the Emergency Motion of the Debtors for an Order: (I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 732, 9/13/07]

15)    Societe Generale's (I) Objection to the Assumption and Assignment of the Purchase Agreement and Proposed Cure Amount in Connection with the Sale of the Debtors' Servicing Business and (II) Limited Objection to the Sale of the Debtors' Servicing Business [D.I. 733, 9/13/07]

16)    Objection of CitiMortgage, Inc. to Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and

Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 740, 9/13/07]

17) Joinder of Deutsche Bank National Trust Company to Limited Objection of Financial Guaranty Insurance Company to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Setting Forth Cure Obligations; and (V) Granting Related Relief [D.I. 800, 9/19/07]

18) Objection of Connecticut Housing Finance Authority to Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any [D.I. 813, 9/19/07]

19) Iron Mountain Information Management, Inc.'s Objection to Modified Notice of Possible Assumption and Assignment and Proposed Cure Obligation [D.I. 815, 9/19/07]

20) Objection of Security Connections, Inc. to Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, in any [D.I. 823, 9/20/07]

21) Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A.'s Reservation of Rights And Objection To The Motion, Assumption Notice and Sale Of The Loan Servicing Business [D.I. 824, 9/20/07]

22) Experian Information Solutions, Inc.'s Limited Objection to Modified Notice of (i) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (ii) Proposed Cure Obligations, of Any [D.I. 825, 9/20/07]

23) Limited Objection and Reservation of Rights of the Bank of New York in Various Capacities to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving

the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 826, 9/20/07]

24)     Objection of UBS Real Estate Securities Inc. to the Debtors' Modified Notice (I) Possible Assumption and Assignment of Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 828, 9/20/07]

25)     Objection of Qwest Communications Corporation to Modified Notice (I) Possible Assumption and Assignment of Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 829, 9/20/07]

26)     Limited Objection and Reservation of Rights of ZC Real Estate Tax Solutions Limited to the Modified Notice of (I) Possible Assumption and Assignment of Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure Obligations, if any [Docket No. 830, 9/20/07]

27)     Response of Duke University Federal Credit Union to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; ((II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 831, 9/20/07]

28)     Joinder of Deutsche Bank National Trust Company in Objections to Motion, Assumption Notice and Sale of the Loan Servicing Business filed by: (A) Wells Fargo Bank, N.A., (B) CitiMortgage, Inc., (C) Financial Guaranty Insurance Company and (D) Goldman Sachs Mortgage Company and GS Mortgage Securities Corp and Reservation of Rights [D.I. 832, 9/20/07]

29)     Limited Objection of U.S. Bank National Association to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV)

Granting Related Relief and to Proposed Cure Obligations [D.I. 836, 9/20/07]

30)     Joinder in Part of CIFG Assurance North American, Inc. to Objection and Reservation of Rights of Wells Fargo Bank, N.A. with Respect to Proposed Cure Amounts and Debtors' Proposed Sale of Their Loan Servicing Business [D.I. 838, 9/20/07]

31)     Limited Objection and Reservation of Rights of HSI Asset Securitization Corporation and HSBC Bank USA, National Association to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Certain Related Notices of Assumption [D.I. 840, 9/20/07]

32)     De Lage Landen Financial Services, Inc.'s Objection to the Debtors' Proposed Equipment Sale and Assumption, Assignment and Cure of De Lage Landen Financial Services, Inc.'s Lease, as Proposed within the Debtors' Notice [D.I. 841, 9/20/07]

33)     Limited Objection of Credit Suisse First Boston Mortgage Capital LLC to Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Propose Cure Obligations, if any [D.I. 844, 9/20/07]

34)     Objection of Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. to the Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Certain Related Notices of Assumption [D.I. 845, 9/20/07]

35)     Supplemental Objection of EMC Mortgage Corporation to Notice of (I) Possible Assumption and Assignment of Certain of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 846, 9/20/07

36) Supplemental Objection of Liquid Funding, Ltd. to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 847, 9/20/07]

37) Supplemental Objection to Bear Stearns Mortgage Capital Corporation to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 848, 9/20/07]

38) Objection of Morgan Stanley Mortgage Capital Holdings LLC to Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 849, 9/20/07]

39) Objection of EMC Mortgage Corporation to the Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 850, 9/20/07]

40) Limited Objection of Wells Fargo Funding, Inc. to Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 851, 9/20/07]

41) Reservation of Rights of ABN AMRO Bank N.V. With Respect to Debtors' Motion for Authority to Sell Their Mortgage Loan Servicing Businesses and Assume and Assign the Servicing Rights Contained in the Master Repurchase Agreement [D.I. 852, 9/20/07]

42) Objection of Natixis Real Estate Capital Inc. fka Ixis Real Estate Capital Inc to Emergency Motion of the Debtors for Orders (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Certain Related Notices of Assumption [D.I. 853, 9/20/07]

43)     Amended and Supplemental Objection of CitiMortgage, Inc. to
        Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale
        Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets
        Used in the Debtors' Loan Servicing Business; (III) Approving Form and
        Manner of Notice thereof; and (IV) Granting Related Relief; and (B)(I)
        Authorizing the Sale of Such Assets Free and Clear of Liens, Claims,
        Encumbrances, and Other Interests; (II) Authorizing and Approving
        Purchase Agreement thereto; (III) Approving the Assumption and
        Assignment of Certain Executory Contracts and Unexpired Leases Related
        thereto; and (IV) Granting Related Relief [D.I. 855, 9/20/07]

44)     Objection of GMAC Mortgage LLC to Emergency Motion Of The
        Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A
        Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan
        Servicing Business; (III) Approving Form And Manner Of Notice
        Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The
        Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances,
        And Other Interests; (II) Authorizing And Approving Purchase Agreement
        Thereto; (III) Approving The Assumption And Assignment Of Certain
        Executory Contracts And Unexpired Leases Related Thereto; And (IV)
        Granting Related Relief [D.I. 857, 9/20/07]

45)     Limited Objection and Reservation of Rights of Merrill Lynch Mortgage
        Lending, Inc. to Emergency Motion Of The Debtors For Orders: (A)(I)
        Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale
        Of Certain Assets Used In The Debtors' Loan Servicing Business; (III)
        Approving Form And Manner Of Notice Thereof; And (IV) Granting
        Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And
        Clear Of Liens, Claims, Encumbrances, And Other Interests; (II)
        Authorizing And Approving Purchase Agreement Thereto; (III)
        Approving The Assumption And Assignment Of Certain Executory
        Contracts And Unexpired Leases Related Thereto; And (IV) Granting
        Related Relief [D.I. 858, 9/20/07]

46)     Objection of Residential Funding Company LLC to the Debtors' Proposed
        Cure Amounts in Connection with Emergency Motion Of The Debtors For
        Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To
        Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing
        Business; (III) Approving Form And Manner Of Notice Thereof; And (IV)
        Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets
        Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II)
        Authorizing And Approving Purchase Agreement Thereto; (III)
        Approving The Assumption And Assignment Of Certain Executory
        Contracts And Unexpired Leases Related Thereto; And (IV) Granting
        Related Relief [D.I. 859, 9/20/07]

47)     Limited Objection of Federal Home Loan Mortgage Corporation to
        Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale
        Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain
        Assets Used In The Debtors' Loan Servicing Business; (III) Approving
        Form And Manner Of Notice Thereof; And (IV) Granting Related Relief;
        And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of
        Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And
        Approving Purchase Agreement Thereto; (III) Approving The Assumption
        And Assignment Of Certain Executory Contracts And Unexpired Leases
        Related Thereto; And (IV) Granting Related Relief and to the Modified
        Notice of (I) Possible Assumption and Assignment of Certain Leases,
        License Agreements and Executory Contracts; and (II) Proposed Cure
        Obligations, if any [D.I. 893, 9/21/07]

48)     Notice of Tax Lien by Travis County [D.I. 911, 9/24/07]

49)     Limited Objection of Banc of America Leasing & Capital, LLC to
        Debtors' Notice of (I) Possible Assumption and Assignment of Certain
        Leases, License Agreements, and Executory Contracts; and (II) Proposed
        Cure Obligations, if any; Modified Notice of (I) Possible Assumption and
        Assignment of Certain Leases, License Agreements, and Executory
        Contracts; and (II) Proposed Cure Obligations, if any and Supplemental
        Notice of (I) Possible Assumption and Assignment of Certain Leases,
        License Agreements, and Executory Contracts; and (II) Proposed Cure
        Obligations, if any [D.I. 995, 9/28/07]

50)     Limited Objection and Reservation of Rights of UBS Real Estate
        Securities Inc. with Respect to the Emergency Motion of the Debtors for
        Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to
        Consider Sale of Certain Assets Used in the Debtors' Loan Servicing
        Business; (III) Approving Form and Manner of Notice Thereof; and (IV)
        Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets
        Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II)
        Approving the Assumption and Assignment of Certain Executory
        Contracts and Unexpired Leases Related Thereto; (IV) Granting Related
        Relief [D.I. 1029, 10/1/07]

51)     Calyon New York Branch's Limited Objection to, and Reservation of
        Rights Regarding, Emergency Motion of Debtors for Orders: (A)(I)
        Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of
        Certain Assets Used in the Debtors' Loan Servicing Business; (III)
        Approving Form and Manner of Notice Thereof; and (IV) Granting
        Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and
        Clear of Liens, Claims, Encumbrances, and other Interests; (II)
        Authorizing and Approving Purchase Agreement Thereto; (III) Approving

the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1031, 10/1/07]

52) Reservation of Rights of Credit Suisse First Boston Mortgage Capital LLC with Respect to Debtors' Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1034, 10/1/07]

53) Supplemental Objection of Financial Guaranty Insurance Company to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 1036, 10/1/07]

54) De Lage Financial Services, Inc.'s Limited Objection to the Debtors' Notice of Auction Sale and Sale Hearing [D.I. 1041, 10/2/07]

55) Fannie Mae's Limited Supplemental Objection to the Motion of the Debtors for Order Approving the Sale of the Debtors' Mortgage Servicing Business [D.I. 1043, 10/2/07]

56) Limited Objection of Security Connections, Inc. to the Debtors' Sale Motion [D.I. 1046, 10/2/07]

57) Supplemental Objection of Citibank, N.A. to Sale of Certain Assets Used in the Debtors' Loan Servicing Business and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto [D.I. 1047, 10/2/07]

58) Supplemental Limited Objection of JPMorgan Chase Bank, National Association to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III)

Approving Form and Manner of Notice Thereof; and (IV) Granting
Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and
Clear of Liens, Claims, Encumbrances, and other Interests; (II) Approving
the Assumption and Assignment of Certain Executory Contracts and
Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I.
1048, 10/2/07]

59) Limited Objection of Banc of America Leasing & Capital, LLC to
Debtors' Notice of Auction Sale and Sale Hearing [D.I. 1051, 10/2/07]

60) Limited Objection of Wells Fargo Funding, Inc. to Emergency Motion of
Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a
Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan
Servicing Business; (III) Approving Form and Manner of Notice Thereof;
and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such
Assets Free and Clear of Liens, Claims, Encumbrances, and other
Interests; (II) Approving the Assumption and Assignment of Certain
Executory Contracts and Unexpired Leases Related Thereto [D.I. 1052,
10/2/07]

61) Supplemental Objection to Proposed Cure Obligations with Respect to
Servicing Agreements for which Wells Fargo Bank, National Association
Serves as Master Servicer, Securities Administrator, Trust Administrator
and/or Indenture Trustee and to the Anticipated Sale [D.I. 1053, 10/2/07]

62) Limited Objection of Merrill Lynch Mortgage Lending, Inc. to Emergency
Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II)
Scheduling a Hearing to Consider Sale of Certain Assets Used in the
Debtors' Loan Servicing Business; (III) Approving Form and Manner of
Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing
the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances,
and other Interests; (II)Authorizing and Approving Purchase and Sale
Agreement Thereto; (C) Approving the Assumption and Assignment of
Certain Executory Contracts and Unexpired Leases Related Thereto; (IV)
Granting Related Relief; and (2) Supplemental Notice of (I) Possible
Assumption and Assignment of Certain Leases, License Agreements, and
Executory Contracts; and (II) Proposed Cure Obligations, if an [D.I. 1054,
10/2/07]

63) Supplemental Objection of Countrywide Bank, FSB and Countrywide
Home Loans, Inc. to Debtors Motion for an Order Approving the Sale of
the Debtors' Loan Servicing Business [D.I. 1056, 10/2/07]

64) Supplemental Objection of EMC Mortgage Corporation to the Emergency
Motion of Debtors for an Order: (I) Authorizing the Sale of Such Assets
Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II)

Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and to the Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1057, 10/2/07]

65)   Amended and Supplemental Objection of CitiMortgage, Inc. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1058, 10/2/07]

66)   Response of the United States Trustee to the Debtors' Motion for an Order Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Relating Thereto, and (B) Granting Related Relief [D.I. 1060, 10/2/07]

67)   Supplemental Objection of Residential Funding Company, LLC to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1061, 10/2/07]

68)   Objection of Mortgage Electronic Registration Systems, Inc. to Debtors' Emergency Motion to Sell Certain Assets Used in the Debtors' Loan Servicing Business [D.I. 1062, 10/2/07]

69)   Objection of Assured Guaranty Corp. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV)

Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 1065, 10/2/07]

70)     Objection of Qwest Corporation and Qwest Communications Corporation to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1066, 10/2/07]

71)     Supplemental Objection of U.S. Bank National Association to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to Proposed Cure Obligations [D.I. 1067, 10/2/07]

72)     Supplemental Objection of GMAC Mortgage LLC to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1071, 10/2/07]

73)     Supplemental Objection of DB Structured Products, Inc. to Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing

the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief [D.I. 1108, 10/2/07]

74) HSI Asset Securitization Corporation and HSBC Bank USA, National Association's Second Limited Objection and Reservation of Rights of HSBC Bank, USA National Association of Debtors' Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, etc. In Connection with Emergency Motion of the Debtors for Orders:(A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used In the Debtors' Loan Servicing Busines, etc [D.I. 1113, 10/3/07]

75) Limited Objection and Reservation of Rights of ZC Real Estate Tax Solutions Limited to the Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1115, 10/3/07]

76) Joinder of U.S. Bank National Association in the Supplemental Objection of GMAC Mortgage, LLC [D.I. 1117, 10/3/07]

77) Supplemental Objection of Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. [D.I. 1118, 10/3/07]

78) Joinder of CIFG Assurance North America, Inc. to Supplemental Objection filed by Wells Fargo Bank, National Association [D.I. 1121, 10/3/07]

79) Reservation of Rights of UBS Real Estate Securities Inc. to the Debtors' Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1123, 10/3/07]

80) Informal Response of DRI-The Default Solution to Proposed Cure Amount [10/1/07]

81) Informal Response of SoftLanding Systems, Inc. [**D.I. 1492, 10/3/07**]

82) **Sur-Reply Memorandum of Law in Further Opposition to the Emergency Motion of Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear**

> **of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and to the Notices of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1483, 10/11/07]**

Status: The objections and responses identified in subparagraphs 11, 12, 14, 15, 22, 25, 33, 35, 36, 37, 42, **45,** 51, 52, 70 and 81 are moot, because the contracts at issue are not included in the sale transaction. The objections and responses identified in subparagraphs 2 and 19 are resolved. The objections and responses identified in subparagraphs 3, **20,** 32, 54, **and 56** are resolved pending documentation. **The objections and responses identified in subparagraphs 31 and 74 have been withdrawn.** The remainder of the objections and responses will be going forward.

3.    Emergency Motion of GMAC Mortgage LLC, Formerly Known as GMAC Mortgage Corporation and Residential Funding Company, LLC, Formerly Known as Residential Funding Corporation to Continue the October 15, 2007 Hearing Regarding (I) the Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Granting Related Relief and (II) the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1449, 10/10/07]

Proposed Objection Deadline:          October 15, 2007 at 10:00 a.m.

Objections Filed:

a)    **Debtors' Objection to the Emergency Motion of GMAC Mortgage LLC, f/k/a GMAC Mortgage Corporation and Residential Funding Company, LLC, f/k/a Residential Funding Corporation to Continue the October 15, 2007 Hearing [D.I. 1522, 10/12/07]**

Status: The movants have requested that this matter go forward on October 15, 2007 at 12:00 p.m.

Dated: Wilmington, Delaware
        October 12, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession