IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                             :   Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                                   :   Jointly Administered
         Debtors.                                  :
------------------------------------------------------------------ x
```

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 1038

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Application for Order (I) Approving the

Retention and Employment of Codilis & Associates, PC as Foreclosure Professionals for the

Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting

a Partial Waiver of Local Rule 2016-2(d) (the "Motion"). The Court's docket which was last

updated October 14, 2007, reflects that no objections to the Motion have been filed. Objections

to the Motion were to be filed and served no later than October 10, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.


Dated:  Wilmington, Delaware
         October 14, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ Sean T. Greecher
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Sean T. Greecher (No. 4484)
Kenneth Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession