# **<u>EXHIBIT A</u>**

Robert F. Johnson, Jr.

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., et al., | : | Chapter 11 |
| | : | Case No. |
| Debtors. | : | 97-11047 (CSS) |

- - -

Deposition of ROBERT F. JOHNSON, JR., taken pursuant to notice in the law offices of Young, Conaway, Stargatt & Taylor, 1700 The Brandywine Building, 1000 West Street, Wilmington, Delaware, on Thursday, October 11, 2007, at 2:07 p.m., before Lorraine B. Marino, Registered Diplomate Reporter and Notary Public, and Gail Verbano, Registered Merit Reporter and Notary Public.

- - -

CORBETT & WILCOX
230 North Market Street
Wilmington, Delaware 19801
(302) 571-0510
Corbett & Wilcox is not affiliated with
Wilcox & Fetzer, Court Reporters

www.corbettreporting.com

Robert F. Johnson, Jr.

1  that really is.
2      Q      But ultimately, in order to split this
3  agreement apart, you believe that it's ultimately a
4  legal conclusion as to which provisions obligate the
5  servicer and which provisions obligate the seller?
6      A      I think that's probably right, yeah.
7      Q      The -- you also testified with
8  respect -- one of the attorneys -- I believe it was
9  the attorney for Bank of New York -- asked you what
10 facts the debtor was going to rely upon to argue that
11 the agreements are severable.  And you mentioned --
12 one of the things that you mentioned were agreements
13 whereby a party may assign solely the servicing
14 portion of the master servicer and sale agreements; is
15 that correct?
16     A      Yeah.
17     Q      Are you familiar with the term
18 "assignment, assumption and recognition agreement"?
19     A      Yes.
20     Q      Is that what you're talking about
21 here?
22     A      That is what I'm talking about.
23     Q      How does the fact that those
24 agreements exist support the debtors' contention that