## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on October 14, 2007, I caused one copy of the foregoing to be served upon the parties on the attached service list in the manner indicated.

Amanda M. Winfree (#4615)

American Home Mortgage Holdings, Inc., et al.
Service List

**HAND DELIVERY & ELECTRONIC MAIL**
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

**HAND DELIVERY & ELECTRONIC MAIL**
Fred B. Rosner
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY & ELECTRONIC MAIL**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY & ELECTRONIC MAIL**
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

**HAND DELIVERY & ELECTRONIC MAIL**
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY & ELECTRONIC MAIL**
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**HAND DELIVERY & ELECTRONIC MAIL**
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**U.S. MAIL & ELECTRONIC MAIL**
Erica Ryland, Esq.
Corinne Ball, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**U.S. MAIL**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

**FACSIMILE**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

**U.S. MAIL & ELECTRONIC MAIL**
Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022

**U.S MAIL & ELECTRONIC MAIL**
Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596

**U.S MAIL & ELECTRONIC MAIL**
William M. Goldman
Geoffrey T. Raicht, Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

**U.S MAIL & ELECTRONIC MAIL**
David R. Kuney
Sidley Austin LLP
1501 K Street, NW
Washington, DC  20005