## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
  **EIN:** 13–4066303

**Chapter:** 11

**Case No.:** 07–11047–CSS

**NOTICE OF HEARING**

Rush, Dobben & Beall has filed Motion for Disclosure & Bankruptcy Rule 2004, Directing Examination of and Production of Document by Debtors.

A hearing is scheduled for 10/31/07 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

David D. Bird
Clerk of Court

Dated: 10/12/07

(VAN–401a)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0311-1          User: Teresa              Page 1 of 1              Date Rcvd: Oct 12, 2007
Case: 07-11047               Form ID: van401a           Total Served: 14

The following entities were served by first class mail on Oct 14, 2007.
db         +American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-3630
aty        +Edward J. Kosmowski,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,
             PO Box 391,   Wilmington, DE 19899-0391
aty         Joel A. Waite,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
             1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty        +Matthew Barry Lunn,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
             1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty         Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
             1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
2249937    +Bexar County,   c/o David G. Aelvoet,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
2251471    +COWIFI Ironpoint, LLC,   c/o Nancy Hotchkiss, Esquire,   Trainor Fairbrook,
             Post Office Box 255824,   Sacramento, California 95865-5824
2256577    +Charles County, Maryland,   c/o Meyers, Robell & Rosenbaum, P.A.,   M. Evan Meyers,
             6801 Kenilworth Avenue, Suite 400,   Riverdale Park, Maryland 20737-1331
2251296     J.David Folds, Esquire,   DLA Piper US LLP,   1200 Nineteenth Street, N.W.,
             Washington, DC 20036-2412
2257340    +Jay Earl Associates, LLC,   c/o Meltzer, Lippe, Goldstein & Breitsto,   190 Willis Avenue,
             Mineola, NY 11501-2649
2251297    +Kathleen M. O'Connell, Esq.,    SUNTRUST BANK,   303 Peachtree Street, 36th Floor,
             Mail Code 0662,   Atlanta, Georgia 30308-3201
2259187    +Moss Codilis L.L.P.,   6560 Greenwood Plaza Blvd.,   Suite 100,   Englewood, CO 80111-4990
2250568    +PIMA COUNTY,   C/O PIMA COUNTY ATTORNEY'S OFFICE,   32 N. STONE AVE., STE. 2100,
             TUCSON, AZ 85701-1416
2256578    +Prince George's County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   M. Evan Meyers,
             6801 Kenilworth Avenue, Suite 400,   Riverdale Park, Maryland 20737-1331
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
2251365     BP Kingstowne Office Building K LP
2250681     RREEF Management Company
2257341*   +Jay Earl Associates, Inc.,   c/o Meltzer, Lippe, Goldstein & Breitsto,   190 Willis Avenue,
             Mineola, NY 11501-2649
2256583*   +Prince George's County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   M. Evan Meyers,
             6801 Kenilworth Avenue, Suite 400,   Riverdale Park, Maryland 20737-1331
                                                                                             TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 14, 2007**          **Signature:** _Joseph Speetjens_