IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Item No. 1533** |
| | ) **Sale Hearing Date: October 15, 2007 @ 12:00 noon** |

## MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LEAVE TO FILE SUR-REPLY TO DEBTORS' OMNIBUS RESPONSE TO CERTAIN OBJECTIONS TO THE SALE OF CERTAIN ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS RELATING TO THE DEBTORS' LOAN SERVICING BUSINESS

This motion (the "Motion") by DB Structured Products, Inc. ("DBSP") seeks leave to file a sur- reply (the "Sur-reply") to the *Debtors' Omnibus Response to Certain Objections to the Sale of Certain Assets and the Assumption and Assignment of Executory Contracts Relating to the Debtors' Loan Servicing Business* [Docket No. 1443] (the "Debtors' Reply").

DBSP's need to file the Sur-reply results from, among other things, the new arguments raised in the Debtors' Reply, which was filed a mere 5 days prior to the Sale Hearing. The new arguments include that the DBSP's Master Loan Purchase and Servicing Agreement is not an executory contract and therefore may be sold pursuant to section 363 of the Bankruptcy Code. DBSP's need to file a Sur-reply also results from certain facts brought to light in the recent depositions of the Debtors' witnesses, which only began on October 10, 2007 and concluded this past Friday, October 12, 2007.

Accordingly, DBSP seeks leave to file the accompanying Sur-reply attached hereto as Exhibit A (and which has been separately filed on the docket as Docket No. 1533). The Sur-reply will assist the Court in understanding the law and clarify the facts in response to the

Debtors' new arguments.

Sur-replies are regularly and properly permitted to allow a party the opportunity to issues raised for the first time in reply. Otherwise the reply should be stricken. Leave to file a sur-reply should be granted where the party " ... 'would be unable to contest matters presented to the court for the first time in the opposing party's reply.'" Groobert v. President and Dirs. Of Georgetown Coll., 219 F.Supp. 2d 1, 13 (D. D.C. 2002) (citation omitted). For example, in Worldcom, Inc. v. Graphnet, Inc., 343 F.3d 651, 653 (3d Cir. 2003), the Third Circuit observed:

> [in] its reply brief in support of its motion to dismiss, Graphnet argued for the first time that Worldcom's claims were precluded by the so-called "filed rate doctrine." Worldcom objected to the issue being raised for the first time in Graphnet's reply brief and the district court properly allowed Worldcom to file sur-reply brief in response to Graphnet's arguments.

See also, Mullen v. Port Auth. Of New York and New Jersey, 100 F.Supp. 2d 249, 256 n.5 (D.N.J. 1999) ("Although defendant raised this argument for the first time in his reply brief, plaintiff had the opportunity to address this point in his sur-reply").

In light of the foregoing, pursuant to this Motion, DBSP respectfully requests leave to file the attached Sur-reply. Given the impending Sale Hearing, currently scheduled for noon, October 15, 2007, DBSP respectfully requests that the Court consider the Motion without hearing.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

Dated: October 15, 2007

                    **ASHBY & GEDDES, P.A.**

                    /s/ *[signature]*

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

- and -

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Counsel to DB Structured Products, Inc.*

184971.1

A/72249602.3/0801826-0000327609