IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------)
                              ) Chapter 11

In re:                        )
                              ) Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE     )
HOLDINGS, INC., et al.,             ) Jointly Administered
                              )
        Debtors.         ) **Related Doc. 902**
------------------------------)

**CERTIFICATION OF COUNSEL IN SUPPORT OF
ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 362
MODIFYING THE AUTOMATIC STAY**

The undersigned hereby certifies that on September 21, 2007, Waterfield Shareholder LLC ("Waterfield") and Union Federal Bank of Indianapolis ("Union Federal", collectively, "Movants") filed their Motion of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis for Order Pursuant to 11 U.S.C. § Modifying the Automatic Stay (the "Lift Stay Motion").

The undersigned further certifies that the notice of the Lift Stay Motion set an objection deadline of October 12, 2007 at 4:00 p.m. (Eastern) (the "Objection Deadline"). No extensions of the Objection Deadline were granted.

Prior to the Objection Deadline, counsel for the debtors and debtors-in-possession (collectively, the "Debtors") contacted counsel for Movants and requested that the proposed order submitted with the Lift Stay Motion be clarified with respect to the scope of relief sought. After consultation, counsel for the Debtors and Movants agreed to a revised form of proposed order (the "Order"). The

undersigned certifies that the proposed Order attached hereto as Exhibit A is in the form agreed to by counsel. Attached hereto as Exhibit B is a black-line (the "Black-Line") comparing the Order to the one submitted with the Motion.

Accordingly, it is respectfully requested that the Court approve the Order in the form attached hereto as Exhibit A.

Dated: Wilmington, Delaware
October 15, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
        &amp; FLOM LLP

        /s/ Eric M. Davis
        Eric M. Davis (I.D. No. 3621)
        Jason M. Liberi (I.D. No. 4425)
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        (302) 651-3000 (telephone)
        (302) 651-3001 (facsimile)

        - and -

        Eric J. Gorman, Esq.
        Felicia G. Perlman, Esq.
        Justin L. Heather, Esq.
        333 West Wacker Drive, Suite 2100
        Chicago, IL  60606
        (312) 407-0700 (telephone)
        (312) 407-0411 (facsimile)

        *Attorneys for Waterfield Shareholder LLC*
        *and Union Federal Bank of Indianapolis*