IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :  Jointly Administered
     Debtors.                                                 :
                                                              :  Ref. Dkt. Nos. 11, 113, 403, 611, 674, 716, 717, 931,
------------------------------------------------------------- x     937, 962, 1043, 1443, and 1446

## ORDER GRANTING SUPPLEMENTAL STIPULATION AND AGREEMENT BETWEEN THE DEBTORS, AH MORTGAGE ACQUISITION CO., INC., AND FANNIE MAE

Upon consideration of the Supplemental Stipulation And Agreement Between The Debtors, AH Mortgage Acquisition Co., Inc., and Fannie Mae (the "Supplemental Stipulation") resolving Objections to the Sale Motion[2] and modifying the Stipulation in connection therewith; it is hereby

ORDERED, that the Supplemental Stipulation attached hereto as Exhibit A is approved, and in the event of a conflict between the express terms of the Stipulation as modified by this Supplemental Stipulation and the terms of the Sale Order or APA, the Stipulation as modified by this Supplemental Stipulation shall govern.; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       October 15 , 2007

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge