IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
       Debtors.                                                        :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 17, 2007 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader, Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

   Objection Deadline: August 27, 2007 at 4:00 p.m., extended for Credit Suisse First Boston to August 28, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and the United States Trustee to August 31, 2007 at 11:00 a.m.

   Objections Filed:

   a) Objection of the United States Trustee [D.I. 511, 8/31/07]

   Status: This matter will be adjourned to October 31, 2007 at 10:00 a.m.

2. Application for an Order Authorizing the Debtors to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

   Objection Deadline: August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the United States Trustee to August 31, 2007 at 11:00 a.m.

   Objections Filed:

        a)     Objection by the Official Committee of Unsecured Creditors to Debtors' Proposed Retention of the Firm Kekst & Co. as Their Public Relations Advisors [D.I. 483, 8/30/07]

Status: If the parties consensually resolve this matter prior to the hearing, a proposed form of order will be submitted at the hearing. If not, the parties will adjourn the matter to October 31, 2007 at 10:00 a.m.

3. Motion of Societe Generale Pursuant to Sections 365(d) of the Bankruptcy Code Seeking Relief from the Automatic Stay to Effectuate the Transfer of Servicing Rights and to Recover from the Debtors All Mortgage Loan Documents [D.I. 734, 9/13/07]

   Objection Deadline:   September 24, 2007 at 4:00 p.m., extended for the Debtors

   Objections Filed:   None

   Status: This matter will be adjourned to October 31, 2007 at 10:00 a.m.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

4. Debtors' Motion for an Order Pursuant to Sections 105, 363(b) and 507(a)(7) of the Bankruptcy Code Authorizing the Debtors to Refund Advanced Fees and Costs to Borrowers [D.I. 898, 9/21/07]

   Objection Deadline:   October 10, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

       a)     Certificate of No Objection [D.I. 1523, 10/12/07]

   Status: A Certificate of No Objection has been filed. No hearing is required.

5. Motion of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis for Order Pursuant to 11 U.S.C. § 362 Modifying the Automatic Stay [D.I. 902, 9/21/07]

   Objection Deadline:   October 12, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

       a)     Certification of Counsel [D.I. 1542, 10/15/07]

   Status: A Certification of Counsel has been filed. No hearing is required.

6. Application for Order (I) Approving the Retention and Employment of Weinreb & Associates, PLLC as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 1035, 10/1/07]

   Objection Deadline:   October 10, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

   a)   Certificate of No Objection [D.I. 1534, 10/14/07]

   Status: A Certificate of No Objection has been filed. No hearing is required.

7. Application for Order (I) Approving the Retention and Employment of Codilis & Associates, PC as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 1038, 10/1/07]

   Objection Deadline:   October 10, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

   a)   Certificate of No Objection [D.I. 1535, 10/14/07]

   Status: A Certificate of No Objection has been filed. No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

8. Application for Authorizing to Retain Hahn & Hessen LLP as Co-Counsel for the Official Committee of Unsecured Creditors [D.I. 758, 9/14/07]

   Objection Deadline:   October 10, 2007 at 4:00 p.m.

   Objections Filed:   None

   Status: This matter will be going forward.

9.  Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc. et al. for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 9014 Nunc Pro Tunc as of August 14, 2007 [D.I. 759, 9/14/07]

    Objection Deadline:   October 10, 2007 at 4:00 p.m.

    Objections Filed:     None

    Status: This matter will be going forward

10. Application for Authorization to Retain BDO Seidman LLP as Financial Advisors for the Official Committee of Unsecured Creditors [D.I. 966, 9/27/07]

    Objection Deadline:   October 10, 2007 at 4:00 p.m.

    Objections Filed:     None

    Status: This matter will be going forward.

11. Motion of United Health Group for (I) Relief from Stay to Exercise Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief [D.I. 1055, 10/2/07]

    Objection Deadline:   October 12, 2007 at 4:00 p.m.

    Objections Filed:     None

    Status: This matter has been resolved pending documentation. A revised form or order will be submitted to the Court at or prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

12. Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Milestone Advisors, LLC as Investment Bankers and Financial Advisors for the Debtors Nunc Pro Tunc to Petition Date [D.I. 227, 8/17/07]

    Objection Deadline:   August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to September 13, 2007 at 11:00 a.m. and the United States Trustee to September 14, 2007 at 12:00 p.m.

    Objections Filed:

    a)  Informal Objection of the United States Trustee

        b)        Informal Objection of the Official Committee of Unsecured Creditors

Status: The Debtors are working to resolve the objection raised by the United States Trustee. To the extent a resolution is reached, a revised form of order will be submitted at the hearing or under certification of counsel.

13. Vantage Pointe Capital, LLC's Motion for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 955, 9/26/07]

    Objection Deadline:   October 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Debtors' Objection to Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1322, 10/5/07]

    b) Joinder of the Official Committee of Unsecured Creditors to the Objection of the Debtors to the Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1445, 10/10/07]

    Related Document:

    c) Reply to Debtors' Objection to Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1524, 10/13/07]

    Status: This matter will be going forward.

14. Fourth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment [D.I. 967, 9/27/07]

   Objection Deadline:   October 10, 2007 at 4:00 p.m.

   Related Document:

   a) Supplement to Exhibit B [D.I. 1011, 9/28/07]

   Objections Filed:

   b) Banc of America Leasing and Capital, LLC's Reservation of Rights [D.I. 1430, 10/10/07]

   Status: This matter will be going forward.


Dated: Wilmington, Delaware
       October 15, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    _____
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    Kenneth J. Enos (No. 4544)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession