IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------- x
```

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| AMERICAN HOME MORTGAGE | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | |
| | Jointly Administered |
| | |
| Debtors. | **Ref. Docket Nos. 11, 113, 718, 720, 800, 824, 825, 826, 829, 832, 836, 838, 851, 857, 1036, 1050, 1053, 1065, 1066, 1067, 1071, 1117, 1121, 1449, 1492** |

```
----------------------------------------------------- x
```

## SECOND NOTICE OF CONTRACTS *EXCLUDED* FROM (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY

PLEASE TAKE NOTICE that on August 6, 2007, American Home Mortgage Holdings, Inc., *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief regarding the Sale of Servicing Business and the Debtors' Other Assets* (the "Servicing Sale Motion") [D.I. 11], seeking approval of the sale (the "Sale") of the Debtors' mortgage servicing business and assets related thereto (the "Servicing Business") pursuant to sections 105(a), 363, 365, 503 and 507 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). On August 9, 2007, the Court entered an Order Approving Sale Procedures; (II) Scheduling A Hearing To

Consider Sale Of Certain Assets Used In The Debtors Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief (the "Servicing Sale Procedures Order") [D.I. 113].

PLEASE TAKE FURTHER NOTICE that on September 10, 2007, the Debtors filed the *Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 674] (the "Modified Notice"). As set forth in the Modified Notice, the Debtors identified certain of their unexpired leases, license agreements, and executory contracts (collectively, the "Potential Executory Contracts") that the Debtors may seek to assume and assign to the ultimate purchaser of the Servicing Business, pursuant to section 365(b)(1)(A) of the Bankruptcy Code, and corresponding proposed cure obligations, if any. A copy of the Modified Notice was previously served on you.

PLEASE TAKE FURTHER NOTICE THAT certain of the Debtors and AH Mortgage Acquisition Co., Inc. (the "Purchaser") entered into that certain Asset Purchase Agreement (together with all exhibits and schedules thereto, the "APA").[1] The Purchase Price to be paid by the Purchaser for the Servicing Business, subject to adjustment in Article IV of the APA, is equal to the sum of (a) $6.0 million, (b) an amount equal to the Initial Closing Servicing Balance Price, which is determined as set forth on Schedule 4.1(a) of the APA, and (c) an amount equal to 92% of the Advance Amount, which is calculated based upon the actual volume of mortgage loans being serviced by the Sellers as of the close of business on the day preceding the Initial Closing Date under Servicing Agreements that are Assumed Contracts.

---

[1]    Unless otherwise defined in this Notice, all capitalized terms used herein shall have the meanings set forth in the APA.

*PLEASE TAKE FURTHER NOTICE THAT, consistent with the Modified Notice, the Debtors are removing certain Potential Executory Contracts from the proposed Sale and withdrawing the request to assume and assign any such Potential Executory Contract  (the "Withdrawn Contracts").  You are receiving a copy of this notice because your contract has been identified as a Withdrawn Contract and the Debtors are no longer seeking to assume and assign your contract at this time.[2]*

PLEASE TAKE FURTHER NOTICE THAT the Withdrawn Contracts attached hereto as Exhibit A (collectively, the "HELOCs") represent agreements for the servicing and subservicing of approximately $344 million of the total volume of mortgage loans serviced by the Sellers.  The Debtors received objections from various parties to the proposed transfer of the HELOCs pursuant to the Servicing Sale Motion.[3]  Removal of the HELOCs will reduce the total purchase price to be received under the APA by approximately $3.1 million.

PLEASE TAKE FURTHER NOTICE THAT the Withdrawn Contracts attached hereto as Exhibit B (the "Withdrawn Non-Servicing Contracts") represent executory contracts relating to the Debtors' servicing business that will not be assumed at the present time.  The Debtors received objections from the counterparties to the proposed transfer of the Withdrawn Non-Servicing Contracts pursuant to the Servicing Sale Motion.[4]

---

[2]    Nothing contained herein should be construed as an admission that the Withdrawn Contracts constitute executory contracts.

[3]    The parties objecting to the transfer of the HELOCs are Assured Guaranty Corp. [D.I. 1065]; U.S. Bank National Association [D.I. 836, 1050, 1067, 1117]; Financial Guaranty Insurance Company [D.I. 718, 1036]; CIFG Assurance North America, Inc. [D.I. 838, 1121]; Deutsche Bank National Trust Co. [D.I. 800, 832]; Wells Fargo Funding, Inc. [D.I. 824, 851, 1053]; Bank of New York [D.I. 826]; and GMAC Mortgage LLC [D.I. 857, 1071, 1449].

[4]    The parties objecting to the transfer of the Withdrawn Non-Servicing Contracts are FNC, Inc. [D.I. 720]; Experian Information Solutions, Inc. [D.I. 825]; Qwest Communications Corp. [D.I. 829, 1066]; and SoftLanding Systems, Inc. [D.I. 1492].

PLEASE TAKE FURTHER NOTICE THAT the Debtors, with the consent of the Purchaser, the Administrative Agent, and the Official Committee of Unsecured Creditors appointed in these cases, and in an exercise of their business judgment, hereby amend the relief requested by the Motion to exclude the Withdrawn Contracts from the assets to be sold or otherwise transferred to the Purchaser pursuant to the Motion and the APA, subject to the right of the Debtors to seek authority to transfer the Withdrawn Contracts by separate motion in the future.

Dated: Wilmington, Delaware
          October 15, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## Exhibit A – HELOCs to be Excluded from the Sale

| Listing on Exhibit to APA | Description of Agreement | Type of Agreement |
|---|---|---|
| 1.1 (j) dq | Servicing Agreement, dated as of December 21, 2004, among GMAC Mortgage Corporation, as HELOC Master Servicer, American Home Mortgage Investment Trust 2004-4, as Issuer, American Home Mortgage Acceptance, Inc., as Seller, and The Bank of New York, as Indenture Trustee | AHM Securitization |
| 1.1 (j) dr | HELOC Subservicing Agreement, dated as of December 21, 2004, between GMAC Mortgage Corporation, as HELOC Master Servicer, and American Home Mortgage Servicing, Inc., as HELOC Subservicer | AHM Securitization |
| 1.1 (j) dt | HELOC Servicing Agreement, dated as of March 23, 2005, among GMAC Mortgage Corporation, as HELOC Back-Up Servicer, American Home Mortgage Investment Trust 2005-1, as Issuer, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Seller, and American Home Mortgage Servicing, Inc., as HELOC Servicer | AHM Securitization |
| 1.1 (j) dv | HELOC Servicing Agreement, dated as of June 22, 2005, among GMAC Mortgage Corporation, as HELOC Back-Up Servicer, American Home Mortgage Investment Trust 2005-2, as Issuer, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Seller, and American Home Mortgage Servicing, Inc., as HELOC Servicer | AHM Securitization |
| 1.1 (j) dy | HELOC Servicing Agreement, dated as of October 7, 2005, among GMAC Mortgage Corporation, as HELOC Back-Up Servicer, American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Seller, and American Home Mortgage Acceptance, Inc., as HELOC Servicer | AHM Securitization |
| 1.1 (j) ea | HELOC Subservicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as HELOC Servicer, and American Home Mortgage Servicing, Inc., as HELOC Subservicer | AHM Securitization |
| 1.1 (j) eg | HELOC Servicing Agreement, dated as of June 30, 2006, among GMAC Mortgage Corporation, as HELOC Back-Up Servicer, American Home Mortgage Investment Trust 2006-2, as Issuing Entity, Deutsche Bank Trust Company Americas, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Sponsor, and American Home Mortgage Acceptance, Inc., as HELOC Servicer | AHM Securitization |
| 1.1 (j) en | HELOC Servicing Agreement, dated as of March 13, 2007, among GMAC Mortgage, LLC, as HELOC Back-Up Servicer, American Home Mortgage Investment Trust 2007-A, as Issuing Entity, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as Sponsor, and American Home Mortgage Servicing, Inc., as HELOC Servicer | AHM Securitization |

## Exhibit B- Withdrawn Non-Servicing Contracts to be Excluded from the Sale

| Name | Type of Contract/Description | Proposed Cure Amount |
|---|---|---|
| Experian Information Solutions, Inc. | Marketing and Monitoring Agreement | $0.00 |
| Federal Home Loan Mortgage Corporation | EarlyIndicator Software License and Maintenance Agreement | N/A |
| FNC, Inc. | Software License | $296,801.73 |
| Qwest Communications Corp. | Amendment 4 of Agreement for Telecommunications Services | $479,845.59 |
| SoftLanding Systems, Inc. | Software License for Managing Code Versions on AS400 | $0.00 |