# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------X
In re:                                   ) Chapter 11
                                         )
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   ) Case No.: 07-11047
a Delaware Corporation, et al.,          ) Jointly Administered
                                         )
                                         )
                        Debtors.         )
----------------------------------------X

### NOTICE OF LODGEMENT

Comes now H. William Marrero, as Principal, acting for himself and no others, to give notice to all whom may be concerned as to the matters contained herein; and of the filing of these documents with the Clerk of the Court as required by statute. The documents under cover of this notice are filed in support the Asset Purchase Agreement of H. William Marrero.

Respectfully Submitted,

*/s/ H. William Marrero*

H. William Marrero, UCC 1.308