# STIPULATION FOR BOND

Know all Men by these Presents, that in accord with Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and all International Treaties, including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto, the person who is named and identified below as the Principal in this matter, does hereby give notice to all parties hereto of the stipulation for bond entered and submitted by the said Principal in support of the Asset Purchase Agreement filed on behalf of the said Principal with the Court in the matter of American Home Mortgage and made a part thereof this 15th day of October, 2007.

*[signature]* ©

H. William Marrero©, as Principal,
UCC 1.308