# EXHIBIT A

## Real Property Leases

| | |
|---|---|
| Leases: | Office Building Lease, dated as of January 31, 2005, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor |
| | Commencement Date Agreement, dated as of March 7, 2005, by and between AFP Associates, Ltd., as landlord, and American Home Mortgage Servicing, Inc., as tenant |
| | First Amendment to Lease, dated as of September 18, 2006, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor |
| Leased Premises: | Freeport Office Center II, 4600 Regent Blvd, Irving, TX 75063<br>Freeport Office Center I, 4650 Regent Blvd, Irving, TX 75063 |
| Landlord: | AFP Associates, Ltd. c/o West World Management, Inc.<br>4 Manhattanville Road<br>Purchase, New York 10577 |