## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:                                    : Chapter 11
                                          :
AMERICAN HOME MORTGAGE                    : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
                                          : Jointly Administered
          Debtors.                        :
                                          : Hearing Date: October 23, 2007 at 2:00 p.m. (ET)
                                          :               (requested)
                                          : Objection Deadline: October 19, 2007 at 5:00 p.m. (ET)
                                          :               (requested)

------------------------------------------------------- x

## NOTICE OF MOTION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) COUNSEL TO AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) COUNSEL TO MIDFIRST, (VI) COUNSEL TO GNMA; (VII) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (VIII) ANY CREDITOR KNOWN TO THE DEBTORS TO BE ASSERTING A SECURITY INTEREST IN THE PROPERTY; (IX) ALL PARTIES KNOWN TO HAVE EXPRESSED AN INTEREST IN PURCHASING THE PROPERTY; (X) LOCAL, STATE AND FEDERAL TAXING AUTHORITIES; AND (XI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession have filed the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order (1) Authorizing the Debtors to File, Under Seal, An Unredacted Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (a) Approving the Mortgage Servicing Purchase Agreement; (b) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances and (c) Granting Related Relief (2) Directing Parties Filing Responsive Pleadings to File Unredacted Responses Under Seal (the "Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**PLEASE TAKE FURTHER NOTICE** that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **5:00 p.m. (ET) on October 19, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **OCTOBER 23, 2007 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated:  Wilmington, Delaware
       October 15, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession