# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case No. 07-11047-CSS |
| **HOLDINGS, INC., et al.,** | ) | Jointly Administered |
| | ) | |
| **Debtors** | ) | |
| | ) | |

## NOTICE OF SERVICE [RE: D.I. 1537]

PLEASE TAKE NOTICE that on October 15, 2007, copies of **Assured Guaranty Corp.'s (A) Joinder In Emergency Motion Of GMAC Mortgage LLC And Residential Funding Company LLC To Continue The October 15, 2007 Hearing, (B) Emergency Motion To Continue The October 15, 2007 Hearing And (C) Reply To The Objections Of The Debtors And The Official Committee Of Unsecured Creditors To The Motion To Continue The October 15, 2007 Hearing** (D.I. 1537, Filed 10/14/07) were served in the manner indicated upon the entities identified on the attached service list.

Dated: Wilmington, Delaware  
October 15, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Daniel B. Butz*  
Robert J. Dehney (No. 3578)  
Donna L. Culver (No. 2983)  
Daniel B. Butz (No. 4227)  
Chase Manhattan Centre, 18th Floor  
1201 North Market Street  
Wilmington, Delaware 19899  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
Email: rdehney@mnat.com  
Email: dculver@mnat.com  
Email: dbutz@mnat.com  

*Counsel to Assured Guaranty Corp.*

1266875.1