ORIGINAL

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
Email: rholley@nevadafirm.com

*Attorney for Corporate Center V, LLC*

FILED
2007 OCT 15 AM 10:54
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al, Debtor. | Case No. 07-11047 (CSS)<br>Chapter 11<br>Jointly Administered<br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL PLANS AND DISCLOSURE STATEMENTS [F.R.B.P. 9010(B), 2003 AND 3017(A)]**<br>Date of Hearing: N/A<br>Time of Hearing: N/A |
|---|---|

Richard F. Holley, Esq. and Ogonna M. Atamoh, Esq., of the law firm of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, attorneys for Corporate Center V, LLC ("Claimant"), hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to Claimant pursuant to Bankruptcy Rule 2002, should be directed to:



SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
(702) 791-0308
(702) 791-1912 – facsimile
email: rholley@nevadafirm.com

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Claimant, or (ii) constitute a waiver of any of the following rights of the Claimant:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation val non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.





SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

All of the above rights are expressly reserved and preserved unto Claimant without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 9th day of October, 2007.

**SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON**

Richard F. Holley, Esq. (NV Bar No. 3077)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Corporate Center V, LLC*

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2007, I mailed via regular mail, first class postage prepaid, a true and correct copy of the above and foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL PLANS AND DISCLOSURE STATEMENTS [F.R.B.P. 9010(B), 2003 AND 3017(A)] to the parties listed below at their last known mailing addresses as follows:

Joel A. White, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

U. S. Trustee
844 King St., Room 2207
Lockbox 35
Wilmington, Delaware 19899

An employee of Santoro, Driggs, Walch, Kearney, Holley & Thompson



[07153-01/202169