FILED
2007 OCT 15 AM 11:02
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | NO. 07-11047 CSS |
| | NOTICE OF APPEARANCE |
| Debtors. | |

COMES NOW W2007 Seattle Office Bellefield Office Park Realty, LLC, by and through its attorneys of record Williams, Kastner & Gibbs PLLC, and pursuant to Bankruptcy Rule 2002, requests that copies of all motions, notices and pleadings (except Proof of Claim) filed herein be served upon it and the undersigned attorneys at the following address:

> W2007 Seattle Office Bellefield Office Park Realty, LLC
> c/o Shawn B. Rediger
> Williams, Kastner & Gibbs PLLC
> 601 Union Street, Suite 4100
> Seattle, WA 98101

DATED this 12th day of October, 2007.

NOTICE OF APPEARANCE - 1

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

2111881.1

ORIGINAL

| | |
|---|---|
| 1 | /s/ Shawn B. Rediger |
| 2 | Shawn B. Rediger, WSBA #26425 |
|   | WILLIAMS, KASTNER & GIBBS PLLC |
| 3 | 601 Union Street, Suite 4100 |
|   | Seattle, WA 98101-2380 |
| 4 | Telephone: (206) 628-6600 |
|   | Fax: (206) 628-6611 |
| 5 | Attorney for W2007 Seattle Office Bellefield Office Park Realty, LLC |

NOTICE OF APPEARANCE - 2

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

2111881.1