

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

First Home Mortgage
950 N Elmhurst Rd  STE 102
Mount Prospect, IL 60056                              Chapter 11

DEBTOR                                    Case No. 07-11047

INO/DBA: American Home Mortgage Holdings, Inc

### REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IKON Office Solutions Inc. hereby requests that it be added to the official mailing matrix and service lists in this case. IKON Office Solutions, Inc. further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

IKON OFFICE SOLUTIONS
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By:

Katrina Rumph
IKON OFFICE SOLUTIONS

3920 Arkwright Road, Suite 400
Macon, GA  31210

Dated:  10/5/07

IKON Office Solutions Reference #:  GL Oracle 3074196