IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
AMERICAN HOME MORTGAGE                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware                    :
Corporation, et al.,                          :    (Jointly Administered)
                  Debtors.                    :
------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Eric M. Sutty, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Julie A. Manning, Esquire, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, Connecticut 06013 to represent the Connecticut Housing Finance Authority in the chapter 11 cases of Insight American Home Mortgage Holdings, Inc., et al. The Admittee is admitted, practicing, and in good standing as a member of the bar of the State of Connecticut.

_____
Eric M. Sutty (No. 4007)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

Attorneys for Connecticut Housing Finance
Authority

673124v1

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdictions shown in the paragraph above and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
Julie A. Manning, Esquire
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06013
Telephone: (860) 251-5000


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.


Dated: October ___, 2007

_____
United States Bankruptcy Judge

673124v1

2