# SIGN-IN-SHEET

**CASE NAME:** American Home

**CASE NOS.:** 07-11047 (CSS)    Chapter 11

**COURTROOM** Judge Sontchi
**LOCATION:** Courtroom 6

**DATE:** October 15, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen Dine (by phone) | Pillsbury Winthrop Shaw Pittman | Creditor-BoNY |
| Rick Antonoff (by phone) | | Creditor - UBS |
| Maggie Whiteman (by phone) | Young Conaway Stargatt & Taylor | Creditor - American Home |
| Fred Neufeld (by phone) | Milbank Tweed Hadley & McCloy | Creditor - ABN AMRO |
| Robert Moore (by phone) | | Creditor - ABN AMRO |
| Jessica Knowles (by phone) | Sidley Austin | Creditor - Wells Fargo |
| Nick Crowell (listen only) | | Interested party - Bear Stearns |
| Andrew Stern (listen only) | | Interested party - Bear Stearns |
| Paul Caruso (by phone) | | Creditor - Wells Fargo |
| Joseph Frank (by phone) | Frank/Gecker LLP | Interested party - Experian |
| Vadim Rubinstein (by phone) | Loeb & Loeb | Creditor - Merrill Lynch |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** American Home

**CASE NOS.:** 07-11047 (CSS)

**Chapter 11**

**COURTROOM** Judge Sontchi
**LOCATION:** Courtroom 6

**DATE:** October 15, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Gallo | Bingham McCutchen | DB Structured Products |
| David Huney | Sidley Austin | Bear Stearns |
| Fred Rosner | Duane Morris | " |
| Stephen Wilamowsky | Bingham McCutchen | DB Structured Products |
| Bell Burton | Ashby & Geddes | DB Structured Products, Greenwich Capital, FG Mortgage Capital, Morgan Stanley Mortgage Capital |
| Greg Taylor | " | " |
| Amanda Winfree | " | " |
| Teresa Chan | Sidley Austin LLP | Morgan Stanley Mortgage Capital Holdings |
| ARLENE ALVES | SEWARD + KISSEL LLP | CITIBANK, NA |
| JEFF DINE | " | " |
| Franklin Top | Chapman and Cutler LLP | Wells Fargo Bank as Master Servicer |
| Todd Schiltz | Wolf Block | " |
| Eric Lopez Schnabel | Dorsey | US Bank |
| Pat McLaughlin | " | " |

①

# SIGN-IN-SHEET

**CASE NAME:** American Home

**CASE NOS.:** 07-11047 (CSS)

**Chapter 11**

**COURTROOM Judge Sontchi**
**LOCATION: Courtroom 6**
**DATE: October 15, 2007 @ 12:00 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Foreman | Dorsey | US Bank |
| Kathie Constantine | " | " |
| Dennis J Drebsky | Nixon Peabody LLP | Deutsche Bank Nat'l/Trustee |
| Mark Phillips | Seal Ewing LLP | Security Connectivis, Inc. |
| Marc Phillips | Connolly Bove Lodge & Hutz | Wells Fargo Funding |
| Jane Kim | Olsen Gotshal Goldenbrunn LLP | Goldman Sachs Mortgage Co & GS Mortgage Securities Corp |
| Eric Sutty | The Bayard Firm | Connecticut Housing Fin Authority |
| Julie Manning | Shipman & Goodwin | " |
| Joe McMahon | USDOJ | UST |
| William Chapman Jr | Edwards Angell Palmer & Dodge | Countrywide |
| Christopher Simon | Cross & Simon, LLC | Fannie Mae |
| Adam Landis | Landis Rath & Cobb LLP | JPMorgan Chase |
| Leo T. Crowley | Pillsbury Winthrop Shaw Pittman | The Bank of New York as Trustee |
| Margot Erlich | Pillsbury Winthrop Shaw Pittman | The Bank of New York as Trustee |



# SIGN-IN-SHEET

**CASE NAME:** American Home

**CASE NOS.:** 07-11047 (CSS)

**Chapter 11**

**COURTROOM** Judge Sontchi
**LOCATION:** Courtroom 6
**DATE:** October 15, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rob Dehney | MNAT | FDIC + Assured |
| Russell Silberglied | RLF | BONY |
| Pauline Morgan/John Dorsey | Young Conaway | Debtors |
| Mike Busenkell | Eckert Seamans | Calyon New York Branch |
| Joe McMahon | USDOJ | UST |
| David Kuney | Sidley Austin | EMC |
| Kevin Mangan | Womble Carlyle | Duke Invest/Federal Gold Chase |
| Scott Talmadge | Kaye Scholer | Bank of America, N.A. |
| Mark Liscio | Kaye Scholer | Bank of America, N.A. |
| Ana Alfonso | Reed Smith LLP | Bank of America, N.A. |
| Claudia ? Springer | Reed Smith LLP | GMAC & RFC |
| Kimberly EClausen | " | GMAC, RFC, FC, Freddie Mac & Quest |
| Laurie Silver Schwartz | Potter Anderson, Corroon LLP | Bank of America, N.A. |
| Scott D. Talbor | Morris James LLP | C It Mortgage, Inc. |



# SIGN-IN-SHEET

**CASE NAME:** American Home  
**CASE NOS.:** 07-11047 (CSS)  
Chapter 11

**COURTROOM** Judge Sontchi  
**LOCATION:** Courtroom 6  
**DATE:** October 15, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bonnie Fatell | Blank Rome | Creditors Committee |
| Mark Indelicato | Hahn & Hessen | |
| Mark Power | | |
| John T. Carroll | Cozen O'Connor | C.I.T. Bank (as Indenture Trustee) |
| Victoria Counihan | Greenberg Traurig | AH Mortgage Acquisition Co. |
| David Heiman | Jones Day | " " " |
| Claudia Z. Springi | Reed Smith | GMACM & RFC |
| Blake Cleary | Young Conaway Stargatt & Taylor | Debtors |
| Tina Moss | Pryor Cashman | Law Debenture Trust Co. of NY |

