# SIGN-IN-SHEET

**CASE NAME:** American Home

**CASE NOS.:** 07-11047 (CSS)

**Chapter 11**

**COURTROOM** Judge Sontchi
**LOCATION:** Courtroom 6

**DATE:** October 15, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason Harbour (by phone)<br>Benjamin Ackerly (by phone) | Hunton & Williams | Plaintiff - Calyon NY Branch |
| Nicholas Cremona (by phone) | Kaye Scholer LLP | Creditor - Bank of America |
| Andrew Stern (listen only)<br>Nick Crowell (listen only) | Sidley Austin | Interested party - Bear Stearns |
| James Tece *[Hy Moher] IN PERSON* | Quinn, Emanuel, Urquhart, Oliver & | *Creditor* - American Home *DEBTOR-CORRECTION PLAINTIFF* |
| Robert Moore (by phone)<br>Fred Neufeld (by phone) | Milbank Tweed Hadley & McCloy | Creditor - ABN AMRO |
| Howard Comet (by phone)<br>Melanie Gray (by phone) | Weil Gotshal & Manges LLP | Creditor - Credit Suisse |
| Eric Edwards | Young Conaway Stargatt & Taylor | Debtor |
| John Dorsey | Young Conaway Stargatt & Taylor | Debtor |
| Mike Busenkell | Eckert Seamans | Calyon NY Branch |
| Steven Kortanek | Womble Carlyle | CSFB Mortgage Capital |