IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

I, Bradford J. Sandler, a member of the bar of this Court, pursuant to the District Court Local Rule 83.5, moves the admission *pro hac vice* of Michael L. Bernstein of the law firm of Arnold & Porter LLP, 555 12th Street NW, Washington, DC 20004, to represent Vantage Pointe Capital, LLC in this case. Michael L. Bernstein is admitted, practicing, and in good standing of the Bar of the District of Columbia, Bar of the United States District Court for the District of Columbia, Bar of the United States District Court for the District of Maryland, Bar of the United States Court of Appeals for the D.C. Circuit, Bar of the United States Court of Appeals for the Fourth Circuit, Bar of the United States Court of Appeals for the Fifth Circuit, and Bar of the United States Supreme Court.

Date: October 15, 2007.

BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP

/s/ Bradford J. Sandler
Bradford J. Sandler, Esquire (No. 4142)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611
(302) 442-7007
bsandler@bfca.com

Counsel to Vantage Pointe Capital, LLC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, the Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, and pursuant to Local Rule 83.6, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the course of, or in the preparation of, this action. The Admittee certifies he is generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 1/1/05. The Admittee certifies that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

_____
Michael L. Bernstein
Arnold & Porter LLP
555 12th Street NW
Washington, DC 20004
(202) 942-5577
Michael_Bernstein@aporter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission pro hac vice is granted.

Date:

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE