**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>*et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on October 15, 2007, a copy of the **Emergency Motion of U.S. Bank National Association, in its Capacity as Trustee, to (A) Continue for Three to Four Weeks the October 15, 2007 Hearing Regarding the Emergency Motion of The Debtors for Orders Approving the Sale Of Certain Assets Used in The Debtors' Loan Servicing Business to Ah Mortgage Acquisition Co. and Other Relief, and/or (B) for the Court to Defer Ruling on The Debtors' Motions for Three to Four Weeks** was served upon the parties on the attached service list in the manor indicated.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Micherie A. Green, Paralegal
　　　　　　　　　　　　　　　　　　　　　　Dorsey & Whitney (Delaware) LLP
　　　　　　　　　　　　　　　　　　　　　　1105 North Market Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19890
　　　　　　　　　　　　　　　　　　　　　　(302) 425-7165

Subscribed and sworn to before me
this 16th day October, 2007

_____
Notary Public

## Service List

### Via Hand Delivery

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware 19801
Attn.: Joseph McMahon

### Via Facsimile

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attn.: James L. Patton, Jr.
Fax: 302-576-3325

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware 19801
Attn.: Laurie Selber Silverstein
Fax: 302-658-1192

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Attn.: Victoria Counihan
Fax: 302-661-7360

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn.: Jeffrey M. Levine
Fax: 202-367-3001

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn.: Mark S. Indelicato
Fax: 212-478-7400

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Margot B. Schonholtz
         Scott D. Talmadge
Fax: 212-836-8689

Jones Day
222 East 41st Street
New York, New York 10017
Attn.: Corinne Ball
         Erica M. Ryland
Fax: 212-755-7306

### Via Overnight Mail

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn.: Alan Horn, General Counsel