## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| AMERICAN HOME MORTGAGE : HOLDINGS, INC., a Delaware corporation, : *et al.*, : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. : : | Objection Deadline: November 6, 2007 at 4:00 p.m. Hearing Date: November 14, 2007 at 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 16, 2007, Vicom Computer Services, Inc. ("Vicom"), by and through its undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the **Motion For Reclamation of Goods Pursuant to 11 U.S.C. § 546(c) or, In The Alternative, For Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Bankruptcy Court and served upon, so as to actually be received by the undersigned counsel for Vicom, on or before **November 6, 2007 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable Christopher S. Sontchi at the Bankruptcy Court on **November 14, 2007 at 10:00 a.m. (Eastern Time)**.

673317-1

**PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed in accordance with the above procedure, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

Dated: October 16, 2007
      Wilmington, Delaware

THE BAYARD FIRM

/s/ *signature*

Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: 302-655-5000
Facsimile: 302-658-6395

*Counsel for Vicom Computer Services, Inc.*