# EXHIBIT A

**AIR LAND EXPRESS**
COURIER & TRUCKING SERVICE
48 South Bayles Avenue
Port Washington, NY 11050

**For Service Call:**
**516.767.2255**
**212.956.1222**
**or Fax Us: 516.883.2729**
**www.airlandexpress.com**

388090

DATE: 07/18/07

| FROM | CONSIGNEE |
| --- | --- |
| 84495/94/93V | American Home |
| | PETER AMEDEO |
| | 270 S. SERVICE RD |
| BILL | BILL MELVILLE |

BILL TO

| TYPE OF SERVICE | REGULAR ☐ EXCLUSIVE ☐ | SPECIAL ☐ DIRECT RUN ☒ | EXPEDITE ☐ OTHER ☐ | ROUND TRIP ☐ TRUCK ☐ |
| --- | --- | --- | --- | --- |
| NUMBER OF PIECES | ENVELOPES | 2 CARTONS | PACKAGES | |
| CONSIGNEE: SIGN FULL NAME, PRINT LAST NAME | X SIGNATURE | PRINT NAME | | |

**Above Goods Received in Good Condition**

| INSURANCE AUTHORIZED BY: | |
| --- | --- |
| INSURANCE VALUE | $ @ 50¢ PER $100.00 $ |

| PICK-UP VENDOR | DELIVERY VENDOR |
| --- | --- |
| | |

THIS IS YOUR FREIGHT BILL – THIS MUST BE PAID WITH 7 DAYS ACCORDING TO THE NEW YORK STATE DEPARTMENT OF TRANSPORTATION REGULATIONS. (BONDED & INSURED)
US DOT #593685 NYS DOT #T-11091

Unless a different value is declared, this shipper hereby releases the property to a value not exceeding $100.00 per shipment for loss or damage of any kind, unless a different value is declared and paid for.

| CHARGES | |
| --- | --- |
| RE-DELIVER RE-PICKUP | |
| LOADING TIME | |
| WAITING TIME | |
| WEIGHT | |
| BULK | |
| PARKING IF APPLICABLE | |
| PICK-UP CHARGE | |
| C.O.D. | |
| SERVICE | |
| TOTAL | |

OFFICE COPY

84493V
84494V

84024V
84026V.

**AIR LAND EXPRESS**
COURIER & TRUCKING SERVICE
48 South Bayles Avenue
Port Washington, NY 11050

**For Service Call:**
**516.767.2255**
**212.956.1222**
**or Fax Us: 516.883.2729**
**www.airlandexpress.com**

386787

DATE: 7/9

| FROM | VICOM 84025/24/26 V | CONSIGNEE | American Home 270 S. SERVICE RD. MELVILLE SUITE 25 |
|---|---|---|---|
| BILL | | BILL | ATT PETER AMEDO. |
| BILL TO | | | |

| | |
|---|---|
| TYPE OF SERVICE | REGULAR ☐ SPECIAL ☐ EXPEDITE ☐ ROUND TRIP ☐ EXCLUSIVE ☐ DIRECT RUN ☐ OTHER ☐ TRUCK ☐ |
| NUMBER OF PIECES | ENVELOPES 6 CARTONS PACKAGES |
| CONSIGNEE: SIGN FULL NAME, PRINT LAST NAME | X [signature] SIGNATURE — Tigar Mehta PRINT NAME |

Above Goods Received in Good Condition

| | | | |
|---|---|---|---|
| INSURANCE AUTHORIZED BY: | | | |
| INSURANCE VALUE | $ | @ 50¢ PER $100.00 | $ |

| PICK-UP VENDOR | DELIVERY VENDOR |
|---|---|
| 20 | 20 |

THIS IS YOUR FREIGHT BILL – THIS MUST BE PAID WITH 7 DAYS ACCORDING TO THE NEW YORK STATE DEPARTMENT OF TRANSPORTATION REGULATIONS. (BONDED & INSURED)

US DOT #593685 NYS DOT #T-11091

Unless a different value is declared, this shipper hereby releases the property to a value not exceeding $100.00 per shipment for loss or damage of any kind, unless a different value is declared and paid for.

| CHARGES | |
|---|---|
| RE-DELIVER RE-PICKUP | |
| LOADING TIME | |
| WAITING TIME | |
| WEIGHT | 250 |
| BULK | |
| PARKING IF APPLICABLE | |
| PICK-UP CHARGE | |
| C.O.D. | |
| SERVICE | |
| TOTAL | |

OFFICE COPY



83812V

Track Shipments/FedEx Kinko's Orders

# Detailed Results

Printable Version Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 937194795876 | **Reference** | 95343KF PO#IS-26134 Pkg#PC06001749383 |
| **Signed for by** | P.BURNSIDE | | |
| **Ship date** | Jul 20, 2007 | **Destination** | FORT WAYNE, IN |
| **Delivery date** | Jul 24, 2007 3:53 PM | **Delivered to** | Receptionist/Front Desk |
| | | **Service type** | FedEx 3Day Freight |
| | | **Weight** | 155.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

**Tracking a FedEx SmartPost Shipment?**
Go to shipper login

Find locations even easier.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jul 24, 2007** | 3:53 PM | **Delivered** | FORT WAYNE, IN | |
| | 11:34 AM | On FedEx vehicle for delivery | FORT WAYNE, IN | |
| **Jul 23, 2007** | 9:03 AM | At local FedEx facility | FORT WAYNE, IN | Package not due for delivery |
| | 8:09 AM | At local FedEx facility | FORT WAYNE, IN | |
| **Jul 21, 2007** | 4:27 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 2:39 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| **Jul 20, 2007** | 7:55 PM | Left origin | CHICAGO, IL | |
| | 2:42 PM | Picked up | CHICAGO, IL | |
| | 2:06 PM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments/orders

Subscribe to tracking updates (optional)

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ☐ | ☐ | ☐ |
| | English | ☐ | ☐ | ☐ |
| | English | ☐ | ☐ | ☐ |
| | English | ☐ | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

FedEx.

US Home

S/O # 84375

Information Center | Customer S

Español

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

Printable Version  Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 017136252298527 | **Purchase order number** | 95124KF |
| **Signed for by** | JSTOCKMAN | | |
| **Ship date** | Jul 17, 2007 | **Invoice number** | 60ZQTL411 |
| **Delivery date** | Jul 18, 2007 9:44 AM | **Destination** | Melville, NY |
| | | **Service type** | Ground-Indirect Signature Required-Domestic |
| | | **Pieces** | 1 |
| | | **Weight** | 9.0 lbs. |

**Status** Delivered

**Signature image available** Yes

**Wrong Address?**
Reduce future mistal
FedEx Address Chec

**Tracking a FedEx Sr Shipment?**
Go to shipper login

Take 15% off list rates on eligible FedEx Express® online shipments.
Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jul 18, 2007** | 9:44 AM | **Delivered** | Melville, NY | |
| | 5:11 AM | On FedEx vehicle for delivery | HOLBROOK, NY | |
| | 3:08 AM | At local FedEx facility | HOLBROOK, NY | |
| | 1:01 AM | Departed FedEx location | KEASBEY, NJ | |
| **Jul 17, 2007** | 11:18 PM | Arrived at FedEx location | KEASBEY, NJ | |
| | 6:34 PM | Picked up | LEWISBERRY, PA | |
| | 6:02 PM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** ____ **Your E-mail Address:** ____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**

$10 # 84375

FedEx

US Home

Español

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

Track Shipments

## Detailed Results

Printable Version | Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 017136252298510 | **Purchase order number** | 95124KF |
| **Signed for by** | JSTOCKMAN | | |
| **Ship date** | Jul 18, 2007 | **Invoice number** | 60ZQTL411 |
| **Delivery date** | Jul 19, 2007 9:09 AM | **Destination** | Melville, NY |
| | | **Service type** | Ground-Indirect Signature Required-Domestic |
| | | **Pieces** | 1 |
| | | **Weight** | 15.0 lbs. |

**Wrong Address?**
Reduce future mistal
FedEx Address Chec

Tracking a FedEx Sr
Shipment?
Go to shipper login

**Status** Delivered

**Signature image available** Yes

Take 15% off list rates on eligible FedEx Express® online shipments.
Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jul 19, 2007** | 9:09 AM | **Delivered** | Melville, NY | |
| | 4:42 AM | On FedEx vehicle for delivery | HOLBROOK, NY | |
| | 3:16 AM | At local FedEx facility | HOLBROOK, NY | |
| | 1:16 AM | Departed FedEx location | KEASBEY, NJ | |
| **Jul 18, 2007** | 11:26 PM | Arrived at FedEx location | KEASBEY, NJ | |
| | 6:22 PM | Departed FedEx location | LEWISBERRY, PA | |
| | 2:00 PM | Arrived at FedEx location | LEWISBERRY, PA | |
| | 6:05 AM | Picked up | LEWISBERRY, PA | |
| | 1:32 AM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** ____ **Your E-mail Address:** ____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

FedEx.

US Home

Español

510 84375

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

Track Shipments

## Detailed Results

Printable Version Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 007584213050401 | **Destination** | Melville, NY |
| **Signed for by** | JSTOCKMAN | **Service type** | Ground-Domestic |
| **Ship date** | Jul 17, 2007 | **Pieces** | 1 |
| **Delivery date** | Jul 18, 2007 9:44 AM | **Weight** | 2.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Wrong Address?**
Reduce future mistal
FedEx Address Chec

**Tracking a FedEx Sr Shipment?**
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jul 18, 2007** | 9:44 AM | **Delivered** | Melville, NY | |
| | 5:31 AM | On FedEx vehicle for delivery | HOLBROOK, NY | |
| | 3:08 AM | At local FedEx facility | HOLBROOK, NY | |
| | 1:01 AM | Departed FedEx location | KEASBEY, NJ | |
| **Jul 17, 2007** | 7:33 PM | Arrived at FedEx location | KEASBEY, NJ | |
| | 7:06 PM | Picked up | KEASBEY, NJ | |
| | 3:46 PM | Package data transmitted to FedEx | | |

Take 15% off list rates on eligible FedEx Express® online shipments.
Learn more >>

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

s/o # 84397

FedEx

US Home

Español

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

Track Shipments

# Detailed Results

Printable Version Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 017136252328750 | **Purchase order number** | 95158KF |
| **Signed for by** | JSTOCKMAN | | |
| **Ship date** | Jul 17, 2007 | **Invoice number** | 60ZQV0L11 |
| **Delivery date** | Jul 19, 2007 9:09 AM | **Destination** | Melville, NY |
| | | **Service type** | Ground-Indirect Signature Required-Domestic |
| | | **Pieces** | 1 |
| | | **Weight** | 15.0 lbs. |

**Wrong Address?**
Reduce future mistal
FedEx Address Che

Tracking a FedEx Sr Shipment?
Go to shipper login

**Status** Delivered

**Signature image available** Yes

Take 15% off list rates on eligible FedEx Express® online shipments. Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jul 19, 2007** | 9:09 AM | **Delivered** | Melville, NY | |
| | 4:26 AM | On FedEx vehicle for delivery | HOLBROOK, NY | |
| **Jul 18, 2007** | 9:29 PM | At local FedEx facility | HOLBROOK, NY | |
| | 7:47 PM | Departed FedEx location | KEASBEY, NJ | |
| | 3:43 PM | Arrived at FedEx location | KEASBEY, NJ | |
| | 10:02 AM | Departed FedEx location | LEWISBERRY, PA | |
| | 12:29 AM | Arrived at FedEx location | LEWISBERRY, PA | |
| **Jul 17, 2007** | 10:02 PM | Package data transmitted to FedEx | | |
| | 6:34 PM | Picked up | LEWISBERRY, PA | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ◉ HTML ○ Text ○ Wireless

S/O # 84397

FedEx.

US Home

Español

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

Track Shipments

# Detailed Results

Printable Version   Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 017136252328774 | **Purchase order number** | 95158KF |
| **Signed for by** | JSTOCKMAN | | |
| **Ship date** | Jul 18, 2007 | **Invoice number** | 60ZQV0L11 |
| **Delivery date** | Jul 19, 2007 9:09 AM | **Destination** | Melville, NY |
| | | **Service type** | Ground-Indirect Signature Required-Domestic |
| | | **Pieces** | 1 |
| | | **Weight** | 13.0 lbs. |

**Wrong Address?**
Reduce future mista
FedEx Address Chec

Tracking a FedEx Sr
Shipment?
Go to shipper login

**Status** Delivered

**Signature image available** Yes

Take 15% off list rates on eligible FedEx Express® online shipments. Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 19, 2007 | 9:09 AM | Delivered | Melville, NY | |
| | 5:50 AM | On FedEx vehicle for delivery | HOLBROOK, NY | |
| | 3:16 AM | At local FedEx facility | HOLBROOK, NY | |
| | 1:16 AM | Departed FedEx location | KEASBEY, NJ | |
| Jul 18, 2007 | 11:31 PM | Arrived at FedEx location | KEASBEY, NJ | |
| | 6:22 PM | Departed FedEx location | LEWISBERRY, PA | |
| | 1:47 PM | Arrived at FedEx location | LEWISBERRY, PA | |
| | 6:05 AM | Picked up | LEWISBERRY, PA | |
| | 12:32 AM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** ____ **Your E-mail Address:** ____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

414904
AIR LAND EXPRESS
COURIER & TRUCKING SERVICE
48 South Bayles Avenue
Port Washington, NY 11050
Vacation Super Sweepstakes
See Reverse Side of Shipper Copy for Details
For Service Call:
516.767.2255
212.956.1222
or Fax Us: 516.883.2729
www.airlandexpress.com
DATE:
FROM
CONSIGNEE
BILL
BILL TO
CHARGES
TYPE OF SERVICE
NUMBER OF PIECES
CONSIGNEE: SIGN FULL NAME, PRINT LAST NAME
X
SIGNATURE
PRINT NAME
Above Goods Received in Good Condition
INSURANCE AUTHORIZED BY:
INSURANCE VALUE $
@ 50¢ PER $100.00
PICK-UP VENDOR
DELIVERY VENDOR
RE-DELIVER RE-PICKUP
LOADING TIME
WAITING TIME
WEIGHT
BULK
PARKING IF APPLICABLE
PICK-UP CHARGE
C.O.D.
SERVICE
TOTAL
OFFICE COPY

5/01 84600