# EXHIBIT B

## **SUMMARY OF CLAIM**

| Order # | Date Received | Amount | | |
|---|---|---|---|---|
| *Within 45 days:* | | | | |
| 84024 | 7/9/2007 | $ 8,766.69 | | |
| 84025 | 7/9/2007 | $ 8,766.69 | | |
| 84026 | 7/9/2007 | $ 8,766.91 | $ | 26,300.29 |
| *Within 20 days:* | | | | |
| 84493 | 7/18/2007 | $ 5,512.61 | | |
| 84494 | 7/18/2007 | $ 5,512.61 | | |
| 84495 | 7/18/2007 | $ 5,512.72 | | |
| 84375 | 7/19/2007 | $ 9,530.76 | | |
| 84397 | 7/19/2007 | $ 10,523.59 | | |
| 83812 | 7/24/2007 | $ 3,057.57 | * | |
| 84600 | 7/27/2007 | $ 11,018.92 | $ | 50,668.78 |
| | | Total = | $ | 76,969.07 |

**\* Replacement Equipment**

671789v1