# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : Case No. 07-11047 (CSS) |
| Debtors. | : Jointly Administered |
| | : **Re: Docket No.:** |

## ORDER GRANTING VICOM COMPUTER SERVICES, INC. RECLAMATION OF GOODS

Upon the Motion of Vicom Computer Services, Inc. ("Vicom") for Reclamation of Goods Pursuant to 11 U.S.C. § 546(c) or, In The Alternative, For Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b) (the "Motion");[1] and this Court having considered the Motion and finding that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that notice of the Motion was sufficient; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Vicom is entitled to a reclamation of the Goods pursuant to Section 546(c) of the Bankruptcy Code.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: November _____, 2007
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

670686-1