UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              ) Chapter 11
                                                    )
AMERICAN HOME MORTGAGE HOLDINGS,                    ) Case No. 07-11047(CSS)
INC., *et al.*,                                     )
                                                    ) Jointly Administered
                         Debtors.                   )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David G. Heiman, Esquire from JonesDay, to represent A.H. Mortgage Acquisition Co. in the above-referenced case.

Dated: October 15, 2007

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for WLR Recovery Fund III, L.P., as Lender and Administrative Agent

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ David G. Heiman*
David G. Heiman
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
216-586-3939

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: October ___, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge