IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 10 day of October 2007 she caused a copy of the following document(s):

Notice of Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and Proposed Cure Obligations, if any [Docket No. 1410]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 15th day of October 2007

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

# SERVICE LIST
## 10/10/2007

American Title, Inc.
Attn: Mike MacIntosh
1510 Wall Street
Bellevue, NE 68005
(Cure Notice - Construction Loan Sale)
*Federal Express*

Lendors Choice Network, Inc.
Attn: Allen Skogsberg
1303 East Grand Avenue, Suite 115
Arroyo Grande, CA 93420
(Cure Notice - Construction Loan Sale)
*Federal Express*

Trinity Inspection Services, Inc.
Attn: Brad Meyer
15303 Dallas Parkway, Suite 510
Addison, TX 75001
(Cure Notice - Construction Loan Sale)
*Federal Express*

Digital Draw Network, Inc.
Attn: Doug Stuart
10542 South Jordan Gateway, SUite 200
South Jordan, UT 84095
Cure Notice - Construction Loan Sale
*Federal Express*

MortgageHub
Attn: Dave Dempster
181 Washington Street, Suite 525
Conshohocken, PA 19428
(Cure Notice - Construction Loan Sale)
*Federal Express*