## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Bradford J. Sandler, a member of the bar of this Court, pursuant to the District Court Local Rule 83.5, moves the admission *pro hac vice* of Michael J. Canning of the law firm of Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022, to represent Vantage Pointe Capital, LLC in this case. Michael J. Canning is admitted, practicing, and in good standing of the Bar of the State of New York, Bar of the State of Connecticut, Bar of the United States District Court for the Eastern District of New York, Bar of the United States District Court for the Southern District of New York, Bar of the United States District Court for the District of Maryland, and Bar of the United States Court of Appeals for the Second Circuit.

Date: October 15, 2007.

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

/s/ Bradford J. Sandler
Bradford J. Sandler Esquire (No. 4142)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611
(302) 442-7007
bsandler@bfca.com

Counsel to Vantage Pointe Capital, LLC

10/16/07
1569

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, the Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, and pursuant to Local Rule 83.6, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the course of, or in the preparation of, this action. The Admittee certifies he is generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 1/1/05. The Admittee certifies that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*[signature]*
Michael J. Canning
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
(212) 715-1110
Michael_Canning@aporter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Date: 10/16/07

*[signature]*
The Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE

2