IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| American Home Mortgage | ) Case No. 07-11047(CSS) |
| Holdings, Inc., et al. | ) Jointly Administered |
| | ) |
| Debtors. | ) Related Docket Nos. 1449, |
| | ) 1537 and 1543 |

## ORDER

Upon consideration of the Emergency Motion of GMAC Mortgage LLC, Formerly Known as GMAC Mortgage Corporation and Residential Funding Company LLC, Formerly Known as Residential Funding Corporation to Continue the October 15, 2007 Hearing Regarding (I) The Emergency Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims and Encumbrances, and other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief and (II) the Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License (I) Possible Assumption and Assignment of Certain Leases, License agreements, and Executory Contracts; and (II) Proposed cure Obligations, If Any

[D.I. 1449] filed on October 10, 2007 (the "Emergency Motion of GMAC Mortgage"); Assured Guaranty Corp.'s (A) Joinder in Emergency Motion of GMAC Mortgage LLC and Residential Funding Company LLC to Continue the October 15, 2007 Hearing, (B) Emergency Motion to Continue the October 15, 2007 Hearing and (C) Reply to the Objections of the Debtors and The Official Committee of Unsecured Creditors to the Motion to Continue the October 15, 2007 Hearing [D.I. 1537] filed on October 14, 2007 ("the Joinder in Emergency Motion"), and Emergency Motion of U.S. Bank National Association, in its Capacity as Trustee, To (A) Continue for Three to Four Weeks the October 15, 2007 Hearing Regarding the Emergency Motion of the Debtors For Orders Approving the Sale of Certain Assets Used in the Debtors' Loan Servicing Business to AH mortgage Acquisition Co. And Other Relief, and/or (B) for the Court to Defer Ruling on the Debtors' Motions for Three to Four Weeks [D.I. 1543] filed on October 15, 2007 (the "Emergency Motion of U.S. Bank"), and the objections thereto; the Court having reviewed the Motions and the objections thereto; the Court having heard the arguments and the statements of counsel and parties in interest regarding the motions at the hearing before the Court on October 15, 2007 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (3) notice of the motions and the Hearing were adequate under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Emergency Motion of GMAC Mortgage, the Joinder in Emergency Motion and the Emergency Motion of U.S. Bank are DENIED.

                                           Christopher S. Sontchi, Judge
                                           United States Bankruptcy Court

Dated: October 16, 2007
cc:   James L. Patton, Jr., Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.