# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc. a Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered<br>Re: 1547 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JANE KIM

I, Christopher A. Ward, Esq., a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Jane Kim, Esquire (the "Admittee"), a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, One Liberty Place, New York, NY 10006 to act as counsel to Goldman Sachs Mortgage Company in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of New York; the United States District Courts for the Southern and Eastern Districts of New York; and the United States Court of Appeals for the Second Circuit.

Dated: October 15, 2007  
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY,  
BRANZBURG & ELLERS, LLP

By:   */s/ Christopher A. Ward*  
     Christopher A. Ward (Del. Bar No. 3877)  
     919 Market Street, Suite 1000  
     Wilmington, Delaware 19801  
     Telephone: (302) 426-1189  
     Fax: (302) 426-9193  
     cward@klehr.com

DEL1 67166-1

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above (although she has certain continuing education requirements outstanding in the state of New Jersey), submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Jane Kim, Esquire

Motion granted.
BY THE COURT:

Date: October 16, 2007

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

DEL1 67166-1