IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             :   Jointly Administered
                         Debtors.                            :
                                                             :   Ref. Docket No. 1035 and 1037
------------------------------------------------------------ x

**ORDER (I) APPROVING THE RETENTION AND EMPLOYMENT OF WEINREB &
ASSOCIATES, PLLC AS FORECLOSURE PROFESSIONALS FOR THE DEBTORS
*NUNC PRO TUNC* TO THE PETITION DATE;
(II) APPROVING ITS FEE STRUCTURE; AND
(III) GRANTING A PARTIAL WAIVER OF LOCAL RULE 2016-2(D)**

Upon consideration of the application (the "Application")[2] of the debtor and above-captioned debtors (collectively, the "Debtors") for entry of an order pursuant to sections 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 approving the retention and employment of Weinreb & Associates, PLLC as foreclosure professionals for the Debtors, effective *nunc pro tunc* to the Petition Date, and Partial Waiver of Local Rule 2016-2(d); and the Court having reviewed the Application and all of the pleadings related thereto, including the Weinreb Affidavit, and heard the statements of counsel at the hearing on the Application (the "Hearing"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of Application and the Hearing was sufficient under the circumstances and no other or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

DB02:6251793.3                                                                    066585.1001

further notice need be given; (d) Weinreb & Associates, PLLC does not hold or represent any interest adverse to the Debtors or their estates in the matters on which it is to be retained; and (e) Weinreb & Associates, PLLC retention and employment is necessary and is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to employ and retain Weinreb & Associates, PLLC as their foreclosure professionals pursuant to the terms set forth in the Application and the Weinreb Affidavit effective, *nunc pro tunc* to the Petition Date; and it is further

ORDERED that the Fee Structure is hereby approved pursuant to section 328 of the Bankruptcy Code; and it is further

ORDERED that Weinreb & Associates, PLLC shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct; and it is further

ORDERED that the information requirements of Local Rule 2016-2 is waived to the extent set forth in the Motion with respect to the Fixed-Rate Foreclosure Fee; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
October 17, 2007

Christopher S. Sontchi
United States Bankruptcy Judge