# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 16, 2007 @ 9:30 A.M.

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen Dine (by phone) | Pillsbury Winthrop Shaw Pittman | Creditor - Bank of NY |
| Fred Neufeld (by phone) Robert Moore (by phone) | Milbank Tweed Hadley & McCloy | Creditor - ABN AMRO |
| Andrew Stern (listen only) | Sidley Austin | Interested party - Bear Stearns |
| Vadim Rubenstein (by phone) | Loeb & Loeb LLP | Creditor - Merrill Lynch |
| Margot Schonholtz (by phone) | Kaye Scholer LLP | Creditor - Bank of America |
| Andrew Gallo | Bingham McCutchen LLP | Creditor - DBSP |
| Steve Wilamowsky | " | " |
| Patrick Reilly | Saul Ewing | Security Commodities |
| Joe McMahon | USDOJ | UST |
| Dennis Drebsky | Nixon Peabody | Deutsche Bank N TC |
| Frank Top | Chapman + Cutler | Wells Fargo |
| Chris Ward | Klehr Harrison | Goldman Sachs |
| Leo T. Crowley | Pillsbury Winthrop Shaw Pittman | The Bank of New York as trustee |
| Margot Erlich | " " | " " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  
**CASE NOS.:** 07-11047 (CSS)  
**COURTROOM LOCATION:** Courtroom 6  
**DATE:** October 16, 2007 @ 9:30 A.M.

## Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Todd Schiltz | Wolf Block | Wells Fargo, N.A. |
| Frank Top | Chapman & Cutler | " |
| Chris Sami's | Richards Layton & Finger, P.A. | Bank of New York |
| Arlene Alves | Seward + Kissel LLP | Citibank, N.A. |
| Jeff Dine | " | " |
| Laure Selber Silvester | Potter Anderson Corroon LLP | Bank of America, N.A |
| Scott Talmadge | Kaye Scholer | " |
| Mark Liscio | Kaye Scholer | " |
| Ana Alfonso | Kaye Scholer | " |
| Pauline Morgan | Young Conaway | Debtors |
| Robert Brady | " | " |
| James Patton | " | " |
| John Dorsey | " | " |
| Brandon Johnson (telephonic) | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**Chapter 11**

# SIGN-IN-SHEET

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 16, 2007 @ 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christina M. Thompson | Connolly Bove Lodge & Hutz | Wells Fargo Funding, Inc. |
| David Herman | Jones Day | AH Mortgage Acquisition Co |
| Victoria Counihan | Greenberg Traurig LLP | " |
| Mark Indelicato | Hahn & Hessen | Committee |
| Mark Power | Hahn & Hessen | " |
| Chantal Sonji | Reed Smith | " |
| Kim Lawson | Reed Smith | " |
| Patrick McElroy | Dorsey & Whitney | GMAC + Res Funding |
| Steven R Schoenfeld | Dorsey & Whitney | US Bank As Trustee |
| Brett Fallon | Morris James LLP | CitiMortgage, Inc. |
| Mike Susenko | Eckert Seamans | Calyon New York Branch |
| Jeff Waxman | Cozen O'Connor | Citibank |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 16, 2007 @ 9:30 A.M.

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Kuney | Sidley Austin | Bear Stearns + EMC |
| Alek Covina | " " | " " |
| Noah Clements | " " | " " |
| Fred Kasner | Duane Morris | " " |
| Blake Cleary | Young Conaway Stargatt MN&T | Debtors |
| Rob Dehny | | Assured |
| Steven Kortanek | Womble Carlyle | CSFB Mortgage / Duke |
| William Chipman | Edwards Angell Palmer & Dodge | Countrywide |
| Bonnie Fatell | Blank Rome | Committee |
| Eric Lopez Schnabel | Dorsey | US Bank |
| Adam G. Landis | Landis Rath & Cobb | JP Morgan Chase |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**