IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | Jointly Administered |
| corporation, et al., | : | |
| | : | Objection Deadline: November 7, 2007 at 4:00 p.m. |
| Debtors. | : | Hearing Date: November 14, 2007 at 10:00 a.m. |

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that the **Application of the Official Committee of Unsecured Creditors for Order Authorizing and Approving the Employment and Retention of Cozen O'Connor as Special Conflicts Counsel,** *Nunc Pro Tunc* **to August 28, 2007** (the "Application") was filed today with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed with the Bankruptcy Court, and served upon and received by the undersigned counsel on or before November 7, 2007 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Application will be held before The Honorable Christopher S. Sontchi on **November 14, 2007 at 10:00 a.m.** at the Bankruptcy Court.

- 2 -

IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 17, 2007

COZEN O'CONNOR

*/s/ Mark E. Felger*

Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Proposed Special Conflicts Counsel for Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.*