IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | Jointly Administered |
| corporation, et al., | : | |
| | : | |
| Debtors. | : | |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COZEN O'CONNOR AS SPECIAL CONFLICTS COUNSEL *NUNC PRO TUNC* TO AUGUST 28, 2007

This matter coming before the Court on the Application of the Official Committee of Unsecured Creditors for Order Authorizing and Approving the Employment and Retention of Cozen O'Connor ("Cozen") as Special Conflicts Counsel, *Nunc Pro Tunc* to August 28, 2007 (the "Application"); the Court having reviewed the Application; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) Notice of the Application having been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to any official committees appointed in these cases; and (iii) any party that has requested notices pursuant to Bankruptcy Rule 2002 in these cases was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Application is in the bests interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Committee is authorized to retain and employ Cozen as special conflicts counsel upon the terms and conditions set forth in the Application effective *nunc pro tunc* to August 28, 2007.

3. Cozen shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

4. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order

Dated: November ___, 2007

---

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE