IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | Jointly Administered |
| corporation, et al., | : | |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on the 17th day of October, 2007, I caused a copy of

the *Application of the Official Committee of Unsecured Creditors for Order Authorizing and*

*Approving the Employment and Retention of Cozen O'Connor as Special Conflicts Counsel,*

*Nunc Pro Tunc to August 28, 2007* to be served upon the following parties in the manner

indicated:

## VIA HAND DELIVERY

James L. Patton, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

David M. Fournier, Esquire
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 4100
1300 Market Street
Wilmington, DE  19899
(Counsel for Debtor)

Jane M. Leam, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899

Kimberly A. LaMaina, Esquire
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE  19899
(Counsel for Official Committee of Unsecured Creditors)

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

Victoria Counihan, Esquire
Donald J. Detweiler, Esquire
Sandra G. M. Selzer, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

Francis A. Monaco, Jr., Esquire
Steven K. Kortanek, Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

William P. Bowden, Esquire
Don Beskrone, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Joseph O'Neil, Esquire
J. Cory Falgowski, Esquire
Kimberly E. Lawson, Esquire
Reed Smith LLP

1201 Market Street, Suite 1500
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess, PA
9219 Market Street, Suite 1401
Wilmington, DE 19899

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street,
Suite 102
Wilmington, DE 19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Michael Busenkell, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP

1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Russell C. Silberglied, Esquire
Christopher Samis, Esquire
Richards Layton & Finger, PA
One Rodney Square
Wilmington, DE 19899

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards Layton & Finger, PA
One Rodney Square
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assistant United States Attorney
US Attorney's Office
1007 Orange Suite, Suite 700
Wilmington, DE 19899

Joseph H. Huston, Jr., Esquire
Stevens & Lee, PC
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Adam G. Landis, Esquire
Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19899

Charles J. Brown, III, Esquire
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801

Don A. Beskrone, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Robert D. Goldberg, Esquire
Biggs & Battaglia

921 North Orange Street
Wilmington, DE 19899

Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman LLP
800 King Street, Suite 303
Wilmington, DE 19801

Patrick J. Reilley, Esquire
Mark Minuti, Esquire
Jeremy Ryan, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19899

Robert S. Goldman, Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Derek C. Abbott, Esquire
Thomas F. Driscoll, III, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Michael J. Barrie, Esquire
Schnade Harrison Segal & Lewis LLP
824 North Market Street, Suite 101
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor

Wilmington, DE  19899

Selinda A. Melnik, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801

Karen C. Bifferato, Esquire
Marc J. Phillps, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

William E. Chipman, Jr., Esquire
Edwards Angell palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
1105 North Market Street, 16th Floor
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200

Eric M. David, Esquire
Jason M. Liberi, Esquire
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE  19899

Wilmington, DE  19801

****
**VIA FIRST CLASS MAIL**

Michael B. Solow, Esquire
Harold D. Israel, Esquire
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street,, Suite 4100
Chicago, IL  60602

Scott D. Talmadge, Esquire
Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Brett Barragate, Esquire
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114

Mark A. Broude, Esquire
John W. Weiss, Esquire
David Stewart, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

William P. Weintraub, Esquire
Pachulski Stang Ziehl & Jones
780 Third Avenue, 36th Floor
New York, NY  10017

Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles,CA  90067

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph H. Minias, Esquire
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

Nancy Connery, Esquire
Schoeman Updike & Kaufman, LLP
60 East 42nd Street
New York, NY  10165

Stephen D. Lerner, Esquire
Elliot M. Smith, Esquire
square Sanders & Dempsey LLP
312 Walnut Street, Suite 3500
Cincinnati, OH 45202

Stefanie Birbrower Greer, Esquire
King & Spalding LLP
1185 Avenueof the Americas
New York, NY 10036

Barry E. Bressler, Esquire
Schnade Harison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Kristin T. Mihelic, Esquire
Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen PC
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Charles A. Cuprill, PSC, Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901

Jonathan N. Helfat, Esquire
William M. Silverman, Esquire
Daniel F. Fiorillo, Esquire
Jenette Barrow-Bosshart, Esquire
Alissa M. Nann, Esquire
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, NY 10169

Ronald L. Rosenbaum, Esquire
Law Offices of Ronald L. Rosenbaum
14 Munoz Rivera Avenue, Suite 700
San Juan, PR 00918-3324

Clifton R. Jessup, Esquire
Bruce H. White, Esquire
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201

German Yusufov, Esquire
Terri A. Roberts, Esquire
Pima County Attorney
Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ  85701

Benjamin C. Ackerly Esquire
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Larry J. Nyhan, Esquire
David Hall, Esquire
Matthew A. Clemente, Esquire
Paul S. Caruso, Esquire
Jessica Knowles, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Rick B. Antonoff, Esquire
Leo T. Crowley, Esquire
Margot Erlich, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY  10022

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY  10022

Lori Fife, Esquire
Marcia L. Goldstein, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

David G. Aelvoet, Esquire
Linebarder Goggan Blair & SampsonLLP
711 Navarro, Suite 300
San Antonio, TX  78205

Alyssa D. Englund, Esquire
Arnold Gulkowitz, Esquire
Brian Goldberg, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY  10103

John Ashmead,Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Lisa G. Laukitis, Esquire
Joshua Sussberg,Esquire
Paul Basta, Esquire
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022

Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott, LLP
P.O. Box 13430
Arlington, TX  76094

Louis L. Benza, Esquire
Associate Counsel

Empire Blue Cross Blue Shield
15 Metro Tech Center South – 6th Floor
Brooklyn, NY 11201

Scott K. Levine,Esquire
Platzer Swergold Karlin Levine
Goldberg & Jalow
150 East 52nd Street, 18th Floor
New York, NY 10022

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 4300
Jericho, NY 11753

Joseph T. Moldovan, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Stephen B. Selbst, Esquire
McDermott Will & Emery
340 Madison Avenue
New York,NY 10173

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm
1119 Government Street
Mobile, AL 36652

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane

New York, NY  10038

Enid M. Colson, Esquire
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024

Michael Reed,Esquire
McCreary Veselka Bragg & Allen, PC
P.O. Box 26990
Austin, TX  78755

Erica Ryland, Esquire
Corinne Ball, Esquire
 I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LP
488 Madison Avenue
14th and 15th Floor
New York, NY  10022

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

Kathleen M. O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, GA  30308

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253

William G. Wright, Esquire
Farr Burke Gambacorata & Wright, PC
1000 Atrium Way, Suite 401
Mt. Laurel, NJ  08054

Matthew J. Botica, Esquire
David W. Wirt, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ  07311

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036

Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paull Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

Ling Chow
Andrew Pickering
1325 Avenue of the Americas
New York, NY  10019

Harold S. Berzow, Esquire
Ruskin Moscou Faltischek, PC
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY  11556

Missouri Department of Revenue, Bankruptcy Unit
Attn:  Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO  65105

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr.,

Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206

David W. Stack
Senior Vice President
ABN AMRO Bank N.W.
55 East 52nd Street, 2nd Floor
New York, NY 10055

Nancy Hotchkiss, Esquire
Trainor Fairbrok
P.O. Box 255824
Sacramento, CA 95865

Joseph F. Falcone III, Director, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street
35th Floor
New York, NY 10019

Joseph Ciofi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Doria Bachenheimer, Esquire
Alison Conn, Esquire
Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

David H. Zielke, Esquire
VP & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W-MC 3501
Seattle, WA 98101

Ms Catherine Steege

- 14 -

Jenner & Block
330 N. Wabash Avenue
Chicago, IL  60611

Ian Gershangorn, Esquire
Jenner & Bloxk LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002

Frederick D. Holden, Jr., Esquire
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Peter S. Partee, Esquire
Schott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY  10166

Thomas J. Polis, Esquire
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21202

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111

George Kielman, Esquire

Freddie Mac
8200 Jones Brance Drive – MS 202
McLean, VA  22102

James M. Liston, Esquire
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg, PC
155 Federal Street, 9th Floor
Boston, MA  02110

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX  75205

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin Stern & Eisler LLP
330 Madison Avenue, 334th Floor
New York, NY  10017

Brian W. Bisignani, Esquire
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Handley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.

Washington, DC  20004

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street, 19th Floor
New York, NY  10013

Samuel B. Garber
assistant General Counsel
General Growth Management, Inc.
110 N. Wacker
Chicago, IL  60606

Mary DeFalaise, Esquire
US Department of Justice
1100 L Stree, NW, Room 10002
Washington, Dc  20005

Neil E. Herman, Esquire
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

Alex Fuentes-Hernandes, Esquire
Fuentes Law Offices
P.O. Box 9022726
San Juan, PR  00902-2726

Rogelio Munoz,, Jr., Esquire
Munoz Boneta Benitex Peral & Brugueras
P.O. Box 191979
San Juan, PR  00919-1979

Ronald M. Tucker, Esquire
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN  46204

David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Dean C. Waldt, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor – Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Eric Cotton, Esquire
Developers Diversified Realty Corporation
3300 Enterprise Parkway
Beachwood, OH  44122

Michael J. Sage, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

George N. Panagakis, Esquire
Felicia Gerber Perlman, Esquire
Peter E. Krebs, Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606

S/Juan H. Soto Sola
USDC-PR 117201
420 Ave. Ponce de Leon Suite 705
San Juan, PR  00918-3407

Louis G. McBryan, Esquire
Howick Westfall McBryan & Kaplan LLP
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, GA  30339

Sergio A. Ramirez De Arellano
Suite 1133, Banco Popular Center
209 Munoz Rivera Avenue
San Juan, PR  00918-1009

Chester B. Salomon
Stevens & Lee, PC
485 Madison Avenue, 20th Floor
New York, NY  10022

Eldia M. Diaz-Olmo
304 Ponce de Leon Avenue, Suite 1100
Hato Rey, PR  00918

Vicente Matias Murrell
Pension Benefit Guaranty Corporation
Office of Chief Counsel

1200 K Street, N.W.
Washington, DC  20005-4026

Scott Everett, Esquire
Mark Elmore, Esquire
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX  75202

Charles A. Cuprill, PSC, Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR  00901

Gregory G. Hesse, Esquire
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202

Ronald L. Cohen, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, VA  22035

John B. Philip
Crislip Philip & Associates
4515 Poplar Avenue, Suite 322
Memphis, TN  38117

Peter D. Bilowz, Esquire
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA  02110

Madeleine C. Wanslee, Esquire
Gust Rosenfeld, PLC
201 E. Washington Street, Suite 800
Phoenix, AZ  85004

Thomas J. Leanse,Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600

Los Angeles, CA  90067

Gilbert B. Weisman, Esquire
Becket and Lee LLP
P.B. 3001
Malvern, PA  19355

John H. Capitano, Esquire
Kennedy Covington Lobdell & Hickman, LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC  28202

Donald D. Farlow, Esquire
Burns Wall Smith and Mueller, PC
303 E. 17th Avenue, Suite 800
Denver, CO  80203

Janice D. Newell, Esquire
Deputy Prosecuting Attorney
ADA County
200 West Front Street, First Floor
Boise, ID  83702

Jeffrey J. Newton, Esquire
Hollin N. Hawn, Esquire
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL  33301

Margaret C. Lumsden, Esquire
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC  27605

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO  80202

S. James Wallace, Esquire
Attorney for Duquesne Light Company
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA  15219

Katherine A. Constantine, Esquire
Charles F. Sawyer, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

Phyllis A. Hayes
Receivable Management Services
EMC Corporation
P.O. Box 5126
Timonium, MD  21094

Steven W. Kelly, Esquire
Silver & DeBoskey
1801 York Street
Denver, CO  80206

Karen J. Stapleton, Esquire
Assistant County Attorney
County of Loudoun, Virginia
One Harrison Street, S.E., 5th Floor
Leesburg, VA  20175

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY  10105

Geoffrey S. Aaronson, Esquire
Geoffrey S. Aaronson P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL  33131

Frederick Linfesty, Esquire
Iron Mountain Information Management, Inc.
745 Atlantic Avenue
Boston, MA  02111

American Express Bank FSB
c/o Gilbert B. Weisman, Esquire
Becket and Lee LLP
POB 3001
Malvern, PA  19355

Robert E. Greenberg, Esquire

Friedlander Misler Sloan Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, DC 20036-4704

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD  20737-1385

Philip Carnes, Architech
Philip Carnes & Associates, Inc.
4939 Lower Roswell Road, Suite 103
Marietta, GA  30068

William Novotny, Esquire
Mariscal Weeks McIntyre & Friedlander, PA
2901 North Central Avenue, Suite 200
Phoenix, AZ  85012

A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Shawn G. Rice, Esquire
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI  53081

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA  19102

Gary Ginsburg, Esquire
Gary Meltzer, Esquire
Meltzer Lippe Goldstein & Breitstone, LLP
190 Willis Avenue

The Chancery
Mineola, NY 11501

Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067

Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Sean D. Malloy, Esquire
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Kristin T. Mihelic, Esquire
Spector Gadon * Rosen, PC
Seven Penn Center
1635 Market Street
Philadelphia, PA 19103

Eric J. Gorman, Esquire
Felicia G. Perlman, Esquire
Jusin L. Heather, Esquire
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831

Michael S. Margoill
Moss Codillis, LLPO
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO 80111

Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, PC
903 North Opdyke Road, Suite C

Auburn Hills, MI  48326

Jonathan B. Alter, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103


      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 17, 2007                  COZEN O'CONNOR

                                      Mark E. Felger (No. 3919)
                                      Chase Manhattan Centre
                                      1201 North Market Street, Suite 1400
                                      Wilmington, DE 19801
                                      Telephone:  (302) 295-2000