# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS,<br>INC., a Delaware corporation., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1055 |

## ORDER

Upon consideration of the Motion of United Health Group ("United") For (I) Relief From Stay to Exercise Setoff Rights Pursuant to Section 553 of the Bankruptcy Code, and (II) Other Related Relief (the "Motion");[1] and sufficient notice of the Motion having been given to parties in interest as required under the circumstances; and it appearing that no other or further notice of the Motion need to be given; and the Court having determined that good cause exists for granting the relief requested in the Motion; and objections to the Motion, if any, having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefore, it is hereby so

**ORDERED** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED** that the automatic stay is hereby solely lifted so as to authorize the immediate exercise of setoff rights by United against the Debtors of the United Claim against the Security Deposit; and it is further

**ORDERED** that the Security Deposit shall first be applied to any administrative claim amounts of United under the Lease; and it is further

---

[1] All undefined capitalized terms herein shall have the same meaning as set forth in the Motion.

**ORDERED** that the Debtors and United are authorized to take all necessary steps to implement the terms of this Order; and it is further

**ORDERED** that the relief set forth in this Order is without prejudice to United's right to file a proof of claim in the Debtors' chapter 11 cases and recover upon its Deficiency Claim; and it is further

**ORDERED** that the Debtors' rights to object to or otherwise contest any and all claims filed by United against the Debtors in these chapter 11 cases on any and all bases are expressly preserved; and it is further

**ORDERED** that this Court shall retain jurisdiction regarding the implementation of this Order.

October 17, 2007

Christopher S. Sontchi
United States Bankruptcy Judge