# EXHIBIT A

## OFFICE LEASES

## Exhibit A

| Leased Property Info | | | | | Landlord Info | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 10603 North Hayden Road | Suite H-108 | Scottsdale | AZ | 85069 | Kilgret Property, Ltd | P.O. Box 35855 | | Phoenix | AZ | 85069 |
| 1529 Piedmont Rd | Suite B | Atlanta | GA | 30318 | Mews Development Company | 2135-K2 Defoor Hills Road | | Atlanta | GA | 30318 |
| 3340 Peachtree Road N.E. | Suite 1950 | Atlanta | GA | 60675-6706 | 30326 Tower Place, LP | 75 Remittance Drive | Suite 6706 | Chicago | IL | 60675-6706 |
| 825 Juniper St | | Atlanta | GA | 30308 | 30308 Midtown Planners, LLC | 825 Juniper St. | | Atlanta | GA | 30308 |
| 21 Highway 138 | | Atlanta | GA | 30274 | 30274 Century 21 Premier Realty, Inc. | 21 Highway 138 | | Atlanta | GA | 30274 |
| 2490 Echo Drive | | Atlanta | GA | 30345 | 30345 Elite Lending Partners, LLC | 2490 Echo Drive | | Atlanta | GA | 30345 |
| 224 Bankhead Ave | | Carrollton | GA | 30185 | 30117 LOBO Enterprises | 323 Hutchenson Ferry Road | | Whiteburg | GA | 30185 |
| 540 Lake Center Parkway | | Cumming | GA | 30028 | 30041 Westlake Leasing II LLC | PO Box 1517 | | Cumming | GA | 30028 |
| 3175 Satellite Boulevard | Building 600, Suite 100 | Duluth | GA | 30353-6018 | 30096 Satellite 600 Owner Corp. c/o Carter | 171 17th Street | Suite 1200 | Atlanta | GA | 30353-6018 |
| 106 Washington Street | Suite 110 | Gainesville | GA | 30503 | 36501 Lancaster Properties | P.O. Box 698 | | Gainesville | GA | 30503 |
| 7402 Hodgson Memorial Drive | | Savannah | GA | 31406 | 31406 SFC Investors, LLC | PO Box 16935 | | Savannah | GA | 31406 |
| 106 Pier Village Market St. | | St Simons Island | GA | | 106 Pier Village Market Condo Huf | 106 Pier Village Market | | St Simons Island | GA | |
| 1700 Frederica Rd. | Ste. 206 | St. Simons Island | GA | 23570 | 31522 Southern Trust Mortgage | 150 Bousch Street | Ste 400 | Norfolk | VA | 23570 |
| 3690 Peachtree Parkway | Unit No. 5 | Suwanee | GA | 44122 | 30024 Hendon/Atlantic Rim John's Creek | 330 Enterprise Parkway | | Beachwood | OH | 44122 |
| 100 Crescent Centre Parkway | Suite 950 | Tucker | GA | 30339 | 30084 Southeast Office Partners, L.L.C., 37 | 2303 Cumberland Pkwy | Suite 100 | Atlanta | GA | 30339 |
| 111 Miramont Lake Drive | Suite 111 | Woodstock | GA | 30189 | 30189 Anthony Perry, INC | 99B Grove Park Lane | | Woodstock | GA | 30189 |
| 102 1 Street SE | | Bondurant | IA | 50035 | ReMax Suburban | 102 1 St. SE | | Bondurant | IA | 50035 |
| 5148 North Discovery Way | Suite 135 and 136 | Boise | ID | 83713 | 83713 Capitol Business Centers | 6148 North Discovery Way | | Boise | ID | 83713 |
| 2403 Hamish Drive | Suite 105 | Algonquin | IL | 60108 | 60102 Prairie Professional Centre c/o WXR & Assoc. Ltd. | 125 E. Lake Street | Suite 303 | Bloomingdale | IL | 60108 |
| 707 Algonquin Road | | Arlington Heights | IL | 60010 | 60005 L.B. Anderson and Company, Inc | 220 Honey Lake Court | | North Barrington | IL | 60010 |
| 45 S. Lincoln Avenue | Suite 102 | Aurora | IL | 60505 | 60505 Suite A Suid | 45 S. Lincoln Avenue | Suite 101 | Aurora | IL | 60505 |
| 2100 Debra Court | | Bourbonnais | IL | 60914 | 60914 Draco Construction Inc & Design | 2100 Debra Court | | Courbonnais | IL | 60914 |
| 939 North Avenue | Suite 890 | Chicago | IL | 53392 | 60610 939 North Avenue Collection, LLC c/o Principal Real Estate Investors Attn: David Straka | 901 Grand Avenue | | Des Moines | IA | 53392 |
| 505 E. Illinois St | Suite 1 | Chicago | IL | 60632 | 60611 Jeffrey P. & Lori Diermand | 4237 West 42nd Place | | Homer Glen | IL | 60491 |
| 2754 North Clybourn Avenue | Retail Unit #95 | Chicago | IL | 60641 | 60618 Sudler Sothebys International Real Estate, Inc | 4210 West Irving Park Road | | Northbrook | IL | 60065-1561 |
| 2924 North Lincoln Avenue | | Chicago | IL | 60614 | 60657 2924 North Lincoln, LLC c/o Alan Sahagian | 2225 North Racine Avenue #5 | | Chicago | IL | 60614 |
| 2110 Central Ave | | Evanston | IL | 60201 | 62201 Prairie Shores Properties | 2110 Central Ave | | Evanston | IL | 60201 |
| 1352 Patriot Blvd | | Glenview | IL | 60025 | 60025 Willow Lake Real Estate in Glenview | 1352 Patriot Blvd | | Glenview | IL | 60025 |
| 5445 W. Grand Avenue | Suite 200 | Gurnee | IL | 60065-1551 | 30031 Forward Management, Inc. | P.O. Box 1561 | | Northbrook | IL | 60065-1551 |
| 14150 S Bell Rd | | Homer Glen | IL | 60491 | 60491 Kempa Group | 14150 S. Bell Rd | | Homer Glen | IL | 60491 |
| 810 South Waukegan Road | | Lake Forest | IL | 60065-1561 | 60045 Forward Management Inc | P. O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 765 Ela Rd | Suite 100 | Lake Zurich | IL | 60047 | 60047 JAS Development LLC | 745 Ela Rd. | | Lake Zurich | IL | 60047 |
| 246 Janata Boulevard | Suite 220 | Lombard | IL | 60181 | 60148 Highland Lakes/Dan Development, Ltd. | ONE TRANS AM PLAZA DR VE | SUITE 120 | OAKBROOK TERRACE | IL | 60181 |
| 25834 East Route 83 | | Long Grove | IL | 60065-1561 | 60030-4236 Forward Management, Inc. | P. O. Box 1561 | | Northbrook | IL | 60065-1561 |
| 5595 East Riverside | | Loves Park | IL | 61111 | 51111 ReMax Forest City | 5596 East Riverside | | Loves Park | IL | 61111 |
| 1335 Douglas Road | Unit: F | Montgomery | IL | 60523 | 60538 George C. Kappos | 319 Trinity Lane | | Oak Brook | IL | 60523 |
| 427-B E Euclid Ave | | Mt Prospect | IL | 60613 | 60056 Eric Janssen, Receiver #52 | 932 W. Grace | | Chicago | IL | 60613 |
| 1245 East Delhi Road | Suite 305 | Naperville | IL | 11802-6134 | 60563 Transwestern SL Gale Naperville | PO Box 6134 | | Hicksville | NY | 11802-6134 |
| 4808 N. Sheridan Road | | Peoria | IL | 61602 | 61614 MJM Limited Partnership | 411 Hamilton Boulevard | Suite 2000 | Peoria | IL | 61602 |

Exhibit A

| Leased Property Info | | | | | Landlord Info | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 16310 South Lincoln Highway | Unit C | Plainfield | IL | 60544 | Ronald Koren | 530 Conant Street | | Joliet | IL | 60435 |
| 416 N. 24th Rear | | Quincy | IL | 62301 | 24th Broadway Corp. | 103B Estate Dr. | | Quincy | IL | 62305 |
| 11706 North Main St | | Roscoe | IL | 61073 | Assured eRealty Services | 11706 North Main St | | Roscoe | IL | 61073 |
| 1375 E. Woodfield Road | Suite 250 | Schaumburg | IL | 60173 | AG's Woodfield Owner LLC | 1077 Paysphere Circle | | Chicago | IL | 60674 |
| 700 E. Main Street | Suite A, B, & C | St. Charles | IL | 60174 | T & J, L.L.C. c/o Murray Properties | 700 E. Main Street | Suite E | St. Charles | IL | 60174 |
| 1430 DeKalb Avenue | | Sycamore | IL | 60178 | DeKalb Area Association of Realtors | 1430 DeKalb | | Sycamore | IL | 60178 |
| 1095 North Green Bay Road | | Waukegan | IL | 60085 | Forward Management | P.O. Box 1561 | | Northbrook | IL | 60065-1561 |
| One Westbrook Corporate Center | | Westchester | IL | 60154 | Equity Office | 135 S. LaSalle, | Department 3763 | Chicago | IL | 60674-3763 |
| 9969 SR 56 | | Aurora | IN | 47001 | SEI- South Eastern Indiana Real Estate | 9969 SR 56 | | Aurora | IN | 47001 |
| 7341 E. US 36 | | Avon | IN | 46123 | ReMax Excel/CM Bottema III | 7341 E. U.S. 36 | | Avon | IN | 46123 |
| 6220 E US 36 Hwy | Suite A | Avon | IN | 46123 | Coldwell Banker Alliance | 6220 E. US 36 Hwy, Ste A | | Avon | IN | 46123 |
| 598 Carmel Drive | | Carmel | IN | 46032 | Coldwell Alliance | 598 Carmel Dr. | | Carmel | IN | 46032 |
| 30 East Main | | Carmel | IN | 46082 | Realty Executives | P.O. Box 3233 | | Carmel | IN | 46082 |
| 1815 E Bristol Street | Suite 130 | Elkhart | IN | 46514 | WBBC, Inc. | 1815 E Bristol Street | | Elkhart | IN | 46514 |
| 3101 N. Green River Road | Suite 300 | Evansville | IN | 47715 | SSS Development | 3201 N. Green River Road | | Evansville | IN | 47715 |
| 3000 Coliseum Blvd. E. | | Fort Wayne | IN | 46805 | 3000 Coliseum Investors, L.L.C. | PO Box 660071 | | Indianapolis | IN | 46266 |
| 7583 West Jefferson Blvd | | Fort Wayne | IN | 46804 | OmniSource Corporation | 1610 North Calhoun Street | | Fort Wayne | IN | 46808 |
| 3001 Meridian Meadows Road | | Greenwood | IN | 46143 | Meridian Meadows Five, LLC | 101 West Ohio Street Suite 400 | | Indianapolis | IN | 46204 |
| 503 US 31 South | | Greenwood | IN | 46143 | Coldwell Banker Performance | 500 US 31S | | Greenwood | IN | 46143 |
| 48 N. Emerson Ave | | Greenwood | IN | 46204 | Emerson Avenue | 3980 Eagle Trace Drive | | Indianapolis | IN | 46204 |
| 816 Fort Wayne Ave | Suite N | Indianapolis | IN | 46268 | Dawson & Michael Realty | 816 Fort Wayne Ave. | | Indianapolis | IN | 46268 |
| 8650 Commerce Park Place | Suite J | Indianapolis | IN | 46032 | Coldwell Alliance | 8650 Commerce Park Place, Suite N | | Carmel | IN | 46032 |
| 3855 E. 96th St. | | Indianapolis | IN | 46240 | Cmmmrs and Co. dba Retail Center at Precedent Park LP | 12220 N. Meridian Street | Suite 155 | Carmel | IN | 46240 |
| 10291 N. Meridian Street | Suite 300 | Indianapolis | IN | 46290 | GPI Office Properties II, L.P. | 3815 River Crossing Parkway | Suite 250 | Indianapolis | IN | 47025 |
| 704 W. Eads Parkway | Unit 100 | Lawrenceburg | IN | 47025 | Maxwell Properties I, Inc. | 440 Newlin Ave | | Greendale | IN | 46168 |
| 6100 Clarks Creek Road | Suite A | Plainfield | IN | 46168 | Dolce Vila, Inc. | 6100 Clarks Creek Road | Unit 100 | Plainfield | IN | 46168 |
| 2025 East Edison Road | Suite 150 & 180 | South Bend | IN | 46637-5507 | TGM Properties LLC | 115 South Main. Street | Suite 300 | Mishawaka | IN | 46544 |
| 12960 Metcalf | | Overland Park | KS | 66213 | Southcreek V Associates, LP / ODI Realty Services | 7200 West 132nd Street | | Overland Park | KS | 66213 |
| 13348 S. Metcalf Avenue | Unit E | Overland Park | KS | 66213 | Bonner 468, LLC | 13356 Metcalf Ave. | | Overland Park | KS | 66213 |
| 2231 SW Wanamaker Road | | Topeka | KS | 66614 | L G S Properties LLC | 2231 SW Wanamaker Road | Suite 300 | Topeka | KS | 66614 |
| 727 North Waco | Suites 145 & 170 | Wichita | KS | 67202 | Tomorrow 32 River Park, L.P. | 333 S. Broadway, Suite 105 | | Wichita | KS | 67202-4325 |
| 7200 West 13th | | Wichita | KS | 67212 | Ridge Management | 7200 W 13th St | Suite 5 | Wichita | KS | 67212 |
| 5031 North Dixie Highway | Suite #4 | Elizabethtown | KY | 42701 | Loy Brashear | 105 Anniston Way | | Elizabethtown | KY | 42701 |
| 8731 Bankers Street | | Florence | KY | 41342 | S_ G SALES, INC. | 620 E Altamonte | | Altamonte Springs | FL | 32701 |
| 286 Clinton Avenue | | Kingston | KY | 12401 | Freestyle Realty | 286 Clinton Avenue | Suite 104 | Kingston | NY | 12401 |
| 800 E. High Street | | Lexington | KY | 40502 | Ash and Venture, LLC | 840 East High Street | | Lexington | KY | 40502 |
| 847-A Lane Allen Road | Suite 851 | Lexington | KY | 40504 | Harpe and Mashni LLC | 937-A Lane Allen Road | | Lexington | KY | 40504 |
| 221 S. Hurstbourne Parkway | Suite 1C1 | Louisville | KY | 40222 | A & J Blacketer, Inc. | 225 South Hurstbourne Parkway | | Louisville | KY | 40222 |
| 1730 Gagel Avenue | | Louisville | KY | 42216 | CM Russell Properties | 1517 Gagel Avenue | Suite 103 | Louisville | KY | 42216 |
| 14454 University Avenue | | Hammond | LA | 70401 | Latter & Blum Classic Homes, Inc | 14454 University Avenue | | Hammond | LA | 70401 |
| 1818 Manhattan Boulevard | Suite 6 | Harvey | LA | 70058 | Mensa Enterprises LLC | PO Box 115 | | Harvey | LA | 70058 |
| 1131 N Causeway Blvd | | Mandeville | LA | 70471 | Real Estate Partners | Real Estate Partners | | Mandeville | LA | 70471 |
| 4141 Veterans Mem. Blvd | | Metairie | LA | 70002 | Rea Estate Partners | 4141 Veterans Memorial Blvd | | Melairie | LA | 70002 |

Exhibit A

| Leased Property Info | | | | | Landlord Info | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 100 Cummings Center | Suites 104-K and 105-K | Beverly | MA | | 1915 Cummings Properties, LLC | 200 West Cummings Park | | Woburn | MA | 1801 |
| 45 Braintree Hill Park | Suite 402 | Braintree | MA | | 2184 1993 Flatley Family Trust | PO Box 850166 | | Braintree | MA | 2185 |
| 39 Torrey Street | | Brockton | MA | | 2301 Exit Realty Plus, Get Offutt, LLC | 39 Torrey Street | | Brockton | MA | 2301 |
| 20 Burlington Mall Road | | Burlington | MA | | 1803 Boston Properties | PO Box 3557 | | Boston | MA | 2241 |
| P.O. Box 634 | Rte 28A | Falmouth | MA | | 2556 Falmouth Realty Associates LTD | PO Box 634 | Rte 23A | Falmouth | MA | 2556 |
| One Locust Street | | Falmouth | MA | | 2540 Freitas Realty Group | One Locust Street | | Falmouth | MA | 2540 |
| 710 Main Street | Suite 1N | Hyannis | MA | | 2601 Pope Realty Trust | 710 Main Street | | Hyannis | MA | 2601 |
| 2 Oak Street | Building 17, Suite 205 | Mashpee | MA | | 2649 Mashpee Commons Limited Partnership | P.O. Box 1530 | | Mashpee | MA | 2649 |
| 10 Straight Warf | | Nantucket | MA | | 2554 Country Village Rentals | 10 Strait Warf | | Nantucket | MA | 2554 |
| 197 First Avenue | | Needham | MA | | 2494 Nantucket, MA 02554 | 197 First Avenue, Suite 300 | | Needham | MA | 2494 |
| 255 Washington Street | Suite 355 | Newton | MA | | 2458 Two Newton Place LLC - Acquisitions | 2 Morrisey Blvd, Mailstop - MADE-12702G | Bank of America Lockbox - 414563 | Dorchester | MA | 2125 |
| 23 Sandwich Street | | Plymouth | MA | | 2360 Mayflower Realty | 23 Sandwich Street | | Plymouth | MA | 2360 |
| 300 Congress Street | | Quincy | MA | | 2169 MKM Realty Trust II | 300 Congress Street | | Quincy | MA | 2169 |
| 621 Main Street | | Shrewsbury | MA | | 1545 Skaff Enterprises/McParland Realty | 621 Main Street | | Shrewsbury | MA | 1545 |
| 708 Route 134 | Unit 4 - 1st Floor | South Dennis | MA | | 2660 Thomas Bober | 1046 Main Street, Unit #2 | | Osterville | MA | 2655 |
| 400 Boston Post Road | | Sudbury | MA | | 1776 Stephen Real Estate | 400 Boston Post Road | | Sudbury | MA | 1776 |
| 507 County Street | | Taunton | MA | | 2780 Century 21 Kelly Lewis | 507 County Street | | Taunton | MA | 2780 |
| 113 Dean Street | | Taunton | MA | | 2780 Pamela J. Sheehan Realty | 111 Dean Street | | Taunton | MA | 2780 |
| 1601 Trapelo Road | 1st Floor | Waltham | MA | | 2451 Boston Properties | PO Box 3557 | | Boston | MA | 2241 |
| 70 Alton's Lane | | Waquoit | MA | | 2536 Rebecca Putnam Real Estate | 23 Green Cove Lane | | East Falmouth | MA | 2536 |
| 1854 Main Street | | Weymouth | MA | | 2189 Noble Properties | 1854 Main Street | | Weymouth | MA | 2189 |
| 323 Bedford Street | | Whitman | MA | | 2382 Prudential Lunn-Ruffo | 323 Bedford Street | | Whitman | MA | 2382 |
| 400 West Cummings Park | Suite 3100 | Woburn | MA | | 1801 Cummings Properties, LLC | 200 West Cummings Park | | Woburn | MA | 1801 |
| 170 West St | | Annapolis | MA | | 21401 United Country Chesapeake Bay | 170 West St. | | Annapolis | MA | 21401 |
| 201 Harry S. Truman Parkway | Suite 130 | Annapolis | MD | | 21401 Sun Life Assurance Company of Canada c/o Colliers Pinkard | 100 Light Street | Site 1400 | Baltimore | MD | 21202-1161 |
| 7 Old Solomons Island Road | | Annapolis | MD | | 21401 Keller Williams Realty | 7 Old Solomons Island Rd | | Annapolis | MD | 21401 |
| 275 West Garrett | Suite 200 | Annapolis | MD | | 21401 275 West Garrett, LLC | 1298 Cronson Blvd, suite 202 | | Crofton | MD | 21114 |
| 6590 Rock Spring Drive | Suite 105 | Bethesda | MD | | 20817 One Rock Spring Plaza L.P. | PO Box 905442 | | Charlotte | NC | 26290-5442 |
| 5565 Sterrett Place | Suite 126 | Columbia | MD | | 21044 Oekos Management | PO Box 64461 | | Baltimore | MD | 21264 |
| 28752 St Michaels Road | | Easton | MD | | 21601 Waterside, LLC | 28730 St Michaels Road | | Easton | MD | 21601 |
| 5 Commercial Plaza | | Elkton | MD | | 21601 Butler Inc. dba Real Estate Consultants | 5 Commercial Plaza | | Elkton | MD | 21921 |
| 3300 N Ridge Road | Suite 160 | Ellicott City | MD | | 21043 Equity Office | PO Box 601051 | | Los Angeles | CA | 90060-1051 |
| 301 Inspiration Lane | | Gaithersburg | MD | | 20878 Keller Williams Realty | 301 Inspiration Lane | | Gaithersburg | MD | 20878 |
| 1405 Madison Park Drive | | Glen Burnie | MD | | 21061 Advance Realty Anne Arundel, Inc. | 1435 Madison Park Drive | | Glen Burnie | MD | 21061 |
| 500 Charles St | | La Plata | MD | | 20646 ReMax Colonial Homes | 10300 Indian Head Highway, Fort Washington | | La Plata | MD | 20646 |
| 1500 York Road | Suite 300 | Lutherville | MD | | 21093 York Green Limited Partnership | 2328 W. Joppa Road, Suite 200 | | Lutherville | MD | 21093 |
| 6347 Woodvine Road | | Mount Airy | MD | | 21771 K.C. Realty Inc | 6347 Woodville Road | | Mount Airy | MD | 21771 |
| 3410 North High Street | | Onley | MD | | 20832 AVG Management Inc | 3410 North High Street | | Onley | MD | 20832 |
| 10451 Mill Run Circle | Suite 335 | Owings Mills | MD | | 2117 Genera Growth Properties, Inc. | 10300 Mill Run Circle Ste 2102 | | Owings Mills | MD | 21117 |
| 27999 Oxford Road | | Oxford | MD | | 21654 Benson and Mangold | 27999 Oxford Road | | Oxford | MD | 21654 |
| 574 F. Ritchie Hwy | | Severna Park | MD | | 21146 ReMax Experts | 574 F. Ritchie Hwy | | Severna Park | MD | 21146 |

Exhibit A

| Leased Property Info | | | | | | Landlord Info | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 305 Baltimore Annapolis Blvd | Suite 500 | Severna Park | MD | 21146 | Victor Simon, RFC ChFC, AIF | 305 Baltimore Annapolis Blvd | | Severna Park | MD | 21146 |
| 8401 Colesville Road | | Silver Spring | MD | | 20910 Silver Spring Metro Plaza Co. | P.O. Box 406949 | | Atlanta | GA | 30384-6949 |
| 1209 Shopping Center Road | | Stevensville | MD | 21666 | ReMax Gold | 1209 Shopping Center Road | | Stevensville | MD | 21666 |
| 1122 Kenilworth Drive | 3rd Floor | Towson | MD | 21204 | Exchange Office Corporation | 1122 Kenilworth Drive | Suite 401 | Towson | MD | 21204 |
| 3200 Crain Highway | | Waldorf | MD | 20603 | Delta Realty | 3200 Crain Hwy, Suite 100 | | Waldorf | MD | 20603 |
| 139 State Street, Suite B | | Bangor | ME | 4401 | Lisa Chan, Jack Chan | 431 Essex Street | | Bangor | ME | 4401 |
| 169 Port Road | Suite 13 | Kennebunk | ME | 4043 | Village Marketplace | 169 Port Rd | Suite 44 | Kennebunk | ME | 4043 |
| 7445 Allen Road | Suite 104 | Allen Park | MI | 48101 | Park Realty Limited Partnership | 21321 Kelly Road | Suite 100 | Eastpointe | MI | 48021 |
| 555 S. Old Woodward | | Birmingham | MI | 48009 | Associates of 555 Limited Partnership | 555 South Old Woodward | | Birmingham | MI | 48009 |
| 33481 West 14 Mile Road | Suite 50 and 100 | Farmington Hills | MI | 48331 | Trident Realty Group | P.O. Box 772 | | Bloomfield Hills | MI | 48303 |
| 5797 Stadium Drive | Suite B | Kalamazoo | MI | 49009 | Grand Rapids, MI 49546 | 5797 Stadium Dr. | | Kalamazoo | MI | 49009 |
| 1517 South Park Street | | Kalamazoo | MI | 49001 | ReMax of Kalamazoo | 1517 South Park Street | | Kalamazoo | MI | 49001 |
| 612 S Creyts Road | Suite D | Lansing | MI | 48917 | Capital Crossing, A Division of Lehman Brothers FSB | 101 Summer Street | | Boston | MA | 2110 |
| 1203 S. Mission Street | Suite B | Mt. Pleasant | MI | 48858 | J&M Leasing | 1203 S. Mission Street | | Mt. Pleasant | MI | 48858 |
| 17908 Haggerty Road | | Northville | MI | 48167 | Northville Retail Center Phase 2, L.L.C. | 28470 Thirteen Mile Road | Suite 220 | Farmington Hills | MI | 48334 |
| 1200 S Shelton Road | | Plymouth | MI | 48170 | Remax Home Sale Services | 1200 S Shelton Road | | Plymouth | MI | 48170 |
| 7127 S Westnedge Avenue | | Portage | MI | 49002 | ReMax Advantage | 7127 S Westnedge Avenue | | Portage | MI | 49002 |
| 71 Walnut | | Rochester | MI | 48307 | Stoney Creek | 71 Walnut | | Rochester | MI | 48307 |
| 30701 Woodward Ave | Suite 350 | Royal Oak | MI | 48073 | Keller Williams Realty | 30701 Woodward Ave | Suite 205 | Royal Oak | MI | 48073 |
| 1339 Coolidge Highway | | Troy | MI | 48084 | Grand/Sakwa New Holand, L.L.C. | P.O. Box 252018 | Suite 350 | West Bloomfield | MI | 48325 |
| 7160 Orchard lake Road | Suite H-2 | West Bloomfield | MI | 48322 | Gateway Center LLC | 1941 Momentum Place | | Chicago | IL | 60689-5319 |
| 350 West Burnsville Parkway | Suite 465 | Burnsville | MN | 55437 | Lakeland Mortgage Corporation | 8300 Normandale Center Drive | Suite 240 | Bloomington | MN | 55437 |
| 701 Xenia Avenue South | Suite 450 | Golden Valley | MN | | IRET-GOLDEN JACK, LLC | SDS-12-2839, P.O. Box 86 | | Minneapolis | MN | 55486-2659 |
| 310 Main Street NE | | Mapleton | MN | 56065 | Conn Sargent dba Great Choices Mortgages | 553 3rd Avenue SE | | Mapleton | MN | 56065 |
| 11 South Road | Suite 3 | Readfield | MA | 4355 | Bob White Heating (Kevin Ritzi) | 11 South Road | Suite 3 | Readfield | MA | 4355 |
| 7142-7146 Columbia Gateway Drive | | Columbia | MD | 21046 | FSP Gateway Crossing Limited Partnership c/o Manekin LLC | 7261 Columbia Gateway Drive | | Columbia | MD | 21046 |
| 5490 McGinnis Village Place | Suites 129, 130, & 131 | Alpharetta | GA | 30005 | Kovcar Williams | 5490 McGinnis Village Place | | Alpharetta | GA | 30005 |
| 3608 E. 1st Street | Bldg 3, Unit 1301 | Blue Ridge | GA | 30513 | Natalia Lieberman | 3659 Brisbane Dr | | Marietta | GA | 30062 |
| 285 Elm Street | 3rd Floor | Cumming | GA | 21046 | Pro-Slice, LLC | 3292 Thompson Bridge Road | | Gainesville | GA | 30506 |
| 871 Shaver Road NE | | Cedar Rapids | IA | 52422 | Bob & Jane Musser | 925 North Compton Dr. | | Hiawatha | IA | 52233 |
| 921 S. Loomis Street | | Chicago | IL | 60607 | Carana Properties, Inc. | 923 S. Loomis | | Chicago | IL | 60607 |
| 6500 W Archer Avenue | | Chicago | IL | 60638 | Gura Real Estate | 6500 W Archer Avenue | #150 | Chicago | IL | 60638 |
| 200 South Wacker Drive | 31st Floor, Team Space Office 3239 | Chicago | IL | 60606 | Regus Business Centres Corp | 263 Tresser Blvd, 9th Floor | | Stamford | CT | 6901 |
| 121 North 9th Street | | DeKalb | IL | 60115 | American Commercial LLC | P.O. Box 801 | | DeKalb | IL | 60115 |
| 3807 Grand Avenue | | Gurnee | IL | 60031 | Regar Realty, Inc. | 3807 Grand Avenue | | Gurnee | IL | 60031 |
| 123 E. Ogden Avenue | Suite 212 | Hinsdale | IL | 60521 | Hinsdale Management Corporation | 21 Spinning Wheel Road | | Hinsdale | IL | 60521 |
| 915 West 175th Street | Suite 3W & 1NW | Homewood | IL | 60430 | Mortesaro Capital Management | 330 E Main Street | 3rd Floor | Barrington | IL | 60010 |
| 2424 Washington St. | Suite 110 | Waukegan | IL | 60085 | Carmelo Landa | 4016 Tartan Trail | | Zion | IL | 60099 |
| 1755 Marcelview Drive | Suite 325 | Yorkville | IL | 60560 | Marketview Yorkville Plaza | 333 West Wacker Drive | Suite 2750 | Chicago | IL | 60606 |
| 2629 Waterfront Parkway | Suite 105 | Indianapolis | IN | 45214 | New Boston Jacaranda LP | 5576 Paysphere Circle | | Chicago | IL | 60674 |
| 7727 West 75th Street | Suite 2W3 | Schererville | IN | 46375 | Mishawaka One Stop, Inc. | 8232 Calumet Avenue | | Munster | IN | 46321 |
| 24650 Nicholasville Rd | | Lexington | KY | 40503 | Smith Realty Group | 24650 Nicholasville Rd | | Lexington | KY | 40503 |

## Exhibit A

| Leased Property Info | | | | | | Landlord Info | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | Suite # | City | State | Zip | Landlord Name | Address | Suite # | City | State | Zip |
| 20 Park Plaza | Suite 470 | Boston | MA | 02116-4399 | Park Plaza Executive Center | 20 Park Plaza Executive Center | | Boston | MA | 02116-4399 |
| 1801 McCormick Drive | Suite 130 | Largo | MD | 20774 | Inglewood Associates LLC | PO Box 2008 | | Merrifield | VA | 22116 |
| 22099 Three Notch Road | Suites 117,118, & 119 | Lexington Park | MD | 20653-5531 | Cherry Cove Development | Maryland State Route 235 | | Lexington Park | MD | 20653-5531 |
| 160 Governor Ritchie Highway | Bay A-10 | Severna Park | MD | 21146 | Severna Park Plaza, L.L.C. | 9320 Annapolis Road | | Lanham | MD | 20706 |
| 300 York Street | | York | ME | 3909 | Wendy J. Tapley Revocable Trust | PO Box 448 | | Cape Neddick | ME | 3902 |
| 300 Smith Street | | Clio | MI | 48420 | Michigan FCU | 300 Smith Street | | Clio | MI | 48420 |
| 719 Griswold Street | Suite 131 | Detroit | MI | 48226 | AmeriCenter of Detroit LLC | 719 Griswold Street | Suite 820 | Detroit | MI | 48226 |
| 655 Kenmoor Ave. SE | Suite 302 | Grand Rapids | MI | 49546 | 655 Kenmoor, LLC | 4190 44th St. SE | | Grand Rapids | MI | 49512 |
| 3001 Hennepin Ave | | Minneapolis | MN | 55408 | Calhoun Square Office Mall | P.O. Box 301111 | | Los Angeles | CA | 90030-1111 |
| 307 Augustine Herman Highway | | Elkton | MD | 21922 | Southfield Park Center, LLC of 144 Kings Highway S.W., Dover, Delaware | 101 Rabino Court | Suite 405 | Newport | DE | 19804 |
| 207 Meetinghouse Road | | Bedford | NH | 03031 | William Dunlap S & D Properties | 39 Depot Street | | Merrimack | NH | 03054 |
| 5201 Truxtun Avenue | | Bakersfield | CA | 93309 | Levitt Bakersfield, LLC | 5601 Truxtun Avenue | Suite 190 | Bakersfield | CA | 93309-0627 |
| 1861 Cordova Road | | Fort Lauderdale | FL | 33111 | The Harbor Shops, LLC | 1815 Cordova Road | Suite 209 | Fort Lauderdale | FL | 33315 |