## EXHIBIT B

## EQUIPMENT LEASES

**LOCATIONS CONTAINING EQUIPMENT, SUBJECT TO EQUIPMENT LEASES THAT ARE BEING REJECTED**

950 North Elmhurst Road, Mount Prospect IL 60056

**LOCATIONS CONTAINING EQUIPMENT, SUBJECT TO EQUIPMENT LEASES THAT ARE BEING REJECTED; PROVIDED, HOWEVER, THAT ONLY EQUIPMENT LEASES WITH XEROX CORPORATION (OR ENTITIES RELATED TO XEROX CORPORATION) ARE BEING REJECTED AT SUCH PREMISES**

538 Broadhollow Road, Melville, New York 11747