IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
AMERICAN HOME MORTGAGE                            :    Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,   :
                                                  :    Jointly Administered
         Debtors.                                 :
------------------------------------------------------------x

## JOINDER OF THE BANK OF NEW YORK TO (1) EMC MORTGAGE CORPORATION'S MOTION *IN LIMINE* TO PRECLUDE JAMES ARONOFF FROM TESTIFYING AS AN EXPERT WITNESS AND TO (2) MOTION *IN LIMINE* OF DB STRUCTURED PRODUCTS, INC. TO PRECLUDE EXPERT TESTIMONY OF JAMES ARONOFF

The Bank of New York as trustee and master servicer hereby joins in (1) the Motion *in Limine* to Preclude James Aronoff From Testifying as an Expert Witness (filed by EMC Mortgage Corporation) and (2) the Motion *in Limine* of DB Structured Products, Inc. to Preclude Expert Testimony of James Aronoff and adopts the arguments set forth therein. See also Kemp v. Tyson Seafood Group, Inc., 2000 WL 1062105 (D. Minn. July 19, 2000) (excluding expert testimony for lack of reliability under Federal Rule of Evidence 702 and Daubert because the testimony was based solely upon the expert's "experience and knowledge"); Koppell v. New York State Bd. of Elections, 97 F.Supp.2d. 477 (S.D.N.Y. 2000) (excluding expert testimony for failing to meet the threshold for reliability required under Daubert where the testimony did not rely on any discernible methodology and was instead based upon the expert's "political experience and historical education").

Dated: October 17, 2007
      Wilmington, Delaware

/s/ Russell C. Silberglied
Russell C. Silberglied (No. 3462)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700

-and-

Leo T. Crowley (LC 1311)
Margot P. Erlich (ME 2117)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Tel: (212) 858-1000

Attorneys for The Bank of New York
in various capacities

RLF1-3213862-1