UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | * | **Chapter 11** |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC.** A Delaware Corporation, et al., | * * | **CASE NO. 07-11047 (CSS)** |
| Debtors. | * |  |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF THOMAS P. KELLY

Kara A. Hager, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Thomas P. Kelly, of The Law Office of Peter G. Angelos, P.C., 100 N. Charles Street, 22nd Floor, Baltimore, Maryland 21201, to represent Creditors: David Parker, Daisy Lee Jackson, Derek Levine, Liz Morris, James Dixon, and Annette Ferrell in this action.

Dated: 10/12/07

Kara A. Hager
Law Offices of Peter G. Angelos, P.C.
1300 North Market Street – Suite 212
Wilmington, DE 19801
Voice 302-658-3301

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and Washington D.C., the United States District Court of Maryland and the United States Court of Appeals Fourth Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the

preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 30, 2007
Baltimore, Maryland

Respectfully submitted,

_____
Thomas P. Kelly
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21234
Voice 410-649-2000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: 10/17/07

BY THE COURT

_____
United States Bankruptcy Judge