# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  
**CASE NOS.:07-11047 (CSS)**

**COURTROOM LOCATION: Courtroom 6**  
**DATE: October 17, 2007 @ 10:00 A.M.**

## Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| **Fred Neufeld (by phone)** **Robert Moore (by phone)** | Milbank Tweed Hadley & McCloy | Creditor - ABN AMRO |
| **Andrew Petrie (by phone)** | Featherstone Petrie DeSisto LLP | Creditor - CitiMortgage |
| **David Friedman (listen only)** | American Home Mortgage | Debtor |
| **Margot (by phone)** | Kaye Scholer | Creditor - Bank of America |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| David Raney | Sidley Austin | Bear Stearns / EMC |
| Alex Rovira | " | " |
| Lori Kujewski | " | " |
| Fred Rosner | Duane Morris | " |
| Blake Cleary | Young Conaway Stargatt & Taylor | Debtor |
| Eric Lopez Schnabel | Dorsey | US Bank |
| Pauline Morgan / Ken Enos | Young Conaway | Debtor |
| Bradford J. Sandler | Benesch Friedlander | Varmac Point Capital |
| K. Enos | Young Conaway | Debtor |

SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:07-11047 (CSS)**

**COURTROOM LOCATION: Courtroom 6**
**DATE: October 17, 2007 @ 10:00 A.M.**

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Esber Silverstein | Potter Anderson Corroon LLP | Bank of America, N.A. |
| Scott D. Talmadge | Kaye Scholer | '' |
| Mark Liscio | | |
| Ana Alfonso | '' | '' |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition Co |
| Ben Rosenblum | Jones Day | '' |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Andrew Gallo | Bingham McCutchen | DB Structured Product, Inc. |
| John Dorsey | Young Conaway | Debtors |
| Robert Brady | '' | '' |
| James Patton | '' | '' |
| Mark Minuti | Saul Ewing LLP | SCI |
| Todd Schultz | Wolf Block | Weis Farro, N.A. |
| Bonnie Fatell | Blank Rome | Creditors Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

S I G N - I N - S H E E T

CASE NAME:    American Home Mortgage
CASE NOS.:07-11047 (CSS)

COURTROOM  LOCATION: Courtroom 6
DATE: October 17, 2007 @ 10:00 A.M.

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Mark Power | Hahn Hesson | Creditors Committee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Court Conference

Calendar Date: **10/17/2007**
Calendar Time: **10:00 AM**

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 (07-51701) | Hearing | 1864174 | Fred Neufeld | 213-892-4344 | Milbank Tweed Hadley & McCloy | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1933108 | Andrew J. Petrie | 303-626-7139 | Featherstone Petrie DeSisto LLP | Creditor, CitiMortgage, Inc. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1906626 | Robert J. Moore | 213-892-4501 | Milbank Tweed Hadley & McCloy | Creditor, ABN AMRO Bank N.V. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1936912 | Brandon Johnson | 212-858-1449 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, UBS Securities LLC, et al / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1936910 | Rick Antonoff | 212-858-1110 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, UBS Securities LLC, et al / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1936917 | Vadim Rubinstein | 212-407-4092 | Loeb & Loeb, LLP | Creditor, Merrill Lynch / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1906903 | Maggie Whiteman | 302-571-6710 | Young, Conaway Stargatt & Taylor | Creditor, American Home Mortgage Holdings / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1936916 | Nancy Bavardino | 203-719-8178 | UBS Securities LLC | Creditor, UBS Securities LLC / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1935080 | David Friedman | 214-260-6806 | American Home Mortgage | Debtor, American Home Mortgage / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1936619 | Andrew Stern | 212-839-5300 | Sidley Austin | Interested Party, Bear Stearns / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1929796 | Margot Schonholtz | 212-836-8000 | Kaye Scholer LLP | Creditor, Bank of America / LIVE |