IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
                                                                 :
       Debtors.                                                  :   Ref. Docket Nos. 11, 113, 718, 720, 800, 824, 825, 826, 829, 832,
                                                                 :   836, 838, 851, 857, 1036, 1050, 1053, 1065, 1066, 1067, 1071, 1117,
---------------------------------------------------------------- x   1121, 1449, 1492

**THIRD NOTICE OF CONTRACTS *EXCLUDED* FROM (I) POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES, LICENSE AGREEMENTS, AND EXECUTORY CONTRACTS; AND (II) PROPOSED CURE OBLIGATIONS, IF ANY**

PLEASE TAKE NOTICE that on August 6, 2007, American Home Mortgage Holdings, Inc., *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Emergency Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief regarding the Sale of Servicing Business and the Debtors' Other Assets* (the "Servicing Sale Motion") [D.I. 11], seeking approval of the sale (the "Sale") of the Debtors' mortgage servicing business and assets related thereto (the "Servicing Business") pursuant to sections 105(a), 363, 365, 503 and 507 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). On August 9, 2007, the Court entered an Order Approving Sale Procedures; (II) Scheduling A Hearing To

Consider Sale Of Certain Assets Used In The Debtors Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief (the "Servicing Sale Procedures Order") [D.I. 113].

PLEASE TAKE FURTHER NOTICE that on September 10, 2007, the Debtors filed the *Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 674] (the "Modified Notice"). As set forth in the Modified Notice, the Debtors identified certain of their unexpired leases, license agreements, and executory contracts (collectively, the "Potential Executory Contracts") that the Debtors may seek to assume and assign to the ultimate purchaser of the Servicing Business, pursuant to section 365(b)(1)(A) of the Bankruptcy Code, and corresponding proposed cure obligations, if any. A copy of the Modified Notice was previously served on you.

PLEASE TAKE FURTHER NOTICE THAT certain of the Debtors and AH Mortgage Acquisition Co., Inc. (the "Purchaser") entered into that certain Asset Purchase Agreement (together with all exhibits and schedules thereto, the "APA").[1] The Purchase Price to be paid by the Purchaser for the Servicing Business, subject to adjustment in Article IV of the APA, is equal to the sum of (a) $6.0 million, (b) an amount equal to the Initial Closing Servicing Balance Price, which is determined as set forth on Schedule 4.1(a) of the APA, and (c) an amount equal to 92% of the Advance Amount, which is calculated based upon the actual volume of mortgage loans being serviced by the Sellers as of the close of business on the day preceding the Initial Closing Date under Servicing Agreements that are Assumed Contracts.

---

[1] Unless otherwise defined in this Notice, all capitalized terms used herein shall have the meanings set forth in the APA.

***PLEASE TAKE FURTHER NOTICE THAT**, consistent with the Modified Notice, the Debtors are removing certain Potential Executory Contracts from the proposed Sale and withdrawing the request to assume and assign any such Potential Executory Contract (the "<u>Withdrawn Contracts</u>"), attached hereto as <u>Exhibit A</u>. You are receiving a copy of this notice because your contract has been identified as a Withdrawn Contract and the Debtors are no longer seeking to assume and assign your contract at this time.[2]*

PLEASE TAKE FURTHER NOTICE THAT the Withdrawn Contracts attached hereto as represent agreements about which the Debtors received objections from JP Morgan Chase Bank, N.A.

---

[2] Nothing contained herein should be construed as an admission that the Withdrawn Contracts constitute executory contracts.

PLEASE TAKE FURTHER NOTICE THAT the Debtors, with the consent of the Purchaser, the Administrative Agent, and the Official Committee of Unsecured Creditors appointed in these cases, and in an exercise of their business judgment, hereby amend the relief requested by the Motion to exclude the Withdrawn Contracts from the assets to be sold or otherwise transferred to the Purchaser pursuant to the Motion and the APA, subject to the right of the Debtors to seek authority to transfer the Withdrawn Contracts by separate motion in the future.

Dated: Wilmington, Delaware
October 18, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

## Exhibit A

| Listing on Exhibit to APA | Description of Agreement | Type of Agreement |
|---|---|---|
| 1.1 (j) ch | Mortgage Loan Sale Agreement, dated as of April 1, 2006, by and among American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and JP Morgan Mortgage Acquisition Corp. (Purchaser) | Loan Sale/Servicing Agreement |
| 1.1 (j) ci | Flow Mortgage Loan Interim Servicing Agreement, dated as of April 1, 2006, by and between J.P. Morgan Mortgage Acquisition Corp. and American Home Mortgage Servicing, Inc. | Loan Sale/Servicing Agreement |
| 2.1(b)(i) | JPMorgan Treasury Services Master Implementation Form, dated as of October 25, 2005, by and between JPMorgan Chase Bank, N.A. and American Home Mortgage Servicing, Inc | Vendor Contract |