**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Mortgage Electronic Registration Systems, Inc. ("MERS"), a creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Morgan, Lewis & Bockius LLP, and such counsel enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address:

Rebecca L. Booth, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: (215) 963-5000
Telecopy: (877) 432-9652
Email address: rbooth@morganlewis.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) MERS' rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which MERS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments MERS expressly reserves.

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Rebecca L. Booth
Rebecca L. Booth, Esquire
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
Facsimile: (215) 963-5001

Dated: October 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007 the Notice Of Appearance And Request For Notices and Papers was served via first class U.S. Mail upon the parties on the attached Service List.

Dated: October 19, 2007

*Rebecca L. Booth*
Rebecca L. Booth, Esquire

# SERVICE LIST

Pauline K. Morgan, Esq.
Joel A. Waite, Esq.
Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801

Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Francis A. Monaco, Jr., Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmingtonk, DE  19801

Kimberly E. Lawson, Esq.
Joseph O'Neil, Jr., Esq.
J. Cory Falgowski, Esq.
Gaston P. Loomis, II, Esq.
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE  19801

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Curtis A. Hehn
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-9705

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
John H. Strock, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Russell C. Silberglied, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finder, P.A. One Rodney Square
Wilmington, DE  19801

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

1-PH/2773835.1

Mark D. Collins, Esq.
John H. Kinght, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Donna L. Culver, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
Wilmington, DE 19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Peter James Duhig, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801

Marcia L. Goldstein, Esq.
Lori Fife, Esq.
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 101053

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Matthew A. Clemente, Esq.
Larry J. Nyhan, Esq.
David A. Hall, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Todd C. Schiltz, Esq.
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

William P. Bowden, Esq.
Don A. Beskrone, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, Nj 07068-1791

Dennis J. Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Eric K. Moser, Esq.
Wilbur F. Foster, Jr., Esq.
James C. Tecce, Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
499 Lexington Avenue
New York, NY 10022

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Peter S. Partee, Esq.
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

William P. Weintraub, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

Johathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY  10013

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC  20004

Leo T. Crowley, Esq.
Margot P. Erlich, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York  10036

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL  60603

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Benjamin C. Ackerly, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Scott K. Levine, Esq.
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, New York  10018

John R. Ashmead, Esq.
Laurie R. Binder, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, New York  10004

German Yusufov, Esq.
Terri A. Roberts, Esq.
Pima County Attorney Civil Division
32 N. Stone, Suite 2100
Tucson, AZ  85701

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY  10022

Frank Top, Esq.
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL  60603

Ian H. Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC  20005

John B. Philip, Esq.
Crislip, Philip & Associates
4515 Poplar Avenue, Suite 322
Memphis, TN  38117

James M. Liston, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

Thomas J. Polis, Esq.
Polis & Associates
A Professional Law Corporation
19900 MacArthur Boulevard, Suite 960
Irvine, CA  92612

Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

Mary E. Olsen, Esq.
M.. Vance McCreary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm, P.C.
1119 Government Street
P.O. Brawer 3103
Mobile, AL  36552

Catherine Steege, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611

Peter McGonigle, Esq.
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

Karen C. Bifferato, Esq.
Christina M. Thompson, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Richard Stern, Esq.
Michael Luskin, Esq.
Luskin, Stern & Eislet LLP
330 Madison Avenue
New York, NY  10017

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX  78205

Guy B. Moss, Esq.
Riemer & Braustein LLP
Three Center Plaza
Boston, MA  02108

Claudia Z. Springer, Esq.
Barbara K. Hager, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Gerard R. Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Ricardo Palacio, Esq.
Gregory Taylor, Esq.
Amanda Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE  19801

Mary E. Augustine, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE  19899-5130

Leonora K. Baughman, Esq.
Kilpatrick & Associates, P.C.
903 North Opdyke Road, Suite C
Auburn Hills, MI  48326

Joseph J. Bodnar, Esq.
Law Offices of Joseph J. Bodnar
2101 North Harrison Street, Suite 101
Wilmington, DE  19802

Harold A. Olsen, Esq.
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Samuel B. Garber, Esq.
Assistant General Counsel
General Growth Management, Inc. as Agent
110 N. Wacker
Chicago, IL  60606

Geoffrey S. Aaronson, Esq.
Geoffrey S. Aaronson P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL  33131

Michael Barrie
Schnader Harrison Segal & Lewis LLP
824 Market Street, Suite 1001
Wilmington, DE  19801

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110

Hilary B. Bonial, Esq.
Brice Vander Linden & Pernick PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Charles J. Brown, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

William J. Burnett, Esq.
Flaster Greenberg
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103

John T. Carroll, III, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Rfed B. Ringel, Esq.
Robinson Brog Leinward
1345 Avenue of the Americas, 31st FL
New York, NY 10105

Martin J. Davis, Esq.
Office of Thrift Supervision
Harborside Financial Center Plaza, Suite 1600
Jersey City, NJ 07311

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Sherry Fallon, Esq.
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801

Jacob A. Brown, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Michael G. Busenkell, Esq.
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Marc Casarino, Esq.
James S. Yoder, Esq.
White and Williams LLP
824 Market St, Suite 902
Wilmington, DE 19899

Nancy A. Connery, Esq.
Schoeman Updike & Kaufman, LLP
60 East 42 Street, Suite 3906
New York, NY 10165

Eric M. Davis, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Mary A. DeFalaise, Esq.
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044

Brett Fallon, Esq.
Rafael Zahralddin-Aravena
James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Joseph D. Frank
Frank & Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Susan R. Fuertes, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Robert E. Greenberg, Esq.
Friedlander Misler
1101 Seventeenth Street, NW, Suite 700
Washington, DC 20036

Lee Harrington, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

A. Michelle Hart, Esq.
McCalla Raymer LLC
1544 Old Alabama Rd.
Roswell, GA 30076

Nancy Hotchkiss, Esq.
Trainor Frairbrook
980 Fulton Avenue
Sacramento, CA 95825

Raymond H. Lemisch, Esq.
Bradford J. Sandler, Esq.
Benesch Friedlander Coplan & Aronoff, LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Nancy F. Loftus, Esq.
Office of the County Attorney – Fairfax County
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035

Sean D. Malloy, Esq.
McDonald Hopkins LLC
600 Superior Ave., E.
Suite 2100
Cleveland, OH 44114

Gary Ginsburg, Esq.
Melzer Lippe Goldstein & Breitstone LLP
190 Willis Avenue
Mineola, NY 11501

Kara Hager, Esq.
Law Offices of Peter G. Angelos
1300 North Market Street, Suite 212
Wilmington, DE 19801

Donna L. Harris, Esq.
Pinckney Harris & Poppiti, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Adam Hiller, Esq.
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Frederick B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

R. Fredrick Linfesty
Iron Mountain Information Management Inc.
745 Atlantic Avenue
Boston, MA

Margaret C. Lumsden, Esq.
Unti & Lumsden
302 Jefferson Street, Suite 200
Raleigh, NC 27607

Julie A. Manning, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103

1-PH/2773835.1

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Lisa McLaughlin, Esq.
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Rachel B. Mersky, Esq.
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilminton, DE 19801

Kristin T. Mihelic, Esq.
Spector Gadon & Rosen, P.C.
7 Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Friedlander
2901 North Central Ave., #220
Phoenix, AZ 85012-2705

James K. Pendergrass, Jr., Esq.
Pendergrass Law Firm, PLLC
1511 Sunday Drive, Suite 200
Raleigh, NC 27607

Lorraine S. McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899

Michael E. Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Mark Minuti, Esq.
Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Norman M. Monhait, Esq.
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Guy B. Moss, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108

Tally F. Parker, Jr., Esq.
Parker & Marks, P.C.
1333 Corporate Drive #209
Irving, TX 75038

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Stephen B. Porterfield, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue, South
Birmingham, AL 35205

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899

Karen J. Stapleton, Esq.
County of Loudoun, Office of Attorney
One Harrison Street S.E., 5th Floor
P.O. Box 7000
Leesburg, VA 20177-7000

Christopher A. Ward, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Helen E. Weller, Esq.
Linebarger Gogan Blair & Sampson LLP
2323 Bryan Street, Suyite 1600
Dallas, TX 75201

William G. Wright, Esq.
Farr, Burke, Gambacorata & Wright PC
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054

Eric T. Ray, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203

Eric L. Schnabel, Esq.
Dorsey & Whitney LLP
1105 N. Market Street, 16th Floor
Wilmington, DE 19801

Elliot M. Smith, Esq.
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, Suite 3500
Cincinnati, OH 45202

Madeleine C. Wanslee, Esq.
Gust Rosenfeld, P.L.C.
201 East Washington Street, Suite 800
Phoenix, AZ 85004

John R. Weaver, Jr., Esq.
John R. Weaver, Jr., P.A.
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

Karon Y. Wright, Esq.
Travis County Attorney's Office
314 W. 11th Street
P.O. Box 1748
Austin, TX 78767