IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | § | |
| et al., | § | (Jointly Administered) |
| | § | |
| | § | Ref. Docket Nos. 11, 113, 730, 927, 1048, |
| | § | 1613 |
| Debtors. | § | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

PLEASE TAKE NOTICE that, based upon (a) the Debtors' representations on the record at the October 17, 2007 hearing to approve the Sale[1] and (b) the Debtors' filing of the Third Notice of Contracts Excluded from (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1613] (the "Third Excluded Contract Notice"), JPMorgan Chase Bank, National Association ("JPMC") hereby withdraws the *Limited Objection of JPMorgan Chase Bank, National Association to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief And To Certain Related Notices Of Assumption* [D.I. 730] (the "Initial JPMC Objection"), *Limited Objection of JPMorgan Chase Bank, National Association to Motion of the Debtors for Orders*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Third Excluded Contract Notice.

519.000-18251.DOC

*(A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C) Directing That Certain Notices of Such Sale and Deadlines be Given; and (D) Authorizing, on an Interim Basis, the Debtors to Grant Certain Liens and Other Protections for the Purchaser's Collateral Effective After the Initial Closing* [D.I. 927] (the "Second JPMC Objection") and *Supplemental Limited Objection of JPMorgan Chase Bank National Association, National Association to Emergency Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In The Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof; And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief* [D.I. 1048] (the "Supplemental JPMC Objection").

        PLEASE TAKE FURTHER NOTICE that the JPMC's withdrawal of the Initial JPMC Objection, the Second JPMC Objection and the Supplemental JPMC Objection is without prejudice and JPMC reserves all rights to object to any further attempt by the Debtors to sell, transfer, assume or assign the Withdrawn Contracts or any other assets or rights in which JPMC has an interest.

519.000-18251.DOC

Dated: Wilmington, Delaware  
       October 19, 2007

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
919 Market Street, Suite 600  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

Counsel to JPMorgan Chase Bank, N.A.

519.000-18251