**SIGN-IN-SHEET**

CASE NAME: American Home Mortgage
CASE NOS.:07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: October 18, 2007 @ 09:00 A.M.

**Chapter 11**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| **Andrew Stern (listen only)** | Sidley Austin | Interested party - Bear Stearns |
| **David Friedman (listen only)** | American Home Mortgage | Debtor - American Home Mortgage |
| **Robert Love (listen only)** **Bob Johnson (listen only)** | American Home Mortgage American Home Mortgage | Witness Witness |
| **Maggie Whiteman (listen only)** | Young, Conaway, Stargatt & Taylor | Creditor - American Home Mortgage |
| **Vadim Rubenstein (by phone)** | Loeb & Loeb | Creditor - Merrill Lynch |
| **Mitchell Taylor (listen only)** | Kroll | Debtor - American Home Mortgage |
| **Jeffrey Dine (listen only)** | Seward & Kissel LLP | Creditor - Citibank |
| James Patton / Pauline Morgan / John Dorsey | Young Conaway | Debtors |
| Eric Lopez Schnabel | Dorsey | US Bank |
| Kimberly FC lawson | Reed Smith LLP | EWB AL REC + ZC |
| Franklin Top | Chapman and Cutler LLP | Wells Fargo Bank as Master Trustee |
| Dennis Drebsky | Nixon Peabody | Deutsche Bank as Trustee |
| Andrew Gallo | Bingham McCutchen | DB Structured Products |
| Steven Wilamowsky | " | " |
|  |  |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN-SHEET**

**CASE NAME: American Home Mortgage**
**CASE NOS.:07-11047 (CSS)**

**COURTROOM LOCATION: Courtroom 6**
**DATE: October 18, 2007 @ 09:00 A.M.**

**Chapter 11**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Kuney | Sidley Austin | EMC |
| Lori Kujawski | " | " |
| alex Rouna | " | " |
| Laurie Silber Silvato | Potter Anderson Corroon | Bank of America, N.A. |
| Scott Talmadge | Kaye Scholer | " |
| Ana Alfonso | Kaye Scholer | " |
| Sandra Selzer | Greenberg Traurig | WRL Recovery Fund |
| Mark Power | Hahn & Hessen | Committee |
| Mark Indelicato | Hahn & Hessen | Committee |
| Bonnie Fatell | Black Rome | Committee |
| Lea T. Crowley | Pillsbury Winthrop Shaw Pittman | The Bank of NYas trustee |
| Margot Erlich | " | " |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

CASE NAME: American Home Mortgage

CASE NOS.:07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6

DATE: October 18, 2007 @ 09:00 A.M.

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Edwards Angell Palmer & Dodge | Centerville |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

Calendar Date: **10/18/2007**
Calendar Time: **09:00 AM**

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1937562 | David Friedman | 214-260-6806 | American Home Mortgage | Debtor, American Home Mortgage Holdings, Inc. / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1937721 | Robert Love | 214-260-6806 | American Home Mortgage Holdings, | Witness, Bobby Love / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1937579 | Maggie Whiteman | 302-571-6710 | Young, Conaway Stargatt & Taylor, | Creditor, American Home Mortgage Holdings / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1938249 | Vadim Rubinstein | 212-407-4092 | Loeb & Loeb, LLP | Creditor, Merrill Lynch / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1936622 | Andrew Stern | 212-839-5300 | Sidley Austin | Interested Party, Bear Stearns / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1937670 | Mitchell Taylor | 713-276-8757 | Kroll | Debtor, American Home Mortgage / LISTEN ONLY |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1938247 | Bob Johnson | 302-571-6710 | American Home Mortgage Holdings, | Witness, Bob Johnson / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 1938233 | Jeffrey M. Dine | 212-574-1547 | Seward & Kissel, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |

Brandon Johnson
Robert Moore
Fred Neufeld

Raymond Reyes