## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x

In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :     Jointly Administered
         Debtors.                                   :
                                                    :     Ref. Docket Nos. _/554_, _/555_ & _____
                                                    :
------------------------------------------------------------------x

### ORDER SHORTENING THE TIME FOR NOTICE FOR: (1) DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE: (A) APPROVING THE MORTGAGE SERVICING PURCHASE AGREEMENT; (B) AUTHORIZING THE DEBTORS TO SELL CERTAIN PROPERTY FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES AND (C) GRANTING RELATED RELIEF (THE "SALE MOTION"); AND (2) DEBTORS' MOTION FOR ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE (A) AUTHORIZING THE DEBTOR TO FILE, UNDER SEAL, AN UNREDACTED SALE MOTION AND (B) DIRECTING PARTIES FILING RESPONSIVE PLEADINGS TO FILE UNREDACTED PLEADINGS UNDER SEAL

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Sale Motion and the Motion to File Under Seal Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten or the Sale Motion.

ORDERED, that the Motions shall be heard on October 23, 2007 at 2:00 p.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 5:00 p.m. (ET) on October 19, 2007; and it is further

ORDERED, that the Debtors, shall serve this order on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) the Administrative Agent; (iv) counsel to the DIP Lender; (v) counsel to the MidFirst; (vi) counsel to GNMA; (vii) the U.S. Securities and Exchange Commission; (viii) any creditor known by the Debtors to be asserting a Lien on the Property; (ix) all parties known to have expressed an interest in purchasing the Property; (x) local, state and federal taxing authorities and (xi) all parties entitled to notice under Local Rule 2002-1(b); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October 19, 2007

Christopher S. Sontchi
United States Bankruptcy Judge