IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Related Doc. 1551** |

## DECLARATION OF SERVICE

I, Eric M. Davis, hereby certify that on the 19th day of October, 2007, I caused the **Order Granting Motion of Waterfield Shareholder LLC and Union Federal Bank of Indianapolis for Order Pursuant to 11 U.S.C. § 362 Modifying the Automatic Stay (Docket No. 1551)** to be served on the parties listed on

Exhibit A attached hereto, by first-class mail, unless otherwise indicated thereon.

Dated: Wilmington, Delaware
October 19, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        /s/ Eric M. Davis
        Eric M. Davis (I.D. No. 3621)
        Jason M. Liberi (I.D. No. 4425)
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        (302) 651-3000 (telephone)
        (302) 651-3001 (facsimile)

            - and -

        Eric J. Gorman, Esq.
        Felicia G. Perlman, Esq.
        Justin L. Heather, Esq.
        333 West Wacker Drive, Suite 2100
        Chicago, IL 60606
        (312) 407-0700 (telephone)
        (312) 407-0411 (facsimile)

        *Attorneys for Waterfield Shareholder LLC*
        *and Union Federal Bank of Indianapolis*

# EXHIBIT A

**EXHIBIT A**

A.G. Edwards & Sons, Inc.
Attn: Jonathan Grifith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63 103

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfont Plaza, East Tower, 951
East Byrd Street
Richmond, VA 23219

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mot, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal& Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556

Geoffrey Aaronson
100 SE 2nd St., 27th Floor
Miami, FL 33131

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Doria Bachenheimer, Esq
Securities and Exchange Commission
3 World Financial Center. Room 400
New York, NY 10281

Brett Barragate., Esq.
Jones Day
901 Lakeside Avenue. North Point
Cleveland, OH 441 14

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Peter Bilowz, Esq.
Goulston & Stons, P.C.
400 Atlantic Avenue
Boston, MA 021 10-3333

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801

1

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Barry E. Bressler
Schnader Harrison Sepal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE 19801

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th FL.
Charlotte, NC 28202

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12ih Floor
Harrisburg, PA 17101-1601

Hilary B. Bonial, Esq.
Tyler Jones, Esq.
Brice, Vander Linden & Wernick P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York NY 10022
ORIS Capital Markets, LLC.

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th FL
Los Angeles, CA 90024

2

Nancy Connery, Esq.
Schoeman, Updike & Kanfman, LLP
60 East 42nd St.
New York, NY 10165

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Matthew A Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Alison Corn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Ste. 1200
Wilmington, DE 19801

Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington. DE 19899-1347

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York. NY 10019-6064

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO BOX-3064
Houston, TX 77253

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taff LLP
1201 F Street, N.W.
Washington, DC 20004

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Donald Farlow
Burns. Wall. Smith and Mueller
303 E: 17th Avenue, #800
Denver, CO 80203

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York NY 10153

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899

Bonnie Glantz Fatell, Esq
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite
1200 South
Washington, DC 20005

William Goldman, Esq
Andrew Steam
Sidley Austin
787 Seventh Avenue
New York, NY 10019

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Stefanie Birbrower Greer, Esq
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Michelle Hart
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030

4

Nancy Hotchkiss, Esq.
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825

Brad Godshall, Esq.
Pachulski, Slang, Ziehl, Young & Jones LLP
10100 Santa Monica Blvd., Suite 1
I00
Los Angeles, CA 90067

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal &Manges, LLP
767 Fifth Avenue
New York, NY 10153

Robert E. Greenberg, Esq.
Friedlander. Misler. Sloan.
Kletzkin & Ochsman. PLLC
1101 Seventeenth Street, N.W.,
Suite 700
Washington, DC 20036-4704

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

James E. Hugget Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Mark T. Hurford Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Moms LLP
1100 North Market Street Suite 1200
Wilmington, DE 19801

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenuc, Suite 2100
Tucson, AZ 85701

Thomas J. Leanse, Esq.
Dustin P. Branch
Kanen Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Mark Indelicate, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Laura Davis Jones,. Esa..
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young &
Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobh LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
Citicorp Center
New York, NY 10022

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan &
Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmington, DE 19801

Stephen D. Lemer, Esq.
Elliot Smith, Esq
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, suite 3500
Cincinnati, OH 45202

Frederick Linfesty, Esq.
Iron Mountain Information
Management
745 Atlantic Avenue
Boston, MA 021 11

Nancy F. Loftus, Esq.
Assistant County Attorney
Dept of Tax Admin - Fairfax Co.
12000 Government Center Parkway,
Suite 549
Fairfax, VA 22035

Margaret C. Lumsden, Esq.
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 -
Lockbox #35
Wilmington, DE 19801
**(via Hand Delivery)**

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Scott K. Levine, Esq
Platzer Swergold Karlin Levine
Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 91h Fl.
Boston, MA 02110

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
American Corporate Record Center

6

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Kristin Mihelic, Esq.
Richard Canel, Esq.
Spector Gadon & Rosen
1635 Market Street, 7th Fl
Philadelphia, PA 19103

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington.. DE 19899-1266

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street/Ste 1401 Mellon Bank Ctl
P.O. Box 1070
Wilmington, DE 19899

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Janice D. Newell
Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Larry J. Nyhan, Esq.
Manhew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearbom
Chicago, IL 60603

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Eric K. Moser, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy. LLP
1 Chase Manhattan Pl&
New York, NY 10005-1413

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland. OH 44114-2378

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301

William Novotny, Esq.
Mariscal. Weeks. Mclnhire & Freidlander. P.A
2901 N. central Avenue; Suite 200
Phoenix, **AZ** 85012
(Waterfall Shopping Center, Inc.)

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308

7

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
Morgan Stanley

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202

Thomas I. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Waldner)

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Robert H. Rosenbaum, Esq.
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385

Frederick B. Rosner, Esq
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

Stephen B. Porterfield, Esq.
Sirote & Permuq P.C.
23 11 Highland Avenue South
P.O. Box: 55727
Birmingham, AL 35205

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C
P.O. Box 26990
Austin, TX 78755

Shawn Rice, Esq.
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
Priorily Sign

Fred B. Ringel, Esq.
Robinson Brog Leinwand Green Genovese & Gluck PC
1345 Avenue of the Americas
New York NY 10105
(3445 North Causeway Limited Partners)

8

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 9411 1-3600

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Todd C. SchilG Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, #I001
Wilmington, DE 19801

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Stephen B. Selbst, Esq.
McDermon, Will & Emery
340 Madison Avenue
New York, NY 10173

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street. 6th Floor
P.O. Box 95 1
Wilmington, DE 19899

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GWC)

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Eric Lopez Schnabel, Esq.
Dorsey & Whitney
1105 North Market Street, 16th Fl.
Wilmington, DE 19801

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Andrea Sheehan, Esq.
Law OEces of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger. P.A
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

David Stack
ABN AMRO Bank
55 East 52nd St., 2nd Fl
New York, NY 10055

9

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175

Richard Stem, Esquire
Michael Luskin, Esq.
Luskin, Stem & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Franklin Top, III, Esq.
Chapman and Cutler LLP
11 1 West Monroe St.
Chicago, IL 60603

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219

Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvem, PA 19355

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 6061 1

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza
Suite 5100
PO Box 1709
Wilmington. DE 19899-1709

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena &
Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 95 1
East Byd Street0 0
Richmond, VA 23219

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Famam St.
Omaha, NE 68102
(Financial Guaranty Insurance
Corporation)

Jonathan Winnick, Esq.
Cilibank Agency & Trust
388 Greenwich Street, 19th Fl
New York, NY 10013

William G. Wright, Esq.
John Weaver, Esq.
Farr, Burke, Gambacoria & Wright
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054
(Banc of America Leasing)

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)

Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured)

Donald A. Workman, Esq.
JeMey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suile 1100
Washington, DC 20036
(Fidelity National)
(Mainstay Funds)

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
Bracebridge Capital, LLC; Natixis

11