IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    : Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          : Jointly Administered
        Debtors.                                                          :
------------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 23, 2007 AT 2:00 P.M. (ET)**

**MATTERS**

1.  Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief [D.I. 1553, 10/15/07]

    Proposed Objection Deadline:    October 19, 2007 at 5:00 p.m., extended for MERS to October 20, 2007 at 12:00 p.m. and at the request of the U.S. Trustee to October 22, 2007 at 5:00 p.m.

    Related Document:

    a)   Order Shortening the Time for Notice for: (1) Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief (the "Sale Motion")' and (2) Debtors' Motion for Order Pursuant to Section 107(b) of the Bankruptcy Code (A) Authorizing the Debtor to File, Under Seal, an Unredacted Sale Motion and (B) Directing Parties Filing Responsive Pleadings to Filed Unredacted Pleadings Under Seal [D.I. 1618, 10/19/07]

Objections Filed:

 b) Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief [D.I. 1621, 10/19/07]

Status: This Debtors have requested this matter go forward on October 23, 2007 at 2:00 p.m.

2. Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order (1) Authorizing the Debtors to File, Under Seal, an Unredacted Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief and (2) Directing Parties Filing Responsive Pleadings to File Unredacted Pleadings Under Seal [D.I. 1554, 10/1507]

 Proposed Objection Deadline: October 19, 2007 at 5:00 p.m., extended for MERS to October 20, 2007 at 12:00 p.m. and at the request of the U.S. Trustee to October 22, 2007 at 5:00 p.m.

Related Document:

 a) Order Shortening the Time for Notice for: (1) Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief (the "Sale Motion")' and (2) Debtors' Motion for Order Pursuant to Section 107(b) of the Bankruptcy Code (A) Authorizing the Debtor to File, Under Seal, an Unredacted Sale Motion and (B) Directing Parties Filing Responsive Pleadings to Filed Unredacted Pleadings Under Seal [D.I. 1618, 10/19/07]

Status: This Debtors have requested this matter go forward on October 23, 2007 at 2:00 p.m.

Dated: Wilmington, Delaware
October 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*(signature)*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession