IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                 :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                     :   Jointly Administered
                                                                       :
Debtors.                                                               :
---------------------------------------------------------------------- x   Ref. Docket No. 359

## NOTICE OF SCHEDULE OF MISCELLANEOUS ASSET SALES

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE CREDITORS COMMITTEE; (III) COUNSEL TO THE DEBTORS' POSTPETITION LENDERS; (IV) COUNSEL TO BANK OF AMERICA; AND (V) THE U.S. SECURITIES AND EXCHANGE COMMISSION

PLEASE TAKE NOTICE that, pursuant to the *Order Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein* [Docket No. 359] (the "Order"),[2] the above-captioned debtors and debtors in possession (collectively, the "Debtors") are authorized to sell certain assets that are no longer necessary to the Debtors' mortgage origination business, including, but not limited to, real property leases (the "Office Leases") and the furniture,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Order.

fixtures and equipment located therein (the "FF&E" and together with the Office Leases, the "Office Assets") related to the Debtors' Production Offices.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order, the Debtors are required to file a schedule (the "Schedule") of any Office Assets sold in the preceding calendar month, which schedule identifies: (i) the Office Assets, including the location of Office Leases and FF&E, assumed and assigned, sold or abandoned; (ii) the purchaser of the Office Assets (if applicable); (iii) the aggregate amount of the net proceeds of the Sale(s) (if applicable); and (iv) the terms of the resolution of any objection to a Sale Notice or Abandonment Notice which did not require the Court's intervention. Attached hereto as Exhibit A is a copy of the Schedule.

Dated:  Wilmington, Delaware
        October 19, 2007

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Kenneth J. Enos
> James L. Patton, Jr. (No. 2202)
> Joel A. Waite (No. 2925)
> Pauline K. Morgan (No. 3650)
> Sean M. Beach (No. 4070)
> Matthew B. Lunn (No. 4119)
> Kara Hammond Coyle (No. 4410)
> Kenneth J. Enos (No. 4544)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Debtors and Debtors in Possession

DB02:6311541.1

066585.1001

# EXHIBIT A

## Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Assets | Net Office Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 432 | 817 Eastern Shore Dr. Salisbury, MD, 21801 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 817 Eastern Shore Dr. Salisbury, MD, 21801 | $ 4,383.00 |
| 433 | 420 East Patrick St. Frederick, MD 17201 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 420 East Patrick St. Frederick, MD 17201 | $ 7,233.00 |
| 435 | 17744 Skypark Circle Irvine, CA 92614 | US Mortgage Corp. c/o Michael McGrath 19D Chapin Road Pine Brook, NJ 07058 | Furniture, fixtures, and equipment located at assumed leased premise | 17744 Skypark Circle Irvine, CA 92614 | $ 13,324.00 |
| 436 | 860 Greenbriar Pkwy. Chesapeake, VA 23320 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 860 Greenbriar Pkwy., Chesapeake, VA 23320 | $ 2,604.00 |
| 437 | 828 Greenbriar Pkwy. Chesapeake, VA 23320 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 828 Greenbriar Pkwy. Chesapeake, VA 23320 | $ 2,604.00 |
| 438 | 5215 Center Street Williamsburg, VA 23188 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 5215 Center Street Williamsburg, VA 23188 | $ 12,640.00 |
| 439 | 4421 Virginia Beach Blvd. Virginia Beach, VA 23462 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 4421 Virginia Beach Blvd. Virginia Beach, VA 23462 | $ 25,069.00 |
| 440 | 11870 Merchants Walk Newport News, VA 23606 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 11870 Merchants Walk Newport News, VA 23606 | $ 9,101.00 |
| 441 | 955 Chesterbrook Blvd. Wayne, PA 19087 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 955 Chesterbrook Blvd. Wayne, PA 19087 | $ 100,000.00 |

# Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Assets | Net Office Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 442 | 65 Jackson Drive Cranford, NJ 07016 | SunTrust Bank c/o Caroline Browder 919 E. Main Street, 14th Floor Richmond, VA 23219 | Furniture, fixtures, and equipment located at assumed leased premise | 65 Jackson Drive Cranford, NJ 07016 | $ 30,667.00 |
| 443 | 1120 Benfield Blvd. Suite A Millersville, MD 21108 | Southern Trust Mortgage c/o Kathryn Richars 150 Boush Street #400 Norfolk, VA 23510 | Furniture, fixtures, and equipment located at assumed leased premise | 1120 Benfield Blvd. Suite A Millersville, MD 21108 | $ 5,000.00 |
| 444 | 1120 Benfield Blvd. Suite A Millersville, MD 21108 | Ross Mortgage Corporation c/o Tim Ross 27862 Woodward Avenue Royal Oak, MI 48067 | Furniture, fixtures, and equipment located at assumed leased premise | 1120 Benfield Blvd. Suite A Millersville, MD 21108 | $ 150.00 |
| 446 | 275 South Main Street Longmont, CO | PrimeLending, a PlainsCapital Company c/o Susie Garza 18111 Preston Road, Suite 900 Dallas, TX 75252 | Furniture, fixtures, and equipment located at assumed leased premise | 275 South Main Street Longmont, CO | $ 2,000.00 |
| 447 | 400 Skokie Blvd. Northbrook, IL 60062 | mTeam Group, LLC c/o Michael Schein, Vedder, Price, Kaufman & Kammholz 1633 Broadway, 47th Floor New York, NY 10019 | Furniture, fixtures, and equipment located at assumed leased premise | 400 Skokie Blvd. Northbrook, IL 60062 | $ 1,036.00 |
| 448 | 1799 Michelle Lane Greenwood, IN 46142 | Main Street Home Mortgage Corp. c/o John Morelli 1122 N. LaSalle Street Chicago, IL 60610 | Furniture, fixtures, and equipment located at assumed leased premise | 1799 Michelle Lane Greenwood, IN 46142 | $ 5,156.00 |
| 449 | 34 South Broad Street Woodbury, NJ 08096 | Lincoln Mortgage Company c/o John Sly 15 E. Ridge Pike, Suite 101 Conshohocken, PA 19428 | Furniture, fixtures, and equipment located at assumed leased premise | 34 South Broad Street Woodbury, NJ 08096 | $ 2,143.00 |

## Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Assets | Net Office Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 450 | 642 Bridge Street Yuba City, CA 95991 | GMAC Financial Services c/o Chuck Hierdahl 1100 Virginia Drive Mail Code 190-FTW-M98 Fort Washington, PA 19034 | Furniture, fixtures, and equipment located at assumed leased premise | 642 Bridge Street Yuba City, CA 95991 | $ 4,216.00 |
| 451 | 1307 Franklin Road Yuba City, CA 95993 | GMAC Financial Services c/o Chuck Hierdahl 1100 Virginia Drive Mail Code 190-FTW-M98 Fort Washington, PA 19034 | Furniture, fixtures, and equipment located at assumed leased premise | 1307 Franklin Road Yuba City, CA 95993 | $ 11,777.00 |
| 452 | 2619 Forest Avenue Chico, CA 95298 | GMAC Financial Services c/o Chuck Hierdahl 1100 Virginia Drive Mail Code 190-FTW-M98 Fort Washington, PA 19034 | Furniture, fixtures, and equipment located at assumed leased premise | 2619 Forest Avenue Chico, CA 95298 | $ 8,839.00 |
| 453 | 601 South Florida Avenue, #1 Lakeland, FL 33801 | GMAC Financial Services c/o Chuck Hierdahl 1100 Virginia Drive Mail Code 190-FTW-M98 Fort Washington, PA 19034 | Furniture, fixtures, and equipment located at assumed leased premise | 601 South Florida Avenue, #1 Lakeland, FL 33801 | $ 2,402.00 |
| 454 | 1409 West Causeway Approach Mandeville, LA 70471 | Flagstar Bank c/o Amy Martin 5151 Corporate Drive Troy, MT 48098 | Furniture, fixtures, and equipment located at assumed leased premise | 1409 West Causeway Approach Mandeville, LA 70471 | $ 34,591.00 |
| 455 | 2345 Gause Blvd. East Slidell, LA 70458 | Flagstar Bank c/o Amy Martin 5151 Corporate Drive Troy, MT 48098 | Furniture, fixtures, and equipment located at assumed leased premise | 2345 Gause Blvd. East Slidell, LA 70458 | $ 17,449.00 |
| 456 | 810 CM Fagan Drive Hammond, LA 70403 | Flagstar Bank c/o Amy Martin 5151 Corporate Drive Troy, MT 48098 | Furniture, fixtures, and equipment located at assumed leased premise | 810 CM Fagan Drive Hammond, LA 70403 | $ 22,687.00 |
| 457 | 3445 N. Causeway Blvd. Metairie, LA 70002 | Flagstar Bank c/o Amy Martin 5151 Corporate Drive Troy, MT 48098 | Furniture, fixtures, and equipment located at assumed leased premise | 3445 N. Causeway Blvd. Metairie, LA 70002 | $ 23,720.00 |

## Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Office Assets | Net Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 458 | 1535 Schillinger Road S. Mobile, AL 36695 | Flagstar Bank c/o Amy Martin 5151 Corporate Drive Troy, MT 48098 | Furniture, fixtures, and equipment located at assumed leased premise | 1535 Schillinger Road S. Mobile, AL 36695 | $ 6,060.00 |
| 459 | 304 Harper Drive Moorestown, NJ 08054 | First Home Mortgage, LLC Al Antuzzi 28 Waters Edge Drive Delran, NJ 08075 | Furniture, fixtures, and equipment located at assumed leased premise | 304 Harper Drive Moorestown, NJ 08054 | $ 1,082.00 |
| 460 | 806 Ocean Street Santa Cruz, CA 95060 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 806 Ocean Street Santa Cruz, CA 95060 | Return of security deposit and repayment of August Rent |
| 462 | 1717 N. Naper Blvd. Naperville, IL 60563 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 1717 N. Naper Blvd. Naperville, IL 60563 | Return of security deposit and repayment of August Rent |
| 463 | 100 South Jefferson Road Whippany, NJ | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Return of security deposit and repayment of August Rent |
| 464 | 700 Washington Street Vancouver, WA 98660 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 700 Washington Street Vancouver, WA 98660 | Return of security deposit and repayment of August Rent |
| 465 | 11649 N. Port Washington Road Mequon, WI 53092 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 11649 N. Port Washington Road Mequon, WI 53092 | Return of security deposit and repayment of August Rent |
| 466 | 3709 Kennett Pike Greenville, DE 19807 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 3709 Kennett Pike Greenville, DE 19807 | Return of security deposit and repayment of August Rent |

## Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Office Assets | Net Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 467 | 34382 Carpenters Way Lewes, DE 19958 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 34382 Carpenters Way Lewes, DE 19958 | Return of security deposit and repayment of August Rent |
| 468 | 1803 Whites Road Kalamazoo, MI 49009 | Centennial Mortgage & Funding, Inc. c/o Shawn McIntee Maslon Edelman Borman & Brand, LLP 3300 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402 | Furniture, fixtures, and equipment located at assumed leased premise | 1803 Whites Road Kalamazoo, MI 49009 | $ 9,856.00 |
| 469 | 5350 Airport Highway Toledo, OH 43615 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 5350 Airport Highway Toledo, OH 43615 | Return of security deposit and repayment of August Rent |
| 470 | 6516 Steubenville Pike Pittsburgh, PA 15205 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 6516 Steubenville Pike Pittsburgh, PA 15205 | Return of security deposit and repayment of August Rent |
| 471 | 87 Newtown Lane East Hampton, NY 11937 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 87 Newtown Lane East Hampton, NY 11937 | Return of security deposit and repayment of August Rent |
| 472 | 790-8 Sunset Blvd N. Sunset Beach, NC 28462 | Countrywide c/o Caleb Kim 4500 Park Granada, CH-18A Calabasas, CA 91302 | Furniture, fixtures, and equipment located at assumed leased premise | 790-8 Sunset Blvd N. Sunset Beach, NC 28462 | Return of security deposit and repayment of August Rent |
| 473 | 1707 Cole Blvd. #350 Golden, CO 80401 | Academy Mortgage c/o Bill Bent 1707 Cole Blvd., #350 Golden, CO 80401 | Furniture, fixtures, and equipment located at assumed leased premise | 1707 Cole Blvd. #350 Golden, CO 80401 | $ 8,000.00 |
| 474 | 5151 Beltline Road Dallas, TX 75254 | Jim Hensley Fifth Third Bank 5830 Bond Street, Suite 300 Cumming, GA 30040 | Furniture, fixtures, and equipment located at assumed leased premise | 5151 Beltline Road Dallas, TX 75254 | $ 10,038.00 |

## Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Office Assets | Net Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 488 | 1011 West Lake Street, Suite 212 Oak Park, IL 60301 | Kimothy Lee 1011 Lake Street, Suite 212 Oak Park, IL 60301 | Furniture, fixtures, and equipment located at assumed leased premise | 1011 West Lake Street, Suite 212 Oak Park, IL 60301 | $ 150.00 |
| 490 | 5151 Beltline Road Dallas, TX 75254 | Jim Hensley Fifth Third Bank 5830 Bond Street, Suite 300 Cumming, GA 30040 | Equipment lease | 5151 Beltline Road Dallas, TX 75254 | $ - |
| 506 | 17744 Skypark Circle Irvine, CA 92614 | US Mortgage Corp. c/o Michael McGrath 19D Chapin Road Pine Brook, NJ 07058 | Equipment lease | 17744 Skypark Circle Irvine, CA 92614 | $ - |
| 558 | 7142 Columbia-Gateway Drive Columbia, MD 21046 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 7142 Columbia-Gateway Drive Columbia, MD 21046 | $ 9,725.00 |
| 559 | 1600 N. Coalter Street Staunton, VA 24401 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 1600 N. Coalter Street Staunton, VA 24401 | $ 5,699.73 |
| 560 | 44365 Premier Plaza Ashburn, VA 20147 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 44365 Premier Plaza Ashburn, VA 20147 | $ 7,229.58 |
| 561 | 7100 Forest Avenue Richmond, VA 23226 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 7100 Forest Avenue Richmond, VA 23226 | $ 9,425.41 |
| 562 | 116 Defense Way Annapolis, MD 21401 | Gateway Funding 300 Welsh Road, Bldg. #5 Horsham, PA 19044 | Furniture, fixtures, and equipment located at assumed leased premise | 116 Defense Way Annapolis, MD 21401 | $ 14,021.12 |
| 594 | 120 Troy Street, Suite 1 Brockton, MA 02401 | Blacfin Realty Trust | Furniture, fixtures, and equipment located at assumed leased premise | 120 Troy Street, Suite 1 Brockton, MA 02401 | Abandoned/Mutual Release |
| 595 | 7910 Woodmont Avenue Suite 1310 Besthesda, MD 20814 | Landow Building Limited Partnership | Furniture, fixtures, and equipment located at assumed leased premise | 7910 Woodmont Avenue Suite 1310 Besthesda, MD 20814 | Abandoned/Mutual Release |
| 596 | 1405 N. Imperial Avenue, Suite 1 El Centro, CA 92243 | The Pico Group LLC | Furniture, fixtures, and equipment located at assumed leased premise | 1405 N. Imperial Avenue, Suite 1 El Centro, CA 92243 | Abandoned/Mutual Release |

## Asset Sale Schedule

| D.I. | Leases Assumed and Assigned | Purchaser of Office Assets/Assignee of Office Leases | Description of Office Assets | Location of Office Assets | Net Sale/Assumption Proceeds |
|---|---|---|---|---|---|
| 397 | 1405 N. Imperial Avenue, Suite 1 El Centro, CA 92243 | The Pico Group LLC | Furniture, fixtures, and equipment located at assumed leased premise | 1405 N. Imperial Avenue, Suite 1 El Centro, CA 92243 | Abandoned/Mutual Release |
| 641 | 538 Broad Hollow Road, Melville, New York, 11747 | Bootsector | Computer monitors | 538 Broad Hollow Road, Melville, New York, 11747 | $ 230.00 |
| 785 | 538 Broad Hollow Road, Melville, New York, 11747 | Bootsector | Computer monitors | 538 Broad Hollow Road, Melville, New York, 11747 | $ 514.00 |
| 792 | 255 Kinsbury Grade 1st Floor Stateline, NV 89449 | Seattle Mortgage Company | Furniture located at assumed leased premise | 255 Kinsbury Grade 1st Floor Stateline, NV 89449 | $ 1,100.00 |
| 793 | 18484 Highway 18 Suite 150 Apple Valley, CA 92307 | Shannon Smith | Furniture located at assumed leased premise | 18484 Highway 18 Suite 150 Apple Valley, CA 92307 | $ 935.00 |
| 794 | 20201 E. Jackson Drive Suite 240 Independence, MO 64057 | Mike Dailey | Furniture located at assumed leased premise | 20201 E. Jackson Drive Suite 240 Independence, MO 64057 | $ 500.00 |
| 795 | 103 a Paulette Circle Suite B Lynchburg, VA 24502 | Mason Dixon Funding, Inc. | Furniture located at assumed leased premise | 103 a Paulette Circle Suite B Lynchburg, VA 24502 | $ 2,000.00 |
| 796 | Winterpark, CA | Winona Group, LLC | Furniture, fixtures, and equipment located at assumed leased premise | Winterpark, CA | $ 7,750.00 |
| 959 | 538 Broad Hollow Road, Melville, New York, 11747 | Bootsector | Computer monitors | 538 Broad Hollow Road, Melville, New York, 11747 | $ 558.00 |