## CERTIFICATE OF SERVICE

        I, David J. Baldwin, hereby certify that I am not less than 18 years of age and that on this 19th day of October, 2007, I caused a true and correct copy of the within **Limited Objection of Bank of America, N.A., as Administrative Agent, To Debtors' Motion For An Order Pursuant to Sections 105 and 363 of The Bankruptcy Code: (A) Approving The Mortgage Servicing Purchase Agreement; (B) Authorizing The Debtors To Sell Certain Property Free and Clear Of Liens, Interests, and Encumbrances, and (C) Granting Related Relief** to be served on the following parties by manner indicated:

**Via Hand Delivery**
James L. Patton, Jr.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Donald J. Bowman, Jr.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

        Under penalty of perjury, I declare that the forgoing is true and correct.

                David J. Baldwin

Pac#817816