# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  
**CASE NOS.:** 07-11047 (CSS)  
**COURTROOM LOCATION:** Courtroom 6  
**DATE:** October 19, 2007 @ 11:30 A.M.

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Stern (listen only) | Sidley Austin | Interested party - Bear Stearns |
| Nancy Bertolino (listen only) | UBS Securities LLC | Creditor - UBS Securities |
| Rick Antonoff (listen only) Brandon Johnson (listen only) | Pillsbury Winthrop Shaw Pittman | Creditor - UBS Securities |
| Vadim Rubenstein (by phone) | Loeb & Loeb | Creditor - Merrill Lynch |
| Bob Johnson (listen only) Robert Love (listen only) | American Home Mortgage | Witness |
| Maggie Whiteman (listen only) | Young Conaway Stargatt & Taylor | Creditor - American Home Mortgage |
| Margot Erlich (listen only) | Pillsbury Winthrop Shaw & Pittman | Creditor - Bank of NY |
| David Friedman (listen only) | American Home Mortgage | Debtor - American Home Mortgage |
| Mitchell Taylor (listen only) | Kroll Zolfo & Cooper | Debtor - American Home Mortgage |
| Jeffrey Dine (listen only) | Seward & Kissel LLP | Creditor - Citibank |
| Michael Weinberg (listen only) David Heiman (listen only) | Jones Day | Interested party - AHM Interested party - Wilber Ross |
| Rebecca Booth Linda 2. Sprase | Morgan Lewis Kent Cash | MERS Chapter 7 Trustee |

①

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**Chapter 11**

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 19, 2007 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dennis Drebsky | Nixon Peabody | Deutsche |
| Frank Top | Chapman | Wells Fargo |
| Eric Lopez Schnabel | Dorsey | U.S. Bank |
| Arlene Alves | Seward + Kissel | Citibank NA |
| Jeff Dine | " | " |
| Brett D. Fallon | Morris James LLP | Cit Mortgage, Inc. |
| Douglas N. Candeub | Morris James LLP | Cit Mortgage, Inc. |
| David Kuney | Sidley Austin | Bear Stearns/EMC |
| Alex Rovira | " | " |
| Fred Hosner | Diane Morris | " |
| James J. Patton, Beth Butrick, John Dorsey | Young Conaway | Debtors |
| John Shode | Lowis Roth + Cohn LLP | JP Morgan Chase Bank NA |
| Kimberly E. Clauson | ReedSmith LLP | GMAC, RFC, ZC and Freddie Mac |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**



# SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NOS.:07-11047 (CSS)

Chapter 11

COURTROOM LOCATION: Courtroom 6
DATE: October 19, 2007 @ 11:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Claudia R. Springer | Reed Smith LLP | GMAC and RFC |
| Robert Dehney | Morris Nichols Arsht & Tunnell LLP | Assured Guaranty and RFC |
| Daniel Botz | " " " " | " " " " |
| Bonnie Fatell | Blank Rome | Committee |
| Mark Power, Mark Indelicato | Hahn + Hessen | Committee |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America N.A. |
| Scott Talmadge | Kaye Scholer | " |
| Mark Liscio | " | Bank of America N.A. |
| Ana Alfonso | " | " |
| Amanda Winfree | Ashby + Geddes, P.A. | Morgan Stanley + UBS |
| William Chipman | Edwards Angell Palmer & Dodge | Countrywide |
| Bell Bowden | Ashby + Cuddles | Morgan Stanley Capital; UBS; DB Structured Products |
| Victoria Counihan | Greenberg Traurig | AH Mortgage Acquisition Co |
| David Herman, Scott Freeman | Jones Day | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.



# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 19, 2007 @ 11:30 A.M.

Chapter 11

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Leo T. Crowley | Pillsbury Winthrop Shaw Pittman | The Bank of New York as Trustee |
| Andrew Gallo | Bingham McCutchen LLP | DBSP |
| Steve Wilamowsky | Bingham McCutchen LLP | DBSP |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

