UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re                                              : Chapter 11
                                                   :
American Home Mortgage Holdings, Inc.,             : Case No.: 07-11047 (CSS)
et al.                                             :
                                                   : (Jointly Administered)
Debtors.                                           :
                                                   : Ref. Docket Nos.: 1606 & _____
                                                   :
---------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING AMENDED EXHIBIT A TO DEBTORS' MOTION PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING AND DIRECTING THAT THE DEBTORS' EXHIBITS CONTAINING CERTAIN CONFIDENTIAL SERVICING AGREEMENTS BE ADMITTED INTO EVIDENCE UNDER SEAL [D.I. 1606]**

On August 6, 2007, each of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors" or "AHM")[1] filed with the Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continued their businesses as debtors and debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

On October 17, 2007, the Debtors filed the *Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing and Directing the Debtors' Exhibits Containing Certain Confidential Servicing Agreements Be Admitted into Evidence Under Seal* (the "Motion to File Under Seal") [D.I. 1606]. By the Motion to File Under Seal, the Debtors

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York

requested entry of an order which authorized and directed that the servicing agreements listed on Exhibit A, attached to the Motion to File Under Seal be admitted into evidence under seal pursuant to section 107(b) of the Bankruptcy Code.

The Debtors have subsequently determined that the *HELOC Subservicing Agreement, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A as Issuer, U.S. Bank National Association, as Indenture Trustee, American Home Mortgage Acceptance, Inc., as HELOC Servicer and American Home Mortgage Servicing, Inc., as HELOC Subservicer* [Exhibit No. 52] should be removed from Exhibit A.

WHEREFORE, the Debtors request that the Court enter the Order, attached hereto as Exhibit A, authorizing and directing that certain confidential servicing agreements listed on the amended Exhibit A be admitted into evidence under seal.

Dated: Wilmington, Delaware
       October 22, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

---

corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

# EXHIBIT A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
: Jointly Administered
Debtors. :
: **Ref. Docket No.: 1606**
:
------------------------------------------------------------ x

## ORDER AUTHORIZING AND DIRECTING THAT THE DEBTORS' EXHIBITS CONTAINING CERTAIN CONFIDENTIAL SERVICING AGREEMENTS BE ADMITTED INTO EVIDENCE UNDER SEAL

Upon consideration of the motion (the "Motion")[2] for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1(b) and (c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), order authorizing and directing that the Debtors' exhibits containing the Confidential Servicing Agreements be admitted into evidence under seal and not made publicly available; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that the Confidential Servicing Agreements, a list of which is attached hereto as amend Exhibit A, are confidential and that the Debtors' exhibits containing the Confidential Servicing Agreements are admitted into evidence in connection with the Sale Hearing under seal and shall not made publicly available pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) and (c); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      October _____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion.

Amended Exhibit A
American Home Mortgage (Case No. 07-11047)
Index of Debtors' Exhibits

| Exhibit No. | Sch. 1.1(f) Reference Primary Document | Title of Agreement |
|---|---|---|
| 16 | ar | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 1st day of April, 2007, is among AMERICAN HOME MORTGAGE SERVICING, INC., as servicer (the "Servicer"), AMERICAN HOME MORTGAGE CORP. as seller (the "Seller"), DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"), not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2007-OA1 (the "Assignee"), and GS MORTGAGE SECURITIES CORP., as assignor (the "Assignor" or the "Depositor") and acknowledged by Wells Fargo Bank, N.A. ("Wells Fargo"), as master servicer (in such capacity, the "Master Servicer") |
| 22 | bc | SECOND AMENDED AND RESTATED MORTGAGE LOAN SALE AND SERVICING AGREEMENT, dated as of May 1, 2006, by and between GOLDMAN SACHS MORTGAGE COMPANY, a New York limited partnership (the "Purchaser"), and AMERICAN HOME MORTGAGE CORP., a New York corporation (the "Seller"), and American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer") |
| 33 | dc | Mortgage Loan Purchase and Servicing Agreement, dated as of March 14, 2006, by and between American Home Mortgage Corp. (Seller) and Countrywide Bank, NA (Purchaser) |
| 34 | dd | Mortgage Loan Sale and Servicing Agreement, dated as of January 1, 2006, by and between American Home Mortgage Corp. (Servicer) and Morgan Stanley Capital Inc. (Purchaser |
| 37 | dk | Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2007, by and between American Home Mortgage Corp. and Countrywide Home Loans, Inc., as Purchaser |
| 86 | gf | Mortgage Loan Sale and Servicing Agreement, dated as of December 1, 2005, between American Home Mortgage Corp, as Seller, American Home Mortgage Servicing, Inc., as Servicer, and Goldman Sachs Mortgage Company, as Purchaser |