**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CBS)<br><br>Jointly Administered |

**AMENDED REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that Oracle USA, Inc. ("Oracle") and Oracle Credit Corporation hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 333 Market Street, 25th Floor
> San Francisco, California  94105-2126
> Telephone:      (415) 227-0900
> Facsimile:       (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's and/or Oracle Credit Corporation's (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States

District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle and Oracle Credit Corporation are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: San Francisco, California  
       October 23, 2007

BUCHALTER NEMER,  
A Professional Corporation

By: __/s/ Shawn M. Christianson_____  
Shawn M. Christianson, Esq.  
333 Market Street, 25th Floor  
San Francisco, CA 94105-2126  
Telephone: (415) 227-0900  
Facsimile: (415) 227-0770

Attorneys for Creditors, Oracle USA, Inc. and Oracle Credit Corporation

**In re: American Home Mortgage Holdings, Inc.**
**Case No. 07-11047**

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On October 23, 2007, I served the foregoing document described as:

**AMENDED REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

| | |
|---|---|
| **Edward J. Kosmowki**<br>**Edwin J. Harron**<br>**Joel A. Waite**<br>**Matthew Barry Lunn**<br>**Pauline K. Morgan**<br>**Robert S. Brady**<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | **United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| **Bonnie Glantz Fatell**<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | **Kara Hammond Coyle**<br>**Kenneth J. Enos**<br>**Travis N. Turner**<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Brandywine Building<br>Wilmington, DE 19801 |

**[ XX ]** (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 23, 2007, at San Francisco, California.

Hallina Pohyar          ____/s/ H. Pohyar_____