IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2007 AT 3:00 P.M. (ET)

**CONTESTED MATTERS GOING FORWARD**

1. Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief [D.I. 1553, 10/15/07]

   Objection Deadline:    October 19, 2007 at 5:00 p.m., extended for MERS to October 20, 2007 at 12:00 p.m. and at the request of the U.S. Trustee to October 22, 2007 at 5:00 p.m.

   Related Document:

   a)    Order Shortening the Time for Notice for: (1) Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief (the "Sale Motion")' and (2) Debtors' Motion for Order Pursuant to Section 107(b) of the Bankruptcy Code (A) Authorizing the Debtor to File, Under Seal, an Unredacted Sale Motion and (B) Directing Parties Filing Responsive Pleadings to Filed Unredacted Pleadings Under Seal [D.I. 1618, 10/19/07]

   Objections Filed:

   b)    Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief [D.I. 1621, 10/19/07]

        c)      Limited Objection of Bank of America, N.A., as Administrative Agent, to Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief [D.I. 1627, 10/19/07]

        d)      Objection of Mortgage Electronic Registration System to Debtors' to Sell the Debtors' GNMA Portfolio [D.I. 1629, 10/22/07]

Status: This matter will be going forward.

2.    Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order (1) Authorizing the Debtors to File, Under Seal, an Unredacted Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief and (2) Directing Parties Filing Responsive Pleadings to File Unredacted Pleadings Under Seal [D.I. 1554, 10/1507]

    Objection Deadline:    October 19, 2007 at 5:00 p.m., extended for MERS to October 20, 2007 at 12:00 p.m. and at the request of the U.S. Trustee to October 22, 2007 at 5:00 p.m.

    Related Document:

        a)      Order Shortening the Time for Notice for: (1) Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief (the "Sale Motion")' and (2) Debtors' Motion for Order Pursuant to Section 107(b) of the Bankruptcy Code (A) Authorizing the Debtor to File, Under Seal, an Unredacted Sale Motion and (B) Directing Parties Filing Responsive Pleadings to Filed Unredacted Pleadings Under Seal [D.I. 1618, 10/19/07]

    Objection Filed:

        b)      Objection of the United States Trustee to the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order (1) Authorizing the Debtors to File, Under Seal, an Unredacted Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief and (2) Directing Parties

      Filing Responsive Pleadings to File Unredacted Pleadings Under Seal [D.I. 1642, 10/22/07]

    Status: This matter will be going forward.

3. Motion (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [D.I. 11, 8/6/07]

    Status: The Debtors intend to present a proposed order approving the sale at or prior to the hearing.

Dated: Wilmington, Delaware
October 23, 2007

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          */s/ Pauline K. Morgan*

                          James L. Patton, Jr. (No. 2202)
                          Robert S. Brady (No. 2847)
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Matthew B. Lunn (No. 4119)
                          Kara Hammond Coyle (No. 4410)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession