| | |
|---|---|
| ZACHARY MOSNER, WSBA# 9566<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2198 | Judge Christopher S Sontchi<br>Chapter 11 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>    AMERICAN HOME MORTGAGE<br>    CORP.,<br><br>                                          Debtor. | NO. 07-11051<br><br>NOTICE OF APPEARANCE OF<br>STATE OF WASHINGTON AND<br>REQUEST FOR SPECIAL NOTICE |

TO:    Clerk of the above-entitled court
         U.S. Trustee's Office
         Pauline K. Morgan
         All Other Parties of Interest

Pursuant to Bankruptcy Rule 2002, the State of Washington, Department of Revenue, appears in this action by Zachary Mosner, Assistant Attorney General and requests notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings.  Notice of all such documents and pleadings should also be made to each agency of the State of Washington which files a proof of claim herein.

**The State of Washington further requests that the following address be added to the court's master mailing matrix:**    Zachary Mosner, Assistant Attorney General<u>, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188</u>.

1 | This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this __23rd__ day of October, 2007.

ROBERT M. MCKENNA
Attorney General

/s/ Zachary Mosner

ZACHARY MOSNER, WSBA No. 9566
Assistant Attorney General
Bankruptcy & Collections Unit

I, __Glenn Ashmun__, submitted the attached document through Electronic Case Filing on October 23, 2007. By filing electronically, it was served on all parties registered with ECF in this case. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2007.

/s/ Glenn Ashmun

Legal Assistant