UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                      : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]          :
                                                            : Jointly Administered
    Debtors.                                                :
                                                            : **Ref. Docket No.:  1606**
                                                            :
---------------------------------------------------------- x

### ORDER AUTHORIZING AND DIRECTING THAT THE DEBTORS' EXHIBITS CONTAINING CERTAIN CONFIDENTIAL SERVICING AGREEMENTS BE ADMITTED INTO EVIDENCE UNDER SEAL

Upon consideration of the motion (the "Motion")[2] for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1(b) and (c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), order authorizing and directing that the Debtors' exhibits containing the Confidential Servicing Agreements be admitted into evidence under seal and not made publicly available; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that the Confidential Servicing Agreements, a list of which is attached hereto as amend Exhibit A, are confidential and that the Debtors' exhibits containing the Confidential Servicing Agreements are admitted into evidence in connection with the Sale Hearing under seal and shall not made publicly available pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) and (c); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October 23, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion.