Amended Exhibit A
American Home Mortgage (Case No. 07-11047)
Index of Debtors' Exhibits

| Exhibit No. | Sch. 1.1(i) Reference Primary Document | Title of Agreement |
|---|---|---|
| 16 | ar | ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT, made the 1st day of April, 2007, is among AMERICAN HOME MORTGAGE SERVICING, INC., as servicer (the "Servicer"), AMERICAN HOME MORTGAGE CORP. as seller (the "Seller"), DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"), not in its individual capacity but solely as trustee on behalf of GSR Mortgage Loan Trust 2007-OA1 (the "Assignee"), and GS MORTGAGE SECURITIES CORP., as assignor (the "Assignor" or the "Depositor") and acknowledged by Wells Fargo Bank, N.A. ("Wells Fargo"), as master servicer (in such capacity, the "Master Servicer") |
| 22 | bc | SECOND AMENDED AND RESTATED MORTGAGE LOAN SALE AND SERVICING AGREEMENT, dated as of May 1, 2006, by and between GOLDMAN SACHS MORTGAGE COMPANY, a New York limited partnership (the "Purchaser"), and AMERICAN HOME MORTGAGE CORP., a New York corporation (the "Seller"), and American Home Mortgage Servicing, Inc., a Maryland corporation (the "Servicer") |
| 33 | dc | Mortgage Loan Purchase and Servicing Agreement, dated as of March 14, 2006, by and between American Home Mortgage Corp. (Seller) and Countrywide Bank, NA (Purchaser) |
| 34 | dd | Mortgage Loan Sale and Servicing Agreement, dated as of January 1, 2006, by and between American Home Mortgage Corp. (Servicer) and Morgan Stanley Capital Inc. (Purchaser) |
| 37 | dk | Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2007, by and between American Home Mortgage Corp. and Countrywide Home Loans, Inc., as Purchaser |
| 86 | gf | Mortgage Loan Sale and Servicing Agreement, dated as of December 1, 2005, between American Home Mortgage Corp. as Seller, American Home Mortgage Servicing, Inc., as Servicer, and Goldman Sachs Mortgage Company, as Purchaser |