**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **American Home Mortgage Holdings, Inc.,** <br> A Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| | **Objection to the Sale** |
| Debtors. | |

-------------------------------------------------------------------------X

**OBJECTION OF KAREN C. GOWINS TO SALE OF ASSETS AND RELATED RELIEF**

Karen C. Gowins hereby objects to the Sale of the Construction Loan Business of the Debtor free and clear of all liens, claims, encumbrances and other interests and that various agreements relating to the Assets may be assumed and assigned, and in support thereof states as follows:

1. Ms. Gowins is the Senior Vice President of American and serves as the Director of Construction Lending. This means that she is in charge of the Construction Loan Portfolio and head of the Construction Loan Platform. In her role at American, Ms. Gowins created and managed the very successful Construction Loan Portfolio and Construction Loan Platform, which is the subject business scheduled for auction and sale by this Court on or about October 30, 2007.

2. Despite her repeated requests, Ms. Gowins has not been paid the amounts due her under her Employment Agreement. Attached as Exhibit A is a fully signed copy of her "Employment Agreement" ("Employment Agreement") with American.

3. Attached as Exhibit B is a copy of her Proof of Claim for the unpaid amounts owed to her by American.

4. Request was made to American for payment of the statutory amount allowed for pre-petition wages owed, as well as post-petition administrative expenses. To date, the amounts have not been received.

5. Upon information and belief, this amount owed was not included in the financial documents provided to potential purchasers.

6. Ms. Gowins is concerned that the consummation of the sale, if completed free and clear of any liens and claims, may include her claim for owed wages.

7. In addition, Ms. Gowins requests that the Court waive paragraph 4(d) of the Employment Agreement, which requires that:

> Notwithstanding anything to the contrary, the Executive [Ms. Gowins] will not be entitled to any unpaid Monthly Profitability Bonus if she ceases to be employed by the Company, for any reason, prior to the Company paying such bonus, and any potential bonus will be forfeited.

It is unfair to Ms. Gowins that she be required to stay at American while being denied her monthly payments.

8. Ms. Gowins reserves the right to amend this Objection.

Dated: October 24, 2007

Respectfully submitted,

*/s/ David L. Finger*
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155
(302) 884-6766

- and –

Steven S. Landis, P.C.
Attorney at Law
485 Madison Avenue, 15th Floor
New York, NY  10022
(212) 308-5035

Attorneys for Karen C. Gowins

## **CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 24th day of October, 2007, I caused a copy of the foregoing **OBJECTION OF KAREN C. GOWINS TO SALE OF ASSETS AND RELATED RELIEF** to be served via e-mail on the below-listed counsel:

Alan Horn, Esq.
American Home Mortgage Holdings, Inc.,
alan.horn@americanhm.com

M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
mbcleary@ycst.com

Mark Indelicato, Esq.
Hahn & Hessen, Esq.
mindelicato@hahnhessen.com

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon
lsilverstein@potteranderson.com

Margot B. Schonholtz, Esq.
Kaye Scholer, LLP
mschonholtz@kayescholer.com

Corinne Ball, Esq.
Jones Day
cball@jonesday.com

Victoria Counihan, Esq.
Greenberg Traurig
counihanv@gtlaw.com

Gregory A. Bray, Esq.
Hadley & McCloy LLP
gbray@milbank.com

Mark D. Collins, Esq.
Richards Layton & Finger
collins@rlf.com

Adam G. Landis, Esq.
Landis Rath & Cobb, LLP
landis@lrclaw.com

U.S. Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

                                                  */s/ David L. Finger*
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155
(302) 884-6766