# AFFIDAVIT

STATE OF TEXAS             )
                           ) ss:
CITY AND COUNTY OF DALLAS)

I, Cortney Becker, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for 1 insertion(s) on the following date(s): 10/9/07; advertiser: American Home Mortgage.; and that the foregoing statements are true and correct to the best of my knowledge.

*Cortney Becker*

Sworn to before me this
9th day of October, 2007.

_____
Notary Public

ERIN N. MCBRAYER
Notary Public, State of Texas
My Commission Expires
May 18, 2011

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900

ADVERTISING.WSJ.COM

EE MW SW WE

## BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: AMERICAN HOME MORTGAGE ) Chapter 11
HOLDINGS, INC., a Delaware corporation, et al., ) Case No. 07-11047 (CSS)
Debtors. ) Jointly Administered

Objection Deadline: October 24, 2007 at 4:00 p.m.
Sale Hearing: October 30, 2007 at 10:00 a.m.

### NOTICE OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE that on September 21, 2007, the above-captioned debtors and debtors in possession (the "Debtors"),[1] filed the Motion of the Debtors for Orders: (A)(i) Approving Sale Procedures; (ii) Scheduling a Hearing to Consider Sale of the Assets Related to the Debtors' Construction Loan Business; (iii) Approving Form and Manner of Notice Thereof; and (iv) Granting Related Relief; and (B)(i) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Purchase Agreement Thereto; (iii) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (iv) Authorizing the Distribution of the Proceeds from the Sale of the Construction Loans; and (v) Granting Related Relief [Docket No. 900] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors seek to sell construction loans and related servicing rights (the "Construction Loans") and construction loan platform (the "Construction Loan Platform") related to the Debtors' construction loan business (collectively, the "Assets"), free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), and seek authority to assume and assign various agreements related to the Assets.

PLEASE TAKE FURTHER NOTICE that on October 4, 2007, the Bankruptcy Court entered an order (the "Sale Procedures Order") (i) approving the sale procedures with respect to the proposed sale (the "Sale") of the Assets (the "Sale Procedures"), pursuant to the terms of the form Purchase and Sale Agreement (the "Purchase Agreement"), which was attached to the Notice of Filing [Docket No. 1010], (ii) scheduling a hearing (the "Sale Hearing") for the Sale and setting objection and bidding deadlines with respect to the Sale, (iii) approving the form and manner of notice of an auction for the relevant assets (the "Auction") and the Sale Hearing, and (iv) granting related relief.

PLEASE TAKE FURTHER NOTICE that pursuant to the terms of the Sale Procedures Order, the Auction with respect to the Assets shall take place on **October 29, 2007, at 10:00 a.m. (prevailing Eastern Time)** at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19899. Only parties that have submitted a Qualified Bid (as defined in the Bid Procedures attached to the Sale Procedures Order) by no later than **October 25, 2007 at 4:00 p.m. (Eastern Time)** (the "Bid Deadline") may bid at the Auction. Any party that wishes to take part in this process and submit a bid for the Assets must submit their bid prior to Bid Deadline and in accordance with the Sale Procedures. The Debtors will be conducting separate auctions for each of the portfolios of Construction Loans relating to an individual financial institution and a separate auction for the Construction Loan Platform.

PLEASE TAKE FURTHER NOTICE that the Court also scheduled a hearing to consider approval of the sale of the Assets to the Successful Bidder (as defined in the Sale Procedures), before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801-3024 on **October 30, 2007 at 10:00 a.m. (prevailing Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Sale of the Assets, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (prevailing Eastern Time) on October 24, 2007**, or such later date and time as the Debtors may agree and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel and Karen Gowins, Director of Construction and Renovation Lending); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: M. Blake Cleary and Matthew B. Lunn), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn.: Mark Indelicato), counsel to the Official Committee of Unsecured Creditors; (iv) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein); (v) counsel to the Debtors' postpetition lender, Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan); (vi) counsel for ABN, Milbank, Tweed, Hadley & McCloy LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017 (Attn: Gregory A. Bray and Robert Jay Moore) and Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins); (vii) counsel for JPMorgan Chase Bank, N.A., Landis Rath & Cobb, LLP, 919 Market Street, Suite 600, Wilmington, Delaware 19801 (Attn: Adam G. Landis and Matthew B. McGuire); and (viii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that this Notice of Auction and Sale Hearing is subject to the fuller terms and conditions of the Motion, the Sale Procedures Order and the Sale Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Purchase Agreement, the Sale Procedures and/or the Sale Procedures Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated: October 4, 2007, Wilmington, Delaware
YOUNG CONAWAY STARGATT & TAYLOR, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, (302) 571-6600,
Counsel for the Debtors and Debtors-in-Possession

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; …

## PUBLIC NOTICES



### GLOBALSANTAFE

#### NOTICE OF GSF COURT MEETING

IN THE GRAND COURT OF THE CAYMAN ISLANDS, CAUSE NO 422 OF 2007
IN THE MATTER OF SECTIONS 86 AND 87 OF THE COMPANIES LAW (2007 REVISION)
AND IN THE MATTER OF GLOBALSANTAFE CORPORATION

AND BETWEEN GLOBALSANTAFE CORPORATION, Petitioner
AND TRANSOCEAN WORLDWIDE INC, Respondent

NOTICE IS HEREBY GIVEN that, by an order dated September 29, 2007 (the "Order") made in the above matter, the Grand Court of the Cayman Islands (the "Grand Court") has directed a meeting (the "GSF Court Meeting") to be convened of the holders of ordinary shares of GlobalSantaFe Corporation ("GlobalSantaFe") for the purpose of considering and, if thought fit, approving, with or without modification, a scheme of arrangement and amalgamation (the "GSF Scheme") proposed to be made between GlobalSantaFe, Transocean Worldwide Inc., Transocean Inc., and the holders of the GSF Scheme Shares (as defined in the GSF Scheme) and that the GSF Court Meeting will be held at the Grand Cayman Marriott Beach Resort, Grand Cayman, Cayman Islands on November 9, 2007, at 1:00 p.m. Cayman time at which place and time all such holders of ordinary shares of GlobalSantaFe are requested to attend.

A copy of the GSF Scheme and a copy of an explanatory statement explaining the effect of the GSF Scheme are incorporated in the composite joint proxy statement of which this Notice forms part. A copy of the said composite joint proxy statement can also be obtained by the above-mentioned holders of ordinary shares of GlobalSantaFe from GlobalSantaFe's company secretary at GlobalSantaFe Corporation, 15375 Memorial Drive, Houston, Texas 77079-4101, USA or on GlobalSantaFe's website at www.globalsantafe.com under the caption "Investor Relations".

The above-mentioned holders of ordinary shares of GlobalSantaFe as at the record date set by GlobalSantaFe for the GSF Court Meeting, being October 1, 2007, may vote in person at the GSF Court Meeting or they may appoint one or more proxies, whether a member of GlobalSantaFe or not, to attend and vote in their stead. A form of proxy for use at the GSF Court Meeting is enclosed with the joint proxy statement of which this Notice forms part.

In the case of joint registered holders of a share, the vote of each joint holder, whether in person or by proxy, shall be required in order for such joint holders' vote to be counted.

It is requested that forms appointing proxies be lodged, by post, with Computershare Investor Services LLC, the share registrar of GlobalSantaFe in the United States, at P.O. Box 43078, Providence, Rhode Island, 02940-3078, USA no later than the time appointed for the GSF Court Meeting, but if forms are not so lodged they may be handed to the chairman of the GSF Court Meeting at the meeting. Proxies may also be lodged by the internet or telephone, in accordance with the instructions set out in the form of proxy. Proxies submitted by the internet or telephone must be received by 1:00 a.m., Central time, on November 9, 2007.

By the Order, the Grand Court has appointed Jon A. Marshall, a director of GlobalSantaFe, or failing him any other person who is a director of GlobalSantaFe as at the date of the Order to act as the chairman of the GSF Court Meeting and has directed the chairman of the GSF Court Meeting to report the results thereof to the Grand Court.

The GSF Scheme will be subject to a subsequent application seeking the sanction of the Grand Court, which will be heard on November 20, 2007 or as soon thereafter as it may be heard.

Dated the 2nd day of October 2007.

MAPLES AND CALDER, P.O. Box 309GT, Ugland House, South Church Street, George Town, Grand Cayman, Cayman Islands
Attorneys for GlobalSantaFe Corporation

### Transocean

#### NOTICE OF TRANSOCEAN COURT MEETING

IN THE GRAND COURT OF THE CAYMAN ISLANDS, CAUSE NO 433 OF 2007
IN THE MATTER OF SECTION 86 OF THE COMPANIES LAW (2007 REVISION)
AND IN THE MATTER OF TRANSOCEAN INC.

NOTICE IS HEREBY GIVEN that, by an order dated 29th September 2007 (the "Order") made in the above matter, the Grand Court of the Cayman Islands (the "Grand Court") has directed a meeting (the "Transocean Scheme Meeting") to be convened of the holders of ordinary shares of Transocean Inc. ("Transocean") for the purpose of considering and, if thought fit, approving, with or without modification, a scheme of arrangement (the "Transocean Scheme") proposed to be made between Transocean and the holders of the Transocean Scheme Shares (as defined in the Transocean Scheme) and that the Transocean Scheme Meeting will be held at The Marriott Beach Resort on 9th November 2007, at 1pm local time at which place and time all such holders of ordinary shares of Transocean are requested to attend.

A copy of the Transocean Scheme and a copy of an explanatory statement explaining the effect of the Transocean Scheme are incorporated in the composite joint proxy statement of which this Notice forms part. A copy of the said composite joint proxy statement can also be obtained by the above-mentioned holders of ordinary shares of Transocean from Transocean's proxy solicitor in the United States being D.F. King & Co., Inc., 48 Wall Street, 22nd Floor, New York, NY, 10005.

The above-mentioned holders of ordinary shares of Transocean as at the record date set by Transocean for the Transocean Scheme Meeting, being 1st October 2007, may vote in person at the Transocean Scheme Meeting or they may appoint one or more proxies, whether a member of Transocean or not, to attend and vote in their stead. A form of proxy for use at the Transocean Scheme Meeting is enclosed with the joint proxy statement of which this Notice forms part.

If shares are held in joint names, then either the holder whose name appears first in the Register of Members of Transocean or each holder should sign. If signing as Attorney, Executor, Administrator, Trustee or Guardian, please give your title as such. If the signer is a corporation, please sign in the full corporate name by a duly authorized officer