IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
                                                                 :
           Debtors.                                              :   Ref. Docket Nos. 11, 113, 647, 865, 931 & 937
                                                                 :   Hearing Date: October 25, 2007 at 3:00 p.m.
---------------------------------------------------------------- x

## NOTICE OF FILING OF PROPOSED ORDER APPROVING SALE OF DEBTORS' SERVICING BUSINESS TO AH MORTGAGE ACQUISITION CO., INC.

On October 23, 2007, the United States Bankruptcy Court for the District of Delaware (the "Court") approved the sale (the "Sale") of the Debtors' mortgage servicing business and assets related thereto pursuant to sections 105(a), 363, 364, 365, and 503(b) of the United States Code, 11 U.S.C. §§ 101 et seq. to AH Mortgage Acquisition Co., Inc. (the "Purchaser") pursuant to the terms of the Asset Purchase Agreement dated as of September 25, 2007 (the "APA"). Attached hereto as Exhibit A is the proposed form of order (the "Proposed Order") approving the Sale.

For Court's convenience, attached hereto as Exhibit B is a redline of the Proposed Order marked against the order served after entry of the *Order (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse in Such Sale; (C) Directing that Certain Notices of Such Sale and Deadlines be Given; and (D) Authorizing, on an Interim Basis, the Debtors to Grant Certain Liens and Other Protections for the Purchaser's Collateral Effective After the Initial Closing* [Docket No. 937].

Additionally, attached hereto as Exhibit C is the Cure Escrow Agreement, which is Exhibit A-4 to the Proposed Order. For the Court's convenience, attached hereto as Exhibit D

is a redline of the Cure Escrow Agreement marked against the version of the Cure Escrow Agreement filed with the APA [Docket No. 931].

The Proposed Order and Cure Escrow Agreement have not been agreed to by all parties in interest. Additionally, the Proposed Order, including the related Exhibits thereto, and the Cure Escrow Agreement remain subject to further comment and revision by the Debtors, the Purchaser, the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006.

Dated: Wilmington, Delaware
October 24, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession