**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., <br><br>         Debtors, | ) Case No. 07-11047 CSS <br> ) Chapter 11 <br> ) Jointly Administered <br> ) **Hearing Date:  November 28, 2007** <br> ) **Response Date:  November 20, 2007** |

**<u>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(d)(1)</u>**

NOW COMES Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc., by and through its attorney Whittington & Aulgur, moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

<u>JURISDICTION</u>

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

<u>CLAIM FOR RELIEF</u>

2. Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc. is a corporation located at 2300 Brookstone Center Parkway, Columbus, Georgia, 31904.

3. On August 6, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On or about September 10, 2004, non-filing borrowers Kevin D. White and David Hamlette (hereinafter "Borrowers") executed and delivered an indenture of mortgage in the principal sum of $148,000.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc.  Said mortgage created a lien upon the property therein mentioned, 849 Wellington Street, Baltimore, Maryland, 21211, all of which is of record in the Circuit Court of Baltimore City, State of Maryland.  A copy of said mortgage is attached hereto as Exhibit "A".

5. On or about February 24, 2006, non-filing borrowers Kevin D. White and David Hamlette (hereinafter "Borrowers") executed and delivered an indenture of mortgage in the principal sum of $83,000.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit.  Said mortgage created a lien upon the property therein mentioned, 849 Wellington Street, Baltimore, Maryland, 21211, all of which is of record in the Circuit Court of Baltimore City, State of Maryland.  A copy of said mortgage is attached hereto as Exhibit "B".  American Brokers Conduit is a subsidiary of the Debtor in the within case.

6. Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

7. At present, Borrowers are contractually delinquent to Movant and a foreclosure proceeding is pending.

8. Any potential equity would not benefit the Debtors' Estate since the Debtors merely hold a lien which is junior to Mortgage Electronic Registration Systems, Inc. as nominee for

GreenPoint Mortgage Funding, Inc.'s lien.

9. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm to Movant's pending foreclosure proceeding against Borrower.

WHEREFORE, Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc. hereby moves for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the Automatic Stay for cause.

                      WHITTINGTON & AULGUR

      By:  /s/ Kristi J. Doughty
            Robert T. Aulgur, Jr. (No. 165)
            Kristi J. Doughty (No. 3826)
            651 N. Broad Street, Suite 206
            P.O. Box 1040
            Middletown, DE  19709-1040
            (302) 378-1661
            Attorney for Movant

Date: October 25, 2007