**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., Debtors, | ) Case No. 07-11047 CSS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 3170 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 849 WELLINGTON STREET, BALTIMORE, MARYLAND, 21211**

AND NOW, TO WIT, this _____ day of ________ A.D., 2007, Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc.'s Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc. and/or the holder of the first mortgage, as recorded in the Circuit Court for Baltimore City in the State of Maryland in Book 06071, Page 0217, for 849 Wellington Street, Baltimore, Maryland, 21211, to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale of the property and any other legal remedies against the property which may be available to Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc. under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc. may immediately enforce and implement this Order granting relief from the automatic stay.

____________________________________
J.