IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) ) ) |
| | ) |
| Debtors. | ) Jointly Administered |

## RULE 2019 VERIFIED DISCLOSURE OF ASHBY & GEDDES, P.A.

Ashby & Geddes, P.A., pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, makes the following disclosure as counsel to multiple creditors in the above-referenced bankruptcy case:

1. Information regarding creditors represented:[1]

    (i) CIFG Assurance North America, Inc.
    825 Third Avenue
    New York, NY 10022-7519
    Nature of Claim: Claims arising under and/or related to various policies and agreements to which CIFG is a party and/or insurer, including American Home Mortgage Investment Trust 2006-2, Mortgage-Backed Notes, Series 2006-2, Class V-A, which are collateralized by a pool of prime quality home equity lines of credit that were sold to American Home Mortgage Investment Trust 2006-2, a Delaware statutory trust, and serviced by American Home Mortgage Acceptance, Inc.
    Amount of claim: Undetermined at this time.

    (ii) DB Structured Products, Inc.
    60 Wall Street
    New York, NY 10005
    Nature of Claim: Claims arising under and/or related to that certain Master Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2006, and related agreements.
    Amount of claim: Undetermined at this time.

    (iii) Lehman Brothers Holdings, Inc.; Lehman Brothers Bank, FSB; Aurora Loan Services
    745 Seventh Avenue

---

[1] This verified disclosure and the information set forth herein is not intended to be, nor should it be construed as, a waiver of any rights or admission by any of the creditors herein regarding the nature or amount of their claims.

          New York, NY 10019
          Nature of Claim: Undetermined at this time.
          Amount of claim: Undetermined at this time.

(iv)    Morgan Stanley & Co. Inc.; and Morgan Stanley Capital Services
        1221 Avenue of the Americas
         New York, NY 10020
        Nature of Claim: Claims arising under and/or related to certain third-party securitization agreements to which claimant and above-captioned debtors are parties.
        Amount of claim: Undetermined at this time.

(v)     Morgan Stanley Mortgage Capital Holdings, LLC
        1585 Broadway
        New York, NY 10036
        Nature of Claim: Claims arising under and/or related to that certain Third Amended and Restated Mortgage Loan Purchase and Warranties Agreement, dated as of June 1, 2006, and that certain First Amended and Restated Interim Servicing Agreement, dated as of June 1, 2005, as supplemented by that certain Regulation AB Compliance Addendum to the First Amended and Restated Interim Servicing Agreement, dated as of April 1, 2007.
        Amount of claim: Undetermined at this time.

(vi)    UBS Real Estate Securities, Inc.
        c/o UBS AG
        The Bank for Banks
        299 Park Avenue
        New York, NY 10171
        Nature of Claim: Claims arising under and/or related to certain third-party securitization agreements and various loan sale and servicing agreements to which claimant and above-captioned debtors are parties.
        Amount of claim: Undetermined at this time

(vii)   United Guaranty Services, Inc.; United Guaranty Residential Insurance Company; and United Guaranty Mortgage Indemnity Company
        230 N Elm St., Fl. 1
        Greensboro, NC 27401-2417
        Nature of claim: Claims arising under and/or relating to various policies and/or agreements to which claimant and above-captioned debtors are parties.
        Amount of claim: Undetermined at this time.

2. Ashby & Geddes was retained to represent the Creditors either by being contacted directly by the Creditor or forwarding counsel to the Creditor, and except as otherwise stated herein represents each of the Creditors.

3. The amount of the claim or interest in these cases owned by Ashby & Geddes at the time of Ashby & Geddes' employment is none.

4. Ashby & Geddes is employed only as counsel and is not authorized by instrument or otherwise to act for either client except in that capacity.

5. Ashby & Geddes has obtained each client's consent to this multiple representation.

6. This statement is made by William P. Bowden, an attorney at law duly admitted to the bar of the State of Delaware and a member of Ashby & Geddes, under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

Dated: October __, 2007

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Ricardo Palacio (I.D. #3765)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Counsel to CIFG Assurance North America, Inc., DB Structured Products, Inc., Lehman Brothers Holdings, Inc., Lehman Brothers Bank, FSB, Aurora Loan Services, Morgan Stanley & Co. Inc., Morgan Stanley Capital Services, Morgan Stanley Mortgage Capital Holdings, LLC, UBS Securities, United Guaranty Services, Inc., United Guaranty*

*Residential Insurance Company, and United Guaranty Mortgage Indemnity Company*

SWORN TO AND SUBSCRIBED before me this day of October 25, 2007.

_____
Notary Public

183752.1

