IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹              :
                                                               :    Jointly Administered
                   Debtors.                                    :
                                                               :    Doc. Ref. Nos: 192, 643 and 919
                                                               :
-------------------------------------------------------------- x    Objection Deadline: N/A
```

## NOTICE OF FILING OF THE SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL ZEICHNER ELLMAN & KRAUSE LLP

PLEASE TAKE NOTICE that, on August 16, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion for an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 192] (the "Motion").

PLEASE TAKE NOTICE that on September 4, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 607] (the "Order").

PLEASE TAKE NOTICE that on September 5, 2007, the Debtors filed the Certificate of Counsel Regarding Order Pursuant to Sections 105(a), 327, 328 and 330 of the

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to the Petition Date (the "Revised Order") [Docket No. 618].

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "Revised Order") [Docket No. 643].

PLEASE TAKE NOTICE THAT on September 24, 2007, in accordance with the procedures set forth in the Revised Order, the Debtors filed the ordinary course professional retention affidavit (the "Original Retention Affidavit") [Docket No. 919] of Mark Zeichner of Zeichner Ellman & Krause LLP (the "OCP"), which indicated, among other things, that the Debtors had agreed to compensate the OCP on an hourly fee basis for legal work in connection with the cases it handled for the Debtors prior to the commencement of these bankruptcy cases.

PLEASE TAKE NOTICE THAT, upon further review of the substance of the matters the OCP had been handling for the Debtors, the Debtors determined that the recoveries, if any, made in some matters would not justify the hourly fees expected to be spent on them. Accordingly, the Debtors and the OCP agreed to proceed on a contingency fee basis for such matters.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Revised Order, the Debtors hereby file the supplemental ordinary course professional retention

affidavit of the OCP (the "Supplemental Retention Affidavit"), which is attached hereto as

Exhibit A.

Dated:  October 25, 2007
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Travis Buren (No. 4926)

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. a Delaware corporation, et al., | Jointly Administered |
| Debtors. | Doc. Ref. Nos: 192 & 643 |

## SUPPLEMENTAL AFFIDAVIT
## OF ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK,
COUNTY OF NEW YORK.

MARK ZEICHNER, being duly sworn, deposes and says:

1.    I am a partner of Zeichner Ellman & Krause LLP (the "Firm"), which maintains offices at 575 Lexington Avenue, New York, New York 10022.

2.    This Supplemental Affidavit is submitted in connection with an Order of the United States Bankruptcy Court of the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.    As an ordinary course professional, the Firm had agreed to perform on an hourly fee basis certain legal work in connection with the cases it handled for American Home Mortgage prior to bankruptcy of the Debtors.

4.      After a review of the substance of the plaintiffs matters which the Firm had been handling for American Home Mortgage, the Debtors determined that recoveries, if any, made in such matters would not be justified by the hourly fees expected to be spent on them.

5.      Pursuant to an additional agreement between Debtors and the Firm, the Firm has now agreed to handle some of those matters on a fifty percent (50%) contingency fee basis.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2007.

_____
MARK ZEICHNER

Sworn to and subscribed before me
This 23rd day of October, 2007

_____
Notary Public

JANEANN TOBIN
Notary Public, State of New York
No. 01TO5058499
Qualified in Westchester County
Commission Expires April 8, 2010

512613.02/10331-999/MZ