IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 |
| HOLDINGS, INC., a Delaware corporation, et. al. | ) Jointly Administered |
| | ) |
| | ) Hearing Date: November 14, 2007 at 10:00 a.m. |
| | ) Objection Deadline: November 9, 2007 at 4:00 p.m. |
| Debtors. | ) |

## NOTICE OF MOTION

TO: All parties on the attached service list.

PLEASE TAKE NOTICE that on October 25, 2007, EMC Mortgage Corporation filed its *Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing and Directing that EMC Mortgage Corporation's Exhibit Containing Certain Confidential Information be Admitted Into Evidence Under Seal* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, are required to be filed on or before **November 9, 2007 at 4:00 p.m.** with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **November 14, 2007 at 10:00 a.m.** before The Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

DM3\579635.1

...

2

PLEASE TAKE FURTHER NOTICE that if you fail to object in accordance with this notice, the Court may grant the relief sought in the Motion without further notice or hearing.

Dated: October 25, 2007

DUANE MORRIS LLP

Frederick B. Rosner
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Email: fbrosner@duanemorris.com