- 9 -

**Exhibit A**

Mortgage Certificates

1.      American Home Mortgage Investment Trust 2006-3 Mortgage Backed Notes, Series 2006-3 R