**Exhibit B**

Transaction Agreements[4]

1.   *Indenture*, dated as of December 28, 2006, among American Home Mortgage Investment Trust 2006-3, as issuing entity, Deutsche Bank National Trust Company, as indenture trustee, and Wells Fargo Bank, N.A., as securities administrator.

2.   *Amended and Restated Trust Agreement*, dated as of December 28, 2006, among American Home Mortgage Securities LLC, as depositor, Wilmington Trust Company, as owner trustee, and Wells Fargo Bank, N.A., as securities administrator.

---

[4] In addition to the documents listed in this **Exhibit B**, the Transaction Agreements include all pertinent agreements ancillary to the indentures and agreements identified herein.  Due to their voluminous nature, the Transaction Documents are not attached hereto, but can be provided upon request of the Court or any interested party.

WIL:69267.1/WEL079-247173