## Exhibit C

[Series 2006-3 Indenture]

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3

ISSUING ENTITY

WELLS FARGO BANK, N.A.

SECURITIES ADMINISTRATOR

AND

DEUTSCHE BANK NATIONAL TRUST COMPANY

INDENTURE TRUSTEE

INDENTURE

DATED AS OF DECEMBER 28, 2006

MORTGAGE-BACKED NOTES

## TABLE OF CONTENTS

Page

### ARTICLE I

### DEFINITIONS

Section 1.01   Definitions ........................................................................................... 2
Section 1.02   Incorporation by Reference of Trust Indenture Act ............................ 2
Section 1.03   Rules of Construction .......................................................................... 2

### ARTICLE II

### ORIGINAL ISSUANCE OF NOTES

Section 2.01   Form ..................................................................................................... 4
Section 2.02   Execution, Authentication and Delivery ............................................. 4
Section 2.03   Acceptance of Mortgage Loans by Indenture Trustee. ...................... 4
Section 2.04   Acceptance of Derivative Contracts by Indenture Trustee ................ 6

### ARTICLE III

### COVENANTS

Section 3.01   Collection of Payments with respect to the Mortgage Loans ............ 6
Section 3.02   Maintenance of Office or Agency ....................................................... 6
Section 3.03   Money for Payments To Be Held in Trust; Paying Agent ................ 6
Section 3.04   Existence ............................................................................................... 8
Section 3.05   Payment of Available Funds. .............................................................. 8
Section 3.06   Allocation of Principal Payments ...................................................... 18
Section 3.07   Payment of Group V-A Notes ........................................................... 18
Section 3.08   Rapid Amortization Events .................... **Error! Bookmark not defined.**
Section 3.09   Allocation of Prepayment Penalties. .......... **Error! Bookmark not defined.**
Section 3.10   Other Matters With Respect to the Notes ........................................ 18
Section 3.11   Protection of Trust Estate. ................................................................. 19
Section 3.12   Opinions as to Trust Estate ............................................................... 20
Section 3.13   Performance of Obligations. ............................................................. 21
Section 3.14   Negative Covenants ........................................................................... 21
Section 3.15   Annual Statement as to Compliance ................................................ 22
Section 3.16   Representations and Warranties Concerning the Mortgage Loans ... 22
Section 3.17   Amendments to Servicing Agreements ............................................ 22
Section 3.18   Servicers as Agent and Bailee of the Indenture Trustee .................. 22
Section 3.19   Investment Company Act ................................................................. 23
Section 3.20   Issuing Entity May Consolidate, etc. ................................................ 23
Section 3.21   Successor or Transferee. ..................................................................... 25
Section 3.22   No Other Business ............................................................................. 25

Section 3.23  No Borrowing ........................................................................................................25
Section 3.24  Guarantees, Loans, Monthly Advances and Other Liabilities ...........................25
Section 3.25  Capital Expenditures ...........................................................................................25
Section 3.26  Determination of Note Interest Rate ..................................................................26
Section 3.27  Restricted Payments ............................................................................................26
Section 3.28  Notice of Events of Default .................................................................................26
Section 3.29  Further Instruments and Acts ............................................................................26
Section 3.30  Statements to Noteholders ..................................................................................26
Section 3.31  [Reserved]. ............................................................................................................26
Section 3.32  [Reserved]. ............................................................................................................26
Section 3.33  [Reserved]. ............................................................................................................26
Section 3.34  Replacement Derivative Contracts ....................Error! Bookmark not defined.
Section 3.35  [Reserved]. ............................................................................................................27
Section 3.36  Suspension of Rights During Credit Enhancer DefaultError! Bookmark not defined.
Section 3.37  Certain Representations Regarding the Trust Estate ......................................27
Section 3.38  Allocation of Realized Losses. .............................................................................28

## ARTICLE IV

## THE NOTES; SATISFACTION AND DISCHARGE OF INDENTURE

Section 4.01  The Notes ...............................................................................................................38
Section 4.02  Registration of and Limitations on Transfer and Exchange of Notes;
             Appointment of Note Registrar and Certificate Registrar ..............................38
Section 4.03  Mutilated, Destroyed, Lost or Stolen Notes .......................................................41
Section 4.04  Persons Deemed Owners .....................................................................................42
Section 4.05  Cancellation ..........................................................................................................42
Section 4.06  Book-Entry Notes .................................................................................................42
Section 4.07  Notices to Depository ...........................................................................................43
Section 4.08  Definitive Notes ....................................................................................................43
Section 4.09  Tax Treatment .....................................................................................................43
Section 4.10  Satisfaction and Discharge of Indenture ...........................................................44
Section 4.11  Application of Trust Money ................................................................................45
Section 4.12  Subrogation and Cooperation .............................................................................45
Section 4.13  Repayment of Monies Held by Paying Agent ....................................................45
Section 4.14  Temporary Notes ..................................................................................................45
Section 4.15  Representations Regarding ERISA ....................................................................46

## ARTICLE V

## DEFAULT AND REMEDIES

Section 5.01  Events of Default ..................................................................................................47
Section 5.02  Acceleration of Maturity; Rescission and Annulment .....................................47
Section 5.03  Collection of Indebtedness and Suits for Enforcement by Indenture
             Trustee .....................................................................................................................48
Section 5.04  Remedies; Priorities. ............................................................................................50

| | | |
|---|---|---|
| Section 5.05 | Optional Preservation of the Trust Estate | 54 |
| Section 5.06 | Limitation of Suits | 54 |
| Section 5.07 | Unconditional Rights of Noteholders To Receive Principal and Interest | 55 |
| Section 5.08 | Restoration of Rights and Remedies | 55 |
| Section 5.09 | Rights and Remedies Cumulative | 55 |
| Section 5.10 | Delay or Omission Not a Waiver | 55 |
| Section 5.11 | Control By Noteholders | 56 |
| Section 5.12 | Waiver of Past Defaults | 56 |
| Section 5.13 | Undertaking for Costs | 56 |
| Section 5.14 | Waiver of Stay or Extension Laws | 57 |
| Section 5.15 | Sale of Trust Estate | 57 |
| Section 5.16 | Action on Notes | 58 |
| Section 5.17 | Performance and Enforcement of Certain Obligations | 58 |

ARTICLE VI

THE INDENTURE TRUSTEE AND THE SECURITIES ADMINISTRATOR

| | | |
|---|---|---|
| Section 6.01 | Duties of Indenture Trustee and Securities Administrator | 60 |
| Section 6.02 | Rights of Indenture Trustee and the Securities Administrator | 61 |
| Section 6.03 | Individual Rights | 63 |
| Section 6.04 | Indenture Trustee's and Securities Administrator's Disclaimer | 63 |
| Section 6.05 | Notice of Event of Default | 63 |
| Section 6.06 | Reports by Securities Administrator to Holders and Tax Administration | 63 |
| Section 6.07 | Compensation and Indemnity | 63 |
| Section 6.08 | Replacement of Indenture Trustee and the Securities Administrator | 64 |
| Section 6.09 | Successor Indenture Trustee and Successor Securities Administrator by Merger | 65 |
| Section 6.10 | Appointment of Co-Indenture Trustee or Separate Indenture Trustee | 66 |
| Section 6.11 | Eligibility; Disqualification | 67 |
| Section 6.12 | Preferential Collection of Claims Against Issuing Entity | 67 |
| Section 6.13 | Representations and Warranties | 67 |
| Section 6.14 | Directions to Indenture Trustee | 68 |
| Section 6.15 | The Agents | 68 |
| Section 6.16 | Administrative Duties | 68 |
| Section 6.17 | Records | 70 |
| Section 6.18 | Additional Information to be Furnished | 70 |
| Section 6.19 | Execution of Cap Contract and Swap Agreement and other Documents | 70 |
| Section 6.20 | Indenture Trustee's Application For Instructions From the Issuing Entity | 70 |
| Section 6.21 | Limitation of Liability | 71 |
| Section 6.22 | Assignment of Rights, Not Assumption of Duties | 71 |

ARTICLE VII

NOTEHOLDERS' LISTS AND REPORTS

| Section 7.01 | Issuing Entity To Furnish Indenture Trustee Names and Addresses of Noteholders | 72 |
| Section 7.02 | Preservation of Information; Communications to Noteholders. | 72 |
| Section 7.03 | Reports by Issuing Entity. | 72 |
| Section 7.04 | Reports by Indenture Trustee | 72 |
| Section 7.05 | Statements to Noteholders | 73 |

## ARTICLE VIII

## ACCOUNTS, DISBURSEMENTS AND RELEASES

| Section 8.01 | Collection of Money | 77 |
| Section 8.02 | Trust Accounts. | 77 |
| Section 8.03 | Officer's Certificate | 77 |
| Section 8.04 | Termination Upon Distribution to Noteholders | 78 |
| Section 8.05 | Termination following TMP Trigger Event | 78 |
| Section 8.06 | Release of Trust Estate. | 78 |
| Section 8.07 | Surrender of Notes Upon Final Payment or TMP Trigger Event | 79 |
| Section 8.08 | Optional Redemption of the Notes. | 79 |
| Section 8.09 | Collection of Mortgage Loan Payments | 82 |
| Section 8.10 | Withdrawals from the Payment Account. | 83 |

## ARTICLE IX

## SUPPLEMENTAL INDENTURES

| Section 9.01 | Supplemental Indentures Without Consent of Noteholders. | 86 |
| Section 9.02 | Supplemental Indentures With Consent of Noteholders | 87 |
| Section 9.03 | Execution of Supplemental Indentures | 89 |
| Section 9.04 | Effect of Supplemental Indenture | 89 |
| Section 9.05 | Conformity with Trust Indenture Act | 89 |
| Section 9.06 | Reference in Notes to Supplemental Indentures | 89 |

## ARTICLE X

## MISCELLANEOUS

| Section 10.01 | Compliance Certificates and Opinions, etc | 90 |
| Section 10.02 | Form of Documents Delivered to Indenture Trustee | 91 |
| Section 10.03 | Acts of Noteholders. | 92 |
| Section 10.04 | Notices etc., to Indenture Trustee, Issuing Entity, Securities Administrator and Credit Enhancer. | 92 |
| Section 10.05 | Notices to Noteholders; Waiver | 93 |
| Section 10.06 | Conflict with Trust Indenture Act | 94 |
| Section 10.07 | Effect of Headings. | 94 |
| Section 10.08 | Successors and Assigns | 94 |
| Section 10.09 | Separability | 94 |

| | | |
|---|---|---|
| Section 10.10 | Benefits of Indenture | 94 |
| Section 10.11 | Legal Holidays | 94 |
| Section 10.12 | GOVERNING LAW | 94 |
| Section 10.13 | Counterparts | 95 |
| Section 10.14 | Recording of Indenture | 95 |
| Section 10.15 | Issuing Entity Obligation | 95 |
| Section 10.16 | No Petition | 96 |
| Section 10.17 | Inspection | 96 |

## ARTICLE XI

## REMIC CONVERSION

| | | |
|---|---|---|
| Section 11.01 | Discharge of Indenture and Transfer of Mortgage Loans | 97 |
| Section 11.02 | Conditions Precedent to a REMIC Conversion | 97 |

## ARTICLE XII

## CERTAIN MATTERS REGARDING THE CREDIT ENHANCER

| | | |
|---|---|---|
| Section 12.01 | Exercise of Rights of Holder of the Class V-A Notes. | Error! Bookmark not defined. |
| Section 12.02 | Indenture Trustee and Securities Administrator to Act Solely with Consent of Credit Enhancer. | Error! Bookmark not defined. |
| Section 12.03 | Trust and Accounts Held for Benefit of Credit Enhancer. | Error! Bookmark not defined. |
| Section 12.04 | Claims Upon the Policy; Policy Payments Account. | Error! Bookmark not defined. |
| Section 12.05 | Effect of Payments by Credit Enhancer; Subrogation. | Error! Bookmark not defined. |
| Section 12.06 | Notices to Credit Enhancer. | Error! Bookmark not defined. |
| Section 12.07 | Third Party Beneficiary. | Error! Bookmark not defined. |
| Section 12.08 | Ratings Assigned Without Regard to Policy. | Error! Bookmark not defined. |
| Section 12.09 | Indenture Trustee to Hold the Policy. | Error! Bookmark not defined. |
| Section 12.10 | Termination of Certain of Credit Enhancer's Rights. | Error! Bookmark not defined. |

## EXHIBITS

| | | |
|---|---|---|
| Exhibit A-1 | — | Form of Class [_-A-_] Notes |
| Exhibit A-2 | — | Form of Class [_-M-_] Notes |
| Exhibit A-3 | — | [Reserved] |
| Exhibit A-4 | — | [Reserved] |
| Exhibit B | — | Mortgage Loan Schedule |
| Exhibit C | — | [Reserved] |
| Exhibit D-1 | — | Form of Cap Contracts and Credit Support Annexes |
| Exhibit D-2 | — | Form of Interest Rate Swap Agreement |
| Exhibit E | — | [Reserved] |
| Exhibit F | — | [Reserved] |
| Exhibit G | — | [Reserved] |
| Exhibit H | — | Form of Initial Certification |
| Exhibit I | — | Form of Final Certification |
| Exhibit J | — | Form of Request for Release |
| Exhibit K | — | Form of Rule 144A Investment Representation |
| Exhibit L | — | Form of Certificate of Non-Foreign Status |
| Exhibit M | — | Form of Investment Letter |
| Exhibit N | — | Form of Transferor Certificate |
| Exhibit O | — | Form of ERISA Letter |
| Exhibit P | — | Form of Transferee Certificate |
| Exhibit Q | — | Form of Lender Transferor Certificate |
| Appendix A | — | Definitions |

the Issuing Entity cause to be published once, in an Authorized Newspaper published in the English language, notice that such money remains unclaimed and that, after a date specified therein which shall not be less than 30 days from the date of such publication, any unclaimed balance of such money then remaining will be repaid to the Issuing Entity. The Securities Administrator may also adopt and employ, at the expense and direction of the Issuing Entity, any other reasonable means of notification of such repayment (including, but not limited to, mailing notice of such repayment to Holders whose Notes have been called but have not been surrendered for redemption or whose right to or interest in monies due and payable but not claimed is determinable from the records of the Securities Administrator or of any Paying Agent, at the last address of record for each such Holder).

Section 3.04  Existence. The Issuing Entity will keep in full effect its existence, rights and franchises as a statutory trust under the laws of the State of Delaware (unless it becomes, or any successor Issuing Entity hereunder is or becomes, organized under the laws of any other state or of the United States of America, in which case the Issuing Entity will keep in full effect its existence, rights and franchises under the laws of such other jurisdiction) and will obtain and preserve its qualification to do business in each jurisdiction in which such qualification is or shall be necessary to protect the validity and enforceability of this Indenture, the Notes, the Mortgage Loans and each other instrument or agreement included in the Trust Estate.

Section 3.05  Payment of Available Funds.

(a)  On each Payment Date from amounts on deposit in the Payment Account in accordance with Section 8.02 hereof, the Securities Administrator shall pay to the Persons specified below, to the extent provided therein in accordance with the statement furnished by the Securities Administrator pursuant to Section 7.05 hereof for such Payment Date, the Available Funds with respect to each Loan Group for such Payment Date.

(b)  On each Payment Date, the Securities Administrator shall withdraw from funds in the Payment Account the related Available Funds with respect to Loan Group I-1 and Loan Group I-2 for such Payment Date and make the following payments, in the order of priority described below, in each case to the extent of the related Available Funds remaining for such Payment Date:

(i)  concurrently, (A) from the Available Funds relating to Loan Group I-1, concurrently to the Holders of the Class I-1A-1, Class I-1A-2 and Class I-1A-3 Notes, pro rata, based on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date and (B) from the Available Funds relating to Loan Group I-2, concurrently to the Holders of the Class I-2A-1, Class I-2A-2 and Class I-2A-3 Notes, pro rata, based on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date;

(ii)  from the remaining Available Funds relating to Loan Group I-1 and Loan Group I-2 for such Payment Date, concurrently to the Holders of the Class I-1A-1, Class I-1A-2, Class I-1A-3, Class I-2A-1, Class I-2A-2 and Class I-2A-3 Notes, pro rata, based

on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date;

   (iii) from the remaining Available Funds relating to Loan Group I-1 and Loan Group I-2 for such Payment Date, sequentially, to the Holders of the Class I-M-1, Class I-M-2, Class I-M-3, Class I-M-4, Class I-M-5, Class I-M-6 Notes, in that order, the Accrued Note Interest for each such Class for such Payment Date; and

   (iv) any remainder (to the extent not included as a part of the related Principal Distribution Amount as provided in Section 3.05(c) and (d) below) shall be included in the related Net Monthly Excess Cashflow and allocated as described in Section 3.05(e) below.

  (c) On each Payment Date (X) prior to the related Stepdown Date or (Y) on which a related Trigger Event is in effect, the Holders of each Class of Class I-A Notes and Class I-M Notes shall be entitled to receive payments in respect of principal to the extent of the related Principal Distribution Amount in the following amounts and order of priority:

   (i) concurrently, the related Class I-A Principal Allocation Fraction of the related Principal Distribution Amount shall be allocated to the Class I-1A Notes and Class I-2A Notes, as provided in Section 3.06(a) below, until the Note Principal Balance of each such Class has been reduced to zero;

   (ii) concurrently, any remaining related Principal Distribution Amount shall be distributed to the Class I-1A Notes and Class I-2A Notes, pro rata, based on the Note Principal Balances thereof, until the Note Principal Balance of each such Class has been reduced to zero;

   (iii) any remaining related Principal Distribution Amount, sequentially, to the holders of the Class I-M-1, Class I-M-2, Class I-M-3, Class I-M-4, Class I-M-5 and Class I-M-6 Notes, in that order, until the Note Principal Balance of each such Class is reduced to zero; and

   (iv) any remainder as part of the Net Monthly Excess Cashflow to be allocated as described in Section 3.05(e) below.

  (d) On each Payment Date (X) on or after the related Stepdown Date and (Y) on which a related Trigger Event is not in effect, the Holders of each Class I-A Notes and Class I-M Notes shall be entitled to receive payments in respect of principal to the extent of the Principal Distribution Amount in the following amounts and order of priority:

   (i) concurrently, in an amount up to the related Class I-A Principal Allocation Fraction of the Class I-A Principal Distribution Amount shall be allocated to the Class I-1A Notes and Class I-2A Notes, as provided in Section 3.06(a) below, until the Note Principal Balances thereof have been reduced to zero;

   (ii) from any remaining related Principal Distribution Amount, in an amount up to any remaining Class I-A Principal Distribution Amount shall be distributed to the

9

Class I-A Notes, pro rata, until the Note Principal Balance of such Class has been reduced to zero;

(iii) from any remaining related Principal Distribution Amount, to the Class I-M-1 Notes, in an amount up to the Class I-M-1 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(iv) from any remaining related Principal Distribution Amount, to the Class I-M2 Notes, in an amount up to the Class I-M-2 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(v) from any remaining related Principal Distribution Amount, to the Class I-M-3 Notes, in an amount up to the Class I-M-3 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(vi) from any remaining related Principal Distribution Amount, to the Class I-M-4 Notes, in an amount up to the Class I-M-4 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(vii) from any remaining related Principal Distribution Amount, to the Class I-M-5 Notes, in an amount up to the Class I-M-5 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(viii) from any remaining related Principal Distribution Amount, to the Class I-M-6 Notes, in an amount up to the Class I-M-6 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero; and

(ix) any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(e) below.

(e) On each Payment Date, any Net Monthly Excess Cashflow for the Group I Loans shall be paid as follows, in each case to the extent of remaining related Net Monthly Excess Cashflow:

(i) to the Holders of the Class I-A Notes and Class I-M Notes in an amount equal to the related Overcollateralization Increase Amount, payable to such Holders as part of the related Principal Distribution Amount as provided in Sections 3.05(c) and (d) above;

(ii) to the Class I-A Notes, concurrently, (A) sequentially, to the Class I-1A1, Class I-1A-2 and Class I-1A-3 Notes, in that order, and (B) sequentially, to the Class I-2A1, Class I-2A-2 and Class I-2A-3 Notes, in that order, in each case, any Allocated Realized Loss Amount for such Class for such Payment Date;

(iii) sequentially, to the Class I-M-1, Class I-M-2, Class I-M-3, Class I-M-4, Class I-M-5 and Class I-M-6 Notes, in that order, in each case, first in an amount equal to any Unpaid Interest Shortfall for that Class, and second in an amount equal to any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

10

(iv) concurrently, to each Class of Class I-A Notes, any Basis Risk Shortfall Carryforward Amount for such Classes, pro rata, based on the amount of Basis Risk Shortfall Carryforward Amount due such Classes; and then sequentially to the Class I-M-1, Class I-M-2, Class I-M-3, Class I-M-4, Class I-M-5 and Class I-M-6 Notes, in that order, any Basis Risk Shortfall Carryforward Amount due to such Classes; and

(v) any remaining amounts shall be distributed to the Certificate Paying Agent, as designee of the Issuing Entity, for the benefit of the Holders of the Trust Certificate, as provided herein and in the Trust Agreement.

(f) On each Payment Date, the Securities Administrator shall withdraw from funds in the Payment Account the related Available Funds with respect to Loan Group II-1 and Loan Group II-2 for such Payment Date and make the following payments, in the order of priority described below, in each case to the extent of the related Available Funds remaining for such Payment Date:

(i) concurrently, (A) from the Available Funds relating to Loan Group II-1, concurrently to the holders of the Class II-1A-1 Notes and Class II-1A-2 Notes, pro rata, based on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date and (B) from the Available Funds relating to Loan Group II-2, concurrently to the holders of the Class II-2A-1 Notes and Class II-2A-2 Notes, pro rata, based on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date;

(ii) from the remaining Available Funds relating to Loan Group II-1 and Loan Group II-2 for such Payment Date, concurrently to the Class II-1A-1, Class II-1A-2, Class II-2A-1 and Class II-2A-2 Notes, pro rata, based on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date;

(iii) from the remaining Available Funds relating to Loan Group II-1 and Loan Group II-2 for such Payment Date, sequentially, to the holders of the Class II-M-1, Class II-M-2, Class II-M-3, Class II-M-4 and Class II-M-5 Notes, in that order, the Accrued Note Interest for each such Class for such Payment Date; and

(iv) any remainder (to the extent not included as a part of the related Principal Distribution Amount as provided in Section 3.05(g) and (h) below) shall be included in the related Net Monthly Excess Cashflow and allocated as described in Section 3.05(i) below.

(g) On each Payment Date (X) prior to the related Stepdown Date or (Y) on which a related Trigger Event is in effect, the Holders of each Class of Class II-A Notes and Class II-M Notes shall be entitled to receive payments in respect of principal to the extent of the related Principal Distribution Amount in the following amounts and order of priority:

(i) concurrently, the related Class II-A Principal Allocation Fraction of the related Principal Distribution Amount shall be allocated to the Class II-1A Notes and

11

Class II-2A Notes, as provided in Section 3.06(b) below, until the Note Principal Balance of each such Class has been reduced to zero;

(ii) concurrently, any remaining related Principal Distribution Amount shall be distributed to the Class II-A Notes, pro rata, based on the Note Principal Balances thereof, until the Note Principal Balance of each such Class has been reduced to zero;

(iii) any remaining related Principal Distribution Amount, sequentially, to the holders of the Class II-M-1, Class II-M-2, Class II-M-3, Class II-M-4 and Class II-M-5 Notes, in that order, until the Note Principal Balance of each such Class is reduced to zero; and

(iv) any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(i) below.

(h) On each Payment Date (X) on or after the related Stepdown Date and (Y) on which a related Trigger Event is not in effect, the Holders of each Class II-A Notes and Class II-M Notes shall be entitled to receive payments in respect of principal to the extent of the Principal Distribution Amount in the following amounts and order of priority:

(i) concurrently, in an amount up to the related Class II-A Principal Allocation Fraction of the Class II-A Principal Distribution Amount shall be allocated to the Class II-1A Notes and Class II-2A Notes, as provided in Section 3.06(b) below, until the Note Principal Balances thereof have been reduced to zero;

(ii) from any remaining related Principal Distribution Amount, in an amount up to any remaining Class II-A Principal Distribution Amount shall be distributed to the Class II-A Notes, pro rata, until the Note Principal Balance of such Class has been reduced to zero;

(iii) from any remaining related Principal Distribution Amount, to the Class II-M-1 Notes, in an amount up to the Class II-M-1 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(iv) from any remaining related Principal Distribution Amount, to the Class II-M2 Notes, in an amount up to the Class II-M-2 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(v) from any remaining related Principal Distribution Amount, to the Class II-M-3 Notes, in an amount up to the Class II-M-3 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(vi) from any remaining related Principal Distribution Amount, to the Class II-M-4 Notes, in an amount up to the Class II-M-4 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(vii)    from any remaining related Principal Distribution Amount, to the Class II-M-5 Notes, in an amount up to the Class II-M-5 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero; and

(viii)    any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(i) below.

(i)    On each Payment Date, any Net Monthly Excess Cashflow for the Group II Loans shall be paid as follows, in each case to the extent of remaining related Net Monthly Excess Cashflow:

(i)    to the Holders of the Class II-A Notes and Class II-M Notes in an amount equal to the related Overcollateralization Increase Amount, payable to such Holders as part of the related Principal Distribution Amount as provided in Sections 3.05(g) and (h) above;

(ii)    to the Class II-A Notes, concurrently, (A) sequentially, to the Class II-1A1 Notes and Class II-1A-2 Notes, in that order, and (B) sequentially, to the Class II-2A1 Notes and Class II-2A-2 Notes, in that order;

(iii)    sequentially, to the Class II-M-1, Class II-M-2, Class II-M-3, Class II-M-4 and Class II-M-5 Notes, in that order, in each case, first in an amount equal to any Unpaid Interest Shortfall for that Class, and second in an amount equal to any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

(iv)    concurrently, to each Class of Class II-A Notes, any Basis Risk Shortfall Carryforward Amount or Net WAC Shortfall Carryforward Amount, as applicable, for such Classes, pro rata, based on the amount of Basis Risk Shortfall Carryforward Amount or Net WAC Shortfall Carryforward Amount, as applicable, due such Classes; and then sequentially to the Class II-M-1, Class II-M-2, Class II-M-3, Class II-M-4 and Class II-M-5 Notes, in that order, any Basis Risk Shortfall Carryforward Amount due to such Classes; and

(v)    any remaining amounts shall be distributed to the Certificate Paying Agent, as designee of the Issuing Entity, for the benefit of the Holders of the Trust Certificate, as provided herein and in the Trust Agreement.

(j)    On each Payment Date, the Securities Administrator shall withdraw from funds in the Payment Account the related Available Funds with respect to Loan Group III for such Payment Date and make the following payments, in the order of priority described below, in each case to the extent of the related Available Funds remaining for such Payment Date:

(i)    to the holders of the Class III-A Notes, pro rata, based on their respective entitlements, the Accrued Note Interest and Unpaid Interest Shortfall for each such Class for such Payment Date;

(ii)    from the remaining Available Funds relating to Loan Group III for such Payment Date, sequentially, to the holders of the Class III-M-1, Class III-M-2, Class III-

13

M-3 and Class III-M-4 Notes, in that order, the Accrued Note Interest for each such Class for such Payment Date; and

(iii) any remainder (to the extent not included as a part of the related Principal Distribution Amount as provided in Section 3.05(k) and (l) below) shall be included in the related Net Monthly Excess Cashflow and allocated as described in Section 3.05(m) below.

(k) On each Payment Date (X) prior to the related Stepdown Date or (Y) on which a related Trigger Event is in effect, the Holders of each Class of Class III-A Notes and Class III-M Notes shall be entitled to receive payments in respect of principal to the extent of the related Principal Distribution Amount in the following amounts and order of priority:

(i) the related Principal Distribution Amount shall be distributed first, to the Class III-A-1 Notes, and second, to the Class III-A-2 Notes and Class III-A-3 Notes, pro rata, until the Note Principal Balance of each such Class has been reduced to zero;

(ii) any remaining related Principal Distribution Amount, sequentially, to the holders of the Class III-M-1, Class III-M-2, Class III-M-3, Class III-M-4 and Class III-M-5 Notes, in that order, until the Note Principal Balance of each such Class is reduced to zero; and

(iii) any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(m) below.

(l) On each Payment Date (X) on or after the related Stepdown Date and (Y) on which a related Trigger Event is not in effect, the Holders of each Class III-A Notes and Class III-M Notes shall be entitled to receive payments in respect of principal to the extent of the Principal Distribution Amount in the following amounts and order of priority:

(i) in an amount up to the Class III-A Principal Distribution Amount, first, to the Class III-A-1 Notes, and second, to the Class III-A-2 Notes and Class III-A-3 Notes, pro rata, until the Note Principal Balance of each such Class has been reduced to zero;

(ii) from any remaining related Principal Distribution Amount, to the Class III-M-1 Notes, in an amount up to the Class III-M-1 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(iii) from any remaining related Principal Distribution Amount, to the Class III-M-2 Notes, in an amount up to the Class III-M-2 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(iv) from any remaining related Principal Distribution Amount, to the Class III-M-3 Notes, in an amount up to the Class III-M-3 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

    (v) from any remaining related Principal Distribution Amount, to the Class III-M-4 Notes, in an amount up to the Class III-M-4 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

    (vi) from any remaining related Principal Distribution Amount, to the Class III-M-5 Notes, in an amount up to the Class III-M-5 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero; and

    (vii) any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(m) below.

  (m) On each Payment Date, any Net Monthly Excess Cashflow for the Group III Loans shall be paid as follows, in each case to the extent of remaining related Net Monthly Excess Cashflow:

    (i) to the Holders of the Class III-A Notes and Class III-M Notes in an amount equal to the related Overcollateralization Increase Amount, payable to such Holders as part of the related Principal Distribution Amount as provided in Sections 3.05(k) and (l) above;

    (ii) sequentially, to the Class III-A-1, Class III-A-2 and Class III-A-3 Notes, in that order, in an amount equal to any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

    (iii) sequentially, to the Class III-M-1, Class III-M-2, Class III-M-3 and Class III-M-4 Notes, in that order, in each case, first in an amount equal to any Unpaid Interest Shortfall for that Class, and second in an amount equal to any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

    (iv) to the Class III-M-5 Notes, any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

    (v) to the Class III-A Notes, any Net WAC Shortfall Carryforward Amount for such Classes, pro rata based on entitlement; and then sequentially to the Class III-M-1, Class III-M-2, Class III-M-3 and Class III-M-4 Notes, in that order, any Basis Risk Shortfall Carryforward Amount due to such Classes; and

    (vi) any remaining amounts shall be distributed to the Certificate Paying Agent, as designee of the Issuing Entity, for the benefit of the Holders of the Trust Certificate, as provided herein and in the Trust Agreement.

  (n) On each Payment Date, the Securities Administrator shall withdraw from funds in the Payment Account the related Available Funds with respect to Loan Group IV for such Payment Date and make the following payments, in the order of priority described below, in each case to the extent of the related Available Funds remaining for such Payment Date:

15

(i) to the Derivative Account, an amount equal to the sum of any Net Swap Payment and Swap Termination Payment due to the Swap Provider (other than certain Swap Termination Payments resulting from a Swap Provider Termination event);

(ii) from the remaining Available Funds relating to Loan Group IV for such Payment Date, to the holders of the Class IV-A Notes, the Accrued Note Interest and Unpaid Interest Shortfall for such Class for such Payment Date;

(iii) from the remaining Available Funds relating to Loan Group IV for such Payment Date, sequentially, to the holders of the Class IV-M-1, Class IV-M-2, Class IV-M-3, Class IV-M-4, Class IV-M-5, Class IV-M-6, Class IV-M-7, Class IV-M-8 and Class IV-M-9 Notes, in that order, the Accrued Note Interest for each such Class for such Payment Date; and

(iv) any remainder (to the extent not included as a part of the related Principal Distribution Amount as provided in Section 3.05(o) and (p) below) shall be included in the related Net Monthly Excess Cashflow and allocated as described in Section 3.05(q) below.

(o) On each Payment Date (X) prior to the related Stepdown Date or (Y) on which a related Trigger Event is in effect, the Holders of each Class of Class IV-A Notes and Class IV-M Notes shall be entitled to receive payments in respect of principal to the extent of the related Principal Distribution Amount in the following amounts and order of priority:

(i) the related Principal Distribution Amount shall be distributed to the Class IV-A Notes, until the Note Principal Balance thereof has been reduced to zero;

(ii) any remaining related Principal Distribution Amount, sequentially, to the holders of the Class IV-M-1, Class IV-M-2, Class IV-M-3, Class IV-M-4, Class IV-M-5, Class IV-M-6, Class IV-M-7, Class IV-M-8, Class IV-M-9 and Class IV-M-10 Notes, in that order, until the Note Principal Balance of each such Class is reduced to zero; and

(iii) any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(q) below.

(p) On each Payment Date (X) on or after the related Stepdown Date and (Y) on which a related Trigger Event is not in effect, the Holders of each Class IV-A Notes and Class IV-M Notes shall be entitled to receive payments in respect of principal to the extent of the Principal Distribution Amount in the following amounts and order of priority:

(i) in an amount up to the Class IV-A Principal Distribution Amount, to the Class IV-A Notes, until the Note Principal Balance thereof has been reduced to zero;

(ii) from any remaining related Principal Distribution Amount, to the Class IV-M-1 Notes, in an amount up to the Class IV-M-1 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(iii) from any remaining related Principal Distribution Amount, to the Class IV-M-2 Notes, in an amount up to the Class IV-M-2 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(iv) from any remaining related Principal Distribution Amount, to the Class IV-M-3 Notes, in an amount up to the Class IV-M-3 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(v) from any remaining related Principal Distribution Amount, to the Class IV-M-4 Notes, in an amount up to the Class IV-M-4 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(vi) from any remaining related Principal Distribution Amount, to the Class IV-M-5 Notes, in an amount up to the Class IV-M-5 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(vii) from any remaining related Principal Distribution Amount, to the Class IV-M-6 Notes, in an amount up to the Class IV-M-6 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(viii) from any remaining related Principal Distribution Amount, to the Class IV-M-7 Notes, in an amount up to the Class IV-M-7 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(ix) from any remaining related Principal Distribution Amount, to the Class IV-M-8 Notes, in an amount up to the Class IV-M-8 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(x) from any remaining related Principal Distribution Amount, to the Class IV-M-9 Notes, in an amount up to the Class IV-M-9 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero;

(xi) from any remaining related Principal Distribution Amount, to the Class IV-M-10 Notes, in an amount up to the Class IV-M-10 Principal Distribution Amount, until the Note Principal Balance thereof has been reduced to zero; and

(xii) any remainder as part of the related Net Monthly Excess Cashflow to be allocated as described in Section 3.05(q) below.

(q) On each Payment Date, any Net Monthly Excess Cashflow for the Group IV Loans shall be paid as follows, in each case to the extent of remaining related Net Monthly Excess Cashflow:

(i) to the Holders of the Class IV-A Notes and Class IV-M Notes in an amount equal to the related Overcollateralization Increase Amount, payable to such Holders as part of the related Principal Distribution Amount as provided in Sections 3.05(o) and (p) above;

(ii) sequentially, to the Class IV-M-1, Class IV-M-2, Class IV-M-3, Class IV-M-4, Class IV-M-5, Class IV-M-6, Class IV-M-7, Class IV-M-8 and Class IV-M-9 Notes, in that order, in each case, first in an amount equal to any Unpaid Interest Shortfall for that Class, and second in an amount equal to any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

(iii) to the Class IV-M-10 Notes, any Allocated Realized Loss Amount for that Class, to the extent not previously reimbursed;

(iv) to the Class IV-A Notes, first, an amount equal to any Basis Risk Shortfall Carryforward Amount for such Class, then sequentially to Class IV-M-1, Class IV-M-2, Class IV-M-3, Class IV-M-4, Class IV-M-5, Class IV-M-6, Class IV-M-7, Class IV-M-8 and Class IV-M-9 Notes, in that order, an amount equal to any Basis Risk Shortfall Carryforward Amount due to such Classes;

(v) to the Derivative Account, any Swap Termination Payment resulting from a Swap Provider Trigger Event (to the extent not paid by the Securities Administrator from any upfront payment received pursuant to any related replacement interest rate swap agreement that may be entered into by the Issuing Entity); and

(vi) any remaining amounts shall be distributed to the Certificate Paying Agent, as designee of the Issuing Entity, for the benefit of the Holders of the Trust Certificate, as provided herein and in the Trust Agreement.

Section 3.06    Allocation of Principal Payments.

(a) Any amounts payable to the Class I-A Notes as provided in Section 3.05(c)(i) and 3.05(d)(i) above shall be distributed concurrently, (i) to the Class I-1A-1, Class I-1A-2 and Class I-1A-3 Notes, concurrently, on a pro rata basis and (ii) to the Class I-2A-1, Class I-2A-2 and Class I-2A-3 Notes, concurrently, on a pro rata basis, in each case, until the Note Principal Balance of each such Class has been reduced to zero.

(b) Any amounts distributable to the Class II-A Notes as provided in Section 3.05(g)(i) and 3.05(h)(i) above shall be distributed concurrently, (i) to the Class II-1A-1 Notes and Class II-1A-2 Notes, concurrently, on a pro rata basis and (ii) to the Class II-2A-1 Notes and Class II-2A-2 Notes, concurrently, on a pro rata basis.

Section 3.07    [reserved].

Section 3.08    [reserved].

Section 3.09    [reserved].

Section 3.10    Other Matters With Respect to the Notes.

(a) Each distribution with respect to a Book-Entry Note shall be paid to the Depository, as Holder thereof, and the Depository shall be responsible for crediting the amount of such distribution to the accounts of its Depository Participants in accordance with its normal