- 12 -

## **Exhibit D**

[Letter from the Bear Entities to Wells Fargo]

WIL:69267.1/WEL079-247173

**BEAR STEARNS & CO. INC.**
**BEAR STEARNS MORTGAGE CAPITAL CORPORATION**
383 Madison Avenue
New York, New York 10179

**BEAR, STEARNS INTERNATIONAL LIMITED**
One Canada Square
London E14 5AD, England

September 24, 2007

Wells Fargo Bank N.A.
Corporate Trust Division
9062 Old Annapolis Road
Columbia, MD 21045

Attention: Ms. Stacy Taylor
stacey.m.taylor@wellsfargo.com

Re: September 25, 2007 Principal Interest Payments
for American Home Mortgage Corp. and Homebanc Corp.

Dear Sirs:

On August 2, August 3, and August 6, 2007, respectively, Bear Stearns Mortgage Capital Corp., Bear, Stearns International Limited and Bear, Stearns & Co. Inc. notified American Home Mortgage Investment Corp. and American Home Mortgage Acceptance (collectively, "AHM") that AHM was in default pursuant to certain repurchase agreements between each of these entities and AHM. Subsequent to such defaults, the aforementioned Bear Stearns entities exercised their rights to conduct liquidations of securities and loans subject to the repurchase agreements.

Similarly, on August 14 and August 17, 2007, Bear, Stearns International Limited and Bear, Stearns & Co. Inc. notified Homebanc Mortgage Corp. ("HB") that HB was in default pursuant to certain repurchase agreements between each of these entities and HB. Subsequent to such defaults, Bear Stearns International Limited and Bear, Stearns & Co. Inc. exercised their rights to conduct liquidations of securities and loans subject to the repurchase agreements.

As a result of these defaults, Bear, Stearns & Co. Inc. and certain of its affiliates ("Bear Stearns") became the owner of each of the securities referred to on the attached Schedule A by security name and CUSIP number (the "Referenced Securities"). As of August 31, 2007, Bear Stearns was the holder of the Referenced Securities and, thus, is entitled to the August principal and interest payments relating to those securities (the "P&I Payments").

As you know, Wells Fargo acts as transfer agent for the Referenced Securities. By this letter, we direct you to make the P&I Payments on the Referenced Securities to Bear Stearns.

We also hereby give notice to you that if you: (i) fail to make the P&I Payments as directed in this letter, and/or (ii) make the P&I Payments to AHM, HB or any other entity, we will hold you strictly liable and will immediately exercise all available legal rights and remedies against you.

Very truly yours,

**BEAR, STEARNS & CO. INC.**

By: _____
Name: Timothy Greene
Title: Senior Managing Director

**BEAR STEARNS MORTGAGE CAPITAL CORPORATION**

By: _____
Name: Timothy Greene
Title: Senior Vice President

**BEAR, STEARNS INTERNATIONAL LIMITED**

By: _____
Name: Timothy Greene
Title: Authorized Signatory

2