## Exhibit E

[Letter from Wells Fargo to the Debtor and the Bear Entities, seeking confirmation that the Debtor and the Bear Entities assert rights to the August Payment (the "*Confirmation Letter*")]

WIL:69267.1/WEL079-247173



Corporate Trust Services
MAC N2702-011
9062 Old Annapolis Road
Columbia, MD 21045
410 884-2000
410 715-2380 Fax

Wells Fargo Bank, N.A.

September 28, 2007

Bear Stearns & Co., Inc.
Bear Stearns Mortgage Capital Corporation
383 Madison Avenue
New York, New York 10179
Attention: Timothy Greene
   Senior Managing Director

Bear Stearns International Limited
One Canada Square
London E14 5AD, England
Attention: Timothy Greene
   Senior Managing Director

American Home Mortgage Servicing, Inc.
4600 Regent Boulevard, Suite 200
Irving, Texas 75063-2250
Attention: David Friedman

Re:  Competing Claims with respect to Principal and Interest Payments for the August
   Payment Period for 026929BS7 (the "Securities")

Dear Mr. Green and Mr. Friedman:

  Please be advised that Wells Fargo Bank, N.A., as Master Servicer, Securities Administrator, Registrar, Paying Agent, and Transfer Agent ("Wells Fargo") has become aware that there are competing claims to the Principal and Interest Payments ("P & I Payments") with respect to the Securities. These P & I Payments for the August Payment Period payable September 25 are in the following amounts:

| Securities | Distribution Amount |
| --- | --- |
| AHMIT 2006-3 residual payment | $1,863,786.18 |
| **TOTAL** | $1,863,786.18 |

  Wells Fargo has not made any distribution for the August Payment Period with respect to the above referenced Securities in light of its understanding that there are competing claims to these funds, and continues to maintain possession of these funds. Please confirm whether or not you claim an interest or entitlement to the above referenced payments. Please be advised that, in the absence of confirmation that either of you are not claiming an interest in the above referenced

payments, or there is a resolution of these competing claims, and such confirmation or resolution is in form and substance satisfactory to Wells Fargo, Wells Fargo will have no choice but to institute an interpleader proceeding in an appropriate jurisdiction seeking a judicial resolution of these competing claims.

We look forward to hearing from you in connection with these matters. Nothing contained herein shall be a waiver of any right, claim, cause of action or defense that might be available to Wells Fargo nor shall it be deemed to be an election of any remedy, all of which are expressly preserved.

WELLS FARGO BANK, N.A., as Master
    Servicer, Securities Administrator, Registrar,
    Paying Agent, and Transfer Agent

By: _____
    William Fay
    Corporate Trust Officer

cc:  Jeffrey A. Aronson
     Andrew W. Stern, Esq.
     James L. Patton, Jr., Esq.