- 14 -

## **Exhibit F**

[Response to Confirmation Letter]

WIL:69267.1/WEL079-247173

**BEAR STEARNS & CO. INC.**
**BEAR STEARNS MORTGAGE CAPITAL CORPORATION**
383 Madison Avenue
New York, New York 10179

**BEAR, STEARNS INTERNATIONAL LIMITED**
One Canada Square
London E14 5AD, England

September 28, 2007

William Fay
Wells Fargo Bank N.A.
Corporate Trust Division
9062 Old Annapolis Road
Columbia, MD 21045

Re:   Security Bearing Cusip No. 026929BS7

Dear Mr. Fay:

In response to your letter of September 28, 2007 concerning Principal & Interest Payments with respect to the above-referenced security (the "P&I Payments"), this will confirm that, further to our letters of September 24 and September 26, 2007, Bear Stearns is entitled to each of the P&I Payments listed in your September 28 letter because Bear Stearns was the owner of the subject security on August 31, 2007.

Please do not hesitate to contact the undersigned or our counsel, Andrew W. Stern at Sidley Austin LLP, should you have any questions.

Very truly yours,

BEAR, STEARNS & CO. INC

By: /s/ David Marren
Name:  David Marren
Title:  Senior Managing Director

**BEAR STEARNS MORTGAGE CAPITAL CORPORATION**

By: /s/ David Marren
Name: David Marren
Title: Senior Vice President

**BEAR, STEARNS INTERNATIONAL LIMITED**

By: /s/ David Marren
Name: David Marren
Title: Authorized Signatory