## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, et al., : | Jointly Administered |
| : | |
| Debtors. : | **Hearing Date: Not Applicable** |
| ------------------------------------------------------------ x | **Objection Deadline: Not Applicable** |

## STIPULATION AND ORDER EXTENDING DEBTORS' AND PARTICIPANT GROUP'S TIME TO FILE SUPPLEMENTAL BRIEFS WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER (I) TERMINATING THEIR NON-QUALIFIED DEFERRED COMPENSATION PLAN PURSUANT TO SECTION 363(b)(1) OF THE BANKRUPTCY CODE AND (II) DIRECTING THE TRUSTEE OF THE DEBTORS' NON-QUALIFIED DEFERRED COMPENSATION PLAN TRUST TO RETURN DEBTORS' ASSETS HELD IN TRUST TO THE DEBTORS' ESTATES PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE

IT IS HEREBY STIPULATED by and among the above-captioned debtors and

debtors in possession (collectively, the "Debtors")[1] and the Participant Group,[2] by and through

their respective undersigned counsel, and subject to approval by the Court, that the time within

which the Debtors and the Participant Group have to file supplemental briefs with respect to

Debtors' Motion for an Order (I) Terminating Their Non-Qualified Deferred Compensation Plan

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] "Participant Group" refers to the 110 participants in the American Home Mortgage Holdings, Inc. Deferred Compensation Plan who have joined in the Objection of Participant Group to the Motion [Docket No. 712].

Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [Docket No. 493] (the "Motion") shall be, and hereby is, extended from October 25, 2007 at 4:00 p.m. (ET) to October 26, 2007 at 11:00 a.m. (ET).

Dated: October 25, 2007

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Kara Hammond Coyle
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors

MCDONALD HOPKINS, LLC

/s/ Sean D. Malloy
Sean D. Malloy
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474

Counsel to the Participant Group

SO ORDERED, this 25th day of October, 2007.

Christopher S. Sontchi
United States Bankruptcy Judge