# SIGN-IN-SHEET (1)

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 25, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Leo Crowley ~~Margot P. Erlich~~ (telephonic) | Pillsbury Winthrop Shaw Pittman | Bank of New York |
| ~~Andrew J. Petrie~~ (telephonic) | Featherstone Petrie DeSisto | CitiMortgage |
| Franklin Top (telephonic) | Chapman & Cutler | Wells Fargo Bank |
| Margot Schonholtz (telephonic) | Kaye Scholer | Bank of America |
| ~~Fred Neufeld~~ (telephonic) ~~Robert J. Moore~~ (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Katherine Constantine (telephonic) | Dorsey & Whitney | US Bank |
| William Hoch (telephonic) Craig May | Crowe & Dunlevy | Midfirst |
| M. Blake Cleary | Young Conaway Stargatt & Taylor LLP | Debtors |
| Pauline K. Morgan | " " | " |
| Robert S. Brady | " " | " |
| Sean M. Beach | " " | " |
| Matthew B. Lunn | " " | " |
| Donald Bowman | " " | " |
| Vadim Rubinstein (telephonic) | Loeb & Loeb | Merrill Lynch |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET (2)

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 25, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steve Wilamowsky | Bingham McCutchen | DB Structured Products |
| Amanda Conley | Ashby & Geddes | " " |
| Bill Bowden | " " | " " |
| Dave Carickhoff | Blank Rome | GTFG Assurances, MDSQ, Stanley Mort gage Capital |
| Mark Indelicato | Hahn & Hessen | Creditors' Committee |
| Kimberly E Clausen | Reed Smith LLP | " |
| Mark Minuti | Saul Ewing LLP | Guacleel Real Estate |
| Steph Miller | Morris James LLP | Security Connections, Inc |
| Rebecca Booth | Morgan Lewis | CitiMortgage, Inc. |
| Scott Talmadge | Kaye Scholer LLP | MERS |
| Ana Alfonso | Kaye Scholer LLP | BJA |
| Daniel Butz | Morris Nichols Arsht & Tunnell LLP | BJA |
| Joseph J. McMahon, Jr. | USDOJ | Assured Guaranty Corp, FGIC |
| Todd Schiltz | Wolf Block | UST |
| | | Wells Fargo |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

CASE NAME: American Home Mortgage
CASE NOS.: 07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: October 25, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Shade | Landis Rath + Cobb | JP Morgan Bank NA |
| Gabriel McConaill | Bingham Anderson & Loren | Bank of America |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition |
| Eric Lopez Schnabel | " | US Bank |
| Michael Foreman | Morgey | " |
| Michael Weinberg (telephonic) | " | " |
| Benjamin Rosenblum (telephonic) | " | " |
| Dennis Dudosky (telephonic) | Nixon Peabody | Deutsche National Bank Trust Co |
| Bruce Wilson (telephonic) | Kutak Rock | Financial Guaranty Insurance Co. |
| Teresa Chan (telephonic) | Sidley Austin | Sidley Austin / Bear Stearns |
| Alex R. Rovira (telephonic) | | |
| Mary De Falaise (telephonic) | US Dept. of Justice - Civil | USA |