**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                                    : Chapter 11
                                                                               :
AMERICAN HOME MORTGAGE                                   : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                                               : Jointly Administered
   Debtors.                                                       :
                                                                               : **Ref. Docket Nos.:  1553 and 1554**
                                                                               :
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE DEBTORS TO FILE, UNDER SEAL, AN UNREDACTED DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105 AND 363: (A) APPROVING THE MORTGAGE SERVICING PURCHASE AGREEMENT; (B) AUTHORIZING THE DEBTORS TO SELL CERTAIN PROPERTY FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES, AND (C) GRANTING RELATED RELIEF**

On October 15, 2007, the above-captioned debtors and debtors-in-possession (collectively, "AHM" or the "Debtors"), in the above-captioned jointly administered cases by and through their undersigned attorneys, filed the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order (1) Authorizing the Debtors to File, Under Seal, an Unredacted Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances; (C) Granting Related Relief and (2) Directing Parties Filing Responsive Pleadings to File Unredacted

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Pleadings Under Seal (the "Motion to File Under Seal"). On October 23, 2007, the U.S. Trustee (the "Trustee") filed an objection (the "Objection") [D.I. 1642] to the Motion to File Under Seal. A hearing on the matter was held on October 25, 2007 (the "Hearing").

At the Hearing, the Court overruled the Objection. Consistent with the Court's ruling at the Hearing, however, the Debtors and the Trustee have reached an agreement with respect to the language of the proposed form of order, the terms of which are embodied in the revised order (the "Order"), attached hereto as Exhibit A. For the Court's convenience, a blackline of the Order is attached hereto as Exhibit B.

WHEREFORE, the Debtors respectfully requests that the Court enter the order attached hereto as Exhibit A, without further notice or hearing at the Court's earliest convenience

Dated: Wilmington, Delaware
October 26, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

## Exhibit A

## Proposed Order

DB02:6328731.1 066585.1001

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                         : Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :
                                                               : Jointly Administered
    Debtors.                                                   :
                                                               : **Ref. Docket No.: 1553, 1554 & _____**
                                                               :
---------------------------------------------------------------- x

**ORDER AUTHORIZING THE DEBTORS TO FILE, UNDER SEAL, AN
UNREDACTED DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS
105 AND 363: (A) APPROVING THE MORTGAGE SERVICING PURCHASE
AGREEMENT; (B) AUTHORIZING THE DEBTORS TO SELL CERTAIN PROPERTY
FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES,
AND (C) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to File Under Seal")[2] for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1(b) and (c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to file certain portions of the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion to File Under Seal.

Certain Portions of the Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (a) Approving the Mortgage Servicing Purchase Agreement; (b) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (c) Granting Related Relief (the "Sale Motion"); and the Court having determined that the relief requested in the Motion to File Under Seal is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion to File Under Seal having been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to File Under Seal is Granted; and it is further

ORDERED that the redacted portions of the Sale Motion which relate the to Purchase Price Percentage (the "Redacted Portions") are confidential and the Debtors are hereby authorized to file the Redacted Portions under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) and (c); and it is further

ORDERED that the Redacted Portions shall remain under seal, confidential and shall not be made available to anyone, except to the (i) Trustee, (ii) counsel to the Committee, (iii) the Administrative Agent, or (iv) others (a) at the discretion of the Debtors or (b) upon further order of this Court; and it is further

ORDERED that the United States Trustee, counsel to the Committee, and the Administrative Agent and each of their counsel and advisors, shall keep confidential the Redacted Portions; and it is further

ORDERED that the rights of parties-in-interests to file a motion on notice seeking to unseal the Redacted Portions are fully reserved; and it is further

        ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       October ___, 2007

                                            _____
                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge

## Exhibit B

## Blackline

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                          :  Chapter 11
In re:                                    :
                                          :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                    :
HOLDINGS, INC., a Delaware corporation, et al.,[1]:  Jointly Administered
                                          :
                                          :  Ref. Docket No.: ~~~~~~1553, 1554 &~~~~~~~~~
    Debtors.                              :
                                          :
---------------------------------------------------------------- x


**ORDER ~~(1)~~ AUTHORIZING THE DEBTORS TO FILE, UNDER SEAL, AN UNREDACTED DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105 AND 363: (A) APPROVING THE MORTGAGE SERVICING PURCHASE AGREEMENT; (B) AUTHORIZING THE DEBTORS TO SELL CERTAIN PROPERTY FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES, AND (C) GRANTING RELATED RELIEF ~~AND (2) DIRECTING PARTIES FILING RESPONSIVE PLEADINGS TO FILE UNREDACTED PLEADINGS UNDER SEAL~~**

Upon consideration of the motion (the "Motion to File Under Seal")[2] for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1(b) and (c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to file certain portions of the Debtors' Motion Pursuant to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion to File Under Seal.

Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal, Certain Portions of the Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (a) Approving the Mortgage Servicing Purchase Agreement; (b) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (c) Granting Related Relief (the "Sale Motion"); and the Court having determined that the relief requested in the Motion to File Under Seal is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion to File Under Seal having been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to File Under Seal is Granted; and it is further

ORDERED that the redacted portions of the Sale Motion which relate the to Purchase Price Percentage (the "Redacted Portions") are confidential and the Debtors are hereby authorized to file the Redacted Portions under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) and (c); and it is further

~~ORDERED that parties filing responsive pleadings (the "Responsive Pleadings") to the Sale Motion shall also be authorized to and directed to file the unredacted Responsive Pleadings, to the extent they reference or disclose the Redacted Portions under seal, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rules 9018-1(b) and (c); and it is further~~

ORDERED that the Redacted Portions shall remain under seal, confidential and shall not be made available to anyone, except to the (i) Trustee, (ii) counsel to the Committee, (iii) the Administrative Agent, or (iv) others (a) at the discretion of the Debtors or (b) upon further order of this Court; and it is further

2

ORDERED that the United States Trustee, counsel to the Committee, and the Administrative Agent and each of their counsel and advisors, shall keep confidential the Redacted Portions; and it is further

ORDERED that the rights of parties-in-interests to file a motion on notice seeking to unseal the Redacted Portions are fully reserved; and it is further

3

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       October ___, 2007

                                                  _____
                                                  Christopher S. Sontchi
                                                  United States Bankruptcy Judge

Document comparison done by Workshare DeltaView on Friday, October 26, 2007 9:29:07 AM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/6291848/3 |
| Document 2 | interwovenSite://WSDMS/DB02/6291848/4 |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 6 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 13 |