FILED
October 10, 2007

2007 OCT 24  AM 10: 16

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

I'm writing this in refrence to case, 0711047, for the bankruptcy case of American Home Mortgage.

I would like to file for an objection of motion, NOT to seal the final winning bid prices. The hearing is set to take place October 31, 2007.

Clerk of the Court,

I am writing you with great concern regarding the hearing to seal the final winning bid price from the recent auction held by the creditors of American Home Mortgage (AHM) with regard to the assets held by Broadhollow Funding LLC and Meliville Funding LLC. As a member of the public I truly believe that the usefulness of this information is tremendous and paramount to the financial interests of the winning bidders.

There is no denying that we are currently in a significant housing crisis which many attribute to the Wall Street firms who fueled the fire with their constant push for profits without considering the risks to homeowners. Many Wall Street firms pushed for more creative lending practices and looser underwriting guidelines that in many cases were too complex for a loan officer to fully understand, let alone a homeowner. Given the rise of the securitization market, these Wall Street firms rarely cared if the borrower would be able to make payments down the road when the teaser rates expired. By unloading these mortgages via creative security instruments to various investors, pension funds, across the globe these Wall Street firms were able to evade the risk of delinquency and default.

Interestingly enough, it is these very same Wall Street firms that have won the auctions for the assets of Broadhollow Funding and Melville Funding. Although this case is focused on the bankruptcy of American Home Mortgage, it is also another clear example of *Wall Street's questionable behavior,* that some have called criminal. Why did American Home Mortgage go Bankrupt? It was due to a lack of liquidity. And who was in control of the credit lines and liquidity of American Home Mortgage? The Wall Street firms who provided these "warehouse lines." Furthermore, American Home Mortgage would establish funding and underwriting guidelines based on agreements made in *advance* with these Wall Street Firms where the firms agreed to purchase these loans as long as they met a certain criteria. Nevertheless, once American Home Mortgage had funded these loans the Wall Street firms refused to purchase the loans and turned their backs on American Home Mortgage – leaving AHM with no choice but to file for bankruptcy protection.

What I see criminal in this scenario is that the Wall Street firms **forced** AHM into bankruptcy by cutting off warehouse lines and refusing to purchase any loans from AHM. Then weeks later – these very same firms show up in bankruptcy court to purchase these very same assets they refused to purchase at a significant discount. If this is not *criminal* it is at the very least *unethical.*

For various different reasons, the availability of the winning bid price is in the public's best interest.

- The shareholders of American Home Mortgage have been wiped out by the purposeful manipulation by the Wall Street firms. Shareholders should at the very least understand with complete transparency the worth of the loans the company they owned was funding. This would allow a shareholder to possibly avoid companies with similar practices in the future or possibly help in any suits by shareholders to recover damages if it turns out that unscrupulous activities did occur.

- Why do these winning bidders want to seal the final winning bids? It's understandable that they may want to turn around and sell these pools down the road at a profit. **But** an even greater concern to these Wall Street firms is that they want to "hide" aka seal the final bid prices in order to *avoid* having to *mark to market* the assets they currently hold on their books.

    This has been an unspoken truth among the fixed income and mortgage backed securities industry. No bank wants to disclose or in some cases sell any pools because once that sale price is established – all other assets will have to be marked down relative to that sale price. That is why these Wall Street firms are doing all in their power to prevent a "market price" or "auction price" from being revealed – without a market price the Investment Banks can price their assets as they so chose. In my humble opinion it is another attempt at *"Creative Accounting."*

- There is a great **academic interest** in having this information open to the public. Academic institutes from professors to graduate students are attempting to understand the root of our current crisis in order to establish recommendations for future safeguards. Moreover, these institutes are attempting to understand the degree and impact of the current crisis to possibly recommend a solution that would help solve the current quagmire homeowners are facing across the nation.

- **ALL HOMEOWNERS** have an interest in having this information released. Millions of individuals are undergoing foreclosure and any information that could possibly help solve this housing crisis is paramount to any corporation's financial interests. The worse case scenario for the Wall Street firms who have won these auctions is that the public will learn of the truth and they may not profit as much. However, the worse case scenario for homeowners is that *they along with their families may lose their homes.*

- The winning bidders of the auctions, such as Lehman Brothers, JP Morgan, Citi Group etc., are also public entities. The shareholders of the auction winners have also suffered significant loss due to the risky decisions of management. Shareholders should be able to understand what further risk these companies are taking on by purchasing mortgage pools. It is evident that the lion share of losses in shareholder value has been a direct result of poor investments in mortgage securities which are the very same assets purchased in the Broadhollow Funding and Meliville Funding auctions.

Therefore, I respectfully ask your honor to consider denying the winning bidders' motion to seal the final winning bid prices. The public's best interest will be served by knowing the sale prices as it will provide the public with a reference as to the state of the mortgage market while providing a market price to which others can assess the possible losses they may be holding on their own books. Ultimately, I hope this small piece of data will help in some way to relieve the current housing crisis. Transparency is vital to preventing history from repeating itself.

Sincerely,


David Gebhardt
2119 N. Beachwood Dr. #8
Los Angeles, CA 90068
323-461-3305