# WITHDRAWAL OF PROOF OF CLAIM

STC FORM 10W Rev 12/29/2004 EFO00005/mtL022

**United States Bankruptcy Court**

District of DELAWARE • Sub-district of

| Name of debtor(s): | Case Number: |
|---|---|
| AMERICAN HOME MORTGAGE HOLDING | 07-11047 |
| | Chapter: 11 |
| | Trustee: |

| Name of creditor: | Debtor(s) Tax Identification Number(s): |
|---|---|
| Idaho State Tax Commission<br>Bankruptcy Unit<br>PO Box 36<br>Boise ID 83722 | 13-4066303 |

COMES NOW the Idaho State Tax Commission through its agent, and hereby withdraws the Proof of Claim filed on behalf of the Idaho State Tax Commission.

Claim number..................................
Amount of claim............................. $197,564.39
Date Proof of Claim filed............... 09/04/07

**Explanation for Withdrawal:**
Return filed.

| Date | Sign and print the name and title, if any of the creditor or other person authorized to file document |
|---|---|
| 10/18/07 | CAROLYN KAAS — Bankruptcy Unit<br>ckaas@tax.idaho.gov   (208) 334-7645 |

for Carolyn Kaas

## CERTIFICATION OF SERVICE BY MAIL

I hereby certify that I have on this 18 day of October, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing. Additionally, a copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM was served by sending the same by United States Mail, postage prepaid, in an envelope addressed to:

PAULINE K MORGAN
YOUNG, CONAWAY, STARGATT & TAYLOR
1000 WEST ST, 17TH FLOOR PO BOX 391
WILMINGTON, DE 19899

Idaho State Tax Commission
Bankruptcy Unit
PO Box 36
Boise ID 83722

/s/ CAROLYN KAAS
Bankruptcy Unit
(208) 334-7645

FILED 2007 OCT 24