# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                               : Chapter 11
                                                     :
AMERICAN HOME MORTGAGE                               : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]   :
                                                     : Jointly Administered
Debtors.                                             :
                                                     : Ref. Docket No.: 1553, 1554 & 1678
                                                     :
---------------------------------------------------- x

**ORDER AUTHORIZING THE DEBTORS TO FILE, UNDER SEAL, AN UNREDACTED DEBTORS' MOTION FOR ORDER PURSUANT TO SECTIONS 105 AND 363: (A) APPROVING THE MORTGAGE SERVICING PURCHASE AGREEMENT; (B) AUTHORIZING THE DEBTORS TO SELL CERTAIN PROPERTY FREE AND CLEAR OF LIENS, INTERESTS, AND ENCUMBRANCES, AND (C) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to File Under Seal")[2] for entry of an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1(b) and (c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to file certain portions of the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion to File Under Seal.

Certain Portions of the Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (a) Approving the Mortgage Servicing Purchase Agreement; (b) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (c) Granting Related Relief (the "Sale Motion"); and the Court having determined that the relief requested in the Motion to File Under Seal is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion to File Under Seal having been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to File Under Seal is Granted; and it is further

ORDERED that the redacted portions of the Sale Motion which relate the to Purchase Price Percentage (the "Redacted Portions") are confidential and the Debtors are hereby authorized to file the Redacted Portions under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) and (c); and it is further

ORDERED that the Redacted Portions shall remain under seal, confidential and shall not be made available to anyone, except to the (i) Trustee, (ii) counsel to the Committee, (iii) the Administrative Agent, or (iv) others (a) at the discretion of the Debtors or (b) upon further order of this Court; and it is further

ORDERED that the United States Trustee, counsel to the Committee, and the Administrative Agent and each of their counsel and advisors, shall keep confidential the Redacted Portions; and it is further

ORDERED that the rights of parties-in-interests to file a motion on notice seeking to unseal the Redacted Portions are fully reserved; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October 26, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

DB02:6291848.4                                                                                               066585.1001