## CERTIFICATE OF SERVICE

      I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 26th day of October, 2007, I caused a true and correct copy of the within **Response of Bank of America, N.A., as Administrative Agent, to Debtors' Motion Pursuant To Section 107(B) of The Bankruptcy Code and Fed. R. Bankr. P. 9018 for An Order Authorizing the Debtors To File, Under Seal, the Purchase Price of the Successful Bids at the Auction for the Broadhollow and Melville Loans** to be served on the following party by manner indicated:

**Via Hand Delivery**
James L. Patton, Jr.
Pauline K. Morgan, Esq.
M. Blake Cleary, Esq.
Sean Beach, Esq.
Matthew B. Lunn, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

      Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Gabriel R. MacConaill

Pac#827957