UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* : | Chapter 11 |
| : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation *et al.,* [1] : |  |
| : | Case Number 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| : |  |

### CERTIFICATE OF SERVICE

I certify that, on October 29, 2007, I caused to be served a copy/copies of the United States Trustee's Response to the Motions for disclosure Under 11 U.S.C. § 363, § 1106, and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Complaint for Injunction and Protection of Tax Escrow Accounts and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to § 1104 via electronic mail to the persons listed below.

| | |
|---|---|
| James L. Patton, Esquire | Mark S. Indelicato, Esquire |
| Pauline K. Morgan, Esquire | Mark T. Power, Esquire |
| M. Blake Cleary, Esquire | HAHN & HESSEN LLP |
| YOUNG, CONAWAY, | 488 Madison Avenue |
|   STARGATT & TAYLOR LLP | New York, NY 10022 |
| The Brandywine Building | (212) 478-7400 (Fax) |
| 1000 West Street, 17th Floor | mindelicato@hahnhessen.com |
| Wilmington, DE  19801 | mpower@hahnhessen.com |
| (302) 571-1253 (Fax) | |
| jpatton@ycst.com | |
| pmorgan@ycst.com | |
| mbcleary@ycst.com | |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York  11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6464 (Fax)
fatell@blankrome.com

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8689 (Fax)
mschonholtz@kayescholer.com
mliscio@kayescholer.com
stalmadge@kayescholer.com

Victoria W. Counihan, Esquire
Sandra G.M. Selzer, Esquire
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7360 (Fax)
counihanv@gtlaw.com
selzers@gtlaw.com

Corinne Ball, Esquire
Erica M. Ryland, Esquire
I. Lewis H. Grimm, Esquire
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 755-7306 (Fax)
cball@jonesday.com
emryland@jonesday.com
lgrimm@jonesday.com

Brett P. Barragate, Esquire
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH 44114
(216) 579-0212 (Fax)
bpbarragate@jonesday.com

    /s/ Joseph J. McMahon, Jr.
      Joseph J. McMahon, Jr.
         Trial Attorney