IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 : Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 1325

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Adorno & Yoss LLP as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date and Partial Waiver of the Information Requirement of Local Rule 2016-2 (the "Motion"). The Court's docket which was last updated October 29, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 24, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
October 29, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Sean T. Greecher (No. 4484)
Kenneth Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession