IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 1478

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Application for Order (I) Approving the Retention and Employment of Samuel I. White, P.C. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) (the "Motion"). The Court's docket which was last updated October 29, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 24, 2007 at 4:00 p.m.

DB02:6331576.1

066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       October 29, 2007

                           YOUNG CONAWAY STARGATT & TAYLOR, LLP

                           *Travis Jun* (No. 4926)
                           James L. Patton, Jr. (No. 2202)
                           Joel A. Waite (No. 2925)
                           Pauline K. Morgan (No. 3650)
                           Sean M. Beach (No. 4070)
                           Sean T. Greecher (No. 4484)
                           Kenneth Enos (No. 4544)
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           Wilmington, Delaware 19801
                           Telephone: (302) 571-6600
                           Facsimile: (302) 571-1253

                           Counsel for Debtors and
                           Debtors in Possession