IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
          Debtors.                                                 :
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 1479

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Application for Order (I) Approving the Retention and Employment of Orlans Associates, P.C. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) (the "Motion"). The Court's docket which was last updated October 29, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 24, 2007 at 4:00 p.m.

DB02:6331577.1                                                                            066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
October 29, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Travis Turner (No. 4926)*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Sean T. Greecher (No. 4484)
Kenneth Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession