IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 11
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Case No. 07-11047 (CSS)
                                                                 :
    Debtors.                                                     :  Jointly Administered
                                                                 :
---------------------------------------------------------------- x  Auction Date: October 29, 2007 at 10:00 AM (ET)

### NOTICE OF CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware entered an order dated October 4, 2007 (the "Sale Procedures Order"), in the above-captioned chapter 11 cases at Docket Number 1174, approving procedures for the auction and sale of the Debtors' construction loans (the "Construction Loans") and constuction loan platform ("Construction Loan Platform"). Pursuant to the Sale Procedures Order, the auction for the Construction Loans and Construction Loan Platform was scheduled for October 29, 2007 at 10:00 a.m. (Eastern Time) (the "Auction").

PLEASE TAKE FURTHER NOTICE THAT **THE AUCTION HAS BEEN CANCELED.**

Dated:  October 29, 2007                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                            _____
                                            James L. Patton, Jr. (No. 2202)
                                            Pauline K. Morgan (No. 3650)
                                            M. Blake Cleary (No. 3614)
                                            Sean M. Beach (No. 4070)
                                            Matthew B. Lunn (No. 4119)
                                            The Brandywine Building
                                            1000 West Street, 17th Floor
                                            Wilmington, Delaware 19801
                                            (302) 571-6600

                                            Counsel for the Debtors and
                                            Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.