# Exhibit A to Sale Order

**Purchase Agreement**

# MORTGAGE SERVICING PURCHASE AGREEMENT

BY AND BETWEEN

## MIDFIRST BANK

AND

## AMERICAN HOME MORTGAGE SERVICING, INC.

066585.1001

DB02:6329008.2

# TABLE OF CONTENTS

|     |                                              |     |
|-----|----------------------------------------------|-----|
|     |                                              | 2   |
| 1.  | Definitions                                  | 8   |
| 2.  | Purchase and Sale; Good Title                | 8   |
| 3.  | Purchase Price                               | 13  |
| 4.  | Delivery                                     | 16  |
| 5.  | Representations and Warranties of Seller     | 18  |
| 6.  | Representations and Warranties of Buyer      | 19  |
| 7.  | Approvals of GNMA                            | 19  |
| 8.  | Certain Covenants of Seller                  | 24  |
| 9.  | Closing Conditions                           | 26  |
| 10. | Notices                                      | 27  |
| 11. | Bankruptcy Provisions                        | 28  |
| 12. | Reserved                                     | 28  |
| 13. | Entire Agreement                             | 28  |
| 14. | Construction of Agreement                    | 28  |
| 15. | Reserved                                     | 28  |
| 16. | Reserved                                     | 28  |
| 17. | Waivers                                      | 28  |
| 18. | Governing Law                                | 28  |
| 19. | Reserved                                     | 29  |
| 20. | Publicity and Confidentiality                | 29  |
| 21. | Cooperation                                  |     |

Exhibits:

| | |
|---|---|
| A | Schedule of Mortgage Pools |
| B | Form of Assignment |
| C | Form of Servicing Portfolio Purchase Schedule |
| D | Form of Trust Receipt |
| E | Transfer Instructions |
| F | Schedule of Loans In Litigation |
| G | P & I Advances |

066585.1001

# MORTGAGE SERVICING PURCHASE AGREEMENT

THIS MORTGAGE SERVICING PURCHASE AGREEMENT (herein the "Agreement") dated as of the 9th day of October, 2007, by and between **MIDFIRST BANK**, a federally chartered savings association, with its principal office being located in Oklahoma City, Oklahoma (hereinafter called "Buyer"), and **AMERICAN HOME MORTGAGE SERVICING, INC.**, a Maryland corporation, with their principal office being located in Irving, Texas (hereinafter called "Seller"):

## WITNESSETH:

WHEREAS, Seller is the servicer under guaranty servicing contracts with GNMA with respect to certain FHA Loans, VA Loans and other Loans insured by other agencies of the United States of America comprising Mortgage Pools securing certain GNMA Mortgage-Backed Securities which Loans and their respective Mortgage Pools are more particularly described in Exhibit "A" attached hereto and incorporated herein by reference; and

WHEREAS, subject to approval of GNMA and the terms of this Agreement and upon the terms and subject to the conditions set forth in this Agreement, and as authorized under Sections 363 and 365 of the Bankruptcy Code, (i) Seller desires to sell, transfer, convey and assign to Buyer its rights, obligations and benefits as servicer of the Loans under the respective Mortgage Pools, including all of Seller's right, title and interest in the Custodial Accounts, and certain of Seller's other rights and property incidental thereto, and (ii) Buyer desires to purchase, accept and assume such conveyance, all as more particularly set forth below.

WHEREAS, on August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc. and certain of its subsidiaries and affiliate companies, including Seller (collectively "Debtors"), filed voluntary petitions ("Petitions") for relief in the bankruptcy case captioned In re American Home Mortgage Holdings, Inc., a Delaware corporation, et al., Case No. 07-11047 (CSS) Jointly Administered (the "Bankruptcy Cases") under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (together with any court having proper jurisdiction under the Bankruptcy Code, the "Bankruptcy Court").

WHEREAS on September 20, 2007, the Bankruptcy Court entered a Stipulation and Order Resolving Motion of United States for an Order (I) Requiring Turnover of Non-Estate Property Belonging to the Government National Mortgage Association and (II) Declaring that the Government National Mortgage Association Is Not Subject to the Automatic Stay (the "Stipulation and Order") wherein, *inter alia*, Debtors and Government National Mortgage Association agreed to allow Debtors to have until October 9, 2007 to execute a binding contract to sell the servicing rights to the Ginnie Mae Portfolio (as defined in the Stipulation and Order) to a GNMA approved issuer/servicer in good standing which contract shall satisfy all conditions precedent set forth in the Stipulation and Order, including, providing sufficient proceeds to reimburse GNMA for certain expenses.

1

NOW, THEREFORE, in consideration of the mutual promises contained herein, and intending to be legally bound hereby, Buyer and Seller agree as follows:

1.    Definitions Unless the context requires otherwise, the following terms shall for all purposes of this Agreement have the meanings hereinafter specified:

"Administrative Agent" shall mean Bank of America, N.A., as administrative agent under that certain Second Amended and Restated Credit Agreement, dated August 10, 2006, among Seller, certain affiliates of Seller, Bank of America, N.A., as administrative agent, and certain other parties, as amended

"Advances" shall mean, with respect to the Loans, all customary, reasonable and necessary "out of pocket" costs and expenses (including reasonable attorneys' fees and disbursements) incurred in the performance by the Seller of Seller's servicing obligations in accordance with GNMA Requirements, including, but not limited to, the cost of (a) the preservation, restoration and protection of the Mortgaged Property, (b) any enforcement or judicial proceedings, including foreclosures, (c) the management and liquidation of the Mortgaged Property if the Mortgaged Property is acquired in satisfaction of the Mortgage (except with respect to any expenses incurred in connection with procuring or transferring tax and flood service contracts as provided therein), (d) any advances by the Seller of principal and interest payments, and (e) any advances by the Seller of taxes and insurance premiums.

"Assignment Holdback" shall mean $400,000.00, which amount shall represent the cost to properly prepare and record the assignment of mortgage to reflect Buyer as the servicer of record for each Loan.

"Bankruptcy Cases" shall have the meaning specified in the Recitals above.

"Bankruptcy Code" shall have the meaning specified in the Recitals above.

"Bankruptcy Court" shall have the meaning specified in the Recitals above.

"Bankruptcy Exceptions" means any limitations, omissions or failures of performance arising due to the fact that the Seller is operating as a debtor in possession under the Bankruptcy Code, including but not limited to, (i) Seller's inability to maintain the services of their officers or other employees or the fact that a substantial number of Seller's employees have left their positions and continue to leave their positions, (ii) Seller's inability to maintain the continued operation of any operating function at a standard consistent with past practice, (iii) vendors and counterparties of Seller failing to continue to perform their obligations to Sellers, and (iv) ongoing litigation with respect to the business of Seller and the Property.

"Business Day" shall mean any day other than (a) a Saturday or Sunday or (b) a day on which any banking institution in Oklahoma is authorized or obligated by law or executive order to be closed.

066585.1001

"Cash Collateral Order" shall mean the Order of the Bankruptcy Court (i) Authorizing Debtors' Use of Cash Collateral and (ii) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Creditors, dated September 4, 2007, entered in the Bankruptcy Cases.

"Claim" shall have the meaning set forth in the Bankruptcy Code (11 U.S.C. § 101(5)).

"Custodial Accounts" shall mean those accounts established and maintained in accordance with the provisions of the Servicing Contract and GNMA Requirements for (i) the deposit and retention of interest and principal and (ii) the deposit and retention of all collections of taxes, assessments, ground rents, hazard and mortgage insurance or comparable items with respect to each Loan, and all other escrow or similar accounts (including without limitation HUD Section 235 Loans) with respect to each Loan.

"Custodial File" shall mean all documents, agreements or instruments held by Seller or its GNMA custodian relating to a Loan, Mortgage, Mortgage Note, or Mortgage Pool, including, without limitation, the title insurance policy, mortgage insurance certificate, loan guaranty certificate, intervening mortgage assignments, intervening Note endorsements and any other documents, agreements, or instruments under which legal rights or obligations are created or exist, and shall at a minimum include the Mortgage Note or a lost note instrument bond/surety bond, in compliance with GNMA Requirements, and the Mortgage securing the same.

"Custodian Holdback" shall mean $25,000.00, which amount shall represent the cost to pack and ship all custodial files to Buyer from the respective Custodian.

"Escrow Deposits" shall mean and include impounds or similar terms to indicate the deposit and retention of collections for taxes, assessments, ground rents, hazard and mortgage insurance or comparable items with respect to each Loan, and all other escrow or similar accounts maintained with respect to each Loan.

"FHA" shall mean the Federal Housing Administration or any successor thereto.

"Final Order" shall mean an order or judgment: (i) as to which the time to appeal, petition for certiorari or move for review or rehearing has expired and as to which no appeal, petition for certiorari or other proceeding for review or rehearing is pending or (ii) if an appeal, writ of certiorari, reargument or rehearing has been filed or sought, the order or judgment has been affirmed by the highest court to which such order or judgment was appealed or certiorari has been denied, or reargument or rehearing shall have been denied or resulted in no modification of such order or judgment, and the time to take any further appeal or to seek certiorari or further reargument or rehearing has expired; provided, that the theoretical possibility that a motion under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules, may be filed with respect to such order or judgment shall not prevent such order or judgment from being considered a Final Order.

3

"GNMA" shall mean the Government National Mortgage Association or any successor thereto.

"GNMA Requirements" shall mean with respect to GNMA all applicable provisions of Section 306(g) of the National Housing Act and the rules and regulations promulgated by GNMA, including without limitation, the GNMA Mortgage-Backed Securities Guide as revised from time to time.

"HUD" shall mean the United States Department of Housing and Urban Development or any successor thereto.

"In Bankruptcy" shall mean, with respect to those Loans which the Mortgagor thereof has sought relief under or has otherwise been subjected to the federal bankruptcy laws or any similar laws of general application for the relief of debtors, through the institution of appropriate proceedings, and such proceedings are continuing, and shall be deemed to continue until the real property subject to a Mortgage is released from the jurisdiction of the bankruptcy or other court in which the matter is pending, whether because such proceeding is dismissed, finally concluded or otherwise.

"In Foreclosure" shall mean that a Loan has been referred to an attorney to commence foreclosure or to an attorney or trustee to commence a sale under a power of sale pursuant to the law of the state wherein the Loan is to be enforced.

"In Litigation" shall mean that (i) the Mortgagor is a named plaintiff or defendant in a pending lawsuit involving Seller, which are not routine uncontested foreclosure or bankruptcy proceedings, (ii) the Mortgagor is a member of a certified class in any class action lawsuit in which Seller is a defendant, or (iii) any other cause of action or litigation in which Seller, or a prior servicer, is a named party in a lawsuit and which affects a Loan, the Property or the servicing rights related thereto. The Loans that are In Litigation are described on Exhibit "F".

"Insurance Proceeds" shall mean any and all pending or prospective sums payable by FHA or VA or any other insurer of any mortgage life, hazard, disability, title or other insurance in connection with any Loan.

"Insurer Requirements" shall mean the rules and regulations promulgated by an entity or person who insures or guarantees all or any portion of the risk of loss upon borrower's default on any of the Mortgage Notes, including, without limitation, HUD, FHA or VA.

"Loan" shall mean (i) the indebtedness created by each Mortgage Note, Mortgage or other item contained in the Custodial File relating to the Property including, without limitation, the Mortgage Pools and (ii) any FHA insurance or VA guaranty or any insurance with respect to life, hazard, disability, title or other insurance associated with such Custodial File.

4

"Material Adverse Effect" shall mean any result, occurrence, change, effect, event or circumstance, that, individually or in the aggregate, has had or would reasonably be expected to have, a Material Adverse Effect or change in the Property taken as a whole or the ability of Seller to perform Seller's obligations under this Agreement, except for any result, occurrence, change, effect, event, or circumstance relating to (i) the economy or the financial markets in general, except to the extent specifically related to or disproportionately impacting Sellers or the Property, (ii) the industry in which the Seller operates in general and not specifically relating to the Property, except to the extent disproportionately impacting Seller or the Property, (iii) the announcement of this Agreement or the transaction contemplated hereby or the identity of Buyer, (iv) changes in applicable laws after the date hereof, (v) the fact that Seller will be operating as a debtor-in-possession under the Bankruptcy Code, or (vi) changes in GAAP or regulatory accounting principles after the date hereof.

"Mortgage" shall mean a valid and enforceable mortgage, deed of trust or other security instrument creating a first lien upon described real property improved by a single family (1-4 families) dwelling, which secures repayment of a Mortgage Note.

"Mortgage Note" shall mean a valid and enforceable promissory note or other evidence of indebtedness owned and held under each respective Mortgage Pool, the repayment of which is secured by a Mortgage.

"Mortgage Pool" shall mean the pool or portfolio of Mortgage Notes and Mortgages, in connection with certain GNMA pools of Loans which are the subject of this Agreement.

"Mortgaged Property" shall mean the fully constructed one-to-four family residential real property that is encumbered by a Mortgage, including all buildings and fixtures thereon and all accessions thereto, including installations of mechanical, electrical, plumbing, heating, and air conditioning systems located in or affixed to such buildings, and all alterations, additions, and replacements.

"Mortgagor" shall mean an obligor of the Mortgage or Mortgage Note.

"Passthrough Rate" shall mean the per annum rate of interest required by each Mortgage Note to be paid by the related Mortgagor, less a per annum net servicing fee (not including the GNMA guarantee fee).

"P & I Advances" shall mean those Advances set forth on Exhibit G.

"Petitions" shall have the same meaning as specified in the Recitals above.

"Petition Date" shall have the same meaning as specified in the Recitals above.

"Property" shall mean all of the following rights, property, documents, agreements and funds related to the Mortgage Pools described on Exhibit "A":

5

(i) All rights and benefits as servicer of each Mortgage Pool, including (without limitation) all rights, interests and responsibilities under the Servicing Contract for servicing each Loan and all rights to receive and retain all servicing fees, late fees, assumption fees, insurance commissions and other amounts in connection therewith;

(ii) All right, title and interest, as GNMA Servicer and Issuer, to each Loan, Mortgage, Mortgage Note, Custodial File, Mortgage Pool, and Insurance Proceeds;

(iii) All right, title and interest as servicer in all funds in the Custodial Accounts; all accrued and uncollected late fees or other amounts due and unpaid by the Mortgagor and all unreimbursed Advances with respect to each Loan and the right to collect, recover or be reimbursed for the same; and

(iv) All right, title and interest as servicer in and to the servicing/credit, foreclosure, bankruptcy, and insurance files relating to each Loan and the closing and servicing thereof, all payment histories of each Loan reflecting payments received and Advances made and all other books, records, files and the contents thereof held or maintained by or for the servicer or GNMA with respect to the Mortgage Pool or Custodial File.

"Reconciliation Threshold" shall mean an amount equal to $400,000, subject to increase in Seller's discretion as set forth in Section 9.4.

"Reduction Amount" shall mean an amount equal to $300,000.00 to reflect the costs associated with loans that cannot be transferred to HUD, all claims for mortgagee neglect, any claims for post-foreclosure curtailments, and all claims for late foreclosure referrals.

"Sale" shall mean the purchase and sale contemplated by this Agreement in accordance with the Stipulation and Order and the Sale Order.

"Sale Date" shall mean the close of business on October 31, 2007, or such other time as may be mutually agreed upon in writing by Buyer and Seller that is no later than the close of business on November 1, 2007; at which time the entire economic benefit of the Property (including without limitation, all rights, titles, interests, obligations and benefits associated therewith) will be transferred to Buyer.

"Sale Order" shall mean an Order or Orders of the Bankruptcy Court issued pursuant to Sections 363 and 365 of the Bankruptcy Code, authorizing and approving, among other things, the purchase and sale contemplated by this Agreement, free and clear of all liens, claims, interests and encumbrances.

"Sale Hearing" shall mean the hearing conducted by the Bankruptcy Court in these Bankruptcy Cases at which Debtors seek entry of the Sale Order including approval from the Bankruptcy Court of Sale pursuant to the Sale Motion.

"Sale Motion" shall mean the motion filed by the Seller with the Bankruptcy Court for the approval of the Sale Order in the form of a Final Order.

"Servicing Contract" shall mean each agreement between Seller and GNMA under which Seller is servicing a Mortgage Pool for GNMA.

"Settlement Date" shall mean a date which is fifteen (15) Business Days after the Transfer Date.

"Stipulation and Order" shall have the meaning specified in the Recitals above.

"T & I Advances" shall mean any advances by the Seller of taxes and insurance premiums.

"Tax Contract Holdback" shall mean $116,000.00, which amount shall represent the cost to obtain a life of loan, fully transferable First American tax contract for each Loan.

"Three Month Mortgage" shall mean any Loan:

(i) Which, as of the Sale Date, is ninety (90) days or more past due under the terms of the Mortgage Note for any payment due; for the purposes of this Agreement, a Loan will be considered ninety (90) days or more past due if, as of the close of business on October 31, 2007, the respective Mortgagor has not paid the full amount of all principal, interest and escrow payments which were due on or before August 1, 2007; or

(ii) Which, as of the Sale Date, is (i) In Foreclosure, (ii) In Litigation, or (iii) In Bankruptcy.

"Transfer Date" shall mean the close of business on October 31, 2007, or a date mutually acceptable to Buyer and Seller that is no later than the close of business on November 1, 2007, which shall be the day after the date which Seller closed the books of account with respect to each Mortgage Pool in order to transfer the servicing responsibilities under the Servicing Contract to Buyer.

"VA" shall mean the Veterans' Administration, or any successor thereto.

"Farm Loan" shall mean any Loan that is insured by an agency of the United States government, other than FHA or VA, including without limitation, the Farmer's Home Loan Association and the Rural Housing Development Agency.

"MERS" shall mean the Mortgage Electronic Registration Systems, Inc., a corporation organized and existing under the laws of the State of Delaware, or any successor thereto.

"MERS Loan" shall mean any Loan registered with MERS on the MERS System.

7

"MERS System" shall mean the system of recording transfers of Mortgages electronically maintained by MERS.

2.    Purchase and Sale; Good Title.

2.1 Purchase and Sale. Subject to the terms and provisions set forth in this Agreement, on the Sale Date Buyer shall purchase the Property from Seller, and Seller shall sell, transfer, assign and convey the Property to Buyer pursuant to an executed assignment of Seller's rights and obligations as servicer of each Mortgage Pool and other Property in the form of Exhibit "B", hereto attached, which shall be delivered to Buyer on or before the Sale Date. On the Transfer Date, Buyer shall commence the servicing of the Loans and Seller shall cease servicing the Loans.

2.2 Good Title. Subject to entry of the Sale Order, Seller is the sole holder of the Property and has good and marketable title to and has the right to assign and transfer the Property, and to assign, transfer and deliver the Property as contemplated by this Agreement free and clear of any and all Claims, charges, defenses, interests, security interests, liens, offsets and encumbrances. Subject to entry of the Sale Order and Seller's satisfaction of all obligations under the Stipulation and Order, the sale, transfer and assignment of the Property by the Seller are valid and enforceable and will effectively vest in the Buyer good title, free and clear of any and all liens, Claims and encumbrances.

3.    Purchase Price.

3.1 The purchase price to be paid by the Buyer for the Property shall be the sum of:

3.1.1 ▬▬▬▬▬▬▬▬▬▬▬▬▬ of the aggregate unpaid principal balances as of the Sale Date of all Loans that are not Three Month Mortgages; minus

3.1.2 An amount equal to One Thousand Five Hundred Dollars ($1,500) for each Loan which, as of the Sale Date, is (i) ninety (90) days or more past due under the terms of the Mortgage Note, (ii) In Bankruptcy and thirty (30) days or more past due, (iii) In Foreclosure, or (iv) In Litigation. For purposes of this Agreement, a Loan will be considered thirty (30) days or more past due if, as of the close of business on October 31, 2007, the respective Mortgagor has not paid the full amount of all principal, interest and escrow payments which were due on or before October 1, 2007; minus

3.1.3 The Reduction Amount.

3.2 The purchase price determined under Section 3.1 shall be paid by bank wire in immediately available funds as follows:

3.2.1 On the Sale Date an initial installment to Seller in the amount equal to the greater of (i) Forty Percent (40%) of the purchase price contemplated in Section 3.1.1; and (ii) the amounts payable by Sellers to GNMA pursuant to the Stipulation and Order, provided that Seller has performed its obligations under Section 9 and delivered to Buyer the assignment required in Section 4.1.

3.2.2 Buyer shall on the Settlement Date and upon (i) Seller's complete satisfaction of all conditions required to be satisfied by Seller pursuant to Sections 4.2.4, 4.2.7, 7 and 8.8 prior to the Settlement Date, and (ii) Seller's substantial satisfaction of all other conditions required to be satisfied by Seller prior to the Settlement Date, pay a second installment in an amount equal to: (i) Eighty-Five Percent (85%) of the purchase price contemplated in Section 3.1.1; minus (ii) One Hundred Percent (100%) of the amount contemplated in Section 3.1.2; minus (iii) the initial installment described in Section 3.2.1; minus (v) the Reduction Amount; minus (vi) the Assignment Holdback; minus (vii) the Custodian Holdback; minus (viii) the Tax Contract Holdback; minus (ix) the Reconciliation Threshold; plus (x) interest described in Section 3.2.8.

3.2.3 No later than November 30, 2007, Buyer shall complete a final audit and reconciliation of Seller's Custodial Accounts and provide Seller with written notice of any identified deficiencies ("Identified Deficiencies"). In connection with such final audit and reconciliation, the Parties agree to cooperate together with GNMA to resolve any discrepancies that may arise. If Seller (with the consent of the Administrative Agent and after consultation with the official committee of unsecured creditors appointed in the Bankruptcy Cases) does not object to the amount of the Identified Deficiencies within ten (10) days after written notice of the Identified Deficiencies, then Buyer shall retain from the Reconciliation Threshold the amount of the Identified Deficiencies and pay the remainder of the Reconciliation Threshold to Seller. If Seller objects to all or any portion of the Identified Deficiencies, then Buyer shall pay the amount of the Reconciliation Threshold that is in excess of the Identified Deficiencies to Seller and the parties shall, in good faith, seek to resolve any objection (with the consent of the Administrative Agent and after consultation with the official committee of unsecured creditors appointed in the Bankruptcy Cases in the case of Seller) for a period of fifteen (15) days. If Buyer and Seller are not able to resolve a dispute with respect to any Identified Deficiencies during such fifteen-day period, the dispute shall be submitted to the Bankruptcy Court for final determination. Notwithstanding any provisions of this Agreement to the contrary, in no event shall Seller be responsible for any Identified Deficiencies in excess of the Reconciliation Threshold and other unpaid portions of the purchase price as contemplated in Section 3.2.4 and Buyer's recourse for Identified Deficiencies shall be limited to the amounts held as the Reconciliation Threshold and other unpaid portions of the purchase price as contemplated in Section 3.2.4. The Parties agree that the reimbursement of T & I Advances to Seller in accordance with Section 3.3 will not result in, and Buyer will not assert any, Identified Deficiencies solely arising out of such reimbursement (it being understood that there may be Identified Deficiencies with respect to the accuracy of the amounts so reimbursed).

9

3.2.4 The balance of the purchase price contemplated in Section 3.1, plus the interest described in Section 3.2.8, shall be paid, upon the earlier of (i) one hundred and twenty (120) days after the Sale Date; and (ii) once the Custodial Files related to each Loan which is included in the Mortgage Pools as of the Sale Date is in compliance with the requirements for certification or recertification by Buyer's GNMA custodian in accordance with the GNMA Requirements, Insurer Requirements and the requirements of federal, state and local laws. Notwithstanding the prior provisions of this Section 3.2.4, amounts payable pursuant to this Section 3.2.4 shall be subject to offset for (i) any failure of Seller to perform, (ii) any breach of Seller's representations, warranties, or delivery obligations, covenants, (iii) any Seller indemnification obligations, (iv) any Identified Deficiencies, or (v) other remedies of Buyer under this Agreement. In the event that the Custodial Files are not in compliance with the requirements for certification or recertification on the date that the balance of the purchase price is paid in accordance with this Section 3.2.4, Buyer shall offset from such payment of purchase price for custodial documentation defects in accordance with the following schedule:

| | |
|---|---|
| Missing Custodial File: | $2,625.00 |
| Note: | $2,000.00 |
| Mortgage: | $250.00 |
| Interim Assignment: | $200.00 |
| Title Policy: | $175.00 |

Ninety (90) days after the Sale Date, Buyer shall provide Seller with written notice of any intended setoffs or reimbursements under this Section 3.2.4 ("Intended Setoffs"). If Seller (with the consent of the Administrative Agent and after consultation with the official committee of unsecured creditors appointed in the Bankruptcy Cases) does not object to the amount of any Intended Setoffs within ten (10) days after written notice of any Intended Setoff, then Buyer shall retain from the remaining purchase price the amount of the Intended Setoffs and pay the remainder of the purchase price to Seller. If Seller objects to all or any portion of the Intended Setoffs, then Buyer shall pay the amount of the remaining purchase price that is in excess of the Intended Setoffs to Seller and the parties shall, in good faith, seek to resolve any objection (with the consent of the Administrative Agent and after consultation with the official committee of unsecured creditors appointed in the Bankruptcy Cases in the case of Seller) for a period of fifteen (15) days. If Buyer and Seller are not able to resolve a dispute with respect to any Intended Setoffs during such fifteen-day period, the dispute shall be submitted to the Bankruptcy Court for final determination. Notwithstanding any provisions of this Agreement to the contrary, in no event shall Seller be responsible for any Intended Setoffs in excess of the unpaid purchase price and Buyer's recourse for Intended Setoffs shall be limited to the unpaid purchase price.

3.2.5  Reserved.

3.2.6  For the purposes of this Agreement, including without limitation, the payment of the purchase price under Sections 3.2.4, GNMA Requirements shall apply to all Loans as

066585.1001

of the Sale Date, regardless of whether (i) a Loan has been removed from a Mortgage Pool subsequent to the Sale Date, or (ii) the Loan has been removed from the custody of the GNMA Custodian by way of GNMA Form 11708 subsequent to the Sale Date.

3.2.7  Except as set forth below, the payment of part of the purchase price pursuant to this Section 3 does not excuse or limit the full performance of all obligations of Seller under this Agreement, and does not waive, impair, alter or reduce the obligation of Seller to indemnify Buyer with respect to a breach of any representation, warranty or delivery requirement pursuant to this Agreement, nor waive, impair, alter or reduce any of the other remedies of Buyer under this Agreement; provided, however, that, subject to and in accordance with the procedures set forth in Sections 3.2.3 and 3.2.4, Buyer's recourse for any Identified Deficiency or Seller's breach of any representation, warranty or delivery requirement, any indemnification obligations, or other remedies shall be limited to offset against the amount of purchase price that has not been paid by Buyer to Seller at the time such breach is discovered by Buyer or such obligation arises and Seller shall not be liable to pay Buyer or any other Person any damages, Identified Deficiency indemnifications, fees, penalties or other similar payments due to any breach or violation of, or default under, any provision of this Agreement by Seller, including, but not limited to, Seller's representations, warranties, covenants and agreements contained herein (it being understood that Buyer may only satisfy such claims out of the amount of the purchase price that has not been paid by Buyer to Seller at the time such breach is discovered by Buyer or such obligation arises); provided that this Section 3.2.7 is not intended to limit or restrict Buyer's right to seek equitable relief to enforce Seller's delivery requirements under this Agreement with respect to items that are in Seller's possession.  Nothing in this Section 3.2 shall be construed to obligate Buyer to pay to Seller an amount that is greater than the amount described in Section 3.1, plus the associated interest.

3.2.8  On the date each installment of the purchase price is paid by Buyer pursuant to this Section, Buyer shall pay interest on the average daily balance of the amount of such installment computed at the one (1) month Federal Funds Target Rate Expected as published by *Bloomberg* on the first Business Day of each month commencing on the day following the Transfer Date and ending on the day prior to the date such installment is paid.

3.2.9  The Assignment Holdback shall be used to reimburse Buyer for the actual documented costs incurred to properly prepare and record the assignment of mortgage to reflect Buyer as the servicer of record for each Loan.  Buyer shall provide Seller with a report of the amounts paid out of the Assignment Holdback on a monthly basis commencing on the thirtieth (30th) day after the Settlement Date.  If such actual aggregate costs are less than the Assignment Holdback, then Buyer shall remit to Seller the difference between such actual cost and the Assignment Holdback in the next scheduled payment of the purchase price.  If such actual cost is more than the Assignment Holdback, then Buyer shall deduct the difference from the next scheduled payment of the purchase price.

11

3.2.10  The Custodian Holdback shall be used to reimburse Buyer for the actual documented costs to pack and ship all custodial files to Buyer from the respective custodians.  Buyer shall provide Seller with a report of the amounts paid out of the Custodian Holdback no later than thirty (30) days after the Settlement Date. If such actual cost is less than the Custodian Holdback, then Buyer shall remit to Seller the difference between such actual cost and the Custodian Holdback in the next scheduled payment of the purchase price.  If such actual cost is more than the Custodian Holdback, then Buyer shall deduct the difference from the next scheduled payment of the purchase price.

3.2.11  The Tax Contract Holdback shall be used to reimburse Buyer for the actual documented costs incurred to obtain a life of loan, fully transferable First American tax contract for each Loan.  Buyer shall provide Seller with a report of the amounts paid out of the Tax Contract Holdback no later than sixty (60) days after the Settlement Date. If such actual aggregate cost is less than the Tax Contract Holdback, then Buyer shall remit to Seller the difference between such actual cost and the Tax Contract Holdback in the next scheduled payment of the purchase price.  If such actual cost is more than the Tax Contract Holdback, then Buyer shall deduct the difference from the next scheduled payment of the purchase price.

3.3  On the Sale Date, (i) Buyer shall pay to Seller One Hundred Percent (100%) of the unreimbursed P & I Advances; and (ii) Seller shall be reimbursed for all T & I Advances by withholding such amounts from the transfers of Custodial Accounts to be made by Seller in accordance with Section 4.2.4. Buyer and Seller agree that reimbursement of the T& I Advances as provided in this Section 3.3 shall not result in or be deemed to result in a deficiency with respect to the Custodial Accounts (other than any deficiency arising out of an inaccuracy of the amount of the T & I Advances).  On the Settlement Date and upon Seller's substantial satisfaction of all conditions required to be satisfied by Seller prior to the Settlement Date, Buyer shall pay to Seller One Hundred Percent (100%) of the unreimbursed Advances (other than P & I Advances and T & I Advances) as of the Transfer Date; provided that, with respect to Advances other than P & I Advances and T & I Advances, no payment will be made for an Advance related to a Loan unless a valid invoice or other reasonable supporting documentation in accordance with applicable Insurer Requirements for reimbursement has been delivered to Buyer so that Buyer can submit claims for reimbursement of such Advance from the Mortgagor, FHA, or VA, as applicable, in accordance with applicable Insurer Requirements.  On the Settlement Date, Buyer and Seller shall reconcile all Advances, with any additional amounts due to Seller to be added to, or any amounts due from Seller to Buyer to be deducted from, the payment to be made by Buyer to Seller on the Settlement Date pursuant to Section 3.2.2.

3.4  Except for amounts payable to GNMA pursuant to the Stipulation and Order which will be wired to an account designated by GNMA to Sellers that Sellers will provide to Buyer no later than one Business Day prior to the Sale Date, Buyer will wire all funds payable pursuant to Section 3, on the day such amounts are due, to an account designated in the Sale Order by the Administrative Agent in accordance with and subject to the Cash Collateral Order.

066585.1001

4.    _Delivery._

4.1 The closing shall be held on the Sale Date at the loan administration offices of the Buyer at 999 NW Grand Boulevard, Suite 500, Oklahoma City, Oklahoma 73118, or at such other time and manner as Buyer and Seller may agree, at which time Seller shall deliver or shall have previously delivered to Buyer a fully executed assignment of Seller's right, title and interest to the Property in the form of Exhibit "B".

4.2 On the date specified below, Seller shall deliver to Buyer, the following:

4.2.1 Prior to the Transfer Date, Seller shall provide Buyer a list, via electronic media in a format acceptable to Buyer, showing by Loan number for each Loan the taxing authority/payee with respect to each such Loan or such other tax information via computer tape as shall be mutually agreeable to Buyer and Seller.

4.2.2 Within five (5) Business Days following the Sale Date, Seller shall provide to Buyer a Servicing Portfolio Purchase Schedule in the form of Exhibit "C".

4.2.3 Within five (5) Business Days following the Sale Date, Seller shall provide to Buyer a copy of Exhibits "A", "F", and "G" to this Agreement updated as of the Sale Date.

4.2.4 Subject to GNMA's execution of an assignment of servicing on November 2, 2007, in accordance with the Transfer Instructions on Exhibit "E", the Seller shall transfer to Buyer all the amounts deposited into the Custodial Accounts (net of T&I Advances). On the Settlement Date, Seller shall pay interest to Buyer calculated against the amount of such funds at the one (1) month federal funds target rate expected as published by _Bloomberg_ on the Transfer Date, commencing on the Transfer Date and ending on the date such funds are transferred to Buyer.

4.2.5 No later than five (5) Business Days after the Transfer Date, Seller shall furnish to Buyer trial balances as of the Transfer Date which shall be reconciled with Seller's GNMA reports in a manner reasonably acceptable to Buyer. The trial balance shall identify Seller's Loan number for each Loan as of the Transfer Date, and set forth for each such Loan as of such date:

4.2.5.1 The current principal balance;

4.2.5.2 The current Custodial Account balances;

4.2.5.3 The due date of the next installment payment of principal and interest;

4.2.5.4 The amount of all accrued and unpaid late charges, NSF fees and all other fees and charges due from the Mortgagor, if any; and

4.2.5.5  The Advances related to the Escrow Deposits.

4.2.6  No later than ten (10) Business Days after the Transfer Date, with respect to each Loan, Seller shall provide to Buyer in the form and manner described in Exhibit "E", (i) Seller's last analysis of the Escrow Deposits in the Custodial Accounts; and (ii) the last two (2) years' history transactions and copies of all codes applicable to such history transactions used on the records maintained by Seller with respect to each such Loan.

4.2.7  No later than two (2) Business Days after the Transfer Date, Seller at its sole cost and expense shall provide to Buyer computer tapes, in a mutually agreed upon format, containing Seller's database, as of the Transfer Date, relating to the Loans and such other information as may be reasonably requested by Buyer to enable Buyer to service the Loans and comply with GNMA Requirements, Insurer Requirements, applicable federal, state and local laws and regulations and prudent industry practices.  No later than seven (7) Business Days after the Transfer Date Seller shall deliver to Buyer the ACS-GSG tape (formerly known as the Cooper's Tape).  From and after the date of this Agreement, Seller shall reasonably assist Buyer in an automated computer conversion of the Property, providing computer tapes as reasonably requested by Buyer.

4.2.8  No later than five (5) Business Days after the Transfer Date, Seller shall furnish to Buyer:

4.2.8.1  The report setting forth the amount of Seller's unreimbursed Advances, and each corresponding invoice, as of the Transfer Date, that are not related to principal, interest or the Escrow Deposits for each Loan identified by Seller's Loan number; and

4.2.8.2  The report as of the Transfer Date via electronic media in a format acceptable to Buyer setting forth the unpaid principal amount and due date of the next installment payment of principal and interest of each Loan identified by Seller's Loan number which is a Three Month Mortgage.

4.2.9  Reserved

4.2.10  Within three (3) Business Days after the Transfer Date, Seller shall deliver to Buyer all files described in subsection (iv) of the definition of "Property" in Section 1, which are or become in Seller's or its representative's possession, including, without limitation, all servicing/credit files and Custodial Files; provided, however, that Seller shall have up to ninety (90) Business Days after the Transfer Date to deliver to Buyer all servicing/credit files stored at Seller's Melville storage facility.  Within three (3) Business Days after the Transfer Date, Seller shall cause all Custodial Files and all documents related to the Loans in the possession of Seller's GNMA custodian to be delivered, at Seller's sole cost and expense, to the GNMA custodian appointed by Buyer.  Provided that, for those

066585.1001

documents which are in the possession of an attorney or trustee with respect to bankruptcy or foreclosure proceedings, Seller may deliver a signed trust receipt in the form of Exhibit "D", signed by such attorney or trustee, and photocopies of the subject documents in lieu of delivering the actual documents to Buyer, provided further that Seller's delivery of such trust receipts shall in no way relieve Seller of its obligations under Section 8 herein except where the breach of such obligations is caused solely by said attorney's or trustee's losing one or more of the documents related to such trust receipt after the Transfer Date.

4.2.11  Within three (3) Business Days after the Transfer Date, with respect to all Mortgage Notes, Seller shall properly endorse such Mortgage Notes without recourse with an original signature of a Vice President of Seller as described below; provided that by accepting such endorsement without recourse, Buyer does not waive, limit or reduce any of Seller's obligations under this Agreement, including without limitation, those described in Section 8.4.

Pay to the Order of

MidFirst Bank
Without Recourse

American Home Mortgage Servicing, Inc.

By: _____
        _____, Vice President

4.2.12  On or before the Settlement Date, Seller shall deliver such other assignments, instruments of transfer, and other documents as Buyer may reasonably require to be in accordance with GNMA Requirements, Insurer Requirements, other federal, state and local laws or in order to complete the transactions contemplated hereunder and to evidence compliance by Seller with the covenants, agreements, representations and warranties made by it hereunder.  For purposes of this section 4.2.12, if Seller delivers the assignments to the proper recording office in due form for recording and delivers a certified copy of the assignment sent for recording to Buyer, Seller shall be deemed to be in compliance with this delivery requirement with respect to assignments.

4.2.13  On or before the Settlement Date, Seller shall use commercially reasonable efforts to deliver to Buyer those things required to be delivered on or before the Settlement Date in the time and manner required in the transfer instructions described in Exhibit "E"; provided, however, that failure to deliver any items set forth in Exhibit "E" within the time specified shall not be a breach of this Agreement so long as the items required to be delivered on or before the Settlement Date are delivered on or before the Settlement Date.

066585.1001

5.    <u>Representations and Warranties of Seller</u>. As an inducement to enter into this Agreement, Seller represents and warrants to Buyer as follows (it being acknowledged that each such representation and warranty shall survive the Sale and Settlement Dates):

5.1    Seller is duly incorporated, validly existing and in good standing under the laws of the jurisdiction of its incorporation; subject to the Bankruptcy Exceptions, has all requisite corporate power and authority to own its properties and carry on its business as and where now being conducted and is duly qualified to do business and is in good standing in each jurisdiction in which the character and location of the properties owned or leased by it or the nature of the business transacted makes such qualifications necessary; and has all requisite corporate power and authority to enter into this Agreement, and the agreements to which it is or will become a party contemplated by this Agreement, and to carry out the transactions contemplated hereby.

5.2    The execution and delivery of this Agreement and the consummation of the transactions contemplated hereby have each been duly and validly authorized by all necessary organizational action (subject to entry and effectiveness of the Sale Order). This Agreement constitutes a valid and legally binding agreement enforceable in accordance with its respective terms; except as such enforcement may be limited by bankruptcy, insolvency, reorganization or other laws relating to or affecting the enforcement of creditors' rights and by general equity principles (subject to entry and effectiveness of the Sale Order).

5.3    The execution and delivery of this Agreement and the consummation of the transactions contemplated hereby will not violate, conflict with, result in a breach of, constitute a default under, or be prohibited by, or require any additional approval under its charter, certificate of incorporation, by-law's, or upon obtaining GNMA approval (in accordance with the Stipulation and Order) and the Administrative Agent's approval (in accordance with the Cash Collateral Order), any instrument or agreement to which it is a party or by which it is bound or which affects the Property, or any federal or state law, rule or regulation or any judicial or administrative decree, order, ruling or regulation applicable to it, or to the Property; provided, however, that enforceability of the provisions hereof requiring consummation of the transactions contemplated hereby is subject to entry and effectiveness of the Sale Order or any other action by the Bankruptcy Court. Except for the approval of the Bankruptcy Court and GNMA approval and subject to entry and effectiveness of the Sale Order by the Bankruptcy Court, Seller is not required to obtain the consent of any other party (including any rating agency) or any consent, license, approval or authorization from, or registration or declaration with, governmental authority, bureau or agency in connection with the execution, delivery, performance, validity or enforceability of this Agreement, except such as have been obtained or made.

5.4    Except with respect to those Loans described in Exhibit "F" and Seller's satisfaction of all requirements under the Stipulation and Order, there is no litigation (including without limitation, any class actions) or investigations, either pending or to its knowledge threatened, nor any settlements of litigation, nor proceedings of any kind, pending or to its knowledge threatened, by any federal, state or local government or administrative body, related to or affecting any of the Property, or Seller's ability to consummate the transactions contemplated hereby, including without

16

066585.1001

limitation, the servicing of the respective Loans and Mortgage Pools in accordance with GNMA Requirements and Insurer Requirements or which has resulted or would result in an amendment or modification to the terms of any Mortgage, Mortgage Note or Mortgage Pool; and there are no judgments, settlements, decrees, injunctions or other agreements or understandings which affect the value of the Loans or the servicing rights associated therewith.

5.5    Subject to entry of the Sale Order, the sale, transfer and assignment by Seller to Buyer of the Property, and the instruments required to be executed by Seller and delivered to Buyer pursuant to GNMA Requirements or other contractual provisions, are, or will be on the Sale Date, valid and enforceable in accordance with their terms and will effectively vest in Buyer good and marketable title to the Property, free and clear of any and all liens, claims, or Encumbrances.

5.6    Seller is authorized by GNMA as the eligible servicer of each Mortgage Pool and is entitled to the fees, compensation and reimbursement of expenses as provided by each Servicing Contract and the GNMA Requirements.

5.7    Subject to the rights of GNMA, any Custodian and the holders of GNMA Mortgage-Backed Securities, on or before the Sale Date, Seller will have full and complete title to the Property. On the Sale Date the Property will be free and clear of all encumbrances whatsoever, and Seller will have the unencumbered right to transfer and assign the same as contemplated by this Agreement, and upon the assignment and transfer contemplated in Section 2 of this Agreement, unencumbered full and complete title thereto shall be vested in Buyer.

5.8    All Advances made with respect to a Loan are (i) accounted for in accordance with GNMA Requirements and Insurer Requirements, (ii) legally collectible from a Mortgagor in the amounts as reflected on the books and records of Seller, except as the enforcement of collection may be limited by bankruptcy, insolvency, reorganization or other laws relating to or affecting the enforcement of creditors' rights and (iii) properly documented to support collection.

5.9    The information provided by Seller set forth in all Exhibits attached hereto and incorporated herein by reference is true, correct and complete as of the date thereof in the case of each item described on each Exhibit.

5.10    Except as set forth on Schedule 5.10, each Loan is validly insured or guaranteed to the maximum amount permitted by law by FHA, HUD, VA or other agency of the United States government, as the case may be, and complies with GNMA Requirements with respect to mortgage insurance including, without limitation, FHA's insuring no less than one hundred percent (100%) of the unpaid principal balance of each FHA Loan and VA's guarantee shall be no less than twenty-five percent (25%) of the unpaid principal balance of each VA Loan. Subject to Seller's fulfillment of all obligations under the Stipulation and Order, all premiums or other charges due in connection with such insurance or guaranty have been paid. There has been no act or omission that would or may invalidate, reduce or impair any such insurance or guaranty. No Loan that is insured by FHA is coinsured with respect to such Mortgage insurance.

066585.1001

6.    Representations and Warranties of Buyer. As an inducement to enter into this Agreement, Buyer represents and warrants to Seller as follows (it being acknowledged that each such representation and warranty shall survive the Sale and Settlement Dates):

6.1    Buyer is duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization; has all requisite corporate power and authority to own its properties and carry on its business as and where now being conducted and is duly qualified to do business and is in good standing in each jurisdiction in which the character and location of the properties owned or leased by it or the nature of the business transacted makes such qualifications necessary; and has all requisite corporate power and authority to enter into this Agreement, and the agreements to which it is or will become a party contemplated by this Agreement, and to carry out the transactions contemplated hereby.

6.2    The execution and delivery of this Agreement and the consummation of the transactions contemplated hereby have each been duly and validly authorized by all necessary organizational action.   This Agreement constitutes a valid and legally binding agreement enforceable in accordance with its respective terms; except as such enforcement may be limited by bankruptcy, insolvency, reorganization or other laws relating to or affecting the enforcement of creditors' rights and by general equity principles (subject to entry and effectiveness of the Sale Order).

6.3    The execution and delivery of this Agreement and the consummation of the transactions contemplated hereby will not violate, conflict with, result in a breach of, constitute a default under, or be prohibited by, or require any additional approval under its charter, certificate of incorporation, by-law's, or upon obtaining GNMA approval, any instrument or agreement to which it is a party or by which it is bound or which affects the Property, or any federal or state law, rule or regulation or any judicial or administrative decree, order, ruling or regulation applicable to it, or to the Property; provided, however, that enforceability of the provisions hereof requiring consummation of the transactions contemplated hereby is subject to entry and effectiveness of the Sale Order or any other action by the Bankruptcy Court. Buyer is not required to obtain the consent of any other party (including any rating agency) or any consent, license, approval or authorization from, or registration or declaration with, governmental authority, bureau or agency in connection with the execution, delivery, performance, validity or enforceability of this Agreement, except such as have been obtained or made.

6.4    There is no litigation (including without limitation, any class actions) or investigations, either pending or to its knowledge threatened, nor any settlements of litigation, nor proceedings of any kind, pending or to its knowledge threatened, by any federal, state or local government or administrative body, which will or might materially and adversely affect Buyer's ability to consummate the transactions contemplated hereby.

6.5    Buyer is an eligible servicer under GNMA Requirements in good standing with the requisite financial criteria and adequate resources to complete the transactions contemplated hereby

18

066585.1001

on the conditions stated herein.

6.6    Each Loan shall be the subject of a life of loan, fully transferable at no cost to Buyer, flood certification contract, which shall be transferred to Buyer.

7.    Approvals of GNMA.

7.1    Buyer and Seller acknowledge and agree that Seller has taken all necessary steps and actions (with Buyer's reasonable cooperation, if requested) in order to obtain all approvals required by GNMA of the transactions contemplated by this Agreement on or prior to the Transfer Date, including without limitation, the approval of Buyer to be the GNMA Issuer of record commencing on the month immediately following the Transfer Date.

7.2    Seller agrees to prepare at its sole cost and expense any and all assignments, endorsements, agreements and other instruments required by GNMA in order to obtain its approval and to pay all GNMA's charges and fees in connection with such approval. It is agreed that the execution, recordation and delivery of any and all assignments, endorsements, agreements and other instruments with respect to the purchase and sale of the Property required by GNMA and this Agreement are contingent upon the Sale, failing which all such assignments, endorsements, agreements and instruments shall be null and void and shall be returned to the party executing the same or, if executed by both parties, shall be destroyed. In the event that the transactions contemplated by this Agreement cannot be completed by reason of the failure of GNMA to approve the same, Seller and Buyer shall refund to each other all sums paid by one party hereto to the other party hereto under this Agreement. Notwithstanding any provisions of this Agreement to the contrary, Buyer and Seller agree that, in accordance with Paragraph 3 of the Stipulation and Order, GNMA will not be obligated to, and will not (i) reimburse any Advances to Seller or any other party or (ii) fund any shortfalls to any Custodial Accounts

8.    Certain Covenants of Seller. Seller covenants and agrees with Buyer as follows, it being understood and agreed that each of the following covenants and agreements shall survive the Transfer Date:

8.1    Interim Operations of Seller. Subject to the Bankruptcy Exceptions, or any order of the Bankruptcy Court, Seller covenants and agrees that, after the date hereof and prior to the Transfer Date, except as expressly provided in this Agreement or as may be agreed in writing by Buyer:

(i) the Seller shall conduct its business substantially in the same manner as conducted since the filing of the Bankruptcy Cases, and Seller shall use commercially reasonable efforts to preserve the business organization intact, keep available the services of its current officers and employees and maintain the existing relations with customers, suppliers, creditors, business partners and others having business dealings with the Seller;

(ii) prior to the Transfer Date, except in the ordinary course of business, Seller or

19

any Affiliate shall not modify, amend or terminate any agreement affecting the Servicing Contracts, except as necessary to assume and assign agreement pursuant to Section 365 of the Bankruptcy Code;

(iii) Seller or any Affiliate shall not terminate or permit to lapse any material permits or other government authorizations of any government entities that are necessary for the operation of Seller's business; and which the failure to have would cause a Material Adverse Effect, except when such termination or lapse results from any order or other proceeding instituted by any government entity;

(iv) Seller or any Affiliate shall not take, or agree to or commit to take, any action that would or is reasonably likely to result in any of the conditions to the sale contemplated herein to not be satisfied, or would make any representation or warranty of Seller contained herein inaccurate in any material respect at, or as of any time prior to, the Transfer Date or that would materially impair the ability of Seller or Buyer to consummate such sale in accordance with the terms hereof or materially delay such consummation;

(v) Seller shall conduct its business in accordance with GNMA Requirements and shall maintain in full force and effect all material permits and governmental authorizations; and

(vi) neither Seller nor any Affiliate shall take any action in contravention of the foregoing, or authorize, recommend, propose or announce an intention to take any action in contravention of any of the foregoing.

8.2    Reserved.

8.3    Reserved.

8.4    Reserved.

8.5    From and after the date of its execution of this Agreement, upon reasonable notice from Buyer, Seller shall make reasonably available to Buyer or cause to be made available to Buyer for Buyer's inspection, copying and reproduction, the Property and all books and records maintained by, through or for Seller relative thereto including, without limitation, Seller's computer database, monthly GNMA reports, GNMA audit reports and reports of independent auditors and, until the Transfer Date, Buyer and its authorized officers, employees and agents shall be given reasonable access thereto. In addition, Seller shall hereafter and for the ninety-day period following the Sale Date , upon reasonable request of Buyer, assist and cooperate with Buyer in an orderly and efficient transfer as herein contemplated and provide such documents or information as may be necessary to enable Buyer to carry out its responsibilities for servicing each Loan after the Transfer Date.

8.6    Not more than thirty (30) days after the effective date of transfer, as defined in the Real Estate Settlement Procedures Act, Buyer and Seller shall notify each Mortgagor of the assignment of the servicing transferred hereunder in accordance with the Real Estate Settlement Procedures Act and the cost of such notification shall be borne one-half by Buyer and one-half by Seller. Such notifications shall be by letter, the form and provisions of which shall be mutually agreed to by Buyer and Seller.

8.7    Reserved.

8.8    No later than the time frames or in the manner described in Exhibit "E", Seller shall prepare and mail to each mortgage, hazard, flood or casualty insurer for each Loan, an automated request via computer tape or letter, as reasonably requested by Buyer, of Seller for an endorsement of such policies of insurance effective on the Transfer Date deleting Seller and naming Midland Mortgage Co., its successors and/or assigns as the named mortgagee insured therein, together with the Loan number of Buyer and with instructions that such endorsement and any further billings, notices, policies, and other communications relating to the insurance be forwarded directly to Midland Mortgage Co. at the address herein specified for notices to Buyer. Seller agrees to pay all costs related to affecting all such notices. With respect to all FHA Loans, Seller shall submit all notices to HUD identifying the change in mortgagee from Seller to Buyer in the time and manner described in the Transfer Instructions, and take any additional actions that may be required to update HUD's Single Family Insurance System to reflect Buyer as the holder and servicer of record on and after the Transfer Date.

8.9    Seller, at its expense, will provide to the Internal Revenue Service and to each Mortgagor who shall have paid any interest with respect to the period beginning January 1, 2007, and ending on the Transfer Date, a statement of such interest paid, in the form prescribed by the Internal Revenue Service, on or before the date such statement is required to be sent according to the regulations of the Internal Revenue Service.

8.10    Prior to transferring the amounts deposited into the Custodial Accounts to Buyer pursuant to Section 4.2.4 of the Agreement, Seller will (i) make at its sole cost and expense any adjustments to the Custodial Accounts, including (without limitation) the deposit of funds thereto, to insure that no deficiency for which the servicer is required to make a deposit or take other actions under GNMA Requirements or Insurer Requirements, shall exist therein as of the Transfer Date, and, (ii) deposit to the Custodial Accounts all interest accrued and owing on Escrow Deposits as may be required under federal or state laws and regulations.

8.11    Reserved

8.12    Reserved.

8.13    Reserved.

8.14    Reserved.

21

8.15    Reserved.

8.16    Reserved.

8.17    Reserved.

8.18    Seller, at its expense, will prepare a statement detailing the amount of interest paid to GNMA certificate holders in the form prescribed by the Internal Revenue Service and will deliver such statements to (i) each GNMA certificate holder with respect to which Seller has remitted security checks in the month of January, 2007, through the month of the Transfer Date, and (ii) the Internal Revenue Service, on or before the date such statement is required to be delivered, pursuant to the regulations of the Internal Revenue Service.

8.19    Within five (5) Business Days following the Transfer Date, Seller, at its sole cost and expense, will have forwarded to Buyer, in the proper form, the unrecorded assignments from Seller to Buyer for all Loans that are not MERS Loans which, as of the Transfer Date, are Three Month Mortgages. All such assignments shall contain the Loan number of Buyer, along with a check for payment of all costs and fees necessary to record such assignments. Buyer shall send a cross-reference file in a format reasonably acceptable to Seller with all of Buyer's and Seller's Loan numbers.

8.20    Within five (5) Business Days following the Transfer Date, for all Loans that are not MERS Loans that are not (i) ninety (90) days or more past due under the terms of the Mortgage Note, (ii) In Bankruptcy and ninety (90) days or more past due under the terms of the Mortgage Note, (iii) In Foreclosure or (iv) In Litigation, by the Transfer Date, Seller, at its sole cost and expense (a) shall have caused all related Mortgage Notes to be endorsed in the manner described in Section 4.2.11 and in accordance with Section 8.27 and (b) shall have recorded or shall have submitted to the appropriate recording office for recording, in the proper form, assignments from Seller to Buyer of all respective Mortgages with instructions to the recording office to return the original assignment to the Buyer. Prior to the deadline for recertification of the Mortgage Pools pursuant to GNMA Requirements, Seller shall deliver to Buyer all recorded Mortgage assignments from Seller to Buyer. All such assignments shall contain the Loan number of Buyer; provided that Buyer deliver to Seller the cross-reference file described in Section 8.19. Within thirty (30) days following the Transfer Date, Seller shall deliver to Buyer copies of all such unrecorded assignments.

8.21    Reserved.

8.22    <u>MERS Loans</u>.    Seller shall deliver Buyer documentation necessary for Buyer to verify that all MERS Loans have been transferred to Buyer on the MERS System and Seller shall reasonably assist Buyer in the set-up and transfer of Loans under the MERS System. Seller shall direct MERS to provide Buyer with any notifications received by MERS as assignee of the Mortgage. Seller shall, on the Transfer Date, cause MERS to transfer ownership of such Loans

22

under the MERS System from Seller to Buyer.  After the transfer of ownership has occurred, Buyer shall have complete title, subject to the rights of GNMA, in and to each related Mortgage related to such Loan.

8.23    With respect to any Loan which is past due under the terms of the Mortgage Note, or is In Bankruptcy, In Litigation or In Foreclosure, Seller shall, prior to the Transfer Date, take all actions due within thirty (30) days following Transfer Date to assure compliance with Insurer Requirements.

8.24    Seller shall deliver to Buyer all items described in Exhibit "E" in the time and manner described therein.

8.25    Seller shall forward all unpaid invoices related to the Loans for services rendered prior to the Transfer Date and Buyer shall pay such invoices provided that (i) such invoices are received by Buyer within sixty (60) days after the Transfer Date and (ii) such amount would have been an Advance if the invoice had been paid by Seller on or prior to Transfer Date and  (iii) such amount is, in Buyer's reasonable opinion, fully collectible from the Mortgagor, FHA or VA.

8.26    Reserved.

8.27    With respect to any document required to transfer ownership of the Property from Seller to Buyer, whether recorded or not, including the Mortgage Note endorsements and the Mortgage assignments, each such document shall contain an original signature of a duly authorized officer of Seller, and Seller shall provide to Buyer corporate resolutions evidencing the authority of the individual signing such documents.  Each such endorsement or assignment shall comply with GNMA Requirements, Insurer Requirements and applicable federal, state or local law in order to be both recordable in the real property records and be an effective conveyance of Seller's interest in and to the real estate, Mortgage or lien granted therein. Seller shall also provide Buyer with a limited power of attorney, in form and substance mutually acceptable to Buyer and Seller, that will permit Buyer to execute on behalf of Seller, Mortgage assignments, note endorsements, and satisfactions and releases related to the Loans and to endorse loss draft checks, payoff checks, payment checks, refund checks, and claim checks related to the Loans.  Seller shall provide such number of originally executed copies of such limited power of attorney as may reasonably be requested by Buyer.  The Sale Order shall also seek the appointment of those individuals designated by Buyer to serve as officers of Seller for the limited purpose of executing on behalf of Seller, Mortgage assignments, note endorsements and satisfactions and releases related to the Loans, and for endorsing loss draft checks, payoff checks, payment checks, refund checks and claim checks related to the Loans.

8.28    Seller shall transfer all flood certification contracts to Buyer, at the sole expense of Seller.

8.29    Reserved.

066585.1001

8.30    Reserved.

8.31    Reserved.

8.32    Reserved.

8.33    Reserved.

8.34    Reserved.

8.35    Reserved.

8.36    Reserved.

8.37    Reserved.

8.38    Reserved.

8.39 From and after the execution of this Agreement, Seller shall not disclose any information relating to the Mortgagors or the Loans, including, but not limited to, the names and/or addresses of the Mortgagors, or the Loan list, to any person or entity other than the Buyer unless such disclosure is required under any order of the Bankruptcy Court or is necessary for Seller to reasonably service the Loans and to comply with GNMA Requirements, Insurer Requirements, or applicable federal, state or local laws.

9.    Closing Conditions. The respective obligations of Buyer and Seller to complete the purchase and sale of the Property pursuant to this Agreement is subject to the fulfillment on or prior to Sale Date of each of the conditions to be fulfilled by the other, unless the same is specifically waived in writing by the party for whose benefit the same is to be fulfilled. Seller and Buyer shall each have performed in all respects all of its covenants and agreements contained herein which are required to be performed by it on or prior to the Sale Date. The respective obligations of each party to consummate the transactions contemplated by this Agreement shall be subject to the satisfaction, or waiver by Buyer or Seller, as applicable, on or prior to the Sale Date, of all of the following conditions precedent:

9.1    Sale Order. The Sale Order (A) shall have been entered by the Bankruptcy Court, (B) shall not have been modified or amended in any manner that is adverse to Buyer unless agreed to in writing by Buyer in its reasonable discretion, and (C) shall have become a Final Order.

9.2    Seller Conditions.

(a)    The representations and warranties of the Buyer contained in this Agreement shall be true and correct on the date of this Agreement (except to the extent cured

066585.1001

prior to the Sale Date) and on the Sale Date as though made on the Sale Date, except to the extent such representations and warranties speak as of an earlier date, and except to the extent that any such failure of a representation or warranty to be true and correct, individually or in the aggregate, would not have a Material Adverse Effect; and

(b)    The amount payable by Buyer to Seller pursuant to Section 3.2.1 shall be sufficient to permit Seller to pay all monetary obligations to GNMA that are required to be paid under the Stipulation and Order.

9.3    Buyer Conditions.

(a)    The representations and warranties of the Seller contained in this Agreement shall be true and correct on the date of this Agreement (except to the extent cured prior to the Sale Date) and on the Sale Date as though made on the Sale Date, except to the extent such representations and warranties speak as of an earlier date, and except to the extent that any such failure of a representation or warranty to be true and correct, individually or in the aggregate, would not have a Material Adverse Effect.

(b)    The Sale Order shall have been entered by the Bankruptcy Court, become effective, and not been stayed, and shall provide, *inter alia*, that the Property will be transferred to and title shall vest in Buyer free and clear of any and all Claims, charges, defenses, interests, security interests, liens, offsets and encumbrances.

9.4    <u>Mutual Conditions</u>.  Prior to the Sale Date, Buyer shall conduct an initial audit and reconciliation of the Seller's Custodial Accounts and shall provide Seller with notice of all deficiencies that are discovered, if any (the "Initial Custodial Deficiencies"). In connection with such initial audit and reconciliation, the Parties agree to cooperate together with GNMA to determine the Initial Custodial Deficiencies, if any. If the Initial Custodial Deficiencies exceed the Reconciliation Threshold then Seller shall have the option (with the written consent of the Administrative Agent and after consultation with the official committee of unsecured creditors appointed in the Bankruptcy Cases) to increase the amount of the Reconciliation Threshold by an amount equal to the difference between the Initial Custodial Deficiencies and the Reconciliation Threshold (the "Custodial Shortfall") or to terminate this Agreement. In the event Seller elects to increase the Reconciliation Threshold by the Custodial Shortfall and, as a result of such increase, the Reconciliation Threshold does not exceed $800,000, then the conditions set forth in this Section 9.4 shall be satisfied. In the event Seller elects not to increase the Reconciliation Threshold by the Custodial Shortfall, Buyer shall, in its sole discretion, elect (i) to waive Seller's obligation to fund the Custodial Shortfall and close the transaction (in which cases Sellers liability for any shortfall shall be limited to the Reconciliation Threshold in accordance with Section 3.2.3 and any other unpaid portion of the purchase price under Section 3.2.4), or (ii) to terminate this Agreement. In the event either Seller or Buyer elects to terminate this Agreement pursuant to this Section 9.4, this Agreement shall become void and of no further force and effect and the transactions contemplated by this Agreement shall be abandoned, without further action by any party, and no

066585.1001

party shall have any liability or further obligation to any other party resulting from such termination.

10.    Notices. Any notice or demand which is required or permitted to be given by any provision of this Agreement shall be deemed to have been sufficiently given if either served personally, sent by pre-paid or registered or certified mail, or sent via overnight delivery, addressed to a party at its address set forth below.

BUYER:

MidFirst Bank
999 NW Grand Boulevard
Oklahoma City, Oklahoma 73118-6077
Attention:    Scott Reed, First Vice President

with copy (that will not constitute notice) to:

MidFirst Bank
999 NW Grand Boulevard
Oklahoma City, Oklahoma 73118-6077
Attention:    Ken R. Clark, Executive Vice President

And

MidFirst Bank
507 NW Grand Boulevard
Oklahoma City, Oklahoma 73118
Attention:    David B. Morgan, Esq., General Counsel

066585.1001

SELLER:

American Home Mortgage Servicing, Inc.
4600 Regent Blvd, Suite 200
Irving, Texas 75063
Attention: David Friedman
Fax: (866) 841-2568
E-mail: David.Friedman@Americanhm.com

with a copy (that will not constitute notice) to:

American Home Mortgage Servicing, Inc.
538 Broadhollow Road
Melville, NY 11747
Attention: Alan Horn, General Counsel
Fax: (800) 209-7276
E-mail: Alan.Horn@Americanhm.com

And

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attention: Robert S. Brady
Fax: (302) 571-6690
E-mail: rbrady@ycst.com

Either party may change its address by notice to the other.

11.    Bankruptcy Provisions:  Seller shall use its commercially reasonable efforts to seek approval of the Sale by the Bankruptcy Court and entry of the Sale Order. Seller hereby agrees that it shall, and shall cause all of its affiliates to, comply with all of the obligations of the Seller under the Sale Order (after the entry of such Order by the Bankruptcy Court). Seller shall use commercially reasonable efforts to comply (or obtain an order from the Bankruptcy Court waiving compliance) with all requirements under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure in connection with obtaining approval of the Sale contemplated under this Agreement, including serving on all required Persons in the Bankruptcy Cases (including (i) all Persons who are known to possess or assert a lien, Claim, interest or encumbrance against any of the Property, (ii) the Internal Revenue Service, and (iii) all other Persons required by any order of the Bankruptcy Court notice of the Sale Motion, the Sale Hearing and the objection deadline in accordance with Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure, the Stipulation and Order or other orders of the Bankruptcy Court, and any applicable local rules of the Bankruptcy Court.

27

12.   <u>Survival of Representations and Warranties</u>.  All representations and warranties of the parties contained in this Agreement and in any certificate or instrument delivered by any party to the other party shall survive for a period of one hundred and twenty (120) days after the Sale Date and after such one hundred and twenty (120) day period no party shall have any liability or obligation to the other party for any breach thereof.

13.   <u>Entire Agreement</u>. This Agreement contains the entire agreement of the parties and supersedes and render null and void the letter agreement dated September 19, 2007, and there are no representations, inducements or other provisions other than those expressed in writing herein. Titles are for convenience only and neither limit nor amplify the provisions of this Agreement. All changes, additions or deletions hereto must be made in writing and signed by each of the parties.

14.   <u>Construction of Agreement</u>.  The parties acknowledge that each party and each party's counsel have reviewed and revised this Agreement and that normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party will not be employed in the interpretation of this Agreement or any amendments or schedules hereto.

15.   Reserved.

16.   Reserved.

17.   <u>Waivers</u>.  A waiver of any term, condition or obligation under this Agreement by any party shall not be construed as a waiver by such party of any other term, condition or obligation nor shall any such waiver constitute a waiver of a subsequent breach of the same term, condition or obligation or of any right consequent thereon.  Buyer's knowledge of a breach by Seller does not constitute a waiver of Buyer's rights under this Agreement.

18.   <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Oklahoma. Without limiting any party's right to appeal any order of the Bankruptcy Court, (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes that may arise or result from, or be connected with, this Agreement, any breach or default hereunder, or the transactions contemplated hereby, and (ii) any and all proceedings related to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the parties hereby consent to and submit to the jurisdiction and venue of the Bankruptcy Court and shall receive notices at such locations as indicated in Section 10 hereof.  The parties hereby irrevocably waive, to the fullest extent permitted by applicable law, any objection that they may now or hereafter have to the laying of venue of any such dispute brought in the Bankruptcy Court or any defense of inconvenient forum for the maintenance of such dispute. Each of the parties hereto agrees that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law.  Each of the parties hereto hereby consents to process being served by any party to this Agreement in any suit, action or proceeding by delivery of a copy thereof in accordance with the provisions of Section 10.

19.   Reserved.

066585.1001

20.    <u>Publicity and Confidentiality</u>. Subject to any disclosure required in connection with the Bankruptcy Cases and in order to obtain Bankruptcy Court approval of this Agreement and entry of the Sale Order, for a period of two years after the Transfer Date, neither Seller nor Buyer nor any of such party's affiliates, brokers or agents will disclose to any person or entity not a party hereto any term of this Agreement (including, without limitation, price), or issue any press release or make any public statement with respect to this Agreement or the transactions contemplated hereby, in each case except in accordance with the following guidelines:

20.1    None of the parties shall be required to consult with the others prior to making any disclosures required by the Securities Exchange Commission or applicable law; and

20.2    Nothing in this Section shall be construed to limit confidential communications with accountants, attorneys and auditors.

21.    <u>Cooperation</u>. Seller and Buyer shall cooperate fully and reasonably with each other and their respective counsel and other representatives and advisors in connection with the steps required to be taken as part of their respective obligations under this Agreement including, without limitation, securing the approval of GNMA and the approval and acceptance by Buyer and Seller of any and all documentation which may be required to effectuate the transfer of the Property to Buyer or process the release or satisfaction of a Mortgage.

*{Signature Page Follows}*

066585.1001

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

"BUYER"

**MIDFIRST BANK,** a federally chartered savings association

By:_____
Scott Reed, First Vice President


"SELLER"

**AMERICAN HOME MORTGAGE SERVICING, INC.,** a Maryland corporation

By:_____
Name:
Title:

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

**"BUYER"**

**MIDFIRST BANK**, a federally chartered savings association

By:_____
Scott Reed, First Vice President

**"SELLER"**

**AMERICAN HOME MORTGAGE SERVICING, INC.**, a Maryland corporation

By:_____
Name: STEPHEN A. HOZIE
Title: EVP + CFO

**EXHIBIT "A"**

Seller's Initials: _____
Buyer's Initials: _____

**Exhibit "A"**
Schedule of Loans
Portfolio Distribution by Pool
As of 8/31/07

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 599025 | $1,711,773.46 | 15 | no | $10,411.63 | $2,657.85 | $11,164.73 | $0.00 |
| 599027 | $1,548,861.67 | 13 | no | $10,021.85 | $2,350.54 | $9,009.88 | $1,165.63 |
| 599028 | $197,015.42 | 2 | no | $1,322.92 | $236.54 | $669.87 | $0.00 |
| 599029 | $154,067.71 | 2 | no | $1,081.13 | $600.01 | $739.91 | $0.00 |
| 599030 | $212,418.09 | 3 | no | $1,616.60 | $775.94 | $6,266.89 | $0.00 |
| 599031 | $748,649.57 | 7 | no | $4,348.80 | $1,066.07 | $1,597.31 | $0.00 |
| 599040 | $302,925.03 | 3 | no | $1,852.72 | $390.42 | $20,146.50 | $646.70 |
| 625141 | $1,761,916.53 | 25 | no | $10,689.75 | $5,369.94 | $2,542.28 | $18.50 |
| 625142 | $602,326.63 | 7 | no | $3,842.71 | $1,417.77 | $5,161.93 | $4,324.64 |
| 625143 | $1,157,840.00 | 16 | no | $7,233.71 | $3,378.67 | $3,338.15 | $1,542.72 |
| 625145 | $555,202.55 | 7 | no | $3,357.92 | $1,506.58 | $5,381.97 | $0.00 |
| 625146 | $846,306.53 | 7 | no | 9/15/1914 | $1,043.22 | $5,855.22 | $0.00 |
| 625148 | $846,306.53 | 7 | no | 7/17/1917 | $1,138.77 | $3,911.20 | $0.00 |
| 625149 | $959,607.93 | 11 | no | $2,297.08 | $659.62 | $1,631.84 | $0.00 |
| 625150 | $328,795.65 | 4 | no | $1,449.57 | $245.01 | $2,467.71 | $0.00 |
| 625157 | $221,113.24 | 2 | no | $1,119.69 | $349.69 | $3,130.09 | $0.00 |
| 625158 | $172,409.58 | 2 | no | $3,259.58 | $591.56 | $11,660.82 | $0.00 |
| 625159 | $532,020.34 | 5 | no | $7,047.45 | $2,455.77 | $2,946.15 | $0.00 |
| 625161 | $1,057,024.74 | 13 | no | $3,072.45 | $1,296.73 | $1,129.22 | $0.00 |
| 625166 | $448,758.78 | 5 | no | $678.53 | $127.02 | $1,642.59 | $0.00 |
| 625174 | $105,174.72 | 1 | no | $1,351.22 | $303.65 | $1,117.70 | $0.00 |
| 625175 | $222,166.95 | 2 | no | $1,440.70 | $530.22 | $2,564.38 | $350.76 |
| 625178 | $232,289.31 | 2 | no | $4,164.96 | $915.32 | $4,275.02 | $890.24 |
| 625180 | $631,608.93 | 7 | no | $3,664.16 | $1,412.64 | $4,028.02 | $0.00 |
| 625181 | $444,700.64 | 5 | no | $2,750.99 | $943.74 | $1,513.30 | $373.30 |
| 625184 | $402,397.26 | 4 | no | $3,284.66 | $712.84 | ($2,155.80) | $4,526.98 |
| 625192 | $508,766.75 | 5 | no | $8,647.87 | $1,584.00 | $2,117.28 | $0.00 |
| 625196 | $1,046,372.22 | 6 | no | $1,309.78 | $595.55 | $12,170.50 | $0.00 |
| 625197 | $212,743.66 | 2 | no | $6,699.02 | $2,175.78 | $3,026.99 | $0.00 |
| 625200 | $1,155,527.81 | 10 | no | $2,670.63 | $424.24 | ($513.57) | $1,675.01 |
| 625202 | $433,561.30 | 3 | no | $1,814.63 | $498.57 | $11,357.61 | $460.28 |
| 625204 | $279,052.69 | 3 | no | $13,514.26 | $3,313.43 | $15,828.57 | $1,043.99 |
| 664680 | $2,318,653.88 | 18 | no | $13,667.71 | $3,906.66 | $9,315.74 | $2,750.67 |
| 664681 | $2,024,763.89 | 19 | no | $12,460.04 | $3,697.78 | $10,163.80 | $1,629.12 |
| 664682 | $2,058,460.92 | 15 | no | $9,252.55 | $2,310.90 | $12,815.27 | $681.10 |
| 664683 | $1,414,216.50 | 16 | no | $7,434.61 | $2,685.97 | $4,398.75 | $181.50 |
| 664685 | $1,104,771.82 | 12 | no | $6,595.04 | $1,497.88 | $15,600.02 | $1705.40 |
| 664686 | $991,233.09 | 10 | no | $12,588.61 | $3,443.13 | $17,299.18 | $0.00 |
| 664687 | $1,984,292.32 | 18 | no | $10,448.43 | $2,894.80 | $3,160.64 | $0.00 |
| 664688 | $1,567,054.67 | 17 | no | $2,279.30 | $545.06 | $2,297.37 | $139.27 |
| 664690 | $288,510.70 | 2 | no | $2,237.24 | $461.85 | $2,967.47 | $1243.04 |
| 664691 | $358,242.02 | 3 | no | $3,600.17 | $758.03 | $2,967.47 | $2,136.92 |
| 664692 | $549,660.70 | 5 | no | $1,971.37 | $953.99 | ($1,173.35) | $1,193.65 |
| 664693 | $289,850.12 | 4 | no | $1,059.30 | $1,461.48 | $2,673.93 | $0.00 |
| 20567 | $4,190.96 | 4 | yes | $1,737.18 | $876.28 | $410.00 | $0.00 |
| 20570 | $5,344.56 | 7 | yes | $567.14 | $313.84 | $3,439.28 | $0.00 |
| 21916 | $2,670.45 | 1 | yes | $1,250.39 | $264.79 | $1,003.27 | $0.00 |
| 21911 | $5,335.72 | 4 | yes | $721.32 | $281.31 | $1,162.17 | $0.00 |
| 21913 | $4,503.96 | 1 | yes | $320.90 | $172.66 | $912.58 | $0.00 |
| 21913 | $1,433.06 | 1 | yes | $227.05 | $478.52 | $232.36 | $0.00 |
| 24768 | $1,368.84 | 1 | yes | $314.01 | $96.53 | ($8,486.11) | $6,783.49 |
| 24817 | $1,764.48 | 1 | yes | $709.88 | $475.19 | $237.50 | $0.00 |
| 24818 | $5,242.44 | 3 | yes | $265.65 | $211.74 | $573.68 | $0.00 |
| 26095 | $2,565.17 | 1 | yes | $395.20 | $163.66 | $1,158.57 | $0.00 |
| 26096 | $3,416.55 | 2 | yes | $602.67 | $193.10 | $653.30 | $0.00 |
| 160123 | $43,920.46 | 1 | yes | $1,056.16 | $170.67 | $682.42 | $0.00 |
| 161637 | $93,335.65 | 2 | yes | $558.62 | $581.47 | $924.15 | $0.00 |
| 173394 | $38,928.18 | 1 | yes | $628.42 | $344.72 | $1,187.84 | $0.00 |
| 174005 | $46,954.99 | 1 | yes | $1,592.97 | $247.26 | $316.71 | $0.00 |
| 174008 | $116,198.40 | 3 | yes | $1,102.74 | $491.62 | $122.23 | $135.62 |
| 174016 | $79,413.79 | 2 | yes | $502.69 | $162.08 | ($135.82) | $8.11 |
| 119201 | $37,376.96 | 1 | yes | $372.93 | $321.26 | $2.11 | $46.31 |
| 187404 | $20,795.34 | 1 | yes | $364.85 | $201.89 | $695.70 | ($46.31) |
| 192350 | $20,772.73 | 1 | yes | $660.90 | $210.28 | ($1,418.20) | $1,418.20 |
| 192352 | $24,881.70 | 1 | yes | $400.97 | $330.89 | $461.09 | $0.00 |
| 192355 | $50,497.60 | 1 | yes | $373.18 | $226.84 | $1,745.61 | $0.00 |
| 192357 | $35,200.72 | 1 | yes | $427.14 | $291.74 | $840.61 | $0.00 |
| 192360 | $28,449.62 | 1 | yes | $613.64 | $405.24 | $711.09 | $0.00 |
| 192366 | $33,671.46 | 1 | yes | $432.18 | $181.55 | $3,935.63 | $0.00 |
| 192368 | $19,351.58 | 1 | yes | $1,062.40 | $728.73 | $3,385.51 | $0.00 |
| 205152 | $32,083.18 | 1 | yes | $1,406.30 | $671.12 | $1,507.83 | $0.00 |
| 205154 | $78,638.41 | 2 | yes | $677.45 | $308.43 | $1,369.00 | $0.00 |
| 205155 | $112,222.71 | 2 | yes | $602.90 | $176.64 | $641.92 | $0.00 |
| 205160 | $59,166.47 | 1 | yes | $390.38 | $229.30 | $909.85 | $0.00 |
| 207013 | $46,320.07 | 1 | yes | $393.87 | $121.12 | $1,164.51 | $0.00 |
| 207619 | $25,025.40 | 1 | yes | $1,530.60 | $628.34 | $558.12 | $0.00 |
| 207624 | $30,430.55 | 1 | yes | $394.21 | $313.72 | $1,640.04 | $0.00 |
| 207641 | $78,374.92 | 4 | yes | $708.00 | $225.85 | $1,854.12 | $0.00 |
| 207644 | $7,637.82 | 1 | yes | $684.73 | $405.71 | $2,535.55 | $0.00 |
| 207659 | $61,801.31 | 2 | yes | $673.88 | $548.52 | $4,114.96 | $0.00 |
| 207662 | $53,530.72 | 2 | yes | $2,269.85 | $704.99 | $7,096.53 | $0.00 |
| 207676 | $55,579.22 | 2 | yes | $2,215.27 | $1,822.36 | $1,207.33 | $0.00 |
| 207677 | $155,597.07 | 5 | yes | $922.36 | $243.05 | $1,369.45 | $0.00 |
| 207678 | $143,645.13 | 6 | yes | $1,916.81 | $699.06 | $133.64 | $0.00 |
| 207724 | $12,635.72 | 1 | yes | $537.09 | $108.05 | $2,046.42 | $652.08 |
| 207729 | $154,355.25 | 3 | yes | $1,027.27 | $506.02 | ($427.87) | $0.00 |
| 208371 | $42,539.53 | 1 | yes | $685.90 | $513.01 | $1,211.37 | $0.00 |
| 208372 | $81,568.87 | 1 | yes | $424.85 | $184.54 | $468.93 | $0.00 |
| 208375 | $59,566.88 | 2 | yes | $557.09 | $187.48 | $2,843.78 | $0.00 |
| 208485 | $28,977.13 | 1 | yes | $1,117.24 | $379.92 | $1,063.18 | $0.00 |
| 208486 | $43,711.55 | 1 | yes | $1,370.96 | $651.50 | $1,840.09 | $67.35 |
| 208487 | $87,664.34 | 2 | yes | $519.75 | $272.14 | ($67.35) | $0.00 |
| 208494 | $108,800.02 | 2 | yes | $364.47 | $249.32 | $1,764.27 | $0.00 |
| 208497 | $13,373.90 | 1 | yes | $1,359.31 | $683.23 | $1,687.91 | $2.51 |
| 208498 | $20,691.19 | 1 | yes | $1,038.62 | $325.41 | ($2.51) | $0.00 |
| 208500 | $104,438.18 | 3 | yes | $377.16 | $129.26 | $252.43 | $0.00 |
| 208501 | $68,894.33 | 2 | yes | $576.98 | $190.73 | $1,572.56 | $0.00 |
| 208509 | $29,250.51 | 1 | yes | $1,490.17 | $232.47 | $1,900.64 | $0.00 |
| 209513 | $61,271.41 | 1 | yes | $598.60 | $134.61 | $1,203.37 | $0.00 |
| 306186 | $134,042.63 | 2 | yes | $1,024.30 | $562.34 | $2,146.85 | $0.00 |
| 306189 | $57,731.21 | 1 | yes | $952.68 | $249.45 | $797.05 | $0.00 |
| 306190 | $80,877.70 | 2 | yes | $492.42 | $170.37 | $287.10 | $0.00 |
| 306196 | $89,999.13 | 1 | yes | $508.03 | $47.95 | $691.18 | $0.00 |
| 306200 | $42,927.39 | 1 | yes | $228.64 | $221.22 | $2,311.33 | $0.00 |
| 311827 | $49,432.64 | 1 | yes | $639.74 | $145.06 | $587.45 | $0.00 |
| 311829 | $50,245.49 | 1 | yes | $413.58 | $235.60 | $2,242.18 | $0.00 |
| 311838 | $51,029.50 | 2 | yes | $719.71 | $630.31 | $12,243.95 | $0.00 |
| 311839 | $39,520.73 | 1 | yes | $1,461.73 | $21.95 | $148.84 | $0.00 |
| 311843 | $70,907.17 | 1 | yes | $846.64 | $673.63 | $4,817.42 | $0.00 |
| 311844 | $140,695.91 | 2 | yes | $1,393.82 | $689.85 | $707.67 | $0.00 |
| 318731 | $88,313.03 | 1 | yes | $734.70 | $254.12 | $2,456.67 | $0.00 |
| 318737 | $185,163.18 | 4 | yes | $701.29 | $317.51 | $391.13 | $0.00 |
| 318739 | $72,620.68 | 1 | yes | $410.18 | $1,094.32 | $1,725.31 | $0.00 |
| 318742 | $60,440.83 | 1 | yes | $1,698.16 | $142.49 | $2,889.69 | $0.00 |
| 318744 | $42,921.25 | 1 | yes | $1,448.64 | $107.50 | $842.59 | $0.00 |
| 318745 | $160,215.72 | 3 | yes | $420.32 | $1,048.38 | $10,293.44 | $0.00 |
| 318750 | $144,573.10 | 3 | yes | $2,438.24 | $1,256.80 | $2,636.53 | $0.00 |
| 322418 | $18,914.49 | 4 | yes | $430.36 | $769.54 | $2,983.40 | $0.00 |
| 322419 | $212,231.39 | 4 | yes | $2,304.45 | $1,048.33 | $5,200.04 | $445.74 |
| 322424 | $44,626.14 | 5 | yes | $2,304.45 | $1,048.33 | $5,200.04 | $445.74 |
| 322425 | $192,665.53 | 5 | yes | $5,639.31 | $2,209.14 | $5,200.04 | $445.74 |
| 322428 | $542,343.97 | 10 | yes | $5,639.31 | $2,209.14 | $5,200.04 | $445.74 |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 322429 | $35,889.27 | 1 | yes | $367.32 | $75.49 | $250.27 | $0.00 |
| 322436 | $59,181.05 | 1 | yes | $591.68 | $101.15 | $1,028.15 | $0.00 |
| 322437 | $42,705.76 | 1 | yes | $455.42 | $93.15 | $378.85 | $0.00 |
| 322438 | $90,406.04 | 1 | yes | $970.01 | $211.64 | $1,853.85 | $0.00 |
| 335340 | $242,209.13 | 3 | yes | $2,415.95 | $716.40 | $2,560.82 | $0.00 |
| 335340 | $168,904.87 | 2 | yes | $1,671.16 | $469.83 | $1,584.57 | $0.00 |
| 335346 | $178,536.12 | 4 | yes | $1,953.46 | $592.35 | $3,418.50 | $0.00 |
| 335347 | $145,945.82 | 3 | yes | $1,421.69 | $621.50 | $1,947.54 | $0.00 |
| 335352 | $184,101.20 | 4 | yes | $2,024.50 | $780.59 | $1,566.04 | $0.00 |
| 335353 | $3,227.65 | 2 | yes | $1,663.07 | $681.04 | $3,152.36 | $0.00 |
| 335356 | $77,944.21 | 1 | yes | $721.94 | $413.59 | $1,372.44 | $0.00 |
| 335357 | $144,814.68 | 2 | yes | $1,377.29 | $333.45 | $2,099.21 | $0.00 |
| 335358 | $28,930.17 | 1 | yes | $307.19 | $129.35 | $652.58 | $0.00 |
| 335359 | $5,923.29 | 2 | yes | $1,809.07 | $522.62 | $4,301.23 | $0.00 |
| 335360 | $231,524.56 | 3 | yes | $2,134.03 | $737.62 | $5,961.09 | $0.00 |
| 343290 | $259,062.17 | 4 | yes | $2,719.26 | $846.60 | $4,067.94 | $0.00 |
| 343291 | $27,358.40 | 1 | yes | $284.89 | $73.95 | $628.36 | $0.00 |
| 343292 | $112,997.23 | 2 | yes | $1,071.20 | $273.64 | $1,489.60 | $0.00 |
| 343295 | $134,532.82 | 2 | yes | $1,286.67 | $427.37 | $1,333.87 | $0.00 |
| 343299 | $29,904.72 | 1 | yes | $392.19 | $89.57 | $614.86 | $0.00 |
| 343300 | $3,389.57 | 1 | yes | $882.13 | $258.68 | $322.24 | $0.00 |
| 343301 | $148,164.02 | 2 | yes | $1,355.44 | $775.40 | $2,138.98 | $0.00 |
| 343306 | $137,210.77 | 2 | yes | $1,298.45 | $574.47 | $4,270.18 | $0.00 |
| 343307 | $63,972.77 | 2 | yes | $1,134.97 | $807.32 | $2,966.72 | $0.00 |
| 343309 | $141,459.96 | 3 | yes | $1,342.07 | $348.01 | $2,013.07 | $0.00 |
| 343311 | $105,215.65 | 3 | yes | $1,569.43 | $661.36 | $3,655.90 | $0.00 |
| 356349 | $8,674.52 | 3 | yes | $1,115.20 | $280.28 | $1,705.38 | $0.00 |
| 356350 | $78,263.81 | 1 | yes | $722.40 | $202.94 | $364.64 | $0.00 |
| 356351 | $1,006.28 | 1 | yes | $679.95 | $209.77 | $1,035.65 | $0.00 |
| 356352 | $4,064.02 | 1 | yes | $041.30 | $251.59 | $588.41 | $0.00 |
| 356355 | $401,172.68 | 6 | yes | $3,664.27 | $1,323.65 | $4,181.28 | $779.06 |
| 356356 | $331,527.09 | 4 | yes | $3,152.27 | $1,174.46 | $2,908.52 | $0.00 |
| 356357 | $64,560.74 | 1 | yes | $622.44 | $384.13 | $492.96 | $0.00 |
| 356358 | $63,114.94 | 1 | yes | $760.48 | $275.64 | $2,160.82 | $0.00 |
| 356359 | $5,327.45 | 1 | yes | $610.91 | $264.12 | $892.73 | $0.00 |
| 356361 | $78,873.15 | 1 | yes | $090.26 | $196.33 | $1,331.58 | $0.00 |
| 356362 | $224,965.31 | 4 | yes | $2,372.10 | $558.31 | $2,196.74 | $0.00 |
| 356363 | $103,751.91 | 2 | yes | $1,200.15 | $451.54 | $3,832.33 | $0.00 |
| 356364 | $55,769.92 | 1 | yes | $538.32 | $300.55 | $469.75 | $0.00 |
| 356365 | $16,261.78 | 2 | yes | $1,657.97 | $518.23 | $1,309.94 | $0.00 |
| 356372 | $534,046.59 | 8 | yes | $4,690.00 | $2,216.79 | $5,957.29 | $210.27 |
| 356374 | $257,620.14 | 4 | yes | $2,406.77 | $695.24 | $4,171.31 | $0.00 |
| 356375 | $14,835.29 | 2 | yes | $810.14 | $437.86 | $1,126.83 | $0.00 |
| 356560 | $12,308.47 | 2 | yes | $1,245.91 | $336.01 | $1,347.80 | $0.00 |
| 365561 | $216,502.57 | 3 | yes | $1,949.01 | $778.46 | $3,769.96 | $0.00 |
| 365563 | $1,040,664.24 | 16 | yes | $10,309.65 | $4,631.59 | $21,975.56 | $0.00 |
| 365564 | $495,694.32 | 6 | yes | $4,895.33 | $1,764.55 | $8,764.89 | $1,708.10 |
| 365565 | $73,325.63 | 1 | yes | $700.49 | $244.85 | $1,832.75 | $0.00 |
| 365568 | $91,910.38 | 1 | yes | $838.92 | $209.49 | $789.44 | $0.00 |
| 365569 | $89,755.00 | 1 | yes | $845.56 | $252.65 | $1,615.03 | $0.00 |
| 365570 | $6,700.39 | 1 | yes | $749.63 | $161.86 | $2,686.71 | $0.00 |
| 365572 | $194,953.08 | 2 | yes | $1,690.88 | $493.30 | $6,001.53 | $264.10 |
| 365573 | $620,434.86 | 12 | yes | $6,062.38 | $2,146.00 | $1,746.00 | $0.00 |
| 365574 | $133,489.38 | 2 | yes | $1,374.72 | $504.44 | $3,749.12 | $0.00 |
| 365575 | $171,375.47 | 3 | yes | $1,720.09 | $768.60 | ($13.77) | $13.77 |
| 365577 | $39,289.59 | 1 | yes | $383.53 | $198.58 | $2,103.79 | $0.00 |
| 365579 | $9,571.45 | 1 | yes | $768.96 | $290.51 | $2,901.73 | $304.78 |
| 365609 | $309,891.24 | 5 | yes | $2,637.88 | $1,265.80 | $4,441.09 | $93.40 |
| 365681 | $439,034.94 | 8 | yes | $4,666.95 | $1,746.71 | $2,357.24 | $0.00 |
| 365682 | $125,837.64 | 3 | yes | $1,168.55 | $565.67 | $163.05 | $0.00 |
| 365684 | $53,403.18 | 1 | yes | $461.06 | $194.30 | $10,124.91 | $0.00 |
| 378716 | $415,059.59 | 8 | yes | $4,341.81 | $1,566.39 | $12,540.79 | $0.00 |
| 378717 | $757,276.84 | 12 | yes | $7,404.08 | $2,428.11 | $1,006.35 | $0.00 |
| 378718 | $55,069.84 | 2 | yes | $509.70 | $211.65 | $4,009.68 | $0.00 |
| 378719 | $14,012.04 | 2 | yes | $1,531.85 | $884.38 | $4,756.05 | $0.00 |
| 378720 | $15,905.34 | 4 | yes | $2,146.41 | $639.56 | $4,203.53 | $153.69 |
| 378721 | $20,736.10 | 4 | yes | $2,337.01 | $940.14 | $2,800.06 | $0.00 |
| 378722 | $145,882.78 | 2 | yes | $1,263.76 | $564.45 | $184.60 | $0.00 |
| 378723 | $30,410.21 | 1 | yes | $274.80 | $156.56 | $2,126.22 | $0.00 |
| 378724 | $168,053.83 | 3 | yes | $1,687.55 | $807.88 | $3,660.48 | $0.00 |
| 378725 | $63,147.86 | 1 | yes | $704.81 | $236.92 | $3,786.86 | $0.00 |
| 378726 | $222,100.61 | 3 | yes | $5,634.49 | $784.47 | $13,294.85 | $0.00 |
| 378727 | $607,200.99 | 10 | yes | $6,359.72 | $2,319.14 | $11,749.13 | $0.00 |
| 378728 | $591,047.81 | 11 | yes | $490.17 | $12,130.99 | $848.49 | $40.50 |
| 378729 | $53,236.19 | 4 | yes | $2,559.26 | $188.58 | $3,664.46 | $0.00 |
| 378730 | $306,406.02 | 2 | yes | $1,257.47 | $1,246.41 | $2,717.77 | $0.00 |
| 378731 | $12,720.61 | 2 | yes | $3,144.91 | $569.27 | $6,643.51 | $300.75 |
| 378732 | $359,613.11 | 5 | yes | $3,396.34 | $1,143.43 | $2,530.01 | $0.00 |
| 378733 | $154,916.21 | 2 | yes | $3,507.11 | $316.00 | $4,538.09 | $0.00 |
| 378734 | $43,414.29 | 5 | yes | $1,348.81 | $818.84 | $782.92 | $0.00 |
| 378735 | $20,474.17 | 2 | yes | $7,622.48 | $570.01 | $15,948.86 | $0.00 |
| 378736 | $690,197.48 | 13 | yes | $7,038.31 | $3,400.46 | $14,312.68 | $0.00 |
| 378737 | $289,340.03 | 13 | yes | $6,574.03 | $3,290.15 | $1,998.26 | $184.08 |
| 378738 | $703,275.36 | 13 | yes | $1,150.50 | $2,936.95 | $343.31 | $0.00 |
| 378739 | $16,466.28 | 2 | yes | $961.75 | $1,409.64 | $3,532.95 | $0.00 |
| 378740 | $15,521.03 | 1 | yes | $1,418.00 | $1,170.91 | $9,673.07 | $0.00 |
| 383651 | $171,469.59 | 2 | yes | $5,013.74 | $735.08 | $13,623.57 | $0.00 |
| 383652 | $594,134.97 | 9 | yes | $7,289.20 | $2,054.92 | $1,915.85 | $135.92 |
| 383663 | $723,263.55 | 14 | yes | $1,847.64 | $997.49 | $15,162.89 | $0.00 |
| 383664 | $189,007.39 | 7 | yes | $4,209.25 | $1,323.46 | $2,352.16 | $167.81 |
| 383665 | $60,892.68 | 2 | yes | $1,665.39 | $475.87 | $2,368.34 | $0.00 |
| 383666 | $16,546.84 | 2 | yes | $3,394.60 | $1,393.68 | $2,184.05 | $0.00 |
| 383669 | $544,071.07 | 5 | yes | $2,839.90 | $1,008.46 | $15,148.48 | $0.00 |
| 383669 | $303,017.05 | 5 | yes | $1,300.50 | $935.11 | $3,683.45 | $0.00 |
| 383690 | $132,147.59 | 3 | yes | $2,508.31 | $890.30 | $2,050.01 | $0.00 |
| 383691 | $33,891.71 | 3 | yes | $1,199.05 | $381.56 | $4,942.39 | $0.00 |
| 383692 | $22,396.26 | 2 | yes | $2,370.16 | $991.86 | $12,597.77 | $338.83 |
| 383694 | $250,025.30 | 5 | yes | $6,763.49 | $2,770.43 | $3,325.56 | $0.00 |
| 383695 | $617,963.72 | 12 | yes | $1,400.99 | $505.29 | $2,981.04 | $0.00 |
| 383696 | $121,074.33 | 3 | yes | $964.90 | $571.48 | $2,700.08 | $0.00 |
| 383698 | $16,865.01 | 2 | yes | $1,027.14 | $1,473.01 | $350.95 | $0.00 |
| 383699 | $18,702.19 | 2 | yes | $718.87 | $304.20 | $3,068.93 | $0.00 |
| 383700 | $51,672.74 | 1 | yes | $1,955.68 | $1,296.26 | $6,100.70 | $1,209.60 |
| 383701 | $229,734.66 | 4 | yes | $5,349.04 | $2,182.12 | $2,348.09 | $0.00 |
| 383702 | $589,296.42 | 10 | yes | $1,846.16 | $373.72 | $589.13 | $0.00 |
| 383703 | $164,521.07 | 3 | yes | $673.06 | $174.26 | $3,518.75 | $0.00 |
| 383705 | $70,101.96 | 1 | yes | $2,674.33 | $794.94 | $4,152.61 | $0.00 |
| 383706 | $277,617.34 | 4 | yes | $3,234.09 | $1,212.95 | $1,618.61 | $0.00 |
| 383707 | $349,028.39 | 4 | yes | $586.30 | $368.91 | $1,696.92 | $0.00 |
| 383708 | $82,876.77 | 1 | yes | $762.48 | $555.65 | $2,243.08 | $0.00 |
| 383709 | $15,342.07 | 2 | yes | $1,094.42 | $397.96 | $1,419.64 | $0.00 |
| 404483 | $116,261.03 | 2 | yes | $880.37 | $140.16 | $2,167.18 | $0.00 |
| 404484 | $77,805.32 | 1 | yes | $1,350.17 | $439.22 | $1,070.89 | $0.00 |
| 404485 | $139,692.97 | 3 | yes | $795.45 | $425.48 | $3,254.09 | $0.00 |
| 404406 | $84,913.71 | 1 | yes | $214.84 | $171.72 | $2,280.59 | $0.00 |
| 404487 | $22,304.39 | 2 | yes | $902.62 | $541.72 | $915.11 | $0.00 |
| 404471 | $12,485.94 | 2 | yes | $1,932.29 | $811.95 | $0.00 | $0.00 |
| 404472 | $209,010.68 | 2 | yes | $756.35 | $0.00 | ($7.58) | $7.58 |
| 404473 | $78,717.62 | 1 | yes | $300.11 | $181.19 | $1,669.87 | $0.00 |
| 404477 | $33,000.58 | 1 | yes | $463.28 | $269.39 | $843.13 | $0.00 |
| 404478 | $50,012.02 | 1 | yes | $247.02 | $240.45 | $12,487.66 | $0.00 |
| 404479 | $25,700.76 | 1 | yes | $1,159.67 | $349.13 | $948.20 | $0.00 |
| 404483 | $121,652.43 | 3 | yes | $955.77 | $173.38 | $1,489.20 | $0.00 |
| 405640 | $68,424.52 | 1 | yes | $1,370.28 | $397.42 | $300.07 | $0.00 |
| 405649 | $141,471.14 | 2 | yes | $540.94 | $125.07 | $1,618.89 | $0.00 |
| 405654 | $59,216.10 | 1 | yes | $280.32 | $81.02 | $2,469.06 | $0.00 |
| 405656 | $28,471.01 | 1 | yes | $1,715.84 | $949.37 | $680.49 | $0.00 |
| 405691 | $108,346.45 | 2 | yes | $483.99 | $122.29 | $916.32 | $0.00 |
| 405692 | $50,440.78 | 1 | yes | $472.55 | $253.38 | $0.00 | $0.00 |
| 405664 | $53,868.15 | 1 | yes | $450.97 | $168.13 | $1,615.56 | $0.00 |
| 405655 | $49,607.94 | 1 | yes | | | | |

Seller's Initials: _____

Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 415299 | $95,509.55 | 2 | yes | $927.05 | $337.27 | $1,612.67 | $0.00 |
| 415300 | $37,613.81 | 2 | yes | $1,006.14 | $364.18 | $1,696.22 | $0.00 |
| 415302 | $130,509.41 | 3 | yes | $1,209.51 | $530.11 | $3,403.97 | $0.00 |
| 415303 | $102,720.15 | 1 | yes | $965.05 | $282.54 | $3,004.74 | $0.00 |
| 415304 | $127,299.12 | 2 | yes | $1,141.42 | $519.72 | $2,774.38 | $0.00 |
| 415306 | $105,518.58 | 2 | yes | $689.91 | $589.02 | $2,000.23 | $0.00 |
| 415308 | $89,175.93 | 2 | yes | $791.01 | $446.90 | $2,043.27 | $0.00 |
| 415309 | $160,256.92 | 3 | yes | $1,526.69 | $841.50 | $1,247.17 | $0.00 |
| 415310 | $83,697.68 | 2 | yes | $868.20 | $370.39 | $1,184.43 | $0.00 |
| 415311 | $100,311.56 | 2 | yes | $874.55 | $741.97 | $4,195.52 | $0.00 |
| 415313 | $111,500.42 | 2 | yes | $974.02 | $307.35 | $457.74 | $0.00 |
| 415314 | $97,445.91 | 2 | yes | $853.74 | $294.41 | $731.37 | $0.00 |
| 415315 | $287,268.58 | 5 | yes | $2,600.40 | $1,147.42 | $5,440.34 | $0.00 |
| 415777 | $39,870.13 | 2 | yes | $1,185.56 | $474.24 | $1,450.68 | $0.00 |
| 415778 | $38,406.63 | 1 | yes | $348.71 | $149.65 | $1,334.50 | $0.00 |
| 415779 | $122,342.41 | 2 | yes | $1,009.27 | $579.17 | $4,571.28 | $0.00 |
| 415780 | $648,215.66 | 8 | yes | $5,597.95 | $2,063.79 | $8,548.78 | $0.00 |
| 415781 | $53,406.42 | 1 | yes | $490.91 | $141.12 | $3,174.60 | $0.00 |
| 415782 | $386,691.14 | 4 | yes | $3,468.38 | $1,264.31 | $8,646.47 | $0.68 |
| 415783 | $432,810.98 | 10 | yes | $3,879.46 | $1,901.14 | $1,328.19 | $0.00 |
| 415784 | $57,376.24 | 2 | yes | $520.56 | $254.71 | $2,218.13 | $0.00 |
| 415785 | $85,905.90 | 2 | yes | $770.76 | $395.72 | $3,347.44 | $0.00 |
| 415787 | $172,276.85 | 3 | yes | $1,459.27 | $685.03 | $4,452.99 | $0.00 |
| 415788 | $231,068.02 | 7 | yes | $2,016.40 | $934.29 | $5,955.87 | $4,016.76 |
| 415789 | $343,508.53 | 2 | yes | $3,432.47 | $1,593.73 | $3,297.35 | $0.00 |
| 415790 | $37,599.14 | 2 | yes | $1,155.10 | $476.59 | $5,472.28 | $0.00 |
| 415792 | $122,325.41 | 2 | yes | $1,065.07 | $727.72 | $3,372.02 | $0.00 |
| 415793 | $74,954.11 | 1 | yes | $630.70 | $334.03 | $3,352.04 | $0.00 |
| 415795 | $119,933.80 | 1 | yes | $1,090.11 | $463.14 | $3,295.38 | $0.00 |
| 415796 | $52,112.61 | 1 | yes | $439.81 | $349.65 | $11,177.67 | $0.00 |
| 415798 | $655,612.19 | 9 | yes | $5,821.74 | $5,199.60 | $2,460.94 | $0.00 |
| 415799 | $186,588.44 | 3 | yes | $1,740.06 | $1,061.79 | $928.96 | $0.00 |
| 418800 | $62,554.15 | 1 | yes | $546.86 | $222.02 | $2,646.77 | $0.00 |
| 418805 | $190,288.85 | 3 | yes | $1,614.73 | $1,071.72 | $13,920.61 | $0.00 |
| 426353 | $504,962.03 | 6 | yes | $4,409.29 | $1,912.65 | $8,879.65 | $0.00 |
| 426354 | $441,041.89 | 9 | yes | $4,075.38 | $1,356.69 | $889.56 | $0.00 |
| 426355 | $76,639.36 | 1 | yes | $620.73 | $457.95 | $18,425.05 | $0.00 |
| 426386 | $558,685.14 | 7 | yes | $4,693.96 | $1,695.39 | $9,239.22 | $0.00 |
| 426387 | $490,996.90 | 8 | yes | $4,276.78 | $2,198.09 | $478.30 | $0.00 |
| 426370 | $70,314.58 | 1 | yes | $609.03 | $130.75 | $2,430.50 | $0.00 |
| 426372 | $56,409.53 | 2 | yes | $1,639.92 | $468.93 | $3,069.89 | $1,002.64 |
| 426373 | $622,902.12 | 6 | yes | $4,306.22 | $1,495.05 | $13,577.24 | $812.66 |
| 426374 | $592,005.44 | 12 | yes | $5,176.12 | $2,320.72 | $935.58 | $0.00 |
| 426375 | $48,337.80 | 1 | yes | $417.88 | $127.84 | $2,464.05 | $0.00 |
| 426376 | $62,990.94 | 1 | yes | $528.96 | $290.67 | $2,309.01 | $0.00 |
| 426377 | $69,478.75 | 1 | yes | $600.59 | $397.76 | $1,610.33 | $0.00 |
| 426378 | $62,592.06 | 2 | yes | $1,402.49 | $478.33 | $993.57 | $0.00 |
| 426379 | $29,174.36 | 2 | yes | $828.29 | $296.99 | $5,422.61 | $0.00 |
| 426380 | $335,441.36 | 5 | yes | $2,742.07 | $1,092.98 | $7,916.03 | $0.00 |
| 426381 | $1,277,829.87 | 5 | yes | $2,468.24 | $1,234.74 | $577.26 | $593.26 |
| 426382 | $105,818.48 | 2 | yes | $930.89 | $591.60 | $3,512.80 | $0.00 |
| 426383 | $336,160.27 | 4 | yes | $2,708.47 | $952.03 | $2,701.39 | $4,410.46 |
| 426384 | $521,662.42 | 6 | yes | $4,347.05 | $2,203.30 | $7,632.32 | $0.00 |
| 426360 | $616,456.06 | 9 | yes | $5,376.68 | $2,379.24 | $4,123.22 | $1,569.72 |
| 426387 | $162,707.25 | 4 | yes | $1,750.30 | $779.20 | $2,275.38 | $0.00 |
| 426389 | $59,009.58 | 3 | yes | $1,398.72 | $843.28 | $696.28 | $0.00 |
| 430515 | $19,284.71 | 1 | yes | $519.08 | $348.78 | $5,060.87 | $0.00 |
| 430516 | $240,313.94 | 3 | yes | $1,950.89 | $882.96 | $1,730.86 | $0.00 |
| 430517 | $125,547.19 | 1 | yes | $1,020.58 | $274.17 | $2,472.42 | $0.00 |
| 430518 | $211,012.05 | 4 | yes | $1,808.89 | $626.87 | $6,172.44 | $0.00 |
| 430520 | $237,175.78 | 4 | yes | $2,041.49 | $996.40 | $4,903.67 | $103.83 |
| 430521 | $342,232.05 | 7 | yes | $2,965.55 | $1,824.04 | $2,293.55 | $68.60 |
| 430524 | $71,908.20 | 2 | yes | $1,051.15 | $602.62 | $2,644.71 | $0.00 |
| 430525 | $141,797.07 | 2 | yes | $1,193.93 | $506.86 | $2,310.76 | $0.00 |
| 430526 | $67,123.12 | 3 | yes | $1,460.94 | $667.76 | $1,404.30 | $0.00 |
| 430527 | $169,559.72 | 3 | yes | $2,188.50 | $415.38 | $3,477.46 | $0.00 |
| 430529 | $255,300.34 | 3 | yes | $1,588.98 | $805.39 | $3,091.07 | $0.00 |
| 430530 | $176,127.27 | 3 | yes | $653.62 | $574.88 | $334.86 | $0.00 |
| 430631 | $62,189.13 | 1 | yes | $1,350.37 | $193.02 | $4,117.79 | $0.00 |
| 430632 | $221,061.69 | 4 | yes | $2,213.34 | $770.75 | $2,799.23 | $0.00 |
| 430633 | $247,490.10 | 2 | yes | $489.31 | $172.77 | $1,015.38 | $0.00 |
| 430635 | $57,963.18 | 1 | yes | $784.45 | $154.01 | $930.73 | $0.00 |
| 430639 | $31,675.27 | 2 | yes | $977.51 | $533.42 | $3,547.15 | $0.00 |
| 430641 | $105,030.67 | 2 | yes | $2,873.81 | $1,230.22 | $56,192.33 | $0.00 |
| 430642 | $333,591.40 | 6 | yes | $9,400.19 | $1,377.56 | $1,212.78 | $0.00 |
| 430643 | $44,846.60 | 1 | yes | $4,189.46 | $1,002.60 | $3,618.85 | $15.58 |
| 436693 | $442,573.95 | 5 | yes | $6,959.10 | $12,960.69 | $10,553.72 | $0.00 |
| 436694 | $765,972.48 | 14 | yes | $1,837.79 | $960.73 | $2,747.31 | $743.85 |
| 436695 | $197,049.45 | 4 | yes | $12,206.14 | $902.54 | $5,537.02 | $0.00 |
| 436696 | $77,562.89 | 2 | yes | $1,178.43 | $505.23 | $1,326.40 | $0.00 |
| 436900 | $132,045.02 | 2 | yes | $2,458.31 | $1921.10 | $3,661.19 | $0.00 |
| 436901 | $248,095.54 | 5 | yes | $12,261.02 | $750.57 | $(515,432.63) | $16,051.39 |
| 436902 | $234,506.94 | 2 | yes | $901.59 | $243.93 | $3,216.17 | $0.00 |
| 436903 | $97,179.53 | 2 | yes | $3,693.68 | $569.98 | $587.87 | $44.63 |
| 436909 | $115,003.91 | 2 | yes | $3,756.16 | $1,912.81 | $1,103.34 | $0.00 |
| 436910 | $424,476.73 | 6 | yes | $622.06 | $248.62 | $796.95 | $0.00 |
| 436912 | $70,497.12 | 1 | yes | $1,313.04 | $736.96 | $3,051.92 | $0.00 |
| 436914 | $146,033.58 | 3 | yes | $1,250.17 | $529.53 | $1,438.99 | $0.00 |
| 436915 | $144,347.46 | 2 | yes | $1,164.62 | $729.99 | $2,000.00 | $0.00 |
| 436916 | $105,751.35 | 2 | yes | $611.92 | $1,351.40 | $1,658.98 | $0.00 |
| 436919 | $62,332.41 | 2 | yes | $3,207.55 | $1,417.12 | $4,296.98 | $0.00 |
| 436920 | $256,892.10 | 7 | yes | $1,724.30 | $201.62 | $325.53 | $0.00 |
| 436921 | $196,572.50 | 3 | yes | $552.85 | $227.73 | $6,632.15 | $0.00 |
| 436925 | $63,084.46 | 1 | yes | $1,135.60 | $1,181.00 | $1,900.69 | $0.00 |
| 436929 | $130,743.02 | 3 | yes | $792.97 | $275.47 | $6,388.16 | $0.00 |
| 436930 | $91,644.96 | 2 | yes | $2,594.33 | $1,070.95 | $1,008.54 | $0.00 |
| 436931 | $273,568.31 | 5 | yes | $1,278.16 | $408.96 | $2,640.89 | $0.00 |
| 436932 | $138,547.96 | 2 | yes | $621.24 | $260.84 | $4,458.95 | $0.00 |
| 444724 | $94,962.94 | 2 | yes | $2,240.06 | $657.31 | $10,865.67 | $0.00 |
| 444725 | $264,439.39 | 4 | yes | $4,029.83 | $1,140.71 | $1,059.58 | $0.00 |
| 444727 | $431,569.02 | 7 | yes | $560.00 | $251.52 | $969.14 | $0.00 |
| 444729 | $62,190.63 | 1 | yes | $691.55 | $1,872.31 | $8,559.31 | $0.00 |
| 444732 | $379,798.79 | 2 | yes | $2,870.29 | $2,240.54 | $11,387.42 | $0.00 |
| 444733 | $322,478.33 | 8 | yes | $3,701.02 | $457.82 | $2,795.95 | $0.00 |
| 444734 | $633,851.12 | 2 | yes | $950.39 | $772.92 | $3,678.94 | $0.00 |
| 444735 | $108,171.56 | 3 | yes | $2,172.01 | $406.28 | $2,814.54 | $0.00 |
| 444736 | $74,097.56 | 3 | yes | $1,191.47 | $1,756.81 | $11,225.80 | $0.00 |
| 444739 | $146,095.17 | 2 | yes | $3,742.03 | $1,127.20 | $1,782.21 | $2,179.53 |
| 444741 | $441,023.65 | 7 | yes | $3,325.23 | $1,772.52 | $1,574.68 | $0.00 |
| 444742 | $264,506.23 | 6 | yes | $1,612.23 | $609.85 | $3,051.49 | $0.00 |
| 444743 | $107,698.35 | 2 | yes | $911.44 | $623.94 | $6,365.39 | $254.22 |
| 444745 | $82,609.93 | 2 | yes | $4,109.48 | $1,822.13 | $5,386.78 | $0.00 |
| 444746 | $447,457.81 | 7 | yes | $990.38 | $149.38 | $6,784.78 | $0.00 |
| 444747 | $68,918.67 | 1 | yes | $2,121.45 | $1,004.45 | $1,996.65 | $0.00 |
| 444748 | $241,090.27 | 5 | yes | $535.95 | $317.43 | $9,414.74 | $0.00 |
| 444750 | $901,042.96 | 6 | yes | $3,403.38 | $1,547.87 | $3,665.52 | $0.00 |
| 444751 | $405,678.45 | 4 | yes | $1,493.25 | $778.25 | $(56,582.94) | $8,193.73 |
| 444752 | $183,045.63 | 4 | yes | $1,503.25 | $612.91 | $1,194.31 | $0.00 |
| 444757 | $166,421.13 | 2 | yes | $615.55 | $206.28 | $2,142.74 | $0.00 |
| 444758 | $167,852.65 | 2 | yes | $1,065.30 | $459.06 | $5,556.02 | $0.00 |
| 444759 | $167,862.57 | 2 | yes | $2,260.75 | $737.26 | $907.91 | $0.00 |
| 444761 | $241,183.95 | 1 | yes | $720.47 | $156.52 | $5,263.72 | $1,782.30 |
| 451555 | $83,991.74 | 1 | yes | $2,605.02 | $215.86 | $914.89 | $0.00 |
| 451556 | $303,144.17 | 6 | yes | $406.13 | $546.11 | $2,947.87 | $0.00 |
| 451559 | $42,556.20 | 1 | yes | $550.52 | $207.08 | $1,696.25 | $0.00 |
| 451561 | $92,492.99 | 1 | yes | $440.63 | $1,445.53 | $7,164.22 | $0.00 |
| 451562 | $352,022.21 | 1 | yes | $2,204.30 | $299.36 | $1,961.81 | $0.00 |
| 451563 | $296,172.57 | 6 | yes | $572.28 | $752.75 | $3,555.02 | $0.00 |
| 451565 | $103,525.41 | 4 | yes | $1,996.79 | $129.94 | $491.47 | $0.00 |
| 451567 | $237,195.32 | 2 | yes | $846.18 | | | |
| 451568 | $99,407.01 | 1 | yes | | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 451500 | $209,356.14 | 5 | yes | $1,812.36 | $805.00 | ($1,091.46) | $3,283.12 |
| 451570 | $181,446.57 | 3 | yes | $1,698.98 | $1,092.27 | $7,014.31 | $0.00 |
| 451572 | $260,438.68 | 4 | yes | $2,196.82 | $904.08 | $3,429.15 | $0.00 |
| 451573 | $54,308.01 | 1 | yes | $447.97 | $102.61 | $961.60 | $0.00 |
| 456274 | $90,895.78 | 1 | yes | $740.82 | $305.75 | $760.07 | $0.00 |
| 456275 | $309,115.40 | 5 | yes | $2,566.55 | $1,075.88 | $2,101.45 | $0.00 |
| 456276 | $355,691.73 | 5 | yes | $3,224.85 | $1,140.42 | $3,593.11 | $0.00 |
| 456278 | $53,811.73 | 1 | yes | $433.52 | $185.42 | $755.15 | $0.00 |
| 456279 | $230,596.40 | 4 | yes | $1,988.52 | $5,095.77 | $9,020.95 | $456.74 |
| 456280 | $196,862.34 | 4 | yes | $1,701.24 | $1,044.28 | $3,109.69 | $0.00 |
| 456281 | $238,360.44 | 4 | yes | $428.35 | $1,127.90 | $945.35 | $0.00 |
| 456282 | $49,999.19 | 1 | yes | $814.24 | $208.76 | $1,353.56 | $0.00 |
| 456283 | $100,047.35 | 1 | yes | $512.91 | $292.24 | $203.72 | $0.00 |
| 456284 | $61,047.47 | 1 | yes | $165.33 | $222.34 | $258.34 | $0.00 |
| 456287 | $7,930.66 | 1 | yes | $4,472.06 | $82.21 | $5,246.92 | $0.00 |
| 456288 | $499,740.41 | 6 | yes | $1,553.40 | $575.12 | $495.33 | $29.34 |
| 456289 | $165,809.15 | 4 | yes | $817.91 | $157.37 | $615.19 | $0.00 |
| 456290 | $73,781.84 | 1 | yes | $680.11 | $344.26 | $439.77 | $0.00 |
| 456291 | $178,492.01 | 1 | yes | $1,544.87 | $484.76 | $3,878.92 | $0.00 |
| 456292 | $125,273.61 | 2 | yes | $5,090.34 | $2,121.89 | $9,056.61 | $1,102.50 |
| 456293 | $600,059.15 | 9 | yes | $4,896.40 | $1,704.96 | ($2,547.37) | $9,897.07 |
| 456294 | $592,367.68 | 6 | yes | $376.31 | $225.27 | $490.84 | $0.00 |
| 456295 | $24,942.62 | 1 | yes | $592.70 | $142.58 | $182.28 | $0.00 |
| 456296 | $65,966.24 | 1 | yes | $1,750.42 | $527.50 | $1,788.46 | $0.00 |
| 456297 | $228,156.56 | 4 | yes | $1,521.15 | $1,095.71 | $2,455.09 | $0.00 |
| 456298 | $158,967.26 | 4 | yes | $802.62 | $301.17 | $586.47 | $478.82 |
| 456300 | $85,644.17 | 3 | yes | $1,029.62 | $328.64 | $1,827.16 | $0.00 |
| 456301 | $62,515.46 | 2 | yes | $898.28 | $271.96 | $325.96 | $0.00 |
| 456302 | $44,737.95 | 1 | yes | $1,255.11 | $426.62 | $1,543.00 | $0.00 |
| 456303 | $162,154.43 | 3 | yes | $5,986.38 | $3,400.72 | $19,328.96 | $1,650.21 |
| 456304 | $725,260.04 | 12 | yes | $2,719.92 | $1,175.89 | $6,697.58 | $0.00 |
| 456305 | $325,090.44 | 5 | yes | $3,180.17 | $1,153.16 | $6,866.35 | $0.00 |
| 456306 | $362,388.74 | 6 | yes | $1,454.41 | $652.39 | ($66.17) | $4,195.74 |
| 456307 | $166,915.01 | 4 | yes | $882.06 | $201.84 | $1,178.94 | $0.00 |
| 456308 | $110,034.08 | 1 | yes | $289.09 | $162.26 | $124.68 | $0.00 |
| 456309 | $14,808.70 | 1 | yes | $232.60 | $67.77 | $803.98 | $0.00 |
| 456310 | $16,626.39 | 1 | yes | $417.09 | $132.98 | $777.40 | $0.00 |
| 456311 | $51,864.31 | 1 | yes | $236.28 | $100.95 | $571.00 | $0.00 |
| 456312 | $28,469.43 | 1 | yes | $3,892.71 | $1,666.56 | $3,953.54 | $515.12 |
| 463059 | $512,756.37 | 6 | yes | $2,560.40 | $1,231.69 | $4,021.70 | $0.00 |
| 463060 | $325,696.72 | 6 | yes | $2,374.49 | $1,238.63 | $6,201.09 | $0.00 |
| 463064 | $308,473.17 | 4 | yes | $3,270.96 | $1,645.24 | $1,165.15 | $0.00 |
| 463065 | $406,297.07 | 7 | yes | $607.88 | $324.46 | $1,169.24 | $0.00 |
| 463066 | $73,907.05 | 1 | yes | $4,947.64 | $2,658.02 | $12,543.12 | $0.00 |
| 463067 | $570,718.40 | 11 | yes | $692.34 | $373.58 | $1,874.95 | $0.00 |
| 463068 | $103,594.03 | 3 | yes | $611.42 | $240.54 | $1,603.54 | $0.00 |
| 463069 | $79,174.09 | 1 | yes | $2,573.13 | $839.51 | $2,592.05 | $767.96 |
| 463070 | $329,759.35 | 5 | yes | $338.77 | $223.06 | $2,095.84 | $0.00 |
| 463073 | $42,346.94 | 1 | yes | $565.74 | $321.23 | $2,635.61 | $0.00 |
| 463074 | $67,883.59 | 1 | yes | $920.41 | $130.33 | $1,392.57 | $0.00 |
| 463076 | $48,358.88 | 1 | yes | $2,932.52 | $796.69 | $5,516.47 | $0.00 |
| 463078 | $360,924.82 | 3 | yes | $3,691.24 | $1,402.62 | $5,347.58 | $191.19 |
| 463079 | $436,317.88 | 8 | yes | $1,327.95 | $801.98 | $2,723.80 | $0.00 |
| 463080 | $146,957.20 | 5 | yes | $3,507.51 | $1,404.72 | $4,041.74 | $1,828.22 |
| 463061 | $451,181.99 | 6 | yes | $2,697.81 | $714.94 | $14,168.61 | $0.00 |
| 463062 | $207,932.15 | 6 | yes | $771.42 | $157.02 | $352.02 | $0.00 |
| 463084 | $98,293.18 | 1 | yes | $1,623.94 | $700.59 | $6,858.22 | $0.00 |
| 463085 | $297,272.99 | 3 | yes | $1,282.48 | $703.20 | $3,010.03 | $0.00 |
| 463087 | $152,999.90 | 2 | yes | $441.59 | $244.48 | $879.41 | $0.00 |
| 463089 | $55,215.53 | 1 | yes | $1,655.40 | $1,088.58 | $2,660.95 | $0.00 |
| 463090 | $206,357.21 | 3 | yes | $621.46 | $266.44 | $718.89 | $0.00 |
| 463091 | $99,159.06 | 2 | yes | $7,316.90 | $2,443.27 | $19,558.66 | $0.00 |
| 463092 | $124,819.09 | 10 | yes | $393.95 | $579.58 | $1,524.61 | $0.00 |
| 463093 | $124,450.00 | 2 | yes | $1,708.58 | $717.77 | $765.92 | $136.94 |
| 463096 | $194,699.55 | 2 | yes | $1,131.69 | $456.78 | $4,150.30 | $0.00 |
| 471237 | $135,166.98 | 2 | yes | $1,151.86 | $278.73 | $1,836.26 | $0.00 |
| 471238 | $147,441.97 | 2 | yes | $2,828.94 | $631.18 | $3,257.86 | $0.00 |
| 471239 | $153,458.23 | 3 | yes | $415.71 | $252.49 | $117.05 | $0.00 |
| 471240 | $22,999.35 | 1 | yes | $5,665.20 | $2,603.08 | $19,405.19 | $0.00 |
| 471241 | $769,654.68 | 10 | yes | $994.30 | $476.49 | $3,284.10 | $0.00 |
| 471242 | $129,012.64 | 2 | yes | $340.96 | $104.48 | ($313.71) | $313.71 |
| 471243 | $44,772.06 | 1 | yes | $1,528.62 | $668.41 | $4,274.20 | $0.00 |
| 471244 | $184,430.54 | 4 | yes | $4,148.20 | $2,020.19 | $10,670.13 | $372.20 |
| 471245 | $490,690.49 | 8 | yes | $3,778.93 | $1,888.81 | $5,923.91 | $0.00 |
| 471247 | $472,900.54 | 6 | yes | $331.43 | $95.00 | $89.76 | $0.00 |
| 471250 | $41,613.00 | 1 | yes | $1,267.47 | $261.85 | $1,028.21 | $0.00 |
| 471252 | $36,578.19 | 1 | yes | $1,279.10 | $551.86 | $959.84 | $0.00 |
| 471256 | $159,465.60 | 3 | yes | $2,817.65 | $1,170.48 | $7,940.82 | $0.00 |
| 471257 | $351,541.31 | 6 | yes | $2,081.71 | $1,071.59 | $1,168.16 | $1,262.35 |
| 471258 | $253,113.20 | 3 | yes | $214.92 | $89.96 | $333.17 | $0.00 |
| 471259 | $24,920.95 | 1 | yes | $3,550.67 | $1,692.31 | $9,680.64 | $0.00 |
| 471260 | $434,760.45 | 6 | yes | $1,721.48 | $616.11 | $4,799.26 | $0.00 |
| 471261 | $324,958.37 | 3 | yes | $4,115.27 | $2,174.66 | $11,781.31 | $0.00 |
| 471262 | $929,265.07 | 6 | yes | $4,240.43 | $1,598.47 | $4,618.91 | $158.51 |
| 471263 | $529,900.89 | 8 | yes | $663.56 | $448.72 | ($382.46) | $388.46 |
| 471285 | $83,805.30 | 1 | yes | $1,626.81 | $413.33 | $2,024.33 | $0.00 |
| 471286 | $92,837.81 | 2 | yes | $2,049.33 | $271.74 | $1,003.18 | $0.00 |
| 471287 | $115,845.24 | 2 | yes | $2,257.10 | $1,506.90 | $3,511.52 | $0.00 |
| 471269 | $284,100.51 | 6 | yes | $908.87 | $507.46 | $1,606.55 | $0.00 |
| 471270 | $110,163.36 | 4 | yes | $1,690.37 | $704.08 | $1,667.69 | $0.00 |
| 471271 | $213,681.22 | 3 | yes | $721.83 | $315.35 | $2,472.96 | $0.00 |
| 471272 | $98,354.50 | 1 | yes | $4,003.92 | $1,548.73 | $6,621.16 | $0.00 |
| 471273 | $504,066.28 | 7 | yes | $1,579.59 | $482.25 | $1,587.48 | $0.00 |
| 471274 | $202,876.94 | 3 | yes | $3,096.84 | $1,160.21 | $2,178.37 | $0.00 |
| 471275 | $372,425.63 | 5 | yes | $492.39 | $196.92 | $300.60 | $0.00 |
| 480029 | $67,321.09 | 1 | yes | $6,350.28 | $2,354.77 | $9,517.69 | $0.00 |
| 480030 | $1,044,745.43 | 7 | yes | $4,365.96 | $1,377.49 | $2,882.97 | $22,527.13 |
| 480031 | $555,501.70 | 7 | yes | $9,231.00 | $4,847.25 | $22,219.19 | $0.00 |
| 480032 | $1,015,414.66 | 14 | yes | $693.42 | $1,209.96 | $563.19 | $0.00 |
| 480033 | $53,945.06 | 2 | yes | $1,345.05 | $894.33 | $4,623.35 | $0.00 |
| 480034 | $165,424.41 | 2 | yes | $1,571.49 | $651.72 | $1,475.40 | $3.34 |
| 480035 | $198,426.05 | 2 | yes | $437.77 | $330.43 | $430.07 | $0.00 |
| 480036 | $56,250.57 | 1 | yes | $2,203.08 | $1,504.82 | $3,865.54 | $0.00 |
| 480039 | $266,791.82 | 2 | yes | $1,247.78 | $554.62 | $1,583.21 | $0.00 |
| 480043 | $183,290.12 | 2 | yes | $1,037.30 | $581.58 | $1,353.39 | $43.06 |
| 480044 | $129,230.30 | 2 | yes | $1,071.07 | $415.33 | $2,101.88 | $0.00 |
| 480047 | $133,861.98 | 2 | yes | $871.35 | $165.40 | $900.11 | $0.00 |
| 480048 | $105,991.11 | 1 | yes | $1,529.67 | $339.18 | $1,704.54 | $0.00 |
| 480049 | $588,051.73 | 2 | yes | $4,158.90 | $1,255.85 | $9,068.81 | $0.00 |
| 480050 | $255,020.54 | 4 | yes | $9,944.85 | $3,032.14 | $5,410.04 | $11,312.56 |
| 480051 | $1,135,667.89 | 14 | yes | $2,769.89 | $1,912.05 | $4,793.40 | $25.19 |
| 480052 | $346,163.09 | 5 | yes | $1,042.82 | $367.34 | $2,160.67 | $0.00 |
| 480053 | $142,284.80 | 2 | yes | $517.94 | $249.35 | $288.38 | $0.00 |
| 480054 | $307,287.61 | 1 | yes | $1,798.75 | $501.98 | $3,708.32 | $0.00 |
| 480055 | $122,789.83 | 3 | yes | $2,817.76 | $990.20 | $1,773.84 | $0.00 |
| 480058 | $357,685.49 | 5 | yes | $2,517.28 | $2,586.57 | $10,121.16 | $0.00 |
| 480059 | $709,374.22 | 11 | yes | $3,626.26 | $1,583.14 | $3,532.47 | $0.00 |
| 480060 | $474,052.48 | 6 | yes | $1,416.27 | $1,363.09 | $1,776.68 | $0.00 |
| 480061 | $179,232.41 | 2 | yes | $1,269.79 | $600.35 | $2,040.79 | $0.00 |
| 480062 | $154,231.94 | 4 | yes | $478.62 | $219.40 | $677.59 | $0.00 |
| 480063 | $60,709.52 | 1 | yes | $478.67 | $267.40 | $501.47 | $0.00 |
| 480064 | $90,907.43 | 1 | yes | $1,110.74 | $569.93 | $1,094.15 | $0.00 |
| 480065 | $146,465.14 | 2 | yes | $3,153.63 | $2,105.53 | $9,503.30 | $0.00 |
| 480066 | $389,311.82 | 4 | yes | $503.31 | $74.30 | $177.79 | $0.00 |
| 480067 | $66,356.03 | 1 | yes | $1,606.20 | $552.50 | $2,790.71 | $0.00 |
| 480068 | $102,205.47 | 1 | yes | $1,613.37 | $779.74 | $4,243.76 | $0.00 |
| 489213 | $199,043.28 | 2 | yes | $1,017.32 | $565.06 | $3,159.97 | $0.00 |
| 489214 | $128,414.76 | 3 | yes | $2,960.12 | $550.30 | $2,697.08 | $0.00 |
| 489215 | $342,022.91 | 3 | yes | $2,102.26 | $1,420.51 | $5,121.04 | $0.00 |
| 489216 | $281,807.90 | 3 | yes | | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 489217 | $401,704.20 | 4 | yes | $3,105.99 | $1,176.51 | $4,609.38 | $0.00 |
| 489218 | $34,212.94 | 1 | yes | $268.36 | $132.24 | ($3,061.99) | $3,081.99 |
| 489219 | $77,002.49 | 2 | yes | $2,199.99 | $501.58 | $1,618.63 | $0.00 |
| 489221 | $103,456.55 | 3 | yes | $1,529.55 | $1,104.92 | $1,505.19 | $0.00 |
| 489223 | $93,382.12 | 1 | yes | $490.49 | $107.83 | $280.55 | $0.00 |
| 489224 | $145,941.49 | 2 | yes | $1,159.66 | $307.86 | $1,483.18 | $0.00 |
| 489225 | $941,095.03 | 12 | yes | $7,655.75 | $2,706.47 | $13,793.38 | $0.00 |
| 489227 | $250,645.44 | 4 | yes | $1,979.85 | $567.11 | $2,071.72 | $38.54 |
| 489228 | $75,182.66 | 3 | yes | $1,772.59 | $850.96 | $4,359.58 | $0.00 |
| 489229 | $416,211.32 | 4 | yes | $3,172.52 | $1,060.77 | $5,577.44 | $0.00 |
| 489230 | $249,222.46 | 5 | yes | $2,573.49 | $1,855.98 | $6,506.10 | $0.00 |
| 489231 | $255,610.92 | 3 | yes | $1,049.02 | $949.19 | $3,191.59 | $0.00 |
| 489232 | $200,101.43 | 3 | yes | $1,577.79 | $990.68 | $1,523.50 | $0.00 |
| 489233 | $597,142.12 | 3 | yes | $842.01 | $466.45 | $1,444.05 | $0.00 |
| 489234 | $416,177.13 | 4 | yes | $3,390.40 | $1,441.94 | $9,069.24 | $0.00 |
| 489236 | $354,487.10 | 6 | yes | $2,792.00 | $1,296.67 | $9,263.92 | $0.00 |
| 489237 | $315,882.26 | 5 | yes | $2,418.02 | $1,232.35 | $4,066.34 | $0.00 |
| 489238 | $52,993.47 | 1 | yes | $417.79 | $129.53 | $134.24 | $0.00 |
| 489239 | $120,360.50 | 1 | yes | $517.28 | $270.33 | $2,703.23 | $0.00 |
| 489240 | $155,333.65 | 3 | yes | $1,178.26 | $718.92 | $3,240.11 | $0.00 |
| 489241 | $80,283.03 | 1 | yes | $1,315.73 | $332.13 | $939.46 | $0.00 |
| 489242 | $616,607.27 | 7 | yes | $4,567.04 | $1,869.73 | $9,314.52 | $0.00 |
| 489243 | $517,554.29 | 6 | yes | $3,918.99 | $1,320.11 | $7,061.33 | $45.42 |
| 489244 | $550,121.91 | 8 | yes | $4,330.20 | $2,208.72 | $2,848.38 | $0.00 |
| 489245 | $116,322.52 | 1 | yes | $844.13 | $215.63 | $632.56 | $0.00 |
| 489246 | $214,212.35 | 3 | yes | $1,683.90 | $462.18 | $2,764.99 | $0.00 |
| 489247 | $353,630.83 | 1 | yes | $2,828.60 | $1,000.53 | $7,697.67 | $0.00 |
| 489248 | $30,733.94 | 1 | yes | $251.69 | $165.93 | $10,988.66 | $224.57 |
| 489249 | $594,860.27 | 8 | yes | $4,385.64 | $2,223.50 | $2,679.67 | $0.00 |
| 489250 | $399,224.81 | 5 | yes | $3,355.26 | $1,127.36 | $3,238.78 | $0.00 |
| 489251 | $218,391.44 | 3 | yes | $1,778.82 | $851.98 | $4,549.06 | $0.00 |
| 489252 | $267,691.01 | 4 | yes | $2,170.88 | $1,686.36 | $4,183.66 | $0.00 |
| 489253 | $409,046.05 | 6 | yes | $3,273.45 | $1,067.85 | $7,551.48 | $0.00 |
| 489256 | $125,923.94 | 3 | yes | $2,153.54 | $901.41 | $2,822.27 | $629.88 |
| 489258 | $294,931.70 | 4 | yes | $2,203.41 | $1,224.04 | $5,435.90 | $0.00 |
| 489259 | $410,027.83 | 4 | yes | $3,163.51 | $4,643.46 | $31,692.91 | $0.00 |
| 489260 | $1,494,745.25 | 17 | yes | $11,238.02 | $1,158.46 | $16,041.39 | $0.25 |
| 489261 | $294,262.69 | 4 | yes | $2,299.31 | $2,366.93 | $13,050.22 | $50.07 |
| 489262 | $502,442.95 | 9 | yes | $6,067.27 | $1,305.79 | $16,163.08 | $50.57 |
| 489453 | $406,403.90 | 6 | yes | $3,317.00 | $1,119.69 | $16,354.63 | $0.00 |
| 489454 | $418,125.95 | 6 | yes | $3,223.75 | $814.57 | $3,250.03 | $0.00 |
| 489555 | $190,352.34 | 3 | yes | $3,102.46 | $1,742.77 | $39,345.40 | $0.00 |
| 489556 | $458,189.66 | 6 | yes | $3,597.75 | $1,349.61 | $3,809.16 | $2,587.10 |
| 489557 | $368,813.44 | 7 | yes | $3,054.20 | $1,412.10 | $6,765.30 | $0.00 |
| 489559 | $453,015.81 | 6 | yes | $3,315.56 | $240.08 | $17.07 | $0.00 |
| 489560 | $84,272.46 | 1 | yes | $666.00 | $610.46 | $1,858.20 | $100.83 |
| 489561 | $250,682.06 | 3 | yes | $1,855.66 | $603.55 | $5,666.62 | $0.00 |
| 489563 | $279,264.16 | 4 | yes | $2,154.66 | $2,551.01 | $15,674.78 | $514.33 |
| 489565 | $357,722.47 | 10 | yes | $5,518.05 | $2,500.86 | $15,690.84 | $63.06 |
| 489566 | $784,643.73 | 10 | yes | $5,077.44 | $1,616.94 | $9,193.05 | $0.00 |
| 489567 | $658,586.03 | 8 | yes | $5,323.63 | $2,530.99 | $11,035.83 | $436.43 |
| 489569 | $652,701.39 | 9 | yes | $5,052.03 | $391.94 | $2,787.34 | $0.00 |
| 489570 | $94,629.54 | 2 | yes | $742.03 | $545.35 | $1,829.16 | $0.00 |
| 489571 | $66,362.27 | 2 | yes | $1,713.46 | $880.52 | $7,455.11 | $0.00 |
| 489572 | $142,553.95 | 4 | yes | $2,283.63 | $3,219.77 | $17,327.70 | $120.80 |
| 489574 | $965,902.48 | 11 | yes | $2,564.90 | $2,586.14 | $10,649.23 | $0.00 |
| 489575 | $696,372.44 | 9 | yes | $5,820.19 | $846.00 | $4,560.23 | $0.00 |
| 489576 | $216,633.71 | 2 | yes | $5,011.47 | $1,197.36 | $5,944.67 | $0.00 |
| 489577 | $303,311.82 | 4 | yes | $2,361.52 | $1,069.93 | $3,061.44 | $0.00 |
| 489578 | $250,236.62 | 4 | yes | $2,295.68 | $1,003.52 | $2,982.73 | $0.00 |
| 489579 | $262,137.49 | 3 | yes | $3,389.32 | $2,575.72 | $9,939.04 | $689.69 |
| 489580 | $701,248.79 | 8 | yes | $5,427.47 | $2,955.44 | $17,179.79 | $16.23 |
| 489581 | $1,081,378.43 | 12 | yes | $6,108.18 | $2,620.67 | $14,281.77 | $0.00 |
| 489582 | $836,615.73 | 12 | yes | $6,369.32 | $2,188.09 | $9,929.81 | $0.00 |
| 489583 | $498,437.46 | 9 | yes | $4,058.27 | $660.59 | $2,948.19 | $0.00 |
| 489584 | $147,219.02 | 4 | yes | $1,216.24 | $1,065.83 | $4,682.85 | $240.64 |
| 489585 | $373,164.58 | 5 | yes | $2,818.58 | $649.05 | $1,191.53 | $0.00 |
| 489587 | $130,530.63 | 3 | yes | $2,177.16 | $1,294.61 | $5,356.15 | $0.00 |
| 489589 | $165,645.21 | 6 | yes | $2,892.01 | $908.17 | $3,858.83 | $0.00 |
| 489590 | $126,002.04 | 6 | yes | $3,097.40 | $960.95 | $4,522.14 | $0.00 |
| 489592 | $421,247.31 | 6 | yes | $2,820.30 | $1,419.93 | $3,848.92 | $0.00 |
| 489593 | $306,691.13 | 4 | yes | $1,417.91 | $447.79 | $13,090.39 | $0.00 |
| 489594 | $178,781.69 | 3 | yes | $727.73 | $163.01 | $1,434.04 | $0.00 |
| 489595 | $98,752.51 | 1 | yes | $4,184.33 | $1,610.70 | $6,096.63 | $99.02 |
| 489596 | $579,557.41 | 7 | yes | $4,253.95 | $1,527.44 | $8,268.08 | $0.00 |
| 489597 | $559,512.23 | 7 | yes | $3,254.67 | $1,101.91 | $17,460.10 | $0.00 |
| 489598 | $370,698.12 | 4 | yes | $6,315.63 | $2,814.84 | $112,678.86 | $99.02 |
| 489599 | $779,246.05 | 9 | yes | $2,835.48 | $1,304.05 | $6,378.19 | $0.00 |
| 489600 | $390,590.07 | 6 | yes | $2,591.71 | $706.23 | $3,190.73 | $0.00 |
| 489601 | $340,830.77 | 5 | yes | $1,171.00 | $331.99 | $2,256.55 | $0.00 |
| 489602 | $196,366.04 | 2 | yes | $1,156.31 | $354.18 | $1,799.48 | $0.00 |
| 489145 | $153,252.80 | 3 | yes | $2,836.75 | $1,689.49 | $3,369.92 | $3,430.19 |
| 489146 | $378,988.79 | 5 | yes | $7,071.67 | $3,167.28 | $13,472.68 | $3,430.19 |
| 489147 | $970,054.93 | 13 | yes | $1,670.59 | $787.77 | $2,655.21 | $0.00 |
| 489148 | $245,242.54 | 3 | yes | $177.58 | $84.81 | $576.31 | $0.00 |
| 489149 | $321,716.04 | 1 | yes | $1,216.30 | $517.93 | $11,623.10 | $991.34 |
| 489150 | $202,707.73 | 4 | yes | $5,743.32 | $2,447.59 | $7,943.82 | $9.11 |
| 489151 | $784,487.77 | 6 | yes | $1,672.34 | $505.80 | $3,978.43 | $0.00 |
| 489152 | $222,641.65 | 2 | yes | $2,456.10 | $559.95 | $3,235.95 | $0.00 |
| 489153 | $154,230.46 | 3 | yes | $3,653.19 | $1,248.30 | $6,143.37 | $0.00 |
| 489154 | $477,690.22 | 6 | yes | $3,342.84 | $1,376.81 | $9,315.50 | $0.00 |
| 489155 | $442,823.94 | 4 | yes | $1,259.30 | $711.34 | $3,049.52 | $0.00 |
| 489156 | $158,383.00 | 3 | yes | $1,336.28 | $683.89 | $3,705.73 | $0.00 |
| 489157 | $177,369.81 | 3 | yes | $3,465.65 | $1,099.00 | $5,384.64 | $0.00 |
| 489158 | $476,801.02 | 2 | yes | $1,093.76 | $906.40 | $4,155.71 | $0.00 |
| 489159 | $146,088.77 | 4 | yes | $1,055.18 | $457.20 | $2,636.87 | $0.00 |
| 489160 | $132,670.52 | 1 | yes | $540.07 | $179.37 | $399.49 | $0.00 |
| 489161 | $74,404.04 | 1 | yes | $3,771.65 | $1,424.89 | $6,496.38 | $0.00 |
| 489162 | $487,880.36 | 8 | yes | $3,382.04 | $1,975.29 | $9,260.45 | $0.00 |
| 489163 | $454,670.79 | 5 | yes | $1,960.36 | $859.82 | $3,680.25 | $0.00 |
| 489164 | $370,089.19 | 4 | yes | $2,830.89 | $1,304.59 | $6,945.15 | $0.00 |
| 489165 | $376,432.62 | 6 | yes | $2,623.48 | $1,519.24 | $10,593.40 | $0.00 |
| 489166 | $335,722.59 | 5 | yes | $3,245.70 | $1,527.50 | $6,647.24 | $0.00 |
| 489167 | $417,629.36 | 6 | yes | $3,036.62 | $1,142.94 | $4,315.08 | $0.00 |
| 489168 | $392,880.65 | 5 | yes | $2,158.88 | $788.55 | $3,630.01 | $0.00 |
| 489169 | $292,600.19 | 7 | yes | $3,759.00 | $1,729.77 | $9,156.45 | $0.00 |
| 489170 | $485,767.15 | 7 | yes | $1,976.95 | $862.13 | $2,566.18 | $0.00 |
| 489171 | $238,154.14 | 2 | yes | $1,713.04 | $410.60 | $778.26 | $1,671.91 |
| 489174 | $109,391.53 | 2 | yes | $570.13 | $121.74 | $410.46 | $0.00 |
| 489175 | $179,074.39 | 4 | yes | $1,853.55 | $906.90 | $2,299.18 | $0.00 |
| 489176 | $247,221.32 | 5 | yes | $2,774.01 | $1,140.30 | $5,497.85 | $0.00 |
| 489177 | $357,733.40 | 7 | yes | $1,336.32 | $609.90 | $1,395.37 | $0.00 |
| 489178 | $172,569.87 | 1 | yes | $505.30 | $309.92 | $761.68 | $0.00 |
| 489179 | $66,651.33 | 2 | yes | $722.09 | $472.91 | $2,663.95 | $0.00 |
| 489180 | $93,405.62 | 4 | yes | $3,780.08 | $1,290.62 | $5,008.86 | $0.00 |
| 489181 | $229,569.53 | 5 | yes | $1,682.47 | $463.67 | $1,556.53 | $0.00 |
| 489182 | $56,382.75 | 2 | yes | $3,114.01 | $1,694.81 | $3,461.72 | $513.12 |
| 489183 | $169,008.01 | 4 | yes | $4,124.91 | $1,381.85 | $8,448.70 | $0.00 |
| 489184 | $549,022.91 | 8 | yes | $2,339.59 | $909.28 | $3,025.57 | $0.00 |
| 489185 | $209,200.72 | 3 | yes | $1,637.70 | $588.74 | $3,118.18 | $0.00 |
| 489186 | $227,637.45 | 2 | yes | $1,582.82 | $330.20 | $2,820.82 | $0.00 |
| 489187 | $251,384.63 | 2 | yes | $1,930.39 | $651.70 | $3,921.71 | $0.00 |
| 489188 | $257,600.44 | 2 | yes | $605.52 | $262.49 | $1,485.87 | $0.00 |
| 489189 | $376,761.95 | 2 | yes | $2,066.40 | $675.49 | $2,981.66 | $0.00 |
| 489190 | $271,426.93 | 4 | yes | $4,530.24 | $1,779.19 | $6,470.82 | $0.00 |
| 489191 | $619,959.18 | 2 | yes | $1,402.14 | $584.21 | $1,556.92 | $567.58 |
| 489196 | $184,991.15 | 2 | yes | $672.96 | $228.21 | ($587.58) | $0.00 |
| 489188 | $56,693.07 | 2 | yes | $1,260.26 | $680.99 | $3,355.47 | $0.00 |
| 489189 | $149,033.74 | 3 | yes | $516.21 | $144.68 | $772.92 | $0.00 |
| 489192 | $395,791.40 | 7 | yes | $3,028.44 | $1,349.06 | $17,017.28 | $0.00 |

Seller's Initials _____
Buyer's Initials _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 499193 | $403,276.32 | 5 | yes | $3,009.17 | $1,391.37 | $7,546.63 | $0.00 |
| 499194 | $42,428.62 | 1 | yes | $331.43 | $189.93 | $1,504.14 | $0.00 |
| 507593 | $299,029.17 | 3 | yes | $2,240.38 | $1,154.24 | $2,471.95 | $0.00 |
| 507594 | $397,758.07 | 3 | yes | $2,335.76 | $801.23 | $869.35 | $2,783.46 |
| 507595 | $102,238.38 | 2 | yes | $610.14 | $304.95 | $434.19 | $0.00 |
| 507596 | $240,259.06 | 5 | yes | $2,019.40 | $877.93 | $1,929.37 | $390.58 |
| 507597 | $269,579.04 | 4 | yes | $2,045.52 | $874.81 | $4,122.60 | $0.00 |
| 507598 | $51,542.68 | 1 | yes | $402.05 | $231.44 | $1,305.18 | $0.00 |
| 507599 | $127,940.94 | 2 | yes | $963.70 | $588.92 | $1,119.57 | $0.00 |
| 507600 | $41,381.83 | 1 | yes | $333.74 | $126.88 | $297.44 | $0.00 |
| 507601 | $128,378.15 | 1 | yes | $959.04 | $354.82 | $2,013.32 | $0.00 |
| 507602 | $340,021.48 | 6 | yes | $2,738.64 | $1,283.29 | $5,033.34 | $0.00 |
| 507603 | $102,104.78 | 1 | yes | $763.44 | $393.68 | $844.43 | $0.00 |
| 507605 | $169,710.86 | 3 | yes | $1,418.77 | $491.01 | $1,028.25 | $0.00 |
| 507606 | $171,697.25 | 3 | yes | $1,347.75 | $284.81 | $268.58 | $12.26 |
| 507607 | $265,124.41 | 4 | yes | $2,035.18 | $966.89 | $3,271.08 | $0.00 |
| 507608 | $108,094.42 | 4 | yes | $557.95 | $527.28 | $2,660.00 | $0.00 |
| 507609 | $160,308.52 | 2 | yes | $1,403.68 | $364.25 | $1,796.54 | $0.00 |
| 507611 | $53,776.11 | 1 | yes | $453.28 | $190.73 | $531.04 | $0.00 |
| 507612 | $263,100.02 | 4 | yes | $4,532.62 | $1,611.80 | $3,534.74 | $1,267.77 |
| 507613 | $392,995.89 | 5 | yes | $2,909.75 | $1,417.20 | $5,075.47 | $0.00 |
| 507614 | $375,537.30 | 4 | yes | $2,843.85 | $1,179.71 | ($10,316.85) | $15,510.41 |
| 507615 | $224,474.71 | 4 | yes | $1,701.70 | $1,064.92 | $6,624.43 | $0.00 |
| 507616 | $81,092.74 | 2 | yes | $657.40 | $285.94 | $1,105.82 | $0.00 |
| 507617 | $119,221.08 | 1 | yes | $889.18 | $224.56 | $584.51 | $0.00 |
| 507618 | $223,076.70 | 4 | yes | $1,738.62 | $1,149.94 | $3,341.21 | $0.00 |
| 507619 | $433,207.96 | 4 | yes | $3,250.69 | $1,528.66 | $5,296.95 | $909.93 |
| 507620 | $161,066.05 | 3 | yes | $1,296.57 | $365.43 | $1,713.69 | $0.00 |
| 507621 | $94,569.07 | 1 | yes | $709.56 | $254.35 | $582.46 | $0.00 |
| 507622 | $62,134.42 | 1 | yes | $523.02 | $330.74 | $2,053.59 | $0.00 |
| 507623 | $212,010.22 | 3 | yes | $1,560.10 | $1,066.93 | $3,651.86 | $0.00 |
| 507624 | $197,586.28 | 4 | yes | $1,538.29 | $581.12 | $2,358.51 | $0.00 |
| 507625 | $375,002.68 | 5 | yes | $3,103.86 | $1,073.46 | $2,341.06 | $0.00 |
| 507626 | $299,007.71 | 4 | yes | $2,327.36 | $727.91 | $2,312.79 | $15.98 |
| 507629 | $303,596.23 | 3 | yes | $2,464.00 | $571.58 | $2,514.34 | $0.00 |
| 507630 | $293,600.76 | 4 | yes | $2,215.39 | $684.57 | $1,969.74 | $0.00 |
| 507631 | $208,454.30 | 3 | yes | $1,853.32 | $540.78 | $1,211.65 | $0.00 |
| 507632 | $226,666.46 | 3 | yes | $1,769.33 | $590.75 | $2,366.20 | $0.00 |
| 507633 | $18,903.22 | 1 | yes | $151.52 | $137.79 | $780.89 | $0.00 |
| 507634 | $545,969.95 | 5 | yes | $4,072.67 | $999.59 | $615.51 | $4,183.02 |
| 507635 | $435,040.13 | 7 | yes | $3,398.23 | $1,115.68 | $4,805.78 | $0.00 |
| 507636 | $110,053.97 | 2 | yes | $896.30 | $299.48 | $563.50 | $0.00 |
| 507637 | $215,104.60 | 2 | yes | $1,630.00 | $546.41 | $1,281.79 | $454.70 |
| 507638 | $418,301.15 | 6 | yes | $4,125.26 | $1,534.96 | $6,351.14 | $0.00 |
| 507639 | $50,935.79 | 1 | yes | $428.52 | $335.56 | $1,495.95 | $0.00 |
| 507642 | $73,762.73 | 1 | yes | $922.82 | $222.99 | $476.77 | $0.00 |
| 515865 | $87,040.68 | 2 | yes | $1,350.60 | $340.50 | $438.96 | $0.00 |
| 515866 | $36,922.78 | 1 | yes | $579.30 | $516.37 | ($171.00) | $171.00 |
| 515868 | $346,154.42 | 5 | yes | $2,719.23 | $1,607.02 | $4,662.86 | $54.24 |
| 515869 | $93,766.66 | 1 | yes | $678.69 | $443.79 | $2,306.39 | $0.00 |
| 515870 | $143,115.93 | 2 | yes | $1,665.62 | $492.48 | $993.78 | $0.00 |
| 515871 | $160,997.42 | 1 | yes | $1,404.38 | $256.14 | $1,729.17 | $0.00 |
| 515872 | $75,679.69 | 1 | yes | $611.96 | $141.70 | $211.81 | $0.00 |
| 515873 | $110,949.43 | 2 | yes | $935.01 | $369.44 | $1,383.10 | $0.00 |
| 515874 | $913,218.17 | 9 | yes | $4,923.93 | $1,607.97 | $5,502.88 | $0.00 |
| 515875 | $193,910.24 | 3 | yes | $1,823.42 | $935.59 | $3,838.02 | $0.00 |
| 515877 | $215,402.33 | 3 | yes | $1,660.52 | $538.60 | $3,105.18 | $0.00 |
| 515878 | $73,342.90 | 1 | yes | $588.85 | $179.11 | ($195.61) | $195.61 |
| 515879 | $127,032.27 | 3 | yes | $2,495.31 | $915.85 | $4,596.18 | $0.00 |
| 515880 | $69,797.06 | 1 | yes | $499.65 | $157.56 | $259.67 | $0.00 |
| 515881 | $80,997.76 | 1 | yes | $672.01 | $311.36 | $1,620.75 | $0.00 |
| 515882 | $95,345.81 | 1 | yes | $600.44 | $240.10 | $395.54 | $0.00 |
| 515883 | $438,548.07 | 9 | yes | $3,463.87 | $1,282.66 | $2,195.04 | $0.00 |
| 515884 | $256,547.52 | 3 | yes | $2,095.65 | $1,264.99 | $3,582.35 | $0.00 |
| 515885 | $68,705.07 | 1 | yes | $524.60 | $141.19 | $313.40 | $0.00 |
| 515866 | $163,975.22 | 2 | yes | $1,610.91 | $956.63 | $1,635.87 | $849.11 |
| 515888 | $277,994.31 | 5 | yes | $2,372.89 | $638.24 | $3,161.84 | $0.00 |
| 515889 | $165,263.05 | 2 | yes | $1,278.02 | $902.14 | $984.67 | $0.00 |
| 515890 | $178,921.70 | 2 | yes | $2,575.18 | $1,232.71 | $656.26 | $0.00 |
| 515891 | $281,847.58 | 3 | yes | $13,046.65 | $1,102.50 | $4,394.29 | $0.00 |
| 515892 | $335,316.47 | 3 | yes | $1,151.67 | $434.02 | $3,635.02 | $615.90 |
| 515893 | $536,183.58 | 3 | yes | $358.70 | $237.67 | $1,287.39 | $0.00 |
| 515894 | $44,001.56 | 1 | yes | $939.09 | $283.78 | $783.40 | $0.00 |
| 515897 | $113,233.89 | 1 | yes | $2,531.87 | $721.51 | $2,634.23 | $0.00 |
| 515900 | $313,661.60 | 4 | yes | $981.54 | $466.60 | $785.40 | $0.00 |
| 515901 | $111,442.97 | 2 | yes | $1,355.46 | $618.07 | $1,472.02 | $0.00 |
| 515902 | $160,930.52 | 3 | yes | $703.69 | $146.15 | $834.28 | $0.00 |
| 515906 | $87,525.83 | 1 | yes | $2,006.89 | $432.23 | $3,156.13 | $0.00 |
| 515908 | $248,670.87 | 3 | yes | $1,164.92 | $434.85 | $1,299.12 | $0.00 |
| 516909 | $139,166.30 | 2 | yes | $435.13 | $170.35 | $949.26 | $0.00 |
| 522030 | $54,054.15 | 1 | yes | $1,830.91 | $953.85 | $4,471.99 | $0.00 |
| 522031 | $220,577.06 | 3 | yes | $3,015.70 | $922.00 | $5,567.10 | $0.00 |
| 522033 | $355,707.59 | 4 | yes | $933.73 | $509.92 | $2,358.67 | $0.00 |
| 522034 | $104,185.67 | 2 | yes | $1,307.55 | $636.03 | $3,691.26 | $0.00 |
| 522035 | $159,553.54 | 2 | yes | $821.62 | $166.32 | $1,202.65 | $0.00 |
| 522036 | $102,238.32 | 2 | 1 | $669.97 | $334.70 | $3,031.04 | $0.00 |
| 522037 | $82,708.02 | | yes | $889.84 | $192.19 | $685.20 | $0.00 |
| 522038 | $108,944.50 | 1 | yes | $1,176.12 | $192.17 | $1,133.93 | $0.00 |
| 522041 | $78,479.32 | 1 | yes | $963.37 | $195.77 | $1,495.87 | $0.00 |
| 522042 | $129,441.69 | 1 | yes | $924.51 | $351.73 | $2,858.57 | $0.00 |
| 522043 | $80,805.26 | 2 | yes | $452.96 | $310.74 | $65.60 | $0.00 |
| 522044 | $55,835.47 | 1 | yes | $1,758.68 | $363.58 | $2,140.81 | $0.00 |
| 522045 | $228,094.12 | 2 | yes | $858.51 | $255.60 | $328.70 | $0.00 |
| 522046 | $106,927.69 | 3 | yes | $1,142.58 | $651.24 | $816.58 | $0.00 |
| 522048 | $131,204.80 | 2 | yes | $947.66 | $558.62 | $2,407.55 | $0.00 |
| 522049 | $117,865.63 | 2 | yes | $464.81 | $272.92 | $1,269.11 | $0.00 |
| 522050 | $55,693.54 | 1 | yes | $3,077.57 | $1,115.58 | $9,913.75 | $0.00 |
| 522051 | $372,180.22 | 5 | yes | $1,784.67 | $902.66 | $3,940.63 | $0.00 |
| 522052 | $213,805.70 | 3 | yes | $1,006.74 | $511.39 | $4,253.45 | $0.00 |
| 522054 | $118,902.49 | 2 | yes | $492.90 | $208.97 | $1,243.07 | $0.00 |
| 522055 | $162,694.59 | 1 | yes | $1,353.41 | $506.70 | $1,492.84 | $501.54 |
| 522056 | $166,611.29 | 2 | yes | $625.50 | $191.03 | $3,120.42 | $0.00 |
| 522059 | $81,268.53 | 1 | yes | $1,140.32 | $543.90 | $2,801.26 | $0.00 |
| 522061 | $127,391.17 | 1 | yes | $537.49 | $277.98 | $896.74 | $0.00 |
| 522062 | $61,913.04 | 1 | yes | $580.35 | $95.66 | $751.47 | $0.00 |
| 522065 | $63,512.31 | 1 | yes | $409.51 | $256.06 | $504.51 | $0.00 |
| 522066 | $58,503.67 | 1 | yes | $327.56 | $124.00 | $838.16 | $0.00 |
| 522069 | $40,081.25 | 1 | yes | $439.38 | $278.88 | $1,303.55 | $0.00 |
| 522070 | $51,537.05 | 1 | yes | $401.11 | $151.03 | $92.26 | $0.00 |
| 522071 | $27,439.18 | 1 | yes | $2,319.45 | $760.87 | $3,903.63 | $116.60 |
| 522072 | $275,352.91 | 1 | yes | $881.19 | $350.35 | $3,136.29 | $0.00 |
| 522074 | $111,053.00 | 1 | yes | $527.39 | $140.08 | $634.16 | $0.00 |
| 522075 | $64,560.29 | 1 | yes | $896.41 | $297.40 | $1,322.72 | $0.00 |
| 522079 | $100,712.19 | 1 | yes | $359.90 | $89.60 | ($1,666.57) | $1,656.57 |
| 522080 | $31,156.49 | 1 | yes | $572.03 | $294.70 | $674.24 | $0.00 |
| 522082 | $90,293.01 | 1 | yes | $1,161.84 | $349.28 | $2,373.44 | $0.00 |
| 522083 | $138,775.23 | 2 | yes | $908.08 | $243.72 | $1,822.92 | $0.00 |
| 522085 | $111,525.90 | 1 | yes | $1,509.00 | $328.52 | $1,412.60 | $0.00 |
| 529127 | $101,234.22 | 3 | yes | $1,214.12 | $416.16 | $446.41 | $0.00 |
| 529132 | $145,438.14 | 3 | yes | $296.09 | $118.77 | $560.61 | $0.00 |
| 529133 | $37,063.12 | 1 | yes | $437.90 | $125.51 | $390.77 | $0.00 |
| 529134 | $52,551.44 | 1 | yes | $413.20 | $194.74 | $2,143.55 | $0.00 |
| 529136 | $50,468.10 | 1 | yes | $407.31 | $122.28 | $627.42 | $0.00 |
| 529137 | $55,010.07 | 1 | yes | $848.18 | $180.18 | $632.31 | $0.00 |
| 529138 | $92,600.00 | 1 | yes | $482.50 | $97.16 | $568.48 | $0.00 |
| 529140 | $57,915.09 | 1 | yes | $1,112.40 | $430.93 | $1,078.35 | $0.00 |
| 529141 | $134,098.60 | 2 | yes | $579.35 | $229.10 | $1,325.37 | $0.00 |
| 529144 | $64,541.93 | 1 | yes | $2,450.15 | $652.11 | $13,122.49 | $0.00 |
| 529145 | $296,243.92 | 2 | yes | $505.96 | $190.59 | $562.63 | $0.00 |
| 529146 | $60,865.29 | 1 | yes | $1,213.74 | $359.74 | $1,142.94 | $0.00 |
| 529148 | $146,643.32 | 2 | yes | | | | |

Seller's Initials: _____

Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 529149 | $98,013.04 | 1 | yes | $830.76 | $403.59 | $2,590.32 | $0.00 |
| 529150 | $58,477.79 | 1 | yes | $516.65 | $291.15 | $702.72 | $0.00 |
| 529152 | $64,033.27 | 1 | yes | $508.14 | $77.57 | $715.27 | $0.00 |
| 529156 | $282,792.31 | 4 | yes | $2,354.43 | $861.87 | $1,934.81 | $120.84 |
| 529158 | $84,515.02 | 1 | yes | $700.67 | $229.29 | $1,003.37 | $0.00 |
| 529160 | $105,972.58 | 2 | yes | $1,415.29 | $327.95 | $320.47 | $0.00 |
| 529161 | $155,502.36 | 2 | yes | $1,352.69 | $493.21 | $2,523.37 | $0.00 |
| 529163 | $100,762.28 | 1 | yes | $836.20 | $399.12 | $1,682.55 | $0.00 |
| 529164 | $170,701.37 | 3 | yes | $1,464.83 | $632.19 | ($2,706.81) | $4,711.49 |
| 529167 | $57,058.99 | 1 | yes | $663.62 | $390.60 | $2,065.39 | $0.00 |
| 529169 | $30,138.51 | 1 | yes | $239.95 | $148.77 | ($4.03) | $4.03 |
| 529170 | $109,944.40 | 1 | yes | $910.40 | $240.94 | $573.86 | $0.00 |
| 529178 | $76,113.58 | 1 | yes | $501.30 | $77.27 | ($10,509.33) | $10,509.33 |
| 529180 | $66,281.21 | 1 | yes | $743.48 | $162.46 | $716.01 | $0.00 |
| 529181 | $79,940.75 | 1 | yes | $641.32 | $184.67 | $502.99 | $0.00 |
| 529182 | $223,030.59 | 3 | yes | $1,853.86 | $515.55 | $2,609.72 | $0.00 |
| 529183 | $153,844.39 | 1 | yes | $1,325.62 | $646.99 | $5,182.28 | $0.00 |
| 529184 | $185,602.94 | 2 | yes | $1,660.27 | $699.32 | $1,750.18 | $0.00 |
| 535881 | $50,011.21 | 1 | yes | $309.17 | $269.89 | $1,461.95 | $0.00 |
| 535883 | $171,071.23 | 2 | yes | $1,466.83 | $361.09 | ($21.68) | $1,277.01 |
| 535884 | $106,147.14 | 2 | yes | $893.88 | $351.03 | $1,259.56 | $0.00 |
| 535885 | $204,436.24 | 3 | yes | $1,668.58 | $646.64 | $1,444.71 | $0.00 |
| 535886 | $146,036.94 | 2 | yes | $1,244.57 | $547.51 | (5637.07) | $768.55 |
| 535889 | $68,802.17 | 1 | yes | $545.93 | $215.70 | $160.85 | $0.00 |
| 535890 | $64,396.79 | 1 | yes | $533.25 | $151.46 | $479.18 | $0.00 |
| 535891 | $109,925.18 | 2 | yes | $953.89 | $266.81 | $1,963.55 | $0.00 |
| 535894 | $202,991.92 | 3 | yes | $1,678.64 | $606.00 | $1,233.16 | $0.00 |
| 535895 | $103,468.47 | 2 | yes | $913.20 | $339.72 | $1,400.82 | $0.00 |
| 535896 | $161,626.53 | 2 | yes | $1,536.05 | $610.84 | $3,024.61 | $0.00 |
| 535898 | $72,432.28 | 2 | yes | $684.74 | $437.58 | $1,921.40 | $0.00 |
| 535899 | $61,840.25 | 1 | yes | $509.41 | $131.20 | ($283.15) | $283.15 |
| 535900 | $79,037.05 | 1 | yes | $641.21 | $155.19 | $687.60 | $0.00 |
| 535901 | $334,607.68 | 4 | yes | $2,828.60 | $808.00 | $3,502.51 | $442.72 |
| 535907 | $60,653.81 | 1 | yes | $522.21 | $526.11 | $2,062.41 | $0.00 |
| 535908 | $69,419.51 | 1 | yes | $604.58 | $561.26 | ($6,047.94) | $6,047.94 |
| 535909 | $108,495.40 | 1 | yes | $801.08 | $242.25 | $1,001.68 | $0.00 |
| 535910 | $59,672.81 | 1 | yes | $494.03 | $99.59 | $113.81 | $0.00 |
| 535911 | $99,606.07 | 1 | yes | $957.04 | $499.31 | $1,136.86 | $0.00 |
| 535914 | $147,111.40 | 2 | yes | $1,231.67 | $386.65 | $2,169.79 | $0.00 |
| 535919 | $60,479.35 | 1 | yes | $479.89 | $222.17 | ($30.74) | $0.74 |
| 535920 | $76,950.43 | 1 | yes | $649.74 | $491.08 | $1,187.58 | $0.00 |
| 535924 | $93,830.65 | 1 | yes | $788.13 | $374.62 | ($6,058.65) | $6,058.65 |
| 535926 | $60,157.36 | 1 | yes | $615.47 | $129.47 | $1,004.74 | $0.00 |
| 535927 | $200,554.89 | 2 | yes | $1,672.01 | $582.98 | $1,975.99 | $0.00 |
| 535928 | $94,604.60 | 1 | yes | $749.95 | $332.27 | $1,913.87 | $0.00 |
| 535929 | $225,448.40 | 2 | yes | $1,858.09 | $681.19 | $3,557.37 | $0.00 |
| 535930 | $43,335.82 | 1 | yes | $336.00 | $217.28 | ($146.89) | $148.89 |
| 535932 | $129,157.74 | 2 | yes | $1,092.34 | $424.84 | $1,697.53 | $0.00 |
| 535936 | $35,869.41 | 1 | yes | $489.81 | $117.67 | ($46.74) | $46.74 |
| 535943 | $92,867.32 | 1 | yes | $721.07 | $116.56 | $1,520.36 | $0.00 |
| 535944 | $70,604.18 | 1 | yes | $569.64 | $164.68 | $824.96 | $0.00 |
| 535945 | $125,933.34 | 1 | yes | $1,045.53 | $477.54 | ($4,263.27) | $4,863.27 |
| 535948 | $166,607.35 | 2 | yes | $1,305.18 | $314.77 | $1,804.34 | $0.00 |
| 535949 | $264,375.74 | 3 | yes | $1,687.39 | $895.03 | $3,433.36 | $0.00 |
| 535950 | $108,957.65 | 2 | yes | $869.64 | $380.19 | $2,180.02 | $0.00 |
| 535951 | $182,845.72 | 2 | yes | $1,446.90 | $475.16 | $3,084.07 | $0.00 |
| 535953 | $161,530.06 | 2 | yes | $1,280.79 | $409.75 | $1,821.25 | $0.00 |
| 535954 | $95,177.12 | 1 | yes | $768.53 | $550.90 | $1,780.91 | $0.00 |
| 535916 | $104,569.52 | 1 | yes | $897.31 | $558.97 | $5,336.63 | $0.00 |
| 545017 | $197,697.99 | 2 | yes | $1,575.41 | $822.27 | ($3,277.00) | $3,831.36 |
| 546018 | $31,957.91 | 1 | yes | $271.43 | $365.57 | $2,332.69 | $0.00 |
| 545021 | $389,281.34 | 4 | yes | $3,000.35 | $889.08 | $6,409.34 | $0.00 |
| 545022 | $287,559.73 | 4 | yes | $2,294.13 | $976.35 | $2,299.62 | $0.00 |
| 545023 | $33,936.88 | 1 | yes | $279.12 | $147.67 | $1,020.16 | $0.00 |
| 545028 | $200,276.04 | 3 | yes | $1,516.71 | $651.62 | $2,483.60 | $0.00 |
| 545029 | $110,981.71 | 2 | yes | $585.67 | $223.12 | $901.65 | $0.00 |
| 545030 | $100,046.65 | 2 | yes | $560.03 | $261.01 | $1,487.28 | $0.00 |
| 545032 | $68,483.33 | 1 | yes | $712.31 | $207.53 | $130.32 | $0.00 |
| 545033 | $117,500.33 | 1 | yes | $966.91 | $192.67 | $954.03 | $0.00 |
| 545035 | $111,123.03 | 2 | yes | $923.68 | $377.61 | $1,841.59 | $0.00 |
| 545037 | $66,845.62 | 1 | yes | $656.92 | $157.43 | $360.03 | $0.00 |
| 545042 | $69,961.65 | 1 | yes | $530.01 | $218.01 | $1,264.27 | $0.00 |
| 545047 | $73,327.68 | 2 | yes | $669.90 | $583.67 | $4,162.24 | $0.00 |
| 545051 | $637,870.86 | 7 | yes | $4,815.60 | $1,331.71 | $6,643.43 | $0.00 |
| 545052 | $292,869.44 | 3 | yes | $2,220.72 | $1,062.69 | $4,648.29 | $0.00 |
| 545053 | $173,663.79 | 4 | yes | $1,389.04 | $893.07 | $4,024.33 | $0.00 |
| 545054 | $300,959.21 | 3 | yes | $2,138.94 | $720.95 | $2,741.70 | $40.54 |
| 545055 | $238,691.45 | 2 | yes | $1,713.49 | $549.49 | $3,929.29 | $0.00 |
| 545056 | $130,884.09 | 1 | yes | $230.54 | $100.93 | $328.47 | $0.00 |
| 545059 | $116,884.42 | 1 | yes | $1,108.37 | $554.47 | $492.41 | $0.00 |
| 545060 | $70,232.76 | 1 | yes | $513.62 | $110.00 | $214.24 | $0.00 |
| 545061 | $132,771.06 | 2 | yes | $926.82 | $253.16 | $1,012.73 | $0.00 |
| 545064 | $490,973.64 | 6 | yes | $3,004.57 | $1,091.92 | $4,776.54 | $0.00 |
| 545065 | $50,478.06 | 1 | yes | $400.31 | $102.03 | $393.16 | $0.00 |
| 545066 | $216,981.08 | 2 | yes | $1,555.34 | $337.73 | $2,143.00 | $0.00 |
| 545067 | $106,618.75 | 2 | yes | $1,375.95 | $467.63 | $700.11 | $2,709.06 |
| 545072 | $119,597.40 | 8 | yes | $5,297.65 | $1,931.40 | $10,978.12 | $0.00 |
| 545074 | $587,083.09 | 6 | yes | $4,090.78 | $1,836.27 | $9,990.57 | $0.00 |
| 545075 | $900,728.31 | 9 | yes | $6,002.95 | $2,544.45 | $6,430.30 | $0.00 |
| 545076 | $138,113.59 | 1 | yes | $1,048.48 | $268.66 | $1,505.06 | $0.00 |
| 545080 | $122,896.53 | 9 | yes | $5,295.51 | $1,894.48 | $7,473.60 | $102.32 |
| 545082 | $41,756.13 | 1 | yes | $315.00 | $207.40 | $315.62 | $0.00 |
| 545083 | $36,759.73 | 1 | yes | $496.72 | $325.76 | $1,532.63 | $0.00 |
| 545084 | $136,421.46 | 1 | yes | $1,692.11 | $834.79 | $226.06 | $0.00 |
| 545086 | $224,445.49 | 3 | yes | $1,754.08 | $437.93 | $3,694.55 | $0.00 |
| 545087 | $240,036.32 | 3 | yes | $845.56 | $214.26 | $1,333.44 | $0.00 |
| 545088 | $114,506.31 | 1 | yes | $3,342.84 | $1,660.47 | $1,329.64 | $0.00 |
| 555313 | $462,387.04 | 5 | yes | $810.74 | $321.28 | $6,823.07 | $0.00 |
| 555314 | $107,505.62 | 1 | yes | $2,909.71 | $893.90 | $2,474.09 | $2,899.96 |
| 555315 | $384,295.15 | 3 | yes | $1,820.31 | $658.91 | $4,385.87 | $0.00 |
| 555316 | $257,158.97 | 1 | yes | $945.50 | $283.97 | $1,330.14 | $0.00 |
| 555317 | $128,033.77 | 6 | yes | $3,897.38 | $1,097.80 | $15,034.27 | $5.18 |
| 555321 | $530,797.14 | 6 | yes | $1,223.64 | $594.21 | $390.59 | $120.66 |
| 555322 | $162,079.19 | 2 | yes | $5,969.06 | $1,346.39 | $10,223.58 | $0.00 |
| 555323 | $605,810.26 | 8 | yes | $4,868.50 | $1,391.30 | $4,293.45 | $41.52 |
| 555324 | $943,993.94 | 7 | yes | $1,560.29 | $510.46 | $807.30 | $556.35 |
| 555325 | $219,921.37 | 2 | yes | $612.33 | $149.33 | ($558.38) | $0.00 |
| 555326 | $77,899.67 | 1 | yes | $2,293.59 | $570.23 | $2,662.07 | $0.00 |
| 555327 | $317,780.34 | 3 | yes | $508.33 | $107.62 | $585.50 | $0.00 |
| 555328 | $87,400.50 | 1 | yes | $1,976.18 | $685.08 | $2,393.86 | $0.00 |
| 555329 | $285,929.74 | 3 | yes | $1,352.91 | $440.77 | $933.10 | $0.00 |
| 555330 | $183,302.62 | 3 | yes | $1,503.33 | $1,116.34 | $2,736.70 | $0.00 |
| 555331 | $196,530.66 | 3 | yes | $508.00 | $256.58 | $986.96 | $0.00 |
| 555332 | $75,564.39 | 1 | yes | $6,458.47 | $2,155.22 | $7,468.89 | $1,155.88 |
| 555333 | $879,549.92 | 11 | yes | $2,890.92 | $1,378.74 | $2,803.00 | $103.81 |
| 555334 | $374,514.66 | 4 | yes | $3,470.57 | $1,322.72 | $6,369.10 | $0.00 |
| 555335 | $470,405.79 | 6 | yes | $2,768.12 | $1,049.69 | $3,040.93 | $0.00 |
| 555336 | $367,497.75 | 5 | yes | $1,902.35 | $470.68 | $1,907.31 | $77.94 |
| 555338 | $269,106.77 | 3 | yes | $1,555.76 | $382.48 | ($637.09) | $1,452.04 |
| 555339 | $188,479.13 | 2 | yes | $367.00 | $138.60 | $645.32 | $0.00 |
| 555341 | $49,669.87 | 1 | yes | $2,502.26 | $432.21 | $1,536.52 | $0.00 |
| 555343 | $199,926.74 | 2 | yes | $6,336.36 | $2,330.52 | $9,648.42 | $14.79 |
| 555344 | $870,158.19 | 11 | yes | $6,464.52 | $2,575.84 | $9,897.48 | $5,098.30 |
| 555345 | $925,919.69 | 9 | yes | $5,560.93 | $2,332.59 | $4,360.52 | $0.00 |
| 555346 | $760,524.52 | 7 | yes | $956.93 | $115.70 | $241.36 | $0.00 |
| 555347 | $73,921.36 | 1 | yes | $1,379.86 | $483.73 | $1,433.94 | $0.00 |
| 555348 | $175,651.44 | 2 | yes | $1,765.36 | $618.39 | $1,415.98 | $0.00 |
| 555349 | $244,209.88 | 3 | yes | $549.59 | $136.18 | $891.37 | $0.00 |
| 555350 | $72,740.32 | 1 | yes | $2,762.03 | $722.69 | $3,305.50 | $0.00 |
| 555391 | $303,697.21 | 4 | yes | $1,946.63 | $599.46 | $2,192.24 | $0.00 |
| 555392 | $258,492.21 | 4 | yes | | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 565353 | $325,681.05 | 4 | yes | $2,331.24 | $749.82 | $2,377.37 | $0.00 |
| 565354 | $71,576.58 | 1 | yes | $538.75 | $189.44 | $542.51 | $0.00 |
| 565355 | $148,080.85 | 5 | yes | $2,130.75 | $668.54 | $2,406.30 | $0.00 |
| 565356 | $47,709.65 | 1 | yes | $309.00 | $262.40 | $714.99 | $0.00 |
| 565357 | $532,890.27 | 6 | yes | $3,022.53 | $1,096.94 | $4,143.98 | $0.00 |
| 565358 | $81,674.92 | 1 | yes | $627.22 | $471.98 | $532.78 | $0.00 |
| 565359 | $55,197.97 | 1 | yes | $437.71 | $124.25 | $212.93 | $177.19 |
| 565360 | $432,594.67 | 5 | yes | $3,033.01 | $350.57 | $3,002.90 | $6,029.72 |
| 565361 | $1,300,828.66 | 14 | yes | $10,102.61 | $5,077.32 | $3,673.06 | $3,164.98 |
| 565362 | $329,219.56 | 4 | yes | $2,494.12 | $331.33 | $808.73 | $0.00 |
| 565363 | $162,235.13 | 2 | yes | $2,037.09 | $674.02 | $1,589.36 | $0.00 |
| 565364 | $297,381.43 | 3 | yes | $2,052.34 | $768.41 | $5,167.10 | $271.84 |
| 565365 | $409,588.71 | 4 | yes | $3,018.18 | $197.90 | $1,713.69 | $0.00 |
| 565367 | $35,149.57 | 1 | yes | $275.53 | $749.97 | $120.53 | $0.00 |
| 565369 | $208,850.40 | 3 | yes | $1,501.26 | $3,343.06 | $596.67 | $267.68 |
| 565370 | $333,711.66 | 4 | yes | $2,502.85 | $1,374.41 | $4,651.30 | $0.00 |
| 565371 | $732,079.85 | 7 | yes | $5,311.15 | $571.77 | $5,969.07 | $0.00 |
| 565372 | $244,500.54 | 4 | yes | $1,911.78 | $748.22 | $2,168.02 | $0.00 |
| 565373 | $418,179.71 | 4 | yes | $3,072.54 | $231.29 | $1,657.23 | $0.00 |
| 565374 | $76,448.36 | 1 | yes | $588.18 | $1,056.68 | $5,314.39 | $169.56 |
| 565375 | $529,057.88 | 6 | yes | $4,100.41 | $409.82 | $1,671.91 | $0.00 |
| 565376 | $247,042.13 | 2 | yes | $1,901.17 | $1,135.67 | $3,229.40 | $4.16 |
| 565377 | $432,351.96 | 8 | yes | $3,356.10 | $1,760.32 | $4,465.66 | $0.00 |
| 565378 | $468,891.11 | 6 | yes | $3,568.12 | $313.86 | $3,095.70 | $0.00 |
| 565379 | $73,717.39 | 1 | yes | $889.13 | $257.14 | $1,569.25 | $0.00 |
| 565380 | $79,564.07 | 1 | yes | $591.74 | $1,101.53 | $6,595.41 | $0.00 |
| 565381 | $442,243.67 | 4 | yes | $3,182.04 | $1,185.54 | $6,109.55 | $0.00 |
| 565382 | $355,328.21 | 5 | yes | $2,218.83 | $713.94 | $1,159.21 | $2,199.78 |
| 565383 | $313,284.73 | 3 | yes | $1,955.66 | $564.70 | $1,444.34 | $0.00 |
| 565384 | $249,690.93 | 2 | yes | $3,340.82 | $1,199.25 | $549.73 | $1,537.75 |
| 565386 | $471,095.01 | 4 | yes | $3,472.91 | $1,060.49 | $2,664.79 | $0.00 |
| 565387 | $482,958.73 | 6 | yes | $3,059.79 | $1,126.85 | $1,684.97 | $256.30 |
| 565334 | $404,379.80 | 4 | yes | $591.90 | $341.83 | $1,459.38 | $0.00 |
| 565335 | $64,009.09 | 1 | yes | $3,063.70 | $935.56 | $2,633.64 | $0.00 |
| 565336 | $438,228.20 | 6 | yes | $2,933.40 | $1,183.28 | ($540.82) | $1,186.71 |
| 565337 | $302,387.22 | 6 | yes | $754.13 | $138.22 | $956.33 | $0.00 |
| 565338 | $105,065.04 | 1 | yes | $1,872.66 | $716.43 | $3,530.43 | $0.00 |
| 565339 | $249,809.70 | 3 | yes | $2,070.21 | $734.02 | $2,410.26 | $0.00 |
| 565340 | $368,242.40 | 3 | yes | $609.02 | $169.81 | $215.86 | $0.00 |
| 565341 | $81,116.09 | 1 | yes | $1,502.76 | $876.67 | $512.53 | $26.85 |
| 565342 | $221,132.71 | 2 | yes | $4,621.01 | $1,448.49 | $7,595.47 | $0.00 |
| 565343 | $601,754.32 | 6 | yes | $2,750.26 | $787.89 | $561.13 | $1,236.85 |
| 565344 | $384,041.96 | 5 | yes | $7,125.10 | $2,058.42 | $9,928.20 | $0.00 |
| 565345 | $978,814.28 | 8 | yes | $4,455.13 | $1,206.35 | $513.14 | $1,416.91 |
| 565346 | $592,626.61 | 8 | yes | $3,450.94 | $1,923.66 | $4,592.04 | $0.00 |
| 565347 | $475,039.15 | 5 | yes | $2,974.50 | $842.10 | $1,676.22 | $79.18 |
| 565348 | $387,820.17 | 5 | yes | $3,031.47 | $1,212.73 | $6,090.95 | $0.00 |
| 565349 | $420,194.78 | 5 | yes | $1,469.95 | $555.33 | $4,008.31 | $0.00 |
| 565350 | $207,007.89 | 2 | yes | $3,491.31 | $1,119.47 | $4,235.60 | $0.00 |
| 565353 | $464,212.48 | 5 | yes | $627.39 | $198.59 | $589.59 | $0.00 |
| 565354 | $87,513.13 | 1 | yes | $2,143.80 | $769.62 | $2,442.45 | $0.00 |
| 565356 | $282,151.82 | 3 | yes | $4,703.20 | $1,344.17 | $4,016.27 | $0.00 |
| 565357 | $576,638.97 | 4 | yes | $3,019.23 | $1,260.34 | $1,578.67 | $131.75 |
| 565358 | $401,425.59 | 4 | yes | $473.69 | $163.96 | $322.53 | $0.00 |
| 565359 | $38,669.34 | 1 | yes | $5,889.79 | $2,497.40 | $9,690.34 | $0.00 |
| 565361 | $941,289.30 | 8 | yes | $5,342.50 | $2,318.34 | $5,206.89 | $0.00 |
| 565362 | $687,400.83 | 7 | yes | $852.27 | $184.21 | $407.61 | $0.00 |
| 565363 | $109,102.26 | 1 | yes | $3,370.69 | $876.92 | $1,417.92 | $0.00 |
| 565364 | $461,281.69 | 6 | yes | $2,440.12 | $907.76 | $4,038.20 | $0.00 |
| 565366 | $338,899.76 | 5 | yes | $2,857.84 | $820.67 | $2,439.66 | $0.00 |
| 565366 | $264,500.05 | 5 | yes | $5,380.04 | $2,335.20 | $7,593.22 | $250.04 |
| 565368 | $943,639.89 | 10 | yes | $1,330.21 | $865.72 | ($3,371.82) | $4,217.09 |
| 565369 | $171,949.06 | 3 | yes | $1,583.66 | $426.32 | $3,314.44 | $0.00 |
| 565370 | $228,786.95 | 2 | yes | $8,322.66 | $2,220.18 | $8,651.96 | $1,659.34 |
| 565371 | $1,162,111.49 | 11 | yes | $3,464.30 | $1,354.30 | $6,544.93 | $0.00 |
| 565372 | $402,689.29 | 6 | yes | $5,414.33 | $1,727.64 | $8,693.76 | $0.00 |
| 565373 | $746,762.42 | 8 | yes | $9,005.09 | $2,727.89 | $17,345.90 | $0.00 |
| 565374 | $1,220,864.94 | 13 | yes | $1,597.85 | $994.47 | $2,421.52 | $0.00 |
| 565376 | $132,018.91 | 2 | yes | $1,422.39 | $433.00 | $864.28 | $141.05 |
| 565378 | $203,156.70 | 2 | yes | $7,017.47 | $2,186.21 | $9,414.19 | $0.00 |
| 565379 | $959,547.89 | 10 | yes | $3,922.13 | $1,342.00 | $14,351.02 | $922.40 |
| 565380 | $519,320.02 | 6 | yes | $1,219.40 | $316.80 | $2,641.71 | $0.00 |
| 565381 | $27,942.08 | 1 | yes | $4,519.05 | $1,307.79 | $5,676.63 | $0.00 |
| 565383 | $598,578.60 | 6 | yes | $8,351.27 | $2,069.99 | $11,016.37 | $688.50 |
| 565384 | $1,160,661.81 | 12 | yes | $2,416.41 | $597.87 | $2,712.28 | $0.00 |
| 565385 | $300,026.85 | 2 | yes | $1,349.49 | $530.93 | $2,965.25 | $0.00 |
| 565386 | $100,030.06 | 2 | yes | $1,714.18 | $572.98 | $2,590.77 | $0.00 |
| 565387 | $242,752.91 | 3 | yes | $2,378.80 | $675.44 | $2,361.56 | $0.00 |
| 565389 | $331,520.05 | 3 | yes | $3,039.22 | $758.60 | $2,683.87 | $0.00 |
| 565389 | $406,252.58 | 5 | yes | $4,506.12 | $1,268.15 | $6,456.23 | $0.00 |
| 565390 | $829,433.28 | 7 | yes | $547.14 | $173.40 | $921.62 | $0.00 |
| 565391 | $73,255.56 | 1 | yes | $2,575.03 | $692.09 | $3,583.05 | $0.00 |
| 565392 | $365,102.94 | 2 | yes | $1,308.42 | $377.59 | $2,454.11 | $0.00 |
| 565393 | $178,792.99 | 2 | yes | $463.06 | $463.06 | $2,622.60 | $0.00 |
| 565394 | $255,956.62 | 3 | yes | $5,173.93 | $1,373.90 | $7,720.20 | $0.00 |
| 565396 | $680,804.63 | 7 | yes | $525.59 | $89.38 | $812.19 | $0.00 |
| 565397 | $73,518.11 | 1 | yes | $18,499.62 | $5,082.12 | $28,208.96 | $0.00 |
| 565398 | $2,388,751.21 | 21 | yes | $5,099.25 | $2,008.17 | $10,050.81 | $0.00 |
| 565399 | $699,803.45 | 7 | yes | $1,632.03 | $306.76 | $2,459.11 | $2,667.38 |
| 565400 | $135,121.44 | 2 | yes | $5,544.25 | $2,034.00 | $1,695.20 | $0.00 |
| 565401 | $795,755.92 | 7 | yes | $865.23 | $209.77 | $1,926.43 | $0.00 |
| 565402 | $120,888.32 | 1 | yes | $390.09 | $187.85 | $407.10 | $0.00 |
| 565403 | $50,993.12 | 1 | yes | $3,579.94 | $1,566.87 | $5,476.71 | $0.00 |
| 565405 | $544,674.77 | 5 | yes | $7,822.93 | $2,206.72 | $8,001.97 | $0.00 |
| 565406 | $1,074,360.28 | 11 | yes | $2,068.74 | $817.12 | $4,271.09 | $0.00 |
| 565407 | $289,469.79 | 4 | yes | $842.57 | $288.19 | $1,060.40 | $0.00 |
| 565408 | $110,351.32 | 2 | yes | $1,250.14 | $242.82 | $11,060.27 | $0.00 |
| 565409 | $1,019,783.76 | 10 | yes | $2,708.80 | $1,111.57 | $4,216.36 | $0.00 |
| 574145 | $375,494.31 | 4 | yes | $888.28 | $2,910.75 | $15,221.33 | $0.00 |
| 574146 | $1,288,460.17 | 13 | yes | $3,330.92 | $984.24 | $3,781.34 | $0.00 |
| 574147 | $464,755.86 | 5 | yes | $3,402.36 | $1,002.48 | $4,721.26 | $0.00 |
| 574148 | $287,510.08 | 4 | yes | $8,060.10 | $2,070.96 | $12,578.08 | $250.54 |
| 574149 | $1,166,038.51 | 11 | yes | $3,155.87 | $906.16 | $4,209.81 | $2,757.25 |
| 574150 | $443,164.05 | 4 | yes | $7,143.21 | $2,399.98 | $6,416.30 | $7.93 |
| 574151 | $1,015,450.36 | 12 | yes | $2,338.93 | $515.31 | $2,701.76 | $0.00 |
| 574152 | $321,990.23 | 3 | yes | $6,254.99 | $1,631.15 | $10,103.75 | $0.00 |
| 574156 | $906,214.04 | 10 | yes | $478.02 | $67.14 | $845.17 | $0.00 |
| 574157 | $58,518.66 | 1 | yes | $2,502.82 | $932.30 | $6,796.52 | $190.35 |
| 574158 | $194,085.74 | 4 | yes | $13,593.35 | $4,208.56 | $18,099.88 | $11,153.63 |
| 574159 | $1,981,570.49 | 18 | yes | $1,259.18 | $489.55 | ($325.79) | $0.00 |
| 574160 | $396,438.96 | 2 | yes | $4,663.48 | $1,424.64 | $7,304.94 | $0.00 |
| 574161 | $601,364.19 | 7 | yes | $696.58 | $194.65 | $1,252.71 | $0.00 |
| 574162 | $97,501.71 | 1 | yes | $1,568.70 | $400.42 | $13,000.06 | $0.00 |
| 574163 | $210,178.39 | 2 | yes | $10,166.70 | $3,315.14 | $15,542.29 | $553.64 |
| 574165 | $1,400,030.15 | 14 | yes | $8,990.28 | $3,063.03 | $12,460.25 | $0.00 |
| 574166 | $1,309,342.26 | 14 | yes | $4,356.09 | $1,320.31 | $9,265.39 | $0.00 |
| 574167 | $608,892.20 | 5 | yes | $380.03 | $123.15 | $935.55 | $67.50 |
| 574168 | $550,944.97 | 1 | yes | $3,597.86 | $1,156.08 | $3,662.15 | $0.00 |
| 574169 | $558,221.50 | 7 | yes | $2,372.50 | $935.35 | $3,639.31 | $0.00 |
| 574170 | $329,018.89 | 5 | yes | $5,574.37 | $2,976.44 | $12,079.84 | $67.50 |
| 574171 | $1,227,293.60 | 12 | yes | $4,082.99 | $561.91 | $8,832.27 | $0.00 |
| 574172 | $559,120.16 | 7 | yes | $3,728.33 | $1,071.88 | $4,673.45 | $0.00 |
| 574173 | $571,862.95 | 5 | yes | $8,429.32 | $2,546.00 | $10,053.19 | $0.00 |
| 574174 | $1,229,039.76 | 13 | yes | $1,838.55 | $550.27 | $1,915.23 | $0.00 |
| 574175 | $249,347.38 | 3 | yes | $4,308.34 | $1,340.35 | $4,689.62 | $30.97 |
| 574176 | $613,805.12 | 2 | yes | $1,321.54 | $921.96 | $5,134.08 | $58.33 |
| 574177 | $180,320.87 | 2 | yes | $2,605.43 | $603.91 | $22,877.30 | $141.45 |
| 574178 | $339,742.65 | 3 | yes | $5,646.47 | $5,217.59 | $9,389.35 | $2,376.21 |
| 574179 | $2,159,995.73 | 22 | yes | $1,321.39 | $2,714.04 | $15,895.87 | $0.00 |
| 574180 | $1,195,879.35 | 15 | yes | $8,608.95 | $2,865.00 | $15,895.87 | $0.00 |
| 574181 | $940,548.90 | 12 | yes | $11,476.63 | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 574182 | $1,296,894.08 | 12 | yes | $8,980.70 | $2,945.71 | $18,055.69 | $0.00 |
| 574183 | $967,406.34 | 9 | yes | $6,932.64 | $2,177.17 | $2,070.88 | $0.00 |
| 574184 | $264,517.99 | 3 | yes | $1,797.60 | $2,110.08 | $8,691.65 | $0.00 |
| 574185 | $663,411.70 | 10 | yes | $1,731.98 | $440.26 | $2,939.05 | $0.00 |
| 574186 | $230,965.22 | 3 | yes | $1,347.28 | $360.91 | $1,975.22 | $0.00 |
| 574187 | $179,663.44 | 2 | yes | $7,117.82 | $2,556.29 | $16,756.26 | $0.00 |
| 574188 | $931,435.59 | 9 | yes | $6,261.90 | $2,097.50 | $8,872.86 | $0.00 |
| 574190 | $902,888.00 | 10 | yes | $930.25 | $94.01 | $579.00 | $0.00 |
| 574191 | $74,362.83 | 1 | yes | $2,061.60 | $904.01 | $5,209.15 | $0.00 |
| 574192 | $276,570.00 | 3 | yes | $5,085.03 | $1,920.34 | $9,024.55 | $612.78 |
| 574193 | $738,367.91 | 8 | yes | $5,458.94 | $1,382.68 | $6,501.77 | $0.00 |
| 574194 | $763,702.93 | 8 | yes | $4,662.76 | $1,389.34 | $2,280.43 | $1,126.33 |
| 574195 | $624,235.28 | 7 | yes | $5,460.52 | $1,684.17 | $8,997.91 | $0.00 |
| 574196 | $757,608.27 | 9 | yes | $1,371.67 | $546.00 | $1,372.24 | $0.00 |
| 574197 | $184,346.83 | 2 | yes | $2,401.01 | $911.33 | $3,520.93 | $0.00 |
| 574198 | $199,488.00 | 2 | yes | $788.17 | $143.73 | $542.74 | $0.00 |
| 574199 | $68,776.78 | 1 | yes | $3,778.69 | $1,161.25 | $5,171.88 | $746.45 |
| 574200 | $309,531.47 | 5 | yes | $3,263.91 | $1,035.18 | $4,607.27 | $0.00 |
| 574201 | $436,199.69 | 4 | yes | $817.68 | $250.38 | $760.76 | $0.00 |
| 574202 | $122,905.19 | 1 | yes | $314.90 | $127.93 | $948.42 | $0.00 |
| 574203 | $45,140.53 | 1 | yes | $635.11 | $138.17 | $646.22 | $0.00 |
| 574204 | $87,101.95 | 1 | yes | $400.84 | $168.50 | $274.67 | $0.00 |
| 574205 | $52,375.76 | 1 | yes | $1,010.03 | $200.94 | $994.84 | $0.00 |
| 574206 | $130,165.58 | 1 | yes | $5,965.62 | $2,120.16 | $7,327.38 | $0.00 |
| 574208 | $836,060.87 | 11 | yes | $4,597.45 | $1,529.62 | $10,471.78 | $153.09 |
| 574209 | $647,732.06 | 7 | yes | $1,852.41 | $506.61 | $2,249.62 | $0.00 |
| 574210 | $237,185.39 | 3 | yes | $2,219.32 | $792.97 | $2,361.19 | $0.00 |
| 574211 | $299,106.35 | 3 | yes | $1,158.42 | $1,023.44 | $2,500.19 | $2,782.56 |
| 574212 | $150,294.15 | 2 | yes | $18,843.29 | $2,189.31 | $6,925.42 | $33.41 |
| 574213 | $1,220,732.56 | 13 | yes | $3,350.06 | $1,678.32 | $(2,949.53) | $6,182.81 |
| 574214 | $443,027.68 | 6 | yes | $824.61 | $250.33 | $2,953.45 | $0.00 |
| 574215 | $92,389.69 | 1 | yes | $7,975.79 | $1,911.87 | $7,626.63 | $0.00 |
| 574216 | $1,089,741.14 | 10 | yes | $1,255.60 | $526.03 | $1,510.51 | $0.00 |
| 574217 | $155,080.38 | 3 | yes | $1,608.80 | $565.93 | $4,732.20 | $0.00 |
| 574218 | $311,949.64 | 5 | yes | $424.51 | $1,204.91 | $153.85 | $0.00 |
| 574219 | $61,242.51 | 1 | yes | $4,487.00 | $1,300.62 | $(326.89) | $5,337.72 |
| 574220 | $616,600.36 | 6 | yes | $1,703.99 | $506.52 | $1,529.92 | $0.00 |
| 574221 | $219,959.07 | 3 | yes | $2,422.43 | $668.25 | $968.75 | $691.51 |
| 574223 | $356,369.08 | 4 | yes | $1,835.26 | $445.78 | $2,078.89 | $0.00 |
| 574224 | $255,667.77 | 3 | yes | $1,656.97 | $426.40 | $1,420.35 | $0.00 |
| 574225 | $221,787.95 | 2 | yes | $674.45 | $166.65 | $910.37 | $2,175.49 |
| 574227 | $91,841.90 | 1 | yes | $3,599.73 | $793.03 | $1,729.13 | $91.60 |
| 574228 | $474,457.17 | 5 | yes | $1,385.07 | $460.12 | $1,302.36 | $0.00 |
| 574229 | $118,820.15 | 3 | yes | $6,453.72 | $2,079.73 | $6,021.02 | $0.00 |
| 574230 | $691,403.06 | 7 | yes | $6,675.69 | $2,160.09 | $8,785.29 | $50.64 |
| 574231 | $908,664.96 | 11 | yes | $5,814.11 | $2,076.72 | $981.71 | $3,871.41 |
| 574232 | $819,189.42 | 6 | yes | $5,958.83 | $1,749.41 | $8,163.40 | $0.00 |
| 574234 | $821,951.50 | 9 | yes | $2,131.93 | $933.21 | $2,551.10 | $0.00 |
| 574235 | $280,807.96 | 4 | yes | $676.91 | $299.14 | $191.12 | $233.37 |
| 574236 | $86,652.22 | 2 | yes | $4,921.27 | $1,734.02 | $7,710.02 | $177.42 |
| 574237 | $685,270.95 | 6 | yes | $1,220.85 | $289.02 | $1,137.59 | $0.00 |
| 574238 | $179,601.24 | 5 | yes | $3,148.66 | $832.46 | $3,624.20 | $0.00 |
| 574239 | $449,108.07 | 1 | yes | $956.82 | $222.97 | $1,163.14 | $0.00 |
| 574240 | $118,108.88 | 1 | yes | $1,536.66 | $435.22 | $2,394.58 | $0.00 |
| 574241 | $206,309.99 | 2 | yes | $649.90 | $156.30 | $1,141.72 | $1,911.67 |
| 566899 | $93,820.26 | 1 | yes | $7,023.94 | $2,900.44 | $7,957.29 | $1,757.84 |
| 566970 | $1,093,273.28 | 14 | yes | $5,035.14 | $1,306.57 | $1,006.92 | $226.44 |
| 585971 | $652,015.76 | 7 | yes | $2,065.54 | $651.66 | $11,895.00 | $0.00 |
| 566873 | $228,702.98 | 6 | yes | $3,350.30 | $508.55 | $8,890.57 | $1,384.67 |
| 585874 | $272,634.07 | 13 | yes | $9,531.25 | $3,045.24 | $696.55 | $0.00 |
| 586976 | $1,298,790.81 | 1 | yes | $623.98 | $3,809.50 | $12,184.26 | $0.00 |
| 566879 | $74,489.44 | 1 | yes | $11,468.17 | $2,823.41 | $11,279.52 | $0.00 |
| 566880 | $1,523,971.89 | 21 | yes | $9,487.54 | $1,512.53 | $1,584.62 | $529.45 |
| 566881 | $1,148,125.01 | 11 | yes | $4,247.41 | $1,039.43 | $2,734.23 | $0.00 |
| 566882 | $572,741.10 | 6 | yes | $2,242.41 | $909.50 | $2,312.86 | $0.00 |
| 566883 | $316,533.46 | 2 | yes | $2,720.30 | $559.19 | $890.97 | $774.06 |
| 566884 | $364,138.21 | 3 | yes | $1,738.23 | $184.10 | $893.39 | $0.00 |
| 566887 | $249,572.12 | 1 | yes | $602.73 | $1,072.41 | $510.93 | $2,468.62 |
| 566890 | $91,643.91 | 1 | yes | $3,814.67 | $2,537.55 | $6,621.24 | $0.00 |
| 566895 | $562,865.37 | 5 | yes | $7,637.09 | $294.11 | $307.22 | $0.00 |
| 566897 | $1,070,742.47 | 15 | yes | $401.70 | $2,322.36 | $8,000.15 | $252.48 |
| 566898 | $54,349.04 | 1 | yes | $7,724.97 | $233.81 | $(114.17) | $233.54 |
| 566899 | $1,085,820.47 | 9 | yes | $1,004.04 | $702.86 | $2,230.91 | $0.00 |
| 566900 | $145,189.93 | 2 | yes | $2,310.19 | $1,549.09 | $5,333.33 | $331.54 |
| 566903 | $202,004.21 | 3 | yes | $5,582.47 | $2,306.36 | $8,522.64 | $0.00 |
| 566904 | $817,963.28 | 10 | yes | $7,407.74 | $655.87 | $1,423.34 | $731.05 |
| 566905 | $1,055,519.67 | 12 | yes | $1,533.04 | $272.32 | $(397.15) | $873.62 |
| 566906 | $206,073.39 | 3 | yes | $879.80 | $650.22 | $1,774.68 | $0.00 |
| 566907 | $111,347.99 | 2 | yes | $2,563.64 | $782.60 | $2,743.94 | $1265.37 |
| 566908 | $354,622.22 | 4 | yes | $2,365.98 | $573.59 | $2,778.42 | $0.00 |
| 566909 | $313,318.60 | 4 | yes | $2,474.64 | $967.37 | $2,366.05 | $0.00 |
| 566910 | $314,428.62 | 3 | yes | $3,621.82 | $789.03 | $1,828.18 | $0.00 |
| 566912 | $565,351.95 | 6 | yes | $1,783.10 | $1,359.74 | $4,719.33 | $0.00 |
| 566913 | $309,432.65 | 4 | yes | $5,336.58 | $1,409.95 | $4,618.21 | $0.00 |
| 566914 | $764,329.34 | 9 | yes | $5,116.84 | $6,056.90 | $17,450.51 | $3,900.59 |
| 566915 | $789,865.12 | 8 | yes | $20,616.25 | $4,059.47 | $10,470.97 | $582.96 |
| 566916 | $2,993,724.23 | 29 | yes | $10,660.63 | $1,000.38 | $1,988.47 | $1,336.58 |
| 566917 | $1,569,127.76 | 12 | yes | $3,397.32 | $2,002.99 | $5,550.87 | $0.00 |
| 566918 | $478,702.90 | 5 | yes | $6,720.82 | $553.15 | $2,478.61 | $0.00 |
| 566921 | $954,935.58 | 11 | yes | $2,270.33 | $2,069.94 | $2,808.46 | $5,774.52 |
| 566922 | $311,391.14 | 3 | yes | $7,409.45 | $997.26 | $2,053.47 | $28.10 |
| 566923 | $1,086,759.61 | 9 | yes | $2,463.91 | $654.92 | $1,478.93 | $0.00 |
| 566924 | $348,432.54 | 3 | yes | $2,068.65 | $553.22 | $1,413.32 | $731.05 |
| 566925 | $308,916.19 | 3 | yes | $1,807.33 | $306.56 | $2,684.69 | $0.00 |
| 566926 | $260,102.91 | 3 | yes | $1,261.15 | $205.20 | $(51,060.69) | $1,060.69 |
| 566927 | $171,917.12 | 2 | yes | $1,027.16 | $203.05 | $5,679.25 | $1,503.90 |
| 566928 | $139,902.34 | 2 | yes | $19,581.92 | $3,658.61 | $4,118.02 | $0.00 |
| 566929 | $1,418,163.63 | 18 | yes | $3,284.51 | $1,019.21 | $5,912.48 | $0.00 |
| 566930 | $297,191.65 | 4 | yes | $5,693.58 | $1,655.75 | $11,833.22 | $154.09 |
| 566931 | $499,769.50 | 6 | yes | $9,221.45 | $1,683.65 | $6,698.98 | $151.77 |
| 566932 | $1,332,065.09 | 12 | yes | $6,289.44 | $219.27 | $1,789.20 | $0.00 |
| 566933 | $932,002.44 | 9 | yes | $1,153.64 | $1,150.43 | $5,182.61 | $0.00 |
| 566934 | $163,819.67 | 1 | yes | $3,622.33 | $1,154.17 | $4,362.31 | $0.00 |
| 566935 | $517,790.55 | 6 | yes | $4,191.04 | $2,417.38 | $10,213.28 | $0.00 |
| 566936 | $570,694.97 | 6 | yes | $6,688.99 | $1,368.58 | $2,027.91 | $569.63 |
| 566937 | $972,664.71 | 10 | yes | $3,902.44 | $154.99 | $711.84 | $0.00 |
| 566938 | $583,787.28 | 5 | yes | $734.71 | $307.95 | $(31,079.62) | $1,079.62 |
| 566940 | $102,002.01 | 1 | yes | $821.50 | $945.69 | $1,731.50 | $0.00 |
| 566941 | $111,300.56 | 1 | yes | $2,513.78 | $3,173.93 | $17,142.04 | $0.00 |
| 566942 | $221,643.78 | 13 | yes | $10,902.27 | $3,128.79 | $10,047.64 | $2,210.23 |
| 566943 | $964,296.00 | 10 | yes | $10,500.16 | $113,862.10 | $49,227.20 | $1,016.81 |
| 566944 | $1,601,186.60 | 45 | yes | $31,687.73 | $1,669.52 | $10,365.10 | $638.24 |
| 566945 | $4,640,707.63 | 45 | yes | $58,444.46 | $2,021.01 | $14,249.72 | $0.00 |
| 566946 | $1,242,050.18 | 10 | yes | $38,264.84 | $1,140.58 | $623.57 | $0.00 |
| 566947 | $1,279,241.71 | 9 | yes | $576.37 | $1,437.54 | $6,917.13 | $0.00 |
| 566948 | $83,111.57 | 1 | yes | $3,416.40 | $702.69 | $2,967.23 | $0.00 |
| 566950 | $484,705.30 | 4 | yes | $2,602.68 | $981.13 | $2,676.22 | $0.00 |
| 566951 | $388,269.66 | 4 | yes | $2,449.67 | $189.37 | $1,188.12 | $0.00 |
| 566952 | $346,389.85 | 4 | yes | $724.39 | $7,263.41 | $36,347.82 | $586.58 |
| 566953 | $897,389.02 | 31 | yes | $23,283.08 | $6,957.19 | $128,259.63 | $410.65 |
| 566954 | $3,506,778.67 | 27 | yes | $16,772.90 | $17,462.32 | $27,367.73 | $3,426.57 |
| 566955 | $2,717,181.27 | 33 | yes | $24,737.52 | $1,272.62 | $5,698.16 | $0.00 |
| 566956 | $3,600,207.17 | 1 | yes | $3,586.07 | $4,937.34 | $19,887.61 | $1,586.50 |
| 566957 | $585,909.65 | 25 | yes | $17,271.91 | $218.45 | $1,757.46 | $0.00 |
| 566958 | $2,572,076.01 | 1 | yes | $695.54 | $3,428.45 | $10,230.38 | $335.78 |
| 566959 | $106,565.46 | 13 | yes | $9,039.91 | $1,667.23 | $18,218.33 | $305.68 |
| 566960 | $1,339,534.65 | 7 | yes | $4,906.98 | $284.47 | $1,575.38 | $0.00 |
| 566961 | $669,749.58 | 2 | yes | $846.31 | $5,724.60 | $38,608.89 | $160.65 |
| 566962 | $117,327.01 | 23 | yes | $21,620.36 | $12,072.00 | $63,438.91 | $0.00 |
| 566965 | $1,967,652.30 | 48 | yes | $37,930.37 | | | |
| 566966 | $15,746,109.99 | | yes | | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 580567 | 1,767,747.81 | 16 | yes | 11,940.17 | 4,010.84 | 15,995.82 | $0.00 |
| 599396 | 1,243,143.71 | 2 | yes | 11,487.34 | 486.34 | 2,738.00 | $0.00 |
| 599397 | 2,604,674.59 | 26 | yes | 116,924.03 | 5,876.34 | 328,676.94 | 272.14 |
| 598998 | 3,629,403.74 | 8 | yes | 3,597.46 | 1,490.47 | 7,946.66 | $0.00 |
| 599899 | 3,373,767.15 | 5 | yes | 2,636.94 | 560.30 | 4,210.56 | $0.00 |
| 599999 | 3,320,510.21 | 1 | yes | 2,082.35 | 420.43 | 3,502.67 | $0.00 |
| 599000 | 1,166,067.69 | 2 | yes | 1,116.88 | 417.47 | 58.83 | $0.00 |
| 599001 | 200,817.38 | 1 | yes | 671.25 | 121.64 | 2,362.43 | $0.00 |
| 599002 | 1,322,242.50 | 3 | yes | 2,061.67 | 1,372.92 | (535.15) | 335.15 |
| 599003 | 1,126,068.09 | 1 | yes | 864.42 | 210.55 | 1,650.37 | $0.00 |
| 599004 | 1,267,668.95 | 2 | yes | 1,835.54 | 348.38 | 1,504.46 | $0.00 |
| 599009 | 1,254,650.49 | 3 | yes | 1,806.32 | 768.62 | 5,341.55 | $0.00 |
| 599010 | 5,569,258.60 | 5 | yes | 3,796.03 | 1,016.48 | 420.53 | $0.00 |
| 599011 | 1,100,555.41 | 1 | yes | 3,597.93 | 393.61 | 3,928.41 | 419.93 |
| 599012 | 1,560,287.34 | 5 | yes | 1,596.62 | 800.98 | 1,444.94 | $0.00 |
| 599013 | 1,207,591.34 | 3 | yes | 997.86 | 721.58 | 1,526.36 | $0.00 |
| 599014 | 5,147,696.95 | 1 | yes | 3,785.73 | 277.51 | 3,851.53 | $0.00 |
| 599015 | 1,588,912.55 | 6 | yes | 1,971.66 | 775.75 | 3,349.64 | $0.00 |
| 599017 | 1,323,056.57 | 3 | yes | 3,770.38 | 591.13 | 4,917.66 | $0.00 |
| 599018 | 1,563,082.03 | 6 | yes | 1,153.36 | 824.44 | 1,522.71 | $0.00 |
| 599019 | 1,157,623.34 | 1 | yes | 2,409.86 | 333.31 | 2,963.06 | 92.92 |
| 625144 | 3,373,043.74 | 5 | yes | 9,243.31 | 921.90 | 19,156.59 | 2,155.95 |
| 625162 | 977,861.10 | 10 | yes | 4,645.89 | 1,816.33 | 5,923.28 | $0.00 |
| 625163 | 1,776,815.33 | 5 | yes | 3,190.94 | 1,574.60 | 3,395.95 | $0.00 |
| 625164 | 1,512,302.03 | 5 | yes | 6,034.08 | 739.61 | 7,200.41 | $0.00 |
| 625105 | 1,959,431.86 | 8 | yes | 4,917.97 | 1,207.60 | 5,849.90 | $0.00 |
| 625171 | 1,784,646.76 | 6 | yes | 2,786.73 | 988.45 | 1,347.64 | $0.00 |
| 625172 | 1,467,613.06 | 3 | yes | 354.74 | 677.00 | 633.53 | $0.00 |
| 625173 | 551,691.01 | 1 | yes | 909.30 | 132.90 | (559.83) | 553.83 |
| 625176 | 1,141,850.51 | 1 | yes | 354.74 | 1,249.00 | 417.55 | $0.00 |
| 625177 | 652,181.16 | 1 | yes | 4,310.43 | 1,097.54 | 4,392.50 | $0.00 |
| 625179 | 988,413.46 | 6 | yes | 4,476.84 | 826.95 | 4,451.76 | $0.00 |
| 625182 | 681,433.19 | 7 | yes | 4,739.24 | 1,103.24 | 3,700.49 | $0.00 |
| 625185 | 1,728,730.02 | 7 | yes | 2,790.21 | 722.28 | 3,733.32 | $0.00 |
| 625186 | 1,445,093.86 | 3 | yes | 4,231.59 | 887.72 | 1,274.25 | 603.11 |
| 625169 | 1,544,546.76 | 5 | yes | 2,998.12 | 163.16 | 4,885.82 | $0.00 |
| 625191 | 1,480,215.77 | 4 | yes | 530.80 | 200.09 | 473.00 | $0.00 |
| 625193 | 170,735.06 | 1 | yes | 3,673.01 | 1,202.63 | 6,166.01 | $0.00 |
| 625195 | 1,907,723.45 | 8 | yes | 1,858.35 | 330.02 | 1,546.40 | $0.00 |
| 625198 | 1,297,199.87 | 3 | yes | 3,585.02 | 11,418.13 | 976.61 | 1,772.03 |
| 625199 | 1,873,175.61 | 3 | yes | 4,463.24 | 933.19 | 6,619.14 | $0.00 |
| 625201 | 1,722,384.14 | 6 | yes | 5,141.71 | 1,271.45 | 5,716.38 | $0.00 |
| 625203 | 5,627,559.09 | 6 | yes | 3,500.54 | 934.19 | 3,127.07 | $0.00 |
| 625206 | 5,589,025.62 | 5 | yes | 2,884.17 | 1,007.98 | 2,907.67 | $0.00 |
| 694669 | 5,454,367.61 | 3 | yes | 3,528.77 | 183.48 | 856.35 | $0.00 |
| 811197 | 556,591.17 | 1 | yes | 777.89 | 2,017.82 | 917.96 | $0.00 |
| 811198 | 582,628.99 | 2 | yes | 5,500.84 | 143.83 | 529.33 | $0.00 |
| 812225 | 553,772.84 | 1 | yes | 252.15 | 368.82 | 1,762.40 | $0.00 |
| 812279 | 525,985.79 | 2 | yes | 1,422.01 | 770.63 | 1,162.82 | $0.00 |
| 812280 | 155,079.71 | 2 | yes | 797.47 | 564.36 | 4,207.12 | $0.00 |
| 812283 | 92,695.34 | 3 | yes | 1,562.52 | 365.87 | (3,884.77) | 31,913.82 |
| 812284 | 177,752.68 | 3 | yes | 1,395.49 | 662.45 | 2,419.79 | 162.72 |
| 812285 | 154,587.02 | 2 | yes | 1,784.14 | 590.26 | 2,307.13 | $0.00 |
| 812286 | 202,951.89 | 3 | yes | 1,158.53 | 660.17 | 3,590.22 | $0.00 |
| 812287 | 131,535.00 | 2 | yes | 1,615.66 | 775.79 | 1,069.23 | $0.00 |
| 812288 | 164,463.17 | 3 | yes | 728.95 | 226.50 | 1,551.08 | $0.00 |
| 812289 | 83,561.05 | 1 | yes | 810.71 | 293.69 | 1,013.29 | $0.00 |
| 812291 | 92,635.43 | 1 | yes | 649.33 | 324.42 | 417.68 | $0.00 |
| 812293 | 73,499.10 | 1 | yes | 444.00 | 800.09 | 3,321.14 | $0.00 |
| 810182 | 49,649.74 | 1 | yes | 1,646.04 | 1,049.74 | 3,264.01 | $0.00 |
| 810185 | 186,544.20 | 3 | yes | 2,401.51 | 611.05 | 2,990.76 | $0.00 |
| 810188 | 271,815.90 | 4 | yes | 1,205.89 | 740.36 | 5,339.43 | $0.00 |
| 810189 | 143,724.44 | 2 | yes | 1,811.95 | 218.39 | 687.13 | $0.00 |
| 810192 | 219,733.60 | 3 | yes | 309.50 | 921.04 | 4,343.48 | $0.00 |
| 810193 | 37,506.39 | 1 | yes | 2,326.95 | 325.61 | 2,317.67 | $0.00 |
| 810197 | 275,836.40 | 3 | yes | 5,499.43 | 376.54 | 1,742.23 | $0.00 |
| 810176 | 55,807.25 | 1 | yes | 5,502.26 | 307.06 | 2,146.54 | $0.00 |
| 810176 | 69,224.67 | 1 | yes | 5,585.68 | 9,570.69 | 2,244.66 | $0.00 |
| 810181 | 176,943.36 | 3 | yes | 5,305.64 | 201.55 | 5,207.83 | $0.00 |
| 810185 | 40,800.79 | 1 | yes | 2,482.59 | 229.71 | 5,884.58 | $0.00 |
| 810186 | 205,737.35 | 4 | yes | 2,860.24 | 1,101.01 | 1,440.53 | $0.00 |
| 810187 | 248,106.47 | 4 | yes | 5,672.50 | 331.12 | 4,681.26 | $0.00 |
| 810189 | 79,049.92 | 1 | yes | 1,408.98 | 109.07 | 5,770.63 | $0.00 |
| 810190 | 160,093.50 | 2 | yes | 5,375.77 | 1,114.74 | 5,270.94 | 187.55 |
| 810191 | 44,182.70 | 1 | yes | 2,168.08 | 242.26 | 5,587.84 | $0.00 |
| 810192 | 253,401.03 | 5 | yes | 5,628.57 | 5,450.06 | 1,112.12 | $0.00 |
| 810193 | 74,110.29 | 1 | yes | 5,403.98 | 5,231.60 | 2,504.60 | $0.00 |
| 821717 | 46,285.69 | 1 | yes | 5,577.97 | 5,414.90 | 1,747.77 | $0.00 |
| 821719 | 66,415.92 | 1 | yes | 5,709.93 | 1,158.82 | 13,570.56 | 461.07 |
| 821720 | 81,581.34 | 1 | yes | 2,650.55 | 5,438.06 | 2,715.77 | $0.00 |
| 821723 | 333,610.72 | 4 | yes | 5,564.27 | 5,333.50 | 5,628.01 | $0.00 |
| 821724 | 113,198.58 | 2 | yes | 5,091.04 | 5,212.59 | 1,418.26 | $0.00 |
| 821726 | 79,410.91 | 1 | yes | 5,285.52 | 1,126.85 | 9,472.19 | $0.00 |
| 821727 | 33,269.69 | 1 | yes | 2,655.61 | 5,283.26 | 2,760.44 | $0.00 |
| 822730 | 341,609.76 | 4 | yes | 5,777.17 | 5,124.46 | 5,727.91 | $0.00 |
| 821732 | 93,852.98 | 1 | yes | 5,391.89 | 1,999.40 | 8,930.54 | $0.00 |
| 828206 | 46,204.38 | 1 | yes | 4,086.57 | 5,976.63 | 1,601.21 | 307.66 |
| 828207 | 481,424.64 | 8 | yes | 2,310.96 | 5,362.46 | 1,398.85 | $0.00 |
| 828208 | 273,552.29 | 2 | yes | 5,641.27 | 5,168.52 | 5,212.26 | $0.00 |
| 828209 | 99,035.69 | 1 | yes | 5,425.22 | 3,239.79 | 8,825.40 | $0.00 |
| 828211 | 50,270.01 | 9 | yes | 4,709.39 | 5,160.42 | 5,300.24 | $0.00 |
| 828212 | 547,217.66 | 1 | yes | 5,518.60 | 5,113.91 | 5,214.78 | $0.00 |
| 828213 | 91,335.46 | 1 | yes | 5,208.30 | 5,257.65 | 520.35 | $0.00 |
| 828214 | 24,217.36 | 1 | yes | 5,392.95 | 1,664.37 | 6,694.47 | $0.00 |
| 828215 | 45,457.07 | 1 | yes | 3,593.35 | 5,327.41 | 5,256.92 | $0.00 |
| 828216 | 384,744.95 | 6 | yes | 5,116.18 | 5,476.38 | 3,946.09 | $0.00 |
| 828217 | 13,772.96 | 1 | yes | 1,580.60 | 1,667.44 | 4,861.34 | 300.06 |
| 828219 | 197,520.59 | 3 | yes | 4,691.27 | 5,273.26 | 5,103.70 | $0.00 |
| 828220 | 556,171.27 | 1 | yes | 5,383.96 | 5,101.72 | 5,828.62 | $0.00 |
| 830005 | 46,760.91 | 1 | yes | 5,257.88 | 5,249.42 | 1,106.62 | $0.00 |
| 830007 | 30,407.63 | 1 | yes | 5,597.76 | 5,776.53 | 3,062.66 | $0.00 |
| 830008 | 71,052.73 | 1 | yes | 1,443.97 | 5,695.69 | 2,531.47 | $0.00 |
| 830009 | 171,744.48 | 3 | yes | 1,325.79 | 5,387.16 | 2,971.11 | $0.00 |
| 830010 | 157,933.44 | 2 | yes | 1,975.39 | 1,006.96 | 5,165.26 | $0.00 |
| 830011 | 235,070.92 | 2 | yes | 1,696.64 | 1,378.91 | 4,679.43 | $0.00 |
| 830015 | 209,292.97 | 3 | yes | 2,106.25 | 5,254.56 | 5,775.50 | $0.00 |
| 830016 | 272,644.59 | 5 | yes | 5,562.91 | 5,222.46 | 1,133.15 | $0.00 |
| 830018 | 70,416.46 | 1 | yes | 5,422.55 | 5,993.93 | (1,227.92) | 3,131.05 |
| 830020 | 52,656.22 | 1 | yes | 1,449.66 | 5,460.74 | 2,306.44 | $0.00 |
| 837206 | 187,561.06 | 3 | yes | 1,322.65 | 5,983.16 | 4,270.55 | $0.00 |
| 837207 | 185,210.51 | 2 | yes | 1,893.41 | 5,192.29 | 543.74 | $0.00 |
| 837209 | 237,544.36 | 3 | yes | 5,871.23 | 5,441.66 | 1,095.41 | $0.00 |
| 837210 | 107,272.09 | 1 | yes | 5,867.16 | 5,227.40 | 440.01 | $0.00 |
| 837211 | 108,396.72 | 2 | yes | 5,518.97 | 5,495.13 | 1,655.03 | $0.00 |
| 837212 | 15,649.93 | 1 | yes | 5,759.66 | 1,612.23 | 5,646.83 | $0.00 |
| 837213 | 59,271.81 | 2 | yes | 2,680.76 | 5,184.57 | 1,077.90 | $0.00 |
| 837215 | 320,871.76 | 5 | yes | 5,314.30 | 5,509.11 | (209.05) | 2,159.37 |
| 837217 | 38,615.74 | 2 | yes | 5,879.19 | 1,270.42 | 4,338.24 | $0.00 |
| 837219 | 116,968.49 | 2 | yes | 2,290.16 | 5,403.74 | 3,821.69 | $0.00 |
| 840432 | 281,890.41 | 4 | yes | 5,935.25 | 5,227.66 | 1,778.66 | $0.00 |
| 840433 | 113,495.03 | 1 | yes | 5,799.35 | 5,925.70 | 3,460.04 | $0.00 |
| 840434 | 97,003.87 | 1 | yes | 1,692.31 | 5,417.13 | 1,548.64 | $0.00 |
| 840435 | 200,952.33 | 3 | yes | 5,768.00 | 5,683.67 | 5,521.50 | $0.00 |
| 840436 | 93,307.95 | 3 | yes | 1,134.43 | 5,516.40 | 780.06 | $0.00 |
| 840439 | 132,281.20 | 2 | yes | 1,019.32 | 5,128.50 | 872.54 | $0.00 |
| 840442 | 122,728.47 | 2 | yes | 5,235.07 | 5,120.33 | 797.94 | $0.00 |
| 840443 | 27,282.43 | 1 | yes | 5,301.80 | 5,312.41 | 754.68 | $0.00 |
| 840444 | 35,502.00 | 1 | yes | 5,929.12 | 5,710.71 | 4,363.15 | $0.00 |
| 840445 | 109,425.27 | 1 | yes | 1,773.47 | | | |
| 840446 | 214,750.67 | 2 | yes | | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 843805 | $53,401.49 | 1 | yes | $441.10 | $109.50 | $923.37 | $0.00 |
| 843897 | $107,751.38 | 1 | yes | $870.21 | $413.16 | $610.58 | $506.62 |
| 843900 | $170,185.46 | 3 | yes | $1,406.61 | $608.89 | $1,133.56 | $0.00 |
| 843902 | $74,363.75 | 1 | yes | $599.14 | $302.68 | $1,813.51 | $0.00 |
| 843903 | $198,549.57 | 3 | yes | $1,581.90 | $773.37 | $4,336.27 | $0.00 |
| 843904 | $58,865.07 | 1 | yes | $440.33 | $124.40 | $68.95 | $0.00 |
| 843909 | $209,858.65 | 3 | yes | $1,865.44 | $628.38 | $2,461.17 | $0.00 |
| 843912 | $59,156.59 | 1 | yes | $483.15 | $279.15 | $3,040.07 | $0.00 |
| 843914 | $62,625.32 | 1 | yes | $421.52 | $244.02 | ($137.61) | $137.61 |
| 846196 | $59,458.15 | 2 | yes | $486.34 | $126.14 | $875.70 | $0.00 |
| 846199 | $143,099.58 | 2 | yes | $1,124.50 | $244.02 | $2,447.52 | $2,923.00 |
| 846202 | $140,340.18 | 1 | yes | $400.95 | $497.25 | $85.02 | $675.99 |
| 846203 | $48,840.11 | 1 | yes | $1,074.59 | $129.88 | $1,091.01 | $0.00 |
| 846205 | $125,831.94 | 2 | yes | $561.95 | $907.99 | $2,226.97 | $0.00 |
| 846208 | $71,067.34 | 1 | yes | $2,108.46 | $1,170.67 | $5,539.69 | $0.00 |
| 846210 | $260,952.05 | 3 | yes | $1,907.02 | $373.57 | $544.40 | $0.00 |
| 846211 | $232,722.48 | 3 | yes | $297.28 | $642.07 | $2,535.69 | $0.00 |
| 846213 | $36,211.54 | 1 | yes | $554.76 | $394.76 | $2,964.60 | $0.00 |
| 846217 | $58,875.71 | 1 | yes | $212.44 | $1,100.91 | $5,804.64 | $0.00 |
| 848744 | $19,968.90 | 4 | yes | $2,083.06 | $1,120.12 | $3,639.73 | $344.94 |
| 848745 | $320,315.36 | 3 | yes | $1,320.66 | $177.74 | $37.14 | $0.00 |
| 848747 | $162,726.77 | 3 | yes | $698.16 | $757.53 | $2,417.52 | $0.00 |
| 848748 | $81,149.33 | 1 | yes | $1,336.75 | $140.74 | ($459.17) | $459.17 |
| 848749 | $161,708.00 | 1 | yes | $289.85 | $534.29 | $3,012.00 | $0.00 |
| 848752 | $35,059.80 | 1 | yes | $1,138.23 | $248.85 | $1,741.81 | $0.00 |
| 848755 | $137,969.04 | 2 | yes | $564.02 | $244.75 | $1,867.69 | $0.00 |
| 848757 | $568,306.54 | 1 | yes | $852.75 | $456.32 | $1,567.06 | $0.00 |
| 848758 | $103,384.34 | 1 | yes | $1,128.42 | $692.69 | $2,970.05 | $0.00 |
| 848759 | $137,065.79 | 2 | yes | $1,301.02 | $283.94 | $2,021.43 | $0.00 |
| 848760 | $158,214.68 | 2 | yes | $319.08 | $240.44 | $1,540.30 | $0.00 |
| 848761 | $38,374.71 | 1 | yes | $307.67 | $325.40 | $300.01 | $0.00 |
| 850085 | $37,448.98 | 1 | yes | $923.24 | $111.31 | $155.44 | $0.00 |
| 850086 | $63,819.64 | 1 | yes | $290.35 | $342.15 | $425.02 | $0.00 |
| 850087 | $35,287.50 | 1 | yes | $663.06 | $755.56 | $3,021.00 | $0.00 |
| 850088 | $84,696.96 | 1 | yes | $1,121.63 | $1,334.09 | $3,079.95 | $0.00 |
| 850089 | $143,398.75 | 3 | yes | $2,210.41 | $552.90 | $1,738.87 | $0.00 |
| 850090 | $282,631.21 | 1 | yes | $815.22 | $200.68 | $396.19 | $0.00 |
| 850091 | $103,789.02 | 1 | yes | $454.16 | $251.00 | $1,676.09 | $0.00 |
| 850092 | $56,140.29 | 1 | yes | $500.94 | $92.20 | $271.84 | $0.00 |
| 850094 | $64,039.44 | 1 | yes | $516.00 | $1,236.37 | $6,098.09 | $263.59 |
| 850095 | $68,763.90 | 1 | yes | $2,148.10 | $134.92 | $330.12 | $0.00 |
| 850096 | $275,320.74 | 5 | yes | $375.24 | $256.51 | $667.42 | $0.00 |
| 850097 | $49,135.33 | 1 | yes | $746.47 | $446.96 | $1,247.59 | $0.00 |
| 850100 | $95,755.71 | 2 | yes | $1,228.99 | $820.74 | $5,884.42 | $0.00 |
| 850102 | $153,303.93 | 2 | yes | $1,871.90 | $102.03 | $166.06 | $114.64 |
| 850103 | $523,902.20 | 4 | yes | $451.61 | $329.79 | $599.07 | $0.00 |
| 850104 | $56,454.72 | 2 | yes | $973.31 | $333.01 | $945.04 | $0.00 |
| 853454 | $121,603.39 | 2 | yes | $406.64 | $1,456.05 | $7,200.00 | $0.00 |
| 853455 | $50,537.35 | 1 | yes | $2,894.18 | $637.50 | $5,540.64 | $0.00 |
| 853456 | $358,626.63 | 6 | yes | $1,402.60 | $278.75 | $2,534.15 | $0.00 |
| 853461 | $175,900.54 | 4 | yes | $470.36 | $537.07 | ($331.13) | $331.13 |
| 853462 | $61,314.63 | 1 | yes | $705.53 | $784.76 | $5,133.91 | $0.00 |
| 853463 | $88,493.25 | 3 | yes | $1,544.02 | $233.73 | $776.15 | $0.00 |
| 858185 | $190,656.46 | 3 | yes | $920.18 | $148.65 | $1,042.54 | $0.00 |
| 858186 | $113,567.00 | 1 | yes | $487.72 | $900.03 | $4,498.64 | $0.00 |
| 858187 | $60,066.70 | 4 | yes | $1,882.22 | $226.91 | $587.54 | $0.00 |
| 858188 | $206,826.64 | 1 | yes | $670.94 | $2,092.95 | $10,200.74 | $1,285.07 |
| 858189 | $82,667.89 | 1 | yes | $4,695.44 | $659.44 | $1,622.98 | $0.00 |
| 858190 | $570,967.50 | 8 | yes | $898.34 | $1,163.67 | $5,070.40 | $114.64 |
| 858191 | $65,764.20 | 3 | yes | $2,096.06 | $144.17 | $751.35 | $0.00 |
| 858194 | $258,487.99 | 1 | yes | $723.21 | $66.98 | $211.88 | $0.00 |
| 858195 | $89,521.10 | 1 | yes | $210.71 | $1,402.25 | $4,363.06 | $1,294.70 |
| 858196 | $25,446.04 | 1 | yes | $2,716.19 | $239.20 | $1,469.19 | $0.00 |
| 858201 | $344,296.69 | 6 | yes | $668.58 | $183.89 | $908.89 | $0.00 |
| 858202 | $83,057.74 | 2 | yes | $503.93 | $288.08 | $862.56 | $0.00 |
| 858500 | $82,683.78 | 1 | yes | $651.94 | $1,264.49 | $2,039.50 | $0.00 |
| 858501 | $81,248.47 | 1 | yes | $582.50 | $398.32 | $1,275.84 | $411.75 |
| 858502 | $122,296.95 | 2 | yes | $2,332.95 | $1,184.84 | $4,707.33 | $0.00 |
| 858505 | $290,248.45 | 3 | yes | $2,307.46 | $880.22 | $6,701.74 | $0.00 |
| 858506 | $287,358.68 | 4 | yes | $2,004.13 | $1,099.22 | $2,061.65 | $0.00 |
| 858507 | $254,885.19 | 4 | yes | $999.40 | $575.15 | $1,271.16 | $0.00 |
| 858509 | $124,574.55 | 2 | yes | $291.99 | $166.30 | $474.04 | $0.00 |
| 858510 | $36,389.76 | 1 | yes | $354.66 | $233.68 | ($2,616.98) | $7,590.50 |
| 858512 | $44,224.17 | 1 | yes | $3,322.98 | $2,441.67 | ($1,748.12) | $2,716.53 |
| 858514 | $436,194.07 | 6 | yes | $805.67 | $431.86 | $480.19 | $0.00 |
| 858515 | $109,916.60 | 2 | yes | $283.35 | $142.92 | $4,018.36 | $0.00 |
| 858516 | $36,078.00 | 1 | yes | $1,474.02 | $824.24 | $1,384.72 | $0.00 |
| 858517 | $195,389.52 | 3 | yes | $859.23 | $280.76 | $3,115.82 | $0.00 |
| 858518 | $112,779.11 | 6 | yes | $2,530.83 | $196.96 | $804.12 | $0.00 |
| 858519 | $334,258.42 | 1 | yes | $490.41 | $435.90 | $1,841.17 | $0.00 |
| 861713 | $56,484.75 | 2 | yes | $771.14 | $924.43 | $4,039.05 | $50.82 |
| 861714 | $101,015.57 | 2 | yes | $2,277.07 | $1,500.94 | $6,158.94 | $0.00 |
| 861716 | $299,115.91 | 4 | yes | $1,901.76 | $2,345.44 | $3,939.15 | $729.31 |
| 861717 | $249,131.87 | 5 | yes | $3,877.03 | $961.72 | $1,341.34 | $0.00 |
| 861718 | $510,291.83 | 9 | yes | $319.67 | $255.85 | $397.18 | $0.00 |
| 861721 | $42,041.35 | 1 | yes | $706.20 | $1,697.08 | $8,637.31 | $145.14 |
| 861724 | $90,325.17 | 8 | yes | $3,960.29 | $1,476.64 | ($5,170.65) | $8,849.10 |
| 861725 | $498,725.27 | 6 | yes | $2,928.19 | $1,424.00 | $2,411.27 | $0.00 |
| 861728 | $377,915.24 | 6 | yes | $2,496.86 | $214.32 | $1,586.30 | $0.00 |
| 861727 | $319,420.49 | 5 | yes | $389.23 | $1,313.21 | $9,380.36 | $0.00 |
| 861729 | $47,135.90 | 1 | yes | $2,900.55 | $961.72 | $2,652.03 | $0.00 |
| 864540 | $375,433.65 | 3 | yes | $1,546.19 | $562.74 | $1,678.35 | $0.00 |
| 864541 | $189,151.04 | 1 | yes | $691.99 | $308.93 | $1,749.96 | $0.00 |
| 864542 | $168,720.53 | 1 | yes | $359.01 | $291.48 | $2,120.64 | $0.00 |
| 864545 | $140,503.01 | 1 | yes | $656.07 | $567.53 | $2,387.34 | $0.00 |
| 864549 | $109,107.07 | 3 | yes | $1,022.43 | $547.30 | ($14,479.76) | $14,961.04 |
| 864550 | $130,165.20 | 2 | yes | $1,200.51 | $1,365.02 | $2,578.52 | $903.76 |
| 864551 | $162,721.08 | 2 | yes | $709.89 | $939.52 | ($903.76) | $903.76 |
| 864552 | $69,604.96 | 1 | yes | $653.64 | $937.07 | $2,690.25 | $0.00 |
| 864553 | $83,752.06 | 1 | yes | $1,921.88 | $547.67 | $1,017.75 | $0.00 |
| 864554 | $245,199.58 | 3 | yes | $1,197.13 | $437.47 | $11,064.06 | $1,784.09 |
| 864555 | $159,372.67 | 2 | yes | $2,158.76 | $1,051.91 | $4,429.25 | $0.00 |
| 864556 | $276,282.57 | 3 | yes | $3,598.21 | $992.48 | $1,201.87 | $0.00 |
| 864557 | $459,723.40 | 1 | yes | $430.30 | $169.83 | $362.27 | $0.00 |
| 864558 | $55,213.63 | 1 | yes | $538.85 | $592.59 | $4,127.54 | $0.00 |
| 868768 | $68,676.98 | 2 | yes | $5,630.60 | $1,826.77 | $16,417.81 | $340.04 |
| 868771 | $206,904.36 | 2 | yes | $4,250.61 | $1022.73 | $2,757.20 | $0.00 |
| 868772 | $539,530.66 | 6 | yes | $1,920.50 | $1,075.36 | $3,961.00 | $0.00 |
| 868773 | $243,347.25 | 3 | yes | $2,618.44 | $182.31 | $1,182.57 | $0.00 |
| 868776 | $358,243.49 | 4 | yes | $474.47 | $993.89 | $3,009.81 | $0.00 |
| 868777 | $90,306.17 | 1 | yes | $1,320.24 | $484.06 | $657.92 | $0.00 |
| 868779 | $155,099.16 | 2 | yes | $645.65 | $213.22 | $1,120.19 | $0.00 |
| 868780 | $112,274.62 | 2 | yes | $700.42 | $285.53 | $1,950.74 | $0.00 |
| 868781 | $89,944.65 | 1 | yes | $930.22 | $248.50 | $1,247.85 | $0.00 |
| 868782 | $118,273.25 | 1 | yes | $766.90 | $214.96 | $896.17 | $0.00 |
| 868783 | $100,167.87 | 1 | yes | $654.72 | $190.07 | $503.93 | $0.00 |
| 871847 | $89,226.00 | 1 | yes | $214.89 | $1,552.16 | $5,154.76 | $0.00 |
| 871848 | $29,334.67 | 1 | yes | $735.12 | $577.58 | $1,892.72 | $0.00 |
| 871850 | $101,065.07 | 1 | yes | $1,602.16 | $524.42 | $1,823.86 | $0.00 |
| 871851 | $320,534.48 | 2 | yes | $756.12 | $208.22 | $3,367.13 | $0.00 |
| 871854 | $103,210.50 | 2 | yes | $1,514.10 | $204.29 | $1,109.47 | $0.00 |
| 871857 | $200,038.64 | 1 | yes | $330.30 | $331.04 | $1,317.12 | $0.00 |
| 871858 | $42,928.55 | 1 | yes | $677.78 | $146.70 | $187.12 | $0.00 |
| 871861 | $92,446.77 | 1 | yes | $417.87 | $133.62 | $974.23 | $0.00 |
| 871862 | $164,274.83 | 1 | yes | $1,304.74 | $216.55 | $711.25 | $0.00 |
| 871863 | $44,096.17 | 1 | yes | $486.64 | $119.46 | $811.74 | $0.00 |
| 874294 | $94,039.66 | 1 | yes | $607.43 | $2334.07 | $1,392.24 | $0.00 |
| 874295 | $66,127.03 | 1 | yes | $430.07 | $221.29 | $1,004.01 | $0.00 |
| 874300 | $56,045.86 | 1 | yes | $717.02 | $218.59 | $2,841.94 | $0.00 |
| 874301 | $92,346.07 | 1 | yes | $1,492.63 | | | |
| 874302 | $197,335.25 | 2 | yes | | | | |

Seller's Initials: _____
Buyer's Initials: _____

| Pool Number | Principal Balance | Number of Loans | Certification Status | Principal & Interest Payment | Tax & Insurance Payment | Escrow Balance | Escrow Advance |
|---|---|---|---|---|---|---|---|
| 874306 | $57,061.96 | 1 | yes | $422.76 | $246.85 | $351.21 | $0.00 |
| 874307 | $122,696.03 | 1 | yes | $945.03 | $420.53 | $1,171.70 | $0.00 |
| 874308 | $51,394.95 | 1 | yes | $395.65 | $88.11 | $544.47 | $0.00 |
| 874309 | $225,150.81 | 2 | yes | $1,608.72 | $590.59 | $3,108.85 | $0.00 |
| 874311 | $314,026.62 | 4 | yes | $2,229.20 | $734.57 | $2,948.14 | $0.00 |
| 874312 | $302,238.57 | 5 | yes | $2,604.52 | $886.44 | $2,031.95 | $0.00 |
| 874313 | $97,191.58 | 1 | yes | $684.60 | $328.14 | $1,132.49 | $0.00 |
| 876511 | $322,599.55 | 4 | yes | $2,301.17 | $830.14 | $2,606.42 | $0.00 |
| 876512 | $656,119.23 | 6 | yes | $4,010.58 | $1,262.87 | $5,089.50 | $0.00 |
| 876513 | $169,835.33 | 2 | yes | $1,183.02 | $479.98 | $1,808.66 | $0.00 |
| 876514 | $144,620.64 | 2 | yes | $1,031.48 | $573.87 | $2,372.62 | $0.00 |
| 876516 | $321,358.91 | 4 | yes | $2,369.98 | $1,450.90 | $1,469.61 | $4.22 |
| 876520 | $483,338.16 | 6 | yes | $3,567.79 | $1,456.90 | $5,124.32 | $0.00 |
| 876522 | $106,888.86 | 1 | yes | $783.90 | $273.21 | $1,330.11 | $0.00 |
| 876523 | $35,306.49 | 1 | yes | $561.15 | $358.08 | $1,370.71 | $0.00 |
| 876524 | $42,902.44 | 1 | yes | $322.09 | $174.84 | $1,514.49 | $0.00 |
| 876525 | $48,341.33 | 1 | yes | $361.96 | $126.67 | $705.35 | $0.00 |
| 876526 | $85,711.26 | 1 | yes | $542.94 | $464.18 | $615.65 | $0.00 |
| 876527 | $109,296.50 | 1 | yes | $801.57 | $332.94 | $1,278.06 | $0.00 |
| 876528 | $164,883.22 | 2 | yes | $1,223.20 | $517.45 | $2,794.19 | $0.00 |
| 876530 | $330,159.91 | 3 | yes | $2,407.55 | $969.27 | $2,019.81 | $890.75 |
| 877231 | $92,250.99 | 1 | yes | $460.60 | $301.10 | $2,690.94 | $0.00 |
| 877232 | $56,875.52 | 1 | yes | $739.24 | $304.57 | $2,342.85 | $0.00 |
| 877235 | $360,351.57 | 4 | yes | $2,720.49 | $1,050.13 | $20,270.43 | $0.00 |
| 877236 | $211,647.30 | 3 | yes | $1,605.85 | $620.65 | $2,450.96 | $0.00 |
| 877237 | $239,058.36 | 2 | yes | $1,672.12 | $613.10 | $2,557.62 | $0.00 |
| 877238 | $70,188.59 | 1 | yes | $527.84 | $295.62 | $2,071.90 | $0.00 |
| 877239 | $94,499.39 | 1 | yes | $711.75 | $283.27 | $1,446.30 | $0.00 |
| 877241 | $40,943.44 | 1 | yes | $296.37 | $123.91 | $595.50 | $0.00 |
| 877246 | $100,903.15 | 2 | yes | $743.14 | $153.10 | $985.74 | $0.00 |
| 877248 | $204,765.99 | 3 | yes | $1,543.31 | $655.24 | $1,300.51 | $0.00 |
| 877251 | $326,144.90 | 4 | yes | $2,429.19 | $1,164.95 | $5,416.17 | $0.00 |
| 877252 | $310,530.98 | 4 | yes | $2,355.37 | $931.71 | $2,765.16 | $0.00 |
| 877253 | $213,340.61 | 3 | yes | $1,610.62 | $431.95 | $1,227.27 | $0.00 |
| 877291 | $185,773.55 | 2 | yes | $1,406.96 | $517.87 | $999.94 | $149.36 |
| 877292 | $254,633.44 | 3 | yes | $1,930.33 | $504.28 | $2,840.10 | $0.00 |
| 877293 | $323,459.81 | 3 | yes | $2,452.26 | $1,040.79 | $9,007.40 | $0.00 |
| 877294 | $452,961.25 | 4 | yes | $3,428.85 | $786.63 | $4,967.68 | $0.00 |
| 877295 | $90,675.12 | 1 | yes | $666.08 | $168.84 | $2,771.59 | $0.00 |
| 877296 | $394,886.90 | 4 | yes | $3,852.42 | $1,105.93 | $276.63 | $1,582.95 |
| 877297 | $108,381.22 | 1 | yes | $743.54 | $240.96 | ($2,985.17) | $2,985.17 |
| 877299 | $83,551.87 | 1 | yes | $631.29 | $163.87 | $519.36 | $0.00 |
| 878300 | $109,947.35 | 1 | yes | $529.25 | $152.22 | $668.75 | $0.00 |
| 878301 | $86,755.18 | 1 | yes | $1,058.42 | $152.06 | $575.28 | $0.00 |
| 878304 | $248,250.43 | 2 | yes | $1,735.95 | $549.44 | $1,322.83 | $0.00 |
| 878305 | $101,187.32 | 1 | yes | $709.83 | $212.27 | $1,459.76 | $0.00 |
| 878306 | $260,230.61 | 3 | yes | $2,033.84 | $782.68 | $2,586.87 | $0.00 |
| 878307 | $120,847.63 | 1 | yes | $846.14 | $261.79 | $772.30 | $0.00 |
| 878308 | $102,709.71 | 1 | yes | $1,145.56 | $475.72 | $2,870.78 | $0.00 |
| 878309 | $102,883.46 | 1 | yes | $746.37 | $337.39 | $913.85 | $0.00 |
| 878360 | $87,535.10 | 1 | yes | $643.03 | $315.44 | $2,673.19 | $0.00 |
| 878964 | $227,491.67 | 2 | yes | $1,684.80 | $433.52 | $3,064.45 | $0.00 |
| 878995 | $101,749.21 | 1 | yes | $758.45 | $255.07 | $1,068.44 | $0.00 |
| 878996 | $67,805.79 | 1 | yes | $503.28 | $289.01 | $162.83 | $0.00 |
| 878997 | $326,544.55 | 3 | yes | $2,914.10 | $1,168.50 | $5,590.91 | $0.00 |
| 878998 | $332,430.68 | 3 | yes | $2,184.34 | $606.64 | $2,181.91 | $0.00 |
| 878999 | $504,134.20 | 4 | yes | $3,406.36 | $1,848.88 | $7,811.66 | $0.00 |
| 879000 | $134,308.13 | 2 | yes | $972.65 | $495.46 | $1,500.11 | $0.00 |
| 879004 | $313,658.49 | 3 | yes | $2,226.31 | $715.37 | $3,973.17 | $0.00 |
| 879005 | $112,630.47 | 1 | yes | $806.27 | $162.75 | $1,534.35 | $0.00 |
| 879006 | $143,136.38 | 2 | yes | $1,005.00 | $273.07 | $1,931.95 | $0.00 |
| 879007 | $247,762.72 | 2 | yes | $1,754.09 | $516.94 | $3,534.11 | $0.00 |
| 879008 | $422,059.08 | 4 | yes | $3,036.46 | $1,162.67 | $2,898.96 | $0.00 |
| 879009 | $119,467.74 | 2 | yes | $844.81 | $271.89 | $1,828.30 | $0.00 |
| 879011 | $208,568.30 | 2 | yes | $1,475.76 | $363.99 | $2,302.76 | $1,260.98 |
| 879013 | $335,889.96 | 3 | yes | $2,304.65 | $324.20 | $1,228.53 | $0.00 |
| 879014 | $115,851.13 | 1 | yes | $774.11 | $775.48 | $3,379.22 | $0.00 |
| 879016 | $469,282.14 | 4 | yes | $3,224.94 | $1,128.16 | $5,678.39 | $0.00 |
| 879017 | $513,111.28 | 5 | yes | $3,580.67 | $167.60 | $1,569.67 | $0.00 |
| 881850 | $132,102.72 | 1 | yes | $852.55 | $1,345.31 | $4,198.01 | $0.00 |
| 881852 | $506,212.62 | 6 | yes | $3,526.42 | $469.76 | $2,304.07 | $0.00 |
| 881854 | $223,234.73 | 2 | yes | $1,553.07 | $209.02 | $1,395.91 | $0.00 |
| 881856 | $101,466.32 | 1 | yes | $706.56 | $729.03 | $6,335.23 | $0.00 |
| 881858 | $254,025.69 | 2 | yes | $1,774.60 | $308.35 | $2,178.19 | $0.00 |
| 881860 | $207,325.00 | 2 | yes | $1,524.21 | $1,303.15 | $1,260.84 | $2,721.13 |
| 881861 | $583,615.39 | 6 | yes | $4,059.23 | $2,077.43 | $6,514.08 | $0.00 |
| 881862 | $541,602.03 | 7 | yes | $6,182.72 | $180.33 | $730.97 | $0.00 |
| 881863 | $102,073.15 | 1 | yes | $751.92 | $1,973.96 | $8,511.01 | $0.00 |
| 881864 | $910,260.04 | 7 | yes | $6,679.12 | $240.22 | $1,150.19 | $0.00 |
| 881865 | $114,570.29 | 1 | yes | $840.32 | $2,103.52 | $16,323.96 | $0.00 |
| 881868 | $844,777.81 | 7 | yes | $5,713.72 | $519.52 | $1,936.23 | $0.00 |
| 881870 | $272,586.15 | 2 | yes | $1,844.46 | $97.93 | $402.92 | $0.00 |
| 881872 | $57,726.35 | 1 | yes | $373.19 | $517.30 | ($4,060.47) | $5,231.09 |
| 881873 | $255,693.57 | 3 | yes | $1,603.56 | $14,111.99 | ($563.12) | $563.12 |
| 881874 | $99,060.94 | 1 | yes | $670.65 | $1,110.63 | $13,560.69 | $423.91 |
| 881875 | $1,966,717.45 | 18 | yes | $13,718.87 | $239.37 | $6,462.22 | $0.00 |
| 881876 | $503,397.94 | 5 | yes | $3,534.42 | $596.65 | $1,093.47 | $0.00 |
| 881877 | $103,947.26 | 1 | yes | $742.09 | $119.55 | $2,594.03 | $0.00 |
| 881878 | $1,148.43 | 2 | yes | $881.23 | $964.78 | $5.17 | $0.00 |
| 881879 | $124,587.29 | 5 | yes | $3,203.30 | $133.33 | $16,705.45 | $0.00 |
| 881881 | $459,473.02 | 1 | yes | $650.03 | $2,445.56 | $143.05 | $0.00 |
| 881883 | $92,021.32 | 1 | yes | $6,920.44 | $1,739.70 | $11,306.68 | $1,345.26 |
| 881884 | $995,937.70 | 8 | yes | $6,065.16 | $208.01 | $5,519.53 | $0.00 |
| 881886 | $879,800.92 | 8 | yes | $484.43 | $599.68 | $685.57 | $0.00 |
| 881886 | $68,791.99 | 1 | yes | $1,833.81 | $2,305.03 | $1,254.91 | $0.00 |
| 881887 | $256,061.89 | 2 | yes | $7,675.23 | $766.13 | $13,874.18 | $0.00 |
| 883859 | $1,118,378.75 | 11 | yes | $2,992.25 | $14,391.85 | $1,750.88 | $0.00 |
| 883860 | $419,451.46 | 4 | yes | $14,859.81 | $612.20 | $27,710.68 | $19.23 |
| 883862 | $2,170,009.90 | 10 | yes | $1,371.15 | $222.30 | $3,397.21 | $0.00 |
| 883863 | $195,322.72 | 2 | yes | $955.80 | $167.57 | $855.10 | $0.00 |
| 883864 | $130,046.90 | 1 | yes | $653.40 | | $290.76 | $0.00 |
| 900163 | $48,637.99 | 1 | yes | | | | |

Seller's Initials: _____

Buyer's Initials: _____

## Exhibit "A"

Schedule of Mortgage Pools
Portfolio Summary
As of 8/31/07

| Loan Type | Principal Balance | Number of Loans | Weighted Average Note Rate | Weighted Average Service Fee | Weighted Average Maturity | Weighted Average Remaining Term | P&I Payment | T&I Payment |
|---|---|---|---|---|---|---|---|---|
| FHA | 325,611,876.08 | 4261 | 537,049.4241 | 0.5204 | 354.4 | 266.8 | 2,551,811.84 | 992,195.42 |
| FMHA | 37,050,028.32 | 403 | 584,818.8110 | 0.4470 | 360.0 | 305.3 | 247,807.64 | 60,466.47 |
| VA | 89,206,027.00 | 1050 | 582,493.3801 | 0.4518 | 344.7 | 247.6 | 759,486.41 | 252,012.22 |
| W/O PMI | 222,323.62 | 3 | 512,381.4629 | 0.6438 | 360.0 | 302.1 | 1,707.45 | 603.42 |

EXHIBIT "B"

Seller's Initials_____

Buyer's Initials_____

## Exhibit "B"

## ASSIGNMENT

THIS ASSIGNMENT dated this ___ day of October, 2007, by and between **MIDFIRST BANK.,**a federally chartered savings association, with its principal office being located in Oklahoma City, Oklahoma (hereinafter referred to as "Buyer"), and **AMERICAN HOME MORTGAGE SERVICING, INC.**, a Maryland corporation, with its principal office being located in Irving, Texas (hereinafter referred to as "Seller");

## WITNESSETH:

WHEREAS, Seller is the GNMA issuer under servicing contracts with GNMA and Seller is the owner of the beneficial interest with respect to the servicing for certain FHA and VA Loans comprising Mortgage Pools securing certain GNMA Mortgage-Backed Securities, which Loans and their respective Mortgage Pools are more particularly described in Exhibit "A" of that certain Mortgage Servicing Purchase Agreement between Buyer and Seller dated as of June 30, 2005 (herein the "Purchase Agreement"), incorporated herein by reference; and

WHEREAS, subject to the terms of the Purchase Agreement (i) Seller desires to transfer and assign to Buyer all rights, obligations and benefits as servicer of the Loans and their respective Mortgage Pools, including all right, title and interest in the Custodial Accounts, and certain other rights and properties incidental thereto, and (ii) Buyer desires to accept and assume such rights, obligations and benefits.

NOW, THEREFORE, in consideration of the purchase price paid by Buyer to Seller in accordance with the Purchase Agreement, the receipt and adequacy of which is hereby acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

1.    _Definitions_.   Except as otherwise defined herein, all capitalized terms of this Assignment shall have the meanings ascribed to them by the Purchase Agreement.

2.    _Assignment_.   For value received, Seller hereby grants, transfers, assigns and sets over to Buyer all rights, obligations, title and interest in and to the Property described as follows:

2.1    All rights and benefits as servicer of each Mortgage Pool, including (without limitation) all rights, interests and responsibilities under the Servicing Contract for servicing each Loan and all rights to receive and retain all servicing fees, late fees, assumption fees, insurance commissions and other amounts in connection therewith;

2.2    All right, title and interest, as GNMA Servicer and Issuer, to each Loan, Mortgage, Mortgage Note, Mortgage Portfolio, Mortgage Pool, and Insurance Proceeds;

Seller's Initials____

Buyer's Initials____

2.3    All right, title and interest in all funds in the Custodial Accounts; all accrued and uncollected late fees or other amounts due and unpaid by the Mortgagor and all unreimbursed Advances with respect to each Loan and the right to collect, recover or be reimbursed for the same; and

2.4    All right, title and interest in and to the servicing/credit, foreclosure, bankruptcy and insurance files relating to each Loan and the closing and servicing thereof, all payment histories of each Loan reflecting payments received and Advances made and all other books, records, files and the contents thereof maintained by or for the servicer or GNMA with respect to the Mortgage Pool or Mortgage Portfolio.

3.    <u>Purchase Agreement</u>.  This Assignment is made in accordance with and subject to the Purchase Agreement.  In case of a conflict between the terms of this Assignment and the Purchase Agreement, the Purchase Agreement will be controlling.

4.    <u>Warranties</u>.  Seller hereby represents and warrants to Buyer, its successors and assigns that, subject to the rights of GNMA, any custodian, and the holders of GNMA Mortgage-Backed Securities, Seller is seized of the rights and Property transferred and assigned hereby, has the right to convey the same and that its title thereto is free and clear of all encumbrances whatsoever and that it will warrant and defend said title against the lawful claims of all persons whomsoever and Seller hereby renews its representations, warranties and covenants given under the Purchase Agreement to the same extent and for the same purpose as if fully set forth herein.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment to be duly executed and sealed the day and year first above written.

"BUYER"                          **MIDFIRST BANK**, a federally chartered savings association

By: _____
    Scott Reed, First Vice President

"SELLER"                         **AMERICAN HOME MORTGAGE SERVICING, INC.**, a Maryland corporation

By: _____
    [NAME] [TITLE]

## **EXHIBIT C**

### **UNDER SEAL**

EXHIBIT "D"

Seller's Initials: _____

Buyer's Initials: _____

### Exhibit "D"

Attorney Trust Receipt

From: _____
_____
To:   Bette Garver                              _____
      Assistant Vice President                  _____
      MidFirst Bank                             _____
      999 NW Grand Boulevard, Suite 100         _____
      Oklahoma City,  OK  73118

The undersigned attorney is in possession of the mortgage documents described below, a copy of which is attached hereto, for the reason indicated. All documents shall be held in trust by the attorney for the benefit of MidFirst Bank and the attorney's possession of such documents shall be at the will of MidFirst Bank for the purpose indicated below. The attorney shall promptly return the documents to MidFirst Bank upon its request or when the attorney's need thereof no longer exists.

Seller Loan #               _____

FHA/VA Case Number:         _____

Mortgagor Name:             _____

Mortgagor Address:          _____
                            _____

| Reason for Holding Documents: | Documents Held by Attorney: |
|---|---|
| Enter Reason Number: _____ | Enter Numbers & Letters: _____ |
| 1. Foreclosure | 1. Note |
| 2. Bankruptcy | 2. Mortgage |
| 3. Other Reason: _____ | 3. Assignments: _____ to _____ |
| _____ | _____ to _____ |
| _____ | _____ to _____ |
| _____ | 4. MIC |
| _____ | 5. LGC |
| _____ | 6. Title Policy    O. Original document |
| | 7. Other:          C. Document copy |

Authorized Signature of Attorney            Date

Name:

Title:

EXHIBIT "E"

Exhibit "E"

Issuer's/Seller 's Initials _____
Buyer's Initials _____

The following is a list of items and procedures that the Seller agrees to deliver or perform prior to and after the Transfer Date. If there is a conflict between this Exhibit and the Agreement, the Agreement shall govern. Everything sent to MidFirst Bank (herein called "Buyer") shall be clearly labeled and boxed according to the instructions provided below.

Please forward all items covered in these instructions, unless otherwise requested, via overnight delivery to the attention of **Stormi McDow, Stormi.Mcdow@midfirst.com (405) 426-1116**, at Three Grand Park as defined below:

**MidFirst Bank**
**999 N.W. Grand Boulevard, Suite 100**
**Oklahoma City, OK  73118**

**Following are the items and procedures to be delivered or performed by Seller along with the agreed upon date of completion segregated by each critical area. Seller shall deliver all items or perform such procedures described below in the time and manner herein provided.  Unless an actual date is specified in the column titled "Deadline to Transfer", all dates for completion are expressed in the number of Business Days either before or after the Transfer Date.**

| Deadline to Transfer | Data Processing/Computer Conversion |
|---|---|

*Unless specifically stated otherwise, all computer tapes and conversion files are to be sent to Buyer on an encrypted CD, FTP transmission, or other method mutually agreed upon.*

| Monthly 1 Day After GNMA Cut-off | 1. Seller shall deliver to Buyer the LSAMS equivalent of the CPI service release computer tapes listed below as of close of business on the GNMA cut-off, **November 1, 2007**.  The tapes shall include all information held by Seller with respect to these Loans, including without limitation, any and all accrued and uncollected late charges an ancillary fees. |
|---|---|

    a. EZY. Master Tape
    b. EZY. Eschdr
    c. EZY. Sec. Hldr. Name. Hdr
    d. EZY. Pool.Tape
    e. EZY.Fees.Tape
    f. Transactional history data file in format agreed upon by Buyer and Seller.

Seller 's Initials _____
Buyer's Initials _____

g. Loan histories in an PDF file format agreed upon by Buyer and Seller

h. Escrow account analysis in an electronic format agreed upon by Buyer and Seller

i. ACH or "Draft Tape"

j. EZY.Security.Holder Tape

The following reports shall be generated as of the same GNMA cut-off date as the computer tapes described in the paragraph above, and shall be delivered to Buyer concurrently with such computer tapes.

a. Trial Balance by investor subtotaled by pool (soft copy).

b. Report (from Trial Balance) of negative escrow balances or escrow advances.

c. List (from Trial Balance) of all unapplied funds, restricted escrow or suspense funds describing Seller's reasons for holding such funds (i.e., partial payment). All loss draft funds are to be deposited into restricted escrow custodial accounts (soft copy).

d. If applicable, a list of active, suspended, and terminated 235 Loans with the government subsidy amount and last recertification date that have been updated since files were viewed by Buyer during due diligence .

e. Report showing outstanding miscellaneous fees by type as updated since files were viewed by Buyer during due diligence.

f. Report or equivalent spreadsheets, listing the government assistance Loans with overpaid assistance balances (with monthly recovery amounts).

g. Loan level report listing all buydown Loans that displays current buydown balance, buydown amount, and expiration date of buydown. (PCI to provide)

h. Loan level listing of Soldier and Sailors Loans with monthly assistance amount.(PCI to provide)

i. Loan level listing of Farm Loans including monthly assistance payments. (PCI to provide)

j. List of Texas VLB primary Loans tied to secondary Loans. (PCI to provide)
   Include the paid to date and system Loan type of each Loan.

k. If applicable, Seller shall deliver to Buyer a report of all Loans that do not amortize correctly according to original Loan documents. Amortization issues corrected from last schedule shall be clearly explained as to how the correction occurred.

l. Loan level list of late charges accrued and if available. The collected balances. (PCI to provide)

2

Seller 's Initials _____
Buyer's Initials _____

m.  If applicable, Loan level list of loans negatively amortizing with the original principal balance, current unpaid principal balance, current due date, amount of negative amortization.

n.  Loan level list of all servicing fees and ancillary income.**7 Days After**   2.  Seller shall deliver to Buyer a copy of the final GNMA reporting tape delivered to ACS-GSG as of the **November 1, 2007** GNMA cut-off.

**Transfer Date**   3.  If applicable, Seller shall deliver to Buyer a copy of the billing to HUD for 235 assistance due in the month of the Transfer Date.  This information shall be presented on a computer tape or electronic spreadsheet (Excel Document), and forwarded to the attention of **Deborah Scarberry** at 3 Grand Operation Center.

**10 Days After**   4.  Seller shall deliver to Buyer the tape containing security holder information, which is updated after the security holder checks have been produced for the GNMA remittance immediately following the Transfer Date:

  a.  EZY.Security.Tape
  b.  EZY.Pool.Tape
  c.  EZY.Sec.Hldr.Name.Hdr

**10 Days After**   5.  Seller shall deliver to Buyer an electronic report of the Certificate Status Report. The Certificate Status Report is a list of certificate holders by pool that contains the pool number, certificate number, certificate holder name, beginning certificate balance, current certificate balance, rate for the pool and issue date.

Seller's Initials _____
Buyer's Initials _____

| **Deadline to Transfer** | **Foreclosure/Bankruptcy/Collections** |
|---|---|

**3 Days Prior**  6.  Seller shall Prepare all documents and forward to the appropriate foreclosure attorney in sufficient time such that the first legal deadline is met for all Loans which have a 1st legal deadline of **November 1, 2007** or prior

**Transfer Date**  7.  Refer for foreclosure for all Loans that have a first legal deadline of **January 1, 2008** or earlier.

**Transfer Date**  8.  Complete all necessary servicing to ensure that no delays are incurred or deadlines are not met, which include the following:

    a.  Submit judgment figures to attorneys or trustees, if requested.

    b.  Complete and return required affidavits for attorneys or trustees, if requested.

    c.  Complete and submit VA Form 567 to VA, if required.

    d.  Order VA appraisals, if required.

    e.  Complete and return any documents received by the Seller prior to the Transfer Date.

    f.  Complete (or initiate property preservation work if the work cannot be completed by the Transfer Date) any property preservation work identified prior to the Transfer Date to ensure that the mortgaged property is maintained in accordance with Insurer Requirements. Notify Five Brothers of the transfer of these Loans to Buyer and provide Buyer with a list of open orders outstanding with Five Brothers.

**10/11/07**  9.  Seller shall deliver to Buyer in electronic format a list of all Loans due for 1 or more payments including all delinquent, foreclosure and/or bankruptcy Loans and the Mortgagor's mailing address. System fields used to calculate the payoff include but are not limited to UPB, interest due, escrow balance, fees and advances. Seller shall provide all earned but unpaid fees and costs through **10/1/07** from any outside party. This information shall be as of the 1st calendar day of the month before transfer (e.g. – **October** 1).

**3 Days After**  10.  Seller shall deliver to Buyer, via electronic format (Excel document), a list of all Loans in foreclosure or bankruptcy as of Transfer Date. (PCI to provide)

4

Seller's Initials _____
Buyer's Initials _____

**Transfer Date**    11.  Seller shall deliver to Buyer an electronic list (Excel document) of all Litigation Loans in Default with a brief summary of the litigation and status.

**Transfer Date**    12.  Seller shall deliver to Buyer an electronic list (Excel document) of all Loans in foreclosure or bankruptcy, which have active hazard insurance claims.

**3 Days After**    13.  With respect to each Loan which is in Foreclosure, or in Bankruptcy, an electronic file that contains information from the LSAM's or DRI systems used for the tracking of insurer deadlines, servicing notes, and payment histories (for bankruptcy – post-petition and contractual history dating back to the bankruptcy filing) in each default file, including without limitation, the applicable screen prints.

**Transfer Date**    14.  Deliver to Buyer an electronic file for all active bankruptcies which contains the following information: Bankruptcy filing date, case number, state, district, division, chapter, proof-of claim filing date, confirmation date, motion for relief filing date and motion for relief hearing date.  (PCI to provide)

**3 Days After**    15.  Seller shall deliver to Buyer all files related to Loans, which have a status of pending foreclosure, current foreclosure, bankruptcy or 120 days or more past due. Also include all bankruptcy and loss mitigation files for Loans currently in foreclosure, all foreclosure and loss mitigation files for Loans currently in bankruptcy, all foreclosure and bankruptcy files for Loans currently in loss mitigation and all loss mitigation, foreclosure and bankruptcy files for Loans currently in default. All of these files shall include all working documents. Seller shall request pleading documentation from all attorneys 30 days prior to Transfer Date and include any documentation received in each file.  An electronic list of all Loans including the category and box number will also be provided. If portions of the default file (foreclosure, bankruptcy, loss mitigation or claim file) is in an electronic/imaged document format, then all of these imaged documents related to the Loans shall be printed out by Seller and the paper documents (including but not limited to attorney invoices, property preservation invoices, and property inspection invoices) shall be placed in the Loan files.  All of these files shall be identified and boxed separately according to the following criteria:

    a.  Delinquent Loans that need to be referred to foreclosure.
    b.  Loans in foreclosure.
    c.  Loans in bankruptcy and current under the terms of the Mortgage Note.
    d.  Loans in bankruptcy and 30 days or more past due under the terms of the Mortgage Note.
    e.  Bankruptcy Loans with a motion for relief requested.

Seller 's Initials _____
Buyer's Initials _____

f.   Loans which are 120 days or more past due and not in one of the categories discussed in a-e above.

**Deliver to:**

**Midland Mortgage Co.**
**999 N.W. Grand Boulevard**
**Oklahoma City, OK  73118**
**Attn:  Thad Burr**

**3 Days After**   16.  Seller shall include in each foreclosure or bankruptcy an electronic copy of all on-line collection activities and notes, which includes copies of all required default notices for delinquent Loans (NOD, NOI, HUD letters).

**15 Days Prior**   17. Seller shall deliver to Buyer an electronic file of attorneys handling foreclosure and bankruptcies. Information items to include are attorney name, address, phone number, E-mail address, if applicable, and attorney code.

**15 Days Prior**   18.  Buyer will deliver to Seller a list of telephone numbers and contact names to provide to the foreclosure and bankruptcy attorneys as required in the notification letters.

**3 Days Prior**   19. Seller shall prepare and send a written notification to the foreclosure attorneys or trustees notifying them that as of the Transfer Date Seller is transferring the servicing to Buyer.   In addition, Seller shall deliver to Buyer a confirmation of each written notification  sent to each attorney or trustee prior to the Transfer Date. Seller will provide an e-mail to Melissa.Poage@MidFirst.com, and any additional  foreclosure attorney correspondence shall be addressed as follows:

**Foreclosure Department**
**Midland Mortgage Co.**
**999 N.W. Grand Boulevard, Suite 100**
**Oklahoma City, OK  73118**

**3 Days Prior**   20. Seller shall provide written notification  the bankruptcy attorneys advising that as of the Transfer Date Seller is transferring the servicing to Buyer, and advise them to contact Buyer's Default Management Department after such date.. In addition, Seller shall provide to Buyer an e-mail confirmation  of each notification  sent to each attorney or trustee prior to the Transfer Date. Such confirmation will be provided via an e-mail to Melissa.Poage@MidFirst.com.

6

Seller 's Initials _____
Buyer's Initials _____

**Transfer Date**   21.   Seller shall prepare and send the *Transfer of Claim* form (Buyer to provide to Seller an example of the Transfer of Claim form) to the respective bankruptcy trustee as notification that as of the Transfer Date, Seller is transferring the servicing to Buyer and advise the trustees to contact Buyer's Default Management Department after this date. The original *Transfer of Claim* form or electronic file as applicable shall be sent to such bankruptcy trustee to be filed at the bankruptcy court on or before the Transfer Date.  Seller shall forward a sample of this form and electronic file to Buyer 15 days prior to transfer for approval.  In addition, all copies of the *Transfer of Claim* forms shall be placed in the default file prior to the Transfer Date.  Any bankruptcy correspondence should be addressed as follows:

**Bankruptcy Department**
**Midland Mortgage Co.**
**999 N.W. Grand Boulevard, Suite 100**
**Oklahoma City, OK  73118**

**5 Business Days**
**after Transfer**
**Date**                22.   Seller shall perform the SFDMS reporting for the month of **October 2007**
and all prior months.  Seller will provide a sample screen print for 10 loans in the file.
**10 Days Prior**   23.   Seller shall not send any letters demanding payment or threatening foreclosure pertaining to all Loans after the tenth calendar day prior to the month of transfer. Seller shall send letters demanding payment or threatening foreclosure that are normally sent between the 10th and 31st prior to the 10th unless regulations prohibit it in which time Seller  and Buyer shall come to agreement on when to send the letter.

**5 Days After**   24.   Seller shall deliver to Buyer, a report in electronic format (Excel document) of all Loans that the property is identified as vacant. This report shall include (i) Seller's Loan number, and (ii) the date the property was first identified to be vacant.

**3 Days After**   25.   Seller shall deliver to Buyer all information related to foreclosure, bankruptcy, property preservation, transfer of utility requests and proper inspection advances.  The information to be delivered is as follows:

　　　1) Reports
　　　　a) Report of each Loan with outstanding advances Seller shall submit to Buyer for reimbursement.  This report shall include Seller's Loan number, current Loan status, and total advances outstanding on the Loan. Buyer will provide example report to Seller.

Seller 's Initials _____
Buyer's Initials _____

    b) Report containing the transaction level detail to support the advance balances for each Loan listed above. This report shall include Seller's Loan number, transaction date, transaction amount, transaction code and transaction description. Buyer will provide example report to the Seller.

2) Supporting documentation – Seller shall provide all documentation required to support Buyer's ability to collect such advance from the Mortgagor, FHA or VA as applicable.

    a) Foreclosure and bankruptcy advances – Seller shall provide an invoice to support each advance transaction requested for reimbursement. Seller shall provide any receipts to support actual costs required by FHA or VA to claim such cost for reimbursement, such as, but not limited to, publication costs and sheriff's receipts. To the extent practicable, invoices will be delivered in a soft copy format mutually agreed to by Buyer and Seller.

    b) Property preservation advances – Seller shall provide an invoice to support each advance transaction requested for reimbursement. Any advance that exceeds the published FHA or VA guidelines must be supported by written approval from the appropriate insurer. To the extent practicable, invoices delivered in a soft copy format mutually agreed to by Buyer and Seller.

**15 Days Prior** 26. Seller shall pay all outstanding invoices by October 15, 2007. Any invoice due after that date will be sorted in Loan number order and sent to Buyer under separate cover with information detailing Loan number, payee and amount due. If invoices are received after 10/15/07 requiring payment, they will be forwarded to Buyer under separate cover. Any invoice determined by Buyer to not be claimable with insurer will not be paid and shall be forwarded back to the Seller within 30 days of receipt by Buyer.

**1 Day After** 27. Seller shall deliver to Buyer, via soft or hard copy, property inspection results for all inspections completed during the month immediately preceding the Transfer Date. From the Transfer Date through the date Buyer receives such information, Seller shall promptly provide to Buyer copies of on-line collection activities on an as needed basis but in any event no later than three (3) Business Days after receipt of request. Seller shall cancel all routine preservation work that was scheduled to occur after the Transfer Date.

**15 Days Prior** 28. Seller shall file all Part A claims prior to 10/15/07. Do not file any Part A claims after 10/15/07.

**Transfer Date** 29. Seller shall provide a loan-level listing of all post-sale loans with a current status of each loan including:

Seller 's Initials _____
Buyer's Initials _____

    a.  Vacancy date
    b.  Status of eviction
    c.  Status of conveyance
    d.  Conveyance deadline
    e.  Title package date
    f.  Title approval date
    g.  Status of Part B filing

**Transfer Date**   30.  Seller shall provide a status of all field service activity and HUD approvals for work ordered but not completed.

**Transfer Date**   31.  Seller shall provide a listing of suspended claims.

**Transfer Date**   32.  Seller shall forward all FHA and VA claim funds to Buyer within 5 Business Days of receipt.

**Transfer Date**   33.  Seller shall provide a listing of REO loans.

Seller 's Initials _____
Buyer's Initials _____

## Loss Mitigation

**Deadline to Transfer**

**1 Day After Transfer**

34. Seller shall deliver to Buyer all Loss Mitigation files including Loans currently in Loss Mitigation or Loans that have been in Loss Mitigation in the past. Loss Mitigation includes, but is not limited to, Special Forbearance plans, Formal Forbearance plans, Loan modifications, Partial Claims, Short Sales, Compromise Sales, Pre-foreclosure Sales, and Deed-in-Lieu. Such reports are acceptable to Buyer when generated from either LSAM's or DRI.

a) Seller shall deliver Reports to Buyer with the following information

1) ACTIVE LOANS – Provide a report in Excel or Access format detailing every Loan that is active in Loss Mitigation on the Transfer Date. This includes Loans currently on active forbearance plans, Loans that have applied for Loss Mitigation but no decision has been made, and files that have been approved for Loss Mitigation but the processing has not been completed. The report shall include Loan number, due date, Loan type, plan type, date plan executed, date incentive claim received from HUD (if applicable), current status of plan and box number. (PCI to provide)

2) INACTIVE LOANS – Provide a report in Excel or Access format detailing every loan that has been approved for and had a Loss Mitigation plan executed in the past or has applied for loss mitigation and been denied. The report shall include Loan number, loan type, plan type, date plan executed, date incentive claim received from HUD (if applicable), dollar amount of partial claim (if applicable), denial date, denial reason (if available) and box number. Loan with multiple plans should have multiple entries.

b) Seller shall deliver Loss Mitigation files to Buyer organized by status:

1) ACTIVE LOANS – Seller shall deliver to Buyer, files for all Loans that have applied for, are currently being considered for, or are on an active Loss Mitigation plan. This includes Loans currently on an active forbearance plan, Loans that have applied for Loss Mitigation, but no decision has been made, and files that have been approved for Loss Mitigation, but the processing has not been completed

The files shall include:

10

Seller 's Initials _____
Buyer's Initials _____

   a. Copies of written correspondence with the Mortgagor regarding Loss Mitigation
   b. Documentation to support any plan decision, including, but not limited to, Income Verification, Credit Bureau Report, Cash Flow Analysis, HUD Checklists, Internal Checklists, Plan Documents, Claim Forms, Signed Plan Documents, and Title Search.
   c. An electronic copy of all on-line collection activities and notes.
   d. Documentation to support extensions of time (automatic extensions, HUD-approved extensions, VA Hold Request, and VA Interest Cut).
   e. Any documentation required by the Insurer or Investor.

The files shall be boxed separately and the corresponding box number added to the "Active Loans" report, as requested above.

2) INACTIVE LOANS – Seller shall deliver to Buyer, files for all Loans that have been approved for Loss Mitigation and a Loss Mitigation plan has been executed, but the plan is no longer active. The files shall include all documentation to support the plan decision, signed copies of all plan documents, copies of recorded Partial Claim or Modification documents and any other working documentation used during the completion of the Loss Mitigation process, to the extent the above information is available.

The files shall include the following information, if available.

   a. Copies of written correspondence with the Mortgagor regarding Loss Mitigation
   b. documentation to support any plan decision, including, but not limited to, Income Verification, Credit Bureau Report, Cash Flow Analysis, HUD Checklists, Internal Checklists, Plan Documents, Claim Forms, Signed Plan Documents, and Title Search.
   c. paper copy of all on-line collection activities and notes.
   d. documentation to support extensions of time (automatic extensions, HUD-approved extensions, VA Hold Request, and VA Interest Cut).
   e. any documentation required by the Insurer or Investor.

The files shall be boxed separately and the corresponding box number added to the "Inactive Loans" report, as requested above.

All Loss Mitigation files shall be delivered to:

**Midland Mortgage Co.**

11

Seller 's Initials _____
Buyer's Initials _____

**999 N.W. Grand Boulevard**
**Oklahoma City, OK  73118**
**Attn:  Thad Burr**

**One Month**
**Prior**

35.  Seller shall deliver to Buyer a list of Loans on formal or informal forbearance plans including; the contractual due date, the payment plan due date, and whether the Mortgagor is current on the plan.

**Transfer Date**

36.  Seller shall deliver a list of all Loans on formal or informal forbearance plans as identifiable through on-line collection activity (provided in CD format), and a screen print of the forbearance plan maintained on the system.  From the Transfer Date through the date Buyer receives such screen prints, Seller shall deliver to Buyer copies of on-line collection activities on an as needed basis within two (2) Business Days of request.  Such files shall be delivered to:

**Midland Mortgage Co.**
**999 N.W. Grand Boulevard**
**Oklahoma City, OK  73118**
**Attn:  Thad Burr**

12

Seller 's Initials _____
Buyer's Initials _____

## Customer Service

**Deadline to Transfer**

**15 Days Prior**   37. A draft of Seller's "Goodbye Letter" and Buyer's "Welcome Letter" otherwise known as a "Joint Letter" shall be delivered to Seller and Buyer, respectively.  The drafting party shall receive from the reviewing party recommended changes to the letter no later than five (5) Business Days after receipt of the draft.

**11/15/07**   38. Seller shall complete mailing of all "Joint Letters."  The letter form will be agreed upon by Seller and Buyer as described above.

**5 Days After**   39. Seller shall deliver to Buyer a hard copy listing and an electronic listing (excel document) of incomplete written and verbal customer requests along with the original incomplete written requests, as applicable.  The electronic listing shall include the Seller's Loan number, customer name, nature of the issue, status of the resolution, whether or not an acknowledgement letter has been sent, and the dates that the written inquiry will be out of compliance based on the 20-day and 60-day RESPA guidelines.

**5 Days After**   40. Seller shall deliver to Buyer a hard copy listing and an electronic listing (Excel document) of Loans involved in non-default litigation.  The electronic listing shall include the Seller's Loan number, customer name, nature of the issue, and status of the litigation/research.

**5 Days After**   41. Seller shall deliver to Buyer a hard copy listing and an electronic listing (excel document) of all pending (incomplete) partial releases, name changes and the related files associated with the work in progress.  The electronic listing shall include the Seller's Loan number, customer name, and status of the release.

**5 Days After**   42. Seller shall deliver to Buyer an electronic listing (excel document) of Loans that are currently in the process of completing a qualified or non-qualified assumption and the related files associated with the work in progress.  The electronic listing shall include the Seller's Loan number, customer name, and status of the assumption.

**10 Days After**   43. Seller shall provide to Buyer a computer tape, microfiche or CD(s) containing Seller's copies of the last escrow account analyses for each Loan.  An electronic spreadsheet (Excel or CSV document) containing index information will be provided that lists the Loan number, document type, and the related file name.  If the total size is less than 3 GB, the data can be

13

Seller 's Initials _____
Buyer's Initials _____

provided on no more than 5 CD's; otherwise the data will be provided on a DLT backup tape using standard NT backup format.

**15 Days Prior**    44. Seller shall provide a sample file containing at least 10 Loan numbers, with two (2) most recent escrow account analysis, for testing purposes.

**Ongoing**    45. After the Transfer Date, Seller will provide to Buyer copies of previous escrow analysis as requested by Buyer on a case by case basis, within five (5) Business Days of receipt of request, or sooner if required by governing regulations.

**10 Days After**    46. Seller shall deliver to Buyer a computer tape, microfiche or CDs containing Loan account histories for the twenty-four (24) months preceding the Transfer Date. The files must be either a Word, PDF file or a TIFF group 4 file. An electronic spreadsheet (Excel document) containing index information will be provided that lists the Loan number, document type, and the related file name. If the total size is less than 3GB, the data can be provided on no more than 5 CDs; otherwise, the data will be provided on a DLT backup tape using standard NT backup format.

**15 Days Prior**    47. Seller shall provide a sample file of at least 10 Loan numbers, containing history for the twenty-four (24) month preceding the Transfer Date, for

**Ongoing**    48. After the Transfer Date, Seller shall provide to Buyer copies of Loan payment histories, as requested by Buyer on a case by case basis, but in any event no later than five (5) Business Days after receipt of written request from Buyer.

**Ongoing**    49. Seller shall use Buyers address for a return address on the "Goodbye Letter" envelopes sent to Mortgagor. If Seller is unable to use Buyer's address for the envelope return address then Seller shall forward to Buyer an electronic (Excel document) list of Loan numbers of Goodbye Letters returned in the mail. Seller shall send the actual letters and envelopes and label the list and package to the attention of Customer Service.

**Ongoing**    50. Seller shall forward to Buyer on a daily basis after the Transfer Date a hard copy listing and an electronic listing of all written customer requests received subsequent to the Transfer Date along with the original written requests. Label these items to the attention of Customer Service.

**Ongoing**    51. Seller shall deliver to Buyer copies of all screen prints of servicing notes and/or microfiche of servicing notes as requested by Buyer on a case by case basis, but in any event no later than five (5) Business Days after receipt of written request from Buyer.

Seller 's Initials _____
Buyer's Initials _____

**10 Days After**   52.   Seller shall deliver to Buyer either the field names on the service release tape that contains the Mortgagors E-mail address or an electronic Excel spreadsheet, listing the email addresses of Mortgagors for any loans for which Seller has the email address. The file shall include the loan number, Mortgagor name, and email address. (PCI to provide)

Seller 's Initials _____
Buyer's Initials _____

**Escrow Administration**

<table>
<tr><td><b>Deadline to<br>Transfer</b></td><td></td></tr>
<tr><td><b>10/12/07</b></td><td>53. Seller shall deliver to Buyer LSAM equivalents to the CPI screen prints of the MAS1 screens and P190 screens showing the following information as of 10/11/07 for twenty-five (25) Loans selected by Buyer.</td></tr>
</table>

<div style="margin-left:2em">

Loan

Mortgagor

Property and mailing address

Collection notes

Hazard, Tax, Escrow Analysis, MIP optional insurance screens

Bi-Saver ACH, Government Subsidy,

Personal and Property Data screen,

Histories

</div>

Buyer will deliver a list of such Loans to Seller. Seller will prepare additional screen prints and histories on a case-by-case basis as reasonably requested by Buyer.

**10/20/07**    54. Seller shall deliver to Buyer a loan level listing, which is provided on the data file, ) of all pending payment changes, including but not limited to, escrow payment changes, P&I payment changes, and optional insurance payment changes. The list will include the Seller's loan number, the current payment amount and payment type (escrow, P&I, etc.), the pending payment amount and type, the effective date of the payment change, and the due date of the loan.

**10/12/07**    55. Seller shall deliver to Buyer an electronic listing (Excel document) of all Loans which paid in full between **9/26/07** and **10/12/07**. These Loans may be excluded from the Welcome Packet, joint mailing. Such date of 10/12/07 can be modified to a later date as mutually agreed upon between Seller and Buyer.

**Transfer Date**    56. Seller shall deliver to ZC Sterling (ZC) a tape, as of the Transfer Date, containing the Loans scheduled to transfer to Buyer, along with the associated Loan numbers of Seller. In addition, the data fields provided to Buyer will be adequate so that Buyer can use the data fields, and tape to order life-of-loan, fully transferable tax service contracts with First American Real Estate Tax Service, Inc. ("FARETS").

Seller 's Initials _____
Buyer's Initials _____

**15 Days Prior**    57. If different from the questionnaire information provided at due diligence, deliver to Buyer the Seller's HUD Lender ID number and the Seller's name and address for the HUD 92080 file.

**Transfer Date**    58. Seller shall submit the 92080 transfer of servicer and transfer of holder to HUD to change the Servicer and Holder fields to Midland Mortgage (ID 39276).

**Transfer Date**    59.    Seller will provide Buyer with a detailed report identifying all outstanding HUD audit and billing exceptions, and will work with Buyer to provide any supplemental information that is needed with regard to terminated cases, unendorsed cases, premium end date corrections, unapplied funds balances, and HUD no pay transfers.   Seller will execute or cause to transfer to Buyer all Servicer and Holder of Record changes.

**15 Days Prior**    60. Seller shall deliver an electronic listing (Excel document) of all Loans in Maryland, their tax payment frequency, next disbursement date, anticipated tax amount for each disbursement and occupancy code. (PCI to provide).

**15 Days Prior**    61. Seller shall deliver to Buyer a listing (Excel document) of all Loans with active and pending optional/credit insurance policies sorted by insurance carrier. This list should total the premium amount and number of Loans per carrier and within carrier, each product type and commission rate, if available.  This report shall contain information only for the Loans in the portfolio being reviewed.

**Transfer Date**    62. Seller shall deliver to Buyer a listing (Excel document) of all Loans identified for non-solicitation of optional products.

**15 days Prior**    63. Seller shall notify all optional product vendors of pending transfer to Buyer. Notice will include both the Loan number for Buyer and Seller.

**15 Days Prior**    64. Seller shall deliver to Buyer a listing (Excel document) of the allowable escrow cushion amounts being used in this portfolio. This list shall define how the allowable cushion was determined (state statute, document type, or other).

**15 Days Prior**    65. Seller shall deliver to Buyer a Loan level listing (Excel document) of all Escrow disbursements that were scheduled to be paid in September that were not paid.  The list will include Seller's loan number, type of disbursement (tax, hazard, flood, MI, etc.), the original due date, the payee, and the current amount due (including any penalties, interest, etc).

Seller 's Initials _____
Buyer's Initials _____

**15 Days Prior**   66.   Seller shall deliver to Buyer a Loan level listing (Excel document) of all checks previously issued for payment of Escrow items that have been returned and remain unpaid. This list will include Seller's loan number(s), type of disbursement, amount of original check issued, date of original check, payee, any penalties or interest due, and status of unpaid items.

**Transfer Date**   67.   Seller shall deliver to Buyer a Loan level listing (Excel document) of all pending tax sales as of Transfer Date and research files and/or information for each item.

**Transfer Date**   68.   Seller shall deliver to Buyer the master file field name or an electronic listing (Excel document) of all Loans with escrow shortages spread greater than 12 months. This list will contain Seller s' Loan number, total escrow shortage at the time of analysis, shortage spread start date, number of months shortage is spread, screen prints and notes, most recent analysis when not available on the system, and shortage spread end date.

**Transfer Date**   69.   Seller shall deliver to Buyer the master file field name or an electronic Loan level listing (Excel document) of the number of month's escrow cushion held for each Loan (e.g., 0 months, 1 month, 2 months, not dollar amounts).

**Transfer Date**   70.   Seller shall deliver to Buyer an electronic listing (Excel document) of all Loans with mortgage insurance refunds due from HUD. This list will contain Seller's Loan number, FHA case number, amount due from HUD, premium months remitted or applied in error, and reason for refund.

**Transfer Date**   71.   Seller shall cancel lender placed **hazard and flood** insurance coverage effective on the Transfer Date, and will forward all refunds due Mortgagors to Buyer within 2 business days of Seller's receipt of the refunds. Buyer will initiate lender placed hazard and flood insurance coverage through its vendor on the same day. Seller will provide an electronic listing (Excel document) of all Loans receiving a refund for lender-placed hazard or flood insurance including the Buyer Loan number, Mortgagor name, and refund amount for each Loan.

**5 Days After**   72.   Seller shall deliver to Buyer a Loan level listing (Excel document) of all loans without active HUD mortgage insurance. This list will include Seller's loan number, current FHA case status as reflected on FHAC (i.e., Non-claim termination, Prepayment, NOR, etc.), and action required to obtain and/or reinstate FHA insurance.

Seller 's Initials _____
Buyer's Initials _____

**5 Days After**  73. Seller shall deliver to Buyer a Loan level listing (Excel document) of all Escrow disbursements that were scheduled to be paid in September and October that were not paid. The list will include Seller's loan number, type of disbursement (tax, hazard, flood, MI, etc.), the original due date, the payee, and the current amount due (including any penalties, interest, etc).

**5 Days After**  74. Seller shall deliver to Buyer a Loan level listing (Excel document) of all checks previously issued for payment of Escrow items that have been returned and remain unpaid. This list will include Seller's loan number(s), type of disbursement, amount of original check issued, date of original check, payee, any penalties or interest due, and status of unpaid items.

**10 Days After**  75. Seller shall deliver to Buyer an electronic listing (Excel document), of all loans with lender placed insurance that have had the policy upgraded per the borrower's request.

**Transfer Date**  76. Seller shall notify the Flood Mapping Agent for all life of Loan flood contracts of the servicing transfer to Buyer and will transfer flood contract to Buyer. Seller will furnish Buyer a listing (Excel document) of the affected Loans This list will include Seller's loan number and Flood Mapping Agent.

**Transfer Date**  77. Seller shall deliver to Buyer a listing (Excel document) of all Loans with optional/credit insurance pending claims and the Associate working the files.

**15 Days Prior**  78. Seller shall deliver to Buyer a listing (Excel document) of all loans with a listing (Excel document) of all loans with active and pending optional/credit insurance policies sorted by insurance carrier. This list should total the premium amount and number of Loans per carrier and within carrier, each product type and commission rate, if any. This report shall contain information only for the Loans in the portfolio being reviewed.

**Transfer Date**  79. Seller as approved by GNMA, shall: Pay all insurance due between 1 and 30 days after the Transfer Date; pay all invoices received for insurance up to 30 days in advance of the Transfer Date; forward all invoices received but not paid to Buyer; pay all invoices for taxes due between 1 and 30 days after the Transfer Date and all taxes that are reported to Seller by the tax service prior to the Transfer Date. If all taxes reported to Seller prior to the Transfer Date are not paid, Seller will provide an electronic listing (Excel document) of any taxes reported prior to the Transfer Date but not paid. This electronic listing will be provided by 5 days after the Transfer Date and will include Seller 's

Seller 's Initials _____
Buyer's Initials _____

Loan number, parcel number(s), tax payee(s), tax amount(s) reported, and tax due date(s).

**10 Days After** 80. Pursuant to **Paragraph 6.11** of the Agreement, Buyer shall prepare a list of all tax lines that will be billed within 60 days after Transfer Date but are not paid and will not be reported **to Buyer by** a tax service. Seller shall use this list to obtain the tax bills that have not been received by either Buyer or Seller. Seller shall forward all tax bills obtained to Buyer within 1 Business Days of receipt by Seller.  Seller will notify Buyer via e-mail to, **Leigh.Leary@midfirst.com** and **Casey.Schilling@midfirst.com** on the day any tax bills are being sent to Buyer.  This notification will include the Seller's Loan number and each tax bill being sent.

**Transfer Date** 81. Pursuant to **Paragraph 8.10**, Seller shall calculate the amount of all interest owed by Seller to the Mortgagor(s) for the Escrow Deposits and deposit such funds into the Custodial Accounts prior to the Transfer Date. Provide an electronic Loan level listing (Excel document) of interest deposited for each Loan, including Seller's and Buyer's Loan numbers and the amount of interest deposited by Loan.

**Transfer Date** 82. For FHA mortgage insurance under HUD Section 530 or with Risk Based Mortgage Insurance premiums, and as approved by GNMA, Seller will disburse to FHA all **October** premiums due by **November 10, 2007**.  Buyer will disburse the **November** premiums due by **December 10, 2007**.  Seller will provide Loan level detail, in an excel spreadsheet, of the **October** premiums to be paid by Seller by **November 10**.  In the event such mortgage insurance disbursement creates an escrow advance by Seller, Seller shall send an invoice or Excel document to Buyer for the amount of such escrow advances along with all reasonable supporting documents.  Buyer shall reimburse such advances within (5) business days of receipt of such information.

**5 Days After** 83. Seller shall deliver to Buyer pending insurance loss draft files with individual status reports detailing the history of the loss which includes disbursements, inspections, and contact with Mortgagor and also includes the amount of loss draft funds held by Seller with respect to each Loan.

**3 Days Prior** 84. Seller shall Prepare and mail hazard and or flood insurance mortgage clause endorsement change notices in accordance with **Paragraph 8.8** of the Purchase Agreement.  The mortgage clause should be:  Midland Mortgage Co., its Successors and/or Assigns, **P.O. Box 24814, Jacksonville, FL 32241-4814**. Seller will provide Buyer with evidence of the compliance with this transfer instruction item as mutually agreed upon by Buyer and Seller (soft copy if possible).  In the event Seller is unable to add the Buyer Loan

Seller 's Initials _____
Buyer's Initials _____

number to the notices, Buyer will prepare and mail the notices and bill the Seller for postage, supplies and other processing costs.

**10 Days After**    85. For those Loans scheduled to analyze the month preceding the Transfer Date (October 2007), Seller shall provide a list (Excel document) of all loans analyzed in October that includes Seller's loan number, date analyzed, effective date of analysis, and reason for analysis (analyzed in accordance with state schedule, delinquent tax paid, LPI placed, etc.).

**10 Days After**    86. Seller shall resolve all past due or delinquent tax items prior to the Transfer Date. For any remaining, unresolved tax items, Seller shall deliver to Buyer an electronic listing (Excel document) of all outstanding and past due tax items. This listing will reflect any taxes due as of the Transfer Date and prior and any taxes reported by the tax service but not paid prior to Transfer Date and the corresponding original bills. The listing will contain Seller 's Loan number, parcel number(s), state, tax payee(s), tax amount report (if applicable) and tax due date.

**10 days after**    87. Seller shall provide Loan level listing (Excel document) of MIP and RBP premiums withheld for final month's premium payment made to FHA by Seller. Buyer will use this report to assist in balancing the custodial account balances at the time of settlement.

**10 days after**    88. Seller shall deliver to Buyer a payee and escrow type cross-reference listing (Excel document). This information will assist Buyer in indentifying Homeowner Association Dues, escrow, and payee items paid by Seller.

**Ongoing**    89. Within five (5) Business Days of receipt, Seller shall deliver to Buyer information related to the Loans hazard and flood insurance, including without limitation, all insurance renewals, cancellation notices, reinstatement notices, additional premium notices, and notifications from insurance carriers of payments, which is received by Seller after the Transfer Date.

**Ongoing**    90. Within five (5) Business Days of receipt, Seller shall deliver to Buyer all information related to Loans real estate taxes, including without limitation, unpaid tax bills, notice of tax sales, delinquent tax bills, and notices of tax payments on incorrect parcel numbers, which is received by Seller after the Transfer Date.

**1/31/08**    91. Seller shall prepare and send all annual statements of taxes paid, interest received and interest paid on escrows to the Mortgagors in accordance with **Paragraph 8.9** of the Agreement. Seller will deliver a copy of such statements within five (5) Business Days of a written request.

21

Seller 's Initials _____
Buyer's Initials _____

| **Deadline to Transfer** | | **Servicing Files** |
|---|---|---|

**5 Days After**   92.   Pursuant to **Paragraph 4.2.10**, Seller shall deliver to Buyer at the address described below, all servicing/credit Files labeled with Seller's Loan number. Such servicing/credit files shall be boxed in Seller Loan number order, lowest to highest, with the contents identified on the top of each box. Each box shall be appropriately numbered in sequence (i.e., 1 of 50). A hard copy and an electronic master listing (Excel document) shall also accompany the files, which references the box number to the Loan level contents. Fiche files shall be boxed separately in a consistent fashion with a similar master listing. A servicing file/fiche shall include, without limitation, the origination file, completed assumption packets, and completed partial release information. Image documents shall be delivered in a group 4 TIFF file format via a in an encrypted CD. Tapes shall be indexed by each Loan and readable by Buyer. Seller will reasonably assist Buyer in reading and converting such files.

<div align="center">

**ATTN:  Dennis Karr**
**(405) 717-2580**
**Dennis.Karr@MidFirst.com**
**MidFirst Bank**
**400 N. Ann Arbor**
**Oklahoma City, OK   73107**

</div>

**30 Days Prior**   93.   Seller shall send a test file of 50 loans via CD, including indexing and document mapping, to Buyer for review and approval.

**5 Days After**   94.   Seller shall deliver to Buyer, Attention Dennis Karr, a hard copy listing and an electronic listing (Excel document) of all servicing files not delivered to Buyer.  The electronic listing shall include the Seller's Loan number, customer name, and a status on obtaining the servicing file.

**Monthly post Transfer Date**   95.   Deliver to Buyers, Attention Dennis Karr, subsequent files, as available to Seller for any trailing documents not previously sent to Buyer.  Subsequent hard copy documentation will be sent to Buyer with an Excel list of each loan document included.

**5 Days After**   96.   Seller shall deliver to Buyer at the address described below, all other files and other information related to the Loans.  Including without limitation, active

Seller 's Initials _____
Buyer's Initials _____

and inactive government assistance files, active Bi-weekly files, pending qualified or non-qualified assumption files, pending partial release files, incomplete loss draft files, farm Loans, and any unresolved customer service correspondence. This information shall be identified and boxed separately from the servicing files. Each box shall be numbered in sequence (i.e., 1 of 10). The contents shall be identified on the top of each box. A hard copy listing and an electronic listing (Excel document) shall also accompany the files. The listing shall identify the box number and describe the box contents, including the Loan number, customer name, description of the type of pending item (i.e., pending partial release, pending qualified assumption, etc.). This listing shall also include a status on each item and Loan number.

**Stormi McDow**
**MidFirst Bank**
**999 NW Grand Blvd**
**Oklahoma City, OK 73118**

**5 Days After**    97.    Seller shall deliver imaged servicing files via an encrypted CD to Janet Bell at the Three Grand Operation Center. Data shall be indexed by each loan number and readable by Buyer. Seller shall reasonably assist Buyer in reading and converting such files.

| Deadline To Transfer | | Custodial Files/Documentation |
|---|---|---|

**Both Seller and Buyer will work together in resolving any outstanding issues relating to the preparation and delivery of the custodian files.**

**2 Days Prior**  98. **For Non-MERS Loans**, identification of the assignment vendor to be utilized, if applicable, and a formal timeline signed and agreed-upon by Seller and the assignment vendor. Prior to Seller signing an agreement with the assignment vendor, Buyer and Seller will mutually agree on the vendor. Each assignment printed shall incorporate a printed bar code identifying the Buyer Loan number. Each assignment printed shall reference to Buyer address as follows:

**MidFirst Bank, a federally chartered savings association**
**999 N.W. Grand Boulevard, Suite 100,**
**Oklahoma City, OK 73118.**

**Transfer Date**  99. **For Non-MERS Loans**, a sample of fifty (50) assignments selected by Buyer and prepared by the vendor, shall be delivered to Buyer along with copies of the Mortgages for each of the fifty (50) assignments. Buyer will respond with any exceptions noted within five (5) Business Days. A material exception rate shall be corrected prior to delivery of the sale assignments to the respective counties for recordation. If any exceptions are identified by Midland, Seller agrees to cooperate with Midland to reach an acceptable solution to ensure the assignments have been properly prepared. The solution may include sampling additional assignments for review, replacement of incorrect assignments with proper assignments, or other possible resolutions.

**5 Days After**  100. **For Non-MERS Loans, pursuant to Paragraph 8.19** of the Agreement, Seller will deliver an electronic listing (Excel document) to Buyer, identifying all Non-MERS Loan which as of the Transfer Date, are (i) ninety (90) days or more past due under the terms of the Mortgage Note, (ii) in Bankruptcy and ninety (90) days or more past due under the terms of the Mortgage Note, (iii) in Foreclosure or (iv) in Litigation at the time of transfer.

**5 Days After**  101. **For Non-MERS Loans, pursuant to Paragraph 8.19** of the Agreement, Seller will deliver to Buyer, for all Loans which as of the Transfer Date, are (i) ninety (90) days or more past due under the terms of the Mortgage note, (ii) In Bankruptcy and ninety (90) days or more past due under the terms of the Mortgage Note, (iii) In Foreclosure or (iv) In Litigation, a complete but unrecorded assignment from Seller to Buyer accompanied by a check made payable to the county for payment of all costs and fees necessary to record such assignments.

Seller's Initials _____
Buyer's Initials _____

**10 Days After**    102. **For Non-MERS Loans**, Seller and Buyer will complete a Loan level reconciliation between the transfer tape and the assignment vendor database to ensure assignments are sent for recording on only those Non-MERS Loans that the servicing transferred to Buyer. The reconciliation needs to be signed off on by the Seller, assignment vendor, and Buyer.

**10 Days After**    103. **For Non-MERS Loans**, pursuant to **Paragraph 8.20** of the Agreement, Seller will have forwarded to the appropriate recording office, for all Loans which as of the Transfer Date, are **not** (i) ninety (90) day or more past due under the terms of the Mortgage Note, (ii) In Bankruptcy and ninety (90) days or more past due under the terms of the Mortgage Note, (iii) In Foreclosure or (iv) In Litigation, the assignment from the Seller to Buyer for each such Loan. Each assignment printed shall incorporate a printed bar code identifying the Buyer Loan number.

**Ongoing**    104. **For Non-MERS Loans**, provide On-line internet or equivalent access to assignment vendor data (including a weekly electronic report) identifying the Loan level status of each assignment along with the recording information when it becomes available to the vendor. This access must include date sent to county, reason not sent to county, county turnaround time, check number, date check cashed, date received from county, recording information, and date sent to Buyer. In addition, if an assignment is at the county in excess of the county turnaround time, Buyer will require the assignment vendor to perform weekly follow up with the county until the assignment is received. This follow up process needs to be documented within the access given to Buyer.

**10 Days Prior**    105. **For MERS Loans**, Seller shall provide to Buyer an electronic report (excel document) of all MERS Loans. This report shall include the Seller Loan Number, the Min numbers, Servicer name, Investor name, and QC Flag Status identified in the MERS system for all Loans assigned to MERS.

**5 Days After Transfer Date**    106. **For MERS Loans**, pursuant to **Paragraph 8.22** of the Agreement, Seller will cause MERS to transfer ownership of all such Loans under the MERS System from Seller to Buyer. Seller will provide Buyer all information required to be retained by MERS including but not limited to MIN number and recording information in an electronic spreadsheet format (Excel document). Buyer's Orig ID Number is 1002192.

**5 Days After Transfer Date**    107. **For MERS Loans**, Seller shall update all missing or incorrect information needed to set the MERS QC flag to "Yes" and complete the update within the MERS system before the Transfer Date.

Seller 's Initials _____
Buyer's Initials _____

**Transfer Date** 108. Seller or Custodian shall deliver to Buyer, an electronic version of the GNMA Profile Report identifying the pool certification status per GNMA. A GNMA Profile Report will be required every 30 days thereafter, until the GNMA Transfer Date is completed for all subject pools.

**Transfer Date** 109. Seller or Custodian shall deliver originals or copies of written releases (GNMA form 11708) for all active or inactive Loans related to this transfer from Seller's custodian should be in the Master Pool files, if applicable. If electronic release forms are maintained, Buyer will require an electronic report (excel document) for all active or inactive Loans related to this transfer. The electronic information shall be in the format that is acceptable to GNMA.

**Transfer Date** 110. Pursuant to **Paragraph 4.2.10,** All Master pool files and certified custodial files (i.e., note, mortgage, title policy, interim assignments, and MIC/LGC) shall be sent to our custodian at the following address:

<div align="center">

**Jeri Bassett**
**Jeri.bassett@midfirst.com**
**(405) 426-1602**
**MidFirst Bank**
**2730 N. Portland**
**Oklahoma City, OK 73107**

</div>

Seller or Custodian shall label each custodial file with Seller's Loan number. The master pool files and custodial files shall be boxed in pool number order then in Seller's Loan number order, lowest to highest, with the contents identified on the top of each box. Each box shall be appropriately numbered in sequence (i.e., 1 of 50). A hard copy and an electronic master listing (Excel document) shall also accompany the files that reference the box number to the pool and Loan level contents.

**Transfer Date** 111. If an original custodial file is not provided as outlined above, a signed trust receipt, in the form of **Exhibit "D"** to the agreement, shall be required; to be provided by Seller or Custodian, along with copies of the released documents. These files shall be identified and boxed separately from the custodial files. Each box shall be numbered in sequence (i.e., 1 of 10). The contents shall be identified on the top of each box. A hard copy and an electronic listing (Excel document) shall also accompany the files, which reference the box number pool and Loan level contents. These files shall also be sent to the attention of **Jeri Bassett**.

Seller 's Initials _____
Buyer's Initials _____

**Transfer Date**   112. Seller or Custodian shall deliver to Buyer, attention **Jeri Bassett**, a hard copy listing and an electronic listing (Excel document) of all Loans that either the original custodial file or trust receipt, **Exhibit "D"**, was not delivered to Buyer. The electronic listing shall include the pool number, Seller's Loan number, customer name, and a status on obtaining the custodial file.

**As Requested**   113. Buyer will have the option of conducting an on-site visit, to each external custodian, to monitor procedures and conduct a quality control audit of the custodian boxing the custodial files. Seller is required to provide Buyer with a 2 week advance notice of when the process will begin. Buyer will give the Seller a 1 week notice prior to conducting it's visit.

**Transfer Date**   114. Seller shall provide copies of legal evidence of corporate mergers and name changes (not previously provided) for which assignments and endorsements were not completed in the chain of title.

**Transfer Date**   115. An electronic listing (Excel document) of Loans associated with a GNMA documentation waiver. The electronic listing shall include a Seller Loan number and a cross-reference to any existing documentation waivers.

**Transfer Date**   116. Blanket assignments shall be copied and included in each Loan's custodial file related to such blanket assignment in accordance with GNMA Requirements.

**Monthly**   117. Seller shall require each external Custodian to provide a monthly electronic Liquidation and Non-liquidation Release Register (excel document) for active Loans in this portfolio. The report needs to include the pool number, Seller Loan number, document description, release date, and release reason. The Seller will provide an updated report every month until the GNMA Transfer occurs.

**Transfer Date**   118. Seller shall provide Buyer with a Corporate Resolution to sign assignments, note endorsements, and/or satisfaction of mortgages on behalf of the seller.

**Monthly**   119. Seller shall require each external custodian to provide an electronic report (excel document) of all documentation defects. This report shall include the pool number, Seller Loan number, document description, defect description, timeframe for curing the defect, and an on going status update. The Seller will provide an updated report every month until the GNMA Transfer occurs.

**Ongoing**   120. Electronic transmittals (spreadsheet) along with all documents presented for curing documentation defects known or otherwise identified by Buyer. The electronic transmittal needs to include the pool number, Buyer Loan number,

Seller 's Initials _____
Buyer's Initials _____

Seller Loan number, document name, and document type (i.e. original, copy, original recorded, etc.). These documents need to be mailed to:

**MidFirst Bank**
**Mail Processing**
**2730 N. Portland**
**Oklahoma City, OK 73107**

Seller 's Initials _____
Buyer's Initials _____

**Deadline to**
**Transfer**

**Investor Services/Cashiers/ACH**

**NO PAYMENTS OR DISBURSEMENTS SHALL BE PROCESSED AFTER THE TRANSFER DATE AND THE PROCESSING OF THE SERVICE RELEASE TAPES.**

**15 Calendar**
**Days Prior**

121. Pursuant to **Paragraph 7.0**, Seller will prepare GNMA transfer approval packet and forward to buyer for their review, approval, and submission to GNMA.

**10 Calendar**
**Days Prior**

122. Pursuant to **Paragraph 7.0**, Seller will prepare and send bond approval and VLB approval packets to the respective authorities.

**3 Calendar**
**Days Prior**

123. Seller shall send a loan level listing to each Third Party Vendor for the Bi-weekly program loans being serviced by each vendor respectively. The listing should designate the date of the transfer for each loan. Seller shall provide the vendor with the following address to forward payments to Buyer:

Midland Mortgage Co.
PO Box 268888
Oklahoma City, OK 73126

**10 Days prior**

124. If applicable, Seller shall have researched and corrected on their system all Loans not properly amortizing. A reasonable explanation regarding the action taken by the Seller to correct the amortization issue shall be provided to Buyer for all corrected Loans

**10 Days prior**

125. Seller shall have researched and corrected on their system all buydown Loans to ensure sufficient funds are available to complete the term of the buydown. A reasonable explanation regarding the action taken by the Seller to correct the issues shall be provided to Buyer for all corrected Loans

**Transfer Date**

126. Seller shall cease sending coupon books and/or billing statements to Mortgagors.

**Transfer Date**

127. Seller shall discontinue any ACH or Bi-weekly drafts scheduled after the Transfer Date. Any drafts scheduled to occur on the Transfer Date or later will be handled by the Buyer. All ACH or Bi-weekly drafts processed prior to the Transfer Date will be posted by Seller prior to the Transfer Date.