**EXHIBIT "B"**

Seller's Initials_____

Buyer's Initials_____

## Exhibit "B"

## ASSIGNMENT

THIS ASSIGNMENT dated this ___ day of October, 2007, by and between **MIDFIRST BANK.**,a federally chartered savings association, with its principal office being located in Oklahoma City, Oklahoma (hereinafter referred to as "Buyer"), and **AMERICAN HOME MORTGAGE SERVICING, INC.**, a Maryland corporation, with its principal office being located in Irving, Texas (hereinafter referred to as "Seller");

## W I T N E S S E T H:

WHEREAS, Seller is the GNMA issuer under servicing contracts with GNMA and Seller is the owner of the beneficial interest with respect to the servicing for certain FHA and VA Loans comprising Mortgage Pools securing certain GNMA Mortgage-Backed Securities, which Loans and their respective Mortgage Pools are more particularly described in Exhibit "A" of that certain Mortgage Servicing Purchase Agreement between Buyer and Seller dated as of June 30, 2005 (herein the "Purchase Agreement"), incorporated herein by reference; and

WHEREAS, subject to the terms of the Purchase Agreement (i) Seller desires to transfer and assign to Buyer all rights, obligations and benefits as servicer of the Loans and their respective Mortgage Pools, including all right, title and interest in the Custodial Accounts, and certain other rights and properties incidental thereto, and (ii) Buyer desires to accept and assume such rights, obligations and benefits.

NOW, THEREFORE, in consideration of the purchase price paid by Buyer to Seller in accordance with the Purchase Agreement, the receipt and adequacy of which is hereby acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

1.    _Definitions_.   Except as otherwise defined herein, all capitalized terms of this Assignment shall have the meanings ascribed to them by the Purchase Agreement.

2.    _Assignment_.   For value received, Seller hereby grants, transfers, assigns and sets over to Buyer all rights, obligations, title and interest in and to the Property described as follows:

2.1    All rights and benefits as servicer of each Mortgage Pool, including (without limitation) all rights, interests and responsibilities under the Servicing Contract for servicing each Loan and all rights to receive and retain all servicing fees, late fees, assumption fees, insurance commissions and other amounts in connection therewith;

2.2    All right, title and interest, as GNMA Servicer and Issuer, to each Loan, Mortgage, Mortgage Note, Mortgage Portfolio, Mortgage Pool, and Insurance Proceeds;

Seller's Initials____

Buyer's Initials____

2.3     All right, title and interest in all funds in the Custodial Accounts; all accrued and uncollected late fees or other amounts due and unpaid by the Mortgagor and all unreimbursed Advances with respect to each Loan and the right to collect, recover or be reimbursed for the same; and

2.4     All right, title and interest in and to the servicing/credit, foreclosure, bankruptcy and insurance files relating to each Loan and the closing and servicing thereof, all payment histories of each Loan reflecting payments received and Advances made and all other books, records, files and the contents thereof maintained by or for the servicer or GNMA with respect to the Mortgage Pool or Mortgage Portfolio.

3.     <u>Purchase Agreement</u>.  This Assignment is made in accordance with and subject to the Purchase Agreement.  In case of a conflict between the terms of this Assignment and the Purchase Agreement, the Purchase Agreement will be controlling.

4.     <u>Warranties</u>.  Seller hereby represents and warrants to Buyer, its successors and assigns that, subject to the rights of GNMA, any custodian, and the holders of GNMA Mortgage-Backed Securities, Seller is seized of the rights and Property transferred and assigned hereby, has the right to convey the same and that its title thereto is free and clear of all encumbrances whatsoever and that it will warrant and defend said title against the lawful claims of all persons whomsoever and Seller hereby renews its representations, warranties and covenants given under the Purchase Agreement to the same extent and for the same purpose as if fully set forth herein.

IN WITNESS WHEREOF, the parties hereto have caused this Assignment to be duly executed and sealed the day and year first above written.

**"BUYER"**

**MIDFIRST BANK,** a federally chartered savings association

By: _____

Scott Reed, First Vice President

**"SELLER"**

**AMERICAN HOME MORTGAGE SERVICING, INC.,** a Maryland corporation

By: _____

[NAME] [TITLE]

2