# EXHIBIT C

## UNDER SEAL