**EXHIBIT "D"**

Seller's Inititals: _____

Buyer's Initials: _____

# Exhibit "D"

## Attorney Trust Receipt

To:  Bette Garver
     Assistant Vice President
     MidFirst Bank
     999 NW Grand Boulevard, Suite 100
     Oklahoma City, OK 73118

From: _____
      _____
      _____
      _____
      _____

The undersigned attorney is in possession of the mortgage documents described below, a copy of which is attached hereto, for the reason indicated. All documents shall be held in trust by the attorney for the benefit of MidFirst Bank and the attorney's possession of such documents shall be at the will of MidFirst Bank for the purpose indicated below. The attorney shall promptly return the documents to MidFirst Bank upon its request or when the attorney's need thereof no longer exists.

Seller Loan #
FHA/VA Case Number:
Mortgagor Name:
Mortgagor Address:

| Reason for Holding Documents: | Documents Held by Attorney: | |
|---|---|---|
| Enter Reason Number: _____ | Enter Numbers & Letters: _____ | |
| 1. Foreclosure | 1. Note | |
| 2. Bankruptcy | 2. Mortgage | |
| 3. Other Reason: _____ | 3. Assignments: | _____ to _____ |
|  |  | _____ to _____ |
|  |  | _____ to _____ |
|  | 4. MIC | |
|  | 5. LGC | |
|  | 6. Title Policy | O. Original document |
|  | 7. Other: | C. Document copy |
| Authorized Signature of Attorney | Date | |
| Name: | | |
| Title: | | |