EXHIBIT "F"

## Exhibit "F"

Schedule of Loans in Litigation
As of 8/31/07

| Loan Number | Principal Balance | Paid to Date | Description of Litigation |
|---|---|---|---|
| na | | | |