IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
    Debtors.                                                    :
---------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 30, 2007 AT 10:00 A.M. (ET)

### CONTESTED MATTERS GOING FORWARD

1. Debtors' Motion for an Order (I) Terminating their Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [D.I. 493, 8/30/07]

    Objection Deadline:  September 12, 2007 at 4:00 p.m.

    Related Documents:

    a)  Order Shortening the Time for Notice [D.I. 548, 9/4/07]

    b)  Omnibus Reply to Objections to Debtors' Motion for an Order (I) Terminating Their Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [D.I. 958, 9/26/07]

    c)  Joinder of the Official Committee of Unsecured Creditors in Debtors' Omnibus Reply to Objections to Debtors' Motion for Order (I)

---

[1] The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): American Home Mortgage Holdings, Inc. (6303), American Home Mortgage Investment Corp. (3914), American Home Mortgage Acceptance, Inc. (1979), American Home Mortgage Servicing, Inc.( 7267), American Home Mortgage Corp. (1558), American Home Mortgage Ventures LLC (1407), Homegate Settlement Services, Inc. (7491), Oak Abstract Corp. (8580). The address of each of the Debtors is 538 Broadhollow Road, Melville, NY 11747 except American Home Servicing, Inc. is 4600 Regent Blvd., Suite 200, Irving, TX 75063.

[2] **Amendments appear in bold.**

> Terminating Their Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code [D.I. 1004, 9/28/07]

Objections Filed:

    d)    Letter Response from Patricia L. Shepherd [D.I. 515, 8/28/07]

    e)    Letter Response from George E. Hart [D.I. 688, 9/11/07]

    f)    Objection by Valerie Lynn Scruggs [D.I. 711, 9/12/07]

    g)    Objection of Participant Group [D.I. 712, 9/12/07]

    h)    Letter from Gail Thakarar [D.I. 731, 9/11/07]

    i)    Memorandum in Opposition by Mark R. James [D.I. 753, 9/13/07]

Status: The Debtors have reached an agreement in principle to resolve the objections identified in items (d), (e), (g), (h) and (i) above. The remainder of this matter will be going forward.

2. Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds on the Construction Loans to; and (V) Granting Related Relief [D.I. 900, 9/21/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m., extended for the U.S. Trustee to October 26, 2007 at 4:00 p.m.

Related Documents:

    a)    Notice of Filing of Exhibit D [D.I. 1010, 9/28/07]

    b)    Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Debtors' Assets Related to the Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [D.I. 1175, 10/4/07]

    c)    Notice of Auction and Sale Hearing [D.I. 1215, 10/4/07]

d) Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1410, 10/9/07]

Objections Filed:

e) Objection of Karen C. Gowins to Sale of Assets and Related Relief [D.I. 1649, 10/24/07]

Status: **This matter will be adjourned to November 14, 2007 at 10:00 a.m.**

Dated: Wilmington, Delaware
October 29, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession