# EXHIBIT B

DB02:6331211.1

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
    Debtors.                                                       :
                                                                   :   Docket Ref. No. _____
------------------------------------------------------------------ x

## ORDER APPROVING AND AUTHORIZING SETTLEMENT AGREEMENT WITH SOCIÉTÉ GÉNÉRALE, AS ADMINISTRATIVE AGENT, AND BARTON CAPITAL LLC

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] seeking the issuance of an order, pursuant to Bankruptcy Rules 4001(d) and 9019(a) and Bankruptcy Code section 105(a) approving the Settlement Agreement, a copy of which is attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. sections 157 and 1335; and it appearing that this is a core proceeding pursuant to 28 U.S.C. section 157(b); due and sufficient notice of the Motion having been given; and it appearing that the relief requested

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

in the Motion is in the best interest of the Debtors, their estates and creditors; and all objections (if any) to the requested relief having been resolved, withdrawn or overruled; and upon the record in these cases; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Agreement in the form attached hereto as Exhibit A is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019; and it is further

ORDERED, that pursuant to the terms of the Agreement, the Debtors are authorized and empowered to enter into, perform, execute and deliver all documents and take all actions necessary to implement the terms of the Agreement contemplated herein, all of which are approved; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine any and all disputes arising out of the implementation of this Order.

Dated:  Wilmington, Delaware
_____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge