IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

                                Chapter 11 Case

                                Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE, INC.,
A Delaware Corporation, et al.          Related Docket No. 1704


                Debtors.
-----------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Frederick B. Rosner, hereby certify that on this 29th day of October, 2007, I served one copy of the *Joinder of EMC Mortgage Corporation to Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal, an Unredacted Purchase Agreement By and Between the Debtors and EMC Mortgage Corporation,* upon the parties listed below by First Class Mail, postage prepaid:

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17ᵗʰ Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*(Debtors)*

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*(Counsel to the Official Committee of Unsecured Creditors)*

2

Margot Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*(Counsel to the Administrative Agent)*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801
*(Counsel to Bank of America, N.A.)*

Corinne Ball, Esquire
Erica Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*(Counsel to the Purchaser)*

Victoria Watson Counihan, Esquire
Greenberg Traurig
1007 Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel to Postpetition Lenders)*

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
*(US Trustee)*

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

2

DM3\571071.1