IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket No. 1366** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 1366

The undersigned hereby certifies that, as of the date hereof, he has received no objection or other responsive pleading to the Motion for Approval of Stipulation and Agreement Between the Debtors and Aon Consulting, Inc. and Aon Investment Consulting, Inc. Regarding Status and Services of Aon Consulting, Inc. and Aon Investment Consulting, Inc. (the "Motion") [Docket No. 1366] filed on October 8, 2007.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no objections or other responsive pleadings to the Motion have been filed. Objections to the Motion were to be filed and served no later than October 24, 2007.

Dated: October 30, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-Mail:   rwriley@duanemorris.com

*Counsel for Aon Consulting, Inc. and*
*Aon Investment Consulting, Inc.*

DM3\580039.1