# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 30, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Shenwick (telephonic) | Shenwick & Associates | Scruggs |
| Robert J. Moore (telephonic) / Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Margo Schonholtz (telephonic) | Kaye Scholer | Bank of America |
| Mark Indelicato | Hahn & Hessen | Unsecured Creditors Comm |
| Bonnie Fatell | Blank Rome | " |
| Pauline K. Morgan / Kara Coyle / Art Kuhlman | Young Conaway | Debtors |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America |
| Joseph J. McMahon, Jr. | USDOJ | UST |
| Dennis A. Meloro | Greenberg Traurig LLP | WLR Recovery Fund III, LP |
| Jim Huggett | Margolis Edelstein | Participant Group |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.