## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

                    Debtors.

----------------------------------------------------------------

:  Chapter 11 Case No.
:
:  Case No. 07-11047 (CSS)
:
:  Jointly Administered
:  **Objection Deadline:  N/A**
:  **Hearing Date:  N/A**
x

### MOTION OF DEBTORS FOR AN ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001(b) AND LOCAL RULE AND 9006-1(e) SCHEDULING PRELIMINARY HEARING TO CONSIDER EMERGENCY MOTION OF DEBTORS PURSUANT TO SECTIONS 105(a), 361, 362, 363, 364, AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(b) FOR ENTRY OF INTERIM AND FINAL STIPULATED ORDERS EXTENDING THE DEBTORS' LIMITED USE OF CASH COLLATERAL

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors in possession in the above cases (collectively, "AHM" or the "Debtors"), having filed the

Emergency Motion of Debtors Pursuant to Sections 105(a), 361, 362, 363, 364, and 552 of the

Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Stipulated Orders

Extending the Debtors' Limited Use of Cash Collateral (D.I. 1718; the "Motion"),[2] hereby move

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in the Motion.

Bankruptcy Procedure (the "Bankruptcy Rules"), 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and 11 U.S.C. § 105(a) for an order scheduling a preliminary hearing to consider the Motion such that the matter may be heard on October 31, 2007 at 10:00 a.m.(ET).

1.      Bankruptcy Rule 4001(b) provides that the debtor must give fifteen days advance notice of a final hearing concerning a motion for use of cash collateral. See Fed. R. Bankr. P. 4001(b). However, Bankruptcy Rule 4001(b) allows the court to conduct a preliminary hearing during the fifteen-day period. See id. Pursuant to Local Rule 9006-1(e), a request for a preliminary hearing must be made upon written motion specifying the exigencies supporting the requested relief. See Del. Bankr. L.R. 9006-1(e); see also Del. Bankr. L.R. 4001-2 (permitting interim relief when a "financing motion" is filed on or shortly after the petition date and requiring proof of immediate and irreparable harm, i.e., extraordinary circumstances).

2.      The Debtors submit that (i) they will suffer immediate and irreparable harm if this Scheduling Motion is not approved and (ii) there is sufficient cause to justify conducting a preliminary hearing to consider the relief requested in the Motion. Indeed, the purpose of the Motion is to maintain the value of the Serving Business while the Sale of the Servicing Business proceeds to an initial (or economic) closing.

3.      Pursuant to the Final Order, this Court authorized the Debtors to use Cash Collateral on a limited basis in accordance with the Existing Budget. However, the Existing Budget only contemplated the use of Cash Collateral through the week beginning October 29, 2007, and, pursuant to the Final Order, the right to use Cash Collateral will expire on October 31, 2007, unless extended.

2

4.      At the time this Court entered the Final Order, the Debtors anticipated they would close on a sale of the Servicing Business prior to October 31, 2007.  However, the Sale, which was just approved by this Court, is not expected to have an initial closing until sometime in November.  As a result, the Debtors need to extend the use of Cash Collateral in order to fund the Servicing Business beyond October 31, 2007 through the initial Sale closing.  After the initial closing, the Purchaser will fund all obligations associated with the Servicing Business.

5.      Obtaining the relief requested in the Motion on an expedited basis is essential to the Debtors' ability to maintain the value of the Serving Business while the Sale of the Servicing Business closes.

6.      The Debtors reached agreement on the Budget and the Interim Stipulated Order extending the use of Cash Collateral immediately prior to filing the Motion.  As discussed more fully in the Motion, the relief requested thereby is limited to the continued use of Cash Collateral on substantially the same terms previously approved by this Court in the Final Order.

7.      The Debtors propose to serve the Motion on those parties entitled to notice pursuant to Local Rule 2002-1(b) by (i) e-mail or facsimile on those parties for which the Debtors have a valid e-mail address or facsimile number, or (ii) hand or overnight delivery on all other parties.

8.      In light of the circumstances, the Debtors submit that holding a preliminary hearing on Wednesday, October 31, 2007 at 10:00 a.m. (ET), is necessary and appropriate and will not unfairly prejudice any party-in-interest.  Under the circumstances, the Debtors also propose that the Court permit parties to submit any objections to entry of the proposed Interim Stipulated Order up until the commencement of the October 31, 2007 hearing.

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form annexed as <u>Exhibit A</u>, granting the relief requested herein and such other and further relief as is just and proper.

Dated:    Wilmington, Delaware
          October 30, 2007

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          _____
                          James L. Patton, Jr. (No. 2202)
                          Joel A. Waite (No. 2925)
                          Pauline K. Morgan (No. 3650)
                          Ian S. Fredericks (No. 4626)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Attorneys for Debtors and Debtors in Possession

# EXHIBIT A

# Proposed Form of Order

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                             :    Chapter 11 Case No.
                                                                   :
AMERICAN HOME MORTGAGE                                             :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                :
                                                                   :    Jointly Administered
                                       Debtors.                    :
                                                                   :    **Ref Docket No. ____**
------------------------------------------------------------------- x

**ORDER APPROVING MOTION OF DEBTORS FOR AN ORDER PURSUANT TO
SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001(b) AND
LOCAL RULE AND 9006-1(e) SCHEDULING PRELIMINARY HEARING TO
CONSIDER EMERGENCY MOTION OF DEBTORS PURSUANT TO SECTIONS
105(a), 361, 362, 363, 364, AND 552 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 4001(b) FOR ENTRY OF INTERIM AND FINAL STIPULATED
ORDERS EXTENDING THE DEBTORS' LIMITED USE OF CASH COLLATERAL**

Upon the motion (the "Scheduling Motion")[2] of the above-captioned debtors and debtors

in possession (collectively, the "Debtors") for entry of an order pursuant to Bankruptcy Rule

4001(b), Local Rule 9006-1(e), and 11 U.S.C. § 105(a) for an order scheduling a preliminary

hearing on the Motion; and the Court finding that (a) it has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c)

notice of the Scheduling Motion was due and proper under the circumstances; and it appearing

that the relief requested in the Scheduling Motion is in the best interests of the Debtors, their

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM
Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM
Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New
York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware
limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York
corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The
address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM
Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in
the Motion to Shorten.

estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Scheduling Motion is granted in all respects; and it is further

ORDERED, that a preliminary hearing on the Motion will be held on October 31, 2007 at 10:00 a.m. (ET) and objections, if any, to the relief requested therein relating to entry of the Interim Stipulated Order may be submitted by parties in interest up until the commencement of the October 31, 2007 hearing; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.


Dated: Wilmington, Delaware
      October ___, 2007

                                     _____
                                     CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

