## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Item No. 1715** |

## ORDER GRANTING EXPEDITED MOTION TO SHORTEN NOTICE AND FOR EMERGENCY HEARING ON MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

The Court having considered the *Expedited Motion to Shorten Notice and For Emergency Hearing on the Motion Of DB Structured Products, Inc. For Limited Stay Pending Appeal* (the "Motion to Shorten");[2] the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider the Stay Pending Appeal Motion and all objections and responses thereto on *November 7, 2007* at *4:00* a./p.m. Eastern Time; and

3. All objections and responses to the Stay Pending Appeal Motion shall be filed on or before *November 5, 2007* at *4:00 p.m.* Eastern Time.

Dated: *October 30*, 2007

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

185429.1

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion to Shorten.