IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                              :
                                                                  :    Jointly Administered
        Debtors.                                                  :
----------------------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**OCTOBER 31, 2007 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.      Application for Order Approving Debtors' Retention of Epiq Bankruptcy Solutions, LLC
        as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule
        2002(f) and Local Rule 2002-1(f) [D.I. 4, 8/6/07]

        Objection Deadline:   N/A

        Objections Filed:     None

        Related Documents:

            a)      Order Approving the Debtors' Retention of Epiq Bankruptcy Solutions,
                    LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. §
                    156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 222,
                    8/17/07]

        Status: With respect to the approval of the retainer, this matter will be adjourned to
                November 14, 2007 at 10:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American
Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC,
a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491);
and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.
[2] **Amendments appear in bold.**

2.      Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and
        Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader,
        Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

        Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for Credit Suisse First
                               Boston to August 28, 2007 at 4:00 p.m., extended for the Official
                               Committee of Unsecured Creditors to August 30, 2007 at 10:00
                               a.m. and the United States Trustee to August 31, 2007 at 11:00
                               a.m.

        Objections Filed:

                a)      Objection of the United States Trustee [D.I. 511, 8/31/07]

        Status: This matter will be adjourned to November 14, 2007 at 10:00 a.m.

3.      Application for Order Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy
        Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt &
        Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 148,
        8/13/07]

        Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee
                               of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the
                               United States Trustee to August 30, 2007 at 10:00 a.m.

        Related Document:

                a)      Order Approving the Retention and Employment of Young, Conaway,
                        Stargatt & Taylor, LLP as Attorneys for the Debtors, NUNC PRO TUNC,
                        to the Petition Date [D.I. 551, 9/2/07]

        Objections Filed:      None

        Status: With respect to the approval of the retainer, this matter will be adjourned to
        November 14, 2007 at 10:00 a.m.

4.    Application of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 163, 8/14/07]

Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors and the United States Trustee to August 31, 2007 at 11:00 a.m.

Related Document:

a)    Supplemental Affidavit in Support of Debtors' Application Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 420, 8/27/07]

b)    Order Approving the Agreement With Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 606, 9/5/07]

Objections Filed:

c)    Informal Response by the United States Trustee

d)    Limited Objection of the Official Committee of Unsecured Creditors [D.I. 517, 8/31/07]

Status: With respect to the retainer, this matter will be adjourned to November 14, 2007 at 10:00 a.m.

5.    Application for an Order Authorizing the Debtors to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the United States Trustee to August 31, 2007 at 11:00 a.m.

Objections Filed:

a)    Objection by the Official Committee of Unsecured Creditors to Debtors' Proposed Retention of the Firm Kekst & Co. as Their Public Relations Advisors [D.I. 483, 8/30/07]

Status: The Objection has been resolved in principle, and the Debtors intend to present a revised form of Order at the hearing.

6.  Motion of Debtors in Possession for Order, Under 11 U.S.C. §§ 323, 1106, and 1107 and
    Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by,
    Certain Loan and Purported Repurchase Counterparties [D.I. 370, 8/24/07]

    Objection Deadline:    September 10, 2007 at 4:00 p.m., extended October 29, 2007 at
                           3:00 p.m.

    Objections Filed:      None

    Status: This matter will be adjourned by agreement of the parties to November 14, 2007
            at 10:00 a.m.

7.  Motion of Societe Generale Pursuant to Sections 365(d) of the Bankruptcy Code Seeking
    Relief from the Automatic Stay to Effectuate the Transfer of Servicing Rights and to
    Recover from the Debtors All Mortgage Loan Documents [D.I. 734, 9/13/07]

    Objection Deadline:    September 24, 2007 at 4:00 p.m., extended for the Debtors

    Objections Filed:      None

    Status: This matter has been resolved and will be adjourned by agreement of the parties,
            pending approval of the settlement.

8.  Application for Authorizing to Retain Hahn & Hessen LLP as Co-Counsel for the
    Official Committee of Unsecured Creditors [D.I. 758, 9/14/07]

    Objection Deadline:    October 10, 2007 at 4:00 p.m.

    Objections Filed:      None

    Status: This matter will be adjourned by agreement of the parties to November 14, 2007
            at 10:00 a.m.

9.  Application of the Official Committee of Unsecured Creditors of American Home
    Mortgage Holdings, Inc. et al. for an Order Authorizing the Committee to Retain and
    Employ Blank Rome LLP as its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and
    Fed. R. Bankr. P. 9014 Nunc Pro Tunc as of August 14, 2007 [D.I. 759, 9/14/07]

    Objection Deadline:    October 10, 2007 at 4:00 p.m.

    Objections Filed:      None

    Status: This matter will be adjourned by agreement of the parties to November 14, 2007
            at 10:00 a.m.

10.     Application for Authorization to Retain BDO Seidman LLP as Financial Advisors for the Official Committee of Unsecured Creditors [D.I. 966, 9/27/07]

     Objection Deadline:    October 10, 2007 at 4:00 p.m.

     Objections Filed:    None

     Status: This matter will be adjourned by agreement of the parties to November 14, 2007 at 10:00 a.m.

11.     Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9018 for an Order Authorizing the Debtors to File, Under Seal, the Purchase Prices of the Successful Bids at the Auction for the Broadhollow and Melville Loans [D.I. 1521, 10/12/07]

     Objection Deadline:    October 24, 2007 at 4:00 p.m., extended to October 26, 2007 at 4:00 p.m. for the U.S. Trustee

     Objections Filed:

         a)     Objection to Motion to File Under Seal Purchase Prices of the Successful Bids Filed by David Gebhardt

         b)     Objection of the United States Trustee to Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9018 for an Order Authorizing the Debtors to File, Under Seal, the Purchase Prices of the Successful Bids at the Auction for the Broadhollow and Melville Loans [D.I. 1683, 10/26/07]

         c)     Response of Bank of America, N.A., as Administrative Agent to Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9018 for an Order Authorizing the Debtors to File, Under Seal, the Purchase Prices of the Successful Bids at the Auction for the Broadhollow and Melville Loans [D.I. 1684, 10/26/07]

     Related Document:

         d)     Notice of Withdrawal of Motion [D.I. 1688, 10/29/07]

Status: This matter has been withdrawn.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

12.    Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and
Bankruptcy Rule 2014 Approving the Retention and Employment of Adorno & Yoss
LLP as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date and
Partial Waiver of the Information Requirement of Local Rule 2016-2 [D.I. 1325, 10/5/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 1691, 10/29/07]

b)    **Order Pursuant to 327(e) of the Bankruptcy Code and Bankruptcy
Rule 2014 Approving the Retention and Employment of Adorno &
Yoss LLP as Foreclosure Professionals for the Debtors Nunc Pro
Tunc to the Petition Date and Partial Waiver of the Information
Requirement of Local Rule 2016-2 [D.I. 1707, 10/30/07]**

Status: **An Order has been entered.**  No hearing is required.

13.    Motion of the Debtors for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local
Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the
Form and Manner of Notice Thereof [D.I. 1373, 10/8/07]

Objection Deadline:    October 18, 2007 at 4:00 p.m., extended for the Committee, Bank
of America and the U.S. Trustee to October 25, 2007 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certification of Counsel [D.I. 1687, 10/26/07]

b)    **Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-
1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving
the Form and Manner of Notice Thereof [D.I. 1708, 10/30/07]**

Status: **An Order has been entered.**  No hearing is required.

14.    Application for Order (I) Approving the Retention and Employment of Samuel I. White,
P.C. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II)
Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d)
[D.I. 1478, 10/11/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)    Certificate of No Objection [D.I. 1692, 10/29/07]

    b)    **Order (i) Approving the Retention and Employment of Samuel I. White, P.C. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d)  [D.I. 1709, 10/30/07]**

Status: **An Order has been entered.**  No hearing is required.

15.    Application for Order (I) Approving the Retention and Employment of Orlans Associates, P.C. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 1479, 10/11/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)    Certificate of No Objection [D.I. 1693, 10/29/07]

    b)    **Order (I) Approving the Retention and Employment of Orlans Associates, P.C. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 1710, 10/30/07]**

Status: **An Order has been entered.**  No hearing is required.

## UNCONTESTED MATTER GOING FORWARD

16.    Aon Consulting, Inc. and Aon Investment Consulting, Inc.'s Motion for Approval of Stipulation and Agreement Between the Debtors and Aon Consulting, Inc. and Aon Investment Consulting, Inc. Regarding Status and Services of Aon Consulting, Inc. and Aon Investment Consulting, Inc. [D.I. 1366, 10/8/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m.

                                              

Objections Filed:     None

**Related Document:**

    **a)**    **Certificate of No Objection [D.I. 1712, 10/30/07]**

Status: **A Certificate of No Objection has been filed.  No hearing is required.**

## CONTESTED MATTERS GOING FORWARD

17.    Vantage Pointe Capital, LLC's Motion for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 955, 9/26/07]

Objection Deadline:     October 5, 2007 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Objection to Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1322, 10/5/07]

    b)    Joinder of the Official Committee of Unsecured Creditors to the Objection of the Debtors to the Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1445, 10/10/07]

Related Document:

    c)    Reply to Debtors' Objection to Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1524, 10/13/07]

Status: **At the request of Vantage Pointe Capital, LLC this matter has been adjourned to November 14, 2007 at 10:00 a.m.**

18.    Motion of Fannie Mae c/o Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 257 Creekside Drive, Bolingbrook, IL 60440 [D.I. 1225 and 1226, 10/4/07]

Objection Deadline:    October 23, 2007 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Omnibus Limited Objection to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674, 10/25/07]

Status: This matter will be going forward.

19.    Motion of Countrywide for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 26529 Lido Drive, Murrieta, CA 92563 [D.I. 1227 and 1228, 10/4/07]

Objection Deadline:    October 23, 2007 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Omnibus Limited Objection to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674, 10/25/07]

Status: This matter will be going forward.

20.    Motion of Aurora Loan Services LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8559 S. Escanaba Avenue, Chicago, IL 60617 [D.I. 1229 and 1230, 10/4/07]

Objection Deadline:    October 23, 2007 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Omnibus Limited Objection to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674, 10/25/07]

Status: This matter will be going forward.

21.    Motion of Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 8204 McClelland Pl.,
       Alexandria, VA 22309 [D.I. 1231 and 1232, 10/4/07]

       Objection Deadline:    October 23, 2007 at 4:00 p.m.

       Objections Filed:

              a)     Debtors' Omnibus Limited Objection to Certain Motions for Relief from
                     Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674,
                     10/25/07]

       Status: This matter will be going forward.

22.    Motion of Lehman Brothers LBB c/o Aurora Loan Services, LLC for Relief from Stay
       Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 956
       East 231st Street, Bronx, NY 10462 [D.I. 1233 and 1234, 10/4/07]

       Objection Deadline:    October 23, 2007 at 4:00 p.m.
       Objections Filed:

              a)     Debtors' Omnibus Limited Objection to Certain Motions for Relief from
                     Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674,
                     10/25/07]

       Status: This matter will be going forward.

23.    Motion of Bank of New York, as Trustee c/o Countrywide Home Loans for Relief from
       Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located
       at 215 Madison Street, Oceanside, CA 92057 [D.I. 1235 and 1236, 10/4/07]

       Objection Deadline:    October 23, 2007 at 4:00 p.m.

       Objections Filed:

              a)     Debtors' Omnibus Limited Objection to Certain Motions for Relief from
                     Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674,
                     10/25/07]

       Status: This matter will be going forward.

24.    Motion of Bank of New York, as Trustee c/o Countrywide Home Loans for Relief from
       Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located
       at 10373 Walnut Way, Kelseyville, CA 95451 [D.I. 1237 and 1238, 10/4/07]

       Objection Deadline:    October 23, 2007 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Omnibus Limited Objection to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674, 10/25/07]

Status: This matter will be going forward.

25.    Motion of Bank of New York, as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13490 Chivers Avenue, Los Angeles, CA 91342 [D.I. 1239 and 1240, 10/4/07]

Objection Deadline:    October 23, 2007 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Omnibus Limited Objection to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674, 10/25/07]

Status: This matter will be going forward.

26.    Motion of Wells Fargo Bank, N.A. as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 29360 Gandolf Court, Murrieta, CA 92563 [D.I. 1241 and 1242, 10/4/07]

Objection Deadline:    October 23, 2007 at 4:00 p.m.

Objections Filed:
    a)    Debtors' Omnibus Limited Objection to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 1674, 10/25/07]

Status: This matter will be will be going forward.

27.    Application for an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Allen & Overy, LLP, as Special Regulatory, Securities, and Class Action Litigation Counsel Pursuant to Section 327 of the Bankruptcy Code, Nunc Pro Tunc to September 7, 2007 [D.I. 1320, 10/5/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m., extended for the Committee and U.S. Trustee to October 29, 2007 at 11:00 a.m.

    

Objections Filed:

    a)    Objection of the U.S. Trustee [D.I. 1689, 10/29/07]

Status: This matter will be going forward.

28.    Motion of Paula Rush, Pro Se,  for Disclosure Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1489, 10/12/07]

Objection Deadline:   October 24, 2007 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Objection to Motion of Paula Rush, Pro Se,  for Disclosure Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1656, 10/24/07]

    b)    Response  of the U.S. Trustee to the Motions for Disclosure 11 Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1690, 10/29/07]

Status: This matter will be going forward.

29.    Motion of Mona Dobben, Pro Se, for for Disclosure Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1490, 10/12/07]

Objection Deadline:   October 24, 2007 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Objection to Motion of Mona Dobben, Pro Se, for Disclosure Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1655, 10/24/07]

    b)    Response of the U.S. Trustee to the Motions for Disclosure 11 Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1690, 10/29/07]

Status: This matter will be going forward.

30.    Motion of Laura Beall, Pro Se, for Disclosure Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1491, 10/12/07]

Objection Deadline:    October 24, 2007 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Objection to Motion of Laura Beall, Pro Se, for Disclosure Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. §1104 [D.I. 1654, 10/24/07]

    b)    Response of the U.S. Trustee to the Motions for Disclosure 11 Under U.S.C. §363, §1106 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by Debtors and Limited Objection to Asset Purchase Agreement, Complaint for Injunction Against Sale of Mortgage Notes Fee and Clear of Liens or Liabilities and Request for Appointment

    

of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee
or Examiner Pursuant to U.S.C. §1104 [D.I. 1690, 10/29/07]

Status: This matter will be going forward.

## ADDITIONAL MATTER

31.    **Emergency Motion of Debtors Pursuant to Sections 105(a), 361, 362, 364, and 552 of
the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final
Stipulated Orders Extending the Debtors' Limited Use of Cash Collateral [D.I.
1718, 10/30/07]**

Objection Deadline:  October 31, 2007 at 10:00 a.m.

Related Document:

a)    **Motion of Debtors for an Order Pursuant to Section 105 of the
Bankruptcy Code, Bankruptcy Rule 4001(b) and Local Rule 9006-1(e)
Scheduling Preliminary Hearing to Consider Emergency Motion of
Debtors Pursuant to Sections 105(a), 361, 362, 364, and 552 of the
Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim
and Final Stipulated Orders Extending the Debtors' Limited Use of
Cash Collateral [D.I. 1719, 10/30/07]**

Status: The Debtors have requested that this matter go forward on October 31, 2007
at 10:00 a.m.

Dated: Wilmington, Delaware
       October 30, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

DB02:6245638.2

066585.1001