UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11 Case No.
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                           Debtors.                              :
                                                                 :   Ref Docket No. 1718 x 1719
---------------------------------------------------------------- x

**ORDER APPROVING MOTION OF DEBTORS FOR AN ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001(b) AND LOCAL RULE AND 9006-1(e) SCHEDULING PRELIMINARY HEARING TO CONSIDER EMERGENCY MOTION OF DEBTORS PURSUANT TO SECTIONS 105(a), 361, 362, 363, 364, AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(b) FOR ENTRY OF INTERIM AND FINAL STIPULATED ORDERS EXTENDING THE DEBTORS' LIMITED USE OF CASH COLLATERAL**

Upon the motion (the "Scheduling Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to Bankruptcy Rule 4001(b), Local Rule 9006-1(e), and 11 U.S.C. § 105(a) for an order scheduling a preliminary hearing on the Motion; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Scheduling Motion was due and proper under the circumstances; and it appearing that the relief requested in the Scheduling Motion is in the best interests of the Debtors, their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in the Motion to Shorten.

DB02:6332615.2                                                                              066585.1001

estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Scheduling Motion is granted in all respects; and it is further

ORDERED, that a preliminary hearing on the Motion will be held on October 31, 2007 at 10:00 a.m. (ET) and objections, if any, to the relief requested therein relating to entry of the Interim Stipulated Order may be submitted by parties in interest up until the commencement of the October 31, 2007 hearing; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: Wilmington, Delaware
       October 30, 2007

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE