## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                 :
a Delaware corporation, et al.,                                 :   Jointly Administered
                                                                :   **Objection Deadline: November 5, 2007 at 10:00 a.m. (ET)**
                                                                :                            **(requested)**
       Debtors.                                                 :   **Hearing Date: November 5, 2007 at 3:00 p.m. (ET)**
                                                                :                            **(requested)**
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE CREDITORS' COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR CERTAIN LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AS OF AUGUST 10, 2006; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) COUNSEL TO PLAINTIFFS; AND (VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND BEAR STEARNS MORTGAGE CAPITAL CORP. AND EMC MORTGAGE CORP. RESOLVING ADVERSARY PROCEEDING (07-51701)** (the "Motion").

Responses to the Motion, if any, must be filed on or before **November 5, 2007 at 10:00 a.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 5, 2007 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | | |
|---|---|---|
| Dated: | Wilmington, Delaware<br>October 31, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ James L. Patton, Jr.*<br>James L. Patton, Jr. (No. 2202)<br>Pauline K. Morgan (No. 3650)<br>Sean M. Beach (No. 4070)<br>Matthew B. Lunn (No. 4119)<br>Donald J. Bowman, Jr. (No. 4383)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Debtors and Debtors in Possession |