


Office of the County Treasurer
Sharon K. Jones

Chief Deputy Treasurer
Shelly A. Edison

October 26, 2007

United States Bankruptcy Court
District of Delaware
824 Market Street, 6th Floor
Wilmington, DE 19801

American Home Mortgage Holdings
Case No. 07-11050 CSS/ Jointly 07-11047 CSS
Chapter 11

## NOTICE OF WITHDRAWAL OF CLAIM(S)

The undersigned, as the duly authorized agent for the Treasurer of Douglas County, a County Government organized under the Constitution of the State of Colorado and having its office located at 100 Third Street, Castle Rock, Colorado 80104, submits the Withdrawal of Claim on behalf of Douglas County, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

On September 5, 2007 the Douglas County Treasurer filed the following proofs of claim for ad valorem real property taxes :
Account No..0388937 in the amount of $ 1,912.66
Account No. 0420036 in the amount of $ 3,255.05

The Douglas County Treasurer hereby withdraws said proof of claim for the following reason:   The property was sold and taxes are paid in full.

COUNTY OF DOUGLAS

_____
Stephanie Cook, Bankruptcy Specialist
Encl. 3

P.O. Box 1208, Castle Rock, Colorado 80104-1208 • (303) 660-7455 • FAX (303) 660-9022
100 Third Street • Castle Rock, Colorado  80104

| U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | PROOF OF CLAIM | |
|---|---|---|
| AMERICAN HOME<br>MORTGAGE HOLDINGS, INC | CASE NO.<br>07-11050 CSS<br>Jointly  07-11047 CSS<br>Chapter: 11 | |
| Name of Creditor:<br>DOUGLAS COUNTY | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your proof of claim. | COPY |
| Please mail notices to:<br><br>DOUGLAS COUNTY TREASURER<br>ATTN. STEPHANIE COOK<br>P.O. BOX 1208<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104<br><br>TEL.: 303.660.7455<br>FAX: 303.660.9022 | ☐ Check if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Number by which creditor identifies debtor:<br>0388937 | This claim ☐ replaces<br>☐ amends a previously filed claim, dated:<br>☐ supplements | |

| 1. BASIS FOR CLAIM: | AD VALOREM REAL PROPERTY TAXES |
|---|---|
| 2. DATE DEBT WAS INCURRED: | January 1, 2007 |

Colorado Revised Statutes provide that tax liens arise at 12 noon on the assessment date for the current year C.R.S. 39-1-105

| 3. CLASSIFICATION OF CLAIM: | Secured Claim to extent of collateral value. Unsecured Priority Claim 11 U.S.C. § 507(a)(8) to the extent of any shortfall in collateral value and or personal liability.<br>Tax Lien created under 39-1-107 of the Colorado Revised Statutes. |
|---|---|

4. TOTAL AMOUNT OF CLAIM:

| $0.00 | $1,912.66 | | $1,1912.66 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes charges in addition to the principal amount of the claim

Interest accrues at 12% per annum pursuant to Colorado Revised Statute 39-10-104.5 as allowed under 11 USC 506(b) &11 USC 511

| 5. SECURED CLAIM:<br>Collateral<br><br>2007  Real  Property   Actual Value   $252,566 | Other:<br>The 2007 Real Property Taxes are estimated. This claim will be supplemented with a liquidated amount once tax statements are generated in Januray 2008 in accordance with Colorado Law |
|---|---|
| 6. CREDITS AND SETOFFS: The amount of the payments on this claim has been credited and deducted for the purpose of making this claim | FOR COURT USE ONLY |
| 7. SUPPORTING DOCUMENTS:   Attached | |
| Date:  8.30.07<br><br>*Sharon K Jones*<br>Signature: Sharon K. Jones, Douglas County Treasurer | |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both 18 U.S.C 152 and 3571

| U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM | |
|---|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC | CASE NO. 07-11050 CSS  Jointly 07-11047 CSS  Chapter: 11 | COPY |
| Name of Creditor: DOUGLAS COUNTY | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your proof of claim. | |
| Please mail notices to: DOUGLAS COUNTY TREASURER ATTN. STEPHANIE COOK P.O. BOX 1208 100 THIRD STREET CASTLE ROCK, CO 80104  TEL.: 303.660.7455 FAX: 303.660.9022 | ☐ Check if you have never received any notices from the bankruptcy court in this case.  ☐ Check if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Number by which creditor identifies debtor: 0420036 | This claim  ☐ replaces ☐ amends a previously filed claim, dated: ☐ supplements | |

| 1. BASIS FOR CLAIM: | AD VALOREM REAL PROPERTY TAXES |
|---|---|
| 2. DATE DEBT WAS INCURRED: | January 1, 2007 |

Colorado Revised Statutes provide that tax liens arise at 12 noon on the assessment date for the current year C.R.S. 39-1-105

| 3. CLASSIFICATION OF CLAIM: | Secured Claim to extent of collateral value. Unsecured Priority Claim 11 U.S.C. § 507(a)(8) to the extent of any shortfall in collateral value and or personal liability. Tax Lien created under 39-1-107 of the Colorado Revised Statutes. |
|---|---|

| 4. TOTAL AMOUNT OF CLAIM: | $0.00 (Unsecured) | $3,255.02 (Secured) | (Priority) | $3,255.02 (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim

Interest accrues at 12% per annum pursuant to Colorado Revised Statute 39-10-104.5 as allowed under 11 USC 506(b) & 11 USC 511

| 5. SECURED CLAIM:  Collateral  2007 Real Property   Actual Value   $298,259 | Other: The 2007 Real Property Taxes are estimated. This claim will be supplemented with a liquidated amount once tax statements are generated in Januray 2008 in accordance with Colorado Law |
|---|---|
| 6. CREDITS AND SETOFFS: The amount of the payments on this claim has been credited and deducted for the purpose of making this claim | FOR COURT USE ONLY |
| 7. SUPPORTING DOCUMENTS:   Attached | |
| Date: 8.30.07  Signature: Sharon K. Jones, Douglas County Treasurer | |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both 18 U.S.C. 152 and 3571