# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:**  11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 31, 2007 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICOLE SCHAEFER |

## *Matter:*

Omnibus

**R / M #:**   0 /  0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

Agenda Items:

18. - 26. Judge signed orders
27. Judge signed order
31. Judge signed order