# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** October 31, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ~~Fred Neufeld (telephonic)~~ | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| ~~Robert J. Moore (telephonic)~~ | | |
| ~~Nancy Bertolino (telephonic)~~ | UBS Securities | UBS Securities |
| ~~Alan Rosenthal (telephonic)~~ | Adorno & Yoss | AHM Holdings |
| ~~Margot Schonholtz (telephonic)~~ | Kaye Scholer | Bank of America |
| Mark Power | Hahn & Hessen | Committee |
| Mark Indelicato | " | Committee |
| Adam Hiller | Draper & Goldberg | Committee |
| Scott Talmadge | Kaye Scholer | Bank of America, N.A. |
| Richard Riley | Duane Morris | Countrywide + Other mortgage servicers seeking adequate protection |
| Joseph J. McMahon Jr. | USDOJ | UST |
| Robert Brady | Young Conaway | Debtors |
| James L. Patton | " | " |
| Joel Waite | " | " |
| Sean Beach | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NOS.: 07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: October 31, 2007 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Victoria Counihan | Greenberg Traurig LLP | WLR/AH Mortgage Acquisition |
| Ed Kosmowski | Young Conaway | Debtor |
| Lauren Seiler Silverstein | Potter Anderson Corroon LLP | Bank of America N.A. |
| Bonnie Fatell | Blank Rome | Committee |
| Benjamin Rosenblum (telephonic) | Jones Day | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.