IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: November 28, 2007 @ 10:00 a.m.**<br>**Objection Deadline: November 20, 2007 @ 4:00 p.m.** |

**NOTICE OF MOTION OF 1140 GALAXY WAY, INC. FOR ORDER COMPELLING DEBTOR-IN-POSSESSION TO ASSUME OR REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

TO:   ALL PERSONS ON THE ATTACHED RULE 2002 SERVICE LIST

1140 Galaxy Way, Inc. ("Galaxy"), a landlord and administrative creditor, has filed a Motion for Order Compelling Debtor-in-Possession to Assume or Reject Unexpired Lease of Non-Residential Real Property (the "Motion to Compel"), which seeks to compel the Debtors in Possession to either reject or assume and cure the defaults on a lease between Galaxy and Debtor American Home Mortgage Holdings, Inc.

You are required to file a response to the Motion to Compel on or before **Tuesday, November 20, 2007 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Galaxy's attorneys:

| | |
|---|---|
| Michael B. Reynolds, Esquire<br>Snell & Wilmer LLP<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-7689<br>(714) 427-7027 (facsimile)<br>mreynolds@swlaw.com | Regina A. Iorii, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, Suite 1300<br>P.O. Box 25046<br>Wilmington, DE 19899<br>(302) 652-1111 (facsimile)<br>riorii@werbsullivan.com |

A HEARING ON THE MOTION TO COMPEL WILL BE HELD ON **WEDNESDAY, NOVEMBER 28, 2007 AT 10:00 A.M.** IN COURTROOM 5, 824 N. MARKET STREET, 5TH

FLOOR.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

WERB & SULLIVAN

*/s/ Regina A. Iorii*

Regina A. Iorii (#2600)
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19899 (courier 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

and

SNELL & WILMER L.L.P.
Michael B. Reynolds (CA Bar No. 174534)
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone:   (714) 427-7000
Facsimile:   (714) 427-7799
mreynolds@swlaw.com

Attorneys for 1140 Galaxy Way, Inc.

Dated: October 31, 2007