# EXHIBIT C

OCT-30-2007 11:44 FROM:　　　　　　　　　　　　　　　　　　　　TO:17144277799　　　P.1

Date: October 30, 2007　　　　**Wells Fargo PhotoCopy Request**　　　　Page 1 of 1

Reference: 2000143815687:2000143821687:2000143745686



| | |
|---|---|
| R/T Number | 02130937 |
| Sequence Number | 285437173 |
| Account Number | 00000000601876444 |
| Processing Date | 20070731 |
| Amount | 13747.50 |
| Check Number | 324152 |

10-30-07　　　　　　　Pope

To: Michael Reynolds

FROM: