**EXHIBIT D**

OCT 12 '07  11:08AM TRANSWESTERN COM SRV

10/12/2007

