IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket Nos.** _____ |

### ORDER GRANTING 1140 GALAXY WAY, INC.'S MOTION FOR ORDER COMPELLING DEBTOR-IN-POSSESSION TO ASSUME OR REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

AND NOW, this _____ day of November, 2007, the Court having considered the Motion of 1140 Galaxy Way, Inc. ("Galaxy") for an Order Compelling Debtor in Possession to Assume or Reject Lease of Nonresidential Real Property (the "Motion")[1]; and the Court having considered the responses to the Motion; and the Court having heard oral argument thereon; and the Court having concluded that Galaxy has set forth good and sufficient reasons for the Motion to be granted, NOW, THEREFORE,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Debtors in Possession shall elect whether to assume or reject the Lease within seven (7) calendar days from the entry of this Order on the docket.

3. If Debtors in Possession do not make such election within seven (7) calendar days from the date of the entry of this Order on the docket, the Lease shall be deemed rejected without further order of this Court.

4. If Debtors in Possession elect to assume the Lease, they shall remit all payments necessary to cure their defaults prior to their assumption of the Lease within seven

553352.1

calendar days from the date of entry of this Order on the docket, and shall meet all other requirements for assumption under the Code. Failure to meet such requirements within the seven-day time period prescribed herein shall result in the Lease being deemed rejected without further order of this Court.

5. If Debtors in Possession elect to reject the Lease or if the Lease is deemed rejected by the inaction of the Debtors in Possession, Galaxy is authorized to take all actions necessary to prepare the Property for the next tenant, including removing and storing any personal property of the Debtors in Possession at the expense of the Debtors in Possession.

_____<br>
The Honorable Christopher S. Sontchi<br>
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning as that ascribed to them in the Motion.