## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2007, I caused a copy of the foregoing to be served upon the following counsel in the manner indicated.

*Regina A. Iorii*
Regina A. Iorii (#2600)

# AMERICAN HOME MORTGAGE HOLDINGS, INC.
## 2002 SERVICE LIST

| BY HAND | BY HAND |
|---|---|
| James L. Patton, Jr., Esquire<br>Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br><br>(Debtors and Debtors-in-Possession) | Victoria A. Counihan, Esquire<br>Sandra G.M. Selzer, Esquire<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE  19801<br><br>(WLR Recovery Fund III, as Lender and Administrative Agent) |
| **BY HAND**<br><br>Sean M. Beach, Esquire<br>Matthew B. Lunn, Esquire<br>Kara Hammond Coyle, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br><br>(Debtors and Debtors-in-Possession) | **BY U.S. MAIL**<br><br>Mark Ellenberg, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street N.W.<br>Washington, DC  20004 |
| **BY U.S. MAIL**<br><br>Benjamin C. Ackerly, Esquire<br>Michael G. Wilson, Esquire<br>Jason W. Harbour, Esquire<br>Hunton & Williams<br>951 East Byrd Street<br>Riverfront Plaza, East Tower<br>Richmond, VA  23219<br><br>(Calyon New York Branch) | **BY U.S. MAIL**<br><br>Doris Backenheimer, Esquire<br>Securities & Exchange Commission<br>3 World Financial Center<br>Room 400<br>New York, NY  10281 |
| **BY U.S. MAIL**<br><br>Gregory A. Bray, Esquire<br>Fred Neufeld, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017<br><br>(ABN AMRO Bank) | **BY HAND**<br><br>Mark D. Collins, Esquire<br>John H. Knight, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19801<br><br>(ABN AMRO Bank) |
| **BY U.S. MAIL**<br><br>Larry J. Nylan, Esquire<br>Matthew A. Clemente, Esquire<br>David A. Hall, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>(Societe Generale) | **BY U.S. MAIL**<br><br>Alison Cohn, Esquire<br>Securities & Exchange Commission<br>3 World Financial Center<br>Room 400<br>New York, NY  10281 |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Dennis J. Drebsky, Esquire<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, NY 10022<br><br>(Deutsche Bank National Trust Company) | **BY U.S. MAIL**<br><br>Marcia L. Goldstein, Esquire<br>Lori R. Fife, Esquire<br>Ronit J. Berkovich, Esquire<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>(Credit Suisse First Boston Mortgage Capital LLC et al.) |
| **BY U.S. MAIL**<br><br>Thomas H. Grace, Esquire<br>W. Steven Bryant, Esquire<br>Locke Liddell & Snapp<br>3400 JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002<br><br>(JPMorgan Chase Bank, N.A.) | **BY U.S. MAIL**<br><br>Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21202 |
| **BY HAND**<br><br>Steven K. Kortanek, Esquire<br>Womble Carlyle Sandridge & Ross, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br><br>(Credit Suisse First Boston Mortgage Capital LLC et al.) | **BY HAND**<br><br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br><br>(JPMorgan Chase Bank, N.A.) |
| **BY U.S. MAIL**<br><br>Peter S. Partee, Esquire<br>Scott Benjamin, Esquire<br>Hunton & Williams LLP<br>200 Park Avenue, 53rd Floor<br>New York, NY 10166-0136<br><br>(Calyon New York Branch) | **BY U.S. MAIL**<br><br>Paul M. Basta, Esquire<br>Joshua A. Sussberg, Esquire<br>Lisa G. Laukitis, Esquire<br>Kirkland & Ellis<br>Citicorp Center<br>153 E. 53rd Street<br>New York, NY 10022<br><br>(Citigroup Global Markets Inc.) |
| **BY HAND**<br><br>Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Campbell & Levine LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br><br>(Citigroup Global Markets Inc.) | **BY HAND**<br><br>Laura Davis Jones, Esquire<br>Curtis A. Hehn, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br><br>(IndyMac Bank F.S.B.) |

| **BY HAND**<br><br>Kimberly E.C. Lawson, Esquire<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br><br>(ZCl Estate Tax Solutions Limited) | **BY U.S. MAIL**<br><br>Richard P. Norton, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue, 29th Floor<br>New York, NY 10022<br><br>(ZCl Estate Tax Solutions Limited) |
|---|---|
| **BY HAND**<br><br>Joseph M. McMahon, Esquire<br>Office of the United States trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | **BY U.S. MAIL**<br><br>Richard Miller, Esquire<br>Robert Honeywell, Esquire<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>(Barclays Bank PLC & Barclays Capital) |
| **BY U.S. MAIL**<br><br>Eric K. Moser, Esquire<br>Wilburn F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br><br>(ABN AMRO Bank) | **BY U.S. MAIL**<br><br>John Rosenthal, Esquire<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br><br>(Deutsche Bank National Trust Company) |
| **BY U.S. MAIL**<br><br>Margot B. Schonholtz, Esquire<br>Mark F. Liscio, Esquire<br>Scott D. Talmadge, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3596<br><br>(Bank of America N.A.) | **BY U.S. MAIL**<br><br>Stephen B. Selbst, Esquire<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922<br><br>(WestLB AG, New York Branch) |
| **BY U.S. MAIL**<br><br>Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>I. Lewis H. Grimm, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>(WLR Recovery Fund III, L.P., as Lender and Administrative Agent) | **BY U.S. MAIL**<br><br>Patricia Schrage, Esquire<br>Securities & Exchange Commission<br>3 World Financial Center<br>New York, NY 10281 |
| **BY U.S. MAIL**<br><br>Vincent Sherman, Esquire<br>Securities & Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281 | **BY HAND**<br><br>Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801<br><br>(Bank of America N.A.) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Andrea Sheehan, Esquire<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205<br><br>(Carrollton-Farmers Branch Independent School District; Garland Independent School District; Lewisville Independent School District) | **BY HAND**<br><br>Russell C. Silberglied, Esquire<br>Christopher M. Samis, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br><br>(The Bank of New York) |
| **BY HAND**<br><br>Ellen W. Slights, Esquire<br>Office of the U.S. Attorney<br>1007 Orange Street, Suite 700<br>Wilmington, DE 19801 | **BY HAND**<br><br>Charles J. Brown, III, Esquire<br>Archer & Griener<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801<br><br>(AT&T) |
| **BY U.S. MAIL**<br><br>William P. Weintraub, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017<br><br>(IndyMac Bank F.S.B.) | **BY U.S. MAIL**<br><br>Elizabeth Banda, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094—430<br><br>(City of Cedar Hill, Carroll ISD, Arlington ISD) |
| **BY U.S. MAIL**<br><br>Joseph T. Moldovan, Esquire<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br><br>(Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield) | **BY U.S. MAIL**<br><br>Louis Benza, Esquire<br>Empire Blue Cross Blue Shield<br>15 Metro Tech Center South, 6th Floor<br>Brooklyn, NY 11201 |
| **BY U.S. MAIL**<br><br>Ronald L. Cohen, Esquire<br>Arlene R. Alves, Esquire<br>Seward & Kissel, LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>(Citibank, N.A.) | **BY U.S. MAIL**<br><br>Jonathan Winnick, Esquire<br>Citibank Agency & Trust Co.<br>388 Greenwich Street, 19th Floor<br>New York, NY 10013 |
| **BY U.S. MAIL**<br><br>Vincent A. D'Agostino, Esquire<br>Eric Horn, Esquire<br>Lowenstien Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>(AT&T) | **BY U.S. MAIL**<br><br>Mark A. Broude, Esquire<br>David M. Stewart, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4068<br><br>(ORIX Capital Markets, LLC) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Brett P. Barragate, Esquire<br>Jones Day<br>901 Lakeside Avenue<br>North Point<br>Cleveland, OH 44114<br><br>(WLR Recovery Fund III, L.P., as Lender and Administrative Agent) | **BY U.S. MAIL**<br><br>Michael Reed, Esquire<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680<br><br>(County of Denton) |
| **BY U.S. MAIL**<br><br>Rick B. Antoroff, Esquire<br>Brandon R. Johnson, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br><br>(UBS Securities LLC and UBS Real Estate Securities, Inc.) | **BY HAND**<br><br>William P. Bowden, Esquire<br>Don A. Beskrone, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br><br>(UBS Securities LLC; UBS Real Estate Securities, Inc.; Morgan Stanley & Co., Incorporated; Morgan Stanley Capital Services, Inc.; Morgan Stanley Market) |
| **BY U.S. MAIL**<br><br>Elizabeth Weller, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201<br><br>(Dallas County) | **BY HAND**<br><br>Michael G. Busenkell, Esquire<br>Eckert Seamans Cherin & Mellott, P.C.<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801<br><br>(Calyon New York Branch) |
| **BY U.S. MAIL**<br><br>Paul S. Caruso, Esquire<br>Jessica C. Knowles, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br><br>(Wells Fargo Funding, Inc. and Wells Fargo Bank, N.A.) | **BY HAND**<br><br>Karen C. Bifferato, Esquire<br>Marc J. Phillips, Esquire<br>Christina M. Thompson, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br><br>(Wells Fargo Funding, Inc.; Wells Fargo Bank, N.A.; Washington Mutual; Inland US Management, LLC) |
| **BY U.S. MAIL**<br><br>Samuel B. Garber, Esquire<br>General Growth Management, Inc.<br>110 North Wacker Drive<br>Chicago, IL 60606 | **BY U.S. MAIL**<br><br>Gerard R. Luckman, Esquire<br>Silverman Perlstein & Acampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753<br><br>(American Corporate Record Center, Inc.) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Mary A. DeFalaise, Esquire<br>U.S. Dept. of Justice<br>1100 L Street NW, Room 10002<br>Washington, DC  20005 | **BY U.S. MAIL**<br><br>David H. Zielke, Esquire<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Secong Avenue<br>WMC 3501<br>Seattle, WA  98101 |
| **BY U.S. MAIL**<br><br>Michael Coyne<br>First Vice President<br>Washington Mutual<br>623 Fifth Avenue, 17th Floor<br>New York, NY  10022 | **BY HAND**<br><br>Joseph O'Neil, Jr., Esquire<br>J. Cory Falgowski, Esquire<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE  19801<br><br>(Federal Home Loan Mortgage Corp.; GMAC Mortgage Corp.) |
| **BY U.S. MAI;**<br><br>George Kielman, Esquire<br>Freddie Mac<br>8200 Jones Branch Drive<br>MS 202<br>McLean, VA  22102 | **BY U.S. MAIL**<br><br>Claudia Z. Springer, Esquire<br>Barbara K. Hager, Esquire<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103-7301<br><br>(GMAC Mortgage Corp.) |
| **BY U.S. MAIL**<br><br>Robert P. Simons, Esquire<br>Reed Smith LLP<br>425 Sixth Avenue<br>Pittsburgh, PA  15219<br><br>(GMAC Mortgage Corp.) | **BY U.S. MAIL**<br><br>Harold A. Olsen, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10039-4982<br><br>Morgan Stanley & Co., Incorporated; Morgan Stanley Capital Services, Inc.; Morgan Stanley Market Products, Inc.) |
| **BY U.S. MAIL**<br><br>Guy B. Moss, Esquire<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA  02108-2003<br><br>(Sovereign Bank) | **BY U.S. MAIL**<br><br>David G. Aelvoet, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Building<br>711 Navarro Suite 300<br>San Antonio, TX  78205<br><br>(Bexar County) |
| **BY HAND**<br><br>Teresa K.D. Currier, Esquire<br>Mary F. Caloway, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801<br><br>(Societe Generale) | **BY U.S. MAIL**<br><br>Richard Stern, Esquire<br>Michael Luskin, Esquire<br>Luskin, Stern & Eisler LLP<br>330 Madison Avenue<br>New York, NY  10017<br><br>(Societe Generale) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>James M. Liston, Esquire<br>Bartlett Hackett Feinberg PC<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br><br>(John J. Flatley & Gregory D. Stoyle) | **BY U.S. MAIL**<br><br>Catherine Streege, Esquire<br>Jenner & Block LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611-7603<br><br>(Fannie Mae) |
| **BY U.S. MAIL**<br><br>Peter McGonigle, Esquire<br>Fannie Mae<br>1835 Market Street, Suite 2300<br>Philadelphia, PA 19103 | **BY U.S. MAIL**<br><br>Ian H. Gershengornh, Esquire<br>Jenner & Block LLP<br>601 Thirteenth Street NW, Suite 1200 South<br>Washington, DC 20005-3823<br><br>(Fannie Mae) |
| **BY HAND**<br><br>Todd C. Schiltz, Esquire<br>Wolf Block LLP<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br><br>(Wells Fargo Bank, National Association) | **BY U.S. MAIL**<br><br>Franklin Top, III, Esquire<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603<br><br>(Wells Fargo Bank, National Association) |
| **BY U.S. MAIL**<br><br>James E. Huggett, Esquire<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801<br><br>(Ahmad Rasheed & Michael S. Surowiec) | **BY U.S. MAIL**<br><br>Mary B. Olsen, Esquire<br>M. Vance McCrary, Esquire<br>J. Cecil Gardner, Esquire<br>The Gardner Firm, P.C.<br>1119 Government Street<br>P.O. Drawer 3103<br>Mobile, AL 36652<br><br>(Ahmad Rasheed & Michael S. Surowiec) |
| **BY U.S. MAIL**<br><br>Scott K. Levine, Esquire<br>Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow LLP<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018<br><br>(DeLage Landen Financial Services, Inc.) | **BY U.S. MAIL**<br><br>Leo T. Crowley, Esquire<br>Margot P. Ehrlich, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039<br><br>(The Bank of New York) |
| **BY U.S. MAIL**<br><br>German Yusufov, Esquire<br>Terri A. Roberts, Esquire<br>Pima County, Arizona<br>32 North Stone Avenue, Suite 2100<br>Tucson, AZ 85701 | **BY HAND**<br><br>Robert J. Dehney, Esquire<br>Donna L. Culver, Esquire<br>Morris Nichols Arshy & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br><br>(Financial Guaranty Insurance Co.; Assured Guaranty; Travelers Casualty & Surety Co of America) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Bruce A. Wilson, Esquire<br>Kutak Rock LLP<br>1650 Farnan Street<br>Omaha, NE 68102<br><br>(Financial Guaranty Insurance Co.) | **BY U.S. MAIL**<br><br>Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br><br>(Official Committee of Unsecured Creditors) |
| **BY HAND**<br><br>Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br><br>(Official Committee of Unsecured Creditors) | **BY U.S. MAIL**<br><br>Douglas R. Davis, Esquire<br>Kelley A. Cornish, Esquire<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>(Lehman Bros., Inc.; Bracebridge Capital, LLC) |
| **BY U.S. MAIL**<br><br>Susan R. Fuertes, Esquire<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 | **BY U.S. MAIL**<br><br>Martin Jefferson Davis, Esquire<br>Office of Thrift Supervision<br>Harborside Financial Center Plaza Five<br>Suite 1600<br>Jersey City, NJ 07311 |
| **BY HAND**<br><br>Norman M. Monhait, Esquire<br>Rosenthal Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br><br>(Kodiak Funding LP) | **BY U.S. MAIL**<br><br>Matthew J. Botica, Esquire<br>David W. Wirt, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>(Kodiak Funding LP) |
| **BY U.S. MAIL**<br><br>John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>(Angelina & Harris Counties) | **BY U.S. MAIL**<br><br>Ling Chow<br>Andrew Pickering<br>Assured Guaranty<br>1325 Avenue of the Americas<br>New York, NY 10019 |
| **BY U.S. MAIL**<br><br>Kathleen M. O'Connell, Esquire<br>Suntrust Bank<br>303 Peachtree Street, 36th Floor<br>Atlanta, GA 30308 | **BY U.S. MAIL**<br><br>Sheryl L. Moreau, Esquire<br>Missouri Dept. of Revenue<br>General Counsel's Office<br>301 West High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>William G. Wright, Esquire<br>Farr, Burke, Gambacorta & Wright, P.A.<br>1000 Atrium Way, Suite 401<br>P.O. Box 669<br>Mt. Laurel, NJ  08054<br><br>(Bank of America Leasing & Capital, LLC) | **BY HAND**<br><br>Patrick J. Reilley, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE  19801<br><br>(Waldner's Business Environments, Inc.) |
| **BY U.S. MAIL**<br><br>Harold S. Berzow, Esquire<br>Ruskin Moscou Faltishek, P.C.<br>East Tower, 15th Floor<br>1425 RexCorp Plaza<br>Uniondale, NY  11556<br><br>(Waldner's Business Environments, Inc.) | **BY U.S. MAIL**<br><br>David W. Stack<br>Senior Vice President<br>ABN AMRO Bank N.V.<br>55 East 52nd Street, 2nd Floor<br>New York, NY  10055 |
| **BY U.S. MAIL**<br><br>J. David Folds, Esquire<br>DLA Piper US LLP<br>1200 Nineteenth Street NW<br>Washington DC  20036-2412<br><br>(Boston Properties Limited Partnership) | **BY U.S. MAIL**<br><br>Nancy Hotchkiss, Esquire<br>Trainer Fairbrook<br>P.O. Box 255824<br>Sacramento, CA  95865<br><br>(Cowifi Ironpoint, LLC) |
| **BY U.S. MAIL**<br><br>Brad R. Godshall, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA  90067-4100<br><br>(IndyMac Bank F.S.B.) | **BY HAND**<br><br>Ricardo Palacio, Esquire<br>Benjamin W. Keenan, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br><br>(United Guaranty Services, Inc.; United Guaranty Residential Ins. Co.; United Guaranty Mortgage Indemnity Co.) |
| **BY U.S. MAIL**<br><br>Stephen D. Lerner, Esquire<br>Elliot M. Smith, Esquire<br>Squire Sanders & Dempsey LLP<br>312 Walnut Street, Suite 3500<br>Cincinnati, OH  45202-4036<br><br>(FSI Realty Funding, Inc.) | **BY U.S. MAIL**<br><br>Alyssa D. Englund, Esquire<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY  10103<br><br>(WestLB AG, New York Branch) |
| **BY U.S. MAIL**<br><br>Richard L. Canel, Jr., Esquire<br>Spector Gaden & Rosen, P.C.<br>1635 Market Street, 7th Floor<br>Philadelphia, PA  19103<br><br>(Chesterbrook Partners, LP) | **BY U.S. MAIL**<br><br>Peter D. Bilowz, Esquire<br>Goulstone & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333<br><br>(Richtree Enterprises, LLC) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Madeleine C. Wanslee, Esquire<br>Gust Rosenfeld P.C.<br>201 East Washington Street, Suite 800<br>Phoenix, AZ  85004-2327 | **BY U.S. MAIL**<br><br>American Express Travel related Services Co., Inc.<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 |
| **BY U.S. MAIL**<br><br>Susan D. Profant, CFCA, CLA, Paralegal<br>Ken Burton, Jr., Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL  34205 | **BY U.S. MAIL**<br><br>John H. Capitano, Esquire<br>Kennedy Covington Lobdell & Hickman LLP<br>214 N. Tryon Street, 47th Floor<br>Charlotte, NC  28202<br><br>(NNN VF Four Resource Square, LLC) |
| **BY U.S. MAIL**<br><br>Susheel Kirpalani, Esquire<br>James C. Tecce, Esquire<br>Josepg G. Minias, Esquire<br>Quinn, Emanuel, Urquhart, Oliver & Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br><br>(Special Investigatory Litigation & Conflicts Counsel to American Home Mortgage Holdings, Inc.) | **BY HAND**<br><br>Michael J. Barrie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 1001<br>Wilmington, DE  19801<br><br>(Liberty Property Limited Partnership) |
| **BY U.S. MAIL**<br><br>Barry E. Bressler, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286<br><br>(Liberty Property Limited Partnership) | **BY U.S. MAIL**<br><br>Nancy Connery, Esquire<br>Schoeman, Updike & Kaufman, LLP<br>60 East 42nd Street<br>New York, NY  10165 |
| **BY U.S. MAIL**<br><br>Arnold Gulkowitz, Esquire<br>Brian E. Goldberg, Esquire<br>Dickstein Shapiro LLP<br>1177 Avenue of the Americas<br>New York, NY  10022<br><br>(Greenwich Capital Markets, Inc.) | **BY HAND**<br><br>William E. Chipman, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE  19801<br><br>(Countrywide Bank, Inc., et al) |
| **BY U.S. MAIL**<br><br>Nancy F. Loftus, Esquire<br>Office of the County Attorney<br>12000 Government Center Parkway<br>Suite 549<br>Fairfax, VA  22035<br><br>(Dept. of Tax Administration for Fairfax County, VA) | **BY U.S. MAIL**<br><br>Stefanie Birbrower Greer, Esquire<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br><br>(CIFG Assurance North America, Inc.) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Margaret C. Lumsden, Esquire<br>Unti & Lumsden LLP<br>302 Jefferson Street, Suite 200<br>Raleigh, NC 27605<br><br>(Progress Energy Carolinas, Inc.) | **BY HAND**<br><br>Brett D. Fallon, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br><br>(CitiMortgage, Inc.) |
| **BY U.S. MAIL**<br><br>Andrew J. Petrie, Esquire<br>Featherseone Petrie DeSisto LLP<br>600 17th Street, Suite 2400 S<br>Denver, CO 80202-5424<br><br>(CitiMortgage, Inc.) | **BY U.S. MAIL**<br><br>Hollie N. Hawn, Esquire<br>Broward County Revenue Collection Div.<br>Bankruptcy & Litigation Section<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 |
| **BY U.S. MAIL**<br><br>Janice D. Newell, Esquire<br>Cecil Ingram, Treasurer<br>Ada County Treasurer's Office<br>200 West Front Street, 1st Floor<br>Boise, ID 83702 | **BY U.S. MAIL**<br><br>Donald D. Furlow, Esquire<br>Burns, Wall, Smith & Mueller, P.C.<br>303 East 17th Avenue, #800<br>Denver, CO 80203<br><br>(BRCP Aurora Marketplace, LLC) |
| **BY U.S. MAIL**<br><br>Thomas J. Leanse, Esquire<br>Dustin P. Branch, Esquire<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br><br>(RREEF Management Company) | **BY U.S. MAIL**<br><br>Katherin E. Constantine, Esquire<br>Charles F. Sawyer, Esquire<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br><br>(U.S. Bank National Association) |
| **BY HAND**<br><br>Eric Lopez Schnabel, Esquire<br>Dorsey & Whitney (Delaware) LLP<br>1105 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br><br>(U.S. Bank National Association) | **BY U.S. MAIL**<br><br>Fred B. Ringel, Esquire<br>Robinson Brog Leinwand Greene Genovese &<br>Gluck P.C.<br>1345 Avenue of the Americas<br>New York, NY 10105<br><br>(3445 North Causeway Limited Partners) |
| **BY U.S. MAIL**<br><br>Karen J. Stapleton, Esquire<br>County of Loudoun, Virginia<br>One Harrison Street SE, 5th Floor<br>P.O. Box 7000<br>Leesburg, VA 20177 | **BY U.S. MAIL**<br><br>Steven W. Kelly, Esquire<br>Silver & deBoskey, P.C.<br>1801 York Street<br>Denver, CO 80206<br><br>(Brookwood TamaracPlaza Investors, LLC;<br>Gateway Canyon, Inc.) |

| BY U.S. MAIL | BY U.S. MAIL |
|---|---|
| S. James Walker, Esquire<br>Griffith, McCague & Wallace, P.C.<br>The Gulf Tower, 38th Floor<br>707 Grant Street<br>Pittsburgh, PA 15219<br><br>(Duquesne Light Company) | Geoffrey S. Aaronson, Esquire<br>Geoffrey S. Aronson, P.A.<br>Bank of America Tower<br>100 SE 2ns Street, 27th Floor<br>Miami, FL 33131<br><br>(Craven-Shaffer-North Bay Village) |
| **BY U.S. MAIL**<br><br>R. Frederick Linfesty, Esquire<br>Iron Mountain Information Management, Inc.<br>745 Atlantic Avenue<br>Boston, MA 02111 | **BY U.S. MAIL**<br><br>Robert E. Greenberg, Esquire<br>Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC<br>1101 Seventeenth Street NW, Suite 700<br>Washington, DC 20036-4704<br><br>(Realty Associates Fund V, LP) |
| **BY U.S. MAIL**<br><br>Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Robell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Berkshire Building<br>Riverdale Park, MD 20737-1385<br><br>(Charles & Prince George's Counties, MD) | **BY HAND**<br><br>Michael R. Lastowski, Esquire<br>Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br><br>(Impac Funding Corporation) |
| **BY U.S. MAIL**<br><br>A. Michelle Hart, Esquire<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102<br><br>(EMC Mortgage Corporation) | **BY U.S. MAIL**<br><br>Hilary B. Bonial, Esquire<br>Tyler B. Jones, Esquire<br>Brice, Vander Linden & Wernick, P.C.<br>F# 7665-N-3470<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br><br>(EMC Mortgage Corporation) |
| **BY U.S. MAIL**<br><br>Robert A. Trodella, Jr., Esquire<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104<br><br>(Washington Mutual Bank) | **BY HAND**<br><br>Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br><br>(Security Connections, Inc.) |
| **BY U.S. MAIL**<br><br>William Novotny, Esquire<br>Mariscal, Weeks, McIntyre & Friedlander, P.A.<br>2901 North Central Avenue, Suite 200<br>Phoenix, AZ 85012-2705<br><br>(Waterfall Shopping Center, Inc.) | **BY U.S. MAIL**<br><br>Dana S. Plon, Esquire<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102<br><br>(Fidelity Court Associates) |

| **BY U.S. MAIL**<br><br>Gary Ginsburg, Esquire<br>Gary Meltzer, Esquire<br>Meltzer, Lippe, Goldstein & Breitstone, LLP<br>190 Willis Avenue<br>The Chancery<br>Mineola, NY 11501<br><br>(Jay Earl Associates, LLC) | **BY U.S. MAIL**<br><br>Lance M. Jurich, Esquire<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067<br><br>(Merrill Lynch Pierce Fenner & Smith; Merrill Lynch Bank USA) |
|---|---|
| **BY U.S. MAIL**<br><br>Vadim J. Rubenstein, Esquire<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>(Merrill Lynch Pierce Fenner & Smith; Merrill Lynch Bank USA) | **BY HAND**<br><br>Derek C. Abbott, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br><br>((Merrill Lynch Pierce Fenner & Smith; Merrill Lynch Bank USA) |
| **BY U.S. MAIL**<br><br>Sean D. Malloy, Esquire<br>McDonald Hopkins LLC<br>600 Superior Avenue East, Suite 2100<br>Cleveland, OH 44114<br><br>(Certain Participants of the Non-Qualified Deferred Compensation Plan) | **BY HAND**<br><br>Eric M. Davis, Esquire<br>Jason M. Liberi, Esquire<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br><br>(Waterfield Shareholders LLC) |
| **BY U.S. MAIL**<br><br>Eric J. Gorman, Esquire<br>Felicia G. Perlman, Esquire<br>Justin L. Heather, Esquire<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>(Waterfield Shareholders LLC) | **BY U.S. MAIL**<br><br>Sari E. Meador, Paralegal<br>Delinquency & Enforcement<br>Office of Joe G. Tedder, CFC<br>Tax Collector for Polk County, FL<br>P.O. Box 2016<br>Bartow, FL 33831-2016 |
| **BY U.S. MAIL**<br><br>Richardo I. Kilpatrick, Esquire<br>903 North opdyke Road, Suite C<br>Auburn Hills, MI 48326<br><br>(Oakland County Treasurer) | **BY U.S. MAIL**<br><br>EMC Corporation<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, MD 21094 |
| **BY U.S. MAIL**<br><br>Shawn G. Rice, Esquire<br>Rice & Gotzmer, s.c.<br>605 North 8th Street, Suite 350<br>Sheboygan, WI 53081<br><br>(Priority Sign, Inc.) | **BY U.S. MAIL**<br><br>Michael S. Margoll, Esquire<br>Moss Codilis, LLP<br>6560 Greenwood Plaza Boulevard<br>Suite 101<br>Englewood, CO 80111 |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>Jonathan B. Alter, Esquire<br>Bingham McCutcheon LLP<br>One State Street<br>Hartford, CT 06103<br><br>(Travelers Casualty & Surety Co. of America) | **BY U.S. MAIL**<br><br>Lella Amiss E. Pape, Esquire<br>Rees Broome, PC<br>8133 Leesburg Pike, 9th Floor<br>Vienna, VA 22182<br><br>(East West Holdings, Inc.) |
| **BY U.S. MAIL**<br><br>Jonathan R. Winnick, Esquire<br>Bernstein Shur<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029<br><br>(Citibank, N.A.) | **BY U.S. MAIL**<br><br>Lee J. Mondshein, Esquire<br>7600 Jericho Turnpike<br>Woodbury, NY 11797<br><br>(Hauppage Woodlands Associates) |
| **BY U.S. MAIL**<br><br>Lisa C. McLaughlin, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br><br>(FRMC Financial, Inc.) | **BY U.S. MAIL**<br><br>Jacob A. Brown, Esquire<br>Akerman Senterfitt<br>50 North Laura Street. Suite 2500<br>Jacksonville, FL 32202<br><br>(MarketWise Advisors, LLC) |
| **BY U.S. MAIL**<br><br>Tally F. Parker, Esquire<br>Parker & Marks, P.C.<br>1333 Corporate Drive, Suite 209<br>Irving, TX 75038<br><br>(City of Irving, TX) | **BY U.S. MAIL**<br><br>Michael B. Reynolds, Esquire<br>Joe Coleman, Esquire<br>Eric S. Pezold, Esquire<br>Snell & Wilmer, LLP<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br><br>(1140 Galaxy Way, Inc,) |
| **BY U.S. MAIL**<br><br>James Hardy<br>Galaxy Associates, LLC<br>1220 Ensenada Avenue<br>Laguna Beach, CA 92651 | **BY U.S. MAIL**<br><br>Flora Garcia, Deputy Treasurer-Tax Collector<br>Office of the Tax Collector<br>County of Inperial, California<br>940 West Main Street, Suite 106<br>El Centro, CA 92243 |
| **BY U.S. MAIL**<br><br>Shawn B. Rediger, Esquire<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br><br>(W2007 Seattle Office Bellefield Office Park Realty LLC) | **BY U.S. MAIL**<br><br>Richard F. Holley, Esquire<br>Ogonna M. Atamoh, Esquire<br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV 89101<br><br>(Corporate Center V, LLC) |

| | |
|---|---|
| **BY U.S. MAIL**<br><br>IKON Office Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA  31210 | **BY U.S. MAIL**<br><br>Shawn M. Christianson, Esquire<br>Buchalter Nemer PC<br>333 Market Street, 25th Floor<br>San Francisco, CA  94105-2126<br><br>(Oracle USA, Inc.) |
| **BY U.S. MAIL**<br><br>Rebecca L. Booth, Esquire<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br><br>(Mortgage Electronic Registration Systems, Inc.) | **BY U.S. MAIL**<br><br>Zachary Mosner, Esquire<br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104-3188 |