## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

### ORDER

Upon consideration of the Motion for Approval of Stipulation and Agreement Between the Debtors and Aon Consulting, Inc. and Aon Investment Consulting, Inc. Regarding Status and Services of Aon Consulting, Inc. and Aon Investment Consulting, Inc. (the "Motion"), and adequate notice of the Motion having been given, and good cause appearing therefore,

IT IS ORDERED that the Motion is hereby GRANTED and the Stipulation attached as Exhibit "A" ~~to the Motion~~ hereto is APPROVED.

Date: October 31, 2007
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DM3\569751.2