UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 07-11047-CSS-11 |
| AMERICAN HOME MORTGAGE | § | |
| HOLDINGS, INC., a Delaware corporation, et al., | § | Jointly Administered |
| | § | |
| Debtors | § | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Mark Browning*
        MARK BROWNING
        Assistant Attorney General
        Texas State Bar No. 03223600
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, TX 78711-2548
        Telephone: (512) 475-4883
        Facsimile: (512) 482-8341
        mark.browning@oag.state.tx.us

        ATTORNEYS FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on October 31, 2007, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

American Home Mortgage Holdings, Inc.
A Delaware corporation, et al.,
4600 Regent Blvd., Ste. 200
Irving, TX 75063

By Electronic Means as listed on the Court's ECF Noticing System:

Geoffrey S. Aaronson gaaronson@aaronsonpa.com
David G. Aelvoet davida@publicans.com
John R. Ashmead ashmead@sewkis.com
Mary E. Augustine bankserve@bayardfirm.com,
maugustine@bayardfirm.com;tmatthews@bayardfirm.com;jvanhorn@mcquirewoods.com
Elizabeth Banda kwilliams@pbfcm.com
Michael Jason Barrie mbarrie@schnader.com
Leonora K. Baughman lbaughman@kaalaw.com, ecf@kaalaw.com
Don A. Beskrone dbeskrone@ashby-geddes.com
Karen C Bifferato kbifferato@cblh.com
Peter Douglas Bilowz pbilowz@goulstonstorrs.com

Joseph J. Bodnar jbodnar7@juno.com,
goldbergb@dicksteinshapiro.com;jbodnar@BodnarLaw.net
Hilary B Bonial notice@bkcylaw.com
William Pierce Bowden wbowden@ashby-geddes.com
Charles J. Brown cbrown@archerlaw.com
Jacob A. Brown jacob.brown@akerman.com, jennifer.meehan@akerman.com
William J. Burnett william.burnett@flastergreenberg.com
Michael G. Busenkell mbusenkell@eckertseamans.com
Mary Caloway mcaloway@klettrooney.com
David W. Carickhoff carickhoff@blankrome.com, senese@blankrome.com
John T. Carroll jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
Marc Stephen Casarino casarinom@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com
William E. Chipman wchipman@eapdlaw.com
Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
Ronald L. Cohen cohen@sewkis.com
Mark D. Collins collins@RLF.com, rbgroup@rlf.com
Nancy A. Connery ngoodman@schoeman.com
Victoria Watson Counihan bankruptcydel@gtlaw.com, thomase@gtlaw.com
Donna L. Culver dculver@mnat.com
Teresa K.D. Currier currier@klettrooney.com, tercurrier@aol.com
Charlene D. Davis bankserve@bayardfirm.com, cdavis@bayardfirm.com
Eric M. Davis
debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com
Eric M. Davis
debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com
Martin J. Davis martin.davis@ots.treas.gov
Mary A. DeFalaise mary.defalaise@usdoj.gov
John P. Dillman houston_bankruptcy@publicans.com
John T. Dorsey bankruptcy@ycst.com
Kristi J. Doughty bk.service@aulgur.com
Peter James Duhig duhig@klettrooney.com
Erin Edwards bankruptcy@ycst.com
Kenneth J. Enos bankruptcy@ycst.com
Justin Cory Falgowski jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com
Sherry Ruggiero Fallon sfallon@trplaw.com
Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com
David L. Finger dfinger@delawgroup.com
Joseph D. Frank jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Susan R. Fuertes bnkatty@aldine.k12.tx.us
Samuel B. Garber ggpbk@generalgrowth.com, ggpbk@generalgrowth.com
Thomas H. Grace hobankecf@lockeliddell.com

Robert E. Greenberg rgreenberg@dclawfirm.com
Kara Anne Hager khager@lawpga.com
Kara Hammond Coyle bankruptcy@ycst.com
Lee Harrington lharrington@nixonpeabody.com
Donna L. Harris dharris@php-law.com
Edwin J. Harron bankruptcy@ycst.com
A. Michelle Hart bkmail@mrdefault.com, bkmail@mrdefault.com
Curtis A. Hehn chehn@pszyj.com
Adam Hiller adamh@drapgold.com,
RobinR@drapgold.com;DominetteC@drapgold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com
Nancy Hotchkiss nhotchkiss@trainorfairbrook.com
James E. Huggett jhuggett@margolisedelstein.com
Mark T Hurford cl@camlev.com
Regina A. Iorii riorii@werbsullivan.com
Tyler B. Jones notice@bkcylaw.com
Benjamin W. Keenan bkeenan@ashby-geddes.com
Steven K. Kortanek skortanek@wcsr.com, pgroff@wcsr.com
Adam G. Landis landis@lrclaw.com, girello@lrclaw.com
Michael R. Lastowski mlastowski@duanemorris.com
Kimberly Ellen Connolly Lawson klawson@reedsmith.com
Raymond Howard Lemisch rlemisch@bfca.com,
svandyk@bfca.com;bsandler@bfca.com;jhoover@bfca.com;docket@aol.com
Scott K. Levine slevine@platzerlaw.com, esalan@platzerlaw.com;;tsadutto@platzerlaw.com
R. Fredrick Linfesty bankruptcy@ironmountain.com
James M Liston jml@bostonbusinesslaw.com
Nancy F. Loftus Nancy.Loftus@fairfaxcounty.gov
Gaston Plantiff Loomis gloomis@reedsmith.com
Margaret C. Lumsden mclumsden@ulslaw.com
Matthew Barry Lunn bankruptcy@ycst.com
Gabriel R. MacConaill bankruptcy@potteranderson.com
Sean D. Malloy smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com
Julie A. Manning bankruptcy@goodwin.com
Garvan F. McDaniel gmcdaniel@bglawde.com
Lorraine S. McGowen lmcgowen@orrick.com, aenglund@orrick.com
Evelyn J. Meltzer meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
Rachel B. Mersky rmersky@monlaw.com
Michael E. Meyers bdept@mrrlaw.net
Kristin T. Mihelic kmihelic@lawsgr.com, progan@lawsgr.com
Maribeth L Minella bankruptcy@ycst.com
Mark Minuti mminuti@saul.com, rwarren@saul.com;saulbankruptcy@saul.com
Joseph T. Moldovan bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Francis A. Monaco Jr. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
Norman M. Monhait nmonhait@rmgglaw.com
Sheryl L. Moreau deecf@dor.mo.gov
Pauline K. Morgan bankruptcy@ycst.com
Zachary Mosner washbcu@atg.wa.gov
Guy B. Moss gmoss@riemerlaw.com
Ricardo Palacio rpalacio@ashby-geddes.com
Mona A. Parikh mparikh@crosslaw.com
Tally F. Parker shanimo1965@yahoo.com
James K. Pendergrass, Jr. tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com

Marc J. Phillips mphillips@cblh.com
Dana S. Plon dplon@sirlinlaw.com
Stephen B. Porterfield sporterfield@sirote.com
Eric T. Ray eray@balch.com
Michael Reed sragsdale@mvbalaw.com
Patrick Joseph Reilley preilley@saul.com, rwarren@saul.com;saulbankruptcy@saul.com
Richard W. Riley rwriley@duanemorris.com
Fred B. Ringel fbr@robinsonbrog.com
Terri A. Roberts pcaocvbk.civil.camail@pcao.pima.gov
Frederick Brian Rosner fbrosner@duanemorris.com
Frederick Brian Rosner fbrosner@duanemorris.com, fbrosner@duanemorris.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Bradford J. Sandler bsandler@bfca.com, svandyk@bfca.com;rlemisch@bfca.com;jhoover@bfca.com;docket@aol.com;docket@bfca.com
Todd Charles Schiltz tschiltz@wolfblock.com
Eric Lopez Schnabel schnabel.eric@dorsey.com
Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Russell C. Silberglied silberglied@rlf.com, rbgroup@rlf.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
Christopher Page Simon csimon@crosslaw.com
Elliot M. Smith esmith@ssd.com, slerner@ssd.com
Karen J. Stapleton kstaplet@loudoun.gov, bankrupt@loudoun.gov;bescobar@loudoun.gov
Catherine Steege csteege@jenner.com, docketing@jenner.com
John H. Strock strock@lrclaw.com
Eric Michael Sutty bankserve@bayardfirm.com, esutty@bayardfirm.com
Gregory Alan Taylor gtaylor@ashby-geddes.com
James C. Tecce jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
Christina Maycen Thompson cthompson@cblhlaw.com
Travis N. Turner bankruptcy@ycst.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Joel A. Waite bankruptcy@ycst.com

Madeleine Carmel Wanslee mwanslee@gustlaw.com, rms@gustlaw.com
Christopher A. Ward cward@klehr.com
John R. Weaver jrweaverlaw@verizon.net
Helen Elizabeth Weller dallas.bankruptcy@publicans.com
Michael Gregory Wilson mwilson@hunton.com, shislop@hunton.com
Amanda Marie Winfree awinfree@ashby-geddes.com
Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
William G. Wright wgw_efn@farrlawnet.com, jl_efn@farrlawnet.com
James S. Yoder yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
German Yusufov pcaocvbk@pcao.pima.gov
Rafael Xavier Zahralddin-Aravena rxza@morrisjames.com, wweller@morrisjames.com
Sharon M Zieg bankruptcy@ycst.com

*/s/ Mark Browning*
MARK BROWNING