UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,                 :   Jointly Administered
                                                                :
        Debtors.                                                :   Ref. Docket Nos. 1725 & 1726
---------------------------------------------------------------x

**ORDER SHORTENING THE TIME FOR NOTICE FOR DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND BEAR STEARNS MORTGAGE CAPITAL CORP. AND EMC MORTGAGE CORP. RESOLVING ADVERSARY PROCEEDING (07-51701)**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on November 5, 2007 at 3:00 p.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 10:00 a.m. (ET) on November 5, 2007; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

ORDERED, that the Debtors, shall serve this order via overnight delivery, fax or email on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) the Administrative Agent; (iv) counsel to the DIP Lender; (v) counsel to the Plaintiffs; and (vi) all parties entitled to notice under Local Rule 2002-1(b).; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       October 31, 2007

Christopher S. Sontchi
United States Bankruptcy Judge