IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                         : Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 5, 2007 AT 3:00 P.M. (ET)

**UNCONTESTED MATTER**

1.  Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Bear Stearns Mortgage Capital Corp. and EMC Mortgage Corp. Resolving Adversary Proceeding (07-51701) (D.I. 1725, 10/31/07)

    Objection Deadline:   November 5, 2007 at 10:00 a.m.

    Related Document:

    a)  Order Shortening the Time for Notice for Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Bear Stearns Mortgage Capital Corp. and EMC Mortgage Corp. Resolving Adversary Proceeding (07-51701) [D.I. 1743, 10/31/07]

    Objections Filed:   None as of the filing of this Agenda.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Status: This matter will be going forward.

Dated: Wilmington, Delaware
November 1, 2007

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Patton, Jr.*
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession