## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                        :   Chapter 11
                                              :   Case No. 07-11047 (CSS)
    American Home Mortgage Holdings, Inc., et al.,  :   (Jointly Administered)
        Debtors.                              :
-------------------------------------------------------------------x
Credit Suisse First Boston Mortgage Capital LLC,   :   Adversary Proceeding
        Plaintiff and Counterclaim-Defendant,      :   Case No. 07-51684 (CSS)
                                              :
              v.                              :
                                              :
                                              :
American Home Mortgage Corp., American Home   :
Mortgage Acceptance, Inc., American Home Mortgage  :
Servicing, Inc., American Home Mortgage Investment  :
Corp., and American Home Mortgage Holdings, Inc.,   :
        Debtor-Defendants and Counterclaim-Plaintiffs.  :
-------------------------------------------------------------------x
Calyon New York Branch,                       :   Adversary Proceeding
        Plaintiffs,                           :   Case No. 07-51704 (CSS)
              v.                              :
                                              :
                                              :
                                              :
American Home Mortgage Corp., American Home   :
Mortgage Servicing, Inc., American Home Mortgage   :
Investment Corp.,                             :
        Debtor-Defendants and Counterclaim-Plaintiffs.  :
                                              :
-------------------------------------------------------------------x
```

### NOTICE OF HEARING SCHEDULED
### FOR HEARING ON NOVEMBER 5, 2007 AT 3:00 P.M. (ET)

### MATTERS GOING FORWARD

1.   Pre-Trial Conference

    a)   Credit Suisse First Boston Mortgage Capital, LLC v. American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Investment Corp., and American Home Mortgage Holdings, Inc., Adv. No. 07-51684

b)      Calyon New York Branch v. American Home Mortgage Corp, American Home
        Mortgage Servicing, Inc., American Home Mortgage Acceptance, Inc. and
        American Home Mortgage Investment Corp.,  Adv. No. 07-51704

Status: This matter will be going forward.

## CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC ADV. NO. 07-51684

2.      Credit Suisse First Boston Mortgage Capital, LLC's Motion in Limine to Exclude Expert
        Testimony of David Gray Carlson [D.I. 55, 10/25/07]

Response Deadline:    November 1, 2007 at 4:00 p.m.

Related Document:

a)      Order Granting Motion for Expedited Briefing Schedule and Expedited
        Consideration for Plaintiff's Motion in Limine to Exclude Expert
        Testimony of David Gray Carlson [D.I. 57, 10/29/07]

Responses Filed:

b)      Objection of Debtor-Defendants And Counterclaim-Plaintiffs
        to Motions in Limine of Credit Suisse First Boston and Calyon New York
        Branch to Exclude Expert Testimony and Report of David Gray Carlson
        [D.I. TBD]

Status: This matter will be going forward as an oral argument.

## CALYON NEW YORK BRANCH ADV. NO. 07-51704

3.      Calyon New York Branch's Motion in Limine to Exclude the Expert Testimony of David
        Gray Carlson and Joinder of Calyon New York Branch in Credit Suisse First Boston's
        Motion in Limine [D.I. 46, 10/29/07]

Response Deadline:    November 1, 2007 at 4:00 p.m.

Related Document:

a)      Order Granting Motion for Expedited Briefing Schedule and Expedited
        Consideration for Calyon New York Branch's Motion in Limine to
        Exclude Expert Testimony of David Gray Carlson [D.I. 47, 10/30/07]

Responses Filed:

b)      Objection of Debtor-Defendants And Counterclaim-Plaintiffs
        to Motions in Limine of Credit Suisse First Boston and Calyon New York
        Branch to Exclude Expert Testimony and Report of David Gray Carlson
        [D.I. TBD]

Status: This matter will be going forward as an oral argument.

4.  Motion in Limine of Debtor-Defendants and Counterclaim Plaintiffs to Exclude Expert Testimony and Report of Mark H. Adelson [D.I. 48, 10/31/07]

    Proposed Response Deadline:  November 2, 2007 at 4:00 p.m.

    Related Document:

    a)  Motion for Expedited Briefing Schedule and Expedited Consideration of the Motion in Limine of Debtor-Defendants and Counterclaim Plaintiffs to Exclude Expert Testimony and Report of Mark H. Adelson [D.I. 49, 10/31/07]

    Responses Filed:     None as of the date and time herein.

    Status: Debtor-Defendants and Counterclaim Plaintiffs have requested that this matter go forward on November 5, 2007 at 3:00 p.m.

Wilmington, Delaware
November 1, 2007

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            James L. Patton, Jr. (No. 2202)
                            Robert S. Brady (No. 2847)
                            John T. Dorsey (No. 2988 )
                            Sharon M. Zieg (No. 4196)
                            Erin Edwards (No. 4392)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            -AND-

                            QUINN EMANUEL URQUHART
                            OLIVER & HEDGES LLP
                            Susheel Kirpalani
                            James C. Tecce
                            51 Madison Avenue
                            New York, New York 10010
                            Telephone: (212) 849-7000