**CERTIFICATE OF SERVICE**

I, William F. Taylor Jr., Esquire, certify that I am not less than 18 years of age, and that service of this Notice of Appearance and Request for Service of Papers was made on November 1, 2007, upon the parties listed below via United States First Class Mail.

Edward J. Kosmowski, Esq.
Edwin J. Harron, Esq.
Joel A. Waite, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899


Under penalty of perjury, I declare that the foregoing is true and correct.

McCARTER & ENGLISH, LLP

_/s/ William F. Taylor, Jr._
William F. Taylor, Jr., Esq. (Del. # 2936)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE  19801
Telephone: (302) 984-6300
Attorney for Verizon Business Global LLC

November 1, 2007

ME1 6883002v.1