IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 4, 2007, I caused to be served true and correct copies of the "Notice of Auction and Sale Hearing" dated October 4, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on <u>Exhibit A</u> annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

9th day of October, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Sale & Auction Ntc_aff 10-4-07.doc

**EXHIBIT A**

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALABAMA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 50 NORTH RIPLEY STREET, MONTGOMERY, AL 36132 |
| ALASKA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE PO BOX 110420, 333 W. WILLOUGHBY 11TH FLOOR SOB, JUNEAU, AK 99811-0420 |
| ARIZONA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 1600 W. MONROE, PHOENIX, AZ 85007-2650 |
| ARKANSAS, STATE OF IRS LOCAL | OFFICE DEPT OF FINANCE & ADMIN, OFFICE OF STATE REVENUE ADMIN, 1900 WEST 7TH ST., ROOM 1030, LITTLE ROCK, AR 72201 |
| BOARD OF COUNTY COMISSIONERS | 115 SOUTH ANDREWS AVE, RM 114, FORT LAUDERDALE, FL 33301 |
| BOARD OF EQUALIZATION | POB 942879, SACRAMENTO, CA 94279-7072 |
| BOARDMAN TOWNSHIP | P.O BOX 88, SOUTH BOARDMAN, MI 49680 |
| BOONE COUNTY, KENTUCKY | 2950 WASHINGTON ST, BURLINGTON, KY 41005 |
| CADDO COUNTY | P.O. BOX 278, ANADARKO, OK 73005 |
| CADDO PARISH | 501 TEXAS ST, ROOM #101, SHREVEPORT, LA 71101 |
| CADILLAC CITY | 200 N. LAKE ST., CADILLAC, MI 49601 |
| CADOTT VILLAGE | P. O. BOX 40, CADOTT, WI 54727 |
| CADY TOWN | 124 310TH STREET, WILSON, WI 54027 |
| CALIFORNIA, STATE OF | IRS LOCAL OFFICE, FRANCHISE TAX BOARD, 3321 POWER INN ROAD, SUITE 250, SACRAMENTO, CA 95826-3893 |
| CITY OF ALEXANDRIA | REV ADMIN BLDG--DPT OF FINANCE, ALEXANDRIA, VA 22313-1500 |
| CITY OF ANNAPOLIS | MUNI BLDG RM 103 FIN OFF, ANNAPOLIS, MD 21401 |
| CITY OF ARLINGTON | P.O. BOX 90090, ARLINGTON, TX 76004 |
| CITY OF ARVADA | 8101 RALSTON RD, P.O. BOX 8101, ARVADA, CO 80001 |
| CITY OF ATLANTA | 55 TRINITY AVE, SUITE 2500, ATLANTA, GA 30303 |
| CITY OF AURORA ILLINIOS | 44 E DOWNER PLACE, AURORA, IL 60507 |
| CITY OF BALTIMORE | DEPT. OF FINANCE, 200 N. HOLLIDAY STREET, BALTIMORE, MD 21202 |
| CITY OF BARSTOW | PAYMENT PROCESSING CENTER, PO BOX 6920, BUENA PARK, CA 90622 |
| CITY OF BARSTOW | 220 E MT VIEW, BARSTOW, CA 92311 |
| CITY OF BEDFORD | POB 807, BEDFORD, VA 24523 |
| CITY OF BELLINGHAM | 210 LOTTIE ST   FIN DPT, BELLINGHAM, WA 98227 |
| CITY OF BELLVUE | LOCKBOX, SEATTLE, WA 98124-1372 |
| CITY OF BENTONVILLE | 117 WEST CENTRAL, BENTONVILLE, AR 72712-5256 |
| CITY OF BOSTON | ATTN: BANKRUPTCY COORDINATOR, CITY HALL ROOM M-5, ONE CITY HALL SQUARE, BOSTON, MA 02201-1020 |
| CITY OF BOURBON | P.O. BOX 164, BOURBON, MO 65441 |
| CITY OF BOWLING GREEN | 304 N CHURCH ST, BOWLING GREEN, OH 43402 |
| CITY OF BRENTWOOD | CITY  BRENTWOOD PROPERTY TAX, NASHVILLE, TN 37230-6048 |
| CITY OF BROCKTON | POB 1000, BROCKTON, MA 02303-1000 |
| CITY OF BROOKFIELD | 2000 N.CALHOUN ROAD, BROOKFIELD, WI 53005 |
| CITY OF BRUNSWICK | 1 W. POTOMAC STREET, BRUNSWICK, MD 21716 |
| CITY OF BURLINGTON | P.O. BOX 1358, BURLINGTON, NC 27216 |
| CITY OF CALEXICO | 608 HEBER AVE, CALEXICO, CA 92231 |
| CITY OF CAMDEN | PROPERTY TAX COLLECTOR, CAMDEN, TN 38320 |
| CITY OF CARROLLTON | POB 1949, CARROLLTON, GA 30112 |
| CITY OF CHELSEA | 305 S. MAIN ST. #100, CHELSEA, MI 48118 |
| CITY OF CLARE | 202 WEST FIFTH STREET, CLARE, MI 48617-1490 |
| CITY OF CLIO | 505 W VIENNA ST, CLIO, MI 48420 |
| CITY OF COLLEGE PARK, GEORGIA | PO BOX 87137, COLLEGE PARK, GA 30337 |
| CITY OF COLUMBUS | P O BOX 182882, COLUMBUS, OH 43218 |
| CITY OF COLUMBUS TREASURER | 910 DUBLIN RD, COLUMBUS, OH 43215 |
| CITY OF CORPUS CHRISTI | PO BOX 659722, SAN ANTONIO, TX 78265-9722 |
| CITY OF CRAIG | PO BOX 725, CRAIG, AK 99921 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITY OF CUMMING | 100 MAIN STREET, CUMMING, GA 30040 |
| CITY OF DEKALB | 200 SOUTH FOURTH ST, DEKALB, IL 60115 |
| CITY OF DEKALB | 200 SOUTH FOURTH STREET, DEKALB, IL 60115 |
| CITY OF DILLINGHAM | P.O. BOX 889, DILLINGHAM, AK 99576 |
| CITY OF DOVER | 15 E LOOKERMAN ST, DOVER, DE 19901 |
| CITY OF DOVER | PO BOX 7100, DOVER, DE 19903-7100 |
| CITY OF EASTON | TAX COLLECTOR, JOHN MCGRAW, 1 SOUTH 3RD STREET, EASTON, PA 18042 |
| CITY OF EL CENTRO | PO BOX 2328, EL CENTRO, CA 92244 |
| CITY OF FITCHBURG | 718 - MAIN STREET - CITY HALL, FITCHBURG, MA 01420 |
| CITY OF FREDERICK | DEPT OF FINANCE, FREDERICK, MD 21701 |
| CITY OF GRAND RAPIDS TREASURER | 300 MONROE AVE NW, GRAND RAPIDS, MI 49503-2296 |
| CITY OF GRAPEVINE | 200 SOUTH MAIN STREET, GRAPEVINE, TX 76051 |
| CITY OF GRAPEVINE, TEXAS | 200 S MAIN ST, GRAPEVINE |
| CITY OF GREENSBORO | GUILFORD CO CTHOUSE/COLLECTION, PO BOX 3136, GREENSBORO, NC 27402 |
| CITY OF HAGERSTOWN | TREASURER'S OFFICE, ONE EAST FRANKLIN STREET, HAGERSTOWN, MD 21740 |
| CITY OF HAMILTON | 345 HIGH STREET, HAMILTON, OH 45011 |
| CITY OF HARRISBURG | 10 N SECOND STREET, HARRISBURG, PA 17101 |
| CITY OF HENDERSON | T 6 (SUNDRIDGE), P.O. BOX 52767, PHOENIX, AZ 85072 |
| CITY OF HENDERSONVILLE | ONE EXECUTIVE PARK DR, HENDERSONVILLE, TN 37075 |
| CITY OF HOUSTON | FIRE DPT PERMITS, HOUSTON, TX 77007 |
| CITY OF HOUSTON | HOUSTON POLICE ALARM DETAIL, HOUSTON, TX 77274-1009 |
| CITY OF HOUSTON SIGN ADMIN | POB 61167, HOUSTON, TX 77208-1167 |
| CITY OF IRVING | REVENUE COLLECTIONS, IRVING, TX 75015-2288 |
| CITY OF JOLIET | 150 WEST JEFFERSON STREET, JOLIET, IL 60432 |
| CITY OF KALAMAZOO TREASURER | 415 STOCKBRIDGE, KALAMAZOO, MI 49001-2898 |
| CITY OF KALAMAZOO TREASURER | DEPARTMENT OF PUBLIC UTILITIES, KALAMAZOO, MI 49001-2898 |
| CITY OF KNOXVILLE | POB 15001, KNOXVILLE, TN 37901-5001 |
| CITY OF LAKE GENEVA TREAS. | P.O. BOX 340, LAKE GENEVA, WI 53147 |
| CITY OF LEWISVILLE | POB 299002, LEWISVILLE, TX 75029-9002 |
| CITY OF LOS ANGELES | 200 N SPRING ST RM 303, LOS ANGELES, CA 90012 |
| CITY OF LUMBERTON | POB 1388, LUMBERTON, NC 28359-1388 |
| CITY OF LYNCHBURG VA | POB 9000, LYNCHBURG, VA 24505-9000 |
| CITY OF MEQUON | 11333 N CEDARBURG RD, MEQUON, WI 53092 |
| CITY OF MERIDAN | TAX COLLECTOR, 142 EAST MAIN STREET, MERIDEN, CT 06450 |
| CITY OF MERIDEN DPRTMNT | OF PUBLIC UTILITIES, 117 PARKER AVE, MERIDEN, CT 06450 |
| CITY OF MIDDLETOWN | 16 JAMES STREET, CITY HALL, MIDDLETOWN, NY 10940 |
| CITY OF MILNER | P.O. BOX 99, MILNER, GA 30257 |
| CITY OF MITCHELL | 612 N MAIN ST, MITCHELL, SD 57301 |
| CITY OF MURFREESBORO | 111 W VINE ST, P.O. BOX 1139, MURFREESBORO, TN 37133 |
| CITY OF MYRTLE BEACH | 921 OAK ST, MYRTLE BEACH, SC 29577 |
| CITY OF NAPERVILLE | PO BOX 4231, CAROL STREAM, IL 60197 |
| CITY OF NAPERVILLE | 400 S. EAGLE STREET, NAPPERVILLE, IL 60540 |
| CITY OF NEW BRUNSWICK | 78 BAYARD STREET, NEW BRUNSWICK, NJ 08901 |
| CITY OF NOME | P.O. BOX 281, NOME, AK 99762 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600427, NORTH MIAMI BEACH, FL 33160 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600472, NORTH MIAMI BEACH, FL 33160-0427 |
| CITY OF NORWICH | 100 BROADWAY, ROOM 214, NORWICH, CT 06360 |
| CITY OF ODESSA | POB 128, ODESSA, MO 64076 |
| CITY OF ODESSA | PO BOX 128, ODESSA, MO 64076 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITY OF PHILADELPHIA | WATER REVENUE BUREAU,P O BOX 41496,PHILADELPHIA, PA 19101 |
| CITY OF PHILADELPHIA | DEPARTMENT OF FINANCE,PO BOX 56318,PHILADELPHIA, PA 19130 |
| CITY OF PHILADELPHIA/REAL | ESTATE TAX,P.O. BOX 8409,PHILADELPHIA, PA 19101 |
| CITY OF PORTLAND MAINE | FIN DPT TREASURY & COLLECTION,PORTLAND, ME 04112-0544 |
| CITY OF RAYTOWN | 10000 EAST 59TH ST.,RAYTOWN, MO 64133 |
| CITY OF REDLANDS | OFFICE OF CITY TREASURER,REDLANDS, CA 92373 |
| CITY OF REDLANDS | MUNICIPAL UTILITY DEPT,REDLANDS, CA 92373 |
| CITY OF REDLANDS | 35 CAJON ST   STE 15B,REDLANDS, CA 92373-1505 |
| CITY OF REHOBOTH BEACH | POB 1163      BUS LIC OFF,REHOBOTH BEACH, DE 19971 |
| CITY OF RIVERSIDE | 3900 MAIN ST,RIVERSIDE, CA 92522 |
| CITY OF ROCHESTER WATER BILL | P.O. BOX 14270,ROCHESTER, NY 14614 |
| CITY OF RUTLAND | P.O. BOX 969,RUTLAND, VT 05702 |
| CITY OF SALINAS FINANCE DPT | POB 1996,SALINAS, CA 93902 |
| CITY OF SANTA ANA | 20 CIVIC CNTR PLAZA  1ST FLOOR,SANTA ANA, CA 92702 |
| CITY OF SCOTSDALE | 7447 E INDIAN SCHOOL RD,SCOTTSDALE, AZ 85260 |
| CITY OF SCOTTSDALE | 7447 E INDIAN SCHOOL RD,SCOTTSDALE, AZ 85258 |
| CITY OF SEAGOVILLE | 702 N HWY 175,SEAGOVILLE, TX 75159 |
| CITY OF SOUTHFIELD | 26000 EVERGREEN ROAD,SOUTHFIELD, MI 48076 |
| CITY OF SPARTANBURG | POB 1749,SPARTANBURG, SC 29304 |
| CITY OF ST CHARLES | 2 E. MAIN ST,ST CHARLES, IL 60174 |
| CITY OF ST CHARLES, MISSOURI | 200 NORTH 2ND ST,ST CHARLES, MO 63301 |
| CITY OF ST CLOUD | PUBLIC UTILITIES,P O BOX 1501,ST CLOUD, MN 56302 |
| CITY OF ST CLOUD FINANCE DEPT | 400 2ND STREET SOUTH,ST CLOUD, MN 56301 |
| CITY OF ST PETERS | BUSINESS LICENSING,SAINT PETERS, MO 63376 |
| CITY OF ST PETERS | PO BOX 9,SAINT PETERS, MO 63376-0090 |
| CITY OF ST. CHARLES | 2 EAST MAIN STREET,ST CHARLES, IL 60174 |
| CITY OF TALLAHASSE | 600 N. MONROE ST,TALLAHASSEE, FL 32301 |
| CITY OF TALLAHASSEE | 600 N. MONROE ST.,TALLAHASSEE, FL 32301 |
| CITY OF TITUSVILLE | 107 N FRANKLIN ST,TITUSVILLE, PA 16354 |
| CITY OF TOWN & COUNTRY | 1011 MUNICIPAL CNTR DR,TOWN & COUNTRY, MO 63131 |
| CITY OF TUCSON | PO BOX 28811,TUCSON, AZ 85726-8811 |
| CITY OF WARWICK | POB 2000,WARWICK, RI 02887 |
| CITY OF WATERBURY | P.O. BOX 383,WATERBURY, CT 06720 |
| CITY OF WATERTOWN | POB 477,WATERTOWN, WI 53094-0477 |
| CITY OF WAUKEGAN | 100N MARTIN LUTHER KING JR AVE,WAUKEGAN, IL 60085 |
| CITY OF WAYNESBORO, | VA TREASURE OFFICE,P.O. BOX 1028,WAYNESBORO, VA 22980 |
| CITY OF WHITTIER | P O BOX 608,WHITTIER, AK 99693 |
| CITY OF WILMINGTON | DPT OF FINANCE WAGE BUS LIC DV,WILMINGTON, DE 19801-3537 |
| CITY OF WINSTON-SALEM | REVENUE DEPARTMENT,PO BOX 2756,WINSTON-SALEM, NC 28102 |
| CITY OF WINTER PARK | PO BOX 1986,WINTER PARK, FL 32790 |
| CITY OF YUBA CITY | 1201 CIVIC CENTER BLVD,YUBA CITY, CA 95993 |
| CITY TREASURER | CITY VA BEACH MUNI CNTR BLDG 1,VIRGINIA BEACH, VA 23456-9018 |
| CITY TREASURER | 625 52ND ST,KENOSHA, WI 53140 |
| CITY TREASURER-ELECTRICITY | 90 W BOARD STREET,CITY HALL ROOM 111,COLUMBUS, OH 43215 |
| CITY UTILITIES | PO BOX 551,SPRINGFIELD, MO 65801 |
| CITY UTILITIES | 301 E CENTRAL,SPRINGFIELD, MO 65801 |
| CITY WATER LIGHT & POWER | MUNICIPAL CENTER WEST,SPRINGFIELD, IL 62757-0001 |
| CITY&CNTY OF DENVER TREAS DIV | P.O. BOX 17420,144 W COLFAX AVE,DENVER, CO 80217 |
| CITY&COUNTY DENVER TREAS. DIV. | P.O. BOX 14720,144 W COLFAX AVE,DENVER, CO 80217 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITYOF BULLHEAD CITY FIN. DPT | P.O. BOX 23189, BULLHEAD, AZ 86439 |
| CLAYTON COUNTY TAX COMMISSIONER | CLAYTON COUNTY ADMINISTRATION, ANNEX 3,121 S MCDONOUGH ST, 2ND FL, JONESBORO, GA 30236 |
| COLLECTOR OF REVENUE | LINDA GREENBACKER,1712 MAIN STREET, COVENTRY, CT 06238 |
| COLLECTOR OF REVENUE | 41 S CENTRAL AVE, ST LOUIS, MO 63105 |
| COLORADO, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE,1375 SHERMAN ST, DENVER, CO 80261 |
| CONNECTICUT, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE SERVICES,25 SIGOURNEY ST, HARTFORD, CT 06106 |
| COUNTY CLERK, ONONDAGA | 401 MONTGOMERY STREET, SYRACUSE, NY 13202 |
| COUNTY HEATING & AC | POB 445, WHITE PLAINS, MD 20695-0445 |
| COUNTY OF HENRICO | PO BOX 26487, RICHMOND, VA 23261-6487 |
| COUNTY OF HENRICO, DEPT OF | PUBLIC UTILITIES, P O BOX 27032, RICHMOND, VA 23273 |
| COUNTY OF LEXINGTON | BB&T PROC CNTR--SC TREASURER, CHARLOTTE, NC 28258-0265 |
| COUNTY OF LEXINGTON | 212 S LAKE DR, LEXINGTON, SC 290723410 |
| COUNTY OF LOUDOUN | H R ZURN JR-TREASURER, LEESBURG, VA 20177 |
| COUNTY OF LOUDOUN | H R ZURN JR TREASURER, LEESBURG, VA 20177-1000 |
| COUNTY OF LOUDOUN | POB 347, LEESBURG, VA 20178-0347 |
| COUNTY OF SACRAMENTO | 600-8TH ST, SACRAMENTO, CA 95814 |
| COUNTY OF ST CLAIR-LAND MGMT | 200 GRAND RIVER AVE, PORT HURON, MI 48060 |
| DELAWARE, STATE OF IRS LOCAL | OFFICE DEPT. OF FINANCE, CARVEL STATE OFFICE BUILDING,820 NORTH FRENCH STREET, 8TH FLOOR, WILMINGTON, DE 19801 |
| DISTRICT 1450/7044 | CITY OF LAS VEGAS,P.O. BOX 52797, PHOENIX, AZ 85072 |
| DISTRICT 1482/7048 | CITY OF LAS VEGAS,P.O. BOX 52797, PHOENIX, AZ 85072 |
| DISTRICT OF COLUMBIA | RECORDER OF DEEDS,515 D. STREET NW, RM 202, WASHINGTON, DC 20001 |
| DISTRICT OF COLUMBIA | 1225 I ST. N.W., WASHINGTON, DC 20006 |
| DISTRICT OF COLUMBIA IRS LOCAL | OFFICE DEPT. OF FINANCE AND REVENUE, OFFICE OF THE CHIEF FINANCIAL OFFICE,1350 PENNSYLVANIA AVE NW, SUITE 203, WASHINGTON, DC 20004 |
| DISTRICT TOWNSHIP | 139 BALDY HILL RD, ALBURTIS, PA 18011 |
| FLORIDA DEPARTMENT OF TREASURY | C/O: DEPARTMENT OF FINANCIAL SERVICES,200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300 |
| FLORIDA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE,1379 BLOUNTSTOWN HWY, TALLAHASSEE, FL 32304-2716 |
| FULTON COUNTY, GEORGIA | C/O: TAX COMMISSIONER,141 PRYOR ST., ATLANTA, GA 30303 |
| GEORGIA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE,1800 CENTURY CENTER BLVD NE, ATLANTA, GA 30345-3205 |
| HAWAII, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION, PO BOX 259, HONOLULU, HI 96809-0259 |
| IDAHO, STATE OF | IRS LOCAL OFFICE, STATE TAX COMMISSION, PO BOX 36, BOISE, ID 83722-0410 |
| ILLINOIS, STATE OF IRS LOCAL OFFICE | DEPT. OF REVENUE, WILLARD ICE BUILDING,101 WEST JEFFERSON STREET, SPRINGFIELD, IL 62702 |
| INDIANA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE,100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| IOWA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE AND FINANCE,P.O. BOX 10457, DES MOINES, IA 50306-0457 |
| KANSAS, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE,915 SW HARRISON STREET, TOPEKA, KS 66699-4000 |
| KENTUCKY, STATE OF | IRS LOCAL OFFICE, DEPARTMENT OF REVENUE,200 FAIR OAKS LANE, FRANKFORT, KY 40602 |
| LOS ANGELES COUNTY | C/O: TREASURER'S OFFICE, KENNETH HAHN HALL OF ADMINISTRATION,500 W TEMPLE ST, LOS ANGELES, CA 90012 |
| LOUISIANA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 201, BATON ROUGE, LA 70821 |
| MAINE, STATE OF | IRS LOCAL OFFICE, BUREAU OF TAXATION,24 STATE HOUSE STATION, AUGUSTA, ME 04333-0024 |
| MARYLAND, STATE OF IRS LOCAL OFFICE | WILLIAM DONALD SCHAEFER, COMPTROLLER OF THE TREASURY,80 CALVERT STREET, ANNAPOLIS, MD 21404 |
| MASSACHUSETTS, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 7010, BOSTON, MA 02204 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MICHIGAN, STATE OF | IRS LOCAL OFFICE, DEPT. OF TREASURY, LANSING, MI 48922 |
| MINNESOTA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 600 NORTH ROBERT ST., ST PAUL, MN 55101 |
| MISSISSIPPI, STATE OF | IRS LOCAL OFFICE, STATE TAX COMMISSION, P.O. BOX 1033, JACKSON, MS 39215-1033 |
| MISSOURI, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, P.O. BOX 3300, JEFFERSON CITY, MO 65105-3300 |
| MONTANA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 5805, HELENA, MT 59604 |
| MULTNOMAH COUNTY, OREGON | C/O: FINANCE BUDGET AND TAX OFFICE, 1221 SW 4TH AVE, PORTLAND, OR 97204 |
| NEBRASKA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, 301 CENTENNIAL MALL SOUTH, PO BOX 94818, LINCOLN, NE 68509-4818 |
| NEVADA, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION, 1550 E. COLLEGE PARKWAY, SUITE 115, CARSON CITY, NV 89706 |
| NEW HAMPSHIRE, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE ADMINISTRATION, 45 CHENELL DR, CONCORD, NH 03301 |
| NEW JERSEY, STATE OF | IRS LOCAL OFFICE, DIVISION OF TAXATION & TREASURY, PO BOX 281, TRENTON, NJ 08695-0281 |
| NEW MEXICO, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION AND REVENUE, 1100 S. ST. FRANCIS DR PO BOX 630, SANTE FE, NM 87504-0630 |
| NEW YORK, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION AND FINANCE, BUILDING 9, W.A. HARRIMAN CAMPUS, ALBANY, NY 12227 |
| NORTH CAROLINA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, POST OFFICE BOX 25000, RALEIGH, NC 27640-0640 |
| NORTH DAKOTA, STATE OF | IRS LOCAL OFFICE, TAX COMMISSIONER, 600 E BOULEVARD AVE, DEPT 127, BISMARCK, ND 58505-0599 |
| OHIO, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION, 30 E BROAD STREET, 22ND FL, COLUMBUS, OH 43215 |
| OKLAHOMA, STATE OF | IRS LOCAL OFFICE, TAX COMMISSION, 2501 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73194 |
| OREGON, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 955 CENTER ST NE, SALEM, OR 97301 |
| PENNSYLVANIA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, STRAWBERRY SQ, FOURTH AND WALNUT STS LOBBY, HARRISBURG, PA 17128-0101 |
| RHODE ISLAND, STATE OF | IRS LOCAL OFFICE, DIVISION OF TAXATION, ONE CAPITOL HILL, PROVIDENCE, RI 02908 |
| SAN DIEGO COUNTY | C/O: COUNTY ADMINISTRATION CENTER, 1600 PACIFIC HWY RM 209, SAN DIEGO, CA 92101 |
| SAN MATEO COUNTY | 555 COUNTY CENTER 1ST FL, REDWOOD CITY, CA 94063-1665 |
| SOUTH CAROLINA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 301 GERVAIS STREET PO BOX 125, COLUMBIA, SC 29214 |
| SOUTH DAKOTA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE & REGULATION, 445 EAST CAPITOL AVE, PIERRE, SD 57501-3185 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANNE MILGRAM, PO BOX 080, TRENTON, NJ 08625-0080 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: RICHARD BLUMENTHAL ( D ), 55 ELM STREET, HARTFORD, CT 06106 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANDREW M. CUOMO, DEPT. OF LAW, THE CAPITOL, 2ND FL, ALBANY, NY 12224-0341 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM CORBETT, 16TH FLOOR, STRAWBERRY SQUARE, HARRISBURG, PA 17120 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOSEPH R. "BEAU" BIDEN III, CARVEL STATE OFFICE BLDG, 820 N. FRENCH ST, WILMINGTON, DE 19801 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DOUGLAS F. GANSLER, 200 ST PAUL PLACE, BALTIMORE, MD 21202 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARTHA COAKLEY, MCCORMACK BUILDING, 1 ASHBURTON PLACE, BOSTON, MA 02108-1698 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK C. LYNCH, 150 S. MAIN ST, PROVIDENCE, RI 02903 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: KELLY AYOTTE ( R ), CIVIL BUREAU, 33 CAPITOL ST, CONCORD, NH 03301-6397 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: G STEVE ROWE ( D ), 6 STATE HOUSE STATION, AUGUSTA, ME 04333 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WILLAIM H SORRELL ( D ), 109 STATE ST, MONTPELIER, VT 05609-1001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LINDA SINGER, ONE JUDICIARY SQUARE, 441 4TH STREET NW, SUITE 1060N, WASHINGTON, DC 20001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BOB MCDONNELL, 900 E. MAIN ST, RICHMOND, VA 23219 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DARRELL V MCGRAW JR ( D ), STATE CAPITOL COMPLEX, BLDG. 1, ROOM E-26, CHARLESTON, WV 25305-9924 |

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROY COOPER ( D ),9001 MAIL SERVICE CENTER,RALEIGH, NC 27699-9001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HENRY MCMASTER ( R ),PO BOX 11549,COLUMBIA, SC 29211-1549 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREGORY D STUMBO ( D ),STATE CAPITOL, SUITE 118,700 CAPITOL AVE,FRANKFORT, KY 40601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARC DANN,STATE OFFICE TOWER,30 E. BROAD STREET, 17TH FLOOR,COLUMBUS, OH 43215-3428 |
| STATE ATTORNEYS GENERAL OFFICE | C/O MIKE COX,G. MENNEN WILLIAMS BUILDING, 7TH FLOOR,525 W. OTTAWA ST, PO BOX 30212,LANSING, MI 48909-0212 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: THURBERT E BAKER ( D ),40 CAPITOL SQUARE, SW,ATLANTA, GA 30334-1300 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BILL MCCOLLUM,THE CAPITOL, PL-01,TALLAHASSEE, FL 32399-1050 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TROY KING ( R ),ALABAMA STATE HOUSE, 11 S. UNION ST,3RD FLOOR,MONTGOMERY, AL 36130 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERT E. COOPER, JR.,PO BOX 20207,NASHVILLE, TN 37202-0207 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: STEVE CARTER ( R ),INDIANA GOVT. CTR SOUTH - 5TH FL,302 W WASHINGTON ST,INDIANAPOLIS, IN 46204 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM MILLER ( D ),HOOVER STATE OFFICE BLDG,1305 E. WALNUT STREET ,DES MOINES, IA 50319 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: J.B. VAN HOLLEN,PO BOX 7857,MADISON, WI 53707-7857 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LORI SWANSON,1400 BREMER TOWER,445 MINNESOTA ST,ST. PAUL, MN 55101 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LISA MADIGAN ( D ),JAMES R. THOMPSON CTR,100 W. RANDOLPH ST,CHICAGO, IL 60601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JAY NIXON,SUPREME CT. BLDG,207 W. HIGH ST  P.O. BOX 899,JEFFERSON CITY, MO 65102 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JIM HOOD ( D ),PO BOX 220,JACKSON, MS 39205-0220 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LARRY LONG ( R ),1302 E HWY 14,SUITE 1,PIERRE, SD 57501-8501 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WAYNE STENEHJEM ( R ),STATE CAPITOL,600 E. BOULEVARD AVE, DEPT 125,BISMARCK, ND 58505 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAUL J. MORRISON,MEMORIAL HALL, 2ND FLOOR,120 SW 10TH STREET,TOPEKA, KS 66612-1597 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JON BRUNING ( R ),2115 STATE CAPITOL,LINCOLN, NE 68509 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CHARLES C FOTI, JR ( D ),1885 NORTH 3RD ST,BATON ROUGE, LA 70802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DUSTIN MCDANIEL,323 CENTER ST,SUITE 200,LITTLE ROCK, AR 72201 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WA DREW EDMONDSON ( D ),313 NE 21ST STREET,OKLAHOMA CITY, OK 73105 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JULIO A. BRADY,DEPARTMENT OF JUSTICE,GERS COMPLEX 48B-50C KRONPRINSDENS GADE,ST THOMAS, VI 00802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERTO J SANCHEZ RAMOS,POST OFFICE BOX 192,SAN JUAN, PR 00902-0192 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREG ABBOTT ( R ),PO BOX 12548,AUSTIN, TX 78711-2548 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOHN W SUTHERS,1525 SHERMAN ST,7TH FLOOR,DENVER, CO 80203 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK J CRANK ( D ),123 CAPITOL,200 W. 24TH STREET,CHEYENNE, WY 82002 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GARY KING,P.O. DRAWER 1508,SANTE FE, NM 87504-1508 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MIKE MCGRATH ( D ),DEPT OF JUSTICE,PO BOX 201401,HELENA, MT 59620-1401 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LAWRENCE WASDEN ( R ),700 W. STATE STREET,PO BOX 83720,BOISE, ID 83720-0010 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK SHURTLEFF ( R ),UTAH STATE CAPITOL COMPLEX,EAST OFFICE BLDG, SUITE 320,SALT LAKE CITY, UT 84114-2320 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TERRY GODDARD ( D ),1275 W. WASHINGTON ST,PHOENIX, AZ 85007 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CATHERINE CORTEZ MASTO,CARSON CITY OFFICE,100 N CARSON ST,CARSON CITY, NV 89701-4717 |
| STATE ATTORNEYS GENERAL OFFICE | C/O EDMUND BROWN JR.,CA DEPT OF JUSTICE,ATT:PUB INQUIRY UNIT,PO BOX 944255,SACRAMENTO, CA 94244-2550 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MALAETASI M. TOGAFAU,POST OFFICE BOX 7,PAGO PAGO, AS 96799 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK J BENNETT ( R ),425 QUEEN ST,HONOLULU, HI 96813 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ALICIA G. LIMTIACO,287 W. O'BRIEN DR,HAGATNA, GU 96910 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAMELA BROWN,OFFICE OF THE ATTORNEY GENERAL,ADMINISTRATION BUILDING,SAIPAN, MP 96950 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HARDY MYERS ( D ),JUSTICE BLDG,1162 COURT ST, NE,SALEM, OR 97301-4096 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROB MCKENNA,1125 WASHINGTON ST SE,PO BOX 40100,OLYMPIA, WA 98504-0100 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TALIS J. COLBERG,DIAMOND COURTHOUSE,PO BOX 110300,JUNEAU, AK 99811-0300 |
| STATE OF DELAWARE | C/O: STATE TREASURER'S OFFICE,820 SILVER LAKE BOULEVARD,SUITE 100,DOVER, DE 19904 |
| STATE OF GEORGIA | OFFICE OF TREASURY & FISCAL SVCS,200 PIEDMONT AVENUE,SUITE 1202 WEST TOWER,ATLANTA, GA 30334 |
| STATE OF ILLINOIS | C/O: STATE TRESURER,CAPITOL BUILDING 219 STATEHOUSE,SPRINGFIELD EXECUTIVE OFFICE,SPRINGFIELD, IL 62706 |
| STATE OF KENTUCKY | C/O: OFFICE OF STATE TREASURER,1050 US HIGHWAY 127 SOUTH,SUITE 100,FRANKFORT, KY 40601 |
| TAX APPRAISAL DISTRICT OF BELL | COUNTY,BELTON, TX 76513 |
| TAX ASSESSOR-COLLECTOR | DALIA SANCHEZ-SAN PATRICIO,SINTON, TX 78387 |
| TAX COLLECTOR | PO BOX 314,CHESTER, CT 06412 |
| TAX COLLECTOR | CITY OF MILFORD,MILFORD, CT 06460 |
| TAX COLLECTOR | 301 NORTH OLIVE AVENUE,WEST PALM BEACH, FL 33401 |
| TAX COLLECTOR, CITY OF DANBURY | PO BOX 237,DANBURY, CT 06813 |
| TAX COLLECTOR, CITY OF NORWALK | CT,NORWALK, CT 06851 |
| TAX COMMISSIONER | TRENTON CITY TAX OFFICE,P.O. BOX 518,TRENTON, GA 30752 |
| TAXATION AND REVENUE DEPT | P.O. BOX 25127,SANTA FE, NM 87504-5127 |
| TENNESSEE, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,ATTENTION: TAXPAYER SERVICES,500 DEADERICK ST,NASHVILLE, TN 37242 |
| TEXAS, STATE OF | IRS LOCAL OFFICE,COMPTROLLER OF PUBLIC ACCOUNTS,PO BOX 13528, CAPITOL STATION,AUSTIN, TX 78711-3528 |
| TOWN & COUNTRY GALVESTON | 1605 TREMONT,GALVESTON, TX 77550 |
| TOWN CLERK | FOR NEW BRITAIN CONNECTICUT,27 WEST MAIN STREET,NEW BRITAIN, CT 06051 |
| TOWN CLERK | TOWN OF COVENTRY,POST OFFICE BOX 189,COVENTRY, CT 06238 |
| TOWN CLERK OF BERLIN | RECORDING DEPARTMENT,240 KENNSINGTON ROAD,BERLIN, CT 06037 |
| TOWN CLERK, MIDDLETOWN | DEED RECORDING DESK,P.O. BOX 1300,MIDDLETOWN, CT 06457 |
| TOWN CLERK, STRATFORD | 2725 MAIN STREET,STRATFORD, CT 06497 |
| TOWN CLERKS OFFICE FOR | PLYMOUTH, CONN.,80 MAIN STREET,TERRYVILLE, CT 06786 |
| TOWN OF BARNSTABLE | P.O. BOX 1360 TC,HYANNIS, MA 02601-0130 |
| TOWN OF ELMIRA | TAX COLLECTOR,1255 W. WATERSTREET,ELMIRA, NY 14905 |
| TOWN OF HALIFAX | 499 PLYMOUTH ST,HALIFAX, MA 02338 |
| TOWN OF MANCHESTESTER | COLLECTOR OF REVENUE,41 CENTER STREET,MANCHESTER, CT 06045 |
| TOWN OF MARLBOROUGH | P.O. BOX 305,MILTON, NY 12547 |
| TOWN OF MASHPEE  OFFICE OF TAX | COLLECTOR,MASHPEE, MA 02649 |
| TOWN OF MASHPEE OFFICE OF TAX | COLLECTOR LOCKBOX,MEDFORD, MA 02155 |
| TOWN OF NORTHBOROUGH | OFF. OF TREAS/COLL,NORTHBOROUGH, MA 01532-1937 |
| TOWN OF OCEAN CITY PROP TRANS | 301 BALTIMORE AVE, ROOM 130,P.O. BOX 5000,OCEAN CITY, MD 21842 |
| TOWN OF SMYRNA | P.O. BOX 307,SMYRNA, DE 19977 |
| TOWN OF THE PLAINS | P. O.  BOX 104,PLAINS, VA 20198 |
| TOWN OF WHEATLAND | S8084 LAWRENCE RIDGE RD.,DE SOTO, WI 54624 |
| TOWN OF WINCHESTER/COLLECTOR | OF REVENUE,338 MAIN STREET,WINSTED, CT 06098 |
| TOWN OF WINDSOR | WINDSOR LAND RECORDS,275 BROAD STREET,WINDSOR, CT 06095 |
| TOWN PROPERTIES ASSET MGMT CO | 11340 MONTGOMERY ROAD STE 202,CINCINNATI, OH 45249 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TOWNE PARK - MONTHLY PARKING | DEPT, 300 LIGHT ST, BALTIMORE, MD 21202 |
| TOWNE SQUARE | CONDOMINIUM OWNERS ASSOC., P O BOX 1776, NEWPORT NEWS, VA 23601 |
| TOWNS COUNTY | 48 RIVER ST. SUITE H, HIAWASSEE, GA 30546 |
| TOWNSEND TOWN | TOWN OF TOWNSEND TAX COLL, BOX 602, TOWNSEND, MA 01469 |
| TOWNSEND TOWN | PO BOX 223, TOWNSEND, DE 19734 |
| TOWNSEND TOWN | PO BOX 223, TOWNSHEND, VT 05353 |
| TOWNSHIP OF BLOOMFIELD | 1 MUNICIPAL PLAZA, BLOOMFIELD, NJ 07003 |
| TOWNSHIP OF BLOOMFIELD - WATER | DEPARTMENT, 1 MUNICIPAL PLAZA, BLOOMFIELD, NJ 07003 |
| TOWNSHIP OF MIDDLETOWN | 2140 TRENTON ROAD, LEVITTOWN, PA 19056 |
| TOWNSHIP OF NORTHVILLE | 44405 6 MILE RD, NORTHVILLE, MI 48167-9670 |
| UNITED STATES TREASURY DEPARTMENT | C/O: DEPARTMENT OF TREASURY, 1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220 |
| UTAH, STATE OF | IRS LOCAL OFFICE, TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134 |
| VERMONT, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXES, 133 STATE STREET, MONTPELIER, VT 05633-1401 |
| VILLAGE AT BECKETT RIDGE | 11857 KEMPER SPRINGS DR., CINCINNATI, OH 45240 |
| VILLAGE AT NORTH COLLEGE HILL | 5877 ROSS ROAD, FAIRFIELD, OH 45014 |
| VILLAGE AT SAWMILL VALLEY | C/O TRENT COOMBS, 46 DOGWOOD LANE, HORSHAM, PA 19044 |
| VILLAGE AT TIMBER CREEK | 1500 DEPAUV BLVD. STE. 2110, INDIANAPOLIS, IN 46268 |
| VILLAGE GREEN CONDO | C/O LARRY M. LEE, P. O. BOX 1692, BURLINGTON, NC 27216 |
| VILLAGE OF COPPER OAKS | 935 N. PLUM GROVE RD., SCHAUMBURG, IL 60173 |
| VILLAGE OF FOURTEEN ASSOC. | 3072 BLENDON WOODS BLVD., COLUMBUS, OH 43229 |
| VILLAGE OF HOMEWOOD | 2020 CEHSTNUT ROAD, HOMEWOOD, IL 60430 |
| VILLAGE OF HOMEWOOD | 2020 CHESTNUT ROAD, HOMEWOOD, IL 60430 |
| VILLAGE OF LE LEROY | 3 WEST MAIN ST, LEROY, NY 14482 |
| VILLAGE OF LENA | 122 E MAIN ST, P.O. BOX 607, LENA, IL 61048 |
| VILLAGE OF LOMBARD | 255 EAST WILSON AVENUE, LOMBARD, IL 60148-3926 |
| VILLAGE OF MORELAND | 5564 MORELAND COURT, MECHANICSBURG, PA 17055 |
| VILLAGE OF MOUNT PROSPECT | 50 SOUTH EMERSON STREET, MOUNT PROSPECT, IL 60056 |
| VILLAGE OF MOUNT PROSPECT | PO BOX 4297, CAROL STREAM, IL 60197 |
| VILLAGE OF NORTHBROOK | 1225 CEDAR LANE, NORTHBROOK, IL 60062 |
| VILLAGE OF PINECREST BUILDING& | PLANNING, PINECREST, FL 33156 |
| VILLAGE OF PLAINFIELD | 24401 W. LOCKPORT ST, PLAINFIELD, IL 60544 |
| VILLAGE OF THE BRANCH | TAX COLLECTOR, SMITHTOWN, NY 11787 |
| VILLAGE OF THE BRANCH VILLAGE | TAX COLLECTOR, PO BOX 725, SMITHTOWN, NY 11787 |
| VILLAGE OF WOODBURY | PO BOX 216, HIGHLAND MILLS, NY 10930 |
| VILLAGE SHIRES COMMUNITY ASSOC | 3001 EAST VILLAGE ROAD, HOLLAND, PA 18966 |
| VILLAGES AT PRINCETON CROSSING | 225 HWY 35, RED BANK, NJ 07701 |
| VILLAGES OF BRENTWOOD | C/O ASSOC. MGMT. SERVICES, P. O. BOX 1126, BRENTWOOD, TN 37027 |
| VIRGINIA, STATE OF | IRS LOCAL OFFICE DEPT. OF TAXATION, OFFICE OF CUSTOMER SERVICES, PO BOX 1115, RICHMOND, VA 23218-1115 |
| WASHINGTON, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, TAXPAYER SERVICES, PO BOX 47478, OLYMPIA, WA 98504-7476 |
| WEST VIRGINIA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 963, CHARLESTON, WV 25324-0963 |
| WISCONSIN, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, P.O. BOX 8906, MADISON, WI 53708-8906 |
| WYOMING, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, HERSCHLER BLDG, 2ND FLOOR WEST, CHEYENNE, WY 82002-0110 |

**Total Creditor Count 342**