IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :    Jointly Administered
          Debtors.                                               :
                                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2007, I caused to be served true and correct copies of the "Notice of Filing of Second Supplemental List of Ordinary Course Professionals" dated October 3, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

9th day of October, 2007

_____
Notary Public

```
ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010
```

T:\Clients\AHM\Affidavits\OCP_aff 10-3-07.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## Service List

| Claim Name | Address Information |
|---|---|
| A TO B REALTY | ATTN: BOB NASTASI,1500 E. HAMILTON AVENUE #105,CAMPBELL, CA 95008 |
| ACTION REAL ESTATE NETWORK | ATTN: C. TUMBARELLO,3823 N HARLEM AVENUE,CHICAGO, IL 60634 |
| ADAMS AM1 | ATTN: KELLY ADAMS,235 PEACHTREE ST NE,ATLANTA, GA 30303 |
| ADVISOR REALTORS | ATTN: DOUG DANIEL,909 E MORGAN ST,MARTINSVILLE, IN 46151 |
| ALLISON REALTY ASSOCIATES | ATTN: LON ALLISON,956 WALNUT STREET,RED BLUFF, CA 96080 |
| AMERICAN PROPERTIES INC. | ATTN: ROGER ERICKSON,1220 E POWELL BLVD,GRESHAM, OR 97030 |
| AUSTIN BROKERS | ATTN: WANDA WILE,3586 CANTON RD,MARIETTA, GA 30066 |
| BAYVIEW PROPERTIES | ATTN: CHRISTINE MINCHER,P.O. BOX 574,APTOS, CA 95001 |
| BRN CONSULTING, INC | ATTN: BRAD ROZANSKY,4650 EAST WEST HIGHWAY,METHESDA, MD 20814 |
| CENTURY 21 AA CARNES INC | ATTN: MARY CARNES,382 W STATE RD,LONGWOOD, FL 32750 |
| CENTURY 21 CLASSIC HOMES | ATTN: JOSEPH FUSCO,2239 MAIN ST,GLASTONBURY, CT 06033 |
| CENTURY 21 HIGH COUNTY | ATTN: V. WICKERSHAM,28200 HIGHWAY 189,LAKE ARROWHEAD, CA 92352 |
| CENTURY 21 JOE WALKER & ASS. | ATTN: CAROL HAYNES,13961 TOLLBRIDGE WAY,PICKERINGTON, OH 43147 |
| CENTURY 21 KING REALTORS | ATTN: P. MENDOZA,4016 GRAND AVENUE, SUITE B,CHINO, CA 91710 |
| CENTURY 21 WORDEN & GREEN | ATTN: C. SANFILIPPO,256 ROUTE 56,HILLSBOROUGH, NJ 08844 |
| COLDWELL BANKER | ATTN: LINDA MILLER,100 E JEFFERSON AVE,WHITNEY, TX 76692 |
| COLDWELL BANKER REALTY PLUS | ATTN: LINDA MOTTI,1372 MOUNT VERNON AVE,MARION, OH 43302 |
| COLDWELL BANKER RESIDENTIAL REAL ESTATE | ATTN: PHYLLIS GENTILE,928 N COLLIER BLVD,MARCO ISLAND, FL 34145 |
| COLDWELL BANKER-AMERICAN WEST | ATTN: STEVE THURMAN,17571 VIERRA CANYON ROAD,SALINAS, CA 93907 |
| COUNSELOR REALTY | ATTN: JEFFERY CAMERON,7766 HIGHWAY 65 NE,SPRING LAKE PARK, MN 55432 |
| EAGLE HILLS PROPERTIES | ATTN: LAVINA PRATT,4601 W. SAGUARO DRIVE,EAGLE, ID 83616 |
| EQUITY VENTURES REALTY, LLC | ATTN: CAROL O'NEILL,110 N. BROCKWAY #310,PALATINE, IL 60067 |
| ERA BUCKHEAD REALTY | ATTN: DONNA BURTON,140 FOX CREEK DRIVE,WOODSTOCK, GA 30188 |
| ERA MONEYHAN RELATY, INC | ATTN: MARTHANA GREEN,4159 STATE ROAD 218,MIDDLEBURG, FL 32068 |
| EXIT REALTY HEARTLAND | ATTN: KIA TUALA,14810 E 42ND ST S,INDEPENDENCE, MO 64055 |
| FIRST SERVICES REALTY-GMAC | ATTN: EDDIE ROMAN,13155 SW 42ND STREET STE 200,MIAMI, FL 33175 |
| FISHER AND SHAPRIO, LLC | ATTN:  RICHARD ARONOW,4201 LAKE COOK ROAD,NORTHBROOK, IL 60062 |
| FL/REO COMPANY | ATTN: URANIA MARTIN,7710 ARBLE,JACKSONVILLE, FL 32211 |
| FLORIDA HOME REALTY PROFESSIONALS | ATTN: DONNY KEY,11411 DONNEYMOOR DRIVE,RIVERVIEW, FL 33569 |
| GUARANTEE REAL ESTATE | ATTN: BILL PFEIF,7080 N. MAPLE AVENUE # 101,FRESNO, CA 93720 |
| HOME REALTY, INC. | ATTN: MELISSA JACKSON,659 AUBURN AVE, #G-13,ATLANTA, GA 30312 |
| JEFFREY RUSSELL | ATTN: JEFFREY RUSSELL,305 S. HUDSON AVENUE STE 200,PASADENA, CA 91101 |
| JENNIFER MADISON | ATTN: JENIFER MADISON,2700 NE LOOP 410,SUITE 150,SAN ANTONIO, TX 78217 |
| JOHN COVINGTON-ROSE & WOMBLE REALTY, LLC | ATTN: JOHN COVINGTON,800 DILIGENCE DR,NEWPORT NEWS, VA 23606 |
| KELLER WILLIAMS REAL ESTATE | ATTN: RALPH CHIODO,2213 QUARRY DRIVE, SUITE 201,WEST LAWN, PA 19609 |
| KELLER WILLIAMS REALTY | ATTN: LISA MAXVILL,10532 CEDAR CREEK DRIVE,MANASSAS, VA 20112 |
| KELLER WILLIAMS REALTY | ATTN: CLAIRE EPSTEIN,30500 N.W. HWY #300,FIRMINGTON HILLS, MI 48334 |
| KITTY DUNES REALTY | ATTN: WAYNE STRICKLAN,PO BOX 275,KITTY HAWK, NC 27949 |
| LA PROPRIETA INC. | ATTN: CECILY TIPPERY,3775 MAIN STREET #E,OAKLEY, CA 94561 |
| LAKESHORE REALTY | ATTN: BRAIN STRANGER,2510 NORTH PINES ROAD #5,SPOKANE, WA 99206 |
| LAKESHORE REALTY | ATTN: BRIAN STRANGER,2510 NORTH PINES ROAD #5,SPOKANE, WA 99206 |
| LANCASTER TOWN & COUNTRY REALTY, LLC | ATTN: DIANE PELLETIER,774 STATE ROAD 13 #1,JACKSONVILLE, FL 32259 |
| LAW OFFICE OF DANIEL C CONSUEGRA | ATTN:  DANIEL C. CONSUEGRA,9204 KING PALM DRIVE,TAMPA, FL 33619 |
| LEWIS REAL ESTATE GROUP | ATTN: DANNY LEWIS,8400 N. UNIVERSITY DRIVE #111,TAMARAC, FL 33321 |
| LOREE MCDUFFIE REAL | ATTN: LOREE MCDUFFIE,317 PINEHILL DR.,MOBILE, AL 36606 |
| MARC 1 REALTY LLC | ATTN: GRANT MOSTELLER,5961 E NC 150 HWY,MAIDEN, NC 28650 |
| MCGRAW REALTORS | ATTN: RICHARD PIERCE,2106 SOUTH ATLANTA PLACE, SUITE B,TULSA, OK 74114 |
| METRO DESERT REALTY | ATTN: A. VELASQUEZ,1635 MAIN STREET,EL CENTRO, CA 92243 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MEYBOHM REALTORS | ATTN: GREG HONEYMICH, 2556 TOBACCO RD, HEPHZIBAH, GA 30815 |
| NORMA MYERS-ERA HOLLEY & LEWIS REALTY CO | ATTN: NORMA MYERS, 339 PINEY FOREST ROAD, DANVILLE, VA 24540 |
| NOTTINGHAM REALTY, LLC | ATTN: REGINA NOTTINGHAM, P.O. BOX 501078, INDIANAPOLIS, IN 46250 |
| NRT NEW ENGLAND INCORPORATED | D/B/A COLDWELL BANKER, ATTN: JENNIFER L. BUEHLER, 24 WASHINGTON AVENUE, NORTH HAVEN, CT 06473 |
| OBOYLE REAL ESTATE GROUP | ATTN: CRAIG OBOYLE, 15 LAMBRIG WAY, COLORADO SPRINGS, CO 80906 |
| PROFESSIONAL REAL ESTATE SRV | ATTN: MICKI DICKINSON, 29591 NUEVO RD, NUEVO, CA 92567 |
| PRUDENTIAL AMERICANA-VEGAS REO SERVICES | ATTN: JOEI LULIUCCI, 871 CORONADO CENTER DR, LAS VEGAS, NV 89052 |
| PRUDENTIAL CARRUTHERS | ATTN: JERRY VAN DYKE, 5025 WISCONSIN AVE NW, WASHINGTON DC, DC 20016 |
| PRUDENTIAL VANDEMARK REALTY | ATTN: LANA MOURNING, 2150 N. EASTOWN RD, LIMA, OH 45807 |
| RE/MAX ASSOCIATES REALTORS | ATTN: PHIL MURPHY, 1951 51ST STREET NE, CEDAR RAPIDS, IA 52402 |
| RE/MAX BEST | ATTN: MIKE CARROLL, 575 SUNRISE HIGHWAY, WEST BABYLON, NY 11704 |
| RE/MAX COLONIAL | ATTN: C. BENNAN1, 495 MAIN STREET#B, GROTON, MA 01450 |
| RE/MAX ELITE TEAM | ATTN: BOB CADEZ, 29720 RANCHO CALIFORNIA RD#3B, TEMECULA, CA 92591 |
| RE/MAX HOMEWARD BOUND | ATTN: KENNETH MYERS, 37295 DETROIT RD, AVON, OH 44011 |
| RE/MAX HOMEWARD BOUND | ATTN: CAROL MCDONALD, 5061 NORTH ABBE RD., SUITE #1, ELYRIA, OH 44035 |
| RE/MAX IN THE PARK | ATTN: PAUL BOOTH, 9644 W 131ST ST, PALOS PARK, IL 60464 |
| RE/MAX PROPERTIES | ATTN: PAULA STEINERT, 2000 WEBBER STREET, SARASOTA, FL 34239 |
| RE/MAX REALTY | ATTN: MATTHEW MCKENNY, 91 N VAL VISTA DR, GILBERT, AZ 85234 |
| RE/MAX REALTY CENTER | ATTN: MICHELE GOSSETT, 87 N CHURCH, WATERTOWN, WI 53098 |
| RE/MAX RESULTS | ATTN: MIKE NOVAK-SMITH, 23580 SUNNYMEAD BLVD, MORENO VALLEY, CA 92553 |
| RE/MAX TEAM REO | ATTN: BILL WITT, 2012 FLEET STREET, BALTIMORE, MD 21231 |
| REAL ESTATE ONE | ATTN: MICHAEL SHANNON, 23756 MICHIGAN AVE, DEARBORN, MI 48124 |
| REAL ESTATE UNLIMITED | ATTN: GAYLE MCDANIEL, 4692 JENNIFER CT, MONROE, GA 30656 |
| REAL LIVING, INC. | ATTN: TERRI PIRTLE, 2372 LAKEVIEW DR, SUITE G, BEAVERCREEK, OH 45431 |
| REALTY EXECUTIVES | ATTN: ROSS CONCKLIN, 3090 CHARLES AVE, CLEARWATER, FL 33761 |
| REALTY OF CALIFORNIA | ATTN: HELGA HESS, 435 LA FONDA AVE, SANTA CRUZ, CA 95065 |
| REALTY XPERTS | ATTN: GLENN BALLARD, 4406 SW 33RD ST, DES MOINES, IA 50321 |
| REMAX ALLIANCE | ATTN: ALI SAAD, 37569 FIVE MILE ROAD, LIVONIA, MI 48154 |
| REO ASSET SERVICE | ATTN: TOM BLANCHARD, 4955 S. DURANGO DR., SUITE 120, LAS VEGAS, NV 89113 |
| ROSENTHAL AND ASSOCIATES | ATTN: CANDICE JOHNSTN, 72880 FRED WARING DRIVE #B9, PALM DESERT, CA 92260 |
| ROUTH CRABTREE, APC (ALASKA) | ATTN: RICHARD ULLSTROM, 3000 A STREET, SUITE #200, ANCHORAGE, AK 99503 |
| SAYLOR REALTY, LLC | ATTN: BETTY CRAIG, 320 W. MCLANE, OSCEOLA, IA 50213 |
| SL&C PROPERTIES | ATTN: BRAIN DAUK, 233 FLOWERS STREET, COSTA MESA, CA 92627 |
| SNELSON&STEVENS REALTORS | ATTN: CHERYL STEVENS, 120 NILES CORTLAND ROAD, WARREN, OH 44484 |
| THE REAL ESTATE OFFICE CO. | ATTN: MICHELLE DANIELS, 1800 FOREST HILL BLVD, WEST PALM BEACH, FL 33406 |
| TODAY REAL ESTATE, INC. | ATTN: LAWRENCE D. GALLAGHER, 1533 ROUTE 28, CENTERVILLE, MA 02632 |
| TREE HOUSE REALTY GROUP | ATTN: SUSAN FACTEAU, 1002 GOTT, ANN ARBOR, MI 48103 |
| WEICHERT, REALTORS- YATES & ASSOCIATES | ATTN: JEANETTE YATES, 1046 W. BUSCH BLVD STE 300, TAMPA, FL 33612 |
| WINDSOR INTERNATIONAL REALTY | ATTN: DANA FLINN, 24 WEST WILLIAM STREET, DELAWARE, OH 43015 |

**Total Creditor Count 87**