IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

    1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 15, 2007, I caused to be served true and correct copies of the

    a)    Notice of Motion, dated October 15, 2007 to which was attached the Debtors' Motion for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; and (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief, [Docket No. 1553] dated October 15, 2007

    b)    Notice of Motion, dated October 15, 2007, to which was attached the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order (1) Authorizing the Debtors to File, Under Seal, an Unredacted Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief and (2) Directing Parties Filing Responsive Pleadings to File Unredacted Pleadings Under Seal, [Docket No. 1554] dated October 15, 2007,

    c)    Debtors' Motion Pursuant to DEL. L.R. 9006-1(e) for an Order Shortening the Time for Notice for: (1) Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (A) Approving the Mortgage Servicing Purchase Agreement; (B) Authorizing the Debtors to Sell Certain Property Free and Clear of Liens, Interests, and Encumbrances, and (C) Granting Related Relief (the "Sale

Motion"); and (2) Debtors Motion for Order Pursuant to Section 107(b) of the Bankruptcy Code (A) Authorizing the Debtors to File, Under Seal, an Unredacted Sale Motion and (B) Directing parties Filing Responsive Pleadings to File Unredacted Pleadings under Seal, [Docket No. 1555] dated October 15, 2007,

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit A.

        3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

23rd day of October, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Ameded APA_aff 10-15-07.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALABAMA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,50 NORTH RIPLEY STREET, MONTGOMERY, AL 36132 |
| ALASKA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE PO BOX 110420,333 W. WILLOUGHBY 11TH FLOOR SOB, JUNEAU, AK 99811-0420 |
| ARIZONA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1600 W. MONROE, PHOENIX, AZ 85007-2650 |
| ARKANSAS, STATE OF IRS LOCAL | OFFICE DEPT OF FINANCE & ADMIN,OFFICE OF STATE REVENUE ADMIN,1900 WEST 7TH ST., ROOM 1030, LITTLE ROCK, AR 72201 |
| BOARD OF COUNTY COMISSIONERS | 115 SOUTH ANDREWS AVE, RM 114,, FORT LAUDERDALE, FL 33301 |
| BOARD OF EQUALIZATION | POB 942879,, SACRAMENTO, CA 94279-7072 |
| BOARDMAN TOWNSHIP | P.O BOX 88,, SOUTH BOARDMAN, MI 49680 |
| BOONE COUNTY, KENTUCKY | 2950 WASHINGTON ST,, BURLINGTON, KY 41005 |
| CADDO COUNTY | P.O. BOX 278,, ANADARKO, OK 73005 |
| CADDO PARISH | 501 TEXAS ST, ROOM #101,, SHREVEPORT, LA 71101 |
| CADILLAC CITY | 200 N. LAKE ST.,, CADILLAC, MI 49601 |
| CADOTT VILLAGE | P. O. BOX 40,, CADOTT, WI 54727 |
| CADY TOWN | 124 310TH STREET,, WILSON, WI 54027 |
| CALIFORNIA, STATE OF | IRS LOCAL OFFICE,FRANCHISE TAX BOARD,3321 POWER INN ROAD, SUITE 250, SACRAMENTO, CA 95826-3893 |
| CITY OF ALEXANDRIA | REV ADMIN BLDG--DPT OF FINANCE,, ALEXANDRIA, VA 22313-1500 |
| CITY OF ANNAPOLIS | MUNI BLDG RM 103 FIN OFF,, ANNAPOLIS, MD 21401 |
| CITY OF ARLINGTON | P.O. BOX 90090,, ARLINGTON, TX 76004 |
| CITY OF ARVADA | 8101 RALSTON RD,P.O. BOX 8101, ARVADA, CO 80001 |
| CITY OF ATLANTA | 55 TRINITY AVE,SUITE 2500, ATLANTA, GA 30303 |
| CITY OF AURORA ILLINIOS | 44 E DOWNER PLACE,, AURORA, IL 60507 |
| CITY OF BALTIMORE | DEPT. OF FINANCE,200 N. HOLLIDAY STREET, BALTIMORE, MD 21202 |
| CITY OF BARSTOW | PAYMENT PROCESSING CENTER,PO BOX 6920, BUENA PARK, CA 90622 |
| CITY OF BARSTOW | 220 E MT VIEW,, BARSTOW, CA 92311 |
| CITY OF BEDFORD | POB 807,, BEDFORD, VA 24523 |
| CITY OF BELLINGHAM | 210 LOTTIE ST   FIN DPT,, BELLINGHAM, WA 98227 |
| CITY OF BELLVUE | LOCKBOX,, SEATTLE, WA 98124-1372 |
| CITY OF BENTONVILLE | 117 WEST CENTRAL,, BENTONVILLE, AR 72712-5256 |
| CITY OF BOSTON | ATTN: BANKRUPTCY COORDINATOR,CITY HALL ROOM M-5,ONE CITY HALL SQUARE, BOSTON, MA 02201-1020 |
| CITY OF BOURBON | P.O. BOX 164,, BOURBON, MO 65441 |
| CITY OF BOWLING GREEN | 304 N CHURCH ST,, BOWLING GREEN, OH 43402 |
| CITY OF BRENTWOOD | CITY  BRENTWOOD PROPERTY TAX,, NASHVILLE, TN 37230-6048 |
| CITY OF BROCKTON | POB 1000,, BROCKTON, MA 02303-1000 |
| CITY OF BROOKFIELD | 2000 N.CALHOUN ROAD,, BROOKFIELD, WI 53005 |
| CITY OF BRUNSWICK | 1 W. POTOMAC STREET,, BRUNSWICK, MD 21716 |
| CITY OF BURLINGTON | P.O. BOX 1358,, BURLINGTON, NC 27216 |
| CITY OF CALEXICO | 608 HEBER AVE,, CALEXICO, CA 92231 |
| CITY OF CAMDEN | PROPERTY TAX COLLECTOR,, CAMDEN, TN 38320 |
| CITY OF CARROLLTON | POB 1949,, CARROLLTON, GA 30112 |
| CITY OF CHELSEA | 305 S. MAIN ST. #100,, CHELSEA, MI 48118 |
| CITY OF CLARE | 202 WEST FIFTH STREET,, CLARE, MI 48617-1490 |
| CITY OF CLIO | 505 W VIENNA ST,, CLIO, MI 48420 |
| CITY OF COLLEGE PARK, GEORGIA | PO BOX 87137,, COLLEGE PARK, GA 30337 |
| CITY OF COLUMBUS | P O BOX 182882,, COLUMBUS, OH 43218 |
| CITY OF COLUMBUS TREASURER | 910 DUBLIN RD,, COLUMBUS, OH 43215 |
| CITY OF CORPUS CHRISTI | PO BOX 659722,, SAN ANTONIO, TX 78265-9722 |
| CITY OF CRAIG | PO BOX 725,, CRAIG, AK 99921 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITY OF CUMMING | 100 MAIN STREET,, CUMMING, GA 30040 |
| CITY OF DEKALB | 200 SOUTH FOURTH ST,, DEKALB, IL 60115 |
| CITY OF DEKALB | 200 SOUTH FOURTH STREET,, DEKALB, IL 60115 |
| CITY OF DILLINGHAM | P.O. BOX 889,, DILLINGHAM, AK 99576 |
| CITY OF DOVER | 15 E LOOKERMAN ST,, DOVER, DE 19901 |
| CITY OF DOVER | PO BOX 7100,, DOVER, DE 19903-7100 |
| CITY OF EASTON | TAX COLLECTOR, JOHN MCGRAW, 1 SOUTH 3RD STREET, EASTON, PA 18042 |
| CITY OF EL CENTRO | PO BOX 2328,, EL CENTRO, CA 92244 |
| CITY OF FITCHBURG | 718 - MAIN STREET - CITY HALL,, FITCHBURG, MA 01420 |
| CITY OF FREDERICK | DEPT OF FINANCE,, FREDERICK, MD 21701 |
| CITY OF GRAND RAPIDS TREASURER | 300 MONROE AVE NW,, GRAND RAPIDS, MI 49503-2296 |
| CITY OF GRAPEVINE | 200 SOUTH MAIN STREET,, GRAPEVINE, TX 76051 |
| CITY OF GRAPEVINE, TEXAS | 200 S MAIN ST,, GRAPEVINE, TX |
| CITY OF GREENSBORO | GUILFORD CO CTHOUSE/COLLECTION, PO BOX 3136, GREENSBORO, NC 27402 |
| CITY OF HAGERSTOWN | TREASURER'S OFFICE, ONE EAST FRANKLIN STREET, HAGERSTOWN, MD 21740 |
| CITY OF HAMILTON | 345 HIGH STREET,, HAMILTON, OH 45011 |
| CITY OF HARRISBURG | 10 N SECOND STREET,, HARRISBURG, PA 17101 |
| CITY OF HENDERSON | T 6 (SUNDRIDGE), P.O. BOX 52767, PHOENIX, AZ 85072 |
| CITY OF HENDERSONVILLE | 101 MAPLE DR N,, HENDERSONVILLE, TN 37075-2586 |
| CITY OF HOUSTON | FIRE DPT PERMITS,, HOUSTON, TX 77007 |
| CITY OF HOUSTON | HOUSTON POLICE ALARM DETAIL,, HOUSTON, TX 77274-1009 |
| CITY OF HOUSTON SIGN ADMIN | POB 61167,, HOUSTON, TX 77208-1167 |
| CITY OF IRVING | REVENUE COLLECTIONS,, IRVING, TX 75015-2288 |
| CITY OF JOLIET | 150 WEST JEFFERSON STREET,, JOLIET, IL 60432 |
| CITY OF KALAMAZOO TREASURER | 415 STOCKBRIDGE,, KALAMAZOO, MI 49001-2898 |
| CITY OF KALAMAZOO TREASURER | DEPARTMENT OF PUBLIC UTILITIES,, KALAMAZOO, MI 49001-2898 |
| CITY OF KNOXVILLE | POB 15001,, KNOXVILLE, TN 37901-5001 |
| CITY OF LAKE GENEVA TREAS. | P.O. BOX 340,, LAKE GENEVA, WI 53147 |
| CITY OF LEWISVILLE | POB 299002,, LEWISVILLE, TX 75029-9002 |
| CITY OF LOS ANGELES | 200 N SPRING ST RM 303,, LOS ANGELES, CA 90012 |
| CITY OF LUMBERTON | POB 1388,, LUMBERTON, NC 28359-1388 |
| CITY OF LYNCHBURG VA | POB 9000,, LYNCHBURG, VA 24505-9000 |
| CITY OF MEQUON | 11333 N CEDARBURG RD,, MEQUON, WI 53092 |
| CITY OF MERIDAN | TAX COLLECTOR, 142 EAST MAIN STREET, MERIDEN, CT 06450 |
| CITY OF MERIDEN DPRTMNT | OF PUBLIC UTILITIES, 117 PARKER AVE, MERIDEN, CT 06450 |
| CITY OF MIDDLETOWN | 16 JAMES STREET, CITY HALL, MIDDLETOWN, NY 10940 |
| CITY OF MILNER | P.O. BOX 99,, MILNER, GA 30257 |
| CITY OF MITCHELL | 612 N MAIN ST,, MITCHELL, SD 57301 |
| CITY OF MURFREESBORO | 111 W VINE ST, P.O. BOX 1139, MURFREESBORO, TN 37133 |
| CITY OF MYRTLE BEACH | 921 OAK ST,, MYRTLE BEACH, SC 29577 |
| CITY OF NAPERVILLE | PO BOX 4231,, CAROL STREAM, IL 60197 |
| CITY OF NAPERVILLE | 400 S. EAGLE STREET,, NAPPERVILLE, IL 60540 |
| CITY OF NEW BRUNSWICK | 78 BAYARD STREET,, NEW BRUNSWICK, NJ 08901 |
| CITY OF NOME | P.O. BOX 281,, NOME, AK 99762 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600427,, NORTH MIAMI BEACH, FL 33160 |
| CITY OF NORTH MIAMI BEACH | PO BOX 600472,, NORTH MIAMI BEACH, FL 33160-0427 |
| CITY OF NORWICH | 100 BROADWAY, ROOM 214,, NORWICH, CT 06360 |
| CITY OF ODESSA | POB 128,, ODESSA, MO 64076 |
| CITY OF ODESSA | PO BOX 128,, ODESSA, MO 64076 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITY OF PHILADELPHIA | WATER REVENUE BUREAU, P O BOX 41496, PHILADELPHIA, PA 19101 |
| CITY OF PHILADELPHIA | DEPARTMENT OF FINANCE, PO BOX 56318, PHILADELPHIA, PA 19130 |
| CITY OF PHILADELPHIA/REAL | ESTATE TAX, P.O. BOX 8409, PHILADELPHIA, PA 19101 |
| CITY OF PORTLAND MAINE | FIN DPT TREASURY & COLLECTION,, PORTLAND, ME 04112-0544 |
| CITY OF RAYTOWN | 10000 EAST 59TH ST.,, RAYTOWN, MO 64133 |
| CITY OF REDLANDS | OFFICE OF CITY TREASURER,, REDLANDS, CA 92373 |
| CITY OF REDLANDS | 35 CAJON ST   STE 15B,, REDLANDS, CA 92373-1505 |
| CITY OF REDLANDS | P O BOX 6903,, REDLANDS, CA 92375 |
| CITY OF REHOBOTH BEACH | POB 1163      BUS LIC OFF,, REHOBOTH BEACH, DE 19971 |
| CITY OF RIVERSIDE | 3900 MAIN ST,, RIVERSIDE, CA 92522 |
| CITY OF ROCHESTER WATER BILL | P.O. BOX 14270,, ROCHESTER, NY 14614 |
| CITY OF RUTLAND | P.O. BOX 969,, RUTLAND, VT 05702 |
| CITY OF SALINAS FINANCE DPT | POB 1996,, SALINAS, CA 93902 |
| CITY OF SANTA ANA | 20 CIVIC CNTR PLAZA  1ST FLOOR,, SANTA ANA, CA 92702 |
| CITY OF SCOTSDALE | 7447 E INDIAN SCHOOL RD,, SCOTTSDALE, AZ 85260 |
| CITY OF SCOTTSDALE | 7447 E INDIAN SCHOOL RD,, SCOTTSDALE, AZ 85258 |
| CITY OF SEAGOVILLE | 702 N HWY 175,, SEAGOVILLE, TX 75159 |
| CITY OF SOUTHFIELD | 26000 EVERGREEN ROAD,, SOUTHFIELD, MI 48076 |
| CITY OF SPARTANBURG | POB 1749,, SPARTANBURG, SC 29304 |
| CITY OF ST CHARLES | 2 E. MAIN ST,, ST CHARLES, IL 60174 |
| CITY OF ST CHARLES, MISSOURI | 200 NORTH 2ND ST,, ST CHARLES, MO 63301 |
| CITY OF ST CLOUD | PUBLIC UTILITIES, P O BOX 1501, ST CLOUD, MN 56302 |
| CITY OF ST CLOUD FINANCE DEPT | 400 2ND STREET SOUTH,, ST CLOUD, MN 56301 |
| CITY OF ST PETERS | BUSINESS LICENSING,, SAINT PETERS, MO 63376 |
| CITY OF ST PETERS | PO BOX 9,, SAINT PETERS, MO 63376-0090 |
| CITY OF ST. CHARLES | 2 EAST MAIN STREET,, ST CHARLES, IL 60174 |
| CITY OF TALLAHASSE | 600 N. MONROE ST,, TALLAHASSEE, FL 32301 |
| CITY OF TALLAHASSEE | 600 N. MONROE ST.,, TALLAHASSEE, FL 32301 |
| CITY OF TITUSVILLE | 107 N FRANKLIN ST,, TITUSVILLE, PA 16354 |
| CITY OF TOWN & COUNTRY | 1011 MUNICIPAL CNTR DR,, TOWN & COUNTRY, MO 63131 |
| CITY OF TUCSON | PO BOX 28811,, TUCSON, AZ 85726-8811 |
| CITY OF WARWICK | POB 2000,, WARWICK, RI 02887 |
| CITY OF WATERBURY | P.O. BOX 383,, WATERBURY, CT 06720 |
| CITY OF WATERTOWN | POB 477,, WATERTOWN, WI 53094-0477 |
| CITY OF WAUKEGAN | 100N MARTIN LUTHER KING JR AVE,, WAUKEGAN, IL 60085 |
| CITY OF WAYNESBORO, | VA TREASURE OFFICE, P.O. BOX 1028, WAYNESBORO, VA 22980 |
| CITY OF WHITTIER | P O BOX 608,, WHITTIER, AK 99693 |
| CITY OF WILMINGTON | DPT OF FINANCE WAGE BUS LIC DV,, WILMINGTON, DE 19801-3537 |
| CITY OF WINSTON-SALEM | REVENUE DEPARTMENT, PO BOX 2756, WINSTON-SALEM, NC 28102 |
| CITY OF WINTER PARK | PO BOX 1986,, WINTER PARK, FL 32790 |
| CITY OF YUBA CITY | 1201 CIVIC CENTER BLVD,, YUBA CITY, CA 95993 |
| CITY TREASURER | CITY VA BEACH MUNI CNTR BLDG 1,, VIRGINIA BEACH, VA 23456-9018 |
| CITY TREASURER | 625 52ND ST,, KENOSHA, WI 53140 |
| CITY TREASURER-ELECTRICITY | 90 W BOARD STREET, CITY HALL ROOM 111, COLUMBUS, OH 43215 |
| CITY UTILITIES | PO BOX 551,, SPRINGFIELD, MO 65801 |
| CITY UTILITIES | 301 E CENTRAL,, SPRINGFIELD, MO 65801 |
| CITY WATER LIGHT & POWER | MUNICIPAL CENTER WEST,, SPRINGFIELD, IL 62757-0001 |
| CITY&CNTY OF DENVER TREAS DIV | P.O. BOX 17420, 144 W COLFAX AVE, DENVER, CO 80217 |
| CITY&COUNTY DENVER TREAS. DIV. | P.O. BOX 14720, 144 W COLFAX AVE, DENVER, CO 80217 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITYOF BULLHEAD CITY FIN. DPT | P.O. BOX 23189,, BULLHEAD, AZ 86439 |
| CLAYTON COUNTY TAX COMMISSIONER | CLAYTON COUNTY ADMINISTRATION, ANNEX 3,121 S MCDONOUGH ST, 2ND FL, JONESBORO, GA 30236 |
| COLLECTOR OF REVENUE | LINDA GREENBACKER,1712 MAIN STREET, COVENTRY, CT 06238 |
| COLLECTOR OF REVENUE | 41 S CENTRAL AVE,, ST LOUIS, MO 63105 |
| COLORADO, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1375 SHERMAN ST, DENVER, CO 80261 |
| CONNECTICUT, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE SERVICES,25 SIGOURNEY ST, HARTFORD, CT 06106 |
| COUNTY CLERK, ONONDAGA | 401 MONTGOMERY STREET,, SYRACUSE, NY 13202 |
| COUNTY HEATING & AC | POB 445,, WHITE PLAINS, MD 20695-0445 |
| COUNTY OF HENRICO | PO BOX 26487,, RICHMOND, VA 23261-6487 |
| COUNTY OF HENRICO, DEPT OF | PUBLIC UTILITIES,P O BOX 27032, RICHMOND, VA 23273 |
| COUNTY OF LEXINGTON | BB&T PROC CNTR---SC TREASURER,, CHARLOTTE, NC 28258-0265 |
| COUNTY OF LEXINGTON | 212 S LAKE DR,, LEXINGTON, SC 29072-3410 |
| COUNTY OF LOUDOUN | H R ZURN JR-TREASURER,, LEESBURG, VA 20177 |
| COUNTY OF LOUDOUN | H R ZURN JR TREASURER,, LEESBURG, VA 20177-1000 |
| COUNTY OF LOUDOUN | POB 347,, LEESBURG, VA 20178-0347 |
| COUNTY OF SACRAMENTO | 600-8TH ST,, SACRAMENTO, CA 95814 |
| COUNTY OF ST CLAIR-LAND MGMT | 200 GRAND RIVER AVE,, PORT HURON, MI 48060 |
| DELAWARE, STATE OF IRS LOCAL | OFFICE DEPT. OF FINANCE,CARVEL STATE OFFICE BUILDING,820 NORTH FRENCH STREET, 8TH FLOOR, WILMINGTON, DE 19801 |
| DISTRICT 1450/7044 | CITY OF LAS VEGAS,P.O. BOX 52797, PHOENIX, AZ 85072 |
| DISTRICT 1482/7048 | CITY OF LAS VEGAS,P.O. BOX 52797, PHOENIX, AZ 85072 |
| DISTRICT OF COLUMBIA | RECORDER OF DEEDS,515 D. STREET NW, RM 202, WASHINGTON, DC 20001 |
| DISTRICT OF COLUMBIA | 1225 I ST. N.W.,, WASHINGTON, DC 20006 |
| DISTRICT OF COLUMBIA IRS LOCAL | OFFICE DEPT. OF FINANCE AND REVENUE,OFFICE OF THE CHIEF FINANCIAL OFFICE,1350 PENNSYLVANIA AVE NW, SUITE 203, WASHINGTON, DC 20004 |
| DISTRICT TOWNSHIP | 139 BALDY HILL RD,, ALBURTIS, PA 18011 |
| FLORIDA DEPARTMENT OF TREASURY | C/O: DEPARTMENT OF FINANCIAL SERVICES,200 EAST GAINES STREET, TALLAHASSEE, FL 32399-0300 |
| FLORIDA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1379 BLOUNTSTOWN HWY, TALLAHASSEE, FL 32304-2716 |
| FULTON COUNTY, GEORGIA | C/O: TAX COMMISSIONER,141 PRYOR ST., ATLANTA, GA 30303 |
| GEORGIA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,1800 CENTURY CENTER BLVD NE, ATLANTA, GA 30345-3205 |
| HAWAII, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXATION,PO BOX 259, HONOLULU, HI 96809-0259 |
| IDAHO, STATE OF | IRS LOCAL OFFICE,STATE TAX COMMISSION,PO BOX 36, BOISE, ID 83722-0410 |
| ILLINOIS, STATE OF IRS LOCAL OFFICE | DEPT. OF REVENUE,WILLARD ICE BUILDING,101 WEST JEFFERSON STREET, SPRINGFIELD, IL 62702 |
| INDIANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| IOWA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE AND FINANCE,P.O. BOX 10457, DES MOINES, IA 50306-0457 |
| KANSAS, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,915 SW HARRISON STREET, TOPEKA, KS 66699-4000 |
| KENTUCKY, STATE OF | IRS LOCAL OFFICE,DEPARTMENT OF REVENUE,200 FAIR OAKS LANE, FRANKFORT, KY 40602 |
| LOS ANGELES COUNTY | C/O: TREASURER'S OFFICE,KENNETH HAHN HALL OF ADMINISTRATION,500 W TEMPLE ST, LOS ANGELES, CA 90012 |
| LOUISIANA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 201, BATON ROUGE, LA 70821 |
| MAINE, STATE OF | IRS LOCAL OFFICE,BUREAU OF TAXATION,24 STATE HOUSE STATION, AUGUSTA, ME 04333-0024 |
| MARYLAND, STATE OF IRS LOCAL OFFICE | WILLIAM DONALD SCHAEFER,COMPTROLLER OF THE TREASURY,80 CALVERT STREET, ANNAPOLIS, MD 21404 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MASSACHUSETTS, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 7010, BOSTON, MA 02204 |
| MICHIGAN, STATE OF | IRS LOCAL OFFICE, DEPT. OF TREASURY, LANSING, MI 48922 |
| MINNESOTA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 600 NORTH ROBERT ST., ST PAUL, MN 55101 |
| MISSISSIPPI, STATE OF | IRS LOCAL OFFICE, STATE TAX COMMISSION, P.O. BOX 1033, JACKSON, MS 39215-1033 |
| MISSOURI, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, P.O. BOX 3300, JEFFERSON CITY, MO 65105-3300 |
| MONTANA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, PO BOX 5805, HELENA, MT 59604 |
| MULTNOMAH COUNTY, OREGON | C/O: FINANCE BUDGET AND TAX OFFICE, 1221 SW 4TH AVE, PORTLAND, OR 97204 |
| NEBRASKA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, 301 CENTENNIAL MALL SOUTH, PO BOX 94818, LINCOLN, NE 68509-4818 |
| NEVADA, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION, 1550 E. COLLEGE PARKWAY, SUITE 115, CARSON CITY, NV 89706 |
| NEW HAMPSHIRE, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE ADMINISTRATION, 45 CHENELL DR, CONCORD, NH 03301 |
| NEW JERSEY, STATE OF | IRS LOCAL OFFICE, DIVISION OF TAXATION & TREASURY, PO BOX 281, TRENTON, NJ 08695-0281 |
| NEW MEXICO, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION AND REVENUE, 1100 S. ST. FRANCIS DR PO BOX 630, SANTE FE, NM 87504-0630 |
| NEW YORK, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION AND FINANCE, BUILDING 9, W.A. HARRIMAN CAMPUS, ALBANY, NY 12227 |
| NORTH CAROLINA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, POST OFFICE BOX 25000, RALEIGH, NC 27640-0640 |
| NORTH DAKOTA, STATE OF | IRS LOCAL OFFICE, TAX COMMISSIONER, 600 E BOULEVARD AVE, DEPT 127, BISMARCK, ND 58505-0599 |
| OHIO, STATE OF | IRS LOCAL OFFICE, DEPT. OF TAXATION, 30 E BROAD STREET, 22ND FL, COLUMBUS, OH 43215 |
| OKLAHOMA, STATE OF | IRS LOCAL OFFICE, TAX COMMISSION, 2501 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73194 |
| OREGON, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 955 CENTER ST NE, SALEM, OR 97301 |
| PENNSYLVANIA, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, STRAWBERRY SQ, FOURTH AND WALNUT STS LOBBY, HARRISBURG, PA 17128-0101 |
| RHODE ISLAND, STATE OF | IRS LOCAL OFFICE, DIVISION OF TAXATION, ONE CAPITOL HILL, PROVIDENCE, RI 02908 |
| SAN DIEGO COUNTY | C/O: COUNTY ADMINISTRATION CENTER, 1600 PACIFIC HWY RM 209, SAN DIEGO, CA 92101 |
| SAN MATEO COUNTY | 555 COUNTY CENTER 1ST FL,, REDWOOD CITY, CA 94063-1665 |
| SOUTH CAROLINA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE, 301 GERVAIS STREET PO BOX 125, COLUMBIA, SC 29214 |
| SOUTH DAKOTA, STATE OF | IRS LOCAL OFFICE, DEPT. OF REVENUE & REGULATION, 445 EAST CAPITOL AVE, PIERRE, SD 57501-3185 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANNE MILGRAM, PO BOX 080, TRENTON, NJ 08625-0080 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: RICHARD BLUMENTHAL ( D ), 55 ELM STREET, HARTFORD, CT 06106 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANDREW M. CUOMO, DEPT. OF LAW, THE CAPITOL, 2ND FL, ALBANY, NY 12224-0341 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM CORBETT, 16TH FLOOR, STRAWBERRY SQUARE, HARRISBURG, PA 17120 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOSEPH R. "BEAU" BIDEN III, CARVEL STATE OFFICE BLDG, 820 N. FRENCH ST, WILMINGTON, DE 19801 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DOUGLAS F. GANSLER, 200 ST PAUL PLACE, BALTIMORE, MD 21202 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARTHA COAKLEY, MCCORMACK BUILDING, 1 ASHBURTON PLACE, BOSTON, MA 02108-1698 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK C. LYNCH, 150 S. MAIN ST, PROVIDENCE, RI 02903 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: KELLY AYOTTE ( R ), CIVIL BUREAU, 33 CAPITOL ST, CONCORD, NH 03301-6397 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: G STEVE ROWE ( D ), 6 STATE HOUSE STATION, AUGUSTA, ME 04333 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WILLAIM H SORRELL ( D ), 109 STATE ST, MONTPELIER, VT 05609-1001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LINDA SINGER, ONE JUDICIARY SQUARE, 441 4TH STREET NW, SUITE 1060N, WASHINGTON, DC 20001 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O: BOB MCDONNELL, 900 E. MAIN ST, RICHMOND, VA 23219 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DARRELL V MCGRAW JR ( D ), STATE CAPITOL COMPLEX, BLDG. 1, ROOM E-26, CHARLESTON, WV 25305-9924 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROY COOPER ( D ), 9001 MAIL SERVICE CENTER, RALEIGH, NC 27699-9001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HENRY MCMASTER ( R ), PO BOX 11549, COLUMBIA, SC 29211-1549 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREGORY D STUMBO ( D ), STATE CAPITOL, SUITE 118, 700 CAPITOL AVE, FRANKFORT, KY 40601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARC DANN, STATE OFFICE TOWER, 30 E. BROAD STREET, 17TH FLOOR, COLUMBUS, OH 43215-3428 |
| STATE ATTORNEYS GENERAL OFFICE | C/O MIKE COX, G. MENNEN WILLIAMS BUILDING, 7TH FLOOR, 525 W. OTTAWA ST, PO BOX 30212, LANSING, MI 48909-0212 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: THURBERT E BAKER ( D ), 40 CAPITOL SQUARE, SW, ATLANTA, GA 30334-1300 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BILL MCCOLLUM, THE CAPITOL, PL-01, TALLAHASSEE, FL 32399-1050 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TROY KING ( R ), ALABAMA STATE HOUSE, 11 S. UNION ST, 3RD FLOOR, MONTGOMERY, AL 36130 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERT E. COOPER, JR., PO BOX 20207, NASHVILLE, TN 37202-0207 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: STEVE CARTER ( R ), INDIANA GOVT. CTR SOUTH - 5TH FL, 302 W WASHINGTON ST, INDIANAPOLIS, IN 46204 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM MILLER ( D ), HOOVER STATE OFFICE BLDG, 1305 E. WALNUT STREET, DES MOINES, IA 50319 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: J.B. VAN HOLLEN, PO BOX 7857, MADISON, WI 53707-7857 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LORI SWANSON, 1400 BREMER TOWER, 445 MINNESOTA ST, ST. PAUL, MN 55101 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LISA MADIGAN ( D ), JAMES R. THOMPSON CTR, 100 W. RANDOLPH ST, CHICAGO, IL 60601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JAY NIXON, SUPREME CT. BLDG, 207 W. HIGH ST  P.O. BOX 899, JEFFERSON CITY, MO 65102 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JIM HOOD ( D ), PO BOX 220, JACKSON, MS 39205-0220 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LARRY LONG ( R ), 1302 E HWY 14, SUITE 1, PIERRE, SD 57501-8501 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WAYNE STENEHJEM ( R ), STATE CAPITOL, 600 E. BOULEVARD AVE, DEPT 125, BISMARCK, ND 58505 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAUL J. MORRISON, MEMORIAL HALL, 2ND FLOOR, 120 SW 10TH STREET, TOPEKA, KS 66612-1597 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JON BRUNING ( R ), 2115 STATE CAPITOL, LINCOLN, NE 68509 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CHARLES C FOTI, JR ( D ), 1885 NORTH 3RD ST, BATON ROUGE, LA 70802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DUSTIN MCDANIEL, 323 CENTER ST, SUITE 200, LITTLE ROCK, AR 72201 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WA DREW EDMONDSON ( D ), 313 NE 21ST STREET, OKLAHOMA CITY, OK 73105 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JULIO A. BRADY, DEPARTMENT OF JUSTICE, GERS COMPLEX 48B-50C KRONPRINSDENS GADE, ST THOMAS, VI 00802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERTO J SANCHEZ RAMOS, POST OFFICE BOX 192, SAN JUAN, PR 00902-0192 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREG ABBOTT ( R ), PO BOX 12548, AUSTIN, TX 78711-2548 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOHN W SUTHERS, 1525 SHERMAN ST, 7TH FLOOR, DENVER, CO 80203 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK J CRANK ( D ), 123 CAPITOL, 200 W. 24TH STREET, CHEYENNE, WY 82002 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GARY KING, P.O. DRAWER 1508, SANTE FE, NM 87504-1508 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MIKE MCGRATH ( D ), DEPT OF JUSTICE, PO BOX 201401, HELENA, MT 59620-1401 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LAWRENCE WASDEN ( R ), 700 W. STATE STREET, PO BOX 83720, BOISE, ID 83720-0010 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK SHURTLEFF ( R ), UTAH STATE CAPITOL COMPLEX, EAST OFFICE BLDG, SUITE 320, SALT LAKE CITY, UT 84114-2320 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TERRY GODDARD ( D ), 1275 W. WASHINGTON ST, PHOENIX, AZ 85007 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CATHERINE CORTEZ MASTO, CARSON CITY OFFICE, 100 N CARSON ST, CARSON CITY, NV 89701-4717 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O EDMUND BROWN JR., CA DEPT OF JUSTICE, ATT:PUB INQUIRY UNIT, PO BOX 944255, SACRAMENTO, CA 94244-2550 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MALAETASI M. TOGAFAU, POST OFFICE BOX 7, PAGO PAGO, AS 96799 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK J BENNETT ( R ), 425 QUEEN ST, HONOLULU, HI 96813 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ALICIA G. LIMTIACO, 287 W. O'BRIEN DR, HAGATNA, GU 96910 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAMELA BROWN, OFFICE OF THE ATTORNEY GENERAL, ADMINISTRATION BUILDING, SAIPAN, MP 96950 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HARDY MYERS ( D ), JUSTICE BLDG, 1162 COURT ST, NE, SALEM, OR 97301-4096 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROB MCKENNA, 1125 WASHINGTON ST SE, PO BOX 40100, OLYMPIA, WA 98504-0100 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TALIS J. COLBERG, DIAMOND COURTHOUSE, PO BOX 110300, JUNEAU, AK 99811-0300 |
| STATE OF DELAWARE | C/O: STATE TREASURER'S OFFICE, 820 SILVER LAKE BOULEVARD, SUITE 100, DOVER, DE 19904 |
| STATE OF GEORGIA | OFFICE OF TREASURY & FISCAL SVCS, 200 PIEDMONT AVENUE, SUITE 1202 WEST TOWER, ATLANTA, GA 30334 |
| STATE OF ILLINOIS | C/O: STATE TRESURER, CAPITOL BUILDING 219 STATEHOUSE, SPRINGFIELD EXECUTIVE OFFICE, SPRINGFIELD, IL 62706 |
| STATE OF KENTUCKY | C/O: OFFICE OF STATE TREASURER, 1050 US HIGHWAY 127 SOUTH, SUITE 100, FRANKFORT, KY 40601 |
| TAX APPRAISAL DISTRICT OF BELL | COUNTY,, BELTON, TX 76513 |
| TAX ASSESSOR-COLLECTOR | DALIA SANCHEZ-SAN PATRICIO,, SINTON, TX 78387 |
| TAX COLLECTOR | PO BOX 314,, CHESTER, CT 06412 |
| TAX COLLECTOR | CITY OF MILFORD,, MILFORD, CT 06460 |
| TAX COLLECTOR | 301 NORTH OLIVE AVENUE,, WEST PALM BEACH, FL 33401 |
| TAX COLLECTOR, CITY OF DANBURY | PO BOX 237,, DANBURY, CT 06813 |
| TAX COLLECTOR, CITY OF NORWALK | CT,, NORWALK, CT 06851 |
| TAX COMMISSIONER | TRENTON CITY TAX OFFICE, P.O. BOX 518, TRENTON, GA 30752 |
| TAXATION AND REVENUE DEPT | P.O. BOX 25127,, SANTA FE, NM 87504-5127 |
| TENNESSEE, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE, ATTENTION: TAXPAYER SERVICES, 500 DEADERICK ST, NASHVILLE, TN 37242 |
| TEXAS, STATE OF | IRS LOCAL OFFICE, COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 13528, CAPITOL STATION, AUSTIN, TX 78711-3528 |
| TOWN & COUNTRY GALVESTON | 1605 TREMONT,, GALVESTON, TX 77550 |
| TOWN CLERK | FOR NEW BRITAIN CONNECTICUT, 27 WEST MAIN STREET, NEW BRITAIN, CT 06051 |
| TOWN CLERK | TOWN OF COVENTRY, POST OFFICE BOX 189, COVENTRY, CT 06238 |
| TOWN CLERK OF BERLIN | RECORDING DEPARTMENT, 240 KENNSINGTON ROAD, BERLIN, CT 06037 |
| TOWN CLERK, MIDDLETOWN | DEED RECORDING DESK, P.O. BOX 1300, MIDDLETOWN, CT 06457 |
| TOWN CLERK, STRATFORD | 2725 MAIN STREET,, STRATFORD, CT 06497 |
| TOWN CLERKS OFFICE FOR | PLYMOUTH, CONN., 80 MAIN STREET, TERRYVILLE, CT 06786 |
| TOWN OF BARNSTABLE | P.O. BOX 1360 TC,, HYANNIS, MA 02601-0130 |
| TOWN OF ELMIRA | TAX COLLECTOR, 1255 W. WATERSTREET, ELMIRA, NY 14905 |
| TOWN OF HALIFAX | 499 PLYMOUTH ST,, HALIFAX, MA 02338 |
| TOWN OF MANCHESTESTER | COLLECTOR OF REVENUE, 41 CENTER STREET, MANCHESTER, CT 06045 |
| TOWN OF MARLBOROUGH | P.O. BOX 305,, MILTON, NY 12547 |
| TOWN OF MASHPEE  OFFICE OF TAX | COLLECTOR,, MASHPEE, MA 02649 |
| TOWN OF MASHPEE OFFICE OF TAX | COLLECTOR LOCKBOX,, MEDFORD, MA 02155 |
| TOWN OF NORTHBOROUGH | OFF. OF TREAS/COLL,, NORTHBOROUGH, MA 01532-1937 |
| TOWN OF OCEAN CITY PROP TRANS | 301 BALTIMORE AVE, ROOM 130, P.O. BOX 5000, OCEAN CITY, MD 21842 |
| TOWN OF SMYRNA | P.O. BOX 307,, SMYRNA, DE 19977 |
| TOWN OF THE PLAINS | P. O.  BOX 104,, PLAINS, VA 20198 |
| TOWN OF WHEATLAND | S8084 LAWRENCE RIDGE RD.,, DE SOTO, WI 54624 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TOWN OF WINCHESTER/COLLECTOR | OF REVENUE,338 MAIN STREET, WINSTED, CT 06098 |
| TOWN OF WINDSOR | WINDSOR LAND RECORDS,275 BROAD STREET, WINDSOR, CT 06095 |
| TOWN PROPERTIES ASSET MGMT CO | 11340 MONTGOMERY ROAD STE 202,, CINCINNATI, OH 45249 |
| TOWNE PARK - MONTHLY PARKING | DEPT,300 LIGHT ST, BALTIMORE, MD 21202 |
| TOWNE SQUARE | CONDOMINIUM OWNERS ASSOC.,P O BOX 1776, NEWPORT NEWS, VA 23601 |
| TOWNS COUNTY | 48 RIVER ST. SUITE H,, HIAWASSEE, GA 30546 |
| TOWNSEND TOWN | TOWN OF TOWNSEND TAX COLL,BOX 602, TOWNSEND, MA 01469 |
| TOWNSEND TOWN | PO BOX 223,, TOWNSEND, DE 19734 |
| TOWNSEND TOWN | PO BOX 223,, TOWNSHEND, VT 05353 |
| TOWNSHIP OF BLOOMFIELD | 1 MUNICIPAL PLAZA,, BLOOMFIELD, NJ 07003 |
| TOWNSHIP OF BLOOMFIELD - WATER | DEPARTMENT,1 MUNICIPAL PLAZA, BLOOMFIELD, NJ 07003 |
| TOWNSHIP OF MIDDLETOWN | 3 MUNICIPAL WAY,, LANGHORNE, PA 19047 |
| TOWNSHIP OF NORTHVILLE | 44405 6 MILE RD,, NORTHVILLE, MI 48167-9670 |
| UNITED STATES TREASURY DEPARTMENT | C/O: DEPARTMENT OF TREASURY,1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220 |
| UTAH, STATE OF | IRS LOCAL OFFICE,TAX COMMISSION,210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134 |
| VERMONT, STATE OF | IRS LOCAL OFFICE,DEPT. OF TAXES,133 STATE STREET, MONTPELIER, VT 05633-1401 |
| VILLAGE AT BECKETT RIDGE | 11857 KEMPER SPRINGS DR.,, CINCINNATI, OH 45240 |
| VILLAGE AT NORTH COLLEGE HILL | 5877 ROSS ROAD,, FAIRFIELD, OH 45014 |
| VILLAGE AT SAWMILL VALLEY | C/O TRENT COOMBS,46 DOGWOOD LANE, HORSHAM, PA 19044 |
| VILLAGE AT TIMBER CREEK | 1500 DEPAUV BLVD. STE. 2110,, INDIANAPOLIS, IN 46268 |
| VILLAGE GREEN CONDO | C/O LARRY M. LEE,P. O. BOX 1692, BURLINGTON, NC 27216 |
| VILLAGE OF COPPER OAKS | 935 N. PLUM GROVE RD.,, SCHAUMBURG, IL 60173 |
| VILLAGE OF FOURTEEN ASSOC. | 3072 BLENDON WOODS BLVD.,, COLUMBUS, OH 43229 |
| VILLAGE OF HOMEWOOD | 2020 CEHSTNUT ROAD,, HOMEWOOD, IL 60430 |
| VILLAGE OF HOMEWOOD | 2020 CHESTNUT ROAD,, HOMEWOOD, IL 60430 |
| VILLAGE OF LE LEROY | 3 WEST MAIN ST,, LEROY, NY 14482 |
| VILLAGE OF LENA | 122 E MAIN ST,P.O. BOX 607, LENA, IL 61048 |
| VILLAGE OF LOMBARD | 255 EAST WILSON AVENUE,, LOMBARD, IL 60148-3926 |
| VILLAGE OF MORELAND | 5564 MORELAND COURT,, MECHANICSBURG, PA 17055 |
| VILLAGE OF MOUNT PROSPECT | 50 SOUTH EMERSON STREET,, MOUNT PROSPECT, IL 60056 |
| VILLAGE OF MOUNT PROSPECT | PO BOX 4297,, CAROL STREAM, IL 60197 |
| VILLAGE OF NORTHBROOK | 1225 CEDAR LANE,, NORTHBROOK, IL 60062 |
| VILLAGE OF PINECREST BUILDING& | PLANNING,, PINECREST, FL 33156 |
| VILLAGE OF PLAINFIELD | 24401 W. LOCKPORT ST,, PLAINFIELD, IL 60544 |
| VILLAGE OF THE BRANCH | TAX COLLECTOR,, SMITHTOWN, NY 11787 |
| VILLAGE OF THE BRANCH VILLAGE | TAX COLLECTOR,PO BOX 725, SMITHTOWN, NY 11787 |
| VILLAGE OF WOODBURY | PO BOX 216,, HIGHLAND MILLS, NY 10930 |
| VILLAGE SHIRES COMMUNITY ASSOC | 3001 EAST VILLAGE ROAD,, HOLLAND, PA 18966 |
| VILLAGES AT PRINCETON CROSSING | 225 HWY 35,, RED BANK, NJ 07701 |
| VILLAGES OF BRENTWOOD | C/O ASSOC. MGMT. SERVICES,P. O. BOX 1126, BRENTWOOD, TN 37027 |
| VIRGINIA, STATE OF | IRS LOCAL OFFICE DEPT. OF TAXATION,OFFICE OF CUSTOMER SERVICES,PO BOX 1115, RICHMOND, VA 23218-1115 |
| WASHINGTON, STATE OF | IRS LOCAL OFFICE DEPT. OF REVENUE,TAXPAYER SERVICES,PO BOX 47478, OLYMPIA, WA 98504-7476 |
| WEST VIRGINIA, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,PO BOX 963, CHARLESTON, WV 25324-0963 |
| WISCONSIN, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,P.O. BOX 8906, MADISON, WI 53708-8906 |
| WYOMING, STATE OF | IRS LOCAL OFFICE,DEPT. OF REVENUE,HERSCHLER BLDG, 2ND FLOOR WEST, CHEYENNE, WY 82002-0110 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| | **Total Creditor Count 342** |