IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------ x | | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

     Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 30 day of October 2007 she caused a copy of the following document(s):

Amended Agenda of Matters Scheduled for Hearing on October 31, 2007 [Docket No. 1722]

to be served on the parties listed on the attached service list.

                                                            _____
                                                          Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _31_ day of October 2007

                                                          _____
                                                          Notary Public

                                           STEFANIE B. BOYLE
                                           NOTARY PUBLIC
                                           STATE OF DELAWARE
                                      My Commission Expires Aug. 3, 2010

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
**1000 WEST STREET, 17TH FLOOR**
**Wilmington, Delaware  19801**
**P.O. Box 391**
**Wilmington, Delaware  19899-0391**

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| **FROM:** | Debbie Laskin, Paralegal | **DATE:** | 10/30/07 |
| **PHONE:** | 302-571-6710 | **CLIENT MATTER:** | 066585.1001 |

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Christopher P. Simon, Esquire | Cross & Simon, LLC | 302-777-4200 | 302-777-4224 |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |
| Rachel B. Mersky, Esq. | Monzack Mersky McLauglin and Browder | 302-656-8162 | 302-656-2769 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Gregory A. Bray, Esq. | Milbank Tweed Hadley & McCloy, LLP | 213-892-4000 | 213-892-4770 |
| Eric K. Moser, Esq. | Milbank Tweed Hadley & McCloy, LLP | 212-530-5000 | 212-530-5219 |
| Charles J. Brown, III, Esquire | Archer & Greiner | | 302-777-4352 |
| William G. Wright, Esquire | Farr, Burke, Gambacorta & Wright | 856-813-2720 | 856-813-2743 |
| Scott D. Talmadge, Esq. | Kaye Scholer LLP | | 212) 836-8689 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Margot B. Schonholtz, Esq. | Kaye Scholer  LLP | 212-836-8000 | 212) 836-8689 |
| Leo T. Crowley, Esq. | Pillsbury Winthrop LLP | 212-858-1740 | 212-858-1500 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware 19801
### P.O. Box 391
### Wilmington, Delaware 19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7545 | 302-651-7701 |
| William Goldman | Sidley Austin | | 212-839-5599 |
| Matthew S. Ferguson, Esq. | Sidley Austin LLP | 212-839-5300 | 212-839-5599 |
| Michael R. Lastowski, Esq. | Duane Morris LLP | 302-657-4942 | 302-657-4901 |
| Neil Glassman | The Bayard Firm | | 302-658-6395 |
| Benjamin C. Ackerly, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Michael Gregory Wilson, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Peter S. Partee, Esq. | Hunton & Williams | 212-309-1000 | 212-309-1100 |
| Michael Busenkell | Eckert Seamans Cherin & Mellott, LLC | | 302-425-0432 |
| Stefanie Birbrower Greer | King & Spalding LLP | | 212-556-2222 |
| Barry N. Seidel | King & Spalding LLP | 212-556-2313 | 212-556-2222 |
| Ronald L. Cohen, Esquire | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| John T. Carroll, III, Esq. | Cozen O'Connor | 302-295-2028 | 302-295-2013 |
| Lisa G. Laukitis | Kirkland & Ellis | 212-446-4976 | 212-446-4900 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |
| Andrew Petrie | Featherstone Petrie DeSisto LLP | | 303-626-7101 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Michelle Hart | McCalla Raymer | | 770-643-4176 |
| Brett D. Fallon, Esquire | Morris James LLP | 302-888-6800 | 302-571-1750 |
| William E. Chipman, Jr., Esq. | Edwards Angell Palmer & Dodge LLP | 302-777-7770 | 302-777-7263 |
| Marcia L. Goldstein, Esquire | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Steven K. Kortanek, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Amanda M. Winfree | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Steven Wilamowsky | Bingham McCutchen | 212-705-7000 | 212-702-3607 |
| Raymond H. Lemisch, Esq. | Benesch Friedlander Coplan & Aronoff LLP | | 302-442-7012 |
| Scott K. Levine, Esq. | Platzer Swergold Karlin Levine Goldberg & Jaslow | 212-593-3000 | 212-593-0353 |
| Frederick B. Rosner, Esq. | Duane Morris LLP | 302-657-4900 | 302-657-4901 |
| Andrew Silverstein | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| John Ashmead, Esq. | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-984-8300 |
| Lee Harrington, Esquire | Nixon Peabody, LLP | 617-345-1000 | 617-345-1300 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware 19801
### P.O. Box 391
### Wilmington, Delaware 19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Kevin Mangan, Esq. | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Phyllis A. Hayes | RMS | 410-453-6589 | 410-453-6557 |
| A. Michelle Hart, Esq. | McCalla Raymer, LLC | 770-643-7200 | 770-643-4176 |
| Hilary B. Bonial | Brice, Vander Linden & Wernick, P.C. | 972-643-6600 | 972-643-6698 |
| Joseph D. Frank, Esq. | Frank/Gecker LLP | 312-276-1400 | 312-276-0035 |
| Ian Gershengorn | Jenner & Block LLP | | 202-639-6066 |
| Catherine Steege | Jenner & Block | 312-222-9350 | 312-840-7352 |
| J. Cory Falgowski, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Donna Culver, Esq. | Morris, Nichols, Arsht & Tunnell | 302-658-9200 | 302-658-3989 |
| Bruce Wilson | Kutak Rock LLP | | 402-346-1148 |
| Rafael Zahralddin-Aravena, Esq. | Morris James LLP | | 302-571-1750 |
| Kimberly E.C. Lawson, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7550 | 302-778-7575 |
| Claudia Z. Springer, Esq. | Reed Smith LLP | 215-851-8100 | 215-851-1420 |
| Robert P. Simons, Esquire | Reed Smith LLP | 412-288-3131 | 412-288-3063 |
| Christopher A. Ward, Esquire | Klehr Harrison Harvey Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
**1000 WEST STREET, 17TH FLOOR**
**Wilmington, Delaware  19801**
**P.O. Box 391**
**Wilmington, Delaware  19899-0391**

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Joseph J. Bodnar, Esq. | Law Offices of Joseph J. Bodnar | 302-656-8162 | 302-656-2769 |
| Mary F. Caloway, Esq. | Buchanan Ingersoll & Rooney PC | 302-552-4200 | 302-552-4295 |
| Richard W. Riley, Esquire | Duane Morris LLP | 302-657-4900 | 302-657-4901 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones LLP | 302-652-4100 | 302-652-4400 |
| Christina Thompson, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Frank F. McGinn, Esq. | Bartlett Hackett Feinberg, P.C. | 617-422-0200 | 617-422-0383 |
| Thomas H. Grace, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Norman Monhait | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| Kelley Cornish, Esq. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 212-373-3493 | 212-757-3990 |
| Douglas Davis | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 212-373-3493 | 212-757-3990 |
| Michael J. Barrie | Schnader Harrison Segal & Lewis LLP | 302-888-4554 | 302-888-1696 |
| Vadim Rubinstein, Esq. | Loeb & Loeb | | 212-407-4990 |
| Lance N. Jurich, Esq. | Loeb & Loeb LLP | | 310-282-2200 |
| Rebecca Booth, Esq. | Morgan Lewis & Bockius | | 215.963.5001 |
| Derek C. Abbott | Morris Nichols Arsht & Tunnell | 302-658-9200 | 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 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Harold Olsen, Esquire | Stroock & Stroock & Lavan, LLP | 212-806-5424 | 212-806-6006 |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Eric M. Sutty, Esq. | The Bayard Firm | 302-655-5000 | 302-658-6395 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Gregory Meacham | McGrath Meacham & Smith | | 208-529-4166 |
| Mark Minuti, Esquire | Saul Ewing LLP | 302-421-6800 | 302-421-5873 |
| Teresa K.D. Currier, Esq. | Buchanan Ingersoll & Rooney P.C. | 302-428-5500 | 302-428-3996 |
| Larry J. Nyhan, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Richard Stern, Esquire | Luskin, Stern & Eisler LLp | 212-293-2700 | 212-293-2705 |
| Matthew A. Clemente, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Mark E. Felger, Esquire | Cozen & O'Connor | 302-295-2000 | 302-295-2013 |
| Eric Lopez Schnabel, Esq. | Dorsey & Whitney | 302-425-7162 | 302-355-0830 |
| Katherine A. Constantine, Esq. | Dorsey & Whitney, LLP | 612-340-2600 | 612-340-2643 |
| Rick B. Antonoff, Esq. | Pillsbury Wintrhrop Shaw Pittman LLP | | 212-858-1500 |
| William P. Bowden, Esq. | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

### THE BRANDYWINE BUILDING
### 1000 WEST STREET, 17TH FLOOR
### Wilmington, Delaware  19801
### P.O. Box 391
### Wilmington, Delaware  19899-0391

---

**Voice: (302) 571-6600**
**Fax: (302) 571-1253**

| | | | |
|---|---|---|---|
| Ricardo Palacio, Esq. | Ashby & Geddes | 302-654-1888 | 302-654-2067 |
| Patrick J. Reilley, Esq. | Saul Ewing LLP | 302-421-6800 | 302-421-5865 |
| James E. Huggett, Esquire | Margolis Edelstein | | 302-888-1119 |
| Eric M. Davis, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | 302-651-3000 | 302-651-3001 |
| Todd C. Schiltz, Esquire | Wolf Block Schorr & Solis-Cohen, LLP | 302-777-0312 | 302-777-5863 |
| Franklin Top III, Esq. | Chapman and Cutler LLP | | 312-701-2361 |
| Paul S. Caruso, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Karen C. Bifferato, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Erica Ryland | Jones Day | 212-326-3416 | 212-755-7306 |
| Richard P. Norton | Reed Smith LLP | | 212-521-5450 |
| Lisa McLaughlin, Esq. | Phillips, Goldman & Spence | | 302-655-4210 |
| Adam Hiller, Esq. | | | 302-213-0043 |

**Total number of pages including these pages:  \***
**If you have any problems with this transmission, please call (302) 571-6611.**

**Message:  \***

---

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*