IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :   Ref. Docket No. 1489
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION FOR
DISCLOSURE UNDER U.S.C. § 363, § 1106, AND BANKRUPTCY RULE 2004,
DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY
DEBTORS AND LIMITED OBJECTION TO ASSET PURCHASE AGREEMENT
COMPLAINT FOR INJUNCTION AGAINST SALE OF MORTGAGE NOTES FREE
AND CLEAR OF LIENS OR LIABILITIES AND REQUEST FOR APPOINTMENT OF
CONSUMER PRIVACY OMBUDSMAN PURSUANT TO U.S.C. § 332 AND TRUSTEE
OR EXAMINER PURSUANT TO U.S.C. § 1104 FILED BY PAULA RUSH**

On October 4, 2007, Paula Rush (the "Movant") filed the *Motion For Disclosure Under U.S.C. § 363, § 1106, and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents By Debtors and Limited Objection to Asset Purchase Agreement Complaint for Injunction Against Sale of Mortgage Notes Free and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. § 1104* [Docket No. 1489] (the "Motion"). Pursuant to the Motion, the Movant sought: (i) an examination of, and production of documents by, the Debtors pursuant to Bankruptcy Rule 2004; (ii) the appointment of a trustee or examiner pursuant to section 1104 of the Bankruptcy Code; (iii) the appointment of a consumer privacy ombudsman pursuant to section 363 of the Bankruptcy Code; and (iv) certain injunctive relief. On October 12, 2007, the Court docketed a Notice of Hearing [Docket No. 1499], which

provided that the Motion would be heard by the Court at the October 31, 2007 omnibus hearing (the "Hearing").

On October 24, 2007, the Debtors filed their *Objection to Motion For Disclosure Under U.S.C. § 363, § 1106, and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents By Debtors and Limited Objection to Asset Purchase Agreement Complaint for Injunction Against Sale of Mortgage Notes Free and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. § 1104* [Docket No. 1656].

At the Hearing, the Court ruled that all relief sought in the Motion was denied. The Court directed the Debtors to prepare and file a proposed form of order (the "Order") memorializing the Court's ruling under certification of counsel. A copy of the Order is attached hereto as Exhibit A. The Debtors respectfully submit that the Order is consistent with the Court's ruling at the Hearing, and respectfully request that the Court enter the Order at its earliest convenience without further notice or hearing.

Dated:    Wilmington, Delaware
          November __1__, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :  Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :  Jointly Administered
    Debtors.                                                      :
                                                                  :  Ref. Docket Nos. 1489 and _____
                                                                  :
----------------------------------------------------------------- x

**ORDER DENYING MOTION FOR DISCLOSURE UNDER U.S.C. § 363, § 1106, AND BANKRUPTCY RULE 2004, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY DEBTORS AND LIMITED OBJECTION TO ASSET PURCHASE AGREEMENT COMPLAINT FOR INJUNCTION AGAINST SALE OF MORTGAGE NOTES FREE AND CLEAR OF LIENS OR LIABILITIES AND REQUEST FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN PURSUANT TO U.S.C. § 332 AND TRUSTEE OR EXAMINER PURSUANT TO U.S.C. § 1104 FILED BY PAULA RUSH**

The Court having considered the *Motion For Disclosure Under U.S.C. § 363, § 1106, and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents By Debtors and Limited Objection to Asset Purchase Agreement Complaint for Injunction Against Sale of Mortgage Notes Free and Clear of Liens or Liabilities and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. § 1104* [Docket No. 1489] (the "Motion") filed by Paula Rush, and the opposition thereto; and this Court having jurisdiction over the matters set forth in the Motion; and upon the record made at the hearing on October 31, 2007; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is denied in all respects.

Dated: November ___, 2007
       Wilmington, Delaware

                                                    _____
                                                    Christopher S. Sontchi
                                                    United States Bankruptcy Judge