IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Objection Deadline: November 20, 2007 at 4:00 p.m.
                                                                 :  Hearing Date: November 28, 2007 at 10:00 a.m.
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:   THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; COUNSEL TO THE COMMITTEE; COUNSEL TO BANK OF AMERICA; COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; KNOWN NON-DEBTOR PARTIES TO THE STATE COURT ACTIONS OR COUNSEL, IF KNOWN, TO SUCH PARTIES; AND ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B)

   PLEASE TAKE NOTICE that the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have filed the attached **DEBTORS' MOTION TO EXTEND THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027** (the "Motion").

   PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed on or before **November 20, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' proposed undersigned counsel so as to be received on or before the Objection Deadline.

   PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 28, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

       PLEASE TAKE FURTHER NOTICE that if you fail to respond on or before the Objection Deadline, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: Wilmington, Delaware
       November 1, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Kara Hammond Coyle_

James Patton (No. 2202)
Pauline Morgan (No. 3650)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Debtors and Debtors in Possession