## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Related Docket No. 1731 |
| | ) | |
| | ) | |

### SUBMISSION OF REVISED BUDGET TO
### FIRST INTERIM STIPULATION AND ORDER EXTENDING LIMITED USE OF CASH COLLATERAL PURSUANT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL, (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES AND (III) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001

On October 31, 2007, the Court approved the First Interim Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 1731] (the "Interim Stipulated Order"). The above-captioned debtors (the "Debtors") and Bank of America, N.A., as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006 (the "Administrative Agent") have discovered that the form of Budget attached to the Interim Stipulated Order as Exhibit B did not

include a correction that had been made under the "Sources of Cash" section of the Budget. The Debtors and the Administrative Agent agree that the form of Budget attached hereto should be substituted for the form of Budget attached to the Interim Stipulated Order as Exhibit B.

Dated: November 1, 2007

*/s/ [signature]*
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and
Debtors in Possession*

*/s/ [signature]*
POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
Telephone: (302) 984-6000

and

KAYE SCHOLER LLP
Margot B. Schonholtz
Mark F. Liscio
Scott D. Talmadge
425 Park Avenue
New York, NY 10022
Telephone (212) 836-8000
Facsimile (212) 836-8689

*Counsel for Bank of America, N.A. as
Administrative Agent under that
certain Second Amended and Restated
Credit Agreement, dated as of August 10, 2006*

**AMERICAN HOME MORTGAGE**
**CASH BUDGET -- SERVICING**

| ($ millions) | Cumulative Actuals Through 10/19 | Projected Week Ending 10/26 | 11/2 | 11/9 | 11/16 | 4 Weeks Ending 11/16/2007 | Prior Budget Through 10/19/2007 | Cumulative Budget Through 11/16/2007 |
|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | | $ 7.5 | $ 7.5 | $ 8.1 | $ 10.9 | $ 7.5 | | |
| **Sources of Cash** | | | | | | | | |
| Servicing Income | | 1.0 | 1.0 | 2.0 | 3.0 | 7.0 | 6.5 | 9.8 |
| Other Fee Income | | 0.2 | 0.2 | 0.1 | 0.2 | 0.6 | 7.9 | 10.0 |
| Investment Income | | - | - | 1.6 | - | 1.6 | 0.6 | 4.6 |
| LPMI receipts | | 0.7 | 0.2 | 1.1 | 1.2 | 3.2 | 1.1 | 1.7 |
| Recovery—HELOCs | | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | | |
| Recovery—P&I | | 10.7 | 1.0 | 1.0 | 1.0 | 13.7 | | |
| Advance/Recovery—Other | | (1.0) | (1.0) | (1.0) | (1.0) | (4.0) | | |
| **Total Sources** | | 12.0 | 1.8 | 5.2 | 4.8 | 23.7 | | |
| **Uses of Cash** | | | | | | | | |
| Non-payroll and allocated costs | 2.5 | 1.5 | 0.6 | 0.6 | 0.6 | 3.3 | | |
| Payroll and payroll taxes | 4.0 | 1.1 | - | 1.0 | - | 2.1 | | |
| Retention payments | 0.3 | 0.1 | - | 0.1 | 3.8 | 4.0 | | |
| Health insurance BCBS | 0.5 | 0.3 | 0.1 | 0.1 | 0.1 | 0.6 | | |
| LPMI reimbursed to corporate | | - | - | - | - | - | | |
| P&I Advances | | 1.0 | - | - | - | 1.0 | | |
| Advances—HELOCs | | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | | |
| Other outflows | | - | - | - | - | - | | |
| B of A expenses | 0.2 | 0.6 | - | - | 0.6 | 1.1 | - | 1.1 |
| Debt repayment/(Funding) | | 7.0 | - | - | - | 7.0 | | |
| **Total Uses** | 7.5 | 12.0 | 1.2 | 2.3 | 5.6 | 21.1 | 16.1 | 27.3 |
| Net Cash Flow | | 0.0 | 0.6 | 2.9 | (0.8) | 2.6 | | |
| Closing Balance | | $ 7.5 | $ 8.1 | $ 10.9 | $ 10.1 | $ 10.1 | | |