IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
             Debtors.                                            :
                                                                 :   **Ref. Nos. 1718 & 1731**
---------------------------------------------------------------- x

**NOTICE OF ENTRY OF FIRST INTERIM STIPULATION AND ORDER EXTENDING LIMITED USE OF CASH COLLATERAL PURSUANT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL, (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES AND (III) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

TO:   THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; COUNSEL FOR THE COMMITTEE; COUNSEL FOR BANK OF AMERICA, N.A.; COUNSEL TO THE DEBTORS' POSTPETITION LENDERS; AND ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

PLEASE TAKE NOTICE that on October 30, 2007, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed their **Emergency Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 364, and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Stipulated Orders Extending the Debtors' Limited Use of Cash Collateral** [Docket No. 1718] (the "Motion"). On October 31, 2007, the United States Bankruptcy Court for the District of Delaware entered the first interim stipulated order (the "Interim Order") approving the Motion [Docket No. 1731].

PLEASE TAKE FURTHER NOTICE that objections to the entry of a final stipulated order (the "Final Order") approving the Motion must be filed on or before **November 9, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court

for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the following parties so as to be received on or before the Objection Deadline: (i) Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 100 West Street, 17th Floor, Wilmington, Delaware 19889-0391, Attention Joel Waite, Esq., Attorneys for the Debtors and Debtors in Possession; (ii) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022, Attention: Margot B. Schonholtz, Esq. and Scott D. Talmadge, Esq. and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801, Attention: Laurie Selber Silverstein, Esq., Attorneys for the Administrative Agent; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato) Attorneys to the Official Committee of Unsecured Creditors and (iv) Jones Day, 222 East 41st Street, New York, New York 10017, Attention: Erica M. Ryland, Esq., Attorneys for DIP Lender; and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Joseph McMahon).

**PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD <u>NOVEMBER 14, 2007 AT 10:00 A.M. (ET)</u> BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested without further notice or hearing.

Dated: Wilmington, Delaware
November 1, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession