IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                         Debtors.                                :
                                                                 :  Ref No.: 510 & 679
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BY AND AMONG THE DEBTORS AND LIBERTY PROPERTY LIMITED PARTNERSHIP REGARDING THE DEBTORS' SECOND MOTION FOR AN ORDER PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

One or more of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and Liberty Property Limited Partnership ("Liberty Property," and together with the Debtors, the "Parties") are parties to individual lease agreements (collectively, the "Leases") for the following properties: (a) 300 Welsh Road, Building Four, Horsham, Pennsylvania 19044 (the "Horsham Property"), and (b) 3000 Atrium Way, Suite 108, Mt. Laurel, New Jersey 08054 (the "Mt. Laurel Property," and together with the Horsham Property, the "Properties").

On August 30, 2007, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Second Motion for an Order, Pursuant to Sections 105,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

364 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment [Docket No. 510] (the "Motion"). By the Motion, the Debtors requested, among other things, an order authorizing the rejection of the Leases.

On or about September 10, 2007, Liberty Property filed its Limited Objection to the Motion [Docket No. 679] (the "Limited Objection"). By the Limited Objection, Liberty Property objected to, among other things, the Debtors' request for retroactive rejection of the Leases.

Following good faith negotiations, the Debtors and Liberty Property have reached a resolution with respect to the Motion and the Limited Objection, the terms and conditions of which are set forth in the stipulation attached hereto as Exhibit A (the "Stipulation").

Accordingly, the Debtors respectfully request that the Court enter an order approving the Stipulation, substantially in the form attached hereto as Exhibit B, at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware  
November 1, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret B. Whiteman*

James L. Patton, Jr. (No. 2202)  
Joel A. Waite (No. 2925)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Margaret B. Whiteman (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600

Counsel for the Debtors and  
Debtors in Possession

2