FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Order Approving Motion for Approval of Stipulation and Agreement Between the Debtors and Aon Consulting, Inc. and Aon Investment Consulting, Inc. Regarding Status and Services of Aon Consulting, Inc. and Aon Investment Consulting, Inc.** was made on November 2, 2007 upon the individuals listed on the attached service list by first class mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: November 2, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      rwriley@duanemorris.com

DM3\584022.1

# 2002 SERVICE LIST

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103

Geoffrey Aaronson
100 SE 2nd St., 27th Fl
Miami, FL 33131
(Craven-Shaffer North Bay Village)

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Merrill Lynch)

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)

Jonathan Alter, Esq
Bingham McCutchen
One State Street
Hartford, CT 06103
(Travelers)

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(UBS Securities)

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Morgan Stanley)

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)

DM3\584022.1

## 2002 SERVICE LIST

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
(Liberty Property)

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201
(Empire Blue Cross Blue Shield)

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
(Waldner)

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Wells Fargo, Washington Mutual, Inland US Management, LLC)

Peter Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Richtree Enterprises)

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801
(Greenwich Capital; Royal Bank of Scotland)

Hilary B. Bonial, Esq.
Tyler Jones, Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
(EMC, CitiMortgage)

Rebecca Booth, Esq.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 19178
(MERS)

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley; CIFG)

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
(Liberty Property)

## 2002 SERVICE LIST

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC.)

Charles J. Brown, III, Esq.
Archer & Greiner, PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(AT&T)

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
(Calyon New York Branch)

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Fl.
Charlotte, NC 28202
(NNN VF Four Resource Square, LLC)

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Wells Fargo)

William E. Chipman, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Countrywide Home Loans)

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Alcone Marketing Group)

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)

## 2002 SERVICE LIST

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY 10165
(STWB, Inc.)

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(U.S. Bank National Association)

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital)

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
(Bank of New York)

Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Financial Guaranty Insurance Co.; Assured Guaranty)

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Societe Generale)

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)

Eric M. Davis, Esq.
Jason Liberi, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Waterfield Shareholders)

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital, LLC)

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)

## 2002 SERVICE LIST

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
(Harris County, Angelina County)

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Alyssa Englund, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(WestLB)

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
(CitiMortgage, Inc.)

Donald Farlow
Burns, Wall, Smith and Mueller
303 E. 17th Avenue, #800
Denver, CO 80203
(BRCP)

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)

Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018
(Bear Stearns Mortgage Capital Corp and EMC Mortgage Corp.)

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)

J. David Folds, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
(Kingstowne Office Building K LLC; Boston Properties Limited Partnership)

## 2002 SERVICE LIST

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
(Aldine Independent School District)

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
(Fannie Mae)

Gary Ginsburg, Esq.
Gary Meltzer, Esq.
Meltzer, Lippe, Goldstein & Breitstone LLP
190 Willis Avenue, The Chancery
Mineola, NY 11501
(Jay Earl Asso.)

Brad Godshall, Esq.
Pachulski, Stang, Ziehl, Young & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(Indymac)

William Goldman, Esq.
Andrew Stearn
Sidley Austin
787 Seventh Avenue
New York, NY 10019
(Bear Stearns)

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)

Eric Gorman, Esq
Felicia Perlman, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(Waterfield Shareholders)

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
(Realty Associates Fund VII, L.P.)

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG)

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1177 Avenue of the Americas
New York, NY 10036
(Greenwich Capital Markets, Inc.)

DM3\584022.1

## 2002 SERVICE LIST

| | |
|---|---|
| Michelle Hart<br>McCalla Raymer<br>1544 Old Alabama Road<br>Roswell, GA 30076<br>(CitiMortgage) | A. Michelle Hart, Esq.<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102<br>(EMC Mortgage) |
| Phyllis A. Hayes<br>RMS<br>307 International Circle, Suite 270<br>Hunt Valley, MD 21030<br>(EMC Corp) | Frederick D. Holden, Jr<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 |
| Nancy Hotchkiss, Esq.<br>Trainor Robertson<br>980 Fulton Avenue<br>Sacramento, CA 95825<br>(Cowifi Ironpoint) | James E. Huggett, Esq.<br>Margolis Edelstein<br>750 S. Madison Street, Suite 102<br>Wilmington, DE 19801<br>(WARN Act Claimants) |
| Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 North King Street, Suite 300<br>Wilmington, DE 19801<br>(Citigroup Global Markets Inc) | Mark Indelicato, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th and 15th Floor<br>New York, NY 10022<br>(Official Committee of Unsecured Creditors) |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21202 | Laura Davis Jones, Esq.<br>Curtis Hehn, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>(IndyMac) |
| Lance N. Jurich, Esq.<br>Vadim Rubinstein, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4164<br>(Merrilly Lynch) | Steven W. Kelly, Esq.<br>Silver & DeBoskey<br>1801 York Street<br>Denver, CO 80206<br>(Gateway Canyon, Inc.) |

## 2002 SERVICE LIST

| | |
|---|---|
| George Kielman, Esq.<br>Freddie Mac<br>8200 Jones Brance Drive - MS 202<br>McLean, VA 22102 | Steven K. Kortanek, Esq.<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(CSFB) |
| Adam G. Landis, Esq<br>Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>(JPMorgan Chase Bank, N.A.) | Michael R. Lastowski, Esq.<br>Christopher M. Winter, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>(Bear Stearns; Impac) |
| Lisa G. Laukitis, Esq.<br>Joshua Sussberg, Esq.<br>Paul Basta, Esq.<br>Kirkland & Ellis<br>153 East 53rd Street<br>Citicorp Center<br>New York, NY 10022<br>(Citigroup Global) | Barbara LaWall, Esq<br>Terri A. Roberts, Esq.<br>German Yusufov, Esq.<br>Pima County Civil Division<br>32 North Stone Avenue, Suite 2100<br>Tucson, AZ 85701<br>(Pima County) |
| Kimberly E. Lawson, Esq<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>(GE Capital Information; ZC Real Estate Tax Solutions) | Thomas J. Leanse, Esq.<br>Dustin P. Branch<br>Katten Muchin Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>(RREEF Management Company) |
| Raymond H. Lemisch, Esq.<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 810<br>Wilmingtont, DE 19801<br>(DDR Entities) | Stephen D. Lerner, Esq.<br>Elliot Smith, Esq<br>Squire Sanders & Dempsey L.L.P.<br>312 Walnut Street, suite 3500<br>Cincinnati, OH 45202<br>(FSI Realty Funding, Inc.) |
| Scott K. Levine, Esq<br>Platzer Swergold Karlin Levine Goldberg & Jaslow<br>1065 Avenue of Americas, 18th Fl.<br>New York, NY 10018<br>(De Lage Financial Services, Inc.) | Frederick Linfesty, Esq.<br>Iron Mountain Information Management<br>745 Atlantic Avenue<br>Boston, MA 02111 |

DM3\584022.1

## 2002 SERVICE LIST

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110
(John Flatley and Gregory Stoyle, Trustees 1993 Flatley Family Truste)

Nancy F. Loftus, Esq.
Assistant County Attorney
Deprt of Tax Admin - Fairfax Co.
12000 Governmnet Center Parkway, Suite 549
Fairfax, VA 22035

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(American Corporate Record Center)

Margaret C. Lumsden, Esq.
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605
(Progress Energy Carolinas, Inc.)

Sean D. Malloy, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite 2100
Clevveland, OH 44140
(Certain Participants of Non-Qualified Deferred Comp Plan)

MIcahel Margoll, Esq.
Moss Codilis LLP
6560 Greenwood Plaza, Suite 100
Englewood, CO 80111

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Sari E. Meador
Tax Collector for Polk County, Florida
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL 33831
(Pol County)

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Security Connections)

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
(Empire HealthChoice Assurance/Empire Blue Cross)

DM3\584022.1

## 2002 SERVICE LIST

Lee Mondshein, Esq.
7600 Jericho Turnpike
Woodbury, NY 11797
(Hauppauge Woodlands Asso.)

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Kodiak Funding LP)

Pauline K. Morgan, Esq.
James L. Patton, Jr., Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
(Sovereign Bank)

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(DDR Entities)

Janice D. Newell
Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
(Broward County Revenue Collection Division,
Bankruptcy & Litigation Section)

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Freidlander, P.A.
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012
(Waterfall Shopping Center, Inc.)

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308

DM3\584022.1

## 2002 SERVICE LIST

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, SUite 2400 S
Denver, CO 80202
(CitiMortgage)

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
(Fidelity Court Associates)

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612
(Rexco, LLC)

Stephen B. Porterfield, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35205
(Hoover Court, LLC)

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
(Ken Burton, Jr., Manatee County Tax Collector)

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755
(County of Denton)

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Waldner)

DM3\584022.1

# 2002 SERVICE LIST

| | |
|---|---|
| Shawn Rice, Esq.<br>Rice & Gotzmer<br>605 N. 8th Street, Suite 350<br>Sheboygan, WI 53081<br>(Priority Sign) | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>(Impac; Bear Stearns) |
| Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Green Genovese & Gluck PC<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(3445 North Causeway Limited Partners) | Robert H. Rosenbaum, Esq.<br>M. Evan Meyers<br>Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Suite 400<br>Berkshire Building<br>Riverdale Park, MD 20737-1385<br>(Charles County; Prince George County) |
| John Rosenthal, Esq<br>Nixon Peabody, LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>(Deutsche Bank) | Frederick B. Rosner, Esq<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>(De Lage Landen) |
| Erica Ryland, Esq.<br>Corinne Ball, Esq.<br>I. Lewis Grimm, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>(WLR Recovery) | Todd C. Schiltz, Esquire<br>Wolf Block Schorr & Solis-Cohen, LLP<br>1100 N. Market Street, #1001<br>Wilmington, DE 19801<br>(Wells Fargo) |
| Eric Lopez Schnabel, Esq.<br>Dorsey & Whitney<br>1105 North Market Street, 16th Fl.<br>Wilmington, DE 19801<br>(U.S. Bank National Asso.) | Margot B. Schonholtz, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3596<br>(Bank of America) |
| Patricia Schrage, Esq.<br>Securities and Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281 | Stephen B. Selbst, Esq.<br>McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173<br>(WestLB AG) |

## 2002 SERVICE LIST

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York)

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
(GMAC)

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)

David Stack
ABN AMRO Bank
55 East 52nd St., 2nd Fl
New York, NY 10055

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175
(County of Loudoun, VA)

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017
(Societe Generale)

DM3\584022.1

## 2002 SERVICE LIST

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Inland US Management, LLC)

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(Washington Mutual Bank)

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219
(Duquesne LIght Company)

Madeleine C. Wanslee, Esq.
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
(Maricopa County)

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc
Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc
Corp Card)

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)

Bruce Wilson, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
(Financial Guaranty Insurance Corporation)

Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured)

DM3\584022.1

## 2002 SERVICE LIST

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(Fidelity National)

William G. Wright, Esq.
John Weaver, Esq.
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054
(Banc of America Leasing)

Steven M. Yoder, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Bracebridge Capital, LLC; Natixis; Lehman)

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101
(Washington Mutual)

DM3\584022.1