IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x   Chapter 11

In re:

Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,   Jointly Administered

        Debtors

---------------------------------------------------------------x

**FIRST MONTHLY APPLICATION OF
THE LAW OFFICES OF ALAN WEINREB, PLLC AS FORECLOSURE SERVICE
PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE
OF COMPENSATION AND REIMBURSEMEN OF EXPENSES INCURRED
FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH AUGUST 31, 2007**

| | |
|---|---|
| Name of Applicant: | Law Offices of Alan Weinreb, PLLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement sought: | August 6, 2007 through August 31, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $5,100.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $7,218.00 |

This ia an: __X__ interim  _____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees($) |
| --- | --- | --- |
| Foreclosure-related work | N/A (All Flat Fee Work) | $5,100.00 |
| TOTALS | N/A | $5,100.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
| --- | --- | --- |
| Funds advanced for foreclosure costs. (i.e. Title searches, service of process, filing fees, clerk fees and sale fees) | N/A | $7,218.00 |

# THE LAW OFFICES OF ALAN WEINREB, PLLC
# WEINREB & ASSOCIATES, PLLC
## 6800 Jericho Turnpike, Suite 207W
## Syosset, New York 11791

Alan H. Weinreb

Donald Weinreb
1930-1999

Tel. (516) 945-6055
Fax. (516) 945-6056

Of Counsel:
Lindenbaum & Silber, PLLC
419 Park Avenue South
New York, New York 10016-8096
Herbert G. Lindenbaum
Josh Silber

Eileen Lin, Esq.

### FLAT FEE CHART

| | |
|---|---|
| Proof of claim for Bankruptcy: | $ 225.00 |
| Title Claim: | $ 410.00 |
| Foreclosure file through closing: | $1,250.00 |
| Attorney Court attendance on Sale steps: | $ 250.00 |
| Title Claim continuation: | $ 225.00 |
| Litigation hourly rate: | $ 200.00-250.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | CLARENCE8.6 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Gene Mays/Bankruptcy Adm.

| Description | Amount |
|---|---|
| LEGAL FEES: SUBMISSION OF PROOF OF CLAIM. CASE NO. 1001104756 | 225.00 |
| ACCT NO. 1001104756 (1ST LIEN) | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $225.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | CLARENCE8.7 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Gene Mays/Bankruptcy Adm.

| Description | Amount |
|---|---|
| LEGAL FEES: SUBMISSION OF PROOF OF CLAIM, CASE NO. 07-43706 | 225.00 |
| ACCT NO. 1001104820 (2ND LIEN) | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $225.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | ISLAM8607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT #: 1000843474 | |
| DISBURSEMENTS | 925.00 |
| DISBURSEMENTS:TITLE POLICY PREMIUM | 2,064.00 |
| DISBURSEMENTS: DEPARTMENTALS | 350.00 |
| DISBURSEMENTS: RECORD DEED FEE, RPT FEE AND ACRIS FEE | 475.00 |
| DISBURSEMENTS: NYS TRANSFER TAX | 1,920.00 |
| INCURRED 8/6/2007 | 0.00 |
| **Total** | **$5,734.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | ADLER860777 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite #200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|---|---|
| FORECLOSURE | |
| LOAN#: 1000940481 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE | 125.00 |
| PREPARATION AND FILING OF TITLE CLAIM | 410.00 |
| INCURRED 8/6/2007 | 0.00 |
| **Total** | **$535.00** |

# Invoice

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|---|---|
| 8/9/2007 | THOMAS8.9 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| DISBURSEMENTS: REMAINDER OF PROCESS SERVICE FEES | 101.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE-UPON COMPUTATION | 50.00 |
| ACCT NO. 1001020945 | |
| INCURRED AUGUST 9, 2007 | 0.00 |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $291.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY8.6 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Gene Mays/Bankruptcy Adm.

| | Amount |
|---|---|
| LEGAL FEES: SUBMISSION OF PROOF OF CLAIM, CASE NO. 07-14945 | 225.00 |
| ACCT NO. 1000966229 | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total**    $225.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/13/2007 | HOSSAI81307 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| Description | Amount |
|---|---|
| DISBURSEMENTS: REMAINDER OF PROCESS SERVICE FEES | 468.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE UPON COMPUTATION | 50.00 |
| ACCT NO. 1000805712 | |
| INCURRED AUGUST 13, 2007 | 0.00 |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $658.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY8.6 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Gene Mays/Bankruptcy Adm.

| Description | Amount |
|---|---|
| LEGAL FEES: SUBMISSION OF PROOF OF CLAIM, CASE NO. 07-14945, S DISTRICT OF FLA. | 225.00 |
| ACCT NO. 1000928113 | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724.

**Total** $225.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY8.6 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Gene Mays/Bankruptcy Adm.

| | Amount |
|---|---|
| LEGAL FEES: SUBMISSION OF PROOF OF CLAIM, CASE NO. 07-14945, S DISTRICT OF FL | 225.00 |
| ACCT NO. 1000934887 (SECOND LIEN) | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $225.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY 8.8 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| Description | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE FILE THROUGH CHAPTER 11 BK FILING | 1,250.00 |
| ACCT NO: 1000934887 | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $1,250.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY8.7 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Gene Mays/Bankruptcy Adm.

| | Amount |
|---|---|
| LEGAL FEES: SUBMISSION OF PROOF OF CLAIM, CASE NO. 07-14945, S. DISTRICT OF FLA. | 225.00 |
| ACCT NO. 1000943921 (1ST LIEN) | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $225.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY 8.6 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE FILE THROUGH CHAPTER 11 BK FILING | 1,250.00 |
| ACCT NO. 100092813 | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $1,250.00

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2007 | LUBONTY 8.7 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| Description | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE FILE THROUGH CHAPTER 11 BK FILING | 1,250.00 |
| ACCT NO. 1000966229 | |
| INCURRED AUGUST 6, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $1,250.00

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK   )
                    )   SS:
COUNTY OF NASSAU    )

ALAN H. WEINREB, after being duly sworn according to law, deposes and says:

1. I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of New York since October, 1983.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
ALAN H. WEINREB, ESQ.
The Law Offices of Alan Weinreb, PLLC
6800 Jericho Turnpike, Suite 207 W
Syosset, New York 11791
516-945-6055

SWORN TO AND SUBSCRIBED
Before me this 2ND day of November, 2007.

_____
Notary Public

ANGELA RACCOMANDATO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6124607
Qualified in Suffolk County
Commission Expires March 28, 2009