IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

                    Debtors
-------------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**SECOND MONTHLY APPLICATION OF
THE LAW OFFICES OF ALAN WEINREB, PLLC AS FORECLOSURE SERVICE
PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE
OF COMPENSATION AND REIMBURSEMEN OF EXPENSES INCURRED
FOR THE INTERIM PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | Law Offices of Alan Weinreb, PLLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement sought: | September 1, 2007 through September 30, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $7,865.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $61,747.05 |

This ia an:__X__interim _____final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $7,865.00 |
| TOTALS | N/A | $7,865.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs. (i.e. Title searches, service of process, filing fees, clerk fees and sale fees) | N/A | $61,747.05 |

# THE LAW OFFICES OF ALAN WEINREB, PLLC
## WEINREB & ASSOCIATES, PLLC
### 6800 Jericho Turnpike, Suite 207W
### Syosset, New York 11791

Alan H. Weinreb

_____

Donald Weinreb
1930-1999

Tel. (516) 945-6055
Fax. (516) 945-6056

Of Counsel:
Lindenbaum & Silber, PLLC
419 Park Avenue South
New York, New York 10016-8096
Herbert G. Lindenbaum
Josh Silber

_____

Eileen Lin, Esq.

## FLAT FEE CHART

| | |
|---|---|
| Proof of claim for Bankruptcy: | $ 225.00 |
| Title Claim: | $ 410.00 |
| Foreclosure file through closing: | $1,250.00 |
| Attorney Court attendance on Sale steps: | $ 250.00 |
| Title Claim continuation: | $ 225.00 |
| Litigation hourly rate: | $ 200.00-250.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/11/2007 | SUPREN91107 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ▇▇▇▇▇▇ ACCOUNT NO. 467661 | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| INCURRED SEPTEMBER 11, 2007 | 0.00 |
| **Total** | **$450.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
| --- | --- |
| 9/18/2007 | DAVIS91807 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
| --- | --- |
| ACCOUNT NO.: 1001629473 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
| --- | --- |

**The Law Offices of Alan Weinreb PLLC**

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | SEHGAL91807 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001496217 |  |
|  |  |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE: | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
|  |  |
| INCURRED SEPTEMBER 18, 2007 |  |
| **Total** | **$1,125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | HARTY91807 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001312824 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS:COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,140.00 |
|-----------|-----------|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | JAFFIER9180 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001144791 |  |
|  |  |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
|  |  |
| INCURRED SEPTEMBER 18, 2007 |  |

| **Total** | $1,125.00 |
|-----------|-----------|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
| --- | --- |
| 9/18/2007 | DIOGEN9180 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
| --- | --- |
| ACCOUNT NO. 1001355352 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
| --- | --- |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | HAFEEZ9180 |

---

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

---

| | Amount |
|---|--------|
| ~~████████████████~~ | |
| ACCOUNT NO. 1001354934 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
|-----------|-----------|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | TILUS91807 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001125602 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |
| **Total** | $1,140.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | ELLIOTT9180 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001779129 | |
| | |
| DISBURSEMENTS: TAX AND TITLE | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |
| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | MONDES9180 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001744554 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEES | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | STRAUS91807 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001452983 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 253.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,133.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | THOMAS918 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT #: 1001492069 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | COLEM91807 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001733339 |  |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| INCURRED SEPTEMBER18, 2007 |  |
| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | BHARAT9180 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001706000 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | CONTR91807 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001704777 | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | KARIM91807 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001673538 |  |
|  |  |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
|  |  |
| INCURRED SEPTEMBER 18, 2007 |  |

| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | MACPHER9180 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| ACCOUNT NO.: 1001612882 | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,140.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | ARMATO91807 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| ~~ARMATO PREMISES:~~<br>ACCOUNT NO. 1001637107 | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 250.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,130.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | HUSSAIN9180 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001635800 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 18, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/18/2007 | ABREU9.18 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: OPEN A NEW FORECLOSURE FILE THROUGH PUBLICATION OF NOTICE OF SALE TO MONITOR OF SENIOR LIEN ACTION<br><br>ACCT NO. 1001089060<br><br>INCURRED SEPTEMBER 18, 2007 | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | OR 09190777 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES | |
| ~~█████████~~ LOAN#:1001015097 | |
| TITLE CONTINUATION | 125.00 |
| INCURRED SEPTEMBER 21, 2007 | |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | CHELANI0921 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES |  |
| LOAN#: 1001647594 |  |
| TITLE CONTINUATTION INCURRED SEPTEMBER 21, 2007 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | JAMES92222 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|---|---|
| FORECLOSURE EXPENSES |  |
| ██████████████████ |  |
| LOAN#: 1001645708 |  |
| TITLE CONTINUATION<br>INCURRED SEPTEMBER 21, 2007 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | MARTINEZ923 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| LOAN#1000684566 | |
| TITLE CONITNUATION INCURRED SEPTEMBER 21, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | BAEZ 923077 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| LOAN#: 1001635780 | |
| TITLE CONTINUATION<br>INCURRED SEPTEMBER 21, 2007 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | MORLEY 9320 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES |  |
| LOAN#: 1000621975 |  |
| TITLE CONTINUATION SEPTEMBER 21, 2007 | 125.00 |

| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | SHENHAVY936 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE EXPENSES | |
| LOAN#:1000740697 | |
| TITLE CONTINUATION INCURRED SEPTEMBER 21, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | LEDERMAN924 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| LOAN#:1001383154 | |
| TITLE CONTINUATION INCURRED SEPTEMBER 21, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | WAWERU999 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES |  |
| LOAN#:1001678789 |  |
| TITLE CONTINUATION | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | RUSHFIE9555 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| | |
| LOAN#: 1001050477 | |
| | 125.00 |
| TITLE CONTINUATION | |
| INCURRED SEPTEMBER 21, 2007 | |
| **Total** | $125.00 |

# The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | MCMILLAM922 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE EXPENSES | |
| LOAN#: 1001670854 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 22, 2007 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | BROOKS92207 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| LOAN#: 1001269850 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 22, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | AHMED92277 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES | |
| ▬▬▬▬▬▬▬▬▬▬▬ | |
| loan#: 1001647415 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br>INCURRED SEPTEMBER 22, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | CHERNY92227 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| ▬▬▬▬▬▬▬▬▬▬ | |
| LOAN#: 1001626749 | 125.00 |
| RECODRING FEE FOR ASSIGNMENT OF MORTGAGE<br>INCURRED SEPTEMBER 22, 2007 | |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | FOWLER 9233 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| LOAN#: 1001537467 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 22, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | LUNA 923078 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES | |
| ████████████████████ | |
| LOAN#: 1001284672 | |
| | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br>INCURRED SEPTEMBER 22, 2007 | 125.00 |
| | |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | HARLEY 932 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE EXPENSES | |
| LOAN#:1001659758 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 22, 2007 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2007 | HARLEY 933 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| FORCLOSURE LEGAL FEES | |
| ▬▬▬▬▬▬▬▬▬▬▬▬ | |
| LOAN#: 1001659758 | |
| PREPARATION AND FILING OF TITLE CLAIM<br>INCURRED SEPTEMBER 22, 2007 | 410.00 |
| **Total** | $410.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | MUNGAL92407 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES | |
| LOAN#: 10013119152 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 24, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | TAYLOR9247 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES |  |
| LOAN#: 1001676696 |  |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br>INCURRED SEPTEMBER 24, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | MIRAFLOR924 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES | |
| LOAN#: 1001611231 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 24, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | WAGNER9245 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE EXPENSES | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| LOAN#: 1001147028 | |
| RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 24, 2007 | 125.00 |
| **Total** | **$125.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | WAGNER9246 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE LEGAL FEES | |
| LOAN#: 1001147028 | |
| PREPARATION AND FILING OF TITLE CLAIM INCURRED SEPTEMBER 24, 2007 | 410.00 |
| **Total** | **$410.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | PATEL9247 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE FEES AND EXPENSES | |
| LOAN#: 1001680925 | |
| DISBURSEMENTS: RECORDING FEE FOR ASSIGNMNET OF MORTGAGE | 125.00 |
| LEGAL FEES: PREPARATION AND FILING OF TITLE CLAIM | 410.00 |
| INCURRED SEPTEMBER 24, 2007 | |
| **Total** | $535.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | TORRES9248 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| FORECLOSURE EXPENSES |  |
| LOAN#: 1001473946 |  |
| DISBURSEMENTS: RECORDING FEE FOR ASSIGNMENT OF MORTGAGE INCURRED SEPTEMBER 24, 2007 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | SINGH92407 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|---|---|
| ACCOUNTS 1001217982 AND 1001218114 | |
| LEGAL FEES AND DISBURSEMENTS AS FOLLOWS: | |
| | |
| LEGAL FEES FORECLOSURE TO SALE HELD | 1,250.00 |
| LEGAL FEES ATTENDANCE AT FORECLOSURE SALE | 250.00 |
| DISBURSEMENTS TITLE PROLICY | 2,142.00 |
| DISBURSEMENTS RECORD DEED FEE, RPT FEE AND ACRIS PREP FEE | 525.00 |
| DISBURSEMENTS NEW YORK STATE TRANSFER TAX | 2,979.00 |
| DISBURSEMENTSDEPARTMENTALS | 375.00 |
| | |
| INCURRED SEPTEMBER 24, 2007 | 0.00 |

| **Total** | $7,521.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | bangour9249 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| FORECLOSURE LEGAL FEES | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| LOAN#: 1001735628 | |
| | |
| PREPARATION AND FILING OF TITLE CLAIM  (FRAUD CLAIM) | 410.00 |
| INCURRED SEPTEMBER 24, 2007 | |
| **Total** | **$410.00** |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/25/2007 | estime9.25 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|--------|
| DISBURSEMENTS: PUBLICATION OF NOTICE OF SALE | 1,801.00 |
| DISBURSEMENTS: REFEREE'S FEE-ATTENDANCE AT SALE | 500.00 |
| ACCT NO. 1000621449 | |
| INCURRED SEPTEMBER 25, 2007 | |

Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724

**Total** $2,301.00

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/21/2007 | SHENHAVY988 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| FORECLOSURE EXPENSES | |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| LOAN#: 1001740742 | |
| DISBURSEMENTS: RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br>INCURRED SEPTEMBER 21, 2007 | 125.00 |

| | **Total** | $125.00 |
|---|-----------|---------|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2007 | SHARIF92407 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| MD MUEEN SHARIF | |
| ACCOUNT #: 1001156422 & 1001156445 | |
| LEGAL FEES AND DISBURSEMENTS AS FOLLOWS: | 0.00 |
| | |
| DISBURSEMENTS: PUBLICATION AND REFEREE'S ATTENDANCE AT SALE | 1,227.08 |
| DISBURSEMENTS: PUBLICATION FOR ADJOURNED SALE  PREVIOUSLY INVOICED ON 9/6/07 | 312.97 |
| LEGAL FEES FOR FORECLOSURE TO SALE HELD | 1,250.00 |
| LEGAL FEES ATTENDANCE AT SALE | 250.00 |
| DISBURSEMENTS: TITLE POLICY | 1,174.00 |
| DISBURSEMENTS: DEED RECORDING FEE, ACRIS PREP. FEE, RPT FEE | 525.00 |
| DISBURSEMENTS:DEPARTMENTALS SEARCHES: STREET REPORT, CERTIFICATE OF OCCUPANCY, FIRE SEARCH, HOUSING AND BUILDING SEARCH, EMERGENCY REPAIR SEARCH, TAX SEARCH | 375.00 |
| DISBURSEMENTS: NEW YORK STATE TRANSFER TAX. | 1,842.00 |
| | |
| INCURRED SEPTEMBER 24, 2007 | 0.00 |

| **Total** | $6,956.05 |
|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/25/2007 | BRITT92507 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT #: 1001396164<br><br>LEGAL FEES FOR ADDITIONAL WORK IN CONNECTION WITH CONTINUING TITLE CLAIM AND REFERRAL TO TITLE COMPANY COUNSEL INCURRED SEPTEMBER 25, 2007 | 225.00 |
| **Total** | $225.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/25/2007 | CARULLI9.25 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| DISBURSEMENTS: MOTION FILING FEE | 150.00 |
| DISBURSEMENTS: PREPARATION OF MOTION FOR RELIEF, 2 LIENS | 650.00 |
| ACCT NOS. 1000872514 & 1000880847 | |
| INCURRED SEPTEMBER 25, 2007 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $800.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/25/2007 | MULL92507 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT #: 1000985253 | |
| | |
| DISBURSEMENTS: BALANCE OF PROCESS SERVICE FEE | 470.00 |
| DISBURSEMENTS: RJI AND FILING FEE | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE FOR COMPUTATION | 50.00 |
| | |
| INCURRED SEPTEMBER 25, 2007 | |

| | **Total** | $660.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/25/2007 | LYT192507 |

| Bill To |
|---------|
| American Home Mortgage Servicing |
| 4600 Regent Blvd., Suite#200 |
| Irving, TX 75063-24432 |
| Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|---|--------|
| ACCOUNT #: 1001417203 | 200.00 |
| DISBURSEMENTS: REFEREE'S FEE FOR COMPUTATION INCURRED SEPTEMBER 25, 2007 | |

| **Total** | $200.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | EISENZ92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|--|--------|
| ACCOUNT NO.: 1000870280 | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,140.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | WEAVE92607 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|---|--------|
| ACCOUNT NO.: 1001670000 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEES | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | ABIR92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO.: 1000839155 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT FILING FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | WHITE92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 2441529 | |
| | |
| DISBURSEMENTS:  TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |
| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | TAGIN92607 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| ACCOUNT NO. 1001674862 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | SHARM92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001101338 |  |
| DISBURSEMENTS: TAX AND TITLE | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| INCURRED SEPTEMBER 26, 2007 |  |
| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | LAVOIE92607 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| ~~PREMISES~~ | |
| ACCOUNT NO: 1001526027 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,140.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | MIRAFL92607 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| ACCOUNT NO. 1001611233 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |
| **Total** | $1,140.00 |

# The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | PATEL.92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001680945 |  |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| INCURRED SEPTEMBER 26, 2007 |  |
| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | JIMIN92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO., 1000796123 | |
| | |
| DISBURSEMENTS: TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS: INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS: PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS: COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |
| **Total** | $1,140.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | BEGUM92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT #: 1001397008 | |
| DISBURSEMENTS-TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS-INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS-COURT SERVICE FEE | 175.00 |
| DISBURSEMENTS-PROCESS SERVICE FEE | 255.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | HUTSON92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT #: 1001490518 | |
| | |
| DISBURSEMENTS-TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS-INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS-PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS- COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |
| **Total** | $1,140.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | MCMIL92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001670834 |  |
|  |  |
| DISBURSEMENTS-TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS-INDEX FILE FORM FEE | 263.00 |
| DISBURSEMENTS-PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS-COURT SERVICE FEE | 175.00 |
|  |  |
| INCURRED SEPTEMBER 26, 2007 |  |

| **Total** | $1,143.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | MARIN92607 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT NO. 1001421886 | |
| | |
| DISBURSEMENTS; TAX AND TITLE | 450.00 |
| DISBURSEMENTS; INDEX FILE FORM FEE | 260.00 |
| DISBURSEMENTS; PROCESS SERVICE FEE | 255.00 |
| DISBURSEMENTS; COURT SERVICE FEE | 175.00 |
| | |
| INCURRED SEPTEMBER 26,2 007 | |

| | **Total** | $1,140.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2007 | GRAYS92607 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1001391480 | |
| DISBURSEMENTS; TAX AND TITLE SEARCH | 450.00 |
| DISBURSEMENTS; INDEX FILE FORM FEE | 245.00 |
| DISBURSEMENTS; PROCESSS SERVICE FEE | 255.00 |
| DISBURSEMENTS; COURT SERVICE FEES | 175.00 |
| | |
| INCURRED SEPTEMBER 26, 2007 | |

| **Total** | $1,125.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2007 | PACE92707 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT #: 1001132566 | |
| | 1,250.00 |
| LEGAL FEES FOR FORECLOSURE TO END | 250.00 |
| LEGAL FEES FOR ATTENDANCE AT SALE | |
| | |
| INCURRED SEPTEMBER 28, 2007 | |

| **Total** | $1,500.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2007 | CHANDA92807 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| ACCOUNT NO. 1000814213 | |
| | |
| LEGAL FEES AND DISBURSEMENTS AS FOLLOWS: | |
| | |
| LEGAL FEES FOR FORECLOSURE TO END | 1,250.00 |
| LEGAL FEES FOR ATTENDANCE AT SALE | 250.00 |
| DISBURSEMENTS-TITLE POLICY FEE | 1,252.00 |
| DISBURSEMENTS-DEED RECORDING FEE, RPT FEE, ACRIS FEE | 525.00 |
| DISBURSEMENTS-DEPARTMENTALS | 375.00 |
| DISBURSEMENTS-NEW YORK STATE TRANSFER TAX | 1,040.00 |
| | |
| INCURRED SEPTEMBER 28, 2007 | 0.00 |
| **Total** | **$4,692.00** |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 9/28/2007 | WAWERU9.28 |

**Bill To**

American Home Mortgage Servicing
4600 Regent Blvd., Suite#200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|--|--------|
| DISBURSEMENTS:  BALANCE OF PROCESS SERVICE | 158.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE UPON COMPUTATION:KINGS COUNTY | 250.00 |
| ~~ACCT NO. 1001678789~~ | |
| INCURRED SEPTEMBER 28, 2007 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $548.00 |
|--|--|--|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2007 | JAMES9.28 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite#200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| DISBURSEMENTS: BALANCE OF PROCESS SERVICE FEES | 63.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE UPON COMPUTATION-KINGS COUNTY | 250.00 |
| ACCT NO. 1001645708 | |
| INCURRED SEPTEMBER 28, 2007 | |
| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** $453.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK  )
                   )      SS:
COUNTY OF NASSAU   )

        ALAN H. WEINREB, after being duly sworn according to law, deposes and says:

    1.    I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of New York since October, 1983.

    2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

    3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

    4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

ALAN H. WEINREB, ESQ.
The Law Offices of Alan Weinreb, PLLC
6800 Jericho Turnpike, Suite 207 W
Syosset, New York 11791
516-945-6055

SWORN TO AND SUBSCRIBED
Before me this 2ND day of November, 2007.

Notary Public

ANGELA RACCOMANDATO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6124607
Qualified in Suffolk County
Commission Expires March 28, 2009