UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>    Debtor. | ) Chapter 11<br>)<br>) Case No 07-11047 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Objections Due: November 20, 2007 at 4:00 p.m.<br>) (prevailing Eastern Time)<br>) Hearing Date: November 28, 2007 at 10:00 a.m.<br>) (prevailing Eastern Time) |

**NOTICE OF MOTION OF FNC, INC. FOR ADEQUATE PROTECTION
AND RELIEF FROM AUTOMATIC STAY WITH RESPECT TO
COLLATERAL MANAGEMENT SYSTEM LICENSE AGREEMENT,
OR IN THE ALTERNATIVE, TO COMPEL DEBTORS TO
ASSUME OR REJECT AGREEMENT AS AN EXECUTORY CONTRACT**

To:   Counsel for Debtor; United States Trustee; Counsel to Official Committee of Unsecured Creditors; and All creditors and parties who filed entries of appearance.

On November 2, 2007, FNC, Inc. ("Movant") in the above-referenced matter filed the attached Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as an Executory Contract (the "Motion").

You are required to file a response to the Motion on or before **November 20, 2007 at 4:00 p.m. (prevailing Eastern Time).** At the same time, you must also serve a copy of the response upon Movant's Delaware attorneys: Morris James LLP, Rafael X. Zahralddin, Esquire, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, Delaware 19899-2306.

**A HEARING ON THE MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE ON NOVEMBER 28, 2007 AT 10:00 A.M. (PREVAILING EASTERN TIME).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[remainder of page intentionally left blank]

1630459

Dated: November 2, 2007

**MORRIS JAMES LLP**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
500 Delaware Avenue, Suite 1500
Post Office Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: rxza@morrisjames.com

-and-

Stephen W. Rosenblatt
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
P.O. Box 22567
Jackson, Mississippi 39225-2567
Telephone: (601) 948-5711
Email: steve.rosenblatt@butlersnow.com

*Counsel for FNC, Inc.*

1630459