IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.[1]                                :
                                                                 :   Jointly Administered
     Debtors.                                                    :
---------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pauline K. Morgan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of James C. Teece (the "Admittee"), Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue New York, NY 10010, as special investigatory, litigation, and conflicts counsel to the above-captioned debtors and debtors-in-possession.

*/s/ Pauline K. Morgan*
Pauline K. Morgan (No. 3650)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6707
Facsimile: (302) 571-1253

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Third Circuit and the United States Court of Appeals for the Sixth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

_____
James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7200
Facsimile: (212) 849-7100

Motion granted.

BY THE COURT:

Date: _____

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE