IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        )  Chapter 11
                                                              )
AMERICAN HOME MORTGAGE HOLDINGS,                              )  Case No. 07-11047 (CSS)
INC., Delaware corporation, et al.,                           )  Jointly Administered
                                                              )
                                                              )  Hearing Date: November 7, 2007 at 4:00 p.m.
                                                              )  Objections Due: November 5, 2007 at 4:00 p.m.
                    Debtors.                                  )
                                                              )  Related Docket Items Nos. 11, 113, 403, 674,
                                                              )  828, 865, 937, 1029, 1123, 1443, 1711 & 1713
------------------------------------------------------------- x

## MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

UBS Real Estate Securities Inc. ("RESI"), by its undersigned attorneys, hereby (a) joins in the Emergency Motion of DB Structured Products, Inc. ("DB") for Limited Stay Pending Appeal (the "DB Motion") and (b) moves for similar relief with respect to the portion of this Court's order (the "Order"), dated October 30, 2007, granting the Debtors' Motion to Approve the Sale of their Servicing Business (the "Sale Motion") that pertain to the Debtors sale and assignment of the Master Loan Purchase and Servicing Agreement between the Debtors and RESI (the "RESI MLPSA").[1] RESI filed objections and reservations of rights with respect to the Debtors' proposed assignment of the RESI MLPSA in the Sale Motion. [See Dkt. Nos. 828, 1029 and 1123].

As noted in the DB Motion, the Court's ruling that the MLPSA (as defined in the DB Motion) is not an executory contract and can therefore be sold under section 363(l) of the Bankruptcy Code, despite restrictions on transfer contained in the MLPSA, stands in contrast to

---

[1] The RESI MLPSA is listed on Schedule 1.1(j) of the APA attached as Exhibit A-1 to the Order and was admitted into evidence at the Sale Hearing. The RESI MLPSA was admitted into evidence at the Sale Hearing as Debtors' Exhibit 20, and amendments and other documents related to the RESI MLPSA were admitted as Debtors' Exhibits 111 through 116.

controlling precedent from the United States Court of Appeals for the Third Circuit. *See* DB Motion at 3-4. Section 24 of the RESI MLPSA states, "This Agreement shall not be assigned, pledged or hypothecated by the Seller or the Servicer to a third party without the consent of the Purchaser." The "Seller" and "Servicer" under the RESI MLPSA are, respectively, the Debtors American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. Under controlling precedent set forth in the DB Motion, the Debtors may not sell the RESI MLPSA under section 363(l) without RESI's consent, which consent has not been granted. The Order should therefore be stayed as to the RESI MLPSA pending appellate review of and ruling on that portion of the Order approving the sale of the RESI MLPSA.

RESI also joins in that part of the DB Motion and seeks a limited stay of the Order as it relates to the RESI MLPSA based on DB's intention to appeal this Court's ruling that the servicing provisions of the MLPSA (and the RESI MLPSA) are severable from the loan purchase and repurchase provisions. *See* DB Motion at 7-8 and 18-22. The RESI MLPSA contains the following provisions that are relevant to the Court's ruling on severability:

> ***Servicing Retained Loan Purchases.*** Section 11 of the RESI MLPSA ("Servicer's Servicing Obligations") provides that the Servicer, "shall service and administer the Loans directly, or through one or more Subservicers, in accordance with the terms and provisions set forth in the Servicing Addendum attached as Exhibit 9; which Servicing Addendum is incorporated herein by reference. Under this provision, the Loans purchased by RESI from American Home Mortgage Corp. are required to be serviced by American Home Mortgage Servicing, Inc. As noted above (p. 2), Servicing is not assignable without RESI's consent.
> ***Indemnification.*** Section 7.04 of the RESI MLPSA ("Remedies for Breach of Representations and Warranties") provides that in addition to other obligations, "the Seller shall indemnify the Purchaser and hold it harmless against any losses, damages, [etc.] resulting from a breach of the Seller's and Servicer's representations and warranties contained in [the RESI MLPSA]."
> ***The "Waterfall" Provisions.*** Section 11.05 of the Servicing Addendum ("Permitted Withdrawals From the Custodial Account") provides that "where the Seller is required to repurchase a Loan, pursuant to Subsection 7.04, the

2

Servicer's right to such reimbursement [for Monthly Advances] shall be subsequent to the payment to the Purchaser of the Repurchase Price pursuant to Subsection 7.04 and all other amounts required to be paid to the Purchaser with respect to such Loan," and "where the Seller is required to repurchase a Loan, pursuant to Section 7.04, the Servicer's right to such reimbursement [for Servicing Advances] shall be subsequent to the payment to the Purchaser of the Repurchase Price pursuant to Section 7.04 and all other amounts required to be paid to the Purchaser with respect to such Loans."

## Argument

RESI hereby joins in and incorporates by reference herein the arguments of DB set forth on pages 9 through 25 of the DB Motion.

**-Remainder of Page Left Intentionally Blank-**

## CONCLUSION

For the foregoing reasons, and for the reasons set forth in the DB Motion, RESI respectfully requests that the Court stay the Order approving the Sale insofar as it would authorize the assignment of, and/or otherwise impair, RESI's rights under the RESI MLPSA pending DB's expedited appeal of that portion of the Order, or for such other and further relief as the Court deems just and proper.

Dated: November 5, 2007

                                    **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                                    Rick B. Antonoff
                                    Brandon R. Johnson
                                    1540 Broadway
                                    New York, NY 10036
                                    Telephone: (212) 858-1000
                                    Facsimile: (212) 858-1500

                                                  - and -

                                  **ASHBY & GEDDES, P.A.**

                                  */s/ Amanda Winfree*
                                  _____
                                  William P. Bowden (I.D. #2553)
                                  Don A. Beskrone (I.D. #4380)
                                  Amanda M. Winfree (I.D. #4615)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, DE 19899
                                  Telephone: (302) 654-1888
                                  Facsimile: (302) 654-2067

                                  Counsel to UBS Real Estate Securities Inc.

185580.1