IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                            :
                                                           : Jointly Administered
    Debtors.                                               :
                                                           :
                                                           : Ref. Docket No. 1490 and _1761_
---------------------------------------------------------- x

### ORDER DENYING MOTION FOR DISCLOSURE UNDER U.S.C. § 363, § 1106, AND BANKRUPTCY RULE 2004, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY DEBTORS AND COMPLAINT FOR INJUNCTION AND PROTECTION OF TAX ESCROW ACCOUNTS AND REQUEST FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN PURSUANT TO U.S.C. § 332 AND TRUSTEE OR EXAMINER PURSUANT TO U.S.C. § 1104 FILED BY MONA DOBBEN

The Court having considered the *Motion For Disclosure Under U.S.C. § 363, § 1106, and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents By Debtors and Limited Objection to Asset Purchase Agreement Complaint for Injunction and Protection of Tax Escrow Accounts and Request for Appointment of Consumer Privacy Ombudsman Pursuant to U.S.C. § 332 and Trustee or Examiner Pursuant to U.S.C. § 1104* [Docket No. 1490] (the "Motion") filed By Mona Dobben, and the opposition thereto; and this Court having jurisdiction over the matters set forth in the Motion; and upon the record made at the hearing on October 31, 2007; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is denied in all respects.

Dated: November 5, 2007
       Wilmington, Delaware

                                                    /s/ CSS
                                                    Christopher S. Sontchi
                                                    United States Bankruptcy Judge