IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                     :    Jointly Administered
        Debtors.                                                     :
---------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 7, 2007 AT 4:00 P.M. (ET)

## CONTESTED MATTERS GOING FORWARD

1.      Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal (D.I. 1713, 10/30/07)

        Objection Deadline:    November 5, 2007 at 4:00 p.m.

        Related Document:

                a)      Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1720, 10/30/07]

        Objections Filed:      None at this time.

        Status: The Debtors intend to file a response by the deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Assured Guaranty Corp.'s Limited Objection to the Debtors' Proposed Form of Order
      Approving Sale of Debtors' Servicing Business to AH Mortgage Acquisition Co., Inc.
      [D.I. 1717, 10/30/07]

      Related Document:

              a)    Order Pursuant to Sections 105, 363, 364, 365 and 503(b) of the
                    Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and
                    9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the
                    Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens,
                    Claims and Interests, (ii) the Assumption and Assignment of Certain
                    Executory Contracts and Unexpired Leases Related Thereto, and (B)
                    Granting Certain Related Relief [D.I. 1711, 10/30/07]

      Status: This matter will be going forward.

3.    Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB
      Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1778, 11/5/07]

      Objection Deadline:    November 5, 2007 at 4:00 p.m.

      Objections Filed:      None at this time.

      Status: The Debtors intend to file a motion to strike this pleading.

Dated: Wilmington, Delaware
       November 5, 2007

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      James L. Patton, Jr. (No. 2202)
                                      Pauline K. Morgan (No. 3650)
                                      Sean M. Beach (No. 4070)
                                      Matthew B. Lunn (No. 4119)
                                      Kara Hammond Coyle (No. 4410)
                                      Donald J. Bowman, Jr. (No. 4383)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and
                                      Debtors in Possession