## CERTIFICATE OF SERVICE

   I, David J. Baldwin, hereby certify that I am not less than 18 years of age and that on this 5th day of November, 2007, I caused a true and correct copy of the within *Objection of Bank of America, N.A., as Administrative Agent, to the Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal* to be served on the following party by manner indicated:

**Via Email/ and Hand Delivery**
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**Via Email/and First Class Mail**
Steven Wilamowsky, Esquire
Bingham & McCutchen LLP
399 Park Avenue
New York, NY 10022

**Via Email/and First Class Mail**
Andrew J. Gallo, Esquire
Bingham & McCutchen, LLP
150 Federal Street
Boston, MA 02110

   Under penalty of perjury, I declare that the forgoing is true and correct.

_____
David J. Baldwin

Pac#829716