# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., ) | |
| Debtor. ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William F. Taylor, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Darrell William Clark to represent Verizon Business Global LLC in this bankruptcy case. The Admittee is a member in good standing of the Bars of the District of Columbia, Maryland, Virginia and Missouri and is admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Courts for Maryland, the District of Columbia, and the Eastern District of Virginia and is not currently under suspension or subject to other disciplinary action with respect to his practice.

By: _____
William F. Taylor, Jr. (DE # 2936)
McCarter & English, LLP
405 North King Street
8th Floor
P. O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: wtaylor@mccarter.com

*Counsel for Verizon Business Global LLC*

Date: 11/5/07

ME1 6179933v.1
ME1 6886232v.1

Pursuant to District Court Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Date: _____     By: _____
Darrell William Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, D.C. 20036
(202) 785-9100
(202) 572-9993 - facsimile
Email: DClark@stinson.com

**Motion Granted.**

**BY THE COURT:**

Date:_____

_____
UNITED STATES BANKRUPTCY JUDGE

ME1 6179933v.1
ME1 6886232v.1

ME1\6179933.1