## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., ) | |
| Debtor. ) | Jointly Administered |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William F. Taylor, Jr. a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Lawrence P. Block to represent Verizon Business Global LLC in this bankruptcy case. The Admittee is admitted, practicing and in good standing before the bars and federal courts in the states of Maryland, District of Columbia and Commonwealth of Virginia. The Admittee is also admitted to the bar of the Court of Federal Claims and the Fourth Circuit.

By: /s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE # 2936)
McCarter & English, LLP
405 North King Street
8th Floor
P. O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: wtaylor@mccarter.com

*Counsel for Verizon Business Global LLC*

Date: 11/5/07

ME1 6179933v.1
ME1 6886287v.1

Pursuant to District Court Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdiction shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Date: 11/2/07

By: *[signature]*
Lawrence P. Block
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, D.C. 20036
(202) 785-9100
(202) 572-9993 - facsimile
Email: LBlock@stinson.com

**Motion Granted.**

**BY THE COURT:**

Date:_____

_____
UNITED STATES BANKRUPTCY JUDGE

MEI\6179933.1
MEI 6179933v.1
MEI 6886287v.1