IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X

In re:                                                          Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,        Case No. 07-11047 (CSS)
a Delaware corporation, *et al*.,[1]                          Jointly Administered

                                          Debtors.             Re: Docket Nos. 1713, 1783

----------------------------------------------------------------X

                                                               Hearing Date: November 7, 2007 at 10:00 a.m.
                                                               Objection Deadline: November 5, 2007

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO THE DEBTORS' OPPOSITION TO THE
EMERGENCY MOTION OF DB STRUCTURED
PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL**

The Official Committee of Unsecured Creditors (the "Committee") of the above-

captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned proposed co-

counsel, hereby joins the Debtors' opposition (the "Opposition ") [Docket No. 1783] to the

emergency motion (the "DB Stay Motion") of the DB Structured Products ("DBSP") seeking a

stay pending their appeal of this Court's order (the "Sale Order") approving the sale of certain

estate property and in support thereof represents as follows:

<u>**JOINDER**</u>

1.        The Committee hereby adopts and incorporates the arguments and

assertions set forth in the Opposition, incorporates by reference all of the arguments set forth in

such Opposition, and reserves all rights to be heard before this court with regard to the DB Stay

Motion.

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home
Mortgage Acceptance, Inc. ("*AHM Acceptance*"); American Home Mortgage Servicing, Inc. ("*AHM Servicing*");
American Home Mortgage Corp. ("*AHM Corp.*"); American Home Mortgage Ventures LLC; Homegate Settlement
Services, Inc.; and Great Oak Abstract Corp.

2.    The Committee submits that the DB Stay Motion should be denied because (a) it has been rendered moot by the Second Amendment[2] to the APA and (b) DBSP has failed to satisfy the standard for obtaining a stay pending appeal as, *inter alia*, (i) the Sale Order was correctly decided, (ii) DBSP would not be suffer irreparable harm if their motion was denied and (iii) the Debtors' estates would suffer irreparable harm if a stay pending appeal were granted and the Debtors were prohibited from consummating the APA.

3.    For these reasons, and for the reasons set forth in the Debtors' Opposition, the Committee objects to the relief sought in the DB Stay Motion.

**WHEREFORE**, the Committee respectfully requests that the Court deny the DB Stay Motion and grant such other and further relief as the Court may deem just and proper.

Dated:  Wilmington, Delaware
          November 5, 2007

BLANK ROME LLP

By: */s/ David W. Carickhoff*
      Bonnie Glantz Fatell (No. 3809 )
      David W. Carickhoff (No. 3715)
      1201 Market Street, Suite 800
      Wilmington, Delaware  19801
      (302) 425-6400 - Telephone
      (302) 425-6464 - Facsimile

          - and -

---

[2] All undefined capitalized terms shall have the meaning ascribed to them in the Opposition.

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
   Attn:   Mark S. Indelicato
   Mark T. Power

Proposed Co-Counsel to the Official Committee
of Unsecured Creditors of American Home
Mortgage Holdings, Inc., *et al*.