IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 7, 2007 AT 4:00 P.M. (ET)

## CONTESTED MATTERS GOING FORWARD

1.   Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal (D.I. 1713, 10/30/07)

     Objection Deadline:   November 5, 2007 at 4:00 p.m.

     Related Document:

     a)   Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1720, 10/30/07]

     Objections Filed:

     b)   **Debtors' Opposition to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1783, 11/5/07]**

     c)   **Objection of Bank of America, N.A., as Administrative Agent, to the Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1786, 11/5/07]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

        d)        **Joinder of the Official Committee of Unsecured Creditors to the Debtors' Opposition to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1790, 11/5/07]**

Status: **The Debtors understand that, subject to its review of the amendment to the APA proposed in the Debtors' Opposition, DB Structured Products, Inc. will be withdrawing its motion prior to the hearing as moot.**

2.    Assured Guaranty Corp.'s Limited Objection to the Debtors' Proposed Form of Order Approving Sale of Debtors' Servicing Business to AH Mortgage Acquisition Co., Inc. [D.I. 1717, 10/30/07]

    Related Document:

        a)    Order Pursuant to Sections 105, 363, 364, 365 and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief [D.I. 1711, 10/30/07]

    Status: This matter will be going forward.

3.    Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1778, 11/5/07]

    Objection Deadline:   November 5, 2007 at 4:00 p.m.

    **Related Document:**

        a)    **Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1791, 11/5/07]**

    Objections Filed:

        b)    **Debtors' (I) Objection to Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal; and (II) Motion to Strike Portions of the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1794, 11/6/07]**

Status: **UBS Real Estate Securities Inc. has requested that this matter be scheduled for this hearing, and the Debtors have opposed that request.**

Dated: Wilmington, Delaware
November 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession