IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                              :
a Delaware corporation, et al.,                              :   Jointly Administered
                                                             :
       Debtors.                                              :   **Ref. Docket No.: 1725**
------------------------------------------------------------ x

**ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9019 APPROVING AND AUTHORIZING THE
SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND BEAR
STEARNS MORTGAGE CAPITAL CORP. AND EMC MORTGAGE CORP.
RESOLVING ADVERSARY PROCEEDING (07-51701)**

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] seeking entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and section 105(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") approving the settlement agreement by and between the Debtors and Bear Stearns Mortgage Corp. ("BSMCC") and EMC Mortgage Corp. ("EMC" together with the Debtors and BSMCC, the "Parties") resolving adversary proceeding (07-51701) (the "Settlement Agreement"); and due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Settlement Agreement, substantially in the form attached hereto as Exhibit A, is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that the Debtors are authorized to enter into the Settlement Agreement and to perform thereunder; and it is further

ORDERED, that notwithstanding any provision of the Settlement Agreement, the Transfer Date shall be no later than November 6, 2007; and it is further

ORDERED, that the Settlement Amount shall be paid directly to the Administrative Agent in accordance with the *Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [Docket No. 554] (together with any extensions or amendments thereto, the "Cash Collateral Order"), regardless of whether the Termination Date (as defined in the Cash Collateral Order) has occurred; and it is further

ORDERED, that notwithstanding section 3 of the Settlement Agreement, the Debtors are not required to keep the Settlement Amount confidential from third parties; and it is further

ORDERED, that either Party is authorized to file a *Notice of Dismissal* in the Adversary Proceeding when this Order becomes final and nonappealable; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Dated: Wilmington, Delaware
November **5**, 2007

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge