# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 05, 2007 03:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matter:*

Pretrial Conference (Calyon)

**R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

    Judge signed

        Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Bear Stearns Mortgage Capital Corp. and EMC Mortgage Corp. Resolving Adversary Proceeding 07-51701