# SIGN-IN-SHEET

**CASE NAME:** American Home
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** November 5, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Comet | Weil Gotshal + Manges | CSFB Mortgage |
| Melanie Gray | " | " |
| Christopher Marcus | " | " |
| Saima Majid | " | " |
| Steve K. Kortanek | Womble Carlyle | " |
| James Tecce | Quinn Emanuel | American Home |
| Curtis Rodriguez | " | " |
| Robert Britton | Young Conaway | |
| Ellis Burris | Yng Cnwy | |
| Sand Beresford | Young Conaway | American Home |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| (signature) | Paper Anderson & Corroon | Bank of America |
| Richard Riley | Duane Morris | Bear Stearns/EMC Mtg |
| Ben Ackerly | Hunton & Williams | Greenwich/New York (?) |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** November 5, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason Herbew | Hunton & Williams | Calyon New York Branch |
| Mike Busalcki | Eckert Seamans | " " |
| Bonnie Fatell | Blank Rome | Creditors Committee |
| Mark Indelicato | Hahn & Hessen | Creditors Committee |
| Thomas Rice - Telephonic | Hunton & Williams | Calyon New York Branch |
| Marti Murray - Telephonic | Murray Capital Management | Murray Capital Management |
| Eleanor Gilbane - Telephonic | Weil Gotshal & Manges | Credit Suisse |
| Matt Ferguson - Telephonic | Sidley Austin | Bear Stearns |
| Scott Talmadge - Telephonic | Kaye Scholer | Bank of America |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

2