IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Docket Item No. 1791 |
| | ) | |

**ORDER GRANTING EXPEDITED MOTION TO SHORTEN NOTICE AND FOR EMERGENCY HEARING ON MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGERNCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL**

The Court having considered the *Expedited Motion to Shorten Notice and For Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. For Limited Stay Pending Appeal* (the "Motion to Shorten");[1] the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED in part and DENIED in part;

2. The RESI Motion and Joinder shall be heard on November 9, 2007, at 4:00 p.m. (ET); and

3. All objections and responses to the RESI Motion and Joinder shall be filed on or before November 8, 2007 at 4:00 p.m. Eastern Time.

Dated: November 6, 2007

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion to Shorten.