IN THE UNITED STATES BANKRUPTCY COURT
District of Delaware

FILED
2007 NOV -5 PM 12: 08
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

CASE NO. 07-11047-CSS
CHAPTER 11

IN RE:
American Home Mortgage Holdings, Inc.

Debtor
_____/

## REQUEST FOR NOTICE

**COMES NOW, PPTS 361, LLC, a creditor in this Bankruptcy case, and files this Request for Notice. PPTS 361, LLC, requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to PPTS 361, LLC, C/O Plymouth Park Tax Services LLC, 35 Airport Road, Suite 150, Morristown, NJ 07960.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Notice has been furnished electronically or by U.S. Mail on October 31, 2007 to The United States Bankruptcy Court, District of Delaware; 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; the Chapter 11 Trustee, 0; and the debtor's attorney, Pauline K. Morgan; Young, Conway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899-0391.

By: _____
Douglas Badaszewski as Agent for
PPTS 361, LLC