IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Objection Deadline: November 13, 2007 at 4:00 p.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF SALE OF ASSETS

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE CREDITORS COMMITTEE; (III) COUNSEL TO THE DEBTORS' POSTPETITION LENDERS; (IV) COUNSEL TO BANK OF AMERICA; AND (V) THE U.S. SECURITIES AND EXCHANGE COMMISSION

PLEASE TAKE NOTICE that American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, the "Debtors"),[1] propose to sell the assets set forth on Exhibit A (the "Proposed Sale"), in accordance with the Order Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein (the "Sale Order"). The details of the Proposed Sale are set forth on Exhibit A.

PLEASE TAKE FURTHER NOTICE that objections to the Proposed Sale, if any, must be filed on or before **November 13, 2007 at 4:00 p.m.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6261193.1                                                                                            066585.1001

PLEASE TAKE FURTHER NOTICE THAT, SHOULD AN OBJECTION BE TIMELY FILED, A HEARING ON THE PROPOSED SALE WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI ON NOVEMBER 28, 2007 AT 10:00 A.M. (ET) IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE.

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO TIMELY OBJECT TO THE PROPOSED SALE, THE DEBTORS ARE AUTHORIZED, PURSUANT TO THE SALE ORDER, TO CONSUMMATE THE PROPOSED SALE IN ACCORDANCE WITH THE TERMS SET FORTH ON THE ATTACHED EXHIBIT A WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
November 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## DETAILS OF THE PROPOSED SALE

| **Purchaser - Bootsector** | **Total Purchase Price** | **$412.00** |
|---|---|---|
| **Serial #** | **Description** | **Price** |
| 3700757TA | 17" CRT | $2.00 |
| 3703277TA | 17" CRT | $2.00 |
| 3700754TA | 17" CRT | $2.00 |
| 3105868TA | 17" CRT | $2.00 |
| 24b030250319 | 17" CRT | $2.00 |
| 2Y10357TA | 17" CRT | $2.00 |
| 3402997TA | 17" CRT | $2.00 |
| 3700761TA | 17" CRT | $2.00 |
| 3700763TA | 17" CRT | $2.00 |
| 3300017TA | 17" CRT | $2.00 |
| 3700531TA | 17" CRT | $2.00 |
| 3700043TZ | 17" CRT | $2.00 |
| 2Z00539TA | 17" CRT | $2.00 |
| 3300024TA | 17" CRT | $2.00 |
| 3105880TA | 17" CRT | $2.00 |
| 26m044404528 | 17" CRT | $2.00 |
| 3300021TA | 17" CRT | $2.00 |
| 2Y10359TA | 17" CRT | $2.00 |
| 3105877TA | 17" CRT | $2.00 |
| mx094wrf4774115a20c5 | 17" CRT | $2.00 |
| 3105869TA | 17" CRT | $2.00 |
| 3105867TA | 17" CRT | $2.00 |
| 3408483TA | 17" CRT | $2.00 |
| 3105872TA | 17" CRT | $2.00 |
| 3404909TA | 17" CRT | $2.00 |
| 7221dd1xxb39 | 17" CRT | $2.00 |
| CNC4330BKZ | 17" CRT | $2.00 |
| 84779DR3G6A8 | 17" CRT | $2.00 |
| 26M043900658 | 17" CRT | $2.00 |
| DT15HCER101790 | 17" CRT | $2.00 |
| H8YG107300 | 17" CRT | $2.00 |
| AQ17HCCR916680 | 17" CRT | $2.00 |
| HCEH704639 | 17" CRT | $2.00 |
| MPF3C 500 50993 | 17" CRT | $2.00 |
| HCEHA04213 | 17" CRT | $2.00 |
| 3700540TA | 17" CRT | $2.00 |
| 3105878TA | 17" CRT | $2.00 |
| 3300022TA | 17" CRT | $2.00 |
| 3700544TA | 17" CRT | $2.00 |
| 3700602TA | 17" CRT | $2.00 |
| 2Y10362TA | 17" CRT | $2.00 |
| 2Z00535TA | 17" CRT | $2.00 |
| 3700534TA | 17" CRT | $2.00 |
| 3700555TA | 17" CRT | $2.00 |
| 3700532TA | 17" CRT | $2.00 |
| 3105881TA | 17" CRT | $2.00 |
| 3700760TA | 17" CRT | $2.00 |
| 3402996TA | 17" CRT | $2.00 |
| 2Y10349TA | 17" CRT | $2.00 |

| Purchaser - Bootsector | Total Purchase Price | $412.00 |
|---|---|---|
| **Serial #** | **Description** | **Price** |
| 3105882TA | 17" CRT | $2.00 |
| 3105876TA | 17" CRT | $2.00 |
| 3702187TA | 17" CRT | $2.00 |
| 3700535TA | 17" CRT | $2.00 |
| 3105874TA | 17" CRT | $2.00 |
| 2Y10356TA | 17" CRT | $2.00 |
| 3105873TA | 17" CRT | $2.00 |
| 3702418TA | 17" CRT | $2.00 |
| 3700759TA | 17" CRT | $2.00 |
| 3700546TA | 17" CRT | $2.00 |
| 2Y10344TA | 17" CRT | $2.00 |
| 3700539TA | 17" CRT | $2.00 |
| PR8051600263 | 17" CRT | $2.00 |
| 3700536TA | 17" CRT | $2.00 |
| 2Y10351TA | 17" CRT | $2.00 |
| 3105870TA | 17" CRT | $2.00 |
| 2Y10345TA | 17" CRT | $2.00 |
| 3702181TA | 17" CRT | $2.00 |
| 2Z00638TA | 17" CRT | $2.00 |
| 2Y10346TA | 17" CRT | $2.00 |
| 2Y10350TA | 17" CRT | $2.00 |
| 3700762TA | 17" CRT | $2.00 |
| 3700541TA | 17" CRT | $2.00 |
| 3700765TA | 17" CRT | $2.00 |
| 3700538TA | 17" CRT | $2.00 |
| 3403000TA | 17" CRT | $2.00 |
| 3403006TA | 17" CRT | $2.00 |
| 3408488TA | 17" CRT | $2.00 |
| 2Z00531TA | 17" CRT | $2.00 |
| 3105879TA | 17" CRT | $2.00 |
| 2Y10355TA | 17" CRT | $2.00 |
| 2Y10360TA | 17" CRT | $2.00 |
| 2Y10348TA | 17" CRT | $2.00 |
| 3105875TA | 17" CRT | $2.00 |
| 26F031503646 | 17" CRT | $2.00 |
| 3300023TA | 17" CRT | $2.00 |
| 26m044404529 | 17" CRT | $2.00 |
| 3700530TA | 17" CRT | $2.00 |
| s28062702143 | 17" CRT | $2.00 |
| 3700599TA | 17" CRT | $2.00 |
| CNN3502H6C | 17" CRT | $2.00 |
| 3300020TA | 17" CRT | $2.00 |
| G6D010223 | 17" CRT | $2.00 |
| G6C008824 | 17" CRT | $2.00 |
| G7K006414 | 17" CRT | $2.00 |
| G6A007165 | 17" CRT | $2.00 |
| G5K005757 | 17" CRT | $2.00 |
| G7J002937 | 17" CRT | $2.00 |
| G7K004501 | 17" CRT | $2.00 |

| Purchaser - Bootsector | Total Purchase Price | $412.00 |
|---|---|---|

| Serial # | Description | Price |
|---|---|---|
| G6I001209 | 17" CRT | $2.00 |
| G6C009446 | 17" CRT | $2.00 |
| G6C009304 | 17" CRT | $2.00 |
| G6G000186 | 17" CRT | $2.00 |
| G8B014237 | 17" CRT | $2.00 |
| G5L006290 | 17" CRT | $2.00 |
| H3D005411 | 17" CRT | $2.00 |
| MX08376T477410B220K8 | 17" CRT | $2.00 |
| 2221DA0E0LC8 | 17" CRT | $2.00 |
| MX094WRF4774118V20CP | 17" CRT | $2.00 |
| PG19H3LNA19354 | 17" CRT | $2.00 |
| 2Y00319TA | 17" CRT | $2.00 |
| mx08376t477410a450jw | 17" CRT | $2.00 |
| dmw57aa00777 | 17" CRT | $2.00 |
| 380232TA | 17" CRT | $2.00 |
| 3702184TA | 17" CRT | $2.00 |
| 3105952TA | 17" CRT | $2.00 |
| 3408567TA | 17" CRT | $2.00 |
| 3702186TA | 17" CRT | $2.00 |
| CNC4330BRY | 17" CRT | $2.00 |
| 3105947TA | 17" CRT | $2.00 |
| 3105954TA | 17" CRT | $2.00 |
| DMW57AA00780 | 17" CRT | $2.00 |
| 3105953TA | 17" CRT | $2.00 |
| PR8051601102 | 17" CRT | $2.00 |
| 3702112TA | 17" CRT | $2.00 |
| 3405863TA | 17" CRT | $2.00 |
| 3105950TA | 17" CRT | $2.00 |
| 2Y05208TA | 17" CRT | $2.00 |
| PR8051600798 | 17" CRT | $2.00 |
| 3702183TA | 17" CRT | $2.00 |
| 3701567TA | 17" CRT | $2.00 |
| DMW56C701053 | 17" CRT | $2.00 |
| 3405864TA | 17" CRT | $2.00 |
| 3702053TA | 17" CRT | $2.00 |
| 3702182TA | 17" CRT | $2.00 |
| 3702190TA | 17" CRT | $2.00 |
| 3702111TA | 17" CRT | $2.00 |
| 3702189TA | 17" CRT | $2.00 |
| 3408562TA | 17" CRT | $2.00 |
| 3105961TA | 17" CRT | $2.00 |
| CNN4330XR4 | 17" CRT | $2.00 |
| DMW57AA00530 | 17" CRT | $2.00 |
| K481141038 | 17" CRT | $2.00 |
| 59102739CM2089JS01 | 17" CRT | $2.00 |
| 6A93491056 | 17" CRT | $2.00 |
| MY07753T4663207F2189 | 17" CRT | $2.00 |
| MN4A81003152 | 17" CRT | $2.00 |
| MY07753T4663207F218D | 17" CRT | $2.00 |

| **Purchaser - Bootsector** | **Total Purchase Price** | **$412.00** |
|---|---|---|
| **Serial #** | **Description** | **Price** |
| MY095WUP4663211U2087 | 17" CRT | $2.00 |
| 55C4019 | 17" CRT | $2.00 |
| SSAB2401643 | 17" CRT | $2.00 |
| 3407744TA | 17" CRT | $2.00 |
| cnn43737dp | 17" CRT | $2.00 |
| pr8051300102 | 17" CRT | $2.00 |
| SSAB2401656 | 17" CRT | $2.00 |
| DT17HCFR506291 | 17" CRT | $2.00 |
| 26M043900272 | 17" CRT | $2.00 |
| 3400467TA | 17" CRT | $2.00 |
| 2Y00326TA | 17" CRT | $2.00 |
| 23B025102304 | 17" CRT | $2.00 |
| DMW57A301542 | 17" CRT | $2.00 |
| 26M043701087 | 17" CRT | $2.00 |
| 23B025102286 | 17" CRT | $2.00 |
| 3112342TA | 17" CRT | $2.00 |
| 3403895TA | 17" CRT | $2.00 |
| 26M051200627 | 17" CRT | $2.00 |
| 23B014600863 | 17" CRT | $2.00 |
| 3107886TA | 17" CRT | $2.00 |
| DMW48BA00212 | 17" CRT | $2.00 |
| 23B014104006 | 17" CRT | $2.00 |
| 2902437TA | 17" CRT | $2.00 |
| DMW5ZAB00711 | 17" CRT | $2.00 |
| DMW57A100580 | 17" CRT | $2.00 |
| DMW48BA00203 | 17" CRT | $2.00 |
| DMW4XBA00281 | 17" CRT | $2.00 |
| 3201368TA | 17" CRT | $2.00 |
| DMW5ZAB01268 | 17" CRT | $2.00 |
| 3105958TA | 17" CRT | $2.00 |
| 26M044001777 | 17" CRT | $2.00 |
| DMW62A200530 | 17" CRT | $2.00 |
| PR8051300939 | 17" CRT | $2.00 |
| 3408318TA | 17" CRT | $2.00 |
| 3112432TA | 17" CRT | $2.00 |
| 21P004901300 | 17" CRT | $2.00 |
| 3113295TA | 17" CRT | $2.00 |
| 3402601TA | 17" CRT | $2.00 |
| 3402600TA | 17" CRT | $2.00 |
| 23B013406632 | 17" CRT | $2.00 |
| DMW62A200504 | 17" CRT | $2.00 |
| DMW57A301783 | 17" CRT | $2.00 |
| DMW62A200384 | 17" CRT | $2.00 |
| DMW62A200396 | 17" CRT | $2.00 |
| DMW62A200545 | 17" CRT | $2.00 |
| DMW4XBA00296 | 17" CRT | $2.00 |
| DMW57AA00569 | 17" CRT | $2.00 |
| 3701571TA | 17" CRT | $2.00 |
| DMW59AM00473 | 17" CRT | $2.00 |

| Purchaser - Bootsector | Total Purchase Price | $412.00 |
|---|---|---|
| **Serial #** | **Description** | **Price** |
| DMW56C700980 | 17" CRT | $2.00 |
| 25W030851405 | 17" CRT | $2.00 |
| 3105955TA | 17" CRT | $2.00 |
| 3105956TA | 17" CRT | $2.00 |
| 3300032TA | 17" CRT | $2.00 |
| 3105948TA | 17" CRT | $2.00 |
| 2Y05207TA | 17" CRT | $2.00 |
| 3105949TA | 17" CRT | $2.00 |
| 3701563TA | 17" CRT | $2.00 |
| CN346XQ752 | 17" CRT | $2.00 |
| | **Total** | **$412.00** |