IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**NOTICE OF WITHDRAWAL OF D.I. 1598**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby requests the Clerk of the Court to withdraw[1] the **Application of the Official Committee of Unsecured Creditors for Order Authorizing and Approving the Employment and Retention of Cozen O'Connor as Special Conflicts Counsel,** *Nunc Pro Tunc* **to August 28, 2007** filed with the Court on October 17, 2007.

Dated: November 6, 2007

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Proposed Special Conflicts Counsel for Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.*

---

[1] On November 2, 2007, Cozen was advised of a conflict arising out of its representation of one of the lenders in the Bank of America loan facility in unrelated matters. The lender would not waive the conflict, thereby necessitating Cozen's withdrawal from its representation of the Creditors' Committee.