IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Mark E. Felger, Esquire hereby certify that on the 6th day of November, 2007, I caused a copy of the *Notice of Withdrawal of D.I. 1598* to be served upon the following parties via first class mail:

James L. Patton, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

David M. Fournier, Esquire
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 4100
1300 Market Street
Wilmington, DE 19899

Jane M. Leam, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Kimberly A. LaMaina, Esquire
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19899

- 2 -

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards Layton & Finger, PA
One Rodney Square
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assistant United States Attorney
US Attorney's Office
1007 Orange Suite, Suite 700
Wilmington, DE 19899

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19899

Michael B. Solow, Esquire
Harold D. Israel, Esquire
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street,, Suite 4100
Chicago, IL 60602

Scott D. Talmadge, Esquire
Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph H. Minias, Esquire
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Jonathan N. Helfat, Esquire
William M. Silverman, Esquire
Daniel F. Fiorillo, Esquire
Jenette Barrow-Bosshart, Esquire
Alissa M. Nann, Esquire
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, NY 10169

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LP
488 Madison Avenue
14th and 15th Floor
New York, NY 10022

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Handley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

William J. Brown, Esquire
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203-2887

  Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 6, 2007

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000