IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

**FIRST MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH AUGUST 31, 2007**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | August 6, 2007 through August 31, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $88,599.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $1,062.60 |

This is an:  __X__ interim  ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |

2

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Mitchel H. Kider | Partner since June, 1995. Member of the DC Bar since December, 1981, the New York Bar since March 1984 and the California Bar since December, 1984. | $495 | See Exhibit A. | See Exhibit A. |
| Richard J. Andreano, Jr. | Partner since June, 1995. Member of the DC Bar since December, 1983 and the Virginia Bar since June, 1984. | $425 | See Exhibit A. | See Exhibit A. |
| Don J. Halpern | Partner since January, 1997. Joined firm as an associate in September, 1992. Member of the Pennsylvania Bar since March, 1988 and the Virginia Bar since April, 1992. | $425 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Larry M. Chattoo | Joined firm as an associate in June, 2007. Member of the California Bar since June, 2004 and the DC Bar is pending. | $235 | See Exhibit A. | See Exhibit A. |
| Reid F. Herlihy | Joined firm as an associate in January, 2007. Member of Virginia Bar since 2006. | $220 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Heather C. Hutchings | Joined firm as an associate in September, 2004. Member of the Virginia Bar since November 2004 and the DC Bar since April, 2005. | $230 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Emily M. Rugg | Joined firm as an associate in September, 2006. Member of the Virginia Bar since October, 2004 and the DC Bar since September, 2005. | $230 | See Exhibit A. | See Exhibit A. |
| Ron G. Schonberger | Joined firm as an associate in March 2006. Member of the Nerw York Bar since 2005. | $225 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Sandra B. Vipond | Joined firm as an associate in April, 2002. Member of the Maryland Bar since June, 1999, the New Jersey Bar since June, 1999 and the DC Bar since January, 2000. | $295 | See Exhibit A. | See Exhibit A. |

| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
|---|---|---|---|---|
| Suzanne M. Moreno | Paralegal | $150 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 301.60 hours | $88,599.50 |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Computerized Legal Research (Westlaw) | $0 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $0 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $259.13 |
| Local Counsel Fees | $250.00 |
| Long Distance Telephone | $78.12 |
| Photocopy Charges ($0.10 per page) | $111.70 |
| Postage | $7.24 |
| Taxi/Local Transportation | $22.41 |
| Travel/Hotel/Air Fare/Tips | $334.00 |
| **TOTAL** | $1,062.60 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
      Debtors.                                                    :
------------------------------------------------------------------ x

### FIRST MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH AUGUST 31, 2007

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $88,599.50 together with

reimbursement for actual and necessary expenses incurred in the amount of $1,062.60 for the

interim period August 6, 2007 through August 31, 2007 (the "Interim Fee Period"). In support

of its Application, WBSK respectfully represents as follows:

1.     On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.     All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.     Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.     Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $88,599.50 due for fees and the amount of $1,062.60 due for the reimbursement of expenses.

5.     The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.     WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $1,062.60. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A.

2

7.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements.  Pursuant to Local Rule 2016-2, WBSK represents that its rate for duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of WBSK have expended a total of 301.60 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are WBSK's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $88,599.50.

10.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period August 6, 2007 through August 31, 2007.

3

WHEREFORE, WBSK requests that allowance be made to it in the sum of

$88,599.50 as compensation for necessary professional services rendered to the Debtors for the

Interim Fee Period, and the sum of $1,062.60 for reimbursement of actual necessary costs and

expenses incurred during that period, and further requests such other and further relief as this

Court may deem just and proper.

Washington, D.C.
November 5, 2007

<div style="margin-left: 40%;">

WEINER BRODSKY SIDMAN KIDER PC

_____

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

</div>

4

VERIFICATION

DISTRICT OF COLUMBIA )
                                )        SS:
                                  )

Mitchel H. Kider, after being duly sworn according to law, deposes and says:

1.       I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of California, the District of Columbia, and New York since 1984, 1981 and 1984, respectively.

2.       I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.       WBSK usually bills on discrete matters in connection with its representation of American Home. However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition. Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

                                                                                 

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
MITCHEL H. KIDER

SWORN TO AND SUBSCRIBED before me this 29ᵗʰ day of October 2007.

_____
Notary Public
My Commission Expires: 7/31/2009

# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST   2007

American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Attn: Alan Horn

Page: 1
10/30/2007
Account No:    98077M

INVOICE PERIOD AUGUST 7-31 2007
REPLACES INVOICE DATED 10/24/07

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-039 MJR Equities | 910.50 | 1.56 | $912.06 |
| 98077-044 Bostic | 0.00 | 25.00 | $25.00 |
| 98077-046 SEC v. NJ Affordable Homes | 84.00 | 0.00 | $84.00 |
| 98077-061 Arkansas Condos | 196.00 | 0.54 | $196.54 |
| 98077-063 Reavely v. American Home Mortgage | 23.50 | 0.00 | $23.50 |
| 98077-064 Stonex and Voit | 442.50 | 55.98 | $498.48 |
| 98077-066 Johnson v. Wheeler | 413.00 | 7.00 | $420.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
10/30/2007
Account No:    98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-072 Velazquez & Associates | 365.50 | 1.82 | $367.32 |
| 98077-074 Bellettieri | 560.50 | 23.09 | $583.59 |
| 98077-079 Rush v. American Home | 306.00 | 23.54 | $329.54 |
| 98077-081 Attorney General Subpoena | 3,024.00 | 348.40 | $3,372.40 |
| 98077-082 Gutierrez v. Velazquez & Associates | 202.00 | 1.11 | $203.11 |
| 98077-084 Avila vs. ABC (Perez) | 294.00 | 0.00 | $294.00 |
| 98077-087 White v. American Home Mortgage | 23.50 | 226.81 | $250.31 |
| 98077-089 Post Petition Representation | 81,754.50 | 347.75 | $82,102.25 |
| | 88,599.50 | 1,062.60 | $89,662.10 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

## INVOICE PERIOD:    AUGUST   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
10/30/2007
Account No:  98077-039M
Statement No:         28

MJR Equities

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/15/2007 | BPP | correspondence to J. Kalas re: Gibson foreclosure file; | 235.00 | 0.10 | 23.50 |
| 08/17/2007 | DMS | telephone conference with J. Kalas; telephone conference with foreclosure firms to obtain foreclosure files for first and second lien loans in the Gibson property; draft and send letter to defendants' counsel re: discovery; | 420.00 | 1.10 | 462.00 |
| 08/27/2007 | DMS | review foreclosure file for production to defendants' counsel; | 420.00 | 0.90 | 378.00 |
| 08/28/2007 | BPP | letter to H. Bernstein re: foreclosure files; review and finalize documents to be produced; | 235.00 | 0.20 | 47.00 |
| | | For Current Services Rendered | | 2.30 | 910.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
10/30/2007
Account No:      98077-039M
Statement No:              28

MJR Equities

| | |
|---|---:|
| Telephone and Long Distance Charges | 1.56 |
| Total Expenses Posted Through 08/31/2007 | 1.56 |
| Total Current Work | 912.06 |
| Balance Due | $912.06 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST   2007

Page: 1
10/30/2007
American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-044M
Statement No:            27

Attn: Alan Horn

Bostic

| | |
|---|---|
| Local Counsel Fees | 25.00 |
| Total Expenses Posted Through 08/31/2007 | 25.00 |
| Total Current Work | 25.00 |
| Balance Due | $25.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

## INVOICE PERIOD:    AUGUST    2007

Page: 1
10/30/2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-046M
Statement No:    22

Attn: Alan Horn

SEC v. NJ Affordable Homes

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 8/29/2007 | | | | | |
| DMS | review and revise objections to sale order; | | 420.00 | 0.20 | 84.00 |
| | For Current Services Rendered | | | 0.20 | 84.00 |
| | Total Current Work | | | | 84.00 |
| | Balance Due | | | | $84.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW.
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    AUGUST    2007

|  |  |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 10/30/2007 |
| Melville NY 11747 | Account No: 98077-061M |
|  | Statement No: 14 |

Attn: Alan Horn

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 8/29/2007 |  |  |  |  |
| NMW | telephone call to S. Hickam, counsel for investment firms, requesting extension of time to respond to discovery requests; draft letter to S. Hickam discussing same; review discovery responses from seller defendant Vibra construction; | 245.00 | 0.80 | 196.00 |
|  | For Current Services Rendered |  | 0.80 | 196.00 |

|  |  |
|---|---|
| Photocopy Expenses | 0.30 |
| Telephone and Long Distance Charges | 0.24 |
| Total Expenses Posted Through 08/31/2007 | 0.54 |
| Total Current Work | 196.54 |
| Balance Due | $196.54 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST   2007

Page: 1
10/30/2007
American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:   98077-063M
Statement No:            12

Attn: Alan Horn

Reavely v. American Home Mortgage

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 8/08/2007 |  |  |  |  |
| BPP | correspondence from and correspondence to P. Leyh re: suggestion of bankruptcy; | 235.00 | 0.10 | 23.50 |
|  | For Current Services Rendered |  | 0.10 | 23.50 |
|  | Total Current Work |  |  | 23.50 |
|  | Balance Due |  |  | $23.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    AUGUST   2007

Page: 1
10/30/2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-064M
Statement No:    14

Attn: Alan Horn

Stonex and Voit

| | | Rate | Hours | |
|---|---|---|---|---|
| **08/08/2007** | | | | |
| KDT | draft suggestion of bankruptcy; strategy regarding necessity of filing same in context of affirmative and defensive posture of case; | 295.00 | 0.30 | 88.50 |
| **08/13/2007** | | | | |
| KDT | forward suggestion of bankruptcy to local counsel with instructions; planning for case in context of bankruptcy; emails with local counsel regarding requirements for filing suggestion of bankruptcy; | 295.00 | 0.40 | 118.00 |
| **08/14/2007** | | | | |
| KDT | email to and from local counsel regarding filing suggestion of bankruptcy; receipt of as-filed version; letter from Voit regarding outstanding discovery; receipt and review of Voit's opposition to motion to amend complaint, responses to American Home Mortgage's request for production of documents, interrogatories and requests for admission; | 295.00 | 0.40 | 118.00 |

# WEINER · BRODSKY · SIDMAN · KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
10/30/2007
Account No:    98077-064M
Statement No:           14

Stonex and Voit

| Date | | Rate | Hours | |
|---|---|---|---|---|
| 08/15/2007 | | | | |
| KDT | receipt and review of Stonex's opposition to motion to amend complaint, responses to interrogatories and requests for production of documents; | 295.00 | 0.10 | 29.50 |
| 08/21/2007 | | | | |
| KDT | telephone call to Voit's and Stonex's counsel regarding no appearance at deposition; | 295.00 | 0.20 | 59.00 |
| 08/22/2007 | | | | |
| KDT | telephone call from Voit's counsel regarding status of bankruptcy; | 295.00 | 0.10 | 29.50 |
| | For Current Services Rendered | | 1.50 | 442.50 |

| | |
|---|---|
| Photocopy Expenses | 25.20 |
| Telephone and Long Distance Charges | 4.73 |
| Express Mail/Federal Express Charges | 26.05 |
| Total Expenses Posted Through 08/31/2007 | 55.98 |
| Total Current Work | 498.48 |
| Balance Due | $498.48 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

## INVOICE PERIOD:    AUGUST   2007

Page: 1
10/30/2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:   98077-066M
Statement No:              13

Attn: Alan Horn

Johnson v. Wheeler

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 3/07/2007 | | | | | |
| KDT | receipt and review of Jacksons' answer to cross-claim; | | 295.00 | 0.20 | 59.00 |
| 08/08/2007 | | | | | |
| KDT | receipt and review of plaintiff's answers to Jacksons' and Title Company's counterclaims; | | 295.00 | 0.20 | 59.00 |
| 08/09/2007 | | | | | |
| KDT | evaluate requirements to file suggestions of bankruptcy; email to claims counsel regarding filing same; forward sample; | | 295.00 | 0.20 | 59.00 |
| 08/10/2007 | | | | | |
| KDT | emails with claims counsel regarding filing suggestion of bankruptcy; court notice of filing same; receipt of Title Company's Answer to cross-claims of American Home Mortgage and Jacksons; | | 295.00 | 0.30 | 88.50 |
| 3/13/2007 | | | | | |
| KDT | email from and to claims counsel regarding | | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
10/30/2007
Account No:     98077-066M
Statement No:            13

Johnson v. Wheeler

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| | prosecution of affirmative claims against the Johnsons; | 295.00 | 0.10 | 29.50 |
| 08/30/2007 KDT | correspondence with claims counsel regarding status of motion to dismiss; review proposed letter from claims counsel to Judge regarding same; | 295.00 | 0.30 | 88.50 |
| 8/31/2007 KDT | emails with claims counsel regarding motion to dismiss in context of suggestion of bankruptcy; | 295.00 | 0.10 | 29.50 |
| | For Current Services Rendered | | 1.40 | 413.00 |

| | |
|---|---|
| Photocopy Expenses | 7.00 |
| Total Expenses Posted Through 08/31/2007 | 7.00 |
| Total Current Work | 420.00 |
| Balance Due | $420.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

## INVOICE PERIOD:    AUGUST  2007

Page: 1
10/30/2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-072M
Statement No:            10

Attn: Alan Horn

Velazquez & Associates

| | | Rate | Hours | |
|---|---|---|---|---|
| 3/27/2007 | | | | |
| KDT | review correspondence with opposing counsel regarding settlement; | 295.00 | 0.10 | 29.50 |
| 08/29/2007 | | | | |
| DMS | telephone conference with R. Cohen; telephone conference with J. Kalas re: settlement; review loan files to support title claim; | 420.00 | 0.80 | 336.00 |
| | For Current Services Rendered | | 0.90 | 365.50 |
| | Telephone and Long Distance Charges | | | 1.82 |
| | Total Expenses Posted Through 08/31/2007 | | | 1.82 |
| | Total Current Work | | | 367.32 |
| | Balance Due | | | $367.32 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST  2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
10/30/2007
Account No:    98077-074M
Statement No:          10

Bellettieri

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 08/07/2007 KDT | email from and to local counsel regarding BF&L's default; | 295.00 | 0.10 | 29.50 |
| 08/08/2007 KDT | emails with local counsel regarding extensions for Fonte and Laudonio to answer and information that Belletieri and BF&L will not answer; | 295.00 | 0.20 | 59.00 |
| 08/13/2007 KDT | planning regarding response to Probation Officer's query regarding damages; | 295.00 | 0.30 | 88.50 |
| 08/14/2007 KDT | draft response to probation office's request for proof of claim; email to client regarding status and enclosing claim form for signature; | 295.00 | 0.70 | 206.50 |
| 08/16/2007 KDT | follow up regarding submission of losses to Probation Office; | 295.00 | 0.10 | 29.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
American Home Mortgage                                      10/30/2007
                                          Account No:    98077-074M
                                          Statement No:          10
Bellettieri

|            |                                                                                                                                                                      | Rate   | Hours |        |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 08/20/2007 |                                                                                                                                                                      |        |       |        |
| KDT        | follow up on Declaration of Victim Losses; telephone call to probation officer, informing him of claim; letter to probation officer regarding same; receipt and review of Fonte and Laudonio Answer; | 295.00 | 0.30  | 88.50  |
| 08/22/2007 |                                                                                                                                                                      |        |       |        |
| KDT        | telephone call to and telephone call from probation officer regarding confirmation of receipt of Declaration of Victim Losses and presentation of same to court in conjunction with Bellettieri sentencing; | 295.00 | 0.20  | 59.00  |
|            | For Current Services Rendered                                                                                                                                         |        | 1.90  | 560.50 |

| | |
|---|---|
| Photocopy Expenses | 7.80 |
| Telephone and Long Distance Charges | 1.46 |
| Express Mail/Federal Express Charges | 13.83 |
| Total Expenses Posted Through 08/31/2007 | 23.09 |
| Total Current Work | 583.59 |
| Balance Due | $583.59 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST    2007

Page: 1

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

10/30/2007
Account No:    98077-079M
Statement No:    6

Rush v. American Home

| | | Rate | Hours | |
|---|---|---|---|---|
| 3/29/2007 | | | | |
| NWH | research/draft opposition to trustee's motion re: selling property on which American Home has lien in NJAH matter; | 255.00 | 1.20 | 306.00 |
| | For Current Services Rendered | | 1.20 | 306.00 |

| | |
|---|---|
| Telephone and Long Distance Charges | 0.33 |
| Postage Expenses | 0.80 |
| Taxi/Local Transportation Expenses | 22.41 |
| Total Expenses Posted Through 08/31/2007 | 23.54 |
| Total Current Work | 329.54 |
| Balance Due | $329.54 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST 2007

Page: 1
American Home Mortgage                                    10/30/2007
538 Broadhollow Road                      Account No:    98077-081M
Melville NY 11747                         Statement No:          6

Attn: Alan Horn

Attorney General Subpoena

|  | | Rate | Hours | |
|---|---|---|---|---|
| 8/23/2007 | | | | |
| DMS | telephone conference with R. Bono; telephone conference with J. Kalas; prepare for interview with R. Bono; | 420.00 | 0.70 | 294.00 |
| 08/24/2007 | | | | |
| DMS | travel to New York City; prepare for interview of HomeGate employee R. Bono; meet with R. Bono; participate in interview of R. Bono by the New York Attorney General's office; return from New York City; | 420.00 | 6.50 | 2,730.00 |
| | For Current Services Rendered | | 7.20 | 3,024.00 |

| | |
|---|---|
| Telephone and Long Distance Charges | 14.40 |
| Travel/Hotel/Air Fare/Tips | 334.00 |
| Total Expenses Posted Through 08/31/2007 | 348.40 |
| Total Current Work | 3,372.40 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Attorney General Subpoena

| | |
|---|---|
| Page: | 2 |
| | 10/30/2007 |
| Account No: | 98077-081M |
| Statement No: | 6 |

Balance Due                                         $3,372.40

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST  2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
10/30/2007
Account No:   98077-082M
Statement No:           6

Gutierrez v. Velazquez & Associates

| | | Rate | Hours | |
|---|---|---|---|---|
| **08/08/2007** | | | | |
| KDT | draft suggestion of bankruptcy and forward to local counsel with instructions; | 295.00 | 0.20 | 59.00 |
| **08/13/2007** | | | | |
| KDT | emails with local counsel regarding filing of suggestion of bankruptcy; | 295.00 | 0.10 | 29.50 |
| DMS | draft and file suggestion of bankruptcy; send memo to client; telephone conference with local counsel; | 420.00 | 0.20 | 84.00 |
| **08/14/2007** | | | | |
| KDT | receipt and review of suggestion of bankruptcy filed in case; | 295.00 | 0.10 | 29.50 |
| | For Current Services Rendered | | 0.60 | 202.00 |

| | |
|---|---|
| Telephone and Long Distance Charges | 1.11 |
| Total Expenses Posted Through 08/31/2007 | 1.11 |
| Total Current Work | 203.11 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
American Home Mortgage                                      10/30/2007
Account No:   98077-082M
Statement No:              6

Gutierrez v. Velazquez & Associates

Balance Due                                                  $203.11

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST    2007

Page: 1
10/30/2007

American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Account No:    98077-084M
Statement No:    6

Attn: Alan Horn

Avila vs. ABC (Perez)

| | | Rate | Hours | |
|---|---|---|---|---|
| 8/17/2007 | | | | |
| DMS | telephone conference with J. Kalas; review of new cease and desist orders; | 420.00 | 0.70 | 294.00 |
| | For Current Services Rendered | | 0.70 | 294.00 |
| | Total Current Work | | | 294.00 |
| | Balance Due | | | $294.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST   2007

American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

Attn: Alan Horn

Page: 1
10/30/2007
Account No:    98077-087M
Statement No:    5

White v. American Home Mortgage

| | | Rate | Hours | |
|---|---|---|---|---|
| 3/08/2007 | | | | |
| BPP | correspondence from and correspondence to C. Levin re: suggestion of bankruptcy; | 235.00 | 0.10 | 23.50 |
| | For Current Services Rendered | | 0.10 | 23.50 |
| | Photocopy Expenses | | | 1.00 |
| | Telephone and Long Distance Charges | | | 0.81 |
| | Local Counsel Fees | | | 225.00 |
| | Total Expenses Posted Through 08/31/2007 | | | 226.81 |
| | Total Current Work | | | 250.31 |
| | Balance Due | | | $250.31 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    AUGUST  2007

Page: 1
American Home Mortgage                                    10/30/2007
538 Broadhollow Road                    Account No:   98077-089M
Melville  NY  11747                     Statement No:         3

Attn: Alan Horn

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| **8/07/2007** | | | | |
| NWH | telephone call from local counsel in Yeo and NJAH re: bankruptcy proceedings; conference with M. Kider re: same, Sohmer matter; | 255.00 | 0.80 | 204.00 |
| EMR | review and revise chart re: Orders issued by state regulatory authorities; prepare Requests for Hearing re: Orders issued by state regulatory agencies; | 230.00 | 5.90 | 1,357.00 |
| BPP | review requests for hearing to determine compliance with procedures prescribed by law and/or set forth in regulatory orders; legal research re: regulatory and administrative procedures on license hearings; research re: factual development of defenses and responses to regulatory actions; review bankruptcy filings in lead case; draft summaries of outstanding cases; revise Pennsylvania, New Hampshire, California, Nebraska, Maryland, and Ohio's request for hearing; revise letter to state regulators re: requests for hearing; review revised state action chart; | 235.00 | 8.20 | 1,927.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
10/30/2007
Account No:   98077-089M
Statement No:            3

| | | Rate | Hours | |
|---|---|---|---|---|
| JDS | telephone conferences with M. Kider, A. Horn and J. Kalas re: various issues; draft bankruptcy notification letter; telephone calls to/from A. Horn re same; telephone calls to/from state regulatory agencies re: bankruptcy filing; | 395.00 | 3.50 | 1,382.50 |
| RGS | draft bankruptcy notification letter to state regulators; | 225.00 | 8.60 | 1,935.00 |
| MHK | telephone conference with A. Horn; emails to/from A. Horn re: surety bonds; email to clients re: updated state action chart; emails to/from A. Horn re: WA state; review email from A. Horn re: cease and desist from NE and RI; review email from A. Horn re: letter from State of NY Banking Dept; review email from K. Stergakos re: CT loans in the pipeline; review email from L. Sassani re: template spreadsheet; | 495.00 | 4.60 | 2,277.00 |

08/08/2007

| | | | | |
|---|---|---|---|---|
| KDT | evaluate cases in which to file suggestions of bankruptcy; | 295.00 | 0.40 | 118.00 |
| RGS | draft bankruptcy notification letters to state regulators; draft chart re: same; | 225.00 | 8.10 | 1,822.50 |
| RJA | draft email re: transfer of Amex loans; | 425.00 | 0.30 | 127.50 |
| BPP | legal research bankruptcy powers to preserve licenses held by American Home; draft amended request for hearing to New Jersey regulator; telephone conference with state regulators re: actions to be taken and consented to preserve American Home's licenses; research bankruptcy filings filed by American Home; draft proposed consent | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
10/30/2007
Account No:  98077-089M
Statement No:          3

| | | Rate | Hours | |
|---|---|---|---|---|
| NWH | agreement and order; revise state action chart; review New Hampshire notice of hearing; instructions to K. Thompson and N. Hunt re: suggestions of bankruptcy; telephone call to local counsel in various matters re: bankruptcy, filing suggestion of bankruptcy; draft suggestion of bankruptcy for various cases; conference with B. Perryman re: same; | 235.00 | 10.00 | 2,350.00 |
| JDS | telephone conferences with M. Kider and A. Horn re: state regulatory actions; telephone conference with M. Kider, A. Horn and state regulatory agencies; review proposed state regulatory actions; discussions with M. Kider re: same; | 255.00 | 1.20 | 306.00 |
| MHK | conference call with regulators; telephone conference with J. Hartley (CA Dept. of Corporations); email to A. Horn re: 13 loans on AmEx payment on the card program; email borrower letter to A. Horn and K. Stergakos; review email from A. Horn re: American Home surety bonds in effect 8-6-07; review email from K. Stergakos re: loans closed in June and July 2007; | 395.00 | 4.50 | 1,777.50 |
| | | 495.00 | 5.00 | 2,475.00 |

08/09/2007

| | | | | |
|---|---|---|---|---|
| HJR | draft email to R. Schonberger re: contact information for various regulatory agencies; | 245.00 | 0.30 | 73.50 |
| RGS | draft and edit bankruptcy notification letters and chart re: same; | 225.00 | 5.90 | 1,327.50 |
| BPP | draft proposed consent agreement and order; draft motion to continue noticed New Hampshire hearing; letter to J. Shepard re: | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
10/30/2007
Account No:    98077-089M
Statement No:           3

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | motion to continue; telephone conference with K. Sergakos and J. Kalas re: logistics of placement of pipeline loans; correspondence from and correspondence to M. Cameron re: request to not set a hearing date; draft request to not set hearing date for Nebraska matter; update state action chart; | 235.00 | 6.10 | 1,433.50 |
| NWH | emails from local counsel re: filing suggestions of bankruptcy; telephone call from local counsel in affirmative matter re: how we will proceed; | 255.00 | 0.30 | 76.50 |
| JDS | review and revise Consent Agreement; telephone conference with M. Kider and J. Kalas re: same; telephone conference with M. Kider and J. Kalas re: borrower notification letter and pipeline issues; | 395.00 | 3.60 | 1,422.00 |
| RFH | research license amendment requirements; | 220.00 | 0.10 | 22.00 |
| MHK | email to clients re: consent agreement and order we propose to send to the state regulators; email proposed form consent agreement to L. Sassani; review email from J. Kalas re: bankruptcy filings; review email from J. Kalas re: draft borrower notice; review email from K. Stergakos re: letter for retail/wholesale pipeline; 2 telephone conferences with J. Kalas; | 495.00 | 3.50 | 1,732.50 |

08/10/2007

| RGS | draft bankruptcy notification letters and related research; | 225.00 | 2.00 | 450.00 |
|---|---|---|---|---|
| KDT | email from client regarding filing suggestions of bankruptcy and notification to bankruptcy counsel; compile same; | 295.00 | 0.20 | 59.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW

FIFTH FLOOR

WASHINGTON, DC 20036-1609

TEL 202 628 2000

FAX 202 628 2011

FEDERAL TAX ID: 52-1779483

Page: 5

American Home Mortgage

10/30/2007

Account No:    98077-089M

Statement No:    3

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| JDS | telephone conference with M. Kider and A. Horn re: state regulatory actions; telephone calls to/from J. Kalas re: same; update state action chart; send same to A. Horn; | 395.00 | 1.30 | 513.50 |
| LMC | update state action chart; conference with J. Socknat regarding same; | 235.00 | 1.10 | 258.50 |
| MHK | telephone conference with J. Kalas; telephone conference with K. Stergakos; review email from J. Kalas re: consent order; review email from S. Sherman (WA) re: proposed agreed order to cease and desist; telephone conference with A. Horn re: regulatory actions; | 495.00 | 2.60 | 1,287.00 |
| **08/13/2007** | | | | |
| JDS | review state regulatory actions; | 395.00 | 0.70 | 276.50 |
| RGS | telephone call from with regulators re: bankruptcy notifications draft bankruptcy notification letters; | 225.00 | 3.90 | 877.50 |
| KDT | planning regarding pending cases in context of bankruptcy; | 295.00 | 0.30 | 88.50 |
| BPP | correspondence from M. Cameron re: delay of hearing pending settlement negotiations; revise state action chart; correspondence from bankruptcy counsel re: suggestions of bankruptcy; revise orders and correspondence from California, New Hampshire, Nebraska and Washington regulators re: license actions and settlement proposals; correspondence to J. Kalas and K. Stergakos re: state action chart and recent regulatory actions; review Connecticut Notice of Hearing and Designation of Hearing | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 6
10/30/2007
Account No:     98077-089M
Statement No:           3

| | | Rate | Hours | |
|---|---|---|---|---|
| NWH | Officer; letter to P. Bobruff re: Connecticut hearing; draft motion to continue Connecticut hearing; legal research re: Connecticut administrative procedures; | 235.00 | 1.90 | 446.50 |
| DMS | telephone calls to plaintiff's counsel in American Security Insurance matter re: status of case, bankruptcy; conference with D. Souders re: same, how to proceed here and in NJAH and Sohmer matters; | 255.00 | 0.80 | 204.00 |
| MHK | telephone conference with J. Kalas; telephone conference with Pennsylvania Department of Banking; review additional cease and desist orders filed by New Jersey, Idaho and other states; collect information requested by J. Kalas re: status of litigation; discussions with N. Hunt re: status of cases; | 420.00 | 1.90 | 798.00 |
| | email to J. Kalas re: proposed consent agreement for PA; review email from K. Stergakos re: IL request for information; | 495.00 | 0.80 | 396.00 |

08/14/2007

| | | Rate | Hours | |
|---|---|---|---|---|
| NWH | review filings in various matters; review motion and accompanying papers concerning second auction sale in NJAH matter, determine what American Home properties are affected and whether action necessary to protect American Home's interest; | 255.00 | 1.50 | 382.50 |
| JDS | telephone calls to/from PA regulator re: consent agreements; telephone calls to/from A. Horn re: same; telephone calls to/from J. Kalas re: construction loans and licensing requirements; legal research re: same; | 395.00 | 2.50 | 987.50 |
| HJR | research FL, NY law re: licensable activity - | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 7
10/30/2007
Account No:    98077-089M
Statement No:    3

| | | Rate | Hours | |
|---|---|---|---|---|
| | construction loans; prepare summary re: same; | 245.00 | 0.80 | 196.00 |
| **08/15/2007** | | | | |
| MHK | review email from K. Stergakos re: DE pipeline and licenses; | 495.00 | 0.30 | 148.50 |
| BPP | correspondence to D. Laskin re: suggestions of bankruptcy; review New Hampshire order continuance of hearing; telephone conferences with J. Hartley re: hearing on cease and desist orders; review California regulator issued notices of hearing; legal research re: procedures before California Office of Administrative Hearings; draft motion for continuance; | 235.00 | 2.40 | 564.00 |
| NWH | telephone call to opposing counsel in American Security Insurance matter re: contact information for the parties to notify them of the bankruptcy; | 255.00 | 0.20 | 51.00 |
| JDS | telephone calls to/from J. Kalas re: licenses required for disbursing draws on construction loans; | 395.00 | 0.40 | 158.00 |
| **08/16/2007** | | | | |
| RGS | review license charts; | 225.00 | 0.60 | 135.00 |
| EMR | review and revise chart re: Orders issued by state regulatory authorities; draft chart re: American Home Mortgage Corp. and American Home Servicing, Inc. license surrender; | 230.00 | 0.90 | 207.00 |
| JDS | meetings with M. Kider re: various state regulatory actions; telephone calls to/from J. Kalas and K. Stergakos re: same; | 395.00 | 3.00 | 1,185.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 8
10/30/2007
Account No:    98077-089M
Statement No:    3

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| HJR | review state mortgage licensing charts for various American Home Mortgage entities re: license surrender issues; | 245.00 | 2.90 | 710.50 |
| BPP | legal research re: procedures for noticed hearings before California Office of administrative Hearing; telephone call from J. Hartley re: enforcement of California order; draft motions to continue California hearings; discussions with M. Kider re: actions to be taken re: status regulators; review order to cease and desist by DC regulator; revise state action chart; research re: courses of action to be taken through bankruptcy court to protect servicing company; review proposed consent order from Pennsylvania regulator; draft license surrender charts; | 235.00 | 6.00 | 1,410.00 |
| MHK | conference with J. Socknat re: state regulatory actions; conference with B. Perryman re: steps that need to be taken; review email from L. Sassani re: tax collector bounced check; review email from K. Stergakos re: breakdown of the construction lending portfolio that American Home Mortgage Company is funding draws on; review email from L. Sassani re: consent agreement and order; | 495.00 | 3.20 | 1,584.00 |
| 08/17/2007 | | | | |
| EMR | review and revise chart re: state regulatory actions; legal research re: state actions not previously identified; | 230.00 | 1.50 | 345.00 |
| JDS | discussion with M. Kider re: cease and desist orders and license surrender issues; | 395.00 | 1.20 | 474.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 9
10/30/2007
Account No:    98077-089M
Statement No:    3

| | | Rate | Hours | |
|---|---|---|---|---|
| MHK | conference with J. Socknat re: cease and desist orders and license surrender issues; review orders; outline approach; | 495.00 | 1.20 | 594.00 |
| RGS | legal research re: exemptions in Mississippi; | 225.00 | 0.40 | 90.00 |
| LMC | conference with J. Socknat and R. Schonberger regarding license surrender requirements; begin research/legal research regarding same; | 235.00 | 4.50 | 1,057.50 |
| BPP | review California amended notices of hearing; review California regulator's opposition to motion for continuance of noticed hearing; draft reply in further support of motion for continuance; telephone call from J. Hartley re: decision re: settlement; review OAH regulations re: motions briefing practices; telephone conference with administrative judge re: California regulator's opposition to motion for continuance; determine regulatory contacts for telephone conference with state regulators re: settlement; legal research re: California hearing procedures and requirements; | 235.00 | 5.10 | 1,198.50 |
| HCH | review regulator contact list; review license surrender charts; | 230.00 | 0.30 | 69.00 |
| RGS | legal research re: license surrender procedure; draft chart re: same; | 225.00 | 1.10 | 247.50 |
| 08/18/2007 | | | | |
| LMC | continue research/legal research regarding license surrender requirements; draft matrix regarding same; | 235.00 | 4.20 | 987.00 |
| RGS | legal research re: license surrender; draft chart re: same; | 225.00 | 1.40 | 315.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 10
10/30/2007
Account No: 98077-089M
Statement No: 3

| | | Rate | Hours | |
|---|---|---|---|---|
| **08/19/2007** | | | | |
| RGS | legal research re: license surrender; draft chart re: same; | 225.00 | 5.20 | 1,170.00 |
| **08/20/2007** | | | | |
| RGS | legal research re: license surrender; draft chart re: same; meeting with L. Chattoo re: same; | 225.00 | 4.40 | 990.00 |
| LMC | continue legal research/research regarding license surrender requirements; conference with R. Schonberger regarding same; revise matrix regarding same; | 235.00 | 3.80 | 893.00 |
| DMS | discussions with M. Kider; telephone conferences with California department of financial regulation regarding licensing issues and servicing issues; | 420.00 | 0.60 | 252.00 |
| BPP | telephone conferences with J. Kalas, K. StergaKos and J. Hartley re: regulatory actions and current operation of servicing business; telephone conferences with Judge Rosenman and J. Hartley re: California regulatory action; legal research re: licensing and surety bond requirements for servicing activities; research potential issues to be raised in bankruptcy court re: regulatory actions; revise chart re: regulatory contacts; | 235.00 | 5.20 | 1,222.00 |
| JDS | telephone calls to/from B. Perryman and H. Hutchings re: licensing surrender issues; | 395.00 | 0.60 | 237.00 |
| NWH | review email from title company appointed counsel in Sohmer re status, "final" agreement from trustee/AG; | 255.00 | 0.30 | 76.50 |
| HCH | legal research re: license required to advance | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 11
10/30/2007
Account No:   98077-089M
Statement No:          3

| | | Rate | Hours | |
|---|---|---|---|---|
| | funds on HELOCs and construction loans; review regulator contact list; conference call with M. Kider, J. Hartley and CA ALJ re: hearing extension; conference call with M. Kider and J. Hartley re: license affidavit; | 230.00 | 4.30 | 989.00 |
| SMM | update and organize Surety Bonds spreadsheet for B. Perryman and H. Hutchings; | 150.00 | 1.20 | 180.00 |
| MHK | conference call with CA Administrative Judge; telephone conference with J. Hartley (CA); conference with D. Souders re: same; | 495.00 | 0.80 | 396.00 |
| **08/21/2007** | | | | |
| MHK | review email from K. Stergakos re: license surrender; | 495.00 | 0.50 | 247.50 |
| NWH | review email from other lender's counsel re: title claim issues; | 255.00 | 0.20 | 51.00 |
| BPP | legal research re: potential actions to be requested through bankruptcy proceedings; draft memo re: same; including exemption from surety bond requirements; telephone conference with K. Stergakos and J. Kalas er: surrender of licenses; draft request for hearing in Maine; letter to W. Lund re: same; draft motion to postpone hearing in DC; letter to T. Hampton re: same; revise state action chart; | 235.00 | 9.10 | 2,138.50 |
| KDT | develop arguments regarding maintenance of licenses in light of surety issues; strategy regarding conduct of affirmative cases in existing venues vs. removal to bankruptcy court; planning regarding application to employ WBSK as to regulatory, licensing and | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 12
10/30/2007
Account No:    98077-089M
Statement No:              3

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | mortgage litigation issues; review and analyze application to employ ordinary course professionals; identify issues; telephone call to bankruptcy counsel regarding same; |  |  |  |
| HCH | conference call with M. Kider, A. Horn, J. Kalas and K. Stergakos re: CA license issues; telephone call to state regulators re: license surrender; prepare for same; | 295.00 | 3.70 | 1,091.50 |
|  |  | 230.00 | 2.90 | 667.00 |

08/22/2007

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| SMM | convert letters to borrowers into PDF for B. Perryman; | 150.00 | 0.80 | 120.00 |
| MHK | review email from J. Hartley re: draft CA affidavit; outline issues; | 495.00 | 0.70 | 346.50 |
| HCH | telephone call to state regulators re: C&D orders; telephone calls to/from K. Stergakos re: conversations with state regulators; | 230.00 | 2.20 | 506.00 |
| BPP | telephone conferences with regulators for New Jersey, Alabama, Ohio and Rhode Island re: negotiation of license surrender; telephone calls to regulators for Maryland, Massachusetts, Maine, New Hampshire, New York and Tennessee re: licensee surrender; correspondence from Nebraska regulator re: license surrender resolution of pending order; telephone conferences with K. Stergakos re: factual issues raised by New Jersey, Nebraska and New Hampshire regulators; legal research re: hearing procedure and substantive legal issues re: new Hampshire cease and desist order; correspondence from K. Stergakos re: borrower notices; draft notes re: communications with regulators; review |  |  |  |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 13
10/30/2007
Account No:    98077-089M
Statement No:           3

| | | Rate | Hours | |
|---|---|---|---|---|
| | bankruptcy docket re: case status; | 235.00 | 6.20 | 1,457.00 |
| **08/23/2007** | | | | |
| HCH | telephone call to NJ regulator re: C&D order; telephone call to RI re: same; review outstanding items; | 230.00 | 0.60 | 138.00 |
| BPP | telephone call to R. Ricketts and New York regulator re: license surrender; telephone call to K. Stergakos re: license surrender status; letter to S. Corscadden re: surrender of license; letter to R. Ricketts re: surrender of license; telephone calls to and telephone calls from T. Hunt's office re: license surrender negotiations; correspondence from A. Horn re: inquiry from Texas state senator; telephone call to K. Stergakos re: same; telephone call to Nebraska regulator re: license surrender; | 235.00 | 1.80 | 423.00 |
| JDS | discussions with H. Hutchings re: licensing and regulatory action issues; telephone call from corporate counsel re: change of control issues | 395.00 | 1.00 | 395.00 |
| **08/24/2007** | | | | |
| HCH | telephone calls to/from state regulators re: settlement agreements (CT, ID, NE, NH, NJ, OH, TN, & WA); | 230.00 | 1.90 | 437.00 |
| BPP | telephone conferences with Nebraska, New Jersey and Washington regulators re: license surrender; telephone calls to regulators for Idaho, New Hampshire, Ohio and Tennessee re: same; correspondence to Nebraska regulator re: proposed stipulation; review and | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 14
10/30/2007
Account No:    98077-089M
Statement No:    3

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | revise proposed Washington consent agreement; telephone call to K. Stergakos re: requests made by New Jersey regulator; | 235.00 | 2.50 | 587.50 |
| | SMM | convert proposed consent agreement and order; | 150.00 | 0.60 | 90.00 |
| 08/27/2007 | | | | | |
| | HCH | telephone call from MD regulator re: consent order; telephone call from M. Taylor re: servicing licenses and change of control; prepare chart re: same; | 230.00 | 3.60 | 828.00 |
| | DMS | telephone conference with M. Kider and A. Horn regarding regulatory actions; telephone conference with M. Kider and J. Dorsey regarding various bankruptcy issues and regulatory matters; telephone conference with B. Perryman and J. Kalas regarding regulatory matters; review proposed Cease and Desist Orders from Washington State; | 420.00 | 2.90 | 1,218.00 |
| | RJA | telephone conference with A. Mogus re: Children's Miracle Network investigation; telephone conference with B. Beddard re: interview statement; | 425.00 | 0.60 | 255.00 |
| | HJR | review/draft email to H. Hutchings re: change of control inquiry; confer with M. Kider, D. Souders re: change of control licensing inquiry; confer with J. Socknat re: same; confer with B. Perryman re: CT license surrender procedure; | 245.00 | 0.80 | 196.00 |
| | BPP | draft chart of regulatory negotiations and status; telephone conferences with Connecticut regulator re: escrow payments and license surrender; letter to New Jersey | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 15
10/30/2007
Account No:    98077-089M
Statement No:    3

| | | Rate | Hours | |
|---|---|---|---|---|
| | regulatory re: information requested; telephone conferences with Maine regulator; revise proposed Washington consent order; telephone conferences with K. Stergakos re: pipeline report and Texas legislator's inquiry; | | | |
| NWH | review emails from title company appointed counsel re: status of agreement in Sohmer matter, trustee's letter re: finalizing same; review letter re: same; | 235.00 | 6.80 | 1,598.00 |
| MHK | email to J. Dorsey re: fees collected in connection with loans in the pipeline;  email to J. Dorsey re: orders issued by NJ and NH regulators; email to J. Dorsey re: collected fees and state cease and desist orders; telephone conference with J. Dorsey re: same; telephone conference with A. Horn; conference with H. Richards and D. Souders re: change of control licensing issues; | 255.00 | 0.30 | 76.50 |
| | | 495.00 | 3.00 | 1,485.00 |
| 08/28/2007 | | | | |
| HCH | telephone call to state regulators re: settlement agreements; | 230.00 | 0.50 | 115.00 |
| RJA | review Children's Miracle Network ad and telephone conference with J. Kalas re: same; | 425.00 | 0.70 | 297.50 |
| BPP | telephone conferences with Connecticut regulator re: negotiated surrender of licenses; letter to Connecticut regulator re: servicing of Connecticut loans and surrender of licenses; telephone conferences with K. Stergakos re: status of negotiations with various state regulators; telephone call to and correspondence from Nebraska regulator re: stipulated dismissal of regulatory action; | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 16
10/30/2007
Account No:  98077-089M
Statement No:            3

| | | Rate | Hours | |
|---|---|---|---|---|
| | review Nebraska stipulation of dismissal; correspondence to K. Stergakos re: status of proposed regulatory actions; | 235.00 | 4.10 | 963.50 |
| JDS | telephone conference with M. Kider re: change of control issues for AHM servicing; | 395.00 | 0.20 | 79.00 |
| MHK | telephone conference with A. Horn; email to J. Dorsey re: cease and desist from NE; telephone conference with J. Dorsey re: change of control for American Home Servicing; | 495.00 | 0.80 | 396.00 |
| 08/29/2007 | | | | |
| RFH | discussion with H. Richards and H. Hutchings re: collection agency license requirements; | 220.00 | 0.70 | 154.00 |
| HCH | telephone calls to/from NC regulator re: license surrender; legal research re: CT authority to issue C&D against AHM servicing; conference call with K. Stergakos and B. Perryman re: license surrender and CT C&D; conference call with A. Horn and M. Kider re: same; meeting with M. Kider, R. Andreano, J. Brodsky, H. Weiner, D. Halpern and H. Richards re: sale of servicing platform; legal research re: servicing and collection agency licenses needed; | 230.00 | 4.80 | 1,104.00 |
| RJA | telephone conference with TAC re: CMN and telephone conference with J. Kalas re: same; forward B. Beddard statement to TAC; attorney conference re: potential deal structure; | 425.00 | 1.30 | 552.50 |
| HJR | meeting with M. Kider, R. Andreano, H. Hutchings, D. Halpern, H. Weiner, J. Brodsky re: AHM servicing platform/acquisition; | | | |

# WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 17
10/30/2007
Account No:    98077-089M
Statement No:               3

| | | Rate | Hours | |
|---|---|---|---|---|
| | research law re: licenses required to acquire and service loans; prepare chart re: same; confer with H. Hutchings, B. Perryman re: CT cease and desist order - AHM servicing; research CT law re: same; | 245.00 | 3.90 | 955.50 |
| BPP | telephone conferences with K. Stergakos re: status of license surrender and regulatory actions; review Connecticut notice of intent to issue cease and desist order against servicing company; legal research Connecticut laws regulation mortgage servicing companies; letters to N. Savill re: request for hearing and re: withdrawal of cease and desist order; correspondence to and correspondence from J. Dorsey re: regulatory actions by Connecticut and Georgia; review Georgia letter re: administrative fine; research bankruptcy law re: actions to collect fines; review Connecticut procedures in contested hearings; review and finalize request for hearing and attorney appearances; revise letter to New Jersey regulator re: requested information; correspondence to J. Kalas re: New Jersey letter; correspondence to and correspondence from K. Stergakos re: Washington consent agreement and other regulatory issues; | 235.00 | 6.60 | 1,551.00 |
| DJH | meeting re: potential structuring alternatives; | 425.00 | 0.50 | 212.50 |
| DMS | prepare summary of affirmation litigation; discussions with M. Kider; telephone conference with J. Kalas; | 420.00 | 0.60 | 252.00 |
| SMM | prepare and organize litigation update | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 18
10/30/2007
Account No:    98077-089M
Statement No:    3

| | | Rate | Hours | |
|---|---|---|---|---|
| | spreadsheet for D. Souders; | 150.00 | 2.60 | 390.00 |
| MHK | email to clients re: regulatory matters; email to J. Dorsey re: fine from GA; email from J. Kalas re: same; email to clients re: revised letter to the NJ regulator; email from A. Parks (WA) re: cease and desist; internal meeting re: servicing platform acquisition issues; review summary of litigation; conference with D. Souders re: same; | 495.00 | 2.30 | 1,138.50 |
| 08/30/2007 | | | | |
| SBV | prepare status updates for American Home Mortgage cases; | 295.00 | 1.30 | 383.50 |
| DJH | review draft agreement; comment on same; meetings with R. Andreano and telephone call from H. Weiner re: same; | 425.00 | 3.60 | 1,530.00 |
| BPP | draft summary of American Home litigation matters; correspondence from and correspondence to K. Stergakos re: New Jersey surety bond issues; | 235.00 | 0.50 | 117.50 |
| RJA | review draft purchase and sale agreement; conference with D. Halpern, H. Richards and H. Hutchings re: same; draft comments to same; | 425.00 | 5.20 | 2,210.00 |
| KDT | summary of all cases handled by WBSK in 2007; | 295.00 | 1.40 | 413.00 |
| HCH | review purchase contract; meeting with H. Richards and R. Andreano re: same; draft comments re: same; | 230.00 | 3.70 | 851.00 |
| HJR | review proposed purchase agreement; confer with H. Hutchings, R. Andreano re: same; draft email to R. Andreano re: same; | 245.00 | 3.00 | 735.00 |
| RFH | telephone calls and research re: obtaining | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 19
10/30/2007
Account No:    98077-089M
Statement No:    3

| | | Rate | Hours | |
|---|---|---|---|---|
| | Fannie Mae or Freddie Mac servicing transfer documents; | 220.00 | 0.90 | 198.00 |
| NWH | review/revise opposition to trustee's motion to sell properties in NJAH matter; email from/to client re: same; coordinate filing of same with local counsel; review email from trustee re: same; | 255.00 | 1.00 | 255.00 |
| MHK | email to M. Strauss re: spreadsheet of fees collected on pipeline loans; email to/from J. Weissmann re: revised Asset Purchase Agreement; review email from C. Crowther re: letter sent to the GA Dept of Banking; | 495.00 | 1.80 | 891.00 |
| 08/31/2007 | | | | |
| RJA | respond to inquiry re: approval representation; | 425.00 | 0.20 | 85.00 |
| NWH | review email from trustee-appointed counsel in Sohmer matter re: settlement agreement; provide status of all American Home cases worked on for the past year for client; | 255.00 | 1.00 | 255.00 |
| HCH | telephone calls to/from ID regulator re: settlement agreement; conference call with K. Stergakos and B. Perryman re: license surrenders; conference call with B. Perryman and L. Fowler re: license surrenders; review correspondence to J. Kalas and A. Horn re: NJ letter; draft correspondence to J. Weissmann re: license reps.; review WA C&D order; | 230.00 | 2.00 | 460.00 |
| BPP | review Delaware regulator demand re: pipeline information; review Washington cease and desist order; telephone call to Washington and Delaware regulators; draft | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 20
10/30/2007
Account No:    98077-089M
Statement No:            3

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| MHK | notes re: status of regulatory actions; correspondence to J. Kalas and A. Horn re: regulatory actions requiring immediate attention; telephone call to L. Fowler re: status of license surrenders; correspondence to J. Dorsey re: need for bankruptcy court approval of consent agreements; email to/from clients re: regulatory matters that need attention; email to J. Dorsey re: stipulations and consent agreements with the various state governmental entities; email to/from J. Weissmann re: revised Asset Purchase Agreement; review email from J. Kalas re: WA cease and desist; | 235.00 | 2.40 | 564.00 |
| | | 495.00 | 2.00 | 990.00 |
| | For Current Services Rendered | | 282.70 | 81,754.50 |

| | |
|---|---|
| Photocopy Expenses | 70.40 |
| Telephone and Long Distance Charges | 51.66 |
| Express Mail/Federal Express Charges | 219.25 |
| Postage Expenses | 6.44 |
| Total Expenses Posted Through 08/31/2007 | 347.75 |
| Total Current Work | 82,102.25 |
| Balance Due | $82,102.25 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 21
10/30/2007
Account No:    98077-089M
Statement No:    3

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.