IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) ) ) |
| Debtors. | ) Jointly Administered ) |
| | ) **Objection Deadline: November 8, 2007 at 4:00 p.m.** |
| | ) **Hearing Date: November 9, 2007 at 4:00 p.m.** |
| | ) Related Docket No. 1778 |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on November 5, 2007, UBS Real Estate Securities Inc. ("RESI") filed the *Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal* [Docket No. 1778] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

PLEASE TAKE FURTHER NOTICE that on November 5, 2007, 2007, RESI filed an *Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal* [Docket No. 1791] (the "Motion to Shorten").

PLEASE TAKE FURTHER NOTICE that on November 6, 2007, the Court entered and order granting in part the Motion to Shorten [Docket No. 1798].

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **November 8, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held on **November 9, 2007 at 4:00 p.m.** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 6, 2007

**ASHBY & GEDDES, P.A.**

*/s/ Amanda Winfree*

William P. Bowden (I.D. #2553)
Gregory A. Taylor (I.D. #4008)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Rick B. Antonoff
Brandon R. Johnson
1540 Broadway
New York, NY 10036
Tel.: (212) 858-1000
Fax: (212) 858-1500

*Counsel to UBS Real Estate Securities Inc.*

185653.1