IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| -------------------------------------------------------------------- x | Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : |
| a Delaware corporation, et al., [1] | : Jointly Administered |
| | : |
| Debtors. | : |
| -------------------------------------------------------------------- x | |

**AMENDED SCHEDULE G OF**
**<u>AMERICAN HOME MORTGAGE HOLDINGS, INC., CASE NO. 07-11047</u>[2]**

Dated: November 6, 2007          YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("<u>AHM Servicing</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]    In reviewing this Amended Schedule, please refer to the Global Notes to Schedules of Assets and Liabilities filed with the Debtor's Schedules of Assets and Liabilities on October 5, 2007.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re  **AMERICAN HOME MORTGAGE HOLDINGS, INC.**

Debtor

Case No.  07-11047

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 9 | $164,019,885.00 | | |
| C - Property Claimed As Exempt | No | | | | N/A |
| D - Creditors Holding Secured Claims | No | 1 | | $40,795,145.00 | |
| E - Creditors Holding Unsecured Priority Claims | No | 3 | | $852,227.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 3 | | $304,214,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | No | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | $164,019,885.00 | | |
| Total Liabilities | | | | $345,861,372.00 | |

## AMENDED

In re  **AMERICAN HOME MORTGAGE HOLDINGS, INC.**                    Case No.  **07-11047**

Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of the lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.
NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AAPOP 2, LP<br>P.O. BOX 828104<br>PHILADELPHIA, PA  19182-8104 | LEASE<br>OFFICE<br>10/1/2005 - 9/30/2008 |
| AMERICAN HOME MORTGAGE CORP.<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY  11747 | CORPORATE CONTRACT<br>JOINT VENTURE |
| AMERICAN HOME MORTGAGE VENTURES LLC<br>538 BROADHOLLOW ROAD<br>MELVILLE, NY  11747 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE: 1/1/2004 |
| **Addition** | |
| AT&T CORP / CAPITAL COMMERCE MORTGAGE CO.<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ  08807 | VENDOR<br>TELECOMMUNICATIONS<br>TRANSFER OF SERVICE<br>CONTRACT ID:  10537-3.0<br>EFFECTIVE DATE:  12/18/2003 |
| AT&T CORP. / CAPITAL COMMERCE MORTGAGE CO.<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ  08807 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  12/18/2003 |
| BOSTON PROPERTIES<br>PO BOX 3557<br>BOSTON, MA  02241 | LEASE<br>OFFICE<br>5/1/2003 - 8/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE HOLDINGS, INC.**                    Case No.  **07-11047**

Debtor                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BOSTON PROPERTIES<br>PO BOX 3557<br>BOSTON, MA  02241 | LEASE<br>OFFICE<br>3/11/2005 - 3/31/2008 |
| BUILDERS & DEVELOPERS MORTGAGE, LLC | CORPORATE CONTRACT<br>JOINT VENTURE |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  3/24/2003 |
| CHAMBERLIN ASSOCIATES HOPYARD ROAD, LP<br>5880 W. LAS POSITAS BLVD.<br>SUITE 51<br>PLEASANTON, CA  94588 | LEASE<br>OFFICE<br>10/1/2003 - 9/30/2008 |
| CMD REALTY INVESTMENT FUND IV C/O BANK ONE<br>PO BOX 73322<br>CHICAGO, IL  60673-7322 | LEASE<br>OFFICE<br>8/1/2002 - 11/30/2007 |
| CMD REALTY INVESTMENT FUND IV C/O BANK ONE<br>PO BOX 73322<br>CHICAGO, IL  60673-7322 | LEASE<br>OFFICE<br>11/1/2005 - 11/30/2007 |
| COR-IBS, INC.<br>470 ATLANTIC AVE<br>4TH FL<br>BOSTON, MA  02210 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/3/2003 |
| ELITE COMMUNITY BUILDERS | CORPORATE CONTRACT<br>JOINT VENTURE |

Addition

| | |
|---|---|
| ENGINEERED HOMES AND COMMUNITIES<br>1155 S SEMORAN BLVD<br>SUITE 1120<br>WINTER PARK, FL  32792 | SERIES AGREEMENT FOR THE E H MORTGAGE SERIES OF AMERICAN HOME MORTGAGE VENTURES LLC |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE HOLDINGS, INC.**                    Case No.  **07-11047**

Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GENSLER ARCHITECTURE DESIGN & PLANNING, P.C. ONE ROCKEFELLER PLAZA SUITE 500 NEW YORK, NY  10020 | VENDOR CONTRACT FACILITIES (538 BUILDOUT) EFFECTIVE DATE:  9/25/2003 |
| GREENBERG TRAURIG 1221 BRICKELL AVE FLOOR 22 MIAMI, FL  33131 | VENDOR CONTRACT LEGAL EFFECTIVE DATE:  4/2/2007 |
| HOME BUYER'S MARKETING, INC. 28215 BOULDER CIRCLE EXCELSIOR, MN  55331 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  7/1/2003 |

**Addition**

| | |
|---|---|
| HOMEVESTORS MORTGAGE COMPANY 10670 NORTH CENTRAL EXPRESSWAY SUITE 700 DALLAS, TX  75231 | SERIES AGREEMENT FOR THE HOMEVESTORS MORTGAGE COMPANY SERIES OF AMERICAN HOME MORTGAGE VENTURES LLC |

**Addition**

| | |
|---|---|
| IMA, LLC 1360 E 9TH STREET SUITE 860 CLEVELAND, OH  44114 | SERIES AGREEMENT FOR THE INDEPENDENT MORTGAGE ADVISORS SERIES OF AMERICAN HOME MORTGAGE VENTURES LLC |
| KILROY REALTY L.P. 3780 KILROY AIRPORT WAY SUITE 530 LONG BEACH, CA  90806 | LEASE OFFICE 8/18/2003 - 12/31/2008 |
| KILROY REALTY LP 12200 W. OLYMPIC BLVD SUITE 200 LOS ANGELES, TX  90024 | LEASE OFFICE 6/23/2006 - 5/31/2009 |
| KILROY REALTY LP 12200 W. OLYMPIC BLVD SUITE 200 LOS ANGELES, TX  90024 | LEASE OFFICE 8/5/2003 - 5/31/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE HOLDINGS, INC.**                    Case No.  **07-11047**

Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KILROY REALTY LP<br>12200 W. OLYMPIC BLVD<br>SUITE 200<br>LOS ANGELES, TX  90024 | LEASE<br>OFFICE<br>8/1/2005 - 5/31/2009 |
| KILROY REALTY LP<br>12200 W. OLYMPIC BLVD<br>SUITE 200<br>LOS ANGELES, TX  90024 | LEASE<br>OFFICE<br>8/15/2002 - 5/31/2009 |
| KILROY REALTY, LP AND KILROY REALTY CORPORATION<br>111 PACIFICA<br>SUITE 300<br>IRVINE, CA  92618 | LEASE<br>OFFICE<br>5/4/2001 - 5/31/2009 |
| KILROY REALTY, LP AND KILROY REALTY CORPORATION<br>111 PACIFICA<br>SUITE 300<br>IRVINE, CA  92618 | LEASE<br>OFFICE<br>12/15/2006 - 5/31/2009 |
| KILROY REALTY, LP AND KILROY REALTY CORPORATION<br>111 PACIFICA<br>SUITE 300<br>IRVINE, CA  92618 | LEASE<br>OFFICE<br>6/15/2007 - 6/30/2011 |
| LEHMAN & EILEN, LLP<br>50 CHARLES LINDBERGH BOULEVARD<br>UNIOONDALE, NY  11553-3612 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  1/24/2007 |
| MCI COMMUNICATIONS SERVICES, INC.   (FORMERLY MCI WORLDCOM COMMUNICATIONS, INC.)<br>22001 LOUDOUN COUNTY PARKWAY<br>ATTN: TINA FORTUNATO<br>ASHBURN, VA  20147 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  12/30/2005 |
| MCI WORLDCOM COMMUNICATIONS, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ATTN: TINA FORTUNATO<br>ASHBURN, VA  20147 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  11/24/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE HOLDINGS, INC.**                    Case No. **07-11047**

                            Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MCI WORLDCOM COMMUNICATIONS, INC. 22001 LOUDOUN COUNTY PARKWAY ATTN: TINA FORTUNATO ASHBURN, VA  20147 | VENDOR CONTRACT TELECOMMUNICATIONS EFFECTIVE DATE: 1/31/2005 |
| MCI WORLDCOM COMMUNICATIONS, INC. 22001 LOUDOUN COUNTY PARKWAY ATTN: TINA FORTUNATO ASHBURN, VA  20147 | VENDOR CONTRACT TELECOMMUNICATIONS EFFECTIVE DATE: 4/1/2005 |
| MCI WORLDCOM COMMUNICATIONS, INC. 22001 LOUDOUN COUNTY PARKWAY ATTN: TINA FORTUNATO ASHBURN, VA  20147 | VENDOR CONTRACT TELECOMMUNICATIONS EFFECTIVE DATE: 6/21/2005 |
| METAVANTE CORPORATION 4900 WEST BROWN DEER ROAD MILWAUKEE, WI 53223 | HUMAN RESOURCES CONTRACT TEMPORARY STAFFING EFFECTIVE DATE: 10/11/2006 |
| MHM MORTGAGE, LLC 2490 ECHO DRIVE ATLANTA, GA 30345 | CORPORATE CONTRACT JOINT VENTURE EFFECTIVE DATE: 4/1/2007 |
| | **Addition** |
| MINA OF LOUISIANA, LLC 8575 FERN AVE SUITE 105 SHREVEPORT, LA  71105 | SERIES AGREEMENT |
| MNL GLOBAL INC. 40 CUTTER MILL ROAD SUITE 308 GREAT NECK, NY  11021 | CORPORATE CONTRACT JOINT VENTURE EFFECTIVE DATE: 5/9/2007 |
| | **Addition** |
| MODESTO 430 12 ST. MODESTO, CA  95354 | AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re   **AMERICAN HOME MORTGAGE HOLDINGS, INC.**                    Case No.   **07-11047**

 Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

| | |
|---|---|
| MORTGAGERAMP INC<br>508 PRUDENTIAL ROAD<br>HORSHAM, PA  19044 | AGREEMENT FOR SERVICES<br>EFFECTIVE DATE:  5/22/2003 |
| PROPERTIES OF THE SUMMIT VENTURE RLLP | CORPORATE CONTRACT<br>JOINT VENTURE |
| RIM PACIFIC<br>FILE 50286<br>LOS ANGELES, CA  90074 | LEASE<br>OFFICE<br>2/1/2003 - 9/30/2007 |
| STONEHENGE PARTNERS, INC.<br>THE RITZ PLAZA<br>235 WEST 48TH STREET<br>NEW YORK, NY  10036 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE:  6/11/2007 |
| THE DEVELOPERS GROUP<br>79 BRIDGE STREET<br>BROOKLY, NY  11201 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE:  4/23/2007 |
| THE FILLIT GROUP<br>P O BOX 1170<br>178 NORRIS LANE<br>BRIDGEHAMPTON, NY  11932 | VENDOR CONTRACT<br>PRINTING<br>EFFECTIVE DATE:  5/10/2004 |
| THE REALLY ASSOCIATES FUND V LP<br>801 ARTHRUR GODFREY RD<br>SUITE 600<br>MIAMI, FL  33140 | LEASE |

**Addition**

| | |
|---|---|
| THE RELATED GROUP<br>315 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL  33131 | AGREEMENT<br>EFFECTIVE DATE:  6/13/2007 |
| THE STRAUBACH COMPANY SOUTHEAST, INC.<br>3424 PEACHTREE ROAD NE<br>SUITE 1650<br>ATLANTA, GA  30326 | VENDOR CONTRACT<br>REAL ESTATE<br>EFFECTIVE DATE:  12/7/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE HOLDINGS, INC.**

Case No.  **07-11047**

Debtor

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ULSTER AQUISITION<br>C/O NEWMARK & CO. REAL ESTATE<br>125 PARK AVE.<br>NEW YORK, NY  10017 | LEASE<br>OFFICE<br>8/25/2003 - 8/24/2010 |
| VERIZON BUSINESS NETWORK SERVICES, INC ON BEHALF OF<br>MCI COMMUNICATIONS SERVICES, INC<br>POB 15124<br>ALBANY, NY  12212-5124 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  4/20/2007 |
| VERIZON BUSINESS NETWORK SERVICES, INC ON BEHALF OF<br>MCI COMMUNICATIONS SERVICES, INC<br>POB 15124<br>ALBANY, NY  12212-5124 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  3/27/2007 |
| WESTCHESTER MARKET C/O GRAVLEE COMMERCIAL<br>1333 WEST MCDERMOTT DRIVE<br>SUITE 180<br>ALLEN, TX  75013 | LEASE<br>SHOPPING CENTER<br>11/1/2003 - 10/31/2008 |
| WESTFIELD MORTGAGE, LLC<br>335 SYCAMORE STREET<br>WESTFIELD, NJ  07090 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE:  5/7/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re  **AMERICAN HOME MORTGAGE HOLDINGS, INC.**

Debtor

Case No.  **07-11047**

(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I , the Executive Vice President & Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date  November 1, 2007

Signature  \S\

Stephen A. Hozie

(print or type name of individual signing on behalf of debtor)

Executive Vice President & Chief Financial Officer

(indicate position or relationship to debtor)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.