IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
                                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :
a Delaware corporation, et al., [1]                                         :   Jointly Administered
                                                                            :
                                    Debtors.                                :
--------------------------------------------------------------------------- x

## AMENDED SCHEDULES B AND G OF
## AMERICAN HOME MORTGAGE INVESTMENT CORP., CASE NO. 07-11048[2]

Dated: November 6, 2007          YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                 James L. Patton, Jr. (No. 2202)
                                 Pauline K. Morgan (No. 3650)
                                 Edward J. Kosmowski (No. 3849)
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253

                                 Counsel for Debtors and Debtors in Possession

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]   In reviewing this Amended Schedule, please refer to the Global Notes to Schedules of Assets and Liabilities filed with the Debtor's Schedules of Assets and Liabilities on October 5, 2007.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

In re AMERICAN HOME MORTGAGE INVESTMENT CORP.

Debtor

Case No. 07-11048

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | Yes | 7 | $2,947,517,290.72 | | |
| C - Property Claimed As Exempt | No | | | | N/A |
| D - Creditors Holding Secured Claims | No | 5 | | $4,023,386,824.00 | |
| E - Creditors Holding Unsecured Priority Claims | No | 8 | | $30,438.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 2 | | $767,651,149.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | No | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | $2,947,517,290.72 | | |
| | | | Total Liabilities | $4,791,068,411.00 | |

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**           Case No. **07-11048**

                                  Debtor                                             (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. CASH ON HAND. | X | | | |
| 2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | Deutsche<br>Loan Funding/Settlement Account<br>Acct #: 8378<br><br>Northfork Bank<br>Operating<br>Acct #: 3044 | | $29,133.22<br><br><br><br>$20,920,765.50 |
| 3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |

Sheet no. 1 of 7 sheets attached to Schedule of Personal Property

                                                             Subtotal            $20,949,898.72
(Total of this page)

Total
(Use only on the last page of the completed Schedule B)
(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                    Case No. **07-11048**
                           Debtor                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

**(Continuation Sheet)**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6. WEARING APPAREL. | X | | | |
| 7. FURS AND JEWELRY. | X | | | |
| 8. FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES. ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |

Sheet no. 2 of 7 sheets attached to
Schedule of Personal Property

Subtotal                          $0.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule B)
(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**   Case No. **07-11048**

Debtor   (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | | 100% interest in AHMAC | | |
| | | 100% interest in AHMH | | |
| | | 100% interest in AHMSPVIII | | |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | | Comm Paper Margin Calls Receivable | | $530,000.00 |
| | | Other | | $30.00 |
| | | Accrued Interest Receivable Trading Securities | | $4,110,281.00 |
| | | Accrued Interest Receivable Baylis Common Stock | | $69,073.00 |
| | | Inter-company AHM       **Addition** | | $1,299,975,781.00 |
| | | Inter-company AHMC | | $102,186.00 |
| | | Inter-company Baylis Trust 1 | | $7,865,269.00 |

Sheet no. 3 of 7 sheets attached to Schedule of Personal Property

Subtotal (Total of this page)   $1,312,652,620.00

Total (Use only on the last page of the completed Schedule B)

(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**     Case No. **07-11048**

                        Debtor                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED.  GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |

Sheet no. 4 of 7 sheets attached to Schedule of Personal Property

Subtotal       $0.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule B)
(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**    Case No. **07-11048**

Debtor    (if known)

## SCHEDULE B - PERSONAL PROPERTY

**(Continuation Sheet)**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | | Tax Refund - Idaho<br>Idaho State Tax Commission<br>P.O. Box 56<br>Boise, ID  83756-0056 | | $50,250.00 |
| | | Tax Refund - Montana<br>Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT  59604-8021 | | $150.00 |
| | | Tax Refund - New Hampshire<br>NH Dept Revenue Administration<br>Document Processing Division<br>P.O. Box 637<br>Concord, NH  03302-0637 | | $38,270.00 |
| | | Tax Refund - Tennessee<br>Andrew Jackson State Office Building<br>500 Deaderick Street<br>Nashville, TN  37242 | | $802.00 |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |

Sheet no. 5 of 7 sheets attached to Schedule of Personal  Property

Subtotal    $89,472.00
(Total of this page)

Total
(Use only on the last page of the completed Schedule B)
(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**      Case No. **07-11048**

              Debtor                                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |

Sheet no. 6 of 7 sheets attached to Schedule of Personal Property

Subtotal (Total of this page)  $0.00

Total (Use only on the last page of the completed Schedule B)

(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**        Case No. **07-11048**

Debtor        (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | | Derivative Assets | | $17,320,805.00 |
| | | Mortgage Backed Securities | | $1,596,492,619.00 |
| | | Prepaid Expenses | | $11,876.00 |

Sheet no. 7 of 7 sheets attached to
Schedule of Personal Property

Subtotal        $1,613,825,300.00
(Total of this page)

Total        $2,947,517,290.72
(Use only on the last page of the completed Schedule B)
(Report total also on Summary of Schedules

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**,  Case No. **07-11048**
      Debtor                                                                                       (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of the lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.
NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

1ST AMERICAN MORTGAGE, INC.  
3926 PENDER DRIVE  
1ST FLOOR  
FAIRFAX, VA  22030

NDA/CONFIDENTIAL CONTRACT  
CONFIDENTIAL  
EFFECTIVE DATE: 2/8/2006

**Addition**

ACE AMERICAN INSURANCE COMPANY  
140 BROADWAY  
40TH FLOOR  
NEW YORK, NY  10005

EXCESS LIABILITY INSURANCE POLICY DECLARATIONS  
CONTRACT ID:  386-2.0

ACE AMERICAN INSURANCE COMPANY (ACE USA)  
436 WALNUT STREET  
PHILADELPHIA, PA  19106

INSURANCE CONTRACT  
DIRECTORS & OFFICERS LIABILITY EXCESS

ACE AMERICAN INSURANCE COMPANY   HOBBS GROUP  
436 WALNUT STREET  
PHILADELPHIA, PA  19106

VENDOR CONTRACT  
LEGAL  
EFFECTIVE DATE:  9/27/2006

AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.  
POB 360001  
FORT LAUDERDALE, FL  33336-0001

VENDOR CONTRACT  
PROCESSING/SERVICING  
EFFECTIVE DATE:  11/6/2006

AMERICAN STOCK TRANSFER & TRUST COMPANY  
59 MAIDEN LANE  
PLAZA LEVEL  
NEW YORK, NY  10038

VENDOR CONTRACT  
SOFTWARE  
EFFECTIVE DATE:  2/11/2004

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**            Case No. **07-11048**

                             Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | INSURANCE CONTRACT<br>EXCESS UMBRELLA |
| BARCLAYS BANK<br>200 CEDAR KNOLLS ROAD<br>WHIPPANY, NJ  07981 | ISDA CONTRACT |
| BARCLAYS BANK PLC<br>200 PARK AVENUE<br>ATTN: GENERAL COUNSEL<br>NEW YORK, NY  10166 | ISDA CONTRACT |
| BEAR STEARNS<br>ONE METROTECH CENTER NORTH<br>ATTN: DERIVIATES OPERATION 7TH FLOOR<br>BROOKLYN, NY  11201 | ISDA CONTRACT |
| BLACKROCK FINANCIAL MANAGEMENT, INC.<br>40 EAST 52ND ST<br>NEW YORK, NY  10022 | VENDOR CONTRACT<br>SOFTWARE |
| BLACKSTONE MANAGEMENT PARTNERS V,LLC<br>MATT KABAKER, PRINCIPAL<br>345 PARK AVENUE<br>NEW YORK, NY  10154 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/30/2007 |
| CENTEX CORPORATION<br>2828 N. HARWOOD STREET<br>DALLAS, TX  75201 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  10/28/2005 |
| CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH STREET, 6TH FLOOR<br>NEW YORK, NY  10013 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  6/13/2005 |
| DELOITTE TAX LLP<br>PO BOX 2079<br>CAROL STREAM, IL  60132-2079 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  7/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**　　　　Case No. **07-11048**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DEUTSCHE BANK<br>TAUNUASANLAGE 12 60262<br>ATTN: LEGAL DEPARTMENT<br>FRANKFURT<br>GERMANY | ISDA CONTRACT |
| EQUINIX, INC.  EQUINIX OPERATING CO, INC.<br>301 VELOCITY WAY<br>5TH FLOOR<br>FOSTER CITY, CA  94404-4803 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/9/2004 |

**Addition**

| | |
|---|---|
| ERNST & YOUNG LLP<br>5 TIMES SQUARE<br>NEW YORK, NY  10036 | MUTUAL CONFIDENTIALITY AGREEMENT<br>EFFECTIVE DATE:  10/11/2005 |
| FEDERAL INSURANCE COMPANY (CHUBB)<br>PO BOX 1615<br>WARREN, NJ  07059 | INSURANCE CONTRACT<br>BUSINESS AUTOMOBILE |
| FIDELITY AND DEPOSIT COMPANY OF MD (ZURICH)<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | INSURANCE CONTRACT<br>MORTGAGE PROTECTION |
| FIDELITY AND DEPOSIT COMPANY OF MD (ZURICH)<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | INSURANCE CONTRACT<br>PRIMARY BANKERS BOND |
| GREAT NORTHERN INSURANCE COMPANY (CHUBB)<br>PO BOX 1615<br>WARREN, NJ  07059 | INSURANCE CONTRACT<br>PROPERTY/LIABILITY PACCKAGE |
| GUIDEMARK<br>7A GREENRIDGE PARK<br>NASHUA, NH  03060 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  10/21/2005 |
| HARTFORD FIRE INSURANCE COMPANY   INTERCITY AGNECY, INC.<br>690 ASYLUM AVENUE<br>HARTFORD, CT  06115 | VENDOR CONTRACT<br>SOFTWARE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

Page 3 of 10

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**   Case No. **07-11048**
                          Debtor                                                           (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HARTFORD INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CT  06115 | INSURANCE CONTRACT<br>WORKERS COMP |
| ILLINOIS NATIONAL INSURANCE CO. (AIG)<br>300 S. RIVERSIDE PLAZA, SUITE 2100<br>CHICAGO, IL  60606 | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY EXCESS |
| ILLINOIS NATIONAL INSURANCE COMPANY<br>300 S. RIVERSIDE PLAZA, SUITE 2100<br>CHICAGO, IL  60606 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  9/27/2006 |
| INSURANCE COMPANY OF PA (AIG)<br>70 PINE STREET<br>NEW YORK, NY  10270 | INSURANCE CONTRACT<br>PRIMARY UMBRELLA |
| INTEX SOLUTIONS, INC.<br>110 A STREET<br>NEEDHAM, MA  02494 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  5/30/2001 |
| INTEX SOLUTIONS, INC.<br>110 A STREET<br>NEEDHAM, MA  02494 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/18/2006 |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br>745 SEVENTH AVENUE 28TH FLOOR<br>TRANSACTION MANAGEMENT<br>NEW YORK, NY  10019 | ISDA CONTRACT |
| LLOYD'S<br>GLENCAIRN LTD.<br>71 FENCHURCH STREET<br>LONDON  EC3M 4BR<br>UK | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY EXCESS |
| LLOYD'S OF LONDON<br>71 FENCHURCH STREET<br>LONDON  EC3M 4BR<br>UK | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  9/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**　　　　Case No. **07-11048**
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MILESTONE ADVISORS, LLC | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  7/16/2007 |
| MILLSTONE ADVISORS, LLC<br>1775 EYE STREET NW<br>SUITE 800<br>WASHINGTON, DC  20006 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  6/2/2006 |
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>1585 BROADWAY<br>ATTN: CHIEF LEGAL OFFICER<br>NEW YORK, NY  10036-8293 | ISDA CONTRACT |
| MORTGAGE GUARANTY INSURANCE CORPORATION<br>MGIC PLAZA, 250 EAST KILBOURN AVE<br>MILWAUKEE, WI  53202 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE:  3/9/2007 |
| MORTGAGE GUARANTY INSURANCE CORPORATION<br>MGIC PLAZA, 250 EAST KILBOURN AVE<br>MILWAUKEE, WI  53202 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE:  12/21/2006 |
| MORTGAGE GUARANTY INSURANCE CORPORATION<br>MGIC PLAZA, 250 EAST KILBOURN AVE<br>MILWAUKEE, WI  53202 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE:  12/11/2006 |
| MORTGAGE GUARANTY INSURANCE CORPORATION<br>MGIC PLAZA, 250 EAST KILBOURN AVE<br>MILWAUKEE, WI  53202 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CAPTIVE REINSURANCE) |

**Addition**

| | |
|---|---|
| MORTGAGE INDUSTRY ADVISORY COMPANY<br>80 MAIDEN LANE<br>14TH FLOOR<br>NEW YORK, NY  10038 | ENGAGEMENT LETTER<br>EFFECTIVE DATE:  10/19/2007 |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA (AIG)<br>175 WATER STREET<br>NEW YORK, NY  10038 | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY PRIMARY |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**  Case No. **07-11048**
                    Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA (AIG)<br>70 PINE STREET<br>NEW YORK, NY  10270 | INSURANCE CONTRACT<br>EXCESS BANKERS BOND |
| OPTEUM INC | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/9/2007 |
| ORACLE USA, INC.<br>PO BOX 71028<br>CHICAGO, IL  60694-1028 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  10/25/2006 |
| ORACLE USA, INC.<br>PO BOX 71028<br>CHICAGO, IL  60694-1028 | VENDOR CONTRACT<br>SOFTWARE |
| ORACLE USA, INC.<br>PO BOX 71028<br>CHICAGO, IL  60694-1028 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  10/25/2006 |
| PMI MORTGAGE INSURANCE CO.<br>3003 OAK RD<br>WALNUT CREEK, CA  94597 | VENDOR CONTRACT<br>MORTGAGE INSURANCE |
| ROYAL BANK OF SCOTLAND PLC<br>RBS FINANCIAL MARKETS, LEVEL 4, 135<br>ATTN: SWAPS ADMINISTRATION<br>BISHOPSGATE, LONDON  EC2M 3UR<br>UK | ISDA CONTRACT |
| STANDARD & POOR'S<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE |
| STANDARD & POOR'S<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/21/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**　　　　Case No. **07-11048**
　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　(if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STANDARD & POOR'S<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/21/2004 |
| STANDARD & POOR'S<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/5/2004 |
| THE CARLISLE GROUP INC.<br>544 JEFFERSON AVENUE<br>SCRANTON, PA  18510 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  9/22/2005 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>ONE TOWER SQUARE<br>BOND - 2SHS2<br>HARTFORD, CT  06183 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  7/13/2007 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE:  12/11/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  11/14/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  6/1/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  8/29/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  11/28/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**  Case No. **07-11048**
  Debtor  (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  12/11/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE:  12/15/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  3/19/2007 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE:  3/16/2007 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE:  5/11/2007 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  9/22/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  4/28/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  4/1/2006 |
| TRIAD GUARANTY INSURANCE COMPANY<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  4/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

**AMENDED**

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**　　　Case No. **07-11048**
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE:  6/29/2005 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  7/19/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  6/28/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  6/5/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  3/1/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  3/1/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  4/1/2006 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE:  6/30/2006 |
| UBS<br>677 WASHINGTON BOULEVARD<br>ATTN: MARGIN SPECIALIST<br>STAMFORD, CT  06901 | ISDA CONTRACT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

**AMENDED**

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**                Case No. **07-11048**
                                 Debtor                                                      (if known)

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VIGILANT INSURANCE COMPANY (CHUBB)<br>PO BOX 1615<br>WARREN, NJ  07059 | INSURANCE CONTRACT<br>EXCESS BANKERS BOND |
| WACHOVIA BANK, NATIONAL ASSOCIATION-WACHOVIA SECURITIES<br>301 SOUTH COLLEGE STREET DC-7<br>CHARLOTTE, NC  28202-0600 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/20/2007 |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | INSURANCE CONTRACT<br>DIRECTORS & OFFICERS LIABILITY EXCESS |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  7/11/2007 |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  2/27/2007 |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  9/27/2006 |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL  60196 | VENDOR CONTRACT<br>PROCESSING/SERVICING |

**Addition**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY (ZAIC)<br>ONE LIBERTY PLAZA<br>30TH FLOOR<br>NEW YORK, NY  10006 | FINANCIAL INSTITUTIONS EXCESS INSURANCE POLICY<br>CONTRACT ID:  694-4.0<br>EFFECTIVE DATE:  2/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re **AMERICAN HOME MORTGAGE INVESTMENT CORP.**   Case No. 07-11048
   Debtor                                                                 (if known)

### DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, the Executive Vice President & Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date  November 1, 2007          Signature  \S\  _[signature]_

Stephen A. Hozie
(print or type name of individual signing on behalf of debtor)

Executive Vice President & Chief Financial Officer
(indicate position or relationship to debtor)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.