IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x   Chapter 11
In re:                                                                   :
                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :
a Delaware corporation, et al.,<sup>1</sup>                              :   Jointly Administered
                                                                         :
                                               Debtors.                  :
------------------------------------------------------------------------ x


# AMENDED SCHEDULE G OF
# AMERICAN HOME MORTGAGE SERVICING, INC., CASE NO. 07-11050[2]


Dated: November 6, 2007        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                               James L. Patton, Jr. (No. 2202)
                               Pauline K. Morgan (No. 3650)
                               Edward J. Kosmowski (No. 3849)
                               The Brandywine Building
                               1000 West Street, 17th Floor
                               Wilmington, Delaware 19801
                               Telephone: (302) 571-6600
                               Facsimile: (302) 571-1253

                               Counsel for Debtors and Debtors in Possession

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  In reviewing this Amended Schedule, please refer to the Global Notes to Schedules of Assets and Liabilities filed with the Debtor's Schedules of Assets and Liabilities on October 5, 2007.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

In re  AMERICAN HOME MORTGAGE SERVICING, INC.

Debtor

Case No.  07-11050

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 14 | $318,658,120.82 | | |
| C - Property Claimed As Exempt | No | | | | N/A |
| D - Creditors Holding Secured Claims | No | 3 | | $2,724,490,726.00 | |
| E - Creditors Holding Unsecured Priority Claims | No | 7 | | $251,542.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 2 | | $7,696,906.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | No | 6 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | $318,658,120.82 | | |
| Total Liabilities | | | | $2,732,439,175.17 | |

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**         Case No. **07-11050**
                               Debtor                                                                  (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of the lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.
NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

AMERICAN SECURITY INSURANCE COMPANY   STANDARD
GUARANTEE INSURANCE COMPANY
STANDARD GUARANTY INSURANCE COMPANY
260 INTERSTATE NORTH CIRCLE, NW
ATLANTA, GA  30339

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  4/1/2005

AMERICAN SECURITY INSURANCE COMPANY   STANDARD
GUARANTEE INSURANCE COMPANY
STANDARD GUARANTY INSURANCE COMPANY
260 INTERSTATE NORTH CIRCLE, NW
ATLANTA, GA  30339

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  1/23/2006

AMERICAN SECURITY INSURANCE COMPANY   STANDARD
GUARANTEE INSURANCE COMPANY
STANDARD GUARANTY INSURANCE COMPANY
260 INTERSTATE NORTH CIRCLE, NW
ATLANTA, GA  30339

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  4/1/2005

AMERICAN SECURITY INSURANCE COMPANY   STANDARD
GUARANTEE INSURANCE COMPANY
STANDARD GUARANTY INSURANCE COMPANY
260 INTERSTATE NORTH CIRCLE, NW
ATLANTA, GA  30339

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  4/1/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**　　　　　Case No. **07-11050**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| AMERICAN SECURITY INSURANCE COMPANY STANDARD GUARANTEE INSURANCE COMPANY<br>260 INTERSTATE NORTH CIRCLE, N.W.<br>ATLANTA, GA  30339 | VENDOR<br>PROCESSING/SERVICING<br>POWER OF ATTORNEY (RELATED TO HAZARD PLUS AND COMPLIANCE PLUS OUTSOURCING AGREEMENT EFFECTIVE 4/1/5 BETWEEN PARTIES<br>CONTRACT ID:  281-1.0<br>EFFECTIVE DATE:  1/23/2006 |
| | **Addition** |
| AMERICAN SECURITY INSURANCE COMPANY STANDARD GUARANTEE INSURANCE COMPANY<br>260 INTERSTATE NORTH CIRCLE, N.W.<br>ATLANTA, GA  30339 | VENDOR<br>PROCESSING/SERVICING<br>HAZARD PLUS AND COMPLIANCE OUTSOURCEING AGREEMENT<br>CONTRACT ID:  281-2.0<br>EFFECTIVE DATE:  4/1/2005 |
| | **Addition** |
| AMERICAN SECURITY INSURANCE COMPANY STANDARD GUARANTEE INSURANCE COMPANY<br>260 INTERSTATE NORTH CIRCLE, N.W.<br>ATLANTA, GA  30339 | VENDOR<br>PROCESSING/SERVICING<br>COMPLIANCE PLUS INSURANCE ADMINISTRATION AGREEMENT<br>CONTRACT ID:  281-3.0<br>EFFECTIVE DATE:  4/1/2005 |
| | **Addition** |
| AMERICAN SECURITY INSURANCE COMPANY STANDARD GUARANTEE INSURANCE COMPANY<br>260 INTERSTATE NORTH CIRCLE, N.W.<br>ATLANTA, GA  30339 | VENDOR<br>PROCESSING/SERVICING<br>HAZARD PLUS INSURANCE ADMINISTRATION AGREEMENT<br>CONTRACT ID:  281-4.0<br>EFFECTIVE DATE:  4/1/2005 |
| ASSURANT SOLUTIONS (AND ITS AFFILIATES)<br>11222 QUAIL ROOST DRIVE<br>MIAMI, FL  33157 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  11/15/2004 |
| CHARLOTTE FIRE DEPARTMENT CREDIT UNION<br>2100 COMMONWEALTH AVE.<br>COMMONWEALTH, NC  28205 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  6/6/2007 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  1/21/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**　　　　　　Case No. **07-11050**
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  10/28/2005 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  9/10/2004 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  9/30/2004 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/4/2004 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/2/2005 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/29/2005 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  10/31/2005 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/7/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**　　　　　　Case No. **07-11050**
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/29/2005 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/25/2004 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  9/30/2004 |
| FAIR ISAAC SOFTWARE, INC.<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/31/1991 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/31/1991 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/3/2004 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/5/2007 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/6/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**            Case No. **07-11050**
                              Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FLOWER BANK<br>220 W HURON ST<br>STE 1000<br>CHICAGO, IL  60610 | CORPORATE CONTRACT<br>INTERCOMPANY<br>EFFECTIVE DATE:  10/20/2006 |
| FLOWER BANK<br>220 W HURON ST<br>STE 1000<br>CHICAGO, IL  60610 | CORPORATE CONTRACT<br>INTERCOMPANY<br>EFFECTIVE DATE:  10/20/2006 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT  06830 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  5/31/2002 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT  06830 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  5/1/2006 |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  10/31/2005 |
| MODELYTICS INC.<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ  07458 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  6/12/2006 |
| MODELYTICS, INC<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ  07458 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  11/6/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**　　　　　Case No. **07-11050**
　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MODELYTICS, INC<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ  07458 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  9/6/2005 |
| MORTGAGEHUB.COM, INC.<br>SUCC IN INT TO FAIR ISAAC SOFTWARE<br>3550 ENGINEERING DRIVE<br>MORTGAGEHUB.COM, INC<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE |

**Addition**

| | |
|---|---|
| MORTGAGEHUB.COM, LLC<br>3550 ENGINEERING DR<br>NORCROSS, GA  30092 | CUSTOMER ORDER ADDENDUM FOR CONSULTING SERVICES & STATEMENT OF WORK<br>EFFECTIVE DATE:  4/20/2007 |
| NORTHSTAR LIFE INSURANCE COMPANY<br>THE TREBLOC BUILDING<br>301 EAST STATE STREET<br>ITHACA, NY  14860-4325 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/1/2004 |
| SECURITY CONNECTIONS, INC (SCI)<br>1935 INTERNATIONAL WAY<br>IDAHO FALLS, ID  83402 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  8/1/2005 |
| SIGNATURE BANK<br>ATTENTION: DEBRA M. EANNEL<br>70 WEST 36TH STREET, 15TH FLOOR<br>NEW YORK, NY  10018 | MARKETING CONTRACT<br>LOST NOTE INDEMNITY LETTER<br>EFFECTIVE DATE:  7/25/2006 |
| SIGNATURE BANK<br>ATTENTION: DEBRA M. EANNEL<br>70 WEST 36TH STREET, 15TH FLOOR<br>NEW YORK, NY  10018 | MARKETING CONTRACT<br>LOST NOTE INDEMNITY LETTER<br>EFFECTIVE DATE:  7/12/2006 |
| THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY<br>400 ROBERT STREET NORTH<br>ATTN: MR. THOMAS GOODWIN<br>ST PAUL, MN  55101 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/1/1998 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE SERVICING, INC.**　　　　　　Case No. **07-11050**
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY<br>400 ROBERT STREET NORTH<br>ATTN: MR. THOMAS GOODWIN<br>ST PAUL, MN  55101 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  8/22/2006 |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED<br>210 INTERSTATE NORTH PARKWAY<br>NW<br>SUITE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/17/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re AMERICAN HOME MORTGAGE SERVICING, INC.          Case No. 07-11050
              Debtor                                                    (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, the Executive Vice President & Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date  November 1, 2007          Signature  \S\  _____

Stephen A. Hozie
(print or type name of individual signing on behalf of debtor)

Executive Vice President & Chief Financial Officer
(indicate position or relationship to debtor)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.