# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

<div align="center">Debtor                                                                  (if known)</div>

<div align="center">

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

</div>

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALLEGIANCE REALTY PARTNERS<br>1354 OLD BRIDGE ROAD<br>SUITE 201<br>WOODBRIDGE, VA  22192 | LEASE<br>DESK RENTAL<br>8/1/2005 - 12/31/2016 |
| ALLEGIANCE REALTY PARTNERS<br>1354 OLD BRIDGE ROAD<br>SUITE 201<br>WOODBRIDGE, VA  22192 | LEASE<br>DESK RENTAL<br>9/1/2006 - 8/31/2017 |
| ALLEGIANCE REALTY PARTNERS<br>1354 OLD BRIDGE ROAD<br>SUITE 201<br>WOODBRIDGE, VA  22192 | LEASE<br>DESK RENTAL<br>5/15/2006 - 12/31/2016 |
| ALLEGIANCE REALTY PARTNERS LLC<br>1354 OLD BRIDGE ROAD<br>SUITE 201<br>WOODBRIDGE, VA  22192 | LEASE<br>DESK RENTAL<br>4/1/2006 - 12/31/2016 |
| ALLEGIANCE REALTY PARTNERS, LLC<br>828 GREENBRIAR PARKWAY<br>CHESAPEAKE, VA  23320 | LEASE<br>DESK RENTAL<br>8/1/2005 - 12/31/2016 |
| ALLEGIANCE REALTY PARTNERS, LLC<br>828 GREENBRIAR PARKWAY<br>CHESAPEAKE, VA  23320 | LEASE<br>DESK RENTAL<br>8/1/2005 - 12/31/2016 |
| ALLEGIANCE REALTY PARTNERS, LLC<br>828 GREENBRIAR PARKWAY<br>CHESAPEAKE, VA  23320 | LEASE<br>DESK RENTAL<br>9/1/2005 - 12/31/2016 |
| ALLEGRO CONSULTANTS, LTD<br>10571 TELEGRAPH REED<br>SUITE 125<br>GLEN ALLEN, VA  23059-4654 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                Case No.  **07-11051**

_____
Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

ALLEN TATE MORTGAGE SERVICES, INC
8640-A UNIVERSITY EXEC PK DR
CHARLOTTE, NC  28262

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/11/2006

**Addition**

ALLIANCE BANCORP.

SECONDARY MARKETING CONTRACT
BROKER AGREEMENT
CONTRACT ID:  N/A

ALLIANCE MORTGAGE BANKING CORP
10970 ARROW ROUTE #201
RANCHO CUCAMONGA, CA  91730

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/3/2006

**Addition**

ALLIANCE PARTNERSHIP SERVICES
ONE GATEWAY CENTER
SUITE 850
NEWTON, MA  02450

NDA/CONFIDENTIAL CONTRACT
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 10429-1.0
EFFECTIVE DATE:  5/11/2006

**Addition**

ALLIED HOME MORTGAGE CAPITAL CORPORATION
6110 PINEMONT DRIVE
HOUSTON, TX  77092

MARKETING CONTRACT
WEBSITE ADVERTISING AGREEMENT
CONTRACT ID: 535-1.0
EFFECTIVE DATE: 6/19/2006

ALLIED HOME MORTGAGE CAPTIAL CORPORATION
6110 PINEMONT DRIVE
HOUSTON, TX  77092

MARKETING CONTRACT
WEB ADVERTISING
EFFECTIVE DATE: 6/19/2006

ALLIED HOME MORTGAGE CAPTIAL CORPORATION
6110 PINEMONT DRIVE
HOUSTON, TX  77092

MARKETING CONTRACT
WEB ADVERTISING
EFFECTIVE DATE: 6/6/2006

ALLIED MORTGAGE GROUP INC.
7 BALA AVE
STE 108
BALA CYNWYD, PA  19004

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/4/2006

ALLIED MORTGAGE GROUP INC.
7 BALA AVE
STE 108
BALA CYNWYD, PA  19004

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/10/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

_____Debtor_____                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| ALLIED SOLULTIONS, LLC<br>11450 N MERIDIAN ST.<br>SUITE 275<br>CARMEL, IN  46032 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| ALLIED SOLUTIONS<br>11450 N MERIDIAN ST.<br>SUITE 275<br>CARMEL, IN  46032 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/6/2006 |
| ALLSEARCH PROFESSIONAL STAFFING, INC.<br>11019 MCCORMICK ROAD<br>SUITE 200<br>HUNT VALLEY, MD  21031 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/9/2007 |
| ALLSEARCH PROFESSIONAL STAFFING, INC.<br>11019 MCCORMICK ROAD<br>SUITE 200<br>HUNT VALLEY, MD  21031 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/18/2007 |

**Addition**

| | |
| --- | --- |
| ALLSTAR MORTGAGE FINANCIAL CORP<br>8830 CORAL WAY<br>MIAMI, FL  33185 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10612-1.0<br>EFFECTIVE DATE: 7/12/2006 |
| ALLSTAR REALTY, INC.<br>1776 NORTH PINE ISLAND ROAD<br>SUITE 326<br>PLANTATION, FL  33322 | LEASE<br>DESK RENTAL<br>7/1/2006 - 12/31/2016 |
| ALLSTATE HOME LOANS, INC.<br>5 CORPORATE PARK, SUITE 100<br>IRVINE, CA  92606 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/8/2006 |
| ALLSTATE INSURANCE<br>4680 HWY 63N SUITE 2<br>ROCHESTER, MN  55906 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 6/15/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**
_____
Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALLSTATE INSURANCE<br>4680 HWY 63N SUITE 2<br>ROCHESTER, MN  55906 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 5/1/2006 |
| ALLSTATE INSURANCE<br>4680 HWY 63N SUITE 2<br>ROCHESTER, MN  55906 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/14/2006 |
| ALTERNATIVE FINANCING CORP.<br>475 EL CAMINO REAL<br>SUITE 201<br>SANTA CLARA, CA  95050 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/9/2007 |
| ALTERNATIVE FUNDING CORPORATION<br>1775 LEWIS TURNER BLVD<br>STE 101<br>FT WALTON BCH, FL  32547 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2006 |
| AMARA CREEKSIDE RESORT<br>310 N HWY 89A<br>SEDONA, AZ  86336 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/25/2006 |
| AMARILLO COMMUNITY FCU<br>ATTN LANELL BUCHANAN<br>6100 I-40 WEST<br>AMARILLO, TX  79106 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 7/27/2005 |
| AMARILLO COMMUNITY FCU<br>ATTN LANELL BUCHANAN<br>6100 I-40 WEST<br>AMARILLO, TX  79106 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 8/21/2006 |
| AMBECK MORTGAGE ASSOCIATES<br>3421 TULLY ROAD SUITE A<br>MODESTO, CA  95350 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/18/2006 |
| AMBECK MORTGAGE ASSOCIATES<br>3421 TULLY ROAD SUITE A<br>MODESTO, CA  95350 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/11/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMBER LANE LP<br>7665 TRADE ST.<br>SAN DIEGO, CA  92121 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/1/2007 |
| AME FINANCIAL CORP.<br>4036 WEATHERBURN WAY<br>NORCROSS, GA  30092 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/13/2005 |
| AME FINANCIAL CORP.<br>4036 WEATHERBURN WAY<br>NORCROSS, GA  30092 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| AME FINANCIAL CORP.<br>4036 WEATHERBURN WAY<br>NORCROSS, GA  30092 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/29/2006 |
| AMERA MORTGAGE CORPORATION<br>1050 CORPORATE OFFICE DR<br>STE 200<br>MILFORD, MI  48381 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/14/2006 |
| | **Addition** |
| AMERICA GENERAL FINANCE<br>601 NW 2ND ST.<br>EVANSVILLE, IN  47701 | CONFIDENTIALITY AGREEMENT |
| | **Addition** |
| AMERICAN CANCER SOCIETY<br>MADISON COUNTY UNIT<br>2935 US HWY 45 BYPASS<br>JACKSON, TN  38305 | INVOICE<br>EFFECTIVE DATE: 4/4/2007 |
| AMERICAN COMM. REALTY CORP.<br>C/O SOUTHPARK CENTRE<br>4400 PGA BLVD, SUITE #305<br>PALM BEACH, FL  33410 | LEASE<br>RETAIL/WHOLESALE<br>12/15/2005 - 12/14/2010 |
| AMERICAN CORPORATE RECORD CENTER, INC.<br>1860 WALT WHITMAN RD<br>MELVILLE, NY  11747 | VENDOR CONTRACT<br>FACILITIES (FILE STORAGE)<br>EFFECTIVE DATE: 10/31/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| AMERICAN CORPORATE RECORD CENTER, INC.<br>1860 WALT WHITMAN RD<br>MELVILLE, NY  11747 | VENDOR CONTRACT<br>FACILITIES (FILE STORAGE)<br>EFFECTIVE DATE: 10/31/2000 |
| AMERICAN EXECUTIVES INTERNATIONAL REALTY, INC<br>4225 WEST GLENDALE AVENUE<br>SUITE A-200<br>PHOENIX, AZ  85051 | LEASE<br>OFFICE<br>5/1/2007 - 4/30/2017 |
| AMERICAN EXPRESS CORPORATE SERVICES<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/7/2007 |
| AMERICAN EXPRESS CORPORATE SERVICES<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/13/2007 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/7/2007 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/11/2007 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/12/2007 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.<br>POB 360001<br>FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT<br>PROCESSING/SERVICING |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

             Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC. POB 360001 FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 2/27/2007 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. POB 360001 FORT LAUDERDALE, FL  33336-0001 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE: 10/6/2005 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.  CONCUR TECHNOLOGIES (SUBCONTRACTOR OF ADP) POB 360001 FORT LAUDERDALE, FL  33336-0001 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  2/2/2006 |

**Addition**

| | |
|---|---|
| AMERICAN FEDERAL MORTGAGE CORP 1 LAUREL DRIVE FLANDERS, NJ  07836 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT CONTRACT ID:  11068-1.0 EFFECTIVE DATE:  9/6/2006 |
| AMERICAN FINANCIAL FUNDING CORP 10649 WEST 163RD PLACE ORLAND PARK, IL  60467 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/13/2006 |
| AMERICAN FINANCIAL FUNDING CORP 10649 WEST 163RD PLACE ORLAND PARK, IL  60467 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/13/2006 |
| AMERICAN FINANCIAL MORTGAGE CORP 1121 BOYCE RD SUITE 1700 PITTSBURGH, PA  15241 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/20/2006 |
| AMERICAN FINANCIAL NETWORK, INC 14726 RAMONA AVE STE 204 CHINO, CA  91710 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 10/26/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

AMERICAN FINANCIAL NETWORK, INC DBA REALTY MORTGAGE
14726 RAMONA AVE
STE 204
CHINO, CA  91710

CORRESPONDENT CONTRACT
OTHER
EFFECTIVE DATE: 5/7/2007

**Addition**

AMERICAN FINANCIAL NETWORK, INC.
14726 RAMONA AVE
STE 204
CHINO, CA  91710

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10029-1.0
EFFECTIVE DATE: 2/15/2006

**Addition**

AMERICAN FINANCIAL NETWORK, INC.
14726 RAMONA AVE
STE 204
CHINO, CA  91710

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM
CONTRACT ID: 10029-2.0
EFFECTIVE DATE: 10/26/2006

**Addition**

AMERICAN FINANCIAL NETWORK, INC.
3110 CHINO AVENUE
SUITE 290
CHINO HILLS, CA  91709

CORRESPONDENT CONTRACT
INDEMNIFICATION AGREEMENT
CONTRACT ID: 10029-3.0
EFFECTIVE DATE: 5/7/2007

AMERICAN FINANCING CORPORATION
3151 S VAUGHN WAY
AURORA, CO  80015

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/11/2006

**Addition**

AMERICAN FREEDOM MORTGAGE, INC.
2211 NEWMARKET PKWY
SUITE 130
MARIETTA, GA  30067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10021-1.0
EFFECTIVE DATE: 1/24/2006

**Addition**

AMERICAN FREEDOM MORTGAGE, INC.
224 NEWMARKET PKWY
SUITE 130
MARIETTA, GA  30067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10021-1.0
EFFECTIVE DATE: 1/24/2006

AMERICAN GENERAL FINANCE, INC.

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 1/30/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**
_____
                    Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY<br>285 NORTH AMERICAN GENERAL CENTER<br>NASHVILLE, TN  37250 | LEASE<br>OFFICE<br>1/15/2007 - 8/30/2008 |
| AMERICAN HERITAGE CAPITAL, LP<br>511 E JOHN CARPENTER FWY<br>#150<br>IRVINA, TX  75062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/29/2006 |
| AMERICAN HOME FINANCE INC<br>830 W NORTHWEST HWY<br>PALATINE, IL  60067 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/1/2006 |
| AMERICAN HOME MORTGAGE ASSETS TRUST 2007-SD2, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) FC<br>CONTRACT #:   (AHMAT 2007-SD2)<br>CONTRACT DATE:  15-MAY-07 |
| AMERICAN HOME MORTGAGE CORP<br>114 WEST 47TH STREET<br>17TH FLOOR<br>NEW YORK, NY  10036 | LEASE<br>MSA<br>10/1/2006 - 12/31/2016 |
| AMERICAN HOME MORTGAGE DBA FIRST HOME MORTGAGE | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 9/24/2002 |
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-1, AS ISSUER, AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | AHM SECURITIZATION<br>SERVICING AGREEMENT<br>1.1 (J) DM<br>CONTRACT DATE:  31-MAR-04 |
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-2, AS ISSUER, AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | AHM SECURITIZATION<br>SERVICING AGREEMENT<br>1.1 (J) DN<br>CONTRACT DATE:  30-JUN-04 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-3, AS ISSUER | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) DO CONTRACT DATE:  29-SEP-04 |
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4, AS ISSUER, AND THE BANK OF NEW YORK, AS INDENTURE TRUSTEE | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) DP CONTRACT DATE:  21-DEC-04 |
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, AS ISSUER, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | AHM SECURITIZATION RMBS SUBSERVICING AGREEMENT 1.1 (J) DZ CONTRACT DATE:  7-OCT-05 |
| AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, AS ISSUER, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | AHM SECURITIZATION HELOC SUBSERVICING AGREEMENT 1.1 (J) EA CONTRACT DATE:  7-OCT-05 |
| AMERICAN HOME SHIELD CORPORATION 889 RIDGE LAKE BOULEVARD MEMPHIS, TN  38120 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  12/9/2005 |
| AMERICAN HOME SHIELD CORPORATION 889 RIDGE LAKE BOULEVARD MEMPHIS, TN  38120 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/31/2006 |
| AMERICAN HOUSING ASSISTANCE NETWORK, LLC 362 GULF BREEZE PARKWAY SUITE 313 GULF BREEZE, FL  32561 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  12/1/2005 |
| AMERICAN HOUSING ASSISTANCE NETWORK, LLC 362 GULF BREEZE PARKWAY SUITE 313 GULF BREEZE, FL  32561 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  7/14/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                          _____
                        Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |

AMERICAN INDEPENDENT ASSOCIATION, INC
22632 GOLDEN SPRINGS DR. #150
DIAMOND BAR, CA  91765

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/1/2006

AMERICAN INTERBANC MORTGAGE, LLC
4 PARK PLAZA
IRVINE, CA  92614

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/6/2005

AMERICAN INTERBANC MORTGAGE, LLC
4 PARK PLAZA
IRVINE, CA  92614

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/6/2005

                                        **Addition**

AMERICAN INTERNET MORTGAGE, INC
4241 JUTLAND DRIVE
SUITE 305
SAN DIEGO, CA  92117

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11341-1.0
EFFECTIVE DATE: 10/18/2006

AMERICAN LENDING GROUP, INC
22 RICHMOND CENTER CT
ST. PETERS, MO  63376

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/18/2006

AMERICAN MORTGAGE BROKERS
275 KINGSBURY GRADE
STATELINE, NV  89449

MARKETING CONTRACT
BROKER
EFFECTIVE DATE: 8/17/2004

AMERICAN MORTGAGE BROKERS
275 KINGSBURY GRADE
STATELINE, NV  89449

MARKETING CONTRACT
BROKER
EFFECTIVE DATE: 3/30/2006

                                        **Addition**

AMERICAN MORTGAGE EXPRESS
171 WESLEY REED DR
ATOKA, TN  38004

SECONDARY MARKETING CONTRACT
CONTRACT ID:  N/A

AMERICAN MORTGAGE EXPRESS FINANCIAL
171 WESLEY REED DR
ATOKA, TN  38004

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion
on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is
executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing
additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN MORTGAGE NETWORK<br>8481 W. LINEBAUGH AVE<br>TAMPA, FL  33625 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 8/12/2003 |

**Addition**

| | |
|---|---|
| AMERICAN MORTGAGE SERVICES, INC<br>20437 SHERMAN WAY<br>CANOGA PARK, CA  91306 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10772-1.0<br>EFFECTIVE DATE:  8/1/2006 |
| AMERICAN MORTGAGE SERVICES, INC<br>20437 SHERMAN WAY<br>CANOGA PARK, CA  91306 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/1/2006 |
| AMERICAN PACIFIC MORTGAGE CORPORATION<br>3000 LAVA RIDGE COURT<br>ROSEVILLE, CA  95661 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/22/2005 |
| AMERICAN PACIFIC MORTGAGE CORPORATION<br>3000 LAVA RIDGE COURT<br>ROSEVILLE, CA  95661 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/22/2005 |
| AMERICAN PACIFIC MORTGAGE CORPORATION<br>3000 LAVA RIDGE COURT<br>ROSEVILLE, CA  95661 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/17/2006 |
| AMERICAN REIT II CORP XX<br>3400 - 188TH STREET SW<br>SUITE 295<br>LYNNWOOD, WA  98037 | LEASE<br>OFFICE<br>2/18/2005 - 10/31/2010 |
| AMERICAN RESIDENTIAL MORTGAGE SERVICES, LLC<br>2050 N. WINERY AVE.<br>SUITE 101<br>FRESNO, CA  93703 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  5/4/2006 |
| AMERICAN RESIDENTIAL MORTGAGE SERVICES, LLC<br>2050 N. WINERY AVE.<br>SUITE 101<br>FRESNO, CA  93703 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  9/21/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                          Case No. **07-11051**

                        Debtor                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN RESIDENTIAL MORTGAGE SERVICES, LLC<br>2050 N. WINERY AVE.<br>SUITE 101<br>FRESNO, CA  93703 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/20/2006 |
| AMERICAN SAVINGS BANK<br>7142 CDL. GATEWAY DRIVE<br>COLUMBIA, MD  21046 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/5/2005 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/21/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/21/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/21/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/21/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

_____

Debtor

(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| AMERICAN SECURITY INSURANCE COMPANY<br>STANDARD GUARANTY INSURANCE COMPANY<br>ATTN: HAZARD PLUS PRODUCT MGR<br>260 INTERSTATE NORTH CIRCLE, NW<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/21/2007 |
| AMERICAN SECURITY MORTGAGE, INC<br>261 E LAKE ST.<br>ST. BLOOMINGDALE, IL  60108 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/14/2006 |
| AMERICAN STORAGE<br>1860 WALT WHITMAN ROAD<br>MELVILLE, NY  11747 | VENDOR CONTRACT<br>FACILITIES (FILE STORAGE)<br>EFFECTIVE DATE: 10/31/2000 |
| AMERICA'S CHOICE MORTGAGE, INC.<br>493 FURY'S FERRY ROAD<br>MARTINEZ, GA  30907 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/31/2006 |
| AMERIFIRST FINANCIAL CORPORATION<br>616 W. CENTRE AVENUE<br>PORTAGE, MI  49024 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/18/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.   **07-11051**
_____                    _____
Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERIFIRST FINANCIAL CORPORATION<br>616 W. CENTRE AVENUE<br>PORTAGE, MI  49024 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/18/2007 |
| AMERIFUND FINANCIAL, INC. DBA ALL FUND, INC & ALL FUND MORTGAGE<br>8808 PACIFIC AVE<br>TACOMA, WA  98444 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/21/2006 |
| AMERILIST, INC.<br>978 ROUTE 45<br>SUITE L2<br>POMONA, NY  10870 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 7/5/2006 |
| AMERIQUEST MORTGAGE COMPANY<br>1100 TOWN & COUNTRY ROAD<br>SUITE 480B<br>ORANGE, CA  92868 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 2/17/2005 |
| AMERISAVE MORTGAGE CORPORATION<br>3525 PIEDMONT RD<br>BLDG. 6<br>STE. 710<br>ATLANTA, GA  30305 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/17/2006 |
| AMERISERV FINANCIAL BANK<br>4963 ROUTE 30<br>OAKLEY PARK II<br>GREENBURG, PA  15601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/26/2007 |
| AMERISOUTH MORTGAGE COMPANY<br>2101 SARDIS RD N<br>SUITE 120<br>CHARLOTTE, NC  28227 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/2/2005 |
| AMERITECH PUBLISHING, INC.<br>133 W LOVELL<br>KALAMAZOO, MI  49007 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 7/14/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**

                                      Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

AMERITECH PUBLISHING, INC.
133 W LOVELL
KALAMAZOO, MI  49007

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 5/10/2006


AMICUS FSB
2301 LUCIEN WAY
SUITE 450
MAITLAND, FL  32751

MARKETING CONTRACT
LOAN SALES, SERVICING/PROCESSING
EFFECTIVE DATE: 11/1/2002


AMTEC FUNDING GROUP, LLC
1666 N MAIN ST
SUITE 202
SANTA ANA, CA  92701

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/30/2007


AMTEX
309 WESTLAKE
FORNEY, TX  751264080

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 12/3/2001

**Addition**

AMVEST CAPITAL
1000 MAIN ST
HILTON HEAD ISLAND, SC  29926

SECONDARY MARKETING CONTRACT
BROKER/CORRESPONDENT AGREEMENT
EFFECTIVE DATE:  1/5/2007


AMX 390
12209 HESPERIA ROAD
SUITE G
VICTORIAVILLE, CA  92395

LEASE
MSA
6/11/2007 - 6/10/2017


AMX 390
12209 HESPERIN ROAD
SUITE G
VICTORVILLE, CA  92395

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  6/11/2007


ANAHEIM CORPORATE OFFICE PLAZA, LP C/O SELIGMAN
WESTERN ENTERPRISES, LTD
2121 TOWNE CENTRE PLACE
SUITE 320
ANAHEIM, CA  92806

LEASE
OFFICE
8/5/2005 - 7/31/2009


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                      Debtor                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ANCHOR ASSOCIATES<br>950 THIRD AVENUE<br>31ST FLOOR<br>NEW YORK, NY  10022 | LEASE<br>MSA<br>7/25/2006 - 12/31/2016 |
| ANCO SHORES LLC<br>8801 FRONT BEACH ROAD<br>PANAMA CITY, FL  32407 | LEASE<br>DESK RENTAL/MSA<br>9/14/2006 - 12/31/2016 |
| ANDOVER STATE BANK<br>P.O. BOX 278<br>ANDOVER, KS  67002 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/29/2007 |
| ANDREW DAVIDSON & CO., INC.<br>520 BROADWAY<br>8TH FL<br>NYC, NY  10012 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  5/30/2005 |
| ANGELA JONES C/O NIMOCKS, CICCONE, & TOWNSEND, INC.<br>P.O. BOX 58121<br>FAYETTEVILLE, NC  28305 | LEASE<br>OFFICE<br>9/6/2005 - 9/30/2007 |
| ANGOSS SOFTWARE CORPORATION<br>34 ST PATRICK ST<br>TORONTO, ON  M5T 1V1 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/1/2006 |
| ANGOSS SOFTWARE CORPORATION<br>34 ST PATRICK ST<br>TORONTO, ON  M5T 1V1 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  9/26/2005 |
| ANGOSS SOFTWARE CORPORATION<br>34 ST PATRICK ST<br>TORONTO, ON  M5T 1V1 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/1/2006 |
| ANNAPOLIS MARRIOTT WATERFRONT HOTEL<br>80 COMPROMISE STREET<br>ANNAPOLIS, MD  21401 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/15/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                               Case No.  **07-11051**
                        Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ANTHONY PERRY, INC<br>99B GROVE PARK LANE<br>WOODSTOCK, GA  30189 | LEASE<br>OFFICE<br>2/1/2005 - 1/31/2008 |
| ANTONIO CAVLIERE<br>C/O MOUND INVESTMENTS<br>24620 SCHOENHERR<br>WARREN, MI  48089 | LEASE<br>OFFICE<br>7/1/2006 - 7/31/2008 |
| ANTONIO CAVLIERE<br>C/O MOUND INVESTMENTS<br>24620 SCHOENHERR<br>WARREN, MI  48089 | LEASE<br>OFFICE<br>8/1/2003 - 7/31/2008 |

**Addition**

| | |
|---|---|
| AOL LLC | AOL ADVERTISING INSERTION ORDER (OPTIMIZATION TECHNOLOGY)<br>EFFECTIVE DATE:  3/22/2007 |
| APOGEE EVENTS INC<br>2 DEBROSSES STREET<br>NEW YORK, NY  10013 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/20/2007 |
| APPIAN CORPORATION<br>8000 TOWERS CRESCENT DR.<br>SUITE 1600<br>VIENNA, VA  22182 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/18/2007 |
| APPIAN CORPORATION<br>8000 TOWERS CRESCENT DR.<br>SUITE 1600<br>VIENNA, VA  22182 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/18/2007 |

**Addition**

| | |
|---|---|
| APPINTELL, INC<br>17 RESEARCH PARK DRIVE<br>WELDON SPRING, MO  63304 | DATA INTEGRITY RISK SYSTEMS AND TEST AGREEMENT & NON DISCLOSURE AGREEMENT<br>EFFECTIVE DATE: 8/4/2004 |
| APPLE ONE TEXAS<br>327 WEST BROADWAY<br>GLENDALE, CA  91204 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/12/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| APREVA FINANCIAL CORPORATION<br>3535 FACTORIA BLVD<br>BELLEVUE, WA  98006 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/11/2006 |
| APTO SOLUTIONS, INC.<br>1910 MACARTHUR BLVD<br>ATLANTA, GA  30318 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 6/27/2006 |
| APTO SOLUTIONS, INC.<br>1910 MACARTHUR BLVD<br>ATLANTA, GA  30318 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 6/1/2006 |
| AQUENT LLC<br>711 BOYLSTON STREET<br>BOSTON, MA  02116-2616 | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING |
| ARCH TELECOM, INC.<br>PO BOX 4823<br>HOUSTON, TX  77210-9526 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 10/2/1998 |
| ARCHWAY ESTATE, INC<br>255 ALHAMBRA CIR STE 455<br>CORAL GABLES, FL  33134 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/19/2007 |
| ARCHWAY ESTATES INC<br>255 ALHAMBRA CIR STE 455<br>CORAL GABLES, FL  33134 | LEASE<br>MSA<br>4/19/2007 - 4/18/2008 |
| ARDEN REALTY LIMITED PARTNERSHIP<br>P.O. BOX 3100-0751<br>ATTN: LOCKBOX 910751<br>PASADENA, CA  91110-0751 | LEASE<br>OFFICE<br>9/1/2005 - 8/31/2010 |
| ARGENT MORTGAGE<br>JAMBOREE CENTER<br>3 PARK PLAZA 10TH FLOOR<br>IRVINE, CA  92614 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 1/17/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                              _____
Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

ARGENT MORTGAGE COMPANY
JAMBOREE CENTER
3 PARK PLAZA
10TH FL
IRVINE, CA  92614

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER AGREEMENT
CONTRACT ID:  11462-1.0 (1)
EFFECTIVE DATE:  10/23/2003

ARIZONA HOUSING FINANCE AUTHORITY
1700 WEST WASHINGTON ST
STE 210
PHOENIX, AZ  85007

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  12/2/2005

ARIZONA HOUSING FINANCE AUTHORITY
1700 WEST WASHINGTON ST
STE 210
PHOENIX, AZ  85007

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  7/1/2007

ARKANSAS DEVELOPMENT FINANCE AUTHORITY

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  6/1/2001

ARLINGTON CAPITAL MORTGAGE CORPORATION
3260 TILLMAN DRIVE
STE 90
BENSALEM, PA  19020

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  2/6/2007

ARLINGTON CAPITAL MORTGAGE CORPORATION
3260 TILLMAN DRIVE
STE 90
BENSALEM, PA  19020

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/8/2006

ARLINGTON HOUSING FINANCE CORPORATION
CITY OF ARLINGTON
MS 63-0700
PO BOX 231
ARLINGTON, TX  76004-0231

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  7/1/2003

**Addition**

ARLOVSKI
1640 W. OHIO ST.
#2
CHICAGO, IL  60622

AGREEMENT
EFFECTIVE DATE:  4/5/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| ARRAY MORTGAGE, LLC<br>575 LYNNHAVEN PARKWAY<br>SUITE 101<br>VIRGINIA BEACH, VA  23462 | AGREEMENT<br>EFFECTIVE DATE:  11/26/2006 |
| ARROW REAL ESTATE GROUP LLC<br>1325 COUNTY RD D CIRCLE EAST<br>VADNAIS HEIGHTS, MN  55109 | LEASE<br>OFFICE<br>2/1/2007 - 1/31/2017 |
| ARTHRITIS FOUNDATION<br>14TH ST.~BLESSING HOSPITAL<br>QUINCY, IL  62301 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/23/2007 |
| ARTHUR BAER, ATTORNEY<br>777 THIRD AVENUE<br>24TH FLOOR<br>NEW YORK, NY  10017 | LEASE<br>AFFINITY DESK<br>4/1/2006 - 12/31/2016 |
| ARTISAN MORTGAGE, LLC<br>9051 W KELTON LANE<br>#8<br>PEORIA, AZ  85382 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/17/2006 |
| AS/COMPUTER CONSULTANTS | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/23/2006 |
| ASCENT HOME LOANS, INC<br>JASON DOZOIS<br>6465 S. GREENWOOD PLAZA BLVD<br>., STE. 800<br>ENGLEWOOD, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/31/2006 |
| ASCENT HOME LOANS, INC<br>JASON DOZOIS<br>6465 S. GREENWOOD PLAZA BLVD<br>., STE. 800<br>ENGLEWOOD, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ASG MORTGAGE SERVICES, INC.<br>99 SPRING ST<br>STE 600<br>NEW YORK, NY  10012 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 6/14/2006 |
| ASHLAND VENTURE, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>840 EAST HIGH STREET<br>LEXINGTON, KY  40502 | LEASE<br>SHOPPING CENTER<br>8/15/2005 - 12/31/2010 |
| ASHLAND VENTURE, LLC<br>C/O EQUITY MANAGEMENT GROUP, INC.<br>840 EAST HIGH STREET<br>LEXINGTON, KY  40502 | LEASE<br>SHOPPING CENTER<br>1/1/2005 - 12/31/2010 |
| ASPECT SOFTWARE, INC.<br>6 TECHNOLOGY PARK DRIVE<br>ATTN: GENERAL COUNSEL<br>WESTFORD, MA  01886 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  3/17/2006 |
| ASPECT SOFTWARE, INC.<br>6 TECHNOLOGY PARK DRIVE<br>ATTN: GENERAL COUNSEL<br>WESTFORD, MA  01886 | VENDOR CONTRACT<br>SOFTWARE |
| ASPECT SOFTWARE, INC.<br>6 TECHNOLOGY PARK DRIVE<br>ATTN: GENERAL COUNSEL<br>WESTFORD, MA  01886 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  10/9/2006 |
| ASPECT SOFTWARE, INC.<br>6 TECHNOLOGY PARK DRIVE<br>ATTN: GENERAL COUNSEL<br>WESTFORD, MA  01886 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/20/2006 |
| ASPECT SOFTWARE, INC.<br>6 TECHNOLOGY PARK DRIVE<br>ATTN: GENERAL COUNSEL<br>WESTFORD, MA  01886 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 5/11/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                    _____
                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

ASPEN FUNDING CORP / GEMINI SECURITIZATION CORP. LLC / NEWPORT FUNDING CORP AND SEDONA CAPITAL FUNDING
60 WALL STREET
NEW YORK, NY  10005

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
ELECTRONIC TRACKING AGREEMENT
CONTRACT ID:  11835-1.0

Addition

ASPEN FUNDING CORPORATION
60 WALL STREET
NEW YORK, NY  10005

AGREEMENT

Addition

ASSOCIATED BANK
200 EAST RANDOLPH DR.
CHICAGO, IL  60601

MORTGAGE BAILMENT AGREEMENT
EFFECTIVE DATE:  6/25/2007

Addition

ASSOCIATED HOLDING GROUP LLC
7263 CENTER STREET
MENTOR, OH  44060

OPERATING AGREEMENT

Addition

ASSOCIATED HOLDING GROUP, LLC
7263 CENTER ST.
MENTOR, OH  44060

OPERATING AGREEMENT

Addition

ASSOCIATED MORTGAGE CORP
6911 S. 66TH EAST AVE.
TULSA, OK  74133

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT AND ADDENDUM
CONTRACT ID:  11586-1.0
EFFECTIVE DATE:  1/18/2007

ASSOCIATED SOFTWARE CONSULTANTS, INC.
7251 ENGLE RD
STE 300
MIDDLEBURG HTS, OH  44130

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  4/26/2007

ASSOCIATED SOFTWARE CONSULTANTS, INC.
7251 ENGLE RD
STE 300
MIDDLEBURG HTS, OH  44130

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  6/8/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**

_____

Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ASSOCIATED SOFTWARE CONSULTANTS, INC.<br>7251 ENGLE RD<br>STE 300<br>MIDDLEBURG HTS, OH  44130 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 7/17/2006 |
| ASSOCIATES OF 555 LIMITED PARTNERSHIP<br>555 SOUTH OLD WOODWARD<br>BIRMINGHAM, MI  48009 | LEASE<br>OFFICE<br>2/1/2006 - 1/31/2009 |
| ASSURANT SOLUTIONS (AND ITS AFFILIATES)<br>11222 QUAIL ROOST DRIVE<br>MIAMI, FL  33157 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  8/31/2006 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/8/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/8/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/8/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/8/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/8/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/2/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                            Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/17/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/17/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/21/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/25/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/24/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/17/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 12/9/2005 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/2/2007 |
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/2/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ASSURANT SPECIALTY PROPERTY<br>PO BOX 50355<br>ATLANTA, GA  30302 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/13/2007 |
| ASSURED EREALTY SERVICES<br>11706 NORTH MAIN ST<br>ROSCOE, IL  61073 | LEASE<br>MSA<br>6/8/2007 - 6/7/2008 |
| ASSURED EREALTY SERVICES<br>11706 NORTH MAIN ST<br>ROSCOE, IL  61073 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/8/2007 |
| ASSURED MORTGAGE<br>12660 W CAPITOL DRIVE<br>STE 100<br>BROOKFIELD, WI  53005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/30/2005 |
| ASTORIA FEDERAL MORTGAGE CORP.<br>ONE ASTORIA FEDERAL PLAZA<br>LAKE SUCCESS, NY  11042-1085 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  1/24/2003 |
| ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION<br>2000 MARCUS AVE<br>LAKE SUCCESS, NY  11042 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/8/2006 |

**Addition**

| | |
|---|---|
| AT CONFERENCE, INC<br>POB 2939<br>SOUTHAMPTON, NY  11969 | SERVICE AGREEMENT |
| AT CONFERENCE, INC.<br>POB 2939<br>SOUTHAMPTON, NY  11969 | VENDOR CONTRACT<br>TELECOMMUNICATIONS |
| AT&T CORP<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ  08807 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  11/15/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
               Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AT&T CORP<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ  08807 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 11/15/2006 |
| AT&T CORP<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ  08807 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 1/7/2004 |
| AT&T YELLOW PAGES<br>PO BOX 8112<br>AURORA, IL  60507-8112 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/4/2007 |
| ATHERTON HOMES<br>HOLLOW DRIVE<br>MANTECA, CA  95337 | LEASE<br>DESK RENTAL/MSA<br>4/1/2004 - 12/31/2016 |
| ATHERTON HOMES<br>961 JASMIN HOLLOW DRIVE<br>MANTECA, CA  95337 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  4/1/2004 |
| ATHERTON HOMES<br>961 JASMIN HOLLOW DRIVE<br>MANTECA, CA  95337 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  7/3/2006 |

**Addition**

| | |
|---|---|
| ATHLETES FIRST, LLC | OPERATING AGREEMENT |
| ATLANTA LATINO, INC<br>6400 ATLANTIC BLVD.<br>SUITE 200<br>NORCROSS, GA  30071 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  8/9/2006 |

**Addition**

| | |
|---|---|
| ATLANTA LATIONO, INC<br>6400 ATLANTIC BLVD.<br>SUITE 200<br>NORCROSS, GA  30071 | MARKETING CONTRACT<br>ADVERTISING CONTRACT<br>CONTRACT ID: 10833-1.0<br>EFFECTIVE DATE: 8/9/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
               Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

ATLANTA NEWS GROUP
1280 WEST PEACHTREE STREET
STE 220
ATLANTA, GA  30309

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  11/1/2005


ATLANTIC NATIONAL BANK
710 GLOUCESTER ST
BRUNSWICK, GA  31520

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/10/2006


ATLANTIC NATIONAL BANK
710 GLOUCESTER ST
BRUNSWICK, GA  31520

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  5/2/2007


ATLANTIC PACIFIC MORTGAGE
302 FELLOWSHIP ROAD
SUITE 110
MT. LAUREL, NJ  08054

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/5/2005


ATLANTIC PACIFIC MORTGAGE
302 FELLOWSHIP ROAD
SUITE 110
MT. LAUREL, NJ  08054

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/20/2005


ATLANTIC PACIFIC MORTGAGE CORP DBA AMERICAS FIRST
MORTGAGE CORP
15 W 129 AVE
#405
PEMBROKE PINES, FL  33027

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/4/2006


ATLANTIS CASINO RESORT SPA
3800 SOUTH VIRGINIA STREET
RENO, NV  89502

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  2/6/2006

**Addition**

ATLANTIS CONSULTING
1800 S WEST TEMPLE
#A328
SALT LAKE CITY, UT  84115

CO-BRAND MARKETING AGREEMENT
EFFECTIVE DATE:  8/3/2001


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____          _____
                        Debtor                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| ATLANTIS CONSULTING, LLC<br>1800 S WEST TEMPLE<br>#A328<br>SALT LAKE CITY, UT  84115 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 8/13/2001 |
| ATLAS MORTGAGE LENDING, LLC<br>800 N RAINBOW BLVD.#100<br>LAS VEGAS, NV  89107 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/26/2006 |
| ATLEADS LLC<br>101 PLAZA REAL SOUTH<br>BOCA RATON, FL  33432 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 2/21/2006 |
| ATM STAFFING | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/9/2007 |
| ATTORNEY MORTGAGE SERVICES<br>6545 CORPORATE CENTRE BLVD<br>ORLANDO, FL  32822 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/3/2005 |
| AUBERGE DU SOLEIL NAPA VALLEY<br>180 RUTHERFORD HILL RD<br>RUTHERFORD, CA  94573 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/25/2006 |
| AUGUSTA MORTGAGE COMPANY<br>243 DAVIS ROAD<br>AUGUSTA, GA  30907 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/19/2005 |
| AURORA FINANCIAL GROUP, INC<br>9 EVES DR<br>STE 190<br>MARLTON, NJ  08053 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2006 |
| AURORA LOAN SERVICES<br>PO BOX 631565<br>LITTLETON, CO  80163-1565 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 3/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AURORA LOAN SERVICES<br>PO BOX 631565<br>LITTLETON, CO  80163-1565 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT |
| AURORA MORTGAGE<br>SIDDHARTH G. DUBAL<br>LAW OFFICES OF SIDDHARTH G DUBAL<br>225 WEST 34TH STREET, SUITE 1303<br>NEW YORK, NY  10122 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/13/2005 |
| AURORA MORTGAGE, LLC<br>SIDDHARTH G. DUBAL<br>LAW OFFICES OF SIDDHARTH G DUBAL<br>225 WEST 34TH STREET, SUITE 1303<br>NEW YORK, NY  10122 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/19/2006 |
| AUSTIN & WILLIAMS, INC.<br>40-17 OSER AVENUE<br>HAUPPAUGE, NY  11788-3807 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 8/1/2006 |
| AUSTIN PERRY FINANCIAL CORPORATION<br>405-C WEST COLLEGE AVE<br>SANTA ROSA, CA  95401 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/11/2006 |
| AVALON COMMUNITIES<br>2900 EISENHOWER AVENUE<br>ALEXANDER, VA  22314 | LEASE<br>APARTMENT<br>4/1/2007 - 9/30/2008 |
| AVAYA INC (AND THEIR RESELLER STL COMMUNICATIONS)<br>POB 5332<br>NEW YORK, NY  10087-5332 | VENDOR CONTRACT<br>CALL CENTER<br>EFFECTIVE DATE: 8/25/2006 |
| AVAYA INC (AND THEIR RESELLER STL COMMUNICATIONS)<br>POB 5332<br>NEW YORK, NY  10087-5332 | VENDOR CONTRACT<br>CALL CENTER<br>EFFECTIVE DATE: 10/30/2006 |
| AVAYA INC (AND THEIR RESELLER STL COMMUNICATIONS)<br>POB 5332<br>NEW YORK, NY  10087-5332 | VENDOR CONTRACT<br>CALL CENTER<br>EFFECTIVE DATE: 2/7/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

Debtor                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| AVISTA ADVANTAGE, INC.<br>1313 NORTH ATLANTIC<br>5TH FLOOR<br>SPOKANE, WA  99201 | CLIENT SERVICE AGREEMENT<br>EFFECTIVE DATE:  2/15/2005 |
| AVR MANAGEMENT INC<br>3410 NORTH HIGH STREET<br>ONLEY, MD  20832 | LEASE<br>OFFICE<br>3/15/2007 - 3/14/2008 |
| AZOOGLE INC.<br>110 EAST 55TH ST<br>5TH FLOOR<br>NEW YORK, NY  10022 | MARKETING CONTRACT<br>LEADS AGREEMENTS |
| AZOOGLEADS, INC<br>110 EAST 55TH ST<br>5TH FLOOR<br>NEW YORK, NY  10022 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  10/26/2006 |
| B R BROOKFIELD COMMONS NO. 2<br>C/O CB RICHARD ELLIS<br>DEPARTMENT 59880<br>MILWAUKEE, WI  53259-0880 | LEASE<br>SHOPPING CENTER<br>8/10/2004 - 8/31/2009 |
| B&R 5160 PARKSTONE OWNER, LLC<br>C/O REDWOOD COMMERCIAL<br>P.O. BOX 2377<br>CENTREVILLE, VA  20122-2377 | LEASE<br>OFFICE<br>6/1/2007 - 2/28/2010 |
| B&R 5160 PARKSTONE OWNER, LLC<br>C/O REDWOOD COMMERCIAL<br>P.O. BOX 2377<br>CENTREVILLE, VA  20122-2377 | LEASE<br>OFFICE<br>3/1/2005 - 2/28/2010 |
| B&R 5160 PARKSTONE OWNER, LLC<br>C/O REDWOOD COMMERCIAL<br>P.O. BOX 2377<br>CENTREVILLE, VA  20122-2377 | LEASE<br>OFFICE<br>9/1/2005 - 2/28/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**
_____                                 _____
              Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BAGB/PRISM<br>700 CONGRESS STREET, STE 202<br>QUINCY, MA  02169-0902 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/21/2007 |
| BAIRD & BIRD INC.<br>609 E BALTIMORE PIKE<br>MEDIA, PA  19063 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 2/6/2006 |
| | **Addition** |
| BALBOA INSURANCE COMPANY<br>3349 MICHELSON DR<br>STE 200<br>IRVINE, CA  92612-8893 | MUTUAL CONFIDENTIALITY AGREEMENT |
| BALLANTYNE RESORT<br>NO ADDRESS PROVIDED | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/22/2006 |
| BALTIMORE AMERICAN MORTGAGE CORP<br>7484 CANDLEWOOD RD<br>BALITMORE, MD  21076 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/21/2006 |
| BALTIMORE AMERICAN MORTGAGE CORP<br>7484 CANDLEWOOD RD<br>BALITMORE, MD  21076 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/7/2006 |
| | **Addition** |
| BALTIMORE AMERICAN MORTGAGE CORP.<br>7484 CANDLEWOOD RD<br>HANOVER, MD  21076 | BAILMENT AGREEMENT<br>EFFECTIVE DATE: 11/22/2006 |
| | **Addition** |
| BALTIMORE AMERICAN MORTGAGE CORP.<br>7484 CANDLEWOOD RD<br>HANOVER, MD  21076 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MINI-BULK ADDENDUM<br>CONTRACT ID:  10011-2.0<br>EFFECTIVE DATE: 9/21/2006 |
| | **Addition** |
| BALTIMORE AMERICAN MORTGAGE CORP.<br>7484 CANDLEWOOD RD<br>HANOVER, MD  21076 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10011-1.0<br>EFFECTIVE DATE: 2/7/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                Case No.  **07-11051**

Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BALTIMORE COUNTY SETTLEMENT EXPENSE LOAN PROGRAM OFFICE OF COMMUNITY CONSERVATION - HOUSING OPERATIONS PROGRAM 6401 YORK RD 2ND FL BALTIMORE, MD  21212 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 7/5/2006 |
| BALTIMORE HOME TEAM, LLC 3600 O'DONNELL STREET BALTIMORE, MD  21224 | LEASE MSA 1/31/2007 - 12/31/2017 |
| BANC COMMERCE GROUP, LLC 5115 MARYLAND WAY BRENTWOOD, TN  37027 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  2/21/2003 |
| BANC COMMERCE GROUP, LLC 5115 MARYLAND WAY BRENTWOOD, TN  37027 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  2/8/2002 |
| BANC COMMERCE GROUP, LLC 5115 MARYLAND WAY BRENTWOOD, TN  37027 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  1/18/2000 |
| BANC INTERNET GROUP (GOLDLEAF TECHNOLOGIES) 5115 MARYLAND WAY BRENTWOOD, TN  37027 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  10/17/2003 |
| BANC OF AMERICA LEASING & CAPITAL, LLC POB 371992 LEASE ADMIN CNTR PITTSBURGH, PA  15250-7992 | VENDOR CONTRACT EQUIPMENT |
| BANCGROUP MORTGAGE CORP 104W S ROBERTS RD PALAS HILLS, IL  60465 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  4/13/2006 |

**Addition**

BANCO POPULAR NORTH AMERICA                SECONDARY MARKETING CONTRACT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| BANCORPSOUTH<br>RESIDENTIAL LENDING DEPARTMENT<br>5217 MARYLAND WAY<br>BRENTWOOD, TN  37027 | SECONDARY MARKETING CONTRACT<br>CORRESPONDENT CONSTRUCTION LOAN AGREEMENT |
| BANK ATLANTIC<br>P.O.BOX 8608<br>FT. LAUDERDALE, FL  33310-8608 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/27/2007 |
| BANK FIRST<br>9855 W 78TH ST<br>EDEN PRARIE, MN  55344 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/29/2005 |
| BANK LIBERTY<br>8740 N AMBASSADOR DR<br>KANSAS CITY, MO  64154 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/17/2006 |
| BANK LIBERTY<br>8740 N AMBASSADOR DR<br>KANSAS CITY, MO  64154 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/6/2007 |
| BANK OF AMERICA<br>11649 N PORT WASHINGTON RD<br>SUITE101<br>MEQUON, WI 53092 | COPIER CONTRACT<br>004-2182426<br>9/1/2005 - 10/1/2008 |
| BANK OF AMERICA<br>45 WESTLAKE RD.<br>HARDY, VA  24101 | COPIER CONTRACT<br>004-2184248-000<br>5/18/2005 - 8/8/2008 |
| BANK OF AMERICA<br>101-A LOUDOUN STREET<br>LEESBURG, VA  20175 | COPIER CONTRACT<br>004-2148752-000<br>10/30/2004 - 12/20/2007 |
| BANK OF AMERICA<br>111 SE EVERETT MALL WAY<br>SUITE B101<br>EVERETT, WA  98208 | COPIER CONTRACT<br>004-2147416-000<br>10/30/2004 - 12/8/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                          Debtor                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>17300 RIVER RIDGE BLVD<br>DUMFRIES, VA  22026 | COPIER CONTRACT<br>004-2195787-000<br>10/10/2005 - 10/13/2008 |
| BANK OF AMERICA<br>POB 60073<br>CITY OF INDUSTRY, CA  91716-0073 | COPIER CONTRACT<br>004-2188189<br>11/1/2005 - 12/1/2008 |
| BANK OF AMERICA<br>860 GREENBRIER CIRCLE<br>CHESAPEAKE, VA  23320 | COPIER CONTRACT<br>008-1602713-000 |
| BANK OF AMERICA<br>11201 S.E. 8TH STREET<br>BELLEVUE, WA  98004 | COPIER CONTRACT<br>004-2144181-000<br>10/30/2004 - 11/19/2007 |
| BANK OF AMERICA<br>3975 FAIR RIDGE DRIVE<br>315N<br>FAIRFAX, VA  22033 | COPIER CONTRACT<br>004-0141165-005 |
| BANK OF AMERICA<br>5160 PARKSTONE DRIVE<br>CHANTILLY, VA  20151 | COPIER CONTRACT<br>004-2196421-000<br>10/10/2005 - 10/18/2008 |
| BANK OF AMERICA<br>13890 BRADDOCK ROAD<br>SUITE 304A<br>CENTREVILLE, VA  20121 | COPIER CONTRACT<br>004-2177598-000<br>4/30/2005 - 6/17/2008 |
| BANK OF AMERICA<br>943 GLENWOOD STATION LANE<br>CHARLOTTESVILLE, VA  22901 | COPIER CONTRACT<br>008-1707612-000 |
| BANK OF AMERICA<br>1209 MAIN STREET<br>JUPITER, FL  33458 | COPIER CONTRACT<br>004-2195350-000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**
_____                                    _____
                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>1000 SAWGRASS CORPORATE PARKWAY<br>144<br>SUNRISE, FL  33323 | COPIER CONTRACT<br>004-2213429-000<br>12/5/2006 - 2/13/2009 |
| BANK OF AMERICA<br>4150 MARINER BLVD<br>SPRING HILL, FL  34609 | COPIER CONTRACT<br>004-2191110-000<br>8/23/2005 - 9/14/2008 |
| BANK OF AMERICA<br>801 SOUTH UNIVERSITY DRIVE<br>A139<br>PLANTATION, FL  33324 | COPIER CONTRACT<br>004-2146715-000<br>10/30/2004 - 11/22/2007 |
| BANK OF AMERICA<br>7009 DR. PHILLIPS BLVD<br>100<br>ORLANDO, FL  32819 | COPIER CONTRACT<br>404-2155227-000<br>1/3/2005 - 1/31/2008 |
| BANK OF AMERICA<br>1701 HIGHWAY A1A<br>VERO BEACH, FL  32963 | COPIER CONTRACT<br>004-2202523-000<br>11/30/2005 - 11/29/2008 |
| BANK OF AMERICA<br>24430 STATE ROAD 54<br>LUTZ, FL  33559 | COPIER CONTRACT<br>0042177981-000<br>4/30/2005 - 6/20/2008 |
| BANK OF AMERICA<br>2100 RIVEREDGE PARKWAY<br>120<br>ATLANTA, GA  30328 | COPIER CONTRACT<br>004-2185754-000<br>5/18/2005 - 8/10/2008 |
| BANK OF AMERICA<br>300 SW COLUMBIA STREET<br>103<br>BEND, OR  97702 | COPIER CONTRACT<br>004-2210127-000<br>12/5/2006 - 1/24/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>150 E WILSON BRIDGE ROAD<br>WORTHINGTON, OH  43085 | COPIER CONTRACT<br>007-1729303-000 |
| BANK OF AMERICA<br>12751 SOUTH DIXIE HIGHWAY<br>MIAMI, FL  33156 | COPIER CONTRACT<br>004-2189131-000<br>8/23/2005 - 8/30/2008 |
| BANK OF AMERICA<br>10660 FOREST HILL BLVD<br>160<br>WELLINGTON, FL  33414 | COPIER CONTRACT<br>004-2228640-000<br>2/5/2006 - 5/18/2009 |
| BANK OF AMERICA<br>480 N. ORLANDO<br>232<br>WINTER PARK, FL  32789 | COPIER CONTRACT<br>004-2186349-000<br>5/18/2005 - 8/12/2008 |
| BANK OF AMERICA<br>150 E WILSON BRIDGE ROAD<br>WORTHINGTON, OH  43085 | COPIER CONTRACT<br>007-1690272-000 |
| BANK OF AMERICA<br>57 EXECUTIVE PARK SOUTH<br>190<br>ATLANTA, GA  30329 | COPIER CONTRACT<br>004-2147025-000<br>10/30/2004 - 12/3/2007 |
| BANK OF AMERICA<br>TWO GREENTREE CENTRE<br>MARLTON, NJ  8053 | COPIER CONTRACT<br>004-2196937-000<br>10/10/2005 - 10/21/2008 |
| BANK OF AMERICA<br>6230 FAIRVIEW ROAD<br>100<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>004-2235457-000<br>2/5/2006 - 7/7/2009 |
| BANK OF AMERICA<br>6230 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>404-2154251-000<br>1/3/2005 - 1/26/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**        Case No.   **07-11051**
_____
                             Debtor                                                      (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>6230 FAIRVIEW ROAD<br>SUITE 400<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>004-2177982-000<br>4/30/2005 - 6/20/2008 |
| BANK OF AMERICA<br>1529-B PIEDMONT AVENUE<br>ATLANTA, GA  30324 | COPIER CONTRACT<br>004-2194305-000<br>8/30/2005 - 9/30/2008 |
| BANK OF AMERICA<br>2100 RIVEREDGE PARKWAY<br>SUITE 1200<br>ATLANTA, GA  30328 | COPIER CONTRACT<br>004-2186716-000<br>5/18/2005 - 8/16/2008 |
| BANK OF AMERICA<br>285 ELM STREET<br>CUMMING, GA  30040 | COPIER CONTRACT<br>004-2185751-000<br>5/18/2005 - 8/10/2008 |
| BANK OF AMERICA<br>2100 RIVEREDGE PARKWAY<br>120<br>ATLANTA, GA  30328 | COPIER CONTRACT<br>004-2186716-000 |
| BANK OF AMERICA<br>5250 S VIRGINIA STREET<br>345<br>RENO, NV  89502 | COPIER CONTRACT<br>004-2196698-000<br>10/10/2005 - 10/17/2008 |
| BANK OF AMERICA<br>1307 FRANKLIN ROAD<br>YUBA CITY, CA  95993 | COPIER CONTRACT<br>004-2222295-000 |
| BANK OF AMERICA<br>375 EAST HORSETOOTH ROAD<br>SUITE 200<br>FORT COLLINS, CO  80525 | COPIER CONTRACT<br>007-1731148-000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>5975 GREENWOOD PLAZA BLVD<br>GREENWOOD VILLAGE, CO  80111 | COPIER CONTRACT<br>004-2163498-000<br>3/5/2005 - 3/21/2008 |
| BANK OF AMERICA<br>8177 WEST GLADES ROAD<br>BOCA RATON, FL  33434 | COPIER CONTRACT<br>004-2201975-000<br>11/14/2005 - 11/22/2008 |
| BANK OF AMERICA<br>270 SOUTH SERVICE ROAD,<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>004-2141358-000<br>11/18/2004 - 11/18/2007 |
| BANK OF AMERICA<br>270 SOUTH SERVICE ROAD<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>0042172554-000<br>5/13/2005 - 5/13/2008 |
| BANK OF AMERICA<br>1201 WEST UNIVERSITY DRIVE<br>1275<br>CORAL SPRINGS, FL  33071 | COPIER CONTRACT<br>004-2207407-000<br>12/5/2006 - 1/4/2009 |
| BANK OF AMERICA<br>1625 S CONGRESS AVENUE<br>DELRAY BEACH, FL  33445 | COPIER CONTRACT<br>404-2152044-000<br>1/3/2005 - 1/11/2008 |
| BANK OF AMERICA<br>1625 S CONGRESS AVENUE<br>DELRAY BEACH, FL  33445 | COPIER CONTRACT<br>004-2143516-000<br>10/30/2004 - 11/17/2007 |
| BANK OF AMERICA<br>2900 FIRE ROAD<br>SUITE 202B<br>EGG HARBOR TOWNSHIP, NJ  8234 | COPIER CONTRACT<br>004-2162622-000<br>3/5/2005 - 3/15/2008 |
| BANK OF AMERICA<br>65 BROADWAY<br>KINGSTON, NY  12401 | COPIER CONTRACT<br>404-2162506-000<br>3/5/2005 - 3/15/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                                          Case No.  **07-11051**

Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>4460 CARVER WOODS DRIVE<br>CINCINNATI, OH  45242 | COPIER CONTRACT<br>004-2147412-000<br>10/30/2004 - 12/8/2007 |
| BANK OF AMERICA<br>34 SOUTH BROAD STREET<br>WOODBURY, NJ  8096 | COPIER CONTRACT<br>008-1671554-000 |
| BANK OF AMERICA<br>875 ROUTE 17 SOUTH<br>RAMSEY, NJ  7446 | COPIER CONTRACT<br>004-2188206-000 |
| BANK OF AMERICA<br>45 BRAINTREE HILL OFFICE PARK<br>BRAINTREE, MA  2184 | COPIER CONTRACT<br>404-2150704-000<br>10/30/2004 - 12/22/2007 |
| BANK OF AMERICA<br>3000 ATRIUM WAY<br>SUITE 108<br>MOUNT LAUREL, NJ  8054 | COPIER CONTRACT<br>008-1665976-00 |
| BANK OF AMERICA<br>51 E CAMPBELL AVE,  STE 170---CAMPBELL, CA 95008<br>MELVILLE, NY | COPIER CONTRACT<br>004-2186236<br>9/1/2005 - 10/1/2008 |
| BANK OF AMERICA<br>100 MATAWAN ROAD<br>MATAWAN, NJ  7747 | COPIER CONTRACT<br>006-0005576-001 |
| BANK OF AMERICA<br>5911 KINGSTOWNE VILLAGE PARKWAY<br>ALEXANDRIA, VA  22310 | COPIER CONTRACT<br>004-2181013-000<br>4/30/2005 - 7/11/2008 |
| BANK OF AMERICA<br>2 EXECUTIVE DRIVE<br>FORT LEE, NJ  7024 | COPIER CONTRACT<br>404-2150707-000<br>1/3/2005 - 1/3/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>285 ELM STREET<br>301<br>CUMMING, GA  30040 | COPIER CONTRACT<br>004-2185753-000<br>5/18/2005 - 8/10/2008 |
| BANK OF AMERICA<br>12 CORBETT WAY<br>EATONTOWN, NJ  7724 | COPIER CONTRACT<br>004-2200621-000<br>11/14/2005 - 11/15/2008 |
| BANK OF AMERICA<br>1625 S CONGRESS AVENUE<br>DELRAY BEACH, FL  33445 | COPIER CONTRACT<br>004-2193197-000<br>8/30/2005 - 9/27/2008 |
| BANK OF AMERICA<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>008-1716613-000 |
| BANK OF AMERICA<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>004-2196167-000<br>10/10/2005 - 10/17/2008 |
| BANK OF AMERICA<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>004-2210904-000<br>12/5/2006 - 1/27/2009 |
| BANK OF AMERICA<br>950 NORTH ELMHURST ROAD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>7400437-002<br>5/18/2005 - 8/18/2008 |
| BANK OF AMERICA<br>1245 E DIEHL ROAD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>004-2186092-000<br>5/18/2005 - 8/10/2008 |
| BANK OF AMERICA<br>1717 NORTH NAPER BLVD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>004-2128328-000<br>10/30/2004 - 11/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>1245 E DIEHL ROAD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>004-2196383-000<br>10/10/2005 - 10/18/2008 |
| BANK OF AMERICA<br>1245 E DIEHL ROAD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>004-2196385-000<br>10/10/2005 - 10/18/2008 |
| BANK OF AMERICA<br>1245 E DIEHL ROAD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>004-2196386-000<br>10/10/2005 - 10/18/2008 |
| BANK OF AMERICA<br>1245 E DIEHL ROAD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>004-2196166-000<br>10/10/2005 - 10/18/2008 |
| BANK OF AMERICA<br>100 CRESCENT CENTER PARKWAY<br>930<br>TUCKER, GA  30084 | COPIER CONTRACT<br>004-2200790-000<br>11/14/2005 - 11/16/2008 |
| BANK OF AMERICA<br>23003 W LINCOLN HIGHWAY<br>C<br>PLAINFIELD, IL  60544 | COPIER CONTRACT<br>004-2204952-000<br>11/30/2005 - 12/15/2008 |
| BANK OF AMERICA<br>10451 MILL RUN CIRCLE<br>SUITE 350<br>OWINGS MILLS, MD | COPIER CONTRACT<br>004-2213266-000<br>12/5/2006 - 2/14/2009 |
| BANK OF AMERICA<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>008-1705708-000 |
| BANK OF AMERICA<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>008-1705708-000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                            _____
                        Debtor                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21044 | COPIER CONTRACT<br>008-1670964-000 |
| BANK OF AMERICA<br>7910 WOODMONT AVENUE<br>BETHESDA, MD  20814 | COPIER CONTRACT<br>004-0172545-006 |
| BANK OF AMERICA<br>116 DEFENSE WAY<br>301<br>ANNAPOLIS, MD  21401 | COPIER CONTRACT<br>004-2207563-000<br>12/5/2006 - 1/5/2009 |
| BANK OF AMERICA<br>800 EAST HIGH STREET<br>A<br>LEXINGTON, KY  40502 | COPIER CONTRACT<br>004-2200802-000<br>11/14/2005 - 11/14/2008 |
| BANK OF AMERICA<br>810 C M FAGAN DRIVE<br>B<br>HAMMOND, LA  70403 | COPIER CONTRACT<br>004-2227002-000<br>2/5/2006 - 5/9/2009 |
| BANK OF AMERICA<br>1409 WEST CAUSEWAY APPROACH<br>MANDEVILLE, LA  70471 | COPIER CONTRACT<br>004-2129045-000<br>8/27/2004 - 8/27/2007 |
| BANK OF AMERICA<br>1409 WEST CAUSEWAY APPROACH<br>MANDEVILLE, LA  70471 | COPIER CONTRACT<br>004-2215299-000 |
| BANK OF AMERICA<br>6513-6515 W 127TH STREET<br>PALOS HEIGHTS, IL  60463 | COPIER CONTRACT<br>004-2201905-000<br>11/14/2005 - 11/22/2008 |
| BANK OF AMERICA<br>915 WEST 175TH STREET<br>HOMEWOOD, IL  60430 | COPIER CONTRACT<br>004-2128328-000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                         Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>85 S GAY STREET<br>SUSANVILLE, CA  96130 | COPIER CONTRACT<br>004-2182427<br>9/1/2005 - 10/1/2008 |
| BANK OF AMERICA<br>4740 WHITE BEAR LAKES<br>WHITE BEAR LAKES, MN  55110 | COPIER CONTRACT<br>004-2220781-000<br>12/5/2006 - 3/30/2009 |
| BANK OF AMERICA<br>ONE HARMON PLAZA<br>SECAUCUS, NJ  7094 | COPIER CONTRACT<br>004-2219478-000<br>12/5/2006 - 3/23/2009 |
| BANK OF AMERICA<br>701 XENIA AVENUE SOUTH<br>GOLDEN VALLEY, MN  55416 | COPIER CONTRACT<br>004-2190824-000 |
| BANK OF AMERICA<br>1107 HAZELTINE BLVD<br>CHASKA, MN  55318 | COPIER CONTRACT<br>004-2191812<br>10/1/2005 - 11/1/2008 |
| BANK OF AMERICA<br>2403 HARNISH DRIVE<br>105<br>ALGONQUIN, IL  60102 | COPIER CONTRACT<br>004-2144182-000<br>10/30/2004 - 11/19/2007 |
| BANK OF AMERICA<br>939 W. NORTH AVENUE<br>CHICAGO, IL  60610 | COPIER CONTRACT<br>004-2133888-000 |
| BANK OF AMERICA<br>33481 W 14 MILE ROAD<br>100<br>FARMINGTON HILLS, MI  48331 | COPIER CONTRACT<br>004-2220543-000<br>2/5/2006 - 4/19/2009 |
| BANK OF AMERICA<br>105 SOUTH YORK<br>ELMHURST, IL  60126 | COPIER CONTRACT<br>404-2161992-000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
            Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>004-2196165-000<br>10/10/2005 - 10/17/2008 |
| BANK OF AMERICA<br>915 WEST 175TH STREET<br>HOMEWOOD, IL  60430 | COPIER CONTRACT<br>004-2118224-000<br>6/25/2004 - 6/25/2007 |
| BANK OF AMERICA<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>404-2153923-000<br>1/3/2005 - 1/25/2008 |
| BANK OF AMERICA<br>765 ELA ROAD<br>100<br>LAKE ZURICH, IL  60047 | COPIER CONTRACT<br>004-2222296-000<br>2/5/2006 - 4/10/2009 |
| BANK OF AMERICA<br>246 EAST JANATA BLVD<br>LOMBARD, IL  60148 | COPIER CONTRACT<br>004-2118224-000<br>6/25/2004 - 6/25/2007 |
| BANK OF AMERICA<br>246 EAST JANATA BLVD<br>LOMBARD, IL  60148 | COPIER CONTRACT<br>004-2128328-000<br>10/30/2004 - 11/1/2007 |
| BANK OF AMERICA<br>246 EAST JANATA BLVD<br>LOMBARD, IL  60148 | COPIER CONTRACT<br>004-2128328-000<br>10/30/2004 - 11/1/2007 |
| BANK OF AMERICA<br>ONE CANAL PLAZA<br>PORTLAND, ME  4101 | COPIER CONTRACT<br>004-2186348-000<br>8/23/2005 - 8/23/2008 |
| BANK OF AMERICA<br>246 EAST JANATA BLVD<br>SUITE 220<br>LOMBARD, IL  60148 | COPIER CONTRACT<br>004-2218912-000<br>12/5/2006 - 3/20/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                    _____
                                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>14404 OLD MILL ROAD<br>UPPER MARLBORO, MD  20772 | COPIER CONTRACT<br>008-1705707-000 |
| BANK OF AMERICA<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>004-2118224-000<br>6/25/2004 - 6/25/2007 |
| BANK OF AMERICA<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>004-2184747-000<br>5/18/2005 - 8/3/2008 |
| BANK OF AMERICA<br>500 COLONIAL CENTER PARKWAY<br>ROSWELL, GA  30076 | COPIER CONTRACT<br>004-2195121-000<br>10/10/2005 - 10/10/2008 |
| BANK OF AMERICA<br>105 SOUTH YORK<br>ELMHURST, IL  60126 | COPIER CONTRACT<br>404-2161992-000 |
| BANK OF AMERICA<br>415 EAGLEVIEW BOULEVARD<br>EXTON, PA  19341 | COPIER CONTRACT<br>004-2146938-000<br>10/30/2004 - 11/22/2007 |
| BANK OF AMERICA<br>1400 W BENSON BLVD<br>ANCHORAGE, AK  99503 | COPIER CONTRACT<br>004-2244070-000 |
| BANK OF AMERICA<br>1929 HOOVER COURT<br>HOOVER, AL  35226 | COPIER CONTRACT<br>004-2200306-000<br>11/14/2005 - 11/10/2008 |
| BANK OF AMERICA<br>1293 PROFESSIONAL DRIVE<br>MYRTLE BEACH, SC  29577 | COPIER CONTRACT<br>004-2205184-000<br>11/30/2005 - 12/16/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                          Case No. **07-11051**

_____
Debtor                                                                                       (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>8767 EAST VIA DE VENTURA<br>120<br>SCOTTSDALE, AZ  85258 | COPIER CONTRACT<br>004-2222298-000<br>2/5/2006 - 4/10/2009 |
| BANK OF AMERICA<br>8700 E VIA DE VENTURA<br>SCOTTSDALE, AZ  85258 | COPIER CONTRACT<br>004-2190847<br>11/1/2005 - 12/1/2008 |
| BANK OF AMERICA<br>2390 EAST ORANGEWOOD<br>ANAHEIM, CA  92806 | COPIER CONTRACT<br>004-2182425<br>9/1/2005 - 10/1/2008 |
| BANK OF AMERICA<br>17777 CENTER COURT DRIVE<br>CERRITOS, CA  90703 | COPIER CONTRACT<br>004-2188190<br>10/1/2005 - 11/1/2008 |
| BANK OF AMERICA<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | COPIER CONTRACT<br>004-2186931<br>10/1/2005 - 11/1/2008 |
| BANK OF AMERICA<br>1390 WILLOW PASS ROAD<br>CONCORD, CA  94520 | COPIER CONTRACT<br>004-2190844<br>12/1/2005 - 1/1/2009 |
| BANK OF AMERICA<br>118 MABRY HOOD ROAD<br>KNOXVILLE, TN  37922 | COPIER CONTRACT<br>004-2185348-000 |
| BANK OF AMERICA<br>955 CHESTERBROOK BLVD<br>110<br>CHESTERBROOK, PA  19087 | COPIER CONTRACT<br>004-2211364-000<br>12/5/2006 - 1/31/2009 |
| BANK OF AMERICA<br>8767 EAST VIA DE VENTURA<br>120<br>SCOTTSDALE, AZ  85258 | COPIER CONTRACT<br>004-2222300-000<br>2/5/2006 - 4/10/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                           Debtor                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>314-315 EXTON COMMONS<br>EXTON, PA  19341 | COPIER CONTRACT<br>004-2190228-000<br>8/23/2005 - 9/7/2008 |
| BANK OF AMERICA<br>1954 ASHLEY RIVER ROAD<br>CHARLESTON, SC  29407 | COPIER CONTRACT<br>004-2213905-000<br>12/5/2006 - 2/17/2009 |
| BANK OF AMERICA<br>1954 ASHLEY RIVER ROAD<br>CHARLESTON, SC  29407 | COPIER CONTRACT<br>008-1707610-000 |
| BANK OF AMERICA<br>300 WELSH ROAD<br>HORSHAM, PA  19044 | COPIER CONTRACT<br>004-2204575-000<br>11/30/2005 - 12/13/2008 |
| BANK OF AMERICA<br>12025 PERRY HWY<br>WEXFORD, PA  15090 | COPIER CONTRACT<br>004-2139117-000<br>8/27/2004 - 10/29/2007 |
| BANK OF AMERICA<br>259 NORTH RADNOR CHESTER ROAD<br>RADNOR, PA  19087 | COPIER CONTRACT<br>004-2146934-000<br>10/30/2004 - 11/22/2007 |
| BANK OF AMERICA<br>2 WEST LAFAYETTE ST<br>NORRISTOWN, PA  19401 | COPIER CONTRACT<br>004-2211365-000<br>12/5/2006 - 1/31/2009 |
| BANK OF AMERICA<br>1250 CORONA POINTE<br>CORONA, CA  92879 | COPIER CONTRACT<br>004-4655400257<br>9/1/2005 - 10/1/2008 |
| BANK OF AMERICA<br>6516 STEUBENVILLE PIKE<br>PITTSBURGH, PA  15205 | COPIER CONTRACT<br>404-2150698-000<br>1/3/2005 - 1/5/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                         Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>109 LAURENS ROAD<br>GREENVILLE, SC  29607 | COPIER CONTRACT<br>008-1651270-000 |
| BANK OF AMERICA<br>6220 VIRGINIA PARKWAY<br>MCKINNEY, TX  75070 | COPIER CONTRACT<br>004-2198882<br>12/1/2005 - 1/1/2009 |
| BANK OF AMERICA<br>4600 REGENT BLVD<br>200<br>IRVING, TX  75063 | COPIER CONTRACT<br>004-2216547-000<br>12/5/2006 - 3/6/2009 |
| BANK OF AMERICA<br>2 SALINAS STREET<br>SALINAS, CA  93901 | COPIER CONTRACT<br>004-2192938<br>10/1/2005 - 11/1/2008 |
| BANK OF AMERICA<br>4600 REGENT BLVD<br>IRVING, TX  75063 | COPIER CONTRACT<br>004-2157447-000<br>1/3/2005 - 2/14/2008 |
| BANK OF AMERICA<br>4600 REGENT BLVD<br>200<br>IRVING, TX  75063 | COPIER CONTRACT<br>004-2216546-000<br>12/5/2006 - 3/6/2009 |
| BANK OF AMERICA<br>4600 REGENT BLVD<br>IRVING, TX  75063 | COPIER CONTRACT<br>004-2157447-000<br>1/3/2005 - 2/14/2008 |
| BANK OF AMERICA<br>POB 60073<br>CITY OF INDUSTRY, CA  91716-0073 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/11/2007 |
| BANK OF AMERICA<br>POB 60073<br>CITY OF INDUSTRY, CA  91716-0073 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  5/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BANK OF AMERICA<br>POB 60073<br>CITY OF INDUSTRY, CA  91716-0073 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 10/11/2006 |
| BANK OF AMERICA<br>POB 60073<br>CITY OF INDUSTRY, CA  91716-0073 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 10/11/2006 |
| BANK OF AMERICA, NATIONAL ASSOCIATION<br>100 NORTH TRYON STREET<br>NC1-007-06-06<br>CHARLOTTE, NC  28255 | TRADE CONFIRMATION - BANK OF AMERICA, NATIONAL ASSOCIATION<br>COMMITMENT LETTER<br>1.1 (J) FW<br>CONTRACT DATE:  9-MAY-07 |
| BANK OF AMERICA, NATIONAL ASSOCIATION (PURCHASER)<br>100 NORTH TRYON STREET<br>NC1-007-06-06<br>CHARLOTTE, NC  28255 | LOAN SALE/SERVICING AGREEMENT<br>MASTER BULK SALE AND SERVICING AGREEMENT<br>1.1 (J) BT<br>CONTRACT DATE:  1-JUN-07 |
| BANK OF ANN ARBOR<br>125 S FIFTH AVE<br>ANN ARBOR, MI  48104 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/10/2006 |
| BANK OF BOLIVAR<br>495 S SPRINGFIELD<br>BOLIVAR, MO  65613 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/24/2006 |
| BANK OF FRANKEWING<br>PO BOX 1<br>FRANKEWING, TN  38459 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE:  11/6/2001 |
| BANK OF HAWAII<br>PO BOX 2900<br>HONOLULU, HI  96846 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/9/2005 |
| BANK OF HOLDEN<br>1310S MAGUIRE<br>WARRENSBURG, MO  64093 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____                                    _____
Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

BANK OF IDAHO
1230 YELLOWSTONE
POCATELLO, ID  83201

    CORRESPONDENT CONTRACT
    MORTGAGE LOAN PURCHASE AGREEMENT
    EFFECTIVE DATE: 8/3/2005

BANK OF NEW YORK
700 VETERANS MEMORIAL HWY
STE 100
HAUPPAUGE, NY  11788

    VENDOR CONTRACT
    PROCESSING/SERVICING
    EFFECTIVE DATE: 1/11/2005

BANK OF THAYER
960 PREACHER ROE BLVD
WEST PLAINS, MO

    CORRESPONDENT CONTRACT
    MORTGAGE LOAN PURCHASE AGREEMENT
    EFFECTIVE DATE: 10/19/2006

BANK OF THAYER
960 PREACHER ROE BLVD
WEST PLAINS, MO

    CORRESPONDENT CONTRACT
    MORTGAGE LOAN PURCHASE AGREEMENT
    EFFECTIVE DATE: 5/31/2007

BANK VI
2020 S OHIO
SALINA, KS  67401

    CORRESPONDENT CONTRACT
    MORTGAGE LOAN PURCHASE AGREEMENT
    EFFECTIVE DATE: 8/18/2006

BANK VI
2020 S OHIO
SALINA, KS  67401

    CORRESPONDENT CONTRACT
    MORTGAGE LOAN PURCHASE AGREEMENT
    EFFECTIVE DATE: 3/30/2007

**Addition**

BANKATLANTIC BANCORP, INC.
2100 WEST CYPRESS CREEK RD
FORT LAUDERDALE, FL  33309

**Addition**

BANKERS EXPRESS MORTGAGE
26010 MUREAU RD
#130
CALABASAS, CA  91302

    SECONDARY MARKETING CONTRACT
    BROKER'S AGREEMENT

BANKERS FINANCIAL MORTGAGE GROUP, LTD
13101 PRESTON RD
#100
DALLAS, TX  75240

    CORRESPONDENT CONTRACT
    MORTGAGE LOAN PURCHASE AGREEMENT
    EFFECTIVE DATE: 10/31/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
                      Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

BANKERS MORTGAGE TRUST, INC
13790 NW 4TH ST
STE 106
SUNRISE, FL  33325

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/27/2006

**Addition**

BANKERS MORTGAGE TRUST, INC.
13790 NW 4TH ST
STE 106
SUNRISE, FL  33325

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10727-1.0
EFFECTIVE DATE: 7/27/2006

BANKERS WEST FUNDING CORPORATION
17890 CASTLETON ST
STE 138
CITY OF INDUSTRY, CA  91748

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/28/2007

BANKERS WEST FUNDING CORPORATION
17890 CASTLETON ST
STE 138
CITY OF INDUSTRY, CA  91748

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 12/28/2005

BANKERS WEST FUNDING CORPORATION
17890 CASTLETON ST
STE 138
CITY OF INDUSTRY, CA  91748

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/11/2006

**Addition**

BANKFINANCIAL, FSB
15W060 N FRONTAGE RD
BURR RIDGE, IL  60527

SECONDARY MARKETING CONTRACT
LOAN REFERRAL AGREEMENT
EFFECTIVE DATE: 6/27/2007

BANKRATE, INC.
11811 US HIGHWAY 1
SUITE 101
NO. PALM BEACH, FL  33408

MARKETING CONTRACT
WEB ADVERTISING

BANKSTAR
111 PROSPECT AVE
KIRKWOOD, MO  63122

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/25/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                        Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

BANKUNITED, FSB
7815 NW 148 ST
MIAMI LAKES, FL  33016

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE: 5/16/2006

BARBARA AND TOM LOHRER & MICHAEL COHEN
26 REDWOOD DRIVE
DIX HILLS, NY  11746

LEASE
OFFICE
9/1/2006 - 8/31/2007

Addition

BARCLASYS BANK PLS
200 PARK AVE
NEW YORK, NY  10166

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER / SERVICER
CUSTODIAL ACCOUNT CONTROL AGREEMENT
CONTRACT ID:  11133-2.0 (5)
EFFECTIVE DATE: 11/14/2006

Addition

BARCLASYS BANK PLS
200 PARK AVE
NEW YORK, NY  10166

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER / SERVICER
ELECTRONIC TRACKING AGREEMENT
CONTRACT ID:  11133-2.0 (4)
EFFECTIVE DATE: 11/14/2006

Addition

BARCLASYS BANK PLS
200 PARK AVE
NEW YORK, NY  10166

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER / SERVICER
CUSTODIAL AGREEMENT
CONTRACT ID:  11133-2.0 (3)
EFFECTIVE DATE: 11/14/2006

Addition

BARCLASYS BANK PLS
200 PARK AVE
NEW YORK, NY  10166

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER / SERVICER
FLOW MLP ISA
CONTRACT ID:  10535-2.0
EFFECTIVE DATE: 11/1/2006

Addition

BARCLASYS BANK PLS
200 PARK AVE
NEW YORK, NY  10166

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER / SERVICER
MASTER PURCHASE AGREEMENT
CONTRACT ID:  11133-2.0 (1)
EFFECTIVE DATE: 11/14/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**

                        Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

BARCLAYS BANK DELAWARE
100 S WEST STREET
WILMINGTON, DE  19801

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 6/9/2006


BARCLAYS BANK PLC
200 PARK AVENUE
ATTN: GENERAL COUNSEL
NEW YORK, NY  10166

ISDA CONTRACT


BARCLAYS BANK PLC (PURCHASER)
200 CEDAR KNOLLS ROAD
WHIPPANY, NJ  07981

LOAN SALE/SERVICING AGREEMENT
SERVICING AGREEMENT
1.1 (J) BV
CONTRACT DATE: 1-NOV-06


BARCLAYS BANK PLS
200 CEDAR KNOLLS ROAD
WHIPPANY, NJ  07981

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  11/1/2006


BARCLAYS BANK PLS
200 CEDAR KNOLLS ROAD
WHIPPANY, NJ  07981

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  11/14/2006


BARKLEY MORTGAGE LLC
7225 N ORACLE
#112
TUCSON, AZ  85741

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/17/2006

**Addition**

BARLAYS BANK DELAWARE
100 S WEST STREET
WILMINGTON, DE  19801

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID:  10535-1.0
EFFECTIVE DATE:  6/9/2006

**Addition**

BARLETT CHAMBER PHONE COMPANION
C/O VAUGHAN, THAIN & SPENCER, INC.
4 WALKER AVE
STE C
CLARENDAN HILLLS, IL  60514

MARKETING CONTRACT
ADVERTISING AGREEMENT
CONTRACT ID:  11641-1.0
EFFECTIVE DATE:  5/7/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**        Case No.  **07-11051**

                    Debtor                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| BARNSTORMER ENTERPRISES, INC.<br>109 CHAPIN ROAD<br>PO BOX 907<br>LEXINGTON, SC  29071 | LEASE<br>SHOPPING CENTER<br>8/1/2004 - 7/31/2009 |
| BARRISTER EXECUTIVE SUITES, INC.<br>9841 AIRPORT BLVD<br>SUITE 1200<br>LOS ANGELAS, CA  90045 | LEASE<br>EXECUTIVE SUITE<br>9/15/2006 - 9/14/2007 |
| BARRISTER EXECUTIVE SUITES, INC.<br>9841 AIRPORT BLVD<br>SUITE 1200<br>LOS ANGELAS, CA  90045 | LEASE<br>EXECUTIVE SUITE<br>12/1/2006 - 9/14/2007 |
| BARRONS MORTGAGE CORPORATION<br>203 NORTH BREA BLVD<br>STE 110<br>BREA, CA  92821-4056 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/29/2007 |
| BARSA CONSULTING GROUP<br>2900 WESTCHESTER AVE<br>PURCHASE, NY  10577 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/4/2006 |
| BARSA CONSULTING GROUP, LLC<br>2900 WESTCHESTER AVE<br>PURCHASE, NY  10577 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/4/2007 |
| BARSA CONSULTING GROUP, LLC<br>2900 WESTCHESTER AVE<br>PURCHASE, NY  10577 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  10/25/2006 |

**Addition**

| | |
| --- | --- |
| BARSA COUNSULTING GROUP<br>2900 WESTCHESTER AVE<br>PURCHASE, NY  10577 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIALITY AGREEMENT<br>CONTRACT ID:  10174-1.0<br>EFFECTIVE DATE:  4/4/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                        Case No.  **07-11051**
_____
                    Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

BARSA COUNSULTING GROUP
2900 WESTCHESTER AVE
PURCHASE, NY  10577

VENDOR
PROCESSING / SERVICING
CONSULTING SERVICES AGREEMENT FOR MIMIX INSTALL
(LAKEVIEW)
CONTRACT ID:  10174-2.0
EFFECTIVE DATE:  10/25/2006

*Addition*

BARSA COUNSULTING GROUP
2900 WESTCHESTER AVE
PURCHASE, NY  10577

VENDOR
PROCESSING / SERVICING
CONFIDENTIALITY AND SYSTEM ACCESS AGREEMENT-
RICHARD SANFILIPPO
CONTRACT ID:  10174-3.0
EFFECTIVE DATE:  4/4/2007

BARTLETT CHAMBER PHONE COMPANION

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  5/7/2007

BAY BANC MORTGAGE CORPORATION
801 COMPASS WAY
#208
ANNAPOLIS, MD  21401

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/28/2007

BAY BANC MORTGAGE CORPORATION
801 COMPASS WAY
#208
ANNAPOLIS, MD  21401

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/22/2006

BAY COLONY EXECUTIVE CENTER - WEST
MANAGEMENT OFFICE
8767 E. VIA DE VENTURA
SCOTTSDALE, AZ  85258

LEASE
OFFICE
6/1/2001 - 5/31/2011

BAY NATIONAL BANK
2328 WEST JOPPA RD
STE 325
LUTHERVILLE, MD  21093

CORRESPONDENT CONTRACT
BAILEE LETTER
EFFECTIVE DATE:  11/22/2006

*Addition*

BAY POINT MARRIOT RESORT
NO ADDRESS PROVIDED

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BAY ROCK MORTGAGE CORPORATION<br>11575 GREAT OAKS WAY<br>STE 300<br>ALPHARETTA, GA  30022 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/19/2006 |
| BAY SHORE FINANCIAL CORPORATION<br>620 N RAINBOW<br>LAS VEGAS, NV  89107 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/21/2006 |
| BAYPORTE ENTERPRISES INC DBA BAYPORTE FINANCIAL<br>1153 TRITON DR<br>#A1<br>FOSTER CITY, CA  94404 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/11/2007 |
| BBC FUNDING CORPORATION<br>6230 ORCHARD LAKE RD<br>STE 115<br>WEST BLOOMFIELD, MI  48322 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/12/2006 |
| | **Addition** |
| BEA SYSTEMS, INC.<br>2315 NORTH FIRST ST<br>SAN JOSE, CA  95131 | |
| | **Addition** |
| BEACH FIRST NATIONAL BANK<br>3751 GRISSOM PARKWAY<br>MYRTLE BEACH, SC  29577 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT AND ADDENDUMS<br>CONTRACT ID:  11587-1.0<br>EFFECTIVE DATE:  12/19/2006 |
| BEACHSIDE REALTY<br>1437 SE 17TH STREET<br>FT LAUDERDALE, FL  33316 | LEASE<br>MSA<br>2/1/2007 - 2/1/2017 |
| BEACHSIDE REALTY<br>237 REHOBOTH AVENUE<br>REHOBOTH, DE  19971 | LEASE<br>OFFICE<br>1/1/2005 - 12/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                        Case No.  **07-11051**
_____
                    Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| BEACON FINANCIAL MORTGAGE BANKERS<br>8726 NW 26TH STREET #24<br>DORAL, FL  33172 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2006 |
| BEAR STEARNS<br>ONE METROTECH CENTER NORTH<br>ATTN: DERIVIATES OPERATION 7TH FLOOR<br>BROOKLYN, NY  11201 | ISDA CONTRACT |
| BEARINGPOINT, INC.<br>757 THIRD AVE<br>NEW YORK, NY  10017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/10/2005 |
| BEAU RIVAGE RESORTS, INC<br>875 BEACH BLVD<br>BILOXI, MO  39530 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/18/2007 |
| BELCO COMMUNITY CREDIT UNION<br>403 NORTH SECOND ST<br>BOX 82<br>HARRISBURG, PA  17101-1343 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE:  5/1/2005 |
| BELLAGIO, LLC<br>3600 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NV  89109 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/30/2006 |
| BELLEVUE PROPERTIES GROUP<br>2900 FIRE ROAD LLC<br>219 N. WHITE HORSE PIKE<br>HAMMONTON, NJ  08037 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2008 |
| BELLSOUTH ADVERTISING AND PUBLISHING CORPORATION<br>2247 NORTHLAKE PKWY<br>TUCKER, GA  30084 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  9/5/2006 |
| BELLSOUTH ADVERTISING AND PUBLISHING CORPORATION<br>2247 NORTHLAKE PKWY<br>TUCKER, GA  30084 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**
_____
                              Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BELMONT CONFERENCE CENTER<br>6555 BELMONT WOODS ROAD<br>ELKRIDGE, MD  21075 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/27/2006 |
| BELVIDERE NETWORKING ENTERPRISES<br>3611 S HARBOR BLVD<br>#160<br>SANTA ANA, CA  92704 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/22/2006 |
| BENCHMARK LENDING GROUP, INC<br>120 STONY POINT RD<br>STE 210<br>SANTA ROSA, CA  95401 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/16/2006 |
| BENCHMARK MANAGEMENT, LLC<br>80 CORBETT WAY<br>EATONTOWN, NJ  07724 | LEASE<br>OFFICE<br>2/14/2006 - 2/28/2009 |
| BENCHMARK REALTORS LLC<br>1559 COMMERCE ROAD<br>SUITE 301<br>STAUNTON, VA  24401 | LEASE<br>MSA<br>4/1/2007 - 3/31/2017 |
| BENCHMARK REALTORS LLC<br>1559 COMMERCE RD<br>SUITE 301<br>VERONA, VA  24482 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/1/2007 |

**Addition**

| | |
|---|---|
| BENEPLACE, INC.<br>PO BOX 203550<br>AUSTIN, TX  78720 | |
| BENSON AND MANGOLD<br>27999 OXFORD ROAD<br>OXFORD, MD  21654 | LEASE<br>MSA<br>2/16/2005 - 12/31/2016 |
| BENSON AND MANGOLD LLC<br>27999 OXFORD RD<br>OXFORD, MD  21654 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/16/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**
_____
                                 Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BENSON AND MANGOLD LLC<br>27999 OXFORD RD<br>OXFORD, MD  21654 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/22/2006 |
| BEST COMPANY<br>C/O SMP CENTER LLC<br>6450 W. SPRING MOUNTAIN RD., #12<br>LAS VEGAS, NV  89146 | LEASE<br>OFFICE<br>7/1/1999 - 6/30/2008 |
| BEST MORTGAGE, INC<br>7001 N LOCUST<br>STE 101<br>GLADSTONE, MO  64118 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/21/2006 |
| BETHLAND LLC AKA EXIT REAL ESTATE<br>601 ROUTE 23 SOUTH<br>FRANKLIN, NJ  07416 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 4/15/2005 |
| BETHLAND LLC AKA EXIT REAL ESTATE<br>601 ROUTE 23 SOUTH<br>FRANKLIN, NJ  07416 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 5/13/2006 |

**Addition**

| | |
|---|---|
| BILTMORE ESTATE<br>7142 COLUMBIA GATEWAY DR<br>COLUMBIA, MD  21046 | |
| BILTMORE FINANCIAL BANCORP, INC<br>10 EXECUTIVE CT<br>STE 3<br>SOUTH BARINGTON, DE  60010 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/13/2006 |
| BIRCH DEVELOPEMENT<br>7777 GLADES ROAD<br>#212<br>BOCA RATON, FL  33434 | LEASE<br>SHOPPING CENTER<br>6/14/2006 - 6/30/2011 |
| BIRDSONG SPORTS<br>POB 316<br>LITTLE ROCK, AR  72203 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____                              _____
                          Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

BIRMINGHAM BANCORP MORTGAGE CORP
6230 ORCHARD LAKE RD
WEST BLOOMFIELD, MI  48322

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE: 7/14/2006

**Addition**

BISYS RETIREMENT SERVICES, INC.
14221 GOLF COURSE DR
PO BOX 979
BRAINERD, MN  56401

EFORMS AGREEMENT

**Addition**

BISYS RETIREMENT SERVICES, INC.
14221 GOLF COURSE DR
PO BOX 979
BRAINERD, MN  56401

VENDOR
PROCESSING / SERVICING
IRA ACCOUNT-SERVICING AGREEMENT
CONTRACT ID:  11557-1.0
EFFECTIVE DATE:  4/5/2007

BITKOO, LLC
5822 MORELLA AVE
VALLEY VILLAGE, CA  91617

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  7/25/2007

BJ PERSONNEL DBA OPUS STAFFING
175 PINELAWN RD
ST 307
MELVILLE, NY  11747

HUMAN RESOURCES CONTRACT
TEMPORARY STAFFING
EFFECTIVE DATE:  7/12/2007

BLACKFIN REALTY TRUST C/O CRUISE PROPERTIES
120 TORREY STREET
BROCKTON, MA  02301

LEASE
OFFICE
12/1/2004 - 12/1/2007

BLACKHAWK MANAGEMENT INC.
13121-1 ATLANTIC BLVDQ
JACKSONVILLE, FL  32225

LEASE
OFFICE
9/1/2005 - 8/31/2007

BLACKMONT CAPITAL INC.

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  1/26/2006

BLACKROCK FINANCIAL MANAGEMENT, INC.
40 EAST 52ND ST
NEW YORK, NY  10022

VENDOR CONTRACT
SOFTWARE

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**
_____                    _____
                          Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| BLACKSTONE MANAGEMENT PARTNERS V, LLC<br>345 PARK AVE<br>NEW YORK, NY  10154 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>NON-DISCLOSURE AGREEMENT<br>CONTRACT ID:  11634-1.0<br>EFFECTIVE DATE: 4/30/2007 |
| BLOOMBERG L.P.<br>POB 30244<br>HARTFORD, CT  06150-0244 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/20/2006 |
| BLOOMBERG L.P.<br>POB 30244<br>HARTFORD, CT  06150-0244 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/2/2002 |
| BLUE ADOBE FINANCIAL INC DBA BLUE ADOBE MORTGAGE<br>566 OCEAN VIEW AVE<br>SANTA CRUZ, CA  95062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/28/2006 |
| BLUE BEAR PROPERTIES, LP, A TEXAS LIMITED PARTNERSHIP<br>5005 RIVERWAY SUITE 460<br>HOUSTON, TX  77056 | LEASE<br>OFFICE<br>8/1/2007 - 9/30/2010 |
| BLUE BELL MORTGAGE GROUP, LLP<br>830 PENLLYN PIKE<br>BLUE BELL, PA  19422 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/21/2006 |
| BLUE CHIP SERVICES<br>3008 GREEN ST<br>STE B<br>HARRISBURG, PA  17110 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 6/15/2006 |
| BLUE CHIP SERVICES<br>3008 GREEN ST<br>STE B<br>HARRISBURG, PA  17110 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 7/7/2005 |
| BLUE KEY FINANCIAL MORTGAGE CORP.<br>33 BAY RIDGE AVE<br>BROOKLYN, NY  11220 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 7/11/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**

Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BLUE SKY MORTGAGE COMPANY<br>114 WABASH ST.<br>PITTSBURGH, PA  15205 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 2/11/2005 |
| BLUE SKY MORTGAGE COMPANY<br>114 WABASH ST.<br>PITTSBURGH, PA  15205 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/20/2006 |
| BLUESTONE RELOCATION SERVICES<br>1305 POST ROAD<br>SUITE 204<br>FAIRFIELD, CT  06824 | LEASE<br>MSA<br>4/20/2007 - 4/19/2008 |
| BLUESTONE RELOCATION SERVICES, INC<br>1305 POST ROAD<br>SUITE 204<br>FAIRFIELD, CT  06824 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 4/20/2007 |
| BLUESTONE RELOCATION SERVICES, INC<br>1305 POST ROAD<br>SUITE 204<br>FAIRFIELD, CT  06824 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/20/2007 |
| **Addition** | |
| BLUESTONE RELOCATION SERVICES, INC.<br>1305 POST RD<br>STE 204<br>FAIRFIELD, CT  6824 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>LEADS AGREEMENT<br>CONTRACT ID: 11596-1.0<br>EFFECTIVE DATE: 4/20/2007 |
| **Addition** | |
| BLUESTONE RELOCATION SERVICES, INC.<br>1305 POST RD<br>STE 204<br>FAIRFIELD, CT  6824 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID: 11596-2.0<br>EFFECTIVE DATE: 4/20/2007 |
| BM REAL ESTATE SERVICES, INC<br>5016 N PANEWAY CALABASAS<br>CALABASAS, VA  91302 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BNC MORTGAGE, INC<br>1063 MCGRAW AVE<br>IRVINE, CA  22614 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/24/2001 |
| BNC MORTGAGE, INC<br>1063 MCGRAW AVE<br>IRVINE, CA  22614 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/7/2007 |
| BNC MORTGAGE, INC<br>1063 MCGRAW AVE<br>IRVINE, CA  22614 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 6/30/2004 |
| BNG DEVELOPMENT, LLC<br>4606 ILLINOIS RD<br>FORT WAYNE, IN  46804 | LEASE<br>OFFICE<br>4/26/2007 - 4/30/2012 |
| BOA<br>7535 EAST HAMPDEN AVENUE<br>DENVER, CO  80015 | COPIER CONTRACT<br>CO1076 |
| BOB WHITE HEATING (KEVIN RITZI)<br>11 SOUTH ROAD<br>SUITE 3<br>READFIELD, MA  04355 | LEASE<br>DESK RENTAL<br>6/5/2007 - 6/4/2017 |
| BOBBY ROAN<br>4700 ROWLETT ROAD<br>ROWLETT, TX  75088 | LEASE<br>OFFICE<br>6/1/2007 - 5/31/2008 |
| BONNER 486, LLC<br>13356 METCALF AVE.<br>OVERLAND PARK, KS  66213 | LEASE<br>OFFICE<br>12/1/2004 - 11/30/2009 |
| BONNEVILLE OFFICE CENTER, LLC<br>891 WEST BOULEVARD<br>HARTFORD, CT  06106 | LEASE<br>OFFICE<br>9/1/2005 - 8/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**

_____
Debtor                                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BORGATA HOTEL CASINO & SPA<br>ONE BORGATA WAY<br>ATLANTIC CITY, NJ  08401 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/13/2007 |

<div align="center"><b>Addition</b></div>

| | |
|---|---|
| BORGOTA HOTEL CASINO & SPA<br>ONE BORGATA WAY<br>ATLANTIC CITY, NJ  08401 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID:  11744-1.0<br>EFFECTIVE DATE:  6/13/2007 |
| BOSTON PROPERTIES<br>PO BOX 3557<br>BOSTON, MA  02241 | LEASE<br>OFFICE<br>3/1/2005 - 2/29/2008 |
| BOSTON PRPERTIES LIMITED PARTNERSHIP<br>PO BOX 3557<br>BOSTON, MA  02241-3557 | LEASE<br>OFFICE<br>11/16/2006 - 11/30/2011 |
| BOSTON SAFE DEPOSIT AND TRUST COMPANY | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  4/26/2000 |
| BOULDER REALTY GROUP, LLC DBA KELLER WILLIAMS FRONT RANGE PROPERTIES, LLC<br>1690 30TH STREET<br>BOULDER, CO  80301 | LEASE<br>OFFICE<br>3/15/2007 - 3/14/2008 |
| BOULDER REALTY GROUP, LLC DBA KELLER WILLIAMS FRONT RANGE PROPERTIES, LLC<br>1690 30TH STREET<br>BOULDER, CO  80301 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  3/15/2007 |
| BOULEVARD BANK<br>111 E MAIN ST<br>NEOSHO, MO  64850 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

            Debtor                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<center>Addition</center>

BOY SCOUT OF AMERICA, SOUTH FLORIDA COUNCIL
15255 NW 82ND AVE
MIAMI LAKES, FL  33016

MARKETING CONTRACT
PREFERRED LENDER
INCLUSION INTO AHM'S POWER SHARING PROGRAM
CONTRACT ID:  11768-1.0
EFFECTIVE DATE:  6/15/2007


BR SEARCH, INC
49 WILD FLOWER CT
COPPEROPOLIS, CA  95228

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  1/26/2007

<center>Addition</center>

BRADFORD FEDERAL
11 W RIDGELY RD
PO BOX 505
LUTHERVILLE, MD  21094

AFFINITY AGREEMENT
EFFECTIVE DATE:  8/15/2007


BRADFORD MORTGAGE COMPANY
100 NORTH CHERRY ST
#400
WINSTON SALEM, NC  27101

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  1/26/2007


BRADFORD MORTGAGE COMPANY
100 NORTH CHERRY ST
#400
WINSTON SALEM, NC  27101

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  5/15/2007


BRADFORD MORTGAGE COMPANY
100 NORTH CHERRY ST
#400
WINSTON SALEM, NC  27101

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  9/7/2006


BRANDYWINE OPERATING PARTNERSHIP, LP
P.O. BOX 8538-363
PHILADELPHIA, PA  19171

LEASE
OFFICE
11/1/2005 - 10/31/2007


BRASSSTAR.COM

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE:  8/6/2001


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
                          Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BRAVEPOINT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA  30071 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/11/2006 |
| BRAVEPOINT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA  30071 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/17/2006 |
| BRAVEPOINT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA  30071 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/9/2007 |
| BRAVEPOINT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA  30071 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/23/2007 |
| BRAVEPOINT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA  30071 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/23/2007 |
| BRAVEPOINT-JOHN ABBOTT<br>5000 PEACHTREE INDUSTRIAL BLVD<br>SUITE 100<br>NORCROSS, GA  30071 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/23/2006 |
| BRCH GROVE PLAZA<br>4335 24TH AVENUE<br>FORT GRATIOT, MI  48059 | LEASE<br>OFFICE<br>2/1/2004 - 1/31/2008 |
| BRCP AURORA MARKETPLACE, LLC<br>3033 SOUTH PARKER ROAD<br>SUITE 600<br>AURORA, CO  80014 | LEASE<br>OFFICE<br>4/10/2006 - 7/31/2011 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BRENAVOIR<br>1020 EDNAM CENTER<br>SUITE 102<br>CHARLOTTESVILLE, VA  22903 | LEASE<br>OFFICE<br>5/1/2006 - 4/30/2011 |
| BRENNER MORTGAGE CORP.<br>101 E HURD<br>STE F<br>EDMOND, OK  73034 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/15/2006 |
| BRENWARD MORTGAGE CORPORATION<br>17150 NORWALK BLVD<br>#110<br>CEMTOS, CA  90703 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/8/2006 |
| BRICKYARD BANK<br>6676 NORTH LINCOLD AVE<br>LINCOLNWOOD, IL  60172 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 6/12/2007 |
| BRIDGE STREET FUNDING, INC.<br>1650 SYCAMORE AVE<br>STE 17<br>BOHEMIA, NY  11716 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/4/2006 |
| BRIDGE STREET FUNDING, INC.<br>1650 SYCAMORE AVE<br>STE 17<br>BOHEMIA, NY  11716 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 1/21/2005 |
| BRIDGEPORT LENDING, LLC<br>3300 NW 25TH STREET<br>OKLAHOMA CITY, OK  73107 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/1/2006 |
| BRIDON REALTY COMPANY, LLC<br>254 S. MAIN STREET<br>SUITE 104<br>NEW CITY, NY  10956 | LEASE<br>RETAIL<br>2/1/1998 - 1/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.** _____    Case No.  **07-11051** _____

Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BRIG OWEN<br>1230 31ST ST NW<br>WASHINGTON, DC  20007 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/18/2007 |
| **Addition** | |
| BRIGGS<br>1501 BROADWAY<br>NEW YORK, NY  10036 | |
| BRIGHTEN LENDING<br>11100 VALLEY BLVD<br>#218<br>EL MONTE, CA  91731 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/15/2006 |
| **Addition** | |
| BRIGHTON BANK<br>7663 HIGHWAY 51 S<br>BRIGHTON, TN  38011 | LOAN SALE AGREEMENT<br>EFFECTIVE DATE: 6/4/2003 |
| BRIMFIELD BANK<br>4207 N PROSPECT RD<br>PEORIA HEIGHTS, IL  61616 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/12/2006 |
| BRIMFIELD BANK<br>4207 N PROSPECT RD<br>PEORIA HEIGHTS, IL  61616 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/20/2007 |
| **Addition** | |
| BRISTOL HOME MORTGAGE<br>7251 WEST PALMETTO PARK RD<br>THIRD FL<br>BOCA RATON, FL  33433 | MORTGAGE BROKER AGREEMENT |
| BRIT-FIFTY WEST, LLC C/O JEFFERY LEE COHEN<br>5410 EDSON LANE<br>SUITE 200<br>ROCKVILLE, MD  20852 | LEASE<br>OFFICE<br>8/13/2004 - 8/12/2009 |
| BROADVIEW MORTGAGE COMPANY<br>2191 TH ST.<br>SUITE 107<br>NORCO, CA  92860 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/17/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BROADVIEW MORTGAGE CORPORATION<br>2191 TH ST.<br>SUITE 107<br>NORCO, CA  92860 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/27/2006 |
| BROADVIEW MORTGAGE CORPORATION<br>2191 TH ST.<br>SUITE 107<br>NORCO, CA  92860 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/27/2006 |
| BROADVIEW MORTGAGE CORPORATION<br>2191 TH ST.<br>SUITE 107<br>NORCO, CA  92860 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/27/2006 |
| BROADWING COMMUNICATIONS, LLC<br>1122 CAPITAL OF TEXAS HIGHWAY S<br>AUSTIN, TX  78746-6426 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 12/10/2003 |
| BRODERICK PERKINS<br>350 E MISSION ST<br>LOFT 204<br>SAN JOSE, CA  95112-3199 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 12/7/2005 |
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ  85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 10/19/2006 |
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ  85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/3/2007 |
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ  85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 9/1/2006 |
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ  85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                        Debtor                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ 85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/1/2006 |
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ 85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/1/2006 |
| BROKER AGENT MAGAZINE, LLC<br>PO BOX 55480<br>PHOENIX, AZ 85078 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/10/2007 |

<div align="center"><b>Addition</b></div>

| | |
|---|---|
| BROOKS SYSTEM LLC<br>2 STATE ST<br>STE 200<br>NEW LONDON, CT 06320 | VENDOR<br>SOFTWARE<br>WEBSITE SERVICES LICENSE AGREEMENT<br>(BROOKSWEBCALCS COMPLIANCE PORTA FOR TRUST IN LENDING ACT)<br>CONTRACT ID: 655-1.0<br>EFFECTIVE DATE: 2/15/2007 |
| BROOKS SYSTEMS LLC<br>2 STATE STREET<br>PO BOX 1150<br>NEW LONDON, CT 06320-1150 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 2/15/2007 |
| BROOKWOOD TAMARAC PLAZA, INV. C/O FREDRICK ROSS CO.<br>7535 EAST HAMPTON AVE<br>SUITE 100<br>DENVER, CO 80231 | LEASE<br>OFFICE<br>3/1/2003 - 7/31/2009 |
| BRUNSWICK COUNTY CHAMBER OF COMMERCE<br>PO BOX 1185<br>SHALLOTTE, NC 28459 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/10/2007 |
| BRYAN BANK & TRUST<br>9971 FORD AVE<br>RICHMOND HILL, GA 31324 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 1/4/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be. The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                Case No.  **07-11051**

                        Debtor                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BRYAN BANK & TRUST<br>9971 FORD AVE<br>RICHMOND HILL, GA  31324 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/11/2006 |
| BSM FINANCIAL SERVICES<br>1301 CENTRAL EXPRESSWAY S<br>ALLEN, TX  75013 | LEASE<br>OFFICE<br>10/1/2006 - 8/31/2008 |
| BSM FINANCIAL, LP<br>1301 CENTRAL EXPRESSWAY S<br>ALLEN, TX  75013 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/21/2006 |
| BSM FINANCIAL, LP<br>1301 CENTRAL EXPRESSWAY S<br>ALLEN, TX  75013 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/21/2006 |
| BTM ENTERPRISES CENTURY 21 HBS REALTY<br>3 CROSBY LANE<br>LONDONDERRY, NH  03053 | LEASE<br>DESK RENTAL<br>3/1/2006 - 12/31/2016 |
| BUCKINGHAM MORTGAGE CORPORATION<br>1593 SPRING HILL RD<br>#300<br>VIENNA, VA  22182 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/21/2006 |
| BUCK-KENNETT ASSOCIATES, L.L.C.<br>3711 KENNETT PIKE<br>P.O. BOX 4095<br>GREENVILLE, DE  19807 | LEASE<br>OFFICE<br>7/1/2004 - 6/30/2009 |

**Addition**

| | |
|---|---|
| BUFF WOLFE, LP<br>3800 BUFFALO SPEEDWAY<br>STE 200<br>HOUSTON, TX  77098-3706 | VENDOR<br>SOFTWARE LICENSE AGREEMENT WITH A RELATED NON-DISCLOSURE AGREEMENT AND STATEMENT OF WORK (FOR IMPLEMENTATION OF THE SOFTWARE)<br>CONTRACT ID:  10701-1.0<br>EFFECTIVE DATE: 8/16/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  __07-11051__

_____Debtor_____                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BUILDER ASSOCIATION OF NORTH NEVADA (BANN)<br>NO ADDRESS PROVIDED | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/21/2007 |
| BUILDER HOMESITE, INC.<br>6500 RIATA PARK COURT<br>BUILDING A<br>STE 100<br>AUSTIN, TX  78727 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 12/2/2004 |

**Addition**

| | |
|---|---|
| BUILDERS & DEVELOPMENT MORTGAGE, LLC | |
| BUILDER'S REALTY COUNSEL | MARKETING CONTRACT<br>LEADS AGREEMENTS |
| BUILDER'S REALTY COUNSEL | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL |
| BUILDING CHAMPIONS<br>ANN MARIE JENKINS-SUITE 101<br>10 POPE AVE-EXECUTIVE CENTER<br>HILTON HEAD ISLAND, SC  29928 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/6/2007 |
| BUILDING CHAMPIONS<br>ANN MARIE JENKINS-SUITE 101<br>10 POPE AVE-EXECUTIVE CENTER<br>HILTON HEAD ISLAND, SC  29928 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/2/2007 |
| BUILDING CHAMPIONS<br>ANN MARIE JENKINS-SUITE 101<br>10 POPE AVE-EXECUTIVE CENTER<br>HILTON HEAD ISLAND, SC  29928 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/15/2007 |
| BUILDING CHAMPIONS<br>ANN MARIE JENKINS-SUITE 101<br>10 POPE AVE-EXECUTIVE CENTER<br>HILTON HEAD ISLAND, SC  29928 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/2/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                        _____
                          Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<center>Addition</center>

BUILDING CHAMPIONS DANIEL HARKAVY
5285 SW MEADOWS RD
STE 420
LAKE OSWEGO, OR  97035

VENDOR
SITE USE
SPEAKER AGREEMENT (DANIEL HARKAVY)
CONTRACT ID:  614-1.0
EFFECTIVE DATE:  10/3/2006


BUILDING CHAMPIONS   DANIEL HARKAVY
ANN MARIE JENKINS-SUITE 101
10 POPE AVE-EXECUTIVE CENTER
HILTON HEAD ISLAND, SC  29928

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  10/3/2006


BUILDING CHAMPIONS, INC
ANN MARIE JENKINS-SUITE 101
10 POPE AVE-EXECUTIVE CENTER
HILTON HEAD ISLAND, SC  29928

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  1/23/2007

<center>Addition</center>

BUILDING CHAMPIONS, INC.
5285 SW MEADOWS RD
STE 420
LAKE OSWEGO, OR  97035

VENDOR
PROCESSING / SERVICING
TRAINING SERVICES AGREEMENT; TRAINING SERVICES AND
CERTIFICATION AGREEMENT
CONTRACT ID:  614-2.0
EFFECTIVE DATE:  1/23/2007


BURBANK GRAPHICS, INC
1707 FOURTH ST
PO BOX 5469
TRENTON, NJ  08638

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  4/26/2007


BURR WOLFE, LP
POB 201977
HOUSTON, TX  77216-1977

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  8/16/2006


BUSH & HEWITT HOLDING, INC.
4769 ENTERPRISE CIR N
#108
TEMECULA, CA

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  4/13/2006


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                        Debtor                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *Addition* | |
| BUSINESS IMAGING & GRAPHICS, INC (BIG)<br>308 W MULBERRY AVE<br>SEARCY, AR  72143 | VENDOR<br>FACILITIES (FILE STORAGE)<br>SERVICING AGREEMENT FOR STORAGE, SHIPPING AND INVENTORY SERVICES IN CONNECTION WITH CONVENTION BOOTH MATERIALS<br>CONTRACT ID:  10766-1.0<br>EFFECTIVE DATE:  9/11/2006 |
| BUSINESS IMAGING &GRAPHICS, INC (BIG)<br>308 W MULBERRY AVE<br>SEARCY, AR  72143 | VENDOR CONTRACT<br>FACILITIES (FILE STORAGE)<br>EFFECTIVE DATE:  9/11/2006 |
| BUSINESS OBJECTS AMERICAS<br>C/O CITIBANK N.A.<br>PO BOX 2299<br>CAROL STREAM, IL  60132-2299 | VENDOR CONTRACT<br>SOFTWARE |
| BUSINESS OBJECTS AMERICAS<br>C/O CITIBANK N.A.<br>PO BOX 2299<br>CAROL STREAM, IL  60132-2299 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/5/2006 |
| BUSINESS REALITY NETWORK<br>1361 E BIG BEAVER RD, STE 100<br>TROY, MI  48083 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  5/30/2006 |
| *Addition* | |
| BUSINESS REALTY NETWORK, INC.<br>1339 COOLIDGE HWY<br>TROY, MI | CLIENT SERVICE AGREEMENT |
| *Addition* | |
| BUSINESS REALTY NETWORK, INC.<br>1339 COOLIDGE HWY<br>TROY, MI | MODIFICATION AGREEMENT |
| BUSINESS WIRE<br>44 MONTGOMERY STREET<br>39TH FLOOR<br>SAN FRANCISCO, CA  94104 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/16/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                         Case No.  **07-11051**
_____                                        _____
Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BUTLER INC. DBA REAL ESTATE CONSULTANTS<br>5 COMMERCIAL PLAZA<br>ELKTON, MD  21921 | LEASE<br>DESK RENTAL<br>10/1/2005 - 12/31/2016 |
| BUY AMERICAN, INC.<br>48 E CHESTNUT ST<br>SHARON, MA  02067 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  1/30/2004 |
| BUYERS ASSISTANCE LLC DBA NEWSONG BUYERS ASSISTANCE<br>8022 S MEMORIAL DR<br>TULSA, OK | MARKETING CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  9/1/2006 |
| BUYERS ASSISTANCE LLC DBA NEWSONG BUYERS ASSISTANCE<br>8022 S MEMORIAL DR<br>TULSA, OK | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  9/1/2006 |
| BUYERS HOME CONNECTION, INC DBA BHC MORTGAGE, INC<br>6191 ORANGE DR<br>STE 6169J<br>DAVIE, FL  35314 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  3/30/2007 |

**Addition**

| | |
|---|---|
| BVS TRAINING SOLUTIONS<br>4060 GLASS RD NE<br>CEDAR RAPIDS, IA  52402 | LICENSE AGREEMENT<br>EFFECTIVE DATE:  1/1/2005 |
| BYRON BANK<br>2445 84TH ST SW<br>BYRON CENTER, MI  49315 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/1/2007 |
| C & H PROPERTIES, LLC<br>318A GUILBAU ROAD<br>LAFAYETTE, LA  70506 | LEASE<br>OFFICE<br>6/14/2007 - 6/13/2010 |
| C & J MAINTENANCE | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE:  7/14/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

_____

Debtor                                                                                  (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| C U WEST MORTGAGE, INC.<br>9500 CLEVELAND AVENUE<br>SUITE 200<br>RANCHO CUCAMONGA, CA  91730 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/3/2005 |
| C&F MORTGAGE CORPORATION<br>1400 ALVERSER DRIVE<br>MIDLOTHIAN, VA  23113 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2005 |
| C&F MORTGAGE CORPORATION<br>1400 ALVERSER DRIVE<br>MIDLOTHIAN, VA  23113 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/18/2007 |
| | **Addition** |
| C.J. MAINTENANCE, INC.<br>5525 TWIN KNOLLS ROAD<br>SUITE 323<br>COLUMBIA, MD  21045 | VENDOR<br>FACILITIES (CLEANING)<br>CLEANING AGREEMENT<br>CONTRACT ID:  11225-1.0<br>EFFECTIVE DATE:  7/14/2005 |
| CABLEVISION LIGHTPATH, INC.<br>P.O. BOX 360111<br>PITTSBURGH, PA  15251-6111 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  11/22/2005 |
| CABLEVISION LIGHTPATH, INC.<br>P.O. BOX 360111<br>PITTSBURGH, PA  15251-6111 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  11/11/2005 |
| CAESARS PALACE<br>CHRIS SKELDING CATER/CONV SVCS<br>POB 14160<br>LAS VEGAS, NV  89114 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  9/22/2006 |
| | **Addition** |
| CALAVERAS COMMUNITY FOUNDATION<br>PO BOX 1436<br>ANGELS CAMP, CA  95222 | GOLF MEMBERSHIP SPONSORSHIP |
| | **Addition** |
| CALEO RESORT & SPA | ABC WHOLESALE DIVISION HOSTING |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                              Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CALIFORNIA HOME INVESTMENTS, INC.<br>520 N. BROOKHURST ST<br># 117<br>ANAHEIM, CA  92801 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/5/2006 |
| CALIFORNIA HOME INVESTMENTS, INC.<br>520 N. BROOKHURST ST<br># 117<br>ANAHEIM, CA  92801 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/27/2006 |
| CALIFORNIA HOUSING FINANCE AGENCY<br>1121 L ST.<br>STE 402<br>SACRAMENTO, CA  95814 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/2/2001 |

**Addition**

| | |
|---|---|
| CALIFORNIA HOUSING OPORTUNITIES AGENCY<br>2433 N EUCLID<br>STE J<br>UPLAND, CA  91784 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>PROGRAM LENDER AGREEMENT<br>CONTRACT ID: 10350-2.0<br>EFFECTIVE DATE: 8/7/2006 |
| CALIFORNIA HOUSING OPPORTUNITIES AGENCY<br>2433 N EUCLID<br>STE J<br>UPLAND, CA  91784 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 8/7/2006 |
| CALIFORNIA MORTGAGE ADVISORS<br>330 BRIDGEVIEW DR.<br>AUBURN, CA  95603 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/9/2006 |
| CALIFORNIA MORTGAGE ADVISORS<br>330 BRIDGEVIEW DR.<br>AUBURN, CA  95603 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/30/2007 |

**Addition**

| | |
|---|---|
| CALYON NEW YORK BRANCH<br>CALYON BUIDLING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | SECONDARY MARKETING CONTRACT<br>REPURCHASE AGREEMENT<br>CONTRACT ID: 11200-1.0 (1)<br>EFFECTIVE DATE: 11/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                          Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

CALYON NEW YORK BRANCH
CALYON BUIDLING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
SECOND AMENDED AND RESTATED RESERVE ACCOUNT
CONTROL AGREEMENT
CONTRACT ID:  11200-1.0 (8)
EFFECTIVE DATE:  11/21/2006

Addition

CALYON NEW YORK BRANCH
CALYON BUIDLING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
SECOND AMENDED AND RESTATED DISBURSEMENT
ACCOUNT CONTROL AGREEMENT
CONTRACT ID:  11200-1.0 (7)
EFFECTIVE DATE:  11/21/2006

Addition

CALYON NEW YORK BRANCH
CALYON BUIDLING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
SECOND AMENDED AND RESTATED COLLECTION ACCOUNT
CONTROL AGREEMENT
CONTRACT ID:  11200-1.0 (6)
EFFECTIVE DATE:  11/21/2006

Addition

CALYON NEW YORK BRANCH
CALYON BUIDLING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
SECOND AMENDED AND RESTATED SUBORDINATION
AGREEMENT
CONTRACT ID:  11200-1.0 (5)
EFFECTIVE DATE:  11/21/2006

Addition

CALYON NEW YORK BRANCH
CALYON BUIDLING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
REPURCHASE AGREEMENT
CONTRACT ID:  11200-1.0 (3)
EFFECTIVE DATE:  11/21/2006

Addition

CALYON NEW YORK BRANCH
CALYON BUIDLING
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
CUSTODIAL AGREEMENT
CONTRACT ID:  11200-1.0 (2)
EFFECTIVE DATE:  11/21/2006

CALYON NEW YORK BRANCH, AS ADMINISTRATVIE AGENT, AND
THEIR PARTIES COMPRISING THE SYNDICATE OF ISSUERS,
BANKS AND MANAGING AGENTS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  11/21/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion
on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is
executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing
additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CALYX TECHNOLOGIES, INC. 6475 CAMDEN AVENUE SUITE 207 SAN JOSE, CA  95120 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE: 4/14/2004 |
| CALYX TECHNOLOGIES, INC. 6475 CAMDEN AVENUE SUITE 207 SAN JOSE, CA  95120 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 12/19/2005 |
| CALYX TECHNOLOGIES, INC. 6475 CAMDEN AVENUE SUITE 207 SAN JOSE, CA  95120 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 6/9/2005 |
| CAMBRIDGE & ASSOCIATES REAL ESTATE GROUP 1405 HILLSBOROUGH STREET RALEIGH, NC  27605 | LEASE MSA 1/19/2006 - 12/31/2016 |
| CAMBRIDGE HOME CAPITAL LLC 80 CUTTERMILL ROAD SUITE 408 GREAT NECK, NY  11021 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/12/2006 |
| CANNON FEDERAL CREDIT UNION PO BOX 2080 ATTN DIANE ANTILL CLOVIS, NM  88102 | MARKETING CONTRACT CREDIT UNIONS EFFECTIVE DATE: 7/11/2005 |
| CANNON FEDERAL CREDIT UNION PO BOX 2080 ATTN DIANE ANTILL CLOVIS, NM  88102 | MARKETING CONTRACT CREDIT UNIONS EFFECTIVE DATE:  2/22/2006 |

**Addition**

| | |
|---|---|
| CANON FEDERAL CREDIT UNION PO BOX 2080 ATTN DIANE ANTILL CLOVIS, NM  88102 | MARKETING CONTRACT CREDIT UNIONS AMENDMENT TO CREDIT UNION MARKETING AND SERVICES AGREEMENT WITH DESK RENTAL CONTRACT ID:  429-1.1 EFFECTIVE DATE:  2/22/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                        Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

| | |
|---|---|
| CANON FEDERAL CREDIT UNION<br>PO BOX 2080<br>ATTN DIANE ANTILL<br>CLOVIS, NM  88102 | MARKETING CONTRACT<br>CREDIT UNIONS<br>CREDIT UNION MARKETING AND SERVICES AGREEMENT<br>WITH DESK RENTAL AND WEBLINKING ADDENDUM; AND<br>PRIOR IRWIN MORTGAGE CORPORATION AGREEMENTS THAT<br>WERE ASSUMED<br>CONTRACT ID:  429-1.0<br>EFFECTIVE DATE:  7/11/2005 |
| CANYON CREST TOWNE CENTER, LLC<br>5225 CANYON CREST DRIVE<br>BLDG 100, SUITE 150<br>RIVERSIDE, CA  92507 | LEASE<br>SHOPPING CENTER<br>5/1/2007 - 4/30/2011 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM<br>P.O. BOX 2248<br>CHEYENNE, WA  82003 | LEASE<br>OFFICE<br>2/1/2005 - 1/31/2010 |
| CAPAX MANAGEMENT & INSURANCE SERVICES<br>1150 NINTH STREETS, SUITE 1400<br>MODESTO, CA  35354 | LEASE<br>OFFICE<br>5/1/2005 - 4/30/2008 |
| CAPITAL AFFILIATES LLC<br>106-35 SUTPHIN BLVD<br>ATTN SEARS RODNEY<br>JAMAICA, NY  11435 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  9/20/2005 |
| CAPITAL AFFILIATES LLC<br>106-35 SUTPHIN BLVD<br>ATTN SEARS RODNEY<br>JAMAICA, NY  11435 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  3/7/2006 |
| CAPITAL BANK<br>P.O. BOX 218<br>GREENWOOD, SC  29648 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/28/2007 |
| CAPITAL BANK<br>P.O. BOX 218<br>GREENWOOD, SC  29648 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/7/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                         Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAPITAL CITY BANK<br>3710 SW TOPEKA BLVD<br>TOPEKA, KS  66604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/11/2006 |
| CAPITAL CITY BANK<br>3710 SW TOPEKA BLVD<br>TOPEKA, KS  66604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| CAPITAL CITY BANK<br>3710 SW TOPEKA BLVD<br>TOPEKA, KS  66604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/29/2007 |

**Addition**

| | |
|---|---|
| CAPITAL COMMERCE MORTGAGE COMPANY<br>18017 SKYPARK CIR<br>#A7<br>IRVINE, CA  92614 | SECONDARY MARKETING CONTRACT<br>LOAN LOCKS<br>CONTRACT ID: 11457-1.0<br>EFFECTIVE DATE:  2/25/2002 |
| CAPITAL CONTRACTORS, INC<br>POB 3079<br>HUNTINGTON, NY  11746 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 9/8/2006 |
| CAPITAL CONTRACTORS, INC<br>POB 3079<br>HUNTINGTON, NY  11746 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 8/6/2007 |
| CAPITAL CONTRACTORS, INC<br>POB 3079<br>HUNTINGTON, NY  11746 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 10/20/2005 |
| CAPITAL CONTRACTORS, INC<br>POB 3079<br>HUNTINGTON, NY  11746 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 6/25/2007 |
| CAPITAL CONTRACTORS, INC<br>POB 3079<br>HUNTINGTON, NY  11746 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 7/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                                         Case No. **07-11051**

                                             Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

| | |
|---|---|
| CAPITAL CONTRACTORS, INC.<br>11 WALT WHITMAN ROAD<br>HUNTINGTON STATION, NY  11746 | CLEANING CONTRACT AND SERVICES AGREEMENT<br>FACILITIES-CLEANING<br>CONTRACT ID:  10763-3.0<br>EFFECTIVE DATE:  10/20/2005 |

*Addition*

| | |
|---|---|
| CAPITAL CONTRACTORS, INC.<br>11 WALT WHITMAN ROAD<br>HUNTINGTON STATION, NY  11746 | MASTER CLEANING SERVICES AGREEMENT<br>FACILITIES-CLEANING<br>CONTRACT ID:  10763-1.0<br>EFFECTIVE DATE:  9/8/2006 |
| CAPITAL CREDIT UNION SERVICES ORGANIZATION DBA CREDIT UNION MORTGAGE SERVICES<br>1080 S.W. WANAMAKER RD<br>TOPEKA, KS  66604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/31/2006 |
| CAPITAL CROSSING, A DIVISION OF LEHMAN BROTHERS FSB<br>101 SUMMER STREET<br>BOSTON, MA  02110 | LEASE<br>OFFICE<br>4/1/2006 - 3/31/2008 |

*Addition*

| | |
|---|---|
| CAPITAL FINANCIAL SERVICES, INC.<br>1100 E. 6600 S.<br>SUITE 100<br>SALT LAKE CITY, UT  84121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11588-1.0<br>EFFECTIVE DATE:  12/11/2006 |

*Addition*

| | |
|---|---|
| CAPITAL FINANCIAL SERVICES, INC.<br>1100 E. 6600 S.<br>SUITE 100<br>SALT LAKE CITY, UT  84121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MINI-BULK ADDENDUM<br>CONTRACT ID:  11588-2.0<br>EFFECTIVE DATE:  1/25/2007 |
| CAPITAL FUNDING GROUP<br>4760 SOUTH PECOS ROAD<br>SUITE 222<br>LAS VEGAS, NV  89121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/12/2005 |
| CAPITAL GROWTH FINANCIAL<br>685 5TH AVE<br>10TH FLOOR<br>NEW YORK, NY  10022 | LEASE<br>MSA<br>4/1/2007 - 12/31/2017 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                          Case No.  **07-11051**
_____
                        Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAPITAL MARKET COMPLIANCE, LLC<br>3525 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/29/2006 |
| CAPITAL MORTGAGE ASSOCIATES, LLC<br>100 BROADWAY<br>NORTH HAVEN, CT  06473 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| CAPITAL MORTGAGE FUNDING, LLC<br>20475 WEST TEN MILE ROAD<br>SOUTHFIELD, MI  48075 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/7/2006 |
| CAPITAL MORTGAGE LLC<br>9100 S. DADELAND BLVD<br>STE 600<br>MIAMI, FL  33156 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/12/2006 |
| CAPITAL ONE SERVICES, INC.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/15/2003 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 7/31/2003 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 10/22/2003 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 3/24/2003 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 3/24/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                      _____
                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  3/24/2003 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  10/22/2003 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  1/23/2004 |
| CAPITAL ONE, F.S.B.<br>1680 CAPITAL ONE DRIVE<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  3/24/2003 |
| CAPITAL QUEST MORTGAGE INC.<br>3905 NATIONAL DRIVE<br>SUITE # 270<br>BURTONSVILLE, MD  20866 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/10/2006 |
| CAPITAL QUEST MORTGAGE INC.<br>3905 NATIONAL DRIVE<br>SUITE # 270<br>BURTONSVILLE, MD  20866 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/28/2007 |
| CAPITAL SOLUTIONS, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/23/2006 |
| CAPITAL TITLE SERVICES, INC.<br>42 N. PHELPS STREET<br>YOUNGSTOWN, OH  44503 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  3/19/2007 |
| CAPITOL BUSINESS CENTERS<br>6148 NORTH DISCOVERY WAY<br>BOISE, ID  83713 | LEASE<br>OFFICE<br>5/1/2007 - 4/30/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____                    _____
                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAPITOL COMMERCE MORTGAGE CO.<br>3030 FINLEY RD<br>DOWNERS GROVE, IL  60515 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 2/25/2002 |
| CAPPUCCIO TRUST<br>659 ABREGO STREET<br>#2<br>MONTEREY, CA  93940 | LEASE<br>OFFICE<br>2/1/2007 - 1/31/2010 |
| CARDINAL FINANCIAL COMPANY, LP<br>444 JACKSONVILLE RD<br>WARMINSTER, PA  18974 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/7/2007 |
| CARDINAL FINANCIAL COMPANY, LP<br>444 JACKSONVILLE RD<br>WARMINSTER, PA  18974 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/1/2007 |
| CARDINAL FINANCIAL GROUP<br>444 JACKSONVILLE RD<br>WARMINSTER, PA  18974 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |
| CARLIN, CHARRON & ROSEN, LLP<br>1400 COMPUTER DRIVE<br>WESTBOROUGH, MA  01581 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/28/2006 |
| CARNAGIE MANAGEMENT C/O CARR REALTY<br>P.O. BOX 644195<br>PITTSBURGH, PA  15264-4195 | LEASE<br>OFFICE<br>8/15/2003 - 10/14/2008 |
| CAROL JOHNSON<br>6 RAYCLIFFE DRIVE<br>WOODSTOCK, NY  12498 | LEASE<br>OFFICE<br>9/1/2006 - 9/30/2007 |
| CAROLE GRAVEL<br>1214 OFFICE PARK DRIVE<br>OXFORD, MS  38655 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/28/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                    _____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAROLINA EASTPORT, LLC<br>140 WINGO WAY<br>MT.PLEASANT, SC  29464 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/19/2006 |
| CAROLLO REAL ESTATE | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  6/9/2004 |
| CARROLLWOOD CROSSINGS LLC<br>C/O TAYLOR AND MATHIS INC<br>4010 BOY SCOUT BOULEVARD SUITE 160<br>TAMPA, FL  33607 | LEASE<br>OFFICE<br>3/1/2007 - 2/29/2012 |
| CARTER HOMES PLLC<br>14185 DALLAS PARKWAY<br>CENTURA TOWER # 1275<br>DALLAS, TX  75254 | LEASE<br>DESK RENTAL<br>6/19/2006 - 12/31/2016 |

**Addition**

| | |
|---|---|
| CARTERET MORTGAGE CORPORATION<br>6211 CENTREVILLE ROAD<br>SUITE 800<br>CENTREVILLE, VA  20121 | RESIDENTIAL MORTGAGE LOAN |
| CARVER WOODS EXECUTIVE CENTER, L.L.C.<br>900 CARVER ROAD<br>SUITE 200<br>CINCINNATI, OH  45242 | LEASE<br>OFFICE<br>10/15/1999 - 10/31/2007 |
| CASA BLANCA MORTGAGE, INC<br>21700 OXNARD STREET<br>SUITE 600<br>WOODLAND HILLS, CA  91367 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/4/2006 |
| CASA BLANCA MORTGAGE, INC<br>21700 OXNARD STREET<br>SUITE 600<br>WOODLAND HILLS, CA  91367 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/11/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

|     Debtor     |     (if known)     |

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| CASCADES PROJECT | LETTER OF COMMITMENT<br>EFFECTIVE DATE:  2/3/2005 |
| CASTLE & COOKE MORTGAGE, LLC<br>45 BROADWAY<br>NEW YORK, NY  10006 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/10/2006 |
| CASTLE ROCK FINANCIAL SERVICES, LLC<br>568 W 800 N<br>OLEM, UT  04097 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/24/2006 |
| CA-TWO CORPORATE CENTRE LIMITED PARTNERSHIP<br>C/O EQUITY OFFICE MANAGEMENT, LLC<br>FIVE WESTBROOK CORPORATE CENTER, SUITE 800<br>WESTCHESTER, IL  60154 | LEASE<br>OFFICE<br>9/13/2005 - 9/12/2008 |
| CA-TWO CORPORATE CENTRE LIMITED PARTNERSHIP<br>C/O EQUITY OFFICE MANAGEMENT, LLC<br>FIVE WESTBROOK CORPORATE CENTER, SUITE 800<br>WESTCHESTER, IL  60154 | LEASE<br>OFFICE<br>4/15/2006 - 9/12/2008 |

<div align="center">Addition</div>

| | |
|---|---|
| CB RICHARD ELLIS REAL ESTATE SERVICES, INC.<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | MUTUAL CONFIDENTIALITY AGREEMENT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  11/7/2003 |

<div align="center">Addition</div>

| | |
|---|---|
| CBA INFORMATION SERVICES<br>IV EXECUTIVE CAMPUS<br>SUITE 200<br>CHERRY HILL, NJ  8002 | SUBSCRIBER SERVICE AGREEMENT |
| CBCINNOVIS, INC.<br>6000 WEST RIDGE RD<br>STE B<br>ERIE, PA  16506 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/18/2007 |
| CBCINNOVIS, INC.   CBC COMPANIES, INC.<br>6000 WEST RIDGE RD<br>STE B<br>ERIE, PA  16506 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  7/10/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

<div align="center">Debtor                                                    (if known)</div>

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CBCINNOVIS, INC.  CBC COMPANIES, INC.<br>6000 WEST RIDGE RD<br>STE B<br>ERIE, PA  16506 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/13/2006 |

<div align="center">**Addition**</div>

| | |
|---|---|
| CBCINNOVIS, INC./CBC COMPANIES, INC.<br>250 EAST TOWN STREET<br>COLUMBUS, OH  43215 | VENDOR<br>PROCESSING / SERVICING<br>2 AGREEMENTS, ONF FOR SUBLICENSE OF FREDDIE MAC<br>"HOME VALUE EXPLORER" AND "HOME VALUE CALIBRATOR"<br>AND A SECOND FOR CONSUMER INFORMATION SERVICES<br>CONTRACT ID:  581-1.0<br>EFFECTIVE DATE: 7/10/2006 |
| CBIZ ACCOUNTING, TAX & ADVISORY SERVICES OF NEW YORK LLC<br>14 PENN PLAZA<br>SUITE 300<br>NEW YORK, NY  10122-0300 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  5/18/2006 |
| CBS OUTDOOR<br>POB 33074<br>NEWARK, NJ  07188-0074 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 6/25/2007 |
| CBS OUTDOOR<br>POB 33074<br>NEWARK, NJ  07188-0074 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 12/18/2006 |
| CBS OUTDOOR<br>POB 33074<br>NEWARK, NJ  07188-0074 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/25/2007 |
| CCA STRATEGIES LLC<br>216 S JEFFERSON ST    STE 600<br>ATTN  L LAYTON<br>CHICAGO, IL  60661 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE:  12/2/2005 |
| CCC ONE, L.P.<br>C/O SOMERSET PROPERTIES, INC.<br>768 N. BETHLEHEM PIKE, SUITE 203<br>LOWER GWYNEDD, PA  19002 | LEASE<br>OFFICE<br>5/1/2005 - 4/30/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____
Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CDR OF SOUTHWEST FLORIDA, LLC<br>3191-B HARBOR BOULEVARD<br>PORT CHARLOTTE, FL  33952 | LEASE<br>OFFICE<br>6/1/2003 - 5/31/2009 |
| CDS OFFICE SYSTEMS, INC.<br>1717 NORTH NAPER BLVD<br>NAPERVILLE, IL  60563 | COPIER CONTRACT<br>90132261267 |
| CEDARSTONE BANK<br>PO BOX 724<br>LEBANON, TN  37087 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  9/8/2004 |
| CEDARSTONE BANK<br>PO BOX 724<br>LEBANON, TN  37087 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  3/16/2006 |

**Addition**

| | |
|---|---|
| CENDANTNDA | CONFIDENTIALITY AGREEMENT |
| CENLAR FSB<br>425 PHILLIPS BOULEVARD<br>EWING, NJ  08618 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/23/2003 |
| CENTERPOINT CS, LLC<br>2101 WEST COMMERCIAL BLVD<br>STE 3500<br>FT LAUDERDALE, FL  33309 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  7/27/2006 |
| CENTERPOINT CS, LLC<br>2101 WEST COMMERCIAL BLVD<br>STE 3500<br>FT LAUDERDALE, FL  33309 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  7/27/2006 |
| CENTERPOINT CS, LLC<br>2101 WEST COMMERCIAL BLVD<br>STE 3500<br>FT LAUDERDALE, FL  33309 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  2/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**

                              Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CENTERPOINT LLC<br>2101 WEST COMMERCIAL BLVD<br>STE 3500<br>FT LAUDERDALE, FL  33309 | CORPORATE CONTRACT<br>LOI<br>EFFECTIVE DATE: 4/27/2006 |
| CENTRAL BANC MORTGAGE CORPORATION<br>13810 S.E. EASTGATE WAY<br>STE 190<br>BELLEVUE, WA  98005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/15/2006 |

*Addition*

| | |
|---|---|
| CENTRAL BANK & TRUST CO DBA CENTRAL BANK MORTGAGE CO.<br>2350 REGENCY ROAD<br>LEXINGTON, KY  40503 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11079-1.0<br>EFFECTIVE DATE: 9/25/2006 |
| CENTRAL BANK OF LAKE OF THE OZARKS | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |

*Addition*

| | |
|---|---|
| CENTRAL BANK, FSB<br>2350 REGENCY ROAD<br>LEXINGTON, KY  40503 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11078-1.0<br>EFFECTIVE DATE: 9/26/2006 |
| CENTRAL FLORIDA HEALTHCARE FCU<br>5545 S ORANGE AVE<br>ORLANDO, FL  32809 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/25/2005 |
| CENTRAL FLORIDA HEALTHCARE FEDERAL CREDIT UNION (PURCHASER)<br>5545 S ORANGE AVE<br>ORLANDO, FL  32809 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CL<br>CONTRACT DATE: 25-MAY-05 |

*Addition*

| | |
|---|---|
| CENTRAL FLORIDA LENDING<br>2180 WESET STATE ROAD 434<br>STE 1100<br>LONGWOOD, FL  32779 | CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 303-1.0<br>EFFECTIVE DATE: 7/19/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CENTRAL PACIFIC MORTGAGE<br>950 IRON POINT ROAD<br>SUITE 200<br>FOLSOM, CA  95630 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/2/2005 |
| CENTRAL PACIFIC MORTGAGE<br>950 IRON POINT ROAD<br>SUITE 200<br>FOLSOM, CA  95630 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 10/31/2006 |
| CENTRAL STATE CREDIT UNION<br>919 N. CENTER STREET<br>STOCKTON, CA  95202 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/13/2007 |
| CENTRIC FINANCIAL, LLC<br>5925 CARNEGIE BLVD<br>STE 250<br>CHARLOTTE, NC  28209 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 11/8/2000 |
| CENTRIC FINANCIAL, LLC<br>5925 CARNEGIE BLVD<br>STE 250<br>CHARLOTTE, NC  28209 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 11/8/2000 |

**Addition**

| | |
|---|---|
| CENTURION FUNDING<br>162 EAST MAIN ST<br>AVON, MA  02322 | ADDENDUM TO MORTGAGE BROKER LOAN APPLICATION<br>PACKAGE SUBMISSION AGREEMENT |
| CENTURY 21<br>701 WEST GOLF RD<br>MOUNT PROSPECT, IL  60056 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 2/27/2006 |
| CENTURY 21 ADELE SHAW & ASSOC.<br>900 N. PROVIDENCE RD<br>MEDIA, PA  19063 | LEASE<br>DESK RENTAL<br>11/19/2004 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CENTURY 21 EXECUTIVE PROPERTIES<br>26045 NEWPORT ROAD<br>SUITE A<br>MENIFEE, CA  92584 | LEASE<br>OFFICE<br>6/29/2007 - 6/28/2017 |
| CENTURY 21 HARTMAN REALTY<br>1603 HIGH STREET A1<br>POTTSTOWN, PA  19464 | LEASE<br>MSA W/ DESK<br>3/16/2005 - 12/31/2016 |
| CENTURY 21 HARTMAN REALTY INC<br>STREET A1<br>POTTSTOWN, PA  19464 | LEASE<br>DESK RENTAL/MSA<br>3/16/2005 - 12/31/2016 |
| CENTURY 21 KELLY LEWIS<br>507 COUNTY STREET<br>TAUNTON, MA  02780 | LEASE<br>DESK RENTAL<br>2/8/2006 - 12/31/2016 |
| CENTURY 21 MOUNTAINSIDE REALTY<br>49 MAIN ST<br>PO BOX 850<br>LINCOLN, NH  03251 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 6/15/2006 |
| CENTURY 21 MOUNTAINSIDE REALTY<br>49 MAIN ST<br>PO BOX 850<br>LINCOLN, NH  03251 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 7/15/2005 |
| CENTURY 21 NEWPORT REALTY, INC.<br>116 N. BELLEVUE AVE<br>LANGHORNE, PA  19047 | LEASE<br>MSA W/ DESK<br>11/1/2005 - 12/31/2016 |
| CENTURY 21 PREMIER REALTY, INC.<br>21 HIGHWAY 138<br>ATLANTA, GA  30274 | LEASE<br>MSA<br>5/1/2006 - 12/31/2016 |

**Addition**

| | |
|---|---|
| CENTURY 21 PROFESSIONALS<br>4000 BARRANCA PKWY<br>IRVINE, CA  92604 | APPROX. 70 SQ. FEET OF RENTAL DESK SPACE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No. **07-11051**

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CENTURY 21 WISE O' OWL<br>5445 DEL AMO, #204<br>LAKEWOOD, CA  90712 | LEASE<br>DESK RENTAL<br>1/17/2006 - 12/31/2016 |
| *Addition* | |
| CENTURY BANK<br>1680 FRUITVILLE RD<br>SARASOTA, FL  34236 | SECONDARY MARKETING CONTRACT<br>LOAN ORIGINATION AGREEMENT<br>EFFECTIVE DATE: 7/9/2007 |
| CENTURY BANK, FSB<br>1680 FRUITVILLE RD<br>SARASOTA, FL  34236 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/21/2006 |
| CENTURY BANK, N.A.<br>5151 BELT LINE RD<br># 200<br>DALLAS, TX  75254 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/1/2006 |
| CERIDIAN CORPORATION<br>3311 E. OLD SHAKOPEE ROAD<br>MINNEAPOLIS, MN  54425 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/9/2007 |
| *Addition* | |
| CERTIFIED HOME LOANS OF FLORIDA, INC.<br>7333 CORAL WAY<br>MIAMI, FL  33155 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11080-1.0<br>EFFECTIVE DATE: 8/9/2006 |
| CFA FINANCIAL SERVICES, INC.<br>10715 SILVERDALE WAY<br># 201<br>SILVERDALE, WA  98383 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/16/2006 |
| CFN FINANCE INC.<br>1776 PEACHTREE ROAD NW<br>SUITE 700N<br>ATLANTA, GA  30309 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 3/28/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                      Case No.  **07-11051**

_____
Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CFN FINANCE INC. (SUBSIDIARY OF YOUDECIDE.COM, INC)<br>1776 PEACHTREE ROAD NW<br>SUITE 700N<br>ATLANTA, GA  30309 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 2/25/2002 |
| CFN FINANCE, INC.<br>1776 PEACHTREE ROAD NW<br>SUITE 700N<br>ATLANTA, GA  30309 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/9/1999 |
| CFS  MORTGAGE CORPORATION<br>7720 N. 16TH STREET<br>STE 325<br>PHOENIX, AZ  85020 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/22/2005 |
| CFS  MORTGAGE CORPORATION<br>7720 N. 16TH STREET<br>STE 325<br>PHOENIX, AZ  85020 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/1/2007 |
| | **Addition** |
| CFS MORTGAGE CORPORATION<br>7720 N. 16TH STREET<br>STE 325<br>PHOENIX, AZ  85020 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUMER<br>CONTRACT ID:  305-3.0<br>EFFECTIVE DATE: 7/19/2005 |
| | **Addition** |
| CFS MORTGAGE CORPORATION<br>7720 N. 16TH STREET<br>STE 325<br>PHOENIX, AZ  85020 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  305-1.0<br>EFFECTIVE DATE: 9/22/2005 |
| CHALLENGE FINANCIAL INVESTORS CORP.<br>360 CENTRAL AVENUE<br>SUITE 600<br>ST. PETERSBURG, FL  33701 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT |
| CHAMPION BANK<br>10560 OLD OLIVE STREET RD<br>STE 500<br>ST LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/20/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                        Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

CHAMPIONS REALTY GROUP, INC
1040 BLACKLICK EASTERN RD
PICKERINGTON, OH  43147

LEASE
OFFICE
2/1/2007 - 1/31/2017

CHARLES COUNTY GOVERNMENT
DEPARTMENT OF FISCAL SERVICES
P. O. BOX 1630
LA PLATA, MD  20646

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  5/10/2005

**Addition**

CHARLES COUNTY, MD GOVERNMENT
8190 PORT TOBACCO RD
PORT TOBACCO, MD  20677

SECONDARY MARKETING CONTRACT
LENDER PARTICIPATION AGREEMENT
CONTRACT ID:  10199-1.0
EFFECTIVE DATE:  5/10/2005

CHARLEVOIX COUNTY HUMANE SOCIETY
614 BEARDSLEY
BOYNE CITY, MI  49712

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  6/12/2007

CHARLOTTE D. HARRELL, LLC
2000 SAM RITTENBERG BLVD
SUITE 124
CHARLESTON, SC  29407

LEASE
OFFICE
2/1/2007 - 1/31/2012

CHARLOTTE FIRE DEPARTMENT CREDIT UNION
2100 COMMONWEALTH AVE.
COMMONWEALTH, NC  28205

LOAN SALE/SERVICING AGREEMENT
LOAN SALE AND SERVICING AGREEMENT
1.1 (J) FM
CONTRACT DATE:  16-JUN-07

CHARLOTTE FIRE DEPARTMENT CU
2100 COMMONWEALTH AVE.
COMMONWEALTH, NC  28205

LEASE
EXECUTIVE SUITE
12/1/2003 - 11/30/2007

CHARTER BANK
2130 EUBANK BLVD
N E ALBAQUERQE, NM  87112

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  7/5/2002

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____
                        Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

CHARTER WEST MORTGAGE BANK
201 S MAIN STREET
WEST POINT, NE  68788

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11153-1.0
EFFECTIVE DATE: 10/24/2006


CHARTER WEST NATIONAL BANK
1837 23RD STREET
COLUMBUS, NE  68601

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/24/2006


CHARTER WEST NATIONAL BANK
1837 23RD STREET
COLUMBUS, NE  68601

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/28/2007


CHARTERED MARKETING SERVICES, INC
315 W. UNIVERSITY DRIVE
ARLINGTON HEIGHTS, IL  60004

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 12/8/2005


CHARTERED MARKETING SERVICES, INC.
315 W. UNIVERSITY DRIVE
ARLINGTON HEIGHTS, IL  60004

VENDOR CONTRACT
PROCESSING/SERVICING


CHASE
3415  VISION DRIVE
COLUMBUS, OH  43219

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 5/14/2007

<div align="center">Addition</div>

CHASE MANHATTAN MORTGAGE CORPORATION
343 THORNALL STREET
EDISON, NJ  8837

BROKER AGREEMENT
MARKETING CONTRACT
CONTRACT ID: 11761-1.0
EFFECTIVE DATE: 8/26/2004

<div align="center">Addition</div>

CHASE MERCHANT SERVICES LLC
750 HAMMOND DRIVE
BLDG. 9
ATLANTA, GA  30328

CHANGES TO CHASE MERCHANT SERVICES LLC AGREEMENT
LETTER
EFFECTIVE DATE: 1/31/2005


CHASE MERCHANT SERVICES, L.L.C.
750 HAMMOND DRIVE
BLDG. 9
ATLANTA, GA  30328

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 6/19/1997

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**
_____
                          Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

CHASE STAFFING SERVICES

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE: 2/16/2007

**Addition**

CHASE STAFFING SERVIES

HUMAN RESOURCES CONTRACT
RECRUITERS
PERSONNEL STAFFING SERVICES AGREEMENT
CONTRACT ID: 11371-1.0
EFFECTIVE DATE: 2/16/2007

CHATA CARTER
9284 HUNTINGTON SQUARE
STE 100
N. RICHLAND HILLS, TX  76180

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 1/31/2005

CHECKFREE SERVICES CORPORATION
POB 409287
ATLANTA, GA  30384-9287

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 6/5/2007

CHECKFREE SERVICES CORPORATION
POB 409287
ATLANTA, GA  30384-9287

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 6/5/2007

CHECKFREE SERVICES CORPORATION
POB 409287
ATLANTA, GA  30384-9287

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 9/28/2006

CHECKFREE SERVICES CORPORATION
POB 409287
ATLANTA, GA  30384-9287

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 3/25/2003

**Addition**

CHEMICAL BANK
333 E. MAIN ST.
MIDLAND, MI  48640-0569

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11589-1.0
EFFECTIVE DATE: 1/17/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**      Case No.  **07-11051**

               Debtor                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CHERRY CREEK VENTURES, LLC DBA  KELLER WILLIAMS DENVER CENTRAL, LLC<br>201 UNIVERSITY BLVD #600<br>DENVER, CO  80206 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/15/2007 |
| CHERRY CREEK VENTURES, LLC DBA KELLER WILLIAMS DENVER CENTRAL LLC<br>201 UNIVERSITY BLVD #600<br>DENVER, CO  80206 | LEASE<br>OFFICE<br>3/15/2007 - 3/14/2008 |

**Addition**

| | |
|---|---|
| CHERRY CREEK VENTURES, LLC DBA KELLER WILLIAMS DENVER CENTRAL, LLC<br>201 UNIVERSITY BLVD<br># 600<br>DENVER, CO  80206 | MARKETING AND SERVICES AGREEMENT<br>MARKETING CONTRACT<br>CONTRACT ID:  11542-1.0<br>EFFECTIVE DATE:  3/15/2007 |
| CHESTERBROOK PARTNERS, LP<br>955 CHESTERBROOK BOULEVARD<br>SUITE 120<br>CHESTERBROOK, PA  19087 | LEASE<br>OFFICE<br>7/24/2006 - 7/23/2012 |
| CHEVY CHASE BANK<br>7501 WISCONSIN AVE<br>3RD FLOOR<br>BETHESDA, MD  20814 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 6/5/2002 |
| CHILDREN'S MIRACLE NETWORK<br>C/O RE/MAX TRI COUNTY<br>2275 STATE HIGHWAY #33<br>HAMILTON SQUARE, NJ  08690 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 8/12/2005 |
| CHILDREN'S MIRACLE NETWORK<br>C/O RE/MAX TRI COUNTY<br>2275 STATE HIGHWAY #33<br>HAMILTON SQUARE, NJ  08690 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  11/29/2006 |

**Addition**

| | |
|---|---|
| CHINATRUST BANK (USA)<br>22939 HAWTHORNE BLVD<br>TORRANCE, CA  90505 | CO-BRAND MARKETING AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                              _____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CHOICE FINANCIAL CORPORATION<br>6001 MONTROSE RD<br># 704<br>ROCKVILLE, MD  20852 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/3/2006 |
| CHOICEPOINT<br>1000 ALDEMAN DRIVE<br>ALPHARETTA, GA  30005 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| CHOICEPOINT SERVICES, INC.<br>1000 ALDEMAN DRIVE<br>ALPHARETTA, GA  30005 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  7/21/2006 |
| CHOICEPOINT SERVICES, INC.<br>1000 ALDEMAN DRIVE<br>ALPHARETTA, GA  30005 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/1/2004 |
| CHRISTOPHER A. MONTANA<br>1058 MARKET STREET<br>FORT MILL, SC  29708 | LEASE<br>OFFICE<br>11/1/2006 - 10/31/2007 |
| CHU & ASSOCIATES, INC<br>200 S. LOS ROBLES<br>SUITE 300<br>PASADENA, CA  91101 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| CHURCHILL MORTGAGE CORPORATION<br>761 OLD HICKORY BLVD<br>SUITE 400<br>BRENTWOOD, TN  37027 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| CHURCHILL SQUARE SHOPPING CENTER<br>C/O BREDER MANAGEMENT CORPORATION<br>9861 SW 184TH STREET<br>MIAMI, FL  33157 | LEASE<br>SHOPPING CENTER<br>9/1/2005 - 8/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CIERRA INVESTMENT CORPORATION<br>101 CROSSINGS WEST DRIVE<br>SUITE 202<br>LAKE OZARK, MO  65049 | LEASE<br>OFFICE<br>8/15/2005 - 8/31/2008 |
| CINCINNATI AREA BOARD OF REALTORS<br>14 KNOLLCREST DRIVE<br>PO BOX 37889<br>CINCINNATI, OH  45222-0889 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/23/2007 |

**Addition**

| | |
|---|---|
| CINGULAR WIRELESS<br>8645 154TH AVENUE NE<br>ODN<br>REDMOND, WA  98052 | DIGITAL ADVANTAGE AGREEMENT |
| CIP GATEWAY 1 & 2, LLC<br>19762 MACARTHUR BLVD<br>SUITE 300<br>IRVINE, CA  92612 | LEASE<br>OFFICE<br>2/1/2005 - 1/31/2008 |
| CIRCLE 22 INVESTORS LLC<br>C/O HAMILTON REAL ESTATE<br>4057 28TH STREET NW, SUITE 200<br>ROCHESTER, MN  55901 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2008 |
| CIRCLE ONE MORTGAGE COMPANY<br>3033 IRIS AVENUE<br>BOULDER, CO  80301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/7/2006 |
| CIRCLELENDING, INC<br>69 HILEDRY DRIVE<br>WAETSAM, MA  02451 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/5/2007 |

**Addition**

| | |
|---|---|
| CIS FINANCIAL SERVICES, INC.<br>369 10TH AVE. SW<br>HAMILTON, AL  35570 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10774-1.0<br>EFFECTIVE DATE:  8/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CIS FINANCIAL SERVICES,INC<br>369 10TH AVE. SW<br>HAMILTON, AL  35570 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/1/2006 |
| CIT<br>1107 HAZELTINE BLVD<br>CHASKA, MN  55318 | COPIER CONTRACT<br>900-0072471-000<br>7/12/2005 - 7/12/2008 |
| CIT<br>330 WEST 23RD STREET<br>PANAMA CITY, FL  32405 | COPIER CONTRACT<br>900-0068339-00<br> EFFECTIVE DATE:  4/11/2008 |
| CIT<br>737 BISHOP STREET<br>HONOLULU, HI  96813 | COPIER CONTRACT<br>900-0068776-000<br>6/10/2005 - 6/10/2008 |
| CIT<br>737 BISHOP STREET<br>HONOLULU, HI  96813 | COPIER CONTRACT<br>900-0068777-000<br>3/5/2005 - 4/6/2008 |
| CIT<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | COPIER CONTRACT<br>900-0087249-000<br>5/5/2006 - 6/5/2009 |
| CIT<br>6100 CLARKS CREEK ROAD<br>PLAINFIELD, IN  46168 | COPIER CONTRACT<br>900-0040790-000<br>11/4/2003 - 11/4/2006 |
| CIT<br>1001 KAMOKILA BLVD<br>KAPOLEI, HI  96707 | COPIER CONTRACT<br>900-0068775-000<br>3/5/2005 - 4/6/2008 |
| CIT<br>1400 SE WALTON<br>BENTONVILLE, AR  72712 | COPIER CONTRACT<br>900-0053692-000<br>7/20/2004 - 7/20/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

CIT
9200 W CROSS DRIVE
LITTLETON, CO  80123

COPIER CONTRACT
900-0037820-000
 EFFECTIVE DATE:  9/2/2006


CIT
2730 CORPORATE CENTER
200
HENDERSON, NV

COPIER CONTRACT
900-0037923-000
9/1/2003 - 9/1/2006


CIT
2829 WESTOWN PARKWAY
220
WEST DES MOINES, IA  50266

COPIER CONTRACT
900-0036625-000
8/4/2003 - 8/4/2006


CIT
270 SOUTH SERVICE ROAD
STORAGE
MELVILLE, NY

COPIER CONTRACT
900-0058828-000
10/22/2004 - 10/22/2007


CIT
3191 TEMPLE
POMONA, CA  91769

COPIER CONTRACT
9000-0037271-000
8/20/2003 - 8/20/2006


CIT
3191 TEMPLE
220
POMONA, CA  91769

COPIER CONTRACT
900-0037271-000
8/20/2003 - 8/20/2006


CIT
1107 HAZELTINE BLVD
2
CHASKA, MN  55318

COPIER CONTRACT
900-0040790-000
 EFFECTIVE DATE:  11/4/2006


CIT
270 SOUTH SERVICE ROAD,
MELVILLE, NY  11747

COPIER CONTRACT
3/9/2004 - 3/9/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                          Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CIT<br>1390 WILLOW PASS ROAD<br>560<br>CONCORD, CA  94520 | COPIER CONTRACT<br>900-0037954-000<br>9/5/2003 - 9/5/2006 |
| CIT<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>900-0049422-000<br>4/29/2004 - 4/29/2007 |
| CIT<br>1800 SUTTER STREET<br>CONCORD, CA  94520 | COPIER CONTRACT<br>900-0037954-000<br>9/5/2003 - 9/5/2006 |
| CIT<br>5075 HOPYARD ROAD<br>200<br>PLEASANTON, CA  94588 | COPIER CONTRACT<br>900-0040261-000<br>10/24/2003 - 10/24/2006 |
| CIT<br>950 N ELMHURST RD<br>MOUNT PROSPECT, IL  60056 | COPIER CONTRACT<br>900-0041327-000<br> EFFECTIVE DATE:  11/17/2006 |
| CITI MORTGAGE, INC.<br>5280 CORPORATE DR<br>FREDERICK, MD  21703 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 2/13/2001 |
| CITI MORTGAGE, INC.<br>5280 CORPORATE DR<br>FREDERICK, MD  21703 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  5/7/2007 |
| CITIBANK<br>14075 HESPERIA ROAD<br>VICTORVILLE, CA  92395 | COPIER CONTRACT<br>3784290 |
| CITIBANK USA, N.A.<br>388 GREENWICH ST., 14TH FL<br>NEW YORK, NY  10013 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                           (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CITIBANK, N.A. ("CITIBANK"), NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2006-AR2 (THE "ASSIGNEE" OR THE "TRUSTEE"), 388 GREENWICH ST., 14TH FL NEW YORK, NY 10013 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) F CONTRACT #:  (GSR 2006-AR2) CONTRACT DATE: 4/1/2006 |
| CITIGROUP 1401 W. COMMERCIAL BLVD. SUITE 200 FORT LAUDERDALE, FL  33309-7206 | LEASE OFFICE 7/1/2006 - 4/30/2014 |
| **Addition** | |
| CITIGROUP GLOBEL MARKETS INC 390 GREENWICH STREET, 6TH FLOOR NEW YORK, NY  10013 | VENDOR LEGAL LETTER TO SPLIT COST OF EXECUTIVE JET MGMT AIRCRAFT CHARTER FOR ROADSHOW CONTRACT ID: 11230-1.0 EFFECTIVE DATE: 6/13/2005 |
| CITIMORTGAGE INC. 5280 CORPORATE DR FREDERICK, MD  21703 | LOAN SALE/SERVICING AGREEMENT LOAN SALE AND SERVICING AGREEMENT 1.1 (J) BF |
| CITIMORTGAGE, INC 5280 CORPORATE DR FREDERICK, MD  21703 | SECONDARY MARKETING CONTRACT WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT EFFECTIVE DATE: 1/27/2005 |
| **Addition** | |
| CITIMORTGAGE, INC. 1000 TECHNOLOGY DR MS 111 O'FALLON, MO  63304 | SECONDARY MARKETING CONTRACT WHOLE LOAN SELLER / SERVICER / CORRESPONDENT AGREEMENT CITIMORTGAGE FLOW CONTRACT ID: 10692-1.0 EFFECTIVE DATE: 1/27/2005 |
| CITIMUTUAL CORPORATION D/B/A CITY MUTUAL FINANCIAL 226 AIRPORT PARKWAY STE 150 SAN JOSE, CA  95110 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/26/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                         _____
                        Debtor                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

CITIZENS BANK OF CHATSWORTH
1710 E. COLLEGE AVE
NORMAL, IL  61761

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 1/11/2007

CITIZENS FIDELITY MORTGAGE CORP
1000 JOHNSON FERRY RD S F. 150
MARIETTA, GA  30068

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/8/2006

**Addition**

CITIZENS FIDELITY MORTGAGE CORP.
1000 JOHNSON FERRY ROAD
SUITE F150
MARIETTA, GA  30068

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10758-1.0
EFFECTIVE DATE: 8/8/2006

**Addition**

CITIZENS FIRST MORTGAGE, LLC
525 WATER STREET
PORT HURON, MI  48060

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
ABC BROKER AGREEMENT
CONTRACT ID: 11731-1.0
EFFECTIVE DATE: 4/19/2007

CITIZENS HOME LOAN, INC
7239 PINEVILLE MATTHEWS ROAD
SUITE 100
CHARLOTTE, NC  28226

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/24/2007

CITIZENS NATIONAL BANK
7305 MANCHESTER AVE
ST. LOUIS, MO  63143

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/24/2006

**Addition**

CITIZENS NATIONAL BANK OF GREATER ST. LOUIS
7305 MANCHESTER AVE
ST. LOUIS, MO  63143

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10880-1.0
EFFECTIVE DATE: 9/5/2006

CITIZENS NATIONAL BANK OF GREATER ST.LOUIS
4367 NORTH MAYO TRAIL
SUITE 102
PIKEVILLE, KY  41501

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/5/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CITIZENS NATIONAL BANK OF SPRINGFIELD<br>1465 E. SUNSHINE<br>SPRINGFIELD, MO  65804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/2/2006 |
| CITIZENS TRUST MORTGAGE CORPORATION<br>230 LOOKOUT PLACE<br>MAITLAND, FL  32751 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/14/2006 |

<div align="center">Addition</div>

| | |
|---|---|
| CITRIX SYSTEMS, INC.<br>851 WEST CYPRESS CREEK RD<br>FT. LAUDERDALE, FL  33309 | APPLIANCE EVALUATION AGREEMENT<br>EFFECTIVE DATE: 5/7/2007 |
| CITY OF AURORA, KANE, DUPAGE, WILL AND KENDALL COUNTIES, ILLINOIS<br>44 E DOWNER PL<br>AURORA, IL  60507-3302 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/1/2006 |
| CITY OF AURORA, KANE, DUPAGE, WILL AND KENDALL COUNTIES, ILLINOIS<br>44 E DOWNER PL<br>AURORA, IL  60507-3302 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/1/2007 |
| CITY OF AURORA, KANE, DUPAGE, WILL AND KENDALL COUNTIES, ILLINOIS<br>44 E DOWNER PL<br>AURORA, IL  60507-3302 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/9/2005 |
| CITY OF CHICAGO<br>DEPARTMENT OF HOUSING<br>33 N LASALLE ST<br>CHICAGO, IL  60602 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 10/30/2006 |
| CITY OF CHICAGO<br>DEPARTMENT OF HOUSING<br>33 N LASALLE ST<br>CHICAGO, IL  60602 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____
                         Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF HOUSING<br>33 N LASALLE ST<br>CHICAGO, IL  60602 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/1/2007 |
| CITY OF CHICAGO<br>DEPARTMENT OF HOUSING<br>33 N LASALLE ST<br>CHICAGO, IL  60602 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/1/2006 |
| CITY OF CHICAGO<br>DEPARTMENT OF HOUSING<br>33 N LASALLE ST<br>CHICAGO, IL  60602 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/26/2007 |
| CITY OF CHICAGO DEPARTMENT OF HOUSING<br>33 N LASALLE ST<br>CHICAGO, IL  60602 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 10/18/2004 |

**Addition**

| | |
|---|---|
| CITY OF COLUMBUS<br>DEPARTMENT OF DEVELOPMENT<br>HOUSING FINANCE<br>50 W GAY ST 3RD FL<br>COLUMBUS, OH  43215 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>LENDER PARTICIPATION AGREEMENT<br>CONTRACT ID:  10756-1.0<br>EFFECTIVE DATE: 7/20/2006 |
| CITY OF FRESNO<br>PLANNING AND DEVLOPMENT DEPARTMENT<br>2600 FESNO ST<br>RM 3076<br>FRESNO, CA  93721-3605 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/24/2007 |
| CITY OF KANSAS CITY, MISSOURI<br>414 E 12TH ST<br>KANSAS CITY, MS  64106 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/5/2006 |
| CITY OF VICTORVILLE MORTGAGE ASSISTANCE PROGRAM<br>REDEVELOPMENT AGENCY<br>PO BOX 5001<br>VICTORVILLE, CA  92392 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 9/5/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CITY PROPERTIES LLC DBA KELLER WILLIAMS CAPITOL PROPERTIES<br>2702 12 ST. NORTH EAST<br>WASHINGTON, DC  20018 | LEASE<br>MSA<br>10/20/2005 - 12/31/2016 |
| CITYBANK<br>11832 MUKILTEO SPEEDWAY<br>MUKILTEO, WA  98275 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/25/2006 |
| CKPR D/B/A FIRST LIBERTY REAL ESTATE<br>820 DEER PARK AVE<br>N. BABYLON, NY  11703 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  7/28/2006 |
| CKPR D/B/A FIRST LIBERTY REAL ESTATE<br>820 DEER PARK AVE<br>N. BABYLON, NY  11703 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  10/1/2005 |
| CLA CLEANING CONTRACTORS, INC<br>646 LONG ISLAND AVE.<br>DEER PARK, NY  11729 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE:  6/25/2007 |
| | **Addition** |
| CLA CLEANING CONTRACTORS, INC.<br>646 LONG ISLAND AVENUE<br>DEER PARK, NY  11729 | VENDOR<br>FACILITIES (CLEANING)<br>MASTER SERVICES AGREEMENT AND CERTIFIED OF INSURANCE<br>CONTRACT ID:  11789-1.0<br>EFFECTIVE DATE:  6/25/2007 |
| CLARION MORTGAGE CAPITAL, INC<br>6530 S. YOSEMITE ST<br>STE 300<br>GREENWOOD VILLAGE, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/5/2006 |
| CLARK COUNTY ASSOCIATION OF REALTORS<br>1514 BROADWAY<br>SUITE 102<br>VANCOUVER, WA  98663 | VENDOR CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/6/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CLARKE BROADCASTING CORPORATION<br>342 S. WASHINGTON STREET<br>SONORA, CA  95370 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  5/7/2006 |
| CLARKSON PROPERTIES, INC.<br>6220 S ORANGE BLOSSOM TRAIL<br># 100<br>ORLANDO, FL  32809 | LEASE<br>OFFICE<br>8/1/2006 - 7/31/2009 |
| CLASS REALTY INC, DBA REMAX 1ST CLASS<br>620 BYPASS DRIVE<br>CLEARWATER, FL  33764 | LEASE<br>OFFICE<br>3/1/2007 - 2/29/2008 |
| CLASSIC MORTGAGE, LLC<br>6385 CORPORATE DRIVE<br>SUITE 301<br>COLORADO SPRINGS, CO  80919 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/16/2006 |
| **Addition** | |
| CLAYTON HOLDINGS, INC.<br>2 CORPORATE DRIVE<br>SHELTON, CT  6484 | CONFIDENTIALITY AND SYSTEM ACCESS AGREEMENT<br>NDA/CONFIDENTIAL CONTRACT<br>CONTRACT ID:  10747-1.0<br>EFFECTIVE DATE:  8/28/2006 |
| **Addition** | |
| CLAYTON HOLDINGS, INC.-EDWARD L. MARTINEZ<br>2 CORPORATE DRIVE<br>SHELTON, CT  6484 | CONFIDENTIALITY AND SYSTEM ACCESS AGREEMENT<br>NDA/CONFIDENTIAL CONTRACT<br>CONTRACT ID:  10747-3.0<br>EFFECTIVE DATE:  8/28/2006 |
| CLAYTON HOLDINGS, INC.-GARRY REDDICK<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE:  2/20/2007 |
| **Addition** | |
| CLAYTON HOLDINGS, INC.TED D. ALLO<br>2 CORPORATE DRIVE<br>SHELTON, CT  6484 | VENDOR<br>DUE DILIGENCE REVIEW<br>CONFIDENTIALITY AND SYSTEM ACCESS AGREEMENT-TED D. ALLO<br>CONTRACT ID:  10747-10.0<br>EFFECTIVE DATE:  2/20/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

                          Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CLAYTON HOLDINGS, INC-AARON STRONG<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-BEVERLY ROYCE<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-BEVERLY STARKS<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-CARMEN DELUGO<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE: 2/9/2007 |
| CLAYTON HOLDINGS, INC-CAROL ROBINSON<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-EDWARD L. MARTINEZ<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-LINDA CAMPBELL<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-LINDA TOLLIVE<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| CLAYTON HOLDINGS, INC-TED D. ALLO<br>2 CORPORATE DRIVE<br>SHELTON, CT  06484 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE: 2/20/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**      Case No. **07-11051**

Debtor         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CLAYTON SERVICES, INC<br>2 CORPORATE DR<br>8TH FL<br>SHELTON, CT  06484 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW |
| CLAYTON SERVICES, INC<br>2 CORPORATE DR<br>8TH FL<br>SHELTON, CT  06484 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE: 9/15/2006 |
| CLAYTON SERVICES, INC<br>2 CORPORATE DR<br>8TH FL<br>SHELTON, CT  06484 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE: 6/30/2006 |
| CLAYTON SERVICES, INC.<br>2 CORPORATE DR<br>8TH FL<br>SHELTON, CT  06484 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 5/2/2007 |
| CLEARVIEW REALTY, INC.<br>1223 S CLEARVIEW AVE<br>SUITE 106<br>MESA, AZ  85209 | LEASE<br>OFFICE<br>9/4/2006 - 9/3/2007 |
| CLICK COMMERCE, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/7/2006 |
| CLIENT SERVICES CUSTOMER CARE<br>2415 S AUSTIN AVE<br>STE 103      A/R<br>DENISON, TX  75020 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  3/12/2007 |
| CLIENT SERVICES CUSTOMER CARE<br>2415 S AUSTIN AVE<br>STE 103      A/R<br>DENISON, TX  75020 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  3/12/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CLIENT SERVICES CUSTOMER CARE<br>2415 S AUSTIN AVE<br>STE 103      A/R<br>DENISON, TX  75020 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/9/2007 |
| CLISE AGENCY TRUST<br>ATTN: MELISSA LUCHI, PROPERTY ACCOUNTANT<br>1700 SEVENTH AVENUE, SUITE 1800<br>SEATTLE, WA  98101 | LEASE<br>OFFICE<br>1/1/2006 - 12/31/2008 |
| CLS MORTGAGE, INC<br>12904 EAST NORA AVENUE<br>SPOKANE, WA  99216 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/9/2006 |
| CM RUSSELL PROPERTIES<br>1517 GAGEL AVENUE<br>LOUISVILLE, KY  40216 | LEASE<br>OFFICE<br>3/1/2005 - 2/28/2009 |
| CMG MORTGAGE INC.<br>101 NE 3RD AVE<br>SUITE 1500<br>FORT LAUDERDALE, FL  33301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/12/2005 |
| CMG MORTGAGE INSURANCE COMPANY<br>PO BOX 630045<br>DALLAS, TX  75263 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 4/23/2007 |
| CMP MEDIA LLC<br>CHURCH STREET STATION<br>PO BOX 4502<br>NEW YORK, NY  10261-4502 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/13/2007 |
| CMPS INSTITUTE<br>3017 WALNUT RIDGE DR<br>ANN ARBOR, MI  48103 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 6/1/2006 |
| CN2 TV<br>135 ELIZABETH LANE<br>ROCK HILL, SC  29730 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/29/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

　　　　　　　　　　　　Debtor                                                (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COAST BANK OF FLORIDA | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  9/10/2003 |
| COAST BANK OF FLORIDA | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  8/21/2003 |
| COASTAL STATES BANK<br>18 NEW ORLEANS RD<br>HILTON HEAD IS., SC  29928 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/21/2006 |
| COGNAC PACIFICARE, LLC<br>23392 NETWORK PLACE<br>CHICAGO, IL  60673 | LEASE<br>OFFICE<br>9/1/2003 - 2/28/2009 |
| COGNOS CORPORAITON | VENDOR CONTRACT<br>SOFTWARE |
| COLDWELL ALLIANCE<br>8650 COMMERCE PARK PLACE, SUITE N<br>INDIANAPOLIS, IN  46268 | LEASE<br>DESK RENTAL<br>3/15/2006 - 12/31/2016 |
| COLDWELL ALLIANCE<br>598 CARMEL DR.<br>CARMEL, IN  46032 | LEASE<br>DESK RENTAL<br>3/15/2006 - 12/31/2016 |
| COLDWELL BANKER ALLIANCE<br>6220 E. US 36 HWY, STE A<br>AVON, IN  46123 | LEASE<br>DESK RENTAL<br>3/15/2006 - 12/31/2016 |
| COLDWELL BANKER BAINBRIDGE KAUFMAN REAL ESTATE, INC<br>1103 PARK AVE<br>MEADVILLE, PA  16635 | LEASE<br>DESK RENTAL<br>1/9/2006 - 12/31/2016 |
| COLDWELL BANKER BAINBRIDGE KAUFMAN REAL ESTATE, INC.<br>1103 PARK AVE<br>MEADVILLE, PA  16635 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  1/17/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Case No.  **07-11051**

Debtor

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COLDWELL BANKER FLEX REALTY<br>5217 MONROES STREET<br>TOLEDO, OH  43623 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  11/14/2005 |
| COLDWELL BANKER FLEX REALTY<br>5217 MONROES STREET<br>TOLEDO, OH  43623 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  2/23/2006 |
| COLDWELL BANKER PERFORMANCE<br>500 US 31S<br>GREENWOOD, IN  46143 | LEASE<br>DESK RENTAL<br>4/1/2007 - 3/31/2017 |
| COLLATERAL TRACKING REALTY<br>2423 WEST MARCH LANE<br>SUITE 200<br>STOCKTON, CA  95207 | LEASE<br>OFFICE<br>4/15/2005 - 4/14/2008 |
| COLLATERAL TRACKING REALTY<br>2423 WEST MARCH LANE<br>SUITE 200<br>STOCKTON, CA  95207 | LEASE<br>OFFICE<br>4/1/2007 - 4/14/2008 |
| COLLEGIATE RELOCATION NETWORK<br>649 FIFTH AVENUE SOUTH STE 222<br>NAPLES, FL  34102 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/14/2006 |
| COLLEGIATE RELOCATION NETWORK<br>649 FIFTH AVENUE SOUTH STE 222<br>NAPLES, FL  34102 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/9/2007 |
| COLLIN COUNTY HOUSING FINANCE CORPORATION<br>210 S MCDONALD ST<br>STE 626<br>MCKINNEY, TX  75069 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  10/1/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                        Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

COLLINS ASSOCIATES, INC.
775 PARK AVENUE
SUITE 200/5
HUNTINGTON, NY  11743

HUMAN RESOURCES CONTRACT
RECRUITERS
PERSONNEL STAFFING SERVICES AGREEMENT
CONTRACT ID:  11748-1.0
EFFECTIVE DATE: 5/22/2007

COLONIAL BANK, N.A.
100 COLONIAL BANK BLVD
6TH FLOOR
MONTGOMERY, AL  36117

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/17/2005

COLONIAL BANK, N.A.
100 COLONIAL BANK BLVD
6TH FLOOR
MONTGOMERY, AL  36117

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/2/2007

COLONIAL MORTGAGE SERVICE COMPANY OF AMERICA
100 TOURNAMENT DRIVE
HORSHAM, PA  19044

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/21/2006

COLONY MORTGAGE CORPORATION
5365 S EL CAMINO REAL
ATASCADERO, CA  93422

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/27/2006

COLORADO BANKERS MORTGAGE INC
4851 INDEPENDENCE STREET
SUITE 250
WHEAT RIDGE, CO  80033

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/12/2005

COLORADO HOUSING AND FINANCE AUTHORITY
1981 BLAKE ST
DENVER, CO  80202-1272

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 8/2/2005

<div align="center">Addition</div>

COLORADO HOUSING FINANCE AUTHORITY
1981 BLAKE ST
DENVER, CO  80202-1272

SECONDARY MARKETING CONTRACT
MORTGAGE PURCHASE AND PURCHASE OF SERVICING
RIGHTS AGREEMENT
CONTRACT ID:  10209-1.0
EFFECTIVE DATE: 7/3/2001

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
                        Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| COLORADO HOUSING FINANCE AUTHORITY<br>1981 BLAKE ST<br>DENVER, CO  80202-1272 | SECONDARY MARKETING CONTRACT<br>MORTGAGE PURCHASE AND PURCHASE OF SERVICING<br>RIGHTS AGREEMENT<br>CONTRACT ID:  10209-1.0<br>EFFECTIVE DATE: 2/13/2001 |
| | **Addition** |
| COLORADO HOUSING FINANCE AUTHORITY<br>1981 BLAKE ST<br>DENVER, CO  80202-1272 | SECONDARY MARKETING CONTRACT<br>MORTGAGE PURCHASE AND PURCHASE OF SERVICING<br>RIGHTS AGREEMENT<br>CONTRACT ID:  10209-1.0<br>EFFECTIVE DATE: 8/2/2005 |
| | **Addition** |
| COLUMBIA NATIONAL INC<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | VENDOR<br>PROCESSING / SERVICING<br>SUBSERVICING AGREEMENT<br>CONTRACT ID:  11143-1.0<br>EFFECTIVE DATE: 10/1/2003 |
| COLUMBIA NATIONAL INC.<br>ATTN: FORECLOSURE DEPT.<br>7142 COLUMBIA GATEWAY<br>COLUMBIA, MD  21046 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 10/1/2003 |
| COLUMBIA RIVER BANK<br>401 EAST THIRD STREET<br>SUITE 200/5<br>THE DALLES, OR  97058 | CORPORATE CONTRACT<br>JOINT VENTURE |
| COLUMBIA RIVER BANK<br>401 EAST THIRD STREET<br>SUITE 200/5<br>THE DALLES, OR  97058 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 11/29/2006 |
| COM UNITY  LENDING, INC<br>610 JARVIS DRIVE<br>SUITE 200/5<br>MORGAN HILL, CA  95037 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                              _____
                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

COMBANK MORTGAGE COMPANY
15600 SW 288TH STREET
SUITE 403
HOMESTEAD, FL  33033

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/27/2006


COMBINED 400 BUILDING, CC# 1DI01
DEPARTMENT NO. 70903
LOS ANGELES, CA  90084-0903

LEASE
OFFICE
4/1/2004 - 9/30/2009


COMCAST SPOTLIGHT
5 SHELTER ROCK RD
DANBURY, CT  06810

MARKETING CONTRACT
ADVERTISING


COMMERCE BANK, N.A
100 WALNUT ST
KANSAS CITY, MO  64106

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  9/6/2006


COMMERCE BANK, N.A
100 WALNUT ST
KANSAS CITY, MO  64106

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  4/6/2007

                                    **Addition**

COMMERCE BANK, N.A.
922 WALNUT ST
KANSAS CITY, MO  64106

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10884-1.0
EFFECTIVE DATE:  9/6/2006

                                    **Addition**

COMMERCE BANK, N.A.
100 WALNUT ST
KANSAS CITY, MO  64106

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED
POWER OF ATTORNEY
CONTRACT ID:  10884-2.0
EFFECTIVE DATE:  4/6/2007


COMMONWEALTH BANK & TRUST COMPANY
12906 SHELBYVILLE RD
LOUISVILLE, KY  40243

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/13/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | *Addition* |
| COMMONWEALTH GMAC REAL ESTATE<br>843 LANE ALLEN RD<br>LEXINGTON, KY  40504 | MARKETING CONTRACT<br>MARKETING & SERVICES<br>AMENDMENT TO MARKETING AND SERVICES AGREEMENT BETWEEN REALTOR AND AHM (DELETING DESK RENTAL AND CHANGING FEES)<br>CONTRACT ID: 125-1.2<br>EFFECTIVE DATE: 8/1/2006 |
| | *Addition* |
| COMMONWEALTH GMAC REAL ESTATE<br>843 LANE ALLEN RD<br>LEXINGTON, KY  40504 | MARKETING CONTRACT<br>MARKETING & SERVICES<br>MARKETING AND SERVICES AGREEMENT BETWEEN REALTOR AND AHM<br>CONTRACT ID: 125-1.0<br>EFFECTIVE DATE: 2/22/2005 |
| | *Addition* |
| COMMONWEALTH GMAC REAL ESTATE<br>843 LANE ALLEN RD<br>LEXINGTON, KY  40504 | MARKETING CONTRACT<br>MARKETING & SERVICES<br>AMENDMENT TO CHANGE EXPIRATION DATE.<br>CONTRACT ID: 125-1.1<br>EFFECTIVE DATE: 12/1/2005 |
| COMMONWEALTH INVESTMENT ALLIANCE, LLC D/B/A PEOPLE MORTGAGE<br>6417 LOISDALE RD<br>STE 202<br>SPRINGFIELD, VA  22150 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 6/1/2006 |
| COMMONWEALTH INVESTMENT ALLIANCE, LLC D/B/A PEOPLE MORTGAGE<br>6417 LOISDALE RD<br>STE 202<br>SPRINGFIELD, VA  22150 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 12/1/2005 |
| | *Addition* |
| COMMONWEALTH INVESTMENT ALLIANCE, LLC DBA PEOPLE MORTGAGE<br>6417 LOISDALE RD<br>STE 202<br>SPRINGFIELD, VA  22150 | MORTGAGE BROKER AGREEMENT<br>MARKETING CONTRACT<br>CONTRACT ID: 10462-1.0<br>EFFECTIVE DATE: 12/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
                              Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| COMMONWEALTH INVST ALLIANCE, LLC D/B/A PEOPLE MORTAGE<br>6417 LOISDALE RD STE 202<br>SPRINGFIELD, VA  22150 | MORTAGE BROKER AGREEMENT<br>MARKETING CONTRACT<br>CONTRACT ID:  10462-1.0<br>EFFECTIVE DATE:  12/1/2005 |
| COMMUNICO, LTD<br>257 RIVERSIDE AVENUE<br>WESTPORT, CT  06880-4806 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  7/10/2006 |
| COMMUNICO, LTD<br>257 RIVERSIDE AVENUE<br>WESTPORT, CT  06880-4806 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/9/2006 |
| COMMUNITY BANK OF ROCKMART<br>1400 NATHAN DEAN PARKWAY<br>ROCKMART, GA  30153 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  2/9/2006 |
| COMMUNITY BANK OF ROCKMART<br>1400 NATHAN DEAN PARKWAY<br>ROCKMART, GA  30153 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  7/29/2005 |
| COMMUNITY BANKSHARES, INC<br>5690 DTC BLVD<br># 400E<br>GREENWOOD, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/11/2006 |
| COMMUNITY BUSINESS BANK<br>P.O. BOX 912<br>WEST SACRAMENTO, CA  95691 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  2/21/2006 |
| COMMUNITY DEVELOPMENT ADMIN FORECLOSURES<br>100 COMMUNITY PLACE<br>CROWNSVILLE, MD  21032 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BR |

<div align="center">Addition</div>

| | |
|---|---|
| COMMUNITY FIRST BANK<br>435 JEFFERSON TERRACE BLVD<br>NEW IBERIA, LA  70560 | LOAN SALE AGREEMENT<br>EFFECTIVE DATE:  9/1/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| COMMUNITY FIRST BANK<br>PO BOX 11440<br>NEW IBERIA, LA  70562 | MISCELLANEOUS LETTER<br>EFFECTIVE DATE: 10/17/2007 |
| COMMUNITY FIRST NATIONAL BANK<br>1330 SOUTHERN HILLS CENTER<br>WEST PLAINS, MO  65775 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/10/2006 |
| COMMUNITY MORTGAGE CORPORATION<br>799 ROOSEVELT ROAD BUILDING 3<br>GLEN ELLYN, IL  60137 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/31/2006 |
| COMMUNITY NATIONAL BANK<br>5431 SW 29TH<br>PO BOX 4876<br>TOPEKA, KS  66604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/14/2007 |
| COMMUNITY NATIONAL BANK<br>5431 SW 29TH<br>PO BOX 4876<br>TOPEKA, KS  66604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/6/2006 |

Addition

| | |
|---|---|
| COMMUNITY REINVESTMENT ACCEPTANCE GROUP<br>ONE EAST DIAMOND AVE<br>STE D2000<br>GAITHERSBURG, MD  20877 | SECONDARY MARKETING CONTRACT<br>FORWARD STANDBY COMMITMENT<br>EFFECTIVE DATE: 4/24/2003 |
| COMMUNITY RESOURCE MORTGAGE, INC<br>508 HAMPTON STREET<br>SUITE 201<br>COLUMBIA, SC  29201 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/15/2006 |
| COMMUNITY TRUST CREDIT UNION<br>2504 TENAYA DR<br>MODESTO, CA  95354 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/13/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                            Case No.  **07-11051**
_____
                        Debtor                                                                                  (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| COMPASS MORTGAGE, INC.<br>27755 DIEHL RD<br>STE 300<br>WARRENVILLE, IL  60555 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11590-1.0<br>EFFECTIVE DATE:  1/19/2007 |
| COMPASS REAL ESTATE SERVICES, LLC<br>2043 MAYBANK HIGHWAY<br>CHARLESTON, SC  29412 | LEASE<br>OFFICE<br>3/21/2007 - 3/20/2008 |
| COMPLIANCE MANAGEMENT SOLUTIONS, LLC<br>11350 MCORMICK ROAD<br>EXECUTIVE PLAZA III<br>HUNT VALLEY, MD  21031 | VENDOR CONTRACT<br>SOFTWARE |
| COMPUTER ASSOCIATES (CA, INC.)<br>ONE CA PLAZA<br>ISLANDIA, NY  11749 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/24/2007 |

Addition

| | |
|---|---|
| COMPUTER ASSOCIATES (CA,INC.)<br>ONE CA PLAZA<br>ISLANDIA, NY  11749 | MUTUAL CONFIDENTIALITY AGREEMENT<br>NDA/CONFIDENTIAL CONTRACT<br>CONTRACT ID:  11832-1.0<br>EFFECTIVE DATE:  7/24/2007 |
| COMSYS<br>POB 60260<br>CHARLOTTE, NC  28260 | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING<br>EFFECTIVE DATE:  4/24/2006 |
| CONDO HUT<br>106 PIER VILLAGE MARKET<br>ST SIMONS ISLAND, GA | LEASE<br>MSA<br>10/1/2005 - 12/31/2016 |
| CONNECTICUT HOUSING FINANCE AUTHORITY<br>999 WEST STREET<br>ROCKY HILL, CT  06067-4005 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BP |
| CONNECTICUT HOUSING FINANCE AUTHORITY<br>999 WEST STREET<br>ROCKY HILL, CT  06067-4005 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  5/7/2001 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CONSORT RECRUITING CONSULTANTS<br>4000 EAGLE POINT CORPORATE DRIVE<br>BIRMINGHAM, AL  35242 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 6/13/2007 |
| CONSTELLATION HOMEBUILDER SYSTEMS, INC.<br>888 S. DISNEYLAND DR, STE 430<br>ANAHEIM, CA  92802 | MARKETING CONTRACT<br>ADVERTISING |
| CONSTELLATION HOMEBUILDER SYSTEMS, INC.<br>888 S. DISNEYLAND DR, STE 430<br>ANAHEIM, CA  92802 | MARKETING CONTRACT<br>ADVERTISING |
| CONSUMER HOME MORTGAGE CORP OF AMERICA, INC.<br>60 MCGRATH HIGHWAY<br>QUINEY, MA  02169 | CORRESPONDENT CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/3/2006 |
| CONSUMER INFO.COM<br>18500 VON KARMAN AVENUE<br>SUITE 400<br>IRVINE, CA  92612 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 11/1/2002 |
| CONSUMER INFO.COM<br>18500 VON KARMAN AVENUE<br>SUITE 400<br>IRVINE, CA  92612 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/21/2007 |
| CONSUMER MORTGAGE SERVICES INC.<br>437 MADISON AVENUE<br>NEW YORK, NY  10022 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/15/2005 |

**Addition**

| | |
|---|---|
| CONSUMER MORTGAGE SERVICES, INC.<br>999 WEST CHESTER PIKE<br># 200<br>WEST CHESTER, PA  19382 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 311-1.0<br>EFFECTIVE DATE: 7/15/2005 |
| CONSUMER TRACK, INC<br>2381 ROSECRANS AVE<br>SUITE 336<br>EL SEGUNDO, CA  90245 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 5/10/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CONSUMERS MORTGAGE CORPORATION OF OHIO<br>7851 FREEWAY CIRCLE<br>MIDDLEBURG HEIGHTS, OH  44130 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/11/2006 |
| CONSUMERS MORTGAGE CORPORATION OF OHIO<br>7851 FREEWAY CIRCLE<br>MIDDLEBURG HEIGHTS, OH  44130 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/22/2007 |
| CONTINENTAL HOME LOANS, INC.<br>290 BROADHOLLOW RD<br>MELVILLE, NY  11747 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/1/2006 |
| CONWAY BANK, N.A.<br>124 WEST SPRING<br>CONWAY SPRINGS, KS  67031 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| COOL SPRINGS LOT 19 PARTNERS<br>C/O BROOKSIDE PROPERTIES, INC.<br>2002 RICHARD JONES ROAD, SUITE C-200<br>NASHVILLE, TN  37215 | LEASE<br>SHOPPING CENTER<br>1/30/2004 - 1/31/2009 |
| COOPER HOMES<br>1301 US 52<br>ABERDEEN, OH  45101 | LEASE<br>DESK RENTAL<br>9/22/2006 - 12/31/2016 |
| **Addition** | |
| COPESAN SPECIALISTS IN PEST SOLUTIONS<br>PO BOX 1170<br>LEGAL DEPT.<br>MILWAUKEE, WI  53201-1170 | PEST MANAGEMENT SERVICE AGREEMENT |
| CORAL MORTGAGE BANKERS CORP<br>60 E. UNION AVE<br>ENGLEWOOD, NJ  07631 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/3/2006 |
| CORALLO REAL ESTATE<br>199-20 32 AVE<br>BAYSIDE, NY  11358 | LEASE<br>DESK RENTAL<br>6/9/2004 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                         (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CORINTHIAN MORTGAGE<br>13861 SUNRISE VALLEY DRIVE<br># 100<br>HERNDON, VA  20171 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2005 |
| CORNER HOUSE ASSOCIATES, LP<br>827 FARMINTON AVENUE<br>FARMINGTON, CT  06032 | LEASE<br>OFFICE<br>10/12/2003 - 12/31/2007 |
| CORNERSTONE AT NORWOOD LLC<br>C/O LASALLE BANK NATIONAL ASSOCIATION<br>2920 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | LEASE<br>OFFICE<br>3/1/2005 - 3/31/2010 |
| CORNERSTONE HOME MORTGAGE CORPORATION D/B/A A MHI CORPORATION<br>3604 HENERSON BLVD SE<br>OLYMPIA, WA  98501 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/28/2006 |
| CORNERSTONE LENDERS, LLC<br>500 PIRKLE FERRY RD<br>STE C<br>CUMMING, GA  30040 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |
| CORNERSTONE MORTGAGE COMPANY<br>1177 WEST LOOP SOUTH<br>STE 200<br>HOUSTON, TX  77027 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/5/2005 |
| CORNERSTONE MORTGAGE INC<br>12130 HERDAL DRIVE, SUITE #3<br>AUBURN, CA  95603 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/31/2006 |
| CORNERSTONE MORTGAGE INC<br>12130 HERDAL DRIVE, SUITE #3<br>AUBURN, CA  95603 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | *Addition* |
| CORNERSTONE MORTGAGE INC.<br>11255 OLIVE BLVD<br>ST LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11245-1.0<br>EFFECTIVE DATE:  10/31/2006 |
| | *Addition* |
| CORNERSTONE MORTGAGE INC.<br>11255 OLIVE BLVD<br>STE 200<br>ST LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MINI-BULK ADDENDUM<br>CONTRACT ID:  11245-2.0<br>EFFECTIVE DATE:  10/31/2006 |
| CORNERSTONE REALTY GROUP, LLC<br>2101 NORTHSIDE DRIVE<br>PANAMA CITY, FL  32105 | LEASE<br>MSA<br>3/28/2005 - 12/31/2016 |
| CORONA NARCO ASSOCIATIN OF REALTORS<br>321 E. 6TH STREET<br>CORONA, CA  92879 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  12/19/2006 |
| | *Addition* |
| CORONA NARCO ASSOCIATION OF REALTORS<br>321 E. 6TH STREET<br>CORONA, CA  92879 | MARKETING CONTRACT<br>ADVERTISING AGREEMENT<br>CONTRACT ID:  11333-1.0<br>EFFECTIVE DATE:  12/19/2006 |
| CORPORATE CENTER V, L.L.C.<br>C/O AMERICAN NEVADA REALTY - LEGAL DEPT.<br>901 N. GREEN VALLEY PARKWAY, SUITE 200<br>HENDERSON, NV  89074 | LEASE<br>OFFICE<br>9/5/2003 - 9/30/2008 |
| CORPORATE EXECUTIVE SUITES WEST, INC<br>20283 STATE ROAD #7<br>SUITE 300<br>BOCA RATON, FL  33498 | LEASE<br>EXECUTIVE SUITE<br>6/1/2004 - 12/31/2016 |
| CORPORATE RESOURCE DEVELOPMENT, INC.<br>280 PRESTON OAKS DRIVE<br>ALPHARETTA, GA  30022 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/4/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**

_____
Debtor                                                                                                     (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CORPORATE RESOURCE DEVELOPMENT, INC.<br>280 PRESTON OAKS DRIVE<br>ALPHARETTA, GA  30022 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/23/2006 |
| CORPORATE RESOURCES GROUP LLC | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  2/27/2007 |

<div align="center">**Addition**</div>

| | |
|---|---|
| CORPORATE RESOURCES GROUP, LLC | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>RECRUITING AGREEMENT<br>CONTRACT ID:  692-1.0<br>EFFECTIVE DATE:  2/27/2007 |
| CORPORATE TECHNOLOGIES<br>3 BURLINGTON WOODS<br>BURLINGTON, MA  01803 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/28/2007 |
| CORPORATE TECHNOLOGIES<br>3 BURLINGTON WOODS<br>BURLINGTON, MA  01803 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/28/2007 |
| CORPORATE TECHNOLOGIES<br>3 BURLINGTON WOODS<br>BURLINGTON, MA  01803 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/12/2007 |
| CORPORATE TECHNOLOGIES<br>3 BURLINGTON WOODS<br>BURLINGTON, MA  01803 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/12/2007 |
| CORPORATE WOODS ASSOCIATES, LLC<br>175 CORPORATE WOODS<br>SUITE 160<br>ROCHESTER, NY  14623 | LEASE<br>OFFICE<br>8/1/2007 - 7/31/2012 |
| CORRIN SARGENT DBA GREAT CHOICES MORTGAGES<br>503 3RD AVENUE SE<br>MAPLETON, MN  56065 | LEASE<br>OFFICE<br>4/16/2007 - 5/15/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

CORTES PATRICK LLC
635 EUCLID AVENUE
# 112
MIAMI BEACH, FL  33139

VENDOR
MARKETING AND SERVICES AGREEMENT
CONTRACT ID:  11574-1.0
EFFECTIVE DATE:  4/15/2007

CORTES PATRICK, LLC
635 EUCLID AVENUE
# 112
MIAMI BEACH, FL  33139

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  4/15/2007

COUNSELOR REALTY
3200 MAIN STREET NW
SUITE 240
COON RAPIDS, MN  55448

LEASE
OFFICE
6/1/2007 - 5/31/2017

COUNTRY CLUB BANK, NA
4328 MADISON
KANSAS CITY, MO  64111

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  10/19/2006

COUNTRY VILLAGE RENTALS
10 STRAIT WARF
NANTUCKET, MA  02554

LEASE
DESK RENTAL & M&S
4/1/2006 - 12/31/2016

COUNTRYWIDE
4500 PARK GRANADA
CALABASAS, CA  91302

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  1/18/1995

COUNTRYWIDE BANK
4500 PARK GRANADA
CALABASAS, CA  91302

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  4/30/2007

COUNTRYWIDE BANK
4500 PARK GRANADA
CALABASAS, CA  91302

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  4/27/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

_____
Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COUNTRYWIDE BANK<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  3/14/2006 |
| COUNTRYWIDE BANK<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  12/29/2005 |
| COUNTRYWIDE BANK, FSB<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | TRADE CONFIRMATION - COUNTRYWIDE BANK, FSB<br>TRADE CONFIRMATION<br>1.1 (J) GK<br>CONTRACT DATE:  30-MAR-07 |
| COUNTRYWIDE BANK, FSB<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | TRADE CONFIRMATION - COUNTRYWIDE BANK, FSB<br>TRADE CONFIRMATION<br>1.1 (J) GJ<br>CONTRACT DATE:  20-MAR-07 |
| COUNTRYWIDE BANK, N.A<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | TRADE CONFIRMATION - COUNTRYWIDE BANK, N.A.<br>TRADE CONFIRMATION<br>1.1 (J) GI<br>CONTRACT DATE:  30-DEC-05 |
| COUNTRYWIDE BANK, NA (PURCHASER)<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | LOAN SALE/SERVICING AGREEMENT<br>MORTGAGE LOAN PURCHASE AND SERVICING AGREEMENT<br>1.1 (J) DC<br>CONTRACT DATE:  14-MAR-06 |
| COUNTRYWIDE HOME LOANS, INC.<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  91302 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  12/16/2005 |
| COUNTRYWIDE HOME LOANS, INC.<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  93065 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  3/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

_____                  _____
                        Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  91302 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  5/1/2007 |
| COUNTRYWIDE HOME LOANS, INC.<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  91302 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  11/26/2003 |
| COUNTRYWIDE HOME LOANS, INC.<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  91302 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT |
| COUNTRYWIDE HOME LOANS, INC., AS PURCHASER<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA  91302 | LOAN SALE/SERVICING AGREEMENT<br>MORTGAGE LOAN PURCHASE AND SERVICING AGREEMENT<br>1.1 (J) DK<br>CONTRACT DATE:  1-MAY-07 |
| COUNTY OF SAN BERNARDINO<br>172 W THIRD ST.<br>1 ST. FLOOR<br>SAN BERNARDINO, CA  92415 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  5/11/2006 |

**Addition**

| | |
|---|---|
| COUNTY OF SAN BERNARDINO DEPARTMENT OF COMMUNITY DEVELOPMENT AND HOUSING<br>290 NORTH "D" STREET<br>SIXTH FLOOR<br>SAN BERNARDINO, CA  92415-0040 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>LENDER APPLICATION<br>CONTRACT ID:  10355-2.0<br>EFFECTIVE DATE:  8/4/2006 |
| COUNTY OF SANTA CLARA OFFICE OF AFFODABLE HOUSING<br>SANTA CLARA, CA  95110 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/13/2007 |
| COURTHOUSE RETRIEVAL SYSTEM, INC.<br>341 TROY CIRCLE<br>KNOXVILLE, TN  37919 | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE:  3/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                          Case No.  **07-11051**

_____

Debtor                                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COURTHOUSE RETRIEVAL SYSTEM, INC.<br>341 TROY CIRCLE<br>KNOXVILLE, TN  37919 | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE: 3/31/2005 |
| COURTYARD BUILDINGS, LLC<br>C/O CALIBOGUE PROPERTIES, LLC 309 THE COURTYARD BUILDING<br>32 OFFICE PARK ROAD<br>HILTON HEAD ISLAND, SC  29928 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2011 |
| COURTYARD FINANCIAL, INC.<br>11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/1/2006 |
| COURTYARD MARRIOTT ANAHEIM DISNEYLAND RESORT<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 8/3/2006 |
| COURTYARD MARRIOTT LAS VEGAS SUMMERLIN | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 9/11/2006 |
| COURTYARD MARRIOTT -PHOENIX | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/16/2007 |
| COURTYARD MARRIOTT -PHOENIX | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/16/2007 |
| COURTYARD MARRIOTT-CAROLINA BEACH<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/22/2006 |

**Addition**

| | |
|---|---|
| COURTYARD MARRIOTT-LAS VEGAS SUMMERLIN<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID: 10764-1.0<br>EFFECTIVE DATE: 9/11/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

COURTYARD MARRIOTT-MERIDIAN
7142 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD  21046

VENDOR
SITE USE
HOTEL AGREEMENT

<div align="center">Addition</div>

COURTYARD MARRIOTT-PHOENIX
7142 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD  21046

VENDOR
SITE USE
HOTEL AGREEMENT
CONTRACT ID:  11675-1.0
EFFECTIVE DATE:  5/16/2007

COWDEN REALTY
P O BOX 545
SONORA, CA  95370

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE:  11/15/2004

COWDEN REALTY
P O BOX 545
SONORA, CA  95370

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE:  7/31/2006

COWIFI IRON POINT, LLC
C/O GRUBB & ELLIS MANAGEMENT SERVICES, INC.
445 SOUTH FIGUEROA STREET, SUITE 3300
LOS ANGELES, CA  90071

LEASE
OFFICE
6/11/2006 - 6/10/2011

CPP NORTH AMERICA, LLC
5100 GAMBLE DRIVE
SUITE 600
ST. LOUIS PARK, MN  55416

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  6/20/2006

CRA GROUP, LLC

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  4/24/2003

CRANBROOK REALTY DNV FD DBA SUTTER SQUARE
4701 SISK ROAD, SUITE 101
MODESTO, CA  95356

LEASE
OFFICE
11/1/2005 - 10/31/2010

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                    Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CRAVEN-SHAFFER-NORTH BAY VILLAGE 26381 SOUTH TAMIAMI TRAIL SUITE 300 BONITA SPRINGS, FL  34134 | LEASE OFFICE 4/8/2006 - 4/30/2011 |
| CRAYONS TO COMPUTERS, INC 1350 TENNESSEE AVENUE CINCINNATI, OH  45229 | MARKETING CONTRACT PREFERRED LENDER EFFECTIVE DATE: 5/15/2007 |
| CRAYONS TO COMPUTERS, INC 1350 TENNESSEE AVENUE CINCINNATI, OH  45229 | MARKETING CONTRACT PREFERRED LENDER EFFECTIVE DATE: 6/4/2007 |
| CRECER PROPERTIES 1807 QUAIL RUN DR. GARLAND, TX  75040 | LEASE MSA 3/29/2005 - 12/31/2016 |
| CREDANT TECHNOLOGIES 15303 DALLAS PARKWAY SUITE 1420 ADDISON, TX  75001 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE: 3/8/2006 |
| CREDANT TECHNOLOGIES 15303 DALLAS PARKWAY SUITE 1420 ADDISON, TX  75001 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 3/10/2006 |
| CREDANT TECHNOLOGIES, INC. 15303 DALLAS PARKWAY, SUITE 1420 ADDISON, TX  75001 | VENDOR CONTRACT SOFTWARE |
| CREDANT TECHNOLOGIES, INC. 15303 DALLAS PARKWAY, SUITE 1420 ADDISON, TX  75001 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 9/15/2006 |
| CREDIT FINANCIAL SERVICES, LLC 4660 DUKE DRIVE SUITE 200/5 MASON, OH  45040 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 1/23/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                        Debtor                                                  (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CREDIT SUISSE (FORMERLY KNOWN AS) DLJ MORTGAGE CAPITAL, INC.<br>ELEVEN MADISON AVE<br>4TH FL<br>NEW YORK, NY  10010 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  5/1/2006 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC<br>302 CARNEGIE CENTER, 2ND FLOOR<br>PRINCETON, NJ  08540 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  9/13/2006 |
| CREDIT SUISSE SECURITIES(FORMERLY KNOWN AS) DLJ MORTGAGE CAPITAL, INC.<br>ELEVEN MADISON AVE<br>4TH FL<br>NEW YORK, NY  10010 | SECONDARY MARKETING CONTRACT<br>FORWARD SECURITIES AGREEMENT<br>EFFECTIVE DATE:  9/18/2006 |
| CREDIT.COM<br>1411 HARBOR BAY PARKWAY<br>SUITE 202<br>ALAMEDA, GA  94502 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/14/2001 |
| CRESTAR MORTGAGE CORPORATION<br>910 PIERREMONT RD<br>SUITE 222<br>SHREVEPORT, LA  71106 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  5/1/2000 |
| CRHMFA HOMEBUYERS FUND<br>CITIMORTGAGE, INC.<br>SPECIAL PROGRAMS DIVISION<br>14651 DALLAS PARKWAY, STE 320<br>DALLAS, TX  75254 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  5/6/2004 |
| CRHMFA HOMEBUYERS FUND<br>CITIMORTGAGE, INC.<br>SPECIAL PROGRAMS DIVISION<br>14651 DALLAS PARKWAY, STE 320<br>DALLAS, TX  75254 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  5/6/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____

Debtor                                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CRIMMINS AND CO. DBA RETAIL CENTER AT PRECEDENT PARK LP<br>12220 N. MERIDIAN STREET<br>SUITE 155<br>CARMEL, IN  46032 | LEASE<br>SHOPPING CENTER<br>12/15/2003 - 12/31/2008 |
| CROSS BORDER SOLUTIONS<br>1 NEW YORK PLAZA<br>34TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/2/2006 |
| CROWNE PLAZA<br>45 JOHN GLENN DR<br>CONCORD, CA  94520 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/17/2007 |
| CROWNE PLAZA<br>12021 HARBOR BLVD<br>GARDEN GROVE, CA  92840 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/20/2007 |

**Addition**

| | |
|---|---|
| CRYSTAL SPRINGS<br>105-137 WHEATSWORTH ROAD<br>HAMBURG, NJ  7419 | HOTEL AGREEMENT<br>SITE USE<br>EFFECTIVE DATE:  6/19/2007 |
| CRYSTAL SPRINGS RESORT | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/2/2007 |
| CSC CREDIT SERVICES, INC | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  11/12/2004 |

**Addition**

| | |
|---|---|
| CSC CREDIT SERVICES, INC. | VENDOR<br>CREDIT BUREAU<br>PRESCREENING PROFESSOR/CLIENT AGREEMENT<br>CONTRACT ID:  11280-1.0<br>EFFECTIVE DATE:  11/12/2004 |
| CSHV SOUTHPARK, LLC<br>P.O. BOX 905307<br>CHARLOTTE, NC  28290-5307 | LEASE<br>OFFICE<br>7/1/2003 - 6/30/2011 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                           Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Addition |
| CSI CAPITAL MANAGEMENT, INC. 445 BUSH STREET FIFTH FLOOR SAN FRANCISCO, CA  94108 | CONFIDENTIALITY AND NONSOLICITATION AGREEMENT |
| | Addition |
| CT NETWORKS (MINIBAR MARKETING) 125 WIRELESS BLVD HAUPPAUGUE, NY  11788 | TRAINING OUTLINE / AUDIOLOG |
| CU FUNDING GROUP 73 RAY ST PLEASANTON, CA  94566 | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE:  3/28/2006 |
| CU FUNDING GROUP 73 RAY ST PLEASANTON, CA  94566 | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE:  3/28/2006 |
| CU FUNDING GROUP 73 RAY ST PLEASANTON, CA  94566 | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE:  7/20/2007 |
| CUMBERLAND BANK 810 CRESCENT CENTRE DRIVE SUITE 320 FRANKLIN, TN  37067 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  8/7/2006 |
| CUMMINGS PROPERTIES, LLC 200 WEST CUMMINGS PARK WOBURN, MA  01801 | LEASE OFFICE 12/31/2005 - 12/30/2007 |
| CUMMINGS PROPERTIES, LLC 200 WEST CUMMINGS PARK WOBURN, MA  01801 | LEASE OFFICE 12/1/2004 - 11/30/2011 |
| CUNNINGHAM AND COMPANY 804 GREEN VALLEY RD SUITE 106 GREENSBORO, NC  27408 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  6/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| CUNNINGHAM AND COMPANY<br>804 GREEN VALLEY RD<br>SUITE 106<br>GREENSBORO, NC  27408 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/27/2006 |
| CUNNINGHAM AND COMPANY<br>804 GREEN VALLEY RD<br>SUITE 106<br>GREENSBORO, NC  27408 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/2/2007 |
| CURTIS THAXTER STEVENS BRODER & MICOLEAU, LLC<br>P.O. BOX 7320<br>PORTLAND, ME  04112-7320 | LEASE<br>OFFICE<br>8/15/2005 - 8/14/2007 |
| CUSTOM MORTGAGE SOLUTIONS INC<br>1000 VOORHEES DRIVE<br>VOORHEES, NJ  08043 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 2/23/2005 |
| CUSTOM MORTGAGE SOLUTIONS INC<br>1000 VOORHEES DRIVE<br>VOORHEES, NJ  08043 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/25/2006 |

**Addition**

| | |
| --- | --- |
| CUSTOM MORTGAGE SOLUTIONS INC.<br>1000 VOORHEES DRIVE<br>VOORHEES, NJ  8043 | MARKETING CONTRACT<br>BROKER<br>MORTGAGE BROKER AGREEMENT<br>CONTRACT ID: 10452-1.0<br>EFFECTIVE DATE: 2/23/2005 |
| CYBER PROPERTIES LLC<br>21920 76TH AVENUE WEST<br>EDMONDS, WA  98026 | LEASE<br>OFFICE<br>7/1/2007 - 6/30/2012 |
| D&R MORTGAGE CORP. D/BA METRO FINANCE<br>29870 MIDDLEBELT RD<br>FARMINGTON HILLS, MI  48334 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/7/2006 |
| DALLAS/FORT WORTH AIRPORT MARRIOTT SOUTH HOTEL<br>4151 CENTREPORT BOULEVARD<br>FT. WORTH, TX  76155 | VENDOR CONTRACT<br>SITE USE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____

Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| DALLAS-FORT WORTH AIRPORT MARRIOTT SOUTH HOTEL<br>4151 CENTREPORT BOULEVARD<br>FT. WORTH, TX  76155 | ROOMS AGREEMENT<br>EFFECTIVE DATE:  1/4/2006 |
| DALTON LTD<br>133 EDGEWATER DRIVE<br>BILOXI, MS  39531 | LEASE<br>OFFICE<br>11/1/2006 - 10/31/2009 |
| DAN MOSER COMPANY, INC.<br>5817 HIGHWAY 75<br>MINERAL SPRINGS, NC  28108 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  2/4/2006 |
| DAN MOSER COMPANY, INC.<br>5817 HIGHWAY 75<br>MINERAL SPRINGS, NC  28108 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  7/27/2005 |
| DAN SMITH AND ASSOCIATES<br>42140 BIG BEAR BLVD<br># 120<br>BIG BEAR LAKE, CA  92315 | LEASE<br>MSA/DESK RENTAL<br>6/19/2006 - 12/31/2016 |
| DANARIR INVESTMENTS, INC.<br>6305 IVY LANE<br>STE 420<br>GREENBELT, MD  20770 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  1/12/2006 |
| DANARIR INVESTMENTS, INC.<br>6305 IVY LANE<br>STE 420<br>GREENBELT, MD  20770 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  9/9/2005 |
| DANIELS INTERNATIONAL VENTURES, LLP C/O JRM DANIELS, LLC<br>2211 LAKE CLUB DRIVE<br>SUITE 100<br>COLUMBUS, OH  43232 | LEASE<br>OFFICE<br>7/15/2005 - 7/14/2010 |
| DANTE R. MARROCCO<br>P.O. BOX 454<br>HILLSBORO, OR  97123-0454 | LEASE<br>OFFICE<br>11/1/2006 - 10/31/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DARREN KREITZ<br>2931 ZELDA ROAD<br>MONTGOMERY, AL  36106 | LEASE<br>DESK RENTAL<br>10/1/2006 - 9/30/2007 |
| DARREN KREITZ<br>2931 ZELDA ROAD<br>MONTGOMERY, AL  36106 | LEASE<br>DESK RENTAL<br>10/1/2006 - 12/31/2016 |
| DARTMOUTH VENTURES, L.L.C.<br>4421 COASTAL HIGHWAY<br>REHOBOTH BEACH, DE  19971 | LEASE<br>OFFICE<br>8/25/2003 - 8/24/2008 |
| DAS ACQUISITION CO LLC<br>12140 WOODCREST EXECUTIVE DRIVE<br>STE 150<br>ST. LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/20/2006 |
| **Addition** | |
| DAS ACQUISITION COMPANY<br>12140 WOODCREST EXECUTIVE DRIVE<br>STE 150<br>ST. LOUIS, MO  63141 | MUTUAL CONFIDENTIALITY AGREEMENT |
| **Addition** | |
| DATA PROCESSING SOLUTIONS<br>9160 RED BRANCH ROAD<br>SUITE W-1<br>COLUMBIA, MD  21045 | EQUIPMENT LEASE AGREEMENT<br>EFFECTIVE DATE:  8/31/2005 |
| DATA TREE | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/7/2005 |
| DATA WAREHOUSE CORPORATION<br>ATNN: ACCOUNTING<br>3651 FAU BLVD SUITE 400<br>BOCA RATON, FL  33431 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| **Addition** | |
| DAVID J. KOSTER<br>808 THATCHER WAY<br>RALEIGH, NC  27615 | CONSULTING AGREEMENT<br>EFFECTIVE DATE:  1/11/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No. **07-11051**
_____
                         Debtor                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DAVID WARD & ASSOCIATES<br>205 POWELL PLACE,<br>SUITE 106<br>BRENTWOOD, TN  37027 | HUMAN RESOURCES CONTRACT<br>RECRUITERS |
| DAVID WARD & ASSOCIATES<br>205 POWELL PLACE,<br>SUITE 106<br>BRENTWOOD, TN  37027 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/19/2007 |

**Addition**

| | |
|---|---|
| DAVID WHITE<br>14105-B WILLIAM ST.<br>LAUREL, MD  20707 | CONSULTING AGREEMENT |
| DAVIS INDOOR SPORTS CENTER<br>2801 2ND STREET<br>DAVIS, CA  95616 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 12/14/2005 |
| DAWSON & MICHAEL REALTY<br>816 FORT WAYNE AVE.<br>INDIANAPOLIS, IN  46204 | LEASE<br>DESK RENTAL<br>3/1/2006 - 12/31/2016 |
| DB FUNDING (FORMERLY CHAPEL FUNDING CORPORATION)<br>23361 MADERO<br>STE 100<br>MISSION VIEJO, CA  92691 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/15/2003 |

**Addition**

| | |
|---|---|
| DB HOME LENDING LLC<br>26521 RANCHO PARKWAY S<br>STE 210<br>LAKE FOREST, CA  92630 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>BROKER APPLICATION PACKAGE<br>CONTRACT ID: 11644-1.0<br>EFFECTIVE DATE: 5/4/2007 |
| DB STRUCTURED PRODUCTS, INC<br>60 WALL STREET, 18TH FLOOR<br>NEW YORK, NY  10005 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE: 5/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  4/28/2004 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FQ<br>CONTRACT DATE:  11-MAY-06 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FR<br>CONTRACT DATE:  6-JUN-06 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FP<br>CONTRACT DATE:  28-MAR-06 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FS<br>CONTRACT DATE:  8-SEP-06 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FT<br>CONTRACT DATE:  20-JUN-06 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FX<br>CONTRACT DATE:  6-JUN-07 |
| DB STRUCTURED PRODUCTS, INC.<br>6000 BROKEN SOUND PKWY<br>STE 104<br>BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC.<br>COMMITMENT LETTER<br>1.1 (J) FV<br>CONTRACT DATE:  28-DEC-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DB STRUCTURED PRODUCTS, INC. 6000 BROKEN SOUND PKWY STE 104 BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC. COMMITMENT LETTER 1.1 (J) FY CONTRACT DATE:  6-JUN-07 |
| DB STRUCTURED PRODUCTS, INC. 6000 BROKEN SOUND PKWY STE 104 BOCA RATON, FL  33487 | TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC. COMMITMENT LETTER 1.1 (J) FU CONTRACT DATE:  28-DEC-06 |
| DB STRUCTURED PRODUCTS, INC. (INITIAL PURCHASER) 60 WALL STREET, 18TH FLOOR NEW YORK, NY 10005 | LOAN SALE/SERVICING AGREEMENT MASTER MORTGAGE LOAN PURCHASE AND SERVICING AGREEMENT 1.1 (J) DH CONTRACT DATE:  1-MAY-06 |
| DB STRUCTURED PRODUCTS, INC., AS ASSIGNOR, ACE SECURITIES CORP., AS ASSIGNEE AND ACKNOWLEDGED BY WELLS FARGO BANK, N.A., AS MASTER SERVICER 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) FL CONTRACT #:  (DBALT 2007-1) CONTRACT DATE:  29-JUN-07 |
| DB STRUCTURED PRODUCTS, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNOR"), DEUTSCHE ALT-A SECURITIES, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNEE") ATTENTION: SUSAN VALENTI 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) R CONTRACT #:  (DBALT 2006-AB3) CONTRACT DATE:  30-JUN-06 |
| DB STRUCTURED PRODUCTS, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNOR"), DEUTSCHE ALT-A SECURITIES, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNEE") ATTENTION: SUSAN VALENTI 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) Q CONTRACT #:  (DBALT 2006-AB2) CONTRACT DATE:  30-MAY-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor</div>                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DB STRUCTURED PRODUCTS, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNOR"), DEUTSCHE ALT-A SECURITIES, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNEE"), ATTENTION: SUSAN VALENTI 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AB CONTRACT #:  (DBALT 2006-AB4) CONTRACT DATE:  29-SEP-06 |
| DB STRUCTURED PRODUCTS, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNOR"), DEUTSCHE ALT-A SECURITIES, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNEE"), AND ATTENTION: SUSAN VALENTI 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AQ CONTRACT #:  (DBALT 2007-AB1) CONTRACT DATE:  13-APR-07 |
| DB STRUCTURED PRODUCTS, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNOR"), DEUTSCHE ALT-A SECURITIES, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNEE"), AND ATTENTION: SUSAN VALENTI 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AL CONTRACT #:  (DBALT 2006-AR6) CONTRACT DATE:  15-DEC-06 |
| DB STRUCTURED PRODUCTS, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNOR"), DEUTSCHE ALT-A SECURITIES, INC., HAVING AN ADDRESS AT 60 WALL STREET, NEW YORK, NEW YORK 10005 (THE "ASSIGNEE"), AND ATTENTION: SUSAN VALENTI 60 WALL STREET, 18TH FLOOR NEW YORK, NY  10005 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AC CONTRACT #:  (DBALT 2006-AR5) CONTRACT DATE:  31-OCT-06 |
| DBSI - DORADO-09 1550 S TECH LN MERIDIAN, ID  83642 | LEASE OFFICE 5/1/2005 - 4/30/2008 |
| DBSI-PHOENIX PEAK-32 P.O. BOX 24823 SEATTLE, WA  98124-0823 | LEASE OFFICE 12/1/2002 - 11/30/2011 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DDS TAX SERVICE-HYANNIS, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/1/2006 |
| DDS TAX SERVICE-HYANNIS, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2006 |
| DDS TAX SERVICE-LEOMINSTER, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/1/2006 |
| DDS TAX SERVICE-LEOMINSTER, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2006 |
| DDS TAX SERVICE-PEABODY, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2006 |
| DDS TAX SERVICE-PEABODY, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/1/2006 |
| DDS TAX SERVICE-PLYMOUTH, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2006 |
| DDS TAX SERVICE-PLYMOUTH, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/1/2006 |
| DDS TAX SERVICE-STOUGHTON, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DDS TAX SERVICE-STOUGHTON, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/1/2006 |
| DDS TAX SERVICE-VINEYARD HAVEN, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2006 |
| DDS TAX SERVICE-VINEYARD HAVEN, MA<br>3 BARNSTABLE RD<br>HYANMIS, MD  02601 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/1/2006 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 10/3/2005 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 10/3/2005 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 1/11/2006 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 1/25/2006 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 10/3/2005 |

**Addition**

| | |
|---|---|
| DEARBORN SAVINGS ASSOCIATION | BROKER AGREEMENT |
| DEARBORN SAVINGS ASSOCIATION, F.A. | BROKER/INVESTOR CONTRACT<br>BROKER |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DEBLASIO, MELISSA (CONSULTANT)<br>2977 SHEFFIELD DRIVE<br>PLYMOUTH MEETING, PA  19462 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/22/2007 |
| DECISION ONE MORTGAGE<br>6060 JA JONES DR<br>STE 100<br>CHARLOTTE, NC  28287 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 9/16/2004 |
| DECKER & BELT PROPERTIES<br>PO BOX 2610<br>MURFREESBORO, TN  37133-2610 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2011 |
| DECKER & BELT PROPERTIES<br>PO BOX 2610<br>MURFREESBORO, TN  37133-2610 | LEASE<br>OFFICE<br>9/1/2004 - 8/31/2007 |
| DEELEY, KING & PANG<br>810 RICHARDS ST, STE 700<br>HONOLULU, HI  96813-4732 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 1/13/2006 |
| DEFAULT EXPRESS SERVICES<br>303 LIPPINCOTT DRIVE<br>SUITE 320<br>MARLTON, NJ  08053 | LEASE<br>OFFICE<br>6/1/2007 - 5/31/2008 |
| DEKALB AREA ASSOCIATION OF REALTORS<br>1430 DEKALB<br>SYCAMORE, IL  60178 | LEASE<br>OFFICE<br>9/1/2003 - 8/31/2008 |

**Addition**

| | |
|---|---|
| DELANGE LANDEN<br>111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 | MASTER LEASE SCHEDULE<br>EFFECTIVE DATE: 10/3/2005 |

**Addition**

| | |
|---|---|
| DELAWARE HOUSING FINANCE AUTHORITY<br>820 N FRENCH ST<br>10TH FL<br>WILMINGTON, DE  19801 | SECONDARY MARKETING CONTRACT<br>MORTGAGE ORIGINATION MASTER AGREEMENT<br>CONTRACT ID: 10345-1.0<br>EFFECTIVE DATE: 9/28/2001 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____              _____
Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| DELAWARE HOUSING FINANCE AUTHORITY<br>820 N FRENCH ST<br>10TH FL<br>WILMINGTON, DE  19801 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>LENDER'S OFFER TO PARTICIPATE<br>CONTRACT ID:  10345-2.0<br>EFFECTIVE DATE: 7/26/2006 |
| DELAWARE STATE HOUSING AUTHORITY<br>HOUSING AUTHORITY<br>WILMINGTON, DE  19801 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/23/2005 |
| DELAWARE STATE HOUSING AUTHORITY<br>HOUSING AUTHORITY<br>WILMINGTON, DE  19801 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/26/2006 |
| DELL FRANKLIN FINANCIAL, LLC<br>7061 COLUMBIA GATEWAY DR<br>#110<br>COLUMBIA, MD  21046 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/15/2006 |
| DELLA FEMINA, ROTHSCHILD, JEARY & PARTNERS<br>902 BROADWAY<br>NEW YORK, NY  10010 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/17/2006 |
| DELLA FEMINA, ROTHSCHILD, JEARY AND PARTNERS<br>902 BROADWAY<br>NEW YORK, NY  10010 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/17/2006 |
| DELLA FEMINA, ROTHSCHILD, JEARY AND PARTNERS<br>902 BROADWAY<br>NEW YORK, NY  10010 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/3/2006 |
| DELMARVA BROADCASTING COMPANY<br>P.O. BOX 909<br>SALISBURY, MD  21803 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/22/2006 |

Addition

| | |
|---|---|
| DELOUTTE & TOUCHE LLP<br>13943 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 | LETTER FROM AHM<br>EFFECTIVE DATE: 2/12/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                    _____
                              Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

DELTA DIVERISIFIED
6001 COCHRAN RD
SOLON, OH  44139

HUMAN RESOURCES CONTRACT
RECRUITERS
PERSONNEL STAFFING SERVICE AGREEMENT
CONTRACT ID:  11309-1.0
EFFECTIVE DATE: 1/11/2007


DELTA DIVERSIFIED
6001 COCHRAN RD
SOLON, OH  44139

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  1/11/2007


DELTA REALTY
HAMILTON CENTRE
3200 CRAIN HWY, SUITE 100
WALDORF, MD  20603

LEASE
OFFICE
3/1/2005 - 2/29/2008


DELTA REALTY
HAMILTON CENTRE
3200 CRAIN HWY, SUITE 100
WALDORF, MD  20603

LEASE
OFFICE
3/1/2005 - 2/28/2008


DEMETRIOS LLC
ATTN: CHRIS
PO BOX 58
SOUTH WINDHAM, CT  06266

LEASE
SHOPPING CENTER
5/1/2006 - 4/30/2008


DENNIS M. DOYLE, JR.
7807 BAYMEADOWS ROAD EAST
SUITE 1 & 2
JACKSONVILLE, FL  32256

LEASE
OFFICE
4/1/2005 - 3/31/2010

**Addition**

DENTON HOUSING FINANCE CORPORATION
110 W HICKORY
2ND FL
DENTON, TX  76201

SECONDARY MARKETING CONTRACT
ORIGINATION AND SERVICING AGREEMENT
EFFECTIVE DATE:  8/1/2003


DENVER EAST VENTURES LLC DBA KELLER WILLIAMS DENVER
EAST LLC
3401 QUEBEC STREET
SUITE 8000
DENVER, CO  80207

LEASE
OFFICE
3/15/2007 - 3/14/2008


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                        Case No.  **07-11051**
_____                        _____
                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DENVER EAST VENTURES, LLC<br>DBA KELLER WILLIAMS DENVER EAST, LLC<br>3401 QUEBEC STREET STE. 800<br>DENVER, CO  80207 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/15/2007 |

**Addition**

| | |
|---|---|
| DENVER EAST VENTURES, LLC DBA KELLER WILLIAMS DENVER EAST, LLC<br>3401 QUEBEC STREET<br>STE 8000<br>DENVER, CO  80207 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID: 11544-1.0<br>EFFECTIVE DATE: 3/15/2007 |
| DENVER NORTHWEST VENTURES, LLC DBA KELLER WILLIAMS REALTY PROFESSIONALS, LLC<br>9191 SHERIDAN BLVD<br>WESTMINSTER, CO  80031 | LEASE<br>OFFICE<br>3/15/2007 - 3/14/2008 |
| DENVER NORTHWEST VENTURES, LLC DBA KELLER WILLIAMS REALTY PROFESSIONALS, LLC<br>9191 SHERIDAN BLVD<br>WESTMINSTER, CO  80031 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/15/2007 |

**Addition**

| | |
|---|---|
| DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT OF THE STATE OF MARYLAND<br>100 COMMUNITY PLACE<br>CROWNSVILLE, MD  21032 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>PARTICIPATION AGREEMENT<br>CONTRACT ID: 10441-2.0<br>EFFECTIVE DATE: 12/15/2006 |

**Addition**

| | |
|---|---|
| DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT OF THE STATE OF MARYLAND<br>100 COMMUNITY PLACE<br>CROWNSVILLE, MD  21032 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>PARTICIPATION AGREEMENT<br>CONTRACT ID: 10441-3.0<br>EFFECTIVE DATE:  1/16/2007 |

**Addition**

| | |
|---|---|
| DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT OF THE STATE OF MARYLAND<br>100 COMMUNITY PLACE<br>CROWNSVILLE, MD  21032 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>MORTGAGE PURCHASE AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT OF THE STATE OF MARYLAND<br>100 COMMUNITY PLACE<br>CROWNSVILLE, MD  21032 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>PARTICIPATION AGREEMENT |
| DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT STATE OF MARYLAND<br>100 COMMUNITY PLACE<br>CROWNSVILLE, MD  21032 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 8/31/2005 |
| DESERT HILLS BANK<br>3001 E CAMELBACK ROAD<br>PHOENIX, AZ  85016 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/30/2006 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ("DEUTSCHE BANK"), NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2007<br>1761 EAST ST. ANDREW PLACE<br>SANTA ANA, CA  92705 | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AR<br>CONTRACT #:  (GSR 2007-OA1)<br>CONTRACT DATE: 1ST DAY OF APRIL, 2007 |

Addition

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS<br>31 WEST 52ND STREET<br>NEW YORK, NY  10019 | VENDOR<br>PROCESSING/SERVICING<br>FUND TRANSFER SERVICE AGREEMENT<br>CONTRACT ID: 10583-1.0<br>EFFECTIVE DATE: 4/9/2003 |
| DEVELOPER MORTGAGE CORPORATION<br>6168 ST ANDREWS RD<br>COLUMBIA, SC  29212 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 2/15/2005 |
| DEVELOPER MORTGAGE CORPORATION<br>6168 ST ANDREWS RD<br>COLUMBIA, SC  29212 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/23/2006 |
| DEVELOPMENT DIMENSIONS INTERNATIONAL, INC,<br>1225 WASHINGTON PIKE<br>BRIDGEVILLE, PA  15017-2838 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/5/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
                                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

DEVELOPMENT DIMENSIONS INTERNATIONAL, INC.
1225 WASHINGTON PIKE
BRIDGEVILLE, PA  15017-2838

VENDOR
PROCESSING/SERVICING
VOLUME DISCOUNT AGREEMENT
CONTRACT ID:  11805-2.0
EFFECTIVE DATE: 7/27/2007

Addition

DEVELOPMENT DIMENSIONS INTERNATIONAL, INC.
1225 WASHINGTON PIKE
BRIDGEVILLE, PA  15017

VENDOR
PROCESSING/SERVICING
TRAINING AGREEMENT
CONTRACT ID:  11805-1.0
EFFECTIVE DATE:  7/5/2007

Addition

DHL EXPRESS (USA), INC
PO BOX 415099
BOSTON, MA  02241-5099

LETTER OF AGREEMENT
EFFECTIVE DATE:  7/12/2007

DHL EXPRESS (USA), INC.
PO BOX 415099
BOSTON, MA  02241-5099

VENDOR CONTRACT
FACILITIES (MAIL)
EFFECTIVE DATE:  7/12/2007

DIALAMERICA MARKETING, INC.
960 MACARTHUR BOULEVARD
MAHWAH, NJ  07495

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  1/19/2006

DIALAMERICA MARKETING, INC.
960 MACARTHUR BOULEVARD
MAHWAH, NJ  07495

VENDOR CONTRACT
CALL CENTER
EFFECTIVE DATE: 3/16/2006

DIAMOND PROPERTIES
3409 WEST 47TH STREET
SUITE 102
SIOUX FALLS, SD  57106

LEASE
OFFICE
11/1/2004 - 10/31/2007

DID-IT.COM, LLC
55 MAPLE AVENUE
3RD FLOOR
ROCKVILLE CENTER, NY  11570

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  5/18/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**

_____
Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| DIETER<br>P O BOX 349<br>PAWLEYS ISLAND, SC  29585 | LETTER<br>EFFECTIVE DATE:  9/5/2007 |
| DIGITAL STORAGE SOLUTIONS, INC.<br>24 CAIN DRIVE<br>BRENTWOOD, NY  11717 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/16/2005 |
| DIGITAL STORAGE SOLUTIONS, INC.<br>24 CAIN DRIVE<br>BRENTWOOD, NY  11717 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/29/2005 |
| DIGITECH SYSTEMS, INC.<br>24 CAIN DRIVE<br>BRENTWOOD, NY  11717 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/15/2005 |
| DIGITECH SYSTEMS, INC.<br>24 CAIN DRIVE<br>BRENTWOOD, NY  11717 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/15/2005 |
| DIGITECH SYSTEMS, INC.<br>24 CAIN DRIVE<br>BRENTWOOD, NY  11717 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/15/2005 |
| DIGITECH SYSTEMS, INC.<br>24 CAIN DRIVE<br>BRENTWOOD, NY  11717 | VENDOR CONTRACT<br>SOFTWARE |
| DILL LUMBER COMPANY<br>PO BOX 1089<br>REDLANDS, CA  92372 | LEASE<br>OFFICE<br>3/1/2007 - 2/9/2012 |
| DIME MORTGAGE INC. | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  4/25/1997 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DIMITRI SIRAKOFF<br>1206 E. 17TH STREET<br>#204<br>SANTA ANA, CA  92701 | LEASE<br>OFFICE<br>4/1/2005 - 3/31/2008 |
| DINERO SOLUTIONS<br>6340 SUGARLOAF PARKWAY<br>SUITE 200<br>DULUTH, GA  30097 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/1/2006 |
| DINERO SOLUTIONS<br>6340 SUGARLOAF PARKWAY<br>SUITE 200<br>DULUTH, GA  30097 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 1/9/2007 |
| DINERO SOLUTIONS<br>6340 SUGARLOAF PARKWAY<br>SUITE 200<br>DULUTH, GA  30097 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 10/17/2006 |
| DINERO SOLUTIONS<br>6340 SUGARLOAF PARKWAY<br>SUITE 200<br>DULUTH, GA  30097 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/31/2006 |
| DINERO SOLUTIONS<br>6340 SUGARLOAF PARKWAY<br>SUITE 200<br>DULUTH, GA  30097 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/30/2006 |
| DIRECT MORTGAGE CORP.<br>8323 OFFICE PARK<br>GRAND BLANC, MI  48439 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/1/2006 |
| DIRECT RESPONSE GROUP , LLC<br>538 BROAD HOLLOW ROAD<br>SUITE 420E<br>MELVILLE, NY  11747 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 10/22/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

<div style="text-align:center">Debtor</div>                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div style="text-align:center">Addition</div>

| | |
|---|---|
| DIRECTORS RESIDENTIAL LENDING, INC<br>10604 TRADEMARK PKWY<br>SUITE 300<br>RANCHO CUCAMONGA, CA  91730 | MUTUAL CONFIDENTIALITY AGREEMENT |
| DISCOVERY FINANCIAL, INC DBA RBANC LENDING INC.<br>10915 SE STARK ST.<br>PORTLAND, OR  97216 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2006 |
| DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY<br>815 FLORIDA AVE NW<br>WASHINGTON, DC  20001 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/1/2006 |
| DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY<br>815 FLORIDA AVE NW<br>WASHINGTON, DC  20001 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  11/1/2006 |
| DIVERSIFIED COMMERCIAL INVESTMENTS<br>4804 COURTHOUSE ST<br>SUITE 3A<br>WILLIAMSBURG, VA  23188 | LEASE<br>OFFICE<br>4/15/2007 - 3/29/2012 |
| DIXIE FARM BUSINESS PARK LEASING OFFICE<br>15255 GULF FREEWAY<br>#C127<br>HOUSTON, TX  77034 | LEASE<br>SHOPPING CENTER<br>3/1/2006 - 2/28/2009 |
| DJ, LLC<br>1802 DEARBORN AVENUE<br>MISSOULA, MT  50801 | LEASE<br>OFFICE<br>7/1/2006 - 6/30/2009 |
| DJ, LLC<br>1802 DEARBORN AVENUE<br>MISSOULA, MT  50801 | LEASE<br>OFFICE<br>7/1/2003 - 6/30/2009 |
| DLG ASSOCIATES<br>1515 MOCKINGBIRD LANE<br>SUITE 560<br>CHARLOTTE, NC  28209 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  11/4/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.** _____     Case No.  **07-11051** _____

<center>Debtor</center>     <div align="right">(if known)</div>

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<center>Addition</center>

DLJ MORTGAGE CAPITAL, INC.
C/O CREDIT SUISSE SECURITIES (USA) LLC
ELEVEN MADISON AVE
4TH FL
NEW YORK, NY  10010

SECONDARY MARKETING CONTRACT
AMENDED AND RESTATED SELLER'S PURCHASE,
WARRANTIES AND INTERIM SERVICING AGREEMENT
EFFECTIVE DATE:  8/1/2006

<center>Addition</center>

DLJ MORTGAGE CAPITAL, INC.
C/O CREDIT SUISSE SECURITIES (USA) LLC
ELEVEN MADISON AVE
4TH FL
NEW YORK, NY  10010

SECONDARY MARKETING CONTRACT
PURCHASE AGREEMENT AMENDMENT
EFFECTIVE DATE:  6/25/2003

DLL
477 VIKING DRIVE
VIRGINIA BEACH, VA  23452

COPIER CONTRACT
24805988
3/8/2007 - 3/8/2010

DLL
17300 RIVER RIDGE BLVD
DUMFRIES, VA  22026

COPIER CONTRACT
24556482
4/30/2004 - 7/30/2007

DLL
943 GLENWOOD STATION LANE
CHARLOTTESVILLE, VA  22901

COPIER CONTRACT
24574012
7/30/2004 - 10/30/2007

DLL
270 SOUTH SERVICE ROAD,
CORRESPONDING LENDING DEPT.
MELVILLE, VA  11747

COPIER CONTRACT
24663648
10/19/2005 - 1/19/2009

DLL
2762 ELECTRIC ROAD
ROANOKE, VA  24018

COPIER CONTRACT
24774745
11/1/2006 - 11/1/2009

DLL
7100 FOREST AVENUE
101
RICHMOND, VA  23226

COPIER CONTRACT
24739174
7/24/2006 - 2/24/2008

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>4515-F EAST PERSHING<br>CHEYENNE, WY  82001 | COPIER CONTRACT<br>24622543<br>3/31/2005 - 3/31/2008 |
| DLL<br>11201 S.E. 8TH STREET<br>BELLEVUE, WA  98004 | COPIER CONTRACT<br>24521762-40<br>10/31/2003 - 1/31/2007 |
| DLL<br>5151 BELTLINE RD<br>BELLINGHAM, WA  98226 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>2211 RIMLAND DR<br>BELLINGHAM, WA  98226 | COPIER CONTRACT<br>24799855<br>2/13/2007 - 2/13/2010 |
| DLL<br>401 PARKPLACE<br>#305<br>KIRKLAND, WA  98033 | COPIER CONTRACT<br>24631209<br>5/10/2005 - 5/10/2008 |
| DLL<br>710 WEST EVERGREEN BOULEVARD<br>VANCOUVER, WA  98660 | COPIER CONTRACT<br>24774765<br>11/1/2006 - 11/1/2009 |
| DLL<br>917 TRIPLE CROWN WAY<br>STE 100<br>YAKIMA, WA  98908 | COPIER CONTRACT<br>24616242<br>3/3/2005 - 3/3/2008 |
| DLL<br>2829 WESTOWN PARKWAY<br>WEST DES MOINES, IA  50266 | COPIER CONTRACT<br>24800045<br>2/15/2007 - 10/15/2009 |
| DLL<br>2829 WESTOWN PARKWAY<br>SUITE335<br>WEST DES MOINES, IA  50266 | COPIER CONTRACT<br>24816700<br>4/19/2007 - 4/19/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>2829 WESTOWN PARKWAY<br>SUITE 335<br>WEST DES MOINES, IA  50266 | COPIER CONTRACT<br>24490659<br>4/28/2003 - 7/28/2006 |
| DLL<br>2200 MAIN STREET<br>STE 640<br>WAILUKU, HI  96793 | COPIER CONTRACT<br>24790834<br>1/16/2007 - 10/16/2009 |
| DLL<br>4-361 KUHIO HWY<br>KAPAA, HI  96746 | COPIER CONTRACT<br>24790349<br>1/10/2007 - 10/10/2009 |
| DLL<br>1730 GAGEL AVENUE<br>LOUISVILLE, KY  40216 | COPIER CONTRACT<br>24616654-1<br>1/3/2005 - 2/18/2008 |
| DLL<br>225 TOWN PARK DRIVE<br>KENNESAW, GA  30144 | COPIER CONTRACT<br>24564494<br>6/14/2004 - 9/14/2007 |
| DLL<br>225 TOWN PARK DRIVE<br>KENNESAW, GA  30144 | COPIER CONTRACT<br>24564494<br>6/14/2004 - 9/14/2007 |
| DLL<br>1818 MANHATTAN BLVD<br>HARVEY, LA  70058 | COPIER CONTRACT<br>24798728<br>2/7/2007 - 2/7/2010 |
| DLL<br>224 BANKHEAD AVENUE<br>CARROLLTON, GA  30117 | COPIER CONTRACT<br>24812984<br>4/3/2007 - 4/3/2010 |
| DLL<br>4426 WASHINGTON ROAD<br>EVANS, GA  30809 | COPIER CONTRACT<br>24799159<br>2/9/2007 - 2/9/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                      Debtor                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>100 CUMMINGS CENTER<br>BEVERLY, MA  1915 | COPIER CONTRACT<br>24622250<br>3/31/2005 - 6/30/2008 |
| DLL<br>5151 BELTLINE RD<br>ATLANTA, GA | COPIER CONTRACT<br>24525875<br>11/24/2003 - 2/24/2007 |
| DLL<br>5151 BELTLINE RD<br>ATLANTA, GA  30328 | COPIER CONTRACT<br>24525875<br>11/24/2003 - 2/24/2007 |
| DLL<br>2345 GAUSE BLVD EAST<br>SLIDELL, LA  70461 | COPIER CONTRACT<br>24775061<br>11/1/2006 - 11/1/2009 |
| DLL<br>100 CUMMINGS CENTER<br>BEVERLY, MA  1915 | COPIER CONTRACT<br>24622250<br>3/31/2005 - 6/30/2008 |
| DLL<br>4426 WASHINGTON ROAD<br>EVANS, GA  30809 | COPIER CONTRACT<br>24799159<br>2/9/2007 - 2/9/2010 |
| DLL<br>5060 CALIFORNIA AVENUE<br>552/554/556<br>BAKERSFIELD, CA  93309 | COPIER CONTRACT<br>24515691-1<br>10/31/2003 - 1/31/2007 |
| DLL<br>400 SKOKIE BLVD.<br>NORTHBROOK, IL  60062 | COPIER CONTRACT<br>24815937<br>4/16/2007 - 4/16/2010 |
| DLL<br>400 SKOKIE BLVD.<br>NORTHBROOK, IL  60062 | COPIER CONTRACT<br>24815937<br>4/16/2007 - 4/16/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____                         _____
Debtor                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>1375 E WOODFIELD ROAD<br>SCHAUMBURG, IL  60173 | COPIER CONTRACT<br>24815937<br>4/16/2007 - 4/16/2010 |
| DLL<br>1375 E WOODFIELD ROAD<br>SCHAUMBURG, IL  60173 | COPIER CONTRACT<br>24815937<br>4/16/2007 - 4/16/2010 |
| DLL<br>7310 N 16TH STREET<br>PHOENIX, AZ  85020 | COPIER CONTRACT<br>24548539<br>3/19/2004 - 6/19/2007 |
| DLL<br>7310 N 16TH STREET<br>PHOENIX, AZ  85020 | COPIER CONTRACT<br>24548539<br>3/19/2004 - 6/19/2007 |
| DLL<br>3000 E COLISEUM BLVD<br>FORT WAYNE, IN  46805 | COPIER CONTRACT<br>24691955<br>3/13/2006 - 6/13/2009 |
| DLL<br>3233 WEST PEORIA AVENUE<br>PHOENIX, AZ  85029 | COPIER CONTRACT<br>24789549<br>1/8/2007 - 9/8/2009 |
| DLL<br>759 SOUTH FEDERAL HIGHWAY<br>STUART, FL  34994 | COPIER CONTRACT<br>24587670<br>10/14/2004 - 12/14/2007 |
| DLL<br>1405 NORTH IMPERIAL AVENUE<br>EL CENTRO, CA  92243 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>3000 E COLISEUM BLVD<br>FORT WAYNE, IN  46805 | COPIER CONTRACT<br>24691955<br>3/13/2006 - 6/13/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                              Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>10603 NORTH HAYDEN ROAD<br>SCOTTSDALE, AZ  85260 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>333 H STREET<br>CHULA VISTA, CA  91910 | COPIER CONTRACT<br>24816380<br>4/18/2007 - 4/18/2010 |
| DLL<br>1512 WEBSTER STREET<br>ALAMEDA, CA  94501 | COPIER CONTRACT<br>24816380<br>4/18/2007 - 4/18/2010 |
| DLL<br>5151 BELTLINE RD<br>LOUISVILLE, KY | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>51 E CAMPBELL AVENUE<br>CAMPBELL, CA  95008 | COPIER CONTRACT<br>24620028<br>3/22/2005 - 3/22/2008 |
| DLL<br>51 E CAMPBELL AVENUE<br>CAMPBELL, CA  95008 | COPIER CONTRACT<br>24581897<br>9/15/2004 - 9/15/2007 |
| DLL<br>2754 N CLYBORNE<br>CHICAGO, IL  60614 | COPIER CONTRACT<br>24816502<br>4/18/2007 - 4/18/2010 |
| DLL<br>1827 SOUTH MICHIGAN AVENUE<br>CHICAGO, IL  60616 | COPIER CONTRACT<br>24616362-1<br>1/3/2005 - 2/24/2008 |
| DLL<br>7310 N 16TH STREET<br>SUITE 10<br>PHOENIX, AZ  85020 | COPIER CONTRACT<br>24521762-1<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                     Case No.  **07-11051**
_____                          _____
            Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>1166 EASTLAND DRIVE NORTH<br>TWIN FALLS, ID  83301 | COPIER CONTRACT<br>24789368<br>1/8/2007 - 12/8/2009 |
| DLL<br>1166 EASTLAND DRIVE NORTH<br>TWIN FALLS, ID  83301 | COPIER CONTRACT<br>24799426<br>2/12/2007 - 2/12/2010 |
| DLL<br>270 SOUTH SERVICE RD<br>MELVILLE, KS  11747 | COPIER CONTRACT<br>24548093<br>3/18/2004 - 6/18/2007 |
| DLL<br>724 12TH AVENUE SOUTH<br>NAMPA, ID  83651 | COPIER CONTRACT<br>24494080<br>5/16/2003 - 8/16/2006 |
| DLL<br>462 E SHORE DR<br>EGALE, ID  83616 | COPIER CONTRACT<br>24561084<br>5/25/2004 - 8/25/2007 |
| DLL<br>1221 IRONWOOD DR<br>COEUR DALENE, ID  83815 | COPIER CONTRACT<br>24789642<br>1/9/2007 - 10/9/2009 |
| DLL<br>1447 YORK RD<br>WEST DES MOINES, IA  50266 | COPIER CONTRACT<br>24586418<br>10/7/2004 - 12/7/2007 |
| DLL<br>4415 SOUTH WENDLER DRIVE<br>STE 101<br>TEMPE, AZ  85282 | COPIER CONTRACT<br>24812240<br>3/30/2007 - 3/30/2010 |
| DLL<br>75 ROWLAND WAY<br>NOVATO, CA  94945 | COPIER CONTRACT<br>24521762-9<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>7240 MANATEE AVENUE WEST<br>BRADENTON, FL  34209 | COPIER CONTRACT<br>24592275<br>11/5/2004 - 1/5/2008 |
| DLL<br>9227 HAVEN AVENUE<br>RANCHO CUCAMONGA, CA  91730 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>3191 TEMPLE<br>POMONA, CA  91769 | COPIER CONTRACT<br>24789342<br>1/8/2007 - 8/8/2009 |
| DLL<br>7240 MANATEE AVENUE WEST<br>BRADENTON, FL  34209 | COPIER CONTRACT<br>24604844<br>1/4/2005 - 4/4/2008 |
| DLL<br>2515 COUNTRYSIDE BLVD.<br>STE H<br>CLEARWATER, FL  33767 | COPIER CONTRACT<br>24619976<br>3/22/2005 - 3/22/2008 |
| DLL<br>6200 STONEBRIDGE MALL ROAD<br>PLEASANTON, CA  94588 | COPIER CONTRACT<br>24800971<br>2/21/2007 - 2/21/2010 |
| DLL<br>180 GRAND AVENUE<br>STE 725<br>OAKLAND, CA  94612 | COPIER CONTRACT<br>24588537<br>10/20/2004 - 10/20/2007 |
| DLL<br>7807 BAYMEADOWS ROAD EAST<br>STE 3&4<br>JACKSONVILLE, FL  32256 | COPIER CONTRACT<br>24619973<br>3/22/2005 - 3/22/2008 |
| DLL<br>7807 BAYMEADOWS ROAD EAST<br>JACKSONVILLE, FL  32256 | COPIER CONTRACT<br>24764156<br>9/21/2006 - 8/21/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____                _____
                            Debtor                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>4275 EXECUTIVE SQUARE<br>LA JOLLA, CA  92037 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24509600<br>8/21/2003 - 11/21/2006 |
| DLL<br>3709 KENNETT PIKE<br>GREENVILLE, DE  19807 | COPIER CONTRACT<br>24587668<br>10/14/2004 - 12/14/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>CLOSING DEPT<br>MELVILLE, NY | COPIER CONTRACT<br>24509605<br>8/21/2003 - 11/21/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24626735<br>4/20/2005 - 7/20/2008 |
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>75 ROWLAND WAY<br>NOVATO, CA  94945 | COPIER CONTRACT<br>24521762-8<br>10/31/2003 - 1/31/2007 |
| DLL<br>1447 YORK RD<br>WEST DES MOINES, IA  50266 | COPIER CONTRACT<br>24586418<br>10/7/2004 - 12/7/2007 |
| DLL<br>3337 G STREET<br>SUITE A<br>MERCED, CA  95340 | COPIER CONTRACT<br>24636838<br>6/8/2005 - 6/8/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                    Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>3780 KILROY AIRPORT WAY<br>LONG BEACH, CA  90806 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>270 SOUTH SERVICE ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24621182<br>3/25/2005 - 6/25/2008 |
| DLL<br>1180 IRON POINT ROAD<br>200<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24521762-63<br>10/31/2003 - 1/31/2007 |
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>24694600<br>3/23/2006 - 6/23/2009 |
| DLL<br>10390 COMMERCE CENTER DRIVE #250<br>STE 250<br>RANCHO CUCAMONGO, CA  91730 | COPIER CONTRACT<br>24774759<br>11/1/2006 - 11/1/2009 |
| DLL<br>806 OCEAN STREET<br>SANTA CRUZ, CA  95060 | COPIER CONTRACT<br>24590354<br>10/28/2004 - 10/28/2007 |
| DLL<br>806 OCEAN STREET<br>SANTA CRUZ, CA  95060 | COPIER CONTRACT<br>24590024<br>10/28/2004 - 10/28/2007 |
| DLL<br>5010 SHOREHAM PLACE<br>SAN DIEGO, CA  92122 | COPIER CONTRACT<br>24521762-53<br>10/31/2003 - 1/31/2007 |
| DLL<br>27450 YNEZ ROAD<br>TEMECULA, CA  92591 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>2780 SKYPARK DRIVE<br>TORRANCE, CA  90505 | COPIER CONTRACT<br>24816380<br>4/18/2007 - 4/18/2010 |
| DLL<br>27200 TOURNEY ROAD, SUITE 300<br>SUITE 300<br>VALENCIA, CA  91355 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>500 YGNACIO VALLEY ROAD<br>WALNUT CREEK, CA  94596 | COPIER CONTRACT<br>24588551<br>10/20/2004 - 10/20/2007 |
| DLL<br>56351 29 PALMS HIGHWAY<br>YUCCA VALLEY, CA  92284 | COPIER CONTRACT<br>24812991<br>4/3/2007 - 4/3/2010 |
| DLL<br>31207 KEATS WAY<br>EVERGREEN, CO  80439 | COPIER CONTRACT<br>24629720<br>5/3/2005 - 5/3/2008 |
| DLL<br>7240 MANATEE AVENUE WEST<br>BRADENTON, FL  34209 | COPIER CONTRACT<br>24604844<br>1/4/2005 - 4/4/2008 |
| DLL<br>1707 COLE BLVD - SUITE 350<br>GOLDEN, CO  80401 | COPIER CONTRACT<br>24816512<br>4/18/2007 - 4/18/2010 |
| DLL<br>9227 HAVEN AVENUE<br>RANCHO CUCAMONGA, CA  91730 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>6455 S YOSEMITE STREET<br>GREENWOOD VILLAGE, CO  80111 | COPIER CONTRACT<br>24599734<br>12/16/2004 - 3/16/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                                    _____
Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>6455 S YOSEMITE STREET<br>GREENWOOD VILLAGE, CO  80111 | COPIER CONTRACT<br>24521762-21<br>10/31/2003 - 1/31/2007 |
| DLL<br>9200 W CROSS DRIVE<br>LITTLETON, CO  80123 | COPIER CONTRACT<br>24801476<br>2/21/2007 - 2/21/2010 |
| DLL<br>9200 W CROSS DRIVE<br>LITTLETON, CO  80123 | COPIER CONTRACT<br>24801476<br>2/22/2007 - 11/22/2009 |
| DLL<br>69 KENOSIA AVENUE<br>DANBURY, CT  6810 | COPIER CONTRACT<br>24626728<br>4/20/2005 - 7/20/2008 |
| DLL<br>33 VILLAGE GREEN DRIVE<br>LITCHFIELD, CT  6759 | COPIER CONTRACT<br>24596629<br>12/1/2004 - 2/1/2008 |
| DLL<br>535 CONNECTICUT AVENUE<br>NORWALK, CT  6854 | COPIER CONTRACT<br>24523910<br>11/13/2003 - 2/13/2007 |
| DLL<br>535 CONNECTICUT AVENUE<br>NORWALK, CT  6854 | COPIER CONTRACT<br>24523910<br>11/13/2003 - 2/13/2007 |
| DLL<br>535 CONNECTICUT AVENUE<br>NORWALK, CT  6854 | COPIER CONTRACT<br>24694605<br>3/23/2006 - 6/23/2009 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____
Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>3739 ADAMS STREET<br>RIVERSIDE, CA  92504 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>7365 MERCHANT COURT<br>SARASOTA, FL  34240 | COPIER CONTRACT<br>24604831<br>1/4/2005 - 4/4/2008 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>SUITE260<br>MAITLAND, FL  32751 | COPIER CONTRACT<br>24738665<br>6/26/2006 - 9/26/2009 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>STE 230<br>MAITLAND, FL  32751 | COPIER CONTRACT<br>24521762-45<br>10/31/2003 - 1/31/2007 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>230<br>MAITLAND, FL  32751 | COPIER CONTRACT<br>24521762-46<br>10/31/2003 - 1/31/2007 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>230<br>MAITLAND, FL  32751 | COPIER CONTRACT<br>24521762-44<br>10/31/2003 - 1/31/2007 |
| DLL<br>1500 W SHAW AVE<br>403<br>FRESNO, CA  93711 | COPIER CONTRACT<br>24521762-58<br>10/31/2003 - 1/31/2007 |
| DLL<br>7900 MIAMI LAKES DRIVE WEST<br>MIAMI LAKES, FL  33016 | COPIER CONTRACT<br>24626803<br>4/20/2005 - 7/20/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                          _____
Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>14065 TOWN LOOP BLVD<br>ORLANDO, FL  32837 | COPIER CONTRACT<br>24789554<br>1/8/2007 - 10/8/2009 |
| DLL<br>11843 EAST COLONIAL DRIVE<br>ORLANDO, FL  32826 | COPIER CONTRACT<br>24616682-1<br>1/3/2005 - 2/22/2008 |
| DLL<br>801 SOUTH UNIVERSITY DRIVE<br>PLANTATION, FL  33324 | COPIER CONTRACT<br>24618597-1<br>3/5/2005 - 3/2/2008 |
| DLL<br>23421 SOUTH POINTE<br>LAGUNA HILLS, CA  92653 | COPIER CONTRACT<br>24816380<br>4/18/2007 - 4/18/2010 |
| DLL<br>950 SOUTH TAMIAMI TRAIL<br>SARASOTA, FL  34236 | COPIER CONTRACT<br>24602297<br>12/23/2004 - 3/23/2008 |
| DLL<br>1800 BLANKENSHIP ROAD<br>WEST LINN, OR  97068 | COPIER CONTRACT<br>24598657<br>11/9/2004 - 11/9/2007 |
| DLL<br>5010 SHOREHAM PLACE<br>SAN DIEGO, CA  92122 | COPIER CONTRACT<br>24521762-54<br>10/31/2003 - 1/31/2007 |
| DLL<br>6425 N PALM AVE<br>FRESNO, CA  93704 | COPIER CONTRACT<br>24813133<br>4/4/2007 - 4/4/2010 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24626719<br>4/20/2005 - 7/20/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____                              _____
                        Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>1701 HIGHWAY A1A<br>VERO BEACH, FL  32963 | COPIER CONTRACT<br>24619974<br>3/22/2005 - 3/22/2008 |
| DLL<br>1180 IRON POINT ROAD<br>200<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24521762-64<br>10/31/2003 - 1/31/2007 |
| DLL<br>2330 EAST BIDWELL ST - SUITE 207<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24819686<br>5/1/2007 - 5/1/2010 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>7365 MERCHANT COURT<br>SARASOTA, FL  34240 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>111 PACIFICA DRIVE<br>IRVINE, CA | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>520 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

_____
                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>90 PARK AVENUE<br>NEW TORK, NY | COPIER CONTRACT<br>24695011<br>3/24/2006 - 6/24/2009 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | COPIER CONTRACT<br>24521762-25<br>10/31/2003 - 1/31/2007 |
| DLL<br>90 PARK AVENUE<br>17TH FLOOR<br>NEW YORK, NY  10016 | COPIER CONTRACT<br>24623250<br>4/4/2005 - 7/4/2008 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | COPIER CONTRACT<br>24521762-24<br>10/31/2003 - 1/31/2007 |
| DLL<br>333 EARLE OVINGTON BLVD<br>UNIONDALE, NY  11553 | COPIER CONTRACT<br>24694608<br>3/23/2006 - 6/23/2009 |
| DLL<br>111 PACIFICA DRIVE<br>IRVINE, CA | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>111 PACIFICA DRIVE<br>IRVINE, CA | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>333 EARLE OVINGTON BLVD<br>UNIONDALE, NY  11553 | COPIER CONTRACT<br>24691907<br>3/13/2006 - 6/13/2009 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>STE 230<br>MAITLAND, FL  32751 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**

Debtor                                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>711 WESTCHESTER AVENUE<br>WHITE PLAINS, NY  10604 | COPIER CONTRACT<br>24623265<br>4/4/2005 - 7/4/2008 |
| DLL<br>74-890 HIGHWAY 111<br>INDIAN WELLS, CA  92210 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>3 CROWNE POINT CT<br>SHARONVILLE, OH  45241 | COPIER CONTRACT<br>24537821-1<br>1/5/2004 - 1/16/2007 |
| DLL<br>8625 SW CASCADE AVE<br>STE 405<br>BEAVERTON, OR  97008 | COPIER CONTRACT<br>24813341<br>4/4/2007 - 4/4/2010 |
| DLL<br>74-890 HIGHWAY 111<br>INDIAN WELLS, CA  92210 | COPIER CONTRACT<br>24816380<br>4/18/2007 - 4/18/2010 |
| DLL<br>10365 S.E. SUNNYSIDE RD.<br>CLACKAMAS, OR  97015 | COPIER CONTRACT<br>24592652<br>11/9/2004 - 11/9/2007 |
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                                    _____
Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | COPIER CONTRACT<br>24521762-35<br>10/31/2003 - 1/31/2007 |
| DLL<br>700 NE MULTNOMAH BLVD<br>PORTLAND, OR  97232 | COPIER CONTRACT<br>24798841<br>2/8/2007 - 2/8/2010 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>111 PACIFICA DRIVE<br>IRVINE, CA | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>400 S WOODSMILL RD<br>CHESTERFIELD, MO  63017 | COPIER CONTRACT<br>24774757<br>11/1/2006 - 11/1/2009 |
| DLL<br>45 BRAINTREE HILL OFFICE PARK<br>BRAINTREE, MA  2184 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>20201 EAST JACKSON DRIVE<br>SUITE #420<br>INDEPENDENCE, MO  64057 | COPIER CONTRACT<br>24617921<br>3/10/2005 - 3/10/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
           Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>538 BROADHOLLOW ROAD<br>3RD FLOOR WEST<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>24681773<br>1/23/2006 - 4/23/2009 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24560814<br>5/24/2004 - 8/24/2007 |
| DLL<br>512 TOWNSHIP LINE RD #102<br>THREE VALLEY SQUARE<br>CORNELIUS, NC | COPIER CONTRACT<br>24504362<br>7/18/2003 - 10/18/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24560814<br>5/24/2004 - 8/24/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24477155<br>2/20/2003 - 5/20/2006 |
| DLL<br>45-17 MARATHON PARKWAY<br>LITTLE NECK, NY  11362 | COPIER CONTRACT<br>24712061<br>6/7/2006 - 9/7/2009 |
| DLL<br>889 GRANT AVE<br>LAKE KATRINE, NY  12449 | COPIER CONTRACT<br>24694804<br>3/23/2006 - 6/23/2009 |
| DLL<br>2555 MARSHALL ROAD<br>BILOXI, MS  39531 | COPIER CONTRACT<br>24799153<br>2/9/2007 - 2/9/2010 |
| DLL<br>700 VETERANS MEMORIAL HIGHWAY<br>STE 100<br>HAUPPAUGE, NY  11788 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                    Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>520 BROAD HOLLOW ROAD<br>MORTGAGE SELECT BY NICOLE THATCHER<br>MELVILLE, NY | COPIER CONTRACT<br>24621182<br>3/25/2005 - 6/25/2008 |
| DLL<br>87 NEWTOWN LANE<br>EAST HAMPTON, NY  11937 | COPIER CONTRACT<br>24629671<br>5/3/2005 - 7/3/2008 |
| DLL<br>400 S WOODSMILL RD<br>CHESTERFIELD, MO  63017 | COPIER CONTRACT<br>24774757<br>11/1/2006 - 11/1/2009 |
| DLL<br>400 S WOODSMILL RD<br>CHESTERFIELD, MO  63017 | COPIER CONTRACT<br>24774757<br>11/1/2006 - 11/1/2009 |
| DLL<br>1339 COOLIDGE HWY<br>TROY, MI  48084 | COPIER CONTRACT<br>24764529<br>9/22/2006 - 8/22/2009 |
| DLL<br>33481 W 14 MILE ROAD<br>FARMINGTON HILLS, MI  48331 | COPIER CONTRACT<br>24560350<br>5/21/2004 - 8/21/2007 |
| DLL<br>955 CHESTERBROOK BLVD<br>CHESTERBROOK, PA  19087 | COPIER CONTRACT<br>24816667<br>4/19/2007 - 4/19/2010 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>131 COLUMBIA AVENUE E<br>STE 112<br>BATTLE CREEK, MI  49015 | COPIER CONTRACT<br>24753818<br>8/8/2006 - 11/8/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                         Case No.  **07-11051**

<div align="center">Debtor                                                                                    (if known)</div>

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>2829 WESTOWN PARKWAY<br>WEST DES MOINES, IA  50266 | COPIER CONTRACT<br>24790575<br>1/12/2007 - 12/12/2009 |
| DLL<br>7445 ALLEN ROAD<br>ALLEN PARK, MI  48101 | COPIER CONTRACT<br>24618610<br>3/14/2005 - 3/14/2008 |
| DLL<br>300 YORK STREET<br>YORK, ME  3909 | COPIER CONTRACT<br>24647870<br>7/28/2005 - 9/28/2008 |
| DLL<br>889 GRANT AVE<br>LAKE KATRINE, NY  12449 | COPIER CONTRACT<br>24550773<br>3/31/2004 - 6/30/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24774751<br>11/1/2006 - 11/1/2009 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>19930 W CATAWBA AVENUE<br>CORNELIUS, NC  28031 | COPIER CONTRACT<br>24755133<br>8/14/2006 - 11/14/2009 |
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>24812209<br>3/30/2007 - 3/30/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
          Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>538 BROAD HOLLOW RD<br>CORRESPONDENT LENDING<br>MELVILLE, NY | COPIER CONTRACT<br>24790025<br>1/10/2007 - 9/10/2009 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24691923<br>3/13/2006 - 6/13/2009 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24800906<br>2/21/2007 - 2/21/2010 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24800906<br>2/21/2007 - 2/21/2010 |
| DLL<br>538 BROAD HOLLOW RD<br>3W ROOM BEHIND MARY/MELVILLE OPS<br>MELVILLE, NY | COPIER CONTRACT<br>24814243<br>4/9/2007 - 4/9/2010 |
| DLL<br>777 N RAINBOW BLVD<br>MELVILLE, NY | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24789539<br>1/8/2007 - 8/8/2009 |
| DLL<br>1000 ROCK CREEK ELEMENTARY DRIVE<br>OFALLON, MO  63366 | COPIER CONTRACT<br>24799168<br>2/9/2007 - 2/9/2010 |
| DLL<br>538 BROAD HOLLOW ROAD<br>HUMAN RESOURCES<br>MELVILLE, NY | COPIER CONTRACT<br>24814243<br>4/9/2007 - 4/9/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                   _____
Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>3520 WEST MONTAGUE AVE<br>SUITE 101<br>ANN ARBOR, MI  48103 | COPIER CONTRACT<br>24617886<br>3/10/2005 - 3/10/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24812212<br>3/30/2007 - 3/30/2010 |
| DLL<br>6230 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>24600830<br>12/17/2004 - 3/17/2008 |
| DLL<br>6230 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>24600830<br>12/17/2004 - 3/17/2008 |
| DLL<br>10735 DAVID TAYLOR DRIVE<br>3 RESOURCE SQUARE #170<br>CHARLOTTE, NC  28262 | COPIER CONTRACT<br>24551078<br>3/31/2004 - 6/30/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24560347<br>5/21/2004 - 8/21/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24560347<br>5/21/2004 - 8/21/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24560814<br>5/24/2004 - 8/24/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>4W ACROSS FROM CONFERENCE ROOM<br>MELVILLE, NY | COPIER CONTRACT<br>24621189<br>3/25/2005 - 6/25/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                      Case No.  **07-11051**
_____                      _____
                        Debtor                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24621189<br>3/25/2005 - 6/25/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>4W ACROSS FROM CONFERENCE ROOM<br>MELVILLE, NY | COPIER CONTRACT<br>24621189<br>3/25/2005 - 6/25/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>STE 2<br>MELVILLE, NY | COPIER CONTRACT<br>24620522<br>3/23/2005 - 6/23/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>24789539<br>1/8/2007 - 8/8/2009 |
| DLL<br>3409 WEST 47TH STREET<br>SIOUX FALLS, SD  57106 | COPIER CONTRACT<br>24607202<br>1/18/2005 - 1/18/2008 |
| DLL<br>5151 BELTLINE RD<br>DALLAS, TX | COPIER CONTRACT<br>24538618<br>1/28/2004 - 4/28/2007 |
| DLL<br>1211 S. BOWEN RD<br>ARLINGTON, TX  76013 | COPIER CONTRACT<br>24581991<br>4/29/2004 - 4/29/2007 |
| DLL<br>699 PRESIDENT PLACE<br>SUITE 200<br>SMYRNA, TN  37167 | COPIER CONTRACT<br>24579825<br>9/2/2004 - 12/2/2007 |
| DLL<br>115 RIVER ROAD<br>EDGEWATER, NJ  7020 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
_____
                    Debtor                                          (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>7100 COMMERCE WAY<br>STE<br>BRENTWOOD, TN  37027 | COPIER CONTRACT<br>24586414<br>10/7/2004 - 12/7/2007 |
| DLL<br>7100 COMMERCE WAY<br>BRENTWOOD, TN  37027 | COPIER CONTRACT<br>24602293<br>12/23/2004 - 3/23/2008 |
| DLL<br>2370 CORPORATE CIRCLE<br>HENDERSON, NV  89074 | COPIER CONTRACT<br>24805988<br>3/8/2007 - 3/8/2010 |
| DLL<br>505 12TH STREET SE<br>WATERTOWN, SD  57201 | COPIER CONTRACT<br>24745679<br>7/11/2006 - 7/11/2009 |
| DLL<br>1601 TRAPELO ROAD<br>WALTHAM, MA  2451 | COPIER CONTRACT<br>24592248<br>11/8/2004 - 2/8/2008 |
| DLL<br>1293 PROFESSIONAL DRIVE<br>MYRTLE BEACH, SC  29577 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>814 JOHNNIE DOBBS BOULEVARD<br>MOUNT PLEASANT, SC  29464 | COPIER CONTRACT<br>24543752<br>2/25/2004 - 5/25/2007 |
| DLL<br>814 JOHNNIE DOBBS BOULEVARD<br>MOUNT PLEASANT, SC  29464 | COPIER CONTRACT<br>24543752<br>2/25/2004 - 5/25/2007 |
| DLL<br>TWO GREENTREE CENTRE<br>MARLTON, NJ  8053 | COPIER CONTRACT<br>24617908<br>3/10/2005 - 3/10/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>275 WEST STREET<br>ANNAPOLIS, MD  21401 | COPIER CONTRACT<br>24592266<br>11/5/2004 - 1/5/2008 |
| DLL<br>6000 UPTOWN BOULVARD NE<br>ALBUQUERQUE, NM  87110 | COPIER CONTRACT<br>24594271<br>11/18/2004 - 11/18/2007 |
| DLL<br>7100 COMMERCE WAY<br>BRENTWOOD, TN  37027 | COPIER CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>708 ROUTE 134<br>SOUTH DENNIS, MA  2660 | COPIER CONTRACT<br>24631020<br>5/9/2005 - 7/9/2008 |
| DLL<br>5505 SOUTH 900 EAST<br>SALT LAKE CITY, UT  84117 | COPIER CONTRACT<br>24521762-18<br>10/31/2003 - 1/31/2007 |
| DLL<br>270 SOUTH SERVICE ROAD,<br>MELVILLE, MA  11747 | COPIER CONTRACT<br>24637240<br>6/10/2005 - 6/10/2008 |
| DLL<br>266 BROADWAY<br>SUITE 202<br>METHUEN, MA  1844 | COPIER CONTRACT<br>24789551<br>1/8/2007 - 9/8/2009 |
| DLL<br>4600 REGENT BLVD<br>IRVING, TX  75063 | COPIER CONTRACT<br>24619975<br>3/22/2005 - 3/22/2008 |
| DLL<br>266 BROADWAY<br>METHUEN, MA  1844 | COPIER CONTRACT<br>24571125<br>7/16/2004 - 10/16/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                        Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>4600 REGENT BLVD<br>IRVING, TX  75063 | COPIER CONTRACT<br>24620425<br>3/23/2005 - 3/23/2008 |
| DLL<br>2595 DALLAS PARKWAY<br>FRISCO, TX  75034 | COPIER CONTRACT<br>24581909<br>9/15/2004 - 9/15/2007 |
| DLL<br>300 CONGRESS STREET<br>3RD FLOOR<br>QUINCY, MA  2169 | COPIER CONTRACT<br>24592247<br>11/5/2004 - 2/5/2008 |
| DLL<br>2595 DALLAS PARKWAY<br>FRISCO, TX  75034 | COPIER CONTRACT<br>24616480<br>3/3/2005 - 3/3/2008 |
| DLL<br>1601 TRAPELO ROAD<br>190<br>WALTHAM, MA  2451 | COPIER CONTRACT<br>24616388-1<br>1/3/2005 - 2/23/2008 |
| DLL<br>1601 TRAPELO ROAD<br>190<br>WALTHAM, MA  2451 | COPIER CONTRACT<br>24616390-1<br>1/3/2005 - 2/23/2008 |
| DLL<br>480 N SAM HOUSTON PKWY EAST<br>230<br>HOUSTON, TX  77060 | COPIER CONTRACT<br>24521762-34<br>10/31/2003 - 1/31/2007 |
| DLL<br>480 N SAM HOUSTON PKWY EAST<br>230<br>HOUSTON, TX  77060 | COPIER CONTRACT<br>24521762-32<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>480 N SAM HOUSTON PKWY EAST<br>HOUSTON, TX  77060 | COPIER CONTRACT<br>24521762-33<br>10/31/2003 - 1/31/2007 |
| DLL<br>1601 TRAPELO ROAD<br>STE 190<br>WALTHAM, MA  2451 | COPIER CONTRACT<br>24616351<br>3/3/2005 - 3/3/2008 |
| DLL<br>32 OFFICE PARK ROAD<br>SAPELO BLDG/SUITE A100<br>HILTON HEAD ISLAND, SC  29928 | COPIER CONTRACT<br>24564479<br>6/14/2004 - 9/14/2007 |
| DLL<br>480 N SAM HOUSTON PKWY EAST<br>HOUSTON, TX  77060 | COPIER CONTRACT<br>24521762-31<br>10/31/2003 - 1/31/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24553482<br>4/13/2004 - 7/13/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24586367<br>10/7/2004 - 12/7/2007 |
| DLL<br>109 LAURENS ROAD<br>SUITE 8A<br>GREENVILLE, SC  29607 | COPIER CONTRACT<br>24564499<br>6/14/2004 - 9/14/2007 |
| DLL<br>109-X OLD CHAPIN ROAD<br>LEXINGTON, SC  29072 | COPIER CONTRACT<br>24580168<br>9/3/2004 - 12/3/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24586331<br>10/7/2004 - 12/7/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                          Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>7920 NORFOLK AVENUE<br>BETHESDA, MD  20814 | COPIER CONTRACT<br>24590509<br>10/29/2004 - 1/29/2008 |
| DLL<br>6480 SPRING MOUNTAIN ROAD<br>LAS VEGAS, NV  89146 | COPIER CONTRACT<br>24521762-7<br>10/31/2003 - 1/31/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24604829<br>1/4/2005 - 4/4/2008 |
| DLL<br>7474 GREENWAY CENTER DRIVE<br>GREENBELT, MD  20770 | COPIER CONTRACT<br>24556482<br>4/30/2004 - 7/30/2007 |
| DLL<br>5470 KIETZKE LANE<br>SUITE 210<br>RENO, NV  89511 | COPIER CONTRACT<br>24641613<br>6/30/2005 - 6/30/2008 |
| DLL<br>5470 KIETZKE LANE<br>RENO, NV  89511 | COPIER CONTRACT<br>24598140<br>12/9/2004 - 12/9/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24790345<br>1/10/2007 - 10/10/2009 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24789548<br>1/8/2007 - 8/8/2009 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | COPIER CONTRACT<br>24789548<br>1/8/2007 - 8/8/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____
                          Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIERS CONTRACT<br>24508981<br>8/15/2003 - 11/15/2006 |
| DLL<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIERS CONTRACT<br>24508981<br>8/15/2003 - 11/15/2006 |
| DLL<br>5160 PARKSTONE DRIVE<br>STE 190A<br>CHANTILLY, VA  20151 | FAX CONTRACT<br>24647069<br>7/27/2005 - 9/27/2008 |
| DLL<br>2010 CORPORATE RIDGE<br>MCLEAN, VA  22102 | FAX CONTRACT<br>24582440<br>9/20/2004 - 12/20/2007 |
| DLL<br>101-A LOUDOUN STREET<br>LEESBURG, VA  20175 | FAX CONTRACT<br>24597330<br>12/3/2004 - 3/3/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24691923<br>3/13/2006 - 6/13/2009 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24547310<br>3/12/2004 - 6/12/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24546393<br>3/8/2004 - 6/8/2007 |
| DLL<br>535 CONNECTICUT AVENUE<br>NORWALK, CT  6854 | FAX CONTRACT<br>24490143<br>4/23/2003 - 7/23/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24548283<br>3/18/2004 - 6/18/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24523906<br>11/13/2003 - 2/13/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24620852<br>3/24/2005 - 6/24/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24695739<br>3/28/2006 - 6/28/2009 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24620852<br>3/24/2005 - 6/24/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24505386<br>7/25/2003 - 10/25/2006 |
| DLL<br>5151 BELTLINE RD<br>MONTEREY, CA | FAX CONTRACT<br>24525875<br>11/24/2003 - 2/24/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24489356<br>4/17/2003 - 7/17/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24580977<br>9/9/2004 - 12/9/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

_____Debtor_____                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>7807 BAYMEADOWS ROAD EAST<br>JACKSONVILLE, FL  32256 | FAX CONTRACT<br>24592292<br>11/5/2004 - 1/5/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24523879<br>11/12/2003 - 2/12/2007 |
| DLL<br>7240 MANATEE AVENUE WEST<br>BRADENTON, FL  34209 | FAX CONTRACT<br>24592275<br>11/5/2004 - 1/5/2008 |
| DLL<br>90 PARK AVENUE<br>17TH FLOOR<br>NEW YORK, NY  10016 | FAX CONTRACT<br>24547370<br>3/15/2004 - 6/15/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>4TH FL STE 410E<br>MELVILLE, NY | FAX CONTRACT<br>24525592<br>11/12/2003 - 2/12/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>TONYA SANDS<br>MELVILLE, NY | FAX CONTRACT<br>24505682<br>7/28/2003 - 10/28/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>& TRADING<br>MELVILLE, NY | FAX CONTRACT<br>24626695<br>4/20/2005 - 7/20/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24523879<br>11/12/2003 - 2/12/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                    Debtor                                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>520 BROAD HOLLOW ROAD<br>4W ACROSS FROM CONFERENCE ROOM<br>MELVILLE, NY | FAX CONTRACT<br>24489365<br>4/17/2003 - 7/17/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24490609<br>4/25/2003 - 7/25/2006 |
| DLL<br>90 PARK AVENUE<br>17TH FLOOR<br>NEW YORK, NY  10016 | FAX CONTRACT<br>24501975<br>7/2/2003 - 10/2/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24505386<br>7/25/2003 - 10/25/2006 |
| DLL<br>711 WESTCHESTER AVENUE<br>WHITE PLAINS, NY  10604 | FAX CONTRACT<br>24508939<br>8/15/2003 - 11/15/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24508952<br>8/15/2003 - 11/15/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24508952<br>8/15/2003 - 11/15/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>& TRADING<br>MELVILLE, NY | FAX CONTRACT<br>24626695<br>4/20/2005 - 7/20/2008 |
| DLL<br>2 WEST LAFAYETTE ST<br>NORRISTOWN, PA  19401 | FAX CONTRACT<br>24505380<br>7/25/2003 - 10/25/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

                          Debtor                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24476654<br>2/18/2003 - 5/18/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>JOHN SCHMITZ<br>MELVILLE, NY | FAX CONTRACT<br>24502768<br>7/8/2003 - 10/8/2006 |
| DLL<br>1500 W SHAW AVE<br>403<br>FRESNO, CA  93711 | FAX CONTRACT<br>24521762-60<br>10/31/2003 - 1/31/2007 |
| DLL<br>1500 W SHAW AVE<br>403<br>FRESNO, CA  93711 | FAX CONTRACT<br>24521762-61<br>10/31/2003 - 1/31/2007 |
| DLL<br>1500 W SHAW AVE<br>403<br>FRESNO, CA  93711 | FAX CONTRACT<br>24521762-62<br>10/31/2003 - 1/31/2007 |
| DLL<br>1500 W SHAW AVE<br>403<br>FRESNO, CA  93711 | FAX CONTRACT<br>24521762-59<br>10/31/2003 - 1/31/2007 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | FAX CONTRACT<br>24521762-65<br>10/31/2003 - 1/31/2007 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | FAX CONTRACT<br>24521762-69<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | FAX CONTRACT<br>24521762-68<br>10/31/2003 - 1/31/2007 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | FAX CONTRACT<br>24521762-70<br>10/31/2003 - 1/31/2007 |
| DLL<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | FAX CONTRACT<br>24620852<br>3/24/2005 - 6/24/2008 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | FAX CONTRACT<br>24521762-66<br>10/31/2003 - 1/31/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24547370<br>3/15/2004 - 6/15/2007 |
| DLL<br>2 WEST LAFAYETTE ST<br>NORRISTOWN, PA  19401 | FAX CONTRACT<br>24505380<br>7/25/2003 - 10/25/2006 |
| DLL<br>2 WEST LAFAYETTE ST<br>NORRISTOWN, PA  19401 | FAX CONTRACT<br>24505380<br>7/25/2003 - 10/25/2006 |
| DLL<br>2 WEST LAFAYETTE ST<br>NORRISTOWN, PA  19401 | FAX CONTRACT<br>24476683<br>2/18/2003 - 5/18/2006 |
| DLL<br>109 LAURENS ROAD<br>GREENVILLE, SC  29607 | FAX CONTRACT<br>24586249<br>10/6/2004 - 12/6/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
Debtor                                                                                       (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>109 LAURENS ROAD<br>GREENVILLE, SC  29607 | FAX CONTRACT<br>24580705<br>9/8/2004 - 12/8/2007 |
| DLL<br>5151 BELTLINE RD<br>HILTON HEAD ISL, SC  29928 | FAX CONTRACT<br>24525875<br>11/24/2003 - 2/24/2007 |
| DLL<br>32 OFFICE PARK ROAD<br>SAPELO BLDG/SUITE A100<br>HILTON HEAD ISLAND, SC  29928 | FAX CONTRACT<br>24564479<br>6/14/2004 - 9/14/2007 |
| DLL<br>109-X OLD CHAPIN ROAD<br>LEXINGTON, SC  29072 | FAX CONTRACT<br>24580168<br>9/3/2004 - 12/3/2007 |
| DLL<br>7100 COMMERCE WAY<br>STE<br>BRENTWOOD, TN  37027 | FAX CONTRACT<br>24586414<br>10/7/2004 - 12/7/2007 |
| DLL<br>109 HAZEL PATH<br>STE 3<br>HENDERSONVILLE, TN  37077 | FAX CONTRACT<br>24597304<br>12/3/2004 - 3/3/2008 |
| DLL<br>699 PRESIDENT PLACE<br>SUITE 200<br>SMYRNA, TN  37167 | FAX CONTRACT<br>24579825<br>9/2/2004 - 12/2/2007 |
| DLL<br>1180 IRON POINT ROAD<br>FOLSOM, CA  95630 | FAX CONTRACT<br>24521762-67<br>10/31/2003 - 1/31/2007 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**
_____                    _____
                          Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>152 GREENWOOD AVE<br>BETHEL, CT  6801 | FAX CONTRACT<br>24626728<br>4/20/2005 - 7/20/2008 |
| DLL<br>6455 S YOSEMITE STREET<br>GREENWOOD VILLAGE, CO  80111 | FAX CONTRACT<br>24521762-22<br>10/31/2003 - 1/31/2007 |
| DLL<br>6455 S YOSEMITE STREET<br>GREENWOOD VILLAGE, CO  80111 | FAX CONTRACT<br>24521762-23<br>10/31/2003 - 1/31/2007 |
| DLL<br>5010 SHOREHAM PLACE<br>SAN DIEGO, CA  92122 | FAX CONTRACT<br>24521762-55<br>10/31/2003 - 1/31/2007 |
| DLL<br>5010 SHOREHAM PLACE<br>SAN DIEGO, CA  92122 | FAX CONTRACT<br>24521762-57<br>10/31/2003 - 1/31/2007 |
| DLL<br>5010 SHOREHAM PLACE<br>SAN DIEGO, CA  92122 | FAX CONTRACT<br>24521762-56<br>10/31/2003 - 1/31/2007 |
| DLL<br>75 ROWLAND WAY<br>NOVATO, CA  94945 | FAX CONTRACT<br>24521762-16<br>10/31/2003 - 1/31/2007 |
| DLL<br>75 ROWLAND WAY<br>NOVATO, CA  94945 | FAX CONTRACT<br>24521762-15<br>10/31/2003 - 1/31/2007 |
| DLL<br>75 ROWLAND WAY<br>NOVATO, CA  94945 | FAX CONTRACT<br>24521762-17<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                              _____
                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>197 ROUTE 18 SOUTH<br>EAST BRUNSWICK, NJ  8816 | FAX CONTRACT<br>24603670<br>12/30/2004 - 3/30/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24564487<br>6/14/2004 - 9/14/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24476659<br>2/18/2003 - 5/18/2006 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24571122<br>7/16/2004 - 10/16/2007 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24526563<br>11/26/2003 - 2/26/2007 |
| DLL<br>23421 SOUTH POINTE<br>LAGUNA HILLS, CA  92653 | FAX CONTRACT<br>24523938<br>11/13/2003 - 2/13/2007 |
| DLL<br>538 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24547370<br>3/15/2004 - 6/15/2007 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | FAX CONTRACT<br>24521762-27<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | FAX CONTRACT<br>24521762-28<br>10/31/2003 - 1/31/2007 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | FAX CONTRACT<br>24521762-26<br>10/31/2003 - 1/31/2007 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | FAX CONTRACT<br>24521762-29<br>10/31/2003 - 1/31/2007 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | FAX CONTRACT<br>24521762-30<br>10/31/2003 - 1/31/2007 |
| DLL<br>17744 SKY PARK CIRCLE<br>IRVINE, CA  92614 | FAX CONTRACT<br>24602280<br>12/23/2004 - 3/23/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | FAX CONTRACT<br>24547370<br>3/15/2004 - 6/15/2007 |
| DLL<br>33 VILLAGE GREEN DRIVE<br>LITCHFIELD, CT  6759 | FAX CONTRACT<br>24596629<br>12/1/2004 - 2/1/2008 |
| DLL<br>520 BROAD HOLLOW ROAD<br>SUITE 2<br>MELVILLE, NY | FAX CONTRACT<br>24594990<br>11/22/2004 - 2/22/2008 |
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | FAX CONTRACT<br>24521762-39<br>10/31/2003 - 1/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                    _____
                        Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>211 N UNION ST<br>STE 100<br>FARMINGTON HILL, MI  48331 | FAX CONTRACT<br>24586350<br>10/7/2004 - 12/7/2007 |
| DLL<br>211 N UNION ST<br>STE 100<br>FARMINGTON HILL, MI  48331 | FAX CONTRACT<br>24647090<br>7/27/2005 - 9/27/2008 |
| DLL<br>4200 COMMERCE COURT<br>101<br>LISLE, IL  60532 | FAX CONTRACT<br>24521762-51<br>10/31/2003 - 1/31/2007 |
| DLL<br>4200 COMMERCE COURT<br>101<br>LISLE, IL  60532 | FAX CONTRACT<br>24521762-52<br>10/31/2003 - 1/31/2007 |
| DLL<br>3200 CRAIN HIGHWAY<br>WALDORF, MD  20603 | FAX CONTRACT<br>24487342<br>4/4/2003 - 7/4/2006 |
| DLL<br>10451 MILL RUN CIRCLE<br>SUITE 350<br>OWINGS MILLS, MD | FAX CONTRACT<br>24488305<br>4/10/2003 - 7/10/2006 |
| DLL<br>10451 MILL RUN CIRCLE<br>SUITE 350<br>OWINGS MILLS, MD | FAX CONTRACT<br>24571104<br>7/16/2004 - 10/16/2007 |
| DLL<br>275 WEST STREET<br>ANNAPOLIS, MD  21401 | FAX CONTRACT<br>24592266<br>11/5/2004 - 1/5/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                    _____
                          Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | FAX CONTRACT<br>24521762-37<br>10/31/2003 - 1/31/2007 |
| DLL<br>33481 W 14 MILE ROAD<br>FARMINGTON HILLS, MI  48331 | FAX CONTRACT<br>24560350<br>5/21/2004 - 8/21/2007 |
| DLL<br>4004 KRUSE WAY PLACE<br>LAKE OSWEGO, OR  97035 | FAX CONTRACT<br>24521762-38<br>10/31/2003 - 1/31/2007 |
| DLL<br>1120 BENFIELD BLVD<br>MILLERSVILLE, MD  21108 | FAX CONTRACT<br>24493361<br>5/12/2003 - 8/12/2006 |
| DLL<br>1120 BENFIELD BLVD<br>MILLERSVILLE, MD  21108 | FAX CONTRACT<br>24493361<br>5/12/2003 - 8/12/2006 |
| DLL<br>7474 GREENWAY CENTER DRIVE<br>STE 219<br>GREENBELT, MD  20770 | FAX CONTRACT<br>24564489<br>6/14/2004 - 9/14/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | FAX CONTRACT<br>24620859<br>3/24/2005 - 6/24/2008 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | FAX CONTRACT<br>24553482<br>4/13/2004 - 7/13/2007 |
| DLL<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD  21046 | FAX CONTRACT<br>24553482<br>4/13/2004 - 7/13/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>275 WEST STREET<br>ANNAPOLIS, MD  21401 | FAX CONTRACT<br>24592266<br>11/5/2004 - 1/5/2008 |
| DLL<br>1120 BENFIELD BLVD<br>MILLERSVILLE, MD  21108 | FAX CONTRACT<br>24477155<br>2/20/2003 - 5/20/2006 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>230<br>MAITLAND, FL  32751 | FAX CONTRACT<br>24521762-47<br>10/31/2003 - 1/31/2007 |
| DLL<br>225 TOWN PARK DRIVE<br>BRANCH 56 SUITE 450<br>KENNESAW, GA  30144 | FAX CONTRACT<br>24626694<br>4/20/2005 - 7/20/2008 |
| DLL<br>225 TOWN PARK DRIVE<br>KENNESAW, GA  30144 | FAX CONTRACT<br>24564494<br>6/14/2004 - 9/14/2007 |
| DLL<br>5151 BELTLINE RD<br>ATLANTA, GA  30328 | FAX CONTRACT<br>24525875<br>11/24/2003 - 2/24/2007 |
| DLL<br>10735 DAVID TAYLOR DRIVE<br>3 RESOURCE CTR #310<br>CHARLOTTE, NC  28262 | FAX CONTRACT<br>24691875<br>3/13/2006 - 6/13/2009 |
| DLL<br>759 SOUTH FEDERAL HIGHWAY<br>STUART, FL  34994 | FAX CONTRACT<br>24587670<br>10/14/2004 - 12/14/2007 |
| DLL<br>10735 DAVID TAYLOR DRIVE<br>3 RESOURCE CTR #310<br>CHARLOTTE, NC  28262 | FAX CONTRACT<br>24691875<br>3/13/2006 - 6/13/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>10735 DAVID TAYLOR DRIVE<br>3 RESOURCE SQUARE #170<br>CHARLOTTE, NC  28262 | FAX CONTRACT<br>24551078<br>3/31/2004 - 6/30/2007 |
| DLL<br>10735 DAVID TAYLOR DRIVE<br>3 RESOURCE SQUARE #170<br>CHARLOTTE, NC  28262 | FAX CONTRACT<br>24551078<br>3/31/2004 - 6/30/2007 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>SUITE 230<br>MAITLAND, FL  32751 | FAX CONTRACT<br>24604831<br>1/4/2005 - 4/4/2008 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>STE 230<br>MAITLAND, FL  32751 | FAX CONTRACT<br>24521762-49<br>10/31/2003 - 1/31/2007 |
| DLL<br>211 N UNION ST<br>STE 100<br>FARMINGTON HILL, MI  48331 | FAX CONTRACT<br>24602304<br>12/23/2004 - 3/23/2008 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>230<br>MAITLAND, FL  32751 | FAX CONTRACT<br>24521762-48<br>10/31/2003 - 1/31/2007 |
| DLL<br>1060 MAITLAND CNTR COMMONS<br>MAITLAND, FL  32751 | FAX CONTRACT<br>24663648<br>10/19/2005 - 1/19/2009 |
| DLL<br>520 BROAD HOLLOW ROAD<br>2ND FL<br>MELVILLE, NY | FAX CONTRACT<br>24694704<br>3/24/2006 - 6/24/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>2829 WESTOWN PARKWAY<br>STE 335<br>WEST DES MOINES, IA  50266 | FAX CONTRACT<br>24548535<br>3/19/2004 - 6/19/2007 |
| DLL<br>462 E SHORE DR<br>EGALE, ID  83616 | FAX CONTRACT<br>24561084<br>5/25/2004 - 8/25/2007 |
| DLL<br>462 E SHORE DR<br>EGALE, ID  83616 | FAX CONTRACT<br>24561084-2<br>7/27/2005 - 9/27/2008 |
| DLL<br>33481 W 14 MILE ROAD<br>FARMINGTON HILLS, MI  48331 | FAX CONTRACT<br>24560357<br>5/21/2004 - 8/21/2007 |
| DLL<br>1120 BENFIELD BLVD<br>MILLERSVILLE, MD  21108 | FAX CONTRACT<br>24477155<br>2/20/2003 - 5/20/2006 |
| DLL<br>7900 MIAMI LAKES DRIVE WEST<br>MIAMI LAKES, FL  33016 | FAX CONTRACT<br>24626803<br>4/20/2005 - 7/20/2008 |
| DLL<br>1601 TRAPELO ROAD<br>WALTHAM, MA  2451 | FAX CONTRACT<br>24476678<br>2/18/2003 - 5/18/2006 |
| DLL<br>6270 CENTER STREET<br>MENTOR, OH  44060 | FAX CONTRACT<br>24590932<br>11/1/2004 - 2/1/2008 |
| DLL<br>1601 TRAPELO ROAD<br>WALTHAM, MA  2451 | FAX CONTRACT<br>24476685<br>2/18/2003 - 5/18/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                              Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DLL<br>270 SOUTH SERVICE RD<br>STE 190<br>MELVILLE, KS  11747 | FAX CONTRACT<br>24587673<br>10/14/2004 - 12/14/2007 |
| DLL<br>270 SOUTH SERVICE RD<br>SUITE 335<br>MELVILLE, KS  11747 | FAX CONTRACT<br>24490659<br>4/28/2003 - 7/28/2006 |
| DLL<br>24048 LORAIN DRIVE<br>NORTH OLMSTED, OH  44070 | FAX CONTRACT<br>24564521<br>6/15/2004 - 9/15/2007 |
| DLL<br>1601 TRAPELO ROAD<br>WALTHAM, MA  2451 | FAX CONTRACT<br>24593458<br>11/12/2004 - 2/12/2008 |
| DLL<br>100 CUMMINGS CENTER<br>BEVERLY, MA | FAX CONTRACT<br>24622250<br>3/31/2005 - 6/30/2008 |
| DLL<br>270 SOUTH SERVICE RD<br>STE 190<br>MELVILLE, KS  11747 | FAX CONTRACT<br>24587673<br>10/14/2004 - 12/14/2007 |
| DND INVESTMENTS, LLC<br>13231 LUXBURY LOOP<br>ORLANDO, FL  32837 | LEASE<br>OFFICE<br>11/1/2006 - 12/31/2016 |
| DOCMAGIC, INC<br>20501 S AVALON BOULEVARD<br>SUITE B<br>CARSON, CA  90746 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/2/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                    Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

DOCMAGIC, INC
20501 S AVALON BOULEVARD
SUITE B
CARSON, CA  90746

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 6/29/2007


DOCPREP SERVICES,INC

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 2/22/2007


DOLCE VITA, INC
6100 CLARKS CREEK ROAD
UNIT 100
PLAINFIELD, IN  46168

LEASE
DESK RENTAL
5/1/2005 - 4/30/2017


DOLCE VITA, INC.
1580 DEERFIELD DRIVE
PLAINFIELD, IN  46168

LEASE
DESK RENTAL
5/1/2005 - 12/31/2016


DOLLAR MORTGAGE CORP
7578 EL CAJON BLVD
LA MESA, CA  91941

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/30/2007

**Addition**

DONNA QUISENBERRY CINDY DOUGLAS CONSULTING GROUP
350 NORRED COULT
SAN JOSE, CA  95119

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
NDA
CONTRACT ID: 349-1.0
EFFECTIVE DATE: 3/10/2005


DONNA QUISENBERRY   CINDY DOUGLAS CONSULTING GROUP
350 NORRED COULT
SAN JOSE, CA  95119

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 3/10/2005


DORAL FORRESTAL CONFERENCE CENTER AND SPA
100 COLLEGE ROAD EAST
PRINCETON, NJ  08540

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 10/25/2005


DOREEN M DANSON C/O RAPID TITLE SERVICES, INC.
2785 WEHRLE DRIVE
WILLIAMSVILLE, NY  14221

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE: 12/1/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**

<div style="text-align:center">Debtor</div>                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DOREEN M DANSON C/O RAPID TITLE SERVICES, INC. 2785 WEHRLE DRIVE WILLIAMSVILLE, NY  14221 | MARKETING CONTRACT DESK RENTALS EFFECTIVE DATE:  6/3/2006 |
| DOUBLE M CONSTRUCTION 2250 E POSTAL DRIVE PAHRUMP, NV  89048 | BROKER/INVESTOR CONTRACT MORTGAGE BROKER AGREEMENT EFFECTIVE DATE:  2/10/2006 |

<div style="text-align:center">**Addition**</div>

| | |
|---|---|
| DOUBLETREE CRYSTAL CITY | QUICK CONFIRMATION AGREEMENT |

<div style="text-align:center">**Addition**</div>

| | |
|---|---|
| DOUBLETREE GUEST SUITES - MANHATTAN | QUICK CONFIRMATION AGREEMENT EFFECTIVE DATE:  8/8/2006 |
| DOUBLETREE HOTEL - IRVINE 90 PACIFICA AVENUE IRVINE, CA  92618 | VENDOR CONTRACT SITE USE EFFECTIVE DATE:  7/10/2007 |
| DOUBLETREE HOTEL - IRVINE 90 PACIFICA AVENUE IRVINE, CA  92618 | VENDOR CONTRACT SITE USE EFFECTIVE DATE:  6/15/2007 |
| DOUBLETREE HOTEL - IRVINE 90 PACIFICA AVENUE IRVINE, CA  92618 | VENDOR CONTRACT SITE USE EFFECTIVE DATE:  6/15/2007 |
| DOUBLETREE HOTEL ANAHEIM/ORANGE COUNTY 100 THE CITY DRIVE ORANGE, CA  92868 | VENDOR CONTRACT SITE USE |

<div style="text-align:center">**Addition**</div>

| | |
|---|---|
| DOUBLETREE HOTEL ANAHEIM-ORANGE COUNTY 100 THE CITY DRIVE ORANGE, CA  92868 | FACSIMILE TRANSMITTAL SHEET EFFECTIVE DATE:  12/30/2007 |
| DOUBLETREE HOTEL BOISE - RIVERSIDE 2900 CHILDREN BOULEVARD BOISE, ID  83714 | VENDOR CONTRACT SITE USE EFFECTIVE DATE:  1/9/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                              _____
Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

DOUBLETREE HOTEL IRVINE
90 PACIFICA AVENUE
IRVINE, CA  92618

CONTRACT TERMS AND CONDITIONS
EFFECTIVE DATE:  6/29/2007

Addition

DOUBLETREE HOTEL IRVINE SPECTRUM
90 PACIFICA AVENUE
IRVINE, CA  92618

CONTRACT TERMS AND CONDITIONS
EFFECTIVE DATE:  6/14/2007

DOUBLETREE HOTEL NORWALK

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  3/17/2006

DOUGLAS COUNTY BANK
300 W 9TH STREET
LAWRENCE, KS  66044

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/15/2006

DOUGLAS DEVELOPMENT
702 H ST NW
SUITE 400
WASHINGTON, DC  20001

LEASE
OFFICE
12/18/2003 - 12/31/2009

DOUGLAS-MICHAELS CO. L.P.
6564 LOISDALE COURT SUITE 610
ATTN: SCOTT JIMMO
SPRINGFIELD, VA  22150

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  12/13/2005

DOUGLAS-MICHAELS CO. L.P.
6564 LOISDALE COURT SUITE 610
ATTN: SCOTT JIMMO
SPRINGFIELD, VA  22150

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  5/4/2006

DOUGLAS-MICHAELS CO. L.P.
6564 LOISDALE COURT SUITE 610
ATTN: SCOTT JIMMO
SPRINGFIELD, VA  22150

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  9/11/2006

Addition

DOW AGROSCIENCES LLC
9330 ZIONSVILLE ROAD
INDIANAPOLIS, IN  46268

DIRECT BILLING AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                          Case No.  **07-11051**
_____
Debtor                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DP SEARCH ASSOCIATES, INC<br>P.O. BOX 828<br>HUNTINGTON, NY  11743 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE: 5/2/2007 |
| DRACO CONSTRUCTION INC & DESIGN<br>2100 DEBRA COURT<br>COURBONNAIS, IL  60914 | LEASE<br>DESK RENTAL<br>5/21/2006 - 12/31/2016 |
| DRAPER AND KRAMER MORTGAGE CORP.<br>33 W MONROE ST.<br>CHICAGO, IL  60603 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/24/2006 |
| DRAPER AND KRAMER MORTGAGE CORP.<br>33 W MONROE ST.<br>CHICAGO, IL  60603 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/20/2006 |
| DREAM HOMES OF NEW ENGLAND<br>78 WEST BROADWAY<br>DERRY, NH  03038 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 6/29/2006 |
| DREAM HOMES OF NEW ENGLAND<br>78 WEST BROADWAY<br>DERRY, NH  03038 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 4/15/2006 |
| DREAM HOUSE MORTGAGE CORPORATION<br>385 SOUTH MAIN ST<br>PROVIDENCE, RI  02903 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/14/2007 |
| DRESS FOR SUCCESS<br>2760 E. FAIRVIEW AVE.<br>MERIDIAN, ID  83642 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 4/6/2007 |
| DRI MANAGEMENT SYSTEMS, INC.<br>1451 QUAIL STREET<br>SUITE 100<br>NEWPORT BEACH, CA  92660 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/23/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                         _____
                        Debtor                                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DRI MANAGEMENT SYSTEMS, INC. 1451 QUAIL STREET SUITE 100 NEWPORT BEACH, CA  92660 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 8/17/2006 |
| DRI MANAGEMENT SYSTEMS, INC. 1451 QUAIL STREET SUITE 100 NEWPORT BEACH, CA  92660 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 11/10/2004 |
| DRI MANAGEMENT SYSTEMS, INC. 1451 QUAIL STREET SUITE 100 NEWPORT BEACH, CA  92660 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 1/11/2007 |
| DRI MANAGEMENT SYSTEMS, INC. 1451 QUAIL STREET SUITE 100 NEWPORT BEACH, CA  92660 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 6/21/2007 |
| DRI-THE DEFAULT SOLUTION 1451 QUAIL STREET SUITE 100 NEWPORT BEACH, CA  92660 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 7/9/2007 |
| DST TECHNOLOGIES, INC 330 W 9TH STREET KANSAS CITY, MO  64105 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE: 6/25/2007 |
| DST TECHNOLOGIES, INC 330 W 9TH STREET KANSAS CITY, MO  64105 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE: 6/25/2007 |
| DUKE UNIVERSITY FEDERAL CREDIT UNION (PURCHASER) 1400 MORREENE ROAD ATTN: ADMINISTRATION DURHAM, NC  27705 | LOAN SALE/SERVICING AGREEMENT LOAN SALE AND SERVICING AGREEMENT 1.1 (J) CV CONTRACT DATE:  MAY 19, 2005, |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
             Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DUKES AND ASSOCIATES, LLC<br>208 GOLDEN OAK CT.<br>SUITE 121<br>VIRGINIA BEACH, VA  23452 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/1/2007 |
| DUN & BRADSTREET, INC | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE: 2/27/2007 |
| DUN & BRADSTREET, INC | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/30/2007 |
| DUN & BRADSTREET, INC. | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/30/2003 |
| DUNIVAN COMPANY INC, REALTORS<br>6372 MECHANICSVILLE TURNPIKE<br>SUITE 112<br>MECHANICSVILLE, VA  23111 | LEASE<br>OFFICE<br>6/15/2007 - 6/14/2008 |
| DUNLEA COMMERCIAL PROPERTIES<br>4N422 MOUNTAIN ASH DRIVE<br>WAYNE, IL  60184 | LEASE<br>OFFICE<br>9/1/2006 - 8/31/2011 |
| DUXFORD FINANCIAL INC.<br>36 EXECUTIVE PARK<br>STE 200<br>IRVINE, CA  92614 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/4/2005 |
| DVM INSURANCE AGENCY/VPI PET INSURANCE<br>3060 SATURN ST.<br>BREA, CA  92822 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 12/7/2005 |
| DVM INSURANCE AGENCY/VPI PET INSURANCE<br>3060 SATURN ST.<br>BREA, CA  92822 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/24/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                            Case No.  **07-11051**
_____                                    _____
Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DYNAMIC CAPITAL MORTGAGE<br>1371 BEACON ST<br>STE 301<br>BROOKLINE, MA  02446 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/27/2007 |
| DYNAMIC CAPITAL MORTGAGE<br>1371 BEACON ST<br>STE 301<br>BROOKLINE, MA  02446 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/20/2005 |
| DYNAMIC METHODS<br>2212 DUPONT DR, SUITE R<br>IRVINE, CA  92612 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/10/2007 |
| E.C.I CORPORATION<br>824 SAN ANTONIO ROAD<br>PALO ALTO, CA  94303 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |

                                        **Addition**

| | |
|---|---|
| E.C.I. CORPORATION<br>824 SAN ANTONIO ROAD<br>PALO ALTO, CA  94303 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10649-1.0<br>EFFECTIVE DATE: 7/11/2006 |

                                        **Addition**

| | |
|---|---|
| E•LOCALLINK<br>130 EAST MAIN<br>8TH FLOOR<br>GRANITE BUILDING<br>ROCHESTER, NY  14604 | CONTRACT<br>EFFECTIVE DATE: 4/13/2005 |
| EAGLE BANK AND TRUST COMPANY OF MISSOURI<br>3944 VOGEL ROAD<br>ARNOLD, MO  63010 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/3/2006 |
| EAGLE MOUNTAIN PROPERTIES, LLC<br>1757 EAST AMERICAN WAY<br>#1<br>EAGLE MOUNTAIN, UT  84005 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/20/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
Debtor                                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EAGLE RADIO STATION<br>20 EAST HIGH STREET<br>LAWRENCEBURG, IN  47025 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  8/9/2006 |
| EAGLE VALLEY HOMES, LTD.<br>4754 SHAVANO OAK<br>SUITE 103<br>SAN ANTONIO, TX  76249 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  3/25/2005 |
| EAGLE VALLEY HOMES, LTD.<br>4754 SHAVANO OAK<br>SUITE 103<br>SAN ANTONIO, TX  76249 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  7/3/2006 |
| EAPPRAISEIT, LLC<br>12395 FIRST AMERICAN WAY<br>POWAY, CA  92064 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  12/20/2002 |
| EAST COAST EQUITY FUNDING MORTGAGE CORP.<br>6340 SW 163 PL<br>MIAMI, FL  33193 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  1/19/2006 |
| EAST COAST EQUITY FUNDING MORTGAGE CORP.<br>6340 SW 163 PL<br>MIAMI, FL  33193 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  12/29/2004 |
| EAST N. ST. ASSOC. LLC<br>200 E. BROAD ST.<br>GREENVILLE, SC  29601 | LEASE<br>OFFICE<br>4/28/2003 - 4/27/2008 |

**Addition**

| | |
|---|---|
| EAST TEXAS HOUSING FINANCE AUTHORITY<br>DEUTSCHE BANK TRUST CO. AMERICAS-NYC<br>60 WALL ST<br>NEW YORK, NY  10005-2858 | SECONDARY MARKETING CONTRACT<br>ORIGINATION, SALE AND SERVICING AGREEMENT |
| EAST TEXAS HOUSING FINANCE CORP<br>60 WALL ST<br>NEW YORK, NY  10005-2858 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  9/30/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

EAST WEST REALTY OF VA, INC DBA LEGACY PROPERTIES
14700 VILLAGE SQUARE PLACE
MIDLOTHIAN, VA  23112

LEASE
MSA/DESK RENTAL
9/14/2006 - 12/31/2016

**Addition**

EASTER SEALS NEW YORK, INC

MARKETING AGREEMENT


EASTERN SAVINGS BANK, FSB
11350 MC CORMICK RD
SUITE 200
HUNT VALLEY, MD  21031

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 2/16/2006


EASTWOOD CONSTRUCTION CO
1200 WOODRUFF RD ATE H-20
GREENVILLE, SC  29607

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 10/14/2005


EASTWOOD CONSTRUCTION CO
1200 WOODRUFF RD ATE H-20
GREENVILLE, SC  29607

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 10/14/2005


EASTWOOD CONSTRUCTION CO
1200 WOODRUFF RD ATE H-20
GREENVILLE, SC  29607

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 5/27/2006


EASTWOOD HOMES
2857 WESTPORT ROAD
CHARLOTTE, NC  28208

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 12/22/2004


EASTWOOD HOMES
2857 WESTPORT ROAD
CHARLOTTE, NC  28208

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 6/14/2005


EASY MORTGAGE  SOLUTIONS, INC.
7600 SOUTHLAND BLVD.
SUITE 100-109
ORLANDO, FL  32809

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE: 7/20/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**
_____
                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EBRAHARDT HOMES<br>3308 SOUTH TWEEDT<br>KENNEWICK, WA  99337 | LEASE<br>MSA<br>6/1/2007 - 5/31/2017 |
| ECI OWENSMOUTH<br>FILE 30825<br>PO BOX 60000<br>SAN FRANCISCO, CA  94160 | LEASE<br>OFFICE<br>7/1/2007 - 6/30/2012 |
| ECUA HOMES PROPERTY SERVICES<br>9 EAST MAIN ST<br>PATCHOGUE, NY  11772 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/1/2005 |
| ECUA HOMES PROPERTY SERVICES<br>9 EAST MAIN ST<br>PATCHOGUE, NY  11772 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  3/7/2006 |
| EDENS AND AVANT FINANCING LP, DEPARTMENT 2213<br>PO BOX 822459<br>PHILIDELPHIA, PA  19182 | LEASE<br>SHOPPING CENTER<br>1/26/2005 - 1/31/2008 |
| EDI INTEGRATION CORPORATION<br>PO BOX 4166<br>CROFTON, MD  21114 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/28/2006 |
| EECO ELECTRIC CORP.<br>35650 COUNTY RD. 48<br>PECONIC, NY  11958 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/27/2007 |
| EFFICIENT FRONTIER, INC.<br>321 CASTRO STREET<br>SUITE 201<br>MOUNTAIN VIEW, CA  94041 | MARKETING CONTRACT<br>WEB ADVERTISING<br>EFFECTIVE DATE:  3/16/2006 |
| EHRAHARDT HOMES<br>3308 S TWEEDT<br>KENNEWICK, WA  99337 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EIS TECHNOLOGIES, INC<br>4625 ALEXANDER DRIVE<br>SUITE 200<br>ALPHARETTA, GA  30022 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/5/2007 |
| EL PASO COUNTY, COLORADO<br>PO BOX 2018<br>COLORADO SPRINGS, CO  80901-2018 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/25/2007 |
| EL PRESIDO<br>C/O TRILAR MANAGEMENT GROUP<br>2101 CAMINO VIDA ROBLE SUITE A<br>CARLSBAD, CA  92011 | LEASE<br>OFFICE<br>10/1/2005 - 9/30/2010 |
| ELITE LENDING PARTNERS, LLC<br>2490 ECHO DRIVE<br>ATLANTA, GA  30345 | LEASE<br>OFFICE<br>7/1/2007 - 6/30/2008 |
| ELLIE MAE, INC.<br>PO BOX 49035<br>SAN JOSE, CA  95161-9035 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/25/2005 |
| ELLIE MAE, INC.<br>PO BOX 49035<br>SAN JOSE, CA  95161-9035 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 8/25/2006 |
| EMAGIC.COM LLC<br>250 E KILBOURN AVE<br>MILWAUKEE, WI  53202 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 12/1/2003 |
| EMAGIC.COM LLC<br>250 E KILBOURN AVE<br>MILWAUKEE, WI  53202 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/28/2004 |
| EMAGIC.COM, LLC<br>250 E KILBOURN AVE<br>MILWAUKEE, WI  53202 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/28/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EMAGIC.COM, LLC<br>250 E KILBOURN AVE<br>MILWAUKEE, WI  53202 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/28/2003 |
| EMAIL APPENDERS<br>2753 BROADWAY<br>#178<br>NEW YORK, NY  10025 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/18/2007 |
| **Addition** | |
| EMAILAPPENDERS<br>2753 BROADWAY<br>#178<br>NEW YORK, NY  10025 | MUTUAL CONFIDENTIALITY AGREEMENT<br>EFFECTIVE DATE:  4/18/2007 |
| EMAILLABS<br>4400 BOHANNON DRIVE<br>#200<br>MENLO PARK, CA  94025 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  1/22/2007 |
| **Addition** | |
| EMBASSY SUITES DENVER TECH CENTER<br>10250 EAST COSTILLA AVENUE<br>CENTENNIAL, CO  80012 | GROUP SALES AGREEMENT |
| **Addition** | |
| EMBASSY SUITES HOTEL<br>200 STONERIDGE DRIVE<br>COLUMBIA, SC  29210 | GROUP SALES AND CATERING AGREEMENT |
| EMBASSY SUITES HOTEL-TAMPA<br>10250 E COSTILLA AVE<br>CENTENNIAL, CO  80112 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/23/2007 |
| EMC CORPORATION<br>4246 COLLECTIONS CNTR DR<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  5/11/2006 |
| EMC CORPORATION<br>4246 COLLECTIONS CNTR DR<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  6/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____
          Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EMC CORPORATION<br>4246 COLLECTIONS CNTR DR<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/14/2006 |
| EMC CORPORATION<br>4246 COLLECTIONS CNTR DR<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/11/2006 |
| EMC HOLDINGS, LLC DBA ENGELWOOD MORTGAGE COMPANY<br>8400 E CRESCENT PKWY<br>STE 350<br>GREENWOOD VILLAGE, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/28/2006 |
| EMC HOLDINGS, LLC DBA ENGELWOOD MORTGAGE COMPANY<br>8400 E CRESCENT PKWY<br>STE 350<br>GREENWOOD VILLAGE, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/13/2006 |
| EMC MORTGAGE CORP. (PURCHASER),<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | LOAN SALE/SERVICING AGREEMENT<br>PURCHASE, WARRANTIES AND SERVICING AGREEMENT<br>1.1 (J) CD<br>CONTRACT DATE: 1-MAR-06 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE: 3/1/2006 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE: 11/22/2005 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE: 5/1/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**        Case No.  **07-11051**
_____        _____
Debtor        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | TRADE CONFIRMATION -  EMC MORTGAGE CORPORATION<br>TERM SHEET<br>1.1 (J) GG<br>CONTRACT DATE:  30-MAR-06 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | TRADE CONFIRMATION -  EMC MORTGAGE CORPORATION<br>TRADE CONFIRMATION<br>1.1 (J) GQ<br>CONTRACT DATE:  3/7/2006 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | TRADE CONFIRMATION -  EMC MORTGAGE CORPORATION<br>TRADE CONFIRMATION<br>1.1 (J) GP<br>CONTRACT DATE:  3/7/2006 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | TRADE CONFIRMATION -  EMC MORTGAGE CORPORATION<br>TERM SHEET<br>1.1 (J) GH<br>CONTRACT DATE:  30-MAR-06 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | TRADE CONFIRMATION -  EMC MORTGAGE CORPORATION<br>TERM SHEET<br>1.1 (J) GS<br>CONTRACT DATE:  3/28/2006 |
| EMC MORTGAGE CORPORATION<br>909 HIDDEN RIDGE DRIVE,<br>SUITE 200<br>IRVING, TX  75038 | TRADE CONFIRMATION - EMC MORTGAGE CORPORATION<br>TERM SHEET<br>1.1 (J) FZ<br>CONTRACT DATE:  29-JUN-07 |
| EMC MORTGAGE CORPORATION (THE "ASSIGNOR"), CITIBANK, N.A., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 (THE "ASSIGNEE"),<br>MAC ARTHUR RIDGE II<br>909 HIDDEN RIDGE DR<br>STE 200<br>IRVING, TX  75038 | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) AO<br>CONTRACT #:  (SAMI 2007-AR1)<br>CONTRACT DATE:  31-JAN-07 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Case No.  **07-11051**

Debtor

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EMC MORTGAGE CORPORATION (THE "ASSIGNOR"), JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5 (THE "ASSIGNEE") | THIRD PARTY SECURITIZATION AMERICAN HOME MORTGAGE CORP. (THE "COMPANY") AND AMERICAN HOME MORTGAGE SERVICING, INC. (THE "SERVICER") 1.1 (J) O CONTRACT #:  (SAMI 2006-AR5) CONTRACT DATE:  31-MAY-06 |
| EMC MORTGAGE CORPORATION (THE "ASSIGNOR"), U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC3, ASSET-BACKED CERTIFICATES, SERIES 2006-AC3 (THE "ASSIGNEE"), MAC ARTHUR RIDGE II 909 HIDDEN RIDGE DR STE 200 IRVING, TX  75038 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) K CONTRACT #:  (BSABS 2006-AC3) CONTRACT DATE:  4/28/2006 |
| EMC MORTGAGE CORPORATION (THE "ASSIGNOR"), U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC4, ASSET-BACKED CERTIFICATES, SERIES 2006-AC4 (THE "ASSIGNEE") MAC ARTHUR RIDGE II 909 HIDDEN RIDGE DR STE 200 IRVING, TX  75038 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) S CONTRACT #:  (BSABS 2006-AC4) CONTRACT DATE:  30-JUN-06 |
| EMC MORTGAGE CORPORATION (THE "ASSIGNOR"), U.S. BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-AC1, ASSET-BACKED CERTIFICATES, SERIES 2007-AC1 (THE "ASSIGNEE"), MAC ARTHUR RIDGE II 909 HIDDEN RIDGE DR STE 200 IRVING, TX  75038 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AN CONTRACT #:  (BSABS 2007-AC1) CONTRACT DATE:  30-JAN-07 |
| EMC MORTGAGE CORPORATION, AS PURCHASER MAC ARTHUR RIDGE II 909 HIDDEN RIDGE DR STE 200 IRVING, TX  75038 | LOAN SALE/SERVICING AGREEMENT SALE AND SERVICING AGREEMENT 1.1 (J) FN CONTRACT DATE:  1-FEB-03 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____

Debtor                                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EMCW, LLC<br>5001 HORIZONS DRIVE<br>SUITE 201<br>UPPER ARLINGTON, OH  43220 | LEASE<br>DESK RENTAL<br>3/9/2005 - 12/31/2016 |
| EMERIL'S TCHOUP CHOP RESTAURANT | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/11/2006 |
| EMERSON AVENUE<br>3980 EAGLE TRACE DRIVE<br>GREENWOOD, IN  46143 | LEASE<br>OFFICE<br>8/1/2006 - 7/31/2011 |
| EMIGRANT MORTGAGE COMPANY<br>7 WESTCHESTER PLAZA<br>ELMSFORD, NY  10523 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  8/9/2002 |

Addition

| | |
|---|---|
| EMIGRANT MORTGAGE COMPANY, INC.<br>8750 W BRYN MAWR<br>STE 150<br>CHICAGO, IL  60631 | SECONDARY MARKETING CONTRACT<br>BROKER APPLICATION FORM<br>CONTRACT ID:  11350-1.0<br>EFFECTIVE DATE:  3/15/2002 |

Addition

| | |
|---|---|
| EMIGRANT MORTGAGE COMPANY, INC.<br>7 WESTCHESTER PLAZA<br>ELMSFORD, NY  10523 | SECONDARY MARKETING CONTRACT<br>BROKER DIRECT AGREEMENT<br>CONTRACT ID:  11350-1.<br>EFFECTIVE DATE:  8/9/2002 |
| EMPIRE BCBS<br>3 HUNTINGTON QUADRANGLE<br>MELVILLE, NY  11747 | MEDICAL INSURANCE BENEFIT PLAN<br>295801 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. D/B/A EMPIRE BLUECROSS BLUESHIELD  AON CONSULTING, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  1/1/2007 |

Addition

| | |
|---|---|
| EMPIRE HEALTHCHOICE ASSURANCE, INC. DBA EMPIRE BLUECROSS BLUESHIELD | CONFIDENTIALITY AND INDEMNIFICATION AGREEMENT<br>EFFECTIVE DATE:  1/24/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

EMPIRE MORTGAGE
151 N SUNRISE AVE #1008
ROSEVILLE, CA  95661

CORRESPONDENT CONTRACT
OTHER
EFFECTIVE DATE: 5/11/2007

**Addition**

ENCORE BANK
NINE GREENWAY PLAZA
SUITE 1000
HOUSTON, TX  77046

WHOLESALE LENDING PREMIUM PAYMENT AGREEMENT

**Addition**

ENCORE BANK BA
NINE GREENWAY PLAZA
STE 1000
HOUSTON, TX  77046

SECONDARY MARKETING CONTRACT
WHOLESALE LENDING PREMIUM PAYMENT AGREEMENT

ENCORE CREDIT CORPORATION
1833 ALTON PARKWAY
IRVINE, CA  92606

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 11/20/2006

**Addition**

ENTERPRISE CORP-CITY OF DALLAS
100 N CENTRAL EXPRESSWAY
STE 1299
DALLAS, TX  75201

SECONDARY MARKETING CONTRACT
ADDENDUM TO PURCHASE AGREEMENT
EFFECTIVE DATE:  1/30/2006

**Addition**

ENTERPRISE CORP-CITY OF DALLAS
100 N CENTRAL EXPRESSWAY
STE 1299
DALLAS, TX  75201

SECONDARY MARKETING CONTRACT
PURCHASE AGREEMENT

**Addition**

ENTERPRISE CORP-CITY OF DALLAS
100 N CENTRAL EXPRESSWAY
STE 1299
DALLAS, TX  75201

SECONDARY MARKETING CONTRACT
PURCHASE AGREEMENT

ENTERPRISE RENT -A-CAR COMPANY
600 CORPORATE PARK DRIVE
ST. LOUIS, MO  63105

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 7/12/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                    Debtor                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Addition

| | |
|---|---|
| ENTERPRISE RENT-A-CAR<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO  63105 | VENDOR<br>PROCESSING/SERVICING<br>NATIONWIDE RENTAL CAR AGREEMENT PROVIDING<br>DISCOUNT CAR RENTAL RATES FOR AHM EMPLOYEES<br>CONTRACT ID:  10568-1.0<br>EFFECTIVE DATE:  7/12/2006 |

Addition

| | |
|---|---|
| ENTRUST MORTGAGE<br>304 INVERNESS WAY S<br>STE 405<br>ENGLEWOOD, CO  80112 | SECONDARY MARKETING CONTRACT<br>WHOLESALE BROKERAGE AGREEMENT |
| ENTRUST MORTGAGE INC.<br>820 S VALLEY VIEW BLVD<br>LAS VEGAS, NV  89107 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/9/2007 |
| ENVISIONPROPERTY.COM, INC.<br>60 EAST 42ND STREET<br>NEW YORK, NY  10165 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  2/28/2000 |
| EOP OPERATING LIMITED PARTNERSHIP<br>C/O EQUITY OFFICE MANAGEMENT, L.L.C.<br>701 5TH AVENUE, SUITE 4000<br>SEATTLE, WA  98104 | LEASE<br>OFFICE<br>12/1/2005 - 3/31/2009 |
| EOP POINT W CORP CENTER - DEPT. 14791 - 25691<br>PO BOX 601051<br>LOS ANGELES, CA  90060-1051 | LEASE<br>OFFICE<br>12/1/2004 - 1/31/2010 |
| EOP-JOHNSON CORPORATE CENTRE, LLC C/O EQUITY OFFICE<br>PROPERTIES TRUST<br>1610 ARDEN WAY<br>SUITE 250<br>SACRAMENTO, CA  95815 | LEASE<br>OFFICE<br>1/1/2003 - 4/30/2009 |
| EOS ACQUISITION, I LLC C/O TRANSWESTERN COMMERCIAL<br>8200 IH 10 WEST<br>SUITE 315<br>SAN ANTONIO, TX  78230 | LEASE<br>OFFICE<br>6/1/2005 - 5/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EPS, INC<br>2734 CHANCELLOR DR.<br>SUITE 106<br>CRESTVIEW HILLS, KY  41017 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/28/2007 |

**Addition**

| | |
|---|---|
| EQUIFAX CONSUMER SERVICES, INC<br>1550 PEACHTREE STREET<br>ATLANTA, GA  30309 | REMARKET AGREEMENT |
| EQUIFAX INFORMATION SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>1550 PEACHTREE STREET, NW<br>ATLANTA, GA  30309 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  11/11/2005 |
| EQUIFAX INFORMATION SERVICES LLC<br>1550 PEACHTREE STREET<br>ATLANTA, GA  30309 | VENDOR CONTRACT<br>CREDIT BUREAU |
| EQUIFAX INFORMATION SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>1550 PEACHTREE STREET, NW<br>ATLANTA, GA  30309 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE: 7/7/2006 |
| EQUIFAX INFORMATION SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>1550 PEACHTREE STREET, NW<br>ATLANTA, GA  30309 | VENDOR CONTRACT<br>CREDIT BUREAU |
| EQUIFAX INFORMATION SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>1550 PEACHTREE STREET, NW<br>ATLANTA, GA  30309 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  4/25/2005 |
| EQUIFAX INFORMATION SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>1550 PEACHTREE STREET, NW<br>ATLANTA, GA  30309 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  3/24/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**     Case No. **07-11051**

<center>Debtor                (if known)</center>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

EQUIFAX INFORMATION SERVICES LLC
ATTN: GENERAL COUNSEL
1550 PEACHTREE STREET, NW
ATLANTA, GA  30309

           VENDOR CONTRACT
           CREDIT BUREAU
           EFFECTIVE DATE: 1/30/2006

<center>**Addition**</center>

EQUIFIRST
500 FOREST POINT CIRCLE
CHARLOTTE, NC  28273

           SECONDARY MARKETING CONTRACT
           HOUSING AND BOND PROGRAM AGREEMENTS
           WHOLESALE MORTGAGE BROKER AGREEMENT
           CONTRACT ID:  11308-2.0
           EFFECTIVE DATE: 8/8/2004

EQUINIX OPERATING CO, INC.
301 VELOCITY WAY
5TH FLOOR
FOSTER CITY, CA  94404-4803

           VENDOR CONTRACT
           SOFTWARE
           EFFECTIVE DATE: 1/12/2006

EQUINIX, INC.
301 VELOCITY WAY
5TH FLOOR
FOSTER CITY, CA  94404-4803

           VENDOR CONTRACT
           SOFTWARE
           EFFECTIVE DATE: 1/27/2006

EQUINY FINANCIAL GROUP, INC
9240 SW 72ND ST
SUITE 100
MIAMI, FL  33173

           CORRESPONDENT CONTRACT
           MORTGAGE LOAN PURCHASE AGREEMENT
           EFFECTIVE DATE: 3/13/2006

EQUITY BANK, N.A.
12400 WHITEWATER DR
SUITE 2040
MINNETONKA, MN  55343

           CORRESPONDENT CONTRACT
           MORTGAGE LOAN PURCHASE AGREEMENT
           EFFECTIVE DATE: 7/19/2006

EQUITY BANK, N.A.
12400 WHITEWATER DR
SUITE 2040
MINNETONKA, MN  55343

           CORRESPONDENT CONTRACT
           MORTGAGE LOAN PURCHASE AGREEMENT
           EFFECTIVE DATE: 7/19/2006

EQUITY BANK, N.A.
12400 WHITEWATER DR
SUITE 2040
MINNETONKA, MN  55343

           CORRESPONDENT CONTRACT
           MORTGAGE LOAN PURCHASE AGREEMENT
           EFFECTIVE DATE: 11/21/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                                           (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EQUITY MORTGAGE<br>33 WEST ROOSEVELT ROAD<br>LOMBARD, IL  60148 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/1/2005 |
| EQUITY NOW, INC<br>1370 AVENUE OF THE AMERICAS<br>6TH FLOOR<br>NEW YORK, NY  10019 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/19/2006 |
| EQUITY OFFICE<br>PO BOX 601051<br>DEPARTMENT 601051-206754<br>LOS ANGELES, CA  90060-1051 | LEASE<br>MSA<br>2/3/2006 - 12/31/2016 |
| EQUITY OFFICE<br>135 S. LASALLE,<br>DEPARTMENT 3763<br>CHICAGO, IL  60674-3763 | LEASE<br>OFFICE<br>9/1/2004 - 8/31/2007 |
| EQUITY ONE REALTY & MANAGEMENT FL, INC.<br>CITY NATIONAL BANK<br>PO BOX 01-9170<br>MIAMI, FL  33101-9170 | LEASE<br>SHOPPING CENTER<br>5/23/2005 - 8/31/2008 |
| EREALTY, INC.<br>1800 BERING DRIVE<br>SUITE 251<br>HOUSTON, TX  77057 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/16/2002 |
| ERIC JANSSEN, RECEIVER #52<br>932 W. GRACE<br>CHICAGO, IL  60613 | LEASE<br>OFFICE<br>8/31/2006 - 6/30/2008 |

**Addition**

| | |
|---|---|
| ERIC ROSSBERG | CONSULTING AGREEMENT |
| ESCAMBIA COUNTY HOUSING FINANCE AUTHORITY<br>2500 WEST CEDAR ST<br>STE 530<br>PENSACOLA, FL  32501 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  3/30/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ESP ASSOCIATES, INC<br>2207 OAKFORD ROAD<br>SARASOTA, FL  34240 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  11/15/2006 |
| ESUBSTANCE LIMITED | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/8/2006 |
| ETEKCAPITAL, LLC<br>20 CLEMENTON ROAD EAST<br>STE 201 SOUTH<br>GIBBSBORO, NJ  08026 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/13/2006 |
| ETOOLS GROUP, INC | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE:  9/7/2006 |
| EULER HERMES ACI COMPANY<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD  21117 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/5/2007 |
| EUREKA HOMESTEAD<br>1922 VETERAN BLVD.<br>METAIRIE, LA  70005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/14/2006 |
| EUSTIS MORTGAGE CORPORATION<br>2525 ENERGY CTR.<br>1100 POYDRAS ST.<br>NEW ORLEANS, LA  70163-2518 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/24/2006 |
| EVED SERVICES<br>4811 W OAKTON STREET<br>SUITE 250<br>SKOKIE, IL  60077 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/28/2007 |
| EVERBANK<br>W. BLAKE WILSON,<br>8100 NATIONS WAY<br>JACKSONVILLE, FL  32256 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/5/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                     Debtor                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

EVERCORE GROUP, LLC
55 EAST 52ND STREET
NEW YORK, NY  10055

VENDOR
LEGAL
ENGAGEMENT LETTER
CONTRACT ID:  11757-1.0
EFFECTIVE DATE:  7/28/2007


EVERGREEN DATA SYSTEMS

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/9/2007

<div align="center">Addition</div>

EVERGREEN MONEYSOUCE MORTGAGE COMPANY
3001 112TH AVE NE
#200
BELLEVUE, WA  98004

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10891-1.0
EFFECTIVE DATE:  8/28/2006

<div align="center">Addition</div>

EVERGREEN MONEYSOUCE MORTGAGE COMPANY
2265 1ST AVE SOUTH
SEATTLE, WA  98134

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10891-1.0
EFFECTIVE DATE:  8/28/2006


EVERGREEN MONEYSOURCE MORTGAGE COMPANY
2265 1ST AVE SOUTH
SEATTLE, WA  98134

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/28/2006


EVERGREENS COMMONS MANGEMENT
3064 WHITMAN DRIVE
EVERGREEN, CO  80439

LEASE
OFFICE
3/15/2005 - 2/28/2010

<div align="center">Addition</div>

EVS

SERVICE AGREEMENT


EXCALIBUR HOME AND MORTGAGE
690 WOODLAND
SAN JOSE, CA  95112

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE:  7/19/2007


EXCELLENCE IN MOTIVATION

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  7/2/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EXCHANGE OFFICE CORPORATION<br>1122 KENILWORTH DRIVE<br>SUITE 401<br>TOWSON, MD  21204 | LEASE<br>OFFICE<br>4/1/2005 - 5/31/2008 |
| EXECUTIVE MANAGEMENT ALTERNATIVE CONSULTING GROUP, INC<br>142 W LAKEVIEW AVE<br>SUITE 2000<br>LAKE MARY, FL  32746 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  1/26/2007 |
| EXECUTIVE PARK, LLC C/O THE WITKOFF GROUP<br>220 EAST 42ND STREET<br>NEW YORK, NY  10017-5806 | LEASE<br>OFFICE<br>10/15/2005 - 10/31/2008 |
| EXECUTIVE SYSTEMS, INC.<br>1115 ELKTON DRIVE<br>SUITE 300<br>COLORADO SPRINGS, CO  80907 | LEASE<br>OFFICE<br>4/9/2004 - 3/31/2008 |
| EXIT REALTY PLUS, GET OFFUTT, LLC<br>39 TORREY STREET<br>BROCKTON, MA  02301 | LEASE<br>MSA W/ DESK<br>7/1/2006 - 12/31/2016 |
| EXPERIAN INFORMATION SOLUTIONS, EXPERIAN MARKETING SOLUTIONS, INC<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  6/6/2005 |
| EXPERIAN INFORMATION SOLUTIONS, EXPERIAN MARKETING SOLUTIONS, INC<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  12/13/2004 |
| EXPERIAN INFORMATION SOLUTIONS, FAIR ISAAC AND COMPANY, INC<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  1/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, FAIR ISAAC AND COMPANY, INC<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  12/13/2004 |
| EXPERIAN INFORMATION SOLUTIONS, INC.<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  5/12/2006 |
| EXPERIAN INFORMATION SOLUTIONS, INC.<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU |
| EXPERIAN INFORMATION SOLUTIONS, INC.<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  12/13/2004 |
| EXPERIAN INFORMATION SOLUTIONS, INC.<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  4/4/2007 |
| **Addition** | |
| EXPERIAN MARKETING SOLUTIONS, INC. EXPERIAN INFORMATION SOLUTIONS, INC<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR<br>CREDIT BUREAU<br>DATA SERVICES SCHEDULE TO EXISTING MASTER AGREEMENT<br>CONTRACT ID:  528-9.0<br>EFFECTIVE DATE:  6/26/2007 |
| EXPERIAN MARKETING SOLUTIONS, INC.   EXPERIAN INFORMATION SOLUTIONS, INC.<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU |
| EXPERIAN MARKETING SOLUTIONS, INC.   EXPERIAN INFORMATION SOLUTIONS, INC.<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  6/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____              _____
                        Debtor                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EXPERIAN MARKETING SOLUTIONS, INC.  EXPERIAN INFORMATION SOLUTIONS, INC. 475 ANTON BOULEVARD COSTA MESA, CA  92626 | VENDOR CONTRACT CREDIT BUREAU EFFECTIVE DATE: 6/26/2007 |
| EXPRESS CAPTIAL LENDING | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE: 10/23/2000 |
| EXTRA SPACE STORAGE 3000 NORTH 10TH STREET C/O STORAGE USA ARLINGTON, VA  22201 | LEASE RETAIL/WHOLESALE 4/15/2005 - 4/14/2010 |
| EXTREME MEDIA TECHNOLOGIES, INC. | VENDOR CONTRACT TELECOMMUNICATIONS |
| EYEMED 4000 LUXOTTICA PLACE MASON, OH  45040 | VISION INSURANCE BENEFIT PLAN 9689746 & 9689753 |
| EZ FUNDING CORPORATION 17100 PIONEER BLVD #405 ARTESIA, CA  90701 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 8/22/2006 |
| F&M BANK 50 FRANKLIN ST CLARKSVILLE, TN  37040 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/11/2006 |
| F&M BANK 50 FRANKLIN ST CLARKSVILLE, TN  37040 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 4/9/2007 |
| F. A. F. PROPERTIES C/O VISION REAL ESTATE, LLC 5550 FRANKLIN ROAD, SUITE 202 NASHVILLE, TN  37220 | LEASE SHOPPING CENTER 12/15/2003 - 12/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

                              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| F.I. MARKETING D/B/A BROOKS SYSTEMS<br>2 STATE ST<br>PO BOX 1150<br>NEW LONDON, CT  06320 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/30/2003 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 1/5/2007 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/30/2006 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/27/2006 |
| FAIR ISAAC SOFTWARE, INC.<br>MORTGAGE HUB FORMERLY FAIR ISAAC<br>3550 ENGINEERING DRIVE STE 200<br>NORCROSS, GA  30092 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/27/2006 |
| **Addition** | |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | CUSTOMER ORDER ADDENDUM FOR CONSULTING SERVICES<br>CONTRACT ID:  100-1.6<br>EFFECTIVE DATE:  11/4/2004 |
| **Addition** | |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | CUSTOMER ORDER ADDENDUM FOR CONSULTING SERVICES<br>CONTRACT ID:  100-1.4<br>EFFECTIVE DATE:  9/10/2004 |
| **Addition** | |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | CUSTOMER ORDER ADDENDUM FOR CONSULTING SERVICES<br>CONTRACT ID:  100-1.3<br>EFFECTIVE DATE:  8/25/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>ADDENDUM TO LICENSE AGREEMENT TO INCREASE AUTHORIZED LOAN VOLUME<br>CONTRACT ID:  100-1.12<br>EFFECTIVE DATE:  11/29/2005 |
| | **Addition** |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>ADDENDUM FOR CONSULTING SERVICES FOR ENHANCEMENT SPECIFICATION<br>CONTRACT ID:  100-1.10<br>EFFECTIVE DATE:  10/31/2005 |
| | **Addition** |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>ADEENDUM FOR ADDITIONAL LICENSES FOR LSAMS LOAN MODIFICATION MODULE<br>CONTRACT ID:  100-1.9<br>EFFECTIVE DATE:  10/28/2005 |
| | **Addition** |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>PROFESSIONAL SERVICES<br>CONTRACT ID:  100-1.13<br>EFFECTIVE DATE:  3/27/2006 |
| | **Addition** |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>ADDENDUM FOR CONSULTING SERVICES FOR LSAMS<br>CONTRACT ID:  100-1.7<br>EFFECTIVE DATE:  8/2/2005 |
| | **Addition** |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE MAINTENANCE AGREEMENT<br>CONTRACT ID:  100-1.20<br>EFFECTIVE DATE:  12/31/1991 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                         Case No.  **07-11051**
_____
                            Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Addition |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>FIRST AMENDMENT TO SOFTWARE AGREEMENT LIMIT PRICE INCREASES TO CPI<br>CONTRACT ID:  100-2.1<br>EFFECTIVE DATE:  9/30/2004 |
| | Addition |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE LICENSE AND SERVICES AGREEMENT FOR CONSTRUCTION LENDER (AND ALL ATTACHED SCHEDULE THROUGH 11/23/05)<br>CONTRACT ID:  100-3.0<br>EFFECTIVE DATE:  1/21/2005 |
| | Addition |
| FAIR ISSAC SOFTWARE, INC.<br>901 MARQUETTE AVE<br>STE 3200<br>MINNEAPOLIS, MN  55402-3232 | VENDOR<br>SOFTWARE<br>MUTUAL CONFIDENTIALITY AGREEMENT<br>CONTRACT ID:  100-5.0<br>EFFECTIVE DATE:  1/5/2007 |
| | Addition |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>ADDENDUM FOR CONSULTING SERVICES FOR LSAMS TRAINING AND GUIDANCE<br>CONTRACT ID:  100-1.8<br>EFFECTIVE DATE:  8/29/2005 |
| | Addition |
| FAIR ISSAC SOFTWARE, INC.<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>FIRST AMENDMENT TO AGREEMENT TO PROVIDE ADDITIONAL CONFIDENTIALITY PROVISIONS<br>CONTRACT ID:  100-1.11<br>EFFECTIVE DATE:  11/7/2005 |
| | Addition |
| FAIR OAK FINANCIAL LLC<br>6 SOUTH LAKESIDE AVE<br>BERWYN, PA  19312 | MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  1/7/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FAIRFAX REALTY<br>4400 MAC ARTHUR BLVD<br>STE 3030<br>WASHINGTON, DC  20007 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/1/2005 |
| FAIRFAX REALTY<br>4400 MAC ARTHUR BLVD<br>STE 3030<br>WASHINGTON, DC  20007 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/14/2006 |
| FAIRLESS CREDIT UNION<br>1900 SOUTH PENNSYLVANIA<br>ATTN: JAMES MERRILL<br>MORRISVILLE, PA  19067 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CZ<br>CONTRACT DATE:  28-JUN-05 |
| FAIRLESS CREDIT UNION<br>1900 SOUTH PENNSYLVANIA<br>ATTN: JAMES MERRILL<br>MORRISVILLE, PA  19067 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 6/28/2005 |
| FAIRMONT FUNDING, LTD<br>39 W 37TH ST<br>NEW YORK, NY  10018 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/3/2006 |
| FAIRMONT FUNDING, LTD<br>39 W 37TH ST<br>NEW YORK, NY  10018 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| FALMOUTH REALTY ASSOCIATES LTD<br>PO BOX 634<br>RTE 28A<br>FALMOUTH, MA  02556 | LEASE<br>DESK RENTAL<br>11/14/2005 - 12/31/2016 |
| FAMILY LENDING SERVICES, INC.<br>18581 TELLER AVE<br>IRVINE, CA  92612 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/19/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

_____
Debtor                                                                      (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FAMILY LENDING SERVICES, INC.<br>18581 TELLER AVE<br>IRVINE, CA  92612 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/14/2006 |
| FANNIE MAE<br>6000 FELDWOOD DRIVE<br>COLLEGE PARK, GA  30349 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) AZ |
| FANNIE MAE<br>6000 FELDWOOD DRIVE<br>COLLEGE PARK, GA  30349 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 9/28/1998 |
| FANNIE MAE<br>6000 FELDWOOD DRIVE<br>COLLEGE PARK, GA  30349 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/9/2003 |
| FARM BUREAU BANK<br>17300 HENDERSON PASS<br>SUITE 1--<br>SAN ANTONIO, TX  78232 | LEASE<br>MSA<br>8/28/2006 - 12/31/2016 |
| FARM BUREAU BANK, FSB<br>17300 HEDERSON PASS<br>STE 100<br>SAN ANTONIO, TX  78232 | CORPORATE CONTRACT<br>LOI<br>EFFECTIVE DATE: 8/3/2006 |

**Addition**

| | |
|---|---|
| FARMERS AND MERCHANTS BANK<br>110 FRONT ST<br>PO BOX 308<br>TREZEVANT, TN  38258 | LOAN SALE AGREEMENT<br>EFFECTIVE DATE: 11/15/2001 |
| FBC MORTGAGE, LLC<br>201 SO ORANGE AVE<br>STE 1000<br>ORLANDO, FL  32801 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/6/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                          Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FBC MORTGAGE, LLC<br>201 SO ORANGE AVE<br>STE 1000<br>ORLANDO, FL  32801 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/28/2007 |
| FBM , LLC<br>591 STEWARE AVE<br>GARDEN CITY, NY  11530 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/3/2006 |
| FED FUNDING MORTGAGE CORPORATION<br>1577 SPRING HILL RD<br>STE 400<br>VIENNA, VA  22182 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2006 |
| FEDERAL DIRECT<br>95 MAIN AVE<br>CLIFTON, NJ | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/23/2007 |
| FEDERAL GUARANTY MORTGAGE CO<br>1851 NW 125 AVE<br>STE 440<br>PENBROKE PINES, FL  33028 | CORRESPONDENT CONTRACT<br>DOWNBID<br>EFFECTIVE DATE: 12/20/2006 |
| FEDERAL GUARANTY MORTGAGE CO<br>1851 NW 125 AVE<br>STE 440<br>PENBROKE PINES, FL  33028 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/20/2006 |

**Addition**

| | |
|---|---|
| FEDERAL HOME LOAN BANK<br>111 HUNTINGTON AVE<br>BOSTON, MA  02199 | VENDOR<br>PROCESSING / SERVICING<br>DIRECT SERVICES AGREEMENT (ON-LINE ACCESS TO AHM ACCOUNTS AS A WEB BASED SOLUTION)<br>CONTRACT ID:  10684-1.0<br>EFFECTIVE DATE:  7/31/2006 |
| FEDERAL HOME LOAN BANK OF BOSTON<br>111 HUNTINGTON AVE<br>BOSTON, MA  02199 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 12/1/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                        Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

FEDERAL HOME LOAN BANK OF BOSTON
111 HUNTINGTON AVE
BOSTON, MA  02199

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 7/31/2006

**Addition**

FEDERAL HOME LOAN MORTGAGE CORP A/K/A FREDDIE MAC /
LENDING TREE
8200 JONES BRANCH DR
MCLEAN, VA  22102

VENDOR
SOFTWARE LICENSE AGREEMENT
CONTRACT ID:  11165-4.0
EFFECTIVE DATE: 2/8/2007

FEDERAL HOME LOAN MORTGAGE CORP A/K/A FREDDIE
MAC/LENDING TREE
8200 JONES BRANCH DR
MCLEAN, VA  22102

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 2/8/2007

FEDERAL HOME LOAN MORTGAGE CORP A/K/A FREDDIE
MAC/LENDING TREE
8200 JONES BRANCH DR
MCLEAN, VA  22102

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 2/8/2007

**Addition**

FEDERATED LENDING CORPORATION
301 OXFORD VALLEY RD
STE 1101
YARDLEY, PA  19067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  318-1.0
EFFECTIVE DATE: 8/17/2005

FEDERATED LENDING CORPORTATION
301 OXFORD VALLEY RD
STE 1101
YARDLEY, PA  19067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/17/2005

FEITH SYSTEMS AND SOFTWARE, INC
425 MARYLAND DRIVE
FT. WASHINGTON, PA  19034

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 1/12/2005

FEITH SYSTEMS AND SOFTWARE, INC
425 MARYLAND DRIVE
FT. WASHINGTON, PA  19034

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 1/12/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                 Case No.  **07-11051**
_____                         _____
                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

FEITH SYSTEMS AND SOFTWARE, INC
425 MARYLAND DRIVE
FT. WASHINGTON, PA  19034

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 1/14/2005


FELDMAN & ASSOCIATES
33 EAST 33 STREET
SUITE 802
NEW YORK, NY  10016

LEASE
DESK RENTAL
4/18/2006 - 12/31/2016

**Addition**

FELDMAN FINANCIAL ADVISORS, INC.
1725 K ST NW
STE 205
WASHINGTON, DC  20006

CONFIDENTIALITY AGREEMENT


FIDELITY & TRUST MORTGAGE, INC.
7000 WISCONSIN AVE
CHEVY CHASE, MD  20815

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/6/2006


FIDELITY & TRUST MORTGAGE, INC.
7000 WISCONSIN AVE
CHEVY CHASE, MD  20815

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/6/2006


FIDELITY BANK
100 E. ENGLISH
WICHITA, KS  67202

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/13/2006


FIDELITY COURT ASSOCIATES
C/O WILMINGTON TRUST OF PENNSYLVANIA
P.O. BOX 15351
WILMINGTON, DE  19850-5351

LEASE
OFFICE
12/1/2004 - 4/30/2010


FIDELITY HOME MORTGAGE CORPORATION
1012 NORTH POINT ROAD
BALTIMORE, MD  21224

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/17/2006


FIDELITY MORTGAGE AFFILIATES-AHM, LLC

CORPORATE CONTRACT
JOINT VENTURE


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____

                                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

FIDELITY NATIONAL FINANCIAL
601 RIVERSIDE AVENUE
JACKSONVILLE, FL  32204

LEASE
OFFICE
8/12/2004 - 11/30/2008


FIELD ASSET SERVICES, INC.
9229 WATERFORD CENTRE BLVD #110
ATTN: O. DALE MCPHERSON,
CHIEF EXECUTIVE OFFICER
AUSTIN, TX  78758

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  1/16/2007


FIELD ASSET SERVICES, INC.
9229 WATERFORD CENTRE BLVD #110
ATTN: O. DALE MCPHERSON,
CHIEF EXECUTIVE OFFICER
AUSTIN, TX  78758

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  1/16/2007


FIELDSTONE MORTGAGE COMPANY
11000 BROKEN LAND PKWY
STE 600
COLUMBIA, MD  21044

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/17/2006


FIELDSTONE MORTGAGE COMPANY
11000 BROKEN LAND PKWY
STE 600
COLUMBIA, MD  21044

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  6/23/2003

**Addition**

FIELDSTONE MORTGAGE CORPORATION
11000 BROKEN LAND PARKWAY
STE 600
COLUMBIA, MD  21044

SECONDARY MARKETING CONTRACT
MORTGAGE LOAN PROCESSING AGREEMENT

**Addition**

FIESTA AMERICANA HOTELS
5950 BERKSHIRE LN
STE 900
DALLAS, TX  75225

CONTRACT
EFFECTIVE DATE:  8/23/2005


FIFTH THIRD BANK
1339 COOLIDGE HWY
TROY, MI  48024

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  10/29/2003


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                               Case No.  **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

FIFTH THIRD MORTGAGE COMPANY
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH  45263

SECONDARY MARKETING CONTRACT
RESDIENTIAL WHOLESALE LOAN BROKER AGREEMENT
EFFECTIVE DATE: 5/16/2007


FINANCE AMERICA
1499 W PALMETTO RD
SUITE 170
BOYNTON BEACH, FL  33436

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 10/28/2004

<div align="center">Addition</div>

FINANCE AUTHORITY OF ST TAMMANY PARISH
404 E KIRKLAND ST
COVINGTON, LA  70433

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
OFFER TO ORIGNATE
CONTRACT ID: 11168-1.0
EFFECTIVE DATE: 11/9/2006

<div align="center">Addition</div>

FINANCE AUTHORITY OF ST TAMMANY PARISH
404 E KIRKLAND ST
COVINGTON, LA  70433

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
MORTGAGE ORIGINATION AGREEMENT
CONTRACT ID: 11168-2.0
EFFECTIVE DATE: 2/1/2007


FINANCE AUTHORITY OF ST. TAMMANY PARISH
404 E KIRKLAND ST
COVINGTON, LA  70433

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 11/9/2006


FINANCE FACTORS LTD
1164 BISHOP ST
HONOLULU, HI  96813-2810

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 4/27/2005


FINANCIAL CAPITAL, INC.
1123 HILLTOP DR
REDDING, CA  96003

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/5/2007


FINANCIAL FREEDOM SENIOR FUNDING CORP
NATIONAL CLIENT RELATIONS
1 BANTING
IRVINE, CA  92618

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 1/16/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**        Case No.  **07-11051**

            Debtor                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FINANCIAL FREEDOM SENIOR FUNDING CORP<br>NATIONAL CLIENT RELATIONS<br>1 BANTING<br>IRVINE, CA  92618 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 12/9/2005 |
| FINANCIAL FREEDOM SENIOR FUNDING CORP<br>NATIONAL CLIENT RELATIONS<br>1 BANTING<br>IRVINE, CA  92618 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/29/2007 |
| FINANCIAL INFORMATION GROUP, INC.<br>2-40 BRIDGE AVE<br>RED BANK, NJ  07701 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/4/2006 |
| FINANCIAL MORTGAGE CORPORATION<br>19822 MACK AVE<br>GROSSE POINTE WOODS, MI  48236 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/25/2006 |

Addition

| | |
|---|---|
| FINANCIAL PLANNING ASSOCIATION<br>1400 E MISSISSIPPI AVE<br>DENVER, CO  80246-3053 | LETTER OF AGREEMENT |
| FINDLAY INVESTORS, LLC<br>PO BOX 480<br>FINDLAY, OH  45839 | LEASE<br>OFFICE<br>2/1/2004 - 1/31/2008 |

Addition

| | |
|---|---|
| FIRST AMERICAN BANK<br>570 24TH AVE NW<br>PO BOX 5629<br>NORMAN, OK  73069 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11591-1.0<br>EFFECTIVE DATE:  1/30/2007 |
| FIRST AMERICAN CREDCO<br>PO BOX 509019<br>SAN DIEGO, CA  92150-9019 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  1/3/2006 |
| FIRST AMERICAN CREDCO<br>PO BOX 509019<br>SAN DIEGO, CA  92150-9019 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/3/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST AMERICAN LENDERS ADVANTAGE<br>3 FRIST AMERICAN WAY<br>SANTA ANA, CA  92707 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/3/2006 |
| FIRST AMERICAN MORTGAGE, INC<br>18682 BEACH BLVD<br>SUITE 165<br>HUNTINGTON BEACH, CA  92648 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 10/5/2004 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS, LP<br>4 FIRST AMERICAN WAY<br>SANTA ANA, CA  92707 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/8/2007 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS, LP<br>4 FIRST AMERICAN WAY<br>SANTA ANA, CA  92707 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/8/2007 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS, LP<br>4 FIRST AMERICAN WAY<br>SANTA ANA, CA  92707 | VENDOR CONTRACT<br>PROCESSING/SERVICING |

**Addition**

| | |
|---|---|
| FIRST AMERICAN SLO<br>12395 FIRST AMERICAN WAY<br>POWAY, CA  92064 | SERVICE AGREEMENT<br>EFFECTIVE DATE: 8/1/2007 |
| FIRST AMERICAN SMS<br>PO BOX 3708<br>ORANGE, CA  92857-0708 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/27/2006 |
| FIRST AMERICAN TITLE INSURANCE COMPANY, LENDERS ADVANTAGE-EQUITY DIVISION<br>1228 EUCLID AVE<br>STE 400<br>CLEVELAND, OH  44115 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/31/2006 |
| FIRST ATLANTIC MORTGAGE CORPORATION<br>2646 SW MAPP RD<br>STE 101<br>PALM CITY, FL  34990 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/7/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                         Case No.  **07-11051**
_____
                              Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST ATLANTIC MORTGAGE LLC OF GEORGIA<br>2625  CUMBERLAND PKWY<br>STE 150<br>ATLANTA, GA  30339 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/3/2006 |
| FIRST BANK<br>1 FIRST MISSOURI CENTER<br>ST. LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/14/2005 |
| FIRST BANK & TRUST CO<br>923 W MAIN ST<br>PO BOX 580<br>DUNCAN, OK  73534 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/3/2006 |
| FIRST BANK & TRUST CO.<br>923 W MAIN ST<br>PO BOX 580<br>DUNCAN, OK  73534 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/18/2007 |

**Addition**

| | |
|---|---|
| FIRST BANK DBA FIRST BANK MORTGAGE<br>21700 COPLEY DR<br>#200<br>DIAMOND BAR, CA  91765 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11083-1.0<br>EFFECTIVE DATE: 10/2/2006 |
| FIRST BANK OF CHARLESTON | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BM |
| FIRST BANK OF GEORGIA<br>2743 PERIMETER PKWY<br>BLD 100 STE 100<br>AUGUSTA, GA  30909 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/4/2007 |
| FIRST BANK OF MISSOURI<br>9601 NE BARRY BOND<br>KANAS CITY, MO  64157 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/16/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

**AMENDED**

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST BANK OF RICHMOND, NA<br>31 NORTH 9TH ST.<br>RICHMOND, IN  47374 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2006 |
| FIRST BANK OF RICHMOND, NA<br>31 NORTH 9TH ST.<br>RICHMOND, IN  47374 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/22/2007 |

**Addition**

| | |
|---|---|
| FIRST BANK RICHMOND, NA<br>31 NORTH 9TH ST.<br>RICHMOND, IN  47374 | |

**Addition**

| | |
|---|---|
| FIRST BANKER TRUST COMPANY, N.A.<br>1201 BROADWAY ST<br>QUINCY, IL  62301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10787-1.0<br>EFFECTIVE DATE: 7/24/2006 |
| FIRST BANKERS TRUST COMPANY, N.A.<br>1201 BROADWAY ST<br>QUINCY, IL  62301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/24/2006 |
| FIRST BANKERS TRUST COMPANY, N.A.<br>1201 BROADWAY ST<br>QUINCY, IL  62301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/11/2007 |
| FIRST CALIFORNIA MORTGAGE COMPANY<br>5401 OLD REDWOOD HWY N<br>STE 208<br>PETALUMA, CA  94954 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/3/2007 |
| FIRST CAPITAL BANK OF KENTUCKY, DBA FIRST CAPITAL<br>950 BTECKENRIDGE LN<br>STE 120<br>LOUISVILLE, KY  40207 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/18/2006 |
| FIRST CAPITAL BANK OF KENTUCKY, DBA FIRST CAPITAL BANK MORTGAGE<br>293 N. HUBBARDS LN<br>LOUISVILLE, KY  40207 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/7/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST CAPITAL GROUP, LP<br>1465 BUSH STREET<br>SAN FRANCISCO, CA  94109 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| *Addition* | |
| FIRST CAPITAL MORTGAGE GROUP, INC<br>1910 COCHRAN RD<br>MANOR OAK 11 #545<br>PITTSBURGH, PA  15220 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11601-1.0<br>EFFECTIVE DATE: 1/10/2007 |
| FIRST CHARTER BANK<br>10200 DAVID TAYLOR DRIVE<br>CHARLOTTE, NC  28262 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/15/2006 |
| *Addition* | |
| FIRST CHOICE BANK<br>1900 W STATE ST<br>GENEVA, IL  60134 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11602-1.0<br>EFFECTIVE DATE: 2/11/2007 |
| FIRST CITIZENS BANK AND TRUST COMPANY<br>539 N MAIN ST<br>HENDERSONVILLE, NC  28792 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/2/2006 |
| *Addition* | |
| FIRST COLONY MORTGAGE CORPORATION<br>1320 S 740 E OREM<br>OREM, UT  84097 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11603-1.0<br>EFFECTIVE DATE: 2/28/2007 |
| *Addition* | |
| FIRST COMMERCIAL  BANK<br>7308 NW EXPY<br>OKLAHOMA CITY, OK  73132 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10106-1.0<br>EFFECTIVE DATE: 3/17/2006 |
| FIRST COMMERCIAL BANK<br>7308 NW EXPRESSWAY<br>OKLAHOMA CITY, OK  73123 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/17/2006 |
| FIRST COMMUNITY BANK OF THE OZARKS<br>121 S COMMERCIAL ST<br>BRANSON, MO  65616 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____
                         Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

FIRST COMMUNITY BANK OF THE OZARKS
121 S COMMERCIAL ST
BRANSON, MO  65616

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE: 7/5/2007

FIRST CREDIT UNION
C/O DBSI REAL ESTATE LLC
3344 NORTH DELAWARE STREET
CHANDLER, AZ  85225

LEASE
OFFICE
3/1/2007 - 2/28/2012

**Addition**

FIRST EASTSIDE SAVINGS BANK
9399 COMMERCIAL BLVD
TAMARAC, FL  33351

MUTUAL CONFIDENTIALITY AGREEMENT

**Addition**

FIRST EASTSIDE SAVINGS BANK
9399 COMMERCIAL BLVD
TAMARAC, FL  33351

SECONDARY MARKETING CONTRACT
BROKER AGREEMENT

FIRST EDUCATORS CREDIT UNION
1810 MERCHANTS DR
HOOVER, AL  35244

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 12/15/2006

FIRST EQUITY MORTGAGE INC
413-6 S COLLEGE RD
WILMINGTON, NC  28403

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/7/2006

FIRST FEDERAL BANK OF CALIFORNIA
401 WILSHIRE BLVD
SANTA MONICA, CA  90401

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/28/2006

FIRST FEDERAL SAVINGS BANK
1430 MADISON ST
CLARKSVILLE, TN  37040

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/8/2007

FIRST FIDELITY BANK, NA
265 LEHIGH STREET
ALLENTOWN, PA  18102

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 1/10/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST FIDELITY FINANCIAL, INC.<br>85 ARGONAUT<br>#180<br>ALISO VIEJO, CA  92656 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/10/2007 |
| FIRST FIDELITY FINANCIAL, INC.<br>85 ARGONAUT<br>#180<br>ALISO VIEJO, CA  92656 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/3/2006 |
| FIRST FINANCIAL EQUITIES, INC<br>300 FRANK W BURR BLVD<br>TEANECK, NJ  07666 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/18/2006 |
| FIRST FLORIDA FUNDING CORP<br>7900 NW 155 ST.<br>#105<br>MIAMI LAKES, FL  33016 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/27/2006 |
| FIRST FOUNDATION MORTGAGE<br>60 THOMAS JOHSON DR<br>FREDERICK, MD  21702 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/4/2005 |
| FIRST FOUNDATION MORTGAGE<br>60 THOMAS JOHSON DR<br>FREDERICK, MD  21702 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/17/2006 |
| | **Addition** |
| FIRST FRANKLIN FINANCIAL CORP<br>433 PLAZA REAL<br>STE 275<br>BOCA RATON, FL  33432 | SECONDARY MARKETING CONTRACT<br>SELLER LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11367-1.0<br>EFFECTIVE DATE:  9/24/2003 |
| | **Addition** |
| FIRST FRANKLIN FINANCIAL CORP<br>2150 NORTH FIRST ST<br>STE 600<br>SAN JOSE, CA  95131 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>CONTRACT ID:  11367-1.0<br>EFFECTIVE DATE:  8/1/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

FIRST FRANKLIN FINANCIAL CORP
2150 NORTH FIRST ST
STE 100
SAN JOSE, CA  95131

SECONDARY MARKETING CONTRACT
WHOLE SELLER / SERVICER / CORRESPONDENT AGREEMENT
LIMITED AGENCY AGREEMENT
CONTRACT ID:  11367-2.0
EFFECTIVE DATE: 5/22/2007

Addition

FIRST FRANKLIN FINANCIAL CORP
2150 NORTH FIRST ST
STE 600
SAN JOSE, CA  95131

SECONDARY MARKETING CONTRACT
LOAN PURCHASE AND SALE AGREEMENT
CONTRACT ID:  11367-1.0
EFFECTIVE DATE: 3/15/1999

FIRST FRANKLIN FINANCIAL CORPORATION
2150 NORTH FIRST ST
STE 600
SAN JOSE, CA  95131

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE: 8/1/2002

FIRST GUARANTY FINANCIAL CORP
3 HUTTON CENTER
SANTA ANNA, CA  92707

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 2/13/2006

FIRST GUARANTY MORTGAGE CORP.

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 5/23/2002

FIRST GULF BANK, N.A.
22516 MILWAUKEE ST
ROBERTSDALE, AL  36567

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/15/2006

FIRST HALLMARK MORTGAGE CORP.
2 EXECUTIVE DR
STE 140
SOMERSET, NJ  08873

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 2/15/2006

Addition

FIRST HOME BANK
9190 SEMINOLE BLVD
SEMINOLE, FL  33772

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
CONTRACT ID:  11403-1.0
EFFECTIVE DATE: 1/28/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                  Case No. **07-11051**
_____
Debtor                                                                        (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST HORIZON HOME LOANS<br>ATTN: SYNTHIA FARLEY - 1330<br>4000 HORIZON WAY<br>IRVING, TX  75063 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 12/9/2003 |
| FIRST HORIZON HOME LOANS<br>ATTN: SYNTHIA FARLEY - 1330<br>4000 HORIZON WAY<br>IRVING, TX  75063 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/25/2005 |
| FIRST HORIZON HOME LOANS<br>ATTN: SYNTHIA FARLEY - 1330<br>4000 HORIZON WAY<br>IRVING, TX  75063 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 3/15/2007 |
| FIRST HORIZON HOME LOANS<br>ATTN: SYNTHIA FARLEY - 1330<br>4000 HORIZON WAY<br>IRVING, TX  75063 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 3/14/2007 |
| FIRST HORIZON HOME LOANS<br>ATTN: SYNTHIA FARLEY - 1330<br>4000 HORIZON WAY<br>IRVING, TX  75063 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 9/15/2006 |
| FIRST HOUSTON MORTGAGE, LTD<br>1990 POST OAK BLVD<br>STE 770<br>HOUSTON, TX  77056 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/5/2006 |
| FIRST HOUSTON MORTGAGE, LTD<br>1990 POST OAK BLVD<br>STE 770<br>HOUSTON, TX  77056 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/5/2007 |
| FIRST IL MORTGAGE INC.<br>1933 E ROOSEVELT RD<br>WHEATON, IL  60187 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/12/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST INDEPENDENT BANK<br>1220 MAIN ST<br>STE 101<br>VANCOUVER, WA  98660 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/16/2007 |
| FIRST INDEPENDENT MORTGAGE COMPANY<br>1220 MAIN STREET SUITE 101<br>VANCOUVER, WA  98660 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/22/2006 |
| FIRST INTEGRITY MORTGAGE SERVICES, INC.<br>77 WESTPORT PLAZA<br>STE 200<br>ST. LOUIS, MO  63146 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/17/2006 |
| FIRST INTERNET BANK OF INDIANA<br>PO BOX 50310<br>INDIANAPOLIS, IN  43250 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE: 9/4/2003 |
| FIRST INTERNET BANK OF INDIANA<br>PO BOX 50310<br>INDIANAPOLIS, IN  43250 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 10/10/2003 |
| FIRST INTERNET BANK OF INDIANA<br>PO BOX 50310<br>INDIANAPOLIS, IN  43250 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 1/7/2007 |
| FIRST INTERNET BANK OF INDIANA<br>PO BOX 50310<br>INDIANAPOLIS, IN  43250 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 10/1/2003 |
| FIRST INTERNET BANK OF INDIANA<br>PO BOX 50310<br>INDIANAPOLIS, IN  43250 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 1/29/2004 |
| FIRST INTERNET BANK OF INDIANA<br>PO BOX 50310<br>INDIANAPOLIS, IN  43250 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 1/7/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                    _____
                      Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST INTERSTATE FINANCIAL CORP<br>39 AVENUE AT THE COMMONS<br>SHEWSBURY, NJ  07702 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/10/2006 |
| FIRST MADISON MORTGAGE CORPORATION<br>6010 EXECUTIVE BLVD<br>FL 10<br>ROCKVILLE, MD  20852 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/4/2006 |
| FIRST MADISON MORTGAGE CORPORATION<br>6010 EXECUTIVE BLVD<br>FL 10<br>ROCKVILLE, MD  20852 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/10/2006 |
| FIRST MADISON MORTGAGE CORPORATION<br>6010 EXECUTIVE BLVD<br>FL 10<br>ROCKVILLE, MD  20852 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/27/2007 |
| FIRST MAGNUS FINANCIAL CORPORATION<br>TAIB DEDIC<br>603 N. WILMOT<br>TUSCON, AZ  85711 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/12/2006 |
| FIRST MAGNUS FINANCIAL CORPORATION<br>TAIB DEDIC<br>603 N. WILMOT<br>TUSCON, AZ  85711 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/28/2005 |
| FIRST MORTGAGE CORPORATION<br>3230 FALLOW FIELD DR<br>DIAMOND BAR, CA  91765 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |

**Addition**

| | |
|---|---|
| FIRST MUTUAL BANK<br>400-108TH AVE NE<br>BELLEVUE, WA  98004 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 10/24/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____                           _____
                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST NATIONAL BANK AND TRUST COMPANY<br>PO BOX 1328<br>ASHEBORO, NC  27204-1328 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/20/2006 |
| FIRST NATIONAL BANK OF ARIZONA<br>17600 NORTH PERIMETER DR<br>SCOTTSDALE, AZ  85255 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 12/18/2002 |
| FIRST NATIONAL BANK OF BUFFALO<br>501 EAST 2ND STREET<br>GILLETTE, WY  82716 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/10/2006 |
| FIRST NATIONAL BANK OF COMMERCE | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 1/24/2000 |
| FIRST NATIONAL BANK OF PULASKI<br>206 S FIRST ST<br>PULASKI, TN  38478 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/16/2006 |
| FIRST NATIONAL BANKER'S BANK<br>7813 OFFICE PARK BLVD<br>BATON ROUGE, LA  70809 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/6/2006 |
| FIRST NATIONWIDE MORTGAGE CORPORATION<br>14651 DALLAS PARKWAY<br>STE 250<br>DALLAS, TX  75240 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 11/19/1999 |

**Addition**

| | |
|---|---|
| FIRST NATONAL BANK OF COMMERCE<br>1731 N ELM ST<br>COMMERCE, GA  30429 | MARKETING CONTRACT<br>LOAN SALE SERVICING & PROCESSING<br>PRIVATE LABEL MORTGAGE LOAN PROCESSING & SALE AGREEMENT (2) MORTGAGE LOAN PROCESSING AGREEMENT (3) LICENSE, STAFFING, PURCHASE & SALE AGREEMENT<br>CONTRACT ID:  11022-1.0<br>EFFECTIVE DATE:  1/24/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

                                  Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST NLC FINANCIAL SERICES, LLC<br>700 W HILLSBORO BLVD<br>BLDG ONE<br>DEERFIELD BEACH, FL  33441 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 10/27/2006 |

**Addition**

| | |
|---|---|
| FIRST NLC FINANCIAL SERVICES, LLC<br>700 W HILLSBORO BLVD<br>BLDG ONE<br>DEERFIELD BEACH, FL  33441 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER / DEALER AGREEMENT<br>INDEPENDENT BROKER AGREEMENT<br>CONTRACT ID: 11075-1.0<br>EFFECTIVE DATE: 10/27/2006 |
| FIRST OHIO BANC & LENDING DBA FIRST OHIO LENDING INC.<br>6100 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH  44131 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/12/2006 |
| FIRST OHIO BANC & LENDING DBA FIRST OHIO LENDING INC.<br>6100 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH  44131 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 8/22/2005 |
| FIRST PLACE BANK<br>999 E MAIN ST<br>RAVENNA, OH  44266 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/1/2006 |
| FIRST RELIANCE STANDARD<br>590 MADISON AVENUE 29TH FLR<br>NEW YORK, NY  10022 | HI DBL INSURANCE BENEFIT PLAN<br>610020 |
| FIRST RELIANCE STANDARD<br>590 MADISON AVENUE 29TH FLR<br>NEW YORK, NY  10022 | LTD INSURANCE BENEFIT PLAN<br>115742 |
| FIRST RELIANCE STANDARD<br>590 MADISON AVENUE 29TH FLR<br>NEW YORK, NY  10022 | NJ TBD INSURANCE BENEFIT PLAN<br>151093 |
| FIRST RELIANCE STANDARD<br>590 MADISON AVENUE 29TH FLR<br>NEW YORK, NY  10022 | NYS DBL INSURANCE BENEFIT PLAN<br>251346 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____

             Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

FIRST RELIANCE STANDARD
590 MADISON AVENUE 29TH FLR
NEW YORK, NY  10022

STD INSURANCE BENEFIT PLAN
158438

*Addition*

FIRST SAVINGS MORTGAGE CORPORATION
8444 WESTPARK DR
4TH FL
MCCLEAN, VA  22102

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11604-1.0
EFFECTIVE DATE: 1/8/2007

*Addition*

FIRST SAVINGS MORTGAGE CORPORATION
8444 WESTPARK DR
4TH FL
MCCLEAN, VA  22102

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MINI-BULK ADDENDUM
CONTRACT ID: 11604-2.0
EFFECTIVE DATE: 1/8/2007

*Addition*

FIRST SELECT MORTGAGE LLC

SERIES AGREEMENT

FIRST SOURCE FUNDING GROUP, INC
8 INVERNESS DR EAST #260
ENGLEWOOD, CO  80112

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/19/2006

FIRST SOUTH BANK
1311 CAROLINA AVE
WASHINGTON, NC  27889

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/31/2006

*Addition*

FIRST STAR FUNDING
4747 LINCOLN MALL DR
STE 201
MATTESON, IL  60442

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
MORTGAGE BROKER LOAN APPLICATION
CONTRACT ID: 11238-1.0
EFFECTIVE DATE: 11/6/2006

FIRST STATE BANK
7555 DR MLK JR ST N
ST PETERSBURG, FL  33702

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/12/2006

FIRST STATE BANK
7555 DR MLK JR ST N
ST PETERSBURG, FL  33702

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/3/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FIRST STATE BANK<br>7555 DR MLK JR ST N<br>ST PETERSBURG, FL  33702 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/1/2006 |
| FIRST STATE BANK MORTGAGE CO, LLC<br>19001 E 8 MILE RD<br>EASTPOINTE, MI  48021 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/2/2007 |
| FIRST SUBURBAN MORTGAGE CORP<br>450 EAST 22ND STREET<br>STE 170<br>LOMBARD, IL  60148 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/16/2006 |

**Addition**

| | |
|---|---|
| FIRST SUBURBAN MORTGAGE CORP.<br>450 E 22ND ST<br>STE 170<br>LOMBARD, IL  60148 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11157-1.0<br>EFFECTIVE DATE: 10/16/2006 |
| FIRST UNION MORTGAGE CORPORATION<br>P O BOX 9000001<br>RALEIGH, NC  27607 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 1/23/2002 |
| FIRSTLINE MORTGAGE, INC<br>3200 BRISTOL ST<br>STE 750<br>COSTA MESA, CA  92626 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| FIRSTRUST MORTGAGE, INC<br>12705 S MURLEN RD<br>#A7<br>OLATHE, KS  66062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/7/2006 |
| FISERV CSW, INC.<br>1818 COMMERCE DR<br>SOUTH BEND, IN  46628-1563 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/29/2005 |
| FISERV CSW, INC.<br>1818 COMMERCE DR<br>SOUTH BEND, IN  46628-1563 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/29/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| FISERV CWS, INC.<br>1818 COMMERCE DR<br>SOUTH BEND, IN  46628-1563 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 5/23/2006 |
| FISERV SOLUTIONS, INC.<br>31 INWOOD RD<br>ROCKY HILL, CT  060673412 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 8/1/2003 |
| FISHER PARK MORTGAGE GROUP, INC.<br>620 S ELM ST<br>STE 335<br>BOX #62<br>GREENBORO, NC  27406 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 8/17/2004 |
| FISHER PARK MORTGAGE GROUP, INC.<br>620 S ELM ST<br>STE 335<br>BOX #62<br>GREENBORO, NC  27406 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 3/30/2006 |
| FLAGSHIP FINANCIAL SERVICES, INC.<br>1500 NW 62ST<br>STE 206<br>FT LAUDERDALE, FL  33309 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/30/2006 |

**Addition**

| | |
| --- | --- |
| FLAGSHIP MORTGAGE CORPORATION<br>100 OLD WILSON BRIDGE RD<br>STE 207<br>WORTHINGTON, OH  43085 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED POWER OF ATTORNEY<br>CONTRACT ID: 11811-1.0<br>EFFECTIVE DATE: 6/18/2007 |
| FLAGSTAR BANK, FSB<br>JENNIFER BARBAS<br>5151 CORPORATE DR.<br>TROY, MI  48098 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/4/2003 |
| FLAMINGO RESORT HOTEL<br>2777 FOURTH ST<br>SANTA ROSA, CA  95405-4794 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

               Debtor                                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FLANAGAN STATE BANK<br>2401 E WASHINGTON<br>BLOOMINGTON, IL  61704 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/5/2007 |
| FLEETWOOD ENTERPRISES, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/9/2007 |
| FLEETWOOD ENTERPRISES, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/9/2007 |
| FLEETWOOD RETAIL CORP | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/31/2003 |
| FLORIDA ASSOCIATION OF REALTORS<br>7025 AUGUSTA NATIONAL DR<br>ORLANDO, FL  32822-5017 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/31/2006 |
| FLORIDA ASSOCIATION OF REALTORS<br>7025 AUGUSTA NATIONAL DR<br>ORLANDO, FL  32822-5017 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 7/13/2007 |
| FLORIDA CAPITAL BANK, N.A.<br>4815 EXECUTIVE PARK CT<br>#103<br>JACKSON, FL  32216 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2006 |
| FLORIDA HOUSING FINANCE CORP<br>227 N BRONOUGH ST<br>STE 5000<br>TALLAHASSEE, FL  32301-1329 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/8/2005 |
| FLORIDA MORTGAGE FUNDS, INC<br>9721 SW 35 ST<br>MIAMI, FL  33165 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 3/16/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**
_____                                  _____
                        Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

FLOYD SMITH OFFICE PARK US LAND MGMT
PO BOX 220
HARRISBURG, NC  28075

LEASE
OFFICE
4/1/2005 - 3/31/2008

**Addition**

FM LENDING SERVICES
1000 ST ALBANS DR
STE 400
RALEIGH, NC  27609

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11605-1.0
EFFECTIVE DATE: 2/28/2007

FNB MORTGAGE, LLC
8230 LEESBURG PIKE
STE 700
VIENNA, VA  22182

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/19/2006

**Addition**

FNB SOUTH EASE MORTGAGE CORP
1501 HIGHWOODS BLVD
STE 400
GREENSBORO, NC  27410

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  323-1.0
EFFECTIVE DATE: 7/15/2005

FNB SOUTH EAST MORTGAGE CORP
1501 HIGHWOODS BLVD
STE 400
GREENSBORO, NC  27410

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/15/2005

FNC, INC.
PO BOX 1000, DEPT. 131
MEMPHIS, TN  38148-0131

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 3/13/2006

FNC, INC.
PO BOX 1000, DEPT. 131
MEMPHIS, TN  38148-0131

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 7/14/2006

FOLEY & TEDALDI ENTERPRISES, LLC
1 SOUTH STREET
WASHINGTONVILLE, NY  10992

LEASE
OFFICE
11/15/2006 - 11/14/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____                                      _____
                    Debtor                                                  (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

FOLEY PUBLICATIONS, INC.
1720 SO. BELLAIRE ST
STE 601
DENVER, CO  80222

MARKETING CONTRACT
ADVERTISING
ADVERTISEMENT AGREEMENT
CONTRACT ID:  11725-1.0
EFFECTIVE DATE:  5/21/2007


FONTAINEBLEAU PLACE, LLC
111 MARINGOUIN LANE
MANDEVILLE, LA  70471

LEASE
OFFICE
6/1/2004 - 5/31/2010


FORBES.COM INC.
28 W 23RD ST
11TH FL
NEW YORK, NY  10010

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE:  4/17/2003


Addition

FORESS ENTERPRISES, INC.
78 FAWN DR
EAST ISLIP, NY  11730

HUMAN RESOURCES CONTRACT
RECRUITERS
PERSONNEL STAFFING SERVICES AGREEMENT
CONTRACT ID:  11793-1.0
EFFECTIVE DATE:  6/20/2007


FORM 53 LLC

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  10/19/2001


FORREST SOLUTIONS
10  EAST 40TH ST
NEW YORK, NY  10016

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  1/30/2007


FORSYTH BUILDING LLC
1011 WEST LAKE STREET
OAK PARK, IL  60301

LEASE
OFFICE
1/15/2007 - 1/31/2009


FORT BRAGG FEDERAL CREDIT UNION
1638 SKIBO ROAD
ATTN: KEN HAWKINS, VPL
FAYETTEVILLE, NC  28303

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE:  5/16/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                        Case No.  **07-11051**

                                        Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FORT BRAGG FEDERAL CREDIT UNION (PURCHASER)<br>1638 SKIBO ROAD<br>ATTN: KEN HAWKINS, VPL<br>FAYETTEVILLE, NC  28303 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CM<br>CONTRACT DATE:  16-MAY-05 |
| FORWARD MANAGEMENT<br>P.O. BOX 1561<br>NORTHBROOK, IL  60065-1561 | LEASE<br>OFFICE<br>10/1/2006 - 9/30/2007 |
| FORWARD MANAGEMENT, INC.<br>P. O. BOX 1561<br>NORTHBROOK, IL  60065-1561 | LEASE<br>OFFICE<br>1/1/2005 - 12/31/2008 |
| FORWARD MANAGEMENT, INC.<br>P.O. BOX 1561<br>NORTHBROOK, IL  60065-1561 | LEASE<br>DESK RENTAL<br>10/1/2006 - 9/30/2007 |
| FORWARD MANAGEMENT, INC.<br>P. O. BOX 1561<br>NORTHBROOK, IL  60065-1561 | LEASE<br>OFFICE<br>10/1/2006 - 9/30/2007 |
| FOUNDATION MARKETING, INC.<br>327 SOO LINE ROAD<br>HUDSON, WI  54016 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  7/17/2006 |
| FOUNTAINS PARK, LLC<br>11333 N SCOTTSDALE ROAD<br>SUITE 180<br>SCOTTSDALE, AZ  85254 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2009 |
| FOURTEEN-EIGHT, LLC<br>3901 WASHINGTON ROAD<br>SUITE 301<br>MCMURRAY, PA  15317 | LEASE<br>RETAIL<br>1/1/2003 - 12/31/2008 |
| FOXWOODS RESORT CASINO<br>P.O. BOX 3777<br>MASHANTUCKET, CT  06339-3777 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/18/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
             Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FRANCONIA REAL ESTATE SERVICES  JAMES DECAMP  JUDY AUSTIN  RELOCATION ADVANTAGE, LLC | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 4/13/2007 |
| FRANCONIA REAL ESTATE SERVICES  JAMES DECAMP  JUDY AUSTIN  RELOCATION ADVANTAGE, LLC | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 10/5/2005 |

**Addition**

| | |
|---|---|
| FRANCONIA REAL ESTATE SERVICES, DBA RE/MAX ALLEGIANCE RELOCATION SERVICES 12531 CLIPPER DR WOODBRIDGE, VA  22192 | |
| FRANK E FREE, SR 19900 W CATAWBA AVE STE 103 CORNELIUS, NC  28031 | MARKETING CONTRACT BROKER EFFECTIVE DATE: 7/6/2006 |
| FRANK E FREE, SR 19900 W CATAWBA AVE STE 103 CORNELIUS, NC  28031 | MARKETING CONTRACT BROKER EFFECTIVE DATE: 3/9/2006 |

**Addition**

| | |
|---|---|
| FRANK MARTELL DBA CONSUMER TRUST MORTGAGE SERVICES 7540 WINDSOR DR STE 201 ALLENTON, PA  18195 | BROKER/INVESTOR CONTRACT BROKER AGREEMENT MORTGAGE BROKER AGREEMENT CONTRACT ID: 11028-1.0 EFFECTIVE DATE:  9/14/2006 |
| FRANKENMUTH CREDIT UNION 580 N MAIN STREET FRANKENMUTH, MI  48734 | LOAN SALE/SERVICING AGREEMENT LOAN SALE AND SERVICING AGREEMENT 1.1 (J) CN CONTRACT DATE:  18-MAY-05 |
| FRANKENMUTH CREDIT UNION 580 N MAIN STREET FRANKENMUTH, MI  48734 | MARKETING CONTRACT CREDIT UNIONS EFFECTIVE DATE: 10/31/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                         _____
                        Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY<br>501 CORPORATE CENTER DR<br>SUITE 400<br>FRANKLIN, TN  37067 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/4/2006 |
| FRANKLIN AMERICAN MORTGAGE COMPANY<br>501 CORPORATE CENTER DR<br>SUITE 400<br>FRANKLIN, TN  37067 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2007 |
| FRANKLIN BANK, S.S.B.<br>9800 RICHMOND<br>STE 680<br>HOUSTON, TX  77042 | MARKETING CONTRACT<br>BROKER |
| FRANKLIN CREDIT MANAGEMENT CORPORATION<br>6 HARRISON ST<br>6TH FL<br>NEW YORK, NY  10013 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  3/30/2005 |
| FRANKLIN FLATS LLC<br>285 OLMSTED BLVD., SUITE 7<br>PINEHURST, NC  28374 | LEASE<br>OFFICE<br>5/1/2006 - 4/30/2008 |
| FRANKLIN SECURITY BANK<br>25800 NORTHWESTERN HWY<br>STE 900<br>SOUTHFIELD, MI  48116 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/9/2005 |
| FRANZEN AND SALZANO, PC | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 9/28/2002 |
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/29/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 2/20/2002 |
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 12/16/1999 |
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 3/1/2000 |
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 7/28/2003 |
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 12/16/1999 |
| FREDDIE MAC<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 3/28/2003 |
| FREDDIE MAC/PRINCIPAL RESIDENTIAL MORTGAGE INC.<br>8250 JONES BRANCH DRIVE<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 7/22/2003 |
| FREEDOM MORTGAGE CORPORATION<br>907 PLEASANT VALLEY AVE<br>MT LAUREL, NJ  08054 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/15/2006 |
| FREESTAND FINANCIAL HOLDING CORPORATION<br>3200 N CENTRAL AVE<br>STE 2450<br>PHOENIX, AZ  85012 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/2/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                  Debtor                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FREESTYLE REALTY<br>286 CLINTON AVENUE<br>SUITE 104 | LEASE<br>OFFICE<br>5/18/2007 - 5/17/2008 |
| FREITAS REALTY GROUP<br>ONE LOCUST STREET<br>FALMOUTH, MA  02540 | LEASE<br>MSA W/ DESK<br>2/1/2006 - 12/31/2016 |
| FREMONT INVESTMENT AND LOAN<br>4343 ANCHOR PLAZA PARKWAY<br>#150<br>TAMPA, FL  33634 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  9/20/2005 |
| | **Addition** |
| FRIST AMERICAN SMS<br>200 COMMERCE<br>IRVINE, CA  92602 | MASTER AGREEMENT |
| | **Addition** |
| FRIST HORIZON HOME LOANS<br>5775-E GLENDALE DR<br>STE 100<br>ATLANTA, GA  30328 | SECONDARY MARKETING CONTRACT<br>WHOLESALE APPLICATION |
| | **Addition** |
| FRIST HORIZON HOME LOANS<br>5100 POPLAR AVE<br>STE 427<br>MEMPHIS, TN  38137 | SECONDARY MARKETING CONTRACT<br>AGREEMENT OF PURCHASE AND SALE<br>EFFECTIVE DATE:  4/21/2000 |
| | **Addition** |
| FRIST HORIZON HOME LOANS<br>TPO ADMINISTRATION<br>4000 HORIZON WAY<br>MAIL CODE 7114<br>IRVING, TX  75063 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER / DEALER AGREEMENT<br>MORTGAGE BROKER AGREMENT<br>EFFECTIVE DATE:  9/15/2006 |
| FRMC FINANCIAL INC.<br>2661 RIVA RD<br>BLDG 1000<br>STE 1020<br>ANNAPOLIS, MD  21401 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/27/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FRONTIER BANK<br>74-175 EL PASEO<br>PALM DESERT, CA  92260 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/15/2006 |
| FRONTIER BANK & FRONTIER BANK DBA EL PASO BANK<br>74-175 EL PASEO<br>PALM DESERT, CA  92260 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/15/2006 |
| **Addition** | |
| FRONTIER HOMEBUILDERS, INC.<br>3536 CONCOURS ST<br>STE 320<br>ONTARIO, CA  91764 | BROKER TO BROKER PROCESSING AGREEMENT |
| FUNDMORE LENDING SERVICES | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  8/22/2001 |
| G SQUARED FINANCIAL LLC<br>8735 DUNWOODY PLACE<br>SUITE 5<br>ATLANTA, GA  30350 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/10/2006 |
| **Addition** | |
| G. NEIL<br>720 INTERNATIONAL PARKWAY<br>SUNRISE, FL  33325 | PURCHASE AND SUPPLY AGREEMENT |
| **Addition** | |
| GAHANNA | |
| GAHANNA AREA REALTORS ASSOCIATION | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/14/2007 |
| GAJ<br>415 MAIN STREET<br>RIDGEFIELD, CT  06877 | LEASE<br>OFFICE<br>4/1/2006 - 3/31/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                    _____
                        Debtor                                           (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GAR ASSOCIATES IX, LLC<br>480 NORTH SAM HOUSTON PARKWAY EAST<br>SUITE 190<br>HOUSTON, TX  77060 | LEASE<br>OFFICE<br>3/1/2005 - 7/31/2008 |
| GARDEN CITY STATE BANK<br>1910 EAST MARY<br>GARDEN CITY, KS  67846 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/24/2006 |
| GARFIELD MORTGAGE CORP. | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  2/27/2002 |
| GARLAND HOUSING FINANCE CORPORATION<br>1833 PLAZA DR<br>STE 200<br>GARLAND, TX  75040 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  5/6/2004 |
| GARY AND DONNA THOMAS<br>P.O. BOX 6585<br>MCCLEAN, VA  22101 | LEASE<br>OFFICE<br>10/24/2004 - 10/23/2009 |
| GARY BLACKWELL<br>PO BOX 1085<br>NEW PORT RICHEY, FL  34656 | LEASE<br>OFFICE<br>11/1/2003 - 10/31/2007 |

<div align="center">**Addition**</div>

| | |
|---|---|
| GATEWAY BANK, FSB | SECONDARY MARKETING CONTRACT<br>WHOLESALE MORTGAGE BROKER AGREEMENT |
| GATEWAY CANYON, INC<br>JOE SERIENO<br>8101 EAST PRENTICE PRENTICE PLAZA<br>SUITE 250<br>ENGLEWOOD, CO  80111 | LEASE<br>OFFICE<br>5/24/2007 - 7/23/2012 |
| GATEWAY CHULA VISTA, LLC<br>303 H STREET<br>SUITE 300<br>CHULA VISTA, CA  91910 | LEASE<br>OFFICE<br>1/17/2006 - 1/31/2011 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                    Debtor                                                     (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GATEWAY MUIRLAND, INC C/O TA ASSOCIATES REALTY<br>1301 DOVE STREET<br>SUITE 860<br>NEWPORT BEACH, CA  92660 | LEASE<br>OFFICE<br>8/15/2003 - 1/31/2009 |
| GATEWAY RIVERSIDE, INC.<br>FILE # 55441<br>LOS ANGELES, CA  90074 | LEASE<br>OFFICE<br>7/26/2004 - 7/31/2009 |
| GATEWAY WEST LIMITED PARTNERSHIP C/O HYATT COMMERCIAL<br>1919 WEST STREET<br>ANNAPOLIS, MD  21401 | LEASE<br>SHOPPING CENTER<br>9/29/2003 - 9/30/2008 |
| GATT COMMUNICATIONS, INC.<br>20 EAST 49TH STREET<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  4/3/2006 |
| GE CAPITAL<br>11649 N PORT WASHINGTON RD<br>MEQUON, WI  53092 | COPIER CONTRACT<br>7219819-001 |
| GE CAPITAL<br>8767 EAST VIA DE VENTURA<br>120<br>SCOTTSDALE, AZ  85258 | COPIER CONTRACT<br>90133350611 |
| GE CAPITAL CONTRACT SERVICES, INC.<br>6601 SIX FORKS ROAD<br>RALEIGH, NC  27615 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  8/12/2004 |

**Addition**

| | |
|---|---|
| GE MONEY BANK<br>3100 THORNTON AVE<br>BURBANK, CA  91504 | SECONDARY MARKETING CONTRACT<br>BROKER ORIGNATION AGREEMENT<br>EFFECTIVE DATE:  7/25/2007 |
| GEMSTAR PROPERTIS, L.L.C.<br>738 S. BRIDGEWAY PLACE<br>SUITE 100<br>EAGLE, ID  83616 | LEASE<br>OFFICE<br>4/1/2007 - 3/31/2012 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                            Case No.  **07-11051**

Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GENERAL ELECTRIC MORTGAGE INSURANCE CORPORATION<br>PO BOX 277232<br>ATLANTA, GA  30384 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE: 8/1/2002 |
| GENERAL GROWTH PROPERTIES, INC.<br>10300 MILL RUN CIRCLE, STE 2102<br>OWINGS MILLS, MD  21117 | LEASE<br>OFFICE<br>6/1/2003 - 8/31/2008 |
| GENERATIONS COMMUNITY CREDIT UNION<br>123 W MAIN STREET<br>DURHAM, NC  27701 | LEASE<br>MSA<br>5/1/2006 - 12/31/2016 |

**Addition**

| | |
|---|---|
| GENESIS CORP<br>950 THRID AVENUE<br>NEW YORK, NY  10022 | CONSULTING SERVICES AGREEMENT<br>CONTRACT ID: 11052-1.0<br>EFFECTIVE DATE: 6/17/2005 |
| GENESIS CORP.<br>950 THRID AVENUE<br>NEW YORK, NY  10022 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 6/17/2005 |
| GENESIS MORTGAGE<br>1601 SHERMAN AVE<br>SUITE 400B<br>EVANSTON, IL  60201 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/10/2007 |
| GENESIS MORTGAGE<br>1601 SHERMAN AVE<br>SUITE 400B<br>EVANSTON, IL  60201 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/14/2005 |
| GENOA BANKING COMPANY<br>801 MAIN ST<br>GENOA, OH  43430 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/25/2006 |
| GENOA BANKING COMPANY<br>801 MAIN ST<br>GENOA, OH  43430 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/23/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**      Case No.   **07-11051**
_____

          Debtor                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GENWORTH  MORTGAGE INSURANCE CORPORATION<br>6601 SIX FORKS RD.<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 2/13/2006 |
| **Addition** | |
| GENWORTH MORTGAGE INSURANCE<br>6601 SIX FORKS RD<br>RALEIGH, NC  27615 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>MUTUAL CONFIDENTIAL AGREEMENT<br>CONTRACT ID: 10620-3.0<br>EFFECTIVE DATE:  3/16/2007 |
| **Addition** | |
| GENWORTH MORTGAGE INSURANCE<br>6601 SIX FORKS RD<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>TRUST AGREEMENT<br>CONTRACT ID: 10620-1.0<br>EFFECTIVE DATE:  2/13/2006 |
| **Addition** | |
| GENWORTH MORTGAGE INSURANCE<br>6601 SIX FORKS RD<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>REINSURANCE AGREEMENT<br>CONTRACT ID: 10620-1.0<br>EFFECTIVE DATE:  9/1/2003 |
| **Addition** | |
| GENWORTH MORTGAGE INSURANCE<br>6601 SIX FORKS RD<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>AMENDMENT TO CONTRACT SERVICES UNDERWRITING<br>AGREEMENT<br>CONTRACT ID: 10620-1.0 |
| **Addition** | |
| GENWORTH MORTGAGE INSURANCE<br>6601 SIX FORKS RD<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>CONTRACT SERVICES UNDERWRITING AGREEMENT<br>CONTRACT ID: 10620-1.0 |
| **Addition** | |
| GENWORTH MORTGAGE INSURANCE<br>6601 SIX FORKS RD<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>FIRST LIEN RESIDENTIAL MASTER POLICY<br>CONTRACT ID: 10620-1.0<br>EFFECTIVE DATE:  2/13/2006 |
| GENWORTH MORTGAGE INSURANCE CORPORATION<br>PO BOX 177800 / 601 SIX FORKS RD<br>RALEIGH, NC  27615 | MORTGAGE INSURANCE POLICY<br>B2222264GG<br>7/30/1996 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

<div align="center">Debtor                                                                    (if known)</div>

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GENWORTH MORTGAGE INSURANCE CORPORATION<br>PO BOX 177800 / 601 SIX FORKS RD<br>RALEIGH, NC  27615 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/16/2007 |
| GENWORTH MORTGAGE INSURANCE CORPORATION<br>PO BOX 177800 / 601 SIX FORKS RD<br>RALEIGH, NC  27615 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 12/11/2006 |
| GEO-CORP, INC<br>1255 CORPORATE CENTER DRIVE<br>207<br>MONTEREY PARK, CA  91754 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| GEOLEARNING, INC.<br>4600 WESTOWN PARKWAY<br>SUITE 301<br>WEST DES MOINES, IA  50266-1000 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/8/2006 |
| GEORGE C. KAPPOS<br>319 TRINITY LANE<br>OAK BROOK, IL  60523 | LEASE<br>OFFICE<br>11/1/2003 - 10/31/2009 |
| GEORGE MASON MORTGAGE, LLC<br>4100 MONUMENT CORNER DR<br>SUITE 100<br>FAIRFAX, VA  22030 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/28/2006 |
| GEORGE MASON MORTGAGE, LLC<br>4100 MONUMENT CORNER DR<br>SUITE 100<br>FAIRFAX, VA  22030 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/1/2007 |
| GEORGIA ASSOCIATION OF REALTORS (GAR)<br>3200 PRESIDENTIAL DRIVE<br>ATLANTA, GA  30340-3981 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 6/27/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

GEORGIA DEPARTMENT OF COMMUNITY AFFAIRS

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
LENDER APPLICATION RENEWAL
CONTRACT ID: 11674-1.0
EFFECTIVE DATE: 5/15/2007

GEORGIA MORTGAGE SERVICES, INC
500 W LANIER AVENUE
SUITE 503
FAYETTEVILLE, GA  30214-7637

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/17/2006

<div align="center">Addition</div>

GETSMART.COM INC.
123 MISSION STREET
8TH FLOOR
SAN FRANCISCO, CA  94105

MARKETING CONTRACT
LEADS
MORTGAGE MASTER MARKETING AGREEMENT
CONTRACT ID: 10963-5.0
EFFECTIVE DATE: 11/7/2002

<div align="center">Addition</div>

GETSMART.COM INC. (NOW LENDING TREE, INC.)
1440 CHAPIN AVE
SUITE 101
BURLINGAME, CA  94010

MARKETING CONTRACT
WEB ADVERTISING
WEBSITE MARKETING AGREEMENT (UNSIGNED)
CONTRACT ID: 10963-1.0
EFFECTIVE DATE: 7/10/2000

<div align="center">Addition</div>

GETSMART.COM INC. (NOW LENDING TREE, INC.)
150 SPEAR STREET
2ND FLOOR
SAN FRANCISCO, CA  94105

MARKETING CONTRACT
MARKETING & SERVICES
MORTGAGE INQUIRY MEMBERSHIP PARTICIPATION
AGREEMENT
CONTRACT ID: 10963-3.0
EFFECTIVE DATE: 12/8/2000

<div align="center">Addition</div>

GETSMART.COM INC. (NOW LENDING TREE, INC.)
150 SPEAR STREET
2ND FLOOR
SAN FRANCISCO, CA  94105

VENDOR
PROCESSING / SERVICING
RATE PAGE SERVICE AGREEMENT
CONTRACT ID: 10963-9.0
EFFECTIVE DATE: 8/21/2000

GETSMART.COM, INC.
150 SPEAR STREET
SAN FRANCISCO, CA  94105

MARKETING CONTRACT
LEADS AGREEMENTS
EFFECTIVE DATE: 11/7/2002

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                                  (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GETSMART.COM, INC. (NOW LENDING TREE, INC. 150 SPEAR STREET SAN FRANCISCO, CA  94105 | MARKETING CONTRACT WEB ADVERTISING EFFECTIVE DATE: 7/10/2000 |
| GETSMART.COM, INC. (NOW LENDING TREE, INC. 150 SPEAR STREET SAN FRANCISCO, CA  94105 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE: 12/8/2000 |
| GETSMART.COM, INC. (NOW LENDING TREE, INC. 150 SPEAR STREET SAN FRANCISCO, CA  94105 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 8/21/2000 |
| GETSMART.COM, INC. (NOW LENDING TREE, INC. 150 SPEAR STREET SAN FRANCISCO, CA  94105 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 7/19/2001 |
| GETTY IMAGES, INC. PO BOX 953604 ST LOUIS, MO  63195-3604 | MARKETING CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 9/19/2006 |
| GFI MORTGAGE BANKERS, INC 50 BROADWAY NEW YORK, NY  10004 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 10/11/2006 |
| GHR SYSTEMS, INC. 640 LEE ROAD WAYNE, PA  19087 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 9/28/2006 |
| GHR SYSTEMS, INC. 640 LEE ROAD WAYNE, PA  19087 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 11/29/2006 |
| GHR SYSTEMS, INC. 640 LEE ROAD WAYNE, PA  19087 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 5/11/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____

Debtor                                               (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<center>Addition</center>

GIBRALTAR MORTGAGE CAPITAL
407 SE 9TH
STE 101
FORT LAUDERDALE, FL  3316

SECONDARY MARKETING CONTRACT
BROKER ORIGNATION AGREEMENT

<center>Addition</center>

GINNIE MAE
461 7TH ST SW B-133
WASHINGTON, DC  20410-0001

SECONDARY MARKETING CONTRACT
MORTGAGE INSURANCE (MASTER POLICY ENDORSEMENTS)
HUD CONTRACTS; MEMORANDUM; CONFIRMATION REQUEST
FOR HUD FORMS; ESCROW CUSTODIAL ACCOUNT; MASTER
CUSTODIAL ACCOUNT
CONTRACT ID:  11860-1.0
EFFECTIVE DATE: 10/14/2005

GIRARD ASSOCIATES, INC
115 CAYUGN PLACE
JERICHO, NY  11753

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  4/4/2007

GLACIER BANK
202 MAIN STREET
KALISPELL, MT  59901

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  10/12/2005

GLADES-PIKES INVESTORS, LTD.
7777 GLADES ROAD
SUITE 310
BOCA RATON, FL  33434

LEASE
SHOPPING CENTER
12/1/2005 - 11/30/2010

<center>Addition</center>

GLAR

GLAR GOLF OUTING

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  5/9/2007

GLENBOROUGH FUND V WASHINGTON, LLC
P.O. BOX 6022
HICKSVILLE, NY  11802-6602

LEASE
OFFICE
7/1/2005 - 7/15/2010

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GLENBROOK ENTERPRISES, INC.<br>550 CALIFORNIA AVE<br>SUITE 150<br>PALO ALTO, CA  94306 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/2/2005 |
| GLENWOOD PLACE VENTURES<br>P.O. BOX 601162<br>CHARLOTTE, NC  28260-1162 | LEASE<br>OFFICE<br>6/1/2001 - 9/30/2009 |
| GLOBAL AFFILIATES, INC.<br>510 WALNUT STREET<br>2ND FLOOR<br>PHILADELPHIA, PA  19106 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/1/2007 |
| GLOBAL MORTGAGE SERVICES, INC.<br>14 N BROWN ST<br>LEWISTOWN, PA  17044 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 9/24/2004 |
| GLOBAL MORTGAGE SERVICES, INC.<br>14 N BROWN ST<br>LEWISTOWN, PA  17044 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 6/15/2006 |
| GLOBALFORCE<br>ONE HUNTINGTON QUADRANGLE<br>SUITE 1S08<br>MELVILLE, NY  11747-4402 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 4/18/2006 |

**Addition**

| | |
|---|---|
| GMAC<br>100 WITMER RD<br>HORSHAM, PA  19044 | SECONDARY MARKETING CONTRACT<br>WHOLE SELLER / SERVICER<br>FLOW MLPISA - SERVICING RELEASED<br>EFFECTIVE DATE:  10/1/2005 |
| GMAC COMMONWEALTH REAL ESTATE | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 8/1/2006 |
| GMAC COMMONWEALTH REAL ESTATE | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 12/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____
Debtor                                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GMAC COMMONWEALTH REAL ESTATE | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/22/2005 |
| GMAC MORGAGE LLC<br>500 ENTERPRISE DRIVE<br>ATTN: DIRECTOR OF CORPORATE REAL ESTATE<br>HORSHAM, PA  19044 | LEASE<br>OFFICE<br>11/1/2006 - 10/31/2008 |
| GMAC MORTGAGE CORPORATION, AS HELOC BACK-UP SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-1, AS ISSUER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE,<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) DT<br>CONTRACT DATE:  23-MAR-05 |
| GMAC MORTGAGE CORPORATION, AS HELOC BACK-UP SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AS ISSUER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) DV<br>CONTRACT DATE:   JUNE 22, 2005 |
| GMAC MORTGAGE CORPORATION, AS HELOC BACK-UP SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, AS ISSUER, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) DY<br>CONTRACT DATE: 7-OCT-05 |
| GMAC MORTGAGE CORPORATION, AS HELOC BACK-UP SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-2, AS ISSUING ENTITY, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS INDENTURE TRUSTEE<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) EG<br>CONTRACT DATE: 30-JUN-06 |
| GMAC MORTGAGE CORPORATION, AS HELOC MASTER SERVICER<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SUBSERVICING AGREEMENT,<br>1.1 (J) DR<br>CONTRACT DATE: 21-DEC-04 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

_____
Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GMAC MORTGAGE CORPORATION, AS HELOC MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4, AS ISSUER AND THE BANK OF NEW YORK, AS INDENTURE TRUSTEE<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>SERVICING AGREEMENT<br>1.1 (J) DQ<br>CONTRACT DATE:  21-DEC-04 |
| GMAC MORTGAGE, LLC, AS HELOC BACK-UP SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-A, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) EN<br>CONTRACT DATE:  13-MAR-07 |
| GMAC MORTGAGE, LLC, AS HELOC BACK-UP SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-SD1, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>100 WITMER ROAD<br>HORSHAM, PA  19044 | AHM SECURITIZATION<br>HELOC SERVICING AGREEMENT<br>1.1 (J) EL<br>CONTRACT DATE:  13-MAR-07 |
| GOBC<br>P. O. BOX 8000<br>PARK CITY, UT  84060 | LEASE<br>EXECUTIVE SUITE<br>7/1/2007 - 6/30/2017 |
| GOBC<br>P. O. BOX 8000<br>PARK CITY, UT  84060 | LEASE<br>EXECUTIVE SUITE<br>10/20/2006 - 12/31/2016 |
| **Addition** | |
| GOING SIGN CO<br>140 TERMINAL DRIVE<br>PLAINVIEW, NY  11803 | CONTRACTOR SERVICES AGREEMENT |
| GOLD BANK<br>4502 CORTEZ ROAD WEST<br>BRADENTON, FL  34210 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/6/2005 |
| GOLDEN EMPIRE MORTGAGE, INC.<br>2130 CHESTER AVENUE<br>BAKERSFIELD, CA  93301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
              Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GOLDEN EMPIRE MORTGAGE, INC.<br>2130 CHESTER AVENUE<br>BAKERSFIELD, CA  93301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/29/2006 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>ATTENTION: EUGENE GORELIK<br>85 BROAD STREET<br>NEW YORK, NY  10004 | LOAN SALE/SERVICING AGREEMENT<br>MORTGAGE LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) GF<br>CONTRACT DATE: 1-DEC-05 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>ATTENTION: EUGENE GORELIK<br>85 BROAD STREET<br>NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY<br>LETTER AGREEMENT<br>1.1 (J) GB<br>CONTRACT DATE:  22-FEB-06 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>ATTENTION: EUGENE GORELIK<br>85 BROAD STREET<br>NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY<br>LETTER AGREEMENT<br>1.1 (J) GM<br>CONTRACT DATE:  11/16/2005 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>ATTENTION: EUGENE GORELIK<br>85 BROAD STREET<br>NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY<br>LETTER AGREEMENT<br>1.1 (J) GL<br>CONTRACT DATE:  8-NOV-05 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>ATTENTION: EUGENE GORELIK<br>85 BROAD STREET<br>NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY<br>LETTER AGREEMENT<br>1.1 (J) GE<br>CONTRACT DATE:  14-FEB-06 |
| GOLDMAN SACHS MORTGAGE COMPANY<br>ATTENTION: EUGENE GORELIK<br>85 BROAD STREET<br>NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY<br>LETTER AGREEMENT<br>1.1 (J) GD<br>CONTRACT DATE:  7-FEB-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GOLDMAN SACHS MORTGAGE COMPANY ATTENTION: EUGENE GORELIK 85 BROAD STREET NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY LETTER AGREEMENT 1.1 (J) GC CONTRACT DATE:  24-APR-06 |
| GOLDMAN SACHS MORTGAGE COMPANY, ATTENTION: EUGENE GORELIK 85 BROAD STREET NEW YORK, NY  10004 | TRADE CONFIRMATION -  GOLDMAN SACHS MORTGAGE COMPANY LETTER AGREEMENT 1.1 (J) GA CONTRACT DATE:  22-DEC-05 |
| GOLDMAN SACHS MORTGAGE COMPANY, A NEW YORK LIMITED PARTNERSHIP (THE "PURCHASER"), AND ATTENTION: EUGENE GORELIK 85 BROAD STREET NEW YORK, NY  10004 | LOAN SALE/SERVICING AGREEMENT SECOND AMENDED AND RESTATED MORTGAGE LOAN SALE AND SERVICING AGREEMENT 1.1 (J) BC CONTRACT DATE: 1-MAY-06 |
| GOLFHOMES.COM | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE: 5/30/2001 |
| GOMEZ, INC. 610 LINCOLN STREET WALTHAM, MA  02451 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE: 5/14/2001 |
| GOMEZ, INC. 610 LINCOLN STREET WALTHAM, MA  02451 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 7/2/2001 |
| GOODALE AND BARBIERI 201 W NORTH RIVER DRIVE SUITE 200 SPOKANE, WA  99201 | LEASE OFFICE 10/1/2006 - 9/30/2011 |
| GOTCHA MOBILE MEDIA 17501 STEPPING STONE DR FORT MYERS, FL  33912 | MARKETING CONTRACT ADVERTISING EFFECTIVE DATE: 5/15/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                                _____
                              Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GPI OFFICE PROPERTIES II, L.P.<br>3815 RIVER CROSSING PARKWAY<br>SUITE 250<br>INDIANAPOLIS, IN  46240 | LEASE<br>OFFICE<br>8/1/2006 - 7/31/2009 |
| GRAND HYATT SAN FRANCISCO<br>345 STOCKTON ST<br>SAN FRANCISCO, CA  94108 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/11/2007 |
| GRAND PLAZA HOTEL-ST PETE BEACH<br>5250 GULD BOULEVARD<br>ST. PETE BEACH, FL  33706 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  10/19/2006 |
| GRAND VALLEY ASSOCIATES<br>P.O. BOX 268<br>ONE EASE RIDGEWOOD AVENUE<br>PARAMUS, NJ  07653 | LEASE<br>OFFICE<br>6/1/2006 - 5/31/2009 |
| GRAND WAILEA RESORT<br>HOTEL & SPA<br>3850 WAILEA ALANUI DR<br>WAILEA, MAUI, HI  96753 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/15/2006 |
| GRAND WAILEA RESORT<br>HOTEL & SPA<br>3850 WAILEA ALANUI DR<br>WAILEA, MAUI, HI  96753 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/4/2006 |
| GRAND WAILEA RESORT<br>HOTEL & SPA<br>3850 WAILEA ALANUI DR<br>WAILEA, MAUI, HI  96753 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/6/2006 |
| GRAND/SAKWA NEW HOLLAND, L.L.C.<br>P.O. BOX 252018<br>WEST BLOOMFIELD, MI  48325 | LEASE<br>SHOPPING CENTER<br>12/5/2003 - 12/4/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                          _____
                    Debtor                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GRANITE MORTGAGE INC<br>791 JONESTOWN ROAD<br>SUITE 110<br>WINSTON-SALEM, NC  27103 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/6/2005 |
| GRAYPORT PARTNERS, LLC<br>487 MCLAWS CIRCLE<br>STE. 2<br>WILLIAMSBURG, VA  23185 | LEASE<br>OFFICE<br>2/1/2007 - 1/31/2008 |
| GREAT LAKES CREDIT UNION<br>ATTN: ANDREA JORDAN<br>2525 GREEN BAY ROAD<br>NORTH CHICAGO, IL  60064 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE:  5/1/2006 |
| GREAT NORTH FINANCIAL<br>2850 GOLF ROAD<br>#403<br>ROLLING MEADOWS, IL  60008 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/3/2005 |
| GREAT SOUTHERN BANK<br>CIF DEPARTMENT<br>PO BOX 9009<br>SPRINGFIELD, MO  65808-9009 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/30/2006 |
| GREAT WESTERN FINANCIAL GROUP, INC.<br>41391 KALMIN ST<br>STE 330<br>MURRIETA, CA  92562 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/17/2006 |
| GREATER BAY BANK N.A. (SUCCESSOR TO MT. DIABLO NATIONAL BANK | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE:  2/6/2006 |
| GREATER METROPOLITAN HOUSING CORPORATION<br>HOUSING RESOURCE CENTER - NORTHWEST<br>2140 44TH AVE N<br>MINNEAPOLIS, MN  55412 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/9/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                            Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GREATER UNITED HOME FUNDING, INC.<br>5782 S SEMORAN BV<br>ORLANDO, FL  32822 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| GREEN ANGEL NETWORK<br>7816 FAIRVIEW ROAD<br>SUITE 309<br>CHARLOTTE, NC  28226 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 2/20/2003 |
| GREEN KEY RESOURCES, LLC<br>600 OLD COUNTRY ROAD<br>SUITE 330<br>GARDEN CITY, NY  11530 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 4/6/2007 |
| GREEN VALLEY RANCH<br>2300 PASEO  VERDE<br>HENDERSON, NV  89052 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/25/2007 |
| GREENBERG, GLUSKER, FIELDS, CLAMAN & MACHTINGER, LLP<br>1900 AVENUE OF THE STARS<br>21ST FLOOR<br>LOS ANGELES, CA  90067 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 4/25/2007 |
| GREENERY UNLIMITED<br>2052 60TH PLACE EAST<br>BRADENTON, FL  34203 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 11/13/2006 |
| GREENERY UNLIMITED<br>2052 60TH PLACE EAST<br>BRADENTON, FL  34203 | VENDOR CONTRACT<br>FACILITIES (CLEANING)<br>EFFECTIVE DATE: 10/1/2006 |
| GREENPOINT MORTGAGE<br>ATTN DOLANDA WALKER,INVESTORSV<br>2300 BROOKSTONE PKWY<br>COLUMBUS, GA  31904 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/21/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GREENPOINT MORTGAGE<br>ATTN DOLANDA WALKER,INVESTORSV<br>2300 BROOKSTONE PKWY<br>COLUMBUS, GA  31904 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/22/2006 |
| GREENPOINT MORTGAGE<br>ATTN DOLANDA WALKER,INVESTORSV<br>2300 BROOKSTONE PKWY<br>COLUMBUS, GA  31904 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 3/30/2006 |
| GREENS OF STRONGVILLE LTD C/O WALD & FISHER<br>23825 COMMERCE PARK RD<br>SUITE F<br>BEACHWOOD, OH  44122 | LEASE<br>SHOPPING CENTER<br>9/30/2003 - 9/29/2008 |
| GREENVILLE COMMUNITY BANK/GREENVILLE COMMUNITY MORTGAGE CO<br>1405 W WASHINGTON ST<br>GREENVILLE, MI  48888 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/19/2006 |
| GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" OR THE "DEPOSITOR") AND GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") AND ACKNOWLEDGED BY WELLS FARGO BANK, N.A., AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER")<br>AND SECURITIES ADMINISTRATOR (IN SUCH CAPACITY, THE "SECURITIES ADMINISTRATOR") AND DEUTSCHE BANK NA | THIRD PARTY SECURITIZATION<br>RECONSTITUTED SERVICING AGREEMENT<br>1.1 (J) AT<br>CONTRACT #:  (HARBORVIEW 2007-6)<br>CONTRACT DATE:   JULY 1, 2007 |
| GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" OR THE "DEPOSITOR") AND GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") AND IS ACKNOWLEDGED BY WELLS FARGO BANK, N.A.,<br>AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER") AND SECURITIES ADMINISTRATOR (IN SUCH C | THIRD PARTY SECURITIZATION<br>RECONSTITUTED SERVICING AGREEMENT<br>1.1 (J) Z<br>CONTRACT #:  (HARBORVIEW 2006-14)<br>CONTRACT DATE: 1-DEC-06 |
| GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" OR THE "DEPOSITOR") AND GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") AND IS ACKNOWLEDGED BY WELLS FARGO BANK, N.A.,<br>AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER") AND SECURITIES ADMINISTRATOR (IN SUCH C | THIRD PARTY SECURITIZATION<br>RECONSTITUTED SERVICING AGREEMENT<br>1.1 (J) AS<br>CONTRACT #:  (HARBORVIEW 2007-5)<br>CONTRACT DATE: 1-JUN-07 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____

                          Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" OR THE "DEPOSITOR"), GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") AND WELLS FARGO BANK, N.A., AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER") AND SECURITIES ADMINISTRATOR (IN SUCH CAPACITY, THE "SECURITIES ADMINISTRATOR"), AND ACKNOWLEDGED BY | THIRD PARTY SECURITIZATION RECONSTITUTED SERVICING AGREEMENT 1.1 (J) V CONTRACT #:  (HARBORVIEW 2006-7) CONTRACT DATE:  1-AUG-06 |
| GREENWICH CAPITAL ACCEPTANCE, INC. ("GCA" OR THE "DEPOSITOR"), GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") AND WELLS FARGO BANK, N.A., AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER") AND SECURITIES ADMINISTRATOR (IN SUCH CAPACITY, THE "SECURITIES ADMINISTRATOR"), AND ACKNOWLEDGED B | THIRD PARTY SECURITIZATION RECONSTITUTED SERVICING AGREEMENT, 1.1 (J) U CONTRACT #:  (HARBORVIEW 2006-6) CONTRACT DATE:  1-JUN-06 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS INC. (INITIAL PURCHASER) 600 STEAMBOAT RD GREENWICH, CT  06830 | LOAN SALE/SERVICING AGREEMENT MASTER MORTGAGE LOAN PURCHASE AND SERVICING AGREEMENT 1.1 (J) CF CONTRACT DATE:  1-MAY-06 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. ("GCFP") AND IS ACKNOWLEDGED BY WELLS FARGO BANK, N.A., AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER") AND SECURITIES ADMINISTRATOR (IN SUCH CAPACITY, THE "SECURITIES ADMINISTRATOR") AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE (THE "TRUSTEE") | THIRD PARTY SECURITIZATION RECONSTITUTED SERVICING AGREEMENT 1.1 (J) AP CONTRACT #:  (HARBORVIEW 2007-2) CONTRACT DATE:  1-MAR-07 |

**Addition**

| | |
|---|---|
| GREG MILLS | RESELLER AGREEMENT EFFECTIVE DATE: 11/14/2002 |
| GREGG & VALBY, LLP | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/1/2007 |
| GREGG M. HEININGER, CPA 516 8TH STREET OCEAN CITY, NJ  08226 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  7/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                            (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GREYSTONE STAFFING, INC<br>PO BOX 52272<br>NEWARK, NJ  07101-0220 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/15/2007 |
| GREYSTONE STAFFING, INC<br>PO BOX 52272<br>NEWARK, NJ  07101-0220 | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING<br>EFFECTIVE DATE: 7/9/2007 |
| GROUNDWORK OPEN SOURCE, INC.<br>139 TOWNSEND ST.<br>#100<br>SAN FRANCISCO, CA  94107 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 9/26/2006 |
| GROUP9, INC.<br>2150 CABOT BOULEVARD WEST<br>LANGHORNE, PA  19047 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  9/1/2006 |
| GROVEBAY FINANCIAL INC<br>9830 SW 77TH AVENUE<br>SUITE 110<br>MIAMI, FL  33156 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/15/2006 |
| GRYPHON NETWORKS CORP.<br>249 VANDERBILT AVENUE<br>NORWOOD, MA  02062 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 12/30/2005 |
| GRYPHON NETWORKS CORP.<br>249 VANDERBILT AVENUE<br>NORWOOD, MA  02062 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/29/2006 |
| GRYPHON NETWORKS CORP.<br>249 VANDERBILT AVENUE<br>NORWOOD, MA  02062 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/29/2006 |
| GRYPHON NETWORKS CORP.<br>249 VANDERBILT AVENUE<br>NORWOOD, MA  02062 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 1/12/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**
_____                                          _____
Debtor                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GRYPHON NETWORKS CORP. (AND IRON MOUNTAIN AS ESCROW AGENT) 249 VANDERBILT AVENUE NORWOOD, MA  02062 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 3/15/2006 |
| GS MORTGAGE SECURITIES CORP., A DELAWARE CORPORATION (THE "ASSIGNOR"), AND DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE (IN SUCH CAPACITY, THE "TRUSTEE") ON BEHALF OF GSAA HOME EQUITY TRUST 2006-11 (THE "ASSIGNEE"), AND ACKNOWLEDGED BY WELLS FARGO BANK, 85 BROAD STREET NEW YORK, NY  10004 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION 1.1 (J) Y CONTRACT #:  (GSAA 2006-11) CONTRACT DATE:  30TH DAY OF JUNE, 2006 |
| GS MORTGAGE SECURITIES CORP., A DELAWARE CORPORATION (THE "ASSIGNOR"), AND DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE (IN SUCH CAPACITY, THE "TRUSTEE") ON BEHALF OF GSAA HOME EQUITY TRUST 2006-10 (THE "ASSIGNEE"), AND AS ACKNOWLEDGED BY WELLS FARGO BANK, NATIONAL ASSOCIATION, AS MASTER SERVICER 85 BROAD STREET NEW YORK, NY  10004 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) N CONTRACT #:  (GSAA 2006-10) CONTRACT DATE:  29TH DAY OF JUNE, 2006 |
| GS MORTGAGE SECURITIES CORP., A DELAWARE CORPORATION (THE "ASSIGNOR"), AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE ON BEHALF OF GSAA HOME EQUITY TRUST 2006-6 (THE "ASSIGNEE"), AND AS ACKNOWLEDGED BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS MASTER SERVICER (THE "MASTER SE 85 BROAD STREET NEW YORK, NY  10004 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) I CONTRACT #:  (GSAA 2006-6) CONTRACT DATE:  4/28/2006 |
| GS MORTGAGE SECURITIES CORP., A DELAWARE CORPORATION (THE "ASSIGNOR"), AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE ON BEHALF OF GSAA HOME EQUITY TRUST 2006-9 (THE  "ASSIGNEE"), AND AS ACKNOWLEDGED BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS MASTER SERVICER (THE "MASTER SE 85 BROAD STREET NEW YORK, NY  10004 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) M CONTRACT #:  (GSAA 2006-9) CONTRACT DATE:  4/26/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
_____
                            Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GS MORTGAGE SECURITIES CORP., A DELAWARE CORPORATION (THE "DEPOSITOR"), INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK, AS A SERVICER ("INDYMAC") 85 BROAD STREET NEW YORK, NY  10004 | THIRD PARTY SECURITIZATION POOLING AND SERVICING AGREEMENT 1.1 (J) T CONTRACT #:  (GSAMP 2006-S4) CONTRACT DATE: 1-JUN-06 |
| GUARANTY BANK 8333 DOUGLAS AVE DALLAS, TX  75225 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  1/1/2007 |
| GUARANTY BANK 8333 DOUGLAS AVE DALLAS, TX  75225 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  8/6/2006 |
| GUARANTY MORTGAGE CORP. 5400 CARILLON POINT BLDG 5000 SUITE 459 KIRKLAND, WA  98033 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  8/22/2005 |
| GUARANTY MORTGAGE SERVICES, LLC 5072 BRISTOL INDUSTRIAL WAY SUITE F BUFORD, GA  30518 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  7/27/2006 |
| GUARDIAN CAPITAL INC DBA GUARDIAN HOME LOANS & FINANCIAL SERVICES 3524 OAKDALE ROAD SUITE A MODESTO, CA  95357 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  2/17/2006 |
| GUARDIAN FIDELITY MORTGAGE, INC. P.O. BOX 12248 ROCK HILL, SC  29731 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  4/13/2006 |
| GUARDIAN REALTY MANAGEMENT, INC. 6000 EXECUTIVE BLVD SUITE 400 NORTH BETHESDA, MD  20852-3847 | LEASE OFFICE 5/31/2006 - 8/31/2011 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
_____                    _____
Debtor                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GUARDIAN TITLE & GUARANTY AGENCY | CORPORATE CONTRACT<br>JOINT VENTURE |
| GUIDANCE FINANCIAL CORPORATION<br>3333 CAMINO DEL RIO SO.<br>#110<br>SAN DIEGO, CA  92108 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| GUIDEMARK<br>7A GREENRIDGE PARK<br>NASHUA, NH  03060 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 11/29/2005 |
| GUILD MORTGAGE COMPANY<br>5405 STOCKDALE HWY, STE 205<br>BAKERSFIELD, CA  93309 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/15/2005 |
| GUILD MORTGAGE COMPANY<br>5405 STOCKDALE HWY, STE 205<br>BAKERSFIELD, CA  93309 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/15/2005 |
| GUILD MORTGAGE COMPANY<br>5405 STOCKDALE HWY, STE 205<br>BAKERSFIELD, CA  93309 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/29/2006 |
| GUISHARD, WILBURN & SHORTS, LLC<br>175 CARNEGIE PLACE<br>SUITE 115<br>FAYETTEVILLE, GA  30214 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/1/2007 |
| GULF ATLANTIC FUNDING GROUP, INC<br>5400 SOUTH UNIVERSITY DRIVE<br>DAVIE, FL  33328 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/13/2006 |
| GULF COAST BANK & TRUST CO<br>ONE SEINE COURT<br>SUITE 106<br>NEW ORLEANS, LA  70114 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/11/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GULFSTREAM BUSINESS BANK<br>2400 SE MONTEREY ROAD<br>STUART, FL  34996 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/22/2005 |
| GULFSTREAM BUSINESS BANK<br>2400 SE MONTEREY ROAD<br>STUART, FL  34996 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/24/2007 |
| GVC MORTGAGE, INC<br>ONE PLAZA DR<br>STE 330<br>PENDLETON, IN  46064 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/19/2006 |
| H.E.L.P REALTY, INC.<br>495 N KELLER RD<br>SUITE 301<br>MAITLAND, FL  32751 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  8/15/2005 |
| | **Addition** |
| H.E.L.P. REALTY, INC.<br>495 N. KELLER RD<br>SUITE 301<br>MAITLAND, FL  32751 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>LENDER/MORTGAGE COMPANY PARTICIPATION AGEEMENT<br>CONTRACT ID:  10338-2.0<br>EFFECTIVE DATE:  8/15/2005 |
| HAGGEN TALBOT LIMITED PARTNERSHIP<br>2200 RIMLAND DRIVE<br>STE. 250<br>BELLINGHAM, WA  98226 | LEASE<br>OFFICE<br>2/15/2007 - 2/29/2012 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD.<br>6801 GAYLORD PARKWAY<br>SUITE 406<br>FRISCO, TX  75034 | LEASE<br>OFFICE<br>2/1/2006 - 2/28/2009 |
| | **Addition** |
| HALLMARK BUSINESS EXPRESSIONS | MANAGED CARD PROGRAM |
| HALO REALTY, LLC ATTN: KELLY MCDANIEL<br>700 JOHNNY CASH PARKWAY<br>HENDERSONVILLE, TN  37075 | LEASE<br>OFFICE<br>3/1/2005 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

                    Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HANJIN SHIPPING COMPANY, LTD.<br>80 EAST ROUTE 4<br>SUITE 490<br>PARAMUS, NJ  07652 | LEASE<br>OFFICE<br>12/15/2006 - 11/30/2008 |
| HANKIN EAGLEVIEW ASSOCIATES C/O THE HANKIN GROUP<br>PO BOX 562<br>707 EAGLEVIEW BOULEVARD<br>EXTON, PA  19341 | LEASE<br>OFFICE<br>11/11/2004 - 11/30/2009 |
| HANLEY-WOOD, LLC | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/14/2006 |
| HARBOR HOUSE<br>163 OLDFRIELD RD<br>SUITE 5A - 2ND FLOOR<br>FAIRFIELD, CT  06430 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2008 |
| HARBORSIDE FINANCIAL NETWORK, INC<br>2390 LINDBERGH ST.<br>SUITE 200<br>AUBURN, CA  95602 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/10/2006 |
| HARBOURTOWNE GOLF RESORT<br>P.O. BOX 126<br>ST. MICHAELS, MD  21663 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/13/2006 |
| HARBOURTOWNE GOLF RESORT<br>P.O. BOX 126<br>ST. MICHAELS, MD  21663 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/30/2006 |
| HARMON MEDIA GROUP | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/1/2006 |
| HARPE AND MASHNI LLC<br>837-A LANE ALLEN ROAD<br>LEXINGTON, KY  40504 | MARKETING CONTRACT<br>DESK RENTALS |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                           (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

HARSCH INVESTMENT CORP, AND OREGAN CORPORATION
851 SW 6TH AVENUE
SUITE 550
PORTLAND, OR  97204

LEASE
OFFICE
1/1/2007 - 12/31/2011


HART & ASSOCIATES OF BATTLE CREEK
15700 WAUBASCON ROAD
BATTLE CREEK, MI  49017

LEASE
OFFICE
5/1/2006 - 4/30/2008

**Addition**

HARTFORD FINANCIAL SERVICES, INC
9933 LAWLER AVE
SUITE 105
SKOKIE, IL  60077-3753

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11086-1.0
EFFECTIVE DATE:  9/13/2006

**Addition**

HARTLAND

MORTGAGE BROKER LOAN APPLICATION PACKAGE
SUBMISSION AGREEMENT


HARVEST FINANCIAL.NET, INC.
23832 ROCKFIELD BLVD
SUITE 250
LAKE FOREST, CA  92630

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  2/3/2006

**Addition**

HAS LEARNING & PERFORMANCE SOLUTIONS LLC

VENDOR
PROCESSING / SERVICING
AGREEMENT FOR HAROLD STOLOVITCH TO PROVIDE
"TELLING AIN'T TRAINING" WORKSHOP AT 538 BROADHOLLOW.
CONTRACT ID:  587-1.0
EFFECTIVE DATE:  7/25/2006


HAUPPAUGE WOODLANDS ASSOCIATES L.P.
500 BI-COUNTY BLVD.
SUITE 230
FARMINGDALE, NY  11735

LEASE
OFFICE
9/1/2005 - 9/30/2010


HAVEL
P.O.  BOX  1287
FORT WAYNE, IN  46801

VENDOR CONTRACT
EQUIPMENT
EFFECTIVE DATE:  1/2/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**
_____
Debtor                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HAVENGATE INLAND EMPIRE, LLC C/O HALL EQUITIES GROUP<br>1855 OLYMPIC BLVD<br>SUITE 250<br>WALNUT CREEK, CA  94596 | LEASE<br>OFFICE<br>11/1/2006 - 10/31/2011 |
| HAZELTINE GATES, LLC<br>1107 HAZELTINE GATES<br>SUITE 200<br>CHASKA, MN  55318 | LEASE<br>OFFICE<br>8/1/2005 - 6/30/2010 |
| HAZELTINE GATES, LLC<br>1107 HAZELTINE GATES<br>SUITE 200<br>CHASKA, MN  55318 | LEASE<br>OFFICE<br>7/1/2005 - 6/30/2010 |
| HCIP<br>3200 TYLER<br>SUITE A<br>CONWAY, AR  72034 | LEASE<br>OFFICE<br>12/15/2006 - 12/14/2007 |
| HEADFIRST COLORADO<br>1410 GRANT STREET<br>SUITE A-101<br>DENVER, CO  80203 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  1/8/2007 |
| HEADFIRST COLORADO<br>1410 GRANT STREET<br>SUITE A-101<br>DENVER, CO  80203 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  1/8/2007 |
| HEALTHCARE SYSTEMS FEDERAL CREDIT UNION<br>8300 ARLINGTON BOULEVARD E-1<br>FAIRFAX, VA  22031 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE:  3/15/2007 |
| HEARTWELL MORTGAGE CORPORATION<br>1580 E BELTLINE SE<br>GRAND RAPIDS, MI  49506 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/13/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HELLO FLORIDA! INC.<br>4205 VINELAND ROAD<br>SUITE L-3<br>ORLANDO, FL  32811 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/23/2006 |
| HELPBRINGER MORTGAGE SERVICES, INC<br>57 E WILSON BRIDGE ROAD<br>SUITE 100<br>WORTHINGTON, OH  43085 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/18/2006 |
| HELPUSELL HARBINGER REALTY<br>3685A NOTTINGHAM WAY<br>HAMILTON, NJ  08690 | LEASE<br>MSA<br>5/22/2007 - 5/21/2008 |
| HELPUSELL HARBINGER REALTY<br>3685A NOTTINGHAM WAY<br>HAMILTON, NJ  08690 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  5/23/2007 |
| HELP-U-SELL LAKEVIEW REALTY<br>31641 AUTO CENTER DRIVE<br>SUITE 1A<br>LAKE ELSINORE, CA  92530 | LEASE<br>MSA<br>3/1/2007 - 12/31/2017 |
| HELPUSELL RICCI REALTY<br>901 MARLTON PIKE<br>CHERRY HILL, NJ  08053 | LEASE<br>MSA<br>6/1/2007 - 5/31/2008 |
| HELPUSELL RICCI REALTY<br>901 MARLTON PIKE<br>CHERRY HILL, NJ  08053 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/1/2007 |
| HENDON/ATLANTIC RIM JOHN'S CREEK<br>330 ENTERPRISE PARKWAY<br>BEACHWOOD, OH  44122 | LEASE<br>SHOPPING CENTER<br>4/8/2006 - 4/7/2009 |
| HENDRICKS COUNTY BANK AND TRUST CO<br>ONE EAST MAIN ST.<br>BROWNSBURG, IN  46112 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/6/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                        Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HENDRICKS COUNTY BANK AND TRUST CO<br>ONE EAST MAIN ST.<br>BROWNSBURG, IN  46112 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/20/2006 |
| HENRY CARTER, INC<br>83-10 35TH AVE<br>APT 4P<br>JACKSON HEIGHTS, NY  11372 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 11/14/2005 |
| HENRY CARTER, INC<br>83-10 35TH AVE<br>APT 4P<br>JACKSON HEIGHTS, NY  11372 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 6/29/2006 |
| HERITAGE BANK<br>695 MARION BLVD<br>MARION, IA  52302 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/28/2006 |
| HERITAGE BANK<br>695 MARION BLVD<br>MARION, IA  52302 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/3/2006 |
| HERITAGE COMMUNITY BANK<br>9101 W 159TH ST<br>ORLAND HILLS, IL  60425 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/4/2006 |
| | **Addition** |
| HERITAGE LENDING & INVESTMENTS<br>2870 JOHNSON FERRY RD.<br>MARIETTA, GA  30062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10204-1.0<br>EFFECTIVE DATE: 4/5/2006 |
| HERITAGE LENDING & INVESTMENTS, LLC<br>4314 BIG HOUSE RD<br>NORCROSS, GA  300921357 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/5/2006 |
| | **Addition** |
| HERITAGE PLAZA MORTGAGE<br>5361 N PERSHING AVE<br>STOCKTON, CA  95207 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11039-1.0<br>EFFECTIVE DATE: 9/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____              _____
Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HERITAGE VALLEY FEDERAL CREDIT UNION<br>2400 PLEASANT VALLEY  ROAD<br>YORK, PA  17402 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 7/5/2005 |
| HERITAGE VALLEY FEDERAL CREDIT UNION<br>2400 PLEASANT VALLEY  ROAD<br>YORK, PA  17402 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 7/5/2005 |
| HERITAGE VILLAGE OFFICES<br>51 E. CAMPBELL AVENUE<br>CAMPBELL, CA  95008 | LEASE<br>OFFICE<br>11/1/2006 - 8/31/2009 |
| HERITAGE VILLAGE OFFICES<br>51 E. CAMPBELL AVENUE<br>CAMPBELL, CA  95008 | LEASE<br>OFFICE<br>9/1/2004 - 8/31/2009 |
| HERITGAGE PLAZA MORTGAGE | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/27/2006 |
| HERLINDA RYAN INC<br>8148 LA MESA BLVD<br>LA MESA, CA  91941 | LEASE<br>MSA<br>4/1/2007 - 3/31/2017 |
| HERLINDA RYAN, INC<br>8148 LA MESA BLVD.<br>LA MESA, CA  91941 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/1/2007 |

**Addition**

| | |
|---|---|
| HERO CARE<br>8695 COLLEGE PARKWAY<br>SUITE 219<br>FT. MYERS, FL  33919 | MARKETING CONTRACT<br>PREFERRED LENDER MARKETING AGREEMENT<br>CONTRACT ID:  11801-1.0<br>EFFECTIVE DATE: 7/3/2007 |
| HEROCARE<br>8695 COLLEGE PARKWAY<br>SUITE 219<br>FT. MYERS, FL  33919 | MARKETING CONTRACT<br>PREFERRED LENDER<br>EFFECTIVE DATE: 7/3/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

                              Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HEY JUDE, PTRS<br>3053 CENTER POINT ROAD NE<br>SUITE B<br>CEDAR RAPIDS, IA  52402-4037 | LEASE<br>OFFICE<br>10/1/2005 - 9/30/2007 |
| HHI PROPERTIES<br>8 LAFAYETTE PLACE<br>HILTON HEAD, SC  29926 | LEASE<br>OFFICE<br>4/2/2007 - 4/1/2008 |
| HHI PROPERTIES, INC<br>8 LAFAYETTE PLACE<br>ALAN COYNE<br>HILTON HEAD, SC  29926 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/2/2007 |
| HICKAM FEDERAL CREDIT UNION<br>40 HICKAM COVA<br>BLDG. 1256<br>HONOLULU, HI  96818-4834 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/16/2007 |
| HIDDEN VALLEY EQUITIES, LLC<br>1750 112TH AVENUE NE<br>BELLEVUE, WA  98004 | LEASE<br>OFFICE<br>8/22/2006 - 1/31/2008 |
| HIDDEN VALLEY EQUITIES, LLC<br>1750 112TH AVENUE NE<br>BELLEVUE, WA  98004 | LEASE<br>OFFICE<br>8/22/2006 - 1/31/2008 |
| HIGH PERFORMANCE MORTGAGE, INC.<br>231 LIVE OAK BLVD<br>CASSELBERRY, FL  32707 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  5/4/2006 |
| HIGH PERFORMANCE MORTGAGE, INC.<br>231 LIVE OAK BLVD<br>CASSELBERRY, FL  32707 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  4/13/2005 |
| HIGHLAND LAKES/DAN DEVELOPMENT, LTD.<br>ONE TRANS AM PLAZA DRIVE<br>SUITE 120<br>OAKBROOK TERRACE, IL  60181 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HIGHWOODS PROPERTIES, INC., TRUSTEE: ATTN. LEASE ADMINISTRATOR<br>3111 W DR. MARTIN LUTHER KING JR BLVD<br>SUITE 300<br>TAMPA, FL  33607 | LEASE<br>OFFICE<br>11/1/2006 - 10/31/2012 |
| HILLCREST DEVELOPMENT OF LAKE GENEVA, LLC<br>516 STATE ROAD 11<br>ALKHORN, WI  53121 | LEASE<br>DESK RENTAL<br>3/1/2006 - 12/31/2016 |
| HILTON ALEXANDRIA MARK CENTER | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/27/2006 |
| HILTON ANAHEIM<br>777 CONVENTION WAY<br>ANAHEIM, CA  92802 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 8/18/2006 |
| HILTON BOSTON BACK BAY<br>40 DALTON STREET<br>BOSTON, MA  02115 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/19/2007 |
| HILTON COLUMBIA<br>5485 TWIN KNOLLS ROAD<br>COLUMBIA, MD  21045 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/24/2006 |
| | **Addition** |
| HILTON HASBROUCK HEIGHTS<br>650 TERRACE AVENUE<br>HASBROUCK HEIGHTS, NJ  7604 | EXECUTIVE MEETING CENTER AGREEMENT<br>EFFECTIVE DATE: 3/15/2007 |
| | **Addition** |
| HILTON JACKSON<br>1001 EAST COUNTY LINE ROAD<br>JACKSON, MI  39211 | CATERING SALES EVENT AGREEMENT<br>CONTRACT ID: 11862-1.0<br>EFFECTIVE DATE: 7/18/2007 |
| HILTON LOS ANGELES UNIVERSAL CITY<br>555 UNIVERSAL HOLLYWOOD DRIVE<br>UNIVERSAL CITY, CA  91608 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/5/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HILTON NORTH RALEIGH<br>3415 WAKE FOREST ROAD<br>RALEIGH, NC  27609 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/12/2005 |
| HILTON NORTHBROOK<br>2855 NORTH MILWAUKEE AVE<br>NORTHBROOK, IL  60062 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/18/2006 |
| HILTON NORTHBROOK<br>2855 NORTH MILWAUKEE AVE<br>NORTHBROOK, IL  60062 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/12/2006 |

*Addition*

| | |
|---|---|
| HILTON NORTHBROOK #2<br>2855 NORTH MILWAUKEE AVENUE<br>NORTHBROOK, IL  60062-6103 | VENDOR<br>SITE USE<br>HOTEL ROOMS AGREEMETN RELATED TO WATERFIELD ACQUISITION<br>CONTRACT ID: 206-2.0<br>EFFECTIVE DATE: 1/18/2006 |
| HILTON SAN JOSE<br>300 ALMADEN BLVD.<br>SAN JOSE, CA  95110 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/16/2006 |
| HILTON SEATTLE AIRPORT AND CONFERENCE CENTER<br>17620 INTERNATIONAL BOULEVARD<br>SEATTLE, WA  98188-4001 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 10/4/2005 |
| HINSDALE BANK AND TRUST COMPANY<br>25 E FIRST ST.<br>HINSDALE, IL  60521 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/24/2006 |
| HIRERIGHT, INC.<br>2100 MAIN STREET<br>SUITE 400<br>IRVINE, CA  92614 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE: 3/27/2006 |
| HISTORIC SANTA MARIA INN<br>801 SOUTH BROADWAY<br>SANTA MARIA, CA  93454 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| HLCA, INC.<br>1 EAST MAIN STREET<br>WALLA WALLA, WA  99362 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11606-1.0<br>EFFECTIVE DATE:  12/4/2006 |
| HM LIFE INSURANCE COMPANY OF NY<br>420 5TH AVENUE 3RD FLR<br>NEW YORK, NY  10018 | LIFE INSURANCE BENEFIT PLAN<br>893298-A |
| HM LIFE INSURANCE COMPANY OF NY<br>420 5TH AVENUE 3RD FLR<br>NEW YORK, NY  10018 | STOP LOSS INSURANCE BENEFIT PLAN<br>10001718 |
| HOGAR MORTGAGE AND FINANCIAL SERVICES, INC<br>20 CRAIG ROAD<br>P.O. BOX 10<br>MONTVALE, NJ  07645 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/17/2006 |
| HOLIDAY INN COLUMBUS<br>175 HUTCHINSON AVENUE<br>COLUMBUS, OH  43235 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/12/2006 |
| HOLIDAY INN SACRAMENTO<br>NORTHEAST<br>5321 DATE AVENUE<br>SACRAMENTO, CA  95841 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/14/2006 |
| HOLIDAY INN SACRAMENTO<br>NORTHEAST<br>5321 DATE AVENUE<br>SACRAMENTO, CA  95841 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/14/2005 |
| HOLIDAY INN SELECT EXECUTIVE CENTER<br>4728 CONSTITUTION AVENUE<br>BATON ROUGE, LA  70808 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/31/2006 |
| HOME BUILDERS ASSOCIATION OF GREATER CHICAGO (HBAGC)<br>1841 W ARMY TRAIL RD.<br>ADDISON, IL  60101 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  7/10/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.** _____ Case No.  **07-11051** _____

Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOME DOWNPAYMENT GIFT FOUNDATION | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/23/2006 |
| HOME FEDERAL BANK<br>500 12TH AVENUE SOUTH<br>NAMPA, ID  83651 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/24/2007 |
| HOME FEDERAL BANK<br>500 12TH AVENUE SOUTH<br>NAMPA, ID  83651 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/1/2005 |
| **Addition** | |
| HOME FINANCE OF AMERICA, INC<br>521 PLYMOUTH RD.<br>STE 112<br>PLYMOUTH MEETING, PA  19462 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10907-1.0<br>EFFECTIVE DATE:  8/21/2006 |
| **Addition** | |
| HOME FINANCE OF AMERICA, INC<br>521 PLYMOUTH RD.<br>STE 112<br>PLYMOUTH MEETING, PA  19462 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED<br>POWER OF ATTORNEY<br>CONTRACT ID:  10907-2.0<br>EFFECTIVE DATE:  3/29/2007 |
| HOME FINDERS REALTY LTD. | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/14/2000 |
| HOME LOAN CORPORATION<br>450 GEARS ROAD<br>SUITE 600<br>HOUSTON, TX  77067 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |
| HOME LOAN MORTGAGE, CORP<br>1629 CEDAR AVENUE<br>ATWATER, CA  95301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/16/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**
_____                              _____
Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOME LOAN SPECIALISTS, INC.<br>23330 MILL CREEK DR.<br>2ND FLOOR<br>LAGUNA HILLS, CA  92653 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/3/2006 |
| HOME MORTGAGE FINANCE GROUP CORP<br>19705 S. DIXIE HWY<br>MIAMI, FL  33157 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| HOME MORTGAGE INC.<br>951 SW 122 AVENUE<br>MIAMI, FL  33184 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  4/27/2001 |
| HOME OWNERSHIP PLANS OF AMERICA<br>40 WEST BASELINE RD<br>TEMPE, AZ 85283 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/6/2006 |
| HOME OWNERSHIP PLANS OF AMERICA<br>40 WEST BASELINE RD<br>TEMPE, AZ 85283 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/17/2006 |
| HOME SAVINGS MORTGAGE<br>500 E ESPLANADE DR<br>OXNARD, CA  93036 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/10/2006 |
| HOME SECURITY FINANCIAL, INC<br>12651 NEWPORT AVE.<br>TUSTIN, CA  92780 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/16/2006 |
| HOME STATE MORTGAGE GROUP, INC.<br>40 GRANT STREET<br>CRYSTAL LAKE, IL  60014 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/22/2006 |
| HOMEAMERICAN MORTGAGE CORPORATION<br>4350 S. MONACO STREET<br>SUITE 500<br>DENVER, CO  80237 | BROKER/INVESTOR CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                             (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOMEAMERICAN MORTGAGE CORPORATION<br>4350 S. MONACO STREET<br>SUITE 500<br>DENVER, CO  80237 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/8/2007 |
| HOMEGAIN.COM, INC.<br>1250 45TH STREET<br>SUITE 200<br>EMERYVILLE, CA  94608 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 7/31/2001 |
| HOMEGATE SETTLEMENT SERVICES, INC.<br>135 SOUTH LASALLE STREET<br>SUITE 925<br>CHICAGO, IL  60674-9135 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| HOMEOWNERS MORTGAGE ENTERPRISE INC<br>2530 DEVINE STREET<br>COLUMBIA, SC  29205 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/16/2007 |
| HOMEOWNERS MORTGAGE ENTERPRISE INC<br>2530 DEVINE STREET<br>COLUMBIA, SC  29205 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/16/2007 |
| HOMEROUTE.COM<br>8163 W. GRAND RIVER AVENUE<br>BRIGHTON, MI  48114 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 1/11/2000 |
| HOMES ON THE HILL COMMUNITY DEVELOPMENT CORPORATION<br>12 S TERRACE AVE<br>COLUMBUS, OH  43204 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 1/17/2006 |
| HOMES ON THE HILL COMMUNITY DEVELOPMENT CORPORATION<br>12 S TERRACE AVE<br>COLUMBUS, OH  43204 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 1/17/2006 |
| HOMESIDE LENDING, INC<br>7301 BAT MEADOW WAY<br>JACKSONVILLE, FL  32256 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/3/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOMESOUTH MORTGAGE CORPORATION<br>13500 SUTTON PARK DR S<br>SUITE 803<br>JACKSONVILLE, FL  32224 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2006 |
| HOMESTAR FINANCIAL CORPORATION<br>848 JESSE JEWELL PARKWAY<br>SUITE 200<br>GAINESVILLE, GA  30501 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/19/2006 |
| HOMESTEAD HOLDINGS, INC<br>515 E CROSVILLE RD<br>SUITE 150<br>ROSWELL, GA  30075 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/12/2007 |
| HOMESTEAD HOLDINGS, LLC<br>515 E CROSVILLE RD<br>SUITE 150<br>ROSWELL, GA  30075 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE: 3/13/2007 |
| HOMESTONE MORTGAGE, INC<br>11255 KIRKLAND WAY<br>#100<br>KIRKLAND, WA  98033 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/9/2006 |
| HOMESTONE MORTGAGE, INC<br>11255 KIRKLAND WAY<br>#100<br>KIRKLAND, WA  98033 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/16/2006 |
| HOMESTORE SALES COMPANY, INC.<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 1/10/2005 |

**Addition**

| | |
|---|---|
| HOMETOWN BANK, N.A.<br>3016 S MCCLELLAND<br>JOPLIN, MO  64804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED<br>POWER OF ATTORNEY<br>CONTRACT ID:  10796-2.0<br>EFFECTIVE DATE: 4/11/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____                    _____
                    Debtor                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| HOMETOWN BANK, N.A.<br>1429 E 32ND ST<br>JOPLIN, MO  64804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10796-1.0<br>EFFECTIVE DATE: 7/24/2006 |
| HOMETOWN BANK,N.A.<br>3016 S MCCLELLAND<br>JOPLIN, MO  64804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/11/2007 |
| HOMETOWN BANK,N.A.<br>3016 S MCCLELLAND<br>JOPLIN, MO  64804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/24/2006 |

<div align="center">Addition</div>

| | |
|---|---|
| HOMETRUST MORTGAGE COMPANY<br>5353 W ALABAMA<br>SUITE 500<br>HOUSTON, TX  77056 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11607-1.0<br>EFFECTIVE DATE: 10/30/2006 |
| HOMEWIDE LENDING CORPORATION<br>70 SOUTH LAKE AVE<br>#690<br>PASADENA, CA  91101 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2006 |
| HONEYWELL | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE: 9/26/2005 |
| HOOVER COURT, LLC<br>P.O. BOX 13007<br>BIRMINGHAM, AL  35202 | LEASE<br>OFFICE<br>11/15/2005 - 12/14/2010 |
| HOPEWELL FEDERAL CREDIT UNION<br>PO BOX 2157<br>HEATH, OH  43056-0157 | LEASE<br>MSA<br>6/1/2001 - 12/31/2017 |
| HOPEWELL FEDERAL CREDIT UNION<br>501 HOPEWELL DRIVE<br>HEATH, OH  43056 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CO<br>CONTRACT DATE:  20-MAY-05 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                     Case No.  **07-11051**

_____
                        Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOPEWELL FEDERAL CREDIT UNION<br>501 HOPEWELL DRIVE<br>HEATH, OH  43056 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/20/2005 |
| HORIZON BANK<br>502 FRANKLIN SQ<br>MICHIGAN CITY, IN  46360 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/30/2006 |
| HORIZON BANK<br>502 FRANKLIN SQ<br>MICHIGAN CITY, IN  46360 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/28/2007 |
| HORIZON DIRECT, INC. D/B/A COMMITMENT LENDING<br>30101 AGOURA COURT<br>#102<br>AGOURA HILLS, CA  91301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/3/2006 |

**Addition**

| | |
|---|---|
| HOST COMMUNICATIONS<br>546 EAST MAIN STREET<br>LEXINGTON, KY  40508 | ADVERTISING SPACE CONTRACT<br>EFFECTIVE DATE: 5/31/2006 |
| HOTEL PARISI<br>1111 PROSPECT STREET<br>LA JOLLA, CA  92037 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/26/2007 |
| HOTEL PARISI<br>1111 PROSPECT STREET<br>LA JOLLA, CA  92037 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/18/2007 |
| HOUSEHOLD FINANCIAL SERVICES | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE: 1/1/2001 |
| HOUSING AUTHORITY OF THE COUNTY OF DEKALB, GEORGIA<br>750 COMMERCE DR<br>STE 201<br>DECATUR, GA  30030 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 11/10/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *Addition* | |
| HOUSING AUTHORITY OF THE COUNTY OF HILLSBOROUGH COUNTY<br>HILLSBOROUGH COUNTY, FLORIDA<br>10119 WINDHORST RD<br>TAMPA, FL  33619 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>MASTER MORTGAGE ORIGINATION AND SERVICING AGREEMENT<br>CONTRACT ID:  10403-2.0<br>EFFECTIVE DATE:  5/1/2006 |
| *Addition* | |
| HOUSING AUTHORITY OF THE COUNTY OF HILLSBOROUGH COUNTY<br>HILLSBOROUGH COUNTY, FLORIDA<br>10119 WINDHORST RD<br>TAMPA, FL  33619 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>OFFER TO ORIGINATE<br>CONTRACT ID:  10403-1.0<br>EFFECTIVE DATE:  4/27/2006 |
| *Addition* | |
| HOUSING AUTHORITY OF THE COUNTY OF HILLSBOROUGH COUNTY<br>HILLSBOROUGH COUNTY, FLORIDA<br>10119 WINDHORST RD<br>TAMPA, FL  33619 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>INVITATION TO ORIGINATE<br>CONTRACT ID:  10403-3.0<br>EFFECTIVE DATE:  4/30/2007 |
| HOUSING COMMISSION OF ANNE ARUNDEL COUNTY<br>7477 BALTIMORE-ANNAPOLIS BLVD<br>SUITE 302<br>PO BOX 817<br>GLEN BURNIE, MD  21060-2817 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/27/2006 |
| HOUSING FINANCE AUTHORITY OF BROWARD COUNTY, FLORIDA<br>110 NE THIRD STREET<br>SUITE 300<br>FT. LAUDERDALE, FL  33301 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  4/12/2007 |
| HOUSING FINANCE AUTHORITY OF HILLSBOROUGH COUNTY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  4/30/2007 |
| HOUSING FINANCE AUTHORITY OF HILLSBOROUGH COUNTY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  4/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____
Debtor                                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOUSING FINANCE AUTHORITY OF LEE COUNTY<br>2001 ROSS AVENUE<br>SUITE 3180<br>DALLAS, TX  75201 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/11/2003 |
| HOUSING FINANCE AUTHORITY OF MANATEE COUNTY, FLORIDA<br>C/O E. N. FAY JR. ESQ<br>6404 MANATEE AVE W<br>SUITE G<br>BRANDENTON, FL  34204 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/1/2006 |
| HOUSING FINANCE AUTHORITY OF MIAMI-DADE COUNTY<br>25 WEST FLAGLER STREET<br>SUITE 950<br>MIAMI, FL  33130-1720 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/27/2006 |
| HOUSING FINANCE AUTHORITY OF MIAMI-DADE COUNTY<br>25 WEST FLAGLER STREET<br>SUITE 950<br>MIAMI, FL  33130-1720 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 9/15/2005 |
| HOUSING FINANCE AUTHORITY OF PINNELLAS COUNTY<br>14 SOUTH FORT HARRISON AVENUE<br>SUITE 3050<br>CLEARWATER, FL  33756 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/20/2003 |
| HOUSING OPPORTUNITIES OF HOUSTON | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/3/2004 |
| HOWARD HUGHES PROPERTIES, LIMITED PARTNERSHIP C/O THE HOWARD HUGHES CORPORATION<br>10000WEST CHARLESTON BLVD.<br>SUITE 200<br>LAS VEGAS, NV  89135 | LEASE<br>OFFICE<br>12/1/2005 - 11/30/2008 |
| HOWLAND PLAZA OWNERSHIP<br>5050 BELMONT AVENUE<br>YOUNGSTOWN, OH  44505 | LEASE<br>SHOPPING CENTER<br>11/1/2006 - 10/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                             Case No.  **07-11051**
_____
                        Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HQ GLOBAL WORKPLACES<br>2001 ROUTE 46<br>SUITE 310<br>PARSIPPANY, NJ  07054 | LEASE<br>EXECUTIVE SUITE<br>1/1/2001 - 12/31/2007 |
| HQ GLOBAL WORKPLACES, INC.<br>5445 DTC PARKWAY<br>PENTHOUSE FOUR<br>GREENWOOD VILLAGE, CO  80111 | LEASE<br>OFFICE<br>3/1/2007 - 2/29/2008 |
| HSA LEARNING & PERFORMANCE SOLUTIONS LLC | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/25/2006 |
| HSBC BANK USA, NATIONAL ASSOCIATION (INITIAL PURCHASER)<br>452 FIFTH AVENUE<br>NEW YORK, NY  10018 | LOAN SALE/SERVICING AGREEMENT<br>MASTER MORTGAGE LOAN PURCHASE AND SERVICING AGREEMENT<br>1.1 (J) CB<br>CONTRACT DATE:  21-JUN-06 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CUSTODIAN,<br>AND COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING LP, AS A SERVICER<br>DEUTSCHE BANK NATIONAL TRUST COMPANY (THE "TRUSTEE")<br>NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE ON BEHAL<br>452 FIFTH AVENUE<br>NEW YORK, NY  10018 | THIRD PARTY SECURITIZATION<br>CUSTODIAL AGREEMENT<br>1.1 (J) FK<br>CONTRACT #:  (DBALT 2007-1)<br>CONTRACT DATE:  1-JUN-07 |
| HSBC BANK, NATIONAL ASSOCIATION (THE "ASSIGNOR"), HSI ASSET SECURITIZATION CORPORATION (THE "ASSIGNEE"),<br>CITIMORTGAGE INC. AS MASTER SERVICER (THE "MASTER SERVICER"),<br>DEUTSCHE BANK NATIONAL TRUST COMPANY (THE "TRUSTEE")<br>NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE ON BEHAL<br>452 FIFTH AVENUE<br>NEW YORK, NY  10018 | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) AM<br>CONTRACT #:  (HALO 2007-AR1)<br>CONTRACT DATE:  1-JAN-07 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

                                    Debtor                                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION (THE "ASSIGNOR"), HSI ASSET SECURITIZATION CORPORATION (THE "ASSIGNEE"), WELLS FARGO BANK, N.A., AS MASTER SERVICER (THE "MASTER SERVICER"), DEUTSCHE BANK NATIONAL TRUST COMPANY (THE "TRUSTEE") NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE ON BEHAL 452 FIFTH AVENUE NEW YORK, NY  10018 | AHM SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT CONTRACT DATE:  31-JUL-07 |
| HSBC BANK, NATIONAL ASSOCIATION (THE "ASSIGNOR"), HSI ASSET SECURITIZATION CORPORATION (THE "ASSIGNEE"), WELLS FARGO BANK, N.A., AS MASTER SERVICER (THE "MASTER SERVICER"), DEUTSCHE BANK NATIONAL TRUST COMPANY (THE "TRUSTEE") NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE ON BEHAL 452 FIFTH AVENUE NEW YORK, NY  10018 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AU CONTRACT #:  (HALO 2007-AR2) CONTRACT DATE:  31-JUL-07 |
| HSBC BANK, USA 452 FIFTH AVENUE NEW YORK, NY  10018 | SECONDARY MARKETING CONTRACT WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT EFFECTIVE DATE:  11/1/2006 |
| HSBC BANK, USA 452 FIFTH AVENUE NEW YORK, NY  10018 | SECONDARY MARKETING CONTRACT WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT EFFECTIVE DATE:  6/21/2006 |
| HSBC MORTGAGE CORPORATION 2929 WALDEN AVENUE-ATTN: 27SBO-ACCTG DEPEW, NY  14043 | LOAN SALE/SERVICING AGREEMENT LOAN SALE AND SERVICING AGREEMENT 1.1 (J) BL |
| HSBC MORTGAGE CORPORATION (USA) 2929 WALDEN AVENUE-ATTN: 27SBO-ACCTG DEPEW, NY  14043 | SECONDARY MARKETING CONTRACT WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT EFFECTIVE DATE:  1/11/2007 |
| HTTP DEVELOPMENT INC. 1310 WASHINGTON STREET COLUMBIA, SC  29201 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  3/13/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HUB PROPERTIES TRUST<br>C/O REIT MANAGEMENT & RESEARCH<br>PO BOX 84-5946<br>BOSTON, MA  02284-5946 | LEASE<br>OFFICE<br>8/1/2007 - 7/31/2012 |
| HUB PROPERTIES TRUST<br>C/O REIT MANAGEMENT & RESEARCH<br>PO BOX 84-5946<br>BOSTON, MA  02284-5946 | LEASE<br>OFFICE<br>2/1/2005 - 7/31/2010 |

**Addition**

| | |
|---|---|
| HUDSON GLOBAL RESOURCES MANAGEMENT, INC<br>622 THIRD AVENUE<br>NEW YORK, NY  10017 | AGREEMENT |
| HUDSON LIVING TRUST D/T/D 6/14/1983<br>P.O. BOX 7163<br>CARMEL, CA  93921 | LEASE<br>OFFICE<br>8/15/2005 - 8/14/2010 |
| HUFF VILLAGE REALTY<br>309 NORTH HIGH STREET<br>MT. ORAB, OH  45154 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  6/29/2006 |
| HUFF VILLAGE REALTY<br>309 NORTH HIGH STREET<br>MT. ORAB, OH  45154 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  10/1/2003 |
| HUNTER BY CHANCE, LLC<br>3501 CHELSEA<br>CORINTH, TX  76210 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  11/10/2006 |
| HUNTER BY CHANCE, LLC<br>3501 CHELSEA<br>CORINTH, TX  76210 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  7/28/2005 |
| HUNTER BY CHANCE, LLC (HISPANIC LENDING.COM)<br>3501 CHELSEA<br>CORINTH, TX  76210 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  8/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HUNTINGTON NATIONAL BANK<br>RETAIL CONSUMER LOAN CENTER<br>7 EASTON OVAL-EA5W46<br>COLUMBUS, OH  43219 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT |
| HUNTON & WILLIAMS<br>101 SOUTH  TRYON STREET<br>CHAROLOTTE, NC  28280 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 6/12/2006 |
| HUSTON PROPERTIES<br>1601 TIFFIN AVENUE<br>FINDLAY, OH  45840 | LEASE<br>OFFICE<br>2/1/2005 - 12/31/2007 |
| HYATT REGENCY CHESAPEAKE BAY<br>GOLF RESORT, SPA AND MARINA<br>100 HERON BLVD<br>CAMBRIDGE, MD  21613 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/31/2006 |
| HYATT REGENCY CHESAPEAKE BAY<br>GOLF RESORT, SPA AND MARINA<br>100 HERON BLVD<br>CAMBRIDGE, MD  21613 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/28/2005 |
| HYATT REGENCY CHESAPEAKE BAY<br>GOLF RESORT, SPA AND MARINA<br>100 HERON BLVD<br>CAMBRIDGE, MD  21613 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/31/2006 |
| HYATT REGENCY COLUMBUS<br>DEPT L-215, 350 N.HIGH ST<br>COLUMBUS, OH  43215 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/28/2005 |
| HYATT REGENCY GRAND CYPRESS<br>ONE GRAND CYPRESS BLVD<br>ORLANDO, FL  32836 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/27/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**

_____
                          Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

HYATT REGENCY LA JOLLA
3777 LA JOLLA VILLAGE DRIVE
SAN DIEGO, CA  92122

VENDOR
SITE USE
HOTEL ROOMS AGREEMENT
CONTRACT ID:  549-1.0
EFFECTIVE DATE: 5/19/2006

HYATT REGENCY O'HARE
9300 WEST BRYN MAWR AVE
ROSEMONT, IL  60018

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 5/15/2006

HYATT REGENCY ORLANDO

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 4/16/2007

HYATT REGENCY PIER SIXTY SIX
2301 SE 17TH STREET CAUSEWAY
FORT LAUDERDALE, FL  33316

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 5/2/2006

HYATT REGENCY TECH CENTER
7800 EAST TUFTS AVENUE
DENVER, CO  80237

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 4/12/2006

HYATT REGENCY TECH CENTER
7800 EAST TUFTS AVENUE
DENVER, CO  80237

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 5/19/2006

<div align="center">Addition</div>

HYDE PARK JEWELERS
CHERRY CREEK SHOPPING CENTER
3000 E. 1ST AVENUE
DENVER, CO  80206

INFORMATION REQUEST
EFFECTIVE DATE: 9/5/2007

HYPERION CAPITAL GROUP LLC
5885 S W MEADOWS RD
STE 125
LAKE OSWEGO, OR  97035

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/9/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                          Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

HYPERION CAPITAL GROUP LLC
5885 S W MEADOWS RD
STE 125
LAKE OSWEGO, OR  97035

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/26/2005

**Addition**

IBM BUSINESS MACHINE CORPORATION
7100 HIGHLAND PARKWAY
SMYRNA, GA  30082

VENDOR
EQUIPMENT
CUSTOMER AGREEMENT
CONTRACT ID:  10093-1.0
EFFECTIVE DATE:  5/17/2005

IBM CORPORATION
POB 643600
PITT, PA  15264-3600

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  4/11/2006

IBM CORPORATION
P.O. BOX  643600
PITTSBURGH, PA  15264-3600

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  2/22/2007

IBM CORPORATION
P.O. BOX  643600
PITTSBURGH, PA  15264-3600

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  2/22/2007

**Addition**

IBM CORPORATION - BARSA SYSTEMS
2900 WESTCHESTER AVENUE
PURCHASE, NY  10577

LETTER OF UNDERSTANDING

ICC NORFOLK LTD. - PROPERTY MANAGEMENT OFFICE
6387 CENTER DRIVE, BUILDING 2, SUITE 1
NORFOLK, VA  23502

LEASE
OFFICE
11/14/2003 - 3/31/2010

IDAHO COMMUNITY FOUNDATION
P.O. BOX  8145
BOISE, ID  83707

VENDOR CONTRACT
SUBSCRIPTION
EFFECTIVE DATE:  1/5/2007

IDAHO HOUSING AND FINANCE ASSOCIATION
565 WEST MYRTLE STREET
BOISE, ID  83702

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  9/23/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IDAHO HOUSING AND FINANCE ASSOCIATION<br>565 WEST MYRTLE STREET<br>BOISE, ID  83702 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/24/2003 |
| IDCSERVCO<br>P.O. BOX  1925<br>CULVER CITY, CA  90232-1925 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 7/26/2007 |
| IDEAL MORTGAGE BANKERS, LTD.<br>10404 W COGGINS ST #105<br>SUN CITY, AZ  85351 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| IDS INC<br>9901 BUSINESS PARKWAY<br>LANHAM, MD  20706 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/21/2007 |
| IFG MORTGAGE SERVICES, INC.<br>5430 TRABUCO RD<br>#150<br>IRVINE, CA  92620 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/1/2006 |
| IGNITION MORTGAGE TECHNOLOGY SOLUTIONS, INC.<br>ONE HARBOR DRIVE<br>SUITE 300<br>SAUSALITO, CA  94965 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/8/2003 |
| IHOMEOWNERS, INC. D/B/A LOANWEB.COM<br>24003 VENTURA BLVD.<br>CALABASAS, CA  91302 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 2/28/2006 |
| IKON<br>417 GRAND PARK DRIVE<br>PARKERSBURG, WV  26101 | COPIER CONTRACT<br>1532621<br>10/12/2004 - 10/12/2007 |
| IKON<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | COPIER CONTRACT<br>1532628<br>9/30/2004 - 9/30/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                     Case No.  **07-11051**

Debtor                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IKON<br>2025 EAST EDISON ROAD<br>SOUTH BEND, IN  46637 | COPIER CONTRACT<br>69004A<br>6/29/2005 - 5/29/2010 |
| IKON<br>10220 SW GREENBURG ROAD<br>PORTLAND, OR  97223 | COPIER CONTRACT<br>1649937<br>4/20/2005 - 4/20/2008 |
| IKON<br>6270 CENTER STREET<br>MENTOR, OH  44060 | COPIER CONTRACT<br>1532638<br>9/30/2004 - 9/30/2007 |
| IKON FINANCIAL SERVICES<br>P.O. BOX  41564<br>PHILADELPHIA, PA  19101-1564 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  3/10/2006 |
| IKON OFFICE SOLUTIONS<br>1277 KELLY JOHNSON BLVD<br>SUITE 260<br>COLORADO SPRINGS, CO  80920 | COPIER CONTRACT<br>564885 |
| IKON OFFICE SOLUTIONS CAPITAL<br>1738 BASS ROAD<br>MACON, GA  31210 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  2/13/2003 |
| IL - IIII 22ND ST. C/O EQUITY OFFICE / ATT: 10920<br>135 LA SALLE<br>DEPT 3763<br>CHICAGO, IL  60674-3763 | LEASE<br>OFFICE<br>10/1/2003 - 9/30/2008 |
| ILINK COMMUNICATIONS, INC.<br>2999 N 44TH STREET<br>SUITE 650<br>PHOENIX, AZ  85018 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/18/2006 |
| ILINK COMMUNICATIONS, INC.<br>2999 N 44TH STREET<br>SUITE 650<br>PHOENIX, AZ  85018 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/23/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                          (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ILLINOIS EDUCATION ASSOCIATION<br>3440 LIBERTY DRIVE<br>SPRINGFIELD I, IL  62704-1999 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/9/2006 |
| ILLINOIS EDUCATION ASSOCIATION<br>3440 LIBERTY DRIVE<br>SPRINGFIELD I, IL  62704-1999 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/24/2006 |
| ILLINOIS FINANCE AUTHORITY<br>180 N. STETSON AVE<br>SUITE 2555<br>CHICAGO, IL  60601 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 10/18/2005 |
| ILOG, INC<br>1080 LINDA VISTA VENUE<br>MOUNTAIN VIEW, CA  94043 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 12/6/2006 |
| ILOG, INC<br>1080 LINDA VISTA VENUE<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>SOFTWARE |
| **Addition** | |
| ILOG, INC.<br>1080 LINDA VISTA VENUE<br>MOUNTAIN VIEW, CA  94043 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>MUTUAL CONFIDENTIALITY AGREEMENT<br>CONTRACT ID: 11220-1.0<br>EFFECTIVE DATE: 12/6/2006 |
| **Addition** | |
| ILOG, INC.<br>1195 WEST FREMONT AVENUE<br>SUNNYVALE, CA  94087 | VENDOR<br>SOFTWARE<br>ENTERPRISE LICENSE AGREEMENT FOR JRULES<br>CONTRACT ID: 11220-2.0<br>EFFECTIVE DATE: 6/5/2007 |
| IMPAC FUNDING CORPORATION<br>C/O COUNTRYWIDE HOME LOANS | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/25/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**      Case No.  **07-11051**

        Debtor                           (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IMPERIAL CAPITAL BANK<br>500 NORTH BRAND<br>SUITE 1500<br>GLENDALE, CA  91203 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  11/15/2006 |
| IN CHARGE DEBT SOLUTIONS<br>2101 PARK CENTER DRIVE<br>SUITE 320<br>ORLANDO, FL  32835 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  3/1/2005 |
| IN CHARGE DEBT SOLUTIONS<br>2101 PARK CENTER DRIVE<br>SUITE 320<br>ORLANDO, FL  32835 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  3/1/2005 |

**Addition**

| | |
|---|---|
| INCO-CHECK, INC<br>A CALIFORNIA CORPORATION<br>FOOTHILL RANCH, CA  92610 | VENDOR<br>PROCESSING/SERVICING<br>SERVICE AGREEMENT<br>CONTRACT ID:  11126-1.0<br>EFFECTIVE DATE:  5/4/2004 |
| INCO-CHECK, INC.<br>26741 PORTOLA PARKWAY<br>STE 1E-250<br>FOOTHILL RANCH, CA  92610-1743 | VENDOR CONTRACT<br>EMPLOYEE SCREENING<br>EFFECTIVE DATE:  1/18/2002 |
| INDEPENDENCE BANK<br>425 EAST 18TH STREET<br>OWENSBORO, KY  42303 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/20/2005 |
| INDEPENDENCE MORTGAGE<br>8620 BIGGIN HILL LANE<br>LOUISVILLE, KY  40220 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/2/2005 |
| INDEPENDENT BANK WEST MICHIGAN<br>230 W.MAIN ST<br>LONIA, MI  48846 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/13/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

INDIAN RIVER NATIONAL BANK
958 20TH PLACE
VERO BEACH, FL  32960

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/29/2007


INDIAN VALLEY PROPERTIES
P.O.BOX 487
WOODBRIDGE, VA  22194-0487

LEASE
OFFICE
6/1/2005 - 5/31/2010


INDIANA DATA CENTER, LLC

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 2/10/2006


INDIANA HOUSING AND COMMUNITY DEVELOPMENT AUTHORITY
30 SOUTH MERIDIAN STREET
SUITE 1000
INDIANAPOLIS, IN  46204

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 5/5/2006


INDIANA HOUSING AND COMMUNITY DEVELOPMENT AUTHORITY
30 SOUTH MERIDIAN STREET
SUITE 1000
INDIANAPOLIS, IN  46204

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 3/15/2007


INDIANA HOUSING AUTHORITY
30 SOUTH MERIDIAN STREET
SUITE 1000
INDIANAPOLIS, IN  46204

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 10/18/2005

**Addition**

INDIANA HOUSING FINANCE AUTHORITY
30 SOUTH MERIDIAN STREET
SUITE 1000
INDIANAPOLIS, IN  46204

SECONDARY MARKETING CONTRACT
MORTGAGE ORIGINATION AND SALE AGREEMENT
CONTRACT ID: 10346-1.0
EFFECTIVE DATE: 3/1/2005


INDIANAPOLIS MARRIOTT NORTH
3645 RIVER CROSSING PARKWAY
INDIANAPOLIS, IN  46240

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 4/13/2006


INDIVIDUAL ASSURANCE COMPANY
2400 W 75TH ST
PRAIRIE VILLAGE, KS  66208

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 1/11/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____
                            Debtor                                                                  (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| INDUSTRIAL BUILDING SERVICES<br>3511 N. E. 22ND AVENUE<br>SUITE 300<br>FORT LAUDERDALE, FL  33308 | CONTRACTOR SERVICES AGREEMENT |
| INDUSTRIAL CENTRE FEDERAL CREDIT UNION<br>4501 SOUTH DELAWARE DRIVE<br>ATTN: BRETT RINKER<br>MUNCIE, IN  47302 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 6/1/2005 |
| INDUSTRIAL CENTRE FEDERAL CREDIT UNION<br>4501 SOUTH DELAWARE DRIVE<br>ATTN: BRETT RINKER<br>MUNCIE, IN  47302 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 10/31/2005 |
| INDUSTRIAL CENTRE FEDERAL CREDIT UNION<br>4501 SOUTH DELAWARE DRIVE<br>ATTN: BRETT RINKER<br>MUNCIE, IN  47302 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 6/1/2005 |
| INDUSTRIAL CENTRE FEDERAL CREDIT UNION (PURCHASER)<br>4501 SOUTH DELAWARE DRIVE<br>ATTN: BRETT RINKER<br>MUNCIE, IN  47302 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CP<br>CONTRACT DATE: 1-JUN-05 |
| INDYMAC BANK, F.S.B<br>3465 EAST FOOTHILL BOULEVARD<br>PASADENA, CA  91107 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  1/29/2001 |
| INDYMAC BANK, F.S.B<br>3465 EAST FOOTHILL BOULEVARD<br>PASADENA, CA  91107 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  12/21/2001 |
| INDYMAC BANK, F.S.B<br>3465 EAST FOOTHILL BOULEVARD<br>PASADENA, CA  91107 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  1/16/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**

_____

Debtor                                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

INDYMAC BANK, F.S.B.
155 NORTH LAKE AVENUE
PASADENA, CA  91101

SECONDARY MARKETING CONTRACT
2000 ANNUAL RECERTIFICATION
CONTRACT ID:  11347-2.0
EFFECTIVE DATE:  11/29/2001

Addition

INDYMAC BANK, F.S.B.
3465 EAST FOOTHILL BOULEVARD
PASADENA, CA  91107

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
FLOW MORTGAGE LOAN PURCHASE AND INTERIM SERVICING
AGREEMENT
CONTRACT ID:  11347-1.0
EFFECTIVE DATE:  1/16/2002

INFICARE INC DBA INFICARE TECHNLOGIES
8133 LEESBURG PIKE
SUITE 400
VIENNA, VA  22182

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  6/22/2007

Addition

INFICARE INC DBA INFICARE TECHNOLOGIES
8133 LEESBURG PIKE
SUITE 400
VIENNA, VA  22182

HUMAN RESOURCES CONTRACT
RECRUITERS
PERSONNEL STAFFING SERVICES AGREEMENT
CONTRACT ID:  11765-1.0
EFFECTIVE DATE:  6/22/2007

INFLUENT INC.
565 METRO PLACE SOUTH SUITE 250
ATTN: BARBARA BRICKER,
MGR OF CORPORATE ADMIN
DUBLIN, OH  43017

VENDOR CONTRACT
CALL CENTER
EFFECTIVE DATE:  6/7/2005

INFO OPTICS GROUP

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  2/16/2006

INFORMA RESEACH SERVICES
26565 AGOURA ROAD
SUITE 300
CALABASAS, CA  91302-1942

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  9/22/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**      Case No. **07-11051**

         Debtor          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INFORMA RESEARCH SERVICES, INC<br>26565 AGOURA ROAD<br>SUITE 300<br>CALABASAS, CA  91302-1942 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 3/15/2007 |
| INFORMA RESEARCH SERVICES, INC<br>26565 AGOURA ROAD<br>SUITE 300<br>CALABASAS, CA  91302-1942 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 9/20/2006 |
| INFORMATICA CORPORATION<br>P.O. OBX 49085<br>SAN JOSE, CA  95161-9085 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/6/2007 |
| INFORMATICA CORPORATION<br>P.O. OBX 49085<br>SAN JOSE, CA  95161-9085 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 6/29/2007 |
| INFORMATION CONCEPTS, INC<br>503 CARLISLE DRIVE<br>HERNDON, VA  20170 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/23/2007 |
| INFORMATION TECHNOLOGY SOURCES INC.<br>128 SKYLINE DRIVE<br>NEWHOLLAND, PA  17557 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/9/2006 |
| INFORMATION TECHNOLOGY SOURCES INC.<br>128 SKYLINE DRIVE<br>NEWHOLLAND, PA  17557 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/9/2006 |
| INFORMATION TECHNOLOGY SOURCES INC.<br>128 SKYLINE DRIVE<br>NEWHOLLAND, PA  17557 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/9/2006 |
| ING DIRECT<br>1475 DUNWOODY DRIVE<br>WEST CHESTER, PA  19380-1478 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**
_____                     _____
                        Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INLAND MID-ATLANTIC MANAGEMENT CORP.<br>4687 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | LEASE<br>SHOPPING CENTER<br>8/11/2003 - 8/10/2008 |
| INLAND SOUTHEAST PROPERTY MANAGEMENT CORP.<br>4770 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | LEASE<br>SHOPPING CENTER<br>6/7/2005 - 6/6/2010 |
| INLAND US MANAGEMENT<br>13068 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 | LEASE<br>SHOPPING CENTER<br>1/1/2005 - 3/31/2010 |
| INN ON BILTMORE ESTATE<br>ONE ANTLER HILL RD<br>ASHEVILLE, NC  28803 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  9/27/2006 |
| INNOVATIVE GOURMET<br>11 E  GWYNNS MILLS COURT<br>OWINGS MILLS, MD  21117 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  5/3/2007 |
| INNOVATIVE MORTGAGE SOLUTIONS LLC DBA<br>TODAYSLENDER.COM<br>200 LAKE DRIVE EAST<br>SUITE 110<br>CHERRY HILL, NJ  08002 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  5/2/2006 |
| INNOVATIVE TECHNOLOGY SYSTEMS, LLC / MONITRONICS INTERNATIONAL, INC.<br>10381 SPARTAN DRIVE<br>CINCINNATI<br>CINCINNATI, OH  45215 | VENDOR CONTRACT<br>FACILITIES (FILE STORAGE)<br>EFFECTIVE DATE:  11/23/2005 |
| INNOVATIVE WORKFLOW ENGINEERING DBA VIRPACK<br>8603 WESTWOOD CENTER DRIVE<br>SUITE 250<br>VIENNA, VA  22182 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  12/1/2004 |

**Addition**

| | |
|---|---|
| INNOVIS DATA SOLUTIONS, INC | APPLICATION FOR SERVICES<br>EFFECTIVE DATE:  9/15/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

INNOVIS GET2CONNECT VAN SERVICE
1277 LENOX PARK BLVD
ATLANTA, GA  30319

VENDOR
SOFTWARE
LICENSE AGREEMENT
CONTRACT ID:  10043-1.0
EFFECTIVE DATE:  12/3/2002

INOVIS GET2CONNECT VAN SERVICE
1277 LENOX PARK BLVD
ATLANTA, GA  30319

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/12/2005

INSIDE NORTHSIDE MAGAZINE
P.O  BOX  9148
MANDEVILLE, LA  70470

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  4/27/2007

*Addition*

INSIGHTS LEARNING & DEVELOPMENT, LTD
7700 CHEVY CHASE DRIVE
SUITE 1.230
AUSTIN, TX  78752

VENDOR
PROCESSING/SERVICING
TRAINING AGREEMENT
CONTRACT ID:  11566-1.0
EFFECTIVE DATE:  4/9/2007

INSIGHTS LEARNING & DEVLOPMENT, LTD
7700 CHEVY CHASE DRIVE
SUITE 1.230
AUSTIN, TX  78752

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  4/9/2007

INSOUTH  FUNDING, INC
4522 EXECUTIVE DRIVE
SUITE 201
NAPLES, FL  34119

CORRESPONDENT CONTRACT
OTHER
EFFECTIVE DATE:  5/31/2007

INSTANT CAPITAL FUNDING GROUP, INC
5920 S RAINBOW BLVD
SUITE 7
LAS VEGAS, NV  89118

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE:  4/27/2005

*Addition*

INSTANTSERVICE, INC
600 UNIVERSITY AVENUE
SUITE 401
SEATTLE, WA  98101

END USER LICENSE AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

                              Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INSURBANC, FSB<br>10 EXECUTIVE DRIVE<br>FARMINGTON, CT  06032 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 7/23/2007 |
| INSURBANC, FSB<br>10 EXECUTIVE DRIVE<br>FARMINGTON, CT  06032 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 7/23/2007 |
| INSURBANC, FSB<br>10 EXECUTIVE DRIVE<br>FARMINGTON, CT  06032 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/30/2007 |
| INTEGRITY BAN CORP.<br>43385 BUSINESS PARK DRIVE<br>SUITE 110<br>TEMECULA, CA  92590 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/28/2006 |

**Addition**

| | |
|---|---|
| INTEGRITY BANK<br>1315 W INDIANTOWN RD<br>JUPITER, FL  33458 | MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 10/31/2005 |
| INTELA ONE COMMUNICATIONS, INC.<br>7816 FAIRVIEW ROAD<br>SUITE 309<br>CHARLOTTE, NC  28226 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/4/2003 |

**Addition**

| | |
|---|---|
| INTELLEDATA LLC<br>333 RECTOR PLACE<br>SUITE 5D<br>NEW YORK, NY  10280 | MUTUAL CONFIDENTIALITY AGREEMENT<br>EFFECTIVE DATE: 4/26/2005 |
| INTELLIDYN CORP<br>175 DERBY STREET<br>UNIT 40<br>HINGHAM, MA  02043 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/4/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                 _____
                         Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INTELLIDYN CORPORATION<br>175 DERBY STREET<br>UNIT 40<br>HINGHAM, MA  02043 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/25/2006 |
| INTER MOUNTAIN MORTGAGE<br>1740 GILLETTE ROADE<br>POMONA, CA  91768 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 2/2/2007 |
| INTER MOUNTAIN MORTGAGE<br>1740 GILLETTE ROADE<br>POMONA, CA  91768 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 1/30/2006 |
| INTER MOUNTAIN MORTGAGE<br>1740 GILLETTE ROADE<br>POMONA, CA  91768 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 1/30/2006 |
| INTERACTIVE COMPUTER CORP.<br>1440 S. STATE COLLEGE BLVD.<br>SUITE 4F<br>ANAHEIM, CA  92806 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/22/2007 |
| INTERBAY FUNDING, LLC<br>1301 VIRGINIA DRIVE<br>SUITE 403<br>PORT WASHINGTON, PA  19034 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 5/17/2005 |
| INTERCONTINENTAL HOUSTON<br>2222 WEST LOOP SOUTH<br>HOUSTON, TX  77027 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/1/2006 |
| INTERCONTINENTAL NEW ORLEANS<br>444 ST. CHARLES AVE.<br>NEW ORLEANS, LA  70130 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/21/2006 |
| INTERCONTINENTAL WEST MIAMI<br>2505 NORTHWEST 87TH AVENUE<br>DORAL, FL  33172 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                    _____
                          Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INTERFIRST WHOLESALE MORTGAGE LENDING | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE:  2/8/2005 |

**Addition**

| | |
|---|---|
| INTERNATION BUSINESS MACHINE CORPORATION 7100 HIGHLAND PARKWAY SMYRNA, GA  30082 | VENDOR EQUIPMENT CUSTOMER AGREEMENT CONTRACT ID:  10093-1.0 EFFECTIVE DATE:  5/17/2005 |
| INTERNATIONAL BUSINESS MACHINE CORPORATION 7100 HIGHLAND PARKWAY SMYRNA, GA  30082 | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE:  5/22/2006 |
| INTERNATIONAL OFFICE SUITES ONE NEW HAMPSHIRE AVENUE SUITE 125 PORTSMOUTH, NH  03801 | LEASE EXECUTIVE SUITE 1/15/2005 - 12/31/2016 |
| INTERNATIONAL REALTY PLUS, INC. | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  3/3/2006 |
| INTERNET ALLIANCE GROUP, INC 1610 WYNKOOP STREET DENVER, CO  80202 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  3/7/2006 |
| INTERO REAL ESTATE 1900 CAMDEN AVENUE SAN JOSE, CA  95124 | LEASE DESK RENTAL/MSA 2/1/2007 - 1/31/2008 |
| INTERO REAL ESTATE 730 EAST F STREET SUITE A OAKDALE, CA  95361 | LEASE OFFICE 5/1/2007 - 4/30/2017 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY CT NETWORKS) 1016 W. GENEVA DR TEMPE, AZ | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  1/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
                         Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY CT NETWORKS)<br>1016 W. GENEVA DR<br>1016 W. GENEVA DR<br>TEMPE, AZ | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 5/23/2005 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY CT NETWORKS)<br>1016 W. GENEVA DR<br>TEMPE, AZ | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 6/16/2005 |

**Addition**

| | |
|---|---|
| INTERTHINX<br>30005 LADYFACE COURT<br>AGOURA HILLS, CA  91301 | VIDEO CONTENT LICENSE AGREEMENT FOR TRAINING PURPOSES |
| INTRUST MORTGAGE, INC<br>4200 S. HULEN<br>SUITE 410<br>FT. WORTH, TX  76109 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/30/2007 |
| INTRUST MORTGAGE, INC<br>4200 S. HULEN<br>SUITE 410<br>FT. WORTH, TX  76109 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2005 |
| INVENTIVE MORTGAGE, CORP.<br>10330 W. ROOSEVELT RD<br>STE 204<br>WESTCHESTER, IL  60154 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/21/2006 |
| INVESTMENT HOMES<br>T/A REMAX ASSOCIATES OF LANCASTER<br>100 FOXSHIRE DRIVE<br>LANCASTER, PA  17601 | LEASE<br>DESK RENTAL<br>8/1/2006 - 12/31/2016 |
| INVESTMENT HOMES<br>T/A REMAX ASSOCIATES OF LANCASTER<br>100 FOXSHIRE DRIVE<br>LANCASTER, PA  17601 | LEASE<br>DESK RENTAL<br>8/1/2006 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| INVESTOR MORTGAGE ASSET RECOVERY COMPANY, LLC<br>18818 TELLER AVE.<br>SUITE 265<br>IRVINE, CA  92612 | AGREEMENT |
| INVESTORS MORTGAGE ASSET RECOVERY COMPANY, LLC<br>18818 TELLER AVE.<br>SUITE 265<br>IRVINE, CA  92612 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/17/2007 |
| INVESTORS TRUST MORTGAGE & INVESTMENT CO<br>2455 BENNETT VALLEY ROAD<br>SUITE C-216<br>SANTA ROSA, CA  95404 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  6/23/2006 |
| IOWA FINANCE AUTHORITY<br>100 E GRAND AVENUE<br>SUITE 250<br>DES MOINES, IA  50309 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/3/2002 |
| IOWA STREET LLC<br>C/O PACIFIC CONTINENTAL REALTY<br>114 W. MAGNOLIA ST, SUITE 302<br>BELLINGHAM, WA  98225 | LEASE<br>OFFICE<br>6/1/2005 - 5/31/2008 |
| IPC INFORMATION SYSTEMS LLC<br>88 PINE STREET<br>NEW YORK, NY  10005 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/30/2006 |
| IPC SYSTEMS, INC<br>88 PINE STREET<br>NEW YORK, NY  10005 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/4/2007 |
| IPC SYSTEMS, INC<br>88 PINE STREET<br>NEW YORK, NY  10005 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  1/16/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                                    Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

IPC SYSTEMS, INC
88 PINE STREET
NEW YORK, NY  10005

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 4/4/2007


IRET-GOLDEN JACK, LLC
C/O UNITED PROPERTIES LLC
SDS-12-2659, P.O. BOX 86
MINNEAPOLIS, MN  55486-2659

LEASE
OFFICE
7/1/2006 - 6/30/2010

**Addition**

IRISE
2321 ROSECRANS AVENUE
SUITE 4200
EL SEGUNDO, CA  90245

IRISE TRIAL SOFTWARE LICENSE AGREEMENT


IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA  02111

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/3/2006


IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA  02111

VENDOR CONTRACT
FACILITIES (FILE STORAGE)
EFFECTIVE DATE: 8/3/2005


IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA  02111

VENDOR CONTRACT
FACILITIES (DATA DESTRUCTION)
EFFECTIVE DATE: 12/22/2005


IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA  02111

VENDOR CONTRACT
FACILITIES (DATA DESTRUCTION)
EFFECTIVE DATE: 2/1/2006


IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA  02111

VENDOR CONTRACT
FACILITIES (DATA DESTRUCTION)


IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
745 ATLANTIC AVENUE
BOSTON, MA  02111

VENDOR CONTRACT
FACILITIES
EFFECTIVE DATE: 11/18/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                     Case No.  **07-11051**

                                    Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON, MA  02111 | VENDOR CONTRACT<br>FACILITIES (DATA DESTRUCTION)<br>EFFECTIVE DATE:  11/16/2005 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON, MA  02111 | VENDOR CONTRACT<br>FACILITIES (DATA DESTRUCTION) |
| IRONWOOD PROPERTIES ASSOCIATES, LLC<br>1221 IRONWOOD DRIVE<br>COEUR D'ALENE, ID 83815 | LEASE<br>OFFICE<br>9/1/2006 - 8/31/2007 |
| IRVINE ALLIANCE<br>18022 COWAN<br>IRVINE, CA  92614 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  7/13/2007 |
| IRVINE MARRIOTT HOTEL | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  2/23/2006 |

**Addition**

| | |
|---|---|
| ISLAND BANCORP HOLDING COMPANY<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL  60523 | MORTGAGE BROKER AGREEMENT |
| ISLAND COMMUNICATIONS<br>513 E. OGLETHORPE STREET<br>SUITE I (BOX 9)<br>SAVANNAH, GA  31401 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/1/2007 |
| ISLAND COMMUNICATIONS<br>513 E. OGLETHORPE STREET<br>SUITE I (BOX 9)<br>SAVANNAH, GA  31401 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/1/2007 |
| ISS-INSTITUTIONAL SHAREHOLDER SERVICES | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE:  8/15/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**
_____
                              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IVANHOE FINANCIAL | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/18/2000 |
| IVANJACK, SHYCK & MILSTEAD, LLP<br>500 SOUTH GRAND AVENUE<br>21ST FLOOR<br>LOS ANGELES, CA  90071-0904 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  2/7/2006 |
| IVY GROUP REALTY SERVICES LLC<br>4649 NANNIE HELEN BURROUGH AVENUE<br>NE 202<br>WASHINGTON, DC  20019 | LEASE<br>DESK RENTAL<br>6/1/2006 - 12/31/2016 |
| J&M LEASING<br>1203 S. MISSION STREET<br>MT. PLEASANT, MI  48858 | LEASE<br>OFFICE<br>1/1/2005 - 12/31/2007 |
| J. TIMOTHY LANE<br>545 LAGONDA WAY<br>DANVILLE, CA  94526 | LEASE<br>OFFICE<br>2/1/2005 - 1/31/2008 |
| J.A. MORRIS COMPANY<br>P.O. BOX 12645<br>OLYMPIA, WA  98508 | LEASE<br>OFFICE<br>11/1/2004 - 10/31/2009 |
| J.D.L. AND COMPANY<br>2514 JAMACHA ROAD #502-172<br>EL CAJON, CA  92019 | LEASE<br>MSA<br>6/1/2007 - 11/30/2007 |
| J.P. MORGAN ACCEPTANCE CORPORATION I, A DELAWARE CORPORATION (THE "DEPOSITOR"), U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE (THE "TRUSTEE") OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 (THE "TRUST"), J.P. MORGAN MORTGAGE ACQUISITION CORP. ("JPMORGAN ACQUISITION"),  AND WELLS FARGO BANK, N.A. (THE "M | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) X<br>CONTRACT #:  (JPALT 2006-A3)<br>CONTRACT DATE:  JUNE 1, 2006, |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

<div align="center">Debtor</div>                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| J.P. MORGAN CHASE BANK, N.A.<br>707 TRAVIS<br>6TH FLOOR<br>HOUSTON, TX  77002 | SECONDARY MARKETING CONTRACT<br>WAREHOUSE/BORROWING FACILITY<br>SENIOR SECURED CREDIT AGREEMENT ($1 MILLION)<br>CONTRACT ID:  10330-3.0<br>EFFECTIVE DATE:  11/20/2006 |
| J.P. MORGAN MORTGAGE ACQUISITION CORP.<br>270 PARK AVENUE, 6TH FLR,<br>NEW YORK, NY  10017 | LOAN SALE/SERVICING AGREEMENT<br>FLOW MORTGAGE LOAN INTERIM SERVICING AGREEMENT,<br>1.1 (J) CI<br>CONTRACT DATE: 1-APR-06 |
| J.P. MORGAN MORTGAGE ACQUISITION CORP., AS PURCHASER<br>270 PARK AVE.<br>NEW YORK, NY  10017 | LOAN SALE/SERVICING AGREEMENT<br>MORTGAGE LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) DJ<br>CONTRACT DATE: 1-JUN-06 |
| J.P. MORGAN RETIREMENT PLAN SERVICES LLC (FORMERLY CCA STRATEGIES LLC)<br>123 SOUTH STREET<br>5TH FLOOR<br>BOSTON, MA  02111 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/28/2007 |
| JAMBO INTERNATIONAL, L.L.C.<br>113 GOLDEN ROD PLACE<br>LYNCHBURG, VA  24502 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2008 |
| JAMES AND KRISTEN JOHNSTON<br>20 BORADMOOR STREET<br>MORAGA, CA  94556 | LEASE<br>OFFICE<br>1/1/2004 - 12/31/2007 |
| JAMES CAMBELL COMPANY, LLC<br>PO BOX 29960<br>HONOLULU, HI  96820-2360 | LEASE<br>OFFICE<br>8/15/2005 - 8/31/2009 |

<div align="center">Addition</div>

| | |
|---|---|
| JAMES DECAMP & JUDY AUSTIN<br>477 VIKING DR<br>#100<br>VIRGINIA BEACH, VA  23452 | VENDOR<br>PROCESSING / SERVICING<br>AGREEMENT FOR FINANCING<br>CONTRACT ID:  669-2.0<br>EFFECTIVE DATE:  10/5/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                      Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

JAMES DECAMP & JUDY AUSTIN
477 VIKING DR
#100
VIRGINIA BEACH, VA  23452

VENDOR
PROCESSING / SERVICING
AMENDMENT TO AGREEMENT FOR FINANCING
CONTRACT ID:  669-1.0
EFFECTIVE DATE:  4/13/2007

Addition

JAMES DECAMP / JUDY AUSTIN
477 VIKING DRIVE
# 100
VIRGINIA BEACH, VA  23452

VENDOR
PROCESSING / SERVICING
AMENDMENT TO AGREEMENT FOR FINANCING
CONTRACT ID:  669-1.0
EFFECTIVE DATE:  4/13/2007

Addition

JAMES DECAMP / JUDY AUSTIN
FRANCONIA REAL ESTATE
12531 CLIPPER DRIVE
WOODBRIDGE, VA  22192

VENDOR
PROCESSING / SERVICING
AGREEMENT FOR FINANCING
CONTRACT ID:  669-2.0
EFFECTIVE DATE:  10/5/2005

JAMES R. AND PATRICIA A. DARFUS
701 E. MAIN STREET
LANCASTER, OH  43130

LEASE
OFFICE
6/30/2003 - 12/31/2016

JAN-ELLEN GROUP, LLC
17150 BUTTE CREEK RD
#112
HOUSTON, TX  77090

MARKETING CONTRACT
CONSULTING AGREEMENTS
EFFECTIVE DATE:  3/7/2006

JAN-ELLEN GROUP, LLC
17150 BUTTE CREEK RD
#112
HOUSTON, TX  77090

MARKETING CONTRACT
CONSULTING AGREEMENTS
EFFECTIVE DATE:  9/7/2005

JANNEY MONTGOMERY SCOTT, LLC
1801 MARKET STREET
PHILADELPHIA, PA  19103

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  5/8/2007

Addition

JARVIS STREET MORTGAGE & INVESTMENT COMPANY, INC
137 PROMINENCE COURT
STE 220
DAWNSONVILLE, GA  30534

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11608-1.0
EFFECTIVE DATE:  2/15/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

                                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

JAS DEVELOPMENT, LLC
745 ELA RD.
LAKE ZURICH, IL  60047

LEASE
OFFICE
6/1/2005 - 5/31/2010


JAY EARL ASSOCIATES, LLC C/O KAPLAN REALTY GROUP
1350 AVENUE OF THE AMERICAS, SUITE 3100
NEW YORK, NY  10019

LEASE
OFFICE
6/1/2005 - 5/31/2010

                                                      **Addition**

JAY NISHBERG & ASSOCIATES

EMPLOYMENT AGREEMENT


JCF ACCEPTANCE CORPORATION
6019 CRATER LAKE HIGHWAY
CENTRAL POINT, OR  97502

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 4/14/2005


JCVISION & ASSOCIATES
135-GE M.L. KING JR DR
HINESVILLE, GA  31313

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 12/5/2005


JCVISION & ASSOCIATES
135-GE M.L. KING JR DR
HINESVILLE, GA  31313

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 5/11/2006


JEEP COUNTRY FEDERAL CREDIT UNION
7030 SPRING MEADOWS WEST DR
HOLLAND, OH  43528

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 8/1/2007

                                                      **Addition**

JEFFERIES & COMPANY, INC.
520 MADISON AVENUE
8TH FLOOR - PA4810
NEW YORK, NY  10022

FORWARD SECURITIES AGREEMENT
MASTER SECURITIES FORWARD TRANSACTION AGREEMENT
(AND APPLICABLE ANNEXES THERETO)
CONTRACT ID:  10850-1.0
EFFECTIVE DATE: 10/6/2006


JEFFERSON BANK
2435 RIDGE RD STE 117
ROCKWALL, TX  75087

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/4/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                        Case No.  **07-11051**
_____                      _____
              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JEFFERSON BANK AND TRUST<br>12501 OLIVE BLVD<br>ST. LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2007 |
| JEFFERSON BANK AND TRUST<br>12501 OLIVE BLVD<br>ST. LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |
| JEFFERSON MORTGAGE SERVICES<br>18333 PRESTON ROAD<br>SUITE 220<br>DALLAS, TX  75252 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/10/2005 |
| JEFFERSON PARISH FINANCE AUTHORITY<br>1221 ELMWOOD PARK BOULEVARD<br>ROOM 505<br>JEFFERSON, LA  70123 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  3/1/2006 |
| JEFFERSON PARISH FINANCE AUTHORITY<br>1221 ELMWOOD PARK BOULEVARD<br>ROOM 505<br>JEFFERSON, LA  70123 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  3/1/2007 |
| JEFFERSON PARISH FINANCE AUTHORITY<br>1221 ELMWOOD PARK BOULEVARD<br>ROOM 505<br>JEFFERSON, LA  70123 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  3/1/2007 |
| JEFFERSON PARTNERS, LLC - ATT: MATT SAROUSH<br>165 TIMOTHY CIRCLE<br>RADNOR, PA  19087 | LEASE<br>OFFICE<br>9/20/2005 - 9/30/2010 |
| JEFFERSON PLAZA VENTURE C/O BERGMAN PLAZA VENTURE<br>555 ROUTE ONE SOUTH<br>ISELIN, NJ  08830 | LEASE<br>OFFICE<br>7/1/2007 - 7/31/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JEFFREY A. SHAFFER & JAMES R. EKDAHL<br>TIMES SQUARE, LLC<br>18 CARLISLE STREET, SUITE 300<br>GETTYSBURG, PA  17325 | LEASE<br>DESK RENTAL<br>4/1/2004 - 3/31/2008 |
| JEFFREY P. & LORI DIEMAND<br>4237 WEST 42ND PLACE<br>CHICAGO, IL  60632 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2008 |
| JEFFRIES & COMPANY, INC | SECONDARY MARKETING CONTRACT<br>FORWARD SECURITIES AGREEMENT<br>EFFECTIVE DATE:  10/4/2006 |
| JENMO, LLC<br>C/O RED ROCKS, LLC<br>P.O. BOX 23164<br>HILTON HEAD ISLAND, SC  29925 | LEASE<br>OFFICE<br>7/5/2003 - 7/4/2008 |
| JERRY L. CARNEY AND ASSOCIATES<br>5922 CYPRESS CAYOU LANE<br>LACOMBE, LA  70445 | LEASE<br>OFFICE<br>10/1/2006 - 9/30/2009 |
| JERRY RAGAINS<br>4374 SUNSET DRIVE<br>TYASKIN, MD  21865 | LEASE<br>OFFICE<br>5/6/1996 - 4/30/2008 |
| **Addition** | |
| JERRY'S HOMES INC.<br>3301 NW 106 CIR<br>URBANDALE, LA  50322 | COMMITMENT AGREEMENT |
| JERSEY MORTGAGE COMPANY OF NEW JERSEY INC<br>20 COMMERCE DRIVE<br>CRANFORD, NJ  07016 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/25/2006 |
| JESUS A. GAMBEA<br>6233 PIONEERTOWN ROAD<br>YUCCA VALLEY, CA  92284 | LEASE<br>OFFICE<br>3/27/2004 - 3/27/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
                                    Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JEWISH UNITED FUND<br>ACCTG DEPT, RM 4047<br>30 S WELLS ST<br>CHICAGO, IL  60606-5056 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/17/2007 |
| JGSA, LLC<br>16 CAUSEWAY DRIVE<br>OCEAN ISLE, NC  28468 | LEASE<br>OFFICE<br>6/24/2003 - 6/23/2008 |
| JINGLE NETWORKS<br>8 NEW ENGLAND EXECUTIVE PARK<br>WEST WING<br>3RD FLOOR<br>BURLINTON, MA  01803 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 1/11/2007 |
| JINGLE NETWORKS<br>8 NEW ENGLAND EXECUTIVE PARK<br>WEST WING<br>3RD FLOOR<br>BURLINTON, MA  01803 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 1/11/2007 |
| JLM DIRECT FUNDING<br>9235 KATY FREEWAY<br>STE 160<br>HOUSTON, TX  77024 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/6/2005 |
| JMD PARTNERS, INC<br>283 EAST HOFFMAN AVE<br>LINDENHURST, NY  11757 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/20/2007 |
| JOBIN REALTY<br>1146A WALKER ROAD<br>GREAT FALLS, VA  22066 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/19/2007 |
| JOBSTER<br>206 1ST AVE S.<br>SUITE 300<br>SEATTLE, WA  98104 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 8/17/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| JOHN AND PAUL MORIARTY<br>603 MAIN AVE<br>P.O BOX 705<br>BROCKINGS, SD  57006 | LEASE<br>OFFICE<br>6/1/2005 - 5/31/2008 |
| JOHNSON/ RAWLINGS C/O WILLIAMR. JOHNSON<br>401 CHATHAM SQUARE OFFICE PARK<br>FREDERICKSBURG, VA  22405 | LEASE<br>OFFICE<br>11/2/2004 - 11/1/2009 |
| JOLIE POWELL REALTY, INC.<br>406 MAIN STREET<br>PORT JEFFERSON, NY  11777 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 6/1/2005 |
| JOLIE POWELL REALTY, INC.<br>406 MAIN STREET<br>PORT JEFFERSON, NY  11777 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  5/27/2006 |
| JONAH BANK OF WYOMING<br>777 WEST 1ST STREET<br>CASPER, WY  82601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  12/12/2006 |
| JONAH BANK OF WYOMING<br>777 WEST 1ST STREET<br>CASPER, WY  82601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/4/2007 |
| JORDAN'S CONSTRUCTION<br>D/B/A JORDAN BUILT HOMES<br>201 FOREST DRIVE<br>KNIGHTDALE, NC  27545 | LEASE<br>MSA<br>12/1/2004 - 12/31/2016 |
| JOSE BIASCOECHEA<br>140 WINGO WAY<br>MT. PLEASANT, SC  29464 | LEASE<br>OFFICE<br>1/1/2004 - 12/31/2007 |
| JOSEPH A AND LISA A. STEVENS<br>114 W. WATER STREET<br>CENTREVILLE, MD  21617 | LEASE<br>OFFICE<br>11/1/2002 - 10/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                         _____
                    Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JOSEPH E. COLSON AGENCY INC<br>961 POTTSTOWN PIKE<br>CHESTER SPRINGS, PA  19424 | LEASE<br>OFFICE<br>10/1/2006 - 12/31/2016 |

**Addition**

| | |
|---|---|
| JOSEPH FREED AND ASSOCIATES<br>414 W WOOD<br>PALATINE, IL  60067 | MARKETING AND SERVICES AGREEMENT |
| JOYCE A. PICKARD<br>P.O. BOX 384<br>CAMDEN, TN  38320 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2008 |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/27/2005 |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  11/20/2006 |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  2/22/2007 |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  6/20/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

                                         Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 8/30/2006 |
| JP MORGAN CHASE BANK, N.A.<br>4 NEW YORK PLAZA<br>6TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 11/14/2005 |
| JP MORGAN MORTGAGE ACQUISITION CORP<br>270 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY  10017 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT |
| JP MORGAN MORTGAGE ACQUISITION CORP<br>270 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY  10017 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  4/1/2006 |
| JP MORGAN MORTGAGE ACQUISITION CORP<br>270 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY  10017 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT |
| JP MORGAN MORTGAGE ACQUISITION CORP<br>270 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY  10017 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT |
| JP MORGAN MORTGAGE ACQUISITION CORP. (PURCHASER)<br>270 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY  10017 | LOAN SALE/SERVICING AGREEMENT<br>MORTGAGE LOAN SALE AGREEMENT<br>1.1 (J) CH<br>CONTRACT DATE: 1-APR-06 |

**Addition**

| | |
|---|---|
| JT PACKARD | AGREEMENT<br>EFFECTIVE DATE: 3/13/2007 |
| JUDITH S. FARRALL C/O THOMAS C. HAYDEN JR.<br>105 LA GRANGE AVENUE<br>P.O. BOX 1119<br>LA PLATA, MD  20646 | LEASE<br>OFFICE<br>10/1/1998 - 9/30/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                           Case No. **07-11051**

_____

Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

JUDY AUSTIN
206 W LOCUST ST
OCCOQUAN, VA  22125

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  10/5/2005


JULIAN REALTY
DENNIS FREIDEN
P. O. BOX 655
JULIAN, CA  92036

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  4/1/2007


JUPITERIMAGES
P.O. BOX  27569
NEW YORK, NY  10087-7569

MARKETING CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  10/30/2006


JUSTIN MARTELLA
P.O. BOX 907
TIPTON, CA  93272

LEASE
OFFICE
10/18/2006 - 10/17/2011

**Addition**

JW MARRIOTT LAS VAGAS RESORT, SPA & GOLF
221 N RAMPART BLVD
LAS VEGAS, NV  89145

VENDOR
SITE USE
HOTEL USE AGREEMENT
CONTRACT ID:  367-1.0
EFFECTIVE DATE:  2/3/2006


JW MARRIOTT LAS VEGAS RESORT, SPA & GOLF
221 N RAMPART BLVD
LAS VEGAS, NV  89145

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  2/3/2006


JW MARRIOTT SAN FRANCISCO
500 POST STREET
SAN FRANCISCO, CA  94102

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  6/21/2007


K HOVNANIAN AMERICAN MORTGAGE LLC
235 N WESTMONTE DR
ALTAMONTE SPG, FL  327143345

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/27/2006


K&L GATES

VENDOR CONTRACT
LEGAL


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                    Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| K.O. REALTY, INC.<br>6347 WOODVILLE ROAD<br>MOUNT AIRY, MD  21771 | LEASE<br>MSA<br>9/1/2006 - 12/31/2016 |
| KAHN DEVELOPMENT<br>ATTN:: NICHOLE ANTHONY<br>101 FLINT LAKE RD.<br>COLUMBIA, SC  29223 | LEASE<br>OFFICE<br>10/1/2004 - 9/30/2009 |
| KAIPERM FEDERAL CREDIT UNION<br>2101 BROADWAY<br>OAKLAND, CA  94612 | LEASE<br>OFFICE<br>5/15/2007 - 5/14/2017 |
| KAIPERM FEDERAL CREDIT UNION<br>2101 BROADWAY<br>OAKLAND, CA  94612 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  5/15/2007 |

**Addition**

| | |
|---|---|
| KAIPERN FEDERAL CREDIT UNION<br>2101 BROADWAY<br>OAKLAND, CA  94612 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>MORTGAGE BROKER AGREEMENT<br>CONTRACT ID:  11688-1.0<br>EFFECTIVE DATE:  5/15/2007 |
| KAISER PERMANENTE - PLAN TERMINATED 9/1/07<br>181 E LST STREET SUITE 1100<br>SANTA ANA, CA  92705 | MEDICAL INSURANCE BENEFIT PLAN<br>121159 & 600845 |
| KALEIDICO, LLC<br>2000 AUBURN DRIVE<br>SUITE 200<br>BEACHWOOD, OH  44122 | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE:  7/18/2007 |
| KAL-TEX FINANCIAL SERVICES<br>4625 NORTH FREEWAY<br>SUITE 119<br>HOUSTON, TX  77022 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/21/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**
_____
                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

KAL-TEX FINCIAL SERVICES
4625 NORTH FREEWAY
SUITE 119
HOUSTON, TX  77022

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID:  11388-1.0
EFFECTIVE DATE: 2/21/2007

*Addition*

KAL-TEX REAL ESTATE GROUP
4625 NORTH FREEWAY
SUITE 119
HOUSTON, TX  77022

SERIES AGREEMENT
SERIES AGREEMENT FOR THE GRID IRON FINANCIAL SERIES

KANAN CRUISES, INC.
445 E. ILLINOIS ST.
SUITE 440
CHICAGO, IL  60611

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  8/11/2006

KANZA BANK
13605 W. MAPLE
WICHITA, KS  67235

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/27/2006

KANZA BANK
13605 W. MAPLE
WICHITA, KS  67235

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  5/22/2007

*Addition*

KAO BRANDS COMPANY
2535 SPRING GROVE AVE
ATTN: CHRIS HIRSCH
CINCINNATI, OH  45214

MORTGAGE EXPENSE REIMBURSEMENT AGREEMENT

*Addition*

KASEY'S AMERICAN GRILLE
23 NORTH PARK AVENUE
ROCKVILLE CENTRE, NY  11570

VENDOR
CATERING SERVICE AGREEMENT

*Addition*

KASEY'S AMERICAN GRILLE
23 NORTH PARK AVENUE
ROCKVILLE CENTRE, NY  11570

VENDOR SERVICE AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                        Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

KASEY'S AMERICAN GRILLE
23 NORTH PARK AVENUE
ROCKVILLE CENTRE, NY  11570

VENDOR SERVICES AGREEMENT


KAV CENTER, INC.
C/O CHIRSTOPHER WAABEN
216 STELTON ROAD, SUITE A-1
PISCATAWAY, NJ  08854

LEASE
OFFICE
2/1/2007 - 1/31/2010


KAYCEE LLC
1295 KELLY JOHNSON BLVD
SUITE 230
COLORADO SPRINGS, CO  80920

LEASE
OFFICE
5/1/2007 - 4/30/2012


KBACE TECHNOLOGIES, INC.
6 TRAFALGAR SQUARE
NASHUA, NH  03063

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 3/6/2006


KBZM-FM / KKQX-FM (THE EAGLE) RADIO STATION

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  1/16/2007


KCB BANK
950 W 92 HIGHWAY
PO BOX 888
KEARNEY, MO  64060

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/27/2007

Addition

KDS ENTERPRISES INC
BELLEVIEW BUSINESS CENTER
1224 BELLEVIEW DRIVE
GREENDALE, IN  47025

MARKETING CONTRACT
MARKETING AND SERVICES
LEASE AGREEMENT
CONTRACT ID:  10173-1.0
EFFECTIVE DATE:  9/20/2004


KDS ENTERPRISES, INC.
BELLEVIEW BUSINESS CENTER
1224 BELLEVIEW DRIVE
GREENDALE, IN  47025

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 5/6/2006


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
                                    Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KDS ENTERPRISES, INC.<br>BELLEVIEW BUSINESS CENTER<br>1224 BELLEVIEW DRIVE<br>GREENDALE, IN  47025 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 9/20/2004 |
| KEARNEY COMMERCIAL BANK<br>950 W 92 HIGHWAY<br>KEARNEY, MO  64060 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/11/2006 |
| KELLER WILLIAMS<br>9355 E. STOCKTON BLVD<br>ELK GROVE, CA  95624 | LEASE<br>MSA<br>4/1/2007 - 3/31/2008 |
| KELLER WILLIAMS<br>9355 E. STOCKTON BLVD<br>ELK GROVE, CA  95624 | LEASE<br>MSA<br>4/1/2007 - 3/31/2017 |
| KELLER WILLIAMS<br>9355 E. STOCKTON BLVD<br>ELK GROVE, CA  95624 | LEASE<br>OFFICE<br>3/1/2007 - 2/29/2008 |
| KELLER WILLIAMS<br>17122 BEACH BLVD<br>HUNTINGTON BEACH, CA  92647 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/19/2007 |
| KELLER WILLIAMS<br>17122 BEACH BLVD<br>HUNTINGTON BEACH, CA  92647 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/30/2007 |
| KELLER WILLIAMS<br>17122 BEACH BLVD<br>HUNTINGTON BEACH, CA  92647 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/1/2007 |

**Addition**

| | |
|---|---|
| KELLER WILLIAMS / CITY PROPERTIES LLC<br>3101 12ST NE<br>WASHINGTON, DC  20017 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>LEASE AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

                            Debtor                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KELLER WILLIAMS HUDSON VALLEY GROUP, LLC<br>18 LAUREL ROAD<br>NEW CITY, NY  10956 | LEASE<br>MSA<br>2/1/2007 - 12/31/2017 |
| KELLER WILLIAMS REAL ESTATE PROFESSIONALS<br>1190 GALLERY DR<br>MCMURRAY, PA  15317 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/20/2000 |
| KELLER WILLIAMS REAL ESTATE PROFESSIONALS-MCMURRAY, PA<br>1190 GALLERY DR.<br>MCMURRAY, PA  15317 | LEASE<br>MSA W/ DESK<br>6/20/2005 - 12/31/2016 |
| KELLER WILLIAMS REALTY<br>7 OLD SOLOMONS ISLAND RD<br>ANNAPOLIS, MD  21401 | LEASE<br>DESK RENTAL<br>3/15/2003 - 12/31/2016 |
| KELLER WILLIAMS REALTY<br>ATTN: AMBER HAUSER<br>56 WEST MAIN STREET, SUITE 100A<br>CHRISTIANA, DE  19702 | LEASE<br>MSA<br>11/1/2004 - 12/31/2016 |
| KELLER WILLIAMS REALTY<br>301 INSPIRATION LANE<br>GAITHERSBURG, MD  20878 | LEASE<br>DESK RENTAL<br>12/1/2002 - 12/31/2016 |
| KELLER WILLIAMS REALTY<br>4341 PIEDMONT AVENUE<br>OAKLAND, CA  94611 | LEASE<br>MSA W/ DESK<br>6/1/2005 - 12/31/2016 |
| KELLER WILLIAMS REALTY<br>30701 WOODWARD AVE<br>SUITE 350<br>ROYOL OAK, MI  48073 | LEASE<br>MSA<br>2/1/2007 - 12/31/2017 |
| KELLER WILLIAMS REALTY<br>SUITE 200<br>ANNAPOLIS, MD  21401 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  2/14/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KELLER WILLIAMS REALTY<br>SUITE 200<br>ANNAPOLIS, MD  21401 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/29/2007 |
| KELLER WILLIAMS REALTY- EXTON, PA<br>100 CAMPBELL BLVD, STE 106<br>EXTON, PA  19341 | LEASE<br>MSA W/ DESK<br>11/12/2004 - 12/31/2016 |
| KELLER WILLIAMS REALTY- WILMINGTON, DE<br>1521 CONCORD PIKE, STE 102<br>WILMINGTON, DE  19803 | LEASE<br>MSA W/ DESK<br>11/1/2004 - 12/31/2016 |
| KELLER WILLIAMS TOWN AND COUNTRY<br>1520 KILLEARN CENTER BLVD<br>TALLAHASSEE, FL  32309 | LEASE<br>MSA/DESK RENTAL<br>6/1/2006 - 12/31/2016 |
| KELLY LAW REGISTRY | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  8/22/2006 |

**Addition**

| | |
|---|---|
| KELLY SERVICES INC<br>ATTN GENERAL COUNSEL<br>999 W BIG BEAVER RD<br>TROY, MI  48084 | CUSTOMER SERVICE AGREEMENT<br>RECRUITERS |
| KEMPA GROUP<br>14150 S. BELL RD<br>HOMER GLEN, IL  60491 | LEASE<br>MSA W/ DESK<br>7/28/2005 - 12/31/2016 |
| KEMPA GROUP<br>15750 S BELL ROAD<br>STE 1D<br>HOMER GLEN, IL  60491 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 7/28/2005 |

**Addition**

| | |
|---|---|
| KEN THIENEMAN REALTORS INC & KEN THIENEMAN BUILDERS INC<br>ATTN BETTE THIENEMAN<br>833 VALLEY COLLEGE DR<br>SUITE 1<br>LOUISVILLE, KY  40272 | PREFERRED LENDER MARKETING AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KENNEBUNK PORTSIDE ROTARY GOLF TOURNAMENT PO BOX 1167 KENNEBUNKPORT, ME  04046 | MARKETING CONTRACT ADVERTISING EFFECTIVE DATE: 4/3/2008 |
| KENTUCKY HOUSING CORPORATION 1231 LOUISVILLE RD FRANKFORT, KY  40601 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 4/29/2004 |

Addition

| | |
|---|---|
| KENTUCKY NATIONAL GUARD ATTN MAJOR MARION PETERSON BOONE NATIONAL GUARD CENTER FRANKFORT, NY  40601 | MARKETING CONTRACT PREFERRED LENDER INCLUSION LETTER INTO AHM'S POWER OF SHARING PROGRAM CONTRACT ID:  11770-1.0 EFFECTIVE DATE: 6/15/2007 |

Addition

| | |
|---|---|
| KEVIN GARTY CLEARWATER, FL  33762 | RESELLER AGREEMENT EFFECTIVE DATE:  12/2/2003 |
| KEVIN GARTY D/B/A CASHIN RELOCATION 530 EL CAMINO REAL #108 BURLINGAME, CA  94010 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE: 2/25/2004 |

Addition

| | |
|---|---|
| KEY FINANCIAL COPORATION 3631 131ST AVE N CLEARWATER, FL  33762 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT CONTRACT ID:  10024-1.0 EFFECTIVE DATE: 2/13/2006 |
| KEY FINANCIAL CORPORATION 3631 131ST AVE N CLEARWATER, FL  33762 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 2/13/2006 |
| KEY MORTGAGE COMPANY 18 TOWER AVE RYE, NH  03870 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 8/18/2006 |
| KEY WEST BUSINESS CENTER, INC 422 FLEMING STREET KEY WEST, FL  33040 | LEASE OFFICE 2/1/2005 - 1/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                          Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

KEYBANK NATIONAL ASSOCIATION
127 PUBLIC SQUARE
CLEVELAND, OH  44114

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 1/18/2007

KEYBANK NATIONAL ASSOCIATION
127 PUBLIC SQUARE
CLEVELAND, OH  44114

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 7/1/2000

**Addition**

KEYNOTE SPEAKERS INC
2479 EAST BAYSHORE ROAD
SUITE 801
PALO ALTO, CA  94303

VENDOR
SITE USE
KEYNOTE SPEAKER AGREEMENT FOR MARK SANBORN TO
SPEAK AT AHM'S LEADERSHIP CAMP ON 1/25/07
CONTRACT ID:  490-3.0
EFFECTIVE DATE:  1/25/2007

**Addition**

KEYNOTE SPEAKERS INC
2479 EAST BAYSHORE ROAD
SUITE 801
PALO ALTO, CA  94303

VENDOR
SITE USE
AGREEMENT FOR SPEAKER (DAN "RUDY" RUETTIGER)
CONTRACT ID:  490-2.0
EFFECTIVE DATE:  7/26/2006

**Addition**

KEYNOTE SPEAKERS INC
2479 EAST BAYSHORE ROAD
SUITE 801
PALO ALTO, CA  94303

VENDOR
SITE USE
AGREEMENT FOR SPEAKER (SCOTT ALEXANDER) AT
CORRESPONDENT LENDING EVENT AT AMARA CREEKSIDE
RESORT
CONTRACT ID:  490-1.0
EFFECTIVE DATE:  3/31/2006

**Addition**

KEYNOTE SPEAKERS INC
2479 EAST BAYSHORE ROAD
SUITE 801
PALO ALTO, CA  94303

VENDOR
SITE USE
AGREEMENT FOR SPEAKER LARRY WILSON AT THE
BELLAGIO HOTEL

KEYNOTE SPEAKERS, INC.
2479 EAST BAYSHORE ROAD
SUITE 801
PALO ALTO, CA  94303

VENDOR CONTRACT
SITE USE

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                         Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KEYNOTE SPEAKERS, INC.<br>2479 EAST BAYSHORE ROAD<br>SUITE 801<br>PALO ALTO, CA  94303 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/31/2006 |
| KEYNOTE SPEAKERS, INC.<br>2479 EAST BAYSHORE ROAD<br>SUITE 801<br>PALO ALTO, CA  94303 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/25/2007 |
| KEYSTONE ASSET MANAGEMENT<br>100 WEST MAIN ST, STE 310<br>LANSDALE, PA  19446 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/28/2005 |
| KEYSTONE ASSET MANAGEMENT<br>100 WEST MAIN ST, STE 310<br>LANSDALE, PA  19446 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/28/2005 |
| KGMI 790 AM<br>2219 YEW STREET ROAD<br>BELLINGHAM, WA  98229 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/1/2007 |
| KH FINANCIAL , LP<br>5999 NEW WILKE ROAD #203<br>ROLLING MEADOWS, IL  60008 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/5/2006 |

**Addition**

| | |
|---|---|
| KHKR 104.1<br>PO BOX 4111<br>HELENA, MT  59601 | BROADCAST ORDER |
| KILGRET PROPERTY, LTD<br>C/O TELIS REAL ESTATE SERVICES<br>P.O. BOX 35856<br>PHOENIX, AZ  85069 | LEASE<br>OFFICE<br>9/15/2004 - 9/14/2007 |
| KINGS MORTGAGE SERVICES, INC.<br>1700 W WALNUT<br>SUITE B<br>VISALIA, CA  93277 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/3/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

_____
                        Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KINGSTON PLANTATION<br>9800 QUEENSWAY BOULEVARD<br>MYTLE BEACH, SC  29572 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/21/2007 |
| KIRBY & ASSOCIATES, INC. | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  6/17/2005 |
| KITUKU.COM<br>PO BOX 7152<br>BOISE, ID  83707 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/16/2007 |
| KLF, LTD.<br>1500 BROADWAY<br>21ST FLOOR<br>NEW YORK, NY  10036 | LEASE<br>DESK RENTAL<br>4/12/2006 - 12/31/2016 |
| KMB MORTGAGE<br>ATTN KEVIN HUDAK<br>942 HILTON ST<br>BETHLEHEM, PA  18017 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  5/18/2006 |
| KOURY CORPORATION<br>400 FOUR SEASONS TOWN CENTRE<br>GREENSBORO, NC  27427 | LEASE<br>OFFICE<br>4/17/2006 - 4/16/2011 |
| KQSP AM 1530<br>1107 HAZELTINE BLVD<br>SUITE 101<br>CHASKA, MN  55318 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  1/30/2007 |
| KRENGER REAL ESTATE<br>3304 NORTH HALSTED<br>CHICAGO, IL  60657 | LEASE<br>OFFICE<br>1/1/2006 - 12/31/2008 |
| KRUSE WAY LLC<br>5245 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | LEASE<br>OFFICE<br>3/1/2003 - 7/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____            _____
          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KRUSE WAY LLC<br>5245 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | LEASE<br>OFFICE<br>8/1/2002 - 7/31/2008 |
| KRUSE WAY LLC<br>5245 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | LEASE<br>OFFICE<br>9/10/2004 - 1/31/2010 |
| KSTN FM 107.3 LAPODEROSA<br>2171 RALPH AVENUE<br>STOCKTON, CA  95206 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  11/1/2006 |
| KTVU PARTNERSHIP D/B/A KRXI(TV)<br>4920 BROOKSIDE CT<br>RENO, NV  89502 | MARKETING CONTRACT<br>ADVERTISING |

**Addition**

| | |
|---|---|
| KTVU PARTNERSHIP DBA KRXI(TV)<br>4920 BROOKSIDE CT<br>RENO, NV  89502 | TELEVISION ADVERTISING AGREEMENT |
| L G S PROPERTIES LLC<br>2231 SW WANAMAKER ROAD<br>SUITE 300<br>TOPEKA, KS  66614 | LEASE<br>OFFICE<br>3/15/2005 - 3/31/2008 |
| L.B. ANDERSON AND COMPANY, INC<br>220 HONEY LAKE COURT<br>NORTH BARRINGTON, IL  60010 | LEASE<br>OFFICE<br>9/1/2004 - 8/30/2008 |
| LA VALENCIA HOTEL | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  10/10/2006 |
| LA VALENCIA HOTEL | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/23/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

LAFAYETTE BANK AND TRUST COMPANY
ATTN: CHRISTINE BRUSH
133 N FOURTH STREET
PO BOX 1130
LAFAYETTE, IN  47902-7100

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/22/2006


LAGUNA PALM GROUP
25002 WILKES PLACE
LAGUNA HILLS, CA  92653

LEASE
OFFICE
5/1/2007 - 4/30/2010


LAKE POINT ENTERPRISES, LLC
2630 TENDERFOOT HILL STREET
SUITE 100
COLORADO SPRINGS, CO  80906

LEASE
OFFICE
4/1/2007 - 3/31/2010


LAKE POINT ENTERPRISES, LLC
2630 TENDERFOOT HILL STREET
SUITE 100
COLORADO SPRINGS, CO  80906

LEASE
OFFICE
4/1/2007 - 3/31/2008


LAKELAND MORTGAGE CORPORATION
8300 NORMANDALE CENTER DRIVE
SUITE 240
BLOOMINGTON, MN  55437

LEASE
OFFICE
1/1/2007 - 5/31/2009


LAKELAND REGIONAL MORTGAGE DBA CENTRIC MORTGAGE
ATTN WILLIAM C BERRY
4310 S FLORIDA AVE
LAKELAND, FL  33813

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/10/2006


LAKESIDE BANK TRUST #10-2564
3216 SOUTH SHIELDS
CHICAGO, IL  60616

LEASE
OFFICE
10/1/2003 - 9/30/2009

**Addition**

LAKEVIEW TECHNOLOGIES INC
6371 EAGLE WAY
CHICAGO, IL  60678-1063

VENDOR
SOFTWARE AGREEMENT (MMIX)
CONTRACT ID:  10724-1.0
EFFECTIVE DATE:  8/22/2006


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

LAKEVIEW TECHNOLOGY INC
6371 EAGLE WAY
CHICAGO, IL  60678-1063

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 8/22/2006


LAMPCO FEDERAL CREDIT UNION
5411 DR. MLK  JR. BLVD.
ANDERSON, IN  46013

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 5/19/2005


LAMPCO FEDERAL CREDIT UNION
5411 DR. MLK  JR. BLVD.
ANDERSON, IN  46013

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 5/19/2005


LAMPCO FEDERAL CREDIT UNION (PURCHASER)
ATTN DANIEL R WININGER
5411 DOCTOR MARTIN LUTHER KING JR BLVD
ANDERSON, IN  46013

LOAN SALE/SERVICING AGREEMENT
LOAN SALE AND SERVICING AGREEMENT
1.1 (J) CQ
CONTRACT DATE:  19-MAY-05

                                         **Addition**

LAN LOGICS
14000 S MILITARY TRAIL
DELRAY BEACH, FL  33484

SERVICE AGREEMENT
AGREEMENT TO PERFORM DIAGNOSIS, INSTALLATION,
REPAIR AND MAINTENANCE


LANCASTER PROPERTIES
P.O. BOX 698
GAINESVILLE, GA  30503

LEASE
OFFICE
1/1/2006 - 12/31/2007

                                         **Addition**

LAND TITLE AGENTS LLC
ATTN LEGAL DEPARTMENT
905 SEA MOUNTAIN HIGHWAY
SUITE 5N
MYRTLE BEACH, SC  29582

COMMERCIAL DESK RENTAL AGREEMENT


LAND TITLE AGENTS, LLC
905 SEA MOUNTAIN HIGHWAY
SUITE 3
NORTH MYRTLE BEACH, SC  29582

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE: 2/11/2006


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                              Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

LAND TITLE AGENTS, LLC
905 SEA MOUNTAIN HIGHWAY
SUITE 3
NORTH MYRTLE BEACH, SC  29582

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE: 11/8/2004

LAND/HOME FINANCIAL SERVICES, INC
55 OAK CT.
SUITE 100
DANVILLE, CA  94526

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 11/21/2006

LAND/HOME FINANCIAL SERVICES, INC
55 OAK CT.
SUITE 100
DANVILLE, CA  94526

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 11/21/2006

LAND/HOME FINANCIAL SERVICES, INC
55 OAK CT.
SUITE 100
DANVILLE, CA  94526

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 11/21/2006

**Addition**

LANDAMERICA ONESTOP INC
600 CLUBHOUSE DRIVE
SUITE 200
MOON TOWNSHIP, PA  15108

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIALITY AGREEMENT
CONTRACT ID:  10613-2.0
EFFECTIVE DATE: 5/2/2007

**Addition**

LANDAMERICA ONESTOP INC
600 CLUBHOUSE DRIVE
SUITE 200
MOON TOWNSHIP, PA  15108

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID:  10613-1.0
EFFECTIVE DATE: 7/18/2006

LANDAMERICA ONESTOP, INC
600 CLUBHOUSE DRIVE
SUITE 200
MOON TOWNSHIP, PA  15108

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 7/18/2006

LANDAMERICA ONESTOP, INC
600 CLUBHOUSE DRIVE
SUITE 200
MOON TOWNSHIP, PA  15108

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 5/2/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

                                        Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

LAND-HOME FINANCIAL SERVICES
1355 WILLOW WAY #250
CONCORD, CA  94520

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11274-2.0
EFFECTIVE DATE:  11/21/2006

Addition

LAND-HOME FINANCIAL SERVICES
1355 WILLOW WAY #250
CONCORD, CA  94520

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MINI-BULK ADDENDUM
CONTRACT ID:  11274-3.0
EFFECTIVE DATE:  11/21/2006

Addition

LAND-HOME FINANCIAL SERVICES
1355 WILLOW WAY #250
CONCORD, CA  94520

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM
CONTRACT ID:  10751-1.0
EFFECTIVE DATE:  8/11/2006

LANDLORD.COM

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  4/7/2000

LANDMARK DEVELOPMENT

CORPORATE CONTRACT
JOINT VENTURE

Addition

LANDMARK DEVELOPMENT

OPERATING AGREEMENT

LANDMARK MORTGAGE CO
ATTN CURTIS R LAWRENCE
10415 SE STARK ST
SUITE D
PORTLAND, OR  97216

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  10/5/2005

LANDMARK NATIONAL BANK
701 POYNTZ AVE
MANHATTAN, KS  66502

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  9/19/2006

LANDMARK OFFICE CENTER
8659 STAPLES MILLS RD
RICHMOND, VA  23228

LEASE
OFFICE
5/1/2005 - 4/30/2008

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LANDMARK SAVINGS BANK FSB<br>54 MONUMENT CIRCLE<br>INDIANAPOLIS, IN  46204 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/13/2006 |
| LANDOW BUILDING LIMITED PARTNERSHIP<br>THE SEASONS<br>4710 BETHESDA AVENUE, SUITE 200<br>BETHESDA, MD  20814 | LEASE<br>OFFICE<br>10/10/2003 - 9/30/2008 |
| LANGUAGE LINE SERVICES, INC.<br>P.O. 16012<br>MONTERY, CA  93942-6012 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/4/2007 |
| LANGUAGE LINE SERVICES, INC.<br>P.O. 16012<br>MONTERY, CA  93942-6012 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  8/16/2006 |
| **Addition** | |
| LANIER WORLDWIDE INC<br>2300 PARKLAKE DRIVE NE<br>ATLANTA, GA  30345-2977 | MASTER AGREEMENT |
| LANIER WORLDWIDE, INC.<br>P.O. BOX  105533<br>ATLANTA, GA  30348 | VENDOR CONTRACT<br>EQUIPMENT |
| **Addition** | |
| LANNSYS INC<br>1177 WEST LOOP SOUTH<br>SUITE 1500<br>HOUSTON, TX  77027 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>MUTUAL CONFIDENTIALITY AGREEMENT<br>CONTRACT ID:  11773-2.0<br>EFFECTIVE DATE:  6/15/2007 |
| **Addition** | |
| LANNSYS INC<br>1177 WEST LOOP SOUTH<br>SUITE 1500<br>HOUSTON, TX  77027 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>MUTUAL CONFIDENTIALITY AGREEMENT<br>CONTRACT ID:  11773-1.0<br>EFFECTIVE DATE: 6/15/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                              _____
                            Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LANNSYS, INC<br>1177 WEST LOOP SOUTH<br>SUITE 1500<br>HOUSTON, TX  77027 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/15/2007 |
| LA-PORTER FEDERAL CREDIT UNION<br>950 EAST US HWY 20<br>MICHIGAN CITY, IN  46361 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 7/19/2005 |
| LARES ASSET SECURITIZATION, INC. ("LARES" OR THE "DEPOSITOR"), MAIA MORTGAGE FINANCE STATUTORY TRUST ("MAIA" OR THE "SELLER") AND WELLS FARGO BANK, N.A., AS MASTER SERVICER (IN SUCH CAPACITY, THE "MASTER SERVICER")<br>AND SECURITIES ADMINISTRATOR (IN SUCH CAPACITY, THE "SECURITIES ADMINISTRATOR"), AND ACKNOWLEDGED BY | THIRD PARTY SECURITIZATION<br>RECONSTITUTED SERVICING AGREEMENT<br>1.1 (J) AJ<br>CONTRACT #:  (LUM 2006-7)<br>CONTRACT DATE:  27-DEC-06 |
| LATINO MARKETING GROUP<br>1412 N BROADWAY<br>LEXINGTON, KY  40505 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/1/2005 |
| LATTER & BLUM CLASSIC HOMES, INC.<br>14454 UNIVERSITY AVENUE<br>HAMMOND, LA  70401 | LEASE<br>MSA W/ DESK<br>7/17/2006 - 12/31/2016 |
| LAX PLAZA HOTEL | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/12/2006 |
| | **Addition** |
| LAZARUS MARKETING INC<br>3530 OCEANSIDE ROAD<br>OCEANSIDE, NY  11572 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIALITY AGREEMENT<br>CONTRACT ID:  443-1.1<br>EFFECTIVE DATE:  2/16/2006 |
| | **Addition** |
| LAZARUS MARKETING INC<br>3530 OCEANSIDE ROAD<br>OCEANSIDE, NY  11572 | VENDOR<br>PROCESSING / SERVICING<br>CONFIDENTIALITY AGREEMENT<br>CONTRACT ID:  443-2.0<br>EFFECTIVE DATE:  3/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**

                        Debtor                                                                            (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LAZARUS MARKETING, INC.<br>3530 OCEANSIDE ROAD<br>OCEANSIDE, NY  11572 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/16/2006 |
| LAZARUS MARKETING, INC.<br>3530 OCEANSIDE ROAD<br>OCEANSIDE, NY  11572 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/30/2006 |
| LBA MELVILLE ASSOCIATES C.O NETREX LLC, MANAGER<br>270 SOUTH SERVICE ROAD<br>SUITE 45<br>MELVILLE, NY  11747 | LEASE<br>OFFICE<br>8/1/2006 - 7/31/2009 |
| LBJ<br>8805 18TH AVENUE<br>BROOKLYN, NY | LEASE<br>STORE LEASE<br>10/1/2005 - 10/31/2010 |

**Addition**

| | |
|---|---|
| LEAD FILTER CORPORATION<br>16 WEST 19TH STREET 10TH FLOOR<br>NEW YORK, NY  10011 | PURCHASER PARTICIPATION AGREEMENT<br>LEADFILTER MARKETPLACE LEAD PURCHASER<br>PARTICIPATION AGREEMENT |
| LEADER MORGTAGE COMPANY | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 8/26/2002 |
| LEADPOINT<br>11661 SAN VICENTE BLVD<br>SUITE 800<br>LOS ANGELES, CA  90049 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 12/18/2006 |
| LEADPOINT<br>11661 SAN VICENTE BLVD<br>SUITE 800<br>LOS ANGELES, CA  90049 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 2/22/2007 |
| LEGACY BANK<br>15100 N. 78TH WAY STE 101<br>SCOTTSDALE, AZ  85260 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

_____                                      _____
Debtor                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LEGACY BANK AND TRUST CO<br>15100 N. 78TH WAY STE 101<br>SCOTTSDALE, AZ  85260 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |
| **Addition** | |
| LEGACY GROUP LENDING INC<br>11225 SE 6TH ST<br>SUITE 100<br>BELLEVUE, WA  98004 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11609-1.0<br>EFFECTIVE DATE: 1/22/2007 |
| LEGACY MANAGEMENT ASSOCIATES<br>117 CENTRE ST<br>SUITE 6<br>FERNANDINA BEACH, FL  32034 | HUMAN RESOURCES CONTRACT<br>RECRUITERS |
| **Addition** | |
| LEHMAN & EILEN LLP<br>50 CHARLES LINDBERGH BOULEVARD<br>UNIOONDALE, NY  11553-3612 | VENDOR<br>LEGAL<br>LAW FIRM ENGAGEMENT LETTER FOR LEGAL SERVICES IN CONNECTION WITH BROKER-DEALER FORMATION<br>CONTRACT ID:  11330-1.0<br>EFFECTIVE DATE:  1/24/2007 |
| LEHMAN BROTHERS<br>745 SEVENTH AVE<br>5TH FL<br>NEW YORK, NY  10019 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  12/6/2006 |
| LEHMAN BROTHERS BANK, FSB<br>745 SEVENTH AVENUE<br>13TH FLOOR<br>ATTN: JACK E. DESENS, VICE PRESIDENT<br>NEW YORK, NY  10019 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  11/17/2004 |
| LEHMAN BROTHERS BANK, FSB<br>745 SEVENTH AVENUE<br>13TH FLOOR<br>ATTN: JACK E. DESENS, VICE PRESIDENT<br>NEW YORK, NY  10019 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT AGREEMENT<br>EFFECTIVE DATE:  5/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                              Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br>745 SEVENTH AVENUE 28TH FLOOR<br>TRANSACTION MANAGEMENT<br>NEW YORK, NY  10019 | ISDA CONTRACT |
| LEIGHTON & CLARK, LLC C/O VESTMOORE MANAGEMENT, INC.<br>168 SOUTH RIVER ROAD<br>BEFORD, NH  03110 | LEASE<br>OFFICE<br>1/1/2005 - 12/31/2007 |
| LENDAMERICA HOME LOANS, INC<br>ATTN JORGE G PULIDO<br>8603 S DIXIE HWY<br>SUITE 407<br>MIAMI, FL  33143 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/20/2006 |
| LENDER LTD<br>7789 EAST M-36<br>WHITMORE LAKE, MI  48189 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/6/2006 |
| **Addition** | |
| LENDERS FIRST CHOICE AGENCY<br>3850 ROYAL AVE<br>SUN VILLAGE, CA  93063 | SERVICE AGREEMENT |
| **Addition** | |
| LENDERS FIRST CHOICE AGENCY<br>3803 PARKWOOD BLVD<br>FRISCO, TX  75034 | SERVICE AGREEMENT |
| **Addition** | |
| LENDIA INC<br>ATTN COMPLIANCE<br>472 LINCOLN STREET<br>WORCESTER, MA  1605 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10388-1.0<br>EFFECTIVE DATE: 4/27/2006 |
| LENDIA, INC.<br>ATTN COMPLIANCE<br>472 LINCOLN STREET<br>WORCESTER, MA  01605 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____
                              Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| LENDING HOPE<br>110 EAST ATLANTIC AVE<br>SUITE 200<br>DELANEY BEACH, FL  33444 | LENDER AGREEMENT |
| | **Addition** |
| LENDING PAD.COM<br>2553 N ATLANTIC AVE #264<br>DAYTONA BEACH, FL  32118 | MARKETING CONTRACT<br>LEADS<br>PURCHASE AGREEMENT<br>CONTRACT ID: 11115-1.0<br>EFFECTIVE DATE: 7/19/2001 |
| | **Addition** |
| LENDING TREE INC<br>ATTM GENERAL COUNSEL<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | BROKER AGREEMENT |
| | **Addition** |
| LENDING TREE INC<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | CLO SERVICES AGREEMENT |
| | **Addition** |
| LENDING TREE INC<br>ATTN ROBERT J FLEMMA<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>MORTGAGE MASTER MARKETING AGREEMENT<br>CONTRACT ID: 10963-4.0<br>EFFECTIVE DATE:  12/5/2003 |
| | **Addition** |
| LENDING TREE INC<br>6701 CARNEL RD<br>SUITE 205<br>CHARLOTTE, NC  28226 | MARKETING CONTRACT<br>LEADS<br>INTERNET MARKETING SERVICES AGREEMENT<br>CONTRACT ID: 10963-6.0<br>EFFECTIVE DATE:  3/20/2000 |
| | **Addition** |
| LENDING TREE INC<br>ATTN DOUGLAS R LEBDA<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>LEADS<br>INTERNET MARKETING SERVICES AGREEMENT<br>CONTRACT ID: 10963-7.0<br>EFFECTIVE DATE:  4/16/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor                                                                              (if known)</div>

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| LENDING TREE INC<br>6701 CARNEL RD<br>SUITE 205<br>CHARLOTTE, NC  28226 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>INTERNET MARKETING SERVICES AGREEMENT<br>CONTRACT ID:  10963-2.0<br>EFFECTIVE DATE:  3/20/2000 |
| | **Addition** |
| LENDING TREE INC<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | SOFTWARE LICENSE & SERVICE AGREEMENT |
| | **Addition** |
| LENDING TREE INC<br>ATTN BOB FLEMMA<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | VENDOR<br>SOFTWARE LICENSE & SERVICES AGREEMENT<br>CONTRACT ID:  10963-11.0<br>EFFECTIVE DATE:  12/19/2001 |
| | **Addition** |
| LENDING TREE INC<br>ATTM GENERAL COUNSEL<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | VENDOR<br>SOFTWARE LICENSE & SERVICES AGREEMENT<br>CONTRACT ID:  10963-12.0<br>EFFECTIVE DATE:  4/4/2002 |
| LENDING TREE, INC.<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  3/20/2000 |
| LENDING TREE, INC.<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/5/2003 |
| LENDING TREE, INC.<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  3/20/2000 |
| LENDING TREE, INC.<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  4/16/2002 |
| LENDING TREE, INC.<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  4/3/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____                                      _____
            Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LENDING TREE, INC.<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/4/2002 |
| LENDINGTREE, LLC<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | MARKETING CONTRACT<br>CLO<br>EFFECTIVE DATE:  5/15/2007 |
| LENDINGTREE, LLC<br>11115 RUSHMORE DR<br>CHARLOTTE, NC  28277 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/6/2007 |
| | **Addition** |
| LENOVO (UNITED STATES) INC | VENDOR<br>EQUIPMENT<br>WARRANTY SERVICE SELF - MAINTAINER AGREEMENT<br>CONTRACT ID:  11222-1.0<br>EFFECTIVE DATE:  11/1/2005 |
| LENOVO (UNITED STATES) INC. | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  11/1/2005 |
| LENOX FINANCIAL MORTGAGE CORPORATION<br>16802 ASTON<br>IRVINE, CA  92606 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  12/29/2006 |
| LEONID BATKHAN | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/26/2006 |
| | **Addition** |
| LERETA CORP<br>ATTN DALE A QUARTO<br>1123 S PARKVIEW DR<br>COVINA, CA  91724 | VENDOR<br>PROCESSING / SERVICING<br>TAX SERVICE AGREEMENT<br>CONTRACT ID:  11149-1.0<br>EFFECTIVE DATE:  3/19/1999 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

                              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Addition |
| LES BROWN ENTERPRISES LLC<br>PO BOX 806217<br>CHICAGO, IL  60699 | VENDOR<br>SITE USE<br>SPEAKING ENGAGEMENT AGREEMENT<br>CONTRACT ID:  10761-6.0<br>EFFECTIVE DATE: 7/17/2007 |
| | Addition |
| LES BROWN ENTERPRISES LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR<br>SITE USE<br>SPEAKING ENGAGEMENT AGREEMENT<br>CONTRACT ID:  10761-2.0<br>EFFECTIVE DATE:  1/2/2007 |
| | Addition |
| LES BROWN ENTERPRISES LLC<br>PO BOX 806217<br>CHICAGO, IL  60699 | VENDOR<br>SITE USE<br>SPEAKING ENGAGEMENT AGREEMENT<br>CONTRACT ID:  10761-4.0<br>EFFECTIVE DATE: 7/17/2007 |
| | Addition |
| LES BROWN ENTERPRISES LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR<br>SITE USE<br>SPEAKING ENGAGEMENT AGREEMENT<br>CONTRACT ID:  10761-3.0<br>EFFECTIVE DATE:  1/2/2007 |
| | Addition |
| LES BROWN ENTERPRISES LLC<br>PO BOX 806217<br>CHICAGO, IL  60699 | VENDOR<br>SITE USE<br>SPEAKING ENGAGEMENT AGREEMENT<br>CONTRACT ID:  10761-5.0<br>EFFECTIVE DATE: 7/17/2007 |
| | Addition |
| LES BROWN ENTERPRISES LLC<br>33585 DEL OBISPO STREET<br>SUITE C-222<br>DANA POINT, CA  92629 | VENDOR<br>SITE USE<br>SPEAKING ENGAGEMENT AGREEMENT<br>CONTRACT ID:  10761-1.0<br>EFFECTIVE DATE: 9/8/2006 |
| LES BROWN ENTERPRISES, LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 9/8/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                        _____
                          Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LES BROWN ENTERPRISES, LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/2/2007 |
| LES BROWN ENTERPRISES, LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/2/2007 |
| LES BROWN ENTERPRISES, LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/17/2007 |
| LES BROWN ENTERPRISES, LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/17/2007 |
| LES BROWN ENTERPRISES, LLC<br>PO BOX 83528<br>COLUMBUS, OH  43203 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/17/2007 |
| LEVEL FOUR LEASING<br>40 WEST 14TH STREET<br>SUITE 4B<br>HELENA, MT  56901 | LEASE<br>OFFICE<br>6/1/2007 - 5/31/2008 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/16/2006 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/31/2006 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 2/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

                                   Debtor                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  7/17/2007 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/23/2007 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  3/31/2006 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/23/2006 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  5/22/2006 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/4/2006 |
| LEWTAN TECHNOLOGIES<br>300 FIFTH AVE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/18/2006 |
| LEWTAN TECHNOLOGIES, INC.<br>300 FIFTH AVENUE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/24/2005 |
| LEWTAN TECHNOLOGIES, INC.<br>300 FIFTH AVENUE<br>WALTHAM, MA  02451 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/8/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____                                    _____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LEXINGTON CAPITAL CORPORATION DBA LEXINGTON MORTGAGE OF CA<br>ATTN LEGAL AFFAIR<br>3 IMPERIAL PROMENADE<br>SANTA ANA, CA  92707 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/23/2006 |
| LEXINGTON CAPITAL CORPORATION DBA LEXINGTON MORTGAGE OF CA<br>ATTN LEGAL AFFAIR<br>3 IMPERIAL PROMENADE<br>SANTA ANA, CA  92707 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/5/2006 |
| LEXINGTON SQUARE LLP<br>11649 N. PORT WASHINGTON RD<br>SUITE 206<br>MEQUON, WI  53092 | LEASE<br>OFFICE<br>6/1/2006 - 5/31/2011 |
| LEXISNEXIS | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/20/2007 |
| LEXISNEXIS | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/13/2006 |
| LEXISNEXIS | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 2/24/2006 |
| LHM FINANCIAL CORPORATION DBA CNN MORTGAGE<br>7025 E GREENWAY PKWY #30<br>SCOTTSDALE, AZ  85254 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/16/2007 |
| LIBERTY AMERICAN MORTGAGE<br>2281 LAVA RIDGE CT<br>2ND FLOOR<br>ROSEVILLE, CA  95661 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 10/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

_____                              _____
                      Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

LIBERTY BELLE ON THE DELAWARE ROVER, THE
THE PHILADELPHIA CRUISE TERMINAL
5100 SOUTH BROAD STREET
PHILADELPHIA, PA  19112

VENDOR
SITE USE AGREEMENT-HOLIDAY BOAT PARTY
CONTRACT ID:  11848-1.0
EFFECTIVE DATE: 7/26/2007

LIBERTY FEDERAL SAVINGS AND LOAN ASSOCIATION
ATTN THOMAS E O'NEIL III
401 NORTH HOWARD ST
BALTIMORE, MD  21201

MARKETING CONTRACT
BROKER
EFFECTIVE DATE: 1/9/2004

LIBERTY FEDERAL SAVINGS AND LOAN ASSOCIATION
ATTN THOMAS E O'NEIL III
401 NORTH HOWARD ST
BALTIMORE, MD  21201

MARKETING CONTRACT
BROKER
EFFECTIVE DATE: 4/6/2006

*Addition*

LIBERTY FINANCIAL GROUP INC
205 108TH AVE NE
SUITE 270
BELLEVUE, WA  98004

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MINI-BULK ADDENDUM
CONTRACT ID:  10459-2.0
EFFECTIVE DATE: 4/28/2006

*Addition*

LIBERTY FINANCIAL GROUP INC
205 108TH AVE NE
SUITE 270
BELLEVUE, WA  98004

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10459-1.0
EFFECTIVE DATE: 4/28/2006

LIBERTY FINANCIAL GROUP, INC
7 CHURCH ROAD
HATFIELD, PA  19440

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/28/2006

*Addition*

LIBERTY HOME LENDING INC
568 YAMATO RD
BOCA RATON, FL  33431

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10626-1.0
EFFECTIVE DATE: 7/13/2006

LIBERTY HOME LENDING, INC
568 YAMATO RD
BOCA RATON, FL  33431

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/13/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                      Case No.  **07-11051**

Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

LIBERTY HOMES INC
ATTN BRUCE A MCMILLAN
1101 EISENHOWER DR NORTH
GOSHEN, IN  46527

MARKETING CONTRACT
PREFERRED LENDER
PREFFERRED LENDER MARKETING AGREEMENT
CONTRACT ID: 11547-1.0
EFFECTIVE DATE: 4/5/2007


LIBERTY HOMES, INC
ATTN BRUCE A MCMILLAN
1101 EISENHOWER DR NORTH
GOSHEN, IN  46527

MARKETING CONTRACT
PREFERRED LENDER
EFFECTIVE DATE: 4/5/2007


LIBERTY MORTGAGE CORPORATION
ATTN MITCHELL ALVERSON
200 WILLIAMSBURG OFFICE BANK
BIRMINGHAM, AL  35216

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/24/2006


LIBERTY-WAGNER BUSINESS PARK, LLC
1935 SO. INDUSTRIAL
ANN ARBOR, MI  48104

LEASE
OFFICE
1/1/2006 - 12/31/2008


LIGHT LAS VEGAS
4230 SOUTH DECATUR BLVD
SUITE A
LAS VEGAS, NV  89103

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 1/3/2007


LIGHTHOUSE MORTGAGE SERVICE CO, INC.
ONE FAIRWAY PLAZA
HUNTINGDON VALLEY, PA  19006

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/2/2006

**Addition**

LIGHTHOUSE MORTGAGE SERVICE COO INC
ATTN LEA T HOROWITZ
ONE FAIRWAY PLAZA
HUNTINGDON VALLEY, PA  19006

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10711-1.0
EFFECTIVE DATE: 6/2/2006


LIN MEDIA GROUP

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 2/7/2006


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

LINCOLN CENTER LLC
3211 PAYSPHERE CIRCLE
CHICAGO, IL  60674

LEASE
OFFICE
2/1/2004 - 1/31/2009

*Addition*

LINKSTORM
ONE PENN PLAZA
36TH FLOOR
NEW YORK, NY  10019

DESIGN AND INTEGRATION OF LINKSTORM'S NAVIGATION SYSTEM

*Addition*

LION INC
4700 42ND AVE SW
SUITE 430
SEATTLE, WA  98116

MARKETING CONTRACT
LEADS
MARKETING AGREEMENT
CONTRACT ID:  487-2.0
EFFECTIVE DATE:  10/1/2003

*Addition*

LION INC
4700 42ND AVE SW
SUITE 430
SEATTLE, WA  98116

MARKETING CONTRACT
LEADS AGREEMENT AND ADVERTISING
CONTRACT ID:  487-1.0
EFFECTIVE DATE:  3/28/2006

*Addition*

LION INC
4700 42ND AVE SW
SUITE 430
SEATTLE, WA  98116

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
NDA
CONTRACT ID:  487-4.0
EFFECTIVE DATE:  8/11/2003

LION, INC.
DEPT #3082
PO BOX 34936
SEATTLE, WA  98124

MARKETING CONTRACT
LEADS AGREEMENTS
EFFECTIVE DATE:  3/28/2006

LION, INC.
DEPT #3082
PO BOX 34936
SEATTLE, WA  98124

MARKETING CONTRACT
LEADS AGREEMENTS
EFFECTIVE DATE:  10/1/2003

LION, INC.
DEPT #3082
PO BOX 34936
SEATTLE, WA  98124

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE:  1/4/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
                                  Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LION, INC.<br>DEPT #3082<br>PO BOX 34936<br>SEATTLE, WA  98124 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 1/31/2007 |
| LIQUID HOUSES LLC<br>PO BOX 160801<br>SPARTANBURG, SC  29316 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2007 |
| LISA CHAN, JACK CHAN<br>431 ESSOX STREET<br>BANGOR, ME  04401 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2007 |
| LISTWISE REALTY SERVICES<br>201 SHANNON OAKS CIRCLE<br>SUITE 200<br>CARY, NC  27511 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  4/17/2006 |
| LISTWISE REALTY SERVICES<br>201 SHANNON OAKS CIRCLE<br>SUITE 200<br>CARY, NC  27511 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 5/10/2006 |
| LISTWISE REALTY SERVICES<br>201 SHANNON OAKS CIRCLE<br>SUITE 200<br>CARY, NC  27511 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 5/10/2006 |
| LITTON LOAN SERVICING LP<br>4828 LOOP CENTRAL DRIVE<br>HOUSTON, TX  77081 | MARKETING CONTRACT<br>BROKER |

**Addition**

| | |
|---|---|
| LIVEPERSON INC<br>462 7TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10018 | VENDOR<br>PROCESSING / SERVICING<br>U.S. SERVICES AGREEMENT<br>CONTRACT ID:  11171-1.0<br>EFFECTIVE DATE:  10/11/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____
Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LIVEPERSON, INC.<br>462 7TH AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10018 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  10/11/2000 |
| LJMG, INC.<br>DBA FIRST CHOICE EXECUTIVE SUITES<br>7825 FAY AVENUE, SUITE 200<br>LAJOLLA, CA  92037 | LEASE<br>OFFICE<br>3/12/2007 - 9/11/2007 |
| LLOYD DISTRICT PROPERTIES, L.P.<br>C/O ASHFORTH PACIFIC, INC.<br>825 N.E. MULTNOMAH, #1275<br>PORTLAND, OR  97232 | LEASE<br>OFFICE<br>12/11/2006 - 12/31/2009 |
| LLOYD DISTRICT PROPERTIES, L.P.<br>C/O ASHFORTH PACIFIC, INC.<br>825 N.E. MULTNOMAH, #1275<br>PORTLAND, OR  97232 | LEASE<br>OFFICE<br>12/11/2006 - 12/11/2007 |
| LLOYD STAFFING<br>445 BROADHOLLOW ROAD<br>SUITE 119<br>MELVILLE, NY  11747 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  1/22/2007 |
| LLOYD STAFFING<br>445 BROADHOLLOW ROAD<br>SUITE 119<br>MELVILLE, NY  11747 | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING<br>EFFECTIVE DATE:  1/29/2007 |

**Addition**

| | |
|---|---|
| LLOYD'S POLICY | DECLARATIONS EXCESS LIABILITY POLICY<br>LIABILITY POLICY |
| LNB COMMERCIAL CAPITAL | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/30/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| LO INC DBA RELIANCE MORTGAGE INC<br>1008 140TH AVE NE #108<br>BELLEVUE, WA  98005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10447-1.0<br>EFFECTIVE DATE:  5/16/2006 |
| LO, INC. DBA RELIANCE MORTGAGE INC<br>1008 140TH AVE NE #108<br>BELLEVUE, WA  98005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/16/2006 |

<div align="center">Addition</div>

| | |
|---|---|
| LOAN CENTER OF CALIFORNIA INC<br>ONE HARBOR CENTER<br>SUITE 188<br>SUISUN CITY, CA  94585 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MINI-BULK ADDENDUM<br>CONTRACT ID:  10575-2.0<br>EFFECTIVE DATE:  6/29/2006 |

<div align="center">Addition</div>

| | |
|---|---|
| LOAN CENTER OF CALIFORNIA INC<br>ONE HARBOR CENTER<br>SUITE 188<br>SUISUN CITY, CA  94585 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10575-1.0<br>EFFECTIVE DATE:  6/29/2006 |
| LOAN CENTER OF CALIFORNIA, INC<br>ONE HARBOR CENTER<br>SUITE 188<br>SUISUN CITY, CA  94585 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/29/2006 |
| LOAN CENTER OF CALIFORNIA, INC<br>ONE HARBOR CENTER<br>SUITE 188<br>SUISUN CITY, CA  94585 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/29/2006 |
| LOAN CITY<br>5671 SANTA TERESA BLVD<br>SAN JOSE, CA  95123 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/7/2006 |
| LOAN LINK FINANCIAL SERVICES<br>26800 ALISO VIEJO PKWY #100<br>ALISO VIEJO, CA  92656 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                          Debtor                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LOAN LINK FINANCIAL SERVICES<br>26800 ALISO VIEJO PKWY #100<br>ALISO VIEJO, CA  92656 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/12/2006 |
| LOAN PERFORMANCE<br>P.O. BOX 844139<br>DALLAS, TX  75284-4139 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 9/7/2006 |
| LOAN PERFORMANCE<br>P.O. BOX 844139<br>DALLAS, TX  75284-4139 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/17/2005 |
| **Addition** | |
| LOANAPP.COM, INC.<br>2033 CONCOURSE DRIVE<br>SUITE 100B<br>SAN JOSE, CA  95131 | MARKETING CONTRACT<br>LEADS<br>LENDER AGREEMENT<br>CONTRACT ID:  10012-1.0<br>EFFECTIVE DATE: 11/5/1999 |
| LOANSOFT<br>2930 SHATTUCK AVENUE<br>SUITE 206<br>BERKELEY, CA  94705-1183 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/5/2001 |
| LOANSOFT, INC.<br>2930 SHATTUCK AVENUE<br>SUITE 206<br>BERKELEY, CA  94705-1183 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 11/30/2001 |
| LOBO ENTERPRISES<br>323 HUTCHENSON FERRY ROAD<br>WHITEBURG, GA  30185 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2008 |
| **Addition** | |
| LOCATION INC<br>ATTN ANDREW COUTURE<br>68 CUMBERLAND ST<br>SUITE 304<br>WOONSOCKET, RI  2895 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID:  414-2.0<br>EFFECTIVE DATE: 8/9/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____

Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

LOCATION INC
ATTN ANDREW COUTURE / GILLIAN SCHILLER
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  2895

MARKETING CONTRACT
MARKETING AND SERVICES AGREEMENT
CONTRACT ID:  414-1.0
EFFECTIVE DATE:  3/7/2006

<div align="center">Addition</div>

LOCATION INC
ATTN ANDREW COUTURE
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  2895

MARKETING CONTRACT
MARKETING AND SERVICES
MODIFICATION AGREEMENT OF MARKETING AND SERVICES
AGREEMENT
CONTRACT ID:  414-1.1
EFFECTIVE DATE:  1/24/2007

LOCATION INC.
ATTN ANDREW COUTURE
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  02895

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  8/9/2007

LOCATION INC.
ATTN ANDREW COUTURE
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  02895

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  3/7/2006

LOCATION INC.
ATTN ANDREW COUTURE
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  02895

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  1/24/2007

LOCATION INC.
ATTN ANDREW COUTURE
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  02895

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  1/24/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                                    Debtor                                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

LOCATION INC.
ATTN ANDREW COUTURE
68 CUMBERLAND ST
SUITE 304
WOONSOCKET, RI  02895

MARKETING CONTRACT
MARKETING AND SERVICES

**Addition**

LOCATORSEARCH LLC
ATTN KARL KRAUS
200 RECTOR PLACE
SUITE 27D
NEW YORK, NY  10280

SERVICE AGREEMENT

LOCKBOX 203494, OHIO PUBLIC EMPLOYEES RETIREMENT
SERVICES
PO BOX 203494
21 WATERWAY HOLDINGS
HOUSTON, TX  772163494

LEASE
OFFICE
9/1/2006 - 8/31/2012

**Addition**

LODGE MORTGAGE INC
19221 I-45 SOUTH
SUITE 210
CONROE, TX  77385

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10022-1.0
EFFECTIVE DATE:  2/13/2006

LODGE MORTGAGE, INC.
19221 I-45 SOUTH
SUITE 210
CONROE, TX  77385

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  2/13/2006

**Addition**

LOG RHYTHM
3005 CENTER GREEN DR
SUITE 130
BOULDER, CO  80301

MUTUAL NON-DISCLOSURE AGREEMENT
EFFECTIVE DATE: 7/25/2007

**Addition**

LOG RHYTHM
3005 CENTER GREEN DR
SUITE 130
BOULDER, CO  80301

VENDOR
SITE USE
SOFTWARE EVALUATION AGREEMENT
CONTRACT ID: 11864-1.0
EFFECTIVE DATE: 7/25/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                          _____
                    Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

LOGICAL ADS INC
170A UNIVERSITY AVENUE #7
PALO ALTO, CA  94301

AGREEMENT

Addition

LOMARD SOFTWARE INC

MUTUAL NON-DISCLOSURE AGREEMENT

LONG BEACH MORTGAGE
ATTN SR VICE PRESIDENT-RISK MANAGEMENT
1100 TOWN & COUNTRY RD
NINTH FLOOR
ORANGE, CA  92868

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 6/29/2004

LONG ISLAND HOUSING PARTNERSHIP, INC.
180 OSER AVENUE
HAUPPAUGE, NY  11788

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 10/1/2005

Addition

LONG ISLAND HOUSTING PARTNERSHIP
180 OSER AVENUE
HAUPPAUGE, NY  11788

MARKETING CONTRACT
MARKETING AND SERVICES
AGREEMENT FOR PROVISION OF MORTGAGE HOMEBUYER
COUNSELING
CONTRACT ID: 134-1.0
EFFECTIVE DATE: 10/1/2005

Addition

LOTSOLUTIONS INC
100 WEST RAY ST
JACKSONVILLE, FL  72202

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 11341-1.0
EFFECTIVE DATE:  2/6/2007

LOTSOLUTIONS, INC
100 WEST RAY ST
JACKSONVILLE, FL  72202

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  2/6/2007

LOUDOUN STREET ASSOCIATES, LLC
41882 TUTT LANE
LEESBURG, VA  20176-623

LEASE
OFFICE
12/1/2006 - 11/30/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____                                _____
Debtor                                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LOUISANA FEDERAL LAND BANK ASSOCIATION, FLCA<br>P.O. BOX 4806<br>MONROE, LA  71211 | LEASE<br>OFFICE<br>5/15/2006 - 5/14/2009 |
| LOUISIANA PUBLIC FACILITIES AUTHORITY<br>2237 SOUTH ACADIAN THRUWAY<br>ACADIA TRACE BUILDING<br>SUITE 650<br>BATON ROUGE, LA  70808 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/16/2003 |
| LOW.COM, INC<br>818 W 7TH ST<br>SUITE 700<br>LOS ANGELES, CA  90017 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  4/25/2007 |
| LOWERMYBILLS, INC.<br>2401 COLORADO AVE<br>SUITE 200<br>SANTA MONICA, CA  90404 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  2/3/2006 |
| **Addition** | |
| LOWERMYBILLS.COM INC<br>2120 COLOARADO AVE<br>3RD FLOOR<br>SANTA MONICA, CA  90404 | MARKETING CONTRACT<br>LEADS<br>MARKETING AGREEMENT<br>CONTRACT ID:  225-2.0<br>EFFECTIVE DATE:  8/7/2003 |
| **Addition** | |
| LOWERMYBILLS.COM INC<br>2401 COLORADO AVE<br>SUITE 200<br>SANTA MONICA, CA  90404 | MARKETING CONTRACT<br>AMENDMENT TO MARKETING AGREEMENT |
| **Addition** | |
| LOWERMYBILLS.COM INC<br>2401 COLORADO AVE<br>SUITE 200<br>SANTA MONICA, CA  90404 | MARKETING CONTRACT<br>LAADS AGREEMENT<br>AMENDMENT TO EXISTING AGREEMENT<br>CONTRACT ID:  225-3.0<br>EFFECTIVE DATE:  4/23/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                          Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

                                        **Addition**

LOWERMYBILLS.COM INC                              MARKETING CONTRACT
2401 COLORADO AVE                                 LEADS AGREEMENT
SUITE 200                                         CONTRACT ID: 225-1.0
SANTA MONICA, CA  90404                            EFFECTIVE DATE:  2/3/2006

                                        **Addition**

LOWERMYBILLS.COM INC                              MARKETING CONTRACT
2401 COLORADO AVE                                 MARKETING AND SERVICES
SUITE 200                                         MARKETING AGREEMENT
SANTA MONICA, CA  90404

LOWERMYBILLS.COM, INC.                            MARKETING CONTRACT
2401 COLORANDO AVENUE                             LEADS AGREEMENTS
SANTA MONICA, CA  90404                            EFFECTIVE DATE:  4/23/2007

LOWERMYBILLS.COM, INC.                            MARKETING CONTRACT
2401 COLORANDO AVENUE                             LEADS AGREEMENTS
SANTA MONICA, CA  90404                            EFFECTIVE DATE:  8/7/2003

LOWEST MORTGAGE.COM                               MARKETING CONTRACT
ATTN RICK STEELE CEO                              LEADS AGREEMENTS
931 E SOUTHERN AVENVUE                            EFFECTIVE DATE:  8/28/2001
SUITE 101
MESA, AZ  85204

LOY BRASHEAR                                      LEASE
106 ANNISTON WAY                                  OFFICE
ELIZABETHTOWN, KY  42701                           4/16/2007 - 4/15/2008

LTB II, LLC                                       MARKETING CONTRACT
2625 TOWNSGATE RD                                 ADVERTISING
SUITE 300                                         EFFECTIVE DATE:  7/14/2006
WESTLAKE VILLAGE, CA  91361

LTB II, LLC                                       MARKETING CONTRACT
2625 TOWNSGATE RD                                 ADVERTISING
SUITE 300                                         EFFECTIVE DATE:  10/18/2007
WESTLAKE VILLAGE, CA  91361

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____
Debtor                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LTB II, LLC<br>2625 TOWNSGATE RD<br>SUITE 300<br>WESTLAKE VILLAGE, CA  91361 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/1/2006 |
| LUMINA MORTGAGE<br>COMPANY INC<br>219 RACINE DRIVE, STE A<br>WILMINGTON, NC  28411 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/10/2005 |
| LUMINA MORTGAGE<br>COMPANY INC<br>219 RACINE DRIVE, STE A<br>WILMINGTON, NC  28411 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  12/13/2006 |
| **Addition** | |
| LUXURY MORTGAGECORP.<br>ONE LANDMARK SQUARE<br>SUITE 100<br>STANFORD, CT  6901 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM<br>CONTRACT ID:  11611-1.0<br>EFFECTIVE DATE:  1/8/2007 |
| **Addition** | |
| LXI CORP<br>1925 W JOHN CARPENTER FREEWAY<br>SUITE 485<br>IRVING, TX  75063 | SOFTWARE LICENSE & AGREEMENT |
| **Addition** | |
| LYCOS / TERRA NETWORK OPERATIONS<br>1201 BRICKELL AVENUE<br>MIAMI, FL  33131 | CO-BRANDING AGREEMENT |
| **Addition** | |
| LYCOS / TERRA NETWORK OPERATIONS<br>1201 BRICKELL AVENUE<br>MIAMI, FL  33131 | CONTENT AGREEMENT |
| **Addition** | |
| LYCOS INC<br>100 FIFTH AVENUE<br>WALTHAM, MA  2451 | CO-BRANDING AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

LYCOS INC
100 FIFTH AVENUE
WALTHAM, MA  2451

CONTENT AGREEMENT
CONTRACT ID:  10964-2.0
EFFECTIVE DATE:  12/17/2003

*Addition*

LYCOS INC
100 FIFTH AVENUE
WALTHAM, MA  2451

MARKETING CONTRACT
WEB ADVERTISING
CONTENT AGREEMENT
CONTRACT ID:  10964-1.0
EFFECTIVE DATE:  12/17/2003

LYCOS, INC.
100 FIFTH AVENUE
WALTHAM, MA  02451

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE:  12/17/2003

LYCOS, INC.
100 FIFTH AVENUE
WALTHAM, MA  02451

MARKETING CONTRACT
WEB ADVERTISING
EFFECTIVE DATE:  12/17/2003

*Addition*

LYDIAN PRIVATE BANK
3801 PGA BLVD
7TH FLOOR
PALM BEACH GARDENS, FL  33410

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11612-1.0
EFFECTIVE DATE:  2/28/2007

*Addition*

LYDIAN TECHNOLOGY GROUP

CHANGE ORDER
EFFECTIVE DATE:  5/15/2006

*Addition*

LYDIAN TECHNOLOGY GROUP

VENDOR
LEGAL
CHANGE OF ENTITY NAME
EFFECTIVE DATE:  3/16/2006

LYDIAN TECHNOLOGY GROUP (FORMERLY WELLFOUND DECADE CORPORATION)

HUMAN RESOURCES CONTRACT
CONSULTING AGREEMENTS
EFFECTIVE DATE:  5/18/2006

M & L SAGEBRUSH WEST, LTD.
C/O MARKSMAN REALTY SERVICES, INC.
3301 LONG PRAIRIE ROAD, SUITE 126
FLOWER MOUND, TX  75022

LEASE
OFFICE
6/1/2006 - 2/28/2010

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____Debtor_____                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

M & L SAGEBRUSH WEST, LTD.
C/O MARKSMAN REALTY SERVICES, INC.
3301 LONG PRAIRIE ROAD, SUITE 126
FLOWER MOUND, TX  75022

LEASE
OFFICE
3/1/2004 - 2/28/2010

**Addition**

M&I
11548 W. THEODORE TRECKER WAY
WEST ALLIS, WI  53214

SETTLEMENT AGREEMENT
MORTGAGE BROKER SETTLEMENT AGREEMENT

**Addition**

M&I MARSHAL & ILSLEY BANK
11548 W. THEODORE TRECKER WAY
WEST ALLIS, WI  53214

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
MORTGAGE BROKER APPROVAL PACKAGE

M&I MARSHALL & ILSLEY BANK
11548 W. THEODORE TRECKER WAY
WEST ALLIS, WI  53214

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT

M&T MORTGAGE CORPORATION
ATTN KATHLEEN DOAK ASSISTANT VP
NORTHWAY 10 EXECUTIVE PARK
313 USHERS ROAD
BALLSTON LAKE, NY  12019

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/9/2006

M&T MORTGAGE CORPORATION
ATTN KATHLEEN DOAK ASSISTANT VP
NORTHWAY 10 EXECUTIVE PARK
313 USHERS ROAD
BALLSTON LAKE, NY  12019

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  8/10/2005

M. W. ALLS AND P. G. HOTTIE
23 SMITH STREET
WARRENTON, VA  20186

LEASE
OFFICE
5/22/2006 - 5/14/2008

**Addition**

M/I FINANCIAL CORP
3 EASTON OVAL
SUITE 210
COLUMBUS, OH  43219

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11090-1.0
EFFECTIVE DATE:  8/25/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MACALLISTER MACHINERY CO., INC.<br>2418 WEST COLISEUM BLVD.<br>FORT WAYNE, IN  46707 | VENDOR CONTRACT<br>FACILITIES (UTILITIES)<br>EFFECTIVE DATE: 2/7/2006 |
| MACKINAC SAVINGS BANK, FSB<br>33333 W. 12 MILE RD<br>#202<br>FARMINGTON HILLS, MI  48334 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/6/2006 |
| MACPAD | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 5/19/2007 |
| MADAME TUSSAUDS NEW YORK, INC<br>234 WEST 42DN STREET<br>NEW YORK, NY  10036 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 11/13/2006 |
| MADDEN PRE PRINT MEDIA<br>1650 E FORT LOWELL RD.<br>STE 100<br>TUCSON, AZ  85719 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 11/22/2006 |
| MADISON COUNTY FEDERAL CREDIT UNION<br>621 EAST 8TH STREET<br>ANDERSONVILLE, IN  46012 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 1/31/2006 |
| MADISON COUNTY FEDERAL CREDIT UNION<br>621 EAST 8TH STREET<br>ANDERSONVILLE, IN  46012 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/16/2005 |
| MADISON COUNTY FEDERAL CREDIT UNION<br>621 EAST 8TH STREET<br>ANDERSONVILLE, IN  46012 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/16/2005 |
| MADISON COUNTY FEDERAL CREDIT UNION (PURCHASER)<br>621 EAST 8TH STREET<br>ANDERSON, IN  46012 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CR<br>CONTRACT DATE:  16-MAY-05 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MADISON NATIONAL BANK<br>888 VETERANS MEMORIAL HIGHWAY<br>HAUPPAUGE, NY  11788 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING |
| MADONNA INN<br>100 MADONNA ROAD<br>SAN LUIZ OBISPO, CA  93405 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/22/2007 |
| MAGILL ASSOCIATES<br>3601 HEMPSTEAD TURNPIKE<br>LEVITTOWN, NY  11756 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  1/17/2007 |
| MAGNA MORTGAGE | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  5/30/2003 |
| MAGNET<br>230 HILTON AVENUE<br>SUITE 206<br>HEMPSTEAD, NY  11550 | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE:  8/5/2004 |
| MAIN STREET DYL ASSOCIATES, LP<br>220 FARM LANE<br>DOYLESTOWN, PA  18901 | LEASE<br>OFFICE<br>5/1/2007 - 4/30/2010 |
| MAINE STATE HOUSING AUTHORITY<br>353 WATER STREET<br>AUGUSTA, ME  04330-4633 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  5/12/2006 |
| MALL VISION MEDIA<br>4500 E SPEEDWAY<br>SUITE 26<br>TUCSON, AZ  85712 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  11/6/2006 |
| MANAGEMENT ADVISORS INTERNATIONAL, INC.<br>1333 2ND STREET NE<br>SUITE 302<br>HICKORY, NC  28601 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  3/2/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____

                              Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MANAGEMENT RECRUITERS, WOODBURY, INC<br>PLAZA BUILDING<br>SUITE 208<br>100 CROSSWAYS PARK W.<br>WOODBURY, NY  11797 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/11/2007 |
| MANN MORTGAGE LLC<br>247 THAIN ROAD<br>SUITE 104<br>LEWISTON, ID 83501 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| MANOR HOUSE DEVELOPMENT<br>1412 SOUTH LEGEND HILLS DRIVE<br>SUITE 316<br>CLEARFIELD, UT  84015 | LEASE<br>OFFICE<br>4/5/2007 - 10/31/2007 |
| MANPOWER<br>21271 NETWORK PLACE<br>CHICAGO, IL  60673-1212 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 3/13/2007 |
| MANZANITA, LP<br>2505 CONGRESS STREET<br>SAN DIEGO, CA  92110 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  11/15/2006 |
| MAP 100, L.L.C.<br>9777 WILSHIRE BLVD.<br>SUITE 800<br>BEVERLY HILLS, CA  90212 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 12/13/2001 |

**Addition**

| | |
|---|---|
| MARATHON DEVELOPMENT CORP<br>207 GRANDBY ST<br>STE 203<br>NORFOLD, VA  23510 | MARKETING AND SERVICES AGREEMENT |
| MARATHON PARKWAY ASSOCIATES, LLC<br>45-17 MARATHON PARKWAY<br>LITTLE NECK, NY  11362 | LEASE<br>OFFICE<br>3/1/2006 - 2/28/2011 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                    _____
                          Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MARATHON STRUCTURED FINANCE FUND, LP<br>461 FIFTH AVENUE<br>14TH FLOOR<br>NEW YORK, NY  10017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/30/2007 |
| MARINA DISTRICT DEVELOPMENT COMPANY D/B/A BORGATA<br>ONE BORGATA WAY<br>ATLANTIC CITY, NJ  08401 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/18/2005 |
| MARINER COMMONS, LLC<br>18205 BISCAYNE BLVD<br>SUITE 2202<br>AVENTURA, FL  33160 | LEASE<br>SHOPPING CENTER<br>9/1/2005 - 8/31/2008 |
| MARK & KAREN CURT<br>2104 DEER RUN MEADOWS<br>TROY, MO  63379 | LEASE<br>OFFICE<br>4/1/2003 - 3/31/2008 |
| MARK BRUCE INTERNATIONAL<br>909 THIRD AVE 5TH FLOOR<br>NEW YORK, NY  10022 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  12/21/2006 |
| MARK GRIMES DBA OCEAN CITY REALTY<br>3258 ASBURY AVE<br>OCEAN CITY, NJ  08226 | LEASE<br>MSA<br>4/9/2007 - 4/8/2008 |
| MARK GRIMES DBA OCEAN CITY REALTY<br>3258 ASBURY AVE<br>OCEAN CITY, NJ  08226 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/9/2007 |
| MARK V REALTY<br>722 SOUTH COLLEGE AVE<br>COLLEGE PLACE, WA  99324 | LEASE<br>DESK RENTAL<br>11/1/2002 - 12/31/2016 |
| MARKET MORTGAGE CO., LTD.<br>330 E WILSON BRIDGE RD<br>SUITE 100<br>WORTHINGTON, OH  43085 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/11/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
Debtor                                                                 (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

MARKETING PLUS OF MISSOURI, INC
1000 ROCK CREEK ELEMENTARY DRIVE
O'FALLON, MI  63366
    ASSET PURCHASE AGREEMENT

MARKETWISE ADVISORS, LLC
830-13 A1A NORTH
SUITE 264
PONTE VEDRA BEACH, FL  32082
    CONTRACT
    PROCESSING/SERVICING
    EFFECTIVE DATE:  2/27/2007

MARKETWISE ADVISORS, LLC
830-13 A1A NORTH
SUITE 264
PONTE VEDRA BEACH, FL  32082
    NDA/CONFIDENTIAL CONTRACT
    CONFIDENTIAL
    EFFECTIVE DATE:  3/13/2007

MARKETWISE ADVISORS, LLC
830-13 A1A NORTH
SUITE 264
PONTE VEDRA BEACH, FL  32082
    VENDOR CONTRACT
    PROCESSING/SERVICING
    EFFECTIVE DATE:  5/13/2007

MARKETWISE ADVISORS, LLC
830-13 A1A NORTH
SUITE 264
PONTE VEDRA BEACH, FL  32082
    VENDOR CONTRACT
    PROCESSING/SERVICING
    EFFECTIVE DATE:  1/2/2007

**Addition**

MARRIOTT ATLANTA ALPHARETTA
    GROUP SALES AGREEMENT

MARRIOTT ATLANTA CENTURY CENTER
2000 CENTURY BOULEVARD NE
ATLANTA, GA  30345
    VENDOR CONTRACT
    SITE USE
    EFFECTIVE DATE:  4/17/2007

MARRIOTT BOCA RATON
5150 TOWN CENTER CIRCLE
BOCA RATON, FL  33486
    VENDOR CONTRACT
    SITE USE
    EFFECTIVE DATE:  12/12/2005

**Addition**

MARRIOTT BOSTON NEWTON
2345 COMMONWEALTH AVENUE
NEWTON, MA  2466
    VENDOR
    SITE USE
    HOTEL AGREEMENT
    CONTRACT ID:  397-1.0
    EFFECTIVE DATE:  2/16/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MARRIOTT BWI AIRPORT<br>1743 WEST NURSERY ROAD<br>BALTIMORE, MD  21240 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/13/2007 |
| MARRIOTT CHICAGO DOWNTOWN MAGNIFICENT MILE<br>540 NORTH MICHIGAN AVENUE<br>CHICAGO, IL  60611 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/21/2006 |
| **Addition** | |
| MARRIOTT COLUMBIA | HOTEL AGREEMENT<br>EFFECTIVE DATE:  10/18/2007 |
| MARRIOTT DALLAS/FORT WORTH AIRPORT NORTH<br>8440 FREEPORT PARKWAY<br>IRVING, TX  75063 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/17/2006 |
| MARRIOTT DALLAS/FORT WORTH AIRPORT NORTH<br>8440 FREEPORT PARKWAY<br>IRVING, TX  75063 | VENDOR CONTRACT<br>SITE USE |
| MARRIOTT DETRIOT-TROY<br>200 W. BIG BEAVER RD.<br>TROY, MI  48084 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/1/2007 |
| MARRIOTT DETRIOT-TROY<br>200 W. BIG BEAVER RD.<br>TROY, MI  48084 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/30/2007 |
| MARRIOTT HUTCHINSON ISLAND RESORT | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 10/19/2005 |
| MARRIOTT IRVINE<br>18000 VON KARMAN AVENUE<br>IRVINE, CA  92612 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/9/2007 |
| MARRIOTT LONG ISLAND HOTEL & CONFERENCE CENTER<br>101 JAMES DOOLITTLE BOULEVARD<br>UNIONDALE, NY  11553 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/5/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                                    _____
                          Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MARRIOTT NEWARK AIRPORT<br>NEWARK LIBERTY INTERNATIONAL AIRPORT<br>NEWARK, NJ  07114 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/29/2007 |
| MARRIOTT PERIMETER CENTER<br>246 PERIMETER CENTER PARKWAY NE<br>ATLANTA, GA  30346 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/24/2007 |
| MARRIOTT PORTLAND DOWNTOWN WATERFRONT<br>1401 SW NAITO PARKWAY<br>PORTLAND, OR  97201 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/21/2007 |
| MARRIOTT SAN RAMON<br>2600 BISHOP DRIVE<br>SAN RAMON, CA  94583 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/27/2006 |
| MARRIOTT SAN RAMON<br>2600 BISHOP DRIVE<br>SAN RAMON, CA  94583 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/6/2006 |
| MARRIOTT SEATTLE AIRPORT<br>3201 SOUTH 176TH STREET<br>SEATTLE, WA  98188 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/26/2007 |
| MARRIOTT SEATTLE AIRPORT<br>3201 SOUTH 176TH STREET<br>SEATTLE, WA  98188 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/1/2007 |
| MARRIOTT WESTCHESTER<br>670 WHITE PLAINS ROAD<br>TARRYTOWN, NY  10591 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/10/2006 |
| MASHPEE COMMONS LIMITED PARNERSHIP<br>MASHPEE COMMONS<br>P.O. BOX 1530<br>MASHPEE, MA  02649 | LEASE<br>SHOPPING CENTER<br>11/15/2004 - 11/30/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                                     (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | *Addition* |
| MASON - MCDUFFIE MORTGAGE CORP<br>2000 CROW CANYON PL<br>SUITE 400<br>SAN RAMON, CA  94583 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11089-1.0<br>EFFECTIVE DATE:  8/22/2006 |
| | *Addition* |
| MASON - MCDUFFIE MORTGAGE CORP<br>2000 CROW CANYON PL<br>SUITE 400<br>SAN RAMON, CA  94583 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM<br>CONTRACT ID:  11089-1.1<br>EFFECTIVE DATE:  2/12/2007 |
| MASON DIXON FUNDING, INC.<br>800 KING FARM BLVD<br>#210<br>ROCKVILLE, MD  20850 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2006 |
| MASON DIXON FUNDING, INC.<br>800 KING FARM BLVD<br>#210<br>ROCKVILLE, MD  20850 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/20/2007 |
| MASON -MCDUFFIE MORTGAGE CORP | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2006 |
| MASS MARKETING INSURANCE GROUP, INC<br>435 DEVON PARK DRIVE<br>SUITE 802<br>WAYNE, PA  19087 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 9/14/2006 |
| MASSACHUSETTS HOUSING FINANCE AGENCY<br>ONE BEACON STREET<br>BOSTON, MA  02108 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  1/19/2007 |
| MATHIAS SHOPPING CENTERS, INC.<br>P.O. BOX 6485<br>SPRINGDALE, AR  72766 | LEASE<br>OFFICE<br>12/1/2005 - 11/30/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____                    _____
                    Debtor                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MATTHEW VAN OMMEREN (SUMMER INTERN)<br>830 ATOM CT.<br>UNIONDALE, NY  11553 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/1/2006 |
| MAVERICK RESIDENTIAL MORTGAGE, INC.<br>2401 INTERNET BLVD. #103<br>FRISCO, TX  75034 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/2/2006 |
| MAXIMA MORTGAGE<br>716 HANCOCK STREET<br>QUINCY, MA  02170 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/17/2007 |
| MAXWELL PROPERTIES I, INC.<br>440 NOWLIN AVE<br>GREENDALE, IN  47025 | LEASE<br>OFFICE<br>12/1/2005 - 11/30/2008 |
| MAYFLOWER REALTY<br>23 SANDWICH STREET<br>PLYMOUTH, MA  02360 | LEASE<br>DESK RENTAL/MSA<br>4/1/2007 - 12/31/2017 |
| MAYFLOWER REALTY<br>23 SANDWICH STREET<br>PLYMOUTH, MA  02360 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/1/2007 |
| MAYO & BARBARA SOMMER MEYER<br>7425 VARDON WAY<br>FT COLLINS, CO  80528 | LEASE<br>OFFICE<br>10/1/2004 - 11/30/2007 |
| MBS MORTGAGE COMPANY, LLC<br>24280 WOODWARD AVE<br>PLEASANT RIDGE, MI  48069 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/20/2006 |
| MBS MORTGAGE COMPANY, LLC<br>24280 WOODWARD AVE<br>PLEASANT RIDGE, MI  48069 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____                    _____
                    Debtor                                                        (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| MCCLAIN BANK<br>2900 W LINDSEY<br>NORMAN, OK  73072 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11613-1.0<br>EFFECTIVE DATE:  1/29/2007 |
| MCCORMICK & KULETO'S SEAFOOD RESTAURANT | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/21/2006 |
| MCGLINCHEY, STAFFORD & YOUGBLOOD & BENDALIN, LLP<br>2711 N HASKELL AVENUE<br>SUITE 2700<br>DALLAS, TX  75204 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/24/2006 |
| MCGLINCHEY, STAFFORD & YOUGBLOOD & BENDALIN, LLP<br>2711 N HASKELL AVENUE<br>SUITE 2700<br>DALLAS, TX  75204 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/22/2007 |
| MCGLINCHEY, STAFFORD & YOUGBLOOD & BENDALIN, LLP<br>2711 N HASKELL AVENUE<br>SUITE 2700<br>DALLAS, TX  75204 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  4/3/2006 |
| MCIG CAPITAL CORPORATION<br>337 N VINEYARD AVE<br>STE 250<br>ONTARIO, CA  91764 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/24/2006 |
| MCIG CAPITAL CORPORATION<br>337 N VINEYARD AVE<br>STE 250<br>ONTARIO, CA  91764 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/28/2007 |

Addition

| | |
|---|---|
| MCINTOSH COMMERCIAL BANK | AGREEMENT |

Addition

| | |
|---|---|
| MCINTOSH STATE BANK | AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                                         (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MCINTURF REALTY INC<br>1110 TUSCARAWAS AVE NW<br>NEW PHILADELPHIA, OH  44663 | LEASE<br>DESK RENTAL<br>12/12/2005 - 12/31/2016 |
| MCLAIN PARTNERS II<br>11116 SOUTH TOWNE SQUARE<br>SUITE 300<br>ST. LOUIS, MO  63123 | LEASE<br>OFFICE<br>5/1/2006 - 4/30/2009 |

**Addition**

| | |
|---|---|
| MCLAUGHLIN AGENCIES INC<br>1135 WILDE RUN CT.<br>ROSWELL, GA  30075 | PERSONNEL STAFFING SERVICES AGREEMENT |
| MCMAHAN MORTGAGE CONSULTING<br>5717 WHITECLIFF CR<br>PLANO, TX  75093 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE:  11/4/2006 |
| MCMAHAN MORTGAGE CONSULTING<br>5717 WHITECLIFF CR<br>PLANO, TX  75093 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE:  3/1/2006 |
| MEADOW OAKS SHOPPING CENTER<br>PO BOX 8229<br>NO. 14 CROSSROADS SHOPPING VILLAGE, SUITE 201<br>CORPUS CHRISTI, TX  78412 | LEASE<br>SHOPPING CENTER<br>3/1/2005 - 2/28/2010 |
| MEDIA RESOURCE GROUP, INC.<br>105 SOUTH BEDFORD RD.<br>SUITE 313<br>MT. KISCO, NY  10549 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/2/2007 |
| MEETING MANAGEMENT SERVICES, INC | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  10/31/2006 |
| MEGA CAPITAL FUNDING, INC.<br>5550 TOPANGA CANYON BLVD<br>#100<br>W.H., CA  91367 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/12/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

Debtor

(if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MEGA CAPITAL FUNDING, INC.<br>5550 TOPANGA CANYON BLVD<br>#100<br>W.H., CA 91367 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/12/2006 |
| MEGASTAR FINANCIAL CORP.<br>3773 CHERRY CREEK NORTH DRIVE<br>SUITE 875<br>DENVER, CO 80209 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/17/2005 |
| MEGASTAR FINANCIAL CORP.<br>3773 CHERRY CREEK NORTH DRIVE<br>SUITE 875<br>DENVER, CO 80209 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/17/2005 |
| | **Addition** |
| MELVILLE ASSOCIATES<br>1 RUBIE PLAZA<br>RICHMOND HILL, NY 11418 | PARKING SPACE LEASE |
| MELVILLE MARRIOTT LONG ISLAND<br>1350 OLD WALT WHITMAN ROAD<br>MELVILLE, NY 11747 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 1/31/2006 |
| MELVILLE MARRIOTT LONG ISLAND<br>1350 OLD WALT WHITMAN ROAD<br>MELVILLE, NY 11747 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/9/2006 |
| MEMBERS FINANCIAL DEVELOPMENT CORPORATION<br>2900 N. OAKWOOD AVENUE<br>MUNCIE, IN 47308 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 6/20/2005 |
| MEMBERS FIRST CREDIT UNION<br>1445 GOODALE BLVD<br>COLUMBUS, OH 43212 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CS<br>CONTRACT DATE: 26-MAY-05 |
| MEMBERS FIRST CREDIT UNION<br>1445 GOODALE BLVD<br>COLUMBUS, OH 43212 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/26/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be. The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                        Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

MERCANTILE GROUP, LTD.
DBA INTEGRATED MORTGAGE SOLUTIONS
ATTN: CHERYL LANG, PRESIDENT
16225 PARK TEN PLACE, SUITE 105
HOUSTON, TX  77084

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 2/8/2007

**Addition**

MERCANTILE GROUP, LTD. DBA INTEGRATED MORTGAGE
SOLUTIONS
16225 PARK TEN PLACE
SUITE 105
HOUSTON, TX  77084

VENDOR
PROCESSING/SERVICING
INSPECTION AND HAZARD CLAIM RECOVERY SERVICES
CONTRACT ID:  650-1.0
EFFECTIVE DATE:  2/8/2007

MERCEDES BENZ FINANCIAL
536 WEST 41ST STREET
NEW YORK, NY  10036

VENDOR CONTRACT
EQUIPMENT
EFFECTIVE DATE: 1/22/2007

**Addition**

MERCER COUNTY NJ TEACHER'S FEDERAL CREDIT UNION
2271 STATE HIGHWAY 33
SUITE 108
HAMILTON SQUARE, NJ  8690

MARKETING CONTRACT
CREDIT UNIONS
MARKETING AND SERVICES AGREEMENT
CONTRACT ID: 546-1.0
EFFECTIVE DATE: 5/31/2006

MERCER COUNTY NJ TEACHERS' FEDERAL CREDIT UNION
2271 STATE HIGHWAY 33
SUITE 108
HAMILTON SQUARE, NJ  8690

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 5/31/2006

MERCER COUNTY NJ TEACHERS' FEDERAL CREDIT UNION
2271 STATE HIGHWAY 33
SUITE 108
HAMILTON SQUARE, NJ  8690

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 5/31/2006

MERCHANT DEVELOPMENT, LLC C/O GREAT LAKES
MANAGEMENT COMPANY
1907 EAST WAYZATA BOULEVARD
SUITE 110
WAYZATA, MN  55391

LEASE
OFFICE
7/1/2005 - 10/31/2008

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                      Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MERCHANTS WALK ONE LLC C/O HARVEY LINDSAY COMMERCIAL RE<br>999 WATERSIDE DR.<br>SUITE 1400<br>NORFOLK, VA  73510 | LEASE<br>OFFICE<br>12/6/2003 - 12/31/2008 |
| MERCURY INTERACTIVE CORPORATION<br>379 NORTH WHISMAN ROAD<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  7/25/2006 |
| MERCURY INTERACTIVE CORPORATION<br>379 NORTH WHISMAN ROAD<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/23/2005 |
| MERCURY, INC<br>353-C ROUTE 46 WEST<br>FAIRFIELD, NJ  07004 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/14/2006 |
| MERDIA ASSOC.<br>109 LAURENS ROAD<br>GREENVILLE, SC  29607 | LEASE<br>OFFICE<br>9/1/2002 - 9/1/2007 |
| MERIDIAN FINANCIAL NETWORK, INC.<br>1600 KAPIOLANI BLVD<br>HONOLULU, HI  96813 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/2/2006 |
| MERIDIAN LEGAL SEARCH<br>25 WEST 43 STREET<br>SUITE 700<br>NEW YORK, NY  10036 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  3/27/2006 |
| MERISA ENTERPRISES LLC<br>C/O JACK STUMPF & ASSOCIATES, INC<br>PO BOX 115<br>HARVEY, LA  70058 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2008 |
| MERIT MORTGAGE SERVICES, INC<br>1919 W REDONDO BEACH BLVD.<br>GARDENA, CA  90247 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/19/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
Debtor                                           (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

MERITAGE MORTGAGE CORP.

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 9/6/2000

**Addition**

MERITPLAN INSURANCE COMPANY
3349 MICHELSON DR
STE 200
IRVINE, CA  92612-8893

MUTUAL CONFIDENTIALITY AGREEMENT

MERRILL LYNCH
PENSION ADMINISTRATION SRVCS
P.O. BOX 9038-SECTION 3B
PRINCETON, NJ  08543-9038

LOAN SALE/SERVICING AGREEMENT
LOAN SALE AND SERVICING AGREEMENT
1.1 (J) FO

MERRLIN MORTGAGE CORPORATION
7015 COLELGE BLVD.
SUITE 240
OVERLAND PARK, KS  66211

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/5/2006

MET AMERICA MORTGAGE BANKERS, INC.
5151 BONNEY ROAD
VIRGINIA BEACH, VA  23462

CORRESPONDENT CONTRACT
OTHER
EFFECTIVE DATE: 5/14/2007

MET AMERICA MORTGAGE BANKERS, INC.
5151 BONNEY ROAD
VIRGINIA BEACH, VA  23462

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/29/2006

MET LIFE- FAIRVIEW CENTER
C/O CB RICHARD ELLIS
P.O. BOX 13470
RICHMOND, VA  23225

LEASE
OFFICE
5/1/2005 - 8/31/2010

METAVANTE CORPORATION
4900 WEST BROWN DEER ROAD
MILWAUKEE, WI  53223

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 6/5/2007

METCALF BANK
11900 COLLEGE BLVD.
OVERLAND PARK, KS  66210

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/12/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                                  (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METCALF BANK<br>11900 COLLEGE BLVD.<br>OVERLAND PARK, KS  66210 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/13/2006 |
| METLIFE<br>200 PARK AVENUE 12TH FLR<br>NEW YORK, NY  10166 | DENTAL INSURANCE BENEFIT PLAN<br>122132 |

**Addition**

| | |
|---|---|
| METLIFE BANK, N.A.<br>1 CROSSROADS DRIVE<br>BUILDING A<br>BEDMINSTER, NJ  7291 | CONFIDETIALITY AND NON-DISCLOSURE AGREEMENT<br>EFFECTIVE DATE:  6/18/2004 |
| METRO EQUITIES BROKERAGE CORP.<br>200 BALLANTINE PARKWAY<br>NEWARK, NJ  07104 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  5/15/2007 |
| METRO MORTGAGE CORP.<br>180 POST RD. EAST<br>SUITE 208<br>WESTPORT, CT  06880 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2005 |
| METRO PARK SOUTH<br>PO BOX 48132<br>NEWARK, NJ  07101 | LEASE<br>OFFICE<br>8/1/2004 - 7/31/2009 |
| METROBOSTON MORTGAGE CO.<br>726 WASHINGTON DR.<br>CANTON, MA  20818 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |
| METROCITIES MORTGAGE, LLC<br>15301 VENTURA BLVD.<br>SUITE D-300<br>SHERMAN OAKS, CA  91403 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/17/2006 |
| METROPLEX INVESTMENTS | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  8/23/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                    Debtor                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| METROPOLITAN BANK GROUP<br>4970 S ARCHER<br>CHICAGO, IL  60632 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 2/6/2006 |
| METROPOLITAN NATIONAL BANK<br>3550 S NATIONAL<br>SPRINGFIELD, MO  65807 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/21/2006 |
| METROPOLITAN NATIONAL BANK<br>3550 S NATIONAL<br>SPRINGFIELD, MO  65807 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/5/2007 |
| METROPOLITAN SHUTTLE<br>11141 GEORGIA AVE.<br>STE 218<br>WHEATON, MD  20902 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/5/2007 |
| METZ BANKING COMPANY<br>101 N OSAGE BLVD.<br>P.O. BOX 590<br>NEVADA, MO  64772 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/25/2006 |
| METZ BANKING COMPANY<br>101 N OSAGE BLVD.<br>P.O. BOX 590<br>NEVADA, MO  64772 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/8/2007 |
| MEWS DEVELOPMENT COMPANY<br>2135-K2 DEFOOR HILLS ROAD<br>ATLANTA, GA  30318 | LEASE<br>SHOPPING CENTER<br>8/29/2005 - 8/31/2008 |
| MGIC INVESTOR SERVICES CORPORATION<br>P.O. BOX 566<br>MILWAUKEE, WI  53201-0566 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 11/4/2004 |
| MGIC INVESTOR SERVICES CORPORATION<br>P.O. BOX 566<br>MILWAUKEE, WI  53201-0566 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 6/19/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                                 (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MGIC INVESTOR SERVICES CORPORATION<br>P.O. BOX 566<br>MILWAUKEE, WI  53201-0566 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 1/24/2006 |
| MGIC INVESTOR SERVICES CORPORATION<br>P.O. BOX 566<br>MILWAUKEE, WI  53201-0566 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/30/2006 |
| MGIC INVESTOR SERVICES CORPORATION<br>P.O. BOX 566<br>MILWAUKEE, WI  53201-0566 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  5/25/2006 |
| MGIC INVESTOR SERVICES CORPORATION<br>P.O. BOX 566<br>MILWAUKEE, WI  53201-0566 | VENDOR CONTRACT<br>PROCESSING/SERVICING |

**Addition**

| | |
|---|---|
| MIAMI-DADE HOUSING FINANCE AUTHORITY<br>25 W. FLAGLER STREET<br>SUITE 950<br>MIAMI, FL  33145 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>APPLICATION FOR MORTGAGE LENDER<br>CONTRACT ID:  11804-1.0 |
| MIARIVIERA CORP.<br>816 NW 11TH STREET<br>#309<br>MIAMI, FL  33135 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  5/4/2007 |
| MIARIVIERA CORPORATION<br>816 NW 11 STREET<br>SUITE 309<br>MIAMI, FL  33136 | LEASE<br>MSA<br>5/4/2007 - 5/3/2008 |
| MICHAEL E CARPENTER/ADRIAN CARPENTER<br>10365 SE SUNNYSIDE ROAD<br>CLACKAMAS, OR  97015 | LEASE<br>OFFICE<br>5/1/2007 - 4/30/2017 |
| MICHAEL JAMES INDUSTRIES, INC.<br>6646 CROSBY RD<br>LOCKPORT, NY  14094 | VENDOR CONTRACT<br>FACILITIES (UTILITIES)<br>EFFECTIVE DATE:  1/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                                   (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MICHAEL T. BRENNAN & ASSOCIATES<br>1777 E MARQUETTE DR.<br>GILBERT, AZ  85234 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 6/5/2007 |
| MICHELE LANE PARTNERS<br>1828 WOOD HAVEN COURT<br>GREENWOOD, IN  46143 | LEASE<br>OFFICE<br>5/1/2003 - 9/30/2008 |
| MICHIGAN FEDERAL CREDIT UNION<br>1314 E. COLDWATER  ROAD<br>FLINT, MI  48505-1797 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 6/2/2005 |

**Addition**

| | |
|---|---|
| MICHIGAN MUTUAL, INC<br>800 MICHIGAN STREET<br>PORT HURON, MI  48060 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11091-1.0<br>EFFECTIVE DATE:  9/13/2006 |
| MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY<br>735 E. MICHIGAN AVENUE<br>PO BOX 30044<br>LANSING, MI  48909 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/7/2007 |
| MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY<br>735 E. MICHIGAN AVENUE<br>PO BOX 30044<br>LANSING, MI  48909 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY<br>735 E. MICHIGAN AVENUE<br>PO BOX 30044<br>LANSING, MI  48909 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/7/2006 |
| MICROSOFT<br>ONE MICROSOFT WAY<br>ATTN: JIM GRADY<br>REDMOND, WA  98052-6399 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 3/30/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                                    _____
Debtor                                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MICROSOFT<br>ONE MICROSOFT WAY<br>ATTN: JIM GRADY<br>REDMOND, WA  98052-6399 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 6/20/2005 |
| MICROSOFT<br>ONE MICROSOFT WAY<br>ATTN: JIM GRADY<br>REDMOND, WA  98052-6399 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 2/19/2002 |
| MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>ATTN: JIM GRADY<br>REDMOND, WA  98052-6399 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/22/2006 |
| MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>ATTN: JIM GRADY<br>REDMOND, WA  98052-6399 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 7/18/2006 |
| MID AMERICA BANK<br>3940 N. HARLEM<br>CHICAGO, IL  60634 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/30/2006 |
| MID AMERICA BANK<br>3940 N. HARLEM<br>CHICAGO, IL  60634 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/21/2004 |
| MID AMERICA MORTGAGE SERVICES OF KANSAS CITY, INC<br>851 NW 45TH STREET SUITE 200<br>KANSAS CITY, MO  64116 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/19/2006 |

**Addition**

| | |
|---|---|
| MID AMERICAN MORTGAGE SERVICES OF KANSAS CITY, INC<br>851 NW 45TH STREET SUITE 200<br>KANSAS CITY, MO  64116 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11303-1.0<br>EFFECTIVE DATE: 12/19/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

Debtor

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MID MISSOURI MORTGAGE CO<br>1520 E PRIMROSE<br>SPRINGFIELD, MO  65804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/10/2006 |
| MID MISSOURI MORTGAGE CO<br>1520 E PRIMROSE<br>SPRINGFIELD, MO  65804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/30/2007 |
| MID VALLEY SERVICES, INC<br>7644 NORTH PALM<br>FRESNO, CA  93711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/10/2006 |
| MIDDLEBERG, RIDDLE & GIANNA | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/22/2007 |
| MIDLAND NATIONAL BANK<br>527 MAIN<br>NEWTON, KS  67114 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/27/2007 |
| MIDLAND NATIONAL BANK<br>527 MAIN<br>NEWTON, KS  67114 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/18/2006 |
| MIDLOTHIAN ARBORETUM C/O DNA PARTNERS<br>P.O. BOX 270<br>GREENVALE, NY  11548-0270 | LEASE<br>SHOPPING CENTER<br>12/9/2003 - 12/8/2008 |
| MIDTOWN BANK & TRUST<br>712 WEST PEACHTREE STREET<br>ATLANTA, GA  30308 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/26/2005 |
| MIDTOWN PLANNERS, LLC<br>825 JUNIPER ST.<br>ATLANTA, GA  30308 | LEASE<br>DESK RENTAL<br>8/1/2005 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                    Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| MIKE NEVERS<br>10000 GATE PKWY<br>APT 321<br>JACKSONVILLE, FL  32256 | CONSULTING AGREEMENT |
| MILITARY COMMUNITY ONLINE, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/6/2000 |
| MILITARY MOVES.COM, INC. | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  2/7/2000 |
| MILL RIDGE FARM, LLC<br>1 MILL RIDGE LANE<br>CHESTER, NJ  07930 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2008 |
| MILLIMAN GLOBAL FIRM<br>15800 BLUEMOUND ROAD<br>SUITE 400<br>BROOKFIELD, WI  53005-6069 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE:  1/30/2007 |
| MIMEO.COM, INC<br>460 PARK AVE SOUTH<br>8TH FL<br>NEW YORK, NY  10016 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/6/2006 |
| MIMOSA SYSTEMS, INC.<br>3200 CORONADO DRIVE<br>SANTA CLARA, CA  95054 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/15/2006 |
| MIMOSA SYSTEMS, INC.<br>3200 CORONADO DRIVE<br>SANTA CLARA, CA  95054 | VENDOR CONTRACT<br>SOFTWARE |
| MIMOSA SYSTEMS, INC.<br>3200 CORONADO DRIVE<br>SANTA CLARA, CA  95054 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  3/22/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____                            _____
                          Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MIMOSA SYSTEMS, INC.<br>3200 CORONADO DRIVE<br>SANTA CLARA, CA  95054 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 5/25/2006 |

**Addition**

| | |
|---|---|
| MINNEAPOLIS ST PAUL HOUSING FINANCE BOARD<br>105 FIFTH AVE SOUTH STE 200<br>MINNEAPOLIS, MN  55401 | SECONDARY MARKETING CONTRACT<br>WHOLESALE LOAN SELLER/ SERVICER AGREEMENT<br>INVITATION TO LENDERS TO PARTICIPATE, ORIGINATION,<br>SALE AND SERVICING AGREEMENT<br>CONTRACT ID:  10856-2.0<br>EFFECTIVE DATE: 8/1/2006 |
| MINNEAPOLIS-ST PAUL HOUSING FINANCE BOARD<br>105 FIFTH AVE SOUTH STE 200<br>MINNEAPOLIS, MN  55401 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE: 8/2/2005 |
| MINNEAPOLIS-ST PAUL HOUSING FINANCE BOARD<br>105 FIFTH AVE SOUTH STE 200<br>MINNEAPOLIS, MN  55401 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE: 8/1/2006 |
| MINNESOTA HOUSING FINANCE AUTHORITY<br>400 SIBLEY STREET SUITE 300<br>ST PAUL, MN  55101 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/25/2006 |
| MINNESOTA HOUSING FINANCE AUTHORITY<br>400 SIBLEY STREET SUITE 300<br>ST PAUL, MN  55101 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| MINNESOTA LENDING COMPANY LLC<br>6465 WAYZATA BLVD #300<br>SAINT LOUIS PARK, MN  55426 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/29/2005 |

**Addition**

| | |
|---|---|
| MINNWEST MORTGAGE CORPORATION<br>3220 W. 57TH STREET<br>SUITE 107<br>SIUX FALLS, SD  57108 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>MORTGAGE SERVICES AGREEMENT<br>CONTRACT ID:  11199-1.0<br>EFFECTIVE DATE: 10/18/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**      Case No.  **07-11051**

           Debtor                  (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MIR3, INC.<br>11455 EL CAMINO REAL<br>STE. 360<br>SAN DIEGO, CA  92130 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 9/29/2006 |
| MIRABILIS VENTURES, INC<br>111 N ORANGE AVENUE<br>SUITE 2000<br>ORLANDO, FL  32801 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/27/2006 |
| MISSISSIPPI HOME CORPORATION<br>PO BOX 23369<br>JACKSON, MS  39225-3369 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/7/2007 |
| MISSISSIPPI HOME CORPORATION<br>PO BOX 23369<br>JACKSON, MS  39225-3369 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/23/2007 |
| MISSISSIPPI HOME CORPORATION<br>PO BOX 23369<br>JACKSON, MS  39225-3369 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 8/22/2003 |
| MISSOURI BANK AND TRUST COMPANY<br>1044 MAIN<br>KANSAS CITY, MO  64105 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/25/2006 |
| MISSOURI HOUSING DEVELOPMENT COMMISSION<br>3435 BROADWAY<br>KANSAS CITY, MO  64111 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/14/2006 |
| MISSOURI HOUSING DEVELOPMENT COMMISSION<br>3435 BROADWAY<br>KANSAS CITY, MO  64111 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/14/2006 |
| MISSOURI HOUSING DEVELOPMENT COMMISSION<br>3435 BROADWAY<br>KANSAS CITY, MO  64111 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/22/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                              Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| MITCHELL & TUTUS, LLP<br>ONE BATTERY PARK PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | MARKETING AGREEMENT |
| MIZER CORP DBA FIRST PLATINUM FINANCIAL<br>ONE TECHNOLOGY DR.<br>#J729<br>IRVINE, CA  92618 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/22/2006 |
| MJM LIMITED PARTNERSHIP<br>411 HAMILTON BOULEVARD<br>SUITE 2000<br>PEORIA, IL  61602 | LEASE<br>OFFICE<br>7/1/2004 - 6/30/2009 |
| MJS LENDING INC<br>777 TERRACE AVE<br>HASBROUCK HEIGHTS, NJ  07604 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/19/2007 |
| MKD ORCHARD PARTNES, L.P.C/O VERITAS PROPERTY MANAGEMENT<br>625 IMPERIAL WAY<br>SUITE 5<br>NAPA, CA  94559 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2010 |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA  02169 | LEASE<br>OFFICE<br>10/1/2006 - 9/30/2011 |
| MMC MORTGAGE CENTER, INC.<br>765 STRAIT TRNPKE<br>STE 2002<br>MIDDLEBURY, CT  06762 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/16/2005 |
| MMS MORTGAGE SERVICES, LTD.<br>38275 TWELVE MILE ROAD<br>FARMINGTEN HILLS, MI  48331 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____
                                    Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| MOCHA PLUS, INC<br>220 EAST 42ND STREET<br>NEW YORK, NY  10017 | MARKETING AND SERVICES AGREEMENT |
| MODELYTICS, INC<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ  07458 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MODELYTICS, INC<br>38 KNIGHTS COURT<br>UPPER SADDLE RIVER, NJ  07458 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MODESTO FIRST CREDIT UNION<br>430 12 ST.<br>MODESTO, CA  95354 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  7/9/2006 |
| MODESTO'S FIRST CREDIT UNION<br>430 12 STREET<br>MODESTO, CA  95354 | LEASE<br>MSA<br>7/27/2006 - 12/31/2016 |
| MODULAR HOME EXPRESS<br>1948 WEST STREET<br>ANNAPOLIS, MD  21404 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/26/2007 |
| MONARCH BANK DBA MONARCH MORTGAGE<br>2889 S LYNNHAVEN RD.<br>STE 200<br>VIRGINIA BEACH, VA  23452 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/4/2007 |
| MONARCH HOME FUNDING, LLC<br>750 VOLVO PARKWAY<br>CHESAPEAKE, VA  23302 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/12/2006 |
| MONEY WAREHOUSE INC<br>75 JAMES WAY<br>SUITE 120<br>SOUTHAMPTON, PA  18966 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/17/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

_____
Debtor                                                                 (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MONEY WAREHOUSE INC<br>75 JAMES WAY<br>SUITE 120<br>SOUTHAMPTON, PA  18966 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/14/2006 |
| MONEYLINE TELERATE<br>2096 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 8/1/2006 |

**Addition**

| | |
|---|---|
| MONEYNEST HOLDINGS, INC<br>4425 BAYARD STREET<br>SUITE 130<br>SAN DIEGO, CA  92109 | MORTGAGE SERVICES CONTRACT |
| MONSTER, INC<br>5 CLOCK TOWER PLACE<br>5TH FLOOR<br>MAYNARD, MA  01754 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 10/7/2005 |
| MONSTER, INC<br>5 CLOCK TOWER PLACE<br>5TH FLOOR<br>MAYNARD, MA  01754 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/24/2007 |
| MONSTER, INC.<br>P.O. BOX  34649<br>NEWARK, NJ  07189-4649 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 5/14/2007 |
| MONTAGUE OAKS<br>3506 WEST MONTAGUE AVENUE<br>NORTH CHARLESTON, SC  29418 | LEASE<br>OFFICE<br>5/17/2007 - 5/16/2012 |
| MONTANA DEPARTMENT OF COMMERCE<br>PO BOX 200528<br>HELENA, MT  59620-0528 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/25/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**      Case No. **07-11051**

Debtor      (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MONTGOMERY COUNTY HOUSING FINANCE CORPORATION FIRST SOUTHWEST COMPANY 325 N. ST. PAUL ST. SUITE 800 DALLAS, TX  75201 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 5/23/2006 |

**Addition**

| | |
|---|---|
| MONUMENTAL LIFE INSURANCE COMPANY AEGON DIRECT MARKETING SERVICES, INC. 520 PARK AVENUE BALTIMORE, MA  21201 | VENDOR PROCESSING/SERVICING LIFE INSURANCE FOR PORTFOLIO DEFENSE CONTRACT ID: 11282-2.0 EFFECTIVE DATE:  6/20/2007 |
| MONUMENTAL LIFE INSURANCE COMPANY  AEGON DIRECT MARKETING SERVICES, INC. 2 EAST CHASE STREET  M.S. #16 BALTIMORE, MD  21202 | VENDOR CONTRACT PROCESSING/SERVICING |
| MONUMENTAL LIFE INSURANCE COMPANY  AEGON DIRECT MARKETING SERVICES, INC. 2 EAST CHASE STREET  M.S. #16 BALTIMORE, MD  21202 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  6/20/2007 |
| MOODY'S INVESTOR SERVICE 99 CHURCH STREET NEW YORK, NY  10007 | VENDOR CONTRACT SOFTWARE |
| MOODY'S INVESTOR SERVICE 99 CHURCH STREET NEW YORK, NY  10007 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 6/27/2006 |
| MOODY'S INVESTOR SERVICE 99 CHURCH STREET NEW YORK, NY  10007 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE: 1/18/2006 |
| MOORELAND PROPERTIES, LLC 7263 CENTER ST. MENTOR, OH  44060 | CORPORATE CONTRACT JOINT VENTURE EFFECTIVE DATE: 3/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORBANK CONSULTING, INC.<br>14545J MILITARY TRAIL<br>SUITE 144<br>DELRAY BEACH, FL  33484 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/28/2007 |
| MORELAND JOHNSON<br>6 PASATIEMPO DRIVE<br>SANTA CRUZ`, CA  95060 | LEASE<br>OFFICE<br>10/15/2002 - 12/31/2012 |
| MORGAN STANLEY<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY  10036 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE: 12/1/2005 |
| MORGAN STANLEY<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY  10036 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  6/1/2006 |
| MORGAN STANLEY CAPITAL I INC., A DELAWARE CORPORATION (THE "DEPOSITOR"), MORGAN STANLEY MORTGAGE CAPITAL INC. ("MSMCI")<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 | AHM SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>CONTRACT DATE:  APRIL 1, 2006, |
| MORGAN STANLEY CAPITAL I INC., A DELAWARE CORPORATION (THE "DEPOSITOR"), MORGAN STANLEY MORTGAGE CAPITAL INC. ("MSMCI")<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 | AHM SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>CONTRACT DATE: 3/1/2006 |
| MORGAN STANLEY CAPITAL I INC., A DELAWARE CORPORATION (THE "DEPOSITOR"), MORGAN STANLEY MORTGAGE CAPITAL INC. ("MSMCI")<br>1221 AVENUE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) P<br>CONTRACT #:  (MSM 2006-8AR)<br>CONTRACT DATE:  1-MAY-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____

Debtor                                                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

MORGAN STANLEY CAPITAL I INC., A DELAWARE CORPORATION (THE "DEPOSITOR"), MORGAN STANLEY MORTGAGE CAPITAL INC. ("MSMCI")
1221 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY  10020

THIRD PARTY SECURITIZATION
ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT
1.1 (J) L
CONTRACT #:  (MSM 2006-6AR)
CONTRACT DATE: 4/1/2006


MORGAN STANLEY CAPITAL I INC., A DELAWARE CORPORATION (THE "DEPOSITOR"), MORGAN STANLEY MORTGAGE CAPITAL INC. ("MSMCI"), , AND ACKNOWLEDGED BY LASALLE BANK NATIONAL ASSOCIATION,
AS TRUSTEE (THE "TRUSTEE") OF MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR (THE "TRUST"), AND WELLS F

THIRD PARTY SECURITIZATION
ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT
1.1 (J) G
CONTRACT #:  (MSM 2006-5AR)
CONTRACT DATE: 3/1/2006


MORGAN STANLEY CAPITAL INC. (PURCHASER)
1221 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY  10020

LOAN SALE/SERVICING AGREEMENT
MORTGAGE LOAN SALE AND SERVICING AGREEMENT
1.1 (J) DD
CONTRACT DATE: 1-JAN-06


MORTGAGE 1 INC
28351 SCHOENHERR
WARREN, MI  48088

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/11/2006


MORTGAGE AMENITIES CORP
25 BLACKSTONE VALLEY PLACE
SUITE 201
LINCOLN, RI  02865

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 11/21/2006

**Addition**

MORTGAGE ASSET RESEARCH INSTITUTE, INC.  CHOICEPOINT SERVICES INC.
12030 SUNRISE VALLEY DRIVE
SUITE 200
RESTON, VA  20191

VENDOR
CREDIT BUREAU
AMENDMENT TO AGREEMENT FOR MIDEX SERVICES
CONTRACT ID: 601-1.0
EFFECTIVE DATE: 9/21/2006

**Addition**

MORTGAGE ASSET RESEARCH INSTITUTE, INC.  CHOICEPOINT SERVICES INC.
12030 SUNRISE VALLEY DRIVE
SUITE 200
RESTON, VA  20191

VENDOR
CREDIT BUREAU
MIDEX AGREEMENT-COMPLETE SERVICES
CONTRACT ID: 601-2.0
EFFECTIVE DATE: 2/7/2002


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
                      Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE ASSET RESEARCH INSTITUTE, INC.  CHOICEPOINT SERVICES INC.<br>12030 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA  20191 | VENDOR CONTRACT<br>CREDIT BUREAU |
| MORTGAGE ASSET RESEARCH INSTITUTE, INC.  CHOICEPOINT SERVICES INC.<br>12030 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA  20191 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  9/21/2006 |
| MORTGAGE ASSET RESEARCH INSTITUTE, INC.  CHOICEPOINT SERVICES INC.<br>12030 SUNRISE VALLEY DRIVE<br>SUITE 200<br>RESTON, VA  20191 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  2/7/2002 |
| MORTGAGE AVENUES, LLC<br>9025 E KENYON AVE<br>DENVER, CO  80237 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/15/2006 |

**Addition**

| | |
|---|---|
| MORTGAGE BANKERS ASSOCIATION  STRATMOR GROUP | VENDOR<br>PROCESSING/SERVICING<br>AGREEMENT TO PARTICIPATE IN FALL 2006 PEER GROUP SURVEY AND ROUNTABLES<br>CONTRACT ID:  605-1.0<br>EFFECTIVE DATE:  9/7/2006 |

**Addition**

| | |
|---|---|
| MORTGAGE BANKERS ASSOCIATION  STRATMOR GROUP | VENDOR<br>PROCESSING/SERVICING<br>AGREEMENT TO PARTICIPATE IN FALL 2007 PEER GROUP SURVEY AND ROUNTABLES<br>CONTRACT ID:  605-2.0<br>EFFECTIVE DATE:  2/12/2007 |
| MORTGAGE BANKERS ASSOCIATION  STRATMOR GROUP | VENDOR CONTRACT<br>PROCESSING/SERVICING |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE BANKERS ASSOCIATION   STRATMOR GROUP | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 2/12/2007 |
| MORTGAGE BANKERS ASSOCIATION   STRATMOR GROUP | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 9/7/2006 |
| MORTGAGE BANKERS' CONSULTANTS | HUMAN RESOURCES CONTRACT<br>RECRUITERS |
| MORTGAGE BANKERS FINANCIAL GROUP, INC<br>10181 W SAMPLE ROAD<br>CORAL SPRINGS, FL  33065 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/27/2007 |
| MORTGAGE BANKERS FINANCIAL GROUP, INC<br>10181 W SAMPLE ROAD<br>CORAL SPRINGS, FL  33065 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/20/2006 |
| MORTGAGE BANKING SYSTEMS<br>1360 BEVERLY RD.<br>SUITE 200<br>MCLEAN, VA  22101 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/3/2007 |
| MORTGAGE BROKERS SERVICES, INC.<br>19550 INTERNATIONAL BLVD.<br>#203<br>SEATAC, WA  98188 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/7/2006 |
| MORTGAGE CAPITAL CORPORATION<br>6110 PINEMONT DRIVE<br>HOUSTON, TX  77092 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/19/2006 |

**Addition**

| | |
|---|---|
| MORTGAGE CONSTRUCTION FINANCE, LLC | EXCLUSIVE MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/5/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____Debtor_____                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

MORTGAGE CORP OF THE EAST III
800 HINGHAM STREET
STE 1005
ROCKLAND, MA  2370

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10864-1.0
EFFECTIVE DATE:  5/25/2006


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/26/2007


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/28/2007


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/26/2007


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/26/2007


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/26/2007


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/26/2007


MORTGAGE DATA MANAGEMENT CORPORATION
N56 W24879 N. CORPORATE CIRCLE
SUITE 200
SUSSEX, WI  53089

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  3/26/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

_____                     _____

              Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                   Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/27/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/26/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                         Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE DATA MANAGEMENT CORPORATION<br>N56 W24879 N. CORPORATE CIRCLE<br>SUITE 200<br>SUSSEX, WI  53089 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 3/23/2007 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)<br>ATTN: GEN. COUNSEL AND SECRETARY<br>8201 GREENSBORO DRIVE, SUITE 350<br>MCLEAN, VA  22102 | SECONDARY MARKETING CONTRACT<br>AGENCY SELLER/SERVICER AGREEMENT<br>EFFECTIVE DATE: 6/25/1997 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)<br>ATTN: GEN. COUNSEL AND SECRETARY<br>8201 GREENSBORO DRIVE, SUITE 350<br>MCLEAN, VA  22102 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 1/31/2000 |
| MORTGAGE FINANCIAL, INC,<br>2720 N. HARBOR CITY BLVD<br>MELBOURNE, FL  32935 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |

**Addition**

| | |
|---|---|
| MORTGAGE FINANCIAL, INC.<br>170 MAIN ST.<br>STE 108<br>TEWKSBURY, MA  1876 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10657-1.0<br>EFFECTIVE DATE: 7/12/2006 |
| MORTGAGE GUARANTY INSURANCE CORPORATION<br>MGIC PLAZA, 250 EAST KILBOURN AVE<br>MILWAUKEE, WI  53202 | MORTGAGE INSURANCE POLICY |

**Addition**

| | |
|---|---|
| MORTGAGE INITIATIVES, INC<br>2050 MARCONI DR.<br>ALPHARETTA, GA  30005 | MARKETING, LICENSING AND RELATED SERVICES AGREEMENT |
| MORTGAGE LENDERS OF AMERICA | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/20/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                                Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

MORTGAGE MANAGEMENT CONSULTANTS, INC
1008 W. AVE.
M-4 SUITE H
PALMDALE, CA  93551

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED
POWER OF ATTORNEY
CONTRACT ID:  11853-1.0
EFFECTIVE DATE:  5/22/2007

MORTGAGE MANAGERS INC
250 CENTER DRIVE
VERNON HILLS, IL  60061

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/18/2006

MORTGAGE MARKET GUIDE
24 S HOLMDEL RD SUITE 1B
HOLMDEL, NJ  07733

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  3/19/2007

MORTGAGE MARKET, INC
3850 N CAUSEWAY BLVD.
STE 725
METAIRIE, LA  70002

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/11/2006

MORTGAGE MASTER, INC.
301 GEORGIA ST
SUITE 110
VALLEJO, CA  94590

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  11/15/2005

MORTGAGE PROCESS CENTER
421 A STREET
SUITE 500
LINCOLN, CA  95648

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  10/17/2005

MORTGAGE RESOURCE INC
114 ESSEX STREET
ROCHELLE PARK, NJ  07662

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/13/2006

MORTGAGE SOLUTIONS NETWORK INC.
8598 UTICA AVE
#100
R CUCAMONGA, CA  91730

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  12/12/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                Case No. **07-11051**
_____
             Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MORTGAGE SOLUTIONS OF CO, LLC<br>5455 NUNION BLVD<br>#205<br>COLORADO SPRINGS, CO  80918 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/27/2006 |
| MORTGAGE TELESIS INC.<br>150 BRIDGEWAY<br>#121<br>SAUSALITO, CA  94965 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 12/28/2000 |

**Addition**

| | |
|---|---|
| MORTGAGEHUB.COM, INC. (FKA FAIR ISSAC)<br>3550 ENGINEERING DR<br>ST 200<br>NORCROSS, GA  30092 | VENDOR<br>SOFTWARE<br>ACQUISITION LETTER<br>CONTRACT ID:  100-6.0<br>EFFECTIVE DATE: 3/23/2007 |
| MORTGAGETREE LENDING<br>115 N. 1ST STREET<br>DEKALB, IL  60115 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/10/2006 |
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/19/2007 |
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/25/2007 |
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/9/2007 |
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/20/2007 |
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/10/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/20/2007 |
| MOSS CODOLIS, LLP<br>12 N MAIN ST<br>ALBANY, NY  14411 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/7/2007 |
| MOULTON PUBLICATIONS, INC. (DBA VERO BEACH MAGAZINE)<br>5070 HIGHWAY A1A<br>SUITE 221<br>VERO BEACH, FL  32963 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 11/1/2006 |
| MOUNT VERNON MONEY CENTER<br>403 EAST THIRD ST<br>MOUNT VERNON, NY  10550 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE: 4/16/2003 |
| MOUNTAIN AMERICA FINANCIAL SERVICES, LLC<br>10670 SOUTH 1300 EAST<br>SANDY, UT  84094 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/29/2007 |

**Addition**

| | |
|---|---|
| MOUNTAIN AMERICAN FINANCIAL SERVICES, LLC<br>10670 SOUTH 1300 EAST<br>SANDY, UT  84094 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED<br>POWER OF ATTORNEY<br>CONTRACT ID: 11854-1.0<br>EFFECTIVE DATE: 6/29/2007 |
| MOUNTAIN CREDIT UNION<br>38 MAPLE STREET<br>WAYNESVILLE, NC  28786 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 7/13/2005 |
| MOUNTAIN GREENERY LLC<br>PO BOX 2309<br>STATELINE, NV  89449-2309 | LEASE<br>OFFICE<br>4/1/2005 - 3/31/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                         Case No.  **07-11051**

_____                         _____

Debtor                                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MOUNTAIN PACIFIC MORTGAGE COMPANY<br>3609 S WADSWORTH BLVD<br>#400<br>LAKEWOOD, CO  80235 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/12/2006 |
| MOUNTAIN VIEW HOLDING COMPANY, LLC<br>606 MOUNTAIN VIEW AVE.<br>SUITE 101<br>LONGMONT, CO  80501 | LEASE<br>OFFICE<br>1/1/2005 - 12/31/2008 |
| MOUNTAIN VIEW MORTGAGE COMPANY<br>7311 W CHARLESTON BLVD<br>#110<br>LAS VEGAS, NV  89117 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/16/2006 |
| MOUNTAIN WEST BANK<br>101 IRONWOOD DRIVE<br>COUER D'ALENE, ID  83814 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/13/2005 |
| MOUNTAIN WEST BANK<br>101 IRONWOOD DRIVE<br>COUER D'ALENE, ID  83814 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/30/2007 |
| MOUNTAIN WEST BANK, N.A.<br>1225 CEDAR STREET<br>HELENA, MT  59601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/1/2006 |
| MOUNTAIN WEST FINANCIAL, INC<br>1209 NEVADA STREET<br>SUITE 200<br>REDLANDS, CA  92374 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/23/2006 |
| MOUNTAIN-N-PLAINS, INC<br>920 S. TAFT HILL ROAD<br>FORT COLLINS, CO  80521 | LEASE<br>OFFICE<br>9/1/2003 - 3/31/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____

Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MOUNTAINVIEW CORP. CENTRE SIERRA LLC<br>3311 S. RAINBOW BLVD.<br>#225<br>LAS VEGAS, NV  89146 | LEASE<br>OFFICE<br>9/29/2005 - 9/30/2010 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  11/13/2006 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  12/13/2006 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  11/13/2006 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  2/2/2007 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/1/2007 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/15/2007 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/9/2007 |
| MOVE SALES, INC<br>30700 RUSSELL RANCH ROAD<br>WESTLAKE VILLAGE, CA  91362 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  11/13/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MP-REGENTS SQUARE, LLC<br>PO BOX 515014<br>LOS ANGELES, CA  90051 | LEASE<br>OFFICE<br>7/1/2003 - 6/30/2008 |
| MSA MORTGAGE, LLC<br>26 PRINCESS ST<br>WAKEFIELD, MA  01880 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/31/2005 |
| MSKW C/O CAROL WILSON<br>925 BROKEN SHAFT LANE<br>KNOXVILLE, TN  37922 | LEASE<br>OFFICE<br>4/10/2006 - 4/30/2009 |
| MT DIABLO NATIONAL BANK<br>1255 TREAT BOULEVARD<br>SUITE 160<br>WALNUT CREEK, CA  94567 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/24/2002 |
| MT DIABLO NATIONAL BANK<br>1255 TREAT BOULEVARD<br>SUITE 160<br>WALNUT CREEK, CA  94567 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE: 10/12/2002 |
| MT. DIABLO NATIONAL BANK<br>1255 TREAT BOULEVARD<br>SUITE 160<br>WALNUT CREEK, CA  94567 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE: 9/12/2002 |
| MTC FEDERAL CREDIT UNION<br>POST OFFICE BOX 1944<br>GREENVILLE, SC  29602 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/15/2007 |
| MULL & ASSOCIATES FINANCIAL SERVICES, LLC<br>91760 OVERSEAS HWY<br>TAVERNIER, FL  33070 | LEASE<br>OFFICE<br>11/15/2006 - 11/15/2017 |
| MULTI PROPERTIES, INC<br>PIKESVILLE PROFESSIONAL BLDG<br>P.O. BOX 21579<br>BALITIMORE, MD  21282 | LEASE<br>RETAIL<br>5/1/2004 - 4/30/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

Debtor                                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MULVANE STATE BANK<br>122 W MAIN<br>P.O. BOX 158<br>MULVANE, KS  67110 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/15/2006 |
| **Addition** | |
| MUNGO HOMES<br>441 WESTERN LANE<br>IRMO, SC  29063 | MARKETING AND SERVICES AGREEMENT |
| MURDOCK & GANNON. INC.<br>202 NORTH DIXON STREET<br>CARY, NC  27613 | LEASE<br>MSA<br>4/18/2005 - 12/31/2016 |
| **Addition** | |
| MUTUAL FEDERAL SAVINGS BANK | LOAN SALE AGREEMENT & LOAN PROCESSING AGREEMENT |
| MUTUAL SAVINGS BANK<br>KELLI NORWOOD<br>330 WEST CAROLINA AVE.<br>HARTSVILLE, SC  29550 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/3/2006 |
| MUTUAL SAVINGS BANK<br>KELLI NORWOOD<br>330 WEST CAROLINA AVE.<br>HARTSVILLE, SC  29550 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BN |
| MVCC SIERRA, LLC<br>C/O KEN TEMPLETON REALTY & INVESTMENTS, INC.<br>3311 SOUTH RAINBOW BLVD., SUITE 225<br>LAS VEGAS, NV  89146 | LEASE<br>OFFICE<br>4/1/2007 - 9/30/2007 |
| **Addition** | |
| MY SQL, INC | SUBSCRIPTION AGREEMENT |
| MYERS INTERNET SERVICES, INC.<br>2033 CONCOURSE DR.<br>STE. 100-B<br>SAN JOSE, CA  95131 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 12/18/1998 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
Debtor                                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MYERS INTERNET,  INC.<br>2160 LUNDY AVENUE<br>SUITE 128<br>SAN JOSE, CA  95131 | VENDOR CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 12/26/2006 |
| MYERS PANE MORTGAGE, INC.<br>141 PROVIDENCE ROAD<br>CAHRLOTTE, NC  28207 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/16/2006 |
| NAACB<br>1425 N MCDOWELL BLVD<br># 213<br>PETALUMA, CA  94954 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 6/11/2007 |
| NAIA-NATIONAL ASSOC OF INTERCOLLEGIATE ATHLETES<br>23500 W 105 ST<br>PO BOX 1325<br>OLATHE, KS  66051 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/18/2005 |
| NAIA-NATIONAL ASSOC OF INTERCOLLEGIATE ATHLETES<br>23500 W 105 ST<br>PO BOX 1325<br>OLATHE, KS  66051 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/20/2006 |
| NASDAQ<br>165 BROADWAY<br>NEW YORK, NY  10006 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE: 3/18/2003 |
| NATCO CREDIT UNION<br>P.O. BOX 817<br>RICHMOND, IN  47375 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/24/2005 |
| NATIONAL ASSOCIATION OF MORTGAGE BROKERS<br>7900 WESTPARK DRIVE, STE. T309<br>MCLEAN, VA  22102 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 6/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL BANK OF ARIZONA<br>6001 N. 24TH STREET<br>BLDG. C<br>PHOENIX, AZ  85016 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/9/2006 |
| NATIONAL BANK OF ARIZONA<br>6001 N. 24TH STREET<br>BLDG. C<br>PHOENIX, AZ  85016 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/19/2007 |
| NATIONAL BANK OF KANSAS CITY<br>10700 NAIL AVE<br>STE 300<br>OVERLAND PARK, KS  66211 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/10/2007 |
| NATIONAL CAPITAL FUNDING, LTD.<br>14405 WALTERS RD<br>HOUSTON, TX  77014 | BROKER/INVESTOR CONTRACT<br>CONSTRUCTION LENDING |
| NATIONAL CINEMEDIA, LLC<br>P.O. BOX 17491<br>DENVER, CO  80217-0491 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/2/2007 |
| NATIONAL CITY BANK<br>PO BOX 73847<br>CLEVELAND, OH  44193 | LEASE<br>SHOPPING CENTER<br>7/7/2005 - 7/31/2008 |
| NATIONAL CITY MORTGAGE<br>CORRESPONDENT LENDING<br>116 ALLEGHENY CENTER MALL<br>PITTSBURGH, PA  15212 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 8/26/2002 |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION<br>2021 L STREET, NW<br>SUITE 600<br>WASHINGTON, DC  20036 | MARKETING CONTRACT<br>MARKETING AND SERVICES |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                Case No. **07-11051**

Debtor                                                                (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  6/15/2007 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  9/27/2006 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  2/14/2007 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  12/11/2006 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  1/11/2006 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  7/6/2006 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  7/6/2006 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/8/2006 |
| NATIONAL FUNDS RECOVERY, INC. 31910 CINNABAR LANE CASTAIC, CA  91384 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  4/5/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                        Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL FUNDS RECOVERY, INC.<br>31910 CINNABAR LANE<br>CASTAIC, CA  91384 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 12/11/2006 |
| NATIONAL FUNDS RECOVERY, INC.<br>31910 CINNABAR LANE<br>CASTAIC, CA  91384 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 6/11/2007 |
| NATIONAL GRAPHICS<br>9216 BOIVIN STREET<br>LASALLE, QUEBEC  H8R 2E7 | VENDOR CONTRACT<br>PRINTING<br>EFFECTIVE DATE: 6/28/2006 |
| NATIONAL HOMEBUYERS FUND, INC<br>801 12TH STREET<br>6TH FLOOR<br>SACRAMENTO, CA  95814 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/21/2007 |
| NATIONAL HOMEBUYERS FUND, INC<br>801 12TH STREET<br>6TH FLOOR<br>SACRAMENTO, CA  95814 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/13/2006 |
| NATIONAL MORTGAGE ACCESS, INC.<br>4901 GLENWOOD AVENUE<br>SUITE 201<br>RALEIGH, NC  27612 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2005 |
| NATIONAL MORTGAGE LLC<br>306 SWEETWATER BLVD NORTH<br>LONGWOOD, FL  32779-2715 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 9/1/2005 |
| NATIONAL MORTGAGE LLC<br>306 SWEETWATER BLVD NORTH<br>LONGWOOD, FL  32779-2715 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/4/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**      Case No. **07-11051**

             Debtor                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL MORTGAGE NEWS<br>MGDT- ORDER DEPT<br>ONE STREET PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/18/2006 |
| NATIONAL MORTGAGE NEWS<br>MGDT- ORDER DEPT<br>ONE STREET PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/22/2006 |
| NATIONAL MORTGAGE NEWS<br>MGDT- ORDER DEPT<br>ONE STREET PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/28/2006 |
| NATIONAL MORTGAGE NEWS<br>MGDT- ORDER DEPT<br>ONE STREET PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  10/23/2006 |
| NATIONAL MORTGAGE NEWS<br>MGDT- ORDER DEPT<br>ONE STREET PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  10/19/2006 |
| NATIONAL MORTGAGE NEWS<br>MGDT- ORDER DEPT<br>ONE STREET PLAZA<br>27TH FLOOR<br>NEW YORK, NY  10004 | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE:  4/16/2007 |
| NATIONAL MORTGAGE RECRUITERS, INC.<br>9125 LITTLE ROAD<br>STE. 157<br>NEW PORT RICHEY, FL  34654 | HUMAN RESOURCES CONTRACT<br>RECRUITERS |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**

Debtor                                                                                           (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL MORTGAGE RESOURCE, INC. | BROKER/INVESTOR CONTRACT MORTGAGE BROKER AGREEMENT EFFECTIVE DATE: 7/20/2001 |

Addition

| | |
|---|---|
| NATIONAL TAX VERIFICATION 450 NE 20TH STREET SUITE 113 BOCA RATON, FL  33431 | VERIFICATION OF SOCIAL SECURITY RELATED INFORMATION AGREEMENT |
| NATIONAL THOROUGHBRED RACING ASSOCIATION   BREEDERS' CUP LIMITED 800 THIRD AVENUE SUITE 901 NEW YORK, NY  10022 | CORPORATE CONTRACT LOI EFFECTIVE DATE:  6/12/2006 |
| NATIONAL TITLE RESOURCES CORP 4740 WHITE BEAR PARKWAY, #100 WHITE BEAR LAKE, MN  55110 | LEASE DESK RENTAL 3/1/2006 - 12/31/2016 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA. 80 PINE 13TH FL NEW YORK, NY  60409 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE: 1/22/2007 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. 80 PINE 13TH FL NEW YORK, NY  60409 | VENDOR CONTRACT LEGAL EFFECTIVE DATE: 9/27/2006 |

Addition

| | |
|---|---|
| NATIONS FINANCIAL MORTGAGE 34 SCHOOL STREET FOXBORO, MA  2035 | BROKER/INVESTOR CONTRACT MORTGAGE BROKER AGREEMENT MORTGAGE BROKER LOAN APPLICATION CONTRACT ID: 11372-1.0 EFFECTIVE DATE: 2/13/2007 |
| NATIONS HOME FUNDING, INC 761 OLD HICKORY BLVD STE 400 BRENTWOOD, TN  37027 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/26/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

NATIONS HOME FUNDING, INC.
761 OLD HICKORY BLVD
STE 400
BRENTWOOD, TN  37027

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10719-1.0
EFFECTIVE DATE: 7/26/2006

NATIONS HOME MORTGAGE CORPORATION
6 EXECUTIVE CAMPUS
STE 300
CHERRY HILL, NJ  08002

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 10/15/2006

Addition

NATIONWIDE ADVANTAGE MORTGAGE COMPANY
7760 OFFICE PLAZA DRIVE SOUTH
WEST DES MOINES, IA  50266-2336

RECIPROCAL CONFIDENTIALITY AGREEMENT

NATIONWIDE CAPITAL FUNDING
ACTIVE DELIVERY SPECIALISTS, LLC
PO BOX 260775
CORPUS CHRISTI, TX  78426

VENDOR CONTRACT
LEGAL
EFFECTIVE DATE: 7/25/2007

NATIONWIDE HOME LOANS, INC
2740 E. OAKLAND PARK BLVD
STE 300
FT. LAUDERDALE, FL  33306

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 11/9/2006

NAYLOR, INC (FOR AD IN GREATER ATLANTA HOME BUILDERS
ASSOCIATION'S DIRECTORY
5950 NW 1ST PLACE
GAINESVILLE, FL  32607

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 8/10/2006

NBGI, INC.
16601 VENTURA BLVD
# 506
ENCINO, CA  91436

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/1/2006

Addition

NEHEMIAH CORPORATION OF CALIFORNIA
1851 HERITAGE LANE
SUITE 201
SACRAMENTO, CA  95815

LOAN PRODUCT LICENSE AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.** _____

Debtor

Case No. **07-11051**

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NEHEMIAH CORPORATON OF CALIFORNIA<br>1851 HERITAGE LANE<br>SUITE 201<br>SACRAMENTO, CA  95815 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/16/2001 |
| NEIGHBOR'S FINANCIAL CORPORATION<br>1314 H STREET<br>SACRAMENTO, CA  95814 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |
| NELSON-BROWN EQUITIES, INC.<br>5201 SW WESTGATE DR.<br>SUITE 100<br>PORTLAND, OR  97221-2424 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/1/2007 |
| NELSON-BROWN EQUITIES, INC.<br>5201 SW WESTGATE DR.<br>SUITE 100<br>PORTLAND, OR  97221-2424 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/15/2007 |
| NELSON-BROWN EQUITIES, INC.<br>5201 SW WESTGATE DR.<br>SUITE 100<br>PORTLAND, OR  97221-2424 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/1/2007 |
| NELSON-BROWN EQUITIES, INC.<br>5201 SW WESTGATE DR.<br>SUITE 100<br>PORTLAND, OR  97221-2424 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/15/2007 |
| NELSON-BROWN EQUITIES, INC.<br>5201 SW WESTGATE DR.<br>SUITE 100<br>PORTLAND, OR  97221-2424 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  5/10/2006 |
| NEPSUN DEVELOPMENT, L.P.<br>12429 ROJAS DR<br>EL PASO, TX  79928 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

Debtor

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NESTLE WATERS NORTH AMERICA, INC<br>424 WEST 33RD STREET<br>NEW YORK, NY  10001 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/2/2007 |
| NETWORTH FINANCIAL SERVICES<br>409 TAMWORTH COURT<br>BLUE BELL, PA  19422 | LEASE<br>MSA<br>4/2/2007 - 4/1/2008 |
| NETWORTH FINANCIAL SERVICES<br>409 TAMWORTH COURT<br>BLUE BELL, PA  19422-3233 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/2/2007 |
| NEVADA HOUSING DIVISION<br>1535 OLD HOT SPRINGS RD<br>SUITE 50<br>CARSON CITY, NV  89706 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/15/2007 |
| NEVADA RURAL HOUSING AUTHORITY<br>3695 DESATOYA DRIVE<br>CARSON CITY, NV  89701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  2/1/2006 |
| NEW BOSTON PRISM HARMON PLAZA, INC<br>C/O PRISM CAPITAL PARTNERS<br>50 GRAND AVENUE<br>ENGLEWOOD, NJ  07631-3506 | LEASE<br>OFFICE<br>6/20/2005 - 6/30/2008 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN<br>STE 1000<br>IRVINE, CA  92612 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  2/7/2003 |
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN<br>STE 1000<br>IRVINE, CA  92612 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE:  9/7/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**　　　　　　　　　　Case No.  **07-11051**

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION<br>18400 VON KARMAN<br>STE 1000<br>IRVINE, CA  92612 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  12/4/2003 |

**Addition**

| | |
|---|---|
| NEW ENGLAND AQUARIUM CORPORATION<br>CENTRAL WHARF<br>BOSTON, MA  02110-3399 | VENDOR<br>SITE USE<br>PROGRAM AND EVENT AGREEMENT<br>CONTRACT ID:  11856-1.0<br>EFFECTIVE DATE:  7/25/2007 |
| NEW HAMPSHIRE HOUSING FINANCE AUTHORITY<br>PO BOX 5087<br>MANCHESTER, NH  03108 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  1/1/2006 |
| NEW HOMES DIRECT. COM, LLC<br>22 PERIMETER PARK DRIVE<br>SUITE # 101<br>ATLANTA, GA  30341 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/1/2000 |
| NEW HOMES MORTGAGE, INC.<br>13369 VENTURA BLVD<br>SHERMAN OAKS, CA  91423 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/15/2005 |

**Addition**

| | |
|---|---|
| NEW HOMES NOW! CORP.<br>2376 FRUITVILLE ROAD<br>SARASOTA, FL  34237 | MUTUAL CONFIDENTIALITY AGREEMENT |
| NEW HORIZONS CLC<br>1900 SOUTH STATE COLLEGE BLVD<br>ANAHEIM, CA  92806 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/30/2005 |
| NEW HORIZONS CLC<br>1900 SOUTH STATE COLLEGE BLVD<br>ANAHEIM, CA  92806 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/24/2006 |
| NEW HORIZONS CLC<br>1900 SOUTH STATE COLLEGE BLVD<br>ANAHEIM, CA  92806 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/9/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____          _____
                    Debtor                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NY  08611 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/9/2006 |
| NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NY  08611 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/15/2007 |
| | **Addition** |
| NEW LINE REALTY<br>55 EAST MAIN STREET<br>WASHINGTONVILLE, NY  10992 | MARKETING AND SERVICES AGREEMENT |
| NEW MEXICO FINANCE AUTHORITY<br>344 4TH STREET SW<br>ALBUQUERQUE, NM  87102 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/8/2006 |
| | **Addition** |
| NEW MEXICO MORTGAGE FINANCE AUTHORITY<br>344 4TH STREET SW<br>ALBUQUERQUE, NM  87102 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>HOMEOWNERSHIP PROGRAMS - MASTER AGREEMENT<br>CONTRACT ID: 10160-1.0<br>EFFECTIVE DATE:  2/13/2001 |
| NEW SOUTH PUBLISHING, INC.<br>1303 HIGHTOWER  TRAIL<br>ATLANTA, GA  30350 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 3/17/2006 |
| NEW YORK COMMERCIAL BANK | MARKETING CONTRACT<br>LEADS AGREEMENTS |
| NEW YORK COMMERCIAL BANK | MARKETING CONTRACT<br>MARKETING AND SERVICES |
| NEW YORK COMMUNITY BANK<br>615 MERICK AVE<br>WESTBURY, NY  11590 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/11/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NEW YORK COMMUNITY BANK<br>615 MERICK AVE<br>WESTBURY, NY  11590 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 7/7/2005 |
| NEW YORK COMMUNITY BANK<br>615 MERICK AVE<br>WESTBURY, NY  11590 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 8/15/2005 |
| NEW YORK COMMUNITY BANK<br>615 MERICK AVE<br>WESTBURY, NY  11590 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 3/11/2005 |
| NEW YORK COMMUNITY BANK<br>615 MERICK AVE<br>WESTBURY, NY  11590 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/11/2005 |
| **Addition** | |
| NEW YORK METROPOLITAN MORTGAGE, LLC<br>250 WEST 57TH STREET<br>SUITE 1118<br>NEW YORK, NY  10107 | SERIES AGREEMENT |
| NEWELL SAMUEL JONES<br>35 MOSS RD.<br>CAMDEN, TN  38320 | LEASE<br>OFFICE<br>3/1/2005 - 2/28/2008 |
| **Addition** | |
| NEWHOMESOURCE.COM<br>6500 RIATA PARK COURT<br>BLDG A, SUITE 100<br>AUSTIN, TX  78727 | MARKETING SERVICES AGREEMENT |
| **Addition** | |
| NEWPORT INSURANCE COMPANY<br>3349 MICHELSON DR<br>STE 200<br>IRVINE, CA  92612-8893 | MUTUAL CONFIDENTIALITY AGREEMENT |
| **Addition** | |
| NEWPORT MANAGEMENT CORPORATION<br>3349 MICHELSON DR<br>STE 200<br>IRVINE, CA  92612-8893 | MUTUAL CONFIDENTIALITY AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NEWSDAY, INC.<br>235 PINELAWN ROAD<br>MELVILLE, NY  11747-4250 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/6/2006 |
| NEWSDAY, INC.<br>235 PINELAWN ROAD<br>MELVILLE, NY  11747-4250 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 9/21/2004 |
| NEXGEN LENDING, INC.<br>225 UNION BLVD<br>SUITE 300<br>LAKEWOOD, CO  80228 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/15/2006 |
| NEXGEN LENDING, INC.<br>225 UNION BLVD<br>SUITE 300<br>LAKEWOOD, CO  80228 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |
| NEXT LEVEL MEDIA GROUP LLC | MARKETING CONTRACT<br>LEADS AGREEMENTS |

**Addition**

| | |
|---|---|
| NEXTAG<br>1300 SOUTH EL CAMINO REAL<br>SUITE 201<br>SAN MATEO, CA  94402 | PARTICIPAN AGREEMENT<br>CONTRACT ID: 11064-1.0 |
| NEXTAG, INC.<br>1300 S. EL CAMINO REAL<br>SAN MATEO, CA  94402 | MARKETING CONTRACT<br>CLO<br>EFFECTIVE DATE: 7/1/2005 |
| NFM, INC.<br>505 PROGRESS DRIVE<br>LINTHICUM, MD  21090 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/7/2005 |
| NHP MANAGEMENT COMPANY (AIMCO)<br>2000 SOUTH COLORADO BLVD<br>TOWER TWO<br>STE 2-1000<br>DENVER, CO  80222 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 8/29/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**         Case No.   **07-11051**

Debtor                   (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NL, INC<br>3201 DANVILLE BLVD<br># 195<br>ALAMO, CA  94507 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/23/2006 |
| NNN VF FOUR RESOURCE, LLC<br>RAIT PARTNERSHIP - FOUR RESOURCES<br>PO BOX 552336<br>ATLANTA, GA  33655-2336 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2010 |
| NOBLE PROPERTIES<br>1654 MAIN STREET<br>WEYMOUTH, MA  02189 | LEASE<br>DESK RENTAL/MSA<br>2/3/2006 - 12/31/2016 |
| NOKIA INC. (THROUGH INTELLISYNC DIVISION)<br>709 WESTCHESTER AVENUE<br>3RD FLOOR<br>WHITE PLAINS, NY  10604 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 6/8/2006 |

**Addition**

| | |
|---|---|
| NOKIA, INC.<br>709 WESTCHESTER AVENUE<br>3RD FLOOR<br>WHITE PLAINS, NY  10604 | NON-DISCLOSURE AGREEMENT<br>EFFECTIVE DATE: 6/7/2006 |

**Addition**

| | |
|---|---|
| NOKIA, INC.<br>709 WESTCHESTER AVENUE<br>3RD FLOOR<br>WHITE PLAINS, NY  10604 | TRIAL LICENSE AGREEMENT<br>EFFECTIVE DATE: 6/7/2006 |
| NORRIS CONFERENCE CENTERS | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  2/13/2007 |
| NORTH AMERICAN FINANCIAL MARKETS, INC. | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/30/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                   _____
                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NORTH AMERICAN SAVINGS BANK, FSB<br>949 NE COLUMBUS<br>LEA'S SUMMIT, MO  64086 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2006 |

**Addition**

| | |
|---|---|
| NORTH CAROLINA FIRST MORTGAGE INC<br>804 SALEM WOODS DRIVE<br>RALEIGH, NC  27615 | MORTGAGE BROKER AGREEMENT |
| NORTH CAROLINA FIRST MORTGAGE INC.<br>804 SALEM WOODS DRIVE<br>RALEIGH, NC  27615 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 5/25/2005 |
| NORTH CAROLINA FIRST MORTGAGE INC.<br>804 SALEM WOODS DRIVE<br>RALEIGH, NC  27615 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/20/2006 |
| NORTH CAROLINA HOUSING FINANCE AGENCY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/3/2006 |
| NORTH CENTRAL TEXAS HOUSING FINANCE CORPORATION<br>FIRST SOUTHWEST COMPANY<br>325 N. ST. PAUL ST.<br>SUITE 800<br>DALLAS, TX  75201 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/22/2004 |
| NORTH GEORGIA BANK DBA NGB MORTGAGE | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |

**Addition**

| | |
|---|---|
| NORTHEAST DATA DESTRUCTION & RECYCLING LLC<br>619 ROUTE 28<br>KINGSTON, NY  12401 | SERVICE AGREEMENT |
| NORTHEAST FUNDING CORPORATION<br>2231 NE 25TH AVENUE<br>SUITE 1<br>POMPANO BEACH, FL  33062 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/24/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
                                   Debtor                                                         (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

NORTHEAST MORTGAGE CORP
2023 W. GUADALUPE RD
MESA, AZ  85202

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/12/2006

**Addition**

NORTHERN MORTGAGE SERVICES, LLC
164 MASS AVENUE
ARLINGTON, MA  2474

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
CONTRACT ID:  10049-1.0
EFFECTIVE DATE: 6/14/2004

**Addition**

NORTHERN VIRGINIA ASSOCIATES OF REALTORS
8411 ARLINGTON BLVD
FAIRFAX, VA  22031

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
SPONSORSHIP AGREEMENT
CONTRACT ID:  11865-1.0
EFFECTIVE DATE: 11/13/2006

NORTHPOINT SOLUTIONS, LLC
130 W. 42ND STREET
NEW YORK, NY  10036

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 7/10/2006

NORTHPOINT SOLUTIONS, LLC
130 W. 42ND STREET
NEW YORK, NY  10036

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 7/10/2006

NORTHSHORE COMMUNITY BANK & TRUST COMPANY
720 12TH ST
WILMATTE, IL  60091

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 1/12/2006

NORTHSHORE CONIFER
1924 CLAIBORNE STREET
MANDEVILLE, LA  70448

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 5/22/2007

NORTHSTAR BANK
833 S. VAN DYKE
BAD AXE, MI  48413

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/30/2007

NORTHSTAR BANK
833 S. VAN DYKE
BAD AXE, MI  48413

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 12/8/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                          Case No.  **07-11051**
_____                                  _____
                           Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NORTHSTAR MORTGAGE GROUP, LLC<br>3350 RIVERWOOD PARKWAY<br>SUITE 1900<br>ATLANTA, GA  30339 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/29/2006 |
| NORTHVILLE RETAIL CENTER PHASE 2, L.L.C.<br>28470 THIRTEEN MILE ROAD<br>SUITE 220<br>FARMINGTON HILLS, MI  48334 | LEASE<br>SHOPPING CENTER<br>12/22/2003 - 12/21/2008 |
| NORTHWEST CORP CENTER<br>7400 N. ORACLE RD<br>SUITE 338<br>TUSCON, AZ  85704-6342 | LEASE<br>OFFICE<br>2/1/2005 - 1/31/2008 |
| NORTHWEST LENDING GROUP, INC.<br>1925 NW AMBER GLEN PKWY<br>STE 105<br>BEAVERTON, OR  97006 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/13/2006 |
| NORTHWEST LENDING GROUP, INC.<br>1925 NW AMBER GLEN PKWY<br>STE 105<br>BEAVERTON, OR  97006 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  1/22/2007 |
| NORTHWEST LENDING GROUP, INC.<br>1925 NW AMBER GLEN PKWY<br>STE 105<br>BEAVERTON, OR  97006 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/3/2005 |
| NORTHWEST MORTGAGE GROUP, INC<br>10260 S.W. GREENBURG RD<br>STE 900<br>PORTLAND, OR  97223 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/8/2006 |
| NORTON FINE HOMES, INC.<br>30 MAIN STREET SUITE 30<br>ASHLAND, MA  01721 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  8/18/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                            Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NORTON FINE HOMES, INC.<br>30 MAIN STREET SUITE 30<br>ASHLAND, MA  01721 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 1/28/2006 |
| NOVA FINANCIAL & INVESTMENT CORPORATION (DBA NOVA HOME LOANS)<br>6245 E. BROADWAY BLVD<br>STE 400<br>TUCSON, AZ  85711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/3/2005 |
| NOVA FINANCIAL & INVESTMENT CORPORATION (DBA NOVA HOME LOANS)<br>6245 E. BROADWAY BLVD<br>STE 400<br>TUCSON, AZ  85711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/3/2006 |

**Addition**

| | |
|---|---|
| NOVA FINANCIAL & INVESTMENT CORPORATION (DBA) NOVA HOME LOANS)<br>6245 E. BROADWAY BLVD<br>STE 400<br>TUCSON, AZ  85711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 268-1.0<br>EFFECTIVE DATE: 1/3/2006 |

**Addition**

| | |
|---|---|
| NOVA FINANCIAL & INVESTMENT CORPORATION (DBA) NOVA HOME LOANS)<br>6245 E. BROADWAY BLVD<br>STE 400<br>TUCSON, AZ  85711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM<br>CONTRACT ID: 268-2.0<br>EFFECTIVE DATE: 1/3/2005 |
| NOVASTAR MORTGAGE, INC.<br>8140 WARD PARKWAY<br>SUITE 300<br>KANSAS CITY, MO  64114 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/22/2006 |
| NOVE PLAZA LLC<br>P.O. BOX 989<br>WOODBRIDGE, CA  95258 | LEASE<br>OFFICE<br>5/1/2006 - 5/31/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____
                        Debtor                                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

NUMERI X, LLC
757 THIRD AVENUE
20TH FL
NEW YORK, NY  10017

VENDOR
SOFTWARE LICENSE AGREEMENT
CONTRACT ID:  11307-1.0
EFFECTIVE DATE:  1/23/2007

NUMERIX, LLC
757 THIRD AVENUE
20TH FL
NEW YORK, NY  10017

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  1/23/2007

NUMERIX, LLC
757 THIRD AVENUE
20TH FL
NEW YORK, NY  10017

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  1/23/2007

NURSEFINDERS, INC
1701 E LAMAR
SUITE 640
ARLINGTION, TX  76006

LEASE
OFFICE
8/15/2006 - 8/31/2008

NVR MORTGAGE FINANCE
121 HILLPOINTE DR.
SUITE 100
CANONSBURG, PA  11548

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/26/2005

NVR MORTGAGE FINANCE
121 HILLPOINTE DR.
SUITE 100
CANONSBURG, PA  11548

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  2/27/2006

NYCE PAYMENTS NETWORK, LLC
400 PLAZA DRIVE
2ND FLOOR
SECAUCUS, NJ  7094

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  6/11/2007

<div align="center">Addition</div>

NYCE PAYMENTS NETWORKS, LLC
400 PLAZA DRIVE
2ND FLOOR
SECAUCUS, NJ  7094

NETWORK SURCHARGE PROGRAMS AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OAK GROVE COMMONS<br>STATE ROAD 54<br>LUTZ, FL  33559 | LEASE<br>OFFICE<br>6/1/2005 - 5/31/2008 |
| OAK STREET MORTGAGE LLC | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  11/29/2005 |
| OAKFIELD PROPERTIES LIMITED<br>P. O. BOX 1385<br>BRANDON, FL  33509 | LEASE<br>OFFICE<br>10/1/2000 - 12/31/2007 |
| *Addition* | |
| OBJECTIF LINE, INC.<br>2030 PIE IX<br>LEGAL<br>MONTREAL, QC  H1V 2C8<br>CANADA | VENDOR<br>SOFTWARE<br>END USER LICENSE AGREEMENT<br>CONTRACT ID:  11776-1.0<br>EFFECTIVE DATE:  6/1/2007 |
| OBJECTIF LUNE, INC<br>2030 PIE IX<br>LEGAL<br>MONTREAL, QC  H1V 2C8<br>CANADA | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/1/2007 |
| OCALA NATIONAL BANK<br>3001 SE MARICAMP ROAD<br>OCALA, FL  34471 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/29/2007 |
| OCE<br>6 COMMERCE DRIVE<br>CRANFORD, NJ  7016 | COPIER CONTRACT<br>200-0630527-001 |
| OCEAN BANK | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  11/6/2006 |
| OCEAN PLACE RESORT AND SPA<br>ONE OCEAN BLVD<br>LONG BRANCH, NJ  07740 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
                                                     Debtor                                                                                                  (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OCEAN VIEW INT'L INC.<br>CLAUDE AND SHIRLEY TARVIN<br>PO BOX Y<br>YUBA CITY, CA  95992 | LEASE<br>OFFICE<br>1/22/2001 - 1/31/2008 |
| OCONEE STATE BANK<br>PO BOX 205<br>WATKINSVILLE, GA  30677 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/30/2007 |
| OCONEE STATE BANK<br>PO BOX 205<br>WATKINSVILLE, GA  30677 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| ODIE ENTERPRISES, LLC<br>5225 E. CAMINO APOLENA<br>TUSCON, AZ  85718 | LEASE<br>OFFICE<br>1/1/2005 - 12/31/2007 |
| ODYSSEY FUNDING, LLC<br>1206 AVE J<br>BROOKLYN, NY  11230 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/7/2007 |
| OEKOS MANAGEMENT<br>5565 STERRETT PLACE,LLC<br>PO BOX 64461<br>BALTIMORE, MD  21264 | LEASE<br>OFFICE<br>7/15/1999 - 7/31/2009 |
| OFFICEMAX<br>400 B COMMERCE BLVD<br>CARLSTADT, NJ  07072 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/9/2007 |
| OFFICEMAX<br>400 B COMMERCE BLVD<br>CARLSTADT, NJ  07072 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 10/1/2005 |
| OFFICEMAX<br>400 B COMMERCE BLVD<br>CARLSTADT, NJ  07072 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/9/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                             (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OFFICEMAX<br>400 B COMMERCE BLVD<br>CARLSTADT, NJ  07072 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 10/1/2005 |
| OHIO HOUSING FINANCE AGENCY<br>57 EAST MAIN STREET<br>COLUMBUS, OH  43215 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/24/2006 |
| OHIO LEGACY BANK<br>4026 DRESSLER RD<br>CANTON, OH  44718 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/18/2006 |

**Addition**

| | |
|---|---|
| OHIO SAVINGS BANK<br>1801 EAST 9TH STREET<br>#200<br>CLEVELAND, OH  44114 | SECONDARY MARKETING CONTRACT<br>WHOLESALE LENDING/CORRESPONDENT APPLICATION |
| OKLAHOMA HOUSING FINANCE AGENCY<br>100 NW 63RD STREET<br>SUITE 200<br>OKLAHOMA CITY, OK  73166 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| OKLAHOMA HOUSING FINANCE AGENCY<br>100 NW 63RD STREET<br>SUITE 200<br>OKLAHOMA CITY, OK  73166 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 12/20/2005 |
| OKLAHOMA HOUSING FINANCE AGENCY<br>100 NW 63RD STREET<br>SUITE 200<br>OKLAHOMA CITY, OK  73166 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| OKLAHOMA HOUSING FINANCE AGENCY<br>100 NW 63RD STREET<br>SUITE 200<br>OKLAHOMA CITY, OK  73166 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 9/6/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

<div align="center">Debtor                                                   (if known)</div>

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OKLAHOMA HOUSING FINANCE AGENCY<br>100 NW 63RD STREET<br>SUITE 200<br>OKLAHOMA CITY, OK  73166 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/3/2007 |
| OLD FLORIDA BANK<br>6321 DANIELS PKWY<br>FT. MYERS, FL  33912 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/14/2006 |
| OLD MILL SHEFFLIN, LLC<br>C/O NAI UTAH COMMERCIAL MANAGEMENT, INC.<br>343 EAST 500 SOUTH<br>SALT LAKE CITY, UT  84111 | LEASE<br>OFFICE<br>2/15/2007 - 2/14/2010 |
| OLD MILL SHEFFLIN, LLC<br>C/O NAI UTAH COMMERCIAL MANAGEMENT, INC.<br>343 EAST 500 SOUTH<br>SALT LAKE CITY, UT  84111 | LEASE<br>OFFICE<br>10/15/2003 - 10/30/2008 |
| OLD MILL SHEFFLIN, LLC<br>C/O NAI UTAH COMMERCIAL MANAGEMENT, INC.<br>343 EAST 500 SOUTH<br>SALT LAKE CITY, UT  84111 | LEASE<br>OFFICE<br>10/15/2003 - 10/30/2008 |
| OLD NATIONAL BANK<br>PO BOX 3728<br>EVANSVILLE, IN  47736-9983 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BO |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY<br>400 SECOND AVENUE SOUTH<br>MINNEAPOLIS, MN  55401-2499 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/21/2006 |
| OLD STONE CAPITAL, CORP.<br>189 ISLIP AVE<br>ISLIP, NY  11751 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/28/2006 |
| OLD STONE CAPITAL, CORP.<br>189 ISLIP AVE<br>ISLIP, NY  11751 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/19/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                            Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

OLYMPIA FUNDING, INC
7139 KOLL CENTER PKWY
STE 1000
PLEASANTON, CA  94566

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/18/2006

**Addition**

OLYMPIA WEST GROUP, LLC
1950 OLD GALLOWS RD
8TH FLOOR
VIENNA, VA  22182

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM
CONTRACT ID: 11386-1.0
EFFECTIVE DATE: 1/11/2007

OLYMPIA WEST MORTGAGE GROUP, LLC
1950 OLD GALLOWS RD
8TH FLOOR
VIENNA, VA  22182

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  1/11/2007

OMEGA FINANCIAL SERVICES, INC
1872 MORRIS AVENUE
UNION, NJ  07083

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 12/6/2006

OMEGA FINANCIAL SERVICES, INC
1872 MORRIS AVENUE
UNION, NJ  07083

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/28/2006

**Addition**

OMNI NETWORK LLC
23361 EL TORO ROAD
STE 206
LAKE FOREST, CA  92630

MARKETING CONTRACT
LEADS
LEAD SERVICES AGREEMENT
CONTRACT ID: 11016-1.0
EFFECTIVE DATE: 12/14/1999

OMNI PARTNERS, LP
225 BROADHOLLOW ROAD
SUITE 212 W, CS 5341
MELVILLE, NY  11747-0983

LEASE
OFFICE
2/1/2002 - 1/31/2009

OMNIAMERICAN BANK
3800 HULEN ST
STE 250A
FT. WORTH, TX  76107

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/7/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                                    _____
                          Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OMNISOURCE CORPORATION<br>1610 NORTH CALHOUN STREET<br>FORT WAYNE, IN  46808 | LEASE<br>OFFICE<br>6/15/2007 - 6/14/2012 |
| ON GUARD SECURITY SERVICES, INC.<br>149 WEST 36TH STREET<br>NEW YORK, NY  10018 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  5/8/2007 |
| ON GUARD SECURITY SERVICES, INC.<br>149 WEST 36TH STREET<br>NEW YORK, NY  10018 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/20/2007 |
| ON GUARD SECURITY SERVICES, INC.<br>149 WEST 36TH STREET<br>NEW YORK, NY  10018 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ON GUARD SECURITY SERVICES, INC.<br>149 WEST 36TH STREET<br>NEW YORK, NY  10018 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/6/2007 |
| ON GUARD SECURITY SERVICES, INC.<br>149 WEST 36TH STREET<br>NEW YORK, NY  10018 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE:  3/1/2007 |
| ONE FINANCIAL LIMITED PARTNERSHIP<br>650 SHACKLEFORD<br>SUITE 400<br>LITTLE ROCK, AR  72211 | LEASE<br>EXECUTIVE SUITE<br>4/1/2007 - 6/30/2008 |
| ONE MAIN PLAZA<br>2200 MAIN STREET<br>SUITE 545<br>WAILUKU, HI  96793 | LEASE<br>OFFICE<br>4/15/2007 - 8/31/2008 |
| ONE MORTGAGE NETWORK INC.<br>9740 SCRANTEN ROAD<br>STE 340<br>SAN DIEGO, CA  92121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/29/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                              Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ONE ROCK SPRING PLAZA L.P.<br>PO BOX 905442<br>CHARLOTTE, NC  28290-5442 | LEASE<br>OFFICE<br>4/1/2005 - 3/31/2010 |
| ONE TECHNOLOGIES, LTD.<br>2211 COMMERCE STREET<br>SUITE 200<br>DALLAS, TX  75201 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  5/1/2006 |
| ONE WASHINGTON FINANCIAL, LLC<br>505 E UNION AVENUE<br>OLYMPIA, WA  98501 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/21/2006 |

**Addition**

| | |
|---|---|
| ONEPIPELINE<br>6322 SOUTH 3000 EAST<br>SUITE 200<br>SALT LAKE CITY, UT  84121 | LENDER AGREEMENT<br>EFFECTIVE DATE:  5/17/2001 |
| ONESOURCE EDUCATIONAL DEVELOPMENT CORPORATION<br>28306 CONSTELLATION RD<br>VALENCIA, CA  91355 | VENDOR CONTRACT<br>SOFTWARE |
| ONESOURCE EDUCATIONAL DEVELOPMENT CORPORATION<br>28306 CONSTELLATION RD<br>VALENCIA, CA  91355 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/19/2006 |
| ONLINE FINANCIAL GROUP<br>1231 S. PARK VICTORIA DR.<br>MILPITAS, CA  95035 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/15/2006 |
| ONLINE INSIGHT<br>817 PEACHTREE STREET<br>ATLANTA, GA  30308 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  10/3/2000 |
| OPES ADVISORS, INC.<br>555 COLLEGE AVE<br>PALO ALTO, CA  94306 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

<div align="center">Debtor                                                                                (if known)</div>

<div align="center">

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

</div>

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

OPTEUM FINANCIAL SERVICES
W. 115 CENTURY ROAD
PARAMUS, NJ  07652

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  11/1/2006

<div align="center">**Addition**</div>

OPTEUM FUNDING
27422 PORTOLA PARKWAY
2ND FLOOR
FOOTHILL RANCH, CA  92610

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
CONDUIT SELLER APPLICATION
CONTRACT ID:  11189-1.0
EFFECTIVE DATE:  10/18/2006

<div align="center">**Addition**</div>

OPTEUM, INC.

CONFIDENTIALITY AGREEMENT

OPTIMAL BLUE, LLC
5601 DEMOCRACY DR
STE 150
PLANO, TX  75024

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  4/20/2007

OPTIMAL BLUE, LLC
5601 DEMOCRACY DR
STE 150
PLANO, TX  75024

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  4/20/2007

OPTIMOST LLC
750 THIRD AVE 14TH FLOOR
NEW YORK, NY  10017

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  7/31/2007

OPTIMOST LLC
750 THIRD AVE 14TH FLOOR
NEW YORK, NY  10017

VENDOR CONTRACT
PROCESSING/SERVICING

OPTION ONE MORTGAGE
36 TECHNOLOGY DRIVE
IRVINE, CA  92618

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  6/25/2004

ORACCA (OREGON AIR CONDITIONING CONTRACTORS OF
AMERICA
PO BOX 87907
VANCOUVER, WA  98687-7907

MARKETING CONTRACT
PREFERRED LENDER
EFFECTIVE DATE:  7/25/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____                   _____
Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

ORACLE USA, INC
500 ORACLE PKWY
REDWOODS, CA  94065

VENDOR
SOFTWARE
PURCHASE ORDER EXCEPTION FORM
CONTRACT ID:  405-5.0
EFFECTIVE DATE:  8/3/2006

Addition

ORACLE USA, INC
500 ORACLE PKWY
REDWOODS, CA  94065

VENDOR
SOFTWARE
ORDERING DOCUMENT AND PURCHASE ORDER EXCEPTION
FORM
CONTRACT ID:  405-6.0
EFFECTIVE DATE:  10/25/2006

ORACLE USA, INC.
PO BOX 71028
CHICAGO, IL  60694-1028

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL

ORACLE USA, INC.
PO BOX 71028
CHICAGO, IL  60694-1028

VENDOR CONTRACT
SOFTWARE

ORACLE USA, INC.
PO BOX 71028
CHICAGO, IL  60694-1028

VENDOR CONTRACT
SOFTWARE

ORACLE USA, INC.
PO BOX 71028
CHICAGO, IL  60694-1028

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  8/3/2006

OREGON HOUSING AND COMMUNITY SERVICES
111 PACIFICA
SUITE 305
IRVINE, CA  92618

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  6/4/2004

Addition

OREGON PACIFIC BANKING CO.
PO BOX 22000
FLORENCE, OR  97439

NON-DISCLOSURE AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

Debtor                                                                         (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| ORIGEN FINANCIAL LLC<br>27777 FRANKLIN ROAD<br>STE 1700<br>SOUTHFIELD, MI  48034 | SECONDARY MARKETING CONTRACT<br>WHOLESALE BROKER AGREEMENT |
| OTIS & CLARK PROPERTIES C/O LAMP & LANTERN VILLAGE<br>1850 CRAIGSHIRE ROAD<br>SUITE 103<br>ST. LOIUS, MO  63146 | LEASE<br>SHOPPING CENTER<br>10/27/2003 - 10/26/2008 |
| OUTONTHENET, LLC | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/13/2007 |
| OUTPOST SENTINEL, LLC<br>13010 MORRIS RD<br>ALPHARETTA, GA  30004 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  1/30/2007 |
| OUTPOST SENTINEL, LLC<br>13010 MORRIS RD<br>ALPHARETTA, GA  30004 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  11/29/2006 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/20/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/30/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/21/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/23/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/28/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/28/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/31/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/31/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC 2833 TRINITY SQUARE DRIVE SUITE 135 CARROLLTON, TX  75006 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  3/23/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/23/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/23/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/28/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/23/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/27/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/24/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/24/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/28/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/31/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/30/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/28/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/21/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/23/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/3/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/23/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/20/2007 |
| OUTSOURCE SOLUTIONS, LLC<br>2833 TRINITY SQUARE DRIVE<br>SUITE 135<br>CARROLLTON, TX  75006 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/20/2007 |
| OVERTURE TECHNOLOGIES, INC.<br>6900 WISCONSIN AVENUE<br>SUITE 200<br>BETHESDA, MD  20815 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  11/14/2006 |
| OVERTURE TECHNOLOGIES, INC.<br>6900 WISCONSIN AVENUE<br>SUITE 200<br>BETHESDA, MD  20815 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  12/4/2006 |
| OWNERS ADVANTAGE LLC<br>410 JESSIE STREET<br>SUITE 803<br>SAN FRANCISCO, CA  94103 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  3/17/2003 |
| OWNERSHIP INITIATIVE, L.C.<br>1605 EAST OLIVE DRIVE<br>SUITE 100<br>SALT LAKE CITY, UT  84124 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/1/1999 |
| OXFORD HEALTH PLANS<br>9900 BREN ROAD EAST<br>REAL ESTATE DEPT.<br>NASHUA, NH  03062 | LEASE<br>OFFICE<br>5/15/2000 - 11/17/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor                                                      (if known)</div>

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| OZARK BANK<br>106-112 N 2ND AVE.<br>OZARK, MO  65721 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/1/2007 |
| OZARK BANK<br>106-112 N 2ND AVE.<br>OZARK, MO  65721 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/26/2006 |

<div align="center">**Addition**</div>

| | |
|---|---|
| PACIFIC COAST MORTAGE, INC.<br>6991 E. CAMELBACK RD. C-250<br>SCOTTSDALE, AZ  85251 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10114-1.0<br>EFFECTIVE DATE:  3/15/2006 |
| PACIFIC COAST MORTGAGE, INC.<br>6991 E. CAMELBACK RD. C-250<br>SCOTTSDALE, AZ  85251 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/15/2006 |

<div align="center">**Addition**</div>

| | |
|---|---|
| PACIFIC COMMUNITY MORTAGE INC.<br>2099 S. STATE COLLEGE BLVD. # 600<br>ANAHEIM, CA  92806 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10398-1.0<br>EFFECTIVE DATE:  5/2/2006 |
| PACIFIC COMMUNITY MORTGAGE, INC.<br>2099 S. STATE COLLEGE BLVD. # 600<br>ANAHEIM, CA  92806 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/2/2006 |
| PACIFIC CREST SAVINGS BANK<br>3500 188TH ST. SW # 575<br>LYNNWOOD, WA  98037 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/23/2006 |
| PACIFIC GAURDIAN CENTER<br>C/O GROSVENOR CENTER ASSOC.<br>737 BISHOP ST. / SUITE 2775<br>HONOLULU, HI  96813 | LEASE<br>OFFICE<br>6/1/2003 - 5/31/2009 |
| PACIFIC MUTUAL FUNDING CORP<br>3020 SATURN ST., STE.# 100<br>BREA, CA  92821-6262 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/10/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                              Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PACIFIC PRIDE COMMUNITIES<br>627-A BITRITTO CT<br>MODESTO, CA  95356 | LEASE<br>MSA<br>2/15/2007 - 12/31/2017 |
| PACIFIC RESIDENTIAL FINANCING<br>3020 SATURN ST.<br>SUITE 100<br>BREA, CA  09821 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/9/2007 |
| PACIFIC RIM FUNDING, INC.<br>315 FIFTH AVE 5TH FLOOR<br>NEW YORK, NY  10016 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/4/2006 |
| PACIFIC RIM FUNDING, INC.<br>315 FIFTH AVE 5TH FLOOR<br>NEW YORK, NY  10016 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 3/25/2005 |
| PACIFIC UNION FINANCIAL LLC<br>735 MONTGOMERY STREET<br>SUITE 210<br>SAN FRANCISCO, CA  94111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/11/2007 |
| PACIFIC WEST SERVICES<br>1930 VILLAGE CENTER CIRCLE # 3-845<br>LAS VEGAS, NV  89134 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/23/2007 |
| PACIFIC WEST SERVICES<br>1930 VILLAGE CENTER CIRCLE # 3-845<br>LAS VEGAS, NV  89134 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/23/2007 |
| PACIFIC YGNACIO CORPORATION<br>3000 EXECUTIVE PARKWAY<br>SUITE 236<br>SAN RAMON, CA  94583 | LEASE<br>OFFICE<br>11/15/2004 - 12/31/2007 |
| PALOS HEIGHTS PROPERTIES, LLC<br>1 SOUTH POLO DRIVE<br>SOUTH BARRINGTON, IL  60010 | LEASE<br>OFFICE<br>11/1/2005 - 9/14/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PAM CONNELL<br>4650 REGENT BOULEVARD<br>IRVING, TX  75063 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 6/11/2007 |
| PAMELA J. SHEEHAN REALTY<br>111 DEAN STREET<br>TAUNTON, MA  02780 | LEASE<br>DESK RENTAL<br>1/1/2006 - 12/31/2016 |
| PAMELA J. SHEEHAN REALTY<br>111 DEAN STREET<br>TAUNTON, MA  02780 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 1/1/2006 |
| PARAGON NATIONAL BANK<br>6300 POPLAR AVE SUITE 117<br>MEMPHIS, TN  38119 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/19/2007 |

**Addition**

| | |
|---|---|
| PARAMOUNT BOND & MORTAGE CO<br>347 N. LINDBERGH BLVD.<br>ST. LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11253-1.0<br>EFFECTIVE DATE: 10/30/2006 |
| PARAMOUNT BOND & MORTGAGE CO<br>347 N. LINDENBERGH BLVD<br>SAINT LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/30/2006 |

**Addition**

| | |
|---|---|
| PARAMOUNT FINANCIAL SERVICES INC.<br>RED ROCK HOTEL<br>LAS VEGAS, NV | MARKETING CONTRACT<br>ADVERTISING<br>SPONSORSHIP OF "MISSED FORTUNE SUMMIT"<br>CONTRACT ID:  611-1.0<br>EFFECTIVE DATE: 9/5/2006 |

**Addition**

| | |
|---|---|
| PARAMOUNT FINANCIAL SERVICES INC.<br>SAN DIEGO HOTEL & MARINA<br>SAN DIEGO, CA | MARKETING CONTRACT<br>ADVERTISING<br>SPONSORSHIP OF "MISSED FORTUNE SUMMIT 3"<br>CONTRACT ID:  611-2.0<br>EFFECTIVE DATE: 4/9/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
_____                    _____
                    Debtor                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PARAMOUNT FINANCIAL SERVICES, INC.<br>SAN DIEGO HOTEL & MARINA<br>SAN DIEGO, CA | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 9/5/2006 |
| **Addition** | |
| PARAMOUNT FUNDING LLC<br>5460 S QUEBEC ST.<br>SUITE 335<br>GREENWOOD VILLAGE, CO  80111 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER AGREEMENT |
| PARAMOUNT PERSONNEL INC<br>2531 MERRICK ROAD<br>BELLMORE, NY  11710 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 4/18/2007 |
| PARDINIS<br>2257 WEST SHAW AVE<br>FRESNO, CA  93711 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/9/2007 |
| PARISH OF JEFFERSON HOME MORTGAGE AUTHORITY<br>1221 ELMWOOD PARK BOULEVARD<br>ROOM 505<br>JEFFERSON, LA  70123 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/8/2005 |
| **Addition** | |
| PARK AVE PROPERTIES/ ASSIST 2 SELL INC<br>7500 WEST JEFFERSON BLVD<br>PORT WAYNE, IN  46804 | MARKETING CONTRACT<br>DESK RENTAL<br>LEASE AGREEMENT<br>CONTRACT ID:  10560-1.0<br>EFFECTIVE DATE: 3/14/2005 |
| PARK AVE PROPERTIES/ASSIST 2 SELL INC<br>6455 NORTH UNION BLVD<br>COLORADO SPRINGS, CO  80918 | MARKETING CONTRACT<br>DESK RENTAL<br>EFFECTIVE DATE: 7/3/2006 |
| PARK AVE PROPERTIES/ASSIST 2 SELL INC<br>6455 NORTH UNION BLVD<br>COLORADO SPRINGS, CO  80918 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/14/2005 |
| PARK BANK<br>15850 W. BLUEMOUND RD<br>BROOKFIELD, WI  53005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
                          Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

PARK BANK
15850 W. BLUEMOUND RD
BROOKFIELD, WI  53005

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/1/2007

*Addition*

PARK MEADOWS REALLTY, LLC DBA KELLER WILLIAMS REAL ESTATE LLC
10475 EAST PARK MEADOWS DR STE 550
LITTLETON, CO  80124

MARKETING CONTRACT
MARKETING AND SERVICES AGREEMENT
CONTRACT ID:  11522-1.0
EFFECTIVE DATE:  3/15/2007

PARK MEADOWS REALTY, LLC DBA KELLER WILLIAMS REAL ESTATE LLC
10475 EAST PARK MEADOWS DR STE 550
LITTLETON, CO  80124

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  3/15/2007

PARK MEADOWS REALTY, LLC DBA KELLER WILLIAMS REAL ESTATE, LLC
10475 EAST PAR4K MEADOWS DRIVE
SUITE 550
LITTLETON, CO  80124

LEASE
OFFICE
3/15/2007 - 3/14/2008

PARK REALTY LIMITED PARTNERSHIP
21321 KELLY ROAD
SUITE 100
EASTPOINTE, MI  48021

LEASE
OFFICE
3/1/2005 - 2/28/2008

PARK WEST CORPORATION
94C NORTH WOODS BLVD.
COLUMBUS, OH  43235

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  5/2/2006

PARKWAY SEVENTY ASSOCITES
P.O. BOX 1581
LAKEWOOD, NJ  08701

LEASE
OFFICE
2/1/2005 - 1/31/2008

*Addition*

PAR-ONE MORTAGE INC
6616 SIX FORKS RD STE 101
RALEIGH, NC  27615

MARKETING CONTRACT
MORTAGE BROKER AGREEMENT
CONTRACT ID:  10221-1.0
EFFECTIVE DATE:  8/23/2004

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                        _____
Debtor                                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PAR-ONE MORTGAGE INC<br>6616 SIX FORKS RD STE 101<br>RALEIGH, NC  27615 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/14/2006 |
| PAR-ONE MORTGAGE INC<br>6616 SIX FORKS RD STE 101<br>RALEIGH, NC  27615 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 8/23/2004 |

**Addition**

| | |
|---|---|
| PARTNERS IN CHARITY INC<br>613 WEST MAIN<br>WEST DUNDEE, IL  60118 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>STRATEGIC ALLIANCE AGREEMENT<br>CONTRACT ID:  10975-1.0<br>EFFECTIVE DATE: 8/20/2003 |
| PARTNERS IN CHARITY, INC.<br>613 WEST MAIN<br>WEST DUNDEE, IL  60118 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 8/20/2003 |
| PAT WOOD<br>PO BOX 1764<br>LA QUINTA, CA  92247 | LEASE<br>OFFICE<br>7/1/2005 - 6/30/2010 |
| PATRIOT BANK<br>8376 HWY 51 N<br>MILLINGTON, TN  38053 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/31/2006 |
| PATRIOT BANK (AKA SUSQUEHANNA PATRIOT BANK)<br>8376 HWY 51 N<br>MILLINGTON, TN  38053 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE: 6/1/2001 |
| PATRIOT BANK (AKA SUSQUEHANNA PATRIOT BANK)<br>8376 HWY 51 N<br>MILLINGTON, TN  38053 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE: 9/8/2006 |

**Addition**

| | |
|---|---|
| PATRIOT BANK AKA SUSQUEHANNA PATRIOT BANK<br>HIGH & HANOVER ST<br>POTTSTOWN, PA  19464 | MARKETING CONTRACT<br>PRIVATE LABEL<br>LOAN PROCESSING AND LOAN SALE AGREEMENTS<br>CONTRACT ID:  10765-1.0<br>EFFECTIVE DATE: 6/1/2001 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                        Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

PATRIOT FUNDING LLC
495 OLD CONNECTICUT PATH
FRAMINGHAM, MA  1701

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11094-1.0
EFFECTIVE DATE:  10/5/2006

PATRIOT FUNDING, LLC
495 OLD CONNECTICUT PATH
FRAMINGHAM, MA  01701

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  10/5/2006

**Addition**

PATRIOT LENDING SERVICES INC
564 WASHINGTON AVE
CARNEGIE, PA  15106

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10646-1.0
EFFECTIVE DATE:  7/20/2006

PATRIOT LENDING SERVICES, INC
564 WASHINGTON AVE
CARNEGIE, PA  15106

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/20/2006

PATTON BOGGS LLP
2550 M STREET NW
WASHINGTON, DC  20037

VENDOR CONTRACT
LEGAL
EFFECTIVE DATE:  11/6/2006

**Addition**

PATTONG BOGGS LLP
601 W FIFTH AVE STE 700
ANCHORAGE, AK  99501

VENDOR
LEGAL SERVICES
ENGAGEMENT LETTER
CONTRACT ID:  11135-1.0
EFFECTIVE DATE:  11/6/2006

PAUL FINANCIAL
1401 LOS GAMOS DR
SAN RAFAEL, CA  94903

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/7/2006

PAUL FINANCIAL
1401 LOS GAMOS DR
SAN RAFAEL, CA  94903

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  10/1/2003

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

PAUL HASTINGS JANOFSKY & WALKER LLP
600 PEACHTREE N.E. 24 FLOOR
ATLANTA, GA  30308

CORPORATE CONTRACT
LEGAL
ENGAGEMENT LETTER
CONTRACT ID: 11756-1.0
EFFECTIVE DATE: 7/31/2007

PAVILION COURT
C/O ROSWELL & COMPANY
P.O. BOX 1796
BOULDER, CO  80306

LEASE
OFFICE
2/15/2006 - 2/14/2009

PAYMENT PLANS INC
2741 TRANSIT ROAD
ELMA, NY  14059

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE: 6/5/2007

PB ADAMS, LLC
7119 INDIANA AVENUE
RIVERSIDE, CA  92504

LEASE
OFFICE
1/1/2006 - 12/31/2010

Addition

PBI BANK INC
315 TOWERPARK CIRCLE STE # 100
LOUISVILLE, KY  40243

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10405-1.0
EFFECTIVE DATE: 3/7/2006

PBI BANK, INC.
315 TOWERPARK CIRCLE STE # 100
LOUISVILLE, KY  40243

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/7/2006

Addition

PCI SERVICES INC
30 WINTER ST 12TH FLOOR
BOSTON, MA  2108

CGO AGREEMENT
EFFECTIVE DATE: 1/1/2005

Addition

PCI SERVICES INC
30 WINTER ST 12TH FLOOR
BOSTON, MA  2108

VENDOR
SOFTWARE
MASTER SOFTWARE LICENSE AGREEMENT
CONTRACT ID: 10086-1.0
EFFECTIVE DATE: 1/30/2002

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
                          Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| PCI SERVICES INC<br>130 WINTER STREET BUILDING 3 FLOOR 4<br>WALTHAM, MA | VENDOR<br>PROCESSING/ SERVICING<br>SERVICES AGREEMENT FOR HMDA REPORTING AND FAIR LENDING RISH ASSESSMENT<br>CONTRACT ID:  11267-1.0<br>EFFECTIVE DATE:  12/22/2006 |
| | **Addition** |
| PCI SERVICES INC<br>30 WINTER ST 12TH FLOOR<br>BOSTON, MA  2108 | VENDOR<br>SOFTWARE<br>AMENDMENT LETTER TO MASTER SOFTWARE LICENSE AGREEMENT<br>CONTRACT ID:  10086-5.0<br>EFFECTIVE DATE:  5/31/2007 |
| | **Addition** |
| PCI SERVICES INC<br>30 WINTER ST 12TH FLOOR<br>BOSTON, MA  2108 | VENDOR<br>SOFTWARE<br>STATEMENT OF WORK FOR SUPPORT SERVICES ENTERED INTO PURSUANT TO AN EXISITING MASTER SOFTWARE LICENSE AGREEMENT<br>CONTRACT ID:  10086-2.0<br>EFFECTIVE DATE:  11/27/2006 |
| PCI SERVICES, INC<br>30 WINTER ST 12TH FLOOR<br>BOSTON, MA  2108 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/17/2006 |
| PCI SERVICES, INC<br>30 WINTER ST 12TH FLOOR<br>BOSTON, MA  2108 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  1/1/2005 |
| PCI SERVICES, INC<br>30 WINTER ST 12TH FLOOR<br>BOSTON, MA  2108 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  5/31/2007 |
| PCI SERVICES, INC<br>30 WINTER ST 12TH FLOOR<br>BOSTON, MA  2108 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____
                         Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

PCI SERVICES, INC
30 WINTER ST 12TH FLOOR
BOSTON, MA  2108

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 5/31/2007

PCI SERVICES, INC.
130 TURNER STREET
BUILDING 3, 4TH FLOOR
WALTHAM, MA  02453

VENDOR CONTRACT
SOFTWARE

PCI SERVICES, INC.
130 TURNER STREET
BUILDING 3, 4TH FLOOR
WALTHAM, MA  02453

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  1/30/2002

PCI SERVICES, INC-DE
130 TURNER STREET
WALTHAM, MA  02453

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  12/22/2006

PCI SERVICES, INC-DE
130 TURNER STREET
WALTHAM, MA  02453

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  12/22/2006

**Addition**

PEIRSON PATTERSON LLP
2310 INTERSTATE 20 STE 100
ARLINGTON, TX  76017

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
CONFIDENTIALITY AGREEMENT FOR ISABELL ROBLES
CONTRACT ID:  10218-1.0
EFFECTIVE DATE:  9/12/2005

**Addition**

PEIRSON PATTERSON LLP
2310 W INTERSTATE 20 STE 100
ARLINGTON, TX  76017

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
CONFIDENTIALITY AGREEMENT FOR SHAUN VIDALES
CONTRACT ID:  10216-1.0
EFFECTIVE DATE:  9/14/2006

**Addition**

PEIRSON PATTERSON LLP
2310 W INTERSTATE 20 STE 100
ARLINGTON, TX  76017

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
CONFIDENTIALITY AGREEMENT FOR DE ANN WILLIAMS
CONTRACT ID:  10342-1.0
EFFECTIVE DATE:  4/12/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
Debtor                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| PEIRSON PATTERSON LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>CONFIDENTIALITY AGREEMENT FOR LORI LOVE<br>CONTRACT ID:  10219-1.0<br>EFFECTIVE DATE:  9/12/2005 |
| | **Addition** |
| PEIRSON PATTERSON LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>CONFIDENTIALITY AGREEMENT FOR MARGARET DAVEY<br>CONTRACT ID:  10217-2.0<br>EFFECTIVE DATE:  9/12/2505 |
| | **Addition** |
| PEIRSON PATTERSON LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>CONFIDENTIALITY AGREEMENT FOR PAMELA CULBERSON<br>CONTRACT ID:  10220-1.0<br>EFFECTIVE DATE:  10/25/2005 |
| | **Addition** |
| PEIRSON PATTERSON LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>CONFIDENTIALITY AGREEMENT FOR PAMELA CULBERSON<br>CONTRACT ID:  10220-2.0<br>EFFECTIVE DATE:  9/12/2005 |
| PEIRSONPATTERSON, LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/12/2005 |
| PEIRSONPATTERSON, LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/12/2005 |
| PEIRSONPATTERSON, LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/12/2005 |
| PEIRSONPATTERSON, LLP<br>2310 W INTERSTATE 20 STE 100<br>ARLINGTON, TX  76017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/12/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

PEIRSONPATTERSON, LLP
2310 W INTERSTATE 20 STE 100
ARLINGTON, TX  76017

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 10/25/2005


PEIRSONPATTERSON, LLP
2310 W INTERSTATE 20 STE 100
ARLINGTON, TX  76017

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 9/14/2005


PEIRSONPATTERSON, LLP
2310 W INTERSTATE 20 STE 100
ARLINGTON, TX  76017

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 9/12/2005


PELICAN II, LLC
MICHAEL WINE
1540 SE 8 STREET
DEERFIELD BEACH, FL  33441

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 4/16/2007


PEMMA, INC.
510 OCEAN DRIVE
SUITE 308
MIAMI BEACH, FL  33139

LEASE
MSA
4/1/2006 - 12/31/2016

**Addition**

PENDLETON STATION

LETTER
CUSTOMER LETTER

**Addition**

PENNSLYVANIA HOUSING FINANCE AGENCY
106 EAST WALNUT STREET
PHILADELPHIA, PA  19144

SECONDARY MARKETING CONTRACT
ORIGINATION AND SALE AGREEMENTS
CONTRACT ID:  10381-1.0

**Addition**

PENNSLYVANIA HOUSING FINANCE AGENCY
106 EAST WALNUT STREET
PHILADELPHIA, PA  19144

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
PHFA REFINANCE TO AN AFFORDABLE LOAN PROGRAM
("REAL")
CONTRACT ID:  10381-2.0
EFFECTIVE DATE:  6/12/2007


PENNSYLVANIA HOUSING FINANCE AGENCY
2101 NORTH FRONT STREET
HARRISBURG, PA  17110

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 8/3/2004


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Addition |
| PENNSYLVANIA STATE EDUCATION ASSOC. | LETTER AGREEMENT BETWEEN PENN STATE EDUCATION ASSOC AND AHM |
| PENTALPHA GROUP LLC GREENWICH OFFICE PARK, BUILDING ONE N GREENWICH, CT  06831 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  7/25/2007 |
| PEOPLE'S CHOICE 5523 NORWOOD AVENUE JACKSONVILLE, FL  32208 | SECONDARY MARKETING CONTRACT MORTGAGE BROKER/DEALER AGREEMENT EFFECTIVE DATE:  2/20/2004 |
| PEOPLE'S COMMUNITY BANK, A DIVISION OF FIRST COMMUNITY BANK, N.A. 122 W SPRINGBROOK DR JOHNSON CITY, TN  37604 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  9/29/2006 |
| | Addition |
| PEOPLES COMMUNITY BANK, DIV OF FIRST COMMUNITY BANK N.A. 122 W SPRINGBROOK DR JOHNSON CITY, TN  37604 | CORRESPONDENT CONTRACT MORTAGE LOAN PURCHASE AGREEMENT CONTRACT ID:  11095-1.0 EFFECTIVE DATE:  9/29/2006 |
| | Addition |
| PEOPLES COMMUNITY BANK, DIV OF FIRST COMMUNITY BANK N.A. 122 W SPRINGBROOK DR JOHNSON CITY, TN  37604 | CORRESPONDENT CONTRACT MORTAGE LOAN PURCHASE AGREEMENT CONTRACT ID:  11095-2.0 EFFECTIVE DATE:  5/26/2007 |
| | Addition |
| PEOPLES FEDERAL SAVINGS BANK OF DEKALB COUNTY 212 W7TH ST P.O. BOX 231 AUBURN, IN  46706 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT MORTGAGE LOAN PURCHASE AGREEMENT AND LIMITED POWER OF ATTORNEY CONTRACT ID:  11858-1.0 EFFECTIVE DATE:  4/27/2007 |
| | Addition |
| PERRY BUILDERS LLC 4938 WINDY HILL DR STE B RALEIGH, NC  27609 | MARKETING CONTRACT MARKETING AND SERVICES AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PERRY BUILDERS, LLC<br>4938 WINDY HILL DRIVE<br>SUITE B<br>RALEIGH, NC  27604 | LEASE<br>MSA<br>8/1/2006 - 12/31/2016 |
| PERVASIVE SOFTWARE, INC<br>12365-B RIATA TRACE PKWY<br>AUSTIN, TX  78727 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/6/2007 |
| PERVASIVE SOFTWARE, INC<br>12365-B RIATA TRACE PKWY<br>AUSTIN, TX  78727 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  3/1/2007 |
| PERVASIVE SOFTWARE, INC<br>12365-B RIATA TRACE PKWY<br>AUSTIN, TX  78727 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/6/2007 |
| PHH CORPORATION | CORRESPONDENT CONTRACT<br>OTHER<br>EFFECTIVE DATE:  5/15/2007 |

**Addition**

| | |
|---|---|
| PHH HOME LOANS LLC DBA SUNBELT LENDING SERVICES<br>300 S PARK PLACE BLVD STE 150<br>CLEARWATER, FL  33759 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11163-1.0<br>EFFECTIVE DATE:  10/2/2006 |
| PHH HOME LOANS, LLC DBA SUNBELT LENDING SERVICES<br>300 S PARK PLACE BLVD STE 150<br>CLEARWATER, FL  33759 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/2/2006 |
| PHIL STEFANI SIGNATURE RESTAURANT<br>550 S. MILWAUKEE AVE<br>WHEELING, IL  60090 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/12/2006 |
| PHILLIP L. BALL, INC<br>2101 NORTHSIDE DR UNIT 101<br>PANAMA CITY, FL  32405 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  1/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
                    Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

PHILLIP L. BALL, INC
2101 NORTHSIDE DR UNIT 101
PANAMA CITY, FL  32405

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE: 4/15/2006

**Addition**

PHLLLIP L BALL INC
2101 NORTHSIDE DR UNIT 101
PANAMA CITY, FL  32405

MARKETING CONTRACT
DESK RENTAL
COMMERCIAL OFFICE LEASE
CONTRACT ID: 10095-1.0
EFFECTIVE DATE:  1/1/2006

**Addition**

PHOENIX ANALYTIC

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
CONFIDENTAILITY AGREEMENT FOR PHOENIX ANALYTIC
SERIVCES

PHOENIX FOUNDERS INC.
ATTN:  MARK PAPERELLA
38 PROSPECT STREET
2ND FLOOR
HARTFORD, CT  06115

LOAN SALE/SERVICING AGREEMENT
LOAN SALE AND SERVICING AGREEMENT
1.1 (J) FE

**Addition**

PHOENIX GLOBAL MORTAGE CORP
1010 HUNTICLIFF STE 2315
ATLANTA, GA  30350

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10674-1.0
EFFECTIVE DATE: 7/18/2006

PHOENIX GLOBAL MORTGAGE CORPORATION
1010 HUNTICLIFF STE 2315
ATLANTA, GA  30350

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/18/2006

PICCADILLY INN UNIVERSITY
4961 N CEDAR AVE
FRESNO, CA  93726

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 1/12/2006

PICO GROUP, LLC C/O ANNA PRINCE
1503 N. IMPERIAL
SUITE 101
EL CENTRO, CA  92243

LEASE
OFFICE
11/1/2005 - 10/31/2009

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                          Case No.  **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PIEDMONT SPRINGS<br>6553 WARREN DR<br>NORCROSS, GA  30093 | MARKETING CONTRACT<br>ADVERTISING |
| PIEDMONT SPRINGS<br>6553 WARREN DR<br>NORCROSS, GA  30093 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/25/2007 |
| PINE CREEK AGAWAM L.P.<br>380 UNION STREET<br>WEST SPRINGFIELD, MA  01089 | LEASE<br>OFFICE<br>3/1/2004 - 2/28/2009 |

**Addition**

| | |
|---|---|
| PINEHURST<br>VILLAGE OF PINEHURST, NC  28374 | VENDOR<br>SITE USE<br>EVENT AGREEMENT<br>CONTRACT ID:  10589-1.0<br>EFFECTIVE DATE:  12/5/2005 |
| PINEHURST, INC | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/5/2005 |

**Addition**

| | |
|---|---|
| PINESTATE MORTAGE CORP<br>6065 ROSWELL RD STE 300<br>ATLANTA, GA  30328 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10641-1.0<br>EFFECTIVE DATE:  7/1/2006 |
| PINESTATE MORTGAGE CORPORATION<br>6065 ROSWELL RD STE 300<br>ATLANTA, GA  30328 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/1/2006 |

**Addition**

| | |
|---|---|
| PINNACEL FINANCIAL CORP<br>2611 TECHNOLOGY DR<br>ORLANDO, FL  32804 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10931-1.0<br>EFFECTIVE DATE:  8/24/2006 |

**Addition**

| | |
|---|---|
| PINNACLE<br>50 BRIAR HOLLOW AVE STE 600 E<br>HOUSTON, TX  77027 | ADVERTISEMENT AGREEMENT<br>LETTER<br>EFFECTIVE DATE:  8/24/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                              Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PINNACLE FINANCIAL CORPORATION<br>701 HWY 281 N<br>MARBLE FALLS, TX  78654 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/24/2006 |
| PINNACLE FINANCIAL SERVICES LLC<br>1640 JOHN FITCH BLVD<br>SIMSBURY, CT  06070 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/7/2006 |
| PINNACLE FINANCIAL SERVICES LLC<br>1640 JOHN FITCH BLVD<br>SIMSBURY, CT  06070 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 11/20/2004 |
| PIONEER BANK & TRUST<br>1215 E HIGHLAND<br>PONCA CITY, OK  74601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/18/2006 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2346742<br>462 E SHORE DR STE 1<br>EAGLE , ID  83616 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2347707<br>8700 E VIA DE VENTUR<br>SCOOTSDALE, AZ  85258 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>100 MATAWAN RD STE 1<br>MATAWAN, NJ  7747 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5141207<br>724 12TH AVE STE 1<br>NAMPA, ID  83651 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558769<br>3233 W PEORIA AVE<br>PHOENIX, AZ  85029 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2576543<br>6991 E CAMELBACK RD<br>SCOTTSDALE, AZ  85251 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2166593<br>8700 VIST BONITA<br>SCOTTSDALE, AZ  85255 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2550266<br>6415 S 3000 E STE 23<br>SALT LAKE CIT, UT  84121 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4147908<br>8767 E VIA DE WENTUR<br>SCOTTSDALE, AZ  85258 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2163999<br>1277 KELLY JOHNSON B<br>COLORADO SPRING, CO  80920 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5549930<br>10603 N HAYDEN RD ST<br>SCOTTSDALE, AZ  85260 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5551961<br>7400 N ORACLE RD STE 115<br>TUCSAN, AZ  85715 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2545475<br>3500 LAKESIDE CT STE<br>RENO, NV  89511 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2165649<br>17777 CENTER COURT D<br>CERRITOS, CA  90703 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558850<br>3780 KILROY AIRPORT<br>LONG BEACH, CA  90806 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558540<br>1405 N IMPERIAL AVE<br>EL CENTRO, CA  92243 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2393812<br>870 E VIA DE VENTURE STE 150<br>SCOTTSDALE, AZ  85258 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8564420<br>7535 E HAMPDEN AVE S<br>DENVER, CA  80231 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5556440<br>7330 SAN PEDRO AVE S<br>SAN ANTONIO, TX  78216 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8584099<br>10010 SAN PEDRO AVE<br>SAN ANTONIO, TX  78216 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2163724<br>8200 W IH 10<br>SAN ANTONIO, TX  78230 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                           Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2558803<br>2360 HIGHWAY 361<br>ENGLEWOOD, TX  78362 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5518738<br>246 E JANATA BLVD STE 220<br>LOMBARD, IL  79109 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2163584<br>3418 OLSEN BLVD STE<br>AMARILLO, TX  79109 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2553508<br>4515 E PERSHING BLVD<br>CHYENNE, WY  82001 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2530119<br>5975 GREENWOOD PLAZA<br>ENGLEWOOD, CO  80111 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2557727<br>7200 W 13TH ST N STE<br>WICHITA, KS  82001 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2185220<br>1400 W 122ND AVE STE<br>WESTMINSTER, CO  80234 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5548661<br>3900 S WADSWORTH BLVD<br>LAKEWOOD, CO  80235 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2519999<br>3555 SAFORD RD STE<br>FORT COLLINS , CO  80525 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2170980<br>375 E HORSETOOTH RD<br>FORT COLLONS, CO  80525 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>263656<br>6760 CORPORATE DR ST<br>COLORADO SPRI, CO  80919 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br> 111 PACIFICA STE<br>IRVINE , CA  92618 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2155307<br>3033 S PARKER RD STE<br>AURORA, CO  80015 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5517237<br>5808 100TH ST SW STE<br>LAKEWOOD, WA  98499 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2525210<br>300 E STATE ST<br>REDLANDS , CA  92373 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2355386<br>3739 ADAMS ST STE 219<br>RIVERSIDE, CA  95966 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                    Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>87775720<br>642 BRIDGE ST<br>YUBA CITY, CA  95992 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8670865<br>1307 FRANKLIN RD<br>YUBA CITY, CA  95993 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2155566<br>737 BISHOP ST STE 21<br>HONOLULU, HI  96813 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2549091<br>1800 BLAKENSHIP RD<br>WEST LINN, OR  97068 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2562059<br>1239 S MAIN ST<br>ANGELS CAMP, CA  95222 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2576620<br>21907 64TH AVE W STE 100<br>MOUNTLAKE TERRACE, WA  98043 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2362143<br>806 OCEAN ST<br>SANTA CRUZ, CA  95060 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2664731<br>910 LAKERIDGE WAY SW<br>OLYMPIA, WA  98502 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                          Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2522080<br>917 TRIPLE CROWN WAY<br>YAKIMA, WA  98902 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4154480<br>818 W RIVERSIDE AVE<br>SPOKANE, WA  99201 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2166499<br>1400 W BENSON BLVD BLVD S<br>ANCHORAGE, AK  99503 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2569086<br>201 BRYAN PLACE<br>CEDAR HILL, TX  75104 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4389715<br>4600 REGENT BLVD<br>IRVING, TX  75063 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2159615<br>20512 SW ROY ROGERS<br>SHERWOOD, OR  97140 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>9755339<br>1800 SUTTER ST STE 4<br>CONCORD, CA  94520 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8737456<br>2595 DALLAS PKWY STE<br>FRISCO, TX  75034 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4332033<br>111 PACIFICA STE 305<br>IRVINE, CA  92618 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE , KY  40285-6390 | POSTAGE METER CONTRACT<br>2156249<br>1202 E 17TH ST STE 1<br>SANTA ANA , CA  92701 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5560769<br>5060 CALIFORNIA<br>BAKERSFIELD, CA  93309 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2556869<br>1150 9TH ST STE 1410<br>MODESTO, CA  93350 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2155009<br>1000 S MAIN ST STE 2<br>SALINAS, CA  93901 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5560006<br>1610 ARDEN WAY STE 2<br>SACRAMENTO, CA  95815 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2361463<br>2100 RIVERREDGE PKWY<br>ATLANTA, GA  94520 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2156079<br>27450 YNEZ RD STE 20<br>TEMECULA, CA  92591 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                              _____
                          Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>800 SUTTER ST S<br>COLORADO , CA  94520 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2177862<br>1140 GALAXY WAY STE<br>CONCORD, CA  94520 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2177862<br>1140 GALAXY WAY STE<br>CONCORD, CA  94520 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3586293<br>1800 SYTTER ST STE 4<br>CONCORD , CA  94520 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2537334<br>500 YGNACIO VALLEY R<br>WALNUT CREEK, CA  94596 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2362147<br>51 E CAMPBELL AVE ST<br>CAMPBELL, CA  95008 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2166553<br>2 SALINAS ST<br>SALINAS, CA  93901 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4615318<br>700 VERTERANS MEMORIA<br>HAUPPAUGE, NY  11788 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2162892<br>3063 COLUMBIA AVE<br>LANCASTER, PA  17603 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>900 LINCOLN DR E<br>MARLTON, NJ  8053 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2351625<br>2550 RIVER PARK DR S<br>FORT WORTH, TX  76109 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8749662<br>34 S BROAD ST<br>WOODBURY, NJ  8096 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2900 FIRE RD STE 103<br>EGG HORBOR TO, NJ  8234 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2530556<br>9200 W CROSS DR STE<br>LITTLETON, CO  8339 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2-12 CORBETT WAY 2ND<br>EATONTOWN , NJ  7724 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2397999<br>333 EARLE OVINGTON B<br>UNIONDALE, NY  11553 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2165322<br>875 STATE RT 17<br>RAMSEY, NJ  7446 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2379200<br>87 NEWTOWN LN<br>EAST HAMPTON, NY  11937 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>93 MAIN ST<br>SOUTHANPTON , NY  11968 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2531505<br>6516 STEUBENVILLE PI<br>PITTSBURGH, PA  15205 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4376353<br>501 HOLIDAY DR<br>PITTSBURGH, PA  15220 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5567782<br>3710 MARKET ST<br>CAMP HILL, PA  17011 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>500 COLONIAL CENTER<br>ROSWELL, GA  30076 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5564979<br>45-17 MARATHON PRKWY<br>LITTLE NECK , NY    11362 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2179362<br>1201 UNIVERSITY DR<br>CORAL SPRING , FL  3307 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4375517<br>700 S WASHINGTON ST<br>ALEXANDRIA, VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5521808<br>723 58TH ST<br>KENOSHA , WI |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>1500 188ST<br>, |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558117<br>300 CONGRESS ST STE<br>QUINCY, MA  2169 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>45 BRAINTREE HILL OF<br>BRAINTREE, MA  2184 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4384108<br>1601 TRAPELO RD STE<br>WALTHAM, MA  2451 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>100 MATAWAN RD STE 1<br>MATAWAN, NJ  7747 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3551119<br>7529 STANDISHPL STE<br>DERWOOD, MD  2617 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2378746<br>3047 COLUMBIA AVE<br>LANCASTER , PA  17603 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>801 S UNIVERSITY DR S<br>PLANTATION, FL  3324 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>1 CANAL PLZ FL 7<br>PORTLAND , ME  4101 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4601694<br>6 COMMERCE DR<br>CRANFORD, NJ  7016 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>115 RIVER RD STE 102<br>EDGEWATER, NJ  7020 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4380253<br>1 EXECUTIVE DR STE 1<br>FORT LEE, NJ  7024 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2150101<br>5350 AIRPORT HWY STE<br>TOLEDO, OH  7444 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
                              Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2146434<br>710 MAIN ST<br>HYANNIS, MA  2601 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8303518<br>6230 FAIRVIEW RD. STE<br>CHARLOTTE, NC  28210 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5550673<br>3710 MARKET ST<br>CAMP HILL, PA  17011 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5554153<br>9101 MIDLOTHIAN TPKE<br>RICHMOND, VA  23235 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4342870<br>4421 VIRGINIA BEACH<br>VIRGINIA BEACH , VA  23462 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2363829<br>110 OAKWOOD DR STE 1<br>WINSTON SALEM, NC  27103 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3539890<br>303 PISGAH CHURCH RD<br>GREENSBORO, NC  27455 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2347029<br>4601 SIX FORKS RD ST<br>RALEIGH, NC  27609 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2178507<br>944 GLENWOOD STATION<br>CHARLOTTESVIL , VA  22901 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>6801 FALLS OF NEWS R<br>RALEIGH, NC  27615 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4366795<br>3000 10TH ST N<br>ARLINGTON, VA  22101 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2372977<br>6230 FAIRVIEW RD. STE<br>CHARLOTTE, NC  28210 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5556326<br>6230 FAIRVIEW RD. STE<br>CHARLOTTE, NC  28210 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5564904<br>1119 MILITARY CUTOFF<br>WILMINGTON, NC  28405 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5555681<br>790 SUNSET BLVD N ST<br>SUNSET BEACH, NC  28468 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5556940<br>300 ARTRIUM WAY STE<br>MOUNT LAUREL, NJ  8054 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>556550<br>703 E NORTH ST<br>GREENVILLE, SC  29601 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2572107<br>3717 NATIONAL DR STE<br>RALEIGH, NC  27612 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>7474 GREENWAY DRIVE STE 600<br>GREENBELT , MD  20770 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4369616<br>955 CHESTERBROOK BLVD<br>WAYNE, PA  19087 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4375073<br>415 EAGLEVIEW BLVD S<br>EXTON , PA  19341 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2569863<br>1030 FORREST AVE STE<br>DOVER, DE  19904 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5552001<br>34382 CARPENTERS WAY<br>LEWERS , DE  19958 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5557574<br>3825 LEONARD TOWN RD<br>WALDORF , MD  20602 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
            Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3200 CRAIN HWY STE 3<br>WALDORF , MD  20603 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>7100 FOREST AVE STE<br>RICHMOND, VA  23226 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2357925<br>7474 GREENWAY DRIVE<br>GREENWAY, MD  20770 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2569863<br>8653 STAPLES MILL RD<br>RICHMOND, VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4603542<br>7142 COLUMBIA GATEWA<br>COLUMBIA, MD  21046 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2363793<br>1122 KENILWORTH DR S<br>TOWSON, MD  21204 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>275 WEST ST STE 200<br>ANNAPOLIS, MD 21401 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2158457<br>29 E DOVER ST<br>EASTON, MD  21601 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____
Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4349546<br>3975 FAIR RIDGE DR S<br>FAIRFAX , VA  22033 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4368284<br>6707 OLD DOMINION DR<br>MCLEAN, VA  22101 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2159835<br>3200 CRAIN HWY STE 3<br>WALDORF , MD  20603 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2382797<br>255 WASHINGTON ST ST<br>NEWTON, MA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>44365 PREMIER PLZ ST<br>ASHBURN, VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8607477<br>2040 W ILES AVE STE A<br>SPRINGFIELD , IL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8600152<br>3001 MERIDAN MEADPW<br>GREENWOOD , IN |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2629 WATERFRONT PKY<br>INDIANAPOLIS, IN |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                        Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>257234<br>4010 DUPONT CIR STE<br>LOUISVILLE, KY |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4314809<br>8731 BANKERS ST<br>FLORENCE, KY |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>710 E 47TH ST,<br>CHICAGO, IL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2369490<br>2 OAK ST STE<br>MASHPEE, MA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2341175<br>400 SKOKIE BLVD STE<br>NORTHBROOK, IL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4633381<br>197 1ST AVE FL 2<br>NEEDHAM, MA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4633381<br>197 1ST AVE FL 2<br>NEEDHAM, MA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2399668<br>1801 MCCORMICK DR<br>LARGO , MD |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4339423<br>200 HARRY S TRUMAN P<br>ANNAPOLIS, MD |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>7142 GATEWAY DR.<br>COLUMBIA, MD |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>300 YORK CITY<br>YORK, ME |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2557257<br>153 LOVELLS LN<br>MARSTON MILL, MA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>858993<br>438 N GREEN BAY RD<br>WAUKRGAN, IL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2549182<br>7365 MERCHANT CT STE<br>SARASOTA, FL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2334097<br>6600 N ANDREWS AVE<br>FORT LAUDERDALE, FL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2192871<br>11843 E COLONIAL DR<br>ORLANDO, FL |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                              _____
                    Debtor                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>27499 RIVERVIEW CENT<br>BONITA SPRING, FL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>303 SE 17TH ST STE 3<br>OCALA, FL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>224 BANKHEAD HWY<br>CARROLTON, GA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4355600<br>950 N ELMHURST RD<br>MT PROSPECT, IL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8718757<br>4808 N SHERIDAN RD<br>PEORIA, IL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3512498<br>215 W DRYDEN ST<br>ODESSA , MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2525132<br>333 H ST STE 3010<br>CHULA VISTA, CA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4159983<br>ROSEVILLE, CA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>375 HORSETOOTH RD<br>FORT COLLONS, CO |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4385010<br>3709 KENNETT PIKE<br>WILMINGTON, DE |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2155756<br>1201 N UNIVERSITY DR<br>POMPANP BEACH , FL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2166231<br>2303 N PONCE DE LEON<br>ST AUGUSTINE, FL |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>260 CORPORATE CENTER<br>STOCKBRIDGE , GA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>IRVING, TX |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>7395 CENTER ST<br>MENTOR, OH |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5548362<br>5038 GLENCROSSING WA<br>CINCINNATI, OH |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4367551<br>580 W SCHROCK RD<br>WESTEVILLE, OH |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                 Case No.  **07-11051**
_____                       _____
                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2360530<br>10220 SW GREENBURG R<br>PORTLAND , OR |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>955 CHESTERBROOK BLVD<br>CHESTERBROOK, PA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>300 CENTERVILLE<br>WARWICK, RI |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>6794777<br>655 KENMOOR AVE SE S<br>GRAND RAPIDS, MI |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3578536<br>109 HAZEL PATH STE 3<br>HENDERSONVILL, TN |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2178470<br>1 MILL RIDGE LN STE<br>CHESTERBROOK, NJ |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>IRVING, TX |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>828 GREENBRIER PKWY<br>CHESAPEAKE, VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>12355 SUNRISE VLY DR<br>RESTON, VA |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2559383<br>575 LYNNHAVEN PKWY S<br>VIRGINIA BEAC , VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>251824<br>31 S 4TH ST<br>WARRENTON, VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5557057<br>10 POPE AVE EXECUTIVE<br>HILTON HEAD , SC  29928 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5568164<br>500 W MAIN ST STE 15<br>HENDERSONVLLE, TN |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5551500<br>19930 W CATAWBA AVE<br>CORNELIUS, NC |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5524479<br>6353 CENTER DR STR 2<br>NORFOLK, VA |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3507154<br>8002 N OAK TRFY<br>KANSAS CITY, MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2147615<br>12551 OLIVE BLVD<br>SAINT LOUIS, MO |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No. **07-11051**
_____
                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2332526<br>2807 ARIZONA AVE STE<br>JOPLIN, MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2248 BLUESTONE DR<br>SAINT CHARLES, MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2152583<br>308 E HIGH ST STE 21<br>JEFFERSON CIT, MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2161454<br>711 WESTCHESTER AVE<br>WEST HARRISON, NY |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>1170 W 5TH ST.<br>WASHINGTON, MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>60 BLUE HERON RD<br>SPARTA, NJ |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>125 FLOYD SMITH DR. S<br>CHARLLOTE, NC |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5547827<br>445 DOLLEY MADISON R<br>GREENSBORO, NC |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558533<br>601 CHEROKEE RD STE<br>PINEHURST, NC |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4158722<br>CHAROLETT, NC |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8667068<br>236 ROUTE 38 STE 105<br>MOORESTOWN, NJ |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2159972<br>1 HARMON PLZ FL 6TH<br>SECAUCUS, NJ |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5553321<br>6827 EASTMAN AVE STE<br>MIDLAND, MI |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2578311<br>1170 W 5TH ST.<br>WASHINGTON, MO |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4385074<br>44444 MOUND RD STE 2<br>STERLING HEIG, MI  48314 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8728701<br>105 S YORK ST<br>ELMHURST , IL  60126 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                                    Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5559690<br>765 ELA RD STE 100<br>LAKE ZURICH, IL  60047 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2570281<br>707 W ALGONQUIN RD<br>ARLINGTON HEI, IL  60005 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2179302<br>1802 DEARBORN AVE<br>MISSOULA, MT  59804 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2547731<br>3409 W 47TH STE 1<br>SIOUX FALLS, SD  56106 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2524290<br>1107<br>HAZELTINE BLVD , CHASKA  55318 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5568559<br>3333 S 27TH ST UNIT<br>MILWAUKEE, WI  53215 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2143607<br>15375 W BLUEMOUND RD<br>BROOKFIELD, WI  53005 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8669646<br>999 S MAIN ST<br>YREKA , CA  50266 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**

                                    Debtor                                                          (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2155275<br>1799 MICHELE LN STE<br>GREENWOOD , IN  46142 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5557612<br>7160 ORCHARD LAKE RD<br>W BLOOMFIELD , MI  48322 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8384390<br>700 E MAIN ST<br>ST CHARLES, IL  60175 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5562977<br>17909 HAGGERTY RD<br>NORTHVILLE, MI  48168 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3526 W LIBERTY RD ST<br>ANN ARBOR , MI  48103 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5565744<br>1339 COOLODGE HWY<br>TROY, MI  48084 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>240169<br>555 S OLD WOODWARD A<br>BIRMINGHAM, MI  48009 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>704 W EADS PKWY<br>LAWRENCEBURG, IN  47025 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5077449<br>3000 N COLISEUM BLVD<br>FORT WAYNE , IN  46802 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5564943<br>202 W BERRY ST STE 1<br>FORT WAYNE , IN  46802 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3377088<br>10327 DAWSONS CREEK<br>WAYNE, IN  46802 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4344804<br>3855 E 96TH ST STE J<br>INDIANAPOLIS, IN  46240 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2380873<br>2829 WESTOWN PKWY ST<br>W DES MOINES, IA  50266 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2146111<br>1704 S NEIL ST STE A<br>CHAMPAIGN, IL  61820 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2364221<br>3500 W ROBINSON ST S<br>NORMAN , OK  73072 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2360858<br>6000 UPTOWN BLVD NE<br>ALBUQUERQUE, OK  73072 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2172222<br>1400 SE WALTON BLVD<br>BEBTONVILLE, AR  72712 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2172222<br>1400 SE WALTON BLVD<br>BEBTONVILLE, AR  72712 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2158781<br>17200 CHENAL PKWY ST<br>LITTLE ROCK, AR  72203 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2564430<br>2231 SW WANAMAKER RD<br>TOPEKA, KS  66614 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5561576<br>20201 E JACKSON DR S<br>INDEPENDENCE, M  64057 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4409 MERAMEC BOTTOM<br>SAINT ,LOUIS, MO  63129 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3701 S LINDBERGH BLVD<br>SAINT LOUIS, MO  63127 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>JANETA BLVD ST<br>LOMBARD, IL  60148 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5549425<br>195 LAMP AND LATERN<br>TWN CNTRY, MO  63017 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>100 CRESCENT CENTER<br>TICKER, GA  30084 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5564421<br>1704 S NEIL ST STE A<br>CHAMPAIGN, IL  61820 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2627651<br>5524 ELEVATOR RD<br>ROSCOE, IL  61073 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>235747<br>939 W NORTH AVE<br>CHICAGO, IL  60622 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2568241<br>1827 S MICHIGAN AVE<br>CHICAGO, IL  60616 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>23003 W LINCOLN HWY<br>PLAINFIELD, IL  60586 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8658064<br>23003 W LINCOLN HWY<br>PLAINFIELD, IL  60586 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____                         _____
                Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>6513 W 127TH ST<br>PALOS HEIGHTS , IL  60463 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2351076<br>915 175TH ST FL 3W<br>HOMEWOOD, IL  60430 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>814 JOHNNIE DODDS BL<br>MOUNT PLEASAN, SC  29464 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4349226<br>1375 E WOODFIELD RD<br>SCHAUMURG, IL  60173 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3701 S LINDBERGH BLVD<br>SAINT ,LOUIS, MO  63127 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2154510<br>7009 DR PHILLIPS BLVD<br>ORLANDO, FL  32819 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2144481<br>2805 W BUSCH ST<br>TAMPA, FL  33618 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>1511 N WEST SHORE BL<br>TAMPA, FL  33607 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>24430 STATE RD 54<br>LUTZ, FL  33559 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____

                         Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>1209 MAIN ST STE 106<br>JUPITER, FL  33458 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4378972<br>1625 S CONGRESS AVE<br>DELRAY BEACH, FL  33445 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4214318<br>8177 GLADES RD STE 2<br>BOCA RATON, FL  33434 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>10660 W FOREST HILL<br>WELLINGTON, FL  33414 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2370436<br>801 S UNIVERSITY DR<br>PLANTATION, FL  33324 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2380474<br>12751 S DIXIE HWY<br>MIAMI, FL  33156 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8609001<br>2515 COUNTRYSIDE BLVD<br>CLEARWATER, FL  33763 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2653407<br>6767 N WICKHAM RD ST<br>MELBOURNE, FL  32940 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

<div align="center">Debtor                                                    (if known)</div>

<div align="center">

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

</div>

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2144041<br>3175 SATELLITE BLVD<br>DULUTH, GA  30096 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>480 ORLANDO AVE ST<br>RICHMOND, VA  32789 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>10600 W FOREST HILL<br>WELLINGTON, FL  32341 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2153854<br>7807 BAYMEADOWS RD E<br>JACKSONVILLE, FL  32256 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5562442<br>7402 HODGSON MEMORIA<br>SAVANNAH, GA  31406 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2361463<br>21 RIVERREDGE PKWY<br>ATLANTA, GA  30328 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2157162<br>3340 PEACHTREE RD NE3<br>ATLANTA , GA  30326 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2547912<br>1529 PIEDMONT AVE NE<br>ATLANTA, GA  30324 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>1529 PIEDMONT AVE NE<br>ATLANTA, GA  30324 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2555672<br>1601 TIFFIN AVE<br>FINDLAY OH , OH  45840 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>3582093<br>121 N 9TH ST<br>DEKALB, IL  60178 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2569503<br>1701 HIGHWAY A1A STE<br>VERO BEACH, FL  32963 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5567584<br>5350 AIRPORT HWY STE<br>TOLEDO, OH  43615 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2381243<br>4460 CARVER WOODS DR<br>CINCINNATI, OH  45242 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2154172<br>4460 CARVER WOODS DR<br>CINCINNATI, OH  45242 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5550264<br>10032 MONTGOMERY RD<br>CINCINNATI, OH  45242 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**
_____
                                          Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4352001<br>4351 DRESSLER RD NW<br>CANTON, OH  44718 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8743819<br>4351 DRESSLER RD NW<br>VCANTON , OH  44718 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8539574<br>2515 COUNTRYSIDE BLVD<br>, FL  33763 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558919<br>6270 CENTER ST<br>MENTOR, OH  44060 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4354061<br>5986 E MAIN ST<br>COLUMBUS , OH  43213 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>116 STARRET ST<br>LANCASTER , OH  43130 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4320949<br>150 E WILSON BRIDGE<br>WORTHINGTON, OH  43085 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>7240 MANATEE AVE W<br>BRADENTON, FL  34209 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**

                                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5547547<br>500 N DIXIE HWY<br>ELIZABETHTOWN, KY 42701 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5558562<br>849 LANE ALLEN RD<br>LEXINGTON , KY  40504 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>601 S FLORIDA AVE ST<br>LAKELAND , IL  33801 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>5563944<br>221 S HURSTBOURNE PK<br>LOUISVILLE, KY  40222 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>2159972<br>695 PRESIDENT PL<br>SMYRNA, TN  37167 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8655886<br>759 SW FEDERAL HWY S<br>STUART, FL  34994 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>950 S TAMIAMA TRL ST<br>SARASOTA, FL  34236 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4343174<br>3963 POWELL RD UNIT<br>POWELL, OH  43065 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

                        Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>8698498<br>6810 SHOPPES AT PLAN<br>FORT MYERS, FL  33912 |
| PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY  40285-6390 | POSTAGE METER CONTRACT<br>4385086<br>18070 ROYALTON RD<br>STRONGSVILLE, OH  44136 |

**Addition**

| | |
|---|---|
| PITNEY BOWES CREDIT CORP WATERFIELD MORTAGE<br>7500 WEST JEFFERSON BLVD<br>FORT WAYNE, IN  46804 | LETTER<br>PITNEY BOWES AGREEMENT<br>EFFECTIVE DATE: 5/9/2006 |
| PITNEY BOWES CREDIT CORPORATION<br>2225 AMERICAN DR<br>NEENAH, WI  54956 | VENDOR CONTRACT<br>EQUIPMENT |
| PITNEY BOWES CREDIT CORPORATION<br>2225 AMERICAN DR<br>NEENAH, WI  54956 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 12/5/2006 |
| PITNEY BOWES CREDIT CORPORATION<br>2225 AMERICAN DR<br>NEENAH, WI  54956 | VENDOR CONTRACT<br>FACILITIES (MAIL)<br>EFFECTIVE DATE: 8/3/2004 |
| PITNEY BOWES CREDIT CORPORATION<br>2225 AMERICAN DR<br>NEENAH, WI  54956 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 5/5/2006 |
| PITNEY BOWES EMPLOYEES FEDERAL CREDIT UNION<br>1 ELMCROFT RD (68-19)<br>STAMFORD, CT  06926 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 2/7/2006 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>4650 REGENT BOULEVARD<br>IRVINE, TX  75063 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 10/24/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____                    _____
                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

PITNEY BOWES INC
ONE ELMCROFT RD
STAMFORD, CT  6926

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
NDA
CONTRACT ID:  11210-1.0
EFFECTIVE DATE:  5/5/2004


PITNEY BOWES INC.
PO BOX 856390
LOUISVILLE, KY  40285

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  5/5/2004


PLAINIUM, LLC C/O REMAX ADVANTAGE
5787 STADIUM DR.
KALAMAZOO, MI  49009

LEASE
OFFICE
9/1/2004 - 8/31/2009


PLAN - IT PRODUCTIONS
4015 S NINTH ST
ARLINGTON, VA  22204

MARKETING CONTRACT
SITE USE
EFFECTIVE DATE:  7/18/2005


PLAN - IT PRODUCTIONS
4015 S NINTH ST
ARLINGTON, VA  22204

VENDOR CONTRACT
AUDIO/VISUAL
EFFECTIVE DATE:  12/2/2003

<div align="center">Addition</div>

PLAN IT PRODUCTION
4015 S NINTH ST
ARLINGTON, VA  22204

MARKETING CONTRACT
SITE USE
AGREEMENT FOR MGMT OF AUDIOVISUAL AND
ENTERTAINMENT PRODUCTION SEVICES
CONTRACT ID:  11219-2.0
EFFECTIVE DATE:  7/18/2005

<div align="center">Addition</div>

PLAN IT PRODUCTION
4015 S NINTH ST
ARLINGTON, VA  22204

VENDOR
AUDIO-VISUAL
SUB CONTRACTOR AGREEMENT FOR 2003 SALES ACHIEVER
CONFERENCE
CONTRACT ID:  11219-1.0
EFFECTIVE DATE:  12/2/2003

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____

Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

PLANTE & MORAN PLLC
2601 CAMBRIDGE COURT STE 500
AUBURN HILLS, MI  48326

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 11424-1.0
EFFECTIVE DATE: 3/5/2007


PLANTE & MORAN, PLLC
2601 CAMBRIDGE COURT STE 500
AUBURN HILLS, MI  48326

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 3/5/2007


PLATINUM COMMUNITY BANK
2915 W. KIRCHOFF RD
ROLLING MEADOWS, IL  60008

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/31/2005

<div align="center">Addition</div>

PLATINUM HOME MORTGAGE CORP
2200 HICKS RD STE 101
ROLLING MEADOWS, IL  60008

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 240-1.0
EFFECTIVE DATE: 8/23/2005


PLATINUM HOME MORTGAGE CORPORATION
2200 HICKS RD STE 101
ROLLING MEADOWS, IL  60008

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/23/2005


PLATINUM PARTNERS
2611 CROSS TIMBERS ROAD
SUITE 100
FLOWER MOUND, TX  75027

LEASE
MSA
4/30/2006 - 12/31/2016


PLATTE VALLEY BANK OF MISSOURI
2400 NW PRAIRIE VIEW RD
PLATTE CITY, MO  64079

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/18/2007


PLATTE VALLEY BANK OF MISSOURI
2400 NW PRAIRIE VIEW RD
PLATTE CITY, MO  64079

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/14/2006


PLAZA BANK
1420 5TH AVE STE 3700
SEATTLE, WA  98101

MARKETING CONTRACT
BROKER
EFFECTIVE DATE: 1/29/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

PLAZA BANK
1420 5TH AVE STE 3700
SEATTLE, WA  98101

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE: 7/6/2006

**Addition**

PLAZA HOME MORTAGE INC
5090 SHORHAM PLACE STE 206
SAN DIEGO, CA  92122

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10003-1.0
EFFECTIVE DATE: 1/31/2006

PLAZA HOME MORTGAGE, INC.
5090 SHORHAM PLACE STE 206
SAN DIEGO, CA  92122

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 1/31/2006

PLYMOUTH ROTARY SUNRISE CLUB
PO BOX 6061
PLYMOUTH, MA  02362

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 5/15/2007

PMC BANCORP
17800 CASTLETON ST # 488
CITY OF INDUSTRY, CA  91748

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/7/2006

PMC BANCORP
17800 CASTLETON ST # 488
CITY OF INDUSTRY, CA  91748

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/30/2006

PMC INVESTIGATIONS & SECURITY, INC.
12 SCHERER BLVD.
FRANKLIN SQUARE, NY  11010

VENDOR CONTRACT
FACILITIES (SECURITY)
EFFECTIVE DATE: 3/1/2007

**Addition**

PMC INVESTIGATIONS AND SECURITY INC
12 SCHERER BLVD.
FRANKLIN SQUARE, NY  11010

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
CONFIDENTIALITY AGREEMENT
CONTRACT ID: 10141-1.0
EFFECTIVE DATE: 3/24/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

                                        Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | *Addition* |
| PMC INVESTIGATIONS AND SECURITY INC<br>12 SCHERER BLVD.<br>FRANKLIN SQUARE, NY  11010 | VENDOR<br>FACILITIES SECURITY<br>PRIVATE SECURITY AGREEMENT FOR 520 BROADHOLLOW<br>CONTRACT ID:  10141-3.0<br>EFFECTIVE DATE:  11/1/2005 |
| | *Addition* |
| PMC INVESTIGATIONS AND SECURITY INC<br>12 SCHERER BLVD.<br>FRANKLIN SQUARE, NY  11010 | VENDOR<br>FACILITIES SECURITY<br>PRIVATE SECURITY AGREEMENT FOR 520 BROADHOLLOW<br>CONTRACT ID:  10141-4.0<br>EFFECTIVE DATE:  11/1/2006 |
| | *Addition* |
| PMC INVESTIGATIONS AND SECURITY INC<br>80 EAST OLD COUNTRY RD<br>MINEOLA, NY  11501 | VENDOR<br>FACILITIES SECURITY<br>SALE AND CONVEYANCE FOR THE PURCHASE OF A 2006 HYUNDAI SONATA<br>CONTRACT ID:  10141-6.0<br>EFFECTIVE DATE:  3/23/2007 |
| | *Addition* |
| PMC INVESTIGATIONS AND SECURITY INC<br>ONE COURT STREET<br>ELMONT, NY  11003 | VENDOR<br>FACILITIES SECURITY<br>SECURITY AGREEMENT FOR 520 BROADHOLLOW<br>CONTRACT ID:  10141-2.0<br>EFFECTIVE DATE:  3/11/2003 |
| PMC INVESTIGATIONS AND SECURITY, INC.<br>12 SCHERER BLVD.<br>FRANKLIN SQUARE, NY  11010 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/24/2006 |
| PMC INVESTIGATIONS AND SECURITY, INC.<br>12 SCHERER BLVD.<br>FRANKLIN SQUARE, NY  11010 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE:  3/11/2003 |
| PMC INVESTIGATIONS AND SECURITY, INC.<br>12 SCHERER BLVD.<br>FRANKLIN SQUARE, NY  11010 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE:  11/1/2005 |
| PMC INVESTIGATIONS AND SECURITY, INC.<br>12 SCHERER BLVD.<br>FRANKLIN SQUARE, NY  11010 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE:  11/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**

Debtor                                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |

Addition

PMI MORTAGE INSURANCE CO
3003 OAK RD
WALNUT CREEK, CA  94597

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 144-4.0
EFFECTIVE DATE: 3/20/2007

Addition

PMI MORTGAGE INSURANCE CO
3003 OAK ROAD
WALNUT CREEK, CA  94597

SECONDARY MARKETING CONTRACT
POLICIES, AMENDEMENTS & AGREEMENTS

Addition

PMI MORTGAGE INSURANCE CO
3003 OAK ROAD
WALNUT CREEK, CA  94597

SECONDARY MARKETING CONTRACT
NOTICE UPDATE

PMI MORTGAGE INSURANCE CO.
3003 OAK RD
WALNUT CREEK, CA  94597

MORTGAGE INSURANCE POLICY

PMI MORTGAGE INSURANCE CO.
3003 OAK RD
WALNUT CREEK, CA  94597

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 3/20/2007

PMI MORTGAGE INSURANCE CO.
3003 OAK RD
WALNUT CREEK, CA  94597

SECONDARY MARKETING CONTRACT
MORTGAGE INSURANCE (MASTER POLICY)
EFFECTIVE DATE: 12/11/2006

PMI MORTGAGE INSURANCE CO.
3003 OAK RD
WALNUT CREEK, CA  94597

SECONDARY MARKETING CONTRACT
MORTGAGE INSURANCE
EFFECTIVE DATE: 12/23/2005

POINT BANK
200 S HWY 377
PILOT POINT, TX  76258

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/25/2006

Addition

POINT CENTER FINANCIAL
30900 RANCHO VIEJO RD STE 100
SAN JUAN CAPISTRANO, CA  92675

LETTER
BROKER AGREEMENT
EFFECTIVE DATE: 7/19/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Addition |
| POINT CENTER FINANCIAL<br>30900 RANCHO VIEJO ROAD<br>SUITE 100<br>SAN JUAN CAPISTRANO, CA  92675 | SECONDARY MARKETING CONTRACT<br>BROKER AGREEMENT<br>EFFECTIVE DATE: 7/1/2007 |
| | Addition |
| POINTE HILTON SQUAW RESORT<br>7677 N 16TH ST<br>PHOENIX, AZ  85020 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID: 10725-1.0<br>EFFECTIVE DATE: 8/22/2006 |
| | Addition |
| PONCE DE LEON<br>2244 WESTCHESTER AVE<br>BRONX, NY  10462 | LETTER<br>PONCE DE LEON BROKER AGREEMENT |
| | Addition |
| PONCE DE LEON FEDERAL BANK<br>2244 WESTCHESTER AVENUE<br>BRONX, NY  10462 | SECONDARY MARKETING CONTRACT<br>BROKER AGREEMENT<br>EFFECTIVE DATE: 8/1/2005 |
| | Addition |
| PONY EXPRESS BANK<br>215 N 291 HWY<br>LIBERTY, MO  64068 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10632-1.0<br>EFFECTIVE DATE: 7/12/2006 |
| | Addition |
| POPE MORTAGE & ASSOC INC<br>2980 E INLAND EMPIRE STE 100<br>ONTARIO, CA  91764 | BROKER/INVESTOR CONTRACT<br>MORTAGE BROKER AGREEMENT<br>CONTRACT ID: 10898-1.0<br>EFFECTIVE DATE: 1/24/2006 |
| | Addition |
| POPE MORTAGE & ASSOC INC<br>2980 E INLAND EMPIRE STE 100<br>ONTARIO, CA  91764 | CORRESPONDENT CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 10898-2.0<br>EFFECTIVE DATE: 12/24/2006 |
| POPE MORTGAGE &ASSOCIATES, INC<br>2980 E INLAND EMPIRE STE 100<br>ONTARIO, CA  91764 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/24/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

_____                                _____
Debtor                                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

POPE MORTGAGE &ASSOCIATES, INC
2980 E INLAND EMPIRE STE 100
ONTARIO, CA  91764

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  12/14/2006


POPE REALTY TRUST
C/O KOCABA, CHRISTOPHER P TR POPE REALTY TRUST
710 MAIN STREET
HYANNIS, MA  02601

LEASE
OFFICE
3/1/2005 - 2/29/2008

**Addition**

POPULAR MORTAGE CORP
8095 NW 12TH ST 4TH FL
DORAL, FL  33126

CORRESPONDENT CONTRACT
MORTAGE LOAN PURCHASE AGREEMENT AND ADDENDUMS
CONTRACT ID:  10627-1.0
EFFECTIVE DATE:  7/7/2006


PORTELLUS, INC.
2600 MICHELSON DRIVE
IRVINE, CA  92612

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  6/9/2004


PORTELLUS, INC.
2600 MICHELSON DRIVE
IRVINE, CA  92612

VENDOR CONTRACT
SOFTWARE

**Addition**

PORTLAND HOUSING CENTER
3233 NE SANDY BLVD
PORTLAND, OR  97232

MARKETING AND SERVICES AGREEMENT


PORTLAND MARRIOTT DOWNTOWN
1401 SW NAITO PARKWAY
PORTLAND, OR  97201

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  1/24/2006


POSITIVE PROPERTIES
105 VALLEY VIEW
CHAPPAQUA, NY  10514

LEASE
OFFICE
3/1/2005 - 2/28/2010


POTRERO MEDIA CORPORATION
655 FOURTH STREET
2ND FLOOR
SAN FRANCISCO, CA  94107

MARKETING CONTRACT
LEADS AGREEMENTS
EFFECTIVE DATE:  4/26/2006


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| POWERTECH GROUP, INC<br>6703 SOUTH 234TH STREET<br>KENT, WA  98032 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/12/2007 |
| POWERTECH GROUP, INC<br>6703 SOUTH 234TH STREET<br>KENT, WA  98032 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  4/12/2007 |
| **Addition** | |
| POWERTECH GROUP, INC.<br>6703 SOUTH 234TH STREET<br>KENT, WA  98032 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIALITY AND SYSTEM ACCESS AGREEMENT<br>CONTRACT ID:  11574-2.0<br>EFFECTIVE DATE:  4/30/2007 |
| **Addition** | |
| POWERTECH GROUP, INC.<br>19426 68TH AVENUE SOUTH<br>KENT, WA  98032 | VENDOR<br>PROCESSING / SERVICING<br>SOW FOR 4 DAYS OF ON-SITE AUDIT SERVICES<br>CONTRACT ID:  646-1.0<br>EFFECTIVE DATE:  4/12/2007 |
| PPSF, LLC<br>BILL OWENS<br>9131 ANSON WAY<br>RALEIGH, NC  27615 | LEASE<br>OFFICE<br>6/1/2005 - 11/30/2008 |
| PPSF, LLC<br>BILL OWENS<br>9131 ANSON WAY<br>RALEIGH, NC  27615 | LEASE<br>OFFICE<br>12/1/2005 - 11/30/2008 |
| PRAIRIE PROFESSIONAL CENTRE C/O WXR & ASSOC. LTD.<br>125 E. LAKE STREET<br>SUITE 303<br>BLOOMINGDALE, IL  60108 | LEASE<br>OFFICE<br>12/1/2005 - 11/30/2010 |
| **Addition** | |
| PRAIRIE SHORE PROPERTIES<br>2110 CENTRAL AVENUE<br>EVANSON, IL  60201 | MARKETING AND SERVICES AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PRAIRIE SHORES PROPERTIES<br>2110 CENTRAL AVE<br>EVANSTON, IL  60201 | LEASE<br>MSA<br>5/24/2004 - 12/31/2016 |
| PREFERRED FINANCIAL GROUP, INC<br>1350 OLD BAYSHORE HWY<br>SUITE 630<br>BURLINGAME, CA  94010 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/1/2006 |
| PREFERRED FINANCIAL GROUP, INC<br>1350 OLD BAYSHORE HWY<br>SUITE 630<br>BURLINGAME, CA  94010 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/29/2006 |
| PREFERRED LENDING GROUP INC<br>3910 HIGHWAY 81 SW<br>LOGANVILLE, GA  30052 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/7/2006 |
| PREMIER BANK<br>295 SALT LICK RD<br>SAINT PETERS, MO  63376 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/21/2006 |
| PREMIER CREDIT UNION (PURCHASER)<br>PO BOX 26590<br>GREENSBORO, NC  27415-6590 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CT<br>CONTRACT DATE:  1-JUN-05 |
| PREMIER FEDERAL CREDIT UNION<br>PO BOX 26590<br>ATTN: TYLER DUKE<br>GREENSBORO, NC  27415-6590 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE:  6/1/2005 |
| PREMIER FEDERAL CREDIT UNION<br>PO BOX 26590<br>ATTN: TYLER DUKE<br>GREENSBORO, NC  27415-6590 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE:  6/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PREMIER MORTGAGE COMPANY, LLC<br>12150 MONUMENT DR<br># 425<br>FAIRFAX, VA  22033 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT |
| PREMIER MORTGAGE COMPANY, LLC<br>12150 MONUMENT DR<br># 425<br>FAIRFAX, VA  22033 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 2/23/2005 |
| PREMIER NATIONAL BANK | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  4/28/2000 |
| PREMIER OFFICE CENTERS, LLC<br>CERRITOS TOWER<br>18000 STUDEBAKER RD., SUITE 700<br>CERRITOS, CA  90703 | LEASE<br>OFFICE<br>4/1/2007 - 3/31/2008 |
| PREMIER TITLE<br>7300 METRO BLVD<br>EDINA, MN  55439 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/26/2007 |
| PRESTONWOOD TOWER, INC.<br>5151 BELTLINE RD.<br>SUITE 650<br>DALLAS, TX  75254 | LEASE<br>OFFICE<br>7/13/2002 - 5/31/2008 |
| PRESTONWOOD TOWER, INC.<br>5151 BELTLINE RD.<br>SUITE 650<br>DALLAS, TX  75254 | LEASE<br>OFFICE<br>4/15/2002 - 5/31/2008 |
| PRESTONWOOD TOWER, LTD.<br>5151 BELT LINE ROAD<br>SUITE 650<br>DALLAS, TX  75254 | LEASE<br>OFFICE<br>4/15/2002 - 5/31/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                          _____
                              Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PRICEWATERHOUSE COOPERS<br>401 BROAD HOLLOW ROAD<br>MELVILLE, NY  11747 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 1/22/2004 |
| PRIMARY RESIDENTIAL MOVERS | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 9/14/2000 |
| PRIME DEVELOPMENT, INC.<br>#2 CLUB CENTRE COURT<br>ATTN: BETSY BUTLER<br>EDWARDSVILLE, IL  62025 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2010 |
| PRIME FINANCIAL CORPORATION<br>730 W. RANDOLPH<br>SUITE 200<br>CHICAGO, IL  60661 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/12/2006 |
| PRIME LENDING, A PLAINS CAPITAL COMPANY<br>18111 PRESTON RD<br># 900<br>DALLAS, TX  75252 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/3/2006 |
| PRIME MORTGAGE USA INC<br>1811 N. MERIDIAN ST<br>INDIANAPOLIS, IN  46202 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/3/2006 |

**Addition**

| | |
|---|---|
| PRIME TRUST BANK<br>7516 HIGHWAY 70 S.<br>SUITE 110<br>NASHVILLE, TN  37221 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10933-1.0<br>EFFECTIVE DATE: 8/21/2006 |
| PRIMETRUST BANK<br>7516 HIGHWAY 70 S.<br>SUITE 110<br>NASHVILLE, TN  37221 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____
                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PRIMUS LENDING CORPORATION<br>3699 WILSHIRE BLVD<br># 670<br>LOS ANGELES, CA  90010 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |
| PRINCETON MARRIOTT HOTEL & CONFERENCE CENTER<br>100 COLLEGE ROAD EAST<br>PRINCETON, NJ  08540 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/1/2006 |
| PRINCIPAL BANK<br>TODD LARSON<br>711 HIGH STREET PI-S10<br>DES MOINES, IA  50392 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BH |
| PRINCIPAL BANK<br>TODD LARSON<br>711 HIGH STREET PI-S10<br>DES MOINES, IA  50392 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/17/2006 |
| PRINCIPAL BANK<br>TODD LARSON<br>711 HIGH STREET PI-S10<br>DES MOINES, IA  50392 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 1/27/2004 |
| PRINCIPAL LIFE INS CO-007511<br>CASCADE II<br>PO BOX 6113 / PROPERTY 007511<br>HICKSVILLE, NY  11802-6113 | LEASE<br>OFFICE<br>10/1/2003 - 9/30/2008 |
| PRINCIPAL LIFE INSURANCE CO.<br>PROPERTY: 026811<br>PO BOX 6113<br>HICKSVILLE, NY  11802-6113 | LEASE<br>OFFICE<br>12/1/2004 - 2/28/2010 |
| PRINCIPAL RESDIENTIAL MORTGAGE<br>711 HIGH STREET<br>DES MOINES, IA  50392-0950 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  9/19/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

PRINCIPAL RESIDENTIAL MORTGAGE
711 HIGH STREET
DES MOINES, IA  50392-0950

SECONDARY MARKETING CONTRACT
WHOLE LOAN SALE AGREEMENT
CONTRACT ID:  11446-1.0
EFFECTIVE DATE:  9/19/2000

PRINCIPAL TRUST REALTORS
8910 SW GEMINI DRIVE
BEAVERTON, OR  97008

LEASE
DESK RENTAL
3/30/2006 - 12/31/2016

PRINCIPLE EQUITY PROPERTIES
DEPARTMENT #169
PO BOX 4869
HOUSTON, TX  77210-4869

LEASE
OFFICE
6/1/2005 - 5/31/2010

PRINCIPLE EQUITY PROPERTIES
DEPARTMENT #169
PO BOX 4869
HOUSTON, TX  77210-4869

LEASE
OFFICE
11/18/2004 - 5/31/2010

PRISM PROFESSIONAL SOLUTIONS, INC
18805 HALYARD POINTE LANE
CORNELIUS, NC  28031

MARKETING CONTRACT
CONSULTING AGREEMENTS
EFFECTIVE DATE:  5/1/2007

PRISM PROFESSIONAL SOLUTIONS, INC
18805 HALYARD POINTE LANE
CORNELIUS, NC  28031

MARKETING CONTRACT
CONSULTING AGREEMENTS
EFFECTIVE DATE:  5/1/2007

<div align="center">Addition</div>

PRITCHARD INDUSTRIES, INC.
1120 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

VENDOR
FACILITIES (CLEANING)
CONTRACT FOR PRICING FOR OFFICE CLEAN UP
CONTRACT ID:  10063-1.0
EFFECTIVE DATE:  7/1/2005

PRIVATE BANCORP, INC.
1401 S. BRENTWOOD
ST. LOUIS, MO  63144

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  4/4/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                                 Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

PRIVATE BANK OF BANK OF AMERICA, N.A.
700 LOUISIANA
4TH FLOOR
HOUSTON, TX  77002/

SECONDARY MARKETING CONTRACT
PRIVATE BANK BROKER AGREEMENT


PRIVATE CLIENT CONSULTING GROUP, INC.
269 SOUTH BEVERLY DR.
STE 1018
BEVERLY HILLS, CA  90212

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  3/21/2006


PRO DATA COMPUTER SYSTEMS, INC

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  1/10/2007

<div align="center">Addition</div>

PRO DATA COMPUTER SYSTEMS, INC.

VENDOR
SOFTWARE LICENSE AGREEMENT WITH BASIC SUPPORT
SERVICES
CONTRACT ID:  11294-1.0
EFFECTIVE DATE:  1/10/2007


PRO GROUP MORENO VALLEY DBA KELLER WILLIAMS
12900 FREDERICK
SUITE D
MORENO VALLEY, CA  92551

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  3/1/2007


PRO GROUP MORENO VALLEY INC. DBA KELLER WILLIAMS
12900 FREDERICK
MORENO VALLEY, CA  92551

LEASE
MSA
3/1/2007 - 2/29/2008


PRO GROUP MORENO VALLEY INC. DBA KELLER WILLIAMS
12900 FREDERICK
MORENO VALLEY, CA  92551

LEASE
OFFICE
3/1/2007 - 2/29/2008


PRO SPORTS FINANCIALS, INC.
800 FAIRWAY DR., #307A
DEERFIELD BEACH, FL  33441

LEASE
MSA
3/1/2005 - 12/31/2016


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div style="text-align:center">Debtor                                                          (if known)</div>

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PROFERTEE REALTY GROUP<br>RHONEL DAGURO<br>2022 CYPRESS COURT<br>GLENDALE HEIGHTS, IL  60139 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/25/2007 |
| PROFESSIONAL ADVANTAGE FINANCIAL GROUP<br>44 SCHOOL ST<br>BOSTON, MA  02108 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |
| PROFESSIONAL CONSOLIDATED FINANCIAL GROUP, INC<br>9519 LAS TUNAS DRIVE<br>TEMPLE CITY, CA  91780 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/26/2006 |

<div style="text-align:center"><b>Addition</b></div>

| | |
|---|---|
| PROFESSIONAL CONSOLIDATED FINANCIAL GRUP, INC.<br>9519 LAS TUNAS DRIVE<br># 1<br>TEMPLE CITY, CA  91780 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11044-1.0<br>EFFECTIVE DATE: 9/26/2006 |
| PROFESSIONAL MORTGAGE PARTNERS, INC.<br>2626 WARRENVILLE RD<br>DOWNERS GROVE, IL  60515 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/14/2005 |
| PROFESSIONAL MORTGAGE PARTNERS, INC.<br>2626 WARRENVILLE RD<br>DOWNERS GROVE, IL  60515 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/2/2007 |
| PROFESSIONAL REAL ESTATE ALLIANCE CORP<br>1107 KENNEDY PLACE<br>SUITE 5<br>DAVIS, CA  95616 | LEASE<br>DESK RENTAL/MSA<br>10/1/2006 - 12/31/2016 |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**
_____
Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 9/12/2006 |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/4/2007 |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 9/12/2006 |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE |
| PROGRESS SOFTWARE CORPORATION<br>PO BOX 84-5828<br>BOSTON, MA  02284-5828 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 10/22/2002 |
| PROJECT ONE, INC<br>450 SEVENTH AVENUE<br>NEW YORK, NY  10123 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 9/1/2006 |

**Addition**

| | |
|---|---|
| PROMONTORY INTERFINANCIAL NETWORK, LLC<br>1515 N. COURTHOUSE ROAD<br>8TH FL<br>ARLINGTON, VA  22201 | AGREEMENT TO JOIN PROMONTORY INTERFINANCIAL NETWORK |
| PROPERTIES SW, INC. DBA REMAX PROPERTIES SW, INC.<br>6985 WALLACE ROAD<br>ORLANDO, FL | LEASE<br>MSA/DESK RENTAL<br>5/1/2006 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

_____                                    _____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PROPERTY MANAGEMENT ASSOC.<br>5120 GOLDLEAF CIRCLE<br>STE 300<br>LOS ANGELES, CA  90056 | LEASE<br>OFFICE<br>4/1/2005 - 3/31/2010 |
| PROPSMART, INC<br>1627 MAIN ST<br>12TH FLOOR<br>KANSAS CITY, MO  64108 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  2/12/2007 |
| PROPSMART, INC<br>1627 MAIN ST<br>12TH FLOOR<br>KANSAS CITY, MO  64108 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL |
| PROPSMART, INC<br>1627 MAIN ST<br>12TH FLOOR<br>KANSAS CITY, MO  64108 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  7/3/2006 |
| PROPSMART, INC.<br>1627 MAIN STREET<br>17TH FLOOR<br>KANSAS, MO  64108 | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE:  8/10/2006 |
| PRO-SEEKER RECRUITING SERVICES, INC.<br>591 PARK AVENUE<br>STE 202<br>IDAHO FALLS, ID  83402 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  5/10/2007 |
| PRO-SEEKER RECRUITING SERVICES, INC.<br>591 PARK AVENUE<br>STE 202<br>IDAHO FALLS, ID  83402 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  7/20/2007 |

**Addition**

| | |
|---|---|
| PROSPERITY MORTGAGE CO.<br>11351 RANDOM HILLS RD<br>FAIRFAX, VA  22030 | CONTRACT ID:  11062-1.0 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____
                          Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PROSPERITY MORTGAGE COMPANY<br>11351 RANDOM HILLS RD<br>FAIRFAX, VA  22030 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 10/18/2005 |
| PROSPORTS FINANCIAL, INC.<br>800 FAIRWAY DRIVE<br># 370A<br>DEERFIELD BEACH, FL  33441 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE: 3/1/2005 |
| PROSPORTS FINANCIAL, INC.<br>800 FAIRWAY DRIVE<br># 370A<br>DEERFIELD BEACH, FL  33441 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE: 6/30/2006 |
| PROTIS EXECUTIVE INNOVATIONS<br>INTECH PARK<br>6640 INTECH BLVD SUITE 295<br>INDIANAPOLIS, IN  46278 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 3/22/2007 |
| PROTIS EXECUTIVE INNOVATIONS<br>INTECH PARK<br>6640 INTECH BLVD SUITE 295<br>INDIANAPOLIS, IN  46278 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/29/2007 |
| | **Addition** |
| PROVIDENT BANK<br>114 E. LEXINGTON STREET<br>BALTIMORE, MD  21202 | LOAN PROCESSING AGREEMENT |
| | **Addition** |
| PROVIDENT BANK<br>114 E. LEXINGTON STREET<br>BALTIMORE, MD  21202 | LOAN SALE AGREEMENT |
| PROVIDENT FINANCIAL MANAGEMENT | MARKETING CONTRACT<br>MARKETING AND SERVICES |
| PROVIDENT SAVINGS BANK, FSB<br>3756 CENTRAL AVE<br>RIVERSIDE, CA  92506 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/9/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____                        _____
                          Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PROVIDIAN BANCORP SERVICES<br>201 MISSION STREET<br>SAN FRANCISCO, CA | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/13/2003 |
| PRP NATIONAL BANK<br>8492 DIXIE HWY<br>LOUISVILLE, KY  40258 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/26/2006 |
| PRUDENTIAL CALIFORNIA REALTY<br>7 AVE & DOLORES ST.<br>CARMEL, CA  93921 | LEASE<br>MSA W/ DESK<br>1/31/2005 - 12/31/2016 |
| PRUDENTIAL CALIFORNIA REALTY, MONTEREY CA<br>659 ABREGO ST. #1<br>MONTEREY, CA  93940 | LEASE<br>MSA W/ DESK<br>11/1/2006 - 12/31/2016 |
| PRUDENTIAL LINN-RUFFO<br>323 BEDFORD STREET<br>WHITMAN, MA  02382 | LEASE<br>DESK RENTAL<br>6/27/2006 - 12/31/2016 |
| PRUDENTIAL PREFERRED REALTORS | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/15/2007 |
| PRUDENTIAL SELECT PROPERTIES<br>139 MAIN STREET<br>CHARDON, OH  44024 | LEASE<br>DESK RENTAL<br>10/1/2005 - 12/31/2016 |
| PTF FINANCIAL CORP<br>10333 E. DRY CREEK<br>SUITE 200<br>ENGLEWOOD, CO  80112 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/9/2006 |
| PULASKI BANK<br>12300 OLIVE BLD<br>ST LOUIS, MO  63141 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/21/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

<div align="center">Debtor                                                    (if known)</div>

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PULTE MORTGAGE, LLC<br>7475 S. JOLIET STREET<br>ENGLWOOD, CO  80112 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/10/2005 |
| | **Addition** |
| PURE HEALTH SOLUTIONS, INC.<br>120 E. LAKE STREET<br>SUITE 401<br>SANDPOINT, ID 83864 | RENTAL AGREEMENT |
| PURE/CAESARS PALACE<br>2121 INDUSTRIAL RD<br>SUITE # 107<br>LAS VEGAS, NV  89102 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/21/2007 |
| PURE/CAESARS PALACE<br>2121 INDUSTRIAL RD<br>SUITE # 107<br>LAS VEGAS, NV  89102 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/21/2007 |
| | **Addition** |
| PURE/CEASARS PALACE<br>2121 INDUSTRIAL RD<br>SUITE # 107<br>LAS VEGAS, NV  89102 | VENDOR<br>SITE USE AGREEMENT - 2/10/08<br>CONTRACT ID: 11753-2.0<br>EFFECTIVE DATE:  6/21/2007 |
| | **Addition** |
| PURE/CEASARS PALACE<br>2121 INDUSTRIAL RD<br>SUITE # 107<br>LAS VEGAS, NV  89102 | VENDOR<br>SITE USE AGREEMENT - 2/9/08<br>CONTRACT ID: 11753-1.0<br>EFFECTIVE DATE:  6/21/2007 |
| QED NATIONAL<br>350 SEVENTH AVE.<br>10TH FLOOR<br>NEW YORK, NY  10001 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  6/9/2004 |
| QED NATIONAL<br>350 SEVENTH AVE.<br>10TH FLOOR<br>NEW YORK, NY  10001 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  6/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                              _____
                        Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

QUALIGENCE, INC.
35200 SCHOOLCRAFT ROAD
LIVONIA, MI  48150

HUMAN RESOURCES CONTRACT
RECRUITERS


QUALITY BUILDERS WARRANT CORPORATION
325 NORTH SECOND STREET
WORMLEYSBURG, PA  17043

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  4/30/2007

**Addition**

QUANTUM MARKETING SERVICES INC DBA QMS PROFESSIONAL
ENVIRONMENTS
2611 EVERGREEN RD
STE 307
SOUTHFIELD, MI  48076

VENDOR
CLEANING SERVICE AGREEMENT
EFFECTIVE DATE:  2/6/2006


QUANTUM MARKETING SERVICES, INC. D/B/A QMS
PROFESSIONAL ENVIRONMENTS
2611 EVERGREEN RD
STE 307
SOUTHFIELD, MI  48076

VENDOR CONTRACT
FACILITIES (CLEANING)
EFFECTIVE DATE:  2/6/2006


QUANTUM MORTGAGE SERVICES, LLC
2611 EVERGREEN RD
STE 307
SOUTHFIELD, MI  48076

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  4/20/2006


QUANTUM MORTGAGE SERVICES, LLC
2611 EVERGREEN RD
STE 307
SOUTHFIELD, MI  48076

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  9/13/2004


QUEST COMMUNICATIONS CORPORATION

VENDOR CONTRACT
TELECOMMUNICATIONS
EFFECTIVE DATE:  2/28/2005


QUEST COMMUNICATIONS CORPORATION

VENDOR CONTRACT
TELECOMMUNICATIONS
EFFECTIVE DATE:  12/13/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

                     Debtor                                                  (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| QUEST COMMUNICATIONS CORPORATION | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 10/19/2005 |
| **Addition** | |
| QUEST SOFTWARE, INC.<br>5 POLARIS WAY<br>ALISO VIEJO, CA  92656 | VENDOR<br>SOFTWARE LICENSE AND MAINTENANCE AGREEMENT<br>CONTRACT ID:  484-1.0<br>EFFECTIVE DATE:  5/2/2006 |
| QUICKAPPLY.COM | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  5/24/2001 |
| QUICKEN LOANS INC.<br>20555 VICTOR PARKWAY<br>LIVONIA, MI  48152 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  11/22/2006 |
| **Addition** | |
| QUINCY ASSOCIATION OF REALTORS<br>1535 BROADWAY<br>QUINCY, IL  62301 | 2007 GOLF OUTING & PICNIC |
| QUINSTREET MEDIA, INC.<br>5420 KIETZKE LANE<br>SUITE 109<br>RENO, NV  89511 | MARKETING CONTRACT<br>LEADS AGREEMENTS |
| **Addition** | |
| QUIXTAR, INC. | VENDOR<br>PROCESSING/SERVICING<br>LICENSE AGREEMENT<br>CONTRACT ID: 11652-1.0<br>EFFECTIVE DATE:  5/1/2007 |
| QUIXTAR,INC | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  5/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

Debtor                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| QWEST COMMUNICATIONS CORPORATION<br>5 POLARIS WAY<br>ATTN: DAVE RION<br>ALISO VIEJO, CA  92656 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 5/15/2007 |
| QWEST COMMUNICATIONS CORPORATION<br>5 POLARIS WAY<br>ATTN: DAVE RION<br>ALISO VIEJO, CA  92656 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 1/16/2004 |
| R & S GROVE FAMILY LTD.<br>C/O DANA BUTCHER ASSOCIATES<br>1690 W. SHAW, SUITE 220<br>FRESNO, CA  93711 | LEASE<br>OFFICE<br>2/1/2003 - 11/30/2007 |
| R&M PROPERTIES OF NORTH CAROLINA, L.L.C.<br>P. O. BOX 784<br>KITTY HAWK, NC  27949 | LEASE<br>EXECUTIVE SUITE<br>11/1/2006 - 10/31/2007 |
| R. BRUCE HICKS<br>1845 BATON ROUGE ST<br>HENDERSON, NV  89054 | LEASE<br>OFFICE<br>10/1/2004 - 12/31/2008 |
| R.H. LENDING, INC.<br>105 DECKER COURT<br>SUITE 1050<br>IRVING, TX  75062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/12/2006 |
| R.H. LENDING, INC.<br>105 DECKER COURT<br>SUITE 1050<br>IRVING, TX  75062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/15/2006 |
| R.K. ASSOCIATES<br>17100 COLLINS AVENUE<br>SUITE 225<br>MIAMI, FL  33160 | LEASE<br>OFFICE<br>3/1/2005 - 12/31/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                           (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RADDISON VALLEY FORGE | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/20/2005 |
| RADIAN GUARANTY INC<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 12/11/2006 |
| RADIAN GUARANTY INC<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY ENDORSEMENTS)<br>EFFECTIVE DATE: 6/5/2007 |
| RADIAN GUARANTY INC<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 9/30/2005 |
| RADIAN GUARANTY INC<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY ENDORSEMENTS)<br>EFFECTIVE DATE: 9/30/2005 |
| RADIAN GUARANTY INC.<br>1601 MARKET ST<br>PHILADELPHIA, PA  19103 | MORTGAGE INSURANCE POLICY<br>20218-003<br>9/17/1997 |
| RADIAN GUARANTY INSURANCE<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/1/2007 |
| RADIAN GUARANTY INSURANCE<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 10/12/2006 |
| RADIAN GUARANTY INSURANCE<br>PO BOX 823225<br>PHILADELPHIA, PA  19182-3225 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (BULK SUPPLEMENTAL)<br>EFFECTIVE DATE: 4/11/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

                                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RADIO ONE, INC<br>1705 WHITEHEAD ROAD<br>BALTIMORE, MD  21207 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/22/2007 |
| RADIO ONE, INC<br>1705 WHITEHEAD ROAD<br>BALTIMORE, MD  21207 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/8/2007 |
| RADIO ONE, INC<br>1705 WHITEHEAD ROAD<br>BALTIMORE, MD  21207 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/22/2007 |
| RADIO ONE, INC<br>1705 WHITEHEAD ROAD<br>BALTIMORE, MD  21207 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  5/21/2007 |
| RADIO ONE, INC.<br>1705 WHITEHEAD ROAD<br>BALTIMORE, MD  21207 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  9/27/2006 |
| RADIO ONE, INC.<br>1705 WHITEHEAD ROAD<br>BALTIMORE, MD  21207 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  5/29/2006 |
| **Addition** | |
| RADISON HOTEL VALLEY FORGE | VENDOR<br>SITE USE<br>HOTEL ROOMS AGREEMENT<br>CONTRACT ID: 149-1.0<br>EFFECTIVE DATE: 12/20/2005 |
| **Addition** | |
| RADISON HOTEL VALLEY FORGE | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID: 149-2.0<br>EFFECTIVE DATE: 3/6/2007 |
| RAHWAY INVESTMENTS, LLC<br>142 BROAD ST.<br>ELIZABETH, NJ  07201 | LEASE<br>OFFICE<br>5/1/2007 - 4/30/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RAINBOW CORPORATE CENTER LIMITED PARTNERSHIP<br>3065 S. JONES<br>SUITE 201<br>LAS VEGAS, NV  89146 | LEASE<br>OFFICE<br>7/1/2003 - 6/30/2008 |
| RAINY DAY HOLDING, INC<br>1808 CORCORAN STREET NW<br>WASHINGTON, DC  20009 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/22/2007 |
| RALPH S PERRONE, SR.<br>585 N. COURTNEY PKWY<br>SUITE 302<br>MERRITT ISLAND, FL  32953 | LEASE<br>OFFICE<br>4/1/2006 - 3/31/2009 |
| RAM INTERNATIONAL I, L.L.C.<br>10013-59TH AVE. SW<br>LAKEWOOD, WA  98499 | LEASE<br>OFFICE<br>8/1/2005 - 5/31/2010 |
| RAMBLEWOOD SQUARE - RE6616<br>PO BOX 6149<br>HICKSVILLE, NY  11802-6149 | LEASE<br>SHOPPING CENTER<br>5/1/2005 - 4/30/2008 |
| RANCO ROAD ASSOCIATES, C/O CB RICHARD ELLIS<br>150 WEST MAIN STREET<br>SUITE 1100<br>NORFOLK, VA  23510 | LEASE<br>OFFICE<br>5/1/1999 - 5/31/2009 |
| RANDY PEPPER & ASSOCIATES<br>504 PORTVILLE CERES ROAD<br>PORTVILLE, NY  14770 | LEASE<br>DESK RENTAL<br>2/15/2007 - 2/14/2008 |

**Addition**

| | |
|---|---|
| RAPID REPORTING VERIFICATION COMPANY, LP<br>6628 BRYAN IRVIN RD.<br>FT. WORTH, TX  76132 | VENDOR<br>PROCESSING/SERVICING<br>IRS VERIFICATION SERVICE<br>CONTRACT ID: 631-1.0<br>EFFECTIVE DATE:  11/20/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RAPID REPORTING VERIFICATION COMPANY, LP. PO BOX 33462 FORT WORTH, TX  76162 | VENDOR CONTRACT PROCESSING/SERVICING |
| RAPID REPORTING VERIFICATION COMPANY, LP. PO BOX 33462 FORT WORTH, TX  76162 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  11/20/2006 |
| RATA ASSOCIATES, LLC 3070 W. LAKE MARY BLVD. SUITE 116 LAKE MARY, FL  32746 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  8/15/2005 |
| RATA ASSOCIATES, LLC 3070 W. LAKE MARY BLVD. SUITE 116 LAKE MARY, FL  32746 | VENDOR CONTRACT PROCESSING/SERVICING EFFECTIVE DATE:  5/22/2002 |
| RATE ONE, INC THE MORTGAGE PEOPLE 2506 MT. MARIAH RD STE B-450 MEMPHIS, TN  38115 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  7/17/2006 |
| RAVELO FINANCIAL CORP D/B/A FORTUNE ONE MORTGAGE 8408 FLORENCE AVE DOWNEY, CA  90240 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE:  2/8/2006 |

**Addition**

| | |
|---|---|
| RAVELO FINANCIAL CORP DBA FORTUNE ONE MORTGAGE 8408 FLORENCE AVE DOWNEY, CA  90240 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT CONTRACT ID:  10009-1.0 EFFECTIVE DATE:  2/8/2006 |
| RAY & SALLIE EDWARDS REAL ESTATE, LP 2334 ENGLISH ROAD HIGH POINT, NC  28262 | LEASE OFFICE 9/1/2001 - 12/31/2010 |
| RAY PRICE HARLEY DAVIDSON 1126 SOUTH SAUNDERS ST RALEIGH, NC  27603 | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE:  4/9/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____
                                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RAY PRICE HARLEY DAVIDSON<br>1126 SOUTH SAUNDERS ST<br>RALEIGH, NC  27603 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/30/2005 |
| RBC CENTURA BANK<br>4364 RIVER GREEN PARKWAY<br>STE 100<br>DULUTH, GA  30096 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  10/16/2003 |
| RE/MAX AFFILIATES<br>1320 HWY 395 NORTH<br>GARDNERVILLE, NV  89410 | LEASE<br>DESK RENTAL<br>9/1/2006 - 12/31/2016 |
| RE/MAX AFFILIATES<br>1320 HWY 395 NORTH<br>GARDNERVILLE, NV  89410 | LEASE<br>DESK RENTAL<br>9/1/2006 - 12/31/2016 |
| RE/MAX ALLEGIANCE<br>ATTN: ROY V WARD<br>505 S. INDEPENDENCE BOULEVARD<br>VIRGINIA BEACH, VA  23452 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/9/2006 |
| RE/MAX ALLEGIANCE<br>ATTN: ROY V WARD<br>505 S. INDEPENDENCE BOULEVARD<br>VIRGINIA BEACH, VA  23452 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/9/2006 |
| RE/MAX AT THE LAKE | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/25/2007 |
| RE/MAX CLASSIC, THE FURMAN TEAM<br>528 EAST LANCASTER AVE.<br>SAINT DAVIDS, PA  19087 | LEASE<br>MSA<br>6/15/2005 - 12/31/2016 |
| RE/MAX COLONIAL HOMES<br>10903 INDIAN HEAD HIGHWAY, FORT WASHINGTON<br>MC & 500 CHARLES ST.<br>LA PLATA, MD  20646 | LEASE<br>MSA W/ DESK<br>1/1/2006 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RE/MAX DIAMOND REALTORS<br>314 COMMONS WAY<br>PRINCETON, NJ  08540 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  4/2/2003 |
| RE/MAX EXCEL/CM BOTTEMA III<br>7341 E. U.S. 36<br>AVON, IN  46123 | LEASE<br>DESK RENTAL<br>6/17/2003 - 12/31/2016 |
| RE/MAX FOOTHILLS<br>451 HAYWOOD RD<br>GREENVILLE, SC  29607 | LEASE<br>MSA W/ DESK<br>2/8/2005 - 12/31/2016 |
| RE/MAX METRO<br>14961 CHAIN LAKE ROAD<br>SUITE 149<br>MONROE, WA  98272 | LEASE<br>DESK RENTAL/MSA<br>12/1/2005 - 12/31/2016 |

**Addition**

| | |
|---|---|
| RE/MAX OF GEORGIA<br>2050 MARCONI DR.<br>SUITE 160<br>ALPHARETTA, GA  30005 | MARKETING AND SERVICES AGREEMENT |
| RE/MAX PERFORMANCE, INC | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  4/1/2007 |
| RE/MAX PROPERTIES OF THE SUMMIT<br>220 SOUTH MAIN<br>PO BOX 4600<br>BRECKONRIDGE, CO  80424 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/29/2007 |
| RE/MAX REAL ESTATE GROUP<br>6600 UNIVERSITY AVE<br>DES MOINES, IA  50311 | LEASE<br>DESK RENTAL<br>1/9/2004 - 12/31/2016 |
| RE/MAX REALTY CENTER<br>807 N. CHURCH STREET<br>WATERTOWN, WI | LEASE<br>DESK RENTAL<br>2/20/2004 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                    Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RE/MAX SUBURBAN<br>102 1 ST. SE<br>BONDURANT, IA  50035 | LEASE<br>MSA W/ DESK<br>2/2/2005 - 12/31/2016 |
| READING STATE BANK D/B/A SUBURBAN FINANCIAL<br>8800 MISSION RD<br>LEAWOOD, KS  66206 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  9/5/2006 |
| **Addition** | |
| READING STATE BANK DBA SUBURBAN FINANCIAL<br>8800 MISSION RD<br>LEAWOOD, KS  66206 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10937-1.0<br>EFFECTIVE DATE:  9/5/2006 |
| REAL COMP II LTD<br>28555 ORCHARD LAKE ROAD<br>SUITE 200<br>FARMINGTON HILLS, MI  48334-2974 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  5/3/2007 |
| **Addition** | |
| REAL ESTATE ADVOCATES LLC<br>1528 WEST FULLERTON<br>CHICAGO, IL  60614 | AMENDMENT NO. 1 TO MARKETING AND SERVICES AGREEMENT<br>EFFECTIVE DATE:  11/9/2005 |
| **Addition** | |
| REAL ESTATE ADVOCATES LLC<br>1528 WEST FULLERTON<br>CHICAGO, IL  60614 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID:  10128-2.0<br>EFFECTIVE DATE:  7/5/2005 |
| REAL ESTATE DIRECTORY.COM<br>52 BROADAY ST<br>SARANAC LAKE, NY  12983 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  10/9/2001 |
| REAL ESTATE INFORMATION SERVICES, INC.<br>1181 S. RODGER CIRCLE<br>SUITE 33<br>BOCA RATON, FL  33481 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/7/1999 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                        Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Addition

| | |
|---|---|
| REAL ESTATE INVETMENT CAPITAL GROUP<br>1505 E. 53RD ST<br>SUITE 200<br>CHICAGO, IL  60615-4509 | MUTUAL CONFIDENTIALITY AND NONCIRCUMVENTION AGREEMENT |
| REAL ESTATE MORTGAGE NETWORK, INC<br>70 GRAND AVE<br>SUITE 109<br>RIVER EDGE, NJ  07661 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/2/2006 |
| REAL ESTATE PARTNERS<br>1131 N. CAUSEWAY BLVD<br>MANDEVILLE, LA  70471 | LEASE<br>MSA W/ DESK<br>9/12/2005 - 12/31/2016 |
| REAL ESTATE PARTNERS<br>4141 VETERANS MEMORIAL BLVD<br>METAIRIE, LA  70002 | LEASE<br>MSA W/ DESK<br>10/1/2005 - 12/31/2016 |

Addition

| | |
|---|---|
| REAL ESTATE PARTNERS, INC.<br>1131 N. CAUSEWAY BLVD<br>MANDEVILLE, LA  70471 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT |
| REALTY EXECUTIVE METRO SOUTH<br>306 WINTHROP ST<br>TANTOM, MA  02780 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 11/1/2005 |
| REALTY EXECUTIVE METRO SOUTH<br>306 WINTHROP ST<br>TANTOM, MA  02780 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 2/14/2005 |
| REALTY EXECUTIVE METRO SOUTH<br>306 WINTHROP ST<br>TANTOM, MA  02780 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 5/6/2006 |
| REALTY EXECUTIVES<br>P.O. BOX 3233<br>CARMEL, IN  46082 | LEASE<br>DESK RENTAL<br>8/1/2005 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

                              Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REALTY EXECUTIVES OF WICHITA<br>10300 W. CENTRAL<br>WICHITA, KS  67212 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 2/23/2006 |
| REALTY MORTGAGE CORPORATION<br>215 KATHERINE DRIVE<br>FLOWOOD, MS  39232 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/5/2006 |
| | **Addition** |
| REALTY UNITED INTERNATIONAL, LLC<br>201 SHANNON OAKS CIRCLE<br>SUITE 200<br>CARY, NC  27511 | CO-BRAND MARKETING AGREEMENT<br>EFFECTIVE DATE:  10/10/2003 |
| REALTY WORLD /MASICH & DELL<br>1103 W. FRONT ST.<br>BERWICK, PA  18603 | LEASE<br>DESK RENTAL<br>9/1/2005 - 12/31/2016 |
| | **Addition** |
| REALTY WORLD AMERICA, INC.<br>1503 SO. COAST DR.<br>SUITE 1118<br>COSTA MESA, CA  92626 | CO-BRAND MARKETING AGREEMENT |
| | **Addition** |
| REALTY WORLD AMERICA, INC.<br>1503 SO. COAST DR.<br>SUITE 1118<br>COSTA MESA, CA  92626 | MUTUAL NON DISCLOSURE AGREEMENT<br>EFFECTIVE DATE:  8/13/2003 |
| REALTY.COM | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  8/14/2003 |
| REALTYFORLESS.COM | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  7/10/2001 |
| REBECCA PUTNAM REAL ESTATE<br>23 GREEN COVE LANE<br>EAST FALMOUTH, MA  02536 | LEASE<br>DESK RENTAL<br>2/1/2007 - 12/31/2017 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____

                        Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RECKSON 711 WESTCHESTER AVE, LLC. C/O RECKSON OPERATING PARTNERSHIP GPO BOX 5656 NEW YORK, NY  10087-5656 | LEASE OFFICE 7/16/2004 - 5/31/2010 |
| RECKSON 711 WESTCHESTER AVE, LLC. C/O RECKSON OPERATING PARTNERSHIP GPO BOX 5656 NEW YORK, NY  10087-5656 | LEASE OFFICE 6/1/2005 - 5/31/2010 |
| RECRUITERS, INC ONE LIBERTY PLAZA 23RD FLOOR NEW YORK, NY  10006 | HUMAN RESOURCES CONTRACT RECRUITERS EFFECTIVE DATE:  5/23/2007 |
| RECRUITMAX SOFTWARE, INC. 7660 CNETURION PKWY SUITE 100 JACKSONVILLE, FL  32256 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  12/7/2005 |
| RECRUITMAX SOFTWARE, INC. 7660 CNETURION PKWY SUITE 100 JACKSONVILLE, FL  32256 | VENDOR CONTRACT SOFTWARE |
| RECRUITMAX SOFTWARE, INC. 7660 CNETURION PKWY SUITE 100 JACKSONVILLE, FL  32256 | VENDOR CONTRACT SOFTWARE |
| RECRUITMAX SOFTWARE, INC. 7660 CNETURION PKWY SUITE 100 JACKSONVILLE, FL  32256 | VENDOR CONTRACT SOFTWARE |
| RECRUITMAX SOFTWARE, INC. 7660 CNETURION PKWY SUITE 100 JACKSONVILLE, FL  32256 | VENDOR CONTRACT SOFTWARE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

Debtor

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RED HAT, INC.<br>1801 VARSITY DRIVE<br>RALEIGH, NC  27606 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 10/6/2006 |
| RED MOUNTAIN BANK, NA<br>5 INVERNESS CENTER PKWY<br>BIRMINGTON, AL  35242 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/19/2006 |
| REDLANDS COMMUNITY INVESTMENT CORPORATION<br>300 E. STATE STREET<br>5TH FLOOR<br>REDLANDS, CA  92373 | LEASE<br>OFFICE<br>7/22/2002 - 7/31/2008 |
| REDLANDS COMMUNITY INVESTMENT CORPORATION<br>300 E. STATE STREET<br>5TH FLOOR<br>REDLANDS, CA  92373 | LEASE<br>OFFICE<br>4/1/2005 - 7/31/2008 |
| REGAR REALTY, INC.<br>3607 GRAND AVENUE<br>GURNEE, IL  60031 | CORPORATE CONTRACT<br>JOINT VENTURE<br>EFFECTIVE DATE: 7/11/2006 |

**Addition**

| | |
|---|---|
| REGIONS BANK DBA REGIONS MORTGAGE<br>12725 MORRIS RD. EXT.<br>SUITE 100<br>ALPHARETTA, GA  30004 | SECONDARY MARKETING CONTRACT<br>AGREEMENTS, CORRESPONDENTS, BULLETINS AND E-MAILS<br>CONTRACT ID:  11440-1.0<br>EFFECTIVE DATE:  2/1/2001 |

**Addition**

| | |
|---|---|
| REGIONS FINANCIAL CORPORATION | CONFIDENTIALITY AGREEMENT |
| REGIONS MORTGAGE INC.<br>ATTN: PMI DEPT.(BECKY SAMSAL)<br>PO BOX 669<br>MONTGOMERY, AL  36101-0669 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 2/1/2001 |
| REGSDATA, LLC<br>261 HIGH STREET<br>MILFORD, CT  06460 | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE: 12/5/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____

Debtor                                                                 (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REGSDATA, LLC<br>261 HIGH STREET<br>MILFORD, CT  06460 | VENDOR CONTRACT<br>SUBSCRIPTION<br>EFFECTIVE DATE: 12/5/2005 |
| REGUS MANAGEMENT GROUP LLC<br>6200 STONERIDGE MALL RD<br>PLEASANTON, CA  94588 | LEASE<br>OFFICE<br>11/6/2006 - 10/30/2007 |
| REGUS MANAGEMENT GROUP LLC<br>6200 STONERIDGE MALL RD<br>PLEASANTON, CA  94588 | LEASE<br>OFFICE<br>2/1/2007 - 10/31/2007 |
| RELIANT MORTGAGE COMPANY, LLC<br>1811 S JONES BLVD<br>LAS VEGAS, NV  89146 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/23/2005 |
| RELOCATION PROPERTIES MANAGEMENT LLC<br>500 DIEDERICH BLVD<br>RUSSELL, KY  41169 | MARKETING CONTRACT<br>CORPORATE BENEFITS AND RELOCATION<br>EFFECTIVE DATE: 4/5/2006 |

**Addition**

| | |
|---|---|
| REM CAPITAL GROUP, INC<br>3140 RED HILL AVE<br>SUITE 260<br>COSTA MESA, CA  92626 | SECONDARY MARKETING CONTRACT<br>BROKER AGREEMENT |
| REM PUBLISHING, LLC<br>3036 LEAFWOOD DRIVE  SE<br>MARIETTA, GA  30067 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/1/2006 |

**Addition**

| | |
|---|---|
| REMARK AMERICAS<br>301 CARLSON PKWY<br>MINNETONKA, MN  55305 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>MUTUAL CONFIDENTIALITY AGREEMENT<br>CONTRACT ID: 10579-1.0<br>EFFECTIVE DATE: 6/29/2006 |
| REMAX ACHIEVERS<br>3590 FISHINGER BLVD<br>HILLIARD, OH  43026 | LEASE<br>DESK RENTAL<br>12/1/2006 - 12/31/2017 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____                          _____

                        Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REMAX ADVANTAGE<br>7127 S WESTNEDGE AVENUE<br>PORTAGE, MI  49002 | LEASE<br>DESK RENTAL<br>12/1/2006 - 12/31/2016 |
| REMAX ASSOCIATES<br>ATTN: ANTHONY RAFFIN<br>21610 E 11 MILE ROAD<br>ST. CLAIR SHORES, MI  48081 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  12/6/2004 |
| **Addition** | |
| REMAX AT THE LAKE<br>121 ROLLIN HILL RD<br># 110<br>MOORESVILLE, NC  28117 | MARKETING CONTRACT<br>ADVERTISING<br>SPONSORSHIP AGREEMENT<br>CONTRACT ID:  11617-1.0<br>EFFECTIVE DATE:  4/25/2007 |
| REMAX CROSSROADS | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/1/2007 |
| REMAX DESERT VALLEY REALTY<br>1702 NO. IMPERIAL AVENUE<br>STE B<br>EL CENTRO, CA  92243 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  1/1/2006 |
| REMAX DESERT VALLEY REALTY<br>1702 NO. IMPERIAL AVENUE<br>STE B<br>EL CENTRO, CA  92243 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  4/13/2006 |
| **Addition** | |
| REMAX EXECUTIVES<br>5202 SOUTH FREEWAY PARK DR<br>RIVERDALE, UT  84405 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT |
| REMAX EXPERTS<br>574 F. RITCHIE HWY<br>SEVERNA PARK, MD  21146 | LEASE<br>DESK RENTAL<br>4/1/2006 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**

Debtor                                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REMAX EXPERTS<br>574 F. RITCHIE HWY<br>SEVERNA PARK, MD  21146 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/30/2006 |
| REMAX FOREST CITY<br>5596 EAST RIVERSIDE<br>LOVES PARK, IL  61111 | LEASE<br>OFFICE<br>7/1/2007 - 6/30/2017 |
| REMAX GOLD<br>1209 SHOPPING CENTER ROAD<br>STEVENSVILLE, MD  21666 | LEASE<br>DESK RENTAL<br>6/1/2006 - 12/31/2016 |
| REMAX GOLD COUNTRY PROPERTIES<br>851 PLEASANT VALLEY RD<br>DIAMOND SPRINGS, CA  95619 | LEASE<br>OFFICE<br>3/1/2007 - 2/29/2008 |
| REMAX GOLD COUNTRY PROPERTIES<br>851 PLEASANT VALLEY RD<br>DIAMOND SPRINGS, CA  95619 | LEASE<br>OFFICE<br>4/1/2007 - 3/31/2008 |
| REMAX HOME SALE SERVICES<br>1200 S SHELTON ROAD<br>PLYMOUTH, MI  48170 | LEASE<br>MSA/DESK RENTAL<br>2/1/2006 - 12/31/2016 |
| REMAX METRO<br>21907 64TH AVE W<br># 200<br>MOUNTLAKE TERRANCE, WA  98043 | LEASE<br>MSA<br>12/1/2005 - 12/31/2016 |
| REMAX METRO<br>21907 64TH AVE W<br># 200<br>MOUNTLAKE TERRANCE, WA  98043 | LEASE<br>DESK RENTAL<br>12/1/2005 - 12/31/2016 |
| REMAX OF KALAMAZOO<br>1517 SOUTH PARK STREET<br>KALAMAZOO, MI  49001 | LEASE<br>DESK RENTAL/MSA<br>11/15/2005 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No.  **07-11051**

Debtor

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REMAX OF KALAMAZOO<br>1517 SOUTH PARK DRIVE<br>KALAMAZOO, MI  49009 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 11/14/2005 |
| REMAX OF KALAMAZOO<br>1517 SOUTH PARK DRIVE<br>KALAMAZOO, MI  49009 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 11/14/2005 |
| REMAX PERFORMANCE INC<br>300 SUNNY GLEN COURT<br>BOX 5044<br>THE WOODLANDS, CO  80866 | LEASE<br>OFFICE<br>4/1/2007 - 3/31/2017 |

**Addition**

| | |
|---|---|
| REMAX PERFORMANCE, INC.<br>300 SUNNY GLEN COURT<br>BOX 5044<br>WOODLAND, CO  80866 | MARKETING CONTRACT<br>DESK RENTAL<br>COMMERCIAL OFFICE LEASE<br>CONTRACT ID:  11626-1.0<br>EFFECTIVE DATE:  4/1/2007 |
| REMAX PREMIER PROPERTIES, LLC<br>919 CONFERENCE DRIVE<br>GOODLETTESVILLE, TN  37072 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  2/21/2006 |
| REMAX REAL ESTATE EXPERTS<br>8500 STATION STREEET<br>SUITE 275<br>MENTOR, OH  44060 | LEASE<br>DESK RENTAL<br>8/1/2006 - 12/31/2016 |
| REMAX REALTY CENTER<br>807 NORTH CHURCH STREET<br>WATERTOWN, WI  53098 | LEASE<br>DESK RENTAL<br>3/1/2004 - 12/31/2016 |
| REMAX RENAISSANCE<br>305 HARRISON STREET<br>SUITE 200<br>LEESBRUG, VA  20175 | LEASE<br>DESK RENTAL<br>5/1/2003 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                         (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REMC ENTERPRISES, INC.<br>8105 IRVINE CENTER DRIVE<br>STE  900<br>IRVINE, CA  92618 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/1/2006 |
| REMC ENTERPRISES, INC.<br>8105 IRVINE CENTER DRIVE<br>STE  900<br>IRVINE, CA  92618 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/10/2006 |
| RENAISSANCE COLUMBUS<br>50 NORTH 3RD STREET<br>COLUMBUS, OH  43215 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/4/2007 |
| RENAISSANCE COLUMBUS<br>50 NORTH 3RD STREET<br>COLUMBUS, OH  43215 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/4/2007 |
| RENAISSANCE HOME MORTGAGE<br>1851 MCCARTHY BLVD.<br>MILPITAS, CA  95035 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/2/2005 |
| **Addition** | |
| RENAISSANCE ORLANDO RESORT AT SEAWORLD<br>6677 SEA HARBOR DRIVE<br>ORLANDO, FL  32821 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID: 10496-2.0<br>EFFECTIVE DATE: 3/12/2007 |
| **Addition** | |
| RENAISSANCE ORLANDO RESORT AT SEAWORLD<br>6677 SEA HARBOR DRIVE<br>ORLANDO, FL  32821 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID: 10496-1.0<br>EFFECTIVE DATE: 6/20/2006 |
| RENAISSANCE QUAIL HOLLOW RESORT<br>11080 CONCORD-HAMBDEN ROAD<br>PAINESVILLE, OH  44077 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**        Case No. **07-11051**

<div align="center">Debtor                      (if known)</div>

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RENASANT BANK<br>600 CENTURY PARK S.<br>SUITE 200<br>BIRMINGHAM, AL  35226 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/30/2007 |
| RENTAL MGT. CO.<br>7304 10TH STREET SE<br>EVERETT, WA  98205 | LEASE<br>OFFICE<br>4/1/2005 - 12/31/2007 |
| REPUBLIC BANK<br>C/O THOMAS EICKEMEYER<br>31155 NORTHWESTERN HWY<br>FARMINGTON HILLS, MI  48334 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/7/2005 |
| REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA<br>PO BOX 2514 / 190 OAK PLAZA BLVD<br>WINSTON-SALEM, NC  27105 | MORTGAGE INSURANCE POLICY<br>36081<br>11/21/1995 |
| REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA<br>PO BOX 2514 / 190 OAK PLAZA BLVD<br>WINSTON-SALEM, NC  27105 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 12/11/2006 |
| REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA<br>PO BOX 2514 / 190 OAK PLAZA BLVD<br>WINSTON-SALEM, NC  27105 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY)<br>EFFECTIVE DATE: 12/13/2006 |
| REPUBLIC MORTGAGE LLC<br>9580 W. SAHARA AVENUE<br>SUITE 200<br>LAS VEGAS, NV  89117 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/23/2006 |

<div align="center">**Addition**</div>

| | |
|---|---|
| RESIDENCE MORTGAGE CORPORATION<br>1055 N.W. MAPLE ST<br>STE 204<br>ISSAQUAH, WA  98027 | BROKER/INVESTOR CONTRACT<br>ABC TO RECEIVE PROCESSED FIRST AND SECOND LIEN APPLICATIONS<br>CONTRACT ID: 164-1.0<br>EFFECTIVE DATE:  8/24/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                     Case No.  **07-11051**
_____
                          Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RESIDENTIAL ACCEPTANCE NETWORK, INC.<br>12401 S 450 E<br># F 1<br>DRAPER, UT  84020 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/27/2006 |
| RESIDENTIAL ACCEPTANCE NETWORK, INC.<br>12401 S 450 E<br># F 1<br>DRAPER, UT  84020 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/6/2006 |
| RESIDENTIAL BANCORP | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| RESIDENTIAL FINANCE CORPORATION<br>401 N. FRONT STREET<br>STE 300<br>COLUMBUS, OH  43215 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/17/2006 |

<div align="center">Addition</div>

| | |
|---|---|
| RESIDENTIAL FINANCE SERVICES, INC.<br>515 MADISON AVENUE<br>NEW YORK, NY  10021 | MARKETING CONTRACT<br>BROKER<br>MORTGAGE BROKER AGREEMENT<br>CONTRACT ID: 11598-1.0<br>EFFECTIVE DATE: 3/6/2007 |
| RESIDENTIAL FINANCIAL SERVICES, INC<br>515 MADISON AVENUE<br>NEW YORK, NY  10021 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 3/6/2007 |
| RESIDENTIAL FUNDING CORP.<br>CAROL AMOS, MAILSTOP 03-06-65<br>ONE MERIDIAN CROSSINGS, #100<br>MINNEAPOLIS, MN  55423 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BJ |

<div align="center">Addition</div>

| | |
|---|---|
| RESIDENTIAL FUNDING CORPORATION<br>8400 NORMANDALE LAKE BLVD<br># 250<br>MINNEAPOLIS, MN  55437 | SERVICE AGREEMENT FOR RFC ASSETWISE SERVICE<br>EFFECTIVE DATE: 2/23/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RESIDENTIAL HOME FUNDING CORP<br>704 QUINCE ORCHARD RD 350<br>GAITHERSBURG, MD  20878 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/29/2006 |
| RESIDENTIAL HOME FUNDING CORP<br>704 QUINCE ORCHARD RD 350<br>GAITHERSBURG, MD  20878 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/10/2006 |
| RESIDENTIAL MORTGAGE SERVICES, INC<br>24 CHRISTOPHER TOPPI DRIVE<br>SPORTLAND, ME  04106 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/13/2006 |
| RESMAE<br>JACK MAYESH, CO-CEO<br>6 POINTE DR.<br>BREA, CA  92821 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/2/2006 |
| RESMAE<br>JACK MAYESH, CO-CEO<br>6 POINTE DR.<br>BREA, CA  92821 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 5/10/2006 |
| RESMAE<br>JACK MAYESH, CO-CEO<br>6 POINTE DR.<br>BREA, CA  92821 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 4/28/2006 |

**Addition**

| | |
|---|---|
| RESOURCE BANK<br>4429 BONNEY ROAD STE 200<br>VIRGINIA BEACH, VA  23462 | SECONDARY MARKETING CONTRACT<br>RESIDENTIAL MORTGAGE LOAN BROKER AGREEMENT |
| RESOURCE BANK, N.A.<br>4429 BONNEY ROAD STE 200<br>VIRGINIA BEACH, VA  23462 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2006 |
| RESOURCE LENDERS, INC.<br>7330 NORTH PALM AVENUE<br>SUITE 106<br>FRESNO, CA  93711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**

Debtor                                                                                   (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RESOURCE LENDERS, INC. 7330 NORTH PALM AVENUE SUITE 106 FRESNO, CA  93711 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 3/27/2007 |
| RESPOND.COM, INC. | MARKETING CONTRACT LEADS AGREEMENTS EFFECTIVE DATE: 10/20/2000 |

**Addition**

| | |
|---|---|
| RESPONSE MORTGAGE PROJECTS GROUP 534 BROADHOLLOW ROAD SUITE 275 MELVILLE, NY  11747 | VENDOR SERVICES AGREEMENT EFFECTIVE DATE: 5/4/2007 |
| RESPONSE MORTGAGE SERVICES, INC 22340 SALAMO RD WEST LINN, OR  97068 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 10/24/2006 |
| RESPONSE MORTGAGE SERVICES, INC 22340 SALAMO RD WEST LINN, OR  97068 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 10/17/2006 |

**Addition**

| | |
|---|---|
| RESPONSE MORTGAGE SERVICES, INC. 3380 146TH PLACE SE # 460 BELLEVUE, WA  98007 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT CONTRACT ID: 11167-1.0 EFFECTIVE DATE: 10/24/2006 |

**Addition**

| | |
|---|---|
| RESPONSE MORTGAGE SERVICES, INC. 3380 146TH PLACE SE # 460 BELLEVUE, WA  98007 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT MINI-BULK ADDENDUM CONTRACT ID: 11167-2.0 EFFECTIVE DATE: 10/17/2006 |
| RESTAURANT DANIEL | VENDOR CONTRACT SITE USE EFFECTIVE DATE: 3/9/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
                              Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RESULTS REALTORS<br>73 CAVALIER BLVD<br>STE 100<br>FLORENCE, KY  41042 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 7/28/2006 |
| RESULTS REALTORS<br>73 CAVALIER BLVD<br>STE 100<br>FLORENCE, KY  41042 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 3/10/2005 |
| RESUME MIRROR<br>300-10991 SHELLBRIDGE WAY<br>RICHMOND, BC  V6X 3C6 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/22/2006 |
| RESUME MIRROR<br>300-10991 SHELLBRIDGE WAY<br>RICHMOND, BC  V6X 3C6 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 5/15/2007 |
| RESUME MIRROR<br>300-10991 SHELLBRIDGE WAY<br>RICHMOND, BC  V6X 3C6 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 5/15/2007 |
| REUTERS AMERICA LLC<br>P.O. BOX 26803<br>NEW YORK, NY  10087-6803 | VENDOR CONTRACT<br>SOFTWARE |
| REUTERS AMERICA LLC<br>P.O. BOX 26803<br>NEW YORK, NY  10087-6803 | VENDOR CONTRACT<br>SOFTWARE |
| REUTERS AMERICA LLC<br>P.O. BOX 26803<br>NEW YORK, NY  10087-6803 | VENDOR CONTRACT<br>SOFTWARE |
| REUTERS AMERICA LLC<br>P.O. BOX 26803<br>NEW YORK, NY  10087-6803 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 5/10/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**

_____                           _____
                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

REUTERS AMERICA LLC (TELERATE)
3 TIMES SQUARE
NEW YORK, NY  10036

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE: 9/13/2006

**Addition**

REVAL, INC.
100 BROADWAY
22ND FLOOR
NEW YORK, NY  10005

VENDOR
SOFTWARE
SUBSCRIBER AGREEMENT
CONTRACT ID:  10054-1.0
EFFECTIVE DATE:  12/31/2004

REVERSE MORTGAGE SOLUTIONS, INC
2727 SPRING CREEK DRIVE
SPRING, TX  77373

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  6/12/2007

REXCO MAGNOLIA, L.L.C.
2518 SANTIAGO BOULEVARD
ORANGE, CA  92867

LEASE
OFFICE
8/5/2005 - 1/31/2011

**Addition**

RHONDA A. CROCKETT (CENTURY 21)
21 HIGHWAY 138
RIVERDALE, GA  30274

**Addition**

RHONDA A. CROCKETT (CENTURY 21)
21 HIGHWAY 138
RIVERDALE, GA  30274

COMMERCIAL DESK RENTAL

**Addition**

RHONDA A. CROCKETT (CENTURY 21)
21 HIGHWAY 138
RIVERDALE, GA  30274

MARKETING AND SERVICES AGREEMENT

RICHTREE ENTERPRISES, L.L.C. C/O RIM PACIFIC MANAGEMENT
BOX 51913
UNIT G
LOS ANGELES, CA  90051

LEASE
OFFICE
5/1/2005 - 4/30/2008

RICOH BUSINESS SYSTEMS
701 XENIA AVENUE SOUTH
GOLDEN VALLEY, MN  55416

COPIER CONTRACT
651-294-2600
8/23/2005 - 9/9/2008

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**

Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RICOH CORPORATION<br>735 MAIN STREET<br>MANTECA, CA  95336 | COPIER CONTRACT<br>463703<br>1/8/2007 - 9/8/2009 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  10/3/2005 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  9/11/2006 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  6/21/2006 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  6/21/2006 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  6/21/2006 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  6/21/2006 |
| RICOH CORPORATION<br>PO BOX 905269<br>CHARLOTTE, NC  28290 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  6/21/2006 |
| RICOH FINANCE CORP<br>6707 OLD DOMINION DRIVE<br>MCLEAN, VA  22101 | COPIER CONTRACT<br>301-517-4200<br>3/5/2005 - 4/14/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RICOH FINANCE CORP<br>21907 64TH AVENUE WEST<br>MOUNTLAKE TERRACE, WA  98043 | COPIER CONTRACT<br>503-636-7696<br>3/5/2005 - 4/6/2008 |
| RICOH FINANCE CORP<br>27499 RIVERVIEW CENTER BLVD<br>BONITA SPRINGS, FL  34134 | COPIER CONTRACT<br>404-2162830-000<br>3/5/2005 - 3/15/2008 |
| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 5<br>WITCHITA, KS  67212 | LEASE<br>OFFICE<br>1/7/2005 - 5/31/2008 |
| RIDGEVIEW PLAZA, LLC.<br>P.O. BOX 70399<br>RENO, NV  89570 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2010 |
| RIGGS- BANK MEPT<br>DEPT. 05899-04<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139 | LEASE<br>OFFICE<br>2/21/2003 - 5/31/2008 |
| RIGHT MORTGAGE COMPANY<br>106 B WEST HILL DRIVE<br>LEBANON, TN  37087 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2006 |
| RIM<br>295 PHILLIP STREET<br>WATERLOO, ON  N2L 3W8 | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE:  6/23/2003 |

**Addition**

| | |
|---|---|
| RISK MITIGATION GROUP, LLP<br>900 MONROE<br>SUITE 302<br>FT. WORTH, TX  76102 | CONSULTING AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

### Addition

| | |
|---|---|
| RITZ CARLTON NEW YORK<br>50 CENTRAL PARK SOUTH<br>NEW YORK, NY  10019 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID:  11292-2.0<br>EFFECTIVE DATE:  2/27/2007 |
| RITZ-CARLTON SPA AND GOLF RESORT-JAMAICA<br>2700 TIGERTAIL AVENUE<br>COCONUT GROVE, FL  33133 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  6/27/2006 |
| RIVER FUNDING CORPORATION<br>1580 HERITAGE BLVD<br>STE 200<br>WEST SALEM, WI  54669 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/14/2006 |
| RIVER PARK COMMONS, LLC<br>4612 WESTRIDGE AVENUE<br>FORT WORTH, TX  76116 | LEASE<br>OFFICE<br>10/1/2004 - 9/30/2009 |
| RIVER PARK EXECUTIVE SUITES<br>1000 TOWN CENTER DRIVE<br>SUITE 300<br>OXNARD, CA  93036 | LEASE<br>OFFICE<br>7/16/2007 - 1/15/2008 |
| RIVER PARK EXECUTIVE SUITES<br>1000 TOWN CENTER DRIVE<br>SUITE 300<br>OXNARD, CA  93036 | LEASE<br>OFFICE<br>7/16/2007 - 1/15/2008 |
| RIVERBED TECHNOLOGY (RACE)<br>17 BAARSTON ROAD<br>SUITE 401<br>GREAT NECK, NY  11021 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE:  3/9/2007 |
| RIVERPLACE HOTEL<br>1510 SW HARBOR WAY<br>PORTLAND, OR  97201 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/20/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RIVER'S EDGE MORTGAGE LLC<br>91 MAIN STREET<br>2ND FLOOR<br>MONROE, CT  06468 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/31/2007 |
| RIVERSIDE BANK OF THE GULF COAST<br>13761 NORTH CLEVELAND AVE<br>NORTH FORT MYERS, FL  33903 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/27/2005 |
| RIVERSIDE COUNTY ECONOMIC DEVELOPMENT AGENCY<br>5555 ARLINGTON AVENUE<br>RIVERSIDE, CA  92504 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/1/2006 |
| **Addition** | |
| RIVERSIDE MARRIOTT | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID:  11673-2.0<br>EFFECTIVE DATE:  5/31/2007 |
| RIVERSTONE RESIDENTIAL HELP, LLC DBA HELP REALTY<br>495 N. KELLER RD<br>SUITE 301<br>MAITLAND, FL  32751 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 8/15/2005 |
| **Addition** | |
| RIVERVIEW HOMES<br>5 HORSESHOE TRAIL<br>NEW BRAUNFELS, TX  78132 | MARKETING AND SERVICES AGREEMENT |
| RIVERWALK CROSSING, L.L.C.<br>P. O. BOX 1147<br>JENKS, OK  74037 | LEASE<br>SHOPPING CENTER<br>6/15/2005 - 6/30/2008 |
| **Addition** | |
| RJS SOFTWARE SYSTEMS<br>PO BOX 1408<br>BURNSVILLE, MN  55337 | SOFTWARE LICENSE AGREEMENT |
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA  30384-2406 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 2/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

_____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA  30384-2406 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 5/23/2006 |
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA  30384-2406 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 8/4/2006 |
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA  30384-2406 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 11/21/1995 |
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA  30384-2406 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 2/8/2007 |
| RMIC CORPORATION<br>PO BOX 402406<br>ATLANTA, GA  30384-2406 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 4/9/2007 |
| RMK FINANCIAL CORP.<br>4012 GRAND AVENUE<br>STE E<br>CHINO, CA  91710 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/10/2006 |
| RMS & ASSOCIATES<br>3585 E. FLAMINGO RD<br>STE 103<br>LAS VEGAS, NV  89121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/28/2006 |
| ROANOKE HOME TEAM LLC, C/O ALLEGIANCE REALTY PARTNERS, LLC<br>1354 OLD BRIDGE ROAD<br>SUITE 201<br>WOODBRIDGE, VA  22192 | LEASE<br>DESK RENTAL<br>6/1/2006 - 12/31/2016 |
| ROBBINS AND FARROW, LLC<br>1022 TOCOBAGA LANE<br>SARASOTA, FL  34236 | LEASE<br>OFFICE<br>11/15/2004 - 11/14/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ROBERT HALF INTERNATIONAL INC.<br>5735 W. LAS POSITAS BLVD<br>SUITE 1<br>PLEASANTON, CA  94588 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/6/2007 |
| ROBERT L. NANCE<br>426 ROXBORO<br>HAW RIVER, NC  27258 | LEASE<br>OFFICE<br>3/1/2004 - 2/29/2008 |
| ROBINSON COURT ASSOCIATES<br>4839 CAMPBELLS RUN ROAD<br>PITTSBURGH, PA  15205 | LEASE<br>SHOPPING CENTER<br>1/3/2005 - 1/31/2010 |
| ROCKAWAY BEACH FINANCIAL CORPORATION<br>205 ROCKAWAY BEACH AVE<br># 6<br>PACIFICA, CA  94044 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/20/2006 |
| ROCKLAND TRUST COMPANY<br>288 UNION ST<br>ROCKLAND, MA  02370 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/24/2006 |
| ROCKY GAP LODGE AND GOLF RESORT<br>16701 LAKEVIEW ROAD NE<br>FLINTSTONE, MD  21530 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/30/2006 |
| ROCKY MOUNTAIN BANK<br>2515 FOOTHILL BLVD<br>ROCK SPRINGS, WY  82902 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/11/2006 |
| ROCKY MOUNTAIN MORTGAGE SPECIALISTS, INC<br>7075 S. ALTON WAY<br>CENTENNIAL, CO  80112 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/25/2006 |
| ROCKY MOUNTAIN MORTGAGE SPECIALISTS, INC<br>7075 S. ALTON WAY<br>CENTENNIAL, CO  80112 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/25/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No.  **07-11051**

(if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

ROCKY MOUNTAIN MORTGAGE SPECIALISTS, INC.
7075 S. ALTON WAY
CENTENNIAL, CO  80112

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
MORTGAGE LOAN PURCHASE AGREEMENT ADDENDUM
CONTRACT ID: 11096-2.0
EFFECTIVE DATE: 9/25/2006

*Addition*

ROCKY MOUNTAIN MORTGAGE SPECIALISTS, INC.
7075 S. ALTON WAY
CENTENNIAL, CO  80112

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11096-1.0
EFFECTIVE DATE: 9/25/2006

RONALD KOREN
530 CONANT STREET
JOLIET, IL  60435

LEASE
OFFICE
11/1/2005 - 10/31/2008

*Addition*

ROOT MARKETS, INC.
401 W. 26TH STREET
NEW YORK, NY

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 11790-1.0
EFFECTIVE DATE: 6/15/2007

ROSE ROCK BANK
10900 HEFNER POINTE DR.
STE 300
OKLAHOMA CITY, OK  73120

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 2/14/2006

ROSE ROCK BANK
10900 HEFNER POINTE DR.
STE 300
OKLAHOMA CITY, OK  73120

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/26/2007

ROSS MORTGAGE CORPORATION
27862 WOODWARD AVENUE
ROYAL OAK, MI  48067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 4/10/2006

*Addition*

ROYAL CROWN BANCORP
29400 KOHOUTEK CT.
UNION CITY, CA  94587

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 10863-1.0
EFFECTIVE DATE: 7/25/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No. **07-11051**
_____
Debtor                                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ROYAL OAKS GROUP<br>1210 TRINITY ROAD<br>SUITE 102<br>RALEIGH, NC  27615 | LEASE<br>DESK RENTAL/MSA<br>8/30/2006 - 12/31/2016 |
| RPI OUTSOURCING SERVICES<br>23 EAST 39TH STREET<br>NEW YORK, NY  10016 | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING<br>EFFECTIVE DATE: 5/17/2007 |
| RPI OUTSOURCING SERVICES<br>23 EAST 39TH STREET<br>NEW YORK, NY  10016 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/6/2007 |
| RPI OUTSOURCING SERVICES<br>23 EAST 39TH STREET<br>NEW YORK, NY  10016 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/13/2007 |
| RPI OUTSOURCING SERVICES<br>23 EAST 39TH STREET<br>NEW YORK, NY  10016 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/13/2007 |
| RSF, LLC C/O PLAZA DEL RIO<br>9401 W. THUNDERBIRD RD<br>SUITE 200<br>PEORIA, AZ  85381 | LEASE<br>OFFICE<br>2/1/2006 - 1/31/2011 |
| RTP FEDERAL CREDIT UNION<br>PO BOX 12807<br>RPT, NC  27709 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 8/25/2005 |
| RTP FEDERAL CREDIT UNION (PURCHASER)<br>PO BOX 12807<br>RPT, NC  27709 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CW<br>CONTRACT DATE: 25-AUG-05 |
| RUBICON PROPERTY MGMT. C/O FIVE STAR BANK - NATOMAS<br>2400 DEL PASO ROAD<br>SUITE 100<br>SACRAMENTO, CA  95834 | LEASE<br>OFFICE<br>2/15/2007 - 4/30/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

<div align="center">Debtor                                                                    (if known)</div>

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RUBY MORTGAGE GROUP, INC. 1212 SOUTH ANDREWS AVE # 202 TARPON VILLAGE PLAZA FT. LAUDERDALE, FL  33316 | MARKETING CONTRACT BROKER EFFECTIVE DATE: 4/13/2007 |
| RUDDER REALTY LLC | MARKETING CONTRACT DESK RENTALS |
| RUOFF MORTGAGE COMPANY, INC 1110 E OUPONT RD FT WAYNE, IN  46825 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 8/15/2006 |

<div align="center">**Addition**</div>

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. |
|---|---|
| RUOFF MORTGAGE COMPANY, INC. 1110 E. DUPONT RD FT. WAYNE, IN  46825 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT CONTRACT ID: 10940-1.0 EFFECTIVE DATE:  8/15/2006 |
| RUSSEL GRAPPONE 20 BATTERY PARK AVENUE SUITE 303 ASHEVILLE, NC  28801 | LEASE DESK RENTAL 10/25/2006 - 12/31/2019 |
| RYLAN, INC. 7325 HIGHBLUFF CT. CONCORD, OH  44077 | LEASE OFFICE 1/1/2005 - 12/31/2010 |

<div align="center">**Addition**</div>

| | |
|---|---|
| RYLAND MORTGAGE COMPANY 6300 CANOGA AVE 14TH FL WOODLAND HILLS, CA  91367 | BROKER/INVESTOR CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT MORTGAGE BROKER AGREEMENT CONTRACT ID:  11136-1.0 EFFECTIVE DATE:  9/25/2006 |
| S F& C INSURANCE ASSOCIATES, INC. | MARKETING CONTRACT MARKETING AND SERVICES EFFECTIVE DATE: 7/18/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____

Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| S ROBERT AUGUST & COMPANY<br>5555 DTC PARKWAY<br>STE D2000<br>GREENWOD VILLAGE, CO  80111 | MARKETING CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 7/23/2004 |
| S ROBERT AUGUST & COMPANY<br>5555 DTC PARKWAY<br>STE D2000<br>GREENWOD VILLAGE, CO  80111 | MARKETING CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 6/28/2007 |
| S.A.S AIRPORT, LTD<br>1923-1/2 WEST ALEXIS ROAD<br>TOLEDO, OH  43613 | LEASE<br>SHOPPING CENTER<br>1/9/2004 - 1/8/2009 |
| S.T.G. SALES, INC.<br>620 E ALTAMONTE<br>ALTAMONTE SPRINGS, FL  32701 | LEASE<br>SHOPPING CENTER<br>2/1/2004 - 1/31/2009 |
| SACRAMENTO VALLEY MORTGAGE CORP<br>5207 SUNRISE BLVD<br>#200<br>FAIR OAKS, CA  95628 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/16/2006 |

**Addition**

| | |
|---|---|
| SAFEGUARD PRIVACY PROTECTION SERVICES, INC. | VENDOR<br>FACILITIES (DATA DECONSTRUCTION)<br>SERVICES AGREEMENT<br>CONTRACT ID:  11226-1.0<br>EFFECTIVE DATE:  2/27/2004 |
| SAI SPORTS MANAGEMENT, INC<br>3150 HILLTOP MOALL ROAD, STE #19<br>RICHMOND, CA  94806 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  10/1/2005 |

**Addition**

| | |
|---|---|
| SAI SPORTS MANAGEMENT, INC.<br>3150 HILLTOP MALL RD<br>#19<br>RICHMOND, CA  94806 | MARKETING CONTRACT<br>MORTGAGE AND SERVICE AGREEMENT<br>CONTRACT ID:  11129-1.0<br>EFFECTIVE DATE:  10/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor</div>                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SAI SPORTS MGMT<br>3150 HILLTOP MOALL ROAD, STE #19<br>RICHMOND, CA  94806 | LEASE<br>MSA<br>10/1/2005 - 12/31/2016 |
| **Addition** | |
| SALT LICK DEPOSIT BANK<br>2350 REGENCY RD<br>LEXINGTON, KY  40503 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11097-1.0<br>EFFECTIVE DATE: 10/5/2006 |
| **Addition** | |
| SALVATION ARMY<br>179 LITTLE LAKE DR<br>ANN ARBOR, MI  48103 | REGISTRATION & PAYMENT |
| SALVATORE RIGGI AND ANGELA RIGGI<br>18 SOUTH BAYNARD LANE<br>MAHWAH, NJ  07430 | LEASE<br>SHOPPING CENTER<br>4/15/2005 - 4/30/2008 |
| **Addition** | |
| SAN BERNADINO HOME FINANCE PROGRAM | SECONDARY MARKETING CONTRACT<br>LENDER APPLICATION<br>CONTRACT ID: 10355-1.0 |
| SAN BERNANDINO HOME FINANCE PROGRAM | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  9/9/2005 |
| SAN DIEGO SOUTHLAND EQUITIES, LTD<br>4320 LA JOLLA VILLAGE DR<br>STE 170<br>SAN DIEGO, CA  92122 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/21/2006 |
| SAN DIEGO SOUTHLAND EQUITIES, LTD<br>4320 LA JOLLA VILLAGE DR<br>STE 170<br>SAN DIEGO, CA  92122 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/27/2007 |
| SAN MATEOVENTURE, INC. DBA KELLY WILLIAMS REALTY<br>1528 S. EL CAMINO REAL<br>SAN MATEO, CA  94402 | LEASE<br>MSA<br>3/12/2007 - 3/11/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                                    Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SAN MATEOVENTURE, INC. DBA KELLY WILLIAMS REALTY<br>1528 S. EL CAMINO REAL<br>SAN MATEO, CA  94402 | LEASE<br>OFFICE<br>3/12/2007 - 3/11/2008 |
| SANDAB COMMUNICATIONS II, L.P. D/B/A WQRC-FM AND WOCN-FM | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/5/2006 |

Addition

| | |
|---|---|
| SANDLER-KAHNE SOFTWARE, INC.<br>7731 TUCKERMAN LN<br>#120<br>POTOMAC, MD  20854 | MAINTENANCE & SUPPORT AGREEMENT |
| SANDY SPRING MORTGAGE<br>9112 GULIFORD RD.<br>COLUMBIA, MD  21046 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  9/8/2003 |

Addition

| | |
|---|---|
| SANDY SPRINGS BANK<br>9112 GUIFORD ROAD<br>SUITE 2<br>COLUMBIA, MA  21046 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>CONTRACT ID:  11466-1.0 |
| SANTA CRUZ HOME FINANCE<br>1535 SEABRIGHT AVENUE<br>SANTA CRUZ, CA  95062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/14/2006 |
| SANTA CRUZ MORTGAGE COMPANY<br>5200 SOQUEL AVE<br>#102<br>SANTA CRUZ, CA  95062 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  12/22/2005 |
| SARDI'S RESTAURANT<br>234 WEST 44ND ST<br>NEW YORK, NY  10036 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/20/2007 |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                                              Case No.  **07-11051**

                                        Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>ADVERTISING |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  7/18/2005 |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/19/2006 |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/23/2006 |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  1/31/2007 |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>ADVERTISING |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  2/13/2007 |
| SAS INSTITUTE INC.<br>PO BOX 406922<br>ATLANTA, GA  30384-6922 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  4/26/2007 |

Addition

| | |
|---|---|
| SAS INSTITUTE INC. ("SAS")<br>SAS CAMPUS DR<br>CARY, NC  27513 | VENDOR<br>SOFTWARE<br>SERVICES SUPPLEMENT #2 TO MASTER LICENSE AGREEMENT (SIGNED PRIOR TO LEGAL REVIEW)<br>CONTRACT ID:  10055-1.1<br>EFFECTIVE DATE:  4/19/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| SAS INSTITUTE INC. ("SAS")<br>SAS CAMPUS DR<br>CARY, NC  27513 | VENDOR<br>SOFTWARE<br>SUPPLEMENT #5 (TO EXISTING AGREEMENT) FOR CONSULTING AGREEMENTS<br>CONTRACT ID:  1055-7.0<br>EFFECTIVE DATE:  4/26/2007 |
| | **Addition** |
| SAS INSTITUTE INC. ("SAS")<br>SAS CAMPUS DR<br>CARY, NC  27513 | VENDOR<br>SOFTWARE<br>SUPPLEMENT EXISTING MASTER AGREEMENT FOR 3 DAYS OF CONSULTANCY SERVICES ON A TIME AND MATERIAL BASIS<br>CONTRACT ID:  10055-2.1<br>EFFECTIVE DATE:  6/23/2006 |
| | **Addition** |
| SAS INSTITUTE INC. ("SAS")<br>SAS CAMPUS DR<br>CARY, NC  27513 | VENDOR<br>SOFTWARE<br>MASTER LICENSE AGREEMENT<br>CONTRACT ID:  10055-1.0<br>EFFECTIVE DATE:  7/18/2005 |
| | **Addition** |
| SAS INSTITUTE INC. ("SAS")<br>SAS CAMPUS DR<br>CARY, NC  27513 | VENDOR<br>ADVERTISING<br>SOFTWARE EVALUATION AGREEMENT (LICENSE FOR LIMITED TERM)<br>CONTRACT ID:  10055-4.0<br>EFFECTIVE DATE:  1/31/2007 |
| SATELLITE 600 OWNER CORP.<br>P.O. BOX 116018<br>ATLANTA, GA  30368-6018 | LEASE<br>OFFICE<br>8/1/2002 - 7/31/2008 |
| SAVIN BANK AND TRUST COMPANY<br>8455 KEYSTONE CROSSING DR<br>INDIANAPOLIS, IN  46240 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/16/2006 |
| SAVINGS PATH, INC.<br>1100 TOWN & COUNTRY RD STE 480<br>ORANGE, CA  92868 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  1/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**            Case No. **07-11051**

           Debtor            (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SAVINGS PATH, INC.<br>1100 TOWN & COUNTRY RD STE 480<br>ORANGE, CA  92868 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/6/2004 |
| SAWMILL PROPERTIES, LLC<br>C/O CUMBEST PROPERTIES, INC<br>P.O. BOX 851256<br>MOBILE, AL  36685 | LEASE<br>OFFICE<br>1/21/2006 - 1/31/2009 |
| SAXON BUSINESS SYSTEMS<br>1060 MAITLAND CNTR COMMONS<br>230<br>MAITLAND, FL  32751 | COPIER CONTRACT<br>221354<br>4/30/2005 - 5/2/2008 |
| SAXON MORTGAGE, INC<br>4708 MERCANTILE DRIVE NORTH<br>FORT WORTH, TX  76137-3605 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/18/2007 |
| SAXON MORTGAGE, INC<br>4708 MERCANTILE DRIVE NORTH<br>FORT WORTH, TX  76137-3605 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 5/14/2007 |
| SCHMIDT MORTGAGE COMPANY<br>20545 CENTER RIDGE RD<br>#200<br>ROCKY RIVER, OH  44116 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/10/2006 |
| SCHOOLHOUSE PLAZA SHOPPING CENTER<br>PO BOX 8000<br>DEPT 016<br>BUFFALO, NY  14267 | LEASE<br>SHOPPING CENTER<br>11/1/2002 - 10/31/2007 |
| SCHWARTZ AND ASSOCIATES | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/22/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                    _____
Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SEARCHLOAN.COM
66 E WADSWORTH PARK
STE 203
DRAPER, UT  84020

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE: 1/18/2002

**Addition**

SEATTLE MORTAGE
1800 112TH AVE N.E. STE 300
BELLEVUE, WA  98004

SECONDARY MARKETING CONTRACT
REVERSE MORTAGE CORRESPONDENT AGREEMENT
EFFECTIVE DATE: 9/15/2006

SEATTLE MORTGAGE COMPANY
14201 SE PETROVITSKY RD A3-318
RENTON, WA  98058

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 9/15/2003

SEAWAY COMMUNITY BANK
1960 FRED MOORE HWY
ST CLAIR, MI  48079

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/14/2006

SEBRING CAPITAL

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE: 3/15/2004

SECONDARY MARKETING EXECUTIVE
P.O. BOX 2180
WATERBURY, CT  06722-2180

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 3/13/2006

SECURED BANKERS MORTGAGE COMPANY
14761 CALIFA STREET
VAN NUYS, CA

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 9/21/2005

**Addition**

SECURITAS
7004 SECURITY BLVD
STE 200
BALTIMORE, M.  21244

SECURITY SERVICES AGREEMENT
EFFECTIVE DATE: 10/29/2004

SECURITAS SECURITY SERVICES USA, INC.
12672 COLLECTIONS CENTER DR.
CHICAGO, IL  60693

VENDOR CONTRACT
FACILITIES (SECURITY)
EFFECTIVE DATE: 12/29/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SECURITAS SECURITY SERVICES USA, INC.
12672 COLLECTIONS CENTER DR.
CHICAGO, IL  60693

VENDOR CONTRACT
FACILITIES (SECURITY)
EFFECTIVE DATE: 2/6/2006

**Addition**

SECURITY BANK AND TRUST
131 N. 6TH
PARIS, T.  81501

MARKETING CONTRACT
LOAN PROCESSING AGREEMENT
CONTRACT ID:  10443-1.0
EFFECTIVE DATE:  10/18/2001

**Addition**

SECURITY CONNECTIONS, INC.
1935 INTERNATIONAL WAY
IDAHO FALLS, ID  83402

VENDOR
PROCESSING/SERVICING
PROCESSING AGREEMENT
CONTRACT ID:  11797-1.0
EFFECTIVE DATE:  8/1/2005

SECURITY MORTGAGE CORP.
9901 LANGS RD
BALTIMORE, MD  21220

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  12/14/2004

**Addition**

SECURITY MORTGAGE, INC.
15 SPINNING WHEEL RD.
STE 410
HINSDALE, IL  60521

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10943-1.0
EFFECTIVE DATE:  8/1/2006

**Addition**

SECURITY NATIONAL MORTAGE COMPANY
5300 S 3600 WEST STE 150
MURRAY, UT  84123

SECONDARY MARKETING CONTRACT
WHOLESALE BROKER AGREEMENT
EFFECTIVE DATE:  6/22/2007

SECURITY PACIFIC NATIONAL LENDING, INC
9045 HAVEN AVE.
#108
RANCHO CUCAMONGA, CA  91730

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE:  10/2/2006

SECURITY SAVINGS BANK, FSB
11599 RIDGEVIEW
OLATHE, KS  66061

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/31/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____                          _____
Debtor                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SECURITY STATE BANK
4415 71ST.
STE 11
LUBBOEK, TX  79424

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 3/15/2006

SEDGWICK COUNTY, KANSAS AND SHAWNEE COUNTY, KANSAS
PO BOX 2909
WICHITA, KS  67201

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 9/2/2004

SEDONA RED ROCK JEEP TOURS

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  2/22/2006

Addition

SEEANYHOUSE.COM
1 W WALLING DRIVE
ST. LOUIS, M.  63141

CEASE AND DESIST LETTER
EFFECTIVE DATE:  6/12/2006

SEI- SOUTH EASTERN INDIANA REAL ESTATE
9969 SR 56
AURORA, IN  47001

LEASE
DESK RENTAL
1/1/2003 - 12/31/2016

SELECT SEARCH
5 EAST COLLEGE DRIVE
STE 100
ARLINGTON HEIGHTS, IL  60004

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  4/13/2007

Addition

SEMANTICSPACE TECHNOLOGIES, LTD.
100 PACIFICA
STE 270
IRVINE, CA  92618

EMPLOYEE TECHNOLOGY AND COFIDENTIALITY AGREEMENT

Addition

SEMANTICSPACE TECHNOLOGIES, LTD.
100 PACIFICA
STE 270
IRVINE, CA  92618

OFFSHORE SERVICES AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                             Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

                                         Addition

SENTURE LLC                              NDA/CONFIDENTIAL CONTRACT
460 INDUSTRIAL BLVD.                     CONFIDENTIAL
LONDON, K.  40741                        MUTUAL CONFIDENTIALITY AGREEMENT
                                         CONTRACT ID: 11576-1.0
                                         EFFECTIVE DATE: 4/17/2007


SENTURE, LLC                             NDA/CONFIDENTIAL CONTRACT
460 INDUSTRIAL BLVD.                     CONFIDENTIAL
LONDON, KY  40741                        EFFECTIVE DATE: 4/17/2007


SENVENLOAN.COM                           MARKETING CONTRACT
                                         MARKETING AND SERVICES
                                         EFFECTIVE DATE: 9/19/2000


SEQUOIA INVESTMENTS XIV, LLC             LEASE
P.O. BOX 1028                            OFFICE
EUREKA, CA  95502-1028                   6/1/2004 - 8/31/2009

                                         Addition

SERENA SOFTWARE, INC                     PRICE QUOTATION LETTER OF AGREEMENT
P.O. BOX 201448                          EFFECTIVE DATE: 12/8/2006
DALLAS, TX  75320-1448

                                         Addition

SERENA SOFTWARE, INC                     PRICE QUOTATION LETTER OF AGREEMENT
P.O. BOX 201448                          EFFECTIVE DATE: 7/9/2007
DALLAS, TX  75320-1448

                                         Addition

SERENA SOFTWARE, INC                     VENDOR
2755 CAMPUS DRIVE                        SOFTWARE
3RD FLOOR                                SUPPLEMENTAL SOFTWARE LICENSE AND PROFESSIONAL
SAN MATEO, CA  94403                     SERVICES AGREEMENTS AND MODIFICATIONS TO ORIGINAL
                                         LICENSE
                                         CONTRACT ID: 504-1.0
                                         EFFECTIVE DATE:  4/14/2006

                                         Addition

SERENA SOFTWARE, INC                     VENDOR
3445 NW  211TH TERRACE                   SOFTWARE
HILLSBORO, OR  97124                     STATEMENT OF WORK FOR SERENA VERSION SOFTWARE
                                         CONTRACT ID: 504-2.0
                                         EFFECTIVE DATE: 6/30/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                            Debtor                                                                         (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SERENA SOFTWARE, INC.<br>P.O. BOX 201448<br>DALLAS, TX  75320-1448 | VENDOR CONTRACT<br>SOFTWARE |
| SERENA SOFTWARE, INC.<br>P.O. BOX 201448<br>DALLAS, TX  75320-1448 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 7/9/2007 |
| SERENA SOFTWARE, INC.<br>P.O. BOX 201448<br>DALLAS, TX  75320-1448 | VENDOR CONTRACT<br>SOFTWARE |
| SERENA SOFTWARE, INC.<br>P.O. BOX 201448<br>DALLAS, TX  75320-1448 | VENDOR CONTRACT<br>SOFTWARE |
| SERENA SOFTWARE, INC.<br>P.O. BOX 201448<br>DALLAS, TX  75320-1448 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  6/30/2005 |
| SERENA SOFTWARE, INC.<br>P.O. BOX 201448<br>DALLAS, TX  75320-1448 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 4/14/2006 |
| **Addition** | |
| SERVICEMAGIC, INC<br>1675 BROADWAY<br>DENVER, CO  80202 | ADDENDUM TO  SERVICEMAGIC SERVICE PROFESSIONAL AGREEMENT<br>EFFECTIVE DATE:  3/1/2004 |
| **Addition** | |
| SERVICEMAGIC, INC<br>1675 BROADWAY<br>DENVER, CO  80202 | NON-DSCLOSURE AGREEMENT<br>EFFECTIVE DATE: 4/1/2004 |
| SEVERN SAVINGS BANK<br>1919 A WEST ST<br>ANNAPOLIS, MD  21401 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/8/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**
_____
                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SEVERN SAVINGS BANK<br>1919 A WEST ST<br>ANNAPOLIS, MD  21401 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |
| SF&C INSURANCE ASSOCIATES, INC.<br>7400 YOULE RD.<br>TOWSON, MD  27204 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 9/21/2005 |
| SFC INVESTORS, LLC<br>ATTN: JACK HALL JR.<br>PO BOX 16935<br>SAVANNAH, GA  31406 | LEASE<br>OFFICE<br>11/9/2003 - 11/30/2008 |
| SGB CORPORATION<br>5655 SOUTH YOSEMITE STREET<br>SUITE 460<br>GREENWICH VILLAGE, CO  80111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/27/2006 |

**Addition**

| | |
|---|---|
| SHAHEEN & ASSOCIATES, INC.<br>37 MAPLE AVENUE<br>ARMONK, NY  10504 | HOTEL AGREEMENT<br>EFFECTIVE DATE: 8/16/2004 |
| SHARE PLUS FEDERAL BANK<br>5224 WEST PLANO PARKWAY<br>PLANO, TX  75093-5005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/26/2006 |
| SHARED PATH FINANCIAL GROUP, LLC<br>1110 PINELLAS BAYWAY SOUTH<br>ST. PETERSBURG, FL  33715 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/24/2007 |
| SHASTA FINANCIAL SERVICES, INC DBA FIRST CAPITAL MORTGAGE<br>3141 DWIGHT RD.<br>STE 400<br>ELK GROVE, CA  95758 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/3/2006 |
| SHEARTON CITY CENTRE HOTEL | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 5/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**
_____
                        Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| SHELTER MORTGAGE COMPANY, LLC<br>3350 NORTHLAKE PARKWAY<br>SUITE B<br>ATLANTA, GA  30345 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/13/2006 |
| | **Addition** |
| SHERATON BOSTON HOTEL<br>39 DALTON ST.<br>BOSTON, MA  2199 | HOTEL AGREEMENT<br>EFFECTIVE DATE: 10/19/2007 |
| SHERATON CHICAGO NORTHWEST<br>3400 WEST EUCLID AVE<br>ARLINGTON HEIGHTS, IL  60005 | VENDOR CONTRACT<br>SITE USE |
| | **Addition** |
| SHERATON CHICAGO NORTHWEST HOTEL<br>3400 WEST EUCLID AVENUE<br>ARLINGTON HEIGHTS, IL  60005 | HOTEL AGREEMENT<br>EFFECTIVE DATE: 12/29/2005 |
| | **Addition** |
| SHERATON CITY CENTRE (SALT LAKE CITY)<br>150 WEST 500 SOUTH<br>SALT LAKE CITY, UT  84101 | VENDOR<br>SITE USE<br>CATERING AGREEMENT<br>CONTRACT ID: 11425-1.0<br>EFFECTIVE DATE: 3/1/2007 |
| SHERATON CITY CENTRE HOTEL<br>150 WEST 500 SOUTH<br>SALT LAKE CITY, UT  84101 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/26/2006 |
| | **Addition** |
| SHERATON FOUR POINTS MINNEAPOLIS<br>1330 INDUSTRIAL BLVD<br>MINNEAPOLIS, MN  55413 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID: 11533-1.0<br>EFFECTIVE DATE: 3/22/2007 |
| SHERATON FT. LAUDERDALE AIRPORT HOTEL<br>1825 GRIFFIN ROAD<br>DANIA, FL  33004 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/10/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____                              _____
                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SHERATON GRAND SACRAMENTO<br>1230 J STREET<br>SACRAMENTO, CA  95814 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/9/2006 |
| SHERATON NEEDHAM HOTEL<br>100 CABOT STREET<br>NEEDHAM, MA  02494 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/21/2006 |

**Addition**

| | |
|---|---|
| SHERATON ORLANDO NORTH<br>600 N. LAKE DESTINY DR.<br>MAITLAND, F.  32751 | CATERING AGREEMENT<br>EFFECTIVE DATE:  3/27/2007 |
| SHERATON OVERLAND PARK | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  2/8/2006 |

**Addition**

| | |
|---|---|
| SHERATON PARSIPPANY<br>199 SMITH ROAD<br>PARSIPPANY, N.  7054 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID:  10663-1.0<br>EFFECTIVE DATE:  7/31/2006 |
| SHERATON PHOENIX AIRPORT<br>1600 S. 52ND STREET<br>TEMPE, AZ  85281 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/14/2007 |
| SHERATON WESTPORT HOTEL<br>PLAZA TOWER<br>900 WESTPORT PLAZA<br>ST. LOUIS, MO  63146 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  2/9/2006 |
| SHOPPES OF HAMPDEN<br>P.O. BOX 5967<br>HARRISBURG, PA  17110 | LEASE<br>RETAIL<br>9/15/2003 - 9/30/2008 |

**Addition**

| | |
|---|---|
| SHORE BANK<br>100 WEST MAIN STREET<br>SALISBURY, M.  21801 | MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  8/16/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                   Case No. **07-11051**
_____                          _____
                    Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| SHORE FINANCIAL SERVICES AND DBA UNITED WHOLESALE MORTGAGE<br>7705 ADAMS<br>#300<br>BIRMINGHAM, M.  48009 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11313-1.0<br>EFFECTIVE DATE: 11/27/2006 |
| SHORE FINANCIAL SERVICES DBA SHORE MORTGAGE AND DBA UNITED WHOLESALE MORTGAGE<br>7705 ADAMS<br>#300<br>BIRMINGHAM, M.  48009 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/27/2006 |
| SHOREHAM PL. C/O FEE MANAGEMENT<br>8304 CALIREMONT MESA BLVD.<br>SUITE 109<br>SAN DIEGO, CA  92111 | LEASE<br>OFFICE<br>4/6/2003 - 4/5/2008 |
| SHORENSTEIN REALITY PROPERTIES, LP<br>ONE SW COLUMBIA STREET<br>SUITE 300<br>PORTLAND, OR  97258 | LEASE<br>OFFICE<br>1/1/2007 - 12/31/2009 |

<div align="center">Addition</div>

| | |
|---|---|
| SHPS HUMAN RESOURCE SOLUTIONS, INC.<br>11405 BLUEGRASS PARKWAY<br>LOUISVILLE, K.  40299 | EMPLOYEE BENEFIT PLAN AND ADMINISTRATIVE SERVICES AGREEMENTS<br>EFFECTIVE DATE: 8/16/2006 |
| SIB MORTGAGE CORP. | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 3/21/2004 |
| SIBCY CLINE MORTGAGE SERVICES, INC<br>8044 MONTGOMERY ROAD<br>STE 301<br>CINCINNATI, OH  45236 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/12/2006 |
| SIERRA HOMES & PROPERTIES<br>10709 HWY 49 & 88<br>JACKSON, CA  95642 | LEASE<br>MSA W/ DESK<br>8/1/2006 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor                                                    (if known)</div>

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SIERRA HOMES CONSTRUCTION, INC.
2442 WEST 940 N
TREMONTON, UT  94337

LEASE
MSA
6/1/2006 - 12/31/2016

<div align="center">**Addition**</div>

SIERRA PACIFIC MORTAGE COMPANY INC
50 IRON POINT CIRCLE STE 200
FOLSOM, CA  95630

SECONDARY MARKETING CONTRACT
BROKER AGREEMENT

SIGMUND BALABAN & CO., LLP
44 WALL STREET
NEW YORK, NY  10005

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  10/24/2006

SIGNATURE AGENCY, INC. AND GE MOTOR CLUB, INC.
200 NORTH MARTINGALE ROAD
SCHAUMBURG, IL  60173

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  1/6/2006

SIGNATURE BANK
ATTENTION: DEBRA M. EANNEL
70 WEST 36TH STREET, 15TH FLOOR
NEW YORK, NY  10018

LOAN SALE/SERVICING AGREEMENT
SERVICING AGREEMENT
1.1 (J) BE
CONTRACT DATE:  4-MAR-04

SIGNATURE BANK
ATTENTION: DEBRA M. EANNEL
70 WEST 36TH STREET, 15TH FLOOR
NEW YORK, NY  10018

MARKETING CONTRACT
LOAN SALES, SERVICING/PROCESSING
EFFECTIVE DATE:  2/19/2004

SIGNATURE BANK
ATTENTION: DEBRA M. EANNEL
70 WEST 36TH STREET, 15TH FLOOR
NEW YORK, NY  10018

MARKETING CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  1/18/2007

SIGNATURE BANK
ATTENTION: DEBRA M. EANNEL
70 WEST 36TH STREET, 15TH FLOOR
NEW YORK, NY  10018

MARKETING CONTRACT
LOAN SALES, SERVICING/PROCESSING
EFFECTIVE DATE:  9/25/2006

SIGNATURE MORTGAGE CORPORATION
4790 DOUGLAS CIRCLE NW
CANTON, OH  44718

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/1/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                Case No.  **07-11051**
_____                                              _____
                    Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SILVER SPRING METRO PLAZA CO.
P.O. BOX 406949
ATLANTA, GA  30384-6949

LEASE
OFFICE
5/1/2005 - 4/30/2008

*Addition*

SIMONICH CORPORATION
3130 CROW CANNON PL
STE 170
SAN RAMON, C.  94583

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11098-1.0
EFFECTIVE DATE:  8/28/2006

SINCLAIR BROADCAST GROUP
45 BROADCAST PLAZA
DAYTON, OH  45408

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  9/20/2006

SINCLAIR COMMUNICATIONS (OWNER AND OPERATOR OF WNIX
RADIO
999 WATERSIDE DRIVE
STE 500
NORFOLK, VA  23510

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  6/19/2006

SISA INFORMATION SECURITY
13TH MAIN ROAD
HAL II STAGE
INDIRANAGAR
BANGALORE  560008
INDIA

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  2/26/2007

*Addition*

SISTERS OF CHARITY
2435 FOREST DRIVE
COLUMBIA, S.  29204

LENDER MARKETING AGREEMENT
PREFERRED LENDER
CONTRACT ID:  10126-2.0
EFFECTIVE DATE:  8/30/2005

*Addition*

SISTERS OF CHARITY
2435 FOREST DRIVE
COLUMBIA, S.  29204

MARKETING CONTRACT
LENDER MARKETING AGREEMENT
CONTRACT ID:  10126-1.0
EFFECTIVE DATE:  8/30/2005

SISTERS OF CHARITY PROVIDENCE HOSPITAL
2435 FOREST DRIVE
COLUMBIA, SC  29204

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  8/30/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SISTERS OF CHARITY PROVIDENCE HOSPITAL<br>2435 FOREST DRIVE<br>COLUMBIA, SC  29204 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/23/2006 |
| SISTERS OF CHARITY PROVIDENCE HOSPITALS<br>2435 FOREST DRIVE<br>COLUMBIA, SC  29204 | MARKETING CONTRACT<br>PREFERRED LENDER<br>EFFECTIVE DATE: 8/30/2005 |

**Addition**

| | |
|---|---|
| SITEL CORPORATION<br>7277 WORLD COMMUNICATIONS DRIVE<br>OMAHA, N.  68122 | CAMPAIGN SPECIFICATION<br>EFFECTIVE DATE: 10/25/2004 |
| SIUSLAW BANK | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 4/6/2004 |
| SIX COMMERCE DRIVE ASSOCS LLC<br>P.O. BOX 23229<br>NEWARK, NJ  07189 | LEASE<br>OFFICE<br>4/14/2000 - 4/30/2008 |
| SKAFF ENTERPRISES/MCPARLAND REALTY<br>621 MAIN STREET<br>SHREWSBURY, MA  01545 | LEASE<br>DESK RENTAL<br>4/1/2005 - 12/31/2016 |
| SKIHAWK FINANCIAL, INC.<br>422 E VERMIJO AVE<br>#413<br>COLORADO SPRINGS, CO  80903 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/14/2006 |
| SKIHAWK FINANCIAL, INC.<br>422 E VERMIJO AVE<br>#413<br>COLORADO SPRINGS, CO  80903 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 10/5/2005 |
| SKIHAWK FINANCIAL, INC.<br>422 E VERMIJO AVE<br>#413<br>COLORADO SPRINGS, CO  80903 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 9/29/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SKIHAWK FINANCIAL, INC.<br>422 E VERMIJO AVE<br>#413<br>COLORADO SPRINGS, CO  80903 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/14/2005 |
| SKY INVESTMENTS, INC<br>270 SW NATURA AVE.<br>DEERFIELD BEACH, FL  33441 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/12/2007 |
| SKYLINE MORTGAGE GROUP, LLC<br>1889 PRESTON WHITE DRIVE<br>STE 103<br>RESTON, VA  20191 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  2/23/2005 |
| SKYLINE MORTGAGE GROUP, LLC<br>1889 PRESTON WHITE DRIVE<br>STE 103<br>RESTON, VA  20191 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 1/12/2006 |
| SKYPARK RPR ASSOCIATES II<br>2780 SKYPARK DRIVE<br>SUITE 475<br>TORRANCE, CA  90505 | LEASE<br>OFFICE<br>11/1/2004 - 10/31/2008 |
| SLO, LLO<br>4621 PONCE DE LEON BLVD<br>4S PRODUCTS BUILDING<br>CORAL GABLES, FL  33134 | LEASE<br>OFFICE<br>7/6/2007 - 7/8/2012 |
| SMII/TRP PROPERTIES, LP C/O TRANSWESTERN PROPERTIES<br>14180 DALLAS PARKWAY<br>SUITE 305<br>DALLAS, TX  75254 | LEASE<br>OFFICE<br>1/1/2004 - 6/30/2009 |

**Addition**

| | |
|---|---|
| SMITH REALTY<br>2465C NICHOLASVILLE RD<br>LEXINGTON, KY  40503 | COMMERCIAL DESK RENTAL |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No. **07-11051**

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SMITHKLINE BEECHAM, PLC C/O JOES LANG LASALLE AMERICAS, INC<br>153 EAST 53RD STREET<br>NEW YORK, NY  10022 | LEASE<br>OFFICE<br>12/1/2006 - 4/29/2015 |

**Addition**

| | |
|---|---|
| SMS SETTLEMENT SERVICES, INC<br>1004 WEST TAFT AVENUE<br>ORANGE, CA  92865-1121 | MASTER AGREEMENT<br>EFFECTIVE DATE:  8/25/2005 |
| SN CAPITAL MARKETS | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| SN CAPITAL MARKETS | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/29/2007 |
| SOCIETE GENERALE<br>1221 AVENUE OF AMERICAS<br>NEW YORK, NY  10020 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE:  10/16/2006 |
| SOFITEL MINNEAPOLIS<br>5604 WEST 78TH STREET<br>BLOOMINGTON, MN  55439 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/16/2005 |

**Addition**

| | |
|---|---|
| SOFTHEON, INC<br>1393 VETERANS MEMORIAL HIGHWAY<br>HAUPPAUGE, NY  11788 | SOFTWARE MAINTENANCE AGREEMENT |
| SOLLEN TECHNOLOGIES, LLC<br>12750 MERIT DRIVE<br>SUITE 1020<br>DALLAS, TX  75251 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  11/7/2005 |
| SOLUTIONS 1 MORTGAGE CORP<br>14 BANKSTOWN RD<br>WEAVERVILLE, NC  28787 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  10/28/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SOLUTIONS FUNDING, INC.
17W662 BUTTERFIELD RD
#306
OAKBROOK TERRACE, IL  60181

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/30/2005


SONYMA
641 LEXINGTON AVE
NEW YORK, NY  10022

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 9/1/1997

**Addition**

SOURCE USA MORTGAGE CORP
101 13 LEFFERTS BLVD
RICHMOND HILL, N.  11419

MARKETING CONTRACT
MORTGAGE BROKER AGREEMENT
CONTRACT ID:  10384-1.0
EFFECTIVE DATE:  6/1/2005


SOURCE USA MORTGAGE, CORP.
101 13 LEFFERTS BLVD
RICHMOND HILL, NY  11419

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  5/4/2006


SOURCE USA MORTGAGE, CORP.
101 13 LEFFERTS BLVD
RICHMOND HILL, NY  11419

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  6/1/2005


SOUTH ATLANTIC MORTGAGE CORP
7205 CORPORATE CENTER DR
#411
MIAMI, FL  33126

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/31/2006


SOUTH BEACH INVESTMENT REALTY
1680 MERIDAN
SUITE 102
MIAMI BEACH, FL  33139

LEASE
MSA
6/1/2007 - 11/30/2007


SOUTH BEACH INVESTMENT REALTY
1680 MERIDAN, STE 102
MIAMI BEACH, FL  33139

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  6/1/2007


SOUTH CAROLINA CHIROPRACTIC ASSOCIATION
PO BOX 1763
COLUMBIA, SC  29202

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  8/24/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

                                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

SOUTH CAROLINA CHIROPRACTIC ASSOCIATION
PO BOX 1763
COLUMBIA, SC  29202

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 3/23/2006

*Addition*

SOUTH CAROLINA HOUSING FINANCE AND DEVELOPMENT
AUTHORITY
919 BLUFF RD
COLUMBIA, SC  29201

SECONDARY MARKETING CONTRACT
MORTAGE PURCHASE AGREEMENT

*Addition*

SOUTH CAROLINA HOUSING FINANCE AND DEVELOPMENT
AUTHORITY
919 BLUFF RD
COLUMBIA, SC  29201

SECONDARY MARKETING CONTRACT
SECRETARYS CERTIFICATE

*Addition*

SOUTH CAROLINA HOUSING FINANCE AND DEVELOPMENT
AUTHORITY
919 BLUFF RD
COLUMBIA, SC  29201

SECONDARY MARKETING CONTRACT
HOMEOWNERSHIP MORTAGE PURCHASE PROGRAM LENDER
APPPLICATION

SOUTH CAROLINA STATE HOUSING AUTHORITY
919 BLUFF RD
COLUMBIA, SC  29201

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 9/21/2004

SOUTH CAROLINA STATE HOUSING FINANCE AND DEVELOPMENT
AUTHORITY
919 BLUFF RD
COLUMBIA, SC  29201

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 5/11/2007

SOUTH DAKOTA HOUSING DEVELOPMENT AUTHORITY
P.O. BOX 1237
PIERRE, SD  57501

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 12/31/2005

SOUTH DAKOTA HOUSING DEVELOPMENT AUTHORITY
P.O. BOX 1237
PIERRE, SD  57501

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE: 7/11/2007

*Addition*

SOUTH EAST BANK AND TRUST
1878 S. CONGRESS PARKWAY
ATHENS, T.  37303

LOAN SALE AGREEMENT
EFFECTIVE DATE: 10/10/2001

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion
on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is
executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing
additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                           Case No.  **07-11051**
_____                    _____
                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

SOUTH EAST BANK AND TRUST
1878 S. CONGRESS PARKWAY
ATHENS, TN  37303

PROCESSING AGREEMENT
EFFECTIVE DATE:  4/3/2002


SOUTH FLORIDA REAL ESTATE GUIDE

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE:  11/20/2006


SOUTH PACIFIC FINANCIAL CORPORATION
10737 LAUREL STREET STE 200
RANCHO CUCAMONGA, CA  91730

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/2/2005


SOUTH PACIFIC FINANCIAL CORPORATION
10737 LAUREL STREET STE 200
RANCHO CUCAMONGA, CA  91730

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  2/27/2006


SOUTH PACIFIC FINANCIAL CORPORATION
10737 LAUREL STREET STE 200
RANCHO CUCAMONGA, CA  91730

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/2/2005

<div align="center">Addition</div>

SOUTH SAN FRANCISCO CONFERENCE AUTHORITY
255 SOUTH AIRPORT BOULEVARD
SAN FRANSISCO, CA  94080

VENDOR
SITE USE
HOTEL AGREEMENT
CONTRACT ID:  520-1.0
EFFECTIVE DATE:  5/3/2006


SOUTH SHORE FINANCIAL SERVICES
1 ORCHARD ROAD, SUITE 235
LAKE FOREST, CA  92630

CORRESPONDENT CONTRACT
DEMAND LETTER
EFFECTIVE DATE:  10/25/2006


SOUTH SHORE FINANCIAL SERVICES
1 ORCHARD ROAD, SUITE 235
LAKE FOREST, CA  92630

CORRESPONDENT CONTRACT
DEMAND LETTER
EFFECTIVE DATE:  11/7/2006


SOUTHBANC MORTGAGE (DBA FOR CORINTHIAN MORTGAGE CORPORATION)

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/9/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOUTHCREEK V ASSOCIATES, L.P.<br>DDI REALTY SERVICES, INC.<br>7200 WEST 132ND STREET, SUITE 300<br>OVERLAND PARK, KS  66213 | LEASE<br>OFFICE<br>11/10/2004 - 9/9/2008 |

**Addition**

| | |
|---|---|
| SOUTHEAST FINANCIAL GROUP, LLC<br>86 FAUNCE CORNER RD.<br>SUITE 460<br>DARTMOUTH, MA  2747 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>BROKER AGREEMENT<br>CONTRACT ID:  10045-1.0<br>EFFECTIVE DATE:  12/30/2005 |
| SOUTHEAST MORTGAGE OF GEORGIA INC<br>3496 CLUB DRIVE<br>LAWRENCEVILLE, GA  30044 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/20/2006 |
| SOUTHEAST MORTGAGE OF GEORGIA INC<br>3496 CLUB DRIVE<br>LAWRENCEVILLE, GA  30044 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/19/2006 |
| SOUTHEAST OFFICE PARTNERS, L.L.C., 37<br>2303 CUMBERLAND PKWY<br>SUITE 100<br>ATLANTA, GA  30339 | LEASE<br>OFFICE<br>12/1/2005 - 2/28/2009 |
| SOUTHEAST PARTNERS, LLC DBA KELLER WILLIAMS REALTY, LLC<br>3095 SOUTH PARKER ROAD<br>SUITE 200<br>AURORA, CO  80014 | LEASE<br>DESK RENTAL<br>3/15/2007 - 3/14/2008 |
| SOUTHEAST REALTY, LLC DBA KELLER WILLIAMS REALTY, LLC<br>3095 SOUTH PARKER RD<br>STE 200<br>AURORA, CO  80014 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  3/15/2007 |
| SOUTHEASTERN LENDING LLC<br>2840 PLAZA PLACE<br>SUITE 450<br>RALEIGH, NC  27612 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/2/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| SOUTHERN CALIFORNIA HOME FINANCE AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS INVITATION AND APPLICATION TO PARTICIPATE CONTRACT ID:  10200-3.0 EFFECTIVE DATE: 7/19/2007 |
| | **Addition** |
| SOUTHERN CALIFORNIA HOME FINANCE AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS INVITATION AND APPLICATION TO PARTICIPATE CONTRACT ID:  10200-2.0 EFFECTIVE DATE: 6/29/2007 |
| | **Addition** |
| SOUTHERN CALIFORNIA HOME FINANCE AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT ORIGINATION AGREEMENT EFFECTIVE DATE: 7/1/2002 |
| | **Addition** |
| SOUTHERN CALIFORNIA HOME FINANCE AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT ORIGINATION AGREEMENT EFFECTIVE DATE: 9/1/2001 |
| SOUTHERN CALIFORNIA HOME FINANCING AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 9/16/2002 |
| SOUTHERN CALIFORNIA HOME FINANCING AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 6/29/2007 |
| SOUTHERN CALIFORNIA HOME FINANCING AUTHORITY COUNTY OF LOS ANGELS 2 CORAL CIRCLE MONTEREY PARK, CA  91755 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 7/19/2007 |
| SOUTHERN COMMUNITY BANK AND TRUST 4625 COUNTRY CLUB ROAD WINSTON SALEM, NC  27104 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 9/7/2006 |
| SOUTHERN HIGHLANDS MORTGAGE, LLC 174 CLEVELAND ST. BLAIRSVILLE, GA  30514 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/19/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOUTHERN RIVERS MORTGAGE<br>3744 GA HWY 85<br>ELLERSLIE, GA  31807 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/28/2006 |
| SOUTHERN TRUST MORTGAGE<br>150 BOUSCH STREET<br>STE 400<br>NORFOLK, VA  23570 | LEASE<br>OFFICE<br>4/15/2005 - 12/31/2007 |
| SOUTHGATE MARKETPLACE, LLC<br>C/O CB RICHARD ELLIS<br>DEPARTMENT 59880<br>MILWAUKEE, WI  53259-0880 | LEASE<br>SHOPPING CENTER<br>2/22/2005 - 2/28/2011 |
| SOUTHPORT BANK<br>20510 WATERTOWN CT<br>WAUKESHA, WI  53186 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/5/2006 |
| SOUTHSHORE FINANCIAL SERVICES<br>10737 LAUREL ST.<br>SUITE 200<br>RANCHO CUCAMONGA, CA  91720 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/15/2006 |
| SOUTHSHORE FINANCIAL SERVICES<br>10737 LAUREL ST.<br>SUITE 200<br>RANCHO CUCAMONGA, CA  91720 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| SOUTHSTAR FUNDING<br>400 N. RIDGE RD STE #1120<br>ATLANTA, GA  30350 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 8/18/2004 |
| SOUTHWEST BUSINESS CORPORATION<br>9311 SAN PEDRO<br>SUITE 600<br>SAN ANTONIO, TX  78216 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/23/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOUTHWEST FUNDING, LP<br>8848 GREENVILLE AVE<br>DALLAS, TX  75243 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/8/2006 |
| SOUTHWEST MISSOURI BANK<br>1000 EAST 32ND<br>JOPLIN, MO  64804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/22/2007 |
| SOUTHWEST MISSOURI BANK<br>1000 EAST 32ND<br>JOPLIN, MO  64804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/27/2006 |
| SOUTHWEST MORTGAGE CORP<br>8249 W 95TH ST<br>#107<br>OVERLAND PARK, KS  66212 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/22/2006 |
| SOUTHWEST PLAZA LLC<br>SDS 12-1605<br>PO BOX 86<br>MINNEAPOLIS, MN  55486-1605 | LEASE<br>OFFICE<br>3/1/2005 - 2/29/2008 |
| SOUTHWEST REALTY, LLC DBA KELLER WILLIAMS REALTY<br>SUCCESS, LLC<br>5912 S. CODY ST<br>SUITE 100<br>LITTLETON, CO  80123 | LEASE<br>OFFICE<br>3/15/2007 - 3/14/2008 |
| SOUTHWEST REALTY, LLC DBA KELLER WILLIAMS REALTY<br>SUCCESS, LLC<br>5912 S. CODY ST<br>SUITE 100<br>LITTLETON, CO  80123 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 3/15/2007 |
| SOUTHWEST STAGE FUNDING, LLC<br>6816 EAST BROWN ROAD<br>MESA, AZ  85207 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/9/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

Debtor                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOUTHWEST STAGE FUNDING, LLC<br>6816 EAST BROWN ROAD<br>MESA, AZ  85207 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/9/2006 |
| SOUTHWEST STAGE FUNDING, LLC<br>6816 EAST BROWN ROAD<br>MESA, AZ  85207 | CORRESPONDENT CONTRACT<br>DOWNBID<br>EFFECTIVE DATE: 4/4/2007 |
| SOUTHWEST STAGE FUNDING, LLC<br>6816 EAST BROWN ROAD<br>MESA, AZ  85207 | CORRESPONDENT CONTRACT<br>DOWNBID<br>EFFECTIVE DATE: 4/30/2007 |
| SOUTHWEST STAGE FUNDING, LLC DBA CASCADE FINANCIAL<br>6816 EAST BROWN ROAD<br>MESA, AZ  85207 | CORRESPONDENT CONTRACT<br>DOWNBID<br>EFFECTIVE DATE: 1/17/2007 |
| SOUTHWEST STAGE FUNDING, LLC DBA CASCADE FINANCIAL<br>6816 EAST BROWN ROAD<br>MESA, AZ  85207 | CORRESPONDENT CONTRACT<br>DOWNBID<br>EFFECTIVE DATE: 2/12/2007 |
| SOUTHWICK COURTYARDS II, LLC<br>505 E. ILLINOIS ST., STE 1<br>CHICAGO, IL  60611 | LEASE<br>MSA<br>4/1/2005 - 12/31/2016 |
| SOVEREIGN BANK<br>MS: 10-6438-SM3<br>601 PENN ST.<br>READING, PA  19601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2005 |
| SOVEREIGN BANK<br>MS: 10-6438-SM3<br>601 PENN ST.<br>READING, PA  19601 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/25/2000 |
| SOVERN GROUP, INC<br>14125 APPLE TREE ROAD<br>SUITE 1000<br>HOUSTON, TX  77079 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOVERN GROUP, INC<br>14125 APPLE TREE ROAD<br>SUITE 1000<br>HOUSTON, TX  77079 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 1/23/2007 |
| SOVREN GROUP, INC<br>14125 APPLE TREE ROAD<br>SUITE 1000<br>HOUSTON, TX  77079 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/28/2006 |
| SOVREN GROUP, INC<br>14125 APPLE TREE ROAD<br>SUITE 1000<br>HOUSTON, TX  77079 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/12/2006 |
| SPACES INTERIOR/EXTERIOR<br>106 MILL HILL RD<br>WOODSTOCK, NY  12498 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 1/14/2005 |
| SPACES INTERIOR/EXTERIOR<br>106 MILL HILL RD<br>WOODSTOCK, NY  12498 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE: 5/20/2006 |
| SPECIAL OLYMPICS<br>P.O. BOX 30088<br>HONOLULU, HI  96820-0088 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/25/2007 |

**Addition**

| | |
|---|---|
| SPECIALIZED DATA SYSTEMS, INC<br>6 SUMMIT PLACE<br>SUITE 10-A<br>BRANFORD, CO  6405 | CONSULTING SERVICES AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| SPECIALIZED DATA SYSTEMS, INC.<br>6 SUMMIT PLACE, SUITE 10-A<br>BRANFORD, CT  06405 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 8/8/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SPECTRA FUNDING, INC<br>205 E EL CAMINO REAL<br>SUITE H<br>ENCINITAS, CA  92024 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/4/2006 |
| SPECTRUM FUNDING CORP<br>7084 SOUTH 2300 EAST<br>SUITE 210<br>SALT LAKE CITY, UT  84121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/21/2006 |
| SPECTRUM FUNDING CORP<br>7084 SOUTH 2300 EAST<br>SUITE 210<br>SALT LAKE CITY, UT  84121 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/24/2007 |
| SPIRIT INCENTIVES<br>2455 EAST SUNRISE BLVD.<br>FT. LAUDERDALE, FL  33304 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/29/2007 |
| SPORTS RAP<br>345 BAYSHORE BLVD., #1708<br>TAMPA, FL  33606 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 11/11/2005 |
| | **Addition** |
| SPRINT SOLUTIONS INC | EQUIPMENT PRICING & CUSTOM SERVICE AGREEMENT<br>EFFECTIVE DATE: 1/26/2007 |
| SR & J CUSTOMER CARE CALL CENTER INC.<br>611 ACADEMY ROAD<br>WINNIPEG, MB  R3N 0E7<br>CANADA | VENDOR CONTRACT<br>CALL CENTER<br>EFFECTIVE DATE: 1/4/2005 |
| SRI MIAMI VENTURE, LP C/O PRINCIPAL REAL ESTATE<br>INVESTORS, EQUITIES - EASTERN REGIONAL<br>801 GRAND AVENUE<br>DES MOINES, IA  50293-1370 | LEASE<br>OFFICE<br>4/21/2007 - 4/20/2012 |
| SSF REALTY<br>P.O. BOX 1089<br>LAKELAND, FL  33802 | LEASE<br>OFFICE<br>11/1/2002 - 10/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____                                   _____
Debtor                                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SSS DEVELOPMENT<br>3201 N. GREEN RIVER ROAD<br>EVANSVILLE, IN  47715 | LEASE<br>OFFICE<br>4/1/2006 - 3/31/2009 |
| ST. ANDREWS PLACE, LLC<br>C/O JDH DEVELOPMENT<br>906 LOUISIANA AVE.<br>CHARLOTTE, NC  28204 | LEASE<br>SHOPPING CENTER<br>2/1/2003 - 1/31/2008 |
| ST. FRANCIS MORTGAGE CORPORATION | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  4/13/2000 |
| STAFFORD COUNTY BOARD | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/3/2007 |
| STANDARD & POOR'S<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE |
| STANDARD & POOR'S<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/28/2006 |
| STANDARD & POOR'S (A DIVISION OF THE MCGRAW-HILL COMPANIES, INC.)<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE |
| STANDARD & POOR'S (A DIVISION OF THE MCGRAW-HILL COMPANIES, INC.)<br>2545 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | VENDOR CONTRACT<br>SOFTWARE |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                              Debtor                                                           (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STANDARD REGISTER FEDERAL CREDIT UNION<br>PO BOX 1167<br>175 CAMPBELL STREET<br>ATTN: KRAIG CASEY<br>DAYTON, OH  45013 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CX<br>CONTRACT DATE:  7-JUN-05 |
| STANDARD REGISTER FEDERAL CREDIT UNION<br>PO BOX 1167<br>175 CAMPBELL STREET<br>ATTN: KRAIG CASEY<br>DAYTON, OH  45013 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE:  6/7/2005 |
| STANFORD REAL ESTATE, LLC<br>3555 STANFORD ROAD<br>SUITE 204<br>FORT COLLINS, CO  80525 | LEASE<br>OFFICE<br>9/1/2005 - 8/31/2007 |
| STAR FUNDING INC<br>8211 E FIRESTONE BL<br>DOWNY, CA  90241 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/27/2006 |
| STARBUCKS CORPORATION | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  10/31/2006 |
| STARWOOD PHOENICIAN CMBS 1, LLC<br>6000 EAST CAMELBACK ROAD<br>SCOTTSDALE, AZ  85251 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/29/2005 |
| STATE BANK OF SOUTHWEST MISSOURI<br>3310 E SUNSHINE<br>SPRINGFIELD, MO  65804 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/2/2006 |
| STATE FARM LIFE INSURANCE COMPANY<br>1 STATE FARM PLAZA<br>E-12<br>BLOOMINGTON, IL  61710 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BQ |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____                    _____
Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STATE HIGHWAY PATROL FEDERAL CREDIT UNION<br>6161 BUSCH BLVD.<br>SUITE 215<br>COLUMBUS, OH  43229 | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) CU<br>CONTRACT DATE:  26-MAY-05 |
| STATE HIGHWAY PATROL FEDERAL CREDIT UNION<br>6161 BUSCH BLVD.<br>SUITE 215<br>COLUMBUS, OH  43229 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 5/26/2005 |
| STAUNHOPE PROPERTIES<br>P.O. BOX 2442<br>STAUNTON, VA  24402-2442 | LEASE<br>OFFICE<br>3/1/2006 - 2/28/2011 |

**Addition**

| | |
|---|---|
| STECROFT HOLDINGS, INC (DBA GOAPPLY.COM)<br>65 ENTERPRISE<br>ALISO VIEJO, CA  92656 | LENDER AGREEMENT |
| STELLAR MORTGAGE CORPORATION<br>730 PEACHTREE STREET<br>SUITE 820<br>ATLANTA, GA  30308 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/28/2007 |
| STELLER MORTGAGE CORPORATION<br>818 N MOUNTAIN AV<br>#200<br>UPLAND, CA  91786 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/13/2006 |
| STEPHEN C. WILKS<br>7A STONEBRIDGE BOULEVARD<br>JACKSON, TN  38305 | LEASE<br>OFFICE<br>6/15/2003 - 6/30/2008 |
| STEPHEN M SMITH AND CO, LLC<br>509 MADISON AVE<br>NEW YORK, NY  10022 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  2/4/2004 |
| STEPHEN REAL ESTATE<br>400 BOSTON POST ROAD<br>SUDBURY, MA  01776 | LEASE<br>DESK RENTAL<br>7/1/2005 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No. **07-11051**

(if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Addition |
| STERLING BANK<br>3100 ROUTE 38<br>MOUNT LAUREL, NJ  8054 | SECONDARY MARKETING CONTRACT<br>CONSTRUCTION/PERMANENT LOAN SALE AND PURCHASE<br>AGREEMENT |
| STERLING EAGLE MORTGAGE INVESTMENT COMPANY, LLC<br>340 SCOTCH ROAD<br>WEST TRENTON, NJ  08628 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/17/2006 |
| STERLING EMPIRE FUNDING<br>2307 EASTCHESTER RD.<br>BRONX, NY  10469 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/12/2005 |
| STERNS LENDING, INC.<br>4 HUTTON CENTRE DRIVE<br>SUITE 500<br>SANTA ANA, CA  92707 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  12/7/2005 |
| STERWICK DEVELOPMENT CORP.<br>P.O. BOX 2444<br>FT. LAUDERDALE, FL  33303 | LEASE<br>OFFICE<br>10/1/2000 - 9/30/2008 |
| | Addition |
| STEVEN M. SMITH AND CO., LLC | MARKETING AGREEMENT<br>EFFECTIVE DATE:  2/4/2004 |
| STEWART LENDER SERVICES, INC.<br>1980 POST OAK BOULEVARD<br>SUITE 300<br>HOUSTON, TX  78256 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  5/22/2007 |
| STILLWATER NATIONAL BANK AND TRUST CO<br>608 SOUTH MAIN<br>STILLWATER, OK  74074 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/10/2006 |
| STISSING FARMS, INC.<br>2847 CHURCH STREET<br>PINE PLAINS, NY  12567 | LEASE<br>DESK RENTAL<br>6/1/2006 - 12/31/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STOCKMAN BANK OF MONTANA<br>700 MAIN STREET<br>PO BOX 250<br>MILES CITY, MT  59301 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 9/26/2006 |
| STOCKMANS BANK<br>9340 EAST STOCKLON BLVD<br>ELK GROVE, CA  95624 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/4/2007 |
| STOCKTON MORTGAGE CORP<br>88 C. MICHAEL DAVENPORT BLVD<br>FRANKFORT, KY  40601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/20/2006 |
| STOCKTON MORTGAGE CORP<br>88 C. MICHAEL DAVENPORT BLVD<br>FRANKFORT, KY  40601 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/29/2007 |
| STONE CREEK HOLDINGS LLC<br>825 MID POINT DRIVE<br>O'FALLON, MO  63366 | LEASE<br>OFFICE<br>3/1/2007 - 2/28/2008 |
| **Addition** ||
| STONE TEMPLE CONSULTING CORPORATION | PARTICIPATION AGREEMENT |
| STONEY CREEK<br>71 WALNUT<br>SUITE 205<br>ROCHESTER, MI  48703 | LEASE<br>OFFICE<br>5/1/2007 - 4/30/2008 |
| **Addition** ||
| STRAFFORD COUNTY BOARD | SPONSORSHIP DOCUMENT |
| STRATEGIC EQUITY<br>10900 NE 4TH ST, STE 2260<br>BELLEVUE, WA  98004 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 10/26/2006 |
| STRATEGIC EQUITY<br>10900 NE 4TH ST, STE 2260<br>BELLEVUE, WA  98004 | MARKETING CONTRACT<br>ADVERTISING |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____

                          Debtor                                                        (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STRATEGIC STAFFING GROUP<br>385 WEST JOHN STREET<br>HICKSVILLE, NY  11801 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/18/2007 |
| STRAUSSGROUP, INC.<br>8203 MAIN STREET<br>SUITE 2<br>WILLIAMSVILLE, NY  14221 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 1/11/2007 |
| S-TRON<br>43WERMAN COURT<br>PLAINVIEW, NY  11803 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 8/17/2006 |
| S-TRON SECURITY ELECTRONICS<br>45 WERMAN COURT<br>PLAINVIEW, NY  11803 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE: 9/20/2006 |
| S-TRON SECURITY ELECTRONICS<br>45 WERMAN COURT<br>PLAINVIEW, NY  11803 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE: 1/9/2006 |
| STUART B. CONSULTANTS, INC. T/A BIRNBAUM INTEPRETING SERVICES<br>8555 16TH STREET<br>SUITE 400<br>SILVER SPRING, MD  20910 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/9/2007 |
| STUDIO E VALENCIA<br>A DIVISION OF E SUITES, INC.<br>28005 N. SMYTH DRIVE<br>VALENCIA, CA  91355 | LEASE<br>DESK RENTAL<br>1/16/2007 - 2/29/2008 |
| SUBURBAN BANK BARRINGTON | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 8/27/2001 |
| SUBURBAN MORTGAGE COMPANY OF NEW MEXICO<br>3707 EUBANK BLVD NE<br>ALBUQUERQUE, NM  87111 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/26/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____                        _____
                            Debtor                                                              (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SUCCESS STRATEGIES INSTITUTE, INC.<br>500 BIRCH STREET<br>SUITE 1400<br>NEWPORT BEACH, CA  92660 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  10/11/2006 |
| SUCCESS STRATEGIES INSTITUTE, INC.<br>500 BIRCH STREET<br>SUITE 1400<br>NEWPORT BEACH, CA  92660 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  5/16/2007 |
| SUCCESS STRATEGIES INSTITUTE, INC.<br>500 BIRCH STREET<br>SUITE 1400<br>NEWPORT BEACH, CA  92660 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/25/2007 |
| SUCCESS STRATEGIES INSTITUTE, INC.<br>500 BIRCH STREET<br>SUITE 1400<br>NEWPORT BEACH, CA  92660 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/25/2007 |
| SUCCESS STRATEGIES INSTITUTE, INC.<br>500 BIRCH STREET<br>SUITE 1400<br>NEWPORT BEACH, CA  92660 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/25/2007 |
| SUCCESS STRATEGIES INSTITUTE, INC.<br>500 BIRCH STREET<br>SUITE 1400<br>NEWPORT BEACH, CA  92660 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/25/2007 |
| SUDLER SOTHEBYS INTERNATIONAL REAL ESTATE, INC<br>4210 WEST IRVING PARK ROAD<br>CHICAGO, IL  60641 | LEASE<br>OFFICE<br>1/1/2007 - 12/31/2009 |
| SUGARBUSH HOME BUILDING, GRANT RANCH, LLC<br>7475 KAKIN ST<br>#330<br>DENVER, CO  80221 | LEASE<br>DESK RENTAL<br>12/4/2006 - 12/3/2016 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____
Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SUID A SUID<br>45 S. LINCOLN AVENUE<br>SUITE 101<br>AURORA, IL  60505 | LEASE<br>OFFICE<br>2/1/2006 - 7/30/2009 |
| SUMMIT FINANCIAL CONSULTING, LLC<br>39090 GARFIELD ROAD<br>CLINTON TOWNSHIP, MI  48038 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  8/6/2006 |
| SUMMIT FINANCIAL CONSULTING, LLC<br>39090 GARFIELD ROAD<br>CLINTON TOWNSHIP, MI  48038 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  2/1/2006 |
| SUMMIT MORTGAGE, LLC<br>301 EDGEWATER PLACE<br>SUITE 310<br>WAKEFILED, MA  01880 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/17/2006 |
| SUMMIT MORTGAGE, LLC<br>301 EDGEWATER PLACE<br>SUITE 310<br>WAKEFILED, MA  01880 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/3/2006 |
| SUMMIT SECURITY SERVICES, INC.<br>194 EAB PLAZA<br>WEST TOWER, LOBBY LEVEL<br>UNIONDALE, NY  11556 | VENDOR CONTRACT<br>FACILITIES (SECURITY)<br>EFFECTIVE DATE:  9/1/2003 |
| SUMSODEVCO C/O SUMMIT MANAGEMENT CORPORATION<br>220 SOUTH MAIN STREET<br>PROVIDENCE, RI  02903-4317 | LEASE<br>OFFICE<br>4/15/2005 - 3/31/2008 |
| SUN LIFE ASSURANCE COMPANY OF CANADA C/O COLLIERS PINKARD<br>100 LIGHT STREET<br>SITE1400<br>BALTIMORE, MD  21202-1161 | LEASE<br>OFFICE<br>9/1/2003 - 9/30/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____                          _____
                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| SUN LIFE ASSURANCE COMPANY OF CANADA SL54277<br>C/O GRUBB & ELLIS/THOMAS LINDERMAN GRAHAM<br>PO BOX 890622<br>CHARLOTTE, NC  28289 | LEASE<br>OFFICE<br>11/1/2003 - 10/31/2008 |
| SUN MICROSYSTEMS, INC<br>C/O BANK OF AMERICA<br>12120  COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693-1212 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/28/2006 |
| SUNCAP MORTGAGE, INC<br>2 CHASE CORPORATE CENTER<br>SUITE 120<br>BIRMINGHAM, AL  35244 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/27/2006 |
| SUNFLOWER BANK<br>2090 S. OHIO<br>SALINA, KS  67401 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/3/2006 |
| SUNRISE FAMILY CREDIT UNION<br>404 S. EUCLID AVE.<br>BAY CITY, MI  48706 | MARKETING CONTRACT<br>CREDIT UNIONS<br>EFFECTIVE DATE: 7/5/2005 |
| SUNSET MORTGAGE COMPANY, LP<br>3 DICKENSON DRIVE<br>CHADDS FORD, PA  19317 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/16/2006 |
| SUNSHINE MORTGAGE CORPORATION<br>4103 S. TEXAS AVE. SUITE 103<br>BRYAN, TX  77802 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/12/2006 |
| SUNSTONE HOTELS<br>598 BROADHOLLOW RD<br>MELVILLE, NY  11747 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 11/2/2006 |

**Addition**

| | |
| --- | --- |
| SUNTRUST MORTAGE<br>901 SEMMES AVE<br>RICHMOND, VA  23224 | SECONDARY MARKETING CONTRACT<br>MORTAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 12/18/2001 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No. **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| SUNTRUST MORTAGE<br>901 SEMMES AVE<br>RICHMOND, VA  23224 | SECONDARY MARKETING CONTRACT<br>SERVICE PROVIDER AND LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/29/2003 |
| | **Addition** |
| SUNTRUST MORTAGE<br>901 SEMMES AVE<br>RICHMOND, VA  23224 | SECONDARY MARKETING CONTRACT<br>MORTAGE BROKER AGREEMENT<br>EFFECTIVE DATE:  11/1/2001 |
| SUNTRUST MORTGAGE<br>120 E BALTIMORE STREET<br>24TH FLOOR<br>BALTIMORE, MD  21202 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  12/18/2001 |
| SUNVEST USA | MARKETING CONTRACT<br>PREFERRED LENDER<br>EFFECTIVE DATE:  7/17/2007 |
| SUPERIOR CUSTOM HOMES, LLC<br>958 N. ANDERSON ROAD<br>ROCK HILL, SC  29730 | LEASE<br>MSA<br>6/5/2007 - 6/4/2017 |
| SUPERIOR CUSTOM HOMES, LLC<br>958 N ANDERSON ROAD<br>ROCK HILL, SC  29730 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/5/2007 |
| SUTTON BANK<br>863 N LEXINGTON-SPRINGMILL RD<br>MANSFIELD, OH  44906 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/3/2006 |
| | **Addition** |
| SUTTON FUNDING LLC<br>200 PARK AVENUE 5TH FL<br>NEW YORK, NY  10166 | SECONDARY MARKETING CONTRACT<br>MORTAGE LOAN PURCHASE AGREEMENT |
| | **Addition** |
| SUTTON FUNDING LLC<br>200 PARK AVENUE 5TH FL<br>NEW YORK, NY  10166 | SECONDARY MARKETING CONTRACT<br>SERVICING AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No. **07-11051**

(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SUTTON REALTY<br>117 W. CENTRAL AVE<br>TITUSVILLE, PA  16354 | LEASE<br>DESK RENTAL<br>10/29/2004 - 12/31/2016 |

**Addition**

| | |
|---|---|
| SWEARINGEN REALTY GROUP, LLC<br>5950 BERKSHIRE LANE<br>SUITE 700<br>DALLAS, TX  75225 | LEASE ADMINISTRATION AGREEMENT<br>EFFECTIVE DATE:  11/18/2003 |
| SWIFTVIEW<br>15605 SW 72ND AVENUE<br>PORTLAND, OR  97224 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/30/2005 |
| SWIFTVIEW<br>15605 SW 72ND AVENUE<br>PORTLAND, OR  97224 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  7/15/2005 |
| SWISSÔTEL CHICAGO<br>323 EAST WACKER DRIVE<br>CHICAGO, IL  60601 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/20/2005 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, L.L.C.<br>401 PARKPLACE<br>SUITE 105<br>KIRKLAND, WA  98033 | LEASE<br>OFFICE<br>5/1/2005 - 4/30/2008 |
| SYMON COMMUNICATIONS, INC.<br>500 NORTH CENTRAL EXPRESSWAY<br>SUITE 175<br>PLANO, TX  75074 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  7/25/2005 |

**Addition**

| | |
|---|---|
| SYNERGY MARKETING GROUP<br>2358 SPIRITO AVE<br>HENDERSON, NV  89052 | MARKETING AND SERVICES AGREEMENT |
| SYSDOME, INC. | VENDOR CONTRACT<br>DUE DILIGENCE REVIEW<br>EFFECTIVE DATE:  4/25/2003 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____                                      _____
                        Debtor                                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| T & J OFFICE LLP<br>12019 EDGEFIELD DRIVE<br>FISHERS, IN  46037 | LEASE<br>OFFICE<br>1/1/2007 - 12/31/2008 |
| T & J, L.L.C. C/O MURRAY PROPERTIES<br>700 E. MAIN STREET<br>SUITE E<br>ST. CHARLES, IL  60174 | LEASE<br>OFFICE<br>10/1/2006 - 9/30/2009 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/12/2007 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/15/2006 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/15/2006 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  2/12/2007 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  2/12/2007 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/11/2007 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/23/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/12/2007 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  7/24/2007 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/15/2006 |
| T SKORMAN PRODUCTIONS, INC.<br>5156 SOUTH ORANGE AVENUE<br>ORLANDO, FL  32809 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  8/31/2006 |
| TA ASSOCIATES REALTY<br>28 STATE STREET<br>10TH FLOOR<br>BOSTON, MA  02109 | LEASE<br>OFFICE<br>5/15/2007 - 8/14/2010 |
| TACODA<br>345 SEVENTH AVE.<br>8TH FLOOR<br>NEW YORK, NY  10001 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/17/2007 |
| TACODA<br>345 SEVENTH AVE.<br>8TH FLOOR<br>NEW YORK, NY  10001 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  2/22/2007 |
| TALAVI ASSOCIATES LLC AN ARIZONA LIMITED LIABILITY COMPANY<br>3838 NORTH CENTRAL AVENUE<br>SUITE 1500<br>PHOENIX, AZ  85012 | LEASE<br>OFFICE<br>5/1/2002 - 3/31/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TALBOT SERVICES<br>2200 RIMLAND DRIVE<br>SUITE 250<br>BELLINGHAM, WA  98226 | LEASE<br>OFFICE<br>11/8/2006 - 11/7/2007 |
| TALX CORPORATION<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | VENDOR CONTRACT<br>EMPLOYEE SCREENING |
| TALX CORPORATION<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | VENDOR CONTRACT<br>EMPLOYEE SCREENING<br>EFFECTIVE DATE:  7/21/2003 |
| TALX CORPORATION<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/20/2006 |
| TAPSCAN | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/31/2006 |
| TARGUS INFORMATION CORPORATION<br>8010 TOWERS CRESCENT DRIVE<br>5TH FLOOR<br>VIENNA, VA  22182 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/6/2007 |

**Addition**

| | |
|---|---|
| TARRANT COUNTY HOUSING FINANCE CORP<br>100 E WEATHERFORD ST<br>FORT WORTH, TX  76102 | SECONDARY MARKETING CONTRACT<br>ORIGINATION SALE AND SERVICING AGREEMENT<br>EFFECTIVE DATE: 7/1/2003 |

**Addition**

| | |
|---|---|
| TARRANT COUNTY HOUSING FINANCE CORP<br>100 E WEATHERFORD ST<br>FORT WORTH, TX  76102 | SECONDARY MARKETING CONTRACT<br>ORIGINATION SALE AND SERVICING AGREEMENT<br>EFFECTIVE DATE:  5/1/2006 |
| TARRANT COUNTY HOUSING FINANCE CORPORATION<br>100 E WEATHERFORD ST<br>FORT WORTH, TX  76102 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  12/22/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                                    Debtor                                                            (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TARRANT COUNTY HOUSING FINANCE CORPORATION<br>100 E WEATHERFORD ST<br>FORT WORTH, TX  76102 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| TAX VERIFICATION BUREAU, INC.<br>247 SW 8TH ST<br>SUITE 147<br>MIAMI, FL  33130 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| TAX VERIFICATION BUREAU, INC.<br>247 SW 8TH ST<br>SUITE 147<br>MIAMI, FL  33130 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/29/2002 |
| TAX VERIFICATION BUREAU, INC.<br>247 SW 8TH ST<br>SUITE 147<br>MIAMI, FL  33130 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/15/2006 |
| TAYLOR INVESTMENT PROPERTIES, L.L.C.<br>110 OAKWOOD DRIVE<br>STE. 510<br>WINSTON-SALEM, NC  27103 | LEASE<br>OFFICE<br>11/21/2003 - 2/28/2009 |
| TBI MORTGAGE COMPANY<br>250 GIBRALTAR<br>HORSHAM, PA  19044 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE:  4/4/2007 |
| TBS COURIERS, INC.<br>PO BOX 23400<br>OAKLAND, CA  94623-0400 | VENDOR CONTRACT<br>MAIL<br>EFFECTIVE DATE:  2/24/2006 |
| TEAM CAPITAL BANK<br>110 MAIN ST<br>FLEMINGTON, NJ  08822 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  10/16/2006 |
| TEAMBANK, N.A.<br>1 SOUTH PEAL STREET<br>PAOLA, KS  66071 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/31/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                        Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TED GLASRUD ASSOCIATES, INC.<br>431 S. SEVENTH STREET<br>SUITE 2470<br>MINNEAPOLIS, MN  55415 | LEASE<br>OFFICE<br>5/1/2003 - 10/31/2007 |
| TED GLASRUD ASSOCIATES, INC.<br>431 S. SEVENTH STREET<br>SUITE 2470<br>MINNEAPOLIS, MN  55415 | LEASE<br>OFFICE<br>9/1/2005 - 8/31/2008 |
| TEKTOC<br>26 LAFAYETTE STREET<br>APT. 6<br>RUMSOS, NJ  07760 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  8/12/2005 |
| TELEDIRECT INTERNATIONAL, INC<br>17255 N 82ND STREET<br>SCOTTSDALE, AZ  85255 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/22/2005 |
| TELEMATCH<br>PO BOX 1936<br>SPRINGFIELD, VA  22159 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/17/2006 |
| TELEMATCH<br>PO BOX 1936<br>SPRINGFIELD, VA  22159 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/29/2006 |
| TELEMATCH<br>PO BOX 1936<br>SPRINGFIELD, VA  22159 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  11/29/2006 |
| TELESIGHT, INC<br>820 NORTH FRANKLIN ST, STE 200<br>CHICAGO, IL  60610 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| TELESIGHT, INC<br>820 NORTH FRANKLIN ST, STE 200<br>CHICAGO, IL  60610 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  12/7/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TEMECULA CORPORATE<br>1900 MAIN STREET<br>SUITE 350<br>IRVINE, CA  92614 | LEASE<br>OFFICE<br>2/1/2003 - 1/31/2008 |
| TENNESSEE HOME FUNDING<br>109 KENNER<br>NASHVILLE, TN  37205 | LEASE<br>MSA<br>8/15/2005 - 12/31/2016 |
| TENNESSEE HOUSING DEVELOPMENT AGENCY<br>404 JAMES ROBERTSON PKWY STE 1114<br>NASHVILLE, TX  37243 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  9/9/2005 |
| TERRA NETWORKS OPERATIONS, INC.<br>1201 BRICKELL AVENUE<br>MIAMI, FL  33131 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/17/2003 |
| TERRA NETWORKS OPERATIONS, INC.<br>1201 BRICKELL AVENUE<br>MIAMI, FL  33131 | MARKETING CONTRACT<br>CO-BRANDING<br>EFFECTIVE DATE:  1/5/2005 |
| TERRA NETWORKS OPERATIONS, INC.<br>1201 BRICKELL AVENUE<br>MIAMI, FL  33131 | MARKETING CONTRACT<br>WEB ADVERTISING<br>EFFECTIVE DATE:  3/7/2005 |
| TERRACE MORTGAGE COMPANY<br>900 ASHWOOD PKWY<br>STE 130<br>ATLANTA, GA  30338 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/18/2006 |
| TEXAS CAPITAL BANK<br>6060 N CENTRAL EXPRESSWAY<br>STE 718<br>DALLAS, TX  75206 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  6/6/2006 |
| TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS<br>221 EAST 11TH ST<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  12/2/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

_____                    _____
Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS<br>221 EAST 11TH ST<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 11/3/2006 |
| TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS<br>221 EAST 11TH ST<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/13/2006 |
| **Addition** | |
| TEXAS DEPT OF HOUSING AND COMMUNITY AFFAIRS<br>507 SABINE STE 400<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>MCC PATICIPATION AGREEMENT<br>CONTRACT ID:  10377-2.0<br>EFFECTIVE DATE:  6/13/2006 |
| **Addition** | |
| TEXAS DEPT OF HOUSING AND COMMUNITY AFFAIRS<br>221 EAST 11TH ST<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>OFFER TO ORIGINATE MORTAGE LOANS<br>CONTRACT ID:  10377-2.0<br>EFFECTIVE DATE:  11/3/2006 |
| TEXAS STATE AFFORDABLE HOUSING CORP.<br>1005 CONGRESS AVE STE 500<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/1/2007 |
| TEXAS STATE AFFORDABLE HOUSING CORP.<br>1005 CONGRESS AVE STE 500<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/1/2006 |
| TEXAS STATE AFFORDABLE HOUSING CORP.<br>1005 CONGRESS AVE STE 500<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/1/2006 |
| TEXAS STATE AFFORDABLE HOUSING CORP.<br>1005 CONGRESS AVE STE 500<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 3/30/2007 |
| TEXAS STATE AFFORDABLE HOUSING CORP.<br>1005 CONGRESS AVE STE 500<br>AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/1/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TEXAS STATE AFFORDABLE HOUSING CORP. 1005 CONGRESS AVE STE 500 AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 6/1/2007 |
| TEXAS STATE AFFORDABLE HOUSING CORP. 1005 CONGRESS AVE STE 500 AUSTIN, TX  78701 | SECONDARY MARKETING CONTRACT HOUSING AND BOND PROGRAM AGREEMENTS EFFECTIVE DATE: 6/13/2006 |
| TFW, INC. 1399 YYNACRO VALLEY RD #2 WALNUT CREEK, CA  94598 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 2/21/2006 |
| TGM PROPERTIES LLC 115 SOUTH MAIN STREET SUITE 202 MISHAWAKA, IN  46544 | LEASE OFFICE 10/1/2006 - 9/30/2009 |

**Addition**

| | |
|---|---|
| THE ABACUS GROUP 14 PENN PLAZA 225 W 34TH STREET SUITE 1600 NEW YORK, NY  10122 | HUMAN RESOURCES CONTRACT RECRUITERS PERSONNEL STAFFING SERVICES AGREEMENT CONTRACT ID:  11680-1.0 EFFECTIVE DATE:  5/1/2007 |

**Addition**

| | |
|---|---|
| THE ALLANT GROUP | MUTUAL NON-DISCLOSURE AGREEMENT |
| THE AMERICAN BANK OF DEKALB COUNTY 1985 DEKALB AVE SYCAMORE, IL  60178 | CORRESPONDENT CONTRACT MORTGAGE LOAN PURCHASE AGREEMENT EFFECTIVE DATE: 7/20/2006 |
| THE ANY LOAN COMPANY 340 COMMERCE #200 IRVINE, CA  92602 | MARKETING CONTRACT LOAN SALES, SERVICING/PROCESSING EFFECTIVE DATE: 7/3/2002 |
| THE ANY LOAN COMPANY 340 COMMERCE #200 IRVINE, CA  92602 | MARKETING CONTRACT BROKER EFFECTIVE DATE: 3/26/2002 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.** _____  Case No.  **07-11051** _____

        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE ANY LOAN COMPANY<br>340 COMMERCE<br>#200<br>IRVINE, CA  92602 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 7/3/2002 |
| THE ARLINGTON BANK<br>4621 REED ROAD<br>COLUMBUS, OH  43220 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/3/2007 |
| THE ATRIUM 3505 LLC<br>3505 E ROYALTON ROAD<br>BROADVIEW HEIGHTS, OH  44147 | LEASE<br>OFFICE<br>7/1/2006 - 6/30/2009 |
| THE BANK OF HOLLAND<br>51 LONIA AVE SW<br>GRAND RAPIDS, MI  49503 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/29/2007 |
| THE BANK OF HOLLAND<br>51 LONIA AVE SW<br>GRAND RAPIDS, MI  49503 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/27/2006 |
| THE BANK OF NORTHERN MICHIGAN<br>814 SOUTH OSTEGO AVE<br>STE A<br>GAYLORD, MI  49735 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/27/2006 |
| THE BANK OF NORTHERN MICHIGAN<br>814 SOUTH OSTEGO AVE<br>STE A<br>GAYLORD, MI  49735 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/17/2007 |
| THE BOG LLC | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 12/11/2006 |
| THE BOSTON GLOBE<br>P.O. BOX 2378<br>BOSTON, MA  02107-2378 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 4/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | **Addition** |
| THE BROADMOOR<br>15 LAKE CIRCLE<br>COLORADO SPRINGS, CO  80906 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>EFFECTIVE DATE:  10/26/2006 |
| THE BYRON COMPANY<br>25 SOUTHMOOR DRIVE<br>ST. LOUIS, MO  63105 | LEASE<br>OFFICE<br>11/15/2004 - 10/31/2007 |
| THE BYRON COMPANY<br>25 SOUTHMOOR DRIVE<br>ST. LOUIS, MO  63105 | LEASE<br>OFFICE<br>3/1/2005 - 10/31/2007 |
| THE CAL-BAY MORTGAGE GROUP<br>939 TRANSPORT WAY<br>PETALUMA, CA  94954 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/9/2006 |
| THE CAL-BAY MORTGAGE GROUP<br>939 TRANSPORT WAY<br>PETALUMA, CA  94954 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/9/2006 |
| | **Addition** |
| THE CAPITAL RELOCATION GROUP, INC<br>6800 PARAGON PLACE<br>#415<br>RICHMOND, VA  23230 | MARKETING CONTRACT<br>MARKETING & SERVICES<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID:  11502-1.0<br>EFFECTIVE DATE:  4/10/2007 |
| THE CAPITAL RELOCATION GROUP<br>6800 PARAGON PLACE<br>#415<br>RICHMOND, VA  23230 | LEASE<br>MSA<br>4/10/2007 - 4/9/2017 |
| THE CAPITAL RELOCATION GROUP, INC<br>6800 PARAGON PLACE<br>#415<br>RICHMOND, VA  23230 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/10/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.** _____  Case No.  **07-11051** _____

Debtor                                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE CARLISLE<br>435 EAST BUTTERFIELD RD<br>LOMBARD, IL  60148 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/29/2007 |
| *Addition* | |
| THE CARLISLE HOTEL<br>435 EAST BUTTERFIELD ROAD<br>LOMBARD, IL  60148 | HOTEL AGREEMENT<br>EFFECTIVE DATE: 10/3/2007 |
| THE CENTRE AT CHENAL, LLC<br>CHENAL PARKWAY<br>LITTLE ROCK, AR  72223 | LEASE<br>SHOPPING CENTER<br>2/1/2006 - 1/31/2009 |
| THE CITIZENS STATE BANK<br>210 S CHRISTIAN AVE<br>MONNDRIDGE, KS | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/26/2006 |
| THE COTTAGE APARTMENTS, LLC<br>P.O. BOX 301118<br>LOS ANGELES, CA  90030-1118 | LEASE<br>OFFICE<br>4/1/2003 - 4/30/2009 |
| *Addition* | |
| THE CREDIT BUREAU, INC | MEMBERSHIP CONTRACT & CUSTOMER INFORMATION SAFEGUARDS ADDENDUM |
| THE DAVENPORT HOTEL<br>10 SOUTH POST STREET<br>SPOKANE, WA  99201 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 12/22/2005 |
| THE DIRECT RESPONSE GROUP, LLC<br>538 BROAD HOLLOW ROAD<br>SUITE 420E<br>MELVILLE, NY  11747 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 7/30/2004 |
| *Addition* | |
| THE DUNCAN GROUP<br>1250 PROSEPCT AVENUE<br>SUITE 100<br>LA JOLLA, CA  92037 | MARKETING CONTRACT<br>ADVERTISING<br>SPONSORSHIP AGREEMENT<br>CONTRACT ID: 11780-1.0<br>EFFECTIVE DATE: 6/15/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                                   Case No.  **07-11051**
_____
                                    Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE EDGAR COUNTY BANK AND TRUST<br>177 W. WOOD ST.<br>PARIS, IL  61944 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/23/2006 |
| THE ENTERPRISE FOUNDATION-DALLAS COUNTY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/13/2003 |
| THE EQUITABLE MORTGAGE CORPORATION<br>3530 SNOUFFER ROAD<br>STE 100<br>COLUMBUS, OH  43235 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/16/2006 |
| THE FARMERS BANK<br>9 EAST CLINTON STREET<br>FRANKFORT, IN  46041 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/15/2006 |
| THE FINANCE AUTHORITY OF NEW ORLEANS<br>618 BARONNE ST<br>NEW ORLEANS, LA  70113 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/1/2006 |
| THE FIRST AMERICAN CORPORATION<br>1 FIRST AMERICAN WAY<br>SANTA ANA, CA  92707 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/25/2006 |
| THE FIRST AMERICAN CORPORATION<br>1 FIRST AMERICAN WAY<br>SANTA ANA, CA  92707 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/25/2006 |
| THE FIRST MARBLEHEAD CORPORATION<br>800 BOYLSTON STREET<br>34TH FLOOR<br>BOSTON, MA  02199-8157 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/1/2006 |
| THE FIRST STATE BANK<br>1810 HUDSON BRIDGE RD.<br>P.O. BOX 1077<br>STOCKBRIDGE, GA  30281 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                    Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE FIRST STATE BANK<br>1810 HUDSON BRIDGE RD.<br>P.O. BOX 1077<br>STOCKBRIDGE, GA  30281 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/8/2006 |
| THE FUNDING SOURCE, LLC<br>3200 BURNET AVENUE<br>SYRACUSE, NY  13206 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/23/2006 |
| THE GARIBALDI GROUP<br>14 GAIRMOUNT AVENUE<br>CHATHAM, NJ  07928 | LEASE<br>OFFICE<br>2/1/2007 - 1/31/2009 |
| THE GEORGIAN TERRACE HOTEL | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  11/15/2005 |
| THE GRANGE BANK<br>650 SOUTH FRONT ST<br>COLUMBUS, OH  43215 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 1/24/2006 |
| THE HAMPTON BUILDING, LLC<br>P.O. BOX 6997<br>MYRTLE BEACH, SC  29572 | LEASE<br>OFFICE<br>1/1/2006 - 12/31/2008 |
| THE HARBOR SHOPS LLC., A FLORIDA LIMITED LIABILITY COMPANY<br>PO BOX 025544<br>THIRD FLOOR<br>MIAMI, FL  33102-5544 | LEASE<br>OFFICE<br>3/7/2005 - 6/30/2010 |
| THE HEITMAN GROUP, INC.<br>2233 WILLAMETTE STREET<br>BLDG C.<br>EUGENE, OR  97405 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/14/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                  (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE HEITMAN GROUP, INC.<br>2233 WILLAMETTE STREET<br>BLDG C.<br>EUGENE, OR  97405 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/14/2007 |
| THE HERSHMAN GROUP<br>C/O COLORWORKS<br>10441 METROPOLITAN AVENUE<br>KENSINGTON, MD  20895 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/3/2007 |
| THE HOUSING FINANCE AUTHORITY OF HILLSBOROUGH COUNTY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/27/2006 |
| THE HOUSING FINANCE AUTHORITY OF HILLSBOROUGH COUNTY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/30/2007 |
| THE HOUSING FINANCE AUTHORITY OF HILLSBOROUGH COUNTY | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/5/2007 |

**Addition**

| | |
|---|---|
| THE HUNTER GROUP INTERNATIONAL, INC<br>319 S. SHARON AMITY ROAD<br>CHARLOTTE, NC  28211 | FEE SCHEDULE AND GUARANTEE |
| THE HUNTER GROUP INTERNATIONAL, INC.<br>319 S. SHARON AMITY ROAD<br>CHARLOTTE, NC  28211 | HUMAN RESOURCES CONTRACT<br>RECRUITERS |
| THE HUNTER GROUP INTERNATIONAL, INC.<br>319 S. SHARON AMITY ROAD<br>CHARLOTTE, NC  28211 | HUMAN RESOURCES CONTRACT<br>RECRUITERS |
| THE HUNTINGTON NATIONAL BANK<br>41 SOUTH HIGH STREET<br>COLUMBUS, OH  43287 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 7/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                                                                                                    _____
                              Debtor                                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE HUNTINGTON NATIONAL BANK<br>41 SOUTH HIGH STREET<br>COLUMBUS, OH  43287 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/30/2006 |
| THE INDUSTRIAL DEVELOPMENT AUTHORITY OF OF THE CITY OF TUSCON, ARIZONA AND THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF PIMA<br>6700 N. ORACLE RD<br>TUCSON, AZ  85704 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/5/2006 |
| THE INDUSTRIAL DEVELOPMENT AUTHORITY OF OF THE CITY OF TUSCON, ARIZONA AND THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF PIMA<br>6700 N. ORACLE RD<br>TUCSON, AZ  85704 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 1/19/2007 |
| THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE CITY OF TUSCON, ARIZONA AND THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF PIMA<br>C/O RUSSO, RUSSO & SLANIA, P.C.<br>6700 N. ORACLE RD<br>TUCSON, AZ  85704 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/5/2006 |
| THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF CITY OF PHOENIX, COUNTY OF MARICOPA AND COUNTY OF PIMA<br>C/O RUSSO, RUSSO & SLANIA, P.C.<br>6700 N. ORACLE RD<br>TUCSON, AZ  85704 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF CITY OF PHOENIX, COUNTY OF MARICOPA AND COUNTY OF PIMA<br>C/O RUSSO, RUSSO & SLANIA, P.C.<br>6700 N. ORACLE RD<br>TUCSON, AZ  85704 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS |
| THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF PIMA | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 2/1/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                         Debtor                                            (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE INN AT FOX HOLLOW<br>7755 JERICHO TURNPIKE<br>WOODBURY, NY  11979 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/9/2007 |
| THE INN AT PERRY CABIN<br>308 WATKINS LANE<br>ST. MICHAELS, MD  21663 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 8/29/2005 |
| THE IRVINE COMPANY<br>SKYPARK - 17744<br>DEPARTMENT 1409<br>LOS ANGELES, CA  90084-1409 | LEASE<br>OFFICE<br>5/24/2002 - 5/31/2008 |
| THE JEFFERSON HOTEL<br>101 WEST FRANKLIN STREET<br>RICHMOND, VA  23220 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  12/27/2005 |
| THE LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE, LA  70896 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 6/27/2007 |
| THE LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE, LA  70896 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 11/11/2005 |
| THE LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE, LA  70896 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/25/2006 |
| THE LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE, LA  70896 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 8/17/2006 |

**Addition**

| | |
|---|---|
| THE LAW OFFICES OF RICHARD A. BRENNAN | MARKETING AND SERVICES AGREEMENT |
| THE LENDING PARTNERS, LTD<br>140 EAST 19TH AVE STE 202<br>DENVER, CO  80203 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/14/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                                              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

THE LENDING PARTNERS, LTD.
5085 W PARK BLVD.
SUITE 200
PLANO, TX  75093

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  11387-1.0
EFFECTIVE DATE:  11/14/2006

THE LENOX
61 EXETER STREET AT BOYLSTON
BOSTON, MA  02116

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  12/22/2006

THE LIBERTY BELLE ON THE DELAWARE ROVER

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  7/26/2007

THE LOAN PAGE, INC.
11332 NE 122ND WAY
KIRKLAND, WA  98034

MARKETING CONTRACT
LEADS AGREEMENTS

**Addition**

THE MAYFLOWER HOTEL
1127 CONNECTICUT AVENUE NW
WASHINGTON, DC  20036

GROUP SALES AGREEMENT
EFFECTIVE DATE:  10/19/2007

THE MCCUE MORTGAGE COMPANY
1 LIBERTY SQUARE
NEW BRITAIN, CT  06051

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  10/7/2005

THE MCCUE MORTGAGE COMPANY
1 LIBERTY SQUARE
NEW BRITAIN, CT  06051

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/1/2007

THE MCCUE MORTGAGE COMPANY
1 LIBERTY SQUARE
NEW BRITAIN, CT  06051

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  4/23/2007

THE MCLEAN INSURANCE AGENCY, INC.
46179 WESTLAKE DRIVE
SUITE 300
POTOMAC FALLS, VA  20165

LEASE
OFFICE
11/15/2004 - 10/31/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                        Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

THE MEMBERS GROUP
3737 WESTOWN PARKWAY
WEST DES MOINES, LA  50266

EXCLUSIVE MORTGAGE BROKER AGREEMENT

Addition

THE METROPOLITAN COMPANIES, INC
110 EAST 42ND STREET
STE 802
NEW YORK, NY  10017

STAFFING SERVICE AGREEMENT & AMENDMENT

THE MONEY TREE FINANCIAL CORPORATION
21 ROBBINS STATION ROAD
NORTH HUNTINGDON, PA  15642

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  8/27/2004

THE MONEY TREE FINANCIAL CORPORATION
21 ROBBINS STATION ROAD
NORTH HUNTINGDON, PA  15642

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  4/19/2006

THE MONEY ZONE
192 BLACKHAWK ROAD
BEAVER FALLS, PA  15010

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  4/20/2006

THE MONEY ZONE
192 BLACKHAWK ROAD
BEAVER FALLS, PA  15010

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  11/4/2004

THE MORTGAGE COMPANY
155 N 7TH
SALINA, KS  67401

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  3/27/2006

THE MORTGAGE DEPOT
3611 BAHAMA BAY CT
LOS VEGAS, NV  89147

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/3/2006

THE MORTGAGE EXCHANGE SERVICES LLC
1880 HOWARD AVENUE
SUITE 105
VIENNA, VA  22182

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE:  6/6/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____

Debtor                                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

THE MORTGAGE EXCHANGE SERVICES LLC
1880 HOWARD AVENUE
SUITE 105
VIENNA, VA  22182

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE: 1/9/2006


THE MORTGAGE GROUP, INC
8500 EXECUTIVE PARK AVE
#100
FAIRFAX, VA  22031

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 5/23/2006

**Addition**

THE MORTGAGE MARKET GUIDE
24 SOUTH HOLMDEL ROAD
SUITE 18
HOLMDEL, NJ  733

MARKETING CONTRACT
ADVERTISING
LETTER AGREEMENT
CONTRACT ID: 11488-1.0
EFFECTIVE DATE: 3/19/2007

**Addition**

THE MORTGAGE PLACE, INC
48 EAST CHESTNUT STREET
SHARON, MA  2067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 275-1.0
EFFECTIVE DATE:  11/1/2005


THE MORTGAGE PLACE, INC.
48 EAST CHESTNUT STREET
SHARON, MA  02067

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  11/1/2005


THE MOTLEY FOOL, INC.
123 NORTH PITT STREET
ALEXANDRIA, VA  22314

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE:  11/2/2001


THE MUNGO CO
441 WESTERN LANE
IRMO, SC  29063

LEASE
MSA
2/11/2005 - 12/31/2016

**Addition**

THE MUNGO CO INC
441 WESTERN LANE
IRMO, SC  29063

MARKETING AND SERVICES AGREEMENT
CONTRACT ID: 207-1.0
EFFECTIVE DATE: 2/11/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                              Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

THE MUNGO CO INC
441 WESTERN LANE
IRMO, SC  29063

MARKETING CONTRACT
MARKETING & SERVICES
MARKETING AND SERVICES AGREEMENT RENEWAL LETTER
CONTRACT ID:  207-1.1
EFFECTIVE DATE: 1/12/2006

THE MUNGO CO INC.
441 WESTERN LANE
IRMO, SC  29063

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 2/1/2005

THE MUNGO CO INC.
441 WESTERN LANE
IRMO, SC  29063

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 1/12/2006

THE NETWORK, INC
PO BOX 268
COLUMBUS, GA  31902-0268

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 12/1/2006

THE NEW YORK MORTGAGE COMPANY, LLC
1301 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10019

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/21/2006

THE NEW YORK MORTGAGE COMPANY, LLC
1301 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10019

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 9/21/2006

<div align="center">Addition</div>

THE NEW YORK MORTGAGE COMPANY,LLC
1301 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10019

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11047-1.0
EFFECTIVE DATE: 9/21/2006

<div align="center">Addition</div>

THE NEW YORK MORTGAGE COMPANY,LLC
1301 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10019

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
SIDE LETTER
CONTRACT ID: 11047-2.0
EFFECTIVE DATE: 9/21/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                    Debtor                                                     (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE PAN PACIFIC HOTEL<br>500 POST STREET<br>SAN FRANCISCO, CA  94102 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/22/2006 |
| THE PARK AVENUE BANK<br>460 PARK AVENUE<br>NEW YORK, NY  10022 | MARKETING CONTRACT<br>LOAN SALES, SERVICING/PROCESSING<br>EFFECTIVE DATE: 6/15/2007 |
| THE PETKEWICH CORPORATION DBA THE MORTGAGE OUTLET | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/13/2006 |
| THE PHELPS TEAM, LLC (REMAX CENTRAL PROPERTIES)<br>536 WEST CENTRAL AVENUE<br>SPRINGBORO, OH  45066 | LEASE<br>MSA<br>10/1/2006 - 10/1/2016 |
| THE PICO GROUP, L.L.C.<br>C/O PRINCE AND ASSOCIATES REALTORS<br>1503 N. IMPERIAL AVENUE SUITE 1<br>EL CENTRO, CA  92243 | LEASE<br>OFFICE<br>8/1/2004 - 8/1/2009 |
| THE PLAZA AT EL PORTAL, L.P.<br>P.O. BOX 2344<br>MERCED, CA  95344 | LEASE<br>OFFICE<br>1/15/2007 - 1/14/2010 |
| THE PM COMPANY<br>1000 GRAND CENTRAL MALL<br>VIENNA, WV  26105 | LEASE<br>OFFICE<br>6/15/2006 - 6/14/2008 |
| THE POWERTECH GROUP, INC.<br>19426 69TH AVENUE SOUTH<br>KENT, WA  98032 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/5/2006 |
| THE PRIME FINANCIAL GROUP, INC<br>30800 TELEGRAPH RD<br>STE 1801<br>BINGHAM FARMS, MI  48025 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/14/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                    Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE PRINTER SOURCE, INC.<br>5 EASTERN STEEL ROAD<br>MILFORD, CT  06460 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| THE PRINTER SOURCE, INC.<br>5 EASTERN STEEL ROAD<br>MILFORD, CT  06460 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 6/5/2007 |
| THE PRISCHAK FAMILY PARTNERSHIP C/O TECNICADEV CORP.<br>100 STATE ST<br>SUITE B 100<br>ERIE, PA  16507 | LEASE<br>OFFICE<br>7/1/1999 - 12/31/2009 |
| THE QUINCY HERALD-WHIG<br>130 S FIFTH STREET<br>P.O. BOX 909<br>QUINCY, IL  62306-0909 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/22/2007 |
| THE REAL ESTATE EXCHANGE<br>P.O. BOX 1743<br>LUMBERTON, NC  28359 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  4/9/2006 |
| THE REAL ESTATE EXCHANGE<br>P.O. BOX 1743<br>LUMBERTON, NC  28359 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  12/21/2005 |
| THE REALTY ASSOC. FUND VIII, L.P.<br>P.O. BOX 223528<br>PITTSBURGH, PA  15251-2528 | LEASE<br>OFFICE<br>1/1/2003 - 2/29/2008 |
| THE REALTY ASSOCIATES FUND V, LP<br>C/O TERRANOVA CORPORATION<br>PO BOX 223305<br>PITTSBURG, PA  15251-2305 | LEASE<br>OFFICE<br>2/1/2006 - 1/31/2011 |
| THE RECRUITING CONNECTION<br>284 CAMDEN HILLS DRIVE<br>MONTGOMERY, TX  77356 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 6/15/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

                              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE RISK MANAGEMENT ASSOCIATION<br>1801 MARKET STREET<br>SUITE 300<br>PHILADELPHIA, PA  19103 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 2/26/2007 |
| THE RITZ CARLETON NEW YORK | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/27/2007 |
| THE RITZ-CARLTON, NAPLES<br>280 VANDERBILT BEACH ROAD<br>NAPLES, FL  34108-2300 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/22/2006 |
| THE RITZ-CARLTON, TYSONS CORNER<br>1700 TYSONS BOULEVARD<br>MCLEAN, VA  22102 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/4/2006 |
| THE RIVERHOUSE | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  4/20/2006 |
| THE ROYAL PALM BANK OF FLORIDA<br>1255 CREEKSIDE PARKWAY<br>NAPLES, FL  34108 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/21/2006 |
| THE SHANDON GROUP, INC D/B/A PRUDENTIAL PALMETTO REALTORS<br>2002 BLOSSOM STREET<br>COLUMBIA, SC  29205 | LEASE<br>DESK RENTAL/MSA<br>10/16/2006 - 12/31/2016 |
| THE SIGNATURE BANK<br>3345 S. CAMPBELL AVE<br>SPRINGFIELD, MO  65807 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/28/2006 |
| THE SIGNATURE BANK<br>3345 S. CAMPBELL AVE<br>SPRINGFIELD, MO  65807 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/21/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

Debtor

(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE SPA AT NORWICH INN<br>607 W. THAMES STREET<br>NORWICH, CT  06360 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 6/11/2007 |
| THE SPA AT NORWICH INN<br>607 W. THAMES STREET<br>NORWICH, CT  06360 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 3/6/2007 |
| THE ST. AUGUSTINE RECORD<br>PO BOX 1630<br>ST. AUGUSTINE, FL  32085-1630 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 1/12/2006 |
| THE TALON GROUP, A DIVISION OF FIRST AMERICAN TITLE, INC.<br>373 MERIDIAN PARK LANE #D1<br>GREENWOOD, IN  46142 | CORPORATE CONTRACT<br>MARKETING AND SERVICES |
| THE TALON GROUP, A DIVISION OF FIRST AMERICAN TITLE, INC.<br>373 MERIDIAN PARK LANE #D1<br>GREENWOOD, IN  46142 | CORPORATE CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/11/2007 |
| THE TALON GROUP, A DIVISION OF FIRST AMERICAN TITLE, INC.<br>373 MERIDIAN PARK LANE #D1<br>GREENWOOD, IN  46142 | CORPORATE CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/11/2007 |
| THE TIMES-PICAUNE, L.L.C.<br>GREENWOOD, IN  46142 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 10/28/2005 |
| THE TREVETHAN GROUP & CO. INC. NAME TO CHANGE??<br>580 CALIFORNIA STREET<br>SUITE 2300<br>SAN FRANCISCO, CA  94104 | MARKETING CONTRACT<br>MARKETING AND SERVICES |

**Addition**

| | |
|---|---|
| THE ULTIMATE CLEANING COMPANY<br>6 AUTUMN DRIVE<br>MASHPEE, MA  2649 | SERVICE PROVIDER CUSTOMER INFORMATION SAFEGUARDS AGREEMENT<br>EFFECTIVE DATE: 6/1/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE VLO GROUP, INC.<br>7316 ST GEORGES WAY<br>UNIVERSITY PARK, FL  34201 | MARKETING CONTRACT<br>MARKETING AND SERVICES |

**Addition**

| | |
|---|---|
| THE WASHINGTON SAVINGS BANK<br>4201 NIERTAVIEW DR  (ADDRESS HARD TO READ)<br>BOWIE, MD  20716 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  10180-1.0<br>EFFECTIVE DATE:  3/24/2006 |
| THE WELCOME COMPANY<br>16004 TUALATIN-SHERWOOD RD.<br>#124<br>SHERWOOD, OR  97140 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  1/31/2007 |
| THE WESTIN BELLEVUE<br>600 BELLEVUE<br>BELLEVUE, WA  98004 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  3/8/2006 |
| THE WESTIN FORT LAUDERDALE<br>400 CORPORATE DRIVE<br>FORT LAUDERDALE, FL  33334-3642 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/3/2006 |
| THE WESTIN NEW YORK AT TIMES SQUARE<br>270 WEST 43RD STREET<br>NEW YORK, NY  10036 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE:  1/30/2007 |
| THE WILLOWS LLC<br>1201 SOUTH KIMBALL<br>CALDWELL, ID  83605 | LEASE<br>OFFICE<br>4/1/2007 - 3/31/2008 |
| THE YIELD BOOK INC.<br>PO BOX 13755<br>NEWARK, NJ  07188-0755 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  3/1/2004 |
| THE YIELD BOOK INC.<br>PO BOX 13755<br>NEWARK, NJ  07188-0755 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  5/4/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

THESTREET.COM, INC.
14 WALL ST.
15TH FLOOR
NEW YORK, NY  10005

MARKETING CONTRACT
WEB ADVERTISING
EFFECTIVE DATE:  6/6/2006

THOMAS BOBER
1046 MAIN STREET, UNIT #2
OSTERVILLE, MA  02655

LEASE
OFFICE
2/1/2005 - 1/31/2009

THOMAS J. HIBERT
QUADRANGLE MANAGEMENT
1000 SOUTH MAIN STREET SUITE 204
SALINAS, CA  93901

LEASE
OFFICE
2/1/2003 - 1/31/2009

**Addition**

THOMSON
14624 NORTH SCOTTSDALE ROAD
SCOTTSDALE, AZ  85254

MASTER AGREEMENT

THOMSON FINANCIAL LLC
PO BOX 5136
CAROL STREAM, IL  60197-5136

VENDOR CONTRACT
MARKETING AND SERVICES

THOMSON FINANCIAL LLC
PO BOX 5136
CAROL STREAM, IL  60197-5136

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  12/27/2004

THOMSON FINANCIAL LLC
PO BOX 5136
CAROL STREAM, IL  60197-5136

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE:  12/20/2004

THOMSON NETG, A DIVISION OF THOMSON LEARNING, INC.
LOCKBOX 36963
36963 TREASURY CENTER
CHICAGO, IL  60694-6900

VENDOR CONTRACT
SOFTWARE

**Addition**

THOMSON OF RESEARCH INSTITUTE OF AMERICA

ADDENDUM TO CHECKPOINT LICENSE AGREEMENT

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____

Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

| | |
|---|---|
| THOMSON PROFESSIONAL AND REGULATORY, INC<br>15300 NORTH 90TH STREET<br>SUITE 600<br>SCOTTSDALE, AZ  85260 | SERVICE PLAN |
| THORNBURG MORTGAGE HOME LOANS, INC.<br>150 WASHINGTON AVENUE, SUITE 302<br>SANTA FE, NM  87501 | THIRD PARTY SECURITIZATION<br>RECONSTITUTED SERVICING AGREEMENT<br>1.1 (J) AV<br>CONTRACT #:  (ZIA 2006-1)<br>CONTRACT DATE: 1ST DAY OF JUNE, 2006 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/27/2006 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  4/5/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  2/5/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  2/8/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  2/8/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/26/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**
_____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/1/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/16/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/16/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  2/5/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/29/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/12/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/17/2007 |
| THOUGHT DIGITAL<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK, NY  10017 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  1/22/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.** _____         Case No.  **07-11051** _____

Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THRITY FOUR SOUTH BROAD STREET, LLC 34 S. BROAD STREET WOODBURY, NJ  08096 | LEASE OFFICE 12/12/2002 - 3/12/2008 |
| TIBCO SOFTWARE INC 3303 HILLVIEW AVENUE PALO ALTO, CA  94304 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE:  3/16/2007 |
| TIBCO SOFTWARE INC 3303 HILLVIEW AVENUE PALO ALTO, CA  94304 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE:  3/16/2007 |
| TIBCO SOFTWARE, INC 3303 HILLVIEW AVENUE PALO ALTO, CA  94304 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  3/12/2007 |
| TIC PROPERTIES MANAGEMENT, INC. C/O PREMIER REAL ESTATE ASSOCIATES, INC. 106 W. 14TH STREET SUITE 2700 KANSAS CITY, MO  64105 | LEASE OFFICE 9/15/2003 - 9/30/2008 |
| TIME WARNER CABLE MEDIA SALES POB 70992 CHARLOTTE, NC  28272-0992 | MARKETING CONTRACT ADVERTISING EFFECTIVE DATE:  4/6/2007 |
| TIME WARNER CABLE MEDIA SALES POB 70992 CHARLOTTE, NC  28272-0992 | MARKETING CONTRACT ADVERTISING EFFECTIVE DATE:  4/6/2007 |
| TIRANGLE REALTY RESOURCES, INC. 504 BRIANDALE AVENUE CARY, NC  27519 | LEASE MSA 5/12/2005 - 12/31/2016 |
| TITLESERV 88 FROEHLICH FARM BLVD WOODBURY, NY  11797 | NDA/CONFIDENTIAL CONTRACT CONFIDENTIAL EFFECTIVE DATE:  2/16/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____
                    Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

TITLESERV
88 FROEHLICH FARM BLVD
WOODBURY, NY  11797

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 5/7/2007

TITLESERV
88 FROEHLICH FARM BLVD
WOODBURY, NY  11797

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 5/25/2007

TN BANK
401 S. ILLINOIS AVE
OAK RIDGE, TN  37830

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/12/2006

TOM DICKSON
C/O PERFORM, INC.
920 N. SHERIDAN AVE
PITTSBURGH, PA  15206

MARKETING CONTRACT
CONSULTING AGREEMENTS
EFFECTIVE DATE:  3/1/2006

TOM DICKSON C/O ADVISOR CENTRIC
920 N SHERIDAN DRIVE
PITTSBURGH, PA  15206

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 5/4/2006

TOMMY MCBRIDE REALTY
4426 WASHINGTON RD
EVANS, GA  30809

LEASE
DESK RENTAL
8/15/2004 - 12/31/2016

TOMMY MCBRIDE REALTY, INC
4426 WASHINGTON RD
EVANS, GA  30809

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE:  9/13/2006

TOMORROW 32 RIVER PARK, L.P.
C/O BGK GROUP
333 S. BROADWAY, SUITE 105
WICHITA, KS  67202-4325

LEASE
OFFICE
8/19/2004 - 8/31/2007

TOMORROW 34 COLE CENTER, LIMITED PARTNERSHIP OF
DELWARE
2460 WEST 26TH AVENUE
STE. 190-C
DENVER, CO  80211

LEASE
OFFICE
4/1/2007 - 4/30/2012

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                         Case No.  **07-11051**
_____
                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TONIE JUMP<br>9284 HUNTINGTON SQUARE<br>SUITE 100<br>NORTH RICHLAND HILLS, TX  76180 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 1/31/2006 |
| TOSHIBA AMERICA INFO SYS INC<br>8767 EAST VIA DE VENTURA<br>120<br>SCOTTSDALE, AZ  85258 | FAX CONTRACT<br>90132233584 |
| TOSHIBA AMERICA INFO SYS INC<br>1885 NORTH KOLB ROAD<br>TUCSON, AZ  85715 | FAX CONTRACT<br>90133456681 |
| TOTALMOVE, INC.<br>ONE GREENWICH PLACE<br>SHELTON, CT  06484 | MARKETING CONTRACT<br>LEADS AGREEMENTS |

**Addition**

| | |
|---|---|
| TOUCH LLC<br>2121 INDUSTRIAL ROAD<br>SUITE 107<br>LAS VEGAS, NV  89102 | CATERING CONTRACT<br>EFFECTIVE DATE: 6/12/2007 |
| TOUCHSTONE HOME MORTGAGE<br>9201 CAMINO MEDIA<br>STE 200<br>BAKERSFIELD, CA  83311 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 10/12/2005 |
| TOWER PLACE, LP<br>75 REMITTANCE DRIVE<br>SUITE 6706<br>CHICAGO, IL  60675-6706 | LEASE<br>OFFICE<br>5/16/2005 - 8/31/2008 |
| TOWN & COUNTRY REALTY, INC<br>3734 ASTROZON BLVD<br>COLORADO SPRINGS, CO  80910 | LEASE<br>OFFICE<br>4/23/2007 - 4/22/2017 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____
Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

TOWN & COUNTRY REALTY, INC
3734 ASTROZON BLVD
COLORADO SPRINGS, CO  80910

MARKETING CONTRACT
DESK RENTALS
EFFECTIVE DATE: 4/23/2007

**Addition**

TOWN & COUNTRY REALTY, INC.
3734 ASTROZON BOULEVARD
COLORADO SPRINGS, CO  80910

MARKETING CONTRACT
DESK RENTAL
COMMERCIAL OFFICE LEASE
CONTRACT ID: 11625-1.0
EFFECTIVE DATE:  4/23/2007

TOWNEBANK
4525 SOUTH BLVD.
STE 100
VIRGINIA BEACH, VA  23452

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 8/1/2006

TR TURNPIKE CORP
39250 TREASURY CENTER
CHICAGO, IL  60694-9200

LEASE
OFFICE
3/18/2005 - 5/17/2008

**Addition**

TRACY FEDERAK CREDIT UNION
951 CENTRAL AVE
TRACY, CA  95376

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 11397-1.0
EFFECTIVE DATE:  2/13/2007

TRACY FEDERAL CREDIT UNION
951 CENTRAL AVENUE
TRACY, CA  95376

LEASE
MSA
8/1/2006 - 12/31/2016

TRACY FEDERAL CREDIT UNION
ATTN: GALE DAVIS
951 CENTRAL AVE
TRACY, CA  95376

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  2/13/2007

TRALEE PARTNERS LLC
907 E 12 AVE
BROOMFIELD, CO  80020

MARKETING CONTRACT
BROKER
EFFECTIVE DATE:  12/15/2004

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                    Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRALEE PARTNERS LLC<br>907 E 12 AVE<br>BROOMFIELD, CO  80020 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 4/17/2006 |

**Addition**

| | |
|---|---|
| TRAMMEL CROWE RESIDENTIAL | PREFERRED LENDER MARKETING AGREEMENT |
| TRANEX FINANCIAL INC<br>24901 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/26/2006 |

**Addition**

| | |
|---|---|
| TRANEX FINANCIAL, INC<br>24901 NORTHWESTERN HWY<br>#710<br>SOUTHFIELD, MI  48075 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID:  11320-1.0<br>EFFECTIVE DATE: 12/26/2006 |
| TRANS NATIONAL COMMUNICATIONS INTERNATIONAL, INC. | VENDOR CONTRACT<br>TELECOMMUNICATIONS<br>EFFECTIVE DATE: 1/18/2007 |
| TRANS UNION LLC<br>PO BOX 99506<br>CHICAGO, IL  60693-9506 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  1/8/2007 |
| TRANS UNION LLC<br>PO BOX 99506<br>CHICAGO, IL  60693-9506 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE:  3/7/2005 |
| TRANS UNION LLC<br>PO BOX 99506<br>CHICAGO, IL  60693-9506 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE: 3/18/2005 |
| TRANS UNION LLC<br>PO BOX 99506<br>CHICAGO, IL  60693-9506 | VENDOR CONTRACT<br>CREDIT BUREAU<br>EFFECTIVE DATE: 11/3/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                          Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| TRANSLAND FINANCIAL SERVICES<br>2701 MAITLAND CENTER PARKWAY<br>SUITE 300<br>MAITLAND, FL  32751-7294 | CORRESPONDENT/BROKER LOAN AGREEMENT |
| TRANSLAND FINANCIAL SERVICES, INC.<br>2701 MAITLAND CENTER PARKWAY<br>SUITE 300<br>MAITLAND, FL  32751 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/17/2006 |
| TRANSLAND FINANCIAL SERVICES, INC.<br>2701 MAITLAND CENTER PARKWAY<br>SUITE 300<br>MAITLAND, FL  32751 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 9/9/2003 |
| TRANSNATIONAL FINANCIAL NETWORK<br>401 TARAVAL STREET<br>SAN FRANCISCO, CA  94116 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/12/2005 |
| TRANSOCEAN PROPERTIES, L.C.<br>190 OLD DIXIE HIGHWAY<br>VERO BEACH, FL  32962 | LEASE<br>OFFICE<br>3/1/2005 - 2/29/2008 |
| TRANSZUBEN III CORP. DBA DATA WAREHOUSE<br>3651 FAU BLVD<br>SUITE 400<br>BOCA RATON, FL  33431 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/25/2007 |

<div align="center">Addition</div>

| | |
|---|---|
| TRANSZUBER III CORP. DBA DATA WAREHOUSE<br>3651 FAU BLVD<br>SUITE 400<br>BOCA RATON, FL  33431 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>NDA<br>CONTRACT ID:  11616-1.0<br>EFFECTIVE DATE: 4/25/2007 |
| TRANWESTERN SL GALE NAPERVILLE<br>PO BOX 6134<br>HICKSVILLE, NY  11802-6134 | LEASE<br>OFFICE<br>12/1/2005 - 4/30/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | MORTGAGE INSURANCE POLICY<br>28-0069-0004<br>7/1/2005 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 7/1/2005 |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING) |
| TRIAD GUARANTY INSURANCE CORPORATION<br>PO BOX 2300<br>WINSTON-SALEM, NC  27102 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 7/1/2005 |
| TRIDENT REALTY GROUP<br>D/B/A PINEVIEW REAL ESTATE<br>P.O. BOX 772<br>BLOOMFIELD HILLS, MI  48303 | LEASE<br>OFFICE<br>1/1/2006 - 12/31/2009 |
| TRILEGIANT CORPORATION<br>100 CONNECTICUT AVE<br>NORWALK, CT  06850 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 12/8/2005 |
| TRILEGIANT CORPORATION<br>100 CONNECTICUT AVE<br>NORWALK, CT  06850 | VENDOR CONTRACT<br>PROCESSING/SERVICING |
| TRIMONT REAL ESTATE<br>C/O LB # 280001<br>PO BOX 54000<br>ATLANTA, GA  30308 | LEASE<br>SHOPPING CENTER<br>6/15/2005 - 1/23/2009 |

**Addition**

| | |
|---|---|
| TRINITY INSPECTION SERVICES, INC<br>15303 DALLAS PARKWAY<br>SUITE 510<br>ADDISON, TX  75001 | AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**
_____
                          Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

TRIPOINTE CREDIT UNION
2343 E HILL RD
GRAND BLAWE, MI  48439

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 5/31/2005


TRIPOINTE FEDERAL CREDIT UNION (PURCHASER)
2343 E HILL RD
GRAND BLAWE, MI  48439

LOAN SALE/SERVICING AGREEMENT
LOAN SALE AND SERVICING AGREEMENT
1.1 (J) CY
CONTRACT DATE: 31-MAY-05

                                        **Addition**

TROXLER & ASSOCIATES, INC
5023 N PARKWAY CALABASAS
CALABASAS, CA  91302

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID: 11102-1.0
EFFECTIVE DATE: 9/8/2006


TRUE LENDING COMPANY, LLC
3350 PLAYERS CLUB PARKWAY
SUITE 100
MEMPHIS, TN  38125

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/19/2006


TRUST AMERICA MORTGAGE, INC
6309 CORPORATE COURT, SUITE 100
FORT MEYERS, FL  33919

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/12/2006


TRUST ONE MORTGAGE CORPORATION
108 PACIFICA
#300
IRVINE, CA  92618

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 12/26/2006


TRUSTED FORCE, LLC
1050 CONNECTICUT AVENUE NW
SUITE 1000
WASHINGTON, DC  20036

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE: 1/12/2007


TRUSTMARK NATIONAL BANK
248 E CAPITAL ST SUITE 744
JACKSON, MS  39201

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/20/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**

               Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

TSR CONSULTING SERVICES, INC
400 OSER AVE.
HAUPPAUGE, NY  11788

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
PERSONNEL STAFFING SERVICES AGREEMENT
CONTRACT ID:  11593-1.0
EFFECTIVE DATE: 4/18/2004


TUCKER MORTGAGE, LLC
9201 N MERIDAN ST.
SUITE 200
INDIANAPOLIS, IN  46260

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/20/2006


TURF VALLEY RESORT
AND CONFERANCE CENTER
2700 TURF VALLEY RD.
ELLICOTT CITY, MD  21042

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE: 4/17/2006


TURK TECHNOLOGIES, LLC
3280 SUNRISE HWY
SUITE 76
WANTAGH, NY  11793

VENDOR CONTRACT
PROCESSING/SERVICING


TURK TECHNOLOGIES, LLC
3280 SUNRISE HWY
SUITE 76
WANTAGH, NY  11793

VENDOR CONTRACT
PROCESSING/SERVICING
EFFECTIVE DATE: 5/15/2007


TURNER MORTGAGE CORPORATION
1515 MOCKINGBIRD LANE
STE 209
CHARLOTTE, NC  28209

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 7/20/2006


TURNER REALTY ENTERPRISE, INC D/B/A/
REMAX COASTAL REALITY
800 VIRGINIA AVENUE
SUITE 48
FT PIERCE, FL  34947

LEASE
MSA
2/1/2007 - 2/1/2017

**Addition**

TWIN PEAKS
36 TOTACON OVI
FLAGSTAFF, AZ  86001-9570

INVOICE
EFFECTIVE DATE: 4/20/2007


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                          Case No.  **07-11051**

                              Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TXL MORTGAGE CORPORATION<br>11931 WICKCHESTER<br>SUITE 400<br>HOUSTON, TX  77043 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/11/2005 |
| TYJ, ASSOCIATES, LP<br>132 JOHN ROBERT THOMAS DRIVE<br>EXTON, PA  19341 | LEASE<br>OFFICE<br>8/1/2006 - 7/31/2011 |
| U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP | VENDOR CONTRACT<br>EQUIPMENT |

**Addition**

| | |
|---|---|
| U.S. BANK HOME MORTGAGE<br>17500 ROCKSIDE ROAD<br>BEDFORD, OH  44146 | SINGLE FAMILY MORTGAGE REVENUE BOND PROGRAM |
| U.S. BANK NATIONAL ASSOCIATION ("U.S. BANK"), NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF GSR MORTGAGE LOAN TRUST 2006-AR1 (THE "ASSIGNEE" OR THE "TRUSTEE"),<br>AND GS MORTGAGE SECURITIES CORP., AS ASSIGNOR (THE "ASSIGNOR" OR THE "DEPOSITOR") AND IS ACKNOWLEDGE | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) E<br>CONTRACT #:  (GSR 2006-AR1)<br>CONTRACT DATE:  1/1/2006 |
| U.S. COURIERS, INC.<br>P.O. BOX 542983<br>DALLAS, TX  75354-2983 | VENDOR CONTRACT<br>FACILITIES (MAIL)<br>EFFECTIVE DATE:  3/13/2006 |
| UBS REAL ESTATE SECURITIES INC, AS ASSIGNOR, MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC., AS ASSIGNEE,<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | THIRD PARTY SECURITIZATION<br>ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) AE<br>CONTRACT #:  (MARM 2007-1)<br>CONTRACT DATE:  16-JAN-07 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | AMENDMENT TO LOAN SALE/SERVICING AGREEMENT<br>AMENDMENT NUMBER ONE, DATED AS OF FEBRUARY 27, 2006, TO THE MASTER LOAN PURCHASE AND SERVICING AGREEMENT<br>1.1 (J) FG<br>CONTRACT DATE:  27-FEB-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                              Case No.  **07-11051**
_____
                          Debtor                                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | AMENDMENT TO LOAN SALE/SERVICING AGREEMENT AMENDMENT NUMBER TWO, DATED AS OF MARCH 16, 2006, TO THE MASTER LOAN PURCHASE AND SERVICING AGREEMENT<br>1.1 (J) FH<br>CONTRACT DATE:  16-MAR-06 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | AMENDMENT TO LOAN SALE/SERVICING AGREEMENT AMENDMENT NUMBER THREE, DATED AS OF NOVEMBER 1, 2006, TO THE MASTER LOAN PURCHASE AND SERVICING AGREEMENT<br>1.1 (J) FI<br>CONTRACT DATE:  1-NOV-06 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | TRADE CONFIRMATION -  UBS REAL ESTATE SECURITIES INC.<br>TRADE CONFIRMATION<br>1.1 (J) GT<br>CONTRACT DATE:  2/14/2006 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | TRADE CONFIRMATION -  UBS REAL ESTATE SECURITIES INC.<br>TRADE CONFIRMATION<br>1.1 (J) GN<br>CONTRACT DATE:  1/24/2006 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | TRADE CONFIRMATION -  UBS REAL ESTATE SECURITIES INC.<br>TRADE CONFIRMATION<br>1.1 (J) GR<br>CONTRACT DATE:  11/2/2006 |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | TRADE CONFIRMATION -  UBS REAL ESTATE SECURITIES INC.<br>TRADE CONFIRMATION<br>1.1 (J) GO<br>CONTRACT DATE:  1/24/2006 |
| UBS REAL ESTATE SECURITIES INC. (THE "ASSIGNOR"), MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC. (THE "ASSIGNEE")<br>677 WASHINGTON BLVD.<br>STAMFORD, CT  06901 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT<br>1.1 (J) W<br>CONTRACT #:  (MALT 2006-3)<br>CONTRACT DATE:  29-JUN-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                          Case No. **07-11051**
_____              _____
                    Debtor                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UBS REAL ESTATE SECURITIES INC. (THE "ASSIGNOR"), MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC. (THE "ASSIGNEE") 677 WASHINGTON BLVD. STAMFORD, CT  06901 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) FJ CONTRACT #:  (MARM 2005-8) CONTRACT DATE: 29-DEC-05 |
| UBS REAL ESTATE SECURITIES INC. (THE "ASSIGNOR"), MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC. (THE "ASSIGNEE"), 677 WASHINGTON BLVD. STAMFORD, CT  06901 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AF CONTRACT #:  (MARM 2007-3) CONTRACT DATE: 15-MAY-07 |
| UBS REAL ESTATE SECURITIES INC. (THE "ASSIGNOR"), MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC. (THE "ASSIGNEE"), 677 WASHINGTON BLVD. STAMFORD, CT  06901 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AD CONTRACT #:  (MARM 2006-OA2) CONTRACT DATE: 15-NOV-06 |
| UBS REAL ESTATE SECURITIES INC. (THE "ASSIGNOR"), MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC. (THE "ASSIGNEE"), 677 WASHINGTON BLVD. STAMFORD, CT  06901 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AG CONTRACT #:  (MASTR 2006-2) CONTRACT DATE: 3/29/2006 |
| UBS REAL ESTATE SECURITIES INC. (THE "ASSIGNOR"), MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC. (THE "ASSIGNEE"), 677 WASHINGTON BLVD. STAMFORD, CT  06901 | THIRD PARTY SECURITIZATION ASSIGNMENT, ASSUMPTION AND RECOGNITION AGREEMENT 1.1 (J) AH CONTRACT #:  (MASTR 2006-OA1) CONTRACT DATE: 20-APR-06 |
| UBS REAL ESTATE SECURITIES, INC. (INITIAL PURCHASER) 677 WASHINGTON BLVD. STAMFORD, CT  06901 | LOAN SALE/SERVICING AGREEMENT MASTER LOAN PURCHASE AND SERVICING AGREEMENT 1.1 (J) AX CONTRACT DATE:  1-DEC-05 |

**Addition**

| | |
|---|---|
| ULSTER COUNTY COMMUNITY COLLEGE | SITE USE AGREEMENT EFFECTIVE DATE: 3/30/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Debtor

Case No. **07-11051**

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ULTIMATE WATER<br>751 PARK OF COMMERCE DRIVE<br>STE 116<br>BOCA RATON, FL  33487 | VENDOR CONTRACT<br>EQUIPMENT<br>EFFECTIVE DATE: 6/1/2007 |
| UNION FEDERAL BANK OF INDIANAPOLIS<br>7500 W. JEFFERSON BLVD.<br>FT. WAYNE, IN  46804 | CORPORATE CONTRACT<br>M&A<br>EFFECTIVE DATE: 1/12/2005 |
| UNION FEDERAL MORTGAGE CORP<br>2500 E. HALLANDALE BEACH BLVD<br>STE 403<br>HALLANDALE, FL  33009 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/23/2006 |
| UNION FIDELITY MORTGAGE<br>7979 IVANHOE AVE<br>#300<br>LAJOLLA, CA  92037 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/3/2006 |
| UNION FIDELITY MORTGAGE<br>7979 IVANHOE AVE<br>#300<br>LAJOLLA, CA  92037 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/16/2006 |
| UNION FIDELITY MORTGAGE<br>7979 IVANHOE AVE<br>#300<br>LAJOLLA, CA  92037 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/3/2006 |
| UNION LABOR LIFE INSURANCE COMPANY | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BG |
| UNION SAVINGS BANK<br>8520 E. KEMPER ROAD<br>CINCINNATI, OH  45249 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/30/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                              _____
Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UNION TITLE COMPANY<br>2040 SOUTH UNION AVENUE<br>ALLIANCE, OH  44601 | LEASE<br>OFFICE<br>5/10/2007 - 5/9/2008 |
| UNION TRUST MORTGAGE SERVICES, INC.<br>189 SIR FRANCIS DRAKE BLVD<br>STE B<br>GREENBRAE, CA  94904 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  1/3/2006 |
| UNITED AIR LINES, INC.<br>1200 E. ALGONQUIN ROAD<br>ELK GROVE TOWNSHIP, IL  60007 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  10/13/2006 |
| UNITED CALIFORNIA SYSTEMS INTERNATIONAL, INC<br>2049 CENTURY PARK EAST<br>LOS ANGELES, CA  90067 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/8/2006 |

**Addition**

| | |
|---|---|
| UNITED COMMUNITY BANK<br>1026 OGDEN AVENUE<br>LISLE, IL  60532 | MORTGAGE BROKER AGREEMENT |
| UNITED COUNTRY CHESAPEAKE BAY<br>170 WEST ST.<br>ANNAPOLIS, MA  21401 | LEASE<br>MSA W/ DESK<br>5/1/2005 - 12/31/2016 |
| UNITED COUNTRY REAL ESTATE INC.<br>1600 N CORRINGTON AVENUE<br>KANSAS CITY, MO  64120 | MARKETING CONTRACT<br>PRIVATE LABEL<br>EFFECTIVE DATE:  3/22/2004 |
| UNITED GENERAL MORTGAGE CORP<br>17 STATE STREET, SUITE 2400<br>NEW YORK, NY  10004 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  3/13/2006 |
| UNITED GUARANTY MORTGAGE INDEMNITY COMPANY<br>PO BOX 21367<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (TECHNOLOGY)<br>EFFECTIVE DATE:  6/6/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                     Case No.  **07-11051**

Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UNITED GUARANTY MORTGAGE INDEMNITY COMPANY<br>PO BOX 21367<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 12/23/1999 |
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY<br>PO BOX 21367<br>GREENSBORO, NC  27420 | MORTGAGE INSURANCE POLICY<br>31-0118-000<br>12/13/1996 |
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY<br>PO BOX 21367<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 12/11/2006 |
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY<br>PO BOX 21367<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE<br>EFFECTIVE DATE: 3/21/2007 |
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY<br>PO BOX 21367<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY ENDORSEMENTS)<br>EFFECTIVE DATE: 1/9/2007 |

**Addition**

| | |
|---|---|
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY   UNITED GUARANTY MORTGAGE INDEMNITY COMPANY<br>230 NORTH ELM STREET<br>GREENSBORO, NC  27401 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (TECHNOLOGY)<br>ELECTRONIC BUSINESS TRANSACTION AGREEEMENT FOR<br>TRANSMISSION OF LOAN DATA BETWEEN PARTIES<br>CONTRACT ID: 558-1.0<br>EFFECTIVE DATE: 6/6/2006 |
| UNITED GUARANTY SERVICES<br>PO BOX 21567<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 4/18/2007 |
| UNITED GUARANTY SERVICES<br>PO BOX 21567<br>GREENSBORO, NC  27420 | SECONDARY MARKETING CONTRACT<br>MORTGAGE INSURANCE (CONTRACT UNDERWRITING)<br>EFFECTIVE DATE: 4/18/2007 |
| UNITED HOME MORTGAGE CORPORATION<br>1981 N BROADWAY<br>#255<br>WALNUT CREEK, CA  94596 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/11/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____                           _____

                         Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UNITED PARCEL SERVICE<br>P.O. BOX 505820<br>THE LAKES, NV  88905-5820 | VENDOR CONTRACT<br>SOFTWARE |
| UNITED PROPERTIES INVEST - (SPOC)<br>SDS-12-2642<br>PO BOX 86<br>MINNEAPOLIS, MN  55486-2642 | LEASE<br>OFFICE<br>8/27/2003 - 8/31/2008 |
| UNITED REAL ESTATE & INVESTMENTS LLC<br>P.O. BOX 19457<br>RALEIGH, NC  57619 | LEASE<br>MSA<br>6/1/2005 - 12/31/2016 |
| UNITED SECURITY FINANCIAL<br>868 E. 5900 S.<br>MURRAY, UT  84107 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  2/27/2006 |
| UNITED SERVICES CREDIT UNION ASHEVILLE | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) BS |
| **Addition** | |
| UNITED STAFFING SYSTEMS<br>261 MADISON AVE.<br>NEW YORK, NY | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>PERSONNEL STAFFING SERVICES AGREEMENT<br>CONTRACT ID:  11596-1.0<br>EFFECTIVE DATE:  4/10/2007 |
| **Addition** | |
| UNITED SYSTEMS, INC.<br>5875 PEACHTREE INDUSTRIAL BLVD<br>BLDG. 200<br>SUITE 200<br>NORCROSS, GA  30092 | HUMAN RESOURCES CONTRACT<br>CONSULTING AND PROGRAMMING SERVICES AGREEMENT<br>CONTRACT ID:  10615-1.0<br>EFFECTIVE DATE:  7/29/1999 |
| UNIVERSAL LENDING CORP DBA CRESTLINE MORTGAGE CO<br>6775 E EVANS AVE<br>DENVER, CO  80224 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/18/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

Debtor                                                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UNIVERSAL MORTGAGE & FINANCING CONSULTANTS, INC.<br>7041 GRAND NATIONAL DR.<br>STE 200<br>ORLANDO, FL  32819 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 4/28/2005 |
| UNIVERSAL ORLANDO<br>EVENT SALES DEPARTMENT<br>1000 UNIVERSAL STUDIOS PLAZA<br>ORLANDO, FL  32819 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 2/9/2006 |
| UNIVERSITY OF NORTH CAROLINA WILMINGTON ALUMNI ASSOCIATION<br>1713 MARKET STREET<br>WILMINGTON, NC  28403-5906 | MARKETING CONTRACT<br>MORTGAGE INSURANCE (MASTER POLICY) |
| UNIVERSITY OF NORTH CAROLINA WILMINGTON ALUMNI ASSOCIATION<br>1713 MARKET STREET<br>WILMINGTON, NC  28403-5906 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  10/30/2006 |
| UNIVERSITY OF NORTH CAROLINA WILMINGTON ALUMNI ASSOCIATION<br>1713 MARKET STREET<br>WILMINGTON, NC  28403-5906 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 9/7/2005 |

**Addition**

| | |
|---|---|
| UNIVERSITY OF PHOENIX<br>HONOLULU CAMPUS, TOPA FINANCIAL CENTER<br>745 FORT STREET<br>1ST FLOOR<br>HONOLULU, HI  96813 | CLASSROOM USE AGREEMENT |
| UNLIMITED HORIZONS INC. T/A NORTHERN VIRGINIA<br>20609 GORDON PARK SQ<br>ASHBURN, VA  20147 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  3/12/2003 |
| UPPER LAKE PLAZA<br>270 SPARTA AVENUE, SUITE 201<br>C/O ARCH BUILDING SERVICES<br>SPARTA, NJ  07871 | LEASE<br>OFFICE<br>10/1/2006 - 9/30/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                    Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

*Addition*

UPS, INC.
75 SMITH STREET
EAST FARMINGDALE, NY  11735

VENDOR
FACILITIES (MAIL)
INCENTIVE PROGRA AGREEMENT
CONTRACT ID:  11840-1.0
EFFECTIVE DATE: 8/1/2005

UPSTON ASSOCIATES, INC.
5 MINGES LANE
BATTLE CREEK

MARKETING CONTRACT
ADVERTISING
EFFECTIVE DATE: 5/2/2006

*Addition*

UPSTON ASSSOCIATES, INC.
5 MINGES LANE
BATTLE CREEK, MI  49015

MARKETING CONTRACT
ADVERTISING IN HOME MAGAZINE IN GREATER BATTLE
CREEK AND GREATER KALAMAZOO AREAS
CONTRACT ID:  523-1.0
EFFECTIVE DATE: 5/2/2006

*Addition*

UPTILT INC
4400 BOHANNON DRIVE
SUITE 200
MENLO PARK, CA  94025

APPLICATION SERVICE PROVIDER
EFFECTIVE DATE: 5/26/2006

UPTILT INC.
4400 BOHANNON DRIVE
SUITE 200
MENLO PARK, CA  94025

MARKETING CONTRACT
WEB ADVERTISING

*Addition*

UPTMORE CUSTOM HOMES MAYBERRY HOMES
8400 BLANCO
STE 204
SAN ANTONIO, TX  78216

LETTER OF INTENT
EFFECTIVE DATE: 10/19/2007

UPTMORE CUSTOM HOMES  MAYBERRY HOMES
8400 BLANCO
STE 204
SAN ANTONIO, TX  78216

CORPORATE CONTRACT
LOI

URBAN MORTGAGE COMPANY DBA HOME LOAN SPECIALIST
1801-15 CENTER AVE STE 300
PITTSBURGH, PA  15219

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE: 6/15/2005

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| URBAN MORTGAGE COMPANY DBA HOME LOAN SPECIALIST<br>1801-15 CENTER AVE STE 300<br>PITTSBURGH, PA  15219 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 5/4/2006 |
| URGO FINANCIAL SERVICES<br>36-51 BELL BOULEVARD<br>STE 202<br>BAYSIDE, NY  11361 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/7/2006 |
| URGO FINANCIAL SERVICES<br>36-51 BELL BOULEVARD<br>STE 202<br>BAYSIDE, NY  11361 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 10/25/2004 |

**Addition**

| | |
|---|---|
| US BANCORP<br>1310 MADRID STREET<br>STE 101<br>MARSHALL, MN  56258 | MASTER LEASE AGREEMENT<br>EFFECTIVE DATE:  3/13/2006 |
| US BANK<br>1604 SPRINGHILL ROAD<br>VIENNA, VA  22182 | COPIER CONTRACT<br>500-0071458-003<br>4/3/2006 - 7/3/2009 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>500-0045982-000<br>5/18/2005 - 8/18/2008 |
| US BANK<br>1503 N CEDAR CREST BLVD<br>LAKE KATRINE, NY  12449 | COPIER CONTRACT<br>500-0071458-000<br>4/3/2006 - 7/3/2009 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>500-0038061-000<br>2/10/2005 - 5/10/2008 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | COPIER CONTRACT<br>500-0038061-000<br>2/10/2005 - 5/10/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
                    Debtor                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US BANK<br>200B SOUTH MAIN STREET<br>NEW CITY, NY 10956 | COPIER CONTRACT<br>500-0051190-000<br>7/28/2005 - 10/28/2008 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0071458-002<br>4/3/2006 - 7/3/2009 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0053364-000<br>8/26/2005 - 11/26/2008 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0039968-000<br>3/7/2005 - 6/7/2008 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0039968-000<br>3/7/2005 - 6/7/2008 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0039968-000<br>3/7/2005 - 6/7/2008 |
| US BANK<br>1503 N CEDAR CREST BLVD<br>LAKE KATRINE, NY 12449 | FAX CONTRACT<br>500-0071458-000<br>4/3/2006 - 7/3/2009 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0039968-000<br>3/7/2005 - 6/7/2008 |
| US BANK<br>304 HARPER DRIVE<br>MOORESTOWN, NJ 8057 | FAX CONTRACT<br>500-0071458-001<br>4/3/2006 - 7/3/2009 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**
_____
Debtor                                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0051190-000<br>8/26/2005 - 11/26/2008 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0053364-000<br>8/26/2005 - 11/26/2008 |
| US BANK<br>304 HARPER DRIVE<br>MOORESTOWN, NJ  8057 | FAX CONTRACT<br>500-0071458-001<br>4/3/2006 - 7/3/2009 |
| US BANK<br>1503 N CEDAR CREST BLVD<br>LAKE KATRINE, NY  12449 | FAX CONTRACT<br>500-0071458-000<br>4/3/2006 - 7/3/2009 |
| US BANK<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>500-0039968-000<br>3/7/2005 - 6/7/2008 |
| US BANK HOME MORTGAGE<br>4801 FREDERICA ST<br>OWENSBORO, KY  42301 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  11/9/2004 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  11/18/2003 |
| US FINANCIAL MORTGAGE CORP.<br>1011 SUNSET BLVD<br>SUITE 150<br>ROCKLIN, CA  95765 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/4/2007 |
| US FUNDING CORP.<br>17035 W. WISCONSIN AVE.<br>SUITE 135<br>BROOKFIELD, WI  53005 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/27/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____
                         Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US TECHNOLOGY RESOURCES, LLC<br>120 VANTIS<br>SUITE 500<br>ALISO VIEJO, CA  92656 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 11/3/2006 |
| US TECHNOLOGY RESOURCES, LLC<br>120 VANTIS<br>SUITE 500<br>ALISO VIEJO, CA  92656 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/27/2006 |
| US TECHNOLOGY RESOURCES, LLC<br>120 VANTIS<br>SUITE 500<br>ALISO VIEJO, CA  92656 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 12/27/2006 |
| USA LIBERTY MORTGAGE INC<br>1180 LINCOLN AVE<br>STE 1A<br>HELBROOK, NY  11741 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 7/6/2004 |
| USA LIBERTY MORTGAGE INC<br>1180 LINCOLN AVE<br>STE 1A<br>HELBROOK, NY  11741 | BROKER/INVESTOR CONTRACT<br>MORTGAGE BROKER AGREEMENT<br>EFFECTIVE DATE: 3/7/2006 |
| USA REWARDS | MARKETING CONTRACT<br>LEADS AGREEMENTS<br>EFFECTIVE DATE: 9/24/1999 |
| USDA RURAL HOUSING SERVICE | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 4/24/2003 |
| UTAH HOUSING CORPORATION<br>2479 SOUTH LAKE PARK BLVD<br>WEST VALLEY CITY, UT  84120 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE: 6/28/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                          Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VALLEY BANK<br>4467 STARKEY RD SW<br>ROANOKE, VA  24014 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 6/30/2007 |
| VALLEY BANK<br>4467 STARKEY RD SW<br>ROANOKE, VA  24014 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 9/22/2005 |
| VALLEY BANK<br>4467 STARKEY RD SW<br>ROANOKE, VA  24014 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 11/7/2005 |
| VALLEY BANK<br>4467 STARKEY RD SW<br>ROANOKE, VA  24014 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 9/22/2005 |
| **Addition**<br>VALLEY BANK OF MARYLAND<br>6900 YORK RD<br>BALTIMORE, MD  212121509 | LOAN SALE AGREEMENT |
| **Addition**<br>VALLEY BANK OF MARYLAND<br>6900 YORK RD<br>BALTIMORE, MD  212121509 | MASTER SERVICE AGREEMENT |
| **Addition**<br>VALLEY BANK OF MARYLAND<br>6900 YORK RD<br>BALTIMORE, MD  212121509 | SUBSERVICING AGREEMENT |
| VALLEY EXCHANGE BANK<br>100 E. 1ST STREET<br>PO BOX 100<br>TEA, SD  57064 | MARKETING CONTRACT<br>BROKER<br>EFFECTIVE DATE: 6/8/2007 |
| VALLEY NATIONAL BANK<br>4812 EAST 81ST STREET<br>TULSA, OK  74137 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE: 4/8/2004 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor                                                                          (if known)</div>

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

| | |
|---|---|
| VALLEY RIVER INN<br>7142 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, M.  21046 | VENDOR<br>SITE USE<br>HOTEL AGREEMENT<br>CONTRACT ID:  11517-1.0<br>EFFECTIVE DATE: 3/29/2007 |
| VALLEY VIEW STATE BANK<br>7500 W. 95TH STREET<br>OVERLAND PARK, KS  66212 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 5/2/2006 |
| VALLEY VISTA MORTGAGE, INC.<br>5473 KEARNY VILLA ROAD<br>STE 250<br>SAN DIEGO, CA  92123 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/3/2005 |
| VALLEY VISTA MORTGAGE, INC.<br>5473 KEARNY VILLA ROAD<br>STE 250<br>SAN DIEGO, CA  92123 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 2/27/2006 |

<div align="center">Addition</div>

| | |
|---|---|
| VALUAMERICA CONSULTING, INC. | TERM SHEET<br>EFFECTIVE DATE: 7/15/2003 |
| VALUAMERICA CONSULTING, LLC | CORPORATE CONTRACT<br>LOI<br>EFFECTIVE DATE: 7/16/2003 |

<div align="center">Addition</div>

| | |
|---|---|
| VALUE CLICK, INC. | MASTER SERVICE AGREEMENT |
| VANCOUVERCENTER DEVELOPMENT LLC<br>17355 S.W. BOONES FERRY ROAD<br>LAKE OSWEGO, OR  97035 | LEASE<br>OFFICE<br>1/1/2007 - 3/31/2012 |

<div align="center">Addition</div>

| | |
|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC<br>PO BOX 9800<br>MARYVILLE, T.  37802 | AFFINITY AGREEMENT<br>EFFECTIVE DATE: 11/15/2000 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VANDYK MORTGAGE CORP<br>5756 W. M ARKS<br>SUITE 170<br>FRESNO, CA  93711 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/29/2006 |
| VANGUARD MORTGAGE & TITLE, INC.<br>14100 SULLYFIELD CIRCLE<br>SUITE 500<br>CHANTILLY, VA  20151 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 3/8/2006 |
| VARIOUS<br>TWO JERICHO PLAZA<br>JERICHO, NY  11753 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE: 3/13/2002 |

**Addition**

| | |
|---|---|
| VARSITY CONTRACTORS, INC.<br>2100 SOUTH COLE RD.<br>BOISE, I.  86709 | SERVICE AGREEMENT<br>EFFECTIVE DATE:  8/20/2004 |
| VECTOR CONSULTING, INC.<br>6455 EAST JOHNS CROSSING<br>STE 250<br>DULUTH, GA  30097 | VENDOR CONTRACT<br>TEMPORARY STAFFING<br>EFFECTIVE DATE: 9/27/2006 |
| VENTURE HOMES, LLC<br>4938 WINDY HILL DR.<br>SUITE B<br>RALEIGH, NC  27604 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 8/1/2006 |
| VENTURI STAFFING PARTNERS, INC<br>275 WYMAN STREET<br>WALTHAM, MA  02451 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE: 2/5/2007 |
| VERICOMM, A CALIFONIA CORPORATION<br>27200 TOURNEY ROAD<br>SUITE 315<br>VALENCIA, CA  91355 | LEASE<br>OFFICE<br>5/1/2007 - 9/30/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                  Case No.  **07-11051**
_____
                              Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VERISIGN, INC.<br>685 EAST MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 11/1/2006 |
| VERISIGN, INC.<br>685 EAST MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 1/23/2007 |
| VERISIGN, INC.<br>685 EAST MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 12/5/2005 |
| VERISIGN, INC.<br>685 EAST MIDDLEFIELD RD<br>MOUNTAIN VIEW, CA  94043 | VENDOR CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 1/23/2007 |
| VERITAS SOFTWARE GLOBAL LLC | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 12/28/2005 |
| VERITAS SOFTWARE GLOBAL LLC | VENDOR CONTRACT<br>SOFTWARE |

**Addition**

| | |
|---|---|
| VERIZON WIRELESS<br>ONE VERIZON WAY<br>VC52S413<br>BASKING RIDGE, N.  7920 | VENDOR<br>TELECOM<br>VERIZON WIRELESS NATIONAL ACCOUNT AGREEMENT<br>CONTRACT ID: 588-1.0<br>EFFECTIVE DATE: 10/4/2006 |
| VERTEX INC.<br>W510248<br>PHILADELPHIA, PA  19175-0248 | VENDOR CONTRACT<br>SOFTWARE |
| VERTEX INC.<br>W510248<br>PHILADELPHIA, PA  19175-0248 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 6/12/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                                    _____
                              Debtor                                                         (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VERTEX INC.<br>W510248<br>PHILADELPHIA, PA  19175-0248 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 6/27/2006 |
| VERTICAL FINANCIAL GROUP<br>7700 TRVINE CENTER DRIVE<br>STE 150<br>IRVINE, CA  92618 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 12/14/2006 |

**Addition**

| | |
|---|---|
| VERTICAL LAND, INC.<br>3 HUNTINGTON QUAD<br>MELVILLE, NY  11747 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>MUTUAL CONFIDENTIALITY AGREEMENT<br>CONTRACT ID: 10644-1.0<br>EFFECTIVE DATE: 7/25/2006 |
| VERTICALLAND, INC<br>3 HUNTINGTON QUAD<br>MELVILLE, NY  11747 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/25/2006 |
| VESDIA CORPORATION<br>590 MEANS ST.<br>ATLANTA, GA  30318 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 5/15/2003 |

**Addition**

| | |
|---|---|
| VIACOM<br>3475 ATLANTA  INDUSTRIAL DRIVE<br>ATLANTA, G.  30331 | ADVERTISING AGREEMENT<br>EFFECTIVE DATE: 10/25/2005 |
| VICTOR SIMON, RFC CHFC, AIF<br>305 BALTIMORE ANNAPOLIS BLVD<br>SEVERNA PARK, MD  21146 | LEASE<br>MSA<br>6/1/2007 - 5/31/2017 |
| VICTORIA CAPITAL, INC.<br>20 S. SANTA CRUZ AVENUE<br>STE 101<br>LOS GATOS, CA  95030 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                              Debtor                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VICTORIAN ABSTRACT AGENCY<br>937 COLUMBIA AVE<br>SUITE 1<br>CAPE MAY, NJ  08204 | LEASE<br>DESK RENTAL<br>7/1/2006 - 12/31/2016 |
| VIETNAM CENTER<br>1159 UNIVERSITY AVENUE<br>ST. PAUL, MN  55104 | LEASE<br>MSA<br>1/1/2006 - 12/31/2016 |
| VILLAGE MARKETPLACE<br>169 PORT RD<br>SUITE 44<br>KENNEBUCK, ME  04043 | LEASE<br>OFFICE<br>10/15/2005 - 10/14/2008 |
| VILLAGE REAL ESTATE SERVICES<br>2206 21 AVE SOUTH<br>NASHVILLE, TN  37212 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 9/12/2005 |
| VINTAGE PARK, LLC C/O CITADEL EQUITIES GROUP<br>1508 EUREKA ROAD<br>SUITE 130<br>ROSEVILLE, CA  95661 | LEASE<br>OFFICE<br>10/1/2004 - 10/31/2007 |

**Addition**

| | |
|---|---|
| VIP REALTY CENTER - MAIZE ROAD<br>734 N MAIZE RD<br>WICHITA, KS  67212 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID:  10008-1.0<br>EFFECTIVE DATE:  6/2/2005 |

**Addition**

| | |
|---|---|
| VIP REALTY CENTER - OLIVER<br>144 N. OLIVER<br>WICHITA, KS  67208 | MARKETING CONTRACT<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID:  10007-1.0<br>EFFECTIVE DATE:  6/2/2005 |
| VIP REALTY CENTER-MAIZE ROAD<br>734 N MAIZE RD<br>WICHITA, KS  67212 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/2/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

                        Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

VIP REALTY CENTER-OLIVER
144 N. OLIVER
WICHITA, KS  67208

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE: 6/2/2005

VIRGINIA BEACH AFFILIATES C.O TIME EQUITIES, INC.
55 5TH AVE.
15TH FLOOR
NEW YORK, NY  10003

LEASE
SHOPPING CENTER
12/4/2003 - 12/31/2008

VIRGINIA HOUSING DEVELOPMENT AUTHORITY
601 SOUTH BELVIDERE STREET
RICHMOND, VA  23220

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  3/15/2004

VIRGINIA HOUSING DEVELOPMENT AUTHORITY
601 SOUTH BELVIDERE STREET
RICHMOND, VA  23220

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  6/13/2006

**Addition**

VIRGINIA NATIONAL BANK
222 EAST MAIN STREET
CHARLOTTESVILLE, V.  22902

AFFINITY AGREEMENT
EFFECTIVE DATE: 2/16/2001

**Addition**

VIRTUAL ALLIANCE MORTGAGE, INC
248 NE 199 TERRACE
MIAMI, F.  33179

MORTGAGE BROKER AGREEMENT

VIRTUAL RELOCATION.COM, INC.
15400 NW GREENBRIER PKWY
STE A450
BEAVERTON, OR  97006

MARKETING CONTRACT
CO-BRANDING
EFFECTIVE DATE:  12/24/1999

**Addition**

VISALIA NEWSPAPERS, INC.
PO BOX 31
VISALIA, C.  93279

ADVERTISING AGREEMENT

VISIBILITY RESOURCE GROUP, INC
3071 EAST FRANKLIN ROAD
STE 203
MERIDIAN, ID  83642

HUMAN RESOURCES CONTRACT
RECRUITERS
EFFECTIVE DATE:  3/2/2007

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                           _____
                          Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

<div align="center">Addition</div>

VISUAL CALC
17255 N. 82ND STREET
SCOTTSDALE, A. 85255

VC CUSTOMER LICENSE

<div align="center">Addition</div>

VISUAL CALC, INC.
4993 GOLDEN FOOTHILL PARKWAY
EL DORADO HILLS, C. 95762

VENDOR
SOFTWARE LICENSE AGREEMENT
CONTRACT ID:  10051-2.0
EFFECTIVE DATE:  10/2/2000

<div align="center">Addition</div>

VISUAL CALC, INC.
4993 GOLDEN FOOTHILL PARKWAY
STE 3
EL DORADO HILLS, C. 95762

VENDOR
SOFTWARE LICENSING AGREEMENT
CONTRACT ID:  10051-1.0
EFFECTIVE DATE:  3/1/2005

VISUALCALC, INC.
4993 GOLDEN FOOTHILL PARKWAY
EL DORADO, CA 95762

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  10/2/2000

VISUALCALC, INC.
4993 GOLDEN FOOTHILL PARKWAY
EL DORADO, CA 95762

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  3/1/2005

VMP MORTGAGE SOLUTIONS, INC.
180505 15 MILE ROAD
FRASER, MI 48026

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  8/16/2005

VMP MORTGAGE SOLUTIONS, INC.
180505 15 MILE ROAD
FRASER, MI 48026

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  8/22/2005

VMP MORTGAGE SOLUTIONS, INC.
180505 15 MILE ROAD
FRASER, MI 48026

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  8/25/2005

VMP MORTGAGE SOLUTIONS, INC.
180505 15 MILE ROAD
FRASER, MI 48026

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  10/5/2004

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VMP MORTGAGE SOLUTIONS, INC. / BANKERS SYSTEMS, INC. 180505 15 MILE ROAD FRASER, MI  48026 | VENDOR CONTRACT SOFTWARE EFFECTIVE DATE:  11/1/2004 |
| VOLUNTEERS OF AMERICA 1650 MAIN STREET SHARPSBURG, PA  15215 | MARKETING CONTRACT ADVERTISING EFFECTIVE DATE:  4/12/2007 |
| VONAGE AMERICA INC. 23 MAIN STREET HOLMDEL, NJ  07733 | VENDOR CONTRACT PROCESSING/SERVICING |
| VULCAN SIECLES INC DBA REMAX PACIFIC PROPERTIES 15901 HAWTHORNE BLVD. #260 LAWNDALE, CA  90260 | MARKETING CONTRACT MORTGAGE BROKER AGREEMENT EFFECTIVE DATE:  5/14/2007 |
| VYPAK CONSULTING 75 MAIDEN LANE STE 906 NEW YORK, NY  10038 | HUMAN RESOURCES CONTRACT RECRUITERS EFFECTIVE DATE:  1/12/2007 |
| WACHOVIA BANK VA-73137711 PLANTATION RD ROOBOKE, VA  24019 | LOAN SALE/SERVICING AGREEMENT LOAN SALE AND SERVICING AGREEMENT 1.1 (J) BI |
| WACHOVIA BANK, NATIONAL ASSOCIATION 301 SOUTH COLLEGE STREET DC-7 ATTN: BRUCE YOUNG CHARLOTTE, NC  28202-0600 | ISDA CONTRACT |
| WACHOVIA BANK/ORLANDO BRAMINGHAM, INC. P.O. BOX 863741 ORLANDO, FL  32886-3741 | LEASE OFFICE 6/1/2003 - 12/31/2007 |
| WACHOVIA BANK/ORLANDO BRAMINGHAM, INC. P.O. BOX 863741 ORLANDO, FL  32886-3741 | LEASE OFFICE 6/1/2006 - 12/31/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                                _____

                        Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

WACHOVIA BANK/ORLANDO BRAMINGHAM, INC.
P.O. BOX 863741
ORLANDO, FL  32886-3741

LEASE
OFFICE
8/1/2005 - 12/31/2007


WACHOVIA CORPORATION
ONE SOUTH BROAD STREET, 8TH FLOOR
PHILADELPHIA, PA  19107

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  11/6/2006

**Addition**

WACHOVIA SECURITIES
901 EAST BYRD STREET
RICHMOND, VA  23219

STAFFING LETTER
EFFECTIVE DATE:  10/3/2003


WACHUSETT MORTGAGE CORPORATION
45 STERLING STREET
WEST BOYLSTON, MA  01583

BROKER/INVESTOR CONTRACT
MORTGAGE BROKER AGREEMENT
EFFECTIVE DATE:  5/1/2005


WACO PROPERTIES INC.
569 E EDGEWOOD AVENUE
JACKSONVILLE, FL  32205

LEASE
OFFICE
7/1/2006 - 6/30/2009


WAGNER REAL ESTATE
2100 DARBY ROAD
HAVERTOWN, PA  19083

LEASE
MSA
6/1/2006 - 12/31/2016


WAILUA SHOPPING PLAZA
3165 OAHU AVENUE
HONOLULU, HI  96822

LEASE
OFFICE
10/1/2006 - 9/30/2009


WALL STREET ANALYTICS, INC.
395 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA  94080

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  11/3/2005


WALL STREET ANALYTICS, INC.
395 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA  94080

VENDOR CONTRACT
SOFTWARE
EFFECTIVE DATE:  12/22/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

<div align="center">Debtor                                                                          (if known)</div>

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

WALLICK AND VOLK, INC.
222 EAST 18TH STREET
CHEYENNE, WY  82001

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  5/22/2006

WAL-MART STORES, INC.
702 SOUTHWEST EIGHTH STREET
BENTONVILLE, AR  72716

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE:  4/4/2003

**Addition**

WARBER NORCROSS & JUDD
900 FIFTH THIRD CENTER
111 LYON STREET NW
GRAND RAPIDS, MI  49503-2487

VENDOR
LEGAL SERVICES
CONFLICTS WAIVER LETTER
CONTRACT ID:  10088-1.0
EFFECTIVE DATE:  3/14/2006

**Addition**

WARD LENDING GROUP, LLC
2950 LIMITED LANE NW
OLYMPIA, WA  98502

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
CONTRACT ID:  10101-1.0
EFFECTIVE DATE:  3/10/2006

WAREHOUSELINE, LTD
707 WOODCASTLE BEND
STE 200
HOUSTON, TX  77094

MARKETING CONTRACT
LEADS AGREEMENTS
EFFECTIVE DATE:  12/30/2002

WARNER NORCROSS & JUDD
900 FIFTH THIRD CENTER
I I I LYON STREET NW
GRAND RAPIDS, MI  49503

VENDOR CONTRACT
LEGAL
EFFECTIVE DATE:  3/14/2006

WARREN BANK
38880 GARFIELD RD.
CLINTON TWP, MI  48038

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  7/27/2006

WASHINGTON MUTUAL
P. O. BOX 100563
FLORENCE, SC  29501

LOAN SALE/SERVICING AGREEMENT
LOAN SALE AND SERVICING AGREEMENT
1.1 (J) BD

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                      Case No.  **07-11051**

_____
Debtor                                                                          (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

WASHINGTON MUTUAL MORTGAGE SECURITIES CORP
75 N. FAIRWAY DRIVE
VHJ 1C01
VERNON HILLS, IL  60061

SECONDARY MARKETING CONTRACT
WHOLE LOAN SELLER/SERVICER/CORRESPONDENT
AGREEMENT
EFFECTIVE DATE:  7/23/2003


WASHINGTON REAL ESTATE INVESTMENT TRUST
P. O. BOX 79555
BALTIMORE, MD  21279-0555

LEASE
OFFICE
8/1/2005 - 7/31/2008


WASHINGTON SQUARE LAND DEVELOPMENT
6135 FAR HILLS AVENUE
DAYTON, OH  45459

LEASE
SHOPPING CENTER
2/14/2005 - 2/13/2010


WASHINGTON STATE HOUSING FINANCE COMMISSION
1000 2ND AVENUE
SUITE 2700
SEATTLE, WA  98104

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  4/18/2006


WASHINGTON STATE HOUSING FINANCE COMMISSION
1000 2ND AVENUE
SUITE 2700
SEATTLE, WA  98104

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  8/22/2006


WATER GARDENS BUSINESS CENTER
100 CHAPARRAL COURT
SUITE 110
ANAHEIM, CA  92808

LEASE
OFFICE
2/1/2006 - 1/31/2009


**Addition**

WATERFORD AT SPRINGFIELD

SALES CATERING CONTRACT
EFFECTIVE DATE:  12/12/2006


**Addition**

WATERFORD DEVELOPMENT, LLC
1925 ISSAC NEWTON SQ E
#180
RESTON, VA  20190

MARKETING AGREEMENT
EFFECTIVE DATE:  2/1/2005


Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

_____                                _____

Debtor                                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| <div align="center">Addition</div> | |
| WATERFORD DEVELOPMENT, LLC<br>1925 ISSAC NEWTON SQ E<br>#180<br>RESTON, VA  20190 | MARKETING AND SERVICES AGREEMENT - WITHDRAWAL OF AGREEMENT<br>EFFECTIVE DATE:  1/5/2005 |
| WATERPLANT INVESTMENT, LLC<br>5644 BAYSIDE DRIVE<br>ORLANDO, FL  32819 | LEASE<br>OFFICE<br>5/15/2005 - 6/14/2010 |
| WATERSIDE, LLC<br>28730 ST. MICHAELS ROAD<br>EASTON, MD  21601 | LEASE<br>OFFICE<br>6/1/2007 - 5/31/2017 |
| WATERSTONE MORTGAGE CORP.<br>1155 QUAIL COURT<br>PEWAUHEE, WI  53022 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  1/13/2007 |
| <div align="center">Addition</div> | |
| WATERSTONE MORTGAGE CORPORATION<br>1155 QUAIL COURT<br>PEWAUHEE, WI  53022 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>CONTRACT ID: 11361-1.0<br>EFFECTIVE DATE:  1/13/2007 |
| WATSON MORTGAGE CORP<br>4237 SALISBURY ROAD<br>#200<br>JACKSONVILLE, FL  32216 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  8/11/2006 |
| WATTERSON & ZAPPOLO, P.A.<br>4100 RCA BOULEVARD<br>SUITE 100<br>PALM BEACH GARDENS, FL  33410 | LEASE<br>OFFICE<br>5/7/2007 - 4/30/2011 |
| WAUSAU MORTGAGE CORPORATION<br>6700 KOLL CENTER PARKWAY<br>#100<br>PLEASANTON, CA  94566 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/18/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____                                   _____
                          Debtor                                                  (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WAYNE BELLEAU<br>10 CRATER LAKE AVENUE<br>MEDFORD, OH  97504 | LEASE<br>OFFICE<br>5/10/2007 - 4/15/2008 |
| WAYNE BELLEAU<br>10 CRATER LAKE AVENUE<br>MEDFORD, OH  97504 | LEASE<br>OFFICE<br>4/16/2007 - 4/15/2008 |
| WBBC, INC.<br>1815 E BRISTOL STREET<br>ELKHART, IN  46514 | LEASE<br>DESK RENTAL<br>7/13/2006 - 12/31/2016 |
| WBOC TV 16 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/10/2006 |
| WBOCTV/FOX 21 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/4/2007 |
| WCS LENDING, LLC<br>6501 CONGRESS AVE<br>3RD FLOOR, SUITE 240<br>BOCA RATON, FL  33487 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  10/25/2006 |
| WCW 1050 AM CINCINNATI | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  5/26/2006 |
| WDRL-TV 24<br>5002 AIRPORT ROAD<br>ROANOKE, VA  24012 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  6/15/2007 |
| WDSU NEWSCHANNEL 6 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WEALTHSMITH, LLC D/B/A ALL PRO MORTGAGE CO.<br>14800 SAINT MARY'S LANE<br>STE 210<br>HOUSTON, TX  77079 | CORPORATE CONTRACT<br>JOINT VENTURE |
| **Addition** | |
| WEALTHSMITH, LLC DBA ALL PRO MORTGAGE CO<br>14800 SAINT MARY'S LANE<br>STE 210<br>HOUSTON, TX  77079 | SERIES AGREEMENT |
| WEBB MASON, INC.<br>10830 GILROY ROAD<br>HUNT VALLEY, MD  21031 | VENDOR CONTRACT<br>PRINTING<br>EFFECTIVE DATE:  10/1/2005 |
| **Addition** | |
| WEBCAST | MARKETING CONTRACT<br>ADVERTISING CONTRACT<br>CONTRACT ID:  11202-.10<br>EFFECTIVE DATE:  12/6/2006 |
| WEBFINANCE INC.<br>7310-B MCWHORTER PLACE<br>ANNANDALE, VA  22003 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  6/5/2006 |
| WEBSTER BANK, N.A.<br>609 W JOHNSON AVE<br>CHESHIRE, CT  06410 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/18/2005 |
| WEBSTER BANK, N.A.<br>609 W JOHNSON AVE<br>CHESHIRE, CT  06410 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  12/18/2006 |
| WEBSTER BANK, N.A.<br>609 W JOHNSON AVE<br>CHESHIRE, CT  06410 | SECONDARY MARKETING CONTRACT<br>MORTGAGE BROKER/DEALER AGREEMENT<br>EFFECTIVE DATE:  6/14/2007 |
| WEI MORTGAGE CORPORATION<br>15200 SHADY GROVE RD<br>SUITE 207<br>ROCKVILLE, MD  20850 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  11/20/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____
                    Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WEI MORTGAGE CORPORATION<br>15200 SHADY GROVE RD<br>SUITE 207<br>ROCKVILLE, MD  20850 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/24/2006 |
| WEICHERT REALTORS SOUTHERN COAST<br>4720 HIGHWAY 17S BYPASS<br>SUITE A<br>MYRTLE BEACH, SC  29577 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 6/15/2006 |
| WEINER BRODSKY SIDMAN KIDER PC<br>1300 19TH STREET, NW<br>FIFTH FLOOR<br>WASHINGTON, DC  20036 | VENDOR CONTRACT<br>LEGAL<br>EFFECTIVE DATE:  5/7/2001 |

**Addition**

| | |
|---|---|
| WEISER CAPITAL MANAGEMENT LLC<br>135 WEST 50TH STREET<br>NEW YORK, NY  10020 | MARKETING AGREEMENT<br>EFFECTIVE DATE: 12/1/2005 |
| WEISER CAPITAL MANAGEMENT, LLC<br>135 WEST 50TH STREET<br>NEW YORK, NY  10020 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 12/1/2005 |
| WEISS REALTY MANAGEMENT<br>730 NORTH POAST OAK ROAD<br>SUITE 330<br>HOUSTON, TX  77024 | LEASE<br>OFFICE<br>4/16/2007 - 4/30/2010 |
| WELLFOUND DECADE CORPORATION<br>PO BOX 105267<br>ATLANTA, GA  30348 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 10/28/2005 |
| WELLFOUND DECADE CORPORATION<br>PO BOX 105267<br>ATLANTA, GA  30348 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 10/13/2005 |
| WELLFOUND DECADE CORPORATION<br>PO BOX 105267<br>ATLANTA, GA  30348 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 10/13/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____

Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLFOUND DECADE CORPORATION<br>PO BOX 105267<br>ATLANTA, GA  30348 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 2/24/2006 |
| WELLFOUND DECADE CORPORATION<br>PO BOX 105267<br>ATLANTA, GA  30348 | HUMAN RESOURCES CONTRACT<br>CONSULTING AGREEMENTS<br>EFFECTIVE DATE: 11/21/2005 |

**Addition**

| | |
|---|---|
| WELLINGTON TECHNOLOGY, INC | CLO AGREEMENT |
| WELLINGTON TECHNOLOGY, INC. | MARKETING CONTRACT<br>CLO |
| WELLINGTON THE MAGAZINE<br>10660 FOREST HILL BOULEVARD<br>SUITE 160<br>WELLINGTON, FL  33414 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE: 2/15/2007 |
| WELLS FARGO BANK, N.A.<br>WF 8113<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485-8113 | THIRD PARTY SECURITIZATION<br>1.1 (J) AA<br>CONTRACT #:  (GSR 2006-OA1)<br>CONTRACT DATE: 8/1/2006 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-3, AS ISSUER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>SERVICING AGREEMENT<br>1.1 (J) DW<br>CONTRACT DATE: 20-SEP-05 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-SD1, AS ISSUER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>SERVICING AGREEMENT<br>1.1 (J) ED<br>CONTRACT DATE: 28-DEC-05 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-1, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EE CONTRACT DATE:  29-MAR-06 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EH CONTRACT DATE:  28-DEC-06 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EI CONTRACT DATE:  30-MAR-07 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EJ CONTRACT DATE:  20-APR-07 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, CITIBANK, N.A., AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) ES CONTRACT #:  (AHMAT 2006-3) CONTRACT DATE:  28-JUL-06 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, CITIBANK, N.A., AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) ET CONTRACT #:  (AHMAT 2006-4) CONTRACT DATE:  30-AUG-06 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
                          Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) ER CONTRACT #:  (AHMAT 2006-2) CONTRACT DATE: 30-JUN-06 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EX CONTRACT #:  (AHMAT 2007-2) CONTRACT DATE: 28-FEB-07 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EU CONTRACT #:   (AHMAT 2006-5) CONTRACT DATE: 22-SEP-06 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EV CONTRACT #:  (AHMAT 2006-6) CONTRACT DATE: 30-OCT-06 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) FA CONTRACT #:   (AHMAT 2007-5) CONTRACT DATE: 29-JUN-07 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EW CONTRACT #:   (AHMAT 2007-1) CONTRACT DATE: 26-JAN-07 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EZ CONTRACT #:   (AHMAT 2007-4) CONTRACT DATE: 31-MAY-07 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____

Debtor                                                                (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EP CONTRACT #:  (AHMAT 2005-2) CONTRACT DATE:  28-DEC-05 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EY CONTRACT #:   (AHMAT 2007-3) CONTRACT DATE:  6-JUN-07 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, DLJ MORTGAGE CAPITAL, INC., AS SELLER PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EO CONTRACT #:   (AHMAT 2005-1) CONTRACT DATE:  31-OCT-05 |
| WELLS FARGO BANK, N.A., AS MASTER SERVICER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GOLDMAN SACHS MORTGAGE COMPANY, AS SPONSOR PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION SERVICING AGREEMENT 1.1 (J) EQ CONTRACT #:  (AHMAT 2006-1) CONTRACT DATE:  25-MAY-06 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE ASSETS TRUST 2007-SD2, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION RMBS SERVICING AGREEMENT 1.1 (J) FB CONTRACT #:  (AHMAT 2007-SD2) CONTRACT DATE:  15-MAY-07 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-1, AS ISSUER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE PO BOX 1450 MINNEAPOLIS, MN  55485 | AHM SECURITIZATION RMBS SERVICING AGREEMENT 1.1 (J) DS CONTRACT DATE:  23-MAR-05 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                        Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, AS ISSUER, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>RMBS SERVICING AGREEMENT<br>1.1 (J) DU<br>CONTRACT DATE:  22-JUN-05 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, AS ISSUER, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>RMBS SERVICING AGREEMENT<br>1.1 (J) DX<br>CONTRACT DATE:  7-OCT-05 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4C, AS ISSUER, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>SERVICING AGREEMENT<br>1.1 (J) EC<br>CONTRACT DATE:  7-OCT-05 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-2, AS ISSUING ENTITY, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>RMBS SERVICING AGREEMENT<br>1.1 (J) EF<br>CONTRACT DATE:  30-JUN-06 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-A, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>RMBS SERVICING AGREEMENT<br>1.1 (J) EM<br>CONTRACT DATE:  13-MAR-07 |
| WELLS FARGO BANK, N.A., AS RMBS MASTER SERVICER, AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-SD1, AS ISSUING ENTITY, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | AHM SECURITIZATION<br>RMBS SERVICING AGREEMENT<br>1.1 (J) EK<br>CONTRACT DATE:  13-MAR-07 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                          Case No.  **07-11051**
_____
             Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLS FARGO CORP. TR. SERVICES | LOAN SALE/SERVICING AGREEMENT<br>LOAN SALE AND SERVICING AGREEMENT<br>1.1 (J) FF |
| WELLS FARGO FUNDING, INC<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | SECONDARY MARKETING CONTRACT<br>WHOLE LOAN SELLER/SERVICER/CORRESPONDENT<br>AGREEMENT<br>EFFECTIVE DATE: 1/25/2007 |

**Addition**

| | |
|---|---|
| WELLS FARGO FUNDING, INC.<br>2701 WELLS FARGO WAY<br>1 SOUTH<br>MINNEAPOLIS, MN  55408 | SECONDARY MARKETING CONTRACT<br>FIRST AMENDMENT TO MASTER MORTGAGE LOAN<br>PURCHASE AND INTERIM SERVICING AGREEMENT EXHIBIT 5 -<br>UNDERWRITING GUIDELINES |
| WELLS FARGO FUNDING, INC. (INITIAL PURCHASER)<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485 | LOAN SALE/SERVICING AGREEMENT<br>MASTER MORTGAGE LOAN PURCHASE AND INTERIM<br>SERVICING AGREEMENT<br>1.1 (J) CJ<br>CONTRACT DATE: 25-JAN-07 |

**Addition**

| | |
|---|---|
| WELLS FARGO WHOLESALE LENDING<br>2801 4TH AVENUE S.<br>MINNEAPOLIS, MN  55467 | SECONDARY MARKETING CONTRACT<br>BROKER ORIGINATION AGREEMENT |
| WENDY OLSEN<br>PO BOX 509<br>CONWAY, NH  03818 | LEASE<br>DESK RENTAL<br>8/1/2006 - 12/31/2016 |

**Addition**

| | |
|---|---|
| WESCOCO LLC<br>660 MARKET STREET<br>5TH FLOOR<br>SAN FRANCISCO, CA  94104 | MASTER MARKETING AGREEMENT |
| WEST GROUP<br>P O BOX 64883<br>ST PAUL, MN  55164-0833 | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE: 8/22/2003 |

**Addition**

| | |
|---|---|
| WEST MICHIGAN EMPLOYEES FEDERAL CREDIT UNION | MARKETING AND SERVICES AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WEST VIRGINIA HOUSING DEVELOPMENT FUND<br>814 VIRGINIA STREET, EAST<br>CHARLESTON, WV  25301 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE: 6/20/2005 |
| WESTERN CORNERS<br>C/O PPM<br>233 DUKE ST.<br>LANCASTER, PA  17602 | LEASE<br>OFFICE<br>10/1/2001 - 9/30/2009 |
| WESTERN CORNERS SHOPPING CENTER<br>C/O PPM REAL ESTATE INC.<br>233 N. DUKE STREET<br>LANCASTER, PA  17602 | LEASE<br>SHOPPING CENTER<br>7/15/2005 - 7/31/2009 |
| WESTERN LANE HOLDINGS, LLC<br>441 WESTERN LANE<br>IRMO, SC  29063 | LEASE<br>OFFICE<br>12/1/2006 - 11/30/2011 |
| WESTERN OHIO MORTGAGE CORP<br>733 FAIR ROAD<br>SIDNEY, OH  45365 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/3/2006 |
| WESTERN SECURITY BANK<br>2401 GRAND AVENUE<br>BILLINGS, MT  59102 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/22/2006 |
| WESTERN SECURITY BANK<br>2401 GRAND AVENUE<br>BILLINGS, MT  59102 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 11/16/2006 |
| WESTERN SECURITY BANK<br>2401 GRAND AVENUE<br>BILLINGS, MT  59102 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 6/13/2007 |

**Addition**

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES, INC | RETAIL SERVICES AGREEMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WESTFIELD MORTGAGE, LLC<br>335 SYCAMORE STREET<br>WESTFIELD, NJ  07090 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE: 4/1/2007 |
| WESTIN GALLERIA DALLAS<br>13340 DALLAS PARKWAY<br>DALLAS, TX  75240 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 4/21/2006 |
| WESTIN HOTEL MANAGEMENT, L.P<br>400 CORPORATE DRIVE<br>FT. LAUDERDALE, FL  33334 | VENDOR CONTRACT<br>SITE USE<br>EFFECTIVE DATE: 7/31/2006 |

**Addition**

| | |
|---|---|
| WESTIN O'HARE | LETTER OF AGREEMENT<br>EFFECTIVE DATE:  10/20/2007 |
| WESTLAKE LEASING II LLC<br>PO BOX 1517<br>CUMMING, GA  30028 | LEASE<br>SHOPPING CENTER<br>6/1/2007 - 5/31/2012 |
| WESTLAW | VENDOR CONTRACT<br>SOFTWARE<br>EFFECTIVE DATE:  8/29/2006 |
| WESTRIDGE II & III, L.L.C.<br>4700 WESTOWN PARKWAY<br>SUITE 303<br>WEST DES MOINES, IA  50266 | LEASE<br>OFFICE<br>11/1/2005 - 10/31/2008 |
| WESTRIDGE II & III, L.L.C.<br>4700 WESTOWN PARKWAY<br>SUITE 303<br>WEST DES MOINES, IA  50266 | LEASE<br>OFFICE<br>3/10/2003 - 4/30/2009 |
| WESTSTAR MORTGAGE CORPORATION<br>6200 UPTOWN BLVD. NE<br>SUITE 110<br>ALBUQUERQUE, NM  87110 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/16/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

                              Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WEZE<br>P.O. BOX 9121<br>BOSTON, MA  02171 | MARKETING CONTRACT<br>ADVERTISING |
| WGSR STAR NEWS CORP.<br>HOLLYWOOD MOUNTAIN<br>P.O. BOX 5146<br>MARTINSVILLE, VA  24115 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  4/20/2006 |
| WHITE & DAVIS LLP<br>9284 HUNTINGTON SQUARE<br>SUITE 100<br>NORTH RICHLAND HILLS, TX  76180 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  1/23/2006 |

**Addition**

| | |
|---|---|
| WHITE ROSE CREDIT UNION<br>3498 INDUSTRIAL DRIVE<br>YORK, PA  17402-9050 | MARKETING CONTRACT<br>CREDIT UNIONS<br>MARKETING AND SERVICES AGREEMENT<br>CONTRACT ID:  10517-1.0<br>EFFECTIVE DATE:  7/21/2005 |
| WHITES ROAD, L.L.C.<br>5340 HOLIDAY TERRACE<br>KALAMAZOO, MI  49009 | LEASE<br>OFFICE<br>9/1/2001 - 9/30/2009 |
| WHOLESALE ACCESS MORTGAGE RESEARCH AND CONSULTING, INC.<br>6140 JERRYS DRIVE<br>COLUMBIA, MD  21044 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  3/15/2007 |
| WHOLESALE AMERICA MORTGAGE, INC<br>6200 STONERIDGE MALL RD<br>#250<br>PLEASANTON, CA  94588 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  4/26/2007 |
| WILLARD CONSTRUCTION OF SMITH MOUNTAIN LAKE, LLC<br>P.O. BOX 540<br>WIRTZ, VA  24184 | LEASE<br>OFFICE<br>8/1/2005 - 7/31/2010 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                   Debtor                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WILLIAM R & PATRICIA A MARRIOTT<br>P.O. BOX 9888<br>SPRINGFIELD, IL  62791 | LEASE<br>OFFICE<br>2/15/2006 - 2/28/2009 |

**Addition**

| | |
|---|---|
| WILLIAM THOMAS SCOTT, JR<br>11058 WINDY PEAK RIDGE<br>SANDY, UT  84094 | MUTUAL CONFIDENTIALITY, NONDISCLOSURE AGREEMENT |
| WILLIAMETTE C/O NORRIS & STEVENS<br>P.O. BOX 4245<br>PORTLAND, OR  97208-4245 | LEASE<br>OFFICE<br>11/15/2004 - 11/30/2009 |
| WILLIAMS REALTY OF KALAMAZOO<br>8175 CREEKSIDE DRIVE<br>SUITE 100<br>KALAMAZOO, MI  49024 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  5/1/2005 |
| WILLOW LAKE REAL ESTATE IN GLENVIEW<br>1352 PATRIOT BLVD<br>GLENVIEW, IL  60025 | LEASE<br>MSA W/ DESK<br>6/17/2004 - 12/31/2016 |
| WILLOW LAKE REAL ESTATE INC<br>1352 PATRIOT BLVD<br>GLENVIEW, IL  60025 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  6/17/2004 |
| WIN WIN OF BREVARD LLC DBA KELLER WILLIAMS PROFESSIONALS<br>17 WEST MAIN STREET<br>BREVARD, NC  28712 | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  7/10/2007 |
| WIN WIN OF BREVARD, LLC DBA KELLER WILLIAMS PROFESSIONALS<br>17 WEST MAIN STREET<br>BREVARD, NC  28712 | LEASE<br>MSA<br>7/10/2007 - 7/9/2017 |
| WINDHILL REALTY, LLC<br>5 OLD CENTER ROAD SOUTH<br>DEERFIELD, NH  03037 | MARKETING CONTRACT<br>DESK RENTALS<br>EFFECTIVE DATE:  1/1/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**　　　　　　　Case No. **07-11051**

　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　(if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *Addition* | |
| WINEGARDNER PONTIAC-BUICK-GMC<br>15133 CRAIN HIGHWAY<br>BRANDYWINE, MD  20613 | MARKETING CONTRACT<br>PREFERRED LENDER<br>INCLUSION INTO AHM'S POWER OF SHARING PROGRAM<br>CONTRACT ID:  11769-1.0<br>EFFECTIVE:  6/15/2007 |
| WINONA PARTNERS<br>18231 HWY. 18<br>SUITE 4<br>APPLE VALLEY, CA  92307 | LEASE<br>OFFICE<br>6/15/2002 - 6/14/2009 |
| WINSTAR MORTGAGE PARTNERS, INC<br>13705 1ST AVE N<br>SUITE 500<br>PLYMOUTH, MN  55441 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  7/11/2006 |
| WINSTON STAFFING SERVICES | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING<br>EFFECTIVE DATE:  7/26/2007 |
| *Addition* | |
| WINSTON STAFFING SERVICES, LLC | HUMAN RESOURCES CONTRACT<br>TEMPORARY STAFFING<br>FIRST AMENDMENT TO AGREEMENT<br>CONTRACT ID:  11844-1.0<br>EFFECTIVE DATE:  7/26/2007 |
| WIRELESS WISDOM, INC. | MARKETING CONTRACT<br>MARKETING AND SERVICES<br>EFFECTIVE DATE:  4/21/2000 |
| WISCONSIN HOUSING & ECONOMIC DEVELOPMENT AUTHORITY<br>201 WEST WASHINGTON AVENUE<br>PO BOX 2209<br>MADISON, WI  53701-2209 | SECONDARY MARKETING CONTRACT<br>HOUSING AND BOND PROGRAM AGREEMENTS<br>EFFECTIVE DATE:  6/16/2005 |
| *Addition* | |
| WISCONSIN HOUSING AND ECONOMIC DEVELOPMENT AUTHORITY<br>201 WEST WASHINGTON AVENUE<br>PO BOX 2209<br>MADISON, WI  53701-2209 | SECONDARY MARKETING CONTRACT<br>LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE:  5/25/2005 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____                              _____
Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WJPT LICENSE LIMITED PARTNERSHIP<br>P.O. BOX 307<br>20125 SOUTH TAMIAMI TRAIL<br>ESTERO, FL  33928 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/5/2007 |
| WLLL 930 AM RADIO<br>P.O. BOX 11375<br>LYNCHBURG, VA  24506 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  9/28/2005 |
| WNC INSURANCE SERVICES, INC<br>899 EL CENTRO STREET<br>SOUTH PASADENA, CA  91030 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/27/2007 |
| WNC INSURANCE SERVICES, INC<br>899 EL CENTRO STREET<br>SOUTH PASADENA, CA  91030 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  9/15/2006 |
| WOLFSON FARKAS & GARVEY<br>104-18 METROPOLITAN AVE<br>FOREST HILLS, NY  11375 | LEASE<br>DESK RENTAL<br>4/25/2006 - 12/31/2016 |
| **Addition** | |
| WONDERLIC, INC<br>1795 N. BUTTERFIELD RD.<br>LIBERTYVILLE, IL  60048 | STATEMENT OF WORK<br>EFFECTIVE DATE:  8/28/2006 |
| WOODBURY HEIGHTS ATHLETIC ASSOCATION<br>1535 GATEWAY BLVD (ATT: JIM)<br>WOODBURY, NJ  08096 | MARKETING CONTRACT<br>ADVERTISING<br>EFFECTIVE DATE:  3/30/2007 |
| **Addition** | |
| WOODBURY HEIGHTS ATHLETIC ASSOCIATION<br>P.O. BOX 224<br>WOODBURY HEIGHTS, NJ  8097 | MARKETING CONTRACT<br>ADVERTISING AGREEMENT<br>CONTRACT ID:  11504-1.0<br>EFFECTIVE DATE:  3/30/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**Addition**

WOODMARK ASSOCIATES INC.
3000 RICHMOND AVE.
SUITE 415
HOUSTON, TX  77019

VENDOR
PROCESSING/SERVICING
DEVELOPMENT AND TEACHING OF A BUSINESS WRITING
CLASS
CONTRACT ID:  495-1.0
EFFECTIVE DATE:  3/31/2006

WOODSIDE HOMES OF CALIFORNIA, INC
11870 PIERCE ST.
RIVERSIDE, CA  92505

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  3/1/2007

WOODSIDE HOMES OF CALIFORNIA, INC
11870 PIERCE ST.
RIVERSIDE, CA  92505

MARKETING CONTRACT
MARKETING AND SERVICES
EFFECTIVE DATE:  3/1/2007

WORLD GROUP MORTGAGE
10430-A HARRIS OAKS BLVD.
CHARLOTTE, NC  28269

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  4/24/2006

WORTH FUNDING INC

SECONDARY MARKETING CONTRACT
MORTGAGE BROKER/DEALER AGREEMENT
EFFECTIVE DATE:  9/4/2001

WORTHINGTON MORTGAGE GROUP, INC
4040 BALMORAL DRIVE
HUNTSVILLE, AL  35801

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/29/2006

**Addition**

WOW TOOLS, INC

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID:  11857-1.0
EFFECTIVE DATE:  7/3/2007

WRIT LIMITED PARTNERSHIP
6110 EXECUTIVE BOULEVARD
SUITE 800
ROCKVILLE, MD  20852

LEASE
OFFICE
8/1/2001 - 7/31/2011

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**

Case No. **07-11051**

Debtor

(if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

WTS ADVISORY GROUP
11058 WINDY PEAK RIDGE
SANDY, UT  84094

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
EFFECTIVE DATE: 10/10/2006

**Addition**

WVUE-TV FOX 8

ADVERTISMENT AGREEMENT

**Addition**

WWCN AM RADIO
P.O. BOX 20125
S. TAMIAMI TRAIL
ESTERO, FL  33928

RADIO PROGRAM AGREEMENT

WYNDHAM HOTEL O'HARE
6810 N. MANNHEIM ROAD
ROSEMONT, IL  60018

VENDOR CONTRACT
SITE USE
EFFECTIVE DATE:  3/15/2006

**Addition**

WYNDHAM MIAMI BEACH RESORT

HOTEL GROUP EVENT AGREEMENT

WYOMING COMMUNITY DEVELOPMENT AUTHORITY
155 N. BEECH STREET
PO BOX 634
CASPER, WY  82602

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  2/7/2006

WYOMING COMMUNITY DEVELOPMENT AUTHORITY
155 N. BEECH STREET
PO BOX 634
CASPER, WY  82602

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  12/20/2006

WYOMING COMMUNITY DEVELOPMENT AUTHORITY
155 N. BEECH STREET
PO BOX 634
CASPER, WY  82602

SECONDARY MARKETING CONTRACT
HOUSING AND BOND PROGRAM AGREEMENTS
EFFECTIVE DATE:  5/4/2007

WYOMISSING MORTGAGE COMPANY
999 BERKSHIRE BLVD.
SUITE 210
WYOMISSING, PA  19610

CORRESPONDENT CONTRACT
MORTGAGE LOAN PURCHASE AGREEMENT
EFFECTIVE DATE:  8/17/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
                            Debtor                                                           (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XELERATE, LLC<br>147 CANTERBURY LANE<br>BLUE BELL, PA  19422 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  12/16/2006 |
| XELERATE, LLC<br>147 CANTERBURY LANE<br>BLUE BELL, PA  19422 | HUMAN RESOURCES CONTRACT<br>RECRUITERS<br>EFFECTIVE DATE:  7/11/2007 |
| XEROX<br>4421 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA  23462 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, WA  11747 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>9101 MIDLOTHIAN TPKE<br>RICHMOND, VA  23235 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>11870 MERCHANTS WALK<br>NEWPORT NEWS, VA  23606 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>100 STATE STREET<br>ERIE, PA  16507 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>110 OAKWOOD DRIVE<br>WINSTON SALEM, NC  27103 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1601 TIFFIN AVENUE<br>FINDLAY, OH  45840 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                         Case No. **07-11051**

                                    Debtor                                                    (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>6121 FAR HILLS AVENUE<br>DAYTON, OH  45459 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3855 EAST 96TH STREET<br>INDIANAPOLIS, IN  46250 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>790-8 SUNSET BLVD. NORTH<br>SUNSET BEACH, NC  28468 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>180 MEETING STREET<br>CHARLESTON, SC  29401 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6270 CENTER STREET<br>MENTOR, OH  44060 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>17909 HAGGERTY ROAD<br>NORTHVILLE, MI  48168 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1724 FAIRVIEW AVE STE A<br>MISSOULA, MT  59801 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1799 MICHELLE LANE<br>GREENWOOD, IN  46142 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3855 EAST 96TH STREET<br>INDIANAPOLIS, IN  46250 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                           (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>5350 AIRPORT HIGHWAY<br>TOLEDO, OH  43615 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>7402 HODGSON MEMORIAL DRIVE<br>SAVANNAH, GA  31406 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>350 WEST BURNSVILLE PARKWAY<br>BURNSVILLE, MN  55337 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>2616 W. MAIN STREET<br>BOZEMAN, MT  59718 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4601 SIX FORKS ROAD<br>RALEIGH, NC  27609 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4601 SIX FORKS ROAD<br>RALEIGH, NC  27609 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>18070 ROYALTON RD<br>STRONGSVILLE, OH  44136 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
_____
Debtor                                            (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>18070 ROYALTON RD<br>STRONGSVILLE, OH  44136 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>5001 N DIXIE HWY<br>ELIZABETHTOWN, KY  42701 | COPIER CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, WA  11747 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, WA  11747 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>5160 PARKSTONE DRIVE<br>CHANTILLY, VA  20151 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>34382 CARPENTERS WAY<br>LEWES, DE  19958 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>703 E. NORTH STREET<br>GREENVILLE, SC  29601 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>10 POPE AVE EXECUTIVE PARK<br>HILTON HEAD ISLAND, SC  29928 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>34382 CARPENTERS WAY<br>LEWES, DE  19958 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**
_____                    _____
                        Debtor                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>400 S WOODSMILL RD<br>CHESTERFIELD, MO  63017 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>5001 N DIXIE HWY<br>ELIZABETHTOWN, KY  42701 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6270 CENTER STREET<br>MENTOR, OH  44060 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>12551 OLIVE BOULEVARD<br>CREVE COEUR, MO  63141 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8625 SW CASCADE AVE<br>BEAVERTON, OR  97008 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3710 MARKET STREET<br>CAMP HILL, PA  17011 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, KS  11747 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>216 EAST RIDGEWOOD AVENUE<br>RIDGEWOOD, NJ  7450 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**
_____
Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>19930 W CATAWBA AVENUE<br>CORNELIUS, NC  28031 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>20 BATTERY PARK AVENUE<br>ASHEVILLE, NC  28801 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>19930 W CATAWBA AVENUE<br>CORNELIUS, NC  28031 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>520 BROAD HOLLOW ROAD<br>MELVILLE, NY | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3047 COLUMBIA AVE<br>LANCASTER, PA  17603 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>53 PENNINGTON HOPEWELL ROAD<br>PENNINGTON, NJ  8534 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>445 DOLLEY MADISON ROAD<br>GREENSBORO, NC  27410 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6230 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                              Debtor                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>12551 OLIVE BOULEVARD<br>CREVE COEUR, MO  63141 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3709 KENNETT PIKE<br>GREENVILLE, DE  19807 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3709 KENNETT PIKE<br>GREENVILLE, DE  19807 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1030 FORREST AVE<br>DOVER, DE  19904 | DIGITAL CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>9101 MIDLOTHIAN TPKE<br>RICHMOND, VA  23235 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>9101 MIDLOTHIAN TPKE<br>RICHMOND, VA  23235 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>9101 MIDLOTHIAN TPKE<br>RICHMOND, VA  23235 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4421 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA  23462 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4421 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA  23462 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                        Case No.  **07-11051**

Debtor                                                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>4421 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA  23462 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8731 BANKERS ST<br>WOODBRIDGE, VA  22191 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>111 SE EVERETT MALL WAY<br>EVERETT, WA  98208 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, WA  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 S SERVICE RD/INVENTORY<br>MELVILLE, WA  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4421 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH, VA  23462 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>19930 W CATAWBA AVENUE<br>CORNELIUS, NC  28031 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**
_____
Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, KS  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>19930 W CATAWBA AVENUE<br>CORNELIUS, NC  28031 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>5001 N DIXIE HWY<br>ELIZABETHTOWN, KY  42701 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, KS  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8410 SIX FORKS ROAD<br>RALEIGH, NC  27615 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3855 EAST 96TH STREET<br>INDIANAPOLIS, IN  46250 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3855 EAST 96TH STREET<br>INDIANAPOLIS, IN  46250 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
                          Debtor                                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>3855 EAST 96TH STREET<br>INDIANAPOLIS, IN  46250 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4601 SIX FORKS ROAD<br>RALEIGH, NC  27609 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4601 SIX FORKS ROAD<br>RALEIGH, NC  27609 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, KS  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>17909 HAGGERTY ROAD<br>NORTHVILLE, MI  48168 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>12551 OLIVE BOULEVARD<br>CREVE COEUR, MO  63141 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>195 LAMP & LANTERN VILLAGE<br>CHESTERFIELD, MO  63017 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>195 LAMP & LANTERN VILLAGE<br>CHESTERFIELD, MO  63017 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>195 LAMP & LANTERN VILLAGE<br>CHESTERFIELD, MO  63017 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**
_____                                    _____
                    Debtor                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>12551 OLIVE BOULEVARD<br>CREVE COEUR, MO  63141 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>400 S WOODSMILL RD<br>CHESTERFIELD, MO  63017 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>2616 W. MAIN STREET<br>BOZEMAN, MT  59718 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4600 REGENT BLVD<br>IRVING, TX  75063 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1339 COOLIDGE HWY<br>TROY, MI  48084 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>221 S HURSTBOURNE PARKWAY<br>LOUISVILLE, KY  40222 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>17909 HAGGERTY ROAD<br>NORTHVILLE, MI  48168 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1730 GAGEL AVENUE<br>LOUISVILLE, KY  40216 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1724 FAIRVIEW AVE STE A<br>MISSOULA, MT  59801 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                    Debtor                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>7445 ALLEN ROAD<br>ALLEN PARK, MI  48101 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, MD  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>67 HUNT STREET<br>AGAWAM, MA  1001 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6550 YOUREE DR<br>SHREVEPORT, LA  71105 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6550 YOUREE DR<br>SHREVEPORT, LA  71105 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>20 BATTERY PARK AVENUE<br>ASHEVILLE, NC  28801 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6100 FAIRVIEW ROAD<br>CHARLOTTE, NC  28210 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1724 FAIRVIEW AVE STE A<br>MISSOULA, MT  59801 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>221 S HURSTBOURNE PARKWAY<br>LOUISVILLE, KY  40222 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                         Case No.  **07-11051**
_____                    _____
                        Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>1339 COOLIDGE HWY<br>TROY, MI  48084 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4601 SIX FORKS ROAD<br>RALEIGH, NC  27609 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>10032 MONTGOMERY RD<br>CINCINNATI, OH  45242 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3709 KENNETT PIKE<br>GREENVILLE, DE  19807 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1030 FORREST AVE<br>DOVER, DE  19904 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1030 FORREST AVE<br>DOVER, DE  19904 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1030 FORREST AVE<br>DOVER, DE  19904 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, CA  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1400 SE WALTON<br>BENTONVILLE, AR  72712 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____                          _____
                              Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>6516 STEUBENVILLE PIKE<br>PITTSBURGH, PA  15205 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3047 COLUMBIA AVE<br>LANCASTER, PA  17603 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3047 COLUMBIA AVE<br>LANCASTER, PA  17603 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3047 COLUMBIA AVE<br>LANCASTER, PA  17603 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3047 COLUMBIA AVE<br>LANCASTER, PA  17603 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3709 KENNETT PIKE<br>GREENVILLE, DE  19807 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3710 MARKET STREET<br>CAMP HILL, PA  17011 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>34382 CARPENTERS WAY<br>LEWES, DE  19958 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>790-8 SUNSET BLVD. NORTH<br>SUNSET BEACH, NC  28468 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

Debtor                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>790-8 SUNSET BLVD. NORTH<br>SUNSET BEACH, NC  28468 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>790-8 SUNSET BLVD. NORTH<br>SUNSET BEACH, NC  28468 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>790-8 SUNSET BLVD. NORTH<br>SUNSET BEACH, NC  28468 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>110 OAKWOOD DRIVE<br>WINSTON SALEM, NC  27103 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>110 OAKWOOD DRIVE<br>WINSTON SALEM, NC  27103 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>65 JACKSON DRIVE<br>CRANFORD, NJ  7016 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>65 JACKSON DRIVE<br>CRANFORD, NJ  7016 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>111 WOOD AVENUE SOUTH<br>ISELIN, NJ  8830 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 S SERVICE  RD/SITTING IN 270 INVENTORY<br>INVENTORY<br>MELVILLE, NJ  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

<table>
<tr><td>Debtor</td><td>(if known)</td></tr>
</table>

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>270 S SERVICE  RD/SITTING IN 270 INVENTORY<br>MELVILLE, NJ  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3710 MARKET STREET<br>CAMP HILL, PA  17011 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>4601 SIX FORKS ROAD<br>RALEIGH, NC  27609 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3710 MARKET STREET<br>CAMP HILL, PA  17011 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>7402 HODGSON MEMORIAL DRIVE<br>SAVANNAH, GA  31406 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3710 MARKET STREET<br>CAMP HILL, PA  17011 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>5350 AIRPORT HIGHWAY<br>TOLEDO, OH  43615 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>18070 ROYALTON RD<br>STRONGSVILLE, OH  44136 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

_____          _____

                    Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>18070 ROYALTON RD<br>STRONGSVILLE, OH  44136 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>18070 ROYALTON RD<br>STRONGSVILLE, OH  44136 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6270 CENTER STREET<br>MENTOR, OH  44060 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>6270 CENTER STREET<br>MENTOR, OH  44060 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>1601 TIFFIN AVENUE<br>FINDLAY, OH  45840 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>3709 KENNETT PIKE<br>GREENVILLE, DE  19807 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

_____Debtor_____                                                      (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>10032 MONTGOMERY RD<br>CINCINNATI, OH  45242 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>500 W MAIN ST.<br>HENDERSONVILLE, TN  37075 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>34382 CARPENTERS WAY<br>LEWES, DE  19958 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>180 MEETING STREET<br>CHARLESTON, SC  29401 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>703 E. NORTH STREET<br>GREENVILLE, SC  29601 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>10 POPE AVE EXECUTIVE PARK<br>HILTON HEAD ISLAND, SC  29928 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>8425 PULSAR PLACE<br>COLUMBUS, OH  43240 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>500 W MAIN ST.<br>HENDERSONVILLE, TN  37075 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>7402 HODGSON MEMORIAL DRIVE<br>SAVANNAH, GA  31406 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

Debtor                                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| XEROX<br>8731 BANKERS ST<br>DALLAS, TX | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE RD<br>MELVILLE, NY  11747 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>538 BROAD HOLLOW RD<br>MELVILLE, NY | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>270 SOUTH SERVICE ROAD<br>HENDERSON TN<br>MELVILLE, NY | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX<br>10 POPE AVE EXECUTIVE PARK<br>HILTON HEAD ISLAND, SC  29928 | FAX CONTRACT<br>7018094<br>2/28/2003 - 2/28/2008 |
| XEROX CORPORATION<br>PO BOX 827598<br>PHILADELPHIA, PA  19182-7598 | VENDOR CONTRACT<br>EQUIPMENT |
| XEROX CORPORATION<br>PO BOX 827598<br>PHILADELPHIA, PA  19182-7598 | VENDOR CONTRACT<br>EQUIPMENT |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                              Debtor                                                    (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

Addition

YAHOO INC.
701 FIRST AVENUE
SUNNYVALE, C. 94019

ADVERTISING INSERTION ORDER
EFFECTIVE DATE: 6/6/2007

Addition

YAHOO INC.
701 FIRST AVENUE
SUNNYVALE, C. 94019

ADVERTISING INSERTION ORDER
EFFECTIVE DATE: 3/19/2007

Addition

YELLOW BOOK USA
PO BOX 6448
CAROL STREAM, IL 60197-6448

ADVERTISING AGREEMENT
EFFECTIVE DATE: 1/9/2007

Addition

YELLOW BOOK USA
PO BOX 6448
CAROL STREAM, IL 60197-6448

ADVERTISING AGREEMENT
EFFECTIVE DATE: 7/5/2007

Addition

YL REAL ESTATE DEVELOPERS
250 W 57TH STREET
# 1118
NEW YORK, NY 10107

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 10757-1.0
EFFECTIVE DATE: 8/30/2006

Addition

YL REAL ESTATE DEVELOPERS
230 W. 57TH STREET
STE 1118
NEW YORK, N. 10107

NDA/CONFIDENTIAL CONTRACT
CONFIDENTIAL
MUTUAL CONFIDENTIALITY AGREEMENT
CONTRACT ID: 10757-1.0
EFFECTIVE DATE: 8/30/2006

YORK EDUCATIONAL FEDERAL CU
1601 S. QUEEN ST.
YORK, PA 17403

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 3/14/2006

YORK EDUCATIONAL FEDERAL CU
1601 S. QUEEN ST.
YORK, PA 17403

MARKETING CONTRACT
CREDIT UNIONS
EFFECTIVE DATE: 11/1/2006

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**

Debtor                                                                        (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| YORK GREEN LIMITED PARTNERSHIP<br>C/O MACKENZIE MANAGEMENT CORP.<br>2328 W. JOPPA ROAD, SUITE 200<br>LUTHERVILLE, MD  21093 | LEASE<br>OFFICE<br>6/1/2002 - 6/30/2010 |
| YORK STREET JOINT VENTURE<br>PO BOX 227<br>MORRISTOWN, NJ  07963 | LEASE<br>MSA<br>7/1/2005 - 12/31/2016 |

**Addition**

| | |
|---|---|
| YOUDECIDE.COM, INC.<br>4450 RIVER GREEN PARKWAY<br>STE 100<br>DULUTH, G.  30096 | MARKETING AGREEMENT |
| YOUNG MORTGAGE SERVICE CORPORATION<br>1756 PICASSO AVE<br>DAVIS, GA  90616 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 7/18/2005 |
| YOUR MORTGAGE SOURCE, LLC<br>3030 ROYAL BLVD. SOUTH<br>STE 150<br>ALPHARETTA, GA  30022 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 8/29/2006 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/18/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/1/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

# AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                    Case No.  **07-11051**
_____
Debtor                                                                              (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/23/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 7/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  5/30/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/18/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/13/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  6/13/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

                              Debtor                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/13/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/1/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/1/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/1/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 5/8/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/2/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 4/3/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 6/18/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                    Case No. **07-11051**

                    Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/13/2006 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/13/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/16/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/14/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/27/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                                   Case No.  **07-11051**

                          Debtor                                                    (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/28/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/27/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/27/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/5/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/5/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/1/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE: 2/27/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re  **AMERICAN HOME MORTGAGE CORP.**                    Case No.  **07-11051**

<div align="center">Debtor</div>                                              (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/1/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/12/2007 |
| ZC STERLING<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | NDA/CONFIDENTIAL CONTRACT<br>CONFIDENTIAL<br>EFFECTIVE DATE:  3/1/2007 |
| ZC STERLING INSURANCE AGENCY, INC.<br>210 INTERSTATE NORTH PKWY<br>STE 400<br>ATLANTA, GA  30339 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE:  5/2/2007 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                Case No.  **07-11051**

_____
                              Debtor                                                        (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZENSAR TD, LLC<br>48 BROAD STREET<br>PMB 316<br>RED BANK, NJ  07701-1985 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/16/2007 |
| ZENSAR TD, LLC<br>48 BROAD STREET<br>PMB 316<br>RED BANK, NJ  07701-1985 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/1/2007 |
| ZENSAR TD, LLC<br>48 BROAD STREET<br>PMB 316<br>RED BANK, NJ  07701-1985 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 5/1/2007 |
| ZENSAR TD, LLC (FKA THOUGHT DIGITAL)<br>48 BROAD STREET<br>PMB 316<br>RED BANK, NJ  07701-1985 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 7/9/2007 |
| ZENSAR TD, LLC F/K/A THOUGHT DIGITAL LLC<br>48 BROAD STREET<br>PMB 316<br>RED BANK, NJ  07701-1985 | VENDOR CONTRACT<br>PROCESSING/SERVICING<br>EFFECTIVE DATE: 4/16/2007 |
| ZILLOW, INC.<br>999 THIRD AVENUE<br>SUITE 4100<br>SEATTLE, WA  98104 | MARKETING CONTRACT<br>WEB ADVERTISING<br>EFFECTIVE DATE: 2/9/2006 |
| ZINO FINANCIAL, INC<br>4071 PORT CHICAGO HWY<br>STE 120<br>CONCORD, CA  94520 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 4/3/2007 |
| ZINO FINANCIAL, INC<br>4071 PORT CHICAGO HWY<br>STE 120<br>CONCORD, CA  94520 | CORRESPONDENT CONTRACT<br>MORTGAGE LOAN PURCHASE AGREEMENT<br>EFFECTIVE DATE: 10/5/2006 |

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

## AMENDED

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No.  **07-11051**

Debtor                                                                      (if known)

### SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE. OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

ZIONS BANK
310 SOUTH MAIN
SUITE 1333
SALT LAKE CITY, UT  84101

MARKETING CONTRACT
AFFINITY
EFFECTIVE DATE:  11/29/2005

**Addition**

ZIP FINANCIAL.COM
1610 MEDICAL DRIVE
POTTSTOWN, PA  19464

MARKETING CONTRACT
PRIVATE LABEL
AGREEMENT
CONTRACT ID:  10970-1.0
EFFECTIVE DATE:  6/6/2000

**Addition**

ZIPSEARCH, LLC
9950 SUMMERS RIDGE ROAD
SUITE 160
SAN DIEGO, CA  92121

TERMS OF AGREEMENT 3.3

Note: The information provided on this Schedule G is based on the Debtor's investigation of its books and records to date and inclusion or exclusion on or omission from this Schedule G of a particular contract or lease does not constitute an admission by the Debtor that such contract or lease is executory or unexpired, or not, as the case may be.  The Debtor reserves its rights to amend this Schedule G by deleting items hereon or listing additional items.

In re **AMERICAN HOME MORTGAGE CORP.**

<center>Debtor</center>

Case No. **07-11051**

<center>(if known)</center>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I , the Executive Vice President & Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date  November 1, 2007

Signature  \S\

Stephen A. Hozie

(print or type name of individual signing on behalf of debtor)

Executive Vice President & Chief Financial Officer

(indicate position or relationship to debtor)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.