IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,[1]                               :   Jointly Administered
                                                                 :
                                                                 :   **Ref. Docket No.** _____
                              Debtors.                           x
----------------------------------------------------------------

## ORDER AUTHORIZING DEBTORS TO MODIFY
## NON-INSIDER EMPLOYEE RETENTION PLAN

Upon consideration of the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to sections 105 and 363 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to modify the Non-Insider Employee Retention Plan[2] to deem the assignments of certain of the Debtors' employees complete and pay them their Deferred Payments and Final Payments; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interest of the Debtors, their estates and creditors, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted.

2. Any objections not otherwise resolved are hereby overruled.

3. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtors are authorized, but not required, to modify the Non-Insider Employee Retention Plan to deem the assignments of the Transferring Employees complete, pay them their Deferred Payments and Final Payments upon the Initial Close, return their salaries to the levels in existence prior to the implementation of the Non-Insider Employee Retention Plan with whatever amendments or modifications that may be implemented by the Purchaser after the Initial Close, and take such other actions as may be necessary to implement the modifications to the Non-Insider Employee Retention Plan as described in the Motion.

4. The authorization granted hereby to make Retention Payments, Deferred Payments and Final Payments under the Non-Insider Employee Retention Plan as modified shall not create any obligation on the part of the Debtors or their officers, directors, attorneys or agents to make payments under the Non-Insider Employee Retention Plan and none of the foregoing persons shall have any liability on account of any decision by the Debtors not to honor the Non-Insider Employee Retention Plan or any parts thereof.

5. Neither this Order nor any payment or performance by the Debtors authorized hereunder shall be deemed an assumption of any executory contract or otherwise affect the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       November 14, 2007

                                      _____
                                      The Honorable Christopher S. Sontchi
                                      United States Bankruptcy Judge

DB02:6343110.4                                                                                           066585.1001