IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Item No. 1713** |
| | ) |

## NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

PLEASE TAKE NOTICE that DB Structured Products, Inc. hereby withdraws its Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal, which was filed October 30, 2007 [Docket No. 1713].

Dated: November 6, 2007

**BINGHAM McCUTCHEN LLP**
Steven Wilamowsky
399 Park Avenue
New York, NY 10022
(212) 705-7000

**BINGHAM McCUTCHEN LLP**
Andrew J. Gallo
150 Federal Street
Boston, MA 02110
(617) 951-8117

- and –

**ASHBY & GEDDES**

/s/ Don A. Beskrone
Don A. Beskrone (I.D. #4380)
Amanda M. Winfree (I.D. #4615)
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

Counsel to DB Structured Products, Inc.

185665.1