# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
American Home Mortgage Holdings, Inc.

**Case No.:** 07–11047–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that DB Structured Products, Inc. filed a Notice of Appeal on 11/6/2007 regarding the Approval of "Sale Order". The Notice of Appeal may be viewed at docket number 1799. The order on appeal may be viewed at docket number 1711.

David D. Bird  
CLERK OF COURT

Date: 11/7/07  
(VAN–440)