# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 07, 2007 09:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matter:

Trial

**R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

- Trial held and continued to 11/8/07 at 9:00 A.M.

- Judge signed Order on Plaintiffs' Motions in Limine to Exclude Expert Testimony of David Gray Carlson