# SIGN-IN-SHEET

**CASE NAME:** American Home
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** November 7, 2007 @ 9:00 A.M.

Trial

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Curtis J. Crowther | Young Conaway Stargatt Taylor | Debtors |
| Susheel Kirpalani | Quinn Emanuel | Debtors |
| James C. Tecce | Quinn Emanuel | Debtors |
| Ben Ackerly | Hunton & Williams | Calyon New York Branch |
| Jason Harbour | " | " |
| Michael Busenkell | Eckert Seamans | " |
| Howard Comet | Weil Gotshal + Manges | Credit Suisse First Boston |
| Melanie Gray | " | " |
| Saurio Masjid | " | West Capital LLC |
| Steven K. Kortanek | Womble Carlyle | " |
| Greg Kochansky | Hahn & Hessen | Creditors Committee |
| Bonnie Fatell | Blank Rome | " |
| David Friedman (tele phonic) | AHM | AHM |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.