IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
            Debtors.                                                   :
---------------------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 9, 2007 AT 4:00 P.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1778, 11/5/07]

    Objection Deadline:   November 8, 2007 at 4:00 p.m.

    Related Documents:

    a)  Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1791, 11/5/07]

    b)  Order Granting Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1798, 11/6/07]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

Objection Filed:

    c)    Debtors' (I) Objection to Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal; and (II) Motion to Strike Portions of the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [D.I. 1794, 11/6/07]

Status: This matter will be going forward. The Debtors intend to file an objection to the Motion prior to the deadline.

2.    **Assured Guaranty Corp.'s Limited Objection to the Debtors' Proposed Form of Order Approving Sale of Debtors' Servicing Business to AH Mortgage Acquisition Co., Inc. [D.I. 1717, 10/30/07]**

**Related Document:**

    a)    **Order Pursuant to Sections 105, 363, 364, 365 and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief [D.I. 1711, 10/30/07]**

**Status: This matter will be going forward.**

Dated: Wilmington, Delaware
November 7, 2007

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Pauline K. Morgan*
    James L. Patton, Jr. (No. 2202)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Matthew B. Lunn (No. 4119)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession