IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
                                                    :
          Debtors.                                  : Ref. Docket No. _1828, 1827_
---------------------------------------------------------------- x

### ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION FOR AUTHORITY TO MODIFY NON-INSIDER EMPLOYEE RETENTION PLAN

Upon consideration of the Motion for an Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion for Authority to Modify Non-Insider Employee Retention Plan (the "Motion to Shorten"),[1] pursuant to Rules 2002, and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors' estates and creditors; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motions will be held on November 14, 2007 at 10:00 a.m. (ET), and that the deadline to file any responses to the Motions shall be November 13, 2007 at 10:00 a.m. (ET); and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Shorten.

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: November 7, 2007
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge