# **EXHIBIT A**

**List of Individuals in Participant Group**

LIST OF INDIVIDUALS IN PARTICIPANT GROUP

| | |
|---|---|
| 1 | Angellotti, Anthony |
| 2 | Arce, Frank |
| 3 | Barnett, Mitzi R. |
| 4 | Bell, Charles E. |
| 5 | Belote, James P. |
| 6 | Bergum, Ronald L. |
| 7 | Bergum, Stan |
| 8 | Berry, John A. |
| 9 | Bianchi, Katie G. |
| 10 | Blomberg, Ronald S. |
| 11 | Butler, Tracy L. |
| 12 | Carnahan, John |
| 13 | Chyz, Gwyn R. |
| 14 | Colagiovane Miller, Liana L. |
| 15 | Chrisanty, Al |
| 16 | De Rosa, Jeremy |
| 17 | Depodesta, David |
| 18 | Devine, Suzanne C. |
| 19 | Eininger, Mitchell |
| 20 | Geiger, Steven D. |
| 21 | Gerber, Sharon |
| 22 | Gerrity, Sean T. |
| 23 | Gomez, Roland J. |
| 24 | Griffith, Ann M. |
| 25 | Hart, George |
| 26 | Hausmann, Robert F. |
| 27 | Heath, Andrew P. |
| 28 | Henig, Donald |
| 29 | Hertling, Dieter R. |
| 30 | Horrocks, Stephen |
| 31 | Houston, Truxton Crain |
| 32 | Huston, Douglas W. |
| 33 | James, Mark Robert |
| 34 | Jeremiah, Noreen A. |
| 35 | Johnston, John A. |
| 36 | Keller, Rocca |
| 37 | Kelly, Aileen B. |
| 38 | Kerr, Kevin J. |
| 39 | Knag, Paul E. |
| 40 | Lake, Jeffrey |
| 41 | Larsen, Linda K. |
| 42 | Linden, John H. |
| 43 | Livian, Darius D. |
| 44 | Lucero, Jimmy V. |
| 45 | Mahan, Richard K. |
| 46 | Manginelli III, Danie |
| 47 | Martinez, Mark G. |
| 48 | Massella, Ralph A. |
| 49 | Mazarakis, Roxanne V. |
| 50 | Mazella, Michael |

| | |
|---|---|
| 51 | McGowen, Mark E. |
| 52 | McGraw, Jeanette R. |
| 53 | McKay, Christina A. |
| 54 | McLane, Vanessa P. |
| 55 | Mercer, Robert C. |
| 56 | Meyer, David C. |
| 57 | Meyer, Richard P. |
| 58 | Michaud, David P. |
| 59 | Miller, Julie L. |
| 60 | Moore, Michael R. |
| 61 | Muniz, Eleidy C. |
| 62 | Nerland, David E. |
| 63 | Nieto, Daniel R. |
| 64 | Nuckols, Kathryn M. |
| 65 | Nunez, Emilio |
| 66 | Nyovich, Jacquelyn |
| 67 | O'brien, Baron N. |
| 68 | Pace, Donald J. |
| 69 | Perry, Joseph C. |
| 70 | Reeg, Brian C. |
| 71 | Rivera, Edwin L. |
| 72 | Roberts, David E. |
| 73 | Robin Jarrett, Eve |
| 74 | Rosenblatt, Ronald R. |
| 75 | Scharrer, David F. |
| 76 | Schmersahl, Laura E. |
| 77 | Schoolfied, Matthew B. |
| 78 | Serkes, Michael H. |
| 79 | Sexauer, Mary Jo |
| 80 | Shearer, Lyle E. |
| 81 | Sheehy, Frank |
| 82 | Shepherd, Patricia |
| 83 | Shinn, Vicki Lombardi |
| 84 | Shoop, James L. |
| 85 | Simon, Kimberly J. |
| 86 | Somerman, Steven M. |
| 87 | Stanton, Shane M. |
| 88 | States, Chad |
| 89 | Thakarar, Gool |
| 90 | Theriault, Clifford J. |
| 91 | Thoet, Lance |
| 92 | Tragale, Denise M. |
| 93 | Trahan, Robert |
| 94 | Waterhouse, Drew D. |
| 95 | Wesolowski, Keith M. |
| 96 | Wheeler, Michael J. |
| 97 | Wilhelm, Baron |
| 98 | Williams, J. Hunter |
| 99 | Wright, Larry L. |
| 100 | Wynne, David |
| 101 | Yeckley, Robert Q |
| 102 | Zell, Gary S. |