Andrea L. Niedermeyer
Texas Bar No. 24032790
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,**
**A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**ATTORNEYS FOR SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** § | |
| § | Chapter 11 |
| **AMERICAN HOME MORTGAGE** § | Case No. 07-11047 (CSS) |
| **HOLDINGS, INC.**, *et al.*, § | |
| § | Jointly Administered |
| **Debtors.** § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to Rules 9010(a) and 2002 of the Federal Rules of Bankruptcy Procedure, Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, hereby appears on behalf of **Sun Life Assurance Company of Canada (U.S.)**, and respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon Stutzman, Bromberg, Esserman & Plifka at the address, telephone and facsimile number listed below:

Andrea L. Niedermeyer
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Suite 2200
Dallas, Texas  75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email:  niedermeyer@sbep-law.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, facsimile or otherwise.

Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**
**A Professional Corporation**

By:  */s/ Andrea L. Niedermeyer*
         Andrea L. Niedermeyer
         Texas Bar No. 24032790

2323 Bryan Street
Suite 2200
Dallas, Texas  75201-2689
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

**ATTORNEYS FOR SUN LIFE ASSURANCE**
**COMPANY OF CANADA (U.S.)**