**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of November, 2007, a true and correct copy of the foregoing pleading was served via first class mail, postage prepaid on the parties listed below.

                                                */s/ Andrea L. Niedermeyer*

James C. Patton, Jr.
Kenneth J. Enos
Young Conaway Stargatt & Taylor, LLP
The Brondywick Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**NOTICE OF APPEARANCE** – Page 3