IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                        Debtors.                                 :
                                                                 :   Ref No.: 510 & 679
---------------------------------------------------------------- x

## ORDER APPROVING THE STIPULATION BY AND AMONG THE DEBTORS AND LIBERTY PROPERTY LIMITED PARTNERSHIP REGARDING THE DEBTORS' SECOND MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT

Upon consideration of the Stipulation By and Among the Debtors and Liberty Property Limited Partnership Regarding the Debtors' Second Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Stipulation"), and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation, attached hereto as Exhibit A, is approved; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that this Court shall retain jurisdiction over the parties hereto, the Stipulation and this Order, including, without limitation, for the purposes of interpreting, implementing and enforcing their terms and conditions and the terms and conditions of any document arising thereunder, during the pendency of the chapter 11 case; and it is further

ORDERED that the parties, their officers, employees and agents are authorized to take, or refrain from taking, any and all such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

Dated: Wilmington, Delaware
       November 7, 2007

                                    /s/ Christopher S. Sontchi
                                    Christopher S. Sontchi
                                    United States Bankruptcy Judge