IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                             :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                  :   Jointly Administered
        Debtors.                                                  :
                                                                  :   **Doc. Ref. Nos: 192 & 643**
                                                                  :
-------------------------------------------------------------------- x   Objection Deadline: November 27, 2007
                                                                      at 4:00 p.m.

### NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL AFFIDAVIT
### GARY E. MCCAFFERTY

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014

Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business

Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached

ordinary course professional retention affidavit (the "Retention Affidavit") of Gary E. McCafferty of

Goldbeck McCafferty & McKeever (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Retention Affidavit, if any,

must be filed in accordance with the OCP Order on or before November 27, 2007 at 4:00 p.m. (ET) (the

"Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market

Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Retention Affidavit

must also be served upon the following entities on or before the Objection Deadline: (i) the Office of the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage
Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance,
Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM
Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York
corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability
company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great
Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank

Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii)

counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and

Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the

Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-

1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

    PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually

resolved, then the objection shall be scheduled for hearing before the Court at the next regularly

scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

    PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the

Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with**

**the firm that submitted the Retention Affidavit after complying with the other procedures**

**contained in the OCP Order.**

Dated: November 7, 2007
   Wilmington, Delaware

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       _Margaret W_____

       James L. Patton, Jr. (No. 2202)
       Joel A. Waite (No. 2925)
       Pauline K. Morgan (No. 3650)
       Sean M. Beach (No. 4070)
       Matthew B. Lunn (No. 4119)
       Margaret B. Whiteman (No. 4652)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       Telephone: (302) 571-6600
       Facsimile: (302) 571-1253

       Counsel for Debtors and Debtors in Possession

## EXHIBIT A

### RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                       :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]          :
                                                            :    Jointly Administered
                         Debtors.                           :
                                                            :    **Doc. Ref. Nos: 192 & 643**
------------------------------------------------------------ x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [_Pennsylvania___]      )
                                 )  ss:
COUNTY OF [____Philadelphia____] )

    **GARY E. McCAFFERTY,** being duly sworn, deposes and says:

    1.    I am a Partner of **Goldbeck McCafferty & McKeever** (the "Firm"),

which maintains offices at 701 Market Street, Suite 5000, Philadelphia, PA 19106.

    2.    This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007,

authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

to employ and compensate certain professionals in the ordinary course of business during the

pendency of these chapter 11 cases.

    3.    Prior to the filing of the petitions which initiated the above-captioned

cases, the Firm has represented and advised the Debtors as **Attorneys at Law providing legal**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6214345.1                                                          066585.1001

**services.** The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

        4.     The Firm's current customary rates, subject to change from time to time, are **(See attached fee schedule).** In the normal course of its business, the Firm revises its billing rates on **N/A** of each year and requests that, effective **N/A** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

        5.     In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**NONE**

        6.     The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

        7.     Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8.   Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.   Prior to the filing of the above-captioned cases, the Firm **WAS** employed by the Debtors. The Debtors owe the Firm **$300.00** for prepetition services and **$4,429.75** for prepetition expenses. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL NOT** waive the pre-petition claim or claims.

10.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11.  I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10-24-07_, 2007

Affiant
GARY E. McCAFFERTY

Sworn to and subscribed before me
this _24_ day of _Oct._, 2007

_Kathleen M. Lion_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN M. LION, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2008

066585.1001

**Formatted:** Font: 8 pt

|  | PA | NJ |
|---|---|---|
| Uncontested Mortgage Foreclosure | $ 1,300.00 | $1,300.00 |
| Bankruptcy Clearance | 800.00 | 800.00 |
|    Proof of Claim | 100.00 | 100.00 |
|    Motion for Relief | 550.00 | 550.00 |
|    Objection to Confirmation | 350.00 | 350.00 |
| Additional execution and Scheduling of additional Sheriff Sale (e.g., after getting relief from Bankruptcy) | 300.00 | 300.00 |
| Uncontested Ejectment action | 500.00 | 500.00 |
| Deed In Lieu of Foreclosure | 350.00 | 350.00 |

## American Home Mortgage – OCP Conflict Party List

### Debtors
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.

### Non-Debtor Affiliates/Client Affiliates
AHM SPV II, LLC
American Home Securites, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

**Debtor's Officers and Directors**
Michael Strauss
John A. Johnston
Nicholas R. Marfino
Michael A. McManus, Jr.
C. Cathleen Raffaeli
Kirstian R. Salovaara
Irving J. Thau
Donald Henis
John A. Manglardi
Ronald L. Bergum
Robert Bernstein
Christopher J. Cavaco
Al Crisanty
Doug Douglas
Thomas J. Fiddler
David M. Friedman
Kathleen R. Heck
Alan B. Horn
Stephen A. Hozie
Robert F. Johnson, Jr.
Marcia Kaufman
Dena L. Kwaschyn
Richard S. Loeffler
Thomas M. McDonagh
Craig S. Pino
Rick Pishalski
Ron Rosenblatt
Lisa M. Schreiber

**Shareholders**
Michael Strauss
Goldman Sachs Asset Management, L.P.
Munder Capital Management
NWQ Investment Management Company, LLC
CEDE & Co.
Margaret J. Cox Trust
Jack E. Dalton & Janol Lee Dalton
V E Lygrisse Truste
Lois I. Pickett & Lawrence H. Pickett
Michael Rienstra
Lillian M. Schuman
David E. Wallin Trust
Bernard R. Werner & Shirley J. Werner

**Largest Unsecured Creditors**
Deutsche Bank
Wilmington Trust Company
JPMorgan Chase Bank, NA
Countrywide Capital
Bank of American, N.A.
406 Partners
Citigroup
Morgan Stanley
Wells Fargo Bank, N.A.
SunTrust Asset Funding, LLC
Impac Funding Corporation
Bear, Stearns & Co. Inc.
Citigroup Global Markets Realty Corp.
Wells Fargo
Nomura Credit & Capital, Inc.
Liquid Funding, Ltd.
EMC
Greenwich Capital Financial Products, Inc.
Lehman Brothers Inc.
Lehman Commercial Paper Inc.
HSBC Bank
UBS
Lehman Brothers Special Financing, Inc.
FNMA
Washington Mutual Bank, FA
Luminent Mtg (Barclays)
ALS
IndyMac Bank, F.S.B.
Morgan Stanley Capital Services Inc.
Credit Suisse First Boston
GMAC
Triad Guaranty Insurance Corporation
Royal Bank of Scotland plc
ZC Sterling Corporation
American Express
Opteum Financial Services, LLC

**Warehouse Lenders**
Bank of America, N.A.
Barclays Bank plc
Credit Suisse First Boston Mortgage Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities

**Other Adverse Parties**
A&F Construction
ABN AMBRO Bank N.V.
ABN AMBRO Bank
All Pro Mortgage
American Corporate Record Center
American Stock Transfer & Trust Company
AON Consulting
AT&T
AT&T Corp.
Banc of America Securities, LLC
Bank of New York
Barclays Bank plc
Barclays Capital
Bexar County
Calyon New York Branch
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Cedar Hill City, Carroll ISD, Arlington ISD
Citibank
Citigroup Global
Corporate Cubes LLC
County of Denton
CSHV Southpark LLC
Dallas County
De Lage Financial Services, Inc.
Diversified Commercial Investments
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance/Empire Blue Cross
Fannie Mae
Federal Home Loan Mortgage Corp.
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
GMAC
GNMA
Greenwich Capital Markets, Inc.
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
John Flately and Gregory Stoyle, Trustees 1993 Flatley Family Trust
Lewisville ISD, Garland IS, Carrollton-Farmers Independent ISD
MaineHousing

MassHousing
Merrill Lynch Pierce Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase; Mortgage First Ltd; Showcase of Agents, LLC
Natixis Real Estate Capital Inc.
ORIX Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Center LLC
Rexco, LLC
Skyview Marketing, LLC
Societe Generale
Sovereign Bank
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey Funding, LLC
TPRF/THC HavenPark, LLC
Transwestern
UBS Securities
UBS Securities, LLC
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Washington Mutual
WestLB AG
Westfield Mortgage, LLC
WLR Recovery
ZC Real Estate Tax Solutions
Zurich American Insurance Company

**Professionals of the Debtor**
Young Conaway Stargatt & Taylor, LLP
Kroll Zolfo Cooper
Milestone Advisors, LLC
Kekst & Company, Inc.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Cadwalader, Wickersham & Taft, LLP
Phoenix Capital, Inc.

**United States Trustee**
Kelly Beaudin Stapelton, U.S. Trustee
Andrew Vara, Assistant U.S. Trustee

**<u>United States District Court Judges for the District of Delaware</u>**
Hon. Sue L. Robinson
Hon. Joseph J. Farnan, Jr.
Hon. Gregory M. Sleet

**<u>United States Bankruptcy Court Judges for the District of Delaware</u>**
Hon. Mary F. Walrath
Hon. Kevin J. Carey
Hon. Judith K. Fitzgerald
Hon. Kevin Gross
Hon. Brendan L. Shannon
Hon. Christopher S. Sontchi
Hon. Peter J. Walsh

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 5000, Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532
www.goldbecklaw.com

**TO:**AMERICAN HOME MORTGAGE SERVICING, INC.
Traynard Jackson
PO Box 631730
4600 Regent Blvd, Suite 200
Irving TX, 75063-1730

**DATE:**7/25/2007

**Invoice for Mortgage Representation**

Account #: 3205235          **MARIORANO JR., RICHARD T.**
                            **McCARRON, GALE**
Our Invoice #: 00037374

Our File #: PW-0704

Our Tax ID #: 23-2179697

Invoice sent due to:  Loan Paid Off

| Property Address |
|---|
| 6 Ruby Lane<br>Bristol, PA 19055 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 05/23/2005 | AMERICAN HOME MORTGAGE SERVICING, INC. (CK ENCLOSED) | $1,769.00 |
| 03/08/2007 | Sheriff-Sale Cost | $2,000.00 |
| 03/08/2007 | 3129 CERTIFICATION | $125.00 |
| 03/08/2007 | Prothonotary | $24.75 |
| 03/16/2007 | Sheriff-Service Costs | $140.00 |
| 03/16/2007 | Continuation Search | $140.00 |
| 07/24/2007 | James Elmer ( payment to third party purchaser) | $2,000.00 |
| | | **$6,198.75** |

**Fees**

| | | |
|---|---|---|
| 03/08/2007 | Setting New Sale | $300.00 |
| | | **$300.00** |

**Refunds**

| | | |
|---|---|---|
| 05/17/2005 | FS BUCKS | ($1,769.00) |
| | | **($1,769.00)** |

|  | Total Costs and Fees for our Invoice #00037374 | **$4,729.75** |
|---|---|---|

**Invoice History:**

| Date | Description | Amount |
|---|---|---|
| 04/03/2005 | Costs and Fees for our Invoice Number 1749723 | **$2,985.75** |
| 05/15/2005 | ***** Payment Received ***** Thank you | **($2,985.75)** |
| 07/22/2007 | Costs and Fees for our Invoice Number 00037374 | **$4,729.75** |

|  | **Outstanding Balance of Costs and Fees** | **$4,729.75** |
|---|---|---|

**PLEASE REMIT PAYMENT TO:**          **GOLDBECK McCAFFERTY & McKEEVER**
                                      Suite 5000, Mellon Independence Center
                                      701 Market Street
                                      Philadelphia, PA 19106-1532

Thank you for allowing us to be of service.

DwayneW

Billing questions?  Contact Marie at  (215) 825-6335, FAX (215) 825-6435, EMAIL mcampuzano@goldbecklaw.com