IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x  Chapter 11
In re:                                                         :
                                                               :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :
a Delaware corporation, et al.,[1]                             :  Jointly Administered
                                          Debtors.             :
                                                               :  Objection Deadline: November 13, 2007 at 10:00 a.m. (ET)
---------------------------------------------------------------:  Hearing Date: November 14, 2007 at 10:00 a.m. (ET)
                                                               x


**NOTICE OF ERRATA WITH RESPECT TO DEBTORS' MOTION FOR AUTHORITY TO MODIFY NON-INSIDER EMPLOYEE RETENTION PLAN**

PLEASE TAKE NOTICE that on November 7, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion For Authority To Modify Non-Insider Employee Retention Plan (the "Motion"). You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that footnote 3 on page 5 of the Motion inadvertently contains an error in that it incorrectly states that at the Initial Close, the Purchaser will become financially responsible to pay the accrued vacation of the Transferring Employees. Attached hereto are a corrected page 5 and a redline of page 5.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated: Wilmington, Delaware
       November 7, 2007      YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ EJK
_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Counsel for Debtors and Debtors in Possession

and benefits to be provided to those employees.[3]

C. **The Debtors' Loan Servicing Employees**

10. As noted above, the Debtors are selling their Servicing Business as a going concern. This was accomplished in part because the Servicing Business employees possess the required skill, expertise and familiarity to successfully maintain the Debtors' Servicing Business throughout the sale process. Additionally, the loan servicing employees' knowledge and diligence was crucial in successfully litigating the many disputes that arose in connection with the Sale of the Servicing Business.

11. Absent the effort from these employees, the Debtors may have been unable to maintain the Servicing Business as a going concern long enough to complete the sale process and may have lost their ability to preserve one of their most valuable assets.

12. Pursuant to the non-insider employee retention plan (the "Non-Insider Employee Retention Plan"), described in more detail below, Servicing Business employees that are not members of senior management or insiders (the "Non-Insider Employees"), are eligible to receive retention payments up to an amount equal to forty (40) percent of their regular compensation. The Non-Insider Employee Retention Plan was designed to incentivize the Non-Insider Servicing Business Employees to remain employed by the Debtors through the sale of the Servicing Business.

---

[3] At the Initial Close, the Purchaser will become financially responsible for 300 Servicing Business employees (the "Transferring Employees"), AHM will remain financially responsible for 28 Servicing Business employees, and 62 Servicing Business employees will be terminated. Upon the Final Close, the Transferring Employees will become employees of the Purchaser.

and benefits to be provided to those employees.[3]

### C. The Debtors' Loan Servicing Employees

10. As noted above, the Debtors are selling their Servicing Business as a going concern. This was accomplished in part because the Servicing Business employees possess the required skill, expertise and familiarity to successfully maintain the Debtors' Servicing Business throughout the sale process. Additionally, the loan servicing employees' knowledge and diligence was crucial in successfully litigating the many disputes that arose in connection with the Sale of the Servicing Business.

11. Absent the effort from these employees, the Debtors may have been unable to maintain the Servicing Business as a going concern long enough to complete the sale process and may have lost their ability to preserve one of their most valuable assets.

12. Pursuant to the non-insider employee retention plan (the "Non-Insider Employee Retention Plan"), described in more detail below, Servicing Business employees that are not members of senior management or insiders (the "Non-Insider Employees"), are eligible to receive retention payments up to an amount equal to forty (40) percent of their regular compensation. The Non-Insider Employee Retention Plan was designed to incentivize the Non-Insider Servicing Business Employees to remain employed by the Debtors through the sale of the Servicing Business.

---

[3] At the Initial Close, the Purchaser will become financially responsible for 300 Servicing Business employees (the "Transferring Employees") ~~including the responsibility to pay the accrued vacation of the Transferring Employees~~, AHM will remain financially responsible for 28 Servicing Business employees, and 62 Servicing Business employees will be terminated. Upon the Final Close, the Transferring Employees will become employees of the Purchaser.