IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 3502 Taggett Lake Court, Highland, MI 48357, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: November 7, 2007                              /s/ Adam Hiller
       Wilmington, Delaware                       Adam Hiller (DE No. 4105)
                                                       Draper & Goldberg, PLLC
                                                       1500 North French Street, 2nd Floor
                                                       Wilmington, Delaware 19801
                                                       (302) 339-8776 telephone
                                                       (302) 213-0043 facsimile

*Movant: Wells Fargo Bank, N.A.*
*D&G Reference: 210719*
*Property Address: 3502 Taggett Lake Court, Highland, MI 48357*

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Rebecca L. Booth, Esquire
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

*Movant: Wells Fargo Bank, N.A.*
*D&G Reference: 210719*
*Property Address: 3502 Taggett Lake Court, Highland, MI 48357*