IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 5 N 699 E Ridgewood Drive, Saint Charles, IL 60175, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: November 7, 2007          /s/ **Adam Hiller**
       Wilmington, Delaware          Adam Hiller (DE No. 4105)
                                         Draper & Goldberg, PLLC
                                         1500 North French Street, 2nd Floor
                                         Wilmington, Delaware 19801
                                         (302) 339-8776 telephone
                                         (302) 213-0043 facsimile

*Movant: Countrywide Home Loans*
*D&G Reference: 209769*
*Property Address: 5 N 699 E Ridgewood Drive, Saint Charles, IL 60175*

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Edward J. Kosmowski<br>Joel A. Waite<br>Young, Conway, Stargatt & Taylor<br>The Brandywine Bldg.<br>100 West Street, 17th Floor<br>P.O. Box 391 Wilmington, DE 19899 | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| | Rebecca L. Booth, Esquire<br>Morgan, Lewis & Bockius LLP<br>1701 Market St<br>Philadelphia, PA 19103-2921 |

*Movant: Countrywide Home Loans*
*D&G Reference: 209769*
*Property Address: 5 N 699 E Ridgewood Drive, Saint Charles, IL 60175*