IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC.,

Debtor.

Chapter 11
Case No. 07-11047-CSS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2007, copies of the foregoing Motion for
Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property
Located at 633 Meadowbrook Road, Uniondale, NY 11553, notice, and proposed order were
served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: November 7, 2007
      Wilmington, Delaware

  **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

*Movant: Aurora Loan Services, LLC*
*D&G Reference: 210452*
*Property Address: 633 Meadowbrook Road, Uniondale, NY 11553*

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Rebecca L. Booth, Esquire
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

*Movant: Aurora Loan Services, LLC*
*D&G Reference: 210452*
*Property Address: 633 Meadowbrook Road, Uniondale, NY 11553*