IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC,<br><br>                Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2007, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code with Respect to Real Property Located at 4 W. Oak Ave., La Grange Park, IL 60526, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: November 7, 2007            /s/ **Adam Hiller**
      Wilmington, Delaware           Adam Hiller (DE No. 4105)
                                                  Draper & Goldberg, PLLC
                                                  1500 North French Street, 2nd Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 339-8776 telephone
                                                  (302) 213-0043 facsimile

American Home Mortgage Holdings, Inc  
538 Broadhollow Road  
Melville, NY 11747

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899

Edward J. Kosmowski  
Joel A. Waite  
Young, Conway, Stargatt & Taylor  
The Brandywine Bldg.  
100 West Street, 17th Floor  
P.O. Box 391 Wilmington, DE 19899

Bonnie Glantz Fatell  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801

Rebecca L. Booth, Esquire  
Morgan, Lewis & Bockius LLP  
1701 Market St  
Philadelphia, PA 19103-2921

*Movant: Mortgage Electronic Registration Systems c/o Aurora Loan Services, LLC*  
*D&G Reference: 209785*  
*Property Address: 4 W. Oak Ave., La Grange Park, IL 60526*