IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 1729** |

### NOTICE OF WITHDRAWAL OF MOTION OF 1140 GALAXY WAY, INC. FOR ORDER COMPELLING DEBTOR-IN-POSSESSION TO ASSUME OR REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

**PLEASE TAKE NOTICE** that 1140 Galaxy Way, Inc. hereby withdraws its Motion for Order Compelling Debtor-in-Possession to Assume or Reject Unexpired Lease of Non-Residential Real Property filed on October 31, 2007 [Docket No. 1729].

              WERB & SULLIVAN

              */s/ Regina A. Iorii*
              Regina A. Iorii (#2600)
              300 Delaware Avenue, Suite 1300
              P.O. Box 25046
              Wilmington, DE 19899 (courier 19801)
              Telephone: (302) 652-1100
              Facsimile: (302) 652-1111
              riorii@werbsullivan.com

              and

              SNELL & WILMER L.L.P.
              Michael B. Reynolds (CA Bar No. 174534)
              600 Anton Blvd., Suite 1400
              Costa Mesa, CA 92626
              Telephone:    (714) 427-7000
              Facsimile:    (714) 427-7799
              mreynolds@swlaw.com

              Attorneys for 1140 Galaxy Way, Inc.

Dated: November 8, 2007

553061.1