# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                                                                 :
Debtors.                                                         :  **Ref. Docket No. 1778**
---------------------------------------------------------------- x

### JOINDER OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, TO DEBTORS' OPPOSITION TO THE MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
      UNITED STATES BANKRUPTCY JUDGE

Bank of America, N.A., as administrative agent (the "Administrative Agent") for itself and certain other banking and financial institutions as pre-petition secured lenders under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006, by its undersigned attorneys, hereby supports the Debtors' opposition (the "Debtors' Opposition") [Docket No. 1914] to the motion [Docket No. 1778] (the "Stay Motion") by UBS Real Estate Securities Inc. ("UBS") for a limited stay pending appeal of the Court's order entered October 30, 2007 (the "Sale Order"), and in support thereof, respectfully represents as follows:

## JOINDER

1.   The Administrative Agent hereby supports the Debtors' Opposition and reserves all rights to be heard before this Court with regard to the Stay Motion.

2.   The Administrative Agent submits that the Stay Motion should be denied because (a) UBS has no standing to appeal the Sale Order and (b) UBS has failed to satisfy the

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

standard for obtaining a stay pending appeal as, *inter alia*, (i) the Court did not commit clear error in approving the Sale Order, (ii) UBS would not suffer any harm, no less irreparable harm, if the Stay Motion was denied and (iii) the Debtors' estates would suffer irreparable harm if a stay pending appeal were granted and the Debtors were prohibited from consummating the APA.

3. For these reasons, and for the reasons set forth in the Debtors' Opposition, the Administrative Agent objects to the relief sought in the Stay Motion.

**WHEREFORE**, the Administrative Agent requests that this Court deny the Stay Motion and grant such other and further relief as is just and proper.

Dated: November 8, 2007
      Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (DE Bar 2396)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

- and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Mark F. Liscio
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006