## CERTIFICATE OF SERVICE

I hereby certify that I am not less than 18 years of age and on November 8, 2007, I served the foregoing Joinder of Bank of America, NA, As Administrative Agent, to Debtors' Opposition to the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products Inc. for Limited Stay Pending Appeal by causing a true and correct copy thereof to be delivered to those parties listed below:

**BY HAND**
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY FIRST-CLASS US MAIL**
Rick B. Antonoff, Esquire
Brandon R. Johnson, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

**BY HAND**
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
100 West Street, 17th Floor
Wilmington, DE 19801

**BY HAND**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**BY FIRST-CLASS US MAIL**
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floors
New York, NY 10022

Under penalty of perjury, I declare that the forgoing is true and correct.

_/s/ Laurie Selber Silverstein_
Laurie Selber Silverstein

830692