# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

In re:  

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, *et al.*,[1]

Debtors.

---------------------------------------------------------------X

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

Re: Docket Nos. 1778, 1791 and 1914

Hearing Date:   November 9, 2007 at 4:00 p.m.
Objection Deadline: November 8, 2007

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OPPOSITION TO THE MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned proposed co-counsel, hereby joins the Debtors' opposition (the "Opposition") [Docket No. 1914] to the motion and joinder (the "UBS Motion") of UBS Real Estate Securities Inc. to emergency motion of the DB Structured Products seeking a stay pending their appeal of this Court's order (the "Sale Order") approving the sale of certain estate property and in support thereof represents as follows:

### JOINDER

1.      The Committee hereby adopts and incorporates the arguments and assertions set forth in the Opposition, incorporates by reference all of the arguments set forth in such Opposition, and reserves all rights to be heard before this court with regard to the UBS Motion.

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.  ("*AHM Acceptance*"); American Home Mortgage Servicing, Inc.  ("*AHM Servicing*"); American Home Mortgage Corp.  ("*AHM Corp.*"); American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189/01600/21641597v1

2.	For the reasons set forth in the Opposition, the Committee objects to the relief sought in the UBS Motion.

**WHEREFORE**, the Committee respectfully requests that the Court deny the UBS Motion and grant such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
       November 8, 2007

                BLANK ROME LLP

                By:  /s/ Bonnie Glantz Fatell
                    Bonnie Glantz Fatell (No. 3809)
                    1201 Market Street, Suite 800
                    Wilmington, Delaware  19801
                    (302) 425-6400 - Telephone
                    (302) 425-6464 - Facsimile

                      - and -

                    HAHN & HESSEN LLP
                    488 Madison Avenue
                    New York, New York 10022
                    (212) 478-7200 - Telephone
                    (212) 478-7400 - Facsimile
                    Attn:	Mark S. Indelicato
                    Attn:	Mark T. Power

                    Proposed Co-Counsel to the Official Committee
                    of Unsecured Creditors of American Home
                    Mortgage Holdings, Inc., *et al*.