# CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, hereby certify that on November 8, 2007, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

*Joinder of the Official Committee of Unsecured Creditors [Dkt. 1918] to Debtors' Opposition to the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal*

*/s/Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)

128189.01600/21641607v.1

## SERVICE LIST

VIA HAND DELIVERY and FACSIMILE
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor LLP**
100 West Street, 17th Floor
Wilmington, DE  19801
*Facsimile:  302-571-1253*
*Counsel for the Debtors*

VIA HAND DELIVERY and FACSIMILE
William P. Bowden, Esquire
Don A. Beskrone, Esquire
Gregory A. Taylor, Esquire
Amanda M. Winfree, Esquire
**Ashby & Geddes, PA**
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
*Facsimile:  302-654-2067*
*Counsel for UBS Real Estate Securities Inc.*

VIA FACSIMILE
Rick B. Antonoff, Esquire
Brandon R. Johnson, Esuqire
**Pillsbury Winthrop Shaw Pittman LLP**
1540 Broadway
New York, NY  10036
*Facsimile:  212-858-1500*
*Counsel for UBS Real Estate Securities Inc.*

VIA HAND DELIVERY and FACSIMILE
**Office of the United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile:  (302) 573-6497*

128189.01600/21641607v.1