# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 08, 2007 09:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matter:

Trial

**R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

- Trial held and concluded.
- Oral Argument will be held on 11/26/07 at 3 P.M.