# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

Trial

**COURTROOM LOCATION:** Courtroom 6
**DATE:** November 8, 2007 @ 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bonnie Patel | Blank Rome | Creditors Committee |
| Greg Wiesenty | Blank Rome | " |
| Howard Onick | Weil Gotshal & Manges | CSFB |
| Natalie Gran | Weil Gotshal & Manges | CSFB |
| Benjamin Ackerly | Hunton & Williams | Calyon |
| Jason Harbour | Hunton & Williams | Calyon |
| Ron Gellert | Eckert Seamans | Calyon |
| Susheel Kirpalani | Quinn Emanuel | Debtors |
| James Tecce | " | " |
| Robert Brady | Young Conaway | " |
| Erin Edwards | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**