## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
     Debtors.                                                      :
                                                                   :   **Doc. Ref. No. 1700**
                                                                   :
------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 4001(d) AND 9019(a) FOR AN ORDER APPROVING AND AUTHORIZING SETTLEMENT AGREEMENT WITH SOCIÉTÉ GÉNÉRALE, AS ADMINISTRATIVE AGENT, AND BARTON CAPITAL LLC

On October 29, 2007, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) For an Order Approving and Authorizing Settlement Agreement With Société Générale, as Administrative Agent, and Barton Capital LLC [Docket No. 1700] (the "Motion").

No objections were formally filed to the Motion. However, prior to the deadline to object to the Motion, the Debtors received informal objections (together, the "Objections") from Bank of America, N.A., as Administrative Agent for certain lenders under that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006 (the "Administrative

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Agent"), and from the Official Committee of Unsecured Creditors appointed in these cases (the "Committee").

Attached hereto as Exhibit 1 is a revised form of order approving the Motion (the "Order"), which resolves the informal Objections. A blacklined version of the Order, indicating the changes made to the Order from the version filed with the Motion, is attached hereto as Exhibit 2. Accordingly, as the Committee and the Administrative Agent have consented to entry of the Order, it is requested that the Order be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
November 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean T. Greecher
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

# Exhibit 1

## Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   **Docket Ref. No. 1700**
---------------------------------------------------------------- x

## ORDER APPROVING AND AUTHORIZING SETTLEMENT AGREEMENT WITH SOCIÉTÉ GÉNÉRALE, AS ADMINISTRATIVE AGENT, AND BARTON CAPITAL LLC

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] seeking the issuance of an order, pursuant to Bankruptcy Rules 4001(d) and 9019(a) and Bankruptcy Code section 105(a) approving the Settlement Agreement, a copy of which is attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. sections 157 and 1335; and it appearing that this is a core proceeding pursuant to 28 U.S.C. section 157(b); due and sufficient notice of the Motion having been given; and it appearing that the relief requested

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Agreement.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

in the Motion is in the best interest of the Debtors, their estates and creditors; and all objections (if any) to the requested relief having been resolved, withdrawn or overruled; and upon the record in these cases; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted as provided herein; and it is further

ORDERED, that the Agreement in the form attached hereto as Exhibit A is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019; and it is further

ORDERED, that pursuant to the terms of the Agreement, the Debtors are authorized and empowered to enter into, perform, execute and deliver all documents and take all actions necessary to implement the terms of the Agreement contemplated herein, all of which are approved; and it is further

ORDERED, that the Debtors shall retain the right to assert any and all affirmative defenses to any Retained Claims asserted against the Debtors; and it is further

ORDERED, that the Cooperation Fee shall be paid directly to the Administrative Agent in accordance with the *Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [Docket No. 554] (together with any extensions or amendments thereto, the "Cash Collateral Order"), regardless of whether the Termination Date (as defined in the Cash Collateral Order) has occurred; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2007

                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge

## Exhibit 2

**Blackline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              : Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    : Jointly Administered
Debtors.                                                            :
                                                                    : Docket Ref. No. ———— 1700
------------------------------------------------------------------- x

## ORDER APPROVING AND AUTHORIZING SETTLEMENT AGREEMENT WITH SOCIÉTÉ GÉNÉRALE, AS ADMINISTRATIVE AGENT, AND BARTON CAPITAL LLC

Upon consideration of the motion (the "Motion")[51] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[62] seeking the issuance of an order, pursuant to Bankruptcy Rules 4001(d) and 9019(a) and Bankruptcy Code section 105(a) approving the Settlement Agreement, a copy of which is attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. sections 157 and 1335; and it appearing that this is a core proceeding pursuant to 28 U.S.C. section 157(b); due

---

[51] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Agreement.

[62] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and all objections (if any) to the requested relief having been resolved, withdrawn or overruled; and upon the record in these cases; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted as provided herein; and it is further

ORDERED, that the Agreement in the form attached hereto as Exhibit A is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019; and it is further

ORDERED, that pursuant to the terms of the Agreement, the Debtors are authorized and empowered to enter into, perform, execute and deliver all documents and take all actions necessary to implement the terms of the Agreement contemplated herein, all of which are approved; and it is further

ORDERED, that the Debtors shall retain the right to assert any and all affirmative defenses to any Retained Claims asserted against the Debtors; and it is further

ORDERED, that the Cooperation Fee shall be paid directly to the Administrative Agent in accordance with the *Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [Docket No. 554] (together with any extensions or amendments thereto, the "Cash Collateral Order"), regardless of whether the Termination Date (as defined in the Cash Collateral Order) has occurred; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Document comparison done by Workshare DeltaView on Friday, November 09, 2007 10:36:40 AM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/6331211/1 |
| Document 2 | interwovenSite://WSDMS/DB02/6331211/2 |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 13 |
| Deletions | 127 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 142 |