UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE INVESTMENT<br>CORP., a New York corporation, et al.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 07-11047 (CSS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the creditor, Cummings Properties, LLC, in the above-captioned action, and requests service, pursuant to Bankruptcy Rule 2002, of all notices and pleadings given or filed in the above-captioned case upon the following persons at the following address, e-mail address, and fax number:

Craig J. Ziady, Esq.<br>
Cummings Properties, LLC<br>
200 West Cummings Park<br>
Woburn, Massachusetts 01801<br>
legal@cummings.com<br>
Tel. 781-935-8000<br>
Fax 781-935-1990

CUMMINGS PROPERTIES, LLC,
By its attorney,

Dated: November 9, 2007

s/Craig J. Ziady
Craig J. Ziady, BBO# 565216
200 West Cummings Park
Woburn, MA  01801
781-935-8000

M:\LEGAL\CJZ\!AMHOMEMTG-APPEAR.DOC