IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
          Debtors.                                               :
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

The undersigned hereby withdraws the following Notices of Affidavits of Ordinary Course Professionals:

| Docket No. | Name of Professional |
|---|---|
| 951 | Thomas Stephenson |
| 999 | Jeffrey Cameron |
| 1074 | Mary Carnes |
| 1076 | Bertha Pyne |
| 1091 | Julie Dawson |
| 1096 | Wanda Wile |
| 1104 | James Crouch |
| 1137 | Anthony Colas |
| 1201 | Phillip Chernitzer |
| 1207 | Bonnie Hall |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6214025.1

066585.1001

| 1250 | Amy Hendrix |
|------|-------------|
| 1264 | Bethany Drew |
| 1272 | Jason Benham |
| 1295 | Dan Humeston |
| 1310 | Debra R. Monterosso |
| 1316 | Nick Jackson |
| 1318 | Shelly Irizarry |
| 1362 | George Corum |
| 1391 | Sonia Patterson |
| 1472 | Dan Holak |
| 1611 | Joseph R. Doher |

Corrected Affidavits of the Ordinary Course Professionals noted in the table above will be filed contemporaneously with this Notice of Withdrawal.

Dated: Wilmington, Delaware
November 8, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret B. Whiteman*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

DB02:6214025.1                                              066585.1001