IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
                                                                :
        Debtors.                                                :
------------------------------------------------------------------ x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 14, 2007 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.  Application for Order Approving Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 4, 8/6/07]

    Objection Deadline:   N/A

    Objections Filed:     None

    Related Documents:

        a)    Order Approving the Debtors' Retention of Epiq Bankruptcy Solutions, LLC as Claims, Notice and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f) [D.I. 222, 8/17/07]

    Status: The applicant has determined not to pursue its request for an evergreen retainer. An order approving the retention has already been entered. No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Application for Order Pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 148, 8/13/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and the United States Trustee to August 30, 2007 at 10:00 a.m.

    Related Document:

        a)    Order Approving the Retention and Employment of Young, Conaway, Stargatt & Taylor, LLP as Attorneys for the Debtors, Nunc Pro Tunc, to the Petition Date [D.I. 551, 9/2/07]

    Objections Filed:    None

    Status: The applicant has determined not to pursue its request for an evergreen retainer. An order approving the retention has already been entered. No hearing is required.

3.    Application of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 163, 8/14/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors and the United States Trustee to August 31, 2007 at 11:00 a.m.

    Related Document:

        a)    Supplemental Affidavit in Support of Debtors' Application Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 420, 8/27/07]

        b)    Order Approving the Agreement With Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [D.I. 606, 9/5/07]

    Objections Filed:

        c)    Informal Response by the United States Trustee

        d)    Limited Objection of the Official Committee of Unsecured Creditors [D.I. 517, 8/31/07]

    

Status: The applicant has determined not to pursue its request for an evergreen retainer. An order approving the retention has already been entered. No hearing is required.

4.  Motion of Debtors in Possession for Order, Under 11 U.S.C. §§ 323, 1106, and 1107 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by, Certain Loan and Purported Repurchase Counterparties [D.I. 370, 8/24/07]

    Objection Deadline:  September 10, 2007 at 4:00 p.m., extended October 29, 2007 at 3:00 p.m.

    Objections Filed:    None

    Status: This matter will be adjourned to December 12, 2007 at 10:00 a.m.

5.  Motion of Societe Generale Pursuant to Sections 365(d) of the Bankruptcy Code Seeking Relief from the Automatic Stay to Effectuate the Transfer of Servicing Rights and to Recover from the Debtors All Mortgage Loan Documents [D.I. 734, 9/13/07]

    Objection Deadline:  September 24, 2007 at 4:00 p.m., extended for the Debtors

    Objections Filed:    None

    Status: This matter has been resolved. The motion for approval of the settlement appears as agenda item 10 below.

6.  Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the Construction Loans to; and (V) Granting Related Relief [D.I. 900, 9/21/07]

    Objection Deadline:  September 28, 2007 at 4:00 p.m.

    Related Documents:

    a)  Notice of Filing of Proposed Forms of Purchase Agreements [D.I. 1010, 9/28/07]

    b)  Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Debtors' Assets Related to the Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [D.I. 1175, 10/4/07]

     c)     Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1410, 10/9/07]

Objections Filed:

     d)     Objections to the Sale of Assets filed by Karen Gowins [D.I. 1649, 10/24/07]

Status: This matter will be adjourned to November 28, 2007 at 10:00 a.m.

7.    Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

Objection Deadline:    November 6, 2007 at 4:00 p.m., extended for the Debtors to December 5, 2007 at 4:00 p.m.

Objections Filed:    None at this time.

Status: This matter will be adjourned by agreement of the parties to December 12, 2007 at 10:00 a.m.

8.    Application of the Official Committee of Unsecured Creditors for Order Authorizing and Approving the Employment and Retention of Cozen O'Connor as Special Conflicts Counsel, Nunc Pro Tunc to August 28, 2007 [D.I. 1598, 10/17/07]

Objection Deadline:    November 7, 2007 at 4:00 p.m.

Objection Filed:    None

Related Document:

     a)     Notice of Withdrawal [D.I. 1808, 11/6/07]

Status: This matter has been withdrawn.

9.   Emergency Motion of Natixis Real Estate Capital Inc. f/k/a IKIS Real Estate Capital Inc. [D.I. 1701, 10/29/07]

    Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors to November 21, 2007 at 4:00 p.m.

    Objections Filed:    None at this time

Status: This matter will be adjourned by agreement of the parties to November 28, 2007 at 10:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

10.   Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Settlement Agreement with Societe Generale, as Administrative Agent, and Barton Capital LLC [D.I. 1700, 10/29/07]

    Objection Deadline:    November 6, 2007 at 4:00 p.m., extended for the Committee and Bank of America, N.A. to November 9, 2007 at 4:00 p.m.

    Objections Filed:    None at this time

    Related Document:

        a)    Certification of Counsel [D.I. 1925, 11/9/07]

    Status: A Certification of Counsel has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

11.   Application for an Order Authorizing the Debtors to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [D.I. 219, 8/17/07]

    Objection Deadline:    August 27, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 29, 2007 at 4:00 p.m. and for the United States Trustee to August 31, 2007 at 11:00 a.m.

    Objections Filed:

        a)    Objection by the Official Committee of Unsecured Creditors to Debtors' Proposed Retention of the Firm Kekst & Co. as Their Public Relations Advisors [D.I. 483, 8/30/07]

066585.1001

Status: The Objection has been resolved in principle, and the Debtors intend to present a revised form of Order at or prior to the hearing.

12. Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal, an Unredacted Purchase Agreement by and Between the Debtors and EMC Mortgage Corporation [D.I. 1638, 10/22/07]

Objection Deadline: November 7, 2007 at 4:00 p.m.

Related Document:

a) Joinder of EMC Mortgage Corporation to Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal, an Unredacted Purchase Agreement by and Between the Debtors and EMC Mortgage Corporation [D.I. 1704, 10/29/07]

Objections Filed: None

Status: No hearing will be required. The Debtors intend to file a Certificate of No Objection in accordance with the local rules.

13. Motion of the Debtors for Approval of a Stipulated Order Confirming the Debtors' Authority to Make Certain Payments for Penalties, Interest and Related Charges, Solely in Connection with Certain Tax and Insurance Remittances [D.I. 1639, 10/22/07]

Objection Deadline: November 7, 2007 at 4:00 p.m.

Objections Filed: None

Status: No hearing will be required. The Debtors intend to file a Certificate of No Objection in accordance with the local rules.

14. EMC Mortgage Corporation's Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing and Directing that EMC Mortgage Corporation's Exhibit Containing Certain Confidential Information be Admitted Into Evidence Under Seal [D.I. 1668, 10/25/07]

Objection Deadline: November 9, 2007 at 4:00 p.m.

Objections Filed: None at this time

Status: This matter will be going forward.

15.   Emergency Motion of Debtors Pursuant to Sections 105(a), 361, 362, 364, and 552 of the
      Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of Interim and Final Stipulated
      Orders Extending the Debtors' Limited Use of Cash Collateral [D.I. 1718, 10/30/07]

      Objection Deadline:   November 9, 2007 at 4:00 p.m.

      Related Documents:

      a)   First Interim Stipulation and Order Extending Limited Use of Cash
           Collateral Pursuant to the Final Order (I) Authorizing Debtors' Limited
           Use of Cash Collateral, (II) Granting Replacement Liens and Adequate
           Protection to Certain Pre-Petition Secured Parties and (III) Scheduling
           Final Hearing Pursuant to Bankruptcy Rule 4001 [D.I. 1731, 10/31/07]

      b)   Submission of Revised Budget to  First Interim Stipulation and Order
           Extending Limited Use of Cash Collateral Pursuant to the Final Order (I)
           Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting
           Replacement Liens and Adequate Protection to Certain Pre-Petition
           Secured Parties and (III) Scheduling Final Hearing Pursuant to
           Bankruptcy Rule 4001 [D.I. 1764, 11/1/07]

      c)   Notice of Entry of First Interim Stipulation and Order Extending Limited
           Use of Cash Collateral Pursuant to the Final Order (I) Authorizing
           Debtors' Limited Use of Cash Collateral, (II) Granting Replacement Liens
           and Adequate Protection to Certain Pre-Petition Secured Parties and (III)
           Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001[D.I. 1765,
           11/1/07]

      Objections filed:    None at this time

      Status: The Debtors are attempting to address certain clarifying language changes that
      have been requested informally by the Purchaser and have consented to an
      extension of the deadline for the Purchaser to file a formal objection to Monday,
      November 12, 2007 at 4:00 p.m.  This matter will be going forward.

066585.1001

16.  Debtors' Motion for Authority to Modify Non-Insider Employee Retention Plan [D.I. 1827]

Objection Deadline:  November 13, 2007 at 10:00 a.m.

Related Document:

    a)  Order Shortening the Time for Notice of Hearing to Consider Debtors' Motion for Authority to Modify Non-Insider Employee Retention Plan [D.I. 1839, 11/7/07]

    b)  Notice of Errata with Respect to Debtors' Motion for Authority to Modify Non-Insider Employee Retention Plan [D.I. 1855, 11/7/07]

Objections Filed:     None at this time

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

17.  Application for an Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention and Employment of Cadwalader, Wickersham & Taft, LLP as Special Counsel to the Debtors [D.I. 133, 8/10/07]

Objection Deadline:  August 27, 2007 at 4:00 p.m., extended for Credit Suisse First Boston to August 28, 2007 at 4:00 p.m., extended for the Official Committee of Unsecured Creditors to August 30, 2007 at 10:00 a.m. and the United States Trustee to August 31, 2007 at 11:00 a.m.

Objections Filed:

    a)  Objection of the United States Trustee [D.I. 511, 8/31/07]

Status: The Objection is resolved in principle, and the Debtors intend to submit a consensual form of Order at or prior to the hearing.

18.  Application for Authorizing to Retain Hahn & Hessen LLP as Co-Counsel for the Official Committee of Unsecured Creditors [D.I. 758, 9/14/07]

Objection Deadline:  October 10, 2007 at 4:00 p.m.

Objections Filed:     None

Status: The parties are working to resolve this matter.  If resolved, this will be going forward.

19. Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc. et al. for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 9014 Nunc Pro Tunc as of August 14, 2007 [D.I. 759, 9/14/07]

Objection Deadline:    October 10, 2007 at 4:00 p.m.

Objections Filed:    None

Status: The parties are working to resolve this matter. If resolved, this will be going forward.

20. Vantage Pointe Capital, LLC's Motion for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 955, 9/26/07]

Objection Deadline:    October 5, 2007 at 4:00 p.m.

Objections Filed:

   a)   Debtors' Objection to Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1322, 10/5/07]

   b)   Joinder of the Official Committee of Unsecured Creditors to the Objection of the Debtors to the Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1445, 10/10/07]

Related Document:

   c)   Reply to Debtors' Objection to Motion of Vantage Pointe Capital, LLC for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors [D.I. 1524, 10/13/07]

Status: This matter will be going forward.

21.    Application for Authorization to Retain BDO Seidman LLP as Financial Advisors for the Official Committee of Unsecured Creditors [D.I. 966, 9/27/07]

Objection Deadline:    October 10, 2007 at 4:00 p.m.

Objections Filed:    None

Status: The parties are working to resolve this matter.  If resolved, this will be going forward.

Dated: Wilmington, Delaware
       November 9, 2007

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              *Pauline K. Morgan*
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession