UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| *In re* | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | | |
| HOLDINGS, INC., a Delaware corporation | : | |
| *et al.,* [1] | | |
| | : | Case Number 07-11047 (CSS) |
| Debtors. | | (Jointly Administered) |
| | : | |

### CERTIFICATE OF SERVICE

I certify that, on November 9, 2007, I caused to be served a copy/copies of the United States Trustee's Objection to the Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal, an Unredacted Copy of the Purchase Agreement By and Between the Debtors and EMC Mortgage Corporation  via electronic mail to the persons listed below.

James L. Patton, Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
YOUNG, CONAWAY,
  STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-1253 (Fax)
jpatton@ycst.com
pmorgan@ycst.com
mbcleary@ycst.com

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7400 (Fax)
mindelicato@hahnhessen.com
mpower@hahnhessen.com

---

[1]

The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York  11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6464 (Fax)
fatell@blankrome.com

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
(212) 836-8689 (Fax)
mschonholtz@kayescholer.com
mliscio@kayescholer.com
stalmadge@kayescholer.com

Victoria W. Counihan, Esquire
Sandra G.M. Selzer, Esquire
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7360 (Fax)
counihan@gtlaw.com
selzers@gtlaw.com

Corinne Ball, Esquire
Erica M. Ryland, Esquire
I. Lewis H. Grimm, Esquire
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 755-7306 (Fax)
eball@jonesday.com
emryland@jonesday.com
lgrimm@jonesday.com

Brett P. Barragate, Esquire
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH  44114
(216) 579-0212 (Fax)
bpbarragate@jonesday.com

Frederick B. Rosner, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
(302) 657-4901 (Fax)
fbrosner@duanemorris.com

William M. Goldman, Esquire
Geoffrey T. Raicht, Esquire
Alex R. Rovira, Esquire
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5599 (Fax)
wgoldman@sidley.com
graicht@sidley.com
arovira@sidley.com

David R. Kuney, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8711 (Fax)
dkuney@sidley.com

                    /s/ Joseph J. McMahon, Jr.          
                   Joseph J. McMahon, Jr.
                   Trial Attorney