IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 <br> ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) <br> ) <br> ) Jointly Administered |
| Debtors. | ) <br> ) <br> ) Objection Deadline: November 8, 2007, at 4:00 p.m. (ET) <br> ) Hearing Date: November 9, 2007, at 4:00 p.m. (ET) <br> ) Related Docket Item No. 1952 |

**MOTION OF UBS REAL ESTATE SECURITIES, INC. FOR LEAVE TO FILE REPLY TO DEBTORS' OPPOSITION TO MOTION AND JOINDER TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL OUTSIDE OF THE TIME PERIOD PERMITTED BY LOCAL RULE 9006-1(d)**

This motion (the "Motion") by UBS Real Estate Securities Inc. ("RESI") seeks leave to file a reply (the "Reply") to the *Debtors' Opposition to the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal* [Docket No. 1914] (the "Debtors' Objection") outside of the time period permitted by Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

### BACKGROUND

1. On November 5, 2007, RESI filed its *Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal* [Docket No. 1778] (the "Motion and Joinder").

2. On the same day, RESI filed its Expedited Motion to Shorten Notice and For Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal [Docket No. 1791] (the "Motion to Shorten"). The Debtors subsequently filed an objection to the Motion to Shorten [Docket

No. 1794].

3. On November 6, 2007, the Court entered an Order which granted, in part, the relief requested by the Motion to Shorten [Docket No. 1978] (the "November 6 Order"), set a hearing date on the Motion and Joinder for November 9, 2007, at 4:00 p.m. (ET) (the "Hearing Date"), and set an objection deadline for the Motion and Joinder for November 8, 2007 at 4:00 p.m. (ET) (the "Objection Deadline").

4. On November 8, 2007, the Debtors' Objection was filed. The Bank of America, N.A. filed a Joinder to the Debtors' Objection [Docket No. 1915], as did the Official Committee of Unsecured Creditors [Docket No. 1918].

### RELIEF REQUESTED

5. Local Rule 9006-1(d) provides that reply papers may be filed, and if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda.

6. In light of the relief requested in the Motion to Shorten, the Hearing Date on the Motion and Joinder was scheduled on shortened notice, and the Objection Deadline was set for 24 hours prior to the Hearing Date. The Objection Deadline itself falls outside of the time contemplated for replies by Local Rule 9006-1(d), thus there was no way for RESI to file its Reply within the time period permitted by the Local Rules.

7. RESI thus respectfully requests leave from the Court to file its Reply to the Debtors' Objection outside of the time period permitted by Local Rule 9006-1(d).

### CONCLUSION

WHEREFORE, RESI respectfully requests leave to file the Reply attached hereto as Exhibit A. Given the impending Hearing Date, currently scheduled for today, November 9, 2007, at 4:00

p.m. (ET), RESI respectfully requests that the Court consider the Motion without hearing.

Dated:  November 9, 2007

        **PILLSBURY WINTHROP SHAW PITTMAN LLP**
        Rick B. Antonoff
        Brandon R. Johnson
        1540 Broadway
        New York, NY 10036
        Telephone:  (212) 858-1000
        Facsimile:  (212) 858-1500

        - and -

        **ASHBY & GEDDES, P.A.**

        */s/ Amanda M. Winfree*
        William P. Bowden (I.D. #2553)
        Don A. Beskrone (I.D. #4380)
        Gregory A. Taylor (I.D. #4008)
        Amanda M. Winfree (I.D. #4615)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        (302) 654-1888

        *Counsel to UBS Real Estate Securities, Inc.*

185747.1