IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :  Jointly Administered
                                                                :
            Debtors.                                            :  Hearing Date: November 14, 2007 at 10:00 a.m.
                                                                :  Objection Deadline (by extension): November 12,
---------------------------------------------------------------- x  2007 at 4:00 p.m.
                                                                   Related Document Nos. 1718, 1731, 1764, 1765

**RESERVATION OF RIGHTS OF AH MORTGAGE ACQUISITION CO., INC. TO THE EMERGENCY MOTION OF DEBTORS PURSUANT TO SECTIONS 105(a), 361, 362, 364, AND 552 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001(1)(b) FOR ENTRY OF INTERIM AND FINAL STIPULATED ORDERS EXTENDING THE DEBTORS' LIMITED USE OF CASH COLLATERAL**

AH Mortgage Acquisition Co., Inc. (the "Purchaser") hereby reserves its rights with respect to the Emergency Motion Of Debtors Pursuant To Sections 105(a), 361, 362, 364, And 552 Of The Bankruptcy Code And Bankruptcy Rule 4001(1)(b) For Entry Of Interim And Final Stipulated Orders Extending The Debtors' Limited Use Of Cash Collateral (the "Motion") filed on October 30, 2007 by American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors") in the above captioned cases.

The Debtors and Purchaser have engaged in discussions regarding certain language changes that would clarify the relationship between the relief requested in the Motion and that certain Order (A) Approving (i) The Sale Of The Debtors Mortgage Servicing Business Free

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

And Clear Of Liens, Claims And Interests, (ii) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto, And (B) Granting Certain Related Relief signed on October 30, 2007 [DI 1711]. In addition, Purchaser is still in the process of reviewing with the Debtors and their advisors the revised budget that shows the Debtors' expenditures through the Extended Termination Date (as such term is defined in the Motion). Accordingly, Purchaser hereby reserves its rights in all respects, including, without limitation, to file additional pleadings, in connection with these matters.

Dated:   Wilmington, Delaware
         November 9, 2007

GREENBERG TRAURIG, LLP

*Victoria Counihan*

Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

JONES DAY
Erica M. Ryland (*pro hac vice*)
Benjamin Rosenblum (BAR #4752)
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939

Counsel for AH Mortgage Acquisition Co., Inc.

NYI-4040640v2                                       2