# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Item No. 1952** |

## ORDER GRANTING MOTION OF UBS REAL ESTATE SECURITIES INC. FOR LEAVE TO FILE REPLY TO DEBTORS' OPPOSITION TO MOTION AND JOINDER TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL OUTSIDE OF TIME PERIOD PERMITTED BY LOCAL RULE 9006-1(d)

The Court having considered the *Motion of UBS Real Estate Securities Inc. for Leave to File Reply to Debtors' Opposition to Motion and Joinder To Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal Outside of Time Period Permitted by Local Rule 9006-1(d)* (the "Motion for Leave");[1] the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED; and

2. UBS Real Estate Securities Inc. is permitted to file its Reply outside of the time period permitted by Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: November 9, 2007

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

185747.1

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Motion for Leave.