# SIGN-IN-SHEET

**CASE NAME:** American Home  
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6  
**DATE:** November 9, 2007 @ 4:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Talmadge (telephonic) Margot Schonholtz | Kaye Scholer | Bank of America |
| Fred Neufeld (telephonic) Robert J. Moore | Millbank Tweed Hadley | ABN AMRO Bank |
| Andrew Gallo (telephonic) Steven Wilamowsky | Bingham McCutchen | DB Structured Products |
| Nancy Bertolino (telephonic) | UBS Real Estate Securities | UBS Securities |
| Marti Murray (telephonic) | Murray Capital Management | Murray Capital Management |
| Benjamin Rosenblum (telephonic) | Jones Day | AH Mortgage Acquisition Co. |
| Mark Indelicato | Hahn & Hessen | Committee |
| Nick Amphlett | Pillsbury Winthrop Shaw Pittman | UBS Real Estate Securities Inc |
| Brendan Johnson | " | " |
| Don A. Beskrone | Ashby + Geddes PA | UBS Real Estate Securities Inc. |
| Amanda M. Winfree | Ashby + Geddes, PA | UBS Real Estate Securities Inc. |
| Victoria Counihan | Greenberg Traurig, LLP | MLF Recovery/AH Mortgage Acquisition |
| James Patton, Pauline Morgan | Young Conaway | Debtors |

# SIGN-IN-SHEET

CASE NAME: American Home
CASE NOS.: 07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: November 9, 2007 @ 4:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Butz | Morris Nichols Arsht & Tunnell LLP | Assured Guaranty Corp. |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America, NA |
| David Carickhoff | Blank Rome | |
| Mark Indelicato | Hahn & Hessen | Creditors' Committee |
| Joseph J. McMahon, Jr. | USDOJ | UST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.