IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 2 day of November 2007 she caused a copy of the following document(s):

First Monthly Application of Law Offices of Alan Weinreb [Docket No. 1770]

Second Monthly Application of Law Offices of Alan Weinreb [Docket No. 1771]

to be served on the parties listed on the attached service list.

                                                                                   Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 12th day of November 2007

                                                                                   Notary Public

                                                                       KIMBERLY A. BECK
                                                                         NOTARY PUBLIC
                                                                      STATE OF DELAWARE
                                                        My Commission Expires Oct. 1, 2010

## SERVICE LIST
## 11/2/2007

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
Official Committee of Unsecured Creditors
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*