IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :
                                                                 :   Ref. Docket No. 1778
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL**

On November 5, 2007, UBS Real Estate Securities Inc. (the "Movant") filed the *Motion and Joinder of UBS Real Estate Securities Inc. to Emergency Motion of DB Structured Products, Inc. for Limited Stay Pending Appeal* [Docket No. 1778] (the "Motion"). On November 8, 2007, the Debtors filed their opposition to the Motion [Docket No. 1914] (the "Objection").

At the Hearing, the Court ruled that all relief sought in the Motion was denied. The Court directed the Debtors to prepare and file a proposed form of order (the "Order") memorializing the Court's ruling under certification of counsel. A copy of the Order is attached hereto as Exhibit A. The Debtors submit that the Order is consistent with the Court's ruling at the Hearing, and has been circulated to counsel to the Movant, who has approved its form.

The Debtors respectfully request that the Court enter the Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
November 12, 2007

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Sean T. Greecher
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Sean T. Greecher (No. 4484)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and Debtors in Possession

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :   Jointly Administered
    Debtors.                                                  :
                                                              :   **Docket Ref. No. 1778**
------------------------------------------------------------- x

## ORDER DENYING MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

Upon consideration of the motion [Docket No. 1778] (the "Motion") of UBS Real Estate Securities Inc., seeking the issuance of an order, pursuant to Bankruptcy Rule 8005, staying portions of this Court's order, dated October 30, 2007, (the "Sale Order") granting the motion of the above-captioned debtors (the "Debtors") to sell their loan servicing business; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion; and due and sufficient notice of the Motion having been given; and upon the record in these cases and as set forth at the hearing held on November 9, 2007 (the "Hearing"); and after due deliberation; it is hereby

ORDERED, that for the reasons stated on the record at the Hearing, the relief requested in the Motion is DENIED.

Dated: Wilmington, Delaware
       November ____, 2007

                                        _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge