IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
        Debtors.                                                    :
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 1639**

        The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Motion of the Debtors for Approval of a

Stipulated Order Confirming the Debtors' Authority to Make Certain Payments for Penalties,

Interest and Related Charges, Solely in Connection with Certain Tax and Insurance Remittances

(the "Motion"). The Court's docket which was last updated November 12, 2007, reflects that no

objections to the Motion have been filed. Objections to the Motion were to be filed and served

no later than November 7, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
        November 12, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel for Debtors and
Debtors in Possession