## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                  : Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        : Jointly Administered
                                                        :
         Debtors.                                       : **Doc. Ref. Nos. 219 and 483**

---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN KEKST AND COMPANY, INCORPORATED AS CORPORATE COMMUNICATIONS ADVISOR

On August 17, 2007, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the Application for Order Authorizing the Debtors to Employ and Retain Kekst and Company, Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [Docket No. 219] (the "Application").

On August 30, 2007, the Official Committee of Unsecured Creditors (the "Committee") filed an objection to the Application [Docket No. 483] (the "Objection").

Subsequent to the filing of the Objection, the Debtors, the Committee and Kekst and Company, Incorporated ("Kekst") entered into negotiations in an effort to resolve the Objection.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

As a result of such negotiations, attached hereto as <u>Exhibit 1</u> is a revised form of order (the "<u>Revised Order</u>") that resolves the Objection and has been agreed to by the Debtors, the Committee and Kekst.

As the Revised Order resolves the Objection, and as no other responses to the Application were received, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated:    Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
        November 12, 2007

                                         James L. Patton, Jr. (No. 2202)
                                         Pauline K. Morgan (No. 3650)
                                         Edward J. Kosmowski (No. 3849)
                                         Kara Hammond Coyle (No. 4410)
                                         The Brandywine Building
                                       1000 West Street, 17th Floor
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 571-6600
                                         Facsimile: (302) 571-1253

                                         Counsel for Debtors and Debtors in Possession

                                         066585.1001

## **Exhibit 1**

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
In re:                                                        :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :
                                                             :   Jointly Administered
                            Debtors.                          :
                                                             :   Ref. Docket Nos. 219 and 483
------------------------------------------------------------  x
```

## ORDER REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN KEKST AND COMPANY INCORPORATED AS CORPORATE COMMUNICATIONS ADVISOR

Upon the application (the "Application")[2] of the above-captioned Debtors for an order authorizing the retention and employment of Kekst and Company, Incorporated ("Kekst") as corporate communications advisor for the Debtors pursuant to 11 U.S.C. §§ 327(a) and 328(a), *nunc pro tunc* to the Petition Date, and upon consideration of the Application and all pleadings related thereto, including the Siegfried Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and upon the Official Committee of Unsecured

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application

Creditors' objection to the Application [Docket No. 483]; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is granted solely as to the limited extent set forth herein and otherwise it is denied; and it is further ordered

ORDERED, that Kekst is hereby authorized to apply its $50,000 retainer (the "Retainer") to its outstanding fees and expenses; and it is further ordered

ORDERED, that Kekst shall apply the Retainer first to any postpetition fees and expenses and then to any prepetition fees and expenses; and it is further ordered

ORDERED, that Kekst may file a general unsecured claim for any unpaid fees and expenses incurred before August 6, 2007; and it is further ordered

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: Wilmington, Delaware
      November ____, 2007

                                        _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge

DB02:6163588.7

066585.1001