UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                      Debtors.                                   :
                                                                 :   Ref. Docket Nos. 779, 843, 1018, 1600 and 1845
---------------------------------------------------------------- x

## ORDER APPROVING STIPULATION MODIFYING CERTAIN EQUIPMENT LEASES ENTERED INTO BETWEEN THE DEBTOR, AMERICAN HOME MORTGAGE CORP., AND De LAGE LANDEN FINANCIAL SERVICES, INC.

Upon consideration of the stipulation (the "Stipulation") by and between American Home Mortgage, Corp., one of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and De Lage Landen Financial Services, Inc., a copy of which is attached hereto as Exhibit A; and after due deliberation; and it appearing that the relief requested by the parties under the Stipulation is in the best interest of the Debtors' estates and their creditors; it is hereby:

ORDERED that the Stipulation, attached hereto as Exhibit A, is approved; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation or this Order.

Dated: Wilmington, Delaware
November 13, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge