UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11 Case No.
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                                    Debtors.                     :
                                                                 :   Ref Docket No. 1467, 1968
---------------------------------------------------------------- x

**ORDER APPROVING MOTION OF DEBTOR BORROWERS FOR AN ORDER
PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 4001(c) AND LOCAL RULE AND 9006-1(e)
SCHEDULING PRELIMINARY HEARING TO CONSIDER MOTION FOR INTERIM
AND FINAL ORDERS (I) AUTHORIZING CERTAIN DEBTORS TO OBTAIN
LIMITED RECOURSE POSTPETITION FINANCING AND GRANT OF CERTAIN
LIENS AND SECURITY INTEREST PURSUANT TO 11 U.S.C. §§ 105, 362, 363, AND
364(c); (II) SCHEDULING FINAL HEARING PURSUANT TO
BANKRUPTCY RULE 4001(c); AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Scheduling Motion")[2] for entry of an order pursuant to Bankruptcy Rule 4001(c), Local Rule 9006-1(e), and 11 U.S.C. § 105(a) for an order scheduling a preliminary hearing on the Motion; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Scheduling Motion was due and proper under the circumstances; and it appearing that the relief requested in the Scheduling Motion is in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in the Motion to Shorten.

best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Scheduling Motion is; and it is further

ORDERED, that a preliminary hearing on the Motion will be held on November 14, 2007 at 10:00 a.m. (ET); and it is further

ORDERED, that objections, if any, to the relief requested in the Motion on an interim basis shall be filed on or before November 14, 2007 at 9:00 a.m.; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
       November 13, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge