IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                           Doc. Ref. No.
------------------------------------------------------------------------ x

**SUPPLEMENTAL AFFIDAVIT OF GREGORY M. PETRICK
IN SUPPORT OF THE APPLICATION OF AMERICAN HOME
MORTGAGE HOLDINGS, INC. TO EMPLOY
CADWALADER, WICKERSHAM & TAFT LLP AS SPECIAL COUNSEL**

1.   I am a member of the firm of Cadwalader, Wickersham & Taft LLP ("CWT"). I make this affidavit to supplement the disclosures set forth in my affidavit dated August 10, 2007 in support of American Home Mortgage Holdings, Inc.'s ("AHM" or the "Debtors") application to retain CWT as Special Counsel to the Debtors for limited purposes pursuant to Section 327(e) of the Bankruptcy Code.

2.   AHM filed its original application to employ CWT with respect to (i) SEC regulatory matters; (ii) the sale of the Debtors' servicing business and non-debtor bank; (iii) certain class action litigation filed shortly before and after the petition; and (iv) pre-petition litigation captioned American Home Mortgage Corp. v. Union Federal Bank of Indianapolis, (No. 06 CV-7864 (JGK) (RLE) pending in the United States District Court for the Southern District of New York. ("the Waterfield Litigation")

3.   On August 30, 2007 the United States Trustee (the "UST") objected to CWT's employment and thereafter the Debtors' application to employ CWT was adjourned sine die pending discussions between CWT and the UST.

USActive 10174067.5

4. CWT and UST have resolved the UST's objections in accordance with the terms set forth in the Order submitted herewith.

5. As disclosed in my previous affidavit, CWT represented several entities in connection with certain mortgage loan repurchase transactions involving AHM, including, in 2006, Credit Suisse First Boston Mortgage Capital LLC ("Credit Suisse"). CWT understands that certain of these transactions may be, or are the subject of litigation in an Adversary Proceeding pending in this Court captioned Credit Suisse First Boston Mortgage Capital LLC v. American Home Mortgage Corp. et al, (Case No. 07-51684 (CSS)). At Credit Suisse's request, CWT has returned files related to this transaction to Credit Suisse. Further, Credit Suisse has asked CWT to provide information as a fact witness regarding this transaction, including testimony by a CWT partner in the Adversary Proceeding. CWT has agreed to provide such factual information and such witness.

6. As previously disclosed in my affidavit of August 10, 2007, CWT has advised AHM since it became a public company, regarding substantially all of its filings and disclosures required by Securities and Exchange Commission under the Securities Exchange Act of 1934, including forms 10K, 10Q, and press releases relating to public offerings, and other disclosure documents.

7. As set forth in my affidavit at paragraph 20, CWT will not represent any client of the Firm with respect to matters relating to the Debtors.

DATED: New York, New York
November 13, 2007

                                                 */s/ Gregory M. Petrick*_____
                                                   Gregory M. Petrick

Sworn to before me
this 13th day of November 2007

*/s/ Doreen Cusumano*_____
        Notary

DOREEN CUSUMANO
Notary Public, State of New York
No. 01-CU6065126
Qualified in Richmond County
Commission Expires October 9, 2009