UNITED STATES BANKRUPTCY COURT
District of Delaware

FILED

2007 NOV -9 AM 10: 46

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

American Home Mortgage Holdings, Inc.,

     Debtor(s).

_____/

Chapter 11
Case No. 07-11047-CSS

## APPLICATION FOR PAYMENT OF
## AD VALOREM TAXES AS AN ADMINISTRATIVE EXPENSE

**Date Bankruptcy Petition Filed: August 6, 2007**
**Account Number(s):** 05-44-24-C1-03540.0670; 07-44-24-C4-03590.0200; 13-44-23-C2-0131.0490; BB-00-0368-78; and BB-00-2862-82
**Tax Year(s): 2007**
**Type of Tax: Real and Personal Property Tax**
**Tax Amount: $12,296.06, plus statutory interest through the date of payment.**

COMES NOW, Cathy Curtis, Tax Collector of Lee County, Florida, pursuant to 11 U.S.C. § 503, and files this Application for payment of Ad Valorem Taxes as an Administrative Expense, stating as follows:

1.    The Debtor Filed its petition for relief as of the date referenced above.

2.    The post-petition taxes were incurred by the Estate on the Debtor's real and business personal property in Lee County, Florida. The total due as referenced above is shown on the 2007 tax bill(s) (Exhibit A).

3.    Said real and personal property taxes were assessed on January 1 of the tax year referenced above, and became due and payable of November 1 of the tax year referenced above. Fla. Stat. §§ 197.122 & 197.333 (2006).

4.    Said real and personal property taxes are a first lien, superior to all other liens, on any property against which the taxes have been assessed. Fla. Stat. § 197.122 (2006).

Cathy Curtis, Tax Collector
Application for Administrative Expense
Bankruptcy Case No: 07-11047-CSS
Page 2 of 3

5.  Pursuant to 11 U.S.C. § 503(b)(1)(B)(i), any tax incurred by the estate shall be allowed as an administrative expense and given priority under 11 U.S.C. Section 507(a).

6.  The above-referenced taxes are unpaid and no arrangements have been with the Tax Collector to pay said taxes.

WHEREFORE, Cathy Curtis, Tax Collector of Lee County, Florida, respectfully requests the Court enter an Order allowing the payment of the referenced taxes as an administrative expense.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished to the following by regular United States Mail, this 3rd day of November, 2007: Edward J. Kosmowski, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Edwin J. Harron, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Joal A. Waite, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Kara Anne Hager, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Kara Hammond Coyle, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Kenneth J. Enos, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899;

Cathy Curtis, Tax Collector
Application for Administrative Expense
Bankruptcy Case No: 07-11047-CSS
Page 3 of 3

Mary E. Augustine, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Matthew Barry Lunn, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Pauline K. Morgan, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Robert S. Brady, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Sharon M. Zieg, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; Travis N. Turner, Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899; U.S. Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899-0035; Bonnie Glantz Fatell, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801; and David W. Carickhoff, Jr.Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801

_Catherine M Curtis_
Catherine M. Curtis
Lee County Tax Collector
C/o Legal Department
Post Office Box 850
Fort Myers, FL 33902-0280
239-533-6067

## 2007 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA

**OWNER NAME AND ADDRESS**
FEDERAL NATIONAL MORTGAGE ASSN
3900 WISCONSIN AVE NW
WASHINGTON DC 20016

**ACCOUNT NUMBER**
05-44-24-C1-03540.0670

**PERSONAL ID NUMBER**
07-00155731

**SITE ADDRESS**
1731 NE 12TH TER

**LEGAL DESCRIPTION**
CAPE CORAL UNIT 47 PT 2 BLK
3540 PB 23 PG 119 LOTS 67 + 68
INSTRUMENT #: 2007000287540

**VALUES AND EXEMPTIONS**
MARKET ASSESSED VAL 162810
SOH ASSESSED VAL 162810
TAXABLE VAL 162810

*Bankruptcy*

### DISCOUNTED TAX - DISCOUNT PERIOD
Amt due if payment postmarked in:
| Amount | Month | Year |
|---|---|---|
| $2969.96 | November | 2007 |
| $3000.90 | December | 2007 |
| $3031.84 | January | 2008 |
| $3062.77 | February | 2008 |
| $3093.71 | March | 2008 |

11/01/2007
DISTRICT: 057

### AD VALOREM TAXES LEVIED

| TAXING AUTHORITY | MILL RATE | MULTIPLIER | AMOUNT | TELEPHONE |
|---|---|---|---|---|
| LEE COUNTY CAPITAL IMP | .0005000 | 162810.00 | 81.41 | (239) 533-2221 |
| LEE COUNTY GENERAL REVENUE | .0036506 | 162810.00 | 594.35 | (239) 533-2221 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | .0001001 | 162810.00 | 16.30 | (239) 533-2221 |
| LEE COUNTY ALL HAZARDS - UNINC | .0000693 | 162810.00 | 11.28 | (239) 533-2221 |
| LEE COUNTY LIBRARY FUND | .0003792 | 162810.00 | 61.74 | (239) 533-2221 |
| SCHOOL DISTRICT- BY LOCAL BOARD | .0025990 | 162810.00 | 423.14 | (239) 337-8215 |
| SCHOOL DISTRICT- BY STATE LAW | .0043610 | 162810.00 | 710.01 | (239) 337-8215 |
| CITY OF CAPE CORAL - GENERAL FUNDS | .0047698 | 162810.00 | 776.57 | (239) 574-0497 |
| SFL WATER MGMT-DISTRICT/OKEECHOBEE LEVY | .0005346 | 162810.00 | 87.04 | (561) 686-8800 |
| SFL WATER MGMT-EVERGLADE CONST | .0000894 | 162810.00 | 14.56 | (561) 686-8800 |
| WEST COAST INLAND WATERWAY | .0000394 | 162810.00 | 6.41 | (941) 485-9402 |
| LEE COUNTY HYACINTH CONTROL | .0000214 | 162810.00 | 3.48 | (239) 694-2174 |
| LEE COUNTY MOSQUITO CONTROL | .0001636 | 162810.00 | 26.64 | (239) 694-2174 |
| CITY OF CAPE CORAL - DEBT SERVICE | .0000627 | 162810.00 | 10.21 | (239) 574-0497 |

*Real Estate Tax Notice*

### NON-AD VALOREM ASSESSMENTS LEVIED

| LEVYING AUTHORITY | RATE | BASIS | AMOUNT | TELEPHONE |
|---|---|---|---|---|
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 1.00 | ACTL LEVY | 195.57 | (239) 574-7722 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 1.00 | ACTL LEVY | 75.00 | (239) 574-7722 |

**COMBINED TOTAL FOR AD VALOREM AND NON-AD VALOREM:** 3093.71
Tax Year: 2007
Change of mailing address? See reverse side.
11/01/2007

## Real Estate Tax Notice

Lee County Tax Collector
PO Box 1609
Fort Myers, FL 33902

*Bankruptcy*

For payment options and instructions refer to back of this notice and the enclosed brochure.

Phone/Email Contact: _____

FEDERAL NATIONAL MORTGAGE ASSN
3900 WISCONSIN AVE NW
WASHINGTON DC 20016

**ACCOUNT:** 05-44-24-C1-03540.0670
**SITE ADDRESS:** 1731 NE 12TH TER
**PERSONAL ID NUMBER:** 07-00155731

**Important Message:** Early payment discounts have been calculated and are allowed based upon date payment is postmarked. Pay in U.S. funds drawn on a U.S. bank.

**Pay only one of the following:**

| Amount | Condition |
|---|---|
| $2969.96 | if postmarked in November 2007 |
| $3000.90 | if postmarked in December 2007 |
| $3031.84 | if postmarked in January 2008 |
| $3062.77 | if postmarked in February 2008 |
| $3093.71 | if postmarked in March 2008 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
P O BOX 1609
FT MYERS FL 33902-1609

**EXHIBIT A**

Keep for your Records

Return with Payment

020100   20076   054424C10354006709   00003093712   00000092810   00000000

| 2007 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA |||
|---|---|---|
| **OWNER NAME AND ADDRESS**<br>AMERICAN HOME MORTGAGE<br>SERVICING INC<br>ADORNO + YOSS LLP<br>2525 PONCE DE LEON BLVD<br>STE 400<br>CORAL GABLES FL 33134 | **ACCOUNT NUMBER**<br>07-44-24-C4-03590.0200<br>**PERSONAL ID NUMBER**<br>07-00186084<br>**SITE ADDRESS**<br>117 NE 9TH CT | **VALUES AND EXEMPTIONS**<br>MARKET ASSESSED VAL    199240<br>SOH ASSESSED VAL    199240<br>TAXABLE VAL    199240 |
| **DISCOUNTED TAX - DISCOUNT PERIOD**<br>Amt due if payment postmarked in:<br>$4320.09   November   2007<br>$4365.09   December   2007<br>$4410.09   January   2008<br>$4455.09   February   2008<br>$4500.09   March   2008 | **LEGAL DESCRIPTION**<br>CAPE CORAL UNIT 46 BLK 3590<br>PB 17 PG 125 LOTS 20 + 21<br>INSTRUMENT #: 2006000414104 | *Bankruptcy*<br><br>11/01/2007 |

| AD VALOREM TAXES LEVIED ||||| DISTRICT: 057 |
|---|---|---|---|---|---|
| **TAXING AUTHORITY** | **MILL RATE** | **MULTIPLIER** | **AMOUNT** | **TELEPHONE** ||
| LEE COUNTY CAPITAL IMP | .0005000 | 199240.00 | 99.62 | (239) 533-2221 ||
| LEE COUNTY GENERAL REVENUE | .0036506 | 199240.00 | 727.35 | (239) 533-2221 ||
| CITY OF CAPE CORAL SOLID WASTE-MSTU | .0001001 | 199240.00 | 19.94 | (239) 533-2221 ||
| LEE COUNTY ALL HAZARDS - UNINC | .0000693 | 199240.00 | 13.81 | (239) 533-2221 ||
| LEE COUNTY LIBRARY FUND | .0003792 | 199240.00 | 75.55 | (239) 533-2221 ||
| SCHOOL DISTRICT- BY LOCAL BOARD | .0025990 | 199240.00 | 517.82 | (239) 337-8215 ||
| SCHOOL DISTRICT- BY STATE LAW | .0043610 | 199240.00 | 868.89 | (239) 337-8215 ||
| CITY OF CAPE CORAL - GENERAL FUNDS | .0047698 | 199240.00 | 950.33 | (239) 574-0497 ||
| SFL WATER MGMT-DISTRICT/OKEECHOBEE LEVY | .0005346 | 199240.00 | 106.51 | (561) 686-8800 ||
| SFL WATER MGMT-EVERGLADE CONST | .0000894 | 199240.00 | 17.81 | (561) 686-8800 ||
| WEST COAST INLAND WATERWAY | .0000394 | 199240.00 | 7.85 | (941) 485-9402 ||
| LEE COUNTY HYACINTH CONTROL | .0000214 | 199240.00 | 4.26 | (239) 694-2174 ||
| LEE COUNTY MOSQUITO CONTROL | .0001636 | 199240.00 | 32.60 | (239) 694-2174 ||
| CITY OF CAPE CORAL - DEBT SERVICE | .0000627 | 199240.00 | 12.49 | (239) 574-0497 ||

*Real Estate Tax Notice* (watermark)

| NON-AD VALOREM ASSESSMENTS LEVIED ||||
|---|---|---|---|
| **LEVYING AUTHORITY** | **RATE** | **BASIS** | **AMOUNT** | **TELEPHONE** |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 1.00 | ACTL LEVY | 195.57 | (239) 574-7722 |
| CITY OF CAPE CORAL SOUTHEAST 1 WASTEWATER | 1.00 | ACTL LEVY | 774.69 | (239) 574-7722 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 1.00 | ACTL LEVY | 75.00 | (239) 574-7722 |

COMBINED TOTAL FOR AD VALOREM AND NON-AD VALOREM:   4500.09
Tax Year: 2007    Change of mailing address? See reverse side.    11/01/2007

*Keep for your Records*

## Real Estate Tax Notice

*Bankruptcy*

Lee County Tax Collector
PO Box 1609
Fort Myers, FL 33902

For payment options and instructions refer to
back of this notice and the enclosed brochure.

Phone/Email Contact: _____

AMERICAN HOME MORTGAGE
SERVICING INC
ADORNO + YOSS LLP
2525 PONCE DE LEON BLVD
STE 400
CORAL GABLES FL 33134

ACCOUNT: 07-44-24-C4-03590.0200
SITE ADDRESS: 117 NE 9TH CT
PERSONAL ID NUMBER: 07-00186084

**Important Message:**   Early payment discounts have been calculated and are allowed based upon date payment is postmarked. Pay in U.S. funds drawn on a U.S. bank.

**Pay only one of the following:**

| | |
|---|---|
| $4320.09 | if postmarked in November 2007 |
| $4365.09 | if postmarked in December 2007 |
| $4410.09 | if postmarked in January 2008 |
| $4455.09 | if postmarked in February 2008 |
| $4500.09 | if postmarked in March 2008 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
P O BOX 1609
FT MYERS FL 33902-1609

*Return with Payment*

**EXHIBIT A**

J05    00004500099    00000135000    00000000

| 2007 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA | | | |
|---|---|---|---|
| **OWNER NAME AND ADDRESS**<br>AMERICAN HOME MORTGAGE SERV<br>ADORNO + YOSS LLP<br>2525 PONCE DE LEON BLVD #400<br>CAPE CORAL FL 33990 | **ACCOUNT NUMBER**<br>13-44-23-C2-01131.0490<br>**PERSONAL ID NUMBER**<br>07-00269506<br>**SITE ADDRESS**<br>538 SE 3RD ST | **VALUES AND EXEMPTIONS**<br>MARKET ASSESSED VAL<br>SOH ASSESSED VAL<br>TAXABLE VAL | 149000<br>149000<br>149000 |
| **DISCOUNTED TAX - DISCOUNT PERIOD**<br>Amt due if payment postmarked in:<br>$3483.78  November  2007<br>$3520.07  December  2007<br>$3556.36  January  2008<br>$3592.65  February  2008<br>$3628.94  March  2008 | **LEGAL DESCRIPTION**<br>CAPE CORAL UNIT 23 BLK.1131<br>PB 14 PG 48 LOTS 49 + 50<br>INSTRUMENT #: 2006000421677 | *Bankruptcy* | 11/01/2007 |

### AD VALOREM TAXES LEVIED — DISTRICT: 057

| TAXING AUTHORITY | MILL RATE | MULTIPLIER | AMOUNT | TELEPHONE |
|---|---|---|---|---|
| LEE COUNTY CAPITAL IMP | .0005000 | 149000.00 | 74.50 | (239) 533-2221 |
| LEE COUNTY GENERAL REVENUE | .0036506 | 149000.00 | 543.94 | (239) 533-2221 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | .0001001 | 149000.00 | 14.91 | (239) 533-2221 |
| LEE COUNTY ALL HAZARDS - UNINC | .0000693 | 149000.00 | 10.33 | (239) 533-2221 |
| LEE COUNTY LIBRARY FUND | .0003792 | 149000.00 | 56.50 | (239) 533-2221 |
| SCHOOL DISTRICT- BY LOCAL BOARD | .0025990 | 149000.00 | 387.25 | (239) 337-8215 |
| SCHOOL DISTRICT- BY STATE LAW | .0043610 | 149000.00 | 649.79 | (239) 337-8215 |
| CITY OF CAPE CORAL - GENERAL FUNDS | .0047698 | 149000.00 | 710.70 | (239) 574-0497 |
| SFL WATER MGMT-DISTRICT/OKEECHOBEE LEVY | .0005346 | 149000.00 | 79.66 | (561) 686-8800 |
| SFL WATER MGMT-EVERGLADE CONST | .0000894 | 149000.00 | 13.32 | (561) 686-8800 |
| WEST COAST INLAND WATERWAY | .0000394 | 149000.00 | 5.87 | (941) 485-9402 |
| LEE COUNTY HYACINTH CONTROL | .0000214 | 149000.00 | 3.19 | (239) 694-2174 |
| LEE COUNTY MOSQUITO CONTROL | .0001636 | 149000.00 | 24.38 | (239) 694-2174 |
| CITY OF CAPE CORAL - DEBT SERVICE | .0000627 | 149000.00 | 9.34 | (239) 574-0497 |

**Real Estate Tax Notice**

### NON-AD VALOREM ASSESSMENTS LEVIED

| LEVYING AUTHORITY | RATE | BASIS | AMOUNT | TELEPHONE |
|---|---|---|---|---|
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 1.00 | ACTL LEVY | 195.57 | (239) 574-7722 |
| CITY OF CAPE CORAL SOUTHEAST 1 WASTEWATER | 1.00 | ACTL LEVY | 774.69 | (239) 574-7722 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 1.00 | ACTL LEVY | 75.00 | (239) 574-7722 |

COMBINED TOTAL FOR AD VALOREM AND NON-AD VALOREM: 3628.94
Tax Year: 2007    Change of mailing address? See reverse side.    11/01/2007

# Real Estate Tax Notice

*Bankruptcy*

Lee County Tax Collector
PO Box 1609
Fort Myers, FL  33902

For payment options and instructions refer to back of this notice and the enclosed brochure.

Phone/Email Contact: _____

AMERICAN HOME MORTGAGE SERV
ADORNO + YOSS LLP
2525 PONCE DE LEON BLVD #400
CAPE CORAL FL 33990

ACCOUNT: 13-44-23-C2-01131.0490
SITE ADDRESS: 538 SE 3RD ST
PERSONAL ID NUMBER: 07-00269506

**Important Message:**  Early payment discounts have been calculated and are allowed based upon date payment is postmarked. Pay in U.S. funds drawn on a U.S. bank.

**Pay only one of the following:**

| | |
|---|---|
| $3483.78 | if postmarked in November 2007 |
| $3520.07 | if postmarked in December 2007 |
| $3556.36 | if postmarked in January  2008 |
| $3592.65 | if postmarked in February 2008 |
| $3628.94 | if postmarked in March    2008 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
P O BOX 1609
FT MYERS FL  33902-1609

**EXHIBIT A**

Keep for your Records

Return with Payment

020100    20076    134423C20113104900    00003628942    00000108876    00000000

## 2007 NOTICE OF AD VALOREM TAXES DUE FOR LEE COUNTY FLORIDA

| OWNER NAME AND ADDRESS | ACCOUNT NUMBER | VALUES AND EXEMPTIONS | |
|---|---|---|---|
| AMERICAN HOME MORTGAGE CORP<br>LAURA LOMER<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | BB-00-0368-78  BIZ<br>**PERSONAL ID NUMBER**<br>07-00013277<br>**SITE ADDRESS**<br>27200-599 RIVERVIEW CENTER BLV | ASSESSED VALUE<br>TAXABLE VAL<br>PENALTY VALUE | 16010<br>16010<br>4000 |

**DISCOUNTED TAX - DISCOUNT PERIOD**
Amt due if payment postmarked in:
- $287.27 — November 2007
- $289.65 — December 2007
- $292.02 — January 2008
- $294.40 — February 2008
- $296.77 — March 2008

**LEGAL DESCRIPTION**
PARCEL ID:
33-47-25-B2-00002.0000

*Bankruptcy*

11/01/2007

### AD VALOREM TAXES LEVIED — DISTRICT: 018

| TAXING AUTHORITY | MILL RATE | MULTIPLIER | AMOUNT | TELEPHONE |
|---|---|---|---|---|
| LEE COUNTY CAPITAL IMP | .0005000 | 16010.00 | 8.01 | (239) 533-2221 |
| LEE COUNTY GENERAL REVENUE | .0036506 | 16010.00 | 58.45 | (239) 533-2221 |
| LEE COUNTY LIBRARY FUND | .0003792 | 16010.00 | 6.07 | (239) 533-2221 |
| SCHOOL DISTRICT- BY LOCAL BOARD | .0025990 | 16010.00 | 41.61 | (239) 337-8215 |
| SCHOOL DISTRICT- BY STATE LAW | .0043610 | 16010.00 | 69.82 | (239) 337-8215 |
| CITY OF BONITA SPRINGS | .0007244 | 16010.00 | 11.60 | (239) 949-6262 |
| SFL WATER MGMT-DISTRICT/OKEECHOBEE LEVY | .0005346 | 16010.00 | 8.56 | (561) 686-8800 |
| SFL WATER MGMT-EVERGLADE CONST | .0000894 | 16010.00 | 1.43 | (561) 686-8800 |
| WEST COAST INLAND WATERWAY | .0000394 | 16010.00 | 0.63 | (941) 485-9402 |
| BONITA SPRINGS FIRE DISTRICT | .0017685 | 16010.00 | 28.31 | (239) 949-6200 |
| LEE COUNTY HYACINTH CONTROL | .0000214 | 16010.00 | 0.34 | (239) 694-2174 |
| LEE COUNTY MOSQUITO CONTROL | .0001636 | 16010.00 | 2.62 | (239) 694-2174 |
| ASSESSORS LATE FILING PENALTY | .0148311 | 4000.00 | 59.32 | (239) 533-6100 |

*Tangible Personal Property Tax Notice* (watermark)

TOTAL FOR AD VALOREM: 296.77
Tax Year: 2007
Change of mailing address? See reverse side.
11/01/2007

**Keep for Your Records**

---

## Tangible Tax Notice

Lee County Tax Collector
PO Box 1609
Fort Myers, FL 33902

*Bankruptcy*

For payment options and instructions refer to back of this notice and the enclosed brochure.

Phone/Email Contact: _____

AMERICAN HOME MORTGAGE CORP
LAURA LOMER
538 BROADHOLLOW RD
MELVILLE NY 11747

**EXHIBIT A**

| ACCOUNT: BB-00-0368-78  BIZ |
|---|
| SITE ADDRESS: 27200-599 RIVERVIEW CENTER BLV |
| PERSONAL ID NUMBER: 07-00013277 |

**Important Message:** Early payment discounts have been calculated and are allowed based upon date payment is postmarked. Pay in U.S. funds drawn on a U.S. bank.

**Pay only one of the following:**
- $287.27 — if postmarked in November 2007
- $289.65 — if postmarked in December 2007
- $292.02 — if postmarked in January 2008
- $294.40 — if postmarked in February 2008
- $296.77 — if postmarked in March 2008

Make check payable to:
LEE COUNTY TAX COLLECTOR
P O BOX 1609
FT MYERS FL 33902-1609

**Return with Payment**

020205   20076   BB00036878000000002   00000237453   00000059321   00002001

| 2007 NOTICE OF AD VALOREM TAXES DUE FOR LEE COUNTY FLORIDA | | |
|---|---|---|
| **OWNER NAME AND ADDRESS**<br>AMERICAN HOME MORTGAGE<br>% AMERICAN HOME MORTGAGE<br>538 BROADHOLLOW RD<br>MELVILLE NY 11747 | **ACCOUNT NUMBER**<br>BB-00-2862-82   BIZ<br>**PERSONAL ID NUMBER**<br>07-00016663<br>**SITE ADDRESS**<br>6800-6830 SHOPPES AT PLANTATIO | **VALUES AND EXEMPTIONS**<br>ASSESSED VALUE            41230<br>TAXABLE VAL                   41230<br>PENALTY VALUE             10310 |
| **DISCOUNTED TAX - DISCOUNT PERIOD**<br>Amt due if payment postmarked in:<br>$751.70   November   2007<br>$757.91   December   2007<br>$764.13   January      2008<br>$770.34   February    2008<br>$776.55   March        2008 | **LEGAL DESCRIPTION**<br>PARCEL ID:<br>19-45-25-00-00003.0060                     *Bankruptcy* | |

11/01/2007

| AD VALOREM TAXES LEVIED | | | | DISTRICT: 012 |
|---|---|---|---|---|
| TAXING AUTHORITY | MILL RATE | MULTIPLIER | AMOUNT | TELEPHONE |
| LEE COUNTY CAPITAL IMP | .0005000 | 41230.00 | 20.62 | (239) 533-2221 |
| LEE COUNTY GENERAL REVENUE | .0036506 | 41230.00 | 150.51 | (239) 533-2221 |
| LEE COUNTY ALL HAZARDS - UNINC | .0000693 | 41230.00 | 2.86 | (239) 533-2221 |
| LEE COUNTY LIBRARY FUND | .0003792 | 41230.00 | 15.63 | (239) 533-2221 |
| LEE COUNTY UNINCORPORATED - MSTU | .0008398 | 41230.00 | 34.62 | (239) 533-2221 |
| SCHOOL DISTRICT- BY LOCAL BOARD | .0025990 | 41230.00 | 107.16 | (239) 337-8215 |
| SCHOOL DISTRICT- BY STATE LAW | .0043610 | 41230.00 | 179.80 | (239) 337-8215 |
| SFL WATER MGMT-DISTRICT/OKEECHOBEE LEVY | .0005346 | 41230.00 | 22.04 | (561) 686-8800 |
| SFL WATER MGMT-EVERGLADE CONST | .0000894 | 41230.00 | 3.69 | (561) 686-8800 |
| WEST COAST INLAND WATERWAY | .0000394 | 41230.00 | 1.62 | (941) 485-9402 |
| LEE COUNTY HYACINTH CONTROL | .0000214 | 41230.00 | 0.88 | (239) 694-2174 |
| LEE COUNTY MOSQUITO CONTROL | .0001636 | 41230.00 | 6.75 | (239) 694-2174 |
| SOUTH TRAIL FIRE DISTRICT | .0018199 | 41230.00 | 75.03 | (239) 433-0080 |
| ASSESSORS LATE FILING PENALTY | .0150672 | 10310.00 | 155.34 | (239) 533-6100 |

*Tangible Personal Property Tax Notice*

| TOTAL FOR AD VALOREM: | 776.55 |
|---|---|
| Tax Year: 2007   Change of mailing address? See reverse side. | 11/01/2007 |

**Tangible Tax Notice**

Lee County Tax Collector
PO Box 1609
Fort Myers, FL  33902

*Bankruptcy*

For payment options and instructions refer to
back of this notice and the enclosed brochure.

Phone/Email Contact: _____

AMERICAN HOME MORTGAGE
% AMERICAN HOME MORTGAGE
538 BROADHOLLOW RD
MELVILLE NY 11747

**EXHIBIT A**

ACCOUNT:  BB-00-2862-82   BIZ
SITE ADDRESS:  6800-6830 SHOPPES AT PLANTATIO
PERSONAL ID NUMBER:  07-00016663

Important Message:   Early payment discounts have been calculated and are allowed based upon date payment is postmarked. Pay in U.S. funds drawn on a U.S. bank.

**Pay only one of the following:**

| $751.70 | if postmarked in November 2007 |
| $757.91 | if postmarked in December 2007 |
| $764.13 | if postmarked in January    2008 |
| $770.34 | if postmarked in February  2008 |
| $776.55 | if postmarked in March       2008 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
P O BOX 1609
FT MYERS FL  33902-1609

Keep for Your Records

Return with Payment

020205    20076    BB00286282000000001    00000621218    00000155340    00002001