IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
          Debtors.                                                  :
------------------------------------------------------------------- x
```

**SECOND MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | September 1, 2007 through September 30, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $80,618.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $1,108.65 |

This is an:  __X__ interim  ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | Pending | Pending |

**INTERIM COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Mitchel H. Kider | Partner since June, 1995. Member of the DC Bar since December, 1981, the New York Bar since March 1984 and the California Bar since December, 1984. | $495 | See Exhibit A. | See Exhibit A. |
| Richard J. Andreano, Jr. | Partner since June, 1995. Member of the DC Bar since December, 1983 and the Virginia Bar since June, 1984. | $425 | See Exhibit A. | See Exhibit A. |
| Don J. Halpern | Partner since January, 1997. Joined firm as an associate in September, 1992. Member of the Pennsylvania Bar since March, 1988 and the Virginia Bar since April, 1992. | $425 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Heather C. Hutchings | Joined firm as an associate in September, 2004. Member of the Virginia Bar since November 2004 and the DC Bar since April, 2005. | $230 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Fedor F. Kamensky | Joined firm as an associate in September, 2005. Member of Ohio Bar since November, 2003, the DC Bar since November, 2005 and the Michigan Bar since May, 2007. | $235 | See Exhibit A. | See Exhibit A. |
| Aldys D. London | Joined firm as an associate in September 2002. Member of the California Bar since December, 1996 and the DC Bar since 1998. | $345 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Sandra B. Vipond | Joined firm as an associate in April, 2002. Member of the Maryland Bar since June, 1999, the New Jersey Bar since June, 1999 and the DC Bar since January, 2000. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| Melissa M. Jewett | Licensing Specialist | $145 | See Exhibit A. | See Exhibit A. |
| Suzanne M. Moreno | Paralegal | $150 | See Exhibit A. | See Exhibit A. |

| | | | |
|---|---|---|---|
| **Grand Total:** | | 274 hours | $80,618.50 |
| **Blended Rate:** | $ | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Computerized Legal Research (Westlaw) | $0 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $0 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $94.70 |
| Local Counsel Fees | $904.16 |
| Long Distance Telephone | $2.51 |
| Photocopy Charges ($0.10 per page) | $96.50 |
| Postage | $10.78 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $0 |
| TOTAL | $1,108.65 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                 :   Chapter 11
                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                      :   Jointly Administered
      Debtors.                             :
------------------------------------------------------------------------ x

**SECOND MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $80,618.50 together with

reimbursement for actual and necessary expenses incurred in the amount of $1,108.65 for the

interim period September 1, 2007 through September 30, 2007 (the "Interim Fee Period").  In

support of its Application, WBSK respectfully represents as follows:

      1.     On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order").  The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

      2.     All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.     Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.     Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $80,618.50 due for fees and the amount of $1,108.65 due for the reimbursement of expenses.

5.     The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.     WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $1,108.65. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A.

2

7.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements. Pursuant to Local Rule 2016-2, WBSK represents that its rate for duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of WBSK have expended a total of 274 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are WBSK's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $80,618.50.

10.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period September 1, 2007 through September 30, 2007.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $80,618.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $1,108.65 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
November 9, 2007

WEINER BRODSKY SIDMAN KIDER PC

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

4

VERIFICATION

DISTRICT OF COLUMBIA )
                         )     SS:
                         )

        Mitchel H. Kider, after being duly sworn according to law, deposes and says:

        1.      I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of California, the District of Columbia, and New York since 1984, 1981 and 1984, respectively.

        2.      I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

        3.      WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

                                             

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

    4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
MITCHEL H. KIDER

SWORN TO AND SUBSCRIBED before me this __9th__ day of _November_ 2007.

_____
Notary Public
My Commission Expires: _7/31/2009_

2

# EXHIBIT A

# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:

Page: 1
11/02/2007
98077M

Attn: Alan Horn

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-046 SEC v. NJ Affordable Homes | 4,264.50 | 0.00 | $4,264.50 |
| 98077-061 Arkansas Condos | 3,220.00 | 13.48 | $3,233.48 |
| 98077-063 Reavely v. American Home Mortgage | 47.00 | 0.00 | $47.00 |
| 98077-064 Stonex and Voit | 1,357.00 | 45.14 | $1,402.14 |
| 98077-066 Johnson v. Wheeler | 737.50 | 0.00 | $737.50 |
| 98077-067 Royal Mortgage Inc. & Presidential Appraisal, Inc. | 331.50 | 259.18 | $590.68 |
| 98077-072 Velazquez & Associates | 59.00 | 0.00 | $59.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
11/02/2007

Account No:    98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-073 Sohmer | 1,963.50 | 6.00 | $1,969.50 |
| 98077-074 Bellettieri | 206.50 | 605.88 | $812.38 |
| 98077-089 Post Petition Representation | 68,432.00 | 178.97 | $68,610.97 |
|  | 80,618.50 | 1,108.65 | $81,727.15 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
11/02/2007
Account No:    98077-046M
Statement No:          23

SEC v. NJ Affordable Homes

| | | Rate | Hours | |
|---|---|---|---|---|
| **09/05/2007** | | | | |
| NWH | review trustee's pleading re: sale of properties; telephone call to trustee's counsel re: same; conference with D. Souders re: same; research re: property of estate issue, whether trustee can sell property where proceeding is subject to automatic stay; telephone call to title company appointed counsel re: American Home signing off on settlement agreement in Sohmer matter; conference with D. Souders re: same; | 255.00 | 2.50 | 637.50 |
| DMS | review and revise draft consent order to sell Amherst property; telephone conference with J. Kalas; | 420.00 | 0.50 | 210.00 |
| **09/06/2007** | | | | |
| NWH | research re: property of estate issue, whether trustee can sell property where proceeding is subject to the automatic stay; telephone conference with D. Souders, J. Kalas, R. Hardman about how to proceed with respect to the Amherst property; draft/negotiate consent order with trustee counsel; telephone | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
11/02/2007
Account No:    98077-046M
Statement No:    23

SEC v. NJ Affordable Homes

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | call to/from bankruptcy counsel re: same; prepare for hearing on trustee's motion to enter second settlement agreement, sale of Amherst property; | 255.00 | 5.30 | 1,351.50 |
| 09/07/2007 NWH | travel to/from/prepare for/attend hearing on trustee's motion to approve second settlement and sale of Amherst property; | 255.00 | 8.00 | 2,040.00 |
| 09/13/2007 NWH | review court order approving settlement; | 255.00 | 0.10 | 25.50 |
|  | For Current Services Rendered |  | 16.40 | 4,264.50 |
|  | Total Current Work |  |  | 4,264.50 |
|  | Balance Due |  |  | $4,264.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER  BRODSKY  SIDMAN  KIDER  PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER  2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Arkansas Condos

Page: 1
11/02/2007
Account No:    98077-061M
Statement No:    15

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/04/2007 | | | | |
| NMW | complete draft of responses to discovery requests from Investment Firm defendants; correspondence to counsel for Brown defendants discussing American Home Mortgage's discovery requests; | 245.00 | 2.30 | 563.50 |
| 09/05/2007 | | | | |
| NMW | compile list of and contact information for all potential witnesses for deposition scheduling; create litigation plan and strategy in anticipation of trial based on discovery to date; meeting with D. Souders discussing same; | 245.00 | 3.50 | 857.50 |
| DMS | review and revise discovery responses; conference with N. Williams regarding strategy and settlement; | 420.00 | 0.90 | 378.00 |
| 09/10/2007 | | | | |
| NMW | finalize American Home's objections and responses to Investment Firm defendants' discovery requests and serve on all counsel of record; | 245.00 | 0.30 | 73.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 2
11/02/2007
Account No:     98077-061M
Statement No:              15

| | | Rate | Hours | |
|---|---|---|---|---|
| **09/17/2007** | | | | |
| NMW | draft letter to all counsel of record providing proposed deposition dates; | 245.00 | 0.20 | 49.00 |
| **09/19/2007** | | | | |
| NMW | telephone call to S. DeMott, president of Garland Title, discussing acceptance of service of subpoena by fax; revise subpoena duces tecum and fax to Garland County Title; | 245.00 | 0.30 | 73.50 |
| **09/25/2007** | | | | |
| NMW | correspondence to local counsel discussing distribution of pleadings; begin drafting settlement statement; | 245.00 | 2.30 | 563.50 |
| **09/27/2007** | | | | |
| NMW | continue drafting confidential settlement statement for submission to magistrate judge for mediation; | 245.00 | 1.80 | 441.00 |
| **09/28/2007** | | | | |
| NMW | revise confidential settlement statement; telephone call to chambers of Magistrate Judge Bryant discussing proper service of said statement; | 245.00 | 0.90 | 220.50 |
| | For Current Services Rendered | | 12.50 | 3,220.00 |

| | |
|---|---|
| Photocopy Expenses | 8.60 |
| Telephone and Long Distance Charges | 0.36 |
| Postage Expenses | 4.52 |

# Weiner Brodsky Sidman Kider PC

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
11/02/2007
Account No: 98077-061M
Statement No: 15

Arkansas Condos

| | |
|---|---:|
| Total Expenses Posted Through 09/30/2007 | 13.48 |
| Total Current Work | 3,233.48 |
| Balance Due | $3,233.48 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     SEPTEMBER   2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

|  | Page: 1 |
|---|---|
|  | 11/02/2007 |
| Account No: | 98077-063M |
| Statement No: | 13 |

Reavely v. American Home Mortgage

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 09/07/2007 |  |  |  |  |
| BPP | telephone call from and correspondence to C. Mullins of MERS re: case status; | 235.00 | 0.20 | 47.00 |
|  | For Current Services Rendered |  | 0.20 | 47.00 |
|  | Total Current Work |  |  | 47.00 |
|  | Balance Due |  |  | $47.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER  2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
11/02/2007
Account No:    98077-064M
Statement No:           15

Attn: Alan Horn

Stonex and Voit

| Date / Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 09/05/2007 KDT | receipt and review of Voit's motion to sever case and Stonex's response to request for admissions; email to and from local counsel re: court order staying case; develop case strategy in light of bankruptcy; research removal issues; plan for settlement offer; | 295.00 | 0.90 | 265.50 |
| 09/06/2007 KDT | review prior correspondence and settlement discussions with opposing counsel; | 295.00 | 0.80 | 236.00 |
| 09/10/2007 KDT | draft letter to opposing counsel regarding motion to sever and inviting settlement; strategy regarding settlement options; draft memo to client recommending settlement strategy and enclosing letter and material pleadings; emails with client regarding involving bankruptcy counsel; telephone call to M. Whiteman at Young Conaway regarding effect of stay, affirmative claims in case and removal; | 295.00 | 1.80 | 531.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Stonex and Voit

Page: 2
11/02/2007
Account No: 98077-064M
Statement No: 15

|  | | Rate | Hours | |
|---|---|---|---|---|
| 09/11/2007 | | | | |
| KDT | revise letter to opposing counsel inviting settlement; finalize and send; | 295.00 | 0.20 | 59.00 |
| 09/17/2007 | | | | |
| KDT | letter from Stonex's counsel re: settlement; | 295.00 | 0.10 | 29.50 |
| 09/21/2007 | | | | |
| KDT | receipt and review of court order for hearing on motion to sever cases; emails and telephone conference with local counsel regarding planning for same; | 295.00 | 0.30 | 88.50 |
| 09/24/2007 | | | | |
| KDT | planning for hearing on motion to sever case by Voit; email to local counsel regarding same; emails with local counsel regarding hearing; | 295.00 | 0.50 | 147.50 |
| | For Current Services Rendered | | 4.60 | 1,357.00 |

| | |
|---|---|
| Photocopy Expenses | 3.50 |
| Postage Expenses | 1.64 |
| Local Counsel Fees | 40.00 |
| Total Expenses Posted Through 09/30/2007 | 45.14 |
| Total Current Work | 1,402.14 |
| Balance Due | $1,402.14 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
11/02/2007
Account No:    98077-064M
Statement No:            15

Stonex and Voit

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Page: 1
11/02/2007
Account No:    98077-066M
Statement No:    14

Attn: Alan Horn

Johnson v. Wheeler

|  | | Rate | Hours | |
|---|---|---|---|---|
| 09/04/2007 | | | | |
| KDT | research current ownership of loans in context of bankruptcy stay; | 295.00 | 0.20 | 59.00 |
| 09/07/2007 | | | | |
| KDT | evaluate issues re: current ownership of property; court order setting out scheduling deadlines; correspondence with claims counsel re: effect of stay on court's consideration of motion to dismiss; research re: same; | 295.00 | 1.40 | 413.00 |
| 09/10/2007 | | | | |
| KDT | research current ownership of loans; email to claims counsel approving letter to court and informing him that one loan was sold; | 295.00 | 0.20 | 59.00 |
| 09/20/2007 | | | | |
| KDT | evaluation of response to settlement demand in context of bankruptcy and current ownership of loans; | 295.00 | 0.20 | 59.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Johnson v. Wheeler

Page: 2
11/02/2007
Account No:    98077-066M
Statement No:    14

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/21/2007 | | | | |
| KDT | monitor settlement discussions; | 295.00 | 0.10 | 29.50 |
| 09/24/2007 | | | | |
| KDT | telephone call from Jacksons' counsel; telephone conference with Jacksons' counsel regarding request for relief from mortgage payments; consider issues regarding same; email to Jacksons' counsel regarding contact with American Home's bankruptcy counsel and plans to check with servicing; | 295.00 | 0.40 | 118.00 |
| | For Current Services Rendered | | 2.50 | 737.50 |
| | Total Current Work | | | 737.50 |
| | Balance Due | | | $737.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

· 1 3 0 0  1 9 TH  STREET, NW
FIFTH FLOOR
WASHINGTON, DC 2 0 0 3 6 - 1 6 0 9
TEL 2 0 2  6 2 8  2 0 0 0
FAX 2 0 2  6 2 8  2 0 1 1
FEDERAL TAX ID: 5 2 - 1 7 7 9 4 8 3

INVOICE PERIOD:    SEPTEMBER   2007

|  |  |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 11/02/2007 |
| Melville NY 11747 | Account No:  98077-067M |
|  | Statement No:  11 |

Attn: Alan Horn

Royal Mortgage Inc. & Presidential Appraisal, Inc.

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/21/2007 NWH | draft letter to opposing counsel re: bankruptcy, dismissing case without prejudice; telephone call to local counsel re: same, procedure for stipulation dismissing case; | 255.00 | 1.20 | 306.00 |
| 09/27/2007 NWH | email to C. Cohen re: whether she will agree to a stipulated dismissal; | 255.00 | 0.10 | 25.50 |
| | For Current Services Rendered | | 1.30 | 331.50 |

| | |
|---|---|
| Postage Expenses | 0.82 |
| Local Counsel Fees | 258.36 |
| Total Expenses Posted Through 09/30/2007 | 259.18 |
| Total Current Work | 590.68 |
| Balance Due | $590.68 |

WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Royal Mortgage Inc. & Presidential Appraisal, Inc.

Page: 2
11/02/2007
Account No:    98077-067M
Statement No:            11

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider PC

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Velazquez & Associates

Page: 1
11/02/2007
Account No:    98077-072M
Statement No:    11

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **09/04/2007** | | | | |
| KDT | research re: current ownership of loans in question; | 295.00 | 0.20 | 59.00 |
| | For Current Services Rendered | | 0.20 | 59.00 |
| | Total Current Work | | | 59.00 |
| | Balance Due | | | $59.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
11/02/2007
Account No:    98077-073M
Statement No:    8

Sohmer

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/06/2007 NWH | review final settlement agreement; telephone call to/from title company appointed counsel re: same; telephone conference with client; email to client re: signing same; | 255.00 | 1.70 | 433.50 |
| 09/11/2007 NWH | email from/to title company appointed counsel re: settlement agreement, dischargeability claims; email to American Home bankruptcy counsel re: same; | 255.00 | 0.50 | 127.50 |
| 09/12/2007 NWH | email from title company appointed counsel re: status, dischargeability deadline; | 255.00 | 0.20 | 51.00 |
| 09/13/2007 NWH | email to bankruptcy counsel re: settlement agreement, whether approval needed from bankruptcy court to make it effective, whether should seek additional time re: dischargeability objections; telephone call from title company appointed counsel re: | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

Page: 2
11/02/2007
Account No:    98077-073M
Statement No:    8

| | | Rate | Hours | |
|---|---|---|---|---|
| | status of 2nd loan on Butterfield, whether there has been repurchase demand; email to R. Hardman re: same; telephone call from R. Hardman re: same; email to/from title company appointed counsel re: same; | 255.00 | 0.90 | 229.50 |
| 09/14/2007 NWH | draft/revise joint motion to extend dischargeability objection deadline; coordinate filing with other lenders; | 255.00 | 0.50 | 127.50 |
| 09/19/2007 NWH | review AG press release, numerous emails from other lenders' counsel re: same; | 255.00 | 0.40 | 102.00 |
| 09/20/2007 NWH | telephone conference with lenders' counsel and title company appointed counsel re: AG's press release, uniform response to same; | 255.00 | 1.30 | 331.50 |
| 09/21/2007 NWH | review proposed letter from title company appointed counsel re: uniform response to AG's press release; propose revisions re: same; review revisions proposed by other lenders' counsel; emails re: concerns re: same; | 255.00 | 1.60 | 408.00 |
| 09/25/2007 NWH | review status of joint letter to AG re: press release, email from title company appointed counsel re: same; | 255.00 | 0.20 | 51.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

Page: 3
11/02/2007
Account No:    98077-073M
Statement No:           8

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/27/2007 | | | | |
| NWH | review letter from AG; email from S. Shamban re: same; telephone call to L. Xerras re: same; | 255.00 | 0.40 | 102.00 |
| | For Current Services Rendered | | 7.70 | 1,963.50 |
| | | | | |
| | Photocopy Expenses | | | 6.00 |
| | Total Expenses Posted Through 09/30/2007 | | | 6.00 |
| | Total Current Work | | | 1,969.50 |
| | Balance Due | | | $1,969.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER   2007

|  | |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 11/02/2007 |
| Melville  NY  11747 | Account No:  98077-074M |
|  | Statement No:  11 |

Attn: Alan Horn

Bellettieri

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/13/2007 KDT | research re: additional principals of BF&L for potential inclusion in law suit; | | 295.00 | 0.20 | 59.00 |
| 09/18/2007 KDT | letter from Dept. of Justice re: claim in criminal suit; evaluate efficacy of forms offered for claim; research status of criminal case; | | 295.00 | 0.50 | 147.50 |
| | For Current Services Rendered | | | 0.70 | 206.50 |
| | Telephone and Long Distance Charges | | | | 0.08 |
| | Local Counsel Fees | | | | 605.80 |
| | Total Expenses Posted Through 09/30/2007 | | | | 605.88 |
| | Total Current Work | | | | 812.38 |
| | Balance Due | | | | $812.38 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
11/02/2007

American Home Mortgage

Account No: 98077-074M
Statement No: 11

Bellettieri

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    SEPTEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Post Petition Representation

|            |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | Rate   | Hours |          |
|------------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
| 09/04/2007 |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |        |       |          |
|            | HJR        | confer with B. Perryman re: fee issues - bankruptcy; confer with H. Hutchings re: DC cease and desist order; telephone call to/telephone call from DC regulator re: same;                                                                                                                                                                                                                                                                                               | 245.00 | 0.50  | 122.50   |
|            | BPP        | discussion with D. Souders and M. Kider on state regulatory actions; telephone calls to regulators for California, Idaho, Maine, Maryland, Nebraska, Ohio, Tennessee and Washington re: negotiated settlement of licenses; correspondence to regulators for Connecticut, California, Nebraska, Ohio and Washington re: license surrender and related regulatory issues; telephone call to L. Fowler re: license surrender status; telephone conferences with K. Enos re: bankruptcy approval of consent agreements and actions to stay regulatory proceedings; legal research re: state laws affirmatively requiring escrow and refund of advance fees; revise Nebraska proposed stipulation; conference with H. Richards; | 235.00 | 6.90  | 1,621.50 |
|            | FFK        | legal research re: escrow and refundability                                                                                                                                                                                                                                                                                                                                                                                                                            |        |       |          |

Page: 1
11/02/2007
Account No:    98077-089M
Statement No:    4

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
11/02/2007

American Home Mortgage

Account No:    98077-089M
Statement No:              4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | requirements in connection with advance fees; office conference with B. Perryman re: same; | 235.00 | 0.40 | 94.00 |
| HCH | telephone call to state regulators re: settlement agreements; telephone call to L. Fowler re: license surrender; correspondence to L. Fowler re: RI license surrender; conference with H. Richards; | 230.00 | 1.50 | 345.00 |
| RJA | review acknowledgement agreement and conference with H. Hutchings re: same; | 425.00 | 0.10 | 42.50 |
| DMS | discussions with M. Kider, B. Perryman regarding state regulatory actions; telephone conference with M. Kider and K. Enos regarding proposed bankruptcy actions; telephone conference with J. Kalas; | 420.00 | 2.10 | 882.00 |
| NWH | telephone conference with J. Kalas re: same; email to J. Kalas re: actions to take in same matters; review docket entry in NJAH re: re-filing of objections; telephone call to/from local counsel re: same; email from/to title company appointed counsel re: final agreement signed by trustee, whether American Home will be able to sign; | 255.00 | 1.10 | 280.50 |
| MHK | emails to/from A. Horn re: CA AHMS Surety Bond; emails to/from J. Kalas re: fee reimbursements; review email from L. Fowler re: license surrender for American Home Mortgage and due dates for AHM Servicing, Inc.; telephone conference with A. Horn; conference with D. Souders and B. Perryman re: regulatory actions; telephone conference with K. Enos re: bankruptcy actions; | 495.00 | 2.40 | 1,188.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
11/02/2007
Account No:  98077-089M
Statement No:  4

| | | Rate | Hours | |
|---|---|---|---|---|
| **09/05/2007** | | | | |
| HJR | confer with H. Hutchings re: licensing schedule for purchase agreement; review letter to DC regulator re: license surrender; confer with B. Perryman re: same; | 245.00 | 0.40 | 98.00 |
| MMJ | review regulator websites re: licenses held; | 145.00 | 1.70 | 246.50 |
| BPP | letter to DC regulator re: negotiated surrender of licenses; telephone conferences with C. Crouther and K. Enos re: stays of regulatory actions through bankruptcy proceeding; legal research re: actions to be taken re: Connecticut and New Hampshire cease and desist orders; proposed asset purchase agreement; review documents filed in bankruptcy court re: sale of assets; correspondence from and correspondence to J. Kalas re: transferee lender feedback; legal research re: Connecticut laws forming basis of cease and desist orders; revise affidavit for California regulator; prepare for Connecticut hearing; | 235.00 | 8.90 | 2,091.50 |
| HCH | review AHMS sale contract; research re: licenses held by various entities; correspondence to/correspondence from L. Fowler re: license surrenders; conference with H. Richards; | 230.00 | 1.70 | 391.00 |
| KDT | analyze bankruptcy docket re: outstanding issues; evaluate status of Motion to Employ Ordinary Course Professionals; strategy re: same; evaluate affirmative cases for potential recovery and agreement for representation; research re: removal of actions from state to federal court; limitations on particular venue | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
11/02/2007
Account No:    98077-089M
Statement No:    4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | and options for transfer; research re: necessity for local counsel to appear before New Hampshire Banking Department; | 295.00 | 3.20 | 944.00 |
| SBV | research regarding American Home Mortgage Servicing bankruptcy filings; review correspondence and pleadings regarding California desist and refrain order; prepare affidavit for A. Horn regarding request from California regulators regarding financial condition of American Home Mortgage Servicing; | 295.00 | 4.80 | 1,416.00 |
| RJA | review revised asset purchase agreement and analysis re: same; | 425.00 | 1.50 | 637.50 |
| DJH | review changes to agreement; prepare comments to same; discussion with R. Andreano; | 425.00 | 0.80 | 340.00 |
| DMS | review cease and desist order from the District of Columbia; telephone conference with J. Kalas regarding Trustee approval of settlements; review reports from LendingTree for pipeline borrowers; | 420.00 | 1.80 | 756.00 |
| MHK | review email from A. Horn re: American Home Mortgage Investment Corp. Charter and By-laws; review email from J. Kalas re: Surety Bonds for California Servicing; review email from A. Horn re: WA cease and desist; review email from S. Adamo re: CA AHMS Surety Bond; email to A. Horn re: same; email to/from J. Weissman re: asset purchase agreement; telephone conference with J. Kalas; | 495.00 | 3.20 | 1,584.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 5
11/02/2007
Account No: 98077-089M
Statement No: 4

| | | Rate | Hours | |
|---|---|---|---|---|
| **09/06/2007** | | | | |
| BPP | review New Hampshire and New Jersey orders re: insurance coverage issues; legal research New Hampshire banking laws and rules re: claims asserted by regulator and rules of procedure for adjudicatory hearing; review and revise proposed Idaho order; review and revise proposed Washington order; telephone conference with New Hampshire regulator re: motion to continue hearing and proposed consent order; research re: New Hampshire hearing officer; correspondence to J. Hartley re: Horn declaration; | 235.00 | 5.10 | 1,198.50 |
| HCH | prepare for conference call with J. Kalas and L. Fowler re: licensing; conference call with J. Kalas, J. Socknat, A. Horn and L. Fowler re: licensing and settlement status; draft correspondence to J. Weismann re: Section 5.11 of asset purchase agreement; review ID consent order; | 230.00 | 1.60 | 368.00 |
| SBV | review and edit memorandum of understanding; | 295.00 | 0.50 | 147.50 |
| JDS | telephone conference with H. Hutchings, J. Kalas and A. Horn re: licensing and other issues; discussion with M. Kider re: same; | 395.00 | 0.70 | 276.50 |
| DMS | review and revise consent agreement from the State of Washington; review declaration for A. Horn regarding servicing company and ability to service loans; submit affidavit to J. Hartley in California Banking Department; | 420.00 | 1.70 | 714.00 |
| MHK | telephone conference with A. Horn; review email from A. Horn re: Lending Tree report by | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 6

American Home Mortgage

11/02/2007
Account No:   98077-089M
Statement No:          4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | borrower name and state; emails to/from Amy Thoreson Long re: contact at American Home; emails to/from J. Kalas re: 13 loans that came under a program with American Express; email to/from J. Weissman re: Asset Purchase Agreement; email to clients re: American Express/American Home servicing loans; telephone conference with J. Kalas; telephone conference with A. Horn; conference with J. Socknat re: licensing issues; outline appropriate consent agreements; | 495.00 | 2.70 | 1,336.50 |
| 09/07/2007 | | | | |
| HJR | confer with H. Hutchings re: licenses required to service mortgage loans; research ME law re: same; | 245.00 | 0.40 | 98.00 |
| BPP | draft declaration for Connecticut regulatory re: American Home Mortgage Servicing operations and escrow disbursements; correspondence from and correspondence to Nebraska regulator re: revisions to stipulation; draft additional revisions to Nebraska stipulation; revise declaration of A. Horn for California regulator; legal research New Hampshire procedural requirements for adjudicatory hearings; correspondence to and correspondence from California re: resolution of all regulatory matters; correspondence to and correspondence from J. Kalas re: declaration of A. Horn; research re: assertions to be stated in A. Horn declaration; | 235.00 | 5.00 | 1,175.00 |
| HCH | legal research re: servicing licenses held; | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 7
11/02/2007
Account No:    98077-089M
Statement No:             4

| | | Rate | Hours | |
|---|---|---|---|---|
| | revise schedule 5.11 re: same; | 230.00 | 2.10 | 483.00 |
| JDS | telephone conference with J. Kalas, A. Horn and H. Hutchings re: status of various state regulatory actions; legal research re: trust account requirements, draft email re: same; | 395.00 | 1.80 | 711.00 |
| DMS | review and revise declaration for S. Dickman for the State of Connecticut; review proposed stipulation for Nebraska; review correspondence from J. Hartley, State of California, regarding proposed cease and desist order; send memo to A. Horn regarding California regulatory action; | 420.00 | 3.20 | 1,344.00 |
| MHK | review email from J. Kalas re: retail pipeline; email to/from J. Kalas re: sale of loans to IndyMac; review email from R. Semple (excel chart) re: State Trust Accounts; telephone conference with J. Kalas and A. Horn re: state actions; | 495.00 | 0.90 | 445.50 |

09/10/2007
BPP    draft motion for leave to appear as counsel; draft request for court reporter at New Hampshire hearings; revise Idaho and Washington proposed consent agreements; correspondence from and correspondence regulators for Nebraska, New Hampshire and Washington re: consent agreements; correspondence from and correspondence to J. Kalas re: inquiry by California regulator; correspondence from Idaho regulator re: consent agreement; telephone conference with A. Dokos re: California inquiry issues; letter to J. Shepard re: New Hampshire re:

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 8
11/02/2007
Account No:   98077-089M
Statement No:          4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | filings of J. Kalas re: response to New Jersey regulator re: servicing's responses to tax collecting agencies; correspondence from Connecticut regulator re: American Home Mortgage Servicing cease and desist order; correspondence from California regulator re: proposed revisions to declaration of A. Horn; draft requested response to New Jersey regulator re: tax disbursements; correspondence from and correspondence to Washington regulator re: feedback from Quicken, IndyMac and LendingTree; correspondence to J. Kalas re: feedback from Quicken, IndyMac and LendingTree; | 235.00 | 7.90 | 1,856.50 |
| HCH | correspondence to/correspondence from ID regulator re: consent order; telephone call to ME regulator re: servicing license; draft schedule 5.11 to asset purchase agreement re: servicing licenses; | 230.00 | 1.00 | 230.00 |
| JDS | discussions with D. Souders and B. Perryman re: CA licensing issues; | 395.00 | 0.60 | 237.00 |
| DMS | telephone conference with A. Horn; review cease and desist orders for New Hampshire, Connecticut, Washington and Idaho; telephone conference with bankruptcy counsel regarding representation of American Home officers in state regulatory matters; telephone conference with J. Kalas regarding California regulatory action; telephone call to S. Dickman regarding servicing advances and escrow accounts; review comments from J. Kalas on A. Horn declaration; drafting of notice of claim for insurance coverage; send | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 9
11/02/2007
Account No:    98077-089M
Statement No:    4

| | | Rate | Hours | |
|---|---|---|---|---|
| | memo to S. Dickman regarding Connecticut regulatory action; | 420.00 | 3.90 | 1,638.00 |
| MHK | email to/from A. Horn re: Connecticut cease and desist; email to/from A. Horn re: pipeline deposits; | 495.00 | 0.60 | 297.00 |
| **09/11/2007** | | | | |
| BPP | telephone call to and letter to C. Ferrigno at New Jersey regulator re: disbursement of escrowed taxes; revise declarations of A. Horn and S. Dickman re: California and Connecticut regulators; prepare response to Washington regulator's rejection of proposed consent agreement; research re: New Hampshire local counsel; telephone conference with restructuring agent re: refund of advance fees and disbursement of escrowed tax payments; correspondence from and correspondence to S. Dickman re: California and Connecticut matters; draft Washington cease and desist order; letter to Nebraska regulator re: stipulation to dismissal; review order from DC re: status hearing; | 235.00 | 4.50 | 1,057.50 |
| SMM | prepare and organize Dickman Declaration (.8); prepare and organize CT Tax Accounts Spreadsheet 1.5); organize and update Conflicts Chart (2.4); | 150.00 | 4.70 | 705.00 |
| DMS | telephone conference with J. Shepard, counsel to New Hampshire regulator; review and revise documents to send to American Home Mortgage for signature; review cease and desist order; | 420.00 | 1.80 | 756.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 10
11/02/2007
Account No:    98077-089M
Statement No:          4

| | | Rate | Hours | |
|---|---|---|---|---|
| HCH | revise schedule 5.11 of asset purchase agreement; correspondence to J. Weissman re: same; | 230.00 | 0.50 | 115.00 |
| MHK | telephone conference with clients re: status and outstanding orders; | 495.00 | 0.40 | 198.00 |

09/12/2007

| | | Rate | Hours | |
|---|---|---|---|---|
| BPP | review orders re: regulators' requirements to escrow and refund advance fees; draft notes re: same; review and propose revisions to motion to refund advance fees; correspondence from Maine regulator re: hearing on license suspension; telephone call to A. Horn re: dispute with Freddie Mac and Ginnie over loan servicing; telephone call to and telephone call from D.C. regulator re: same; correspondence from and correspondence to Washington regulator re: compliance with temporary cease and desist order; draft letter response to Maine regulator re: suspension order; correspondence to and correspondence from Washington regulator re: contact information; telephone conference with S. Irfani re: feedback from IndyMac, Quicken and LendingTree; | 235.00 | 6.60 | 1,551.00 |
| NMW | conduct detailed conflicts check between American Home Mortgage debtor entities, affiliates, officers, shareholders, creditors, lenders and other adverse parties; | 245.00 | 6.60 | 1,617.00 |
| DMS | review motion to return funds to borrowers; | 420.00 | 0.60 | 252.00 |
| JDS | telephone calls to/from CT regulator re: consumer complaint; telephone call from consumer re: problems with payment; draft | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 11
11/02/2007
Account No:    98077-089M
Statement No:    4

| | | Rate | Hours | |
|---|---|---|---|---|
| MHK | letter to PA regulator re: problem with tax and insurance escrow accounts; telephone conference with M. Kider and A. Horn re: same; telephone call to DC regulator re: escrow account issue; telephone calls to/from PA regulator re: escrow account issues; telephone conference with L. Sassani (PA regulator); telephone conference with A. Horn re: tax and insurance escrow issues; | 395.00 | 3.60 | 1,422.00 |
| | | 495.00 | 0.90 | 445.50 |
| 09/13/2007 | | | | |
| HCH | review schedules 5.7 & 5.11; correspondence to asset sales group re: same; conference call with Young Conaway, Cadwalader, Kroll and J. Socknat re: same; draft CT info for schedule 5.8; review CA license surrender procedures; | 230.00 | 5.00 | 1,150.00 |
| BPP | telephone conference with D. Souders and Connecticut department of banking; telephone conferences with regulators for Connecticut and California re: resolution of case and desist orders; correspondence from and correspondence to California and Connecticut regulators re: same; letter to Maine regulator re: issues to be discussed at hearing and re: settlement; telephone call from and telephone call to S. Irfani re: feedback from transferee lenders; correspondence to S. Irfani re: same; legal research re: ability of Maine regulator to order items relating to administration of estate assets; correspondence to Washington regulator re: contact information for | | | |

# Weiner Brodsky Sidman Kider PC

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 12
11/02/2007
Account No:    98077-089M
Statement No:    4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | customers; telephone call to and correspondence to C. Anderson re: potential service as local New Hampshire consel; correspondence from and correspondence to bankruptcy re: motion to refund advance fees; telephone conference with bankruptcy counsel re: same; telephone calls to L. Fowler re: pipeline eports and Delaware regulator's demand for surety bond payment; review letter from Delaware regulator re: surety bond; correspondence to and correspondence from J. Kalas re: information available through pipeline reports and other issues; | 235.00 | 8.70 | 2,044.50 |
| NMW | continue detailed conflicts check between American Home Mortgage debtor entities, affiliates, officers, shareholders, creditors, lenders and other adverse parties; | 245.00 | 4.90 | 1,200.50 |
| JDS | review APA; prepare schedules for same; telephone calls to/from counsel re: same; discussions with H. Hutchings re: same; draft letter to state regulators re: escrow account issue; send same to regulators; | 395.00 | 7.00 | 2,765.00 |
| DMS | telephone conference with J. Kalas; discussions with B. Perryman; telephone conference with Connecticut Department of Banking regarding demand for information; telephone conference with J. Hartley regarding servicing issues; telephone conference with K. Enos and E. Morton regarding motion to return fees advanced by borrowers; legal research regarding escrow accounts and state law requirements; | 420.00 | 5.30 | 2,226.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 13
11/02/2007

American Home Mortgage

Account No:    98077-089M
Statement No:              4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| SMM | prepare and organize conflicts informational chart; | 150.00 | 2.10 | 315.00 |
| **09/14/2007** | | | | |
| BPP | telephone conference with L. Fowler re: surrender of California license; correspondence to and correspondence from L. Fowler re: same; letter to J. Hartley re: declaration of A. Horn; draft notes re: actions to be taken re: states with regulatory actions pending; telephone call to J. Shepard re: continuance of New Hampshire hearing; telephone conferences with M. Honigberg re: New Hampshire matter and proposed settlement; correspondence to and correspondence from M. Honigberg re: same; draft retainer letter for New Hampshire local counsel; draft notes re: New Hampshire proposed settlement; | 235.00 | 4.40 | 1,034.00 |
| HCH | revise schedule 5.11; correspondence to asset purchase group re: schedule 5.7; conference call with L. Fowler and B. Perryman re: CA license surrender; | 230.00 | 1.00 | 230.00 |
| HJR | confer with H. Hutchings re: license issue - servicing; | 245.00 | 0.20 | 49.00 |
| NMW | complete detailed conflicts check of debtors, non-debtor affiliates, client affiliates, debtors' officers and directors, unsecured creditors, warehouse lenders and adverse parties; meeting with D. Souders discussing same; | 245.00 | 2.00 | 490.00 |
| JDS | prepare schedules for APA; telephone conference with counsel and client re: same; telephone call to DC regulator re: escrow | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 14
11/02/2007
Account No:  98077-089M
Statement No:  4

| | | Rate | Hours | |
|---|---|---|---|---|
| | account issues; forward materials re: CT consumer complaint; | 395.00 | 2.60 | 1,027.00 |
| SBV | review and edit correspondence to insurers regarding New Hampshire and New Jersey cease and desist orders; | 295.00 | 0.30 | 88.50 |
| DMS | telephone conference with J. Kalas; telephone conference with M. Honigberg regarding New Hampshire action; telephone conference with Connecticut Department of Banking; telephone conference with Washington State Department of Banking; review correspondence regarding surrender of California licenses; revise motion to return fees; meeting with N. Williams regarding conflict checks for filing of affidavit with bankruptcy court; | 420.00 | 4.30 | 1,806.00 |
| **09/15/2007** | | | | |
| HCH | legal research re: AHM servicing licenses; correspondence to M. Morelle re: same; | 230.00 | 0.70 | 161.00 |
| **09/17/2007** | | | | |
| HCH | correspondence to/correspondence from M. Morelle re: schedule 5.11; review schedule 5.8; legal research re: TX Consumer Credit Notification; correspondence to asset purchase group re: AHMS licenses; correspondence to/correspondence from J. Kalas re: AHMS licenses; | 230.00 | 2.20 | 506.00 |
| HJR | confer with H. Hutchings re: TX consumer credit notification; | 245.00 | 0.10 | 24.50 |
| BPP | revise retainer letter for New Hampshire local counsel; correspondence from K. Enos re: | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 15
11/02/2007
Account No:    98077-089M
Statement No:           4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | motion to refund advance fees; review motion; review New Hampshire order re: exchange of exhbiits and witness lists; correspondence from D. Van Eyken re: surrender of California licenses; review Maryland cease and desist orders; telephone calls to M. Honigberg re: New Hampshire matter; telephone call to Maryland regulator re: cease and desist orders; review offering memorandum; telephone conferences with J. Kalas and bankruptcy cousnel re: motion to refund advance fees; correspondence to and correspondence from M. Honigberg re: legal theories articulated by New Hampshire regulator and re: draft retainer letter; legal research statutes cited in New Hampshire order; correspondence to and correspondence from California regulator re: A. Horn declaration and stipulation to withdraw hearing; | 235.00 | 6.10 | 1,433.50 |
| JDS | telephone call from DC regulator re: escrow account issue; correspond via email with J. Kalas re: same; discussion with H. Hutchings re: licenses for American Home Servicing; legal research re: same; discussion with H. Hutchings re: schedules for APA; | 395.00 | 0.80 | 316.00 |
| DMS | drafting of inserts for motion to refund fees; telephone conference with bankruptcy counsel and J. Kalas regarding motion to return fees; legal research on state statutes requiring escrow accounts; | 420.00 | 3.50 | 1,470.00 |
| ADL | research states that prohibit lenders from charging up front fees; discuss same with H. | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 16
11/02/2007
Account No: 98077-089M
Statement No: 4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | Hutchings; | 345.00 | 1.40 | 483.00 |
| MHK | emails to/from J. Kalas re: Washington Adjudicative Hearing; telephone conference with C. Young (MD); telephone conference with J. Kalas; telephone conference with A. Horn; | 495.00 | 2.30 | 1,138.50 |
| **09/18/2007** | | | | |
| BPP | revise and finalize letter to Maine regulator; legal research re: applicable laws and procedures in prepare for New Hampshire hearing; review and revise retainer letter for New Hampshire local counsel; correspondence from and correspondence to M. Honigberg re: New Hampshire hearing; | 235.00 | 2.90 | 681.50 |
| HJR | research ND law re: servicing licensing requirements; confer with J. Socknat re: same; | 245.00 | 0.10 | 24.50 |
| HCH | correspondence to/correspondence from K. Enos re: CT hearing date; research re: bonds and licenses for AHMS; | 230.00 | 0.30 | 69.00 |
| JDS | legal research re: license and bond requirements; correspond with counsel re: same; telephone conference with K. Enos and J. Mayk re: same; | 395.00 | 3.20 | 1,264.00 |
| MHK | review email from A. Horn re: stipulation to dismissal from Nebraska; telephone conference with A. Horn; | 495.00 | 0.40 | 198.00 |
| **09/19/2007** | | | | |
| BPP | correspondence from and letter to W. Brennan with New York regulator re: surety bond issues; correspondence from E. Morton, | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 17
11/02/2007
Account No:    98077-089M
Statement No:              4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | R. Semple and others re: motion to refund advance fees; review correspondence re: Delaware surety bond issue; telephone conferences with A. Horn and P. Hines re: New Hampshire hearing; legal research re: defenses to be asserted at New Hampshire hearing; correspondence to and correspondence from L. Fowler re: Florida, New York and Maryland license surrenders; telephone call to C. Young re: resolution of Maryland order; draft summary of defenses to New Hampshire regulatory action; | 235.00 | 8.30 | 1,950.50 |
| JDS | correspond with L. Fowler re: WV license renewal; telephone call to NC regulator re: record retention issues; | 395.00 | 0.70 | 276.50 |
| MHK | conference call with A. Horn re: NH; telephone conference with J. Kalas; | 495.00 | 0.60 | 297.00 |
| 09/20/2007 | | | | |
| BPP | correspondence to and telephone call from Maryland regulator re: license surrender; correspondence to and correspondence from L. Fowler re: surrenders of Michigan and Maryland licenses; correspondence from and correspondence to S. Irfani re: transferee lender feedback; draft stipulated consent agreement for Michigan; | 235.00 | 3.00 | 705.00 |
| JDS | telephone call from MI regulator re: consent agreement; review proposed consent agreement; send same to MI regulator; correspond with J. Kalas re: ME issues; | 395.00 | 0.70 | 276.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 18
11/02/2007
Account No: 98077-089M
Statement No: 4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| **09/21/2007** | | | | |
| JDS | correspond via email with L. Fowler re: surrender issues; | 395.00 | 0.20 | 79.00 |
| HCH | correspondence to ID re: servicing pipeline; telephone call from J. Kalas re: license surrenders; | 230.00 | 0.20 | 46.00 |
| BPP | correspondence from and telephone conference with S. Sherman with Washington regulator re: customer contact information and issues with servicing company; telephone call from and telephone call to L. Fowler re: Idaho surety bond issue; | 235.00 | 0.50 | 117.50 |
| DMS | finalize affidavit for submission to bankruptcy counsel for ordinary course professionals; review correspondence from State of Maryland regarding escrow payments; | 420.00 | 1.10 | 462.00 |
| **09/24/2007** | | | | |
| BPP | letter from Maryland attorney general re: non-payment of escrowed taxes; draft correspondence to S. Dickman re: Maryland inquiry; review Baltimore Sun article re: escrow accounts; telephone call from and telephone call to C. Young re: Maryland inquiry; letter to C. Young re: response to Maryland inquiry; review bankruptcy case docket re: bankruptcy status; correspondence from J. Kalas re: Maryland inquiry; | 235.00 | 1.50 | 352.50 |
| **09/25/2007** | | | | |
| BPP | telephone call from B. Watkins re: Washington hearing; telephone calls to C. Young with Maryland regulator re: servicing | | | |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 19
11/02/2007
Account No:    98077-089M
Statement No:    4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | issues; | 235.00 | 0.30 | 70.50 |
| DMS | telephone conference with J. Kalas; telephone conference with S. Dickman; discussions with A. Horn regarding requests by State of Maryland regarding escrow payments; | 420.00 | 0.60 | 252.00 |
| 09/26/2007 | | | | |
| BPP | telephone calls to and telephone calls from C. Young at Maryland regulator re: servicing company's response to attorney general inquiry; draft response to Maryland attorney general inquiry; correspondence from J. Kalas and S. Dickman re: Maryland inquiry; review press release re: servicing issues; telephone conference with B. Watkins re: waiver of right to expedited hearing in Washington State re: temporary cease and desist order; draft response to B. Watkins re: same; legal research re: expedited hearing on cease and desist orders; telephone conferences with Connecticut regulators re: resolution of orders against servicing and originating companies; review Georgia and Delaware demand letters re: surety bond issues; telephone call from R. Ricketts of NY regulator re: bankruptcy notices and servicing escrow issues; correspondence to R. Ricketts re: same; legal research re: drafting of stipulation to entry of California desist and refrain order without hearing; draft stipulation; | 235.00 | 10.30 | 2,420.50 |
| SMM | enter and update information by states for NY and Maryland State Regulators and NY and | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 20
11/02/2007
Account No:    98077-089M
Statement No:    4

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | MD AG offices; | 150.00 | 1.60 | 240.00 |
| DMS | telephone conference with State of Connecticut regulators regarding proposed order against American Home Mortgage Servicing Inc.; telephone conference with hearing officer for Connecticut regulatory action regarding status and request for extension of time; review and revise letter to Maryland regulator regarding escrow payment issues; review and revise correspondence to Washington State; | 420.00 | 2.50 | 1,050.00 |
| JDS | correspond with DC regulator re: escrow account issues; review CA audit report; |  |  |  |
|  | correspond via email with J. Kalas re: same; | 395.00 | 1.00 | 395.00 |
| **09/27/2007** |  |  |  |  |
| BPP | correspondence from and correspondence to New York and Maryland regulators re: issues relating to servicing company; review stipulated agreements between Freddie Mac and Ginnie Mae and servicing company re: servicing of disputed accounts; correspondence from Washington administrative law judge re: pre-hearing conference; telephone call to Washington judge's office re: same; review correspondence from California regulator re: surrender of CRMLA licenses; | 235.00 | 2.30 | 540.50 |
| JDS | telephone calls to/from J. Kalas re: record retention obligations; legal research re: same; | 395.00 | 1.00 | 395.00 |
| DMS | send memo to S. Dickman regarding servicing issues and return of escrow deposits; send information to New York and |  |  |  |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 21
11/02/2007

American Home Mortgage

Account No:    98077-089M
Statement No:    4

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| MHK | Maryland regulators regarding escrow payment issues; review correspondence from regulators regarding servicing issues; review email from L. Sassani re: American Home 2007 Consent Agreement and Order; telephone conference with L. Sassani; | 420.00<br><br>495.00 | 2.10<br><br>0.50 | 882.00<br><br>247.50 |

09/28/2007

| | | Rate | Hours | |
|---|---|---|---|---|
| JDS | telephone calls to/from MI regulator re: proposed consent agreement; | 395.00 | 0.20 | 79.00 |
| BPP | correspondence from Maryland regulator re: servicing issues; correspondence from Pennsylvania regulator re: proposed consent order; review proposed consent order and draft revisions to order; correspondence from and correspondence to S. Irfani re: updates from transferee lenders; correspondence to and telephone call from L. Fowler re: surrender of Maine licenses; correspondence to and correspondence from Maine regulator re: surrender of licenses; correspondence to Washington regulator re: reports received from LendingTree; correspondence from S. Dickman and R. Shepherd re: status of escrowed tax disbursements to New York and Maryland customers; review LendingTree report; draft response letter inquiry from Maryland regulator re: tax payments; | 235.00 | 1.80 | 423.00 |
| DMS | telephone conference with the State of Maryland; telephone conference with the State of Connecticut; telephone conference with the State of California regarding regulatory actions; telephone conference with | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 22
11/02/2007
Account No:    98077-089M
Statement No:    4

| | Rate | Hours | |
|---|---|---|---|
| S. Dickman regarding issues with Maryland escrow accounts; review letter to C. Young, of the Maryland Attorney General's Office; | 420.00 | 2.20 | 924.00 |
| For Current Services Rendered | | 227.90 | 68,432.00 |

| | | |
|---|---|---|
| Photocopy Expenses | | 78.40 |
| Telephone and Long Distance Charges | | 2.07 |
| Express Mail/Federal Express Charges | | 94.70 |
| Postage Expenses | | 3.80 |
| Total Expenses Posted Through 09/30/2007 | | 178.97 |
| Total Current Work | | 68,610.97 |
| Balance Due | | $68,610.97 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.