IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, ) | (Jointly Administered) |
| et al. ) | |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jason R. Goldy, Esquire, of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 to represent Bear Stearns Mortgage Capital Corporation, Bear, Stearns & Co. Incorporated, and Bear Stearns International Limited in the above named action.

Dated: November 12, 2007
Wilmington, Delaware

Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
E-mail:   fbrosner@duanemorris.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 11-13-07

United States Bankruptcy Court Judge

DM3\565024.1

D.I. 1971
Date: 11/13/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bar of the State of New York. I further certify pursuant to Local Rule 83.6 that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

_____
Jason R. Goldy, Esquire
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
E-mail:       jgoldy@sidley.com

*Counsel for Bear Stearns Mortgage Capital Corporation, Bear, Stearns & Co. Incorporated, and Bear Stearns International Limited*

2

NY1 6415794v.1