**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pauline K. Morgan, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Gregory M. Petrick (the "Admittee"), Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281, as proposed special counsel to the Debtors and Debtors-in-Possession in the above-captioned cases.

Pauline K. Morgan (No. 3650)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6707
Facsimile: (302) 571-1253

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and am admitted to practice in the United States District Court for the Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Gregory M. Petrick
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: ____________________

______________________________________________
UNITED STATES BANKRUPTCY JUDGE