IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :    Jointly Administered
      Debtors.                                                :
                                                              :    **Docket Ref. No. 1778**
------------------------------------------------------------- x

## ORDER DENYING MOTION AND JOINDER OF UBS REAL ESTATE SECURITIES INC. TO EMERGENCY MOTION OF DB STRUCTURED PRODUCTS, INC. FOR LIMITED STAY PENDING APPEAL

Upon consideration of the motion [Docket No. 1778] (the "Motion") of UBS Real Estate Securities Inc., seeking the issuance of an order, pursuant to Bankruptcy Rule 8005, staying portions of this Court's order, dated October 30, 2007, (the "Sale Order") granting the motion of the above-captioned debtors (the "Debtors") to sell their loan servicing business; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion; and due and sufficient notice of the Motion having been given; and upon the record in these cases and as set forth at the hearing held on November 9, 2007 (the "Hearing"); and after due deliberation; it is hereby

ORDERED, that for the reasons stated on the record at the Hearing, the relief requested in the Motion is DENIED.

Dated: Wilmington, Delaware
       November _14_, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

DB02:6366926.1                                                                         066585.1001