IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------ x |  |  |
| In re: | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
| ------------------------------------------------------------------ x | | **Ref. Docket Nos. 219 and 483** |

### ORDER REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN KEKST AND COMPANY INCORPORATED AS CORPORATE COMMUNICATIONS ADVISOR

Upon the application (the "Application")[2] of the above-captioned Debtors for an

order authorizing the retention and employment of Kekst and Company, Incorporated ("Kekst")

as corporate communications advisor for the Debtors pursuant to 11 U.S.C. §§ 327(a) and

328(a), *nunc pro tunc* to the Petition Date, and upon consideration of the Application and all

pleadings related thereto, including the Siegfried Affidavit; and the Court finding that (a) the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a

core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application

was due and proper under the circumstances; and upon the Official Committee of Unsecured

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application

Creditors' objection to the Application [Docket No. 483]; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is granted solely as to the limited extent set forth herein and otherwise it is denied; and it is further ordered

ORDERED, that Kekst is hereby authorized to apply its $50,000 retainer (the "Retainer") to its outstanding fees and expenses; and it is further ordered

ORDERED, that Kekst shall apply the Retainer first to any postpetition fees and expenses and then to any prepetition fees and expenses; and it is further ordered

ORDERED, that Kekst may file a general unsecured claim for any unpaid fees and expenses incurred before August 6, 2007; and it is further ordered

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      November _14_, 2007

_Christopher S. Sontchi_
Christopher S. Sontchi
United States Bankruptcy Judge

DB02:6163588.7                                                          066585.1001