# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 14, 2007 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

### Matter:

Omnibus

**R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

Agenda Items:

12. Judge signed order
14. Judge signed order
15. Judge signed order
16.   Judge signed order
17. Judge signed order

Judge signed Interim Order (A) Approving Limited Recourse Debtor-In-Possession Financing, (B) Granting Liens, (C) Scheduling a Final Hearing, and (D) Granting Related Relief