# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  
**CASE NOS.:** 07-11047 (CSS)  
**COURTROOM LOCATION:** Courtroom 6  
**DATE:** November 14, 2007 @ 10:00 A.M

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) Robert J. Moore | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Alex R. Rovira (telephonic) | Sidley Austin | Bear Stearns |
| Marti Murray (telephonic) | Murray Capital Management | Murray Capital Management |
| Margot Schonholtz (telephonic) Scott Talmadge (in court) | Kaye Scholer | Bank of America |
| Gregory Petrick (telephonic) | Cadwalader Wickersham & Taft | American Home Mortgage |
| Fred Hodara | Duane Morris | GMAC Mortgage Corp |
| Teresa Currier | Buchanan Ingersoll Rooney | Societe Generale |
| Mark Indelicato | Hahn & Hessen | Committee |
| Jason Staib | Blank Rome | Committee |
| Emilio Galvan | Morgan | [illegible] |
| Bill Bowden | Ashby Geddes | UBS; CITGS; Morgan Stanley Mortgage Capital |
| Brett Barragate | Jones Day | AH Mortgage Acquisition Co. |
| Laurie Silverstein | Potter Anderson Corroon | Bank of America, NA |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** November 14, 2007 @ 10:00 A.M

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Victoria Counihan | Greenberg Traurig | AH Mortgage Acquisition |
| Erica Ryland | Jones Day | " " |
| Sean Beach | YCST | " " |
| Paulthe Morgan | " | Debtors |
| Joel Waite | " | " |
| Sean Greecher | " | " |
| Joseph J. McMahon, J. | USDOJ | UST |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**