IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
Debtors.                                                         :
                                                                 :   Docket Ref. No. 1639
---------------------------------------------------------------- x

**STIPULATED ORDER CONFIRMING THE DEBTORS' AUTHORITY
TO MAKE CERTAIN PAYMENTS FOR PENALTIES, INTEREST AND
RELATED CHARGES, SOLELY IN CONNECTION WITH
CERTAIN TAX AND INSURANCE REMITTANCES**

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] seeking the approval of a stipulated order, pursuant to section 363(b) of the Bankruptcy Code, confirming the Debtors' authority to make certain payments for penalties, interest and related charges, solely in connection with certain tax and insurance remittances that were not timely paid to taxing authorities and insurance companies, which the Debtors believe is a result of actions by third parties; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; the Court hereby finds that:

A.    In light of the record developed in connection with the motion, the Debtors were authorized (and remain authorized) to pay the Penalties, Interest and Related Charges under section 363 of the Code.

B.    Payment of the Penalties, Interest and Related Charges by the Debtors serves both the interests of affected homeowners and the Debtors' estates by minimizing the administrative costs associated with the Unpaid T&I.

C.    The Debtors have agreed with the United States Trustee to file this Motion in lieu of potential litigation over characterization of the Penalty, Interest, and Related Charge payments.

Accordingly, it is ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Debtors are authorized to pay the Penalties, Interest and Related Charges in the estimated amount of $200,000.00; and it is further

ORDERED, that all applicable banks and other financial institutions be authorized to receive, process, honor and pay any and all checks and transfers relating to the Penalties, Interest and Related Charges, whether such checks were presented before, or are presented after, the Petition Date; and it is further

ORDERED, that the Debtors shall hold affected homeowners harmless from all expenses in the form of Penalties, Interest and Related Charges, and shall reimburse affected homeowners to the extent such homeowners paid Penalties, Interest and Related Charges, associated with the Unpaid T&I; and it is further

ORDERED, that the Debtors shall send a letter to each affected homeowner (in a form reasonably acceptable to the U.S. Trustee) notifying him/her of the late payments and advising that homeowners will not be liable for any Penalties, Interest or Related Charges associated with the Debtors' late payment of taxes and insurance; and it is further

ORDERED, that the Debtors shall serve a copy of this Order on each affected taxing authority; and it is further

ORDERED, that any and all of the Debtors' rights, claims and causes of action against non-homeowner third parties associated with the Unpaid T&I issue are preserved, including, without limitation, the right to seek reimbursement of any direct or indirect costs for payment of the Penalties, Interest and Related Charges, the right to seek attorneys' fees and expenses and additional personnel costs, and the right to pursue any and all damages claims; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

**STIPULATED TO BY:**

| | |
|---|---|
| **KELLY BEAUDIN STAPLETON**<br>**UNITED STATES TRUSTEE** | **YOUNG CONAWAY STARGATT &**<br>**TAYLOR LLP** |
| BY: __/s/ Joseph J. McMahon__<br>Joseph J. McMahon, Jr. (No. 4819)<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (Fax)<br><br>Date: October 19, 2007 | BY: __/s/ Kara Hammond Coyle__<br>James L. Patton, Jr. (No. 2202)<br>Pauline K. Morgan (No. 3650)<br>Sean M. Beach (No. 4070)<br>Kara Hammond Coyle (No. 4410)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>(302) 571-1253 (Fax)<br><br>Attorneys for Debtors and Debtors in Possession<br><br>Date: October 19, 2007 |

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

Date: November 14, 2007