IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
Debtors.                                                           :
                                                                   :   Docket Ref. No. 11, 1711, 1986
------------------------------------------------------------------ x

### ORDER APPROVING DEBTORS' ENTRY INTO
### SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT

Upon consideration of the request of the above-captioned debtors and debtors-in possession (the "Debtors") for the issuance of an order approving the Debtors' entry into that certain Second Amendment to Asset Purchase Agreement, dated November 6, 2007 (the "Amendment"); and it appearing that the Court has jurisdiction over this matter and the relief requested; and it appearing that the Debtors' entry into the Amendment is consistent with, and authorized by, this Court's *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (a) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (b) Granting Certain Related Relief* [Docket No. 1711]; and it appearing that the Debtors' entry into the Amendment is in the best interest of the Debtors, its estates, and its creditors; and after due deliberation; it is hereby

ORDERED, that the Debtors are authorized to enter into the Amendment.

Dated: Wilmington, Delaware
       November 14, 2007

                                                                   _____
                                                                   Christopher S. Sontchi
                                                                   United States Bankruptcy Judge