# EXHIBIT B

**AMERICAN HOME MORTGAGE**
**CASH BUDGET -- SERVICING**

($ millions)

| | Cumulative Actuals Through 10/19 | Projected Week Ending 10/26 | Projected Week Ending 11/2 | Projected Week Ending 11/9 | Projected Week Ending 11/16 | 4 Weeks Ending 11/16/2007 | Prior Budget Through 10/19/2007 | Cumulative Budget Through 11/16/2007 |
|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | | $ 7.5 | $ 7.5 | $ 8.1 | $ 10.9 | $ 7.5 | | |
| **Sources of Cash** | | | | | | | | |
| Servicing Income | | 1.0 | 1.0 | 2.0 | 3.0 | 7.0 | | 9.8 |
| Other Fee Income | | 0.2 | 0.2 | 0.1 | 0.2 | 0.6 | | 10.0 |
| Investment Income | | - | - | 1.6 | - | 1.6 | | 4.6 |
| LPMI receipts | | 0.7 | 0.2 | 1.1 | 1.2 | 3.2 | | 1.7 |
| Recovery—HELOCs | | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | | |
| Recovery—P&I | | 10.7 | 1.0 | 1.0 | 1.0 | 13.7 | | |
| Advance/Recovery—Other | | (1.0) | (1.0) | (1.0) | (1.0) | (4.0) | | |
| **Total Sources** | | **12.0** | **1.8** | **5.2** | **4.8** | **23.7** | | |
| **Uses of Cash** | | | | | | | | |
| Non-payroll and allocated costs | 2.5 | 1.5 | 0.6 | 0.6 | 0.6 | 3.3 | 6.5 | |
| Payroll and payroll taxes | 4.0 | 1.1 | - | 1.0 | - | 2.1 | 7.9 | |
| Retention payments | 0.3 | 0.1 | - | 0.1 | 3.8 | 4.0 | 0.6 | |
| Health insurance BCBS | 0.5 | 0.3 | 0.1 | 0.1 | 0.1 | 0.6 | 1.1 | |
| LPMI reimbursed to corporate | | - | - | - | - | - | | |
| P&I Advances | | 1.0 | - | - | - | 1.0 | | |
| Advances—HELOCs | | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | | |
| Other outflows | | - | - | - | - | - | | |
| B of A expenses | 0.2 | 0.6 | - | - | 0.6 | 1.1 | - | 1.1 |
| Debt repayment/(Funding) | | 7.0 | - | - | - | 7.0 | | |
| **Total Uses** | **7.5** | **12.0** | **1.2** | **2.3** | **5.6** | **21.1** | **16.1** | **27.3** |
| Net Cash Flow | | 0.0 | 0.6 | 2.9 | (0.8) | 2.6 | | |
| Closing Balance | | $ 7.5 | $ 8.1 | $ 10.9 | $ 10.1 | $ 10.1 | | |