IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           ) Chapter 11
                                                                 )
AMERICAN HOME MORTGAGE                                           ) Case No. 07-11047
HOLDINGS, INC., a Delaware corporation, et. al.                  ) Jointly Administered
                                                                 )
                                                                 ) Related No. 1668
                                                                 )
                    Debtors.                                     )
---------------------------------------------------------------- x

## ORDER AUTHORIZING AND DIRECTING THAT EMC MORTGAGE CORPORATION'S EXHIBIT CONTAINING CERTAIN CONFIDENTIAL INFORMATION BE ADMITTED INTO EVIDENCE UNDER SEAL

Upon consideration of the motion (the "Motion")[1] for entry of an order pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9018-1(b) and (c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), order authorizing and directing that EMC's exhibits containing the PWSA be admitted into evidence under seal and not be made publicly available; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest; and due and adequate notice of the Motion having been given under the circumstances; and upon the remainder of the record herein; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is Granted; and it is further

---

[1] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that the PWSA is confidential and that EMC's exhibit containing the PWSA is admitted into evidence in connection with the Sale Hearing under seal and shall not be made publicly available pursuant to section 107(b)(1) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b) and (c); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from and related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
November 14, 2007

Christopher S. Sontchi
United States Bankruptcy Judge