IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **AMERICAN HOME MORTGAGE** ) | Case Nos. 07-11047 (CSS) |
| **HOLDINGS, INC., et al.,**[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**STIPULATION BETWEEN CERTAIN DEBTORS AND ABN
AMRO BANK N.V. REGARDING RECONCILIATION
OF COLLECTIONS; AND ORDER THEREON**

American Home Mortgage Acceptance, Inc., ("AHMA"), American Home Mortgage Corp. ("AHMC"), American Home Mortgage Investment Corp. ("AHMI"), and American Home Mortgage Servicing, Inc. ("AHMS") as Chapter 11 Debtors and Debtors in Possession on the one hand, and ABN AMRO Bank N.V. ("ABN") on the other hand (AHMA, AHMC, AHMI, AHMS and ABN, collectively, the "Parties"), hereby enter into this Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding Reconciliation of Collections (the "Stipulation"), by and through their respective counsel of record, effective as of the date of entry of an order approving this Stipulation, based upon the following Recitals.

### Recitals

1. On August 6, 2007 (the "Petition Date"), the Debtors commenced voluntary cases (the "Bankruptcy Cases") under chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors remain in possession of their property and are

---

[1] The Debtors and Debtors in Possession are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp. (individually, a "Debtor," and collectively, the "Debtors").

1

managing their businesses as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. On August 14, 2007, the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

2. The ABN MRA Debtors[2] and ABN entered into that certain Stipulation Between Certain Debtors and ABN AMRO Bank N.V., dated August 21, 2007 (the "ABN Post-Petition Advances Stipulation"), for the purposes of, among other things: (a) permitting, but not obligating, ABN to fund certain Additional Mortgagor Advances by ABN MRA Debtors, including but not limited to any Additional Mortgagor Advances made pursuant to the Consent Letter; and (b) authorizing and directing ABN to make the Servicing Payments to the Debtors for continued post-Petition Date servicing of the Mortgage Loans. The Court entered its order approving the Stipulation on August 22, 2007 [Docket No. 284] (the "Advances Order").

3. The Advances Order prohibited the use of any pre-Petition Date Collections by the Debtors absent further order of this Court. *See* Advances Order, ¶ 13. The Parties enter into this Stipulation for the purposes of agreeing to the terms of a reconciliation of the pre-Petition Date Collections made pursuant to the terms of the Advances Order and providing for the transfer of the pre-Petition Date Collections to the applicable control account maintained by the Debtors, as provided herein.

Based upon the foregoing, the Parties hereby stipulate and agree as follows:

### Agreement

4. The Parties have agreed to a reconciliation of the pre-Petition Date Collections in the amount of $1,519,522.28 (the "Funds"). The Parties hereby agree that the

---

[2] All capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the ABN Post-Petition Advances Stipulation.

Funds may be transferred to the control account maintained by the Debtors for the benefit of ABN (Chase Account No. XXXXX7998).

5. Nothing contained herein shall modify, terminate or transfer, or be deemed to effectuate a modification, termination or transfer of, the Debtors' rights, if any, to service or administer any mortgage loans and related activities. Nothing contained herein shall modify or terminate any obligations of the Parties under any prior stipulations and orders entered by this Court, including but not limited to the Advances Order.

6. Each of the Parties reserves all rights with respect to the Agreements and the Default Notices, and nothing in this Stipulation is intended, or shall be deemed in any legal proceeding, to waive, amend or modify any provision of, or any rights of any Parties under, the Agreements or Default Notices.

7. Whether or not this Stipulation is approved by the Court, nothing contained herein may be used as, or deemed to be, an admission of liability of any of the Parties with respect to any matter. In the event that this Stipulation is not approved by the Court, the Parties automatically shall revert to the pre-settlement positions.

8. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute but one and the same document.

9. The Parties hereto represent and warrant to each other that, subject to entry in the Bankruptcy Cases of an order approving this Stipulation, they are authorized to execute this Stipulation, each has full power and authority to enter into and perform in accordance with the terms of this Stipulation, and this Stipulation is duly executed and delivered and constitutes a valid and binding agreement in accordance with its terms.

10. This Stipulation shall become effective immediately upon entry of an order approving the Stipulation.

Dated: Oct. 25, 2007
Wilmington, Delaware

ABN AMRO BANK N.V., by its counsel,

MILBANK, TWEED, HADLEY & McCLOY LLP
Gregory A. Bray
Robert Jay Moore
Fred Neufeld
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:   (213) 892-4000
Facsimile:   (213) 629-5063

-and-

RICHARDS, LAYTON & FINGER, P.A.

_____
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
One Rodney Square,
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

AMERICAN HOME MORTGAGE ACCEPTANCE, INC., AMERICAN HOME MORTGAGE CORP., AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE SERVICING, INC., by their counsel,

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____ (No. 4070)
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

SO ORDERED, this 14th day of November, 2007.

_____
Christopher S. Sontchi,
United States Bankruptcy Judge

DB02:6247209 2                                                                                                        065635 1001