**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al.. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re:  D.I. 1711** |

## NOTICE OF WITHDRAWAL OF D.I. 1717

PLEASE TAKE NOTICE THAT Assured Guaranty Corp., hereby withdraws its Limited Objection to the Debtors' Proposed Form of Order Approving Sale of Debtors' Servicing Business to AH Mortgage Acquisition Co., Inc., [D.I. 1717], which was filed on October 30, 2007.

Dated: Wilmington, Delaware
November 14, 2007

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Daniel B. Butz
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Daniel B. Butz  (No. 4227)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware  19899
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

*Counsel to Assured Guaranty Corp.*

**1312991.1**