IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KATE MAILLOUX, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 9, 2007, I caused to be served true and correct copies of the "Order (I) Terminating Debtors' Non-Qualified Deferred Compensation Plan Pursuant to Section 363(b)(1) of the Bankruptcy Code and (II) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return Debtors' Assets Held in Trust to the Debtors' Estates Pursuant to Section 105(a) of the Bankruptcy Code" dated November 7, 2007" [Docket No. 1840], enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Kate Mailloux*
Kate Mailloux

Sworn to before me this

13th day of November, 2007

*Ross Matray*
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\DeferredCompensationOrder_aff 11-09-07.doc

# EXHIBIT "A"

| Claim Name | Address Information |
|---|---|
| ANGELLOTTI, ANTHONY | 10648 GREAT EGRET DR,ORLAND PARK, IL 60467 |
| ANTUZZI, ALFRED | 28 WATERS EDGE DR.,DELRAN, NJ 08075 |
| ARCE, FRANK | 1365 MUIR TRAIL PL,CHULA VISTA, CA 91913 |
| BARNETT, MITZI R. | 15706 E PROGRESS CR,CENTENNIAL, CO 80015 |
| BATES, CHARLES | 2190 IRWIN AVE,SUTTER, CA 95982 |
| BELL, CHARLES E. | 11674 CAPT RHETT LN,FAIRFAX STATION, VA 22039 |
| BELOTE, JAMES P. | 2405 RUNNERS WAY,VIRGINIA BEACH, VA 23454 |
| BERGUM, RONALD L. | 14104 RANCHO TIERRA TRAIL,SAN DIEGO, CA 92130 |
| BERGUM, STAN | 5190 RANCHO MADERA B END,SAN DIEGO, CA 92130 |
| BERRY, JOHN A. | 16214 S 16TH LN,PHOENIX, AZ 85045 |
| BIANCHI, KATIE G. | 216 CORONADO AVE,ROSEVILLE, CA 95678 |
| BLACKMAN, DAWN L. | 16134 MUIRFIELD DR.,ODESSA, FL 33556 |
| BLANK, BRUCE | 57 COLONY DRIVE,HOLBROOK, NY 11741 |
| BLOMBERG, RONALD S. | P.O. BOX 1416,OXFORD, GA 30054 |
| BOEHNLEIN, ROBERT C. | 13770 ROSECROFT WAY,SAN DIEGO, CA 92130 |
| BROWN, RONALD E. | 26342 SORRELL PLACE,LAGUNA HILLS, CA 92653 |
| BURNS, LINDA K. | 5545 W ARROWHEAD LAKES DRIVE,GLENDALE, AZ 85308 |
| BUTLER, TRACY L. | 3700 CHARLEMAINE DR,AURORA, IL 60504 |
| CALDWELL, ALAN | 4201 HOGAN DR,MIDDLETOWN, MD 21769 |
| CARNAHAN, JOHN | 1244 HAWTHORNE ST,ALEMEDA, CA 94501 |
| CAVACO, CHRISTOPHER J. | 130 HIDDEN ACRES PATH,WADING RIVER, NY 11792 |
| CHYZ, GWYN R. | 7815 W LA MADRE WAY,LAS VEGAS, NV 89149 |
| CIRELL, ROBERT J. | 121 VINE ST,UNIT 1101,SEATTLE, WA 98121 |
| COLAGIOVANE MILLER, LIANA L. | 6497 W EL CAMPO GRANDE AVE,LAS VEGAS, NV 89130 |
| CRISANTY, AL | 8440 SPRUCE MEADOW LANE,GRANITE BAY, CA 95746 |
| DE ROSA, JEREMY | 1435 BLUEBIRD CANYON DRIVE,LAGUNA BEACH, CA 92651 |
| DENNIS, DEBORAH E. | 8056 FOREST GLEN DR,PASADENA, MD 21122 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRAIL,ROBBINSVILLE, NJ 08691 |
| DEPODESTA, DAVID | 5804 THORNBRIAR LN,FORT WAYNE, IN 46835 |
| DEVINE, SUZANNE C. | 8709 WINGARD ROAD,WAXHAW, NC 28173 |
| EASON, DANIEL D. | 10655 CHANDON,PLACE,HIGHLANDS RANCH, CO 80126 |
| EININGER, MITCHELL | 24 GREENWOODS ROAD,OLD TAPPAN, NJ 07675 |
| FABLE, JOHN | 9 HOME LN,HICKSVILLE, NY 11801 |
| FILLER, MARK A. | 226 PROSPECT,HIGHLAND PARK, IL 60035 |
| GAGIS, JOHN J. | 26 SHERWOOD FARM ROAD,FAR HILLS, NJ 07931 |
| GEIGER, STEVEN D. | 4720 95TH ST,URBANDALE, IA 50322 |
| GERBER, SHARON | 8276 BROWNING COURT,CONCORD TWP, OH 44060 |
| GERRITY, SEAN T. | 2631 HEATHERSTONE DR,SAN RAFAEL, CA 94903 |
| GLADDEN, CHRISTINA | 1004 DRAKE TR,FLOWER MOUND, TX 75028 |
| GOMEZ, ROLAND J. | 12422 S HAROLD AVENUE,PALOS HEIGHTS, IL 60463 |
| GRIFFITH, ANN M. | 9498 CAMPI DR,LAKE WORTH, FL 33467 |
| HALLER, JUDY M. | 4122 BANCROFT LANE,WOODBRIDGE, VA 22192 |
| HART, GEORGE | 4541 PATRICK DR,KENNESAW, GA 30144 |
| HAUSMANN, ROBERT F. | 332 JULE DRIVE,CHESAPEAKE, VA 23322 |
| HEATH, ANDREW P. | 10658 SE JASON,LANE,PORTLAND, OR 97086 |
| HENIG, DONALD | 7 BARBERRY ROAD,WEST ISLIP, NY 11795 |
| HERTLING, DIETER R. | 194 STONY HOLLOW ROAD,GREENLAWN, NY 11740 |
| HINZ, BRENT G. | 1228 SEA SHELL DR,WESTERVILLE, OH 43082 |
| HORROCKS, STEPHEN | 21862 HARBORBREEZE,HUNTINGTON BEACH, CA 92646 |

| Claim Name | Address Information |
|---|---|
| HOUSTON, TRUXTON CRAIN. | PO BOX 59, BUTLER, MD 21023 |
| HUSTON, DOUGLAS W. | 2733 RIVER ROAD, VIRGINIA BEACH, VA 23454 |
| JAMES, MARK ROBERT. | 2911 PACIFIC HTS RD, HONOLULU, HI 96813 |
| JEREMIAH, NOREEN A. | 1095 TABORLAKE DRIVE, LEXINGTON, KY 40502 |
| JOHNSON, PAUL J. | 3 WESTFIELD LN, ROCKY RIVER, OH 44116 |
| JOHNSTON, JOHN A. | 23 CHAMPNEY PL, LAGUNA NIGUEL, CA 92677 |
| KARANOVICH, MARK | 39821 FOX GLOVE CT., LOVETTSVILLE, VA 20180 |
| KAULEN, LISA A. | P.O. BOX 50131, BELLEVUE, WA 98015 |
| KELLER, ROCCA | 7321 N. OLEANDER AVE., CHICAGO, IL 60631 |
| KELLY, AILEEN B. | 1637 S.E. PARADISE CIR, #106, CRYSTAL RIVER, FL 34429 |
| KERR, KEVIN J. | 1614 MYRTLEWOOD STREET, COSTA MESA, CA 92626 |
| KNAG, PAUL E. | 520 TURKEY HILL RD., RED HOOK, NY 12571 |
| KYLE, VIRGIL | 14 PONDERS END, LAGUNA NIGUEL, CA 92677 |
| LAKE, JEFFREY | 6872 E. STONE RIDGE PLACE, TUCSON, AZ 85750 |
| LARSEN, LINDA K | 16252 TREASURE CV, BULLARD, TX 75757 |
| LINDEN, JOHN H. | 4 PINE CIRCLE, EASTCHESTER, NY 10709 |
| LIVIAN, DARIUS D. | 455 CANYON DEL REY BLVD #337, MONTEREY, CA 93940 |
| LOEFFLER, RICHARD | 195 JERICHO VALLEY DRIVE, NEWTON, PA 18940 |
| LUCERO, JIMMY V. | 12717 BARBATA ROAD, LA MIRADA, CA 90638 |
| MAHAN, RICHARD K. | 4989 WESTCHESTER DR, HARRISBURG, PA 17112 |
| MANGINELLI III, DANIE | 7 NEWHAVEN, LAGUNA NIGUEL, CA 92677 |
| MARTINEZ, MARK G. | 17 CALLE CAREYES, SAN CLEMENTE, CA 92673 |
| MASSELLA, RALPH A. | 528 HILTON AVE, CATONSVILLE, MD 21228 |
| MAZARAKIS, ROXANNE V. | P.O. BOX 4316, EL DORADO HILLS, CA 95762 |
| MAZELLA, MICHAEL | 34616 N. DESERT RIDGE, SCOTTSDALE, AZ 85262 |
| MCGOWEN, MARK E. | 54 SWEETBRIAR TRAIL, EASTON, CT 06612 |
| MCGRAW, JEANETTE R. | 14928 SE MEGAN WAY, CLACKAMAS, OR 97015 |
| MCKAY, CHRISTINA A. | 3719 KENILWORTH DR, CHEVY CHASE, MD 20815 |
| MCLANE, VANESSA P. | 12200 DENFORD WAY, GLEN ALLEN, VA 23059 |
| MERCER, ROBERT C. | 6311 MAIDEN LANE, BETHESDA, MD 20817 |
| MERRILL, WILLIAM W. | 759 LUCAS AVE EXT, HURLEY, NY 12443 |
| MEYER, DAVID C. | 1933 NW 95TH, SEATTLE, WA 98117 |
| MEYER, RICHARD P. | 3734 BLUFF DR, LEWIS CENTER, OH 43035 |
| MEYERS, BRUCE D. | 6531 79TH PLACE, CABIN JOHN, MD 20818 |
| MICHAUD, DAVID P. | 1795 UPPER CHELSEA REACH, VIRGINIA BEACH, VA 23454 |
| MILLER, JULIE L. | 12212 ORVILLINA DR, SANTA ANA, CA 92705 |
| MOON, STEVE L. | 15575 S.W. HEARTH CT, BEAVERTON, OR 97007 |
| MOORE, MICHAEL R. | 13930 RANCHO SOLANO TRAIL, SAN DIEGO, CA 92130 |
| MUNIZ, ELEIDY C. | 345 MACARTHUR BLVD, HAUPPAUGE, NY 11788 |
| MUNSON, MARY ANN. | 130 TAFT CRESCENT, CENTERPOINT, NY 11721 |
| NERLAND, DAVID E. | 9589 N 113TH WAY, SCOTTSDALE, AZ 85259 |
| NIETO, DANIEL R. | 13 PANAMA STREET, ALISO VIEJO, CA 92656 |
| NUCKOLS, KATHRYN M. | 295 COTTONWOOD LANE, STAUNTON, VA 24401 |
| NUNEZ, EMILIO | 13162 MUNGO CT, RANCHO CUCAMONGA, CA 91739 |
| NYOVICH, JACQUELYN | 849 AUGUST DRIVE, ROCHESTER HILLS, MI 48309 |
| O'BRIEN, BARON N. | 2550 FIFTH AVE #167, SAN DIEGO, CA 92103 |
| OTTER, JUDITH | 222 BULL PATH, EAST HAMPTON, NY 11937 |
| PACE, DONALD J. | 248 PARKWOOD ST., RONKONKOMA, NY 11779 |
| PALMER, STEVEN C. | 27648 CROOKED OAK LN, SALISBURY, MD 21801 |

| Claim Name | Address Information |
|---|---|
| PAROTTI, PAUL | 1502 CLAY ST.,NEWPORT BEACH, CA 92663-5333 |
| PERRY, JOSEPH C. | 2607 WYNDSONG COURT,CRYSTAL LAKE, IL 60012 |
| PINO, CRAIG | 3 LEGENDS CIRCLE,MELVILLE, NY 11747 |
| POWELL, LANCEWORTH CAMILO. | 35 SOUTH PEAK,LAGUNA NIGUEL, CA 92677-2903 |
| RATTI, DAVID B. | 2300 MORNING BREEZE,FINKSBURG, MD 21048 |
| REEG, BRIAN C. | 5169 HERITAGE DRIVE,CONCORD, CA 94521 |
| RIVERA, EDWIN L. | 3921 AZALEA CIR.,MAUMEE, OH 43537 |
| ROBERTS, DAVID E. | 323 THOMAS RD,SEVERNA PARK, MD 21146 |
| ROBIN JARRETT, EVE | 35 JACK AND JILL LN.,P.O. BOX 192,BRIDGEHAMPTON, NY 11932 |
| ROSENBLATT, RONALD R. | 1741 PLUM THICKET LA,WEST DES MOINES, IA 50266 |
| RUMBERGER, AUBREY M. | 1440 SIERRA DRIVE,PETALUMA, CA 94954 |
| SCHARRER, DAVID F. | P.O. BOX 14733,CLEARWATER, FL 33766 |
| SCHMERSAHL, LAURA E. | 913 KIEFER RIDGE DR,BALLWIN, MO 63021 |
| SCHOOLFIED, MATTHEW B. | 11817 KENNON RIDGE LANE,HUNTERSVILLE, NC 28078 |
| SCHREIBER, LISA M. | 39821 FOXGLOVE CT.,LOVETTSVILLE, VA 20180 |
| SCRUGGS, VALERIE LYNN. | 51 W. 69TH ST.,APT. 4C,NEW YORK, NY 10023 |
| SEDGLEY, CURT G. | 3517 129TH STREET,URBANDALE, IA 50323 |
| SERKES, MICHAEL H. | 3747 UNION CHURCH RD,SALISBURY, MD 21801 |
| SEXAUER, MARY JO. | 13637 KICKAPOO TRL,HOMER GLEN, IL 60491 |
| SHEARER, LYLE E. | 4441 CLIPPER DRIVE,BYRON, CA 94514 |
| SHEEHY, FRANK | 8613 MEADOWVIEW CRT,HOUSTON, TX 77040 |
| SHEPHERD, PATRICIA | 9 E. WILLOW AVENUE,PHOENIX, AZ 85022 |
| SHINN, VICKI LOMBARDI. | 23 ROANWOOD DRIVE,ROLLING HILLS EST, CA 90274 |
| SHOOP, JAMES L. | 400 ALBASIO COURT,ANGELS CAMP, CA 95222 |
| SIMON, KIMBERLY J. | 961 HUMPHREY,BIRMINGHAM, MI 48009 |
| SOMERMAN, STEVEN M. | 17 TORTOISE SHELL,COTO DE CAZA, CA 92679 |
| STANTON, SHANE M. | 113 JADESTONE RD,IRVINE, CA 92603 |
| STATES, CHAD | 100 BEUTH COURT,FOLSOM, CA 95630 |
| STEINHAUER, SEAN V. | 41 SOUTH FLOYD ST.,ALEXANDRIA, VA 22304 |
| SWEENEY, MICHAEL | 16134 MUIRFIELD DRIVE,ODESSA, FL 33556 |
| THAKARAR, GOOL | 2 FENBROOK DRIVE,LARCHMONT, NY 10538 |
| THERIAULT, CLIFFORD J. | 20575 WESTPARK PL,DEER PARK, IL 60010 |
| THOET, LANCE | 10 HIGHLAND AVE,SEA CLIFF, NY 11579 |
| TRAGALE, DENISE M. | 29 EAST WILLISTON AV E,EAST WILLISTON, NY 11596 |
| TRAHAN, ROBERT | 1323 W. HENDERSON ST,CHICAGO, IL 60657 |
| UHLENHOPP, CRISTINE L. | 17025 COLONIAL PARK,MONUMENT, CO 80132 |
| VELLINGA, CAPI E. | 5550 BLACKWOOD RD,BOZEMAN, MT 59718 |
| WAMPLER, JACQUELINE R. | 18 JUNEBERRY PLACE,CLAYTON, NC 27527 |
| WATERHOUSE, DREW D. | 21 CALLE GAULTERIA,SAN CLEMENTE, CA 92673 |
| WESOLOWSKI, KEITH M. | 724 MCDONALD AVENUE,CHARLOTTE, NC 28203 |
| WHEELER, MICHAEL J. | 9180 LOS LAGOS,CIRCLE,GRANITE BAY, CA 95746 |
| WILHELM, BARON | 3510 ALCORN BEND,SUGARLAND, TX 77479 |
| WILLIAMS, J HUNTER. | 7502B ASHBY LANE,ALEXANDRIA, VA 22315 |
| WILSON, PAUL D. | 1340 NW CONSTELLATION DRIVE,BEND, OR 97701 |
| WRIGHT, LARRY L. | 4842 S. SHENANDOAH WAY,AURORA, CO 80015 |
| WYNNE, DAVID | 39 THOMAS LN,SETAUKET, NY 11733 |
| YECKLEY, ROBERT Q. | 18 AUTUMN DRIVE,EAST NORTHPORT, NY 11731 |
| ZELL, GARY S. | 8300 ARMETALE LANE,FAIRFAX STATION, VA 22039 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 146**