IN THE UNITED STATES BANKRUPCTY COURT
DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE
HOLDINGS

CASE NO. 07-11047 (CSS)

## WITHDRAWAL OF NOTICE OF TAX LIEN

COMES NOW Tally F. Parker, Jr., of Parker & Marks P.C., Attorney for the City of Irving and notifies the Court that the Notice of Tax Lien filed for the City of Irving filed October 11, 2007 is hereby withdrawn.

/S/
Tally F. Parker, Jr.
State Bar No. 15513000
Parker & Marks
1333 Corporate Drive
Suite 209
Irving, TX 75038
972-756-9237
972-719-0905 FAX