# Intended Notice Recipients – Method of Notice

District/Off: 0311−1         User: Teresa              Date Created: 11/15/2007
Case: 07−11047−CSS           Form ID: van440           Total: 285

**Notice Recipients submitted to the BNC and flagged as likely to be bypassed due to defective/missing address information:**

| | |
|---|---|
| cr | Barclays Capital Inc. |
| cr | ORIX Capital Markets, LLC |
| cr | American Corporate Record Center, Inc. |
| cr | Bexar County        Linebarger Goggan et al |
| intp | Post &Schell, P.C. |
| intp | Pryor &Mandelup, LLP |
| intp | Polis &Associates |
| intp | Crislip, Philip &Associates |
| intp | Assured Guaranty |
| intp | DLA Piper US LLP |
| intp | Sun Trust Bank |
| intp | Susan D. Profant |
| clmag | Epiq Bankrputcy Solutions, LLC |
| cr | American Express Travel Related Svcs Co Inc Corp Card    c/o Becket and Lee LLP    POB 3001    Malvern PA 19355−0701 |
| intp | John H. Capitano      Kennedy Covington Lobdell &Hickman |
| intp | Bernadette Gordy |
| intp | Katten Muchin Rosenman LLP |
| crcm | Special Conflicts Counsel to the Committee |
| intp | Jeffrey J. Newton |
| intp | Barbara Ford−Coates, Sarasota County Tax Collector |
| intp | Burns, Wall, Smith and Mueller, P.C. |
| intp | Ada County Treasurer |
| intp | R O Jacobs &Assoc., Inc. dba Jacobs OK Real Estate |
| cr | Patricia L. Shepherd |
| intp | Multnomah County Oregon Dept. of Business &Community Services |
| cr | Richard W. Horvath |
| intp | Peyton C. Cochrane |
| intp | Griffith, McCague &Wallace, P.C. |
| cr | Capax Management and Insurance Services |
| intp | Receivable Management Service |
| intp | Silver &DeBoskey, A Professional Corporation |
| intp | Caldwell Commercial, LLC |
| intp | Silver &DeBoskey, A Professional Corporation |
| cr | Highwoods Properties, Inc.    300 E. Lombard Street, MD 21202 |
| cr | RAM International I, L.L.C. |
| cr | SLO LLC |
| cr | Vintage Park, LLC |
| cr | Waterson &Zappolo, P.A. |
| cr | George E. Hart |
| intp | Travelers Casualty and Surety Company of America |
| aty | Quinn Emanuel |
| cr | Mark R. James |
| intp | Merrill Lynch Pierce Fenner &Smith, Inc. and Merrill Lynch Bank USA |
| intp | Rice &Gotzmer |
| intp | Merrill Lynch Mortgage Lending, Inc. |
| cr | Residential Funding Company, LLC |
| intp | Tax Collector for Polk County, Florida |
| intp | Spector Gadon &Rosen, P.C. |
| cr | Anca M. Nicolaescu |
| cr | Moss Codilis, L.L.P. |
| op | Kroll Zolfo Cooper |
| intp | Rees Broome, PC |
| intp | Lee J. Mondshein |
| intp | Paula Rush |
| intp | Mona Dobben |
| intp | Laura Beall |
| intp | Softlanding Software |
| intp | Tuscaloosa County Tax Collector |
| intp | Creditors Bankruptcy Service |
| intp | Snell &Wilmer L.L.P. |
| intp | H. William Marrero |
| intp | Santoro, Driggs, Walch, Kearney, Holley &Thompson |
| intp | Williams, Kastner &Gibbs PLLC |
| intp | IKON OFFICE SOLUTIONS |
| cr | David Gebhardt |
| cr | Idaho State Tax Commission |
| intp | Douglas County Treasurer |
| intp | Douglas Badazewski |

| | | |
|---|---|---|
| op | | Weiner Brodsky Sidman Kider PC |
| intp | | Lee County Tax Collector |
| aty | | Quinn Emanuel    Quinn Emanuel Urquhart Oliver &Hedges |

TOTAL: 71

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | |
|---|---|---|
| db | American Home Mortgage Holdings, Inc. | 538 Broadhollow Road    Melville, NY 11747 |
| ust | United States Trustee | 844 King Street, Room 2207    Lockbox #35    Wilmington, DE 19899−0035 |
| cr | Lewisville Independent School District | c/o Andrea Sheehan    Law Offices of Robert E. Luna, P.C.    4411 N. Central Expressway    Dallas, TX 75205 |
| cr | Garland Independent School District | c/o Andrea Sheehan    Law Offices of Robert E. Luna, PC    4411 North Central Expressway    Dallas, TX 75205 |
| cr | Carrollton−Farmers Branch ISD | c/o Andrea Sheehan    Law Offices of Robert E. Luna, PCA    4411 North Central Expressway    Dallas, TX 75205 |
| intp | WestLB AG, New York Branch | McDermott Will &Emery LLP    Att: Stephen B. Selbst, Esq.    340 Madison Avenue    New York, NY 10173−1922 |
| res | Citigroup Global Markets Inc. | Kirkland &Ellis LLP    Citigroup Center    153 East 53rd Street    New York, NY 10022 |
| res | Citigroup Global Markets Realty Corp. | Kirkland &Ellis LLP    Citigroup Center    153 East 53rd Street    New York, NY 10022 |
| cr | Carroll Independent School District | c/o Perdue, Brandon, Fielder, et al    P. O. Box 13430    Arlington, TX 76094 |
| cr | Arlington ISD | c/o Perdue Brandon Fielder, et al.    PO Box 13430    Arlington, TX 76094 |
| cr | City of Cedar Hill | c/o Perdue, Brandon, Fielder, et al    Elizabeth Banda    PO BOX 13430    Arlington, TX 76094−0430 |
| intp | Citibank, N.A. | Seward &Kissel LLP    One Battery Park Plaza    New York, NY 10004 |
| cr | County Of Denton | co Michael Reed    P.O. Box 1269    Round Rock, TX 78680 |
| cr | Dallas County | c/o Linebarger Goggan Blair &Sampson    2323 Bryan St., Suite 1600    Dallas, TX 75201 |
| cr | General Growth Management, Inc. | Samuel B. Garber, Esq.    110 North Wacker Drive    Chicago, IL 60606 |
| cr | United States of America (on behalf of the Government National Mortgage Association) | 1100 L St. NW    Room 10002    Washington, DC 20005 |
| cr | SOVEREIGN BANK | c/o Riemer &Braunstein LLP    Three Center Plaza    Boston, MA 02170 |
| cr | 1993 Flatley Family Trust | c/o James M. Liston    155 Federal Street, 9th Floor    Boston, MA 02110 |
| intp | Liner Yankelevitz Sunshine &Regenstreif LLP | 1100 Glendon Avenue    14th Floor    Los Angeles, CA 90024−3503 |
| intp | Deutsche Bank Trust Company Americas | Seward &Kissel LLP    One Battery Park Plaza    New York, NY 10004 |
| cr | Pima County, Arizona | C/O Pima County Attorney's Office    32 N. Stone, Suite 2100    Tucson, AR 85701 |
| cr | Morgan Stanley Mortgage Capital Holdings LLC | 1585 Broadhollow Road    Melville, NY 11747 |
| cr | ALDINE INDEPENDENT SCHOOL DISTRICT | Susan R. Fuertes    14910 Aldine Westfield Road    Houston, TX 77032 |
| intp | Lehman Brothers Inc. | The Bayard Firm    222 Delaware Avenue    Suite 900    Wilmington, DE 19801 |
| intp | Office of Thrift Supervision | Harborside Financial Center Plaza Five    Suite 1600    Jersey City, NJ 07311 |
| cr | Kodiak Funding LP | Rosenthal, Monhait &Goddess, P.A.    919 Market Street    Suite 1401    Wilmington, DE 19801 |
| cr | Harris County | c/o John P. Dillman    Post Office Box 3064    Houston, TX 77253−3064 |
| cr | Angelina County | c/o John P. Dillman    Post Office Box 3064    Houston, TX 77253−3064 |
| cr | Missouri Department Of Revenue | 301 W. High Street    PO Box 475    Jefferson City, MO 65105 |
| cr | COWIFI Ironpoint | Nancy Hotchkiss, Esq.    C/O Trainor Fairbrook    980 Fulton Ave    Sacramento, CA 95825 |
| intp | Natixis Real Estate Capital Inc. | The Bayard Firm    222 Delaware Avenue    Suite 900    Wilmington, DE 19801 |
| cr | Chesterbrook Partners, LP | c/o Spector Gadon &Rosen, P.C.    1635 Market Street    7th Floor    Philadelphia, PA 19103 |
| cr | Maricopa County Treasurer | c/o Madeleine C. Wanslee    Gust Rosenfeld P.L.C.    201 E. Washington St.    Suite 800    Phoenix, AZ 85004−2327 |
| cr | Alabama Power Company | Balch &Bingham LLP    1901 Sixth Avenue North    Suite 2600    Birmingham, AL 35203 |
| intp | Bracebridge Capital, LLC | The Bayard Firm    222 Delaware Avenue    Suite 900    Wilmington, DE 19801 |
| cr | Fairfax County, VA | Office of the County Attorney    12000 Government Center Pkwy.    Suite 549    Fairfax, VA 22035 |
| aty | Paul, Weiss, Rifkind, Wharton &Garrison LLP | 1285 Avenue of the Americas    New York, NY 10019−6064 |
| cr | Progress Energy Carolinas, Inc. | 327 Hillsborough Street    Raleigh, NC 27603 |
| aty | Seward &Kissel LLP | One Battery Park Plaza    New York, NY 10004 |
| cr | County of Loudoun, Virginia | c/o K. Stapleton, Asst. Cty. Atty.    Post Office Box 7000    Leesburg, VA 20177 |
| cr | Craven−Shaffer−North Bay Village | 2631 S. Tamiami Trail, Suite 300    Bonita Springs, FL 34134 |
| cr | Sun Life Assurance Company of Canada | 1 Sun Life Executive Park    Wellesley Hills, MA 02481 |
| cr | Iron Mountain Information Management, Inc. | 745 Atlantic Avenue, 10th Floor    Boston, MA 02111 |

| | | | | | |
|---|---|---|---|---|---|
| cr | American Express Bank FSB | c/o Becket and Lee LLP | POB 3001 | Malvern, PA 19355–0701 | |
| cr | Charles County, Maryland | c/o Meyers, Rodbell &Rosenbaum, P.A. | M. Evan Meyers | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park, md 20737–1385 |
| cr | Prince George's County, Maryland | Meyers, Rodbell &Rosenbaum, P.A. | M. Evan Meyers | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park, md 20737–1385 |
| cr | Gail Thakarar | 2 Fenbrook Drive | Larchmont, NY 10538 | | |
| cr | Atlantic Detroit Diesel Allison LLC | P.O. Box 2030 | 19C Chapin Road | Pine Brook, NJ 07058 | |
| cr | Phillip Carnes &Associates, Inc. | 4939 Lower Roswell Rd. | Suite 103 | Marietta, GA 30068 | |
| cr | EMC Mortgage Corporation | McCalla, Raymer, et al. | Bankruptcy Department | 1544 Old Alabama Road | Roswell, GA 30076 |
| cr | Fidelity Court Associates | c/o Dana S. Plon, Esquire | Sirlin Gallogly &Lesser, P.C. | 1529 Walnut Street, Suite 600 | Philadelphia, PA 19103 |
| cr | Americas Servicing Company | McCalla, Raymer, et al. | Bankruptcy Department | 1544 Old Alabama Road | Roswell, GA 30076 |
| aty | John T. Carroll, III | Cozen O'Connor | 1201 North Market Street | Suite 1400 | Wilmington, DE 19801 |
| intp | Certain Participants in the Non−Qualified Deferred Compensation Plan of American Home Mortgage Holdings, Inc. | c/o McDonald Hopkins LLC | Sean Malloy | 600 Superior Avenue, East Suite 2100 | Cleveland, OH 44114 |
| cr | c/o Karon Y. Wright Travis County | P.O. Box 1748 | Austin, TX 78767 | | |
| cr | CitiMortgage, Inc. | P .O .Box 829009 | Dallas, TX 75382–9009 | | |
| aty | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Chase Manhattan Centre | 1201 N. Market Street | Suite 800 | Wilmington DE, 19801 |
| cr | Mortgage Electronic Registration Systems, Inc. | c/o Washington Mutual Home Loans, Inc. | 9451 Corbin Avenue | Northridge, CA 91324 | |
| intp | Farr, Burke, Gambacorta &Wright, PC | 1000 Atrium Way, Suite 401 | P O Box 669 | Mount Laurel,, NJ 08054–0669 | |
| cr | Hoover Court, LLC | Sirote &Permutt, P.C. | c/o Stephen B. Porterfield | 2311 Highland Avenue South | Birmingham, AL 35205 |
| cr | MarketWise Advisors, LLC | c/o Jacob A. Brown, Esq. | Akerman Senterfitt | 50 North Laura Street Suite 2500 | Jacksonville, FL 32202 |
| cr | City of Irving, TX (Tax) | c/o Parker &Marks, P.C. | 1333 Corporate Drive | Suite 209 | Irving, TX 75038 |
| intp | Imperial County Treasurer–Tax Collector | Attn: Karen Vogel–Treasurer | 940 West Main Street Suite 106 | El Centro, CA 92243 | |
| cr | Oracle USA, Inc. | Buchalter Nemer | 333 Market St., 25th Floor. | San Francisco, CA 94105 | |
| cr | State of Washington Department of Revenue | Attorney General | 800 Fifth Avenue, Suite 2000 | Seattle, WA 98104–3188 | |
| cr | Mortgage Electronic Registration Systems, Inc. as nominee for Greenpoint Mortgage Funding, Inc. | 2300 Brookstone Center | Columbus, GA 31904 | | |
| cr | Wells Fargo Bank, N.A. | Draper &Goldberg, PLLC | 1500 North French Street | 2nd Floor | Wilmington, DE 19801 |
| cr | Mortgage Electronic Registration Systems, Inc. c/o Aurora Loan Services, LLC | Draper &Goldberg, PLLC | 1500 North French Street | 2nd Floor | Wilmington, DE 19801 |
| cr | Cummings Properties, LLC | 200 West Cummings Park | Woburn, MA 01801 | | |
| aty | John T. Carroll, III | Cozen O'Connor | 1201 North Market Street | Suite 1400 | Wilmington, DE 19801 |
| aty | Mark Browning | Office of the Attorney General | 300 West 15th Street | 8th Floor | Austin, TX 78701 |
| aty | A. Michelle Hart | McCalla Raymer LLC | 1544 Old Alabama Rd. | Roswell, GA 30076 | |
| aty | Adam Hiller | Draper &Goldberg, PLLC | 1500 North French Street | 2nd Floor | Wilmington, DE 19801 |
| aty | Adam Hiller | Draper &Goldberg, PLLC | 1500 North French Street | 2nd Floor | Wilmington, DE 19801 |
| aty | Adam G. Landis | Landis Rath &Cobb LLP | 919 Market Street | Suite 600 | Wilmington, DE 19801 |
| aty | Amanda Marie Winfree | Ashby &Geddes, P.A. | 222 Delaware Avenue | 17th Floor, PO Box 1150 | Wilmington, DE 19899 |
| aty | Andrea Sheehan | Law Offices of Robert E. Luna, P.C. | 4411 North Central Expressway | Dallas, TX 75205 | |
| aty | Benjamin W. Keenan | Ashby &Geddes | 222 Delaware Avenue | 17th Floor, PO Box 1150 | Wilmington, DE 19899 |
| aty | Bonnie Glantz Fatell | Blank Rome LLP | 1201 Market Street, Suite 800 | Wilmington, DE 19801 | |
| aty | Bradford J. Sandler | Benesch Friedlander Coplan &Aronoff | 222 Delaware Avenue | Suite 801 | Wilmington, DE 19801 |
| aty | Brett Fallon | Morris James LLP | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington, DE 19899–2306 |
| aty | Catherine Steege | Jenner &Block | 330 North Wabash Avenue | Chicago, IL 60611 | |
| aty | Charlene D. Davis | The Bayard Firm | 222 Delaware Avenue, Suite 900 | P.O. Box 25130 | Wilmington, DE 19899 |
| aty | Charles J. Brown | Archer &Greiner, P.C. | 300 Delaware Avenue, Suite 1370 | Wilmington, DE 19801 | |
| aty | Christina Maycen Thompson | Connolly Bove Lodge &Hutz LLP | The Nemours Building | 1007 N. Orange Street | P.O. Box 2207 Wilmington, DE 19899 |
| aty | Christopher A. Ward | Klehr Harrison Harvey Branzburg &Ellers | 919 N. Market Street | Suite 1000 | Wilmington, DE 19801 |
| aty | Christopher M. Samis | Richards, Layton &Finger, P.A. | 920 N. King Street | One Rodney Square | Wilmington, DE 19801 |
| aty | | | | | |

|     |                     |                                                  |                                   |                              |
|-----|---------------------|--------------------------------------------------|-----------------------------------|------------------------------|
|     | Christopher M. Samis | Richards, Layton &Finger, P.A. | 920 N. King Street | One Rodney Square    Wilmington, De 19801 |
| aty | Christopher Page Simon | Cross &Simon, LLC | 913 North Market Street | 11th Floor    Wilmington, DE 19899 |
| aty | Craig J. Ziady | Cummings Properties, LLC | 200 West Cummings Park | Woburn, MA 01801–6396 |
| aty | Curtis A. Hehn | Pachulski Stang Ziehl Young Jones &Wein | 919 N. Market Street | 16th Floor    Wilmington, DE 19801 |
| aty | Dana S. Plon | Sirlin Gallogly &Lesser, P.C. | 1529 Walnut Street    Suite 600 | Philadelphia, PA 19102 |
| aty | Daniel K. Hogan | The Hogan Firm | 1311 Delaware Ave | Wilmington, DE 19806 |
| aty | David G. Aelvoet | Linebarger Goggan Blair &Sampson LLP | 711 Navarro, Suite 300 | San Antonio, TX 78205 |
| aty | David L. Finger | Finger &Slanina, P.A. | One Commerce Center    1201 Orange Street, Suite 725 | Wilmington, DE 19801–1155 |
| aty | David W. Carickhoff, Jr | Blank Rome LLP | Chase Manhattan Centre    1201 Market Street, Suite 800 | Wilmington, DE 19801 |
| aty | Don A. Beskrone | Ashby &Geddes | 222 Delaware Avenue    PO Box 1150 | Wilmington, DE 19899 |
| aty | Donna L. Culver | Morris, Nichols, Arsht &Tunnell | 1201 N. Market Street    P. O. Box 1347 | Wilmington, DE 19899 |
| aty | Donna L. Harris | Pinckney Harris &Poppiti, LLC | 1000 N. West Street    Suite 1200 | Wilmington, DE 19801 |
| aty | Edward J. Kosmowski | Young, Conaway, Stargatt &Taylor | 1000 West Street, 17th Floor    PO Box 391 | Wilmington, DE 19899 |
| aty | Edwin J. Harron | Young, Conaway, Stargatt &Taylor | The Brandywine Building    1000 West Street, 17th Floor    PO Box 391 | Wilmington, DE 19899–0391 |
| aty | Elizabeth Banda | Perdue Brandon Fielder Collins &Mott | P.O. Box 13430 | Arlington, TX 76094–0430 |
| aty | Elliot M. Smith | Squire Sanders &Dempsey L.L.P. | 312 Walnut Street    Suite 3500 | Cincinnati, OH 45202 |
| aty | Eric Lopez Schnabel, Esq | Dorsey &Whitney LLP | 1105 N. Market Street    16th Floor | Wilmington, DE 19801 |
| aty | Eric M. Davis | Skadden Arps Slate Meagher &Flom LLP | One Rodney Square    P.O. Box 636 | Wilmington, DE 19899 |
| aty | Eric M. Davis | Skadden Arps Slate Meagher &Flom LLP | One Rodney Square    PO Box 636 | Wilmington, DE 19899 |
| aty | Eric Michael Sutty | The Bayard Firm | 222 Delaware Avenue    Suite 900 | Wilmington, De 19899 |
| aty | Eric T. Ray | Balch &Bingham LLP | 1901 Sixth Avenue North    Suite 2600 | Birmingham, AL 35203 |
| aty | Evelyn J. Meltzer | Pepper Hamilton LLP | Hercules Plaza    Suite 5100, 1313 N. Market Street | Wilmington, DE 19899 |
| aty | Francis A. Monaco Jr. | Womble Carlyle Sandridge &Rice | 222 Delaware Avenue    Suite 1501 | Wilmington, DE 19801 |
| aty | Fred B. Ringel | Robinson Brog Leinward et al. | 1345 Avenue of the Americas    31st Floor | New York, NY 10105 |
| aty | Frederick Brian Rosner | Duane Morris LLP | 1100 North Market Street | Wilmington, DE 19801 |
| aty | Frederick Brian Rosner | Duane Morris LLP | 1100 North Market Street | Wilmington, DE 19801 |
| aty | Gabriel R. MacConaill | Potter Anderson &Corroon LLP | 1313 North Market Street | Wilmington, DE 19801 |
| aty | Garvan F. McDaniel | Bifferato Gentilotti LLC | 800 N. King Street    Plaza Level | Wilmington, DE 19801 |
| aty | Geoffrey S. Aaronson | Geoffrey S Aaronson P.A. | Bank of America Tower    100 SE 2nd Street, 27th Floor | Miami, FL 33131 |
| aty | German Yusufov | Pima County Attorney's Office, Civil Div | 32 N. Stone Ave.    Suite 2100 | Tucson, AZ 85701 |
| aty | Gregory Alan Taylor | Ashby &Geddes | 222 Delaware Avenue    17th Floor | Wilmington, DE 19899 |
| aty | Guy B. Moss | Riemer &Braunstein, LLP | Three Center Plaza | Boston, MA 02108 |
| aty | Helen Elizabeth Weller | Linebarger Goggan Blair &Sampson, LLP | 2323 Bryan Street, Suite 1600 | Dallas, TX 75201 |
| aty | Hilary B Bonial | Brice Vander Linden &Pernick PC | 9441 LBJ Freeway    Suite 350 | Dallas, TX 75243 |
| aty | Jacob A. Brown | Akerman Senterfitt | 50 North Laura Street, Suite 2500 | Jacksonville, FL 32202 |
| aty | James C. Tecce | Milbank, Tweed, Hadley &McCloy LLP | 1 Chase Manhattan Plaza | New York, NY |
| aty | James E. Huggett | Margolis Edelstein | 750 S. Madison Street    Suite 102 | Wilmington, DE 19801 |
| aty | James K. Pendergrass, Jr. | Pendergrass Law Firm, PLLC | 1511 Sunday Drive    Sutie 220 | Raleigh, NC 27607 |
| aty | James M Liston | Bartlett, Hackett Feinberg, P.C. | 10 High Street    Suite 920 | Boston, MA 02110 |
| aty | James S. Yoder | White and Williams LLP | 824 North Market Street    Suite 902    P.O. Box 709 | Wilmington, DE 19899–0709 |
| aty | Joel A. Waite | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391 | Wilmington, DE 19899–0391 |
| aty | John H. Strock | Landis Rath &Cobb LLP | P.O. Box 2087    919 N. Market St. | Wilmington, DE 19899 |
| aty | John P. Dillman | Linebarger Goggan Blair &Sampson, LLP | P.O. Box 3064 | Houston, TX 77253–3064 |

| | | | | |
|---|---|---|---|---|
| aty | John R. Ashmead | Seward &Kissel, LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | John R. Weaver, Jr. | John R. Weaver, Jr. P.A. | 831 North Tatnall Street | Suite 200    Wilmington, De 19801 |
| aty | Joseph D. Frank | Frank / Gecker LLP | 325 North LaSalle Street    Suite 625 | Chicago, IL 60610 |
| aty | Joseph J. Bodnar | Law Offices of Joseph J. Bodnar | 2101 North Harrison Street    Suite 101 | Wilmington, DE 19802 |
| aty | Joseph T. Moldovan, Esq. | Morrison Cohen LLP | 909 Third Avenue | New York, NY 10022 |
| aty | Julie A. Manning | Shipman &Goodwin | One American Row | Hartford, CT 06103 |
| aty | Justin Cory Falgowski | Reed Smith LLP | 1201 North Market Street    Suite 1500 | Wilmington, DE 19801 |
| aty | Kara Hammond Coyle | Young Conaway Stargatt &Taylor LLP | 1000 West St., 17th Floor    Brandywine Building | Wilmington, DE 19801 |
| aty | Karen C Bifferato | Connolly, Bove, Lodge &Hutz | The Nemours Building    1007 North Orange Street    P.O. Box 2207 | Wilmington, DE 19899 |
| aty | Karen J. Stapleton | County of Loudoun, Office of Attorney | One Harrison Street S.E. 5th Floor    PO BOX 7000 | Leesburg, Va 20177–7000 |
| aty | Karon Y. Wright | Travis County Attorney's Office | 314 W. 11th Street    PO Box 1748 | Austin, TX 78767 |
| aty | Kenneth J. Enos | Young, Conaway, Stargatt &Taylor | 1000 West Street    17th Floor | Wilmington, DE 19801 |
| aty | Kevin J Mangan | Womble Carlyle Sandridge &Rice PLLC | 222 Delaware Avenue    15th Floor | Wilmington, DE 19801 |
| aty | Kimberly Ellen Connolly Lawson | Reed Smith LLP | 1201 Market Street    Suite 1500 | Wilmington, DE 19801–1163 |
| aty | Kristi J. Doughty | Whittington &Aulgur | 651 N. Broad Street, Suite 206    P.O. Box 1040 | Middletown, DE 19709–1040 |
| aty | Kristin T. Mihelic | Spector Gadon &Rosen, P.C. | 7 Penn Center    1635 Market Street    7th Floor | Philadelphia, PA 19103 |
| aty | Laurie Selber Silverstein | Potter Anderson &Corroon LLP | 1313 N. Market St.    Hercules Plaza    6th Floor | Wilmington, DE 19801 |
| aty | Lee Harrington | Nixon Peabody LLP | 100 Summer Street | Boston, MA 02110 |
| aty | Leonora K. Baughman | Kilpatrick &Associates, P.C. | 903 North Opdyke Road    Suite C | Auburn Hills, MI 48326 |
| aty | Lisa Cresci McLaughlin | Phillips, Goldman &Spence | 1200 N. Broom Street | Wilmington, DE 19806 |
| aty | Lorraine S. McGowen | Orrick, Herrington &Sutcliffe LLP | 666 Fifth Avenue | New York, NY 10103 |
| aty | Madeleine Carmel Wanslee | Gust Rosenfeld, P.L.C. | 201 East Washington Street    Suite 800 | Phoenix, AZ 85004 |
| aty | Marc J. Phillips | Connolly Bove Lodge &Hutz LLP | The Nemours Building    1007 North Orange Street | Wilmington, DE 19801 |
| aty | Marc Stephen Casarino | White and Williams LLP | 824 Market Street    Suite 902 | Wilmington, DE 19899 |
| aty | Margaret B. Whiteman | Young, Conaway, Stargatt &Taylor | 1000 West Street    17th Floor | Wilmington, DE 19801 |
| aty | Margaret C. Lumsden | Unti &Lumsden | 302 Jefferson Street    Suite 200 | Raleigh, NC 27607 |
| aty | Mark Minuti | Saul Ewing LLP | 222 Delaware Ave, Suite 1200    P.O. Box 1266 | Wilmington, DE 19899 |
| aty | Mark D. Collins | Richards Layton &Finger | One Rodney Square    PO Box 551 | Wilmington, DE 19899 |
| aty | Mark T Hurford | Campbell &Levine, LLC | 800 King Street    Suite 300 | Wilmington, DE 19801 |
| aty | Martin J. Davis | Office of Thrift Supervision | Harborside Financial Center Plaza Five    Suite 1600 | Jersey City, NJ 07311 |
| aty | Mary Caloway | Buchanan Ingersoll &Rooney PC | 1000 West Street    Ste 1410 | Wilmington, DE 19801 |
| aty | Mary A. DeFalaise | United States Department of Justice | P.O. Box 875    Ben Franklin Station | Washington, DC 20044 |
| aty | Mary E. Augustine | The Bayard Firm | 222 Delaware Avenue    Suite 900    PO Box 25130 | Wilmington, DE 19899–5130 |
| aty | Matthew Barry Lunn | Young, Conaway, Stargatt &Taylor | The Brandywine Building, 17th Floor    1000 West Street    PO Box 391 | Wilmington, DE 19899 |
| aty | Michael Reed | McCreary, Veselka, Bragg &Allen P.C. | P.O. Box 1269 | Round Rock, TX 78680 |
| aty | Michael E. Meyers | Meyers, Rodbell &Rosenbaum, P.A. | 6801 Kenilworth Avenue    Suite 400 | Riverdale Park, MD 20737–1385 |
| aty | Michael G. Busenkell | Eckert Seamans Cherin &Mellot, LLC | 300 Delaware Avenue    Suite 1210 | Wilmington, DE 19801 |
| aty | Michael Gregory Wilson | Hunton &Williams | 951 E. Byrd Street | Richmond, VA 23219 |
| aty | Michael Jason Barrie | Schnader Harrison Segal &Lewis LLP | 824 Market Street    Suite 1001 | Wilmington, DE 19801 |
| aty | Michael R. Lastowski | Duane Morris LLP | 1100 North Market Street    Suite 1200 | Wilmington, DE 19801–1246 |
| aty | Nancy Hotchkiss | Trainor Fairbrook | 980 Fulton Avenue | Sacramento, CA 95825 |
| aty | Nancy A. Connery | Schoeman Updike &Kaufman, LLP | 60 East 42 Street    Suite 3906 | New York, NY 10165 |
| aty | Nancy F. Loftus | Office of the County Attorney | Fairfax County    12000 Government Center Parkway    Suite 549 | Fairfax, VA 22035 |
| aty | Norman M. Monhait | Rosenthal Monhait &Goddess, P.A | 919 Market Street    Suite 1401    Citizens Bank Center | Wilmington, DE 19801 |
| aty | Patrick Joseph Reilley | Saul Ewing LLP | 222 Delaware Avenue    Suite 1200    P.O. Box 1266 | Wilmington, DE 19899 |

| | | | | |
|---|---|---|---|---|
| aty | Pauline K. Morgan | Young, Conaway, Stargatt &Taylor | 1000 West Street, 17th Floor, PO Box 391 | Wilmington, DE 19899–0391 |
| aty | Peter Douglas Bilowz | Goulston &Storrs, P.C. | 400 Atlantic Avenue | Boston, MA 02110 |
| aty | Peter James Duhig | Buchanan Ingersoll &Rooney PC | The Brandywine Building   1000 West Street   Suite 1410, P.O. Box 1397 | Wilmington, DE 19899 |
| aty | R. Fredrick Linfesty | Iron Mountain Information Management Inc | 745 Atlantic Avenue | Boston, MA 649675 |
| aty | Rachel B. Mersky | Monzack &Monaco, P. A. | 1201 Orange St.   Suite 400 | Wilmington, DE 19801 |
| aty | Rafael Xavier Zahralddin–Aravena | Morris James LLP | 500 Delaware Avenue, Suite 1500   P.O. Box 2306 | Wilmington, DE 19899–2306 |
| aty | Raymond Howard Lemisch | Benesch Friedlander Coplan &Aronoff, LL | 222 Delaware Avenue   Suite 801 | Wilmington, DE 19801 |
| aty | Rebecca L. Booth | Morgan Lewis &Bockius | 1701 Market Street | Philadelphia, PA 19103 |
| aty | Regina A. Iorii | Werb &Sullivan | 300 Delaware Avenue   Suite 1300 | Wilmington, DE 19801 |
| aty | Ricardo Palacio, Esq | Ashby &Geddes, P. A. | 500 Delaware Avenue   8th Floor | Wilmington, DE 19801 |
| aty | Richard W. Riley | Duane Morris LLP | 1100 North Market Street   Suite 1200 | Wilmington, DE 19801 |
| aty | Robert E. Greenberg | Friedlander Misler | 1101 Seventeenth Street, NW   Suite 700 | Washington, DC 20036 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg.   1000 West Street, 17th Floor   PO Box 391 | Wilmington, DE 19899–0391 |
| aty | Ronald L. Cohen | Seward &Kissel LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | Russell C. Silberglied | Richards, Layton &Finger | One Rodney Square   P.O. BOX 551 | Wilmington, DE 19899 |
| aty | Samuel B. Garber | General Growth Properties, Inc. | 110 N. Wacker Drive | Chicago, IL 60606 |
| aty | Scott K. Levine | Platzer Swergold Karlin Levine Goldberg | 1065 Avenue of the Americas   18th Floor | New York, NY 10018 |
| aty | Sean D. Malloy | McDonald Hopkins LLC | 600 Superior Ave., E   Suite #2100 | Cleveland, OH 44114 |
| aty | Sharon M Zieg | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg., 17th Floor   1000 West Street   PO Box 391 | Wilmington, DE 19899 |
| aty | Shawn M. Christianson | Buchalter Nemer, P.C. | 333 Market Street, 25th Floor | San Francisco, CA 94105–2130 |
| aty | Sherry Ruggiero Fallon | Tybout, Redfearn &Pell | 300 Delaware Avenue, Ste 1100 | Wilmington, DE 19801 |
| aty | Sheryl L. Moreau | Missouri Department of Revenue | P.O. Box 475   301 W. High Street   Room 670 | Jefferson City, MO 65105 |
| aty | Stephen B. Porterfield | Sirote &Permutt, P.C. | 2311 Highland Avenue, South | Birmingham, AL 35205 |
| aty | Steven K. Kortanek | Womble Carlyle Sandridge &Rice, PLLC | 222 Delaware Avenue, Suite 1501 | Wilmington, DE 19801 |
| aty | Susan R. Fuertes | Aldine Independent School District | 14910 Aldine–Westfield Road | Houston, TX 77032 |
| aty | Tally F. Parker, Jr. | Parker &Marks, P.C. | 1333 Corporate Drive #209 | Irving, TX 75038 |
| aty | Teresa K.D. Currier | Buchanan Ingersoll &Rooney PC | 1000 West St., Ste. 1410 | Wilmington, DE 19801 |
| aty | Terri A. Roberts | Pima County Attorney | 32 North Stone   Suite 2100 | Tucson, AZ 85701 |
| aty | Thomas H. Grace | Locke Liddell &Sapp LLP | 600 Travis St.   Suite 3500 | Houston, TX 77002–3095 |
| aty | Todd Charles Schiltz, Esq | Wolf, Block, Schorr &Solis–Cohen | Wilmington Trust Center   1100 N. Market Street   Suite 1001 | Wilmington, DE 19801 |
| aty | Travis N. Turner | Young Conaway Stargatt &Taylor, LLP | The Brandywine Bldg., 17th Fl.   1000 West Street | Wilmington, DE 19801 |
| aty | Victoria Watson Counihan | Greenberg Traurig, LLP | The Nemours Building   1007 North Orange Street   Suite 1200 | Wilmington, DE 19801 |
| aty | William Novotny | Mariscal, Weeks, McIntyre &Friedlander | 2901 North Centrala Ave., #200 | Phoenix, AZ 85012–2705 |
| aty | William E. Chipman, Jr. | Edwards Angell Palmer &Dodge | 919 North Market Street   Suite 1500 | Wilmington, DE 19801 |
| aty | William F. Taylor | McCarter &English LLP | 919 N. Market Street   Suite 1800, P.O. Box 111 | Wilmington, DE 19899 |
| aty | William G. Wright | Farr, Burke, Gambacorata &Wright PC | 1000 Atrium Way   Suite 401   P.O. Box 669 | Mt. Laurel, NJ 08054 |
| aty | William J. Burnett | Flaster Greenberg | Eight Penn Center   1628 JFK Blvd., 15th Floor | Philadelphia, PA 19103 |
| aty | William Pierce Bowden | Ashby &Geddes | 222 Delaware Avenue   17th Floor | Wilmington, DE 19899 |
| aty | Zachary Mosner | Office of the Attorney General | Bankruptcy &Collections Unit   900 Fourth Avenue   Suite 2000 | Seattle, WA 98164–1012 |

TOTAL: 214