## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC,: | |
| 1 | : Jointly Administered |
| a Delaware corporation, et al., | : **Objection Deadline:** |
| Debtors. | : **November 20, 2007 at 4:00 pm** |
| | : **Hearing Date: November 28, 2007** |
| | :          **at 10:00 am** |

---

TO:  THE UNITED STATES TRUSTEE, ATTORNEYS
     TO THE DEBTOR AND ALL PARTIES ENTITLED TO NOTICE

The Claimants Robin Guertin and Timothy Guertin object to the removal of their claim from state court to the United States Bankruptcy Court, a copy claim being attached hereto and incorporated herein by reference.

The basis of the objection is as follows:

A. All of the claims are matters of state law of the State of South Carolina and should be decided by forum within the State of South Carolina;

B. The Claimants are entitled by state law to have their claim adjudicated by a jury of their peers which they desire.

C. There are multiple Defendants, and other Defendants may not be subject to the jurisdiction of the Bankruptcy.

D. The Claimants should be entitled to have all their claims resolved at one (1) time. The Claimants cannot afford to maintain multiple litigations. The claimants cannot afford to litigate their claim in such a geographically inconvenient forum.

E. All of the evidence and virtually all of the witnesses are located in the State of South Carolina, in or near Kershaw County, including experts. The Bankruptcy

Court of Delaware would be an inconvenient forum to the litigation of this claim.

F.	Several of the claims against the debtor involve falsification and/or fraud and the debtor, as a matter of fairness, should not be entitled to use the Bankruptcy Court to shield it from this type of misconduct.

G.	The claimants, being parties of limited means, are unable to afford to retain the services of additional counsel. The debtor, as a matter of fairness, should not be allowed or entitled to use the bankruptcy process as a sword to thwart the claimant's claims by a divide and conquer mentality and use of its vast assets to change the level playing field upon which the claim is currently being litigated.

_November 13_, 2007

Respectfully submitted,

_____
Jeffrey M. Tzerman
Attorney for the Claimants
Post Office Box 1317
304 Hampton Park
Camden, South Carolina 29020
803-432-8459