IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                       Debtors.                                  :
                                                                 :   **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x   Objection Deadline: December 5, 2007 at
                                                                     4:00 p.m.

## NOTICE OF FILING OF THE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL GARETH S. BENTON, JR.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached ordinary course professional retention affidavit (the "Retention Affidavit") of Gareth S. Benton, Jr. of Century 21 Mountain Properties (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Retention Affidavit, if any, must be filed in accordance with the OCP Order on or before December 5, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Retention Affidavit must also be served upon the following entities on or before the Objection Deadline: (i) the Office of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,

United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the OCP Order.**

Dated: November 15, 2007
      Wilmington, Delaware

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              */s/ Margaret B. Whiteman*
                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Margaret B. Whiteman (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

Suite 200, Irving, Texas 75063.

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Doc. Ref. Nos: 192 & 643 |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [Nevada]        )
                         ) ss:
COUNTY OF [Washoe]       )

[Gareth S. Benton, Jr.], being duly sworn, deposes and says:

1. I am a real estate agent with [Century 21 Mountain Properties] (the "Firm"), which maintains offices at [18603 Wedge Pkwy, Suite F, Reno, NV 89511].

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the I and/or the Firm have provided professional real estate brokerage services to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6214345.2                                                              066585.1001

Debtors. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The current rates for the brokerage services are **[Six Percent (6%) Commission]**. Such rates are subject to increase consistent with the Firm's normal course of its business.

5. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm has identified the following connections:

**See Attached 6 pages**

6. The Firm may have performed real estate services in the past, may currently perform such services, and may perform such services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. To the extent that a selling agent is engaged in a real estate transaction, a percentage of the commission for the sale of such real estate may be shared with the selling agent in accordance with the applicable listing agreement with the Debtors and industry standards. Except with respect to the foregoing, neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents

any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned bankruptcy cases, the Debtors engaged the real estate services of the Firm. [Century 21 Mountain Properties]. The Debtors owe the Firm $[0] for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm *will* waive the pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2007

_____
Affiant

Sworn to and subscribed before me
this _7th_ day of _November_ 2007

_____
Notary Public

JODY CHAN
Notary Public – State of Nevada
Appointment Recorded in Washoe County
My Appointment Expires 5-19-2008
04-89069-2

## American Home Mortgage – OCP Conflict Party List

### Debtors
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc. *(circled)*
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.

### Non-Debtor Affiliates/Client Affiliates
AHM SPV II, LLC
American Home Securites, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

*Handwritten annotation:* "I reviewed the list of parties provided and I represent those which are circled in separate Real Estate listing"

**Debtor's Officers and Directors**
Michael Strauss
John A. Johnston
Nicholas R. Marfino
Michael A. McManus, Jr.
C. Cathleen Raffaeli
Kirstian R. Salovaara
Irving J. Thau
Donald Henis
John A. Manglardi
Ronald L. Bergum
Robert Bernstein
Christopher J. Cavaco
Al Crisanty
Doug Douglas
Thomas J. Fiddler
David. M. Friedman
Kathleen R. Heck
Alan B. Horn
Stephen A. Hozie
Robert F. Johnson, Jr.
Marcia Kaufman
Dena L. Kwaschyn
Richard S. Loeffler
Thomas M. McDonagh
Craig S. Pino
Rick Pishalski
Ron Rosenblatt
Lisa M. Schreiber

**Shareholders**
Michael Strauss
Goldman Sachs Asset Management, L.P.
Munder Capital Management
NWQ Investment Management Company, LLC
CEDE & Co.
Margaret J. Cox Trust
Jack E. Dalton & Janol Lee Dalton
V E Lygrisse Truste
Lois I. Pickett & Lawrence H. Pickett
Michael Rienstra
Lillian M. Schuman
David E. Wallin Trust
Bernard R. Werner & Shirley J. Werner

**Largest Unsecured Creditors**
Deutsche Bank
Wilmington Trust Company
JPMorgan Chase Bank, NA
Countrywide Capital
Bank of American, N.A.
406 Partners
Citigroup
Morgan Stanley
Wells Fargo Bank, N.A.
SunTrust Asset Funding, LLC
Impac Funding Corporation
Bear, Stearns & Co. Inc.
Citigroup Global Markets Realty Corp.
Wells Fargo
Nomura Credit & Capital, Inc.
Liquid Funding, Ltd.
EMC
Greenwich Capital Financial Products, Inc.
Lehman Brothers Inc.
Lehman Commercial Paper Inc.
HSBC Bank
UBS
Lehman Brothers Special Financing, Inc.
FNMA
Washington Mutual Bank, FA
Luminent Mtg (Barclays)
ALS
IndyMac Bank, F.S.B.
Morgan Stanley Capital Services Inc.
Credit Suisse First Boston
GMAC
Triad Guaranty Insurance Corporation
Royal Bank of Scotland plc
ZC Sterling Corporation
American Express
Opteum Financial Services, LLC

**Warehouse Lenders**
Bank of America, N.A.
Barclays Bank plc
Credit Suisse First Boston Mortgage Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities

**Other Adverse Parties**
A&F Construction
ABN AMBRO Bank N.V.
ABN AMBRO Bank
All Pro Mortgage
American Corporate Record Center
American Stock Transfer & Trust Company
AON Consulting
AT&T
AT&T Corp.
Banc of America Securities, LLC
Bank of New York
Barclays Bank plc
Barclays Capital
Bexar County
Calyon New York Branch
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company
Cedar Hill City, Carroll ISD, Arlington ISD
Citibank
Citigroup Global
Corporate Cubes LLC
County of Denton
CSHV Southpark LLC
Dallas County
De Lage Financial Services, Inc.
Diversified Commercial Investments
Duke University Federal Credit Union
EHED, LLC
Elite Lending Partners
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance/Empire Blue Cross
Fannie Mae
Federal Home Loan Mortgage Corp.
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
GMAC
GNMA
Greenwich Capital Markets, Inc.
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
John Flately and Gregory Stoyle, Trustees 1993 Flatley Family Trust
Lewisville ISD, Garland IS, Carrollton-Farmers Independent ISD
MaineHousing

MassHousing
Merrill Lynch Pierce Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase; Mortgage First Ltd; Showcase of Agents, LLC
Natixis Real Estate Capital Inc.
ORIX Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Center LLC
Rexco, LLC
Skyview Marketing, LLC
Societe Generale
Sovereign Bank
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey Funding, LLC
TPRF/THC HavenPark, LLC
Transwestern
UBS Securities
UBS Securities, LLC
United Guaranty Services, Inc.
~~Wachovia Bank, N.A.~~
Washington Mutual
~~WestLB AG~~
Westfield Mortgage, LLC
WLR Recovery
ZC Real Estate Tax Solutions
Zurich American Insurance Company

**Professionals of the Debtor**
Young Conaway Stargatt & Taylor, LLP
Kroll Zolfo Cooper
Milestone Advisors, LLC
Kekst & Company, Inc.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Cadwalader, Wickersham & Taft, LLP
Phoenix Capital, Inc.

**United States Trustee**
Kelly Beaudin Stapelton, U.S. Trustee
Andrew Vara, Assistant U.S. Trustee

**United States District Court Judges for the District of Delaware**
Hon. Sue L. Robinson
Hon. Joseph J. Farnan, Jr.
Hon. Gregory M. Sleet

**United States Bankruptcy Court Judges for the District of Delaware**
Hon. Mary F. Walrath
Hon. Kevin J. Carey
Hon. Judith K. Fitzgerald
Hon. Kevin Gross
Hon. Brendan L. Shannon
Hon. Christopher S. Sontchi
Hon. Peter J. Walsh