IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                            :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                    Debtors.                                     :
                                                                 :  **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x  Objection Deadline: December 5, 2007 at
                                                                    4:00 p.m.

## NOTICE OF FILING OF THE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL LAW OFFICE OF JAMES M. SCAVO

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014

Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business

Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached

ordinary course professional retention affidavit (the "Retention Affidavit") of James Scavo of Law Office

of James Scavo (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Retention Affidavit, if any,

must be filed in accordance with the OCP Order on or before December 5, 2007 at 4:00 p.m. (ET) (the

"Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market

Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Retention Affidavit

must also be served upon the following entities on or before the Objection Deadline: (i) the Office of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,

United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank

Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii)

counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and

Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' postpetition lender, (v) the

Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-

1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

   PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually

resolved, then the objection shall be scheduled for hearing before the Court at the next regularly

scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

   PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the

Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with**

**the firm that submitted the Retention Affidavit after complying with the other procedures**

**contained in the OCP Order.**

Dated:  November 15, 2007
   Wilmington, Delaware

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      James L. Patton, Jr. (No. 2202)
      Joel A. Waite (No. 2925)
      Pauline K. Morgan (No. 3650)
      Sean M. Beach (No. 4070)
      Matthew B. Lunn (No. 4119)
      Margaret B. Whiteman (No. 4652)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

      Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | :    **Chapter 11** |
| | : |
| **AMERICAN HOME MORTGAGE,** | :    **Case No. 07-11047 (KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : |
| | :    **Jointly Administered** |
| | : |
| **Debtors.** | : |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF ILLINOIS      )
                              )    ss:
COUNTY OF DUPAGE    )

       **James M. Scavo**, being duly sworn, deposes and says:

           1. I am the **Principal Attorney** of the Law Office of **James M. Scavo**

(the "Firm"), which maintains offices at **907 N. Elm Street, Suite 100, Hinsdale,**

**Illinois, 60521.**

           2. This Affidavit is submitted in connection with an Order of the United

States Bankruptcy Court for the District of Delaware, entered on or about September 7,

2007, authorizing the above-captioned debtors and debtors in possession (collectively, the

"Debtors") to employ and compensate certain professionals in the ordinary course of

business during the pendency of these chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland Corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland Corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland Corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AMH Ventures), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); The Great Oak Abstract Corporation ("Great Oak"), a New York Corporation (8580). The address for all the debtors is 538 Broadhollow Road, Melville, NY 11747 except for AHM Servicing , whose address is 4600 Regent Blvd., Suite 200, Irving, TX 75063.

3. Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as **attorneys in connection with foreclosure proceedings.** The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are $150-$200 per hour. However for most of the services described above the firm charges flat rates in accordance with the approved fee schedules for such investors as FNMA, FHLMC, or FHA.. In the normal course of its business, the Firm revises its billing rates in the first quarter of each year and requests that, effective **March first** of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

**In the past the firm has represented the following entities or their related entities or servicers in connection with bankruptcy, foreclosure, building court, real estate or related proceedings: Deutsche Bank, Wilmington Trust Company, JP Morgan Chase Bank, NA, Bank of America, NA, Citigroup, Wells Fargo Bank, NA, Suntrust**

Mortgage, Inc., Bears, Stearns, & Co./EMC Mortgage, Lehman Capital; HSBC Bank, FNMA, Washington Mutual Bank, FA; IndyMac Bank, F.S.B., Morgan Stanley Capital, Credit Suisse First Boston, GMAC, Barclays Capital Real Estate Inc., ABN AMRO Bank, Citibank, Federal Home Loan Mortgage Corporation, First American GNMA, Merrill Lynch; Sovereign Bank, Wachovia Bank/Wachovia Mortgage; and Washington Mutual.

6.      The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

8.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.      Prior to the filing of the above-captioned cases, the Firm WAS employed by the Debtors. The Debtors owe the Firm $1,576.00 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm WILL NOT waive the pre-petition claim.

10.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

11.    I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2007

Affiant – James M. Scavo

Sworn to and subscribed before me
this 14th day of November, 2007

Notary Public

"OFFICIAL SEAL"
MARIE JOHANIK-GUZZO
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/17/2010