# Forensic Document Examiners, Inc.

July 10, 2007

Cutisha Cauthorne
5417 Silver Maple Lane
Fredericksburg, VA 22407

RE: Document Examination

Dear Ms. Cauthorne,

I have reviewed the documents you sent to my office. At your request I have examined and compared the signatures of Cutisha T. Cauthorne on the following documents. You have asked me to determine if the signature on the document captioned as the Questioned Document is genuine.

**QUESTIONED DOCUMENT:**

Q-1:   Truth-in-Lending Disclosure Statement containing the questioned signature of C.T. Cauthorne, dated 11/27/06. Copy.

**EXEMPLARS:**

K-1:   Settlement Statement containing the known signature of C.T. Cauthorne, not dated. Copy.

K-2:   Adjustable Rate Note consisting of seven pages containing the known signature of C.T. Cauthorne on page seven, dated 11/27/06. Copy.

K-3:   Adjustable Rate Rider consisting of five pages containing the known signature of C.T. Cauthorne on page five. dated 11/27/06. Copy.

K-4:   Prepayment Rider to Security Instrument consisting of two pages containing the known signature of C.T. Cauthorne on page two, dated 11/27/06. Copy.

K-5:   5 Year Fixed Payment 12-Month MTA Index Power Arm Disclosure consisting of four pages containing the known signature of C.T. Cauthorne on page four. dated 11/27/06. Copy.

K-6:   Notification to Virginia Mortgage Loan Applicants containing the known signature of C.T. Cauthorne, dated 11/27/06. Copy.

K-7:   HumRRo Human Resources Research Organization Individual Time Sheet containing the known signature of C.T. Cauthorne, for the following: All are copies.
a. Employee #351 for the pay period of 10/31/06-11-29-06.
b. Employee # 299 for the pay period of 10/31/06-11/29/06.
c. Employee # 198 for the pay period of 10/31/06-11/29/06.

Cutisha Cauthorne
July 10, 2007
Page 2 of 2

**EXAMINATION CONDUCTED**

An examination following standard procedures was made of the questioned signature and the signatures verified to be those of Cutisha Cauthorne to determine if the questioned signature is genuine. The signatures were examined and compared using magnification.

**CONCLUSION:**

Based on the documents submitted, the evidence supports my opinion to a reasonable degree of scientific certainty that the signature of Cutisha Cauthorne that appears on the Questioned Document is not genuine.

**COMMENTS:**

In order to establish that a questioned signature was written by a particular person, an examination with known genuine signatures must show substantial agreement in sufficient handwriting characteristics to identify the maker and eliminate the possibility of any other writer. The handwriting characteristics that are evaluated include line quality, pressure patterns, rhythm, slant, size and proportions, utilization of space and spacial alignment, initial and terminal strokes, writing speed, legibility, skill level, letter forms, types of connectors, method of construction, and pattern formations.

Any significant unexplainable differences will be sufficient to eliminate the writer. There are significant differences between the questioned signature and the exemplars.

I would like to review the original questioned document.

Please notify me as soon as you have obtained a court date so I can place that date on my court schedule. My staff has prepared exhibits to graphically demonstrate how I came to my opinion in this case. These exhibits will be used to support my opinion in court or deposition.

Attached is a copy of my current statement of qualifications that sets forth my background and experience that qualifies me to undertake the examination requested and render the opinions given in this report.

If you have any questions, please do not hesitate to contact me and I shall be prepared to go into greater detail.

Sincerely,

Katherine Mainolfi Koppenhaver
Certified Document Examiner

KMK\clv
Enclosure
cc: John C. Warley

# Forensic Document Examiners, Inc

## OFFICIAL DECLARATION

1. I understand that my overriding duty is to the court both in preparing reports and in giving oral evidence.

2. I have set out in my report what I understand from those instructing me to be the questions in respect of which my opinion as an expert are required.

3. I have done my best, in preparing this report, to be accurate and complete. I have mentioned all matters which I regard as relevant to the opinions I have expressed. All of the matters on which I have expressed an opinion lie within my field of expertise.

4. I have drawn to the attention of the court all matters, of which I am aware, which might adversely affect my opinion.

5. Wherever I have no personal knowledge, I have indicated the source of factual information.

6. I have not included anything in this report which has been suggested to me by anyone, including the lawyers instructing me, without forming my own independent view of the matter.

7. Where, in my view, there is a range of reasonable opinion, I have indicated the extent of that range in my report.

8. At the time of signing the report I consider it to be complete and accurate. I will notify those instructing me if, for any reason, I subsequently consider that the report requires any correction or qualification.

9. I understand that this report will be evidence that I will give under oath, subject to any correction or qualification I may make before swearing to its veracity.

I believe that the facts I have stated in this report are true and that the opinions I have expressed are correct.

July 10, 2007
Date

Katherine Mainolfi Koppenhaver, CDE, Diplomate

P. O. Box 324    Joppa, Maryland 21085    410-679-8257

Fax: 410-538-8548    www.forensicdocumentexaminers.com    Va 703-671-7347

Katherine Mainolfi – Certified Document Examiner
P.O Box 324, Joppa, Md 21085 (410) 679-8257

## CURRICULUM VITAE

**CERTIFICATION** Certified by the National Association of Document Examiners (NADE) 1986
**BOARD CERTIFIED** Board Certified by the Board of Forensic Document Examiners (BFDE) 2004
**DIPLOMATE** Awarded Diplomate Status by NADE in 1996
**PROFICIENCY RATING** Participated in Proficiency Testing through Latrobe University with 96% accuracy

**COURT-QUALIFICATIONS** Testified in court and deposition over 350 times in:

| | |
|---|---|
| U. S. District Court for Maryland | Circuit Court of Calvert County |
| U. S. District Court of Virginia | Circuit & Orphans Court of Cecil County |
| United States Court of Federal Claims, Wash., DC | Circuit Court of Washington County |
| Tribunal of Gothenberg, Sweden | Circuit Court of Wicomico County |
| Regional Trial Court of Makati City, Manila | Circuit Court of Somerset County |
| Superior Court of the District of Columbia | Orphan's Court of Charles County |
| Superior Court of Sussex County, Georgetown, DE | District Court of Queen Anne's County |
| Superior Court of Madison County, New York | Circuit Court of Montgomery County |
| Civil District Court for Parish of New Orleans, LA | District Court of Worchester County |
| Probate Court of Clark County, Las Vegas, Nevada | Alcohol Beverage Control Board, Washington DC |
| Circuit Court of Alexandria, Virginia | American Arbitration Association |
| Circuit Court of Arlington County, Virginia | Arbitration Hearing in Rehoboth, Delaware |
| Circuit Court of Fairfax County, Virginia | American Labor Arbitration Board |
| Circuit Court of Fauquier County, Warrenton, VA | Board of Law Examiners for Maryland |
| District Court of Manassas, Manassas, Virginia | Inquiry Panels for Attorney Grievance Commission |
| Circuit Court of Norfolk, Virginia | Maryland Vehicle Administrative Hearings |
| Circuit, District, Orphans Court of Anne Arundel Co. | NASD Arbitration & Securities Arbitration Board |
| Circuit, District, Orphans Court of Baltimore City | Unemployment Hearings, Baltimore City & County |
| Circuit, District, Orphans Court of Baltimore County | Depositions: Bexar County, San Antonio, Texas, |
| Circuit, District, Orphans Court of Carroll County | Corpus Christi, Texas and Houston, Texas, |
| Circuit, District, Orphans Court of Howard County | San Francisco, California, and Woodbury, NJ |
| Circuit, District, Orphans Court of Prince George Co. | General Court Martial, First Judicial Court, APG |

**TYPES OF CASES**
I have given opinions on cases involving suspect signatures, disputed wills, poison pen letters, graffiti, industrial espionage, altered medical records, check mark identification, sequence of writing, embezzlement, typewritten documents and disguised handwritings since 1983. I have examined over 2100 cases in the past 24 years.

**FORMAL EDUCATION**
- Harford Community College with Associate of Applied Science in Criminal Justice with highest honors.
- Questioned Document Course at Northern Virginia Community College, & George Washington University.

**SPECIALIZED TRAINING**
- Attended Seminars sponsored by NADE on questioned documents annually since October 1982.
- *Handwriting Identification* by Judith Housley, CDE & Jeanette Farmer, July 24 & 25, 1989, Wash. DC.
- *Ink and Paper Analysis* by Albert H. Lyter III of Federal Forensic Associates, Philadelphia, Pennsylvania.
- *Document Examination Seminar* by Marcel Matley and Ted Widmer, 1992, San Francisco, California.
- National Handwriting Seminar, American Board of Forensic Examiners, Aug. 5-9, 1993, Branson, MO.
- National Academy of the American Board of Forensic Examiners, Aug. 4-7th, 1994, Branson, MO.
- Association of Forensic Document Examiners Seminar, Sept. 9-11, 1994, Las Vegas, NV.
- American Board of Forensic Examiners, Expert Witnessing, 7 credit hours, Feb. 22, 1995, Honolulu, HI.
- AFDE & International Graphonomics Society Symposium, August 7-11, 1995, London, Ontario Canada.
- International Association of Questioned Document Examiners (IAQDE), Sept. 28th, 1995, Kansas City, Kansas.
- Court Testimony Professional Development Seminar for Document Examiners by Larry Ziegler, 10/2/96.
- Forgery Investigators Association of Texas Seminar, April 18, 1997, Georgetown, Texas.
- Holistic Analysis: Physiological & Psychological Foundations, Forensic Applications, Marcel Matley, 8/8/99.
- American Academy of Forensic Science, QD General Sessions (1993, 1995, 1996, 1997, 2004)
- Mid-Atlantic Association of Forensic Scientists, Questioned Document Sessions (1993 thru 1998)
- The National Forensic Center Conferences (NFC) ( 1991, 1992, 1995 thru 1997)
- Economic Crime Summit, May 9-12, 1999 in Orlando, Fl & May 7-10, 2000 in Austin, Texas
- IAQDE Annual Educational Seminar, Sept. 24-28, 2002, Sarasota, FL
- AFDE & IGS Symposium, November 2-5, 2003, Phoenix Arizona & October 20-23, 2004, Rochester, New York
- SEAK, June 17-18, 2005 Cape Cod.
- AFDE Symposium, October 26-29, 2005 San Antonio, TX         **67 Seminars and Workshops attended.**

**SEMINARS PRESENTED** – 65 with at least 22 being one full day.
- *Signature Verification and Forgery Alert* for bank tellers through the American Institute of Banking.
- *How To Be A Credible Witness*, Towson State University. Harford and Essex Community Colleges.
- *Business of Document Examination*, Seminar by Handwriting Services of California, 1992.
- *Portable Questioned Document Equipment*
  National Handwriting Seminar of the American Board of Forensic Handwriting Analysts, Aug. 9. 1993.
- *Document Examination Workshop*. AHAF. Los Angeles. CA, October 9, 1993.
- *Disguised Writing*. National Academy of the American Board of Forensic Examiners. Aug. 4. 1994.
- *Qualifying As An Handwriting Expert*. Beverly Hills. CA, March 18, 1995.
- *Reducing Losses from Forged and Fraudulent Checks*, Dallas, Texas, June 15. 1995.
- *Qualifying As An Expert Witness*, Dallas, Texas. June 17, 1995.
- *Handprinting*. National Academy of the American Board of Forensic Examiners. Aug. 4. 1995.
- *Check Identification and Classification for Law Enforcement Officers*.
  Dallas. Texas. June 12. 1995; Houston, Texas. August 15, 1995: Oklahoma City. OK. May 21. 1996.
- *Document Examination Workshop*. AHAF. Tucson, Arizona, October 21. 1995.
- *Technical Advances for Questioned Document Examiners*. NFC. San Diego. California, November 4, 1995.
- *Winning Tactics at Deposition & Detecting Technologically Produced Fraudulent Documents*. NFC, CA.
- *Exhibit Preparation and Handling in Court*, NFC, Tampa, FL.. Nov. 7. 1997.
- *The Business of Document Examination*, AHAF, Denver, CO, Aug. 5. 1999.
- *Desktop Forgery through Scanning*. ASIS. Orlando, FL. Sept. 11. 2000 and Nov. 21. 2000 Balto. Chapter.
- *The Handwriting of the Blind, A Case Study*. IAQDE. Sarasota . Florida, September 28, 2002.
- *Presenting A Professional Image*, Santa Monica, California, July 20. 2003.
- *Painting Word Pictures*, AHAF Conference. Costa Mesa, California July 25,2003
- *Court Procedures*. The School of Forensic Document Examination, Oct 15-17 2004. Dallas, TX
- *Supporting Your Opinion*. The School of Forensic Document Examination. Oct 14th & 15th. 2005

**FOR THE NATIONAL QUESTIONED DOCUMENT EXAMINERS ASSOCIATION**
- Dallas. Texas Nov. 15. 1992.
- Kansas City, MO. June 11 & 12, 1994.
- Shawnee Mission. KS. November 7 & 8th, 1996.
- Dallas. TX, January 11, 1996 & January 9th, 1997.
- Dallas. Texas, March 17th & 18th, 2001
- Atlanta, Georgia on Sept. 18 & 19. 1993.
- Dallas, Texas. June 10-11th. 1995.
- Dallas, Texas, March 1 & 2nd, 1997.
- Dallas. Texas. March 18 & 19th. 2000

**TOPICS INCLUDE:** *Check Points, Principles of Document Examination, Multiple Personalities and Other Identity Problems. Identifying Handprinting, The Telltale Dot and Trash Marks, and Semantics*

**LECTURES PRESENTED AT NADE CONFERENCES**
- *Case of A Promissory Note*, 1987.
- *Evaluating Evidence*, 1990
- *Red Flags*. 1994.
- *PreConference Workshop*, 1997.
- *Workshop on Qualifying as an Expert*, 1998
- *Development of Children's Handwriting*, 2000
- *Bond Salon Training in Cross-Examination*, 2001
- *How not to Testify*, 2004
- *A Systematic Examination of Handwriting* 2006
- *Evidence*, 1989.
- *Impeaching the Expert Witness*, 1992
- *Our Profession and It's Problems*, 1995
- *Hired to Criticize, An Ethical Problem*, 1997
- *Demonstrative Evidence*, 1999
- *Professional Panic*, 2002
- *Distinguishing Between Disguise & Simulation*, 2003
- *Handling Criticism* 2005

**PAPERS PRESENTED**
- *Disguised Writing in Anonymous Writing Cases*
  International Graphonomics Society. London. Ontario. Canada, August 10, 1995.

**BOOKS PUBLISHED**
- *Evaluating Evidence*. 1990
- *The Business of Document Examination*, 1991, Revised 1997
- *How To Be A Credible Witness or Taking the Fear Out of Testifying*. 1992
- *A Selection of International Penmanship Systems*, 1993
- *Demonstrative Evidence*, 1996
- *Scientific Document Examination Manual*. 1997
- *Book Reviews*
- *How to Qualify As an Expert Witness*
- *Attorney's Guide to Document Examination*, Quorum Books, Greenwood Publishers, 2002
- *Forensic Document Examination, Principles and Practices*, Humana Press. 2007.

DOCUMENT EXAMINATION COURSE WRITTEN
- Commissioned to write the Forensic Document Examination Correspondence Course for the National Questioned Document Examiners Association in Texas. Completed and copyrighted in 1994.

ARTICLES PUBLISHED IN THE NADE JOURNAL - 35 articles published:
- *Do's and Don't's for Accuracy in Suspect Document Cases*, August 1983, also in The Daily Record on March 2, 1983.
- *Qualifying as an Expert in Court*. Nov. 1987.
- *Handling Cross Examination*, May 1988.
- *Evidence*. November 1989.
- *Preparing Court Exhibits*. February 1990.
- *Identifying Class Characteristics vs Individual Characteristics*, February 1990.
- *Disguised Writing*, May 90.
- *Letter of Opinion*, May 90.
- *Working with Lawyers & Their Clients*, Aug. 90.
- *Evaluating Evidence - A Systematic Examination of Handwriting Characteristics in Suspect Document Cases*. November 1990.
- *How To Be A Credible Witness*, February 1991.
- *Interpreting the Writing Movement for Identification Purposes*, May, 1991.
- *Reducing Losses from Forged and Fraudulent Checks*. August, 1991.
- *Desktop Forgery*. August, 1991.
- *The Karlene Ann Griffith Case*. November 1991.
- *The Techniques of Cross-Examination*. May 1992.
- *The Elements of Fraud*, August 1992.
- *Handwriting Systems of the World*, Nov. 1992.
- *Impeaching the Expert*. November 1992.
- *Fundamental Truths About Handwriting*, April '93
- *Equipping Your Document Laboratory*. Nov 1993.
- *The Jack the Ripper Diary*, February 1994.
- *Principles of Handwriting Identification*. July 94.
- *Handprinting*, July 1994.
- *The TellTale Dots*. December, 1994.
- *Detecting Erasures in Pen and Pencil Writing*, Spring, 1995.
- *Deposition Testimony*. Spring 1996.
- *Principles of Identification*. December 1996
- *The Care & Preservation of Documents*. 1997
- *Descriptive Terminology*, Spring 1998
- *Why Document Examiners Disagree*, Winter 1998
- *Examination of a Passport*, Summer 1999
- *Demonstrative Evidence*, Spring 2000
- *Enough Exemplars*, Fall 2000
- *The Road to Graphic Maturity*, Summer 2001
- *Distinguishing Between Disguise & Simulation*, 2003

OTHER PUBLICATIONS
- Editor of the *Communique*, bi-monthly newsletter for NADE since 1990.
- Was Co-Editor of *The NADE Journal* published 3-4 times a year through 1998.
- *Collecting Documents in Questioned Document Cases*, The MISA Messenger, Vol. 5, No. 7, July 1997
- *The Care and Preservation of Documents*, The MISA Messenger, Vol. 5, No. 8, August, 1997
- *From Graphology to Document Examination*, The Vanguard, January-March 2000.
- *The Document Examiner*. The Vanguard, July-September, 2000.
- *Qualifying As An Expert In Court*, The Vanguard, April - June 2001.
- *Presenting Testimony in Court*, The Vanguard, July - September 2001.
- *How To Help Consumers & Businesses Deter Document Forgery*, White Collar Crime Fighter, 7/00.
- *Outsmarting Today's High Tech Forgers and Counterfeiters*, White Collar Crime Fighter, 6/04
- *New High-Tech Tools for Busting Forgers and Counterfeiters*, White Collar Crime Fighter, 10/04.

ARTICLES PUBLISHED IN THE DAILY RECORD
- *Executive Order Provides Reforms To Improve Efficiency in Federal Court* on February 11, 1992.
- *Impeaching Experts on the Stand* on March 16, 1992.
- *Attorneys Should Ask Themselves Questions When Choosing Expert* on Sept. 5, 1992.
- *Careful Research Necessary Before Engaging in Cross-Examination* on Oct. 20, 1992.

MEMBERSHIPS and AWARDS
- National Association of Document Examiners since 1982.
  President of NADE 1990 -1994. Re-elected President 2000 - 2005.
- NADE Document Examiner of the Year in 1991.
- Expert Witness Institute. London, England (EWI) since 2001.
- American Society for Industrial Security (ASIS)
- Fraud Investigators Association of Texas, formerly Forgery Investigators Association of Texas (FIAT) since 1996.
- Maryland Investigators and Security Association (MISA).
- ASTM Main Committee 30 – Sub Committee 02 Questioned Document Section since 2004.
- Volunteer of the Year Award 2001 by the Maryland Volunteer Lawyers Service.

RESEARCH
- At the Handwriting Analysis Research Library in Greenfield, Massachusetts
- At the Baltimore Law Library, Towson State University, New York Research Library, Library of Congress, Peabody Institute, University of Maryland Resource Library, Enoch Pratt Library, Baltimore County Libraries.

July 10, 2007