**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case Number 07-11047 (CSS) |
| *et. al.*, ) | |
| ) | |
| Debtors. ) | **Objections Due By:** TBD |
| ) | **Hearing Date:** TBD |

**ORDER GRANTING EMERGENCY MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

Upon the emergency motion (the "Motion") of Cutisha Cauthorne ("Movant"), for relief from the automatic stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified in order to permit Movant to initiate her claims against the Debtor (as defined in the Motion); and to satisfy any judgment awarded or settlement reached from the Debtors' insurance; and

**IT IS FURTHER ORDERED** that Movant may not pursue the Debtor for any judgment in her favor, other than from the Debtor's available insurance, without first seeking a further modification of the automatic stay, except as might be permitted by existing and future orders of this Court (including, but not limited to, any plan or plans of reorganization which may be confirmed in the above-captioned bankruptcy cases).

Dated: _____            _____
                                          The Honorable Christopher S. Sontchi
                                          United States Bankruptcy Judge