# **CERTIFICATE OF SERVICE**

I, _____Daniel K Hogan_____, certify that I am not less than 18 years of age; and that service of the Notice of Emergency Motion and a copy of the Emergency Motion of Cutisha Cauthorne for an Order For Relief from Automatic Stay Under § 362 of the Bankruptcy Code was made on November 16, 2007, upon:

**Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 16, 2007           */s/Daniel K. Hogan*_____
                                   Daniel K. Hogan (DE #2814)
                                   THE HOGAN FIRM
                                   1311 Delaware Avenue
                                   Wilmington, Delaware  19806
                                   Telephone: (302) 656-7540
                                   Facsimile: (302) 656-7599
                                   Attorney for Nina Escoto