**COMPOSITE EXHIBIT F**

**INVOICES**

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432588
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0110 #1001379353AH v. ANDERSON

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services $300.00

**TOTAL AMOUNT DUE** **$300.00**

============

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 Fax: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 4, 2007
Invoice: 430070
Page 1

For Services Rendered Through September 4, 2007
Matter # 214971.0131 #1001404984AH v. Abraham Salinas

| | | |
|---|---|---|
| 09/04/07 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence | $300.00 |

Total Fees for Professional Services          $300.00

**TOTAL AMOUNT DUE**          **$300.00**

========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 4, 2007
Invoice: 430067
Page 1

For Services Rendered Through September 4, 2007
Matter # 214971.0077 #1001167791AH v. GLYNIS C. KNOX

| | | |
|---|---|---|
| 09/04/07 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

============

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

September 4, 2007
Invoice: 430064
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through September 4, 2007
Matter # 214971.0104 #1001521118AH v. PENA

| | | |
|---|---|---|
| 09/04/07 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence | $300.00 |

Total Fees for Professional Services          $300.00

**TOTAL AMOUNT DUE**          **$300.00**

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432589
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0082 #1001416261AH v. CRUZ

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services  $300.00

**TOTAL AMOUNT DUE**  **$300.00**

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

September 17, 2007
Invoice: 432578
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through September 17, 2007
Matter # 214971.0140 #100155655AH v. ISAEL A. SOUSA

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services $300.00

**TOTAL AMOUNT DUE** **$300.00**

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 8, 2007
Invoice: 430928
Page 1

For Services Rendered Through September 8, 2007
Matter # 214971.0120 #1000854622AHM v. David Souza

| | | |
|---|---|---|
| 09/08/07 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services     $300.00

**TOTAL AMOUNT DUE**     **$300.00**

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

September 17, 2007
Invoice: 432586
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through September 17, 2007
Matter # 214971.0139 #1001440196AH v. FERNANDEZ, JORGE

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |
| | | =========== |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

September 17, 2007
Invoice: 432570
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through September 17, 2007
Matter # 214971.0119 #1001442199AHM v. Maria F. Marin

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

==========

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432577
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0115 #1001487873AH v. Jose Serpa

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

September 17, 2007
Invoice: 432580
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through September 17, 2007
Matter # 214971.0132 #1001239857AH v. Clifford Chevallier

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432581
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0125 #1001072523 AHM v. Ruth Intermaggio

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services $300.00

**TOTAL AMOUNT DUE** $300.00
============

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432582
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0079 #1001278801AH v. VLASATY, NATHAN

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432584
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0135 #1001614388AH v. Steven M. Rosenberg

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services          $300.00

**TOTAL AMOUNT DUE**          **$300.00**

==========

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 17, 2007
Invoice: 432585
Page 1

For Services Rendered Through September 17, 2007
Matter # 214971.0101 #1001444160AH v. DEBLASIO

| | | |
|---|---|---|
| 09/17/07 | Title search review, reivew hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |

**TOTAL AMOUNT DUE**          **$300.00**
===========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

September 6, 2007
Invoice: 430492
Page 1

For Services Rendered Through September 6, 2007
Matter # 212971.0486 #1001064507AH v. JILLIAN GIBSON

| 09/06/07 | Monitor | $200.00 |
|----------|---------|---------|

Total Fees for Professional Services    $200.00

**TOTAL AMOUNT DUE**    **$200.00**

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

September 6, 2007
Invoice: 430419
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through September 6, 2007
Matter # 212971.0263 #1000974500 v. BRUTUS, Therese

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/07 | Monitor | $250.00 |

Total Fees for Professional Services        $250.00

**TOTAL AMOUNT DUE**        **$250.00**

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

September 19, 2007
Invoice: 432909
Page 1

For Services Rendered Through September 19, 2007
Matter # 212971.0573 #1001136692AH v. HUYNH, Tuan Q.

| 09/19/07 | Monitor Senior Lien | $200.00 |
|---|---|---|
| | Total Fees for Professional Services | $200.00 |
| | **TOTAL AMOUNT DUE** | **$200.00** |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

September 6, 2007
Invoice: 430418
Page 1

For Services Rendered Through September 6, 2007
Matter # 212971.0719 #1001550433AHM v. Ramon Gonzalez

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/07 | Monitor | $200.00 |
| | Total Fees for Professional Services | $200.00 |
| | **TOTAL AMOUNT DUE** | **$200.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 12, 2007
Invoice: 1008-PPB
Page 1

For Services Rendered Through September 12, 2007
BANKRUPTCY
Matter # 213262.0077 AHM vs. DENNIS, PAUL A. #1001124802
Case#07-06207

| | | |
|---|---|---|
| 08/25/07 | File Proof of Claim | $300.00 |
| | **Total Fees for Professional Services** | **$300.00** |
| | **TOTAL AMOUNT DUE** | **$300.00** |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134·6012
PHONE: (305) 460·1000 FAX: (305) 460·1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 26, 2007
Invoice: 1014-PPB
Page 1

For Services Rendered Through September 26, 2007
Bankruptcy plus hard costs
Matter # 213262.0075 AHM VS. OSMANSON, DUSTIN - LOAN# 1001315664
Case#07-11582

| | | |
|---|---|---|
| 09/24/07 | Monitor Bankruptcy | $50.00 |

| | |
|---|---|
| **Total Fees for Professional Services** | **$50.00** |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$50.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 26, 2007
Invoice: 1010-PPB
Page 1

For Services Rendered Through September 26, 2007
bankruptcy plus hard costs
Matter # 213262.0081 AHM vs. BREEDEN, TOMMIE LEE  LN#1001512915
Case#07-30687

| | | |
|---|---|---|
| 09/19/07 | Motion for Relief from Stay | $650.00 |
| | **Total Fees for Professional Services** | **$550.00** |
| | Costs Incurred | |
| 09/19/07 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | $150.00 |
| | **TOTAL AMOUNT DUE** | **$800.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 26, 2007
Invoice: 1011-PPB
Page 1

For Services Rendered Through September 26, 2007
BANKRUPTCY PLUS HARD COST.
Matter # 213262.0084 AHM vs. SOSA, RAMON    #1001510729
Case#07-16074

| | | |
|---|---|---|
| 10/23/07 | Relief from Stay Obtained | $650.00 |
| | **Total Fees for Professional Services** | **$550.00** |

### Costs Incurred

| | | |
|---|---|---|
| 09/24/07 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | $150.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$800.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 26, 2007
Invoice: 1012-PPB
Page 1

For Services Rendered Through September 26, 2007
BANKRUPTCY PLUS HARD COST
Matter # 213262.0083 AHM vs. PEREZ, JENNIFER   #1001139414
Case#07-03334

| | | |
|---|---|---|
| 10/18/07 | Relief from Stay Obtained | $650.00 |
| | **Total Fees for Professional Services** | **$550.00** |

Costs Incurred

| | | |
|---|---|---|
| 09/24/07 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |

**TOTAL AMOUNT DUE**     **$800.00**

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

September 26, 2007
Invoice: 1013-PPB
Page 1

For Services Rendered Through September 26, 2007
bankruptcy plus hard costs
Matter # 213262.0082 AHM VS. PEREZ, JENNIFER L. / LOAN#1001346588
Case#07-03334

| | | |
|---|---|---|
| 09/24/07 | Relief from Stay Obtained | $650.00 |
| | **Total Fees for Professional Services** | **$550.00** |
| | <u>Costs Incurred</u> | |
| 09/24/07 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 16, 2007
Invoice: 436210
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0073 #1000915599AH v. ISBELIA Q. BRESTLE

| | | | |
|---|---|---|---|
| 09/06/07 | Review file in preparation for hearing. | | |
| | | EMYE | 1.00 hrs. |
| 09/08/07 | Review Court docket;  prepare for hearing on Motion for Summary Judgment;  prepare memo to Gregg Ahrens. | | |
| | | DMR | 0.60 hrs. |
| 09/09/07 | Prepare updated memo to Gregg Ahrens. | | |
| | | DMR | 0.30 hrs. |
| 09/10/07 | Receive and review Affidavits in Opposition to Motion for Summary Judgment; conference with Gregg Ahrens re: same and hearing results; e-mail Traynard Jackson re: entry of Final Judgment. | | |
| | | DMR | 0.80 hrs. |
| 09/10/07 | Prepare for and attend hearing on Motion Summary Judgment. | | |
| | | GXA | 2.00 hrs. |

## Summary of Fees

|       | Hours | Rate/Hr. | Dollars  |
|-------|-------|----------|----------|
| DMR   | 1.70  | 225.00   | $382.50  |
| GXA   | 2.00  | 250.00   | $500.00  |
| EMYE  | 1.00  | 185.00   | $185.00  |

Total Fees for Professional Services       $1,067.50

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $1,067.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $1,067.50 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 16, 2007
Invoice: 436212
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0189 #1001222605AH v. TOMAS DIAZ

| | | | |
|---|---|---|---|
| 09/04/07 | Receive and review e-mail from Cynthia Ramos re: deposition results; receive and review proposed Stipulation. | | |
| | DMR | 0.40 hrs. | |
| 09/05/07 | Conference with Gregg Ahrens re: subordination of Costa mortgage; e-mail Cynthia Ramos re: same; e-mail Traynard Jackson to ascertain if American Home holds second mortgage; receive and review correspondence, Notice of Cancellation of Hearing, and Stipulation. | | |
| | DMR | 0.80 hrs. | |
| 09/05/07 | Conference with Denise Rosenthal and whether American Home owns second mortgage and bankruptcy-related issues. | | |
| | GXA | 0.30 hrs. | |
| 09/06/07 | E-mail Traynard Jackson re: how he wants to handle second mortgage and whether he wants it included in Stipulation; e-mails to and from Cynthia Ramos re: same; receive and review Stipulation re: Amended Answer. | | |
| | DMR | 0.60 hrs. | |
| 09/11/07 | E-mail Traynard Jackson re: whether he wants to foreclose second mortgage; e-mail Cynthia Ramos re: including second mortgage in Stipulation. | | |
| | DMR | 0.40 hrs. | |
| 09/12/07 | E-mails to and from Cynthia Ramos re: second mortgage and Stipulation. | | |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 16, 2007
Invoice: 436212
Page 2

|  | DMR | 0.40 hrs. |
| --- | --- | --- |

09/15/07    Receive and review Corrected Notice of Taking Deposition of Progressive Title Services and Re-Notice of Taking Deposition of Virginia Costa.

|  | DMR | 0.40 hrs. |
| --- | --- | --- |

09/18/07    Conference with Alan Rosenthal re: conflict; conference with Jason Miller re: same; e-mail Cynthia Ramos re: documents responsive to Global Title subpoena; telephone conference with Cynthia Ramos' assistant re: cancellation of Global Title's corporate representative's deposition; receive and review Notice of Cancellation of Deposition.

|  | DMR | 1.00 hrs. |
| --- | --- | --- |

09/25/07    Receive and review Notice of Cancellation of Depositions and Withdrawal of Other Discovery Requests; receive and review Stipulation re: priority between Plaintiff and Costa and proposed Agreed Order thereon; e-mail Cynthia Ramos re: concluding representation; conference with Eric Myers re: litigation strategy on a going-forward basis.

|  | DMR | 0.80 hrs. |
| --- | --- | --- |

09/28/07    E-mail Lora Stanford re: foreclosing second mortgage/amending Complaint; receive and review correspondence re: Stipulation.

|  | DMR | 0.50 hrs. |
| --- | --- | --- |

Summary of Fees

| Hours | Rate/Hr. | Dollars |
| --- | --- | --- |

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

| | | | |
|---|---|---|---|
| DMR | 5.30 | 225.00 | $1,192.50 |
| GXA | 0.30 | 250.00 | $75.00 |

Total Fees for Professional Services                                     $1,267.50

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $1,267.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $1,267.50 |

==========

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 16, 2007
Invoice: 436211
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0186 #1001062903AH v. JENNIFER MULLIGAN

09/06/07      E-mail draft Complaint to title attorney.

                        CLB        0.10 hrs.

09/12/07      E-mail client re: status of title claim.

                        CLB        0.30 hrs.

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| CLB | 0.40 | 185.00 | $74.00 |
| Total Fees for Professional Services | | | $74.00 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $74.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $74.00 |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436213
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0280 #1001006741AH v. TASHA M. KALHORN

| 09/05/07 | E-mail Patricia Ireton re: interior inspection. | | |
| | | DMR | 0.20 hrs. |
| 09/17/07 | E-mail Patricia Ireton re: unresponsiveness of counsel, with respect to access for interior inspection. | | |
| | | DMR | 0.20 hrs. |
| 09/26/07 | Receive and review correspondence re: hardship letter and sales contract;  e-mail Pat Ireton. | | |
| | | DMR | 0.50 hrs. |
| 09/27/07 | E-mail James Weber re: coordinating interior inspection for deed-in-lieu of foreclosure consideration;  e-mail Pat Ireton re: same. | | |
| | | DMR | 0.40 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.30 | 225.00 | $292.50 |

Total Fees for Professional Services                                    $292.50

Matter # 212971.0280

October 14, 2007
Invoice: 436213
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $292.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $292.50 |

===========

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436214
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0289 AH v Loaiza, Bernard #1001212978

| | | | |
|---|---|---|---|
| 09/18/07 | Receive and review correspondence; receive and review First Request for Production to Bernard O. Loaiza. | | |
| | DMR | 0.50 hrs. | |
| 09/27/07 | Receive and review correspondence re: scheduling depositions. | | |
| | DMR | 0.20 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.70 | 225.00 | $157.50 |
| Total Fees for Professional Services | | | $157.50 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $157.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $157.50 |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 14, 2007
Invoice: 436215
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through September 30, 2007
Matter # 212971.0363 #1001330526AH v. ROSE MARIE LORIG

| | | | |
|---|---|---|---|
| 09/28/07 | Receive and review Notice of Code Enforcement Hearing; conference with Eric Myers in connection therewith; conference with Gregg Ahrens re: strategy. | | |
| | DMR | 0.60 hrs. | |
| 09/28/07 | Conference with Eric Myers re: Code Enforcement issues. | | |
| | GXA | 0.30 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| GXA | 0.30 | 250.00 | $75.00 |
| Total Fees for Professional Services | | | $210.00 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $210.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $210.00 |

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436216
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0389 AH v Steele, Christopher #1001263521

| | | | |
|---|---|---|---|
| 08/31/07 | Receive and review Notice of Hearing; receive and review Motion to Compel and for Sanctions. | | |
| | | DMR | 0.50 hrs. |
| 09/04/07 | Receive and review correspondence. | | |
| | | DMR | 0.20 hrs. |
| 09/12/07 | E-mail Lisa Carpenter re: change in hearing date; receive and review Amended Notice of Hearing. | | |
| | | DMR | 0.40 hrs. |
| 09/18/07 | Receive and review Amended Notice of Hearing. | | |
| | | DMR | 0.20 hrs. |
| 09/27/07 | Receive and review correspondence and proposed Order on Motion to Compel; receive and review Second Notice of Taking Deposition Duces Tecum. | | |
| | | DMR | 0.60 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.90 | 225.00 | $427.50 |

Total Fees for Professional Services                                $427.50

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $427.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $427.50 |

============

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com


American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436217
Page 1


For Services Rendered Through September 30, 2007
Matter # 212971.0435 AH v Estevez, Marisabel #1001115461


| 09/01/07 | Receive and review Notice of Hearing on second Emergency Motion to Postpone Sale;  e-mail Patricia Ireton re: same; conference with Gregg Ahrens. | | |
| | | DMR | 0.60 hrs. |
| 09/03/07 | Telephone conference with Gregg Ahrens re: strategy for emergency hearing. | | |
| | | DMR | 0.20 hrs. |
| 09/04/07 | Prepare for and attend emergency hearing and e-mail client regarding bankruptcy issues. | | |
| | | GXA | 2.50 hrs. |
| 09/04/07 | Telephone conference with Gregg Ahrens re: hearing results; conference with Gregg Ahrens re: who owns second mortgage (bankruptcy). | | |
| | | DMR | 0.40 hrs. |
| 09/05/07 | E-mail Patricia Ireton re: instructions to postpone sale;  e-mail Traynard Jackson re: same. | | |
| | | DMR | 0.40 hrs. |


California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.60 | 225.00 | $360.00 |
| GXA | 2.50 | 250.00 | $625.00 |
| Total Fees for Professional Services |  |  | $985.00 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $985.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $985.00 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436203
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0509 #1001455274 v. Edwards, Edwin L.

| | | | |
|---|---|---|---|
| 09/08/07 | E-mail Traynard Jackson and Lissette Duarte re: Motion to Quash Alleged Service of Process. | | |
| | | DMR | 0.20 hrs. |
| 09/17/07 | Conference with Eric Myers re: Motion to Quash and litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 09/18/07 | Telephone conference with Douglas Centeno re: Motion to Quash Alleged Service of Process. | | |
| | | EMYE | 0.50 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMYE | 0.50 | 185.00 | $92.50 |

Total Fees for Professional Services    $182.50

Matter # 212971.0509

October 14, 2007
Invoice: 436203
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $182.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $182.50 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 16, 2007
Invoice: 436204
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0540 #1001207668 v. Rickborn, Chris

| | | | |
|---|---|---|---|
| 08/22/07 | Receive and review Answer;  receive and review correspondence. | | |
| | | DMR | 0.50 hrs. |
| 09/05/07 | Conference with Cheryl Burm re: Club's desire to intervene in case;  conference with Gregg Ahrens re: same and cancellation of hearing. | | |
| | | DMR | 0.40 hrs. |
| 09/05/07 | Review Motion to Intervene, Answer of the Azzones, and title information; telephone conference with attorney for the HOA/Mariners Club. | | |
| | | GXA | 0.80 hrs. |
| 09/08/07 | Conference with Gregg Ahrens re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 09/17/07 | Conference with Eric Myers re: Motion to Strike and, in the alternative, for More Definite Statement and litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 09/18/07 | Telephone conference with Robert Morris re: Motion to Strike. | | |
| | | EMYE | 0.20 hrs. |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 16, 2007
Invoice: 436204
Page 2

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

| 09/26/07 | Receive and review Answer and Crossclaim filed by condo. association, HOA, and club. | | |

|          | DMR | 0.30 hrs. |

### Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 1.60  | 225.00   | $360.00 |
| GXA  | 0.80  | 250.00   | $200.00 |
| EMYE | 0.20  | 185.00   | $37.00  |

| Total Fees for Professional Services | $597.00 |

## **Matter Summary**

| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $597.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $597.00 |

=============

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436218
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0544 #1001345641 v. Santiago, Enid

| 09/17/07 | Conference with Eric Myers re: Motion to Dismiss; receive and review Notice of Unavailability. | | |
|---|---|---|---|
| | DMR | 0.40 hrs. | |
| 09/18/07 | Telephone conference with Joe Cichowski re: Motion to Dismiss. | | |
| | EMYE | 0.30 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $145.50 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $145.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $145.50 |

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 14, 2007
Invoice: 436219
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through September 30, 2007
Matter # 212971.0580 #1001423582AH v. TINARI

| | | | |
|---|---|---|---|
| 08/31/07 | Receive and review HOA's Answer and Affirmative Defenses. | | |
| | DMR | 0.30 hrs. | |
| 09/23/07 | Receive and review Answer and Affirmative Defenses; receive and review Request to Produce; receive and review correspondence; e-mail Traynard Jackson and Lissette Duarte re: contested nature of suit and documents required in order to respond to discovery request. | | |
| | DMR | 0.80 hrs. | |
| 09/28/07 | E-mail Lissette Duarte re: documents in loan origination file. | | |
| | DMR | 0.20 hrs. | |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.30 | 225.00 | $292.50 |

Total Fees for Professional Services          $292.50

Matter # 212971.0580

October 14, 2007
Invoice: 436219
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $292.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $292.50 |

==========

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436220
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0588 #1001227191AH v. NATHAN, Alan

| Date | Description | | |
|------|-------------|---|---|
| 08/23/07 | Receive and review Answer, Affirmative Defenses, and Counterclaims;  conference with Gregg Ahrens re: filing title claim. | | |
| | | DMR | 0.60 hrs. |
| 09/01/07 | Receive and review Request for Production. | | |
| | | DMR | 0.30 hrs. |
| 09/04/07 | Conference with Cheryl Burm re: title claim. | | |
| | | DMR | 0.20 hrs. |
| 09/08/07 | Receive and review Answer from HOA. | | |
| | | DMR | 0.20 hrs. |
| 09/28/07 | Prepare Suggestion of Bankruptcy. | | |
| | | DMR | 0.30 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR | 1.60 | 225.00 | $360.00 |

Total Fees for Professional Services                    $360.00

Matter # 212971.0588

October 14, 2007
Invoice: 436220
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $360.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $360.00 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 16, 2007
Invoice: 436205
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through September 30, 2007
Matter # 212971.0732 #1001077397AHM v. Matt McMillan

| 09/26/07 | Receive and review Notice of Appearance; receive and review Answer and Affirmative Defenses. |
| | DMR    0.50 hrs. |
| 09/27/07 | Conference with Eric Myers re: litigation strategy. |
| | DMR    0.20 hrs. |
| 09/27/07 | Receive and review Answer and Affirmative Defenses and e-mail to Traynard Jackson in connection therewith. |
| | EMYE    0.40 hrs. |
| 09/28/07 | Conference with Eric Myers re: notice of transfer issues. |
| | DMR    0.20 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.90 | 225.00 | $202.50 |
| EMYE | 0.40 | 185.00 | $74.00 |
| | | | |
| Total Fees for Professional Services | | | $276.50 |

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

Matter # 212971.0732

October 16, 2007
Invoice: 436205
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $276.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $276.50 |

==========

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 14, 2007
Invoice: 436206
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through September 30, 2007
Matter # 212971.0807 #1001362150AHM v. Chirs Rickborn

| | |
|---|---|
| 09/08/07 | Receive and review Motion to Strike, and, in the alternative, for More Definite Statement;  e-mail Lissette Duarte and Traynard Jackson re: same;  conference with Gregg Ahrens re: litigation strategy. |
| | DMR        0.80 hrs. |
| 09/17/07 | Conference with Eric Myers re: Motion to Strike and, in the alternative, for More Definite Statement and litigation strategy. |
| | DMR        0.20 hrs. |
| 09/18/07 | Telephone conference with Robert Morris re: Motion to Strike. |
| | EMYE        0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |
| EMYE | 0.20 | 185.00 | $37.00 |
| Total Fees for Professional Services | | | $262.00 |

Matter # 212971.0807

October 14, 2007
Invoice: 436206
Page 2

## **Matter Summary**

| | |
|---|---:|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $262.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $262.00 |

==========

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 14, 2007
Invoice: 436209
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through September 30, 2007
Matter # 212971.0014 AH#1000591015 v. Credell Carpenter

| 09/14/07 | Review Court docket;  telephone conference with Denise in Clerk's office re: delay in issuing Certificate of Title. | | |
| | | DMR | 0.40 hrs. |
| 09/18/07 | Prepare letter to to Clerk re: DR-219 form. | | |
| | | DMR | 0.30 hrs. |
| 09/25/07 | Review updated Court docket to check for Certificate of Title. | | |
| | | DMR | 0.20 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.90 | 225.00 | $202.50 |
| | | | $202.50 |

Total Fees for Professional Services                                       $202.50

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $202.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $202.50 |

New Jersey   New York   Texas   Washington, D.C.

Matter # 212971.0362

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

October 14, 2007
Invoice: 436202
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 14, 2007
Invoice: 436202
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0362 #1001299478AH v. CHRISTOPHER C. BLAIR

| | | |
|---|---|---|
| 08/14/07 | E-mail Carol Oates re: status of deed-in-lieu of foreclosure. | |
| | DMR | 0.20 hrs. |
| 09/17/07 | Conference with Eric Myers re: status of deed-in-lieu of foreclosure. | |
| | DMR | 0.20 hrs. |
| 09/19/07 | Review file status; telephone conference with Joe Silva re: Motion to Dismiss; e-mail to Carol Oates re: deed-in-lieu of foreclosure. | |
| | EMYE | 1.00 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMYE | 1.00 | 185.00 | $185.00 |

Total Fees for Professional Services — $275.00

## Matter Summary

Payments Received — $0.00

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

Matter # 212971.0362

October 14, 2007
Invoice: 436202
Page 2

Fees for Professional Services - Current Billing Period     $275.00

Costs Incurred- Current Billing Period     $0.00

Total Bill Amount Due     $275.00

==========

VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA                    )
                                   ) SS:
COUNTY OF MIAMI-DADE               )

says:            ALAN ROSENTHAL, after being duly sworn according to law, deposes and

1.       I am a member in the applicant firm (the "Firm") and have been admitted
to the bar of the state of Florida since November, 1976.

2.       I have personally performed many of the legal services rendered by the
Firm as foreclosure professionals for the Debtors in the ordinary course of
their business and am thoroughly familiar with all other work performed
on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3.       The services and expenses were performed and incurred within the month
subject to the foregoing Application.

4.       The facts set forth in the foregoing Application are true and correct to the
best of my knowledge, information and belief.

_____
Alan Rosenthal, Esquire
Adorno & Yoss LLP
Suite 400
2525 Ponce de Leon Boulevard
Miami, Florida 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1422
E-mail: ar@adorno.com

SWORN TO AND SUBSCRIBED
Before me this 15th day of November, 2007.

_____
Notary Public

HILDA PENTON
MY COMMISSION # DD 724263
EXPIRES: November 12, 2011
Bonded Thru Budget Notary Services