# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31074 | #1001335191 AH v. Edward T. Moore | 212971.1074 | 10/15/2007 | $ 257.00 | PAYEE: Clerk of Court; REQUEST#: 345955; DATE: 10/15/2007. - FILING COMPLAINT/MOORE VH |
| 31074 | #1001335191 AH v. Edward T. Moore | 212971.1074 | 10/15/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 345963; DATE: 10/15/2007. - LIS PENDENS/MOORE VH |
| 31075 | #1001316297 AH v. Yashica Sneed-Wilson | 212971.1075 | 10/15/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 345938; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE SNEED-WILSON/YR |
| 31075 | #1001316297 AH v. Yashica Sneed-Wilson | 212971.1075 | 10/15/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 345950; DATE: 10/15/2007. - FILING COMPLAINT/LIS PENDENS SNEED-WILSON/YR |
| 31076 | #1001309371 AH v. Jack E. Speaks | 212971.1076 | 10/15/2007 | $ 15.00 | PAYEE: Clerk of Court; REQUEST#: 345939; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE SPEAKS/YR |
| 31076 | #1001309371 AH v. Jack E. Speaks | 212971.1076 | 10/15/2007 | $ 263.00 | PAYEE: Clerk of Court; REQUEST#: 345951; DATE: 10/15/2007. - FILING COMPLAINT/LIS PENDENS SPEAKS/YR |
| 31076 | #1001309371 AH v. Jack E. Speaks | 212971.1076 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33171; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/JACK SPEAKS 212971.1076 |
| 31077 | #1001325381 AH v. Carlos Trujillo | 212971.1077 | 10/23/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 347682; DATE: 10/23/2007. - LIS PENDENS DG |
| 31077 | #1001325381 AH v. Carlos Trujillo | 212971.1077 | 10/23/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 347683; DATE: 10/23/2007. - FILING COMPLAINT DG |
| 31077 | #1001325381 AH v. Carlos Trujillo | 212971.1077 | 10/23/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 347688; DATE: 10/23/2007. - RECORD ASSIGNMENT OF MORTGAGE DG |
| 31078 | #1001502691 AH v. Eduardo Luaces | 212971.1078 | 10/12/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 345787; DATE: 10/12/2007. - Filing Complaint/Luaces YR |
| 31078 | #1001502691 AH v. Eduardo Luaces | 212971.1078 | 10/12/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 345788; DATE: 10/12/2007. - Lis Pendens/Luaces YR |
| 31078 | #1001502691 AH v. Eduardo Luaces | 212971.1078 | 10/13/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 345859; DATE: 10/13/2007. - Record Assignment of Mortgage LUACES YR |
| 31078 | #1001502691 AH v. Eduardo Luaces | 212971.1078 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33090; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/E. LUACES 212971.1078 |
| 31079 | #1001535472 AH v. Claudio Compiano | 212971.1079 | 10/9/2007 | $ 60.00 | PAYEE: CourtCall; REQUEST#: 345227; DATE: 10/9/2007. - COURTCALL FEE - YS |
| 31079 | #1001535472 AH v. Claudio Compiano | 212971.1079 | 10/25/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33068; DATE: 10/25/2007 - AFFIDAVIT OF ATTORNEY'S FEES - AHM/CLAUDIO COMPIANO 212971.1079 |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/15/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 345940; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE BRITT/YR |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/15/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 345958; DATE: 10/15/2007. - FILING COMPLAINT/BRITT YR |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/15/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 345967; DATE: 10/15/2007. - LIS PENDENS/BRITT YR |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/24/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 217968; DATE: 10/24/2007 - Served: Kymberleigh Britt aka Kymberleigh Scott Britt |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/24/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 217970; DATE: 10/24/2007 - Served: Britt, Unknown Spouse of Kymberleigh Britt aka Kimberleigh Scott Britt, if Married. |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/24/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 217971; DATE: 10/24/2007 - Served: John Doe aka Steve Irish |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/24/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 217973; DATE: 10/24/2007 - Served: Jane Doe aka Judy Dill |
| 31081 | #1001559525 AH v. Kymberliegh Britt | 212971.1081 | 10/31/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33138; DATE: 10/31/2007 - AFFIDAVIT OF ATTORNEY'S FEES - AHM/KYMBERLIEGH BRITT 212971.1081 |
| 31082 | #1001531115AHM v. Dung T. Nguyen | 212971.1082 | 10/12/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 345779; DATE: 10/12/2007. - Filing Complaint/Lis Pendens/Nguyen YR |
| 31082 | #1001531115AHM v. Dung T. Nguyen | 212971.1082 | 10/13/2007 | $ 13.00 | PAYEE: Board of County Commissioners; REQUEST#: 345928; DATE: 10/13/2007. - RECORD ASSIGNMENT OF MORTGAGE/NGUYEN  YR |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/15/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677000; DATE: 10/15/2007 - SERVED  Beverly H. Watson, A/K/A Beverly  Watson |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/15/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677000; DATE: 10/15/2007 - SERVED  Geraldine M. Harvey |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/15/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677000; DATE: 10/15/2007 - SERVED  Jane Doe |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/15/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677000; DATE: 10/15/2007 - SERVED  John Doe |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/15/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677000; DATE: 10/15/2007 - SERVED  Unknown Spouse of Beerly H. Watson, If Married |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/15/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 677000; DATE: 10/15/2007 - SERVED  Unknown Spouse of Beverly H. Watso, if Married |
| 31084 | #1001534238AHM v Beverly H. Watson | 212971.1084 | 10/23/2007 | $ 50.00 | PAYEE: CourtCall; REQUEST#: 347655; DATE: 10/23/2007. - COURT CALL  HP |
| 31112 | #1001393495 AH v. Henry J. Trautman | 212971.1112 | 10/10/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 345447; DATE: 10/10/2007. - Assignment of Mortgage |
| 31112 | #1001393495 AH v. Henry J. Trautman | 212971.1112 | 10/10/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 345448; DATE: 10/10/2007. - Filing Complaint/Lis Pendens |
| 31112 | #1001393495 AH v. Henry J. Trautman | 212971.1112 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33166; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/H. TRAUTMAN 212971.1112 |

**EXHIBIT E**
Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31124 | #1001644351AHM v. Spencer Hickey | 212971.1124 | 10/11/2007 | $ 20.00 | PAYEE: Clerk of Court; REQUEST#: 345470; DATE: 10/11/2007. - Record Assignment of Mortgage Hickey    YR |
| 31124 | #1001644351AHM v. Spencer Hickey | 212971.1124 | 10/11/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 345485; DATE: 10/11/2007. - Filing Complaint/Hickey YR |
| 31124 | #1001644351AHM v. Spencer Hickey | 212971.1124 | 10/11/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 345496; DATE: 10/11/2007. - Lis Pendens/Hickey YR |
| 31127 | #1000778276AHM v. Leslie Mazer | 212971.1127 | 10/26/2007 | $ 14.00 | PAYEE: Clerk of Court; REQUEST#: 348211; DATE: 10/26/2007. - RECORD ASSIGNMENT OF MORTGAGE    YR |
| 31127 | #1000778276AHM v. Leslie Mazer | 212971.1127 | 10/26/2007 | $ 261.00 | PAYEE: Clerk of Court; REQUEST#: 348213; DATE: 10/26/2007. - FILING COMPLAINTS/LIS PENDENS    YR |
| 31130 | #1001288145AHM v. Alexandria Spencer | 212971.1130 | 10/11/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 345766; DATE: 10/11/2007. - LIS PENDENS - BXF |
| 31130 | #1001288145AHM v. Alexandria Spencer | 212971.1130 | 10/11/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 345767; DATE: 10/11/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31130 | #1001288145AHM v. Alexandria Spencer | 212971.1130 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33164; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/A. SPENCER 212971.1130 |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/10/2007 | $ 22.50 | PAYEE: Board of Broward County Commissioners; REQUEST#: 345336; DATE: 10/10/2007. - Record Assignment of Mortgage/Rivera  BXF |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/10/2007 | $ 262.00 | PAYEE: Clerk of Court; REQUEST#: 345339; DATE: 10/10/2007. - Filing Complaint/Lis Pendens/Rivera BXF |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED CHAPEL TRAIL OWNERS ASSOCIATION, INC. |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED CONTINENTAL HOMES AT CHAPEL TRAIL HOMEOWNERS ASSOCIATION, INC. |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED JACQUELINE RIVERA |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED JANE DOE |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED JOHN DOE |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED OMAR RIVERA |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY |
| 31136 | #1000709826AHM v. Omar Rivera | 212971.1136 | 10/30/2007 | $ 160.00 | VENDOR: ProVest, Inc.; INVOICE#: 693646; DATE: 10/30/2007 - SERVED WASHINGTON MUTUAL BANK F/K/A ASHING MUTUAL BANK, F.A. |

**EXHIBIT E**

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | | |
|---|---|---|---|---|---|---|
| 31140 | #1000936350AHM v. Cyndi S Lindenberger | 212971.1140 | 10/11/2007 | $ | 11.00 | PAYEE: Clerk of Court; REQUEST#: 345471; DATE: 10/11/2007. - Record Assignment of Mortgage Lindenberger YR |
| 31140 | #1000936350AHM v. Cyndi S Lindenberger | 212971.1140 | 10/11/2007 | $ | 255.00 | PAYEE: Clerk of Court; REQUEST#: 345477; DATE: 10/11/2007. - Filing Complaint/Lis Pendens Lindenberger YR |
| 31141 | #1000904642AHM v. Rodolfo Landires | 212971.1141 | 10/23/2007 | $ | 20.00 | PAYEE: Clerk of Court; REQUEST#: 347381; DATE: 10/23/2007. - RECORD ASSIGNMENT OF MORTGAGE YR |
| 31141 | #1000904642AHM v. Rodolfo Landires | 212971.1141 | 10/23/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 347384; DATE: 10/23/2007. - LIS PENDENS YR |
| 31141 | #1000904642AHM v. Rodolfo Landires | 212971.1141 | 10/23/2007 | $ | 260.00 | PAYEE: Clerk of Court; REQUEST#: 347388; DATE: 10/23/2007. - FILING COMPLAINT YR |
| 31144 | #1001393952AHM v. Fernando Sanders | 212971.1144 | 10/7/2007 | $ | 12.00 | VENDOR: Clerk of Court; INVOICE#: AP30547; DATE: 10/7/2007 - Record Assignment of Motgage Re: Sanders 10/06/07- BXF |
| 31144 | #1001393952AHM v. Fernando Sanders | 212971.1144 | 10/7/2007 | $ | 257.00 | VENDOR: Clerk of Court; INVOICE#: AP30599; DATE: 10/7/2007 - Filing Complaints/Lis Pendens Re: Sanders 10/06/07 BXF |
| 31144 | #1001393952AHM v. Fernando Sanders | 212971.1144 | 10/7/2007 | $ | 7.00 | VENDOR: Clerk of Court; INVOICE#: AP30600; DATE: 10/7/2007 - Filing Complaints/Lis Pendens Re: Sanders 10/06/07 BXF |
| 31144 | #1001393952AHM v. Fernando Sanders | 212971.1144 | 10/23/2007 | $ | 60.00 | PAYEE: CourtCall; REQUEST#: 347657; DATE: 10/23/2007. - COURT CALL HP |
| 31144 | #1001393952AHM v. Fernando Sanders | 212971.1144 | 10/24/2007 | $ | 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP32965; DATE: 10/24/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/FERNANDO SANDERS 212971.1144 |
| 31145 | #1001421044AHM v. Armando Gonzalez | 212971.1145 | 10/31/2007 | $ | 266.00 | PAYEE: Clerk of Court; REQUEST#: 349078; DATE: 10/31/2007. - FILING COMPLAINT/LIS PENDENS - JM |
| 31145 | #1001421044AHM v. Armando Gonzalez | 212971.1145 | 10/31/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 349079; DATE: 10/31/2007. - LIS PENDENS - A. GONZALEZ JM |
| 31145 | #1001421044AHM v. Armando Gonzalez | 212971.1145 | 10/31/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 349080; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE - ARMANDO GONZALEZ JM |
| 31146 | #1001384301AHM v. Aviar Krisenko | 212971.1146 | 10/30/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 348775; DATE: 10/30/2007. - RECORD ASSIGNMENT OF MORTGAGE/YR |
| 31146 | #1001384301AHM v. Aviar Krisenko | 212971.1146 | 10/30/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 348834; DATE: 10/30/2007. - FILING COMPLAINTS/LIS PENDENS/YR |
| 31146 | #1001384301AHM v. Aviar Krisenko | 212971.1146 | 10/30/2007 | $ | 258.00 | PAYEE: Clerk of Court; REQUEST#: 348843; DATE: 10/30/2007. - FILING COMPLAINT/YR |
| 31149 | #1000968068AHM v. Carlos Diago | 212971.1149 | 10/17/2007 | $ | 11.00 | PAYEE: Clerk of Court; REQUEST#: 346648; DATE: 10/17/2007. - RECORD ASSIGNMENT OF MORTGAGE -VH |
| 31149 | #1000968068AHM v. Carlos Diago | 212971.1149 | 10/17/2007 | $ | 255.00 | PAYEE: Clerk of Court; REQUEST#: 346649; DATE: 10/17/2007. - FILING COMPLAINT/LIS PENDENS - VH |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/16/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 346392; DATE: 10/16/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/16/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 346393; DATE: 10/16/2007. - LIS PENDENS BXF |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/17/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 346588; DATE: 10/17/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/23/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218111; DATE: 10/23/2007 - Service of Process on: Susan D. Cutaia |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/23/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218112; DATE: 10/23/2007 - Service of Process on: Anthony F. Cutaia |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/23/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218113; DATE: 10/23/2007 - Service of Process on: John Doe |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/23/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218114; DATE: 10/23/2007 - Service of Process on: Jane Doe |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/23/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218116; DATE: 10/23/2007 - Served: Mortgage Electronic Registration Systems, Inc., Acting Solely as Nominee for Terwin Advisors, LLC |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/24/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218115; DATE: 10/24/2007 - Served: Parkside at Boca Trail Community |
| 31151 | #1000962032AHM v. Susan D. Cutaia | 212971.1151 | 10/25/2007 | $ 90.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218117; DATE: 10/25/2007 - Served: State of Florida, Department of Revenue |
| 31152 | #1001621332AHM v. Willie Cortez | 212971.1152 | 10/25/2007 | $ 14.00 | PAYEE: Board of Broward County Commissioners; REQUEST#: 348084; DATE: 10/25/2007. - RECORD ASSIGNMENT OF MORTGAGE - CORTEZ BXF |
| 31152 | #1001621332AHM v. Willie Cortez | 212971.1152 | 10/25/2007 | $ 262.00 | PAYEE: Clerk of Court; REQUEST#: 348083; DATE: 10/25/2007. - FILING COMPLAINT/LIS PENDENS - W. CORTEZ BXF |
| 31153 | #1001656431AHM v. Bradd Ferraris | 212971.1153 | 10/12/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 345784; DATE: 10/12/2007. - Filing Complaint/Ferraris YR |
| 31153 | #1001656431AHM v. Bradd Ferraris | 212971.1153 | 10/12/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 345791; DATE: 10/12/2007. - Lis Pendens/Ferraris YR |
| 31153 | #1001656431AHM v. Bradd Ferraris | 212971.1153 | 10/13/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 345862; DATE: 10/13/2007. - Record Assignment of Mortgage FERRARIS YR |
| 31153 | #1001656431AHM v. Bradd Ferraris | 212971.1153 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33157; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/BRADD FERRARIS 212971.1153 |
| 31155 | #1001641107AHM v. Maria Hutchinson | 212971.1155 | 10/11/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 345475; DATE: 10/11/2007. - Filing Complaint/Lis Pendens Hutchinson YR |
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/17/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 346596; DATE: 10/17/2007. - LIS PENDENS - BXF |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | | |
|---|---|---|---|---|---:|---|
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/17/2007 | $ | 258.00 | PAYEE: Clerk of Court; REQUEST#: 346597; DATE: 10/17/2007. - FILING COMPLAINT - BXF |
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/17/2007 | $ | 10.60 | PAYEE: Clerk of Court; REQUEST#: 346601; DATE: 10/17/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/26/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218159; DATE: 10/26/2007 - Served: Mortgage Electronic Registration Systems, Inc., acting Solely as Nominee for American Brokers Conduit |
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/29/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218157; DATE: 10/29/2007 - Served: John Doe |
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/29/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218158; DATE: 10/29/2007 - Served: Jane Doe. |
| 31156 | #1001656603AHM v. Bradd Ferraris | 212971.1156 | 10/29/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218160; DATE: 10/29/2007 - Served: Wellington Lakes Homeowners Association, Inc. |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/17/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346592; DATE: 10/17/2007. - RECORD ASSIGNMENT OF MORTGAGE- BXF |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/17/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346593; DATE: 10/17/2007. - LIS PENDENS - BXF |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/17/2007 | $ | 256.00 | PAYEE: Clerk of Court; REQUEST#: 346594; DATE: 10/17/2007. - FILING COMPLAINT - BXF |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218493; DATE: 10/23/2007 - Service of Process on: Elsa Coleridge |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218494; DATE: 10/23/2007 - Service of Process on: Raul Coleridge |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218495; DATE: 10/23/2007 - Service of Process on: John Doe a/k/a Sergio Arias |
| 31157 | #1001538562AHM v. Elsa Coleridge | 212971.1157 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218496; DATE: 10/23/2007 - Service of Process on: Jane Doe |
| 31160 | #1001243068AHM v Ana Hernandez | 212971.1160 | 10/29/2007 | $ | 20.00 | PAYEE: Clerk of Court; REQUEST#: 348365; DATE: 10/29/2007. - RECORD ASSIGNMENT OF MORTGAGE  YR |
| 31160 | #1001243068AHM v Ana Hernandez | 212971.1160 | 10/29/2007 | $ | 280.00 | PAYEE: Clerk of Court; REQUEST#: 348367; DATE: 10/29/2007. - FILING COMPLAINT  YR |
| 31160 | #1001243068AHM v Ana Hernandez | 212971.1160 | 10/29/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 348368; DATE: 10/29/2007. - LIS PENDENS  YR |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/12/2007 | $ | 255.00 | PAYEE: Clerk of Court; REQUEST#: 345782; DATE: 10/12/2007. - Filing Complaint/Nguyen  YR |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/12/2007 | $ | 7.00 | PAYEE: Clerk of Court; REQUEST#: 345793; DATE: 10/12/2007. - Lis Pendens/Nguyen  YR |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/13/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 345864; DATE: 10/13/2007. - Record Assignment of Mortgage  NGUYEN  YR |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33092; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/B. Nguyen 212971.1162 |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/31/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 695621; DATE: 0/31/2007 - SERVED JANE DOE |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/31/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 695621; DATE: 10/31/2007 - SERVED HONS THI NGUYEN |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/31/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 695621; DATE: 10/31/2007 - SERVED BINH T NGUYEN A/K/A BINH TAT BGUYEN |
| 31162 | #1001661661AHM v. Binh Nguyen | 212971.1162 | 10/31/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 695621; DATE: 10/31/2007 - SERVED JOHN DOE |
| 31163 | #1001648878AHM v. Joseph Theodore | 212971.1163 | 10/29/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 348366; DATE: 10/29/2007. - FILING COMPLAINT/LIS PENDENS  BXF |
| 31163 | #1001648878AHM v. Joseph Theodore | 212971.1163 | 10/30/2007 | $ 13.00 | PAYEE: Board of Broward County Commissioners; REQUEST#: 348847; DATE: 10/30/2007. - ASSIGNMENT OF MORTGAGE/BXF |
| 31165 | #1001621094AHM v. Marcus Blunt | 212971.1165 | 10/15/2007 | $ 257.00 | PAYEE: Clerk of Court; REQUEST#: 346121; DATE: 10/15/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31165 | #1001621094AHM v. Marcus Blunt | 212971.1165 | 10/15/2007 | $ 12.00 | PAYEE: Clerk of Court; REQUEST#: 346122; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31165 | #1001621094AHM v. Marcus Blunt | 212971.1165 | 10/31/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33147; DATE: 10/31/2007 - AFFIDAVIT OF ATTORNEY'S FEES - AHM/MARCUS A BLUNT 212971.1165        HS |
| 31166 | #1001620674AHM v Ruben Vozzi | 212971.1166 | 10/16/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 346367; DATE: 10/16/2007. - RECORD ASSIGNMENT OF MORTGAGE- BXF |
| 31166 | #1001620674AHM v Ruben Vozzi | 212971.1166 | 10/16/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 346368; DATE: 10/16/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31166 | #1001620674AHM v Ruben Vozzi | 212971.1166 | 10/22/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218108; DATE: 10/22/2007 - Service of Process on: John Doe a/k/a Wayne Veneyer |
| 31166 | #1001620674AHM v Ruben Vozzi | 212971.1166 | 10/22/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218109; DATE: 10/22/2007 - Service of Process on: Jane Doe a/k/a Alice Vemeyer |
| 31166 | #1001620674AHM v Ruben Vozzi | 212971.1166 | 10/22/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218110; DATE: 10/22/2007 - Service of Process on: Belmont At North Lauderdale Condominium Association, Inc. |
| 31167 | #1001621848AHM v. Barbara H. Guiseppi | 212971.1167 | 10/31/2007 | $ 12.00 | PAYEE: Board of Broward County Commissioners; REQUEST#: 348869; DATE: 10/31/2007. - ASSIGNMENT OF MORTGAGE/BXF |
| 31167 | #1001621848AHM v. Barbara H. Guiseppi | 212971.1167 | 10/31/2007 | $ 258.00 | PAYEE: Clerk of Court; REQUEST#: 348873; DATE: 10/31/2007. - FILING COMPLAINT/LIS PENDENS/BXF |
| 31168 | #1001570965AHM v Helen Y. Miller | 212971.1168 | 10/16/2007 | $ 258.00 | PAYEE: Clerk of Court; REQUEST#: 346365; DATE: 10/16/2007. - FILING COMPLAINT/LIS PENDENS - YR |

**EXHIBIT E**

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | | |
|---|---|---|---|---|---|---|
| 31168 | #1001570965AHM v Helen Y. Miller | 212971.1168 | 10/16/2007 | $ | 19.50 | PAYEE: Clerk of Court; REQUEST#: 346366; DATE: 10/16/2007. - RECORD ASSIGNMENT OF MORTGAGE - YR |
| 31171 | #1001004663AHM v. Flora Lopez | 212971.1171 | 10/24/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 347840; DATE: 10/24/2007. - RECORD ASSIGNMENT OF MORTGAGE    YR |
| 31171 | #1001004663AHM v. Flora Lopez | 212971.1171 | 10/24/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 347842; DATE: 10/24/2007. - LIS PENDENS    YR |
| 31171 | #1001004663AHM v. Flora Lopez | 212971.1171 | 10/24/2007 | $ | 256.00 | PAYEE: Clerk of Court; REQUEST#: 347844; DATE: 10/24/2007. - FILING COMPLAINT YR |
| 31173 | #1001039499AHM v. Esperanza Socorro Lope | 212971.1173 | 10/15/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 345942; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE  LOPEZ-YR |
| 31173 | #1001039499AHM v. Esperanza Socorro Lope | 212971.1173 | 10/15/2007 | $ | 260.00 | PAYEE: Clerk of Court; REQUEST#: 345960; DATE: 10/15/2007. - FILING COMPLAINT/LOPEZ-YR |
| 31173 | #1001039499AHM v. Esperanza Socorro Lope | 212971.1173 | 10/15/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 345969; DATE: 10/15/2007. - LIS PENDENS/LOPEZ YR |
| 31174 | #1001231011AHM v. John Lupini | 212971.1174 | 10/24/2007 | $ | 255.00 | PAYEE: Clerk of Court; REQUEST#: 347845; DATE: 10/24/2007. - FILING COMPLAINT YR |
| 31174 | #1001231011AHM v. John Lupini | 212971.1174 | 10/24/2007 | $ | 8.00 | PAYEE: Clerk of Court; REQUEST#: 347846; DATE: 10/24/2007.  YR |
| 31174 | #1001231011AHM v. John Lupini | 212971.1174 | 10/24/2007 | $ | 12.00 | PAYEE: Clerk of Court; REQUEST#: 347848; DATE: 10/24/2007. - RECORD ASSIGNMENT MORTGAGE    YR |
| 31175 | #1001597134AHM v. Mitchell Deutsch | 212971.1175 | 10/18/2007 | $ | 13.00 | PAYEE: Board of Broward County Commissioners; REQUEST#: 346862; DATE: 10/18/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31175 | #1001597134AHM v. Mitchell Deutsch | 212971.1175 | 10/18/2007 | $ | 260.00 | PAYEE: Clerk of Court; REQUEST#: 346863; DATE: 10/18/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31175 | #1001597134AHM v. Mitchell Deutsch | 212971.1175 | 10/30/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218458; DATE: 10/30/2007 - Served- John Doe |
| 31175 | #1001597134AHM v. Mitchell Deutsch | 212971.1175 | 10/30/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218459; DATE: 10/30/2007 - Served- Jane Doe |
| 31175 | #1001597134AHM v. Mitchell Deutsch | 212971.1175 | 10/30/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218460; DATE: 10/30/2007 - Served- Mortgage Electronic Registration Systems, Inc.Acting Solely as Nominee for American Brokers Counduit |
| 31176 | #1001557385AHM v. Ramon Hernandez | 212971.1176 | 10/26/2007 | $ | 255.00 | PAYEE: Clerk of Court; REQUEST#: 348231; DATE: 10/26/2007. - FILING COMPLAINT YR |
| 31176 | #1001557385AHM v. Ramon Hernandez | 212971.1176 | 10/26/2007 | $ | 6.00 | PAYEE: Clerk of Court; REQUEST#: 348232; DATE: 10/26/2007. - LIS PENDENS    YR |
| 31176 | #1001557385AHM v. Ramon Hernandez | 212971.1176 | 10/26/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 348233; DATE: 10/26/2007. - RECORD ASSIGNMENT OF MORTGAGE     YR |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/13/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 345876; DATE: 10/13/2007. - Record Assignment of Mortgage  CHENICLE  BXF |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | | |
|---|---|---|---|---|---:|---|
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/13/2007 | $ | 258.00 | PAYEE: Clerk of Court; REQUEST#: 345887; DATE: 10/13/2007. - FILING COMPLAINT/LIS PENDENS  CHENICLE  BXF |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/13/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 345888; DATE: 10/13/2007. - FILING COMPLAINT/LIS PENDENS  CHENICLE  BXF |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/18/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218133; DATE: 10/18/2007 - Served- John Doe #1 AKA Angelo Fulford |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/18/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218134; DATE: 10/18/2007 - Served- John Doe #2 AKA Roberto Lussom |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/18/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218135; DATE: 10/18/2007 - Served- Jane Doe #2 |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/18/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218136; DATE: 10/18/2007 - Served- Jane Doe #1 |
| 31177 | #1001562188AHM v. Isairis Chenicle | 212971.1177 | 10/30/2007 | $ | 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33117; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/ISAIRIS CHENICLE 212971.1177 |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/18/2007 | $ | 258.00 | PAYEE: Clerk of Court; REQUEST#: 346702; DATE: 10/18/2007. - Filing Complaint |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/18/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346703; DATE: 10/18/2007. - Lis Pendnes |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/18/2007 | $ | 12.00 | PAYEE: Clerk of Court; REQUEST#: 346704; DATE: 10/18/2007. - Assignment of Mortgage |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218485; DATE: 10/23/2007 - Served: Maria Victoria Correa |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218487; DATE: 10/23/2007 - Service of Process on: John Doe a/k/a Jose Luis Diaz |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218491; DATE: 10/23/2007 - Service of Process on: Correa, Unknown Spouse of Maria Victoria Correa, If Married |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/23/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218492; DATE: 10/23/2007 - Service of Process on: Jane Doe |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/24/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218670; DATE: 10/24/2007 - Served: Biscayne Lake Gardens Condominium No. 1, Inc. |
| 31178 | #1001574684AHM v. Maria Correa | 212971.1178 | 10/31/2007 | $ | 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33139; DATE: 10/31/2007 - AFFIDAVIT OF ATTORNEY'S FEES -AHM/MARIA V. CORREA 212971.1178 |
| 31179 | .#1001576037AHM v. Antonio Pradines | 212971.1179 | 10/23/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 347375; DATE: 10/23/2007. - Record Assignment of Mortgage WC |
| 31179 | .#1001576037AHM v. Antonio Pradines | 212971.1179 | 10/23/2007 | $ | 261.00 | PAYEE: Clerk of Court; REQUEST#: 347379; DATE: 10/23/2007. - Filing Compliant/Lis Pendens  DG |

**EXHIBIT E**

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | | |
|---|---|---|---|---|---|---|
| 31180 | #1001591358AHM v. Carlos A. Villafranca | 212971.1180 | 10/16/2007 | $ | 256.00 | PAYEE: Clerk of Court; REQUEST#: 346337; DATE: 10/16/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31180 | #1001591358AHM v. Carlos A. Villafranca | 212971.1180 | 10/16/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346338; DATE: 10/16/2007. - LIS PENDENS - BXF |
| 31180 | #1001591358AHM v. Carlos A. Villafranca | 212971.1180 | 10/16/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346339; DATE: 10/16/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31182 | #1001513705AHM v. Robert Goldner | 212971.1182 | 10/18/2007 | $ | 6.00 | PAYEE: Clerk of Court; REQUEST#: 346695; DATE: 10/18/2007. - Lis Pendnes |
| 31182 | #1001513705AHM v. Robert Goldner | 212971.1182 | 10/18/2007 | $ | 256.00 | PAYEE: Clerk of Court; REQUEST#: 346697; DATE: 10/18/2007. - Filing Complaint |
| 31182 | #1001513705AHM v. Robert Goldner | 212971.1182 | 10/18/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346700; DATE: 10/18/2007. - Assignment of Mortgage |
| 31182 | #1001513705AHM v. Robert Goldner | 212971.1182 | 10/31/2007 | $ | 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33140; DATE: 10/31/2007  AFFIDAVIT OF ATTORNEY'S FEES - AHM/ROBERT S. GOLDNER 212971.1182 |
| 31183 | #1001520677AHm v. Lourdes Hood | 212971.1183 | 10/15/2007 | $ | 18.50 | PAYEE: Clerk of Court; REQUEST#: 346111; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31183 | #1001520677AHm v. Lourdes Hood | 212971.1183 | 10/15/2007 | $ | 256.00 | PAYEE: Clerk of Court; REQUEST#: 346112; DATE: 10/15/2007. - FILING COMPIAINT - BXF |
| 31183 | #1001520677AHm v. Lourdes Hood | 212971.1183 | 10/15/2007 | $ | 10.00 | PAYEE: Clerk of Court; REQUEST#: 346115; DATE: 10/15/2007. - LIS PENDENS - BXF |
| 31184 | #1001110080AHM v. Noe J. Montiel | 212971.1184 | 10/26/2007 | $ | 261.00 | PAYEE: Clerk of Court; REQUEST#: 348250; DATE: 10/26/2007. - FILING COMPLAINT/LIS PENDENS  YR |
| 31184 | #1001110080AHM v. Noe J. Montiel | 212971.1184 | 10/26/2007 | $ | 14.00 | PAYEE: Orange County Comptroller; REQUEST#: 348258; DATE: 10/26/2007. - RECORD ASSIGNMENT OF MORTGAGE YR |
| 31186 | #1001110271AHM v. Luis Morales | 212971.1186 | 10/18/2007 | $ | 11.00 | PAYEE: Board of County Commissioners; REQUEST#: 346885; DATE: 10/18/2007. - RECORD ASSIGNMENT OF MORTGAGE - YR |
| 31186 | #1001110271AHM v. Luis Morales | 212971.1186 | 10/18/2007 | $ | 256.00 | PAYEE: Clerk of Court; REQUEST#: 346884; DATE: 10/18/2007. - FILING COMPLAINT/LIS PENDENS - YR |
| 31187 | #1001678272AHM v. Bradd Ferraris | 212971.1187 | 10/17/2007 | $ | 10.60 | PAYEE: Clerk of Court; REQUEST#: 346589; DATE: 10/17/2007. - RECORD ASSIGNMENT OF MORTGAGE  - BXF |
| 31187 | #1001678272AHM v. Bradd Ferraris | 212971.1187 | 10/17/2007 | $ | 258.00 | PAYEE: Clerk of Court; REQUEST#: 346590; DATE: 10/17/2007. - FILING COMPLAINT - BXF |
| 31187 | #1001678272AHM v. Bradd Ferraris | 212971.1187 | 10/17/2007 | $ | 10.60 | PAYEE: Clerk of Court; REQUEST#: 346591; DATE: 10/17/2007. - LIS PENDENS - BXF |
| 31187 | #1001678272AHM v. Bradd Ferraris | 212971.1187 | 10/26/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218165; DATE: 10/26/2007 - Served: Mortgage Electronic Registration Systems, Inc. acitng Solely as Nominee for American Brokers Conduit. |
| 31187 | #1001678272AHM v. Bradd Ferraris | 212971.1187 | 10/29/2007 | $ | 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218163; DATE: 10/29/2007 - Served: John Doe |

11/15/2007
6:13 PM

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31187 | #1001678272AHM v. Bradd Ferraris | 212971.1187 | 10/29/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218164; DATE: 10/29/2007 - Served: Jane Doe. |
| 31188 | #1001248650AHM v. Chooi-Sim Low | 212971.1188 | 10/24/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 347860; DATE: 10/24/2007. - FILING COMPLAINT YR |
| 31188 | #1001248650AHM v. Chooi-Sim Low | 212971.1188 | 10/24/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 347861; DATE: 10/24/2007. - FILING COMPLAINT/LIS PENDENS  YR |
| 31188 | #1001248650AHM v. Chooi-Sim Low | 212971.1188 | 10/24/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 347863; DATE: 10/24/2007. - RECORD ASSIGNMENT OF MORTGAGE   YR |
| 31191 | #1001200735AHM v. Michael Gonzalez | 212971.1191 | 10/18/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 346692; DATE: 10/18/2007. - Filing Complaint |
| 31191 | #1001200735AHM v. Michael Gonzalez | 212971.1191 | 10/18/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 346693; DATE: 10/18/2007. - Lis Pendnes |
| 31191 | #1001200735AHM v. Michael Gonzalez | 212971.1191 | 10/18/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 346694; DATE: 10/18/2007. - Assignment of Mortgage |
| 31191 | #1001200735AHM v. Michael Gonzalez | 212971.1191 | 10/31/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33141; DATE: 10/31/2007 - AFFIDAVIT OF ATTORNEY'S FEES -AHM/MICHAEL GONZALEZ - 212971.1191 |
| 31192 | #1001224189AHM v. Antonio Tassi | 212971.1192 | 10/15/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 345941; DATE: 10/15/2007. - RECORD ASSIGNMENT OF MORTGAGE  TASSI/YR |
| 31192 | #1001224189AHM v. Antonio Tassi | 212971.1192 | 10/15/2007 | $ 261.00 | PAYEE: Clerk of Court; REQUEST#: 345959; DATE: 10/15/2007. - FILING COMPLAINT/TASSI YR |
| 31192 | #1001224189AHM v. Antonio Tassi | 212971.1192 | 10/15/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 345968; DATE: 10/15/2007. - LIS PENDENS/TASSI YR |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/18/2007 | $ 11.00 | PAYEE: Board of Broward County Commissioners; REQUEST#: 346861; DATE: 10/18/2007. - RECORD ASSIGNMENT OF MORTGAGE    - BXF |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/18/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 346860; DATE: 10/18/2007. - FILING COMPLAINT/LIS PENDENS - BXF |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/26/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218438; DATE: 10/26/2007 - Served: The Towers of Oceanview South Condominium Association, Inc. |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218431; DATE: 10/30/2007 - Served- Luis J. Castaneda |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218432; DATE: 10/30/2007 - Served- Castaneda,unknown spouse of Luis J. Castaneda, if married |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218434; DATE: 10/30/2007 - Served- John Doe |
| 31193 | #1001226923AHM v. Luis Castaneda | 212971.1193 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218435; DATE: 10/30/2007 - Served- Jane Doe |
| 31194 | #1001537795AHM v. Vivian Perez | 212971.1194 | 10/12/2007 | $ 262.00 | PAYEE: Clerk of Court; REQUEST#: 345781; DATE: 10/12/2007. - Filing Complaint/Perez BXF |

11/15/2007
6:13 PM

# EXHIBIT E
Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31194 | #1001537795AHM v. Vivian Perez | 212971.1194 | 10/12/2007 | $ 13.00 | PAYEE: Clerk of Court; REQUEST#: 345794; DATE: 10/12/2007. - Lis Pendens/Perez BXF |
| 31194 | #1001537795AHM v. Vivian Perez | 212971.1194 | 10/13/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 345866; DATE: 10/13/2007. - Record Assignment of Mortgage  PEREZ  BXF |
| 31194 | #1001537795AHM v. Vivian Perez | 212971.1194 | 10/24/2007 | $ 14.00 | PAYEE: Clerk of Court; REQUEST#: 347872; DATE: 10/24/2007. - RECORD ASSIGNMENTO F MORTGAGE  BXF |
| 31194 | #1001537795AHM v. Vivian Perez | 212971.1194 | 10/24/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP32981; DATE: 10/24/2007 - AFFIDAVIT OF ATTORNEY FEES  - AHM/VIVIAN PEREZ 212971.1194 |
| 31195 | #1001093769AHM v. Neil Davenport | 212971.1195 | 10/26/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 348225; DATE: 10/26/2007. - FILING COMPLAINT JM |
| 31195 | #1001093769AHM v. Neil Davenport | 212971.1195 | 10/26/2007 | $ 6.00 | PAYEE: Clerk of Court; REQUEST#: 348226; DATE: 10/26/2007. - LIS PENDENS    JM |
| 31195 | #1001093769AHM v. Neil Davenport | 212971.1195 | 10/26/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348227; DATE: 10/26/2007. - RECORD ASSIGNMENT OF MORTGAGE    JM |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/18/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 346870; DATE: 10/18/2007. - LIS PENDENS - BXF |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/18/2007 | $ 258.00 | PAYEE: Clerk of Court; REQUEST#: 346871; DATE: 10/18/2007. - FILING COMPLAINT - BXF |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/18/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 346872; DATE: 10/18/2007. - RECORD ASSIGNMENT OF MORTGAGE - BXF |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/26/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 219053; DATE: 10/26/2007 - Served: Mystic Pointe Association No. One Association, Inc. |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/26/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 219320; DATE: 10/26/2007 - Served: Mystic Pointe Master Association, Inc. |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/29/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 219375; DATE: 10/29/2007 - Served: John Doe |
| 31196 | 1001107658AHM v. Maria H. Aristizabal | 212971.1196 | 10/29/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 219376; DATE: 10/29/2007 - Served: Jane Doe. |
| 31200 | #1001254055AHM v. Sharlene Durand | 212971.1200 | 10/10/2007 | $ 290.00 | Abstracting |
| 31200 | #1001254055AHM v. Sharlene Durand | 212971.1200 | 10/10/2007 | $ 150.00 | Title Examination |
| 31200 | #1001254055AHM v. Sharlene Durand | 212971.1200 | 10/11/2007 | $ 9.50 | Tax Search |
| 31201 | #1001413568AHM v. Gerald J. Lepinske | 212971.1201 | 10/24/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 347854; DATE: 10/24/2007. - RECORD ASSIGNMENT OF MORTGAGE   YR |
| 31201 | #1001413568AHM v. Gerald J. Lepinske | 212971.1201 | 10/26/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348200; DATE: 10/26/2007. - LIS PENDENS   YR |
| 31201 | #1001413568AHM v. Gerald J. Lepinske | 212971.1201 | 10/26/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 348201; DATE: 10/26/2007. - FILING COMPLAINT YR |
| 31204 | #1001388884AHM v. Vincent Spinuzza | 212971.1204 | 10/29/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 348345; DATE: 10/29/2007. - FILING  COMPLAINT WC |

**EXHIBIT E**

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31204 | #1001388884AHM v. Vincent Spinuzza | 212971.1204 | 10/29/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348346; DATE: 10/29/2007. - LIS PENDENS    DG |
| 31204 | #1001388884AHM v. Vincent Spinuzza | 212971.1204 | 10/29/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348414; DATE: 10/29/2007. - RECORD ASSIGNMENT OF MORTGAGE   DG |
| 31205 | #1001402017AHM v. Dean Marks | 212971.1205 | 10/24/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 347852; DATE: 10/24/2007. - FILING COMPLAINT YR |
| 31205 | #1001402017AHM v. Dean Marks | 212971.1205 | 10/24/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 347855; DATE: 10/24/2007. - FILING COMPLAING/LIS PENDENS   YR |
| 31205 | #1001402017AHM v. Dean Marks | 212971.1205 | 10/24/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 347856; DATE: 10/24/2007. - LIS PENDENS   YR |
| 31205 | #1001402017AHM v. Dean Marks | 212971.1205 | 10/24/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 347859; DATE: 10/24/2007. - RECORD ASSIGNMENT OF MORTGAGE   YR |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/9/2007 | $ 440.00 | Abstracting Fee |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/9/2007 | $ 9.50 | Tax Search Fee |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/22/2007 | $ 15.00 | PAYEE: Board of Broward County Commissioners; REQUEST#: 347229; DATE: 10/22/2007. - Assignment of Mortgage bxf |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/22/2007 | $ 264.00 | PAYEE: Clerk of Court; REQUEST#: 347228; DATE: 10/22/2007. - Filing Complaints/Lis Pendens |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/25/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218444; DATE: 10/25/2007 - Served- John Doe |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/25/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218445; DATE: 10/25/2007 - Served- Jane Doe |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/29/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218449; DATE: 10/29/2007 - Served: PSI Restorations, Inc. |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218446; DATE: 10/30/2007 - Served- Mortgage Electronic Registration Systems, Inc. acting solely as nominee fr American Home Mortgage |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218447; DATE: 10/30/2007 - Served- Oriole Golf & Tennis Club One H Association, Inc. |
| 31207 | #1001125063AHM v. Elizabeth Eramo | 212971.1207 | 10/30/2007 | $ 93.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218448; DATE: 10/30/2007 - Served- Oriole Condominium Club One, Inc. |
| 31208 | #1000872252AHM v. Carmen Rodriguez | 212971.1208 | 10/24/2007 | $ 258.60 | PAYEE: Clerk of Court; REQUEST#: 347929; DATE: 10/24/2007. - FILING COMPLAINT/LIS PENDENS -RODRIUEZ, CARMEN          DG |
| 31209 | #1001152443AHM v. Jason R. Foisy | 212971.1209 | 10/2/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 343441; DATE: 10/2/2007. - Filing Complaint/Lis Pendens RE:Foisy        BXF |
| 31209 | #1001152443AHM v. Jason R. Foisy | 212971.1209 | 10/30/2007 | $ 15.00 | VENDOR: Dorta & Ortega, P.A.; INVOICE#: AP33128; DATE: 10/30/2007 - AFFIDAVIT OF ATTORNEY FEES - AHM/JASON R. FOISY 212971.1209 |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| ID | Case | Ref | Date | Amount | Description |
|---|---|---|---|---|---|
| 31210 | #1001153453AHM v. Guy Stevens | 212971.1210 | 10/24/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 347873; DATE: 10/24/2007. - RECORD ASSIGNMENT OF MORTGAGE  JM |
| 31210 | #1001153453AHM v. Guy Stevens | 212971.1210 | 10/24/2007 | $ 257.00 | PAYEE: Clerk of Court; REQUEST#: 347875; DATE: 10/24/2007. - FILING COMPLAINT WC |
| 31210 | #1001153453AHM v. Guy Stevens | 212971.1210 | 10/24/2007 | $ 5.00 | PAYEE: Clerk of Court; REQUEST#: 347876; DATE: 10/24/2007. - LIS PENDENS  JM |
| 31213 | #1000889420AHM v. Sandra L. Ortega | 212971.1213 | 10/29/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 348460; DATE: 10/29/2007. - RECORD ASSIGNMENT OF MORTGAGE  WC |
| 31213 | #1000889420AHM v. Sandra L. Ortega | 212971.1213 | 10/29/2007 | $ 266.60 | PAYEE: Clerk of Court; REQUEST#: 348461; DATE: 10/29/2007. - FILING COMPLAINT/LIS PENDENS  WC |
| 31214 | #1000881138AHM v. Maria Vallejo | 212971.1214 | 10/31/2007 | $ 288.60 | PAYEE: Clerk of Court; REQUEST#: 348900; DATE: 10/31/2007. - FILING COMPLAINT/LIS PENDENS/DG |
| 31214 | #1000881138AHM v. Maria Vallejo | 212971.1214 | 10/31/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 348903; DATE: 10/31/2007. - FILING COMPLAINT/LIS PENDENS/DG |
| 31215 | #1001181195AHM v. Robin Delaurie | 212971.1215 | 10/31/2007 | $ 6.00 | PAYEE: Clerk of Court; REQUEST#: 348880; DATE: 10/31/2007. - LIS PENDENS/WC |
| 31215 | #1001181195AHM v. Robin Delaurie | 212971.1215 | 10/31/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348882; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE/JM |
| 31215 | #1001181195AHM v. Robin Delaurie | 212971.1215 | 10/31/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 348891; DATE: 10/31/2007. - FILING COMPLAINT/WC |
| 31217 | #1001118238AHM v. Russell K. Owens | 212971.1217 | 10/29/2007 | $ 12.00 | PAYEE: Clerk of Court; REQUEST#: 348458; DATE: 10/29/2007. - RECORD ASSIGNMENT OF MORTGAGE |
| 31217 | #1001118238AHM v. Russell K. Owens | 212971.1217 | 10/29/2007 | $ 264.00 | PAYEE: Clerk of Court; REQUEST#: 348459; DATE: 10/29/2007. - FILING COMPLAINT/LIS PENDENS  WC |
| 31219 | #1001131382AHM v. Ana Rodriguez | 212971.1219 | 10/24/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 347926; DATE: 10/24/2007. - RECORD ASSIGNMENT OF MORTGAGE - ANA RODRIGUEZ          DG |
| 31219 | #1001131382AHM v. Ana Rodriguez | 212971.1219 | 10/24/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 347927; DATE: 10/24/2007. - LIS PENDENS - ANA RODRIGUEZ          DG |
| 31219 | #1001131382AHM v. Ana Rodriguez | 212971.1219 | 10/24/2007 | $ 265.00 | PAYEE: Clerk of Court; REQUEST#: 347928; DATE: 10/24/2007. - FILING COMPLAINT/LIS PENDENS -ANA RODRIGUEZ          DG |
| 31222 | #1001670001AHM v. Luz A. Arias | 212971.1222 | 10/31/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 349071; DATE: 10/31/2007. - FILING COMPLAINT - L. ARIAS          DG |
| 31222 | #1001670001AHM v. Luz A. Arias | 212971.1222 | 10/31/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 349072; DATE: 10/31/2007. - LIS PENDENS - L. ARIAS          DG |
| 31222 | #1001670001AHM v. Luz A. Arias | 212971.1222 | 10/31/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 349073; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE - L. ARIAS DG |
| 31224 | #1001332386AHM v. Rene Rabellino | 212971.1224 | 10/30/2007 | $ 267.00 | PAYEE: Clerk of Court; REQUEST#: 348837; DATE: 10/30/2007. - FILING COMPLAINTS/LIS PENDENS/DG |

11/15/2007
6:13 PM

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31226 | #1001315712AHM v. Lawrence R. Fierro | 212971.1226 | 10/31/2007 | $ 257.00 | PAYEE: Clerk of Court; REQUEST#: 348943; DATE: 10/31/2007. - FILING COMPLAINT/JM |
| 31226 | #1001315712AHM v. Lawrence R. Fierro | 212971.1226 | 10/31/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 348945; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE/JM |
| 31227 | #1000841191AH v. VELEZ, Richard | 212971.1227 | 10/26/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348321; DATE: 10/26/2007. - LIS PENDENS   DG |
| 31227 | #1000841191AH v. VELEZ, Richard | 212971.1227 | 10/26/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 348322; DATE: 10/26/2007. - FILING COMPLAINT DG |
| 31227 | #1000841191AH v. VELEZ, Richard | 212971.1227 | 10/26/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348323; DATE: 10/26/2007. - RECORD ASSIGNMENT OF MORTGAGE   DG |
| 31229 | #1001332280AHM v. Shaheedul Burhan | 212971.1229 | 10/31/2007 | $ 257.00 | PAYEE: Clerk of Court; REQUEST#: 348901; DATE: 10/31/2007. - FILING COMPLAINT/LIS PENDENS/JM |
| 31229 | #1001332280AHM v. Shaheedul Burhan | 212971.1229 | 10/31/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 348902; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE/JM |
| 31230 | #1001362516AHM v David Roberson | 212971.1230 | 10/29/2007 | $ 270.60 | PAYEE: Clerk of Court; REQUEST#: 348507; DATE: 10/29/2007. - FILING COMPLAINT/LIS PENDENS/DG |
| 31230 | #1001362516AHM v David Roberson | 212971.1230 | 10/29/2007 | $ 10.60 | PAYEE: Clerk of Court; REQUEST#: 348521; DATE: 10/29/2007. - RECORD ASSIGNMENT OF MORTGAGE/DG |
| 31231 | #1001379445ahm v. Ignatius Marraccino | 212971.1231 | 10/30/2007 | $ 256.00 | PAYEE: Clerk of Court; REQUEST#: 348833; DATE: 10/30/2007. - FILING COMPLAINTS/LIS PENDENS/YR |
| 31232 | #1001382945AHM v. Gustavo Morales | 212971.1232 | 10/31/2007 | $ 12.00 | PAYEE: Clerk of Court; REQUEST#: 348867; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE/YR |
| 31232 | #1001382945AHM v. Gustavo Morales | 212971.1232 | 10/31/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348878; DATE: 10/31/2007. - LIS PENDENS/YR |
| 31232 | #1001382945AHM v. Gustavo Morales | 212971.1232 | 10/31/2007 | $ 257.00 | PAYEE: Clerk of Court; REQUEST#: 348889; DATE: 10/31/2007. - FILING COMPLAINT/YR |
| 31237 | #1001305396AHM v. Leon D Arcila | 212971.1237 | 10/31/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348864; DATE: 10/31/2007. - RECORD ASSIGNMENT OF MORTGAGE/JM |
| 31237 | #1001305396AHM v. Leon D Arcila | 212971.1237 | 10/31/2007 | $ 10.00 | PAYEE: Clerk of Court; REQUEST#: 348875; DATE: 10/31/2007. - LIS PENDENS/JM |
| 31237 | #1001305396AHM v. Leon D Arcila | 212971.1237 | 10/31/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 348885; DATE: 10/31/2007. - FILING COMPLAINT/WC |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/7/2007 | $ 290.00 | Abstracting Fee |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/7/2007 | $ 9.50 | Tax Search Fee |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/7/2007 | $ 150.00 | Title Examination Fee |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/10/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 345242; DATE: 10/10/2007. - Filing Complaint/Lis Pendens/Newton  YR |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 691669; DATE: 10/30/2007 - Service of Process on: Jane Doe. |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 691669; DATE: 10/30/2007 - Service of Process on: John Doe. |

# EXHIBIT E

Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 691669; DATE: 10/30/2007 - Service of Process on: Lakeisha Moses-Newton |
| 31238 | #1001310515AHM v. Todd Newton | 212971.1238 | 10/30/2007 | $ 45.00 | VENDOR: ProVest, Inc.; INVOICE#: 691669; DATE: 10/30/2007 - Service of Process on: Todd Newton |
| 31245 | #1001491161AHM v. Francisco Bengochea | 212971.1245 | 10/30/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 348770; DATE: 10/30/2007. - RECORD ASSIGNMENT OF MORTGAGE/WC |
| 31245 | #1001491161AHM v. Francisco Bengochea | 212971.1245 | 10/30/2007 | $ 261.00 | PAYEE: Clerk of Court; REQUEST#: 348827; DATE: 10/30/2007. - FILING COMPLAINTS/LIS PENDENS/WC |
| 31246 | AH#1001470059 v, PEREZ, Yamilka | 212971.1246 | 10/22/2007 | $ 258.00 | PAYEE: Clerk of Court; REQUEST#: 347341; DATE: 10/22/2007. - Filing Complaint/Lis Pendens  jm |
| 31246 | AH#1001470059 v, PEREZ, Yamilka | 212971.1246 | 10/29/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218645; DATE: 10/29/2007 - Served: The Tides on Hollywood Beach Condominium Association, Inc. |
| 31246 | AH#1001470059 v, PEREZ, Yamilka | 212971.1246 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218646; DATE: 10/30/2007 - Service of Process on: John Doe |
| 31246 | AH#1001470059 v, PEREZ, Yamilka | 212971.1246 | 10/30/2007 | $ 55.00 | VENDOR: Caplan, Caplan and Caplan; INVOICE#: 218647; DATE: 10/30/2007 - Service of Process on: Jane Doe |
| 31247 | #1001263020AH v. FORSGERG, Paul | 212971.1247 | 10/26/2007 | $ 255.00 | PAYEE: Clerk of Court; REQUEST#: 348139; DATE: 10/26/2007. - FILING COMPLAINT/LIS PENDENS  DG |
| 31247 | #1001263020AH v. FORSGERG, Paul | 212971.1247 | 10/26/2007 | $ 11.00 | PAYEE: Clerk of Court; REQUEST#: 348142; DATE: 10/26/2007. - RECORD ASSIGNMENT OF MORTGAGE   DG |
| 31282 | #1000929919AHM vs Juan M. Marquez | 212971.1282 | 10/14/2007 | $ 290.00 | Abstracting |
| 31282 | #1000929919AHM vs Juan M. Marquez | 212971.1282 | 10/14/2007 | $ 9.50 | Tax Search |
| 31282 | #1000929919AHM vs Juan M. Marquez | 212971.1282 | 10/14/2007 | $ 150.00 | Title Examination |
| 31288 | #1001532423AHM vs Carmen Shook | 212971.1288 | 10/15/2007 | $ 290.00 | Abstracting |
| 31288 | #1001532423AHM vs Carmen Shook | 212971.1288 | 10/15/2007 | $ 9.50 | Tax Search |
| 31288 | #1001532423AHM vs Carmen Shook | 212971.1288 | 10/15/2007 | $ 150.00 | Title Examination |
| 31289 | #1001402582AHM vs Louise Less | 212971.1289 | 10/12/2007 | $ 290.00 | Abstracting |
| 31289 | #1001402582AHM vs Louise Less | 212971.1289 | 10/12/2007 | $ 9.50 | Tax Search |
| 31289 | #1001402582AHM vs Louise Less | 212971.1289 | 10/12/2007 | $ 150.00 | Title Examination |
| 31291 | 1001160395 v. KERTATOS, Christopher A. | 212971.1291 | 10/25/2007 | $ 16.00 | PAYEE: Clerk of Court; REQUEST#: 348073; DATE: 10/25/2007. - Recorded Documents |
| 31302 | #1001274685AHM v. Antonio Clark | 212971.1302 | 10/11/2007 | $ 290.00 | Abstracting |
| 31302 | #1001274685AHM v. Antonio Clark | 212971.1302 | 10/11/2007 | $ 9.50 | Tax Search |
| 31302 | #1001274685AHM v. Antonio Clark | 212971.1302 | 10/11/2007 | $ 150.00 | Title Examination |
| 31329 | #1001300286AHM v Vicky Abbott | 212971.1329 | 10/25/2007 | $ 18.50 | PAYEE: Board of County Commissioners; REQUEST#: 348108; DATE: 10/25/2007. - RECORD NON-ID AFFIDAVIT - V. ABBOTT DG |
| 31329 | #1001300286AHM v Vicky Abbott | 212971.1329 | 10/25/2007 | $ 260.00 | PAYEE: Clerk of Court; REQUEST#: 348109; DATE: 10/25/2007. - FILING COMPLAINT/LIS PENDENS - V. ABBOTT DG |
| 31329 | #1001300286AHM v Vicky Abbott | 212971.1329 | 10/30/2007 | $ 19.50 | PAYEE: Board of Broward County Commissioners; REQUEST#: 348756; DATE: 10/30/2007. - RECORD ASSIGNMENT OF MORTGAGE/WC |
| 31373 | #1001091914AHM v. Claude Mehu Francois | 212971.1373 | 10/31/2007 | $ 290.00 | Abstracting |
| 31373 | #1001091914AHM v. Claude Mehu Francois | 212971.1373 | 10/31/2007 | $ 9.50 | Tax Search |
| 31373 | #1001091914AHM v. Claude Mehu Francois | 212971.1373 | 10/31/2007 | $ 150.00 | Title Examination |
| 31391 | #1001660923AHM v. Charles Shelton | 212971.1391 | 10/30/2007 | $ 290.00 | Abstracting |

# EXHIBIT E
Adorno Yoss LLP
Monthly Costs
October 2007

| | | | | | |
|---|---|---|---|---|---|
| 31391 | #1001660923AHM v. Charles Shelton | 212971.1391 | 10/30/2007 | $ 9.50 | Tax Search |
| 31391 | #1001660923AHM v. Charles Shelton | 212971.1391 | 10/30/2007 | $ 150.00 | Title Examination |
| 31396 | #1001735591AHM v. Teurri Cardoso | 212971.1396 | 10/24/2007 | $ 290.00 | Abstracting |
| 31396 | #1001735591AHM v. Teurri Cardoso | 212971.1396 | 10/24/2007 | $ 9.50 | Tax Search |
| 31396 | #1001735591AHM v. Teurri Cardoso | 212971.1396 | 10/24/2007 | $ 150.00 | Title Examination |
| 31416 | #1001774243AHM v. Chandra Curbello | 212971.1416 | 10/30/2007 | $ 290.00 | Abstracting |
| 31416 | #1001774243AHM v. Chandra Curbello | 212971.1416 | 10/30/2007 | $ 9.50 | Tax Search |
| 31416 | #1001774243AHM v. Chandra Curbello | 212971.1416 | 10/30/2007 | $ 150.00 | Title Examination |
| 31428 | #1001791485AHM v. Eliciane Noel | 212971.1428 | 10/30/2007 | $ 290.00 | Abstracting |
| 31428 | #1001791485AHM v. Eliciane Noel | 212971.1428 | 10/30/2007 | $ 9.50 | Tax Search |
| 31428 | #1001791485AHM v. Eliciane Noel | 212971.1428 | 10/30/2007 | $ 150.00 | Title Examination |
| 31440 | #1001768515AH v. LEON-PEREZ, GLORIA V. | 212971.1440 | 10/30/2007 | $ 290.00 | Abstracting |
| 31440 | #1001768515AH v. LEON-PEREZ, GLORIA V. | 212971.1440 | 10/30/2007 | $ 9.50 | Tax Search |
| 31440 | #1001768515AH v. LEON-PEREZ, GLORIA V. | 212971.1440 | 10/30/2007 | $ 150.00 | Title Examination |
| 31456 | #1001639311AH v. ZATONYL, RICARDO | 212971.1456 | 10/24/2007 | $ 290.00 | Abstracting |
| 31456 | #1001639311AH v. ZATONYL, RICARDO | 212971.1456 | 10/24/2007 | $ 9.50 | Tax Search |
| 31456 | #1001639311AH v. ZATONYL, RICARDO | 212971.1456 | 10/24/2007 | $ 150.00 | Title Examination |
| 31469 | #1001335132AH v. ELLIS, TIM | 212971.1469 | 10/23/2007 | $ 290.00 | Abstracting |
| 31469 | #1001335132AH v. ELLIS, TIM | 212971.1469 | 10/23/2007 | $ 9.50 | Tax Search |
| 31469 | #1001335132AH v. ELLIS, TIM | 212971.1469 | 10/23/2007 | $ 150.00 | Title Examination |
| | Total Cos | | | $ 87,678.5 | |

11/15/2007
6:13 PM

**COMPOSITE EXHIBIT F**

**INVOICES**

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 23, 2007
Invoice: 437174
Page 1

For Services Rendered Through October 23, 2007
Matter # 214971.0071 #1001097642AH v. RIVIERE

| Date | Description | Amount |
|---|---|---|
| 10/23/07 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services     $300.00

**TOTAL AMOUNT DUE**     **$300.00**

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 23, 2007
Invoice: 437173
Page 1

For Services Rendered Through October 23, 2007
Matter # 214971.0103 #1001045484AH v. SALAZAR

| | | |
|---|---|---|
| 10/23/07 | Title search review, review hard copies of title documents prepare claim letters, calls to title insurance company and prepration and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

==========

California  Florida  Georgia  Illinois  Massachusetts  New Jersey  New York  Texas  Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 23, 2007
Invoice: 437175
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through October 23, 2007
Matter # 214971.0112 #1001535146AH v. EVELYN GONZALEZ

| | | |
|---|---|---|
| 10/23/07 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |
| | | =========== |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 9, 2007
Invoice: 435520
Page 1

For Services Rendered Through October 9, 2007
Matter # 214971.0136 #1001574235AH v. Yamil Lapaz

| Date | Description | Amount |
|---|---|---|
| 10/09/07 | Title Search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 9, 2007
Invoice: 435522
Page 1

For Services Rendered Through October 9, 2007
Matter # 214971.0143 #1000932988AH v. SCOTT A. SULLIVAN

| | | |
|---|---|---|
| 10/09/07 | Title Search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services     $300.00

**TOTAL AMOUNT DUE**     **$300.00**

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 9, 2007
Invoice: 435521
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through October 9, 2007
Matter # 214971.0145 #1001259393AH v. TRACY PATE

| | | |
|---|---|---|
| 10/09/07 | Title Search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

October 9, 2007
Invoice: 435519
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

For Services Rendered Through October 9, 2007
Matter # 214971.0146 #1001482137AH v. ODETTE CHARLES

| | | |
|---|---|---|
| 10/09/07 | Title Search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 9, 2007
Invoice: 435523
Page 1

For Services Rendered Through October 9, 2007
Matter # 214971.0148 #1001502586AH v. JOHANA A. OTALVARO

| | | |
|---|---|---|
| 10/09/07 | Title Search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services                    $300.00

**TOTAL AMOUNT DUE**                    **$300.00**
============

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 23, 2007
Invoice: 437171
Page 1

For Services Rendered Through October 23, 2007
Matter # 212971.1303 #1001335633AH v. TARCZYNSKI, David

| 10/23/07 | Answer Monitor | $500.00 |
|---|---|---|
| | Total Fees for Professional Services | $500.00 |
| | **TOTAL AMOUNT DUE** | **$500.00** |

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 12, 2007
Invoice: 436179
Page 1

For Services Rendered Through October 12, 2007
Matter # 212971.1108 #1001423911 AH v. Felix Quinones

| | | |
|---|---|---|
| 10/12/07 | Monitor Only | $200.00 |
| | Total Fees for Professional Services | $200.00 |
| | **TOTAL AMOUNT DUE** | **$200.00** |

FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

October 17, 2007
Invoice: 436691
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through October 17, 2007
Matter # 212971.1103 #1001085349 AH v. Fernner I. Giraldo

| | | |
|---|---|---|
| 10/17/07 | Monitor Only | $200.00 |
| | Total Fees for Professional Services | $200.00 |
| | **TOTAL AMOUNT DUE** | **$200.00** |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

October 12, 2007
Invoice: 436197
Page 1

For Services Rendered Through October 12, 2007
Matter # 212971.1089 #1001363141 AH v. Michaelkiki Germany

| | | |
|---|---|---|
| 10/12/07 | Monitor Only | $200.00 |
| | Total Fees for Professional Services | $200.00 |
| | **TOTAL AMOUNT DUE** | **$200.00** |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

October 17, 2007
Invoice: 436699
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through October 17, 2007
Matter # 212971.0700 #1000920072AHM v. Esteban Montanez

| | | |
|---|---|---|
| 10/17/07 | Monitor Only | $200.00 |
| | Total Fees for Professional Services | $200.00 |
| | **TOTAL AMOUNT DUE** | **$200.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 28, 2007
Invoice: 1015-PPB
Page 1

For Services Rendered Through October 10, 2007
Bankruptcy plus hard costs
Matter # 213262.0019 AHM vs TROUTMAN, DAVID LEON
Case#06-06381

| | | |
|---|---|---|
| 10/23/07 | Relief from Stay Obtained | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 10/10/07 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 29, 2007
Invoice: 1016-PPB
Page 1

For Services Rendered Through October 29, 2007
Bankruptcy plus hard costs
Matter # 213262.0078 AHMS vs MUNGIN, MAURY S - Loan#1001269472
Case#07-16170

| | | |
|---|---|---|
| 10/23/07 | Objection to Confirmation | $350.00 |
| | **Total Fees for Professional Services** | **$350.00** |
| | **TOTAL AMOUNT DUE** | **$350.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

October 29, 2007
Invoice: 1017-PPB
Page 1

For Services Rendered Through October 29, 2007
BANKRUPTCY PLUS HARD COSTS
Matter # 213262.0086 AHM VS. KOERBER, JAMES A.-LOAN# 1001330111
Case#0706533

| | | |
|---|---|---|
| 10/29/07 | Relief from Stay Obtained | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |

Costs Incurred

| | | |
|---|---|---|
| 9/24/07 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |

**TOTAL AMOUNT DUE**          **$800.00**

==============

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 10, 2007
Invoice: 440472
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0591 #1001376400AH v. LORIBEL LORENZO

| | | |
|---|---|---|
| 10/01/07 | Receive and review Motion to Postpone Sale; conference with Eric Myers in connection therewith; e-mail Pat Ireton re: alleged "short sale." | |
| | DMR | 0.80 hrs. |
| 10/01/07 | Receive and review Emergency Motion to Stop Sale; e-mail to Traynard Jackson in connection therewith; review file in preparation for hearing; preparation of letter to Judge re: hearing. | |
| | EMYE | 1.00 hrs. |
| 10/02/07 | Conference with Eric Myers re: hearing results; e-mail Pat Ireton re: rejection of short sale offer. | |
| | DMR | 0.40 hrs. |
| 10/02/07 | Attendance at hearing on Motion to Stop Sale. | |
| | EMYE | 0.50 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| EMYE | 1.50 | 185.00 | $277.50 |

Total Fees for Professional Services                $547.50

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $547.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $547.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 10, 2007
Invoice: 440471
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0588 #1001227191AH v. NATHAN, Alan

| | | | |
|---|---|---|---|
| 10/02/07 | Receive and review correspondence re: short sale/deed-in-lieu of foreclosure. | | |
| | DMR | 0.20 hrs. | |
| 10/06/07 | Revise Suggestion of Bankruptcy; e-mail Traynard Jackson and Carol Oates re: deed-in-lieu/short sale offer. | | |
| | DMR | 0.50 hrs. | |
| 10/09/07 | Conference with Eric Myers re: litigation strategy; e-mail Carol Oates re: deed-in-lieu/short sale. | | |
| | DMR | 0.40 hrs. | |
| 10/17/07 | Conference with Cheryl Burm re: status of title claim. | | |
| | DMR | 0.20 hrs. | |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.30 | 225.00 | $292.50 |
| Total Fees for Professional Services | | | $292.50 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

Matter # 212971.0588

November 10, 2007
Invoice: 440471
Page 2

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $292.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $292.50 |

### ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 10, 2007
Invoice: 440458
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0540 #1001207668 v. Rickborn, Chris

| 10/01/07 | Conference with Eric Myers re: resolution, with respect to Motion to Dismiss, or, in the Alternative, for More Definite Statement. |
|---|---|
| | DMR        0.20 hrs. |

| 10/01/07 | Telephone conference with Robert Morris re: Defendant's Motion to Dismiss and deed-in-lieu of foreclosure. |
|---|---|
| | EMYE        0.50 hrs. |

| 10/10/07 | Receive and review correspondence re: refusal to stipulate to entry of Final Judgment;  conference with Eric Myers in connection therewith. |
|---|---|
| | DMR        0.40 hrs. |

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| EMYE | 0.50 | 185.00 | $92.50 |
| Total Fees for Professional Services | | | $227.50 |

Matter # 212971.0540

November 10, 2007
Invoice: 440458
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $227.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $227.50 |

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 10, 2007
Invoice: 440451
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through October 31, 2007
Matter # 212971.0504 #1001392191 v. Callahan, Rudy H.

| | | | |
|---|---|---|---|
| 10/15/07 | Preparation of reinstatement letter. | | |
| | | EMYE | 0.50 hrs. |
| 10/18/07 | Preparation of Notice of Hearing on Motion to Dismiss and Motion to Appear Telephonically. | | |
| | | EMYE | 0.50 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| EMYE | 1.00 | 185.00 | $185.00 |
| Total Fees for Professional Services | | | $185.00 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $185.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $185.00 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

## REMITTANCE ADVICE

*Outstanding Receivables As Of: November 10, 2007.*

| Invoice Date | Invoice # | Fees | Costs | Payments & Credits Applied | Balance Due |
|---|---|---|---|---|---|
| 08/30/07 | 429188 | $ 157.50 | $ 0.00 | $0.00 | $ 157.50 |
| 11/10/07 | 440451 | $185.00 | $0.00 | $0.00 | $185.00 |
| | | | | | $342.50 |

## *Payment Options:* PLEASE NOTE NEW PAYMENT ADDRESS

**Check**
Adorno & Yoss LLP
PO Box 116142
Atlanta, GA 30368-6142

**Credit Card**
We accept Visa, Mastercard and American Express credit card payments. Please print and fill out the form below to ensure proper processing. The completed form should be mailed to the above mailing address or faxed to (305) 390 - 3868. Credit card and address information is confidential.

**EFT Transfers including Wires and ACH Credits**
SunTrust Bank
ABA # 061000104
Adorno & Yoss LLP
Operating Account #
1000037817268
Client/Matter and Invoice Information

**Payor Name:** _____

**Company:** _____

**Billing Address:** _____

**City:** _____ **State:** _____ **Zip:** _____

**Phone Number:** _____ **E-mail:** _____

**Invoice(s) No(s):** _____

**Amount:** $ _____

**Card Type:** ☐Visa    ☐Mastercard    ☐American Express

**Card Number:** _____ **Expiration Date:** _____

**Signature:** _____

Card member agrees to pay total in accordance with agreement governing use of such card.

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 10, 2007
Invoice: 440449
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

For Services Rendered Through October 31, 2007
Matter # 212971.0477 #1001376096AH v. PEDRO GAMBOA

| | | | |
|---|---|---|---|
| 10/30/07 | Conference with Eric Myers re: short sale and Emergency Motion to Postpone Foreclosure Sale. | | |
| | DMR | 0.20 hrs. | |
| 10/30/07 | Receive and Review Emergency Motion to Postpone Sale Date and Contract for Sale; e-mail to Traynard Jackson in connection therewith; telephone conference with Jose Gomez in connection therewith. | | |
| | EMYE | 0.80 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMYE | 0.80 | 185.00 | $148.00 |
| Total Fees for Professional Services | | | $193.00 |

Matter # 212971.0477

November 10, 2007
Invoice: 440449
Page 2

## **Matter Summary**

| | |
|---|---|
| Payments Received | $1,685.50 |
| Fees for Professional Services - Current Billing Period | $193.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $193.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 10, 2007
Invoice: 440430
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0313 #1001081771AH v. ALLAN DESILVA

| Date | Description | Initials | Hours |
|---|---|---|---|
| 08/17/07 | Telephone conference with Mary Chambers. | GXA | 0.30 hrs. |
| 10/11/07 | Preparation of e-mail to Jessie Smith re: affidavit. | EMYE | 0.30 hrs. |
| 10/17/07 | Review and respond to email from Sherri Wedesky and e-mail to Jessie Gregorio re: Affidavit. | EMYE | 1.30 hrs. |
| 10/18/07 | Receive and review Original Affidavit of Louis Zaretsky. | EMYE | 0.30 hrs. |

## Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| GXA | 0.30 | 250.00 | $75.00 |
| EMYE | 1.90 | 185.00 | $351.50 |
| Total Fees for Professional Services | | | $426.50 |

Matter # 212971.0313

November 10, 2007
Invoice: 440430
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $426.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $426.50 |

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 10, 2007
Invoice: 440476
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0775 #1001072175AHM v. David S. Wilson

| | | | |
|---|---|---|---|
| 09/17/07 | Conference with Eric Myers re: Answer and Affirmative Defenses and litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 09/18/07 | Telephone conference with Vuth Un re: affirmative defenses. | | |
| | | EMYE | 0.20 hrs. |
| 10/11/07 | Telephone conference with Michael Moran re: Answer. | | |
| | | EMYE | 0.30 hrs. |
| 10/11/07 | Telephone conference with Michael Moran re: Aswer and Affirmative Defenses. | | |
| | | EMYE | 0.30 hrs. |
| 10/17/07 | Receive and review First Request for Production;  receive and review Notice of Taking Deposition;  conference with Eric Myers in connection therewith. | | |
| | | DMR | 0.70 hrs. |
| 10/23/07 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 10/23/07 | Receive and review Request for Production, Notice of Taking Deposition Duces Tecum, e-mail to Lora Stanford in connection therewith. | | |
| | | EMYE | 0.80 hrs. |

### Summary of Fees

|       | Hours | Rate/Hr. | Dollars |
|-------|-------|----------|---------|
| DMR   | 1.10  | 225.00   | $247.50 |
| EMYE  | 1.60  | 185.00   | $296.00 |
|       |       |          | ——————— |
| Total Fees for Professional Services | | | $543.50 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $543.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $543.50 |

## ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440421
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0189 #1001222605AH v. TOMAS DIAZ

| | | | |
|---|---|---|---|
| 10/04/07 | Receive and review Order Ratifying Stipulation (as to priorities). | | |
| | DMR | 0.30 hrs. | |
| 10/09/07 | E-mail Lora Stanford re: status of title claim. | | |
| | DMR | 0.20 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| Total Fees for Professional Services | | | $112.50 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $112.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $112.50 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

Matter # 212971.0223

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 8, 2007
Invoice: 440422
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440422
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0223 #1001001118AH v. MIGUEL F. BORDA

| 06/22/07 | E-mail Traynard Jackson re: status of deed-in-lieu consideration. | | |
| | | DMR | 0.20 hrs. |
| 08/14/07 | E-mail Amanda Ellsworth re: status of deed-in-lieu of foreclosure. | | |
| | | DMR | 0.20 hrs. |
| 10/11/07 | Preparation of email to Carol Oates re: deed-in-lieu. | | |
| | | EMYE | 0.30 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMYE | 0.30 | 185.00 | $55.50 |

Total Fees for Professional Services                    $145.50

## **Matter Summary**

Payments Received                         $1,265.00

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

Matter # 212971.0223

November 8, 2007
Invoice: 440422
Page 2

| | |
|---|---|
| Fees for Professional Services - Current Billing Period | $145.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $145.50 |

===========

Matter # 212971.0280

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 8, 2007
Invoice: 440423
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440423
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0280 #1001006741AH v. TASHA M. KALHORN

| | | |
|---|---|---|
| 10/02/07 | E-mail Jim Weber re: coordinating interior inspection with broker;  e-mail Pat Ireton re: same. | |
| | DMR | 0.40 hrs. |
| 10/03/07 | E-mail Jim Weber re: promise to coordinate inspection within the coming days;  e-mail Pat Ireton re: same. | |
| | DMR | 0.40 hrs. |
| 10/12/07 | Review file and F.S. Sec. 720.3085;  e-mail Patricia Ireton re: deed-in-lieu;  review updated title search. | |
| | DMR | 0.40 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| Total Fees for Professional Services | | | $270.00 |

**Matter Summary**

Payments Received                    $0.00

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

Matter # 212971.0280

November 8, 2007
Invoice: 440423
Page 2

| | |
|---|---|
| Fees for Professional Services - Current Billing Period | $270.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $270.00 |

============

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440426
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0281 #1001351623AH v. GREGORIO PALACIOS

| Date | Description | | |
|---|---|---|---|
| 10/29/07 | Conference with Gregg Ahrens re: Stipulation;  e-mails to and from and telephone conference with Traynard Jackson re: borrower's request to have credit reporting changed to "dispute." | | |
| | DMR | 0.40 hrs. | |
| 10/29/07 | Review file, proposed stipulation, call client and call opposing counsel. | | |
| | GXA | 0.80 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| GXA | 0.80 | 250.00 | $200.00 |

Total Fees for Professional Services                                          $290.00

Matter # 212971.0281

November 8, 2007
Invoice: 440426
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $290.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $290.00 |

===========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440429
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0310 #1001362466AH v. VLADIMIR SERBINE

| | | | |
|---|---|---|---|
| 10/11/07 | Receive and review correspondence, Notice of Hearing, and Final Order (re: code enforcement issues). | | |
| | | DMR | 0.60 hrs. |
| 10/15/07 | Follow up regarding code enforcement problems. | | |
| | | GXA | 0.40 hrs. |
| 10/17/07 | E-mails to and from Traynard Jackson, Lissette Duarte, and Jane Larkin to have someone from REO Department contact us re: upcoming code enforcement hearing;  telephone conferences with and e-mails to and from Dorman Nelson; telephone conference with Nick Jackson, realtor;  conference with Gregg Ahrens. | | |
| | | DMR | 0.80 hrs. |
| 10/18/07 | Review pictures of repairs made to property (doors/windows); e-mail Dorman Nelson in connection therewith. | | |
| | | DMR | 0.40 hrs. |
| 10/26/07 | Conference with Alan Rosenthal re: American Home's request that we go after $10K earnest money deposit;  telephone conference with Jack Lewis re: same;  conference with Isabel Colleran. | | |
| | | DMR | 0.60 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 2.40 | 225.00 | $540.00 |
| GXA | 0.40 | 250.00 | $100.00 |
| Total Fees for Professional Services | | | $640.00 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $959.60 |
| Fees for Professional Services - Current Billing Period | $640.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $640.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440431
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0346 #1001109736AH v. BARR

| 09/17/07 | Conference with Eric Myers re: request for loss mitigation options. |
| | DMR    0.20 hrs. |
| 10/03/07 | Conference with Eric Myers re: litigation strategy, specifically with respect to discovery. |
| | DMR    0.20 hrs. |
| 10/04/07 | Review Request for Production. |
| | DMR    0.40 hrs. |
| 10/04/07 | Preparation of Plaintiff's First Request for Production of Documents. |
| | EMYE    0.80 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
| --- | --- | --- | --- |
| DMR | 0.80 | 225.00 | $180.00 |
| EMYE | 0.80 | 185.00 | $148.00 |
| Total Fees for Professional Services | | | $328.00 |

Matter # 212971.0346

November 8, 2007
Invoice: 440431
Page 2

## <u>Matter Summary</u>

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $328.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $328.00 |

============

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440433
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0363 #1001330526AH v. ROSE MARIE LORIG

10/02/07    Conference with Eric Myers re: code enforcement hearing.

                    DMR        0.20 hrs.

10/02/07    Preparation of e-mail to Lissette Duarte re: Notice of
            Violation hearing.

                    EMYE       0.30 hrs.

10/02/07    Receive and review letter from Ad Litem re: pleadings.

                    EMYE       0.50 hrs.

10/03/07    Receive and review correspondence.

                    EMYE       0.50 hrs.

10/05/07    Finalize letter to Ronald Hansen re: Ad Litem.

                    EMYE       0.20 hrs.

10/18/07    Preparation of Notice of Dropping Parties; preparation of
            Motion and Order for Default.

                    EMYE       0.40 hrs.

10/31/07    Conference with Eric Myers re: litigation strategy.

                    DMR        0.20 hrs.

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMYE | 1.90 | 185.00 | $351.50 |
| Total Fees for Professional Services | | | $441.50 |

### Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $441.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $441.50 |

Matter # 212971.0365

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 8, 2007
Invoice: 440445
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440445
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0365 #1001298924AH v. CHRISTOPHER C. BLAIR

| | | | |
|---|---|---|---|
| 08/14/07 | E-mail Carol Oates re: status of deed-in-lieu of foreclosure. | | |
| | | DMR | 0.20 hrs. |
| 09/17/07 | Conference with Eric Myers re: status of deed-in-lieu of foreclosure. | | |
| | | DMR | 0.20 hrs. |
| 10/11/07 | Telephone conference with Joe Silva re: deed-in-lieu. | | |
| | | EMYE | 0.30 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $145.50 |

**Matter Summary**

Matter # 212971.0365

November 8, 2007
Invoice: 440445
Page 2

Fees for Professional Services - Current Billing Period        $145.50

Costs Incurred- Current Billing Period        $0.00

Total Bill Amount Due        $145.50

==========

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440452
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0509 #1001455274 v. Edwards, Edwin L.

| | | | |
|---|---|---|---|
| 10/02/07 | Receive and review correspondence; receive and review Affidavits of Ann G. Edwards and Edwin L. Edwards; conference with Eric Myers in connection therewith. | | |
| | | DMR | 0.70 hrs. |
| 10/02/07 | Preparation of e-mail to Douglas Centeno re: Motion to Quash Service. | | |
| | | EMYE | 0.30 hrs. |
| 10/04/07 | Conference with Eric Myers re: opposing counsel's acquiescence re: accepting service of process. | | |
| | | DMR | 0.20 hrs. |
| 10/04/07 | Telephone conference with Doug Centeno re: service of process. | | |
| | | EMYE | 0.50 hrs. |
| 10/23/07 | Review and respond to letter from Doug Centeno re: service of process. | | |
| | | EMYE | 0.40 hrs. |
| 10/24/07 | Preparation of letter to Douglas Centeno regarding acceptance of service of process. | | |
| | | EMYE | 0.50 hrs. |

|  | Summary of Fees | | |
|---|---|---|---|
|  | Hours | Rate/Hr. | Dollars |
| DMR | 0.90 | 225.00 | $202.50 |
| EMYE | 1.70 | 185.00 | $314.50 |
| Total Fees for Professional Services |  |  | $517.00 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $517.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $517.00 |

### ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440459
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0544 #1001345641 v. Santiago, Enid

| 10/04/07 | Telephone conference with Julio Cruz re: settlement; telephone conference with Joe Cichowski re: short sale and Agreed Order on Motion to Dismiss; conference with Eric Myers in connection therewith. | | |
| | | DMR | 0.60 hrs. |
| 10/10/07 | Telephone conference with Julio Cruz re: short sale offer. | | |
| | | DMR | 0.20 hrs. |
| 10/12/07 | Receive and review correspondence and sales contract; e-mails to and from Patricia Ireton re: short sale procedures. | | |
| | | DMR | 0.50 hrs. |
| 10/15/07 | Preparation of Agreed Order on Motion to Dismiss. | | |
| | | EMYE | 0.30 hrs. |
| 10/19/07 | E-mails to and from Pat Ireton re: loss mitigation package. | | |
| | | DMR | 0.20 hrs. |
| 10/29/07 | Prepare letter to Joseph Cichowski re: Loss Mitigation package; prepare telefax to Joseph Cichowski. | | |
| | | DMR | 0.40 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.90 | 225.00 | $427.50 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $483.00 |

## __Matter Summary__

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $483.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $483.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440469
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0567 #1000885829AH v. KHAWAJA AHMED

| | | | |
|---|---|---|---|
| 08/14/07 | Review of file. | | |
| | | DMR | 0.20 hrs. |
| 09/18/07 | Preparation of Non-Resident Cost Bond. | | |
| | | EMYE | 0.40 hrs. |
| 09/21/07 | Preparation of Notice of Hearing re: Motion to Consolidate and Motion to Dismiss. | | |
| | | EMYE | 0.20 hrs. |
| 10/03/07 | Preparation of Re-notice of Hearing. | | |
| | | EMYE | 0.50 hrs. |
| 10/04/07 | Preparation of Order Denying Defendant's Motion to Dismiss. | | |
| | | EMYE | 0.40 hrs. |
| 10/08/07 | Conference with Eric Myers re: litigation strategy with respect to Motion to Consolidate. | | |
| | | DMR | 0.20 hrs. |
| 10/10/07 | Conference with Eric Myers re: Motion to Consolidate and agreement reached with opposing counsel. | | |
| | | DMR | 0.20 hrs. |

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 8, 2007
Invoice: 440469
Page 2

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

| | | | |
|---|---|---|---|
| 10/10/07 | Telephone conference with Anthony Adelson re: Motion to Consolidate, Motion to Dismiss for Failure to Post Non-Resident Cost Bond and Motion to Dismiss for Failure to State Cause of Action. | | |
| | EMYE | 1.00 hrs. | |
| 10/12/07 | Receive and review correspondence; receive and review proposed Order on Motion to Consolidate. | | |
| | DMR | 0.40 hrs. | |
| 10/15/07 | Review Agreed Order re: Motion to Consolidate. | | |
| | EMYE | 0.50 hrs. | |
| 10/18/07 | Receive and review Order Denying Motion to Consolidate. | | |
| | DMR | 0.30 hrs. | |
| 10/18/07 | Telephone conference with Justin Pearson re: Order. | | |
| | EMYE | 0.30 hrs. | |
| 10/23/07 | Conference with Eric Myers re: litigation strategy. | | |
| | DMR | 0.20 hrs. | |
| 10/23/07 | Telephone conference with Anthony Adelson regarding Motion to Consolidate and Motion to Dismiss. | | |
| | EMYE | 0.50 hrs. | |
| 10/24/07 | Preparation of Agreed Order and letter to Judge Aleman regarding denial of Defendant's Motion to Dismiss. | | |
| | EMYE | 0.50 hrs. | |

|  | EMYE | 0.50 hrs. |
|---|---|---|

10/25/07   Receive and review Motion for Attorneys' Fees and affidavits in support thereof; conference with Eric Myers in connection therewith; review of Court docket.

|  | DMR | 0.70 hrs. |
|---|---|---|

10/29/07   Conference with Eric Myers re: litigation strategy with respect to fee request.

|  | DMR | 0.20 hrs. |
|---|---|---|

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 2.40 | 225.00 | $540.00 |
| EMYE | 4.80 | 185.00 | $888.00 |
| Total Fees for Professional Services |  |  | $1,428.00 |

### Costs Incurred

| 07/18/07 | Filing Cost Bond |  | $100.00 |
|---|---|---|---|
|  | Total Costs Incurred |  | $100.00 |

### **Matter Summary**

| Payments Received | $0.00 |  |
|---|---|---|
| Fees for Professional Services - Current Billing Period | $1,428.00 |  |
| Costs Incurred- Current Billing Period | $100.00 |  |
| Total Bill Amount Due |  | $1,528.00 |

===========

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440474
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0705 #1001566732AHM v. Stephen Delpopolo

| Date | Description | | |
|---|---|---|---|
| 10/11/07 | Receive and review Demand for RESPA disclosures;  receive and review Demand for Written Verification of Debt;  receive and review Demand for Written Verification of Reinstatement and Payoff Figures;  receive and review Notice of Failure to Post Non-Resident Cost Bond;  receive and review Motion for Enlargement of Time to Respond to Complaint;  conference with Eric Myers in connection therewith. | | |
| | DMR | 0.80 hrs. | |
| 10/11/07 | E-mail to Traynard Jackson in connection with contested pleadings; telephone conference with David Thorpe re: deed-in-lieu of foreclosure. | | |
| | EMYE | 0.40 hrs. | |
| 10/23/07 | Telephone conference with David Thorpe's assistant re: deed-in-lieu of foreclosure;  conference with Eric Myers in connection therewith. | | |
| | DMR | 0.40 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| EMYE | 0.40 | 185.00 | $74.00 |

### Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $344.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $344.00 |

Matter # 212971.0708

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 8, 2007
Invoice: 440475
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440475
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0708 1001615586AHM v. Jose Negron

| | | |
|---|---|---|
| 09/27/07 | Receive and review Answer and Affirmative Defenses and Demand for Jury Trial. | |
| | DMR | 0.30 hrs. |
| 10/02/07 | Conference with Eric Myers re: litigation strategy. | |
| | DMR | 0.20 hrs. |
| 10/02/07 | E-mail to Traynard Jackson in connection with Answer. | |
| | EMYE | 0.30 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $168.00 |

**Matter Summary**

Matter # 212971.0708

November 8, 2007
Invoice: 440475
Page 2

Fees for Professional Services - Current Billing Period        $168.00

Costs Incurred- Current Billing Period                          $0.00

                    Total Bill Amount Due                    $168.00

                                              ==========

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440478
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0779 #1001227762AHM v. Nadia Smolyansky

| 09/15/07 | Receive and review correspondence; receive and review Answer and Affirmative Defenses; e-mail Traynard Jackson re: same. |
| | DMR          0.60 hrs. |

| 10/10/07 | E-mail Traynard Jackson re: waiving deficiency language in Final Judgment; conference with Gregg Ahrens in connection therewith. |
| | DMR          0.40 hrs. |

| 10/10/07 | Review e-mail messages from client and call attorney for Smolyansky. |
| | GXA          0.40 hrs. |

Summary of Fees

|       | Hours | Rate/Hr. | Dollars |
|-------|-------|----------|---------|
| DMR   | 1.00  | 225.00   | $225.00 |
| GXA   | 0.40  | 250.00   | $100.00 |
|       |       |          | ——————— |
| Total Fees for Professional Services | | | $325.00 |

Matter # 212971.0779

November 8, 2007
Invoice: 440478
Page 2

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $325.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $325.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440480
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0807 #1001362150AHM v. Chirs Rickborn

| | | | |
|---|---|---|---|
| 10/01/07 | Conference with Eric Myers re: resolution, with respect to Motion to Dismiss, or, in the Alternative, for More Definite Statement. | | |
| | DMR | 0.20 hrs. | |
| 10/01/07 | Telephone conference with Robert Morris re: Defendant's Motion to Dismiss and deed-in-lieu of foreclosure. | | |
| | EMYE | 0.50 hrs. | |
| 10/10/07 | Receive and review correspondence re: refusal to stipulate to entry of Final Judgment;  conference with Eric Myers in connection therewith. | | |
| | DMR | 0.40 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| EMYE | 0.50 | 185.00 | $92.50 |
| Total Fees for Professional Services | | | $227.50 |

Matter # 212971.0807

November 8, 2007
Invoice: 440480
Page 2

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $227.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $227.50 |
| | ========== |

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440481
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0901 #1001120667AHM v. Nelly Llaurado

| | | | | |
|---|---|---|---|---|
| 10/05/07 | Receive and review Request for Production, Demand for Written Verification of Debt, and Motion for Extension of Time. | | | |
| | | DMR | 0.60 hrs. | |
| 10/08/07 | E-mail to Traynard Jackson in connection with contested issues. | | | |
| | | EMYE | 0.30 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $190.50 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $190.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $190.50 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440427
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0289 AH v Loaiza, Bernard #1001212978

| | | |
|---|---|---|
| 10/02/07 | Receive and review Amended Notice of Taking Deposition. | |
| | DMR | 0.20 hrs. |
| 10/03/07 | Receive and review correspondence from Court re: proposed Order. | |
| | DMR | 0.30 hrs. |
| 10/11/07 | Receive and review correspondence and draft Stipulation. | |
| | DMR | 0.40 hrs. |
| 10/12/07 | Review of file;  e-mail to Cheryl Burm re: Stipulation. | |
| | DMR | 0.50 hrs. |
| 10/15/07 | E-mails from co-counsel, Brad Luczak, re: Stipulation; conference with Cheryl Burm in connection therewith. | |
| | DMR | 0.40 hrs. |
| 10/16/07 | Receive and review Notice of Cancellation of Deposition. | |
| | DMR | 0.20 hrs. |
| 10/18/07 | Receive and review signed Stipulation;  conference with Cheryl Burm in connection therewith. | |
| | DMR | 0.50 hrs. |

Summary of Fees

Hours                Rate/Hr            Dollars

Total Fees for Professional Services       $562.50

### Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $562.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $562.50 |

Matter # 212971.0751

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 7, 2007
Invoice: 440329
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 7, 2007
Invoice: 440329
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0751 #1000889215AHM v. Oscar O. Vergara

| Date | Description | | |
|------|-------------|---|---|
| 10/19/07 | Receive and review Motion to Dismiss; conference with Eric Myers in connection therewith. | | |
| | | DMR | 0.50 hrs. |
| 10/23/07 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 10/23/07 | E-mail to Traynard Jackson in connection with Motion to Dismiss. | | |
| | | EMYE | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|-------|----------|---------|
| DMR | 0.70 | 225.00 | $157.50 |
| EMYE | 0.20 | 185.00 | $37.00 |
| Total Fees for Professional Services | | | $194.50 |

**Matter Summary**

Matter # 212971.0751

November 7, 2007<br>
Invoice: 440329<br>
Page 2

| | |
|---|---|
| Fees for Professional Services - Current Billing Period | $194.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $194.50 |

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440333
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0159 Loan#1001173846 AH v Hollis

| | | | |
|---|---|---|---|
| 10/26/07 | Receive and review Notice of Hearing and Motion to Extend Date of Foreclosure Sale;  conference with Eric Myers in connection therewith. | | |
| | | DMR | 0.50 hrs. |
| 10/26/07 | Receive and review Notice of Hearing and Motion to Extend Date of Foreclosure Sale Set for November 5, 2007; telephone conference with with Morton Antman in connection therewith; e-mail to Traynard Jackson in connection therewith. | | |
| | | EMYE | 0.90 hrs. |
| 10/30/07 | Telephone conference with Morton Antman; receive and review letter from Morton Antman regarding short sale offer; e-mail to Traynard Jackson in connection therewith; attend emergency hearing regarding Motion to Extend Date of Forclosure Sale Set forNovember 5, 2007. | | |
| | | EMYE | 1.90 hrs. |
| 10/30/07 | Receive and review correspondence re: short sale offer; conference with Eric Myers re: hearing results. | | |
| | | DMR | 0.50 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |
| EMYE | 2.80 | 185.00 | $518.00 |
| Total Fees for Professional Services | | | $743.00 |

## __Matter Summary__

| | |
|---|---|
| Payments Received | $1,049.50 |
| Fees for Professional Services - Current Billing Period | $743.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $743.00 |

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440328
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0949 #1001381242AHM v. Francisco Hernandez

| | | | |
|---|---|---|---|
| 10/11/07 | Receive and review Motion to Dismiss;  conference with Eric Myers in connection therewith. | | |
| | DMR | 0.50 hrs. | |
| 10/11/07 | Receive and review Notice of Appearance; e-mail to Traynard Jackson in connection with Motion to Dismiss. | | |
| | EMYE | 0.40 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| EMYE | 0.40 | 185.00 | $74.00 |
| Total Fees for Professional Services | | | $186.50 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $186.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $186.50 |

Matter # 212971.0716

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

November 8, 2007
Invoice: 440330
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440330
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0716 #1001482137AHM v. Odette Charles

| Date | Description | | |
|------|-------------|---|---|
| 09/18/07 | Receive and review Motion to Dismiss. | | |
| | | DMR | 0.30 hrs. |
| 10/01/07 | Conference with Eric Myers re: Motion to Dismiss. | | |
| | | DMR | 0.20 hrs. |
| 10/01/07 | E-mail to Traynard Jackson in connection with Motion to Dismiss. | | |
| | | EMYE | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR | 0.50 | 225.00 | $112.50 |
| EMYE | 0.20 | 185.00 | $37.00 |

Total Fees for Professional Services                           $149.50

**Matter Summary**

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 8, 2007
Invoice: 440331
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0455 AH v Sexton, Thomas M. #101238892

| 10/10/07 | Conference with Gregg Ahrens re: emergency hearing on Motion to Postpone Sale. | | |
| | | DMR | 0.20 hrs. |
| 10/10/07 | Call from Darlene, J.A. to Judge Rothchild re: emergency Motion to Cancel Sale; review Sexton's Motion; prepare and attend for emergency hearing. | | |
| | | GXA | 0.80 hrs. |
| 10/11/07 | Receive and review Motion for Emergency Hearing; e-mail Traynard Jackson re: same; conference with Gregg Ahrens re: hearing results. | | |
| | | DMR | 0.60 hrs. |
| 10/11/07 | Calls to and from Judge Rothchild's J.A. about the emergency Motion to Stay Sale. | | |
| | | GXA | 0.60 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.80 | 225.00 | $180.00 |
| GXA | 1.40 | 250.00 | $350.00 |
| Total Fees for Professional Services | | | $530.00 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $1,638.50 |
| Fees for Professional Services - Current Billing Period | $530.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $530.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

November 10, 2007
Invoice: 440473
Page 1

For Services Rendered Through October 31, 2007
Matter # 212971.0592 #1001492366AH v. YENISEY C. PERDOMO LEAL

| 08/06/07 | Call from Melissa re: service issue (305) 534-7799 |
| | GXA          0.30 hrs. |
| 08/22/07 | Receive and review Motion to Dismiss. |
| | DMR          0.30 hrs. |
| 09/18/07 | Conference with Cheryl Burm re: disclaiming service. |
| | DMR          0.20 hrs. |
| 10/01/07 | Conference with Gregg Ahrens re: Motion to Dismiss. |
| | DMR          0.20 hrs. |
| 10/01/07 | Recieve and Review Defendant's Motion to Dismiss and Affidavit of Identity; e-mail to Traynard Jackson in connection therewith. |
| | EMYE          0.50 hrs. |
| 10/15/07 | Dictate letter to counsel for Aguila and No Lien Affidavit. |
| | GXA          0.80 hrs. |
| 10/22/07 | E-mail to and from opposing counsel re: status of service. |
| | GXA          0.30 hrs. |
| 10/24/07 | Finalize No Lien Affidavit and letter to opposing counsel. |
| | GXA          0.40 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.70 | 225.00 | $157.50 |
| GXA | 1.80 | 250.00 | $450.00 |
| EMYE | 0.50 | 185.00 | $92.50 |

Total Fees for Professional Services

$700.00

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $700.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $700.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA           )
                               ) SS:

COUNTY OF MIAMI-DADE   )

ALAN ROSENTHAL, after being duly sworn according to law, deposes and says:

1. I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since November, 1976.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Alan Rosenthal, Esquire
Adorno & Yoss LLP
Suite 400
2525 Ponce de Leon Boulevard
Miami, Florida 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1422
E-mail: ar@adorno.com

SWORN TO AND SUBSCRIBED
Before me this 15th day of November, 2007.

Notary Public

HILDA PENTON
MY COMMISSION # DD 724263
EXPIRES: November 12, 2011
Bonded Thru Budget Notary Services