CHRISTINE A. ROBERTS, ESQ.  
Nevada Bar No.: 6472  
OLSON, CANNON,  
GORMLEY & DESRUISSEAUX  
9950 West Cheyenne Avenue  
Las Vegas, NV 89129  
Telephone: (702) 384-4012  
Facsimile: (702) 383-0701  
Email: bankruptcy@rocgd.com  
Counsel for Clark County  

E-FILED ON: 11-16-07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In Re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.

Debtor.

) CASE NO.: 07-11047-CSS
) Chapter 11
)
)
)
) HEARING:
) Date: N/A
) Time: N/A

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX

TO: THE CLERK OF THE ABOVE-ENTITLED COURT\DEBTORS' ATTORNEYS

**PLEASE TAKE NOTICE** that CHRISTINE A. ROBERTS, ESQ. and OLSON, CANNON, GORMLEY & DESRUISSEAUX, as attorney of record for Clark County in the above-entitled proceeding, does hereby request that its address as listed below be added to the Master Mailing Matrix in this case and, as said attorney of record, that I receive notice of all proceedings in this matter.

DATED this 16 day of November, 2007.

Respectfully Submitted By:

*[signature]*

CHRISTINE A. ROBERTS, ESQ.  
Nevada Bar No.: 6472  
OLSON, CANNON, GORMLEY & DESRUISSEAUX  
9950 West Cheyenne Avenue  
Las Vegas, NV 89129  
Telephone (702) 384-4012  
Facsimile (702) 383-0701  
Email: bankruptcy@rocgd.com  
Attorney for Clark County

G:\Bankruptcy\Clients\DA\LV Water District\American Home Mtg\Pleadings\RSN\RSN.wpd