# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>American Home Mortgage Holdings, Inc. | **Case No.:** 07–11047–CSS<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that UBS Real Estate Securities Inc. by and through its counsel Don Beskrone, Ashby & Geddes, P.A. filed a Notice of Appeal on 11/9/2007 regarding the .approval of "Sale Order". The Notice of Appeal may be viewed at docket number .1922 The order on appeal may be viewed at docket number 1711.

David D. Bird
CLERK OF COURT

Date: 11/15/07
(VAN–440)

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0311-1          User: Teresa              Page 1 of 7              Date Rcvd: Nov 15, 2007
Case: 07-11047                Form ID: van440           Total Served: 210

The following entities were served by first class mail on Nov 17, 2007.
db           +American Home Mortgage Holdings, Inc.,    538 Broadhollow Road,    Melville, NY 11747-3630
aty          +A. Michelle Hart,    McCalla Raymer LLC,    1544 Old Alabama Rd.,    Roswell, GA 30076-2102
aty          +Adam G. Landis,    Landis Rath & Cobb LLP,    919 Market Street,    Suite 600,
               Wilmington, DE 19801-3037
aty          +Adam Hiller,    Draper & Goldberg, PLLC,    1500 North French Street,    2nd Floor,
               Wilmington, DE 19801-3118
aty          +Amanda Marie Winfree,    Ashby & Geddes, P.A.,    222 Delaware Avenue,    17th Floor, PO Box 1150,
               Wilmington, DE 19801-1621
aty          +Andrea Sheehan,    Law Offices of Robert E. Luna, P.C.,    4411 North Central Expressway,
               Dallas, TX 75205-4210
aty          +Benjamin W. Keenan,    Ashby & Geddes,    222 Delaware Avenue,    17th Floor, PO Box 1150,
               Wilmington, DE 19801-1621
aty          +Bonnie Glantz Fatell,    Blank Rome LLP,    1201 Market Street, Suite 800,
               Wilmington, DE 19801-1807
aty          +Bradford J. Sandler,    Benesch Friedlander Coplan & Aronoff,    222 Delaware Avenue,    Suite 801,
               Wilmington, DE 19801-1611
aty           Brett Fallon,    Morris James LLP,    500 Delaware Avenue, Suite 1500,    P.O. Box 2306,
               Wilmington, DE  19899-2306
aty          +Catherine Steege,    Jenner & Block,    330 North Wabash Avenue,    Chicago, IL 60611-7603
aty          +Charlene D. Davis,    The Bayard Firm,    222 Delaware Avenue, Suite 900,    P.O. Box 25130,
               Wilmington, DE 19899-5130
aty          +Charles J. Brown,    Archer & Greiner, P.C.,    300 Delaware Avenue, Suite 1370,
               Wilmington, DE 19801-1658
aty          +Christina Maycen Thompson,    Connolly Bove Lodge & Hutz LLP,    The Nemours Building,
               1007 N. Orange Street,    P.O. Box 2207,    Wilmington, DE 19899-2207
aty          +Christopher A. Ward,    Klehr Harrison Harvey Branzburg & Ellers,    919 N. Market Street,
               Suite 1000,    Wilmington, DE 19801-3030
aty          +Christopher M. Samis,    Richards, Layton & Finger, P.A.,    920 N. King Street,
               One Rodney Square,    Wilmington, DE 19801-1299
aty          +Christopher Page Simon,    Cross & Simon, LLC,    913 North Market Street,    11th Floor,
               Wilmington, DE 19801-3019
aty           Craig J. Ziady,    Cummings Properties, LLC,    200 West Cummings Park,    Woburn, MA  01801-6396
aty          +Curtis A. Hehn,    Pachulski Stang Ziehl Young Jones & Wein,    919 N. Market Street,    16th Floor,
               Wilmington, DE 19801-3023
aty          +Dana S. Plon,    Sirlin Gallogly & Lesser, P.C.,    1529 Walnut Street,    Suite 600,
               Philadelphia, PA 19102-3013
aty          +Daniel K. Hogan,    The Hogan Firm,    1311 Delaware Ave,    Wilmington, DE 19806-4717
aty          +David G. Aelvoet,    Linebarger Goggan Blair & Sampson LLP,    711 Navarro, Suite 300,
               San Antonio, TX 78205-1749
aty          +David L. Finger,    Finger & Slanina, P.A.,    One Commerce Center,    1201 Orange Street, Suite 725,
               Wilmington, DE 19801-1186
aty          +David W. Carickhoff, Jr,    Blank Rome LLP,    Chase Manhattan Centre,
               1201 Market Street, Suite 800,    Wilmington, DE 19801-1807
aty          +Don A. Beskrone,    Ashby & Geddes,    222 Delaware Avenue,    PO Box 1150,
               Wilmington, DE 19899-1150
aty          +Donna L. Culver,    Morris, Nichols, Arsht & Tunnell,    1201 N. Market Street,    P. O. Box 1347,
               Wilmington, DE 19899-1347
aty          +Donna L. Harris,    Pinckney Harris & Poppiti, LLC,    1000 N. West Street,    Suite 1200,
               Wilmington, DE 19801-1058
aty          +Edward J. Kosmowski,    Young, Conaway, Stargatt & Taylor,    1000 West Street, 17th Floor,
               PO Box 391,    Wilmington, DE 19899-0391
aty           Edwin J. Harron,    Young, Conaway, Stargatt & Taylor,    The Brandywine Building,
               1000 West Street, 17th Floor,    PO Box 391,    Wilmington, DE  19899-0391
aty           Elizabeth Banda,    Perdue Brandon Fielder Collins & Mott,    P.O. Box 13430,
               Arlington, TX  76094-0430
aty          +Elliot M. Smith,    Squire Sanders & Dempsey L.L.P.,    312 Walnut Street,    Suite 3500,
               Cincinnati, OH 45202-4026
aty          +Eric Lopez Schnabel, Esq,    Dorsey & Whitney LLP,    1105 N. Market Street,    16th Floor,
               Wilmington, DE 19801-1216
aty          +Eric M. Davis,    Skadden Arps Slate Meagher & Flom LLP,    One Rodney Square,    P.O. Box 636,
               Wilmington, DE 19899-0636
aty          +Eric Michael Sutty,    The Bayard Firm,    222 Delaware Avenue,    Suite 900,
               Wilmington, De 19801-1611
aty          +Eric T. Ray,    Balch & Bingham LLP,    1901 Sixth Avenue North,    Suite 2600,
               Birmingham, AL 35203-4644
aty          +Evelyn J. Meltzer,    Pepper Hamilton LLP,    Hercules Plaza,    Suite 5100, 1313 N. Market Street,
               Wilmington, DE 19801-6101
aty          +Francis A. Monaco Jr.,    Womble Carlyle Sandridge & Rice,    222 Delaware Avenue,    Suite 1501,
               Wilmington, DE 19801-1682
aty          +Fred B. Ringel,    Robinson Brog Leinward et al.,    1345 Avenue of the Americas,    31st Floor,
               New York, NY 10105-0302
aty          +Frederick Brian Rosner,    Duane Morris LLP,    1100 North Market Street,
               Wilmington, DE 19801-1243
aty          +Gabriel R. MacConaill,    Potter Anderson & Corroon LLP,    1313 North Market Street,
               Wilmington, DE 19801-6108
aty          +Garvan F. McDaniel,    Bifferato Gentilotti LLC,    800 N. King Street,    Plaza Level,
               Wilmington, DE 19801-3550
aty          +Geoffrey S. Aaronson,    Geoffrey S Aaronson P.A.,    Bank of America Tower,
               100 SE 2nd Street, 27th Floor,    Miami, FL 33131-2158
aty          +German Yusufov,    Pima County Attorney’s Office, Civi,    32 N. Stone Ave.,    Suite 2100,
               Tucson, AZ 85701-1416
aty          +Gregory Alan Taylor,    Ashby & Geddes,    222 Delaware Avenue,    17th Floor,
               Wilmington, DE 19801-1621
```

```
District/off: 0311-1           User: Teresa                  Page 2 of 7                   Date Rcvd: Nov 15, 2007
Case: 07-11047                 Form ID: van440               Total Served: 210

aty          +Guy B. Moss,    Riemer & Braunstein, LLP,    Three Center Plaza,    Boston, MA 02108-2090
aty          +Helen Elizabeth Weller,    Linebarger Goggan Blair & Sampson, LLP,     2323 Bryan Street, Suite 1600,
               Dallas, TX 75201-2644
aty          +Hilary B Bonial,    Brice Vander Linden & Pernick PC,    9441 LBJ Freeway,    Suite 350,
               Dallas, TX 75243-4545
aty          +Jacob A. Brown,    Akerman Senterfitt,    50 North Laura Street, Suite 2500,
               Jacksonville, FL 32202-3646
aty          +James C. Tecce,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
               New York, NY 10005-1401
aty          +James E. Huggett,    Margolis Edelstein,    750 S. Madison Street,    Suite 102,
               Wilmington, DE 19801-5127,    U.S.A.
aty          +James K. Pendergrass, Jr.,    Pendergrass Law Firm, PLLC,    1511 Sunday Drive,    Sutie 220,
               Raleigh, NC 27607-5100
aty          +James M Liston,    Bartlett, Hackett Feinberg, P.C.,    10 High Street,    Suite 920,
               Boston, MA 02110-1605
aty           James S. Yoder,    White and Williams LLP,    824 North Market Street,    Suite 902,    P.O. Box 709,
               Wilmington, DE 19899-0709
aty           Joel A. Waite,    Young, Conaway, Stargatt & Taylor,    The Brandywine Bldg.,
               1000 West Street, 17th Floor,    PO Box 391,    Wilmington, DE 19899-0391
aty          +John H. Strock,    Landis Rath & Cobb LLP,    P.O. Box 2087,    919 N. Market St.,
               Wilmington, DE 19801-3023
aty           John P. Dillman,    Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 3064,
               Houston, TX 77253-3064
aty          +John R. Ashmead,    Seward & Kissel, LLP,    One Battery Park Plaza,    New York, NY 10004-1485
aty          +John R. Weaver, Jr.,    John R. Weaver, Jr. P.A.,    831 North Tatnall Street,    Suite 200,
               Wilmington, De 19801-1717
aty          +John T. Carroll, III,    Cozen O'Connor,    1201 North Market Street,    Suite 1400,
               Wilmington, DE 19801-1166
aty          +Joseph D. Frank,    Frank / Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610-6465
aty          +Joseph J. Bodnar,    Law Offices of Joseph J. Bodnar,    2101 North Harrison Street,    Suite 101,
               Wilmington, DE 19802-3323
aty          +Joseph T. Moldovan, Esq.,    Morrison Cohen LLP,    909 Third Avenue,    New York, NY 10022-4731
aty          +Julie A. Manning,    Shipman & Goodwin,    One American Row,    Hartford, CT 06103-2833
aty          +Justin Cory Falgowski,    Reed Smith LLP,    1201 North Market Street,    Suite 1500,
               Wilmington, DE 19801-1163
aty          +Kara Hammond Coyle,    Young Conaway Stargatt & Taylor LLP,    1000 West St., 17th Floor,
               Brandywine Building,    Wilmington, DE 19801-1053
aty          +Karen C Bifferato,    Connolly, Bove, Lodge & Hutz,    The Nemours Building,
               1007 North Orange Street,    P.O. Box 2207,    Wilmington, DE 19899-2207
aty           Karen J. Stapleton,    County of Loudoun, Office of Attorney,    One Harrison Street S.E. 5th Floor,
               PO BOX 7000,    Leesburg, Va 20177-7000
aty          +Karon Y. Wright,    Travis County Attorney's Office,    314 W. 11th Street,    PO Box 1748,
               Austin, TX 78767-1748
aty          +Kenneth J. Enos,    Young, Conaway, Stargatt & Taylor,    1000 West Street,    17th Floor,
               Wilmington, DE 19801-1037
aty          +Kevin J Mangan,    Womble Carlyle Sandridge & Rice PLLC,    222 Delaware Avenue,    15th Floor,
               Wilmington, DE 19801-1621
aty           Kimberly Ellen Connolly Lawson,    Reed Smith LLP,    1201 Market Street,    Suite 1500,
               Wilmington, DE 19801-1163
aty          +Kristi J. Doughty,    Whittington & Aulgur,    651 N. Broad Street, Suite 206,    P.O. Box 1040,
               Middletown, DE 19709-7040
aty          +Kristin T. Mihelic,    Spector Gadon & Rosen, P.C.,    7 Penn Center,    1635 Market Street,
               7th Floor,    Philadelphia, PA 19103-2223
aty          +Laurie Selber Silverstein,    Potter Anderson & Corroon LLP,    1313 N. Market St.,
               Hercules Plaza,    6th Floor,    Wilmington, DE 19801-6101
aty          +Lee Harrington,    Nixon Peabody LLP,    100 Summer Street,    Boston, MA 02110-2131
aty          +Leonora K. Baughman,    Kilpatrick & Associates, P.C.,    903 North Opdyke Road,    Suite C,
               Auburn Hills, MI 48326-2693
aty          +Lisa Cresci McLaughlin,    Phillips, Goldman & Spence,    1200 N. Broom Street,
               Wilmington, DE 19806-4204
aty          +Lorraine S. McGowen,    Orrick, Herrington & Sutcliffe LLP,    666 Fifth Avenue,
               New York, NY 10103-1798
aty          +Madeleine Carmel Wanslee,    Gust Rosenfeld, P.L.C.,    201 East Washington Street,    Suite 800,
               Phoenix, AZ 85004-2327
aty          +Marc J. Phillips,    Connolly Bove Lodge & Hutz LLP,    The Nemours Building,
               1007 North Orange Street,    Wilmington, DE 19801-1239
aty          +Marc Stephen Casarino,    White and Williams LLP,    824 Market Street,    Suite 902,
               Wilmington, DE 19801-4908
aty          +Margaret B. Whiteman,    Young, Conaway, Stargatt & Taylor,    1000 West Street,    17th Floor,
               Wilmington, DE 19801-1037
aty          +Margaret C. Lumsden,    Unti & Lumsden,    302 Jefferson Street,    Suite 200,
               Raleigh, NC 27605-1274
aty          +Mark Browning,    Office of the Attorney General,    300 West 15th Street,    8th Floor,
               Austin, TX 78701-1649
aty          +Mark D. Collins,    Richards Layton & Finger,    One Rodney Square,    PO Box 551,
               Wilmington, DE 19899-0551
aty          +Mark Minuti,    Saul Ewing LLP,    222 Delaware Ave, Suite 1200,    P.O. Box 1266,
               Wilmington, DE 19899-1266
aty          +Mark T Hurford,    Campbell & Levine, LLC,    800 King Street,    Suite 300,
               Wilmington, DE 19801-3549
aty           Martin J. Davis,    Office of Thrift Supervision,    Harborside Financial Center Plaza Five,
               Suite 1600,    Jersey City, NJ 07311
```

```
District/off: 0311-1          User: Teresa               Page 3 of 7                   Date Rcvd: Nov 15, 2007
Case: 07-11047               Form ID: van440             Total Served: 210


aty         +Mary A. DeFalaise,   United States Department of Justice,   P.O. Box 875,   Ben Franklin Station,
              Washington, DC 20044-0875
aty         +Mary Caloway,   Buchanan Ingersoll & Rooney PC,   1000 West Street,   Ste 1410,
              Wilmington, DE 19801-1054
aty          Mary E. Augustine,   The Bayard Firm,   222 Delaware Avenue,   Suite 900,   PO Box 25130,
              Wilmington, DE  19899-5130
aty         +Matthew Barry Lunn,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
              1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty         +Michael E. Meyers,   Meyers, Rodbell & Rosenbaum, P.A.,   6801 Kenilworth Avenue,   Suite 400,
              Riverdale Park, MD 20737-1331
aty         +Michael G. Busenkell,   Eckert Seamans Cherin & Mellot, LLC,   300 Delaware Avenue,   Suite 1210,
              Wilmington, DE 19801-1607
aty         +Michael Gregory Wilson,   Hunton & Williams,   951 E. Byrd Street,   Richmond, VA 23219-4074
aty         +Michael Jason Barrie,   Schnader Harrison Segal & Lewis LLP,   824 Market Street,   Suite 1001,
              Wilmington, DE 19801-4939
aty          Michael R. Lastowski,   Duane Morris LLP,   1100 North Market Street,   Suite 1200,
              Wilmington, DE  19801-1246
aty         +Michael Reed,   McCreary, Veselka, Bragg & Allen P.C.,   P.O. Box 1269,
              Round Rock, TX 78680-1269
aty         +Nancy A. Connery,   Schoeman Updike & Kaufman, LLP,   60 East 42 Street,   Suite 3906,
              New York, NY 10165-0006
aty         +Nancy F. Loftus,   Office of the County Attorney,   Fairfax County,
              12000 Government Center Parkway,   Suite 549,   Fairfax, VA 22035-0001
aty         +Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,   Sacramento, CA 95825-4558
aty         +Norman M. Monhait,   Rosenthal Monhait & Goddess, P.A,   919 Market Street,   Suite 1401,
              Citizens Bank Center,   Wilmington, DE 19801-3046
aty         +OFFICIAL COMMITTEE OF UNSECURED CREDITORS,   Chase Manhattan Centre,   1201 N. Market Street,
              Suite 800,   Wilmington, DE 19801-1807,   UNITED STATES
aty         +Patrick Joseph Reilley,   Saul Ewing LLP,   222 Delaware Avenue,   Suite 1200,   P.O. Box 1266,
              Wilmington, DE 19899-1266
aty         +Paul, Weiss, Rifkind, Wharton & Garrison LLP,   1285 Avenue of the Americas,
              New York, NY 10019-6031
aty          Pauline K. Morgan,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,,
              PO Box 391,   Wilmington, DE  19899-0391
aty         +Peter Douglas Bilowz,   Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
aty         +Peter James Duhig,   Buchanan Ingersoll & Rooney PC,   The Brandywine Building,
              1000 West Street,   Suite 1410, P.O. Box 1397,   Wilmington, DE 19801-1050
aty         +R. Fredrick Linfesty,   Iron Mountain Information Management Inc,   745 Atlantic Avenue,
              Boston, MA 02111-2735
aty         +Rachel B. Mersky,   Monzack & Monaco, P. A.,   1201 Orange St.,   Suite 400,
              Wilmington, DE 19801-1167
aty          Rafael Xavier Zahralddin-Aravena,   Morris James LLP,   500 Delaware Avenue, Suite 1500,
              P.O. Box 2306,   Wilmington, DE  19899-2306
aty         +Raymond Howard Lemisch,   Benesch Friedlander Coplan & Aronoff, LL,   222 Delaware Avenue,
              Suite 801,   Wilmington, DE 19801-1611
aty         +Rebecca L. Booth,   Morgan Lewis & Bockius,   1701 Market Street,   Philadelphia, PA 19103-2987
aty         +Regina A. Iorii,   Werb & Sullivan,   300 Delaware Avenue,   Suite 1300,
              Wilmington, DE 19801-1658
aty         +Ricardo Palacio, Esq,   Ashby & Geddes, P. A.,   500 Delaware Avenue,   8th Floor,
              Wilmington, DE 19801-7400
aty         +Richard W. Riley,   Duane Morris LLP,   1100 North Market Street,   Suite 1200,
              Wilmington, DE 19801-1246
aty         +Robert E. Greenberg,   Friedlander Misler,   1101 Seventeenth Street, NW,   Suite 700,
              Washington, DC 20036-4711
aty          Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
              1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty         +Ronald L. Cohen,   Seward & Kissel LLP,   One Battery Park Plaza,   New York, NY 10004-1485
aty         +Russell C. Silberglied,   Richards, Layton & Finger,   One Rodney Square,   P.O. BOX 551,
              Wilmington, DE 19899-0551
aty         +Samuel B. Garber,   General Growth Properties, Inc.,   110 N. Wacker Drive,
              Chicago, IL 60606-1526
aty         +Scott K. Levine,   Platzer Swergold Karlin Levine Goldberg,   1065 Avenue of the Americas,
              18th Floor,   New York, NY 10018-1878
aty         +Sean D. Malloy,   McDonald Hopkins LLC,   600 Superior Ave., E,   Suite #2100,
              Cleveland, OH 44114-2653
aty         +Seward & Kissel LLP,   One Battery Park Plaza,   New York, NY 10004-1485,   U.S.A.
aty         +Sharon M Zieg,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg., 17th Floor,
              1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty         +Shawn M. Christianson,   Buchalter Nemer, P.C.,   333 Market Street, 25th Floor,
              San Francisco, CA 94105-2126
aty         +Sherry Ruggiero Fallon,   Tybout, Redfearn & Pell,   300 Delaware Avenue, Ste 1100,
              Wilmington, DE 19801-1692
aty         +Sheryl L. Moreau,   Missouri Department of Revenue,   P.O. Box 475,   301 W. High Street,
              Room 670,   Jefferson City, MO 65105-0475
aty         +Stephen B. Porterfield,   Sirote & Permutt, P.C.,   2311 Highland Avenue, South,
              Birmingham, AL 35205-2972
aty         +Steven K. Kortanek,   Womble Carlyle Sandridge & Rice, PLLC,   222 Delaware Avenue, Suite 1501,
              Wilmington, DE 19801-1682
aty         +Susan R. Fuertes,   Aldine Independent School District,   14910 Aldine-Westfield Road,
              Houston, TX 77032-3099
aty         +Tally F. Parker, Jr.,   Parker & Marks, P.C.,   1333 Corporate Drive #209,
              Irving, TX 75038-2524
aty         +Teresa K.D. Currier,   Buchanan Ingersoll & Rooney PC,   1000 West St., Ste. 1410,
              Wilmington, DE 19801-1054
```

```
District/off: 0311-1           User: Teresa                Page 4 of 7                Date Rcvd: Nov 15, 2007
Case: 07-11047                 Form ID: van440             Total Served: 210

aty          +Terri A. Roberts,    Pima County Attorney,    32 North Stone,    Suite 2100,    Tucson, AZ 85701-1416
aty          +Thomas H. Grace,    Locke Liddell & Sapp LLP,    600 Travis St.,    Suite 3500,
               Houston, TX 77002-2926
aty          +Todd Charles Schiltz, Esq,    Wolf, Block, Schorr & Solis-Cohen,    Wilmington Trust Center,
               1100 N. Market Street,    Suite 1001,    Wilmington, DE 19801-1246
aty          +Travis N. Turner,    Young Conaway Stargatt & Taylor, LLP,    The Brandywine Bldg., 17th Fl.,
               1000 West Street,    Wilmington, DE 19801-1050
aty          +Victoria Watson Counihan,    Greenberg Traurig, LLP,    The Nemours Building,
               1007 North Orange Street,    Suite 1200,    Wilmington, DE 19801-1236
aty          +William E. Chipman, Jr.,    Edwards Angell Palmer & Dodge,    919 North Market Street,    Suite 1500,
               Wilmington, DE 19801-3046
aty          +William F. Taylor,    McCarter & English LLP,    919 N. Market Street,    Suite 1800, P.O. Box 111,
               Wilmington, DE 19801-3023
aty          +William G. Wright,    Farr, Burke, Gambacorata & Wright PC,    1000 Atrium Way,    Suite 401,
               P.O. Box 669,    Mt. Laurel, NJ 08054-0669
aty          +William J. Burnett,    Flaster Greenberg,    Eight Penn Center,    1628 JFK Blvd., 15th Floor,
               Philadelphia, PA 19103-2130
aty          +William Novotny,    Mariscal, Weeks, McIntyre & Friedlander,    2901 North Centrala Ave., #200,
               Phoenix, AZ 85012-2797
aty          +William Pierce Bowden,    Ashby & Geddes,    222 Delaware Avenue,    17th Floor,
               Wilmington, DE 19801-1621
aty          +Zachary Mosner,    Office of the Attorney General,    Bankruptcy & Collections Unit,
               900 Fourth Avenue,    Suite 2000,    Seattle, WA 98164-1076
ust          +United States Trustee,    844 King Street, Room 2207,    Lockbox #35,    Wilmington, DE 19801-3519
cr           +1993 Flatley Family Trust,    c/o James M. Liston,    155 Federal Street, 9th Floor,
               Boston, MA 02110-1727
cr           +ALDINE INDEPENDENT SCHOOL DISTRICT,    Susan R. Fuertes,    14910 Aldine Westfield Road,
               Houston, TX 77032-3028,    HARRIS
cr           +Alabama Power Company,    Balch & Bingham LLP,    1901 Sixth Avenue North,    Suite 2600,
               Birmingham, AL 35203-4644
cr            American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
cr            American Express Travel Related Svcs Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
cr           +Americas Servicing Company,    McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
cr            Angelina County,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr           +Arlington ISD,    c/o Perdue Brandon Fielder, et al.,    PO Box 13430,    Arlington, TX 76094-0430
cr           +Atlantic Detroit Diesel Allison LLC,    P.O. Box 2030,    19C Chapin Road,
               Pine Brook, NJ 07058-9206
intp         +Bracebridge Capital, LLC,    The Bayard Firm,    222 Delaware Avenue,    Suite 900,
               Wilmington, DE 19801-1611
cr           +COWIFI Ironpoint,    Nancy Hotchkiss, Esq.,    C/O Trainor Fairbrook,    980 Fulton Ave,
               Sacramento, CA 95825-4558
cr           +Carroll Independent School District,    c/o Perdue, Brandon, Fielder, et al,    P. O. Box 13430,
               Arlington, TX 76094-0430
cr           +Carrollton-Farmers Branch ISD,    c/o Andrea Sheehan,    Law Offices of Robert E. Luna, PCA,
               4411 North Central Expressway,    Dallas, TX 75205-4210
intp         +Certain Participants in the Non-Qualified De,    c/o McDonald Hopkins LLC,    Sean Malloy,
               600 Superior Avenue, East,    Suite 2100,    Cleveland, OH 44114-2690
cr           +Charles County, Maryland,    c/o Meyers, Rodbell & Rosenbaum, P.A.,    M. Evan Meyers,
               6801 Kenilworth Avenue, Suite 400,    Riverdale Park, md 20737-1331
cr           +Chesterbrook Partners, LP,    c/o Spector Gadon & Rosen, P.C.,    1635 Market Street,    7th Floor,
               Philadelphia, PA 19103-2223
cr            CitiMortgage, Inc.,    P .O .Box 829009,    Dallas, TX  75382-9009
intp         +Citibank, N.A.,    Seward & Kissel LLP,    One Battery Park Plaza,    New York, NY 10004-1485,
               U.S.A.
res          +Citigroup Global Markets Inc.,    Kirkland & Ellis LLP,    Citigroup Center,    153 East 53rd Street,
               New York, NY 10022-4607
res          +Citigroup Global Markets Realty Corp.,    Kirkland & Ellis LLP,    Citigroup Center,
               153 East 53rd Street,    New York, NY 10022-4607
cr            City of Cedar Hill,    c/o Perdue, Brandon, Fielder, et al,    Elizabeth Banda,    PO BOX 13430,
               Arlington, TX  76094-0430
cr           +City of Irving, TX (Tax),    c/o Parker & Marks, P.C.,    1333 Corporate Drive,    Suite 209,
               Irving, TX 75038-2524
cr           +County Of Denton,    co Michael Reed,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +County of Loudoun, Virginia,    c/o K. Stapleton, Asst. Cty. Atty.,    Post Office Box 7000,
               Leesburg, VA 20177-7000
cr            Craven-Shaffer-North Bay Village,    2631 S. Tamiami Trail, Suite 300,    Bonita Springs, FL  34134
cr           +Cummings Properties, LLC,    200 West Cummings Park,    Woburn, MA 01801-6396
cr           +Dallas County,    c/o Linebarger Goggan Blair & Sampson,    2323 Bryan St., Suite 1600,
               Dallas, TX 75201-2637
intp         +Deutsche Bank Trust Company Americas,    Seward & Kissel LLP,    One Battery Park Plaza,
               New York, NY 10004-1485,    U.S.A.
cr           +EMC Mortgage Corporation,    McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
cr           +Fairfax County, VA,    Office of the County Attorney,    12000 Government Center Pkwy.,    Suite 549,
               Fairfax, VA 22035-0001
intp          Farr, Burke, Gambacorta & Wright, PC,    1000 Atrium Way, Suite 401,    P O Box 669,
               Mount Laurel, NJ  08054-0669
cr           +Fidelity Court Associates,    c/o Dana S. Plon, Esquire,    Sirlin Gallogly & Lesser, P.C.,
               1529 Walnut Street, Suite 600,    Philadelphia, PA 19102-3013
cr           +Gail Thakarar,    2 Fenbrook Drive,    Larchmont, NY 10538-1000
cr           +Garland Independent School District,    c/o Andrea Sheehan,    Law Offices of Robert E. Luna, PC,
               4411 North Central Expressway,    Dallas, TX 75205-4210
```

```
District/off: 0311-1           User: Teresa              Page 5 of 7               Date Rcvd: Nov 15, 2007
Case: 07-11047                 Form ID: van440           Total Served: 210
```

| | | |
|---|---|---|
| cr | +General Growth Management, Inc.,   Samuel B. Garber, Esq.,   110 North Wacker Drive,   Chicago, IL 60606-1511 | |
| cr | Harris County,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX 77253-3064 | |
| cr | +Hoover Court, LLC,   Sirote & Permutt, P.C.,   c/o Stephen B. Porterfield,   2311 Highland Avenue South,   Birmingham, AL 35205-2972 | |
| intp | +Imperial County Treasurer-Tax Collector,   Attn: Karen Vogel-Treasurer,   940 West Main Street,   Suite 106,   El Centro, CA 92243-2864 | |
| cr | +Iron Mountain Information Management, Inc.,   745 Atlantic Avenue, 10th Floor,   Boston, MA 02111-2735 | |
| cr | +Kodiak Funding LP,   Rosenthal, Monhait & Goddess, P.A.,   919 Market Street,   Suite 1401,   Wilmington, DE 19801-3046 | |
| intp | +Lehman Brothers Inc.,   The Bayard Firm,   222 Delaware Avenue,   Suite 900,   Wilmington, DE 19801-1611 | |
| cr | +Lewisville Independent School District,   c/o Andrea Sheehan,   Law Offices of Robert E. Luna, P.C.,   4411 N. Central Expressway,   Dallas, TX 75205-4210 | |
| intp | +Liner Yankelevitz Sunshine & Regenstreif LLP,   1100 Glendon Avenue,   14th Floor,   Los Angeles, CA 90024-3518 | |
| cr | Maricopa County Treasurer,   c/o Madeleine C. Wanslee,   Gust Rosenfeld P.L.C.,   201 E. Washington St.,   Suite 800,   Phoenix, AZ 85004-2327 | |
| cr | +MarketWise Advisors, LLC,   c/o Jacob A. Brown, Esq.,   Akerman Senterfitt,   50 North Laura Street,   Suite 2500,   Jacksonville, FL 32202-3646 | |
| cr | +Missouri Department Of Revenue,   301 W. High Street,   PO Box 475,   Jefferson City, MO 65105-0475 | |
| cr | Morgan Stanley Mortgage Capital Holdings LLC,   1585 Broadhollow Road,   Melville, NY 11747 | |
| cr | +Mortgage Electronic Registration Systems, In,   c/o Washington Mutual Home Loans, Inc.,   9451 Corbin Avenue,   Northridge, CA 91324-1665 | |
| cr | +Mortgage Electronic Registration Systems, In,   2300 Brookstone Center,   Columbus, GA 31904-4500 | |
| cr | +Mortgage Electronic Registration Systems, In,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,   Wilmington, DE 19801-3118 | |
| intp | +Natixis Real Estate Capital Inc.,   The Bayard Firm,   222 Delaware Avenue,   Suite 900,   Wilmington, DE 19801-1611 | |
| intp | Office of Thrift Supervision,   Harborside Financial Center Plaza Five,   Suite 1600,   Jersey City, NJ 07311 | |
| cr | +Oracle USA, Inc.,   Buchalter Nemer,   333 Market St., 25th Floor.,   San Francisco, CA 94105-2126 | |
| cr | +Phillip Carnes & Associates, Inc.,   4939 Lower Roswell Rd.,   Suite 103,   Marietta, GA 30068-4382 | |
| cr | +Pima County, Arizona,   C/O Pima County Attorney's Office,   32 N. Stone, Suite 2100,   Tucson, AR 85701-1416 | |
| cr | +Prince George's County, Maryland,   Meyers, Rodbell & Rosenbaum, P.A.,   M. Evan Meyers,   6801 Kenilworth Avenue, Suite 400,   Riverdale Park, md 20737-1331 | |
| cr | +Progress Energy Carolinas, Inc.,   327 Hillsborough Street,   Raleigh, NC 27603-1725 | |
| cr | +SOVEREIGN BANK,   c/o Riemer & Braunstein LLP,   Three Center Plaza,   Boston, MA 02108-2003 | |
| cr | State of Washington Department of Revenue,   Attorney General,   800 Fifth Avenue, Suite 2000,   Seattle, WA 98104-3188 | |
| cr | Sun Life Assurance Company of Canada,   1 Sun Life Executive Park,   Wellesley Hills, MA 02481, US | |
| cr | +United States of America (on behalf of the G,   1100 L St. NW,   Room 10002,   Washington, DC 20005-4035 | |
| cr | +Wells Fargo Bank, N.A.,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,   Wilmington, DE 19801-3118 | |
| intp | +WestLB AG, New York Branch,   McDermott Will & Emery LLP,   Att: Stephen B. Selbst, Esq.,   340 Madison Avenue,   New York, NY 10173-0002 | |
| cr | +c/o Karon Y. Wright Travis County,   P.O. Box 1748,   Austin, TX 78767-1748 | |

The following entities were served by electronic transmission.
NONE.                                                                                                        TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
aty          Quinn Emanuel
intp         Ada County Treasurer
cr           American Corporate Record Center, Inc.
cr           Anca M. Nicolaescu
intp         Assured Guaranty
intp         Barbara Ford-Coates, Sarasota County Tax Col
cr           Barclays Capital Inc.
intp         Bernadette Gordy
cr           Bexar County,   Linebarger Goggan et al
intp         Burns, Wall, Smith and Mueller, P.C.
intp         Caldwell Commercial, LLC
cr           Capax Management and Insurance Services
intp         Creditors Bankruptcy Service
intp         Crislip, Philip & Associates
intp         DLA Piper US LLP
cr           David Gebhardt
intp         Douglas Badazewski
intp         Douglas County Treasurer
clmag        Epiq Bankrputcy Solutions, LLC
cr           George E. Hart
intp         Griffith, McCague & Wallace, P.C.
cr           H. William Marrero
cr           Highwoods Properties, Inc.,   300 E. Lombard Street
intp         IKON OFFICE SOLUTIONS
```

```
District/off: 0311-1          User: Teresa           Page 6 of 7             Date Rcvd: Nov 15, 2007
Case: 07-11047               Form ID: van440         Total Served: 210

              ***** BYPASSED RECIPIENTS (continued) *****
cr              Idaho State Tax Commission
intp            Jeffrey J. Newton
intp            John H. Capitano,   Kennedy Covington Lobdell & Hickman
intp            Katten Muchin Rosenman LLP
op              Kroll Zolfo Cooper
intp            Laura Beall
intp            Lee County Tax Collector
intp            Lee J. Mondshein
cr              Mark R. James
intp            Merrill Lynch Mortgage Lending, Inc.
intp            Merrill Lynch Pierce Fenner & Smith, Inc. an
intp            Mona Dobben
cr              Moss Codilis, L.L.P.
intp            Multnomah County Oregon Dept. of Business &
cr              ORIX Capital Markets, LLC
cr              Patricia L. Shepherd
intp            Paula Rush
intp            Peyton C. Cochrane
intp            Polis & Associates
intp            Post & Schell, P.C.
intp            Pryor & Mandelup, LLP
intp            R O Jacobs & Assoc., Inc. dba Jacobs OK Real
cr              RAM International I, L.L.C.
intp            Receivable Management Service
intp            Rees Broome, PC
cr              Residential Funding Company, LLC
intp            Rice & Gotzmer
cr              Richard W. Horvath
cr              SLO LLC
intp            Santoro, Driggs, Walch, Kearney, Holley & Th
intp            Silver & DeBoskey, A Professional Corporatio
intp            Silver & DeBoskey, A Professional Corporatio
intp            Snell & Wilmer L.L.P.
intp            Softlanding Software
crcm            Special Conflicts Counsel to the Committee
intp            Spector Gadon & Rosen, P.C.
intp            Sun Trust Bank
intp            Susan D. Profant
intp            Tax Collector for Polk County, Florida
intp            Travelers Casualty and Surety Company of Ame
intp            Tuscaloosa County Tax Collector
cr              Vintage Park, LLC
cr              Waterson & Zappolo, P.A.
op              Weiner Brodsky Sidman Kider PC
intp            Williams, Kastner & Gibbs PLLC
aty*            +Adam Hiller,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
                  Wilmington, DE 19801-3118
aty*            +Christopher M. Samis,   Richards, Layton & Finger, P.A.,   920 N. King Street,
                  One Rodney Square,   Wilmington, De 19801-1299
aty*            +Eric M. Davis,   Skadden Arps Slate Meagher & Flom LLP,   One Rodney Square,   PO Box 636,
                  Wilmington, DE 19899-0636
aty*            +Frederick Brian Rosner,   Duane Morris LLP,   1100 North Market Street,
                  Wilmington, DE 19801-1243
aty*            +John T. Carroll, III,   Cozen O'Connor,   1201 North Market Street,   Suite 1400,
                  Wilmington, DE 19801-1166
                                                                                       TOTALS: 70, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0311-1          User: Teresa              Page 7 of 7              Date Rcvd: Nov 15, 2007
Case: 07-11047                Form ID: van440           Total Served: 210

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2007**               **Signature:**     _/s/ Joseph Speetjens_