IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :
a Delaware corporation, et al.,                     :   Jointly Administered
                                                    :
      Debtors.                                       :
------------------------------------------------------------------- x


------------------------------------------------------------------- x
Credit Suisse First Boston Mortgage Capital, LLC    :
                                                    :   Adversary Proceeding
               Plaintiff,                            :   Case No. 07-51684 (CSS)
                                                    :
v.                                                  :
                                                    :
American Home Mortgage Corp., American Home Mortgage :
Acceptance, Inc., American Home Mortgage Servicing, Inc., :
American Home Mortgage Investment Corp., and American :
Home Mortgage Holdings, Inc.                        :
                                                    :
               Debtor-Defendants.                    :
                                                    :
------------------------------------------------------------------- x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 21, 2007 AT 10:00 A.M. (ET)**

1.    Debtors' Motion Pursuant to Section 105 and 362 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Global Settlement Agreement with Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital Inc. [Docket No. 2074 in 07-11047 and 68 in 07-51684]

      Objection Deadline:   November 20, 2007 at 12:00 p.m.

Related Document:

a)   Order Shortening the Time for Notice for Debtors' Motion Pursuant to Section 105 and 362 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Global Settlement Agreement with Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital Inc. [Docket No. 70 in 07-51684]

Status: This matter will be going forward.

Wilmington, Delaware
November 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988 )
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-AND-

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
Susheel Kirpalani
James C. Tecce
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000

Counsel for Debtors and Debtors in Possession