IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                     :    Chapter 11

                                       :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :

                                       :    Jointly Administered

     Debtors.                                :
------------------------------------------------------------------------- x    Ref. Nos. 1967 & 1999

**NOTICE OF ENTRY OF INTERIM ORDER PURSUANT TO
SECTION 105(a), 362, AND 364 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002, 4001 AND 9014: (A) APPROVING LIMITED RECOURSE
DEBTOR-IN-POSSESSION FINANCING, (B) GRANTING LIENS,
(C) SCHEDULING A FINAL HEARING AND (D) GRANTING RELATED RELIEF**

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE; COUNSEL FOR THE COMMITTEE; COUNSEL FOR BANK OF
AMERICA, N.A.; COUNSEL TO THE DEBTORS' POSTPETITION LENDERS; AND
ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2002.

         PLEASE TAKE NOTICE that on November 12, 2007, American Home Mortgage

Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing,

Inc., each a debtor and debtor in possession in the above-captioned chapter 11 cases

(collectively, the "Debtors") filed the Motion for Interim and Final Orders (I) Authorizing

Certain Debtors to Obtain Limited Recourse Postpetition Financing and Grant of Certain Liens

and Security Interest Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364(c); (II) Scheduling Final

Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [Docket No.

1967] (the "Motion"). On November 14, 2007, the United States Bankruptcy Court for the

District of Delaware entered the interim order (the "Interim Order") approving the Motion

[Docket No. 1999].

**PLEASE TAKE FURTHER NOTICE that, among other things, the Motion requests a waiver of rights under section 506(c) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330.**

**PLEASE TAKE FURTHER NOTICE that objections to the entry of a final order (the "<u>Final Order</u>") approving the Motion must be filed on or before November 21, 2007 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.** At the same time, you must serve a copy of the objection upon the following parties so as to be received on or before the Objection Deadline: (i) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 100 West Street, 17th Floor, Wilmington, Delaware 19889-0391, Attention Joel Waite, Esq., Counsel to the Debtors; (ii) Jones Day, 222 East 41st Street, New York, New York 10017, Attention: Erica M. Ryland, Esq. and Scott J. Friedman, Esq. and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801, Attention: Victoria Counihan, Esq., Counsel to the Administrative Agent; (iii) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022, Attention: Margot B. Schonholtz, Esq., and Scott D. Talmadge, Esq. and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801, Attention: Laurie Selber Silverstein, Esq., Counsel for Bank of America, N.A.; (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801; and (v) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attention Mark S. Indelicato), Counsel to the Official Committee of Unsecured Creditors.

**PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD <u>NOVEMBER 28, 2007 AT 10:00 A.M. (ET)</u> BEFORE THE**

**HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES**

**BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR,**

**COURTROOM NO. 6, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

  PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance

with this notice, the Court may grant the relief requested without further notice or hearing.

Dated: Wilmington, Delaware     YOUNG CONAWAY STARGATT & TAYLOR, LLP
    November 19, 2007

                 James L. Patton, Jr. (No. 2202)
                 Joel A. Waite (No. 2925)
                 Pauline K. Morgan (No. 3650)
                 Sean M. Beach (No. 4070)
                 Matthew B. Lunn (No. 4119)
                 The Brandywine Building
                 1000 West Street, 17th Floor
                 Wilmington, Delaware 19801
                 Telephone: (302) 571-6600
                 Facsimile: (302) 571-1253

                 Counsel for Debtors and Debtors in Possession