IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et. al.*, | ) Case No. 07-11047 (CSS) ) Jointly Administered ) ) |
| Debtors. | ) ) |
| CUTISHA CAUTHORNE, | ) ) ) |
| Movant, | ) ) |
| AMERICAN HOME MORTGAGE CORP., *et. al.*, | ) **Objection Deadline: November 20, 2007 @12:00 P.M.** ) **Hearing Date: November 21, 2007 @ 10:00 A.M.** ) ) |
| Respondents. | ) ) |

**MOTION TO SHORTEN NOTICE WITH RESPECT THERETO ON THE MOTION OF CUTISHA CAUTHORNE FOR AN ORDER FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO THE HONORABLE CHRISTOPHER S. SONTCHI:

Pursuant to Rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Cutisha Cauthorne ("Movant"), by and through her undersigned counsel, hereby files this Motion to Shorten Notice (the "Motion to Shorten") applicable to that certain Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion", filed November 16, 2007). Specifically, the Motion to Shorten seeks entry of an Order (I) reducing the time by which interest parties must respond to the Motion, and (ii) deeming that it will be heard, if necessary, at the Wednesday, November 21, 2007, hearing. In support hereof, Movant respectfully represents as follows:

1

1.      Movant seeks the scheduling of an expedited hearing on November 21, 2007, at 10:00 A.M., and a corresponding shortening of notice required by Rule 9006-1(e) of the Local Rules and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") so that this Court may consider the Motion for Relief at the Court's earliest convenience.

2.      The Motion for Relief requests that the Court grant Movant relief from the automatic stay imposed by 11 U.S.C., § 362 to permit Movant to initiate a Federal Court Action to prosecute her cause of action against American Home Mortgage Corp., *et. al.*; and for such other and further relief as is to the Court just and proper.

3.      As more fully described in the Motion for Relief, Movant has a complaint prepared to file against American Home Mortgage, Aggressive Mortgage Corp., First Choice Title & Settlement, LLC, Amy Porterfield (an employee of First Choice), and Kimberly Garnett (an employee of Aggressive Mortgage Corp.), jointly, severally and/or in the alternative, in the United States District Court for the Eastern District of Virginia, Richmond Division, before the statute of limitation runs on November 27, 2007.

4.      Movant has served the Motion via hand delivery on Debtors' counsel and via first class mail to all others requesting notice.  This Motion to Shorten is being served (I) via facsimile upon counsel to the Debtors, the Legal Representative and each Committee in these cases for whom we currently have facsimile numbers, and the U.S. Trustee's Office and (ii) via first-class mail on all other parties appearing on the Rule 2002 Service list currently operative therein.  Accordingly, the parties most directly interested in the Motion, which is neither lengthy nor complex, will have approximately 4 days to review and respond to it.  All other parties should have received the Motion well before the hearing and can respond thereto by proposed objection deadline of November 20, 2007, at 12:00 P.M.  Movant therefore believes she has

provided interested parties with sufficient notice of the Motion and Motion to Shorten under these unusual circumstances.

5. Since the statute of limitation in this matter will run on November 27, 2007, Movant requests this relief on an expedited basis to permit her to initiate the Federal Court Action.

**WHEREFORE**, Cutisha Cauthorne respectfully requests that the Court enter an order granting this Motion to Shorten, shortening the applicable notice period as set forth herein, and scheduling a hearing on the Motion for 10:00 A.M. on November 21, 2007.

Dated: November 19, 2007             */s/Daniel K. Hogan*
                                    Daniel K. Hogan (DE Bar #2814)
                                    THE HOGAN FIRM
                                    1311 Delaware Avenue
                                    Wilmington, Delaware 19806
                                    Telephone: 302-656-7540
                                    Facsimile: 302-656-7599
                                    E-Mail: dkhogan@dkhogan.com
                                    Attorney for Movant