**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) Jointly Administered |
| *et. al.*, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| —————————————————— | ) |
| CUTISHA CAUTHORNE, | ) |
| | ) |
| Movant, | ) |
| | ) **Objection Deadline: November 20, 2007 @12:00 P.M.** |
| AMERICAN HOME MORTGAGE CORP., | ) **Hearing Date: November 21, 2007 @ 10:00 A.M.** |
| *et. al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## NOTICE OF MOTION

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties requiring notice.

Cutisha Cauthorne, an interested party of American Home Mortgage Corp., *et. al.*, ("Debtor") has filed a motion to shorten notice period (the "Motion to Shorten") reducing the time by which interested parties must respond to the Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion").

You are required to file a response to the Motion and Motion to Shorten on or before November 20, 2007, at 12:00 P.M.

At the same time, you must also serve a copy of the response upon movant's attorney:

> Daniel K. Hogan, Esquire
> The Hogan Firm
> 1311 Delaware Avenue
> Wilmington, DE 19806

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 21, 2007 @ 10:00 A.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

November 19, 2007                    By:      /s/Daniel K. Hogan

Date                                                    Daniel K. Hogan, Esquire