# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et. al.*, | ) ) | Case No. 07-11047 (CSS) Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| CUTISHA CAUTHORNE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE CORP., *et. al.*, | ) ) | **Objection Deadline: November 20, 2007 @12:00 P.M.** **Hearing Date: November 21, 2007 @ 10:00 A.M.** |
| | ) | |
| Respondents. | ) | |

## ORDER SHORTENING NOTICE

Upon the motion filed by Cutisha Cauthorne to shorten notice on the Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code; and cause appearing therefore; it is hereby

**ORDERED** that the Motion to Shorten is granted; and

**IT IS FURTHER ORDERED** that a hearing on the Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code shall be held on November 21, 2007, at 10:00 A.M.; and

**IT IS FURTHER ORDERED** that responsed to the Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code shall be filed and served by no later than November 20, 2007, at 12:00 P.M.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　The Honorable Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge