# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) Jointly Administered |
| *et. al.*, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| CUTISHA CAUTHORNE, | ) |
| | ) |
| Movant, | ) |
| | ) **Objection Deadline: November 20, 2007 @12:00 P.M.** |
| AMERICAN HOME MORTGAGE CORP., | ) **Hearing Date: November 21, 2007 @ 10:00 A.M.** |
| *et. al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Daniel K Hogan, certify that I am not less than 18 years of age and that true and correct copies of the foregoing instrument were served upon the parties listed on the 2002 service list by electronic mail and/or CM/ECF <u>and</u> (i) facsimile upon counsel to the Debtors, and each Committee in these cases for whom facsimile numbers are available, and the U.S. Trustee's Office and (ii) via first-class mail on all other parties appearing on the Rule 2002 Service List Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 19, 2007  */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com