**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., | ) Case No. 07-11047 CSS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 1660 |
| Debtors, | ) |

**CERTIFICATION OF COUNSEL**

I, Kristi J. Doughty, hereby certify as follows, regarding the attached Order (the "Order"):

1. Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) was filed on October 25, 2007.

2. The Debtor's Counsel contacted Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc.'s counsel with an informal objection to said Motion on or about November 19, 2007.

3. The parties have agreed on the attached revised proposed Order to address the Debtor's concerns.

4. The Order has been served on the parties indicated on the accompanying Certificate of Service.

WHEREFORE, Mortgage Electronic Registration Systems, Inc. as nominee for GreenPoint Mortgage Funding, Inc. respectfully requests that the Court enter the Order and grant such other and further relief as it deems appropriate.

                        WHITTINGTON & AULGUR

                        /s/ Kristi J. Doughty
                        Robert T. Aulgur, Jr. (No. 165)
                        Kristi J. Doughty (No. 3826)
                        651 N. Broad Street, Suite 206
                        P.O. Box 1040
                        Middletown, DE  19709-1040
                        (302) 378-1661
                        Attorney for Movant

Date:   November 19, 2007

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., | ) Case No. 07-11047 CSS<br>) Chapter 11<br>) Jointly Administered<br>) |
| Debtors, | ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 19th day of November, A.D. 2007 that a copy of the **Certification of Counsel** and **proposed Order** was sent electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Kevin D. White
David Hamlette
849 Wellington Street
Baltimore, MD  21211
*Borrowers*

                            By:   /s/ Kristi J. Doughty
                                   Kristi J. Doughty (No. 3826)
                                   651 N. Broad Street, Suite 206
                                   P.O. Box 1040
                                   Middletown, DE  19709-1040
                                   (302) 378-1661
                                   Attorney for Movant