IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>                    Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br>**Objections due by: 11/19/2007**<br>Hearing Date: 11/28/2007 |

## NOTICE OF WITHDRAWAL OF MOTION
*(relates to Docket No. 1859)*

PLEASE TAKE NOTICE that Aurora Loan Services, LLC hereby withdraws its Motion for Relief from Automatic Stay (Docket No. 1859) without prejudice.

Dated: November 19, 2007             Respectfully submitted,
       Wilmington, Delaware
                                     DRAPER & GOLDBERG, PLLC


                                      /s/ Adam Hiller
                                     Adam Hiller (DE No. 4105)
                                     1500 North French Street, 2nd Floor
                                     Wilmington, Delaware 19801
                                     (302) 339-8776 telephone
                                     (302) 213-0043 facsimile

                                     and

                                     Thomas D.H. Barnett (DE No. 994)
                                     Draper & Goldberg, PLLC
                                     P.O. Box 947
                                     512 East Market Street
                                     Georgetown, Delaware 19947

                                     *Attorneys for Movant*

*Movant: Ameriquest Mortgage Company c/o AMC Mortgage Services, Inc.*
*D&G Reference: 210455*
*Property Address: 4940 W. Wabansia Ave., Chicago, IL 60639*