IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br><br>　　　　　　Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2007 copies of the foregoing Notice of Withdrawal of Motion were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: November 19, 2007　　　　　　　　　**/s/ Adam Hiller**
　　　　Wilmington, Delaware　　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　　Draper & Goldberg, PLLC
　　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　　　　　　(302) 213-0043 facsimile