## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) Jointly Administered |
| et. al., | ) |
| | ) |
| Debtors. | ) |
| | |
| CUTISHA CAUTHORNE, | ) |
| | ) |
| Movant, | ) |
| | ) |
| AMERICAN HOME MORTGAGE CORP., | ) **Objection Deadline: November 20, 2007 @12:00 P.M.** |
| et. al., | ) **Hearing Date: November 21, 2007 @ 10:00 A.M.** |
| | ) |
| Respondents. | ) *Re : Docket Nos. 2065, 2080* |

### ORDER SHORTENING NOTICE

Upon the motion filed by Cutisha Cauthorne to shorten notice on the Motion of Cutisha

Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy

Code; and cause appearing therefore; it is hereby

**ORDERED** that the Motion to Shorten is granted; and

**IT IS FURTHER ORDERED** that a hearing on the Motion of Cutisha Cauthorne for an

Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code shall be

held on November 21, 2007, at 10:00 A.M.; and

**IT IS FURTHER ORDERED** that responses to the Motion of Cutisha Cauthorne for an

Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code ~~shall be~~ *may be* *presented at the hearing. No written response is required.* ~~filed and served by no later than November 20, 2007, at 12:00 P.M.~~

Dated: *November 20, 2007*

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge