IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :
a Delaware corporation, et al.,                     :   Jointly Administered
                                                    :
     Debtors.                                       :
--------------------------------------------------- x

--------------------------------------------------- x
Credit Suisse First Boston Mortgage Capital, LLC    :
                                                    :   Adversary Proceeding
          Plaintiff,                                :   Case No. 07-51684 (CSS)
                                                    :
v.                                                  :
                                                    :
American Home Mortgage Corp., American Home Mortgage :
Acceptance, Inc., American Home Mortgage Servicing, Inc., :
American Home Mortgage Investment Corp., and American :
Home Mortgage Holdings, Inc.                        :
                                                    :
          Debtor-Defendants.                        :
--------------------------------------------------- x
```

### NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 21, 2007 AT 10:00 A.M. (ET)

1.  Debtors' Motion Pursuant to Section 105 and 362 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Global Settlement Agreement with Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital Inc. [Docket No. 2074 in 07-11047 and 68 in 07-51684]

    Objection Deadline:   November 20, 2007 at 12:00 p.m.

---

[1] **Amendments appear in bold.**

Related Document:

    a)      Order Shortening the Time for Notice for Debtors' Motion Pursuant to Section 105 and 362 of the Bankruptcy Code and Bankruptcy Rules 4001(d) and 9019(a) for an Order Approving and Authorizing Global Settlement Agreement with Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital Inc. [Docket No. 70 in 07-51684]

**Objections Filed:     None**

Status: This matter will be going forward.

2.    **Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2065, 11/16/07]**

    **Objection Deadline: At the hearing**

    **Related Documents:**

    **a)      Motion to Shorten Notice with Respect Thereto on the Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2080, 11/19/07]**

    **b)      Order Shortening Notice [D.I. 2087, 11/20/07]**

**Objections Filed:**

    **c)**    **Debtors' Response to Motion to Shorten Notice and Preliminary Objection to Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2085, 11/20/07]**

    **Status:**    **This matter will be going forward.**

Wilmington, Delaware
November 20, 2007

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           James L. Patton, Jr. (No. 2202)
           Robert S. Brady (No. 2847)
           John T. Dorsey (No. 2988 )
           Sharon M. Zieg (No. 4196)
           Erin Edwards (No. 4392)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           -AND-

           QUINN EMANUEL URQUHART
           OLIVER & HEDGES LLP
           Susheel Kirpalani
           James C. Tecce
           51 Madison Avenue
           New York, New York 10010
           Telephone: (212) 849-7000

           Counsel for Debtors and Debtors in Possession