IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Item No. 1922** |
| | ) |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

PLEASE TAKE NOTICE that UBS Real Estate Securities Inc. hereby withdraws its Notice of Appeal, which was filed November 11, 2007 [Docket No. 1922].

Dated: November 20, 2007

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

- and -

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Rick B. Antonoff
Brandon R. Johnson
1540 Broadway
New York, NY 10036
Tel.: (212) 858-1000
Fax: (212) 858-1500

*Counsel to UBS Real Estate Securities Inc.*

186022.1