## CERTIFICATE OF SERVICE

I, Don A. Beskrone hereby certify that, on November 20, 2007, I caused one copy of the

**Notice of Withdrawal of Notice of Appeal** to be served upon the parties listed below in the

manner indicated.

## HAND DELIVERY

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
*(Debtors)*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*(Official Committee of Unsecured Creditors)*

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
*(Bank of America)*

## U.S. MAIL

Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
*(Official Committee of Unsecured Creditors)*

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
*(Bank of America)*

Don A. Beskrone (I.D. #4380)

186022.1