IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
     Debtors.                                                    :
---------------------------------------------------------------- x

**THIRD MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $64,370.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $6,707.04 |

This is an:  __X__ interim   ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | Pending | Pending |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Mitchel H. Kider | Partner since June, 1995. Member of the DC Bar since December, 1981, the New York Bar since March 1984 and the California Bar since December, 1984. | $495 | See Exhibit A. | See Exhibit A. |
| Richard J. Andreano, Jr. | Partner since June, 1995. Member of the DC Bar since December, 1983 and the Virginia Bar since June, 1984. | $425 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Bruce E. Alexander | Joined firm as counsel in January, 2003. Member of Maryland Bar since December, 1981. | $405 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Heather C. Hutchings | Joined firm as an associate in September, 2004. Member of the Virginia Bar since November, 2004 and the DC Bar since April, 2005. | $230 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 210.40 hours | $64,370.00 |
| **Blended Rate:** | | $ | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Computerized Legal Research (Westlaw) | $1,820.59 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $0 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $0 |
| Filing Fees/Court Costs/Legal Fees | $1,508.60 |
| Local Counsel Fees | $2,908.21 |
| Long Distance Telephone | $0 |
| Photocopy Charges ($0.10 per page) | $468.84 |
| Postage | $0.80 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $0 |
| **TOTAL** | $6,707.04 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
        Debtors.                                                  :
------------------------------------------------------------------- x

### THIRD MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $64,370.00 together with

reimbursement for actual and necessary expenses incurred in the amount of $6,707.04 for the

interim period October 1, 2007 through October 31, 2007 (the "Interim Fee Period"). In support

of its Application, WBSK respectfully represents as follows:

    1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

    2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

      3.    Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

      4.    Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $64,370.00 due for fees and the amount of $6,707.04 due for the reimbursement of expenses.

      5.    The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

      6.    WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $6,707.04. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A.

7.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements.  Pursuant to Local Rule 2016-2, WBSK represents that its rate for duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of WBSK have expended a total of 210.40 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are WBSK's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $64,370.00.

10.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period October 1, 2007 through October 31, 2007.

3

WHEREFORE, WBSK requests that allowance be made to it in the sum of $64,370.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $6,707.04 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
November 16, 2007

WEINER BRODSKY SIDMAN KIDER PC

_[signature]_

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

4

066585.1001

VERIFICATION

DISTRICT OF COLUMBIA )
                      )      SS:
                      )

David M. Souders, after being duly sworn according to law, deposes and says:

1.      I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.      I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.      WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this _16th_ day of _November_ 2007.

_____
Notary Public
My Commission Expires: _7/31/09_

066585.1001

# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
11/16/2007
Account No:        98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-001 General Representation | 70.50 | 16.50 | $87.00 |
| 98077-039 MJR Equities | 4,610.00 | 852.50 | $5,462.50 |
| 98077-046 SEC v. NJ Affordable Homes | 153.00 | 540.41 | $693.41 |
| 98077-061 Arkansas Condos | 26,050.50 | 1,909.00 | $27,959.50 |
| 98077-064 Stonex and Voit | 442.50 | 741.70 | $1,184.20 |
| 98077-066 Johnson v. Wheeler | 236.00 | 0.00 | $236.00 |
| 98077-067 Royal Mortgage Inc. & Presidential Appraisal, Inc. | 612.00 | 0.00 | $612.00 |
| 98077-073 Sohmer | 1,951.50 | 1.60 | $1,953.10 |
| 98077-074 Bellettieri | 0.00 | 140.30 | $140.30 |
| 98077-076 Spectron Valuators, Ltd. | 0.00 | 1,375.00 | $1,375.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
11/16/2007
Account No:        98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-079 Rush v. American Home | 612.00 | 0.00 | $612.00 |
| 98077-089 Post Petition Representation | 29,632.00 | 1,130.03 | $30,762.03 |
| | 64,370.00 | 6,707.04 | $71,077.04 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

General Representation

Page: 1
11/16/2007
Account No:   98077-001M
Statement No:   102

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/11/2007 | BPP | telephone call to M. Zelig re: criminal investigation; review subpoena received from M. Zelig; | 235.00 | 0.20 | 47.00 |
| 10/16/2007 | BPP | correspondence from J. Kalas re: Queens DA subpoena; | 235.00 | 0.10 | 23.50 |
| | | For Current Services Rendered | | 0.30 | 70.50 |
| | | Photocopy Expenses | | | 16.50 |
| | | Total Expenses Posted Through 10/31/2007 | | | 16.50 |
| | | Total Current Work | | | 87.00 |
| | | Balance Due | | | $87.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

MJR Equities

Page: 1
11/16/2007
Account No:    98077-039M
Statement No:    29

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/15/2007 | BPP | legal research in support of motion for summary judgment; draft brief in support of motion; draft affidavit in support of motion; prepare summary judgment exhibits; | 235.00 | 7.80 | 1,833.00 |
| 10/16/2007 | BPP | draft affidavit of J. Kalas re: motion for summary judgment; draft notice of motion for summary judgment; draft memo in support of motion for summary judgment; | 235.00 | 2.20 | 517.00 |
| 10/25/2007 | BPP | telephone call to and correspondence to D. Markham re: motion for summary judgment; | 235.00 | 0.20 | 47.00 |
| 10/26/2007 | BPP | prepare and organize exhibits for motion for summary judgment; revise memo in support of motion for summary judgment and affidavit of J. Kalas; | 235.00 | 3.70 | 869.50 |
| 10/28/2007 | DMS | review and revise motion for summary judgment; | 420.00 | 0.70 | 294.00 |
| 10/29/2007 | BPP | revise motion for summary judgment; revise affidavit of J. Kalas re: same; | 235.00 | 2.50 | 587.50 |
| | DMS | review and revise motion for summary judgment; | 420.00 | 1.10 | 462.00 |
| | | For Current Services Rendered | | 18.20 | 4,610.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

MJR Equities

|  | Page: 2 |
| --- | --- |
|  | 11/16/2007 |
| Account No: | 98077-039M |
| Statement No: | 29 |

| | |
| --- | ---: |
| Local Counsel Fees | 852.50 |
| Total Expenses Posted Through 10/31/2007 | 852.50 |
| Total Current Work | 5,462.50 |
| Balance Due | $5,462.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
11/16/2007
Account No:   98077-046M
Statement No:   24

SEC v. NJ Affordable Homes

| | | Rate | Hours | |
|---|---|---|---|---|
| 10/21/2007 NWH | review order denying objectors' motion for stay pending appeal; | 255.00 | 0.20 | 51.00 |
| 10/23/2007 NWH | review orders/filings; | 255.00 | 0.20 | 51.00 |
| 10/25/2007 NWH | review motion to enforce settlement filed by lender's counsel; | 255.00 | 0.20 | 51.00 |
| | For Current Services Rendered | | 0.60 | 153.00 |

| | |
|---|---|
| Local Counsel Fees | 540.41 |
| Total Expenses Posted Through 10/31/2007 | 540.41 |
| Total Current Work | 693.41 |
| Balance Due | $693.41 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Arkansas Condos

Page: 1
11/16/2007
Account No:     98077-061M
Statement No:          16

| | | Rate | Hours | |
|---|---|---|---|---|
| **10/09/2007** | | | | |
| NMW | draft letter to all counsel regarding depositions; draft letter to sellers' defense counsel discussing settlement; correspondence to local counsel discussing depositions and settlement conference; begin review of subpoenaed documents from Garland County Title; | 245.00 | 4.00 | 980.00 |
| **10/10/2007** | | | | |
| NMW | complete review of subpoenaed documents from Garland County Title Company to determine which documents, if any, differ from the already produced loan files of American Home; | 245.00 | 3.40 | 833.00 |
| **10/16/2007** | | | | |
| NMW | telephone calls to all counsel of record to schedule depositions of all parties; update litigation calendar for pending discovery and expert designation, deadlines and procedures; begin draft of expert report; | 245.00 | 0.90 | 220.50 |
| **10/17/2007** | | | | |
| NMW | draft outline for expert report of plaintiff expert, Steve Quast; draft notices of depositions for all defendants; compile documents needed for depositions; meeting with B. Alexander and D. Souders discussing litigation strategy; | 245.00 | 5.70 | 1,396.50 |
| BEA | confer with D. Souders and N. Williams re: deposition of appraisal defendant, IMS and title company; investigation into arrangements for deposition; | 405.00 | 0.90 | 364.50 |
| DMS | conference with N. Williams and B. Alexander regarding case strategy and discovery issues; | 420.00 | 0.90 | 378.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 2
11/16/2007
Account No: 98077-061M
Statement No: 16

| Date / Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| **10/18/2007** | | | | |
| DMS | telephone conference with S. Quast regarding expert report; review and revise expert witness report; review materials to be included with the expert witness report; | 420.00 | 1.10 | 462.00 |
| **10/22/2007** | | | | |
| NMW | draft and compile exhibits for expert report of S. Quast; review Garland Title documents for privilege and accurate Bates Labeling and prepare for production; revise notice of deposition and prepare for issuance on Garland Title; begin drafting responses to Brown defendants' second discovery requests; review Brown defendants' and investment firm defendants' responses to American Home's discovery requests; telephone call to S. DeMott at Garland Title discussing depositions; conference with B. Alexander re: deposition scheduling; | 245.00 | 7.60 | 1,862.00 |
| **10/23/2007** | | | | |
| NMW | telephone conference with S. Quast, expert for plaintiff, discussing his appraisal review and expert report; telephone calls to all counsel and S. Demott to finalize deposition scheduling of defendants and Garland Title; correspondence to S. Quast discussing additional materials for his review; revise notices of deposition pursuant to Rule 30 for nonparty, party and corporate designee deponents; update production log compile documents for deposition preparation; | 245.00 | 8.60 | 2,107.00 |
| BEA | prepare for depositions; | 405.00 | 0.70 | 283.50 |
| **10/24/2007** | | | | |
| NMW | meeting with B. Alexander discussing logistics and strategy for upcoming depositions; correspondence to and from office of local counsel discussing upcoming depositions and notices of appearances for out of town counsel; revise deposition notices for J. Brown, Garland Title and C. Gray; | 245.00 | 3.30 | 808.50 |
| BEA | prepare for deposition; review files for documents; review appraisal review; prepare notes; confer with N. Williams re: deposition of Gray and seller defendants and documents; | 405.00 | 2.90 | 1,174.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 3
11/16/2007
Account No:      98077-061M
Statement No:            16

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **10/25/2007** |  |  |  |  |
| NMW | revise expert report of S. Quast; telephone conference with S. Quast regarding final revisions to his report; meeting with B. Alexander discussing outstanding discovery issues; telephone call to counsel for Brown defendants discussing outstanding discovery; draft to all counsel regarding outstanding discovery; | 245.00 | 3.20 | 784.00 |
| DMS | telephone conference with Judge Bryans' chambers; draft letter to defense counsel regarding mediation; review expert witness report; | 420.00 | 1.10 | 462.00 |
| BEA | analysis of disbursement sheets from Garland Title; analysis of expert report; confer with N. Williams re: discovery and expert report; telephone conference with S. Quast re: expert report; prepare for deposition; | 405.00 | 2.60 | 1,053.00 |
| **10/26/2007** |  |  |  |  |
| NMW | correspondence to and telephone conference with plaintiff's expert to finalize expert report; revise expert report; compile all exhibits for expert report; draft correspondence to all counsel discussing service of additional discovery and of expert report and exhibits; meeting with B. Alexander discussing pending depositions of Brown defendants and Garland Title representative; begin compilation of production documents for use of pending depositions; | 245.00 | 4.90 | 1,200.50 |
| BEA | analysis of title company files for deposition; deposition preparation; | 405.00 | 2.30 | 931.50 |
| **10/29/2007** |  |  |  |  |
| NMW | telephone call from W. Allison, counsel for seller Vibra, discussing settlement and mediation scheduling; correspondence to and telephone conference with B. Alexander and all counsel discussing mediation scheduling, depositions, and discovery extensions; continue compiling documents for use as exhibits of pending depositions of Brown defendants and Garland Title Company; | 245.00 | 5.20 | 1,274.00 |
| BEA | prepare for deposition; review documents for potential exhibits; confer with N. Williams and D. Souders re: deposition; conference call with defense counsel re: settlement conference; analysis of expert article on valuation; | 405.00 | 4.50 | 1,822.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4
11/16/2007
Account No: 98077-061M
Statement No: 16

American Home Mortgage

Arkansas Condos

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/2007 | | | | | |
| | NMW | correspondence to local counsel regarding document production and deposition rescheduling; draft letter to counsel for sellers regarding production of additional discovery; compile all documents and copies for use as potential deposition exhibits; telephone call to Garland Title to reschedule depositions; | 245.00 | 4.50 | 1,102.50 |
| | DMS | review discovery responses from Brown Appraisals; telephone conference with B. Alexander regarding deposition of Brown Appraisals; | 420.00 | 0.80 | 336.00 |
| | BEA | travel to Hot Springs; analysis of documents for deposition; conference with S. Quast re: Brown's appraisals; confer with D. Souders re: deposition; | 405.00 | 6.70 | 2,713.50 |
| 10/31/2007 | | | | | |
| | NMW | telephone calls to/from Garland Title and all counsel discussing re-noticing deposition of Carol Sikorski; telephone call to W. Allison and T. Morrissey discussing settlement from seller defendants; telephone call from B. Alexander discussing depositions; | 245.00 | 0.90 | 220.50 |
| | BEA | prepare for deposition of Brown; organize documents; analysis of materials; take deposition of Brown; conference with opposing counsel; | 405.00 | 8.10 | 3,280.50 |
| | | For Current Services Rendered | | 84.80 | 26,050.50 |

| | |
|---|---|
| Photocopy Expenses | 399.60 |
| Filing Fees/Court Costs/Legal Fees | 1,508.60 |
| Postage Expenses | 0.80 |
| Total Expenses Posted Through 10/31/2007 | 1,909.00 |
| Total Current Work | 27,959.50 |
| Balance Due | $27,959.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER  2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Stonex and Voit

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 10/01/2007 | | | | |
| KDT | telephone conference with local counsel regarding hearing on severance of Voit case; research automatic stay as to affirmative actions; strategy regarding dismissal vs. continued prosecution of claims; telephone conference with local counsel regarding court order for additional briefing; research regarding same; message from and email to local counsel providing case law regarding no stay as to affirmative claims of debtor; | 295.00 | 1.50 | 442.50 |
| | For Current Services Rendered | | 1.50 | 442.50 |

|  |  |
|---|---|
| Lexis/Westlaw Research | 741.70 |
| Total Expenses Posted Through 10/31/2007 | 741.70 |
| Total Current Work | 1,184.20 |
| Balance Due | $1,184.20 |

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td></td><td>11/16/2007</td></tr>
<tr><td>Account No:</td><td>98077-064M</td></tr>
<tr><td>Statement No:</td><td>16</td></tr>
</table>

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

**INVOICE PERIOD:    OCTOBER   2007**

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
11/16/2007
Account No:   98077-066M
Statement No:            15

Johnson v. Wheeler

| | | Rate | Hours | |
|---|---|---|---|---|
| 10/01/2007 KDT | emails among counsel regarding settlement negotiations; court order regarding deferring consideration of motion to dismiss; | 295.00 | 0.20 | 59.00 |
| 10/29/2007 KDT | review joint status report filed by plaintiff; review status of case as to American Home Mortgage and outstanding issues relating to bankruptcy and motion to dismiss; draft status update for client and recommendations as to next steps; | 295.00 | 0.50 | 147.50 |
| 10/30/2007 KDT | email client regarding status; | 295.00 | 0.10 | 29.50 |
| | For Current Services Rendered | | 0.80 | 236.00 |
| | Total Current Work | | | 236.00 |
| | Balance Due | | | $236.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:      OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

|  | Page: 1 |
|---|---|
|  | 11/16/2007 |
| Account No: | 98077-067M |
| Statement No: | 12 |

Royal Mortgage Inc. & Presidential Appraisal, Inc.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/02/2007 | | | | | |
| | NWH | emails from opposing counsel re: agreeing to stipulation of dismissal; email to opposing counsel re: same; draft stipulation; email to local counsel re: same; | 255.00 | 1.50 | 382.50 |
| 10/04/2007 | | | | | |
| | NWH | email to/from local counsel re: finalizing stipulation, getting other parties' approval of the same, dismissing the action; | 255.00 | 0.30 | 76.50 |
| 10/09/2007 | | | | | |
| | NWH | email to/from local counsel re: entering stipulation of dismissal without prejudice; email to opposing counsel re: permission to sign same on their behalf; telephone call to opposing counsel re: same; | 255.00 | 0.30 | 76.50 |
| 10/15/2007 | | | | | |
| | NWH | email to opposing counsel re: providing written confirmation that they agree to the stipulated dismissal; email from both re: same; email to/from local counsel re: same; | 255.00 | 0.20 | 51.00 |
| 10/19/2007 | | | | | |
| | NWH | email from local counsel re: stipulation of dismissal entered by the court; | 255.00 | 0.10 | 25.50 |
| | | For Current Services Rendered | | 2.40 | 612.00 |
| | | Total Current Work | | | 612.00 |
| | | Balance Due | | | $612.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Royal Mortgage Inc. & Presidential Appraisal, Inc.

Page: 2
11/16/2007
Account No:     98077-067M
Statement No:            12

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Sohmer

|  | | Page: 1 |
|---|---|---|
|  | | 11/16/2007 |
|  | Account No: | 98077-073M |
|  | Statement No: | 9 |

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **10/02/2007** | | | | | |
| NWH | review letter from AG re: properties secured by loans that American Home sold to subsequent investor and no longer holds, AG's threats to sue American Home re: same; | | 255.00 | 0.50 | 127.50 |
| **10/03/2007** | | | | | |
| DMS | telephone conference with N. Hunt and J. Welch from the Massachusetts Attorney General's Office regarding settlement; | | 420.00 | 0.40 | 168.00 |
| NWH | telephone conference with D. Souders and J. Welsh re: letter from AG's office re: signing on to settlement with respect to other loans that ABC sold to subsequent investors and AG's threat to sue re: same; revise letter re: same; email from L. Xerras re: same, case status; email reply to L. Xerras re: same, status of two loans held by entities not involved in the settlement negotiations; | | 255.00 | 2.00 | 510.00 |
| **10/04/2007** | | | | | |
| NWH | email from L. Xerras re: status of settlement with AG/trustee, court hearing on approval of same, how AG is responding to requests; | | 255.00 | 0.20 | 51.00 |
| **10/10/2007** | | | | | |
| NWH | email from L. Xerras re: settlement status, Aurora signing on, one outstanding loan where lender has not settled; letter from AG's office re: same (second loan on Forero property), threatening to withdraw from settlement as to ABC's first lien on that property; email to client re same, to whom ABC sold second lien; | | 255.00 | 0.70 | 178.50 |
| DMS | review letter from Massachusetts Attorney General's | | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
11/16/2007
Account No: 98077-073M
Statement No: 9

Sohmer

| | | | | | |
|---|---|---|---|---|---|
| | office regarding settlement; send memo to client; | | 420.00 | 0.30 | 126.00 |
| 10/11/2007 NWH | email from/to L. Xerras re: AG's letter to ABC threatening to back out of the settlement with respect to the Forero property; | | 255.00 | 0.20 | 51.00 |
| 10/15/2007 NWH | email from L. Xerras re: upcoming hearing on Monday regarding settlement, objections that have been filed by homeowners; | | 255.00 | 0.30 | 76.50 |
| 10/16/2007 NWH | telephone conference with L. Xerras and other lenders' counsel re: the hearing on the motion to dismiss and the court's order that the AG brief the issues of her potential claims against the lenders; review objection filed by Goff; | | 255.00 | 1.30 | 331.50 |
| 10/17/2007 NWH | email from L. Xerras re: AG's presentation on predatory lending yesterday; telephone conference with lenders' counsel and L. Xerras re: AG's forthcoming brief re: claims she did not bring against the lenders and the benefit of the proposed settlement; telephone call to client re: status, participation in requesting deferment on judge's ruling; email to L. Xerras re: same; review Goff objection to settlement; | | 255.00 | 0.90 | 229.50 |
| 10/21/2007 NWH | review AG's brief defending why she entered into settlement with lenders, outline concerns/insufficiencies re: same, matters lenders may want to brief for the court's consideration; | | 255.00 | 0.40 | 102.00 |
| | For Current Services Rendered | | | 7.20 | 1,951.50 |

| | |
|---|---|
| Photocopy Expenses | 1.60 |
| Total Expenses Posted Through 10/31/2007 | 1.60 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
Federal Tax ID: 52-1779483

American Home Mortgage

Sohmer

Page: 3
11/16/2007
Account No:     98077-073M
Statement No:              9

Total Current Work                                    1,953.10

Balance Due                                         $1,953.10

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
11/16/2007
Account No:      98077-074M
Statement No:            12

Bellettieri

| | |
|---|---:|
| Local Counsel Fees | 140.30 |
| Total Expenses Posted Through 10/31/2007 | 140.30 |
| Total Current Work | 140.30 |
| Balance Due | $140.30 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Spectron Valuators, Ltd.

|  |  | Page: 1 |
|---|---|---|
|  |  | 11/16/2007 |
| Account No: |  | 98077-076M |
| Statement No: |  | 7 |

| | |
|---|---|
| Local Counsel Fees | 1,375.00 |
| Total Expenses Posted Through 10/31/2007 | 1,375.00 |
| Total Current Work | 1,375.00 |
| Balance Due | $1,375.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

| | Page: 1 |
|---|---|
| | 11/16/2007 |
| Account No: | 98077-079M |
| Statement No: | 7 |

Rush v. American Home

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/15/2007 | | | | | |
| | NWH | email from bankruptcy counsel re: Rush filing motion in bankruptcy action relating to her lawsuit, effect and merits of same; review pleadings filed by Rush and two other borrowers; telephone conference with D. Friedman, J. Kalas and bankruptcy counsel re: same; | 255.00 | 1.80 | 459.00 |
| 10/19/2007 | | | | | |
| | NWH | email from bankruptcy counsel re: pleadings filed in case so far; email response re: same; | 255.00 | 0.30 | 76.50 |
| 10/25/2007 | | | | | |
| | NWH | review opinion/order from court on other defendants' motions to dismiss; | 255.00 | 0.30 | 76.50 |
| | | For Current Services Rendered | | 2.40 | 612.00 |
| | | Total Current Work | | | 612.00 |
| | | Balance Due | | | $612.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    OCTOBER   2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Post Petition Representation

Page: 1
11/16/2007
Account No:     98077-089M
Statement No:              5

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **10/01/2007** | | | | | |
| BPP | correspondence to and telephone calls from C. Young re: inquiry into servicing issues; research re: regulators' press statements on servicing issues; review and prepare proposed consent orders for Pennsylvania and Maine regulators; correspondence from California regulator re: status of settlement; review and prepare desist and refrain order and stipulation re: order for California regulator; correspondence to Maine regulator re: proposed settlement agreement; review charts received from L. Fowler re: surrender of origination licenses; review Washington regulator's requirements for surrender of Consumer Loan Act licenses; telephone call to J. Hartley re: resolution of California regulatory orders; | | 235.00 | 4.80 | 1,128.00 |
| HJR | confer with B. Perryman, H. Hutchings re: WA license surrender; | | 245.00 | 0.10 | 24.50 |
| **10/02/2007** | | | | | |
| BPP | review Pennsylvania order and proposed consent order; review LendingTree update; | | 235.00 | 0.20 | 47.00 |
| DMS | telephone conference with M. Kider and C. Young from State of Maryland; telephone conference with J. Kalas; telephone conferences with M. Kider and J. Hartley from California; telephone conference with M. Kider and L. Sassani from Pennsylvania; review drafts of proposed consent agreements; | | 420.00 | 2.10 | 882.00 |
| MHK | telephone conference with C. Young (MD); telephone conference with J. Hartley (CA); telephone conference with L. Sassani (PA) re: outstanding regulatory actions; | | 495.00 | 1.20 | 594.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
11/16/2007
Account No: 98077-089M
Statement No: 5

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/03/2007 | | | | | |
| | BPP | draft stipulations for orders issued by California regulator; correspondence to S. Irfani re: transferee lender feedback; meeting with D. Souders and H. Hutchings re: next actions to be taken re: surrender of loan origination licenses and resolution of outstanding regulatory actions; review DC orders re: regulatory action; correspondence from J. Hartley re: resolution of California orders; | 235.00 | 4.10 | 963.50 |
| | HCH | update license surrender chart; meeting with D. Souders and B. Perryman re: license surrenders and regulatory actions; legal research re: acceptance of license surrenders; draft memo to D. Souders re: additional surrender procedures; correspondence to D. Souders, B. Perryman and M. Kider re: same; | 230.00 | 3.70 | 851.00 |
| | HJR | confer with H. Hutchings re: license surrender process; | 245.00 | 0.10 | 24.50 |
| | DMS | meeting with B. Perryman and H. Hutchings regarding status of license surrenders and regulatory actions; discussions with M. Kider; telephone conference with L. Sassani; review documents from California Department of Corporations; | 420.00 | 2.40 | 1,008.00 |
| | MHK | emails to/from J. Hartley (CA) re: stipulation; telephone conference with L. Sassani; discussion with D. Souders; telephone conference with J. Kalas; | 495.00 | 0.60 | 297.00 |
| 10/04/2007 | | | | | |
| | BPP | review requirements for surrender of loan origination licenses in anticipation of drafting surrender letters; review Maryland regulator's website re: status of servicing company's license; telephone call from C. Young re: status of resolution of Maryland regulatory actions; | 235.00 | 0.70 | 164.50 |
| 10/05/2007 | | | | | |
| | BPP | correspondence from C. Young re: issues related to disbursement of escrowed tax payments; review filings received in Washington hearing; review H. Hutchings memo re: license surrender requirements; | 235.00 | 0.20 | 47.00 |
| 10/07/2007 | | | | | |
| | BPP | research re: procedure for surrender of New Jersey, Rhode Island and Washington state licenses; letter to | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
11/16/2007
Account No:        98077-089M
Statement No:              5

| | | | | | |
|---|---|---|---|---|---|
| | | regulators for New Jersey, Rhode Island and Washington re: surrender of origination licenses; | 235.00 | 1.50 | 352.50 |
| **10/08/2007** | | | | | |
| | BPP | revise New Jersey surrender letter; review and revise proposed California stipulations; prepare for status hearing with DC regulator; | 235.00 | 0.40 | 94.00 |
| | DMS | review and revise proposed stipulation from California Department of Corporations; discussions with M. Kider; send stipulation to California Department of Corporations and client for review; | 420.00 | 0.60 | 252.00 |
| | MHK | review CA stipulation; discussion with D. Souders re: same; | 495.00 | 0.20 | 99.00 |
| **10/09/2007** | | | | | |
| | JDS | telephone call from PA regulator re: settlement agreement; telephone call from consumer re: desire to refinance; draft email to J. Kalas re: same; | 395.00 | 0.60 | 237.00 |
| | DMS | review correspondence from J. Hartley; telephone conference with D.C. Department of Banking regarding hearing issues; | 420.00 | 0.60 | 252.00 |
| **10/10/2007** | | | | | |
| | BPP | review transferee lender reports; correspondence to S. Irfani re: additional updates; revise California stipulations; letter to California Office of Administrative Hearings re: resolution of matter; correspondence from J. Hartley re: finalization of stipulations; prepare for meeting with DC banking commissioner; | 235.00 | 2.60 | 611.00 |
| | JDS | correspond with PA regulator re: settlement agreement; | 395.00 | 0.50 | 197.50 |
| | DMS | send memo to client and K. Enos regarding state regulatory assessments and payment of same; respond to request for information from K. Enos regarding secretary of state filings; send memo to J. Hartley at California Department of Corporations regarding outstanding regulatory actions against servicing and origination entities; send memo to A. Horn regarding California agreements; provide information to D.C. Department of Banking and Insurance regarding unreimbursed fees; | 420.00 | 1.60 | 672.00 |
| **10/11/2007** | | | | | |
| | BPP | prepare for DC hearing with banking commissioner; | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
11/16/2007
Account No: 98077-089M
Statement No: 5

| | | | | |
|---|---|---|---|---|
| | review bankruptcy special regulatory counsel motion; telephone conference with T. Turner re: motion re: special regulatory counsel appointment; correspondence to J. Hartley re: signed stipulations; correspondence from T. Turner re: special regulatory counsel motion; | 235.00 | 2.50 | 587.50 |
| JDS | telephone call from A. Horn re: record retention requirements; | 395.00 | 0.20 | 79.00 |
| **10/12/2007** | | | | |
| BPP | prepare for hearing before DC banking commissioner on status of servicing and origination operations; travel to/from DC hearing; participate in DC hearing; correspondence to and correspondence from DC regulator re: requested information; telephone conferences with regulators from New Jersey, Washington and Ohio re: surrender of licenses and resolution of regulatory actions; | 235.00 | 5.00 | 1,175.00 |
| RJA | draft response to J. Levine inquiry re: servicing transfer notice; | 425.00 | 1.00 | 425.00 |
| DMS | telephone conference with T. Turner; send information to T. Turner; attend hearing with B. Perryman before the D.C. Banking Department regarding proposed agreement regarding servicing entity and other licensed activities; send memo to client; | 420.00 | 3.50 | 1,470.00 |
| **10/15/2007** | | | | |
| BPP | telephone conference with J. Kalas, D. Souders and J. Socknat re: status of license surrender and resolution of regulatory actions; correspondence from L. Fowler and J. Kalas re: same; correspondence from Maryland regulator re: rescission orders; | 235.00 | 1.00 | 235.00 |
| JDS | telephone conference with D. Souders, B. Perryman and J. Kalas re: various state licensing issues; review Rhode Island final report; correspond via email with L. Fowler re: same; | 395.00 | 1.30 | 513.50 |
| DMS | telephone conference with J. Kalas, B. Perryman, J. Socknat and L. Fowler regarding license surrender issues; draft and send letter to J. Hartley; review requirements for surrender of Rhode Island license; telephone conference with L. Fowler; revise letter to Rhode Island; | 420.00 | 1.40 | 588.00 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
Tel 202 628 2000
Fax 202 628 2011
Federal Tax ID: 52-1779483

American Home Mortgage

Page: 5
11/16/2007
Account No:       98077-089M
Statement No:              5

Post Petition Representation

| | | | | | |
|---|---|---|---|---|---|
| **10/16/2007** | | | | | |
| | BPP | correspondence from and correspondence to S. Sherman attorney for Washington regulator re: additional concerns re: resolution of cease and desist order; review advance fee list re: customer identified by S. Sherman; telephone conference with T. Winslow and D. Souders re: resolution of Ohio regulatory action; correspondence to T. Winslow re: same; | 235.00 | 1.20 | 282.00 |
| | JDS | review list of licensing deficiencies for AHM servicing; legal research re: collection agency licenses; draft summary re: same; | 395.00 | 4.30 | 1,698.50 |
| | DMS | telephone conference with J. Hartley regarding California agreement; telephone conference with S. Sherman regarding Washington consent agreement; send memo to client regarding complaint from Washington State consumer; legal research into assessments by states in connection with license surrender; telephone conference with Maryland Banking Department regarding incorrect website information on Servicing entity; send memo to L. Fowler and J. Kalas regarding additional information requested by D.C. Department of Banking and Insurance; telephone conference with L. Fowler; | 420.00 | 3.80 | 1,596.00 |
| **10/17/2007** | | | | | |
| | HCH | research re: license surrender in HI, MT & TX; correspondence to D. Souders re: same; | 230.00 | 0.20 | 46.00 |
| | HJR | confer with J. Socknat re: CO mortgage servicing licensing issue; | 245.00 | 0.10 | 24.50 |
| | JDS | legal research re: collection agency license requirements; draft summary of deficiencies re: servicing licenses; telephone call from J. Kalas re: same; telephone conference with J. Kalas and M. Whiteman re: same; | 395.00 | 3.50 | 1,382.50 |
| | DMS | review outstanding regulatory actions; review list of loans serviced by American Home Mortgage Servicing on D.C. properties; send to D.C. Department of Banking with other requested information; | 420.00 | 2.10 | 882.00 |
| **10/18/2007** | | | | | |
| | BPP | review settlement agreements received from Ohio regulator; correspondence to T. Winslow re: Ohio settlement agreements; | 235.00 | 0.30 | 70.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 6
11/16/2007
Account No: 98077-089M
Statement No: 5

Post Petition Representation

| | | | | |
|---|---|---|---|---|
| HJR | research law re: New York City debt collection requirements; telephone calls to New York City regulator re: same; research KS law re: mortgage servicing requirements; telephone call to KS regulator re: same; research CO law re: mortgage servicer licensing requirements; telephone call to CO regulator re: same; | 245.00 | 1.50 | 367.50 |
| JDS | legal research re: KS and NYC licensing issues; correspond via email with J. Kalas re: same; | 395.00 | 1.60 | 632.00 |
| DMS | review and revise draft orders for Ohio and Michigan; review Washington State license surrender requirements; | 420.00 | 1.30 | 546.00 |
| **10/19/2007** | | | | |
| BPP | telephone call to and correspondence to T. Winslow at Ohio regulator re: proposed settlement agreement; telephone call from and correspondence to H. Amer and C. Parker at DC regulator re: proposed settlement agreement; draft proposed settlement agreement for Pennsylvania regulator; correspondence to L. Sassani re: same; review and revise proposed settlement agreement for Michigan; telephone call to J. Westrin re: same; | 235.00 | 3.00 | 705.00 |
| RJA | analysis re: use of mortgage insurance premiums when insurance cannot be obtained; | 425.00 | 0.20 | 85.00 |
| HJR | telephone call to CO regulator re: supervised loan licensing requirements; | 245.00 | 0.20 | 49.00 |
| DMS | review correspondence from New Hampshire regarding surrendered licenses; respond to request from K. Enos regarding Paula Rush case in Maryland; provide information to T. Turner regarding submission of fee application; | 420.00 | 1.10 | 462.00 |
| MHK | emails to/from J. Kalas re: self-insured PMI; review emails from A. Horn re: letters from NH; telephone conference with A. Horn re: same; | 495.00 | 0.40 | 198.00 |
| **10/22/2007** | | | | |
| JDS | review KS license application; correspond via email with J. Kalas re: same; | 395.00 | 0.50 | 197.50 |
| **10/23/2007** | | | | |
| RJA | analysis re: social security number use for authentication; | 425.00 | 0.40 | 170.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 7
11/16/2007
Account No: 98077-089M
Statement No: 5

| | | | | |
|---|---|---|---|---|
| BPP | telephone calls to L. Sassani re: proposed Pennsylvania consent order; correspondence from and correspondence to J. Haefele re: proposed Maine consent order; | 235.00 | 1.00 | 235.00 |
| JDS | discussion with J. Kalas re: KS licensing issues; telephone calls to/from L. Fowler re: same; | 395.00 | 0.70 | 276.50 |
| HJR | draft email to J. Kalas re: New York City debt collection agency license; | 245.00 | 0.50 | 122.50 |
| VTL | meeting with D. Souders regarding information relating to the sale of the Servicing rights to WLR; prepare response to request for information regarding WBSK's work on the sale of the servicing rights to WLR; | 245.00 | 1.80 | 441.00 |
| DMS | respond to request for fee information from M. Taylor at Kroll, Zolfo, Cooper; discussions with M. Kider; send revised consent orders to J. Westrin, State of Michigan; | 420.00 | 0.60 | 252.00 |
| MHK | telephone conference with J. Kalas and R. Brady; discussion with D. Souders; | 495.00 | 0.30 | 148.50 |
| MHK | discussion with D. Souders re: letter to applicants; | 495.00 | 0.10 | 49.50 |

**10/24/2007**

| | | | | |
|---|---|---|---|---|
| HJR | review/draft emails to L. Fowler re: debt collection agency liens - New York City; telephone calls to N.Y. City regulator re: same; | 245.00 | 0.60 | 147.00 |
| DMS | draft letter regarding return of fees to applicants; send memo to A. Horn and J. Kalas; discussions with M. Kider; | 420.00 | 0.60 | 252.00 |
| NWH | review/revise draft briefs from bankruptcy counsel in response to Rush's and other third parties' motions; telephone conference with D. Souders and bankruptcy counsel re: same; | 255.00 | 1.50 | 382.50 |

**10/25/2007**

| | | | | |
|---|---|---|---|---|
| BPP | telephone conference with D. Souders and J. Silverman re: resolution of Connecticut regulatory actions; telephone conference with D. Souders and J. Kalas re: regulatory actions in New Hampshire, DC and Ohio; research re: status of cases on MSMLL; | 235.00 | 1.20 | 282.00 |
| HCH | research re: regulator addresses and fax numbers for notification letters; correspondence to HI regulator re: same; | 230.00 | 0.90 | 207.00 |
| DMS | finalize and send notice to state regulators regarding refunds to customers; telephone conference with J. Kalas; review proposed settlement with Ohio regarding | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 8
11/16/2007
Account No: 98077-089M
Statement No: 5

| | | | | | |
|---|---|---|---|---|---|
| | | servicing cease and desist order; telephone conference with J. Silverman, Connecticut Department of Banking; | 420.00 | 1.90 | 798.00 |
| **10/26/2007** | | | | | |
| | JDS | draft business license surrender letter; send same to J. Kalas; | 395.00 | 0.50 | 197.50 |
| | BPP | telephone conference with D. Souders, J. Silverman and P. Bobruff re: hearing on Connecticut regulatory actions; correspondence to T. Winslow re: Ohio proposed settlement; | 235.00 | 0.40 | 94.00 |
| **10/29/2007** | | | | | |
| | HJR | telephone calls to NY City regulator re:debt collection agency license; review/draft email to J. Kalas re: same; review/draft email to L. Fowler re: same; review NY City debt collection agency license app; meeting with B. Perryman re: issues affecting New York City servicing licensure; | 245.00 | 1.20 | 294.00 |
| | BPP | telephone conference with L. Sassani re: proposed consent order to resolve Pennsylvania regulatory action; meeting with H. Richards re: issues affecting New York City servicing licensure; | 235.00 | 0.50 | 117.50 |
| **10/30/2007** | | | | | |
| | HJR | research CO law re: licensing requirements for mortgage servicers; draft letter to CO regulator re: same; review/draft email to J. Kalas re: New York City debt collection agency license app; | 245.00 | 2.90 | 710.50 |
| | BPP | prepare responses to New York City application for servicing license pertaining to pending administrative actions; | 235.00 | 0.50 | 117.50 |
| **10/31/2007** | | | | | |
| | HJR | revise letter to CO regulator re: licensing requirements for mortgage services; draft letter to New York City re: same; | 245.00 | 1.40 | 343.00 |
| | BPP | draft response to servicing license application query re: administrative actions against servicing entity; telephone conference with S. Sherman re: pre-hearing conference; review revised Pennsylvania draft settlement agreement; | 235.00 | 1.20 | 282.00 |
| | JDS | correspond with bankruptcy counsel re: regulatory issues; | 395.00 | 0.50 | 197.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 9
11/16/2007
Account No: 98077-089M
Statement No: 5

| DMS | review proposed consent order for Pennsylvania; | 420.00 | 1.00 | 420.00 |
|-----|-----|-----|-----|-----|
|  | For Current Services Rendered |  | 92.20 | 29,632.00 |

| Photocopy Expenses | 51.14 |
|-----|-----|
| Lexis/Westlaw Research | 1,078.89 |
| Total Expenses Posted Through 10/31/2007 | 1,130.03 |
| Total Current Work | 30,762.03 |
| Balance Due | $30,762.03 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.