IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
                                            Debtors.             :
                                                                 :   Ref. Docket Nos. 219, 483 and 1993
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER
REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO
EMPLOY AND RETAIN KEKST AND COMPANY, INCORPORATED
AS CORPORATE COMMUNICATIONS ADVISOR**

On August 17, 2007, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed the Application for Order Authorizing the Debtors to Employ and Retain Kekst and Company, Incorporated as Corporate Communications Advisor pursuant to 11 U.S.C. §§ 327(a) and 328(a), *Nunc Pro Tunc* to the Petition Date [Docket No. 219] (the "Application").

On August 30, 2007, the Official Committee of Unsecured Creditors (the "Committee") filed an objection to the Application [Docket No. 483] (the "Objection").

Subsequent to the filing of the Objection, the Debtors, the Committee and Kekst and Company, Incorporated ("Kekst") entered into negotiations in an effort to resolve the Objection. Additionally, the Office of the United States Trustee (the "U.S. Trustee") made comments to the proposed form of order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

As a result of the discussions between the parties, the Debtor prepared a revised form of order and on November 12, 2007 the Debtors filed a Certification of Counsel with Respect to Order Regarding Debtors' Application for Authorization to Employ and Retain Kekst and Company, Incorporated as Corporate Communications Advisor and on November 14, 2007 the Court entered the Order Regarding Debtors' Application for Authorization to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor (the "Order").

Inadvertently, the Order did not include all the terms discussed by the parties. After further discussions and negotiations, the parties agreed upon a further revised form of order (the "Revised Order").

The Revised Order vacates the Order, resolves the Objection and has been approved by the Debtors, the Committee, Kekst and the U.S. Trustee. As no other responses to the Application were received, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
November 20, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ EJK

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

## Exhibit 1

Revised Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 219, 483 and 1993** |

**AMENDED ORDER REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN KEKST AND COMPANY INCORPORATED AS CORPORATE COMMUNICATIONS ADVISOR**

Upon the application (the "Application")[2] of the above-captioned Debtors for an order authorizing the retention and employment of Kekst and Company, Incorporated ("Kekst") as corporate communications advisor for the Debtors pursuant to 11 U.S.C. §§ 327(a) and 328(a), *nunc pro tunc* to the Petition Date, and upon consideration of the Application and all pleadings related thereto, including the Siegfried Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and upon the Official Committee of Unsecured

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Creditors' objection to the Application [Docket No. 483]; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Order Regarding Debtors' Application For Authorization to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor Application [Docket No. 1993] is hereby vacated; and it is further

ORDERED that the Application is granted solely as to the limited extent set forth herein and otherwise it is denied; and it is further

ORDERED that the Debtors acknowledge that they have received postpetition services from Kekst in an amount equal to or greater than the fee referenced in paragraph 2 of the Engagement Letter to the extent not exhausted by the Debtors prepetition; and it is further

ORDERED that Kekst is hereby authorized to apply its $50,000 retainer to its prepetition fees and expenses (without prejudice to Kekst's position that the $50,000 is not a retainer and that there are no unpaid prepetition fees or expenses); and it is further

ORDERED that after Kekst's application of the $50,000 retainer to its prepetition fees and expenses as set forth above, there are no unpaid prepetition fees or expenses under the Engagement Letter; and it is further

ORDERED that Kekst acknowledges that it has waived any right to seek postpetition compensation or reimbursement of postpetition expenses; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      November ___, 2007

                                                  Christopher S. Sontchi
                                                  United States Bankruptcy Judge