IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No. 07- 11047 (CSS) |
| HOLDINGS, INC. : | |
| : | (Jointly Administered) |
| Debtors. : | |

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that **Michael S. Etkin, Esq.,** and **Ira M. Levee, Esq.,** and the law firm of **Lowenstein Sandler PC,** hereby (i) enter their appearances as bankruptcy counsel and **Samuel H. Rudman, Esq., David A. Rosenfeld, Esq.,** and **Mario Alba, Jr., Esq.,** and the law firm of **Coughlin Stoia Geller Rudman & Robbins LLP,** and **Stuart Berman, Esq.,** and **Sean Handler, Esq.,** and the law firm of **Schriffrin Barroway Topaz & Kessler, LLP,** proposed co-lead counsel hereby enter their appearance as counsel to (a) New England Teamsters & Trucking Industry Pension Fund, Iron Workers Local No. 25 Pension Fund, Alaska Laborers Employers Retirement Fund, Iron Workers Tennessee Valley Pension Fund and City of Philadelphia Board of Pensions and Retirement (the "Institutional Investors Group"), movants seeking appointment as Lead Plaintiffs in a shareholder securities class action[1] related to American Home Mortgage Investment Corp. ("AHMI"), one of the Debtors herein, filed on

---

[1] The first such filed action is entitled *Greenberg v. American Home Mortgage Investment Corp., et al*, Civil Action No. 2:07-cv-03152-TCP-ETB, pending in the United States District Court for the Eastern District of New York, and filed on behalf of the purported class of investors who purchased securities of American Home Mortgage Investment Corp., during the period from July 26, 2006 through July 27, 2007.

behalf of a purported class of investors who purchased securities of AHMI (the "Class"), and (b) Elliot Greenberg, Joshua F. Hafron and Larry Massung (collectively with the Institutional Investors Group, the "Investors"), and (ii) request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
E-mail: metkin@lowenstein.com
E-mail: ilevee@lowenstein.com


Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, New York 11747
631.367.7100 (Telephone)
631.367-1173 (Facsimile)
Email: srudman@csgrr.com
           drosenfeld@csgrr.com
           malba@csgrr.com

Stuart Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)
sberman@sbtklaw.com
shandler@sbtklaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by the Investors to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: November 20, 2007

LOWENSTEIN SANDLER PC

By: /s/ Ira M. Levee
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9958)
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy counsel to the Investors and the Class*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman
& Robbins LLP
South Service Road, Suite 200
Melville, New York 11747
631.367.7100 (Telephone)
631.367-1173 (Facsimile)

Stuart Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)

*Co-counsel to Investors and proposed co-lead counsel to the Class*