IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | : | Case No. 07- 11047 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on November 21 2007, I caused to be served a copy of Notice of Appearance, Request For Service Of Papers, And Request For Matrix Entry, via first class mail on the parties listed on Exhibit A

Dated: November 21, 2007

LOWENSTEIN SANDLER PC

By: /s/ Ira M. Levee
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9958)
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy counsel to the Investors and the Class*

21214/2
11/20/2007 2262874.01

## EXHIBIT A TO CERTIFICATE OF SERVICE

Joel Waite, Esq.  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  

*Counsel for Debtors*

Bonnie Glantz Fatell, Esq.  
Blank Rome  
Chase Manhattan Centre  
1201 Market Street  
Suite 800  
Wilmington, DE 19801  

*Counsel for the Official Committee of Unsecured Creditors*

Mark Indelicato, Esq.  
Hahn & Hessen  
488 Madison Avenue  
New York, NY. 10022  

*Counsel for the Official Committee of Unsecured Creditors*