UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      :      Chapter  11
                                            :
American Home Mortgage Acceptance, Inc.     :      Bankruptcy No. 07-11047  CSS
(JT ADM)

                                            :
                            Debtor  :

ENTRY OF APPEARANCE WITH REQUEST
FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as

represented by the undersigned Deputy as counsel of record for the Commonwealth of

Pennsylvania, Department of Revenue, Bureau of Accounts Settlement, in the above-captioned

matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of

Pennsylvania, Department of Revenue, a party in interest in the above Chapter 11 case, and

pursuant to Bankruptcy Rules 2003, 9007 and 9010, the Commonwealth respectfully requests

that all notices given or required to be given in this case by the Court and/or any other party to

this case, be given to the Commonwealth as the address and to the Deputy and telephone number

set forth below.

THIS REQUEST FOR NOTICE includes all Orders, Notices and copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: November 21, 2007                 BY:  /s/

Carol E. Momjian
Senior Deputy Attorney General
PA I.D. No. 049219
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia PA 19107-3603
Tel: (215) 560-2128
Fax: (215) 560-2202
E-mail: cmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA   :
                                        :   SS

COUNTY OF PHILADELPHIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Commonwealth of

Pennsylvania, Department of Revenue Entry of Appearance With Request for Service of Papers

and Receipt of Notices was served on the following by first class mail, postage prepaid, on

November 21, 2007:

American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
Melville, NY   11747

        All others have been served electronically.

                                               THOMAS W. CORBETT, JR.
                                               ATTORNEY GENERAL

DATED: November 21, 2007        BY:  /s/_____
                                               Carol E. Momjian
                                             Senior Deputy Attorney General
                                             PA I.D. No. 049219
                                             Office of Attorney General
                                             21 S. 12th Street, 3rd Floor
                                             Philadelphia PA 19107-3603
                                             Tel: (215) 560-2128
                                             Fax: (215) 560-2202
                                             E-mail: cmomjian@attorneygeneral.gov