IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned consent to substitution of Hunton & Williams LLP as counsel for ZC Real Estate Tax Solutions Limited ("ZC") in the above-captioned matter. Reed Smith LLP is withdrawing as counsel for ZC.

HUNTON & WILLIAMS LLP
*Superceding Attorneys for*
*ZC Real Estate Tax Solutions Limited*

By: _____
Michael G. Wilson (No. 4022)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
804-788-8200

- and -

Richard P. Norton
200 Park Avenue
New York, New York 10166
212-309-1000

Dated: November 21, 2007

REED SMITH, LLP
*Withdrawing Attorneys for*
*ZC Real Estate Tax Solutions Limited*

By: _____
Kimberly E.C. Lawson (No. 3966)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
302-778-7500

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2007, a true copy of the foregoing was served by electronic service through the Court's ECF system and/or via first class mail to:

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Joel Waite, Esq.
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19801
(Debtors' Counsel)

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Committee Counsel)

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Committee Counsel)

_____
Michael G. Wilson