

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------X

In re:                                    Chapter 11

American Home Mortgage Holdings, Inc.,     Case No. 07-11047 (CSS)
A Delaware Corporation, et al.,
                                           Proof of Claim of
    Debtors.                               Karen C. Gowins

------------------------------------------------------------X

1. My name is Karen C. Gowins and I submit the following information in support of my Proof of Claim against American Home Mortgage Corp. ("American") for wages and employee compensation during the period January 1, 2007 through the present.

2. At present, I am the Senior Vice President of American and serve as the Director of Construction Lending. This means that I am in charge of the Construction Loan Portfolio and head of the Construction Loan Platform.

3. Attached as Exhibit A is a fully signed copy of my "Employment Agreement" ("Employment Agreement") with American. Under paragraph 4 of the Agreement, my compensation is a base annual salary of $200,000 per year. Further, and in addition to my base salary, my compensation includes a monthly profitability bonus under paragraph 4(b) of the Agreement.

4. To date, while I have been paid the base salary portion of my total compensation for 2007, American failed to pay the earned profitability bonus for any portion of 2007.

5. Attached as Exhibit B is a report entitled Construction Lending P & L Snapshot ("Snapshot"), which is the basis for the calculation of my monthly profitability bonus from American.

6. The Snapshot data for the months of January through June 2007 were provided by American's Accounting Department.

7. The Snapshot data was provided to American's senior management prior to and after the bankruptcy petition filing.

8. The numbers reflected in the Snapshot post-bankruptcy filing reflect my understanding of the numbers, but I am unable at this time to determine the exact amounts owed in the absence of a review of the books and records, which are not available to me at this time.

9. In order to calculate the final monthly profitability bonus for July through October 2007, the following data must be confirmed or provided by American's Accounting Department: the cost of funds; interest expense; revenue (borrower points); variable origination expense; and direct expense and facilities allocation.

10. By email dated September 12, 2007, I requested updated financial information from Robert Bernstein, Controller of American, to complete the snapshot, as the prior employee who provided the information, Mike Dolan, is no longer employed by American. To date, the information has not been provided. I again requested updated financial information from Mr. Bernstein on October 24, 2007, including but not limited to the above information.

11. I calculated July 2007 and afterwards using the same methodology as the prior months. American has been unable, to date, to validate the final numbers for July 2007 and afterwards because of layoffs subsequent to American's bankruptcy filing. Upon information and belief, the numbers that I have provided in Exhibit B are true and accurate. I was and am responsible for providing certain of the numbers in Exhibit B to American's Accounting Department prior to and after American's bankruptcy filing.

12. Under the terms of the Employment Agreement the amount of the monthly profitability bonus is determined by the delinquency rate of the construction loan portfolio. The bonus would be 10% of the Pre-Tax Net Income if the delinquency rate was less than

.65%; 7.5% of the Pre-Tax Net Income if the delinquency rate was between .65% and .85%; and 0% of the Pre-Tax Net Income if the delinquency rate was equal to or greater than .85%. For example, in the month of January 2007 the Total Delinquency Rate was .38% and the Pre-Tax Net Income was $241,269. The monthly profitability bonus would be calculated as $241,269 x 10% = $24,127.

13. Subsequent to my signing the Employment Agreement, American acquired a loan portfolio (the "Waterfield Acquisition") that had performed differently than the American Portfolio.

14. As a result, American modified the bonus calculation for 2006 to only reference the delinquency rate for loans originated by American and not those loans that were part of the Waterfield Acquisition. My profitability bonus payments for 2006, which totaled $150,000, excluded the delinquency ratios from the Waterfield Acquisition. Accordingly, the Snapshot reflects the breakdown between American's loans ("AHM" as reflected in the snapshot) and the Waterfield Acquisition loans ("WF" as reflected in the Snapshot).

15. Further, the Snapshot provides two different types of delinquency rates, which are shown as "AHM OTC" and "AHM TTC" for the two types of construction loans -- One Time Close and Two Time Close. The profitability bonus paid for 2006 was based on this methodology and it had been agreed with American's senior management that the 2007 monthly profitability bonus would follow the same methodology as in 2006.

16. Thus, for 2007 (and using the same 2006 basis for calculation of the monthly profitability bonus), the amount due for February 2007 would be as follows: AHM Delinquency Rate .22% + .05% = .27% which qualifies for the 10% profitability bonus. Accordingly, the monthly profitability bonus amount for February 2007 would be calculated as $194,853 x

10% = $19,485. For the remaining months of 2007, the Snapshot uses the same calculation basis.

17. Further, on August 2, 2007, American's senior management advised me that my monthly profitability bonus for January through July 2007, and months thereafter, would be paid at the 10% level of profits regardless of the delinquency rate. The Snapshot reflects this adjustment to the formula for my monthly profitability bonus.

18. Upon information and belief, and according to my calculations, American owes me the following amounts as my monthly profitability bonus:

| | |
|---|---|
| January 2007 | $24,127 |
| February 2007 | $19,485 |
| March 2007 | $25,982 |
| April 2007 | $26,707 |
| May 2007 | $29,262 |
| June 2007 | $27,121 |
| July 2007 | $34,648 |
| August 2007 | $30,000* (pending final review) |
| September 2007 | $30,000* (pending final review) |
| October 2007 | Amount Not Yet Known |
| 2007 Year to Date Total | $247,332 |

19. I reserve the right to amend this Proof of Claim upon receipt of appropriate books and records from the debtor, including the right to enlarge the Proof of Claim.

Dated:    October 24, 2007

Karen C. Gowins