## Construction Lending P&L Snapshot

| | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | 2007 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days in the month | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 30 | 31 | |
| **Statistics** | | | | | | | | | | | |
| Closings $ | $21,824,347 | $19,649,175 | $24,913,997 | $28,798,399 | $32,799,996 | $35,803,362 | $0 | $0 | $0 | $0 | $201,076,591 |
| Closings # | 57 | 49 | 48 | 50 | 68 | 56 | 78 | 0 | 0 | 0 | 408 |
| Month Ending Balance | $209,801,742 | $198,480,469 | $205,320,748 | $213,697,494 | $216,271,696 | $213,542,910 | $222,678,734 | $217,112,029 | $207,923,713 | $183,936,662 e | |
| Wt Avg Balance | $205,287,705 | $199,596,017 | $198,603,309 | $208,331,187 | $214,556,818 | $211,474,207 | $216,336,642 | $213,802,697 | $218,871,518 | $200,405,045 e | |
| Portfolio WAR | 7.46% | 7.47% | 7.51% | 7.46% | 7.21% | 7.37% | | | | | |
| Cost of Funds | 5.07% | 5.07% | 5.07% | 5.07% | 5.07% | 5.07% | 5.07% e | 5.07% e | 5.07% e | 5.07% e | |
| Delinquency Rate (30+) AHM OTC | 0.17% | 0.22% | 0.13% | 0.20% | 0.66% | 0.93% | 0.84% | | | | |
| AHM TTC | 0.05% | 0.05% | 0.24% | 0.09% | 0.12% | 0.20% | 0.38% | | | | |
| Delinquency Rate (30+) WF OTC | 0.00% | 0.21% | 0.00% | 0.10% | 0.00% | 0.25% | 0.17% | | | | |
| WF TTC | 0.15% | 0.34% | 0.08% | 0.75% | 0.42% | 0.18% | 0.17% | | | | |
| Total Delinquency Rate | 0.38% | 0.87% | 0.45% | 1.13% | 1.18% | 1.60% | 1.31% | 6.18% | | | |
| **Income (A)** | | | | | | | | | | | |
| Interest Income (Billed) AHM (1) | 1,301,329 | 1,126,181 | 1,258,605 | 1,266,696 | 1,314,800 | 1,281,023 | 1,370,965 | 1,257,803 | 1,242,814 | 1,118,509 | $12,547,626 |
| Interest Expense (2) | 883,974 | 764,636 | 856,052 | 859,807 | 923,088 | 891,239 | 931,564 e | 920,540 e | 933,855 e | 862,950 e | $8,818,605 |
| NII | 417,355 | 361,545 | 412,463 | 406,889 | 390,712 | 398,784 | 439,401 e | 337,263 e | 308,959 e | 255,559 e | $3,728,919 |
| Revenue (Borrower Points) (3) | 81,633 | 84,568 | 106,411 | 115,271 | 145,157 | 111,929 | 141,555 e | - | - | - | $756,527 |
| Variable Origination Exp (3) | 14,688 | 13,719 | 9,367 | 8,165 | (25,074) | (6,185) | - | - | - | - | $8,678 |
| Other Fees (4) | 20,237 | 18,910 | 12,590 | 6,576 | 7,921 | 17,506 | 9,400 e | 10,664 e | 3,400 e | 0 e | $102,594 |
| Total Income | 514,532 | 446,302 | 522,077 | 524,661 | 569,484 | 535,706 | 590,355 e | 347,927 e | 312,359 e | 255,559 e | $4,619,394 |
| **Expenses (B)** | | | | | | | | | | | |
| Direct + Facilities Allocation (5) | 239,916 | 220,294 | 234,176 | 222,614 | 238,631 | 231,742 | 198,242 | - e | - e | - e | $1,591,517 |
| Commissions (2) | - | - | - | - | - | - | - | - | - | - | |
| Net Income before Alloc. | 274,614 | 226,038 | 287,901 | 302,157 | 331,233 | 303,966 | 392,113 | | | | $2,112,001 |
| Corp Alloc. @ $985/h (6) | 33,346 | 26,155 | 28,080 | 35,100 | 38,910 | 32,760 | 45,630 | - | - | - | $239,580 |
| Net Income after Alloc - C | 241,269 | 194,883 | 259,821 | 267,067 | 292,623 | 271,206 | 346,483 | 300,000 e | 300,000 e | - e | $2,473,321 |
| **Bonus Payout** | | | | | | | | | | | |
| Profit % (1) | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | |
| Profit $ | 24,127 | 19,486 | 25,982 | 26,707 | 29,262 | 27,121 | 34,648 | 30,000 | 30,000 | - e | $247,332 |