IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :
                                                              :   Jointly Administered
                    Debtors.                                  :
                                                              :   Ref. Docket Nos. 219, 483 and 1993
------------------------------------------------------------- x

### AMENDED ORDER REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN KEKST AND COMPANY INCORPORATED AS CORPORATE COMMUNICATIONS ADVISOR

Upon the application (the "Application")[2] of the above-captioned Debtors for an order authorizing the retention and employment of Kekst and Company, Incorporated ("Kekst") as corporate communications advisor for the Debtors pursuant to 11 U.S.C. §§ 327(a) and 328(a), *nunc pro tunc* to the Petition Date, and upon consideration of the Application and all pleadings related thereto, including the Siegfried Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and upon the Official Committee of Unsecured

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Creditors' objection to the Application [Docket No. 483]; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Order Regarding Debtors' Application For Authorization to Employ and Retain Kekst and Company Incorporated as Corporate Communications Advisor Application [Docket No. 1993] is hereby vacated; and it is further

ORDERED that the Application is granted solely as to the limited extent set forth herein and otherwise it is denied; and it is further

ORDERED that the Debtors acknowledge that they have received postpetition services from Kekst in an amount equal to or greater than the fee referenced in paragraph 2 of the Engagement Letter to the extent not exhausted by the Debtors prepetition; and it is further

ORDERED that Kekst is hereby authorized to apply its $50,000 retainer to its prepetition fees and expenses (without prejudice to Kekst's position that the $50,000 is not a retainer and that there are no unpaid prepetition fees or expenses); and it is further

ORDERED that after Kekst's application of the $50,000 retainer to its prepetition fees and expenses as set forth above, there are no unpaid prepetition fees or expenses under the Engagement Letter; and it is further

ORDERED that Kekst acknowledges that it has waived any right to seek postpetition compensation or reimbursement of postpetition expenses; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
November 21, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

DB02:6163588.9    066585.1001