# Exhibit "A"

| Inv | Date | SCI Svcs | SCI Pmts Recvd | SCI Bal | 3PTY Invoiced | 3PTY Recvd | Prepmt | 3PTY Pmts Out | 3PTY Bal | Invoice Total | Recvd Total | AR Balance | Net Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200707 Balance | 7/31/2007 | | | 222,128.17 | | | | | 152,265.92 | | | 642,974.02 | -69,862.25 |
| IN00010896-Pmt | 8/3/2007 | | 40,052.05 | 182,076.12 | | 131,737.50 | | | 284,003.42 | | 171,789.55 | 471,184.47 | 101,927.30 |
| IN00010957-Pmt | 8/3/2007 | | 42,328.00 | 139,748.12 | | 17,159.10 | | | 301,162.52 | | 59,487.10 | 411,697.37 | 161,414.40 |
| AD00000040 | 8/16/2007 | | | 139,748.12 | | | -52,000.00 | | 301,162.52 | -52,000.00 | | 359,697.37 | 161,414.40 |
| AD00000041a | 8/16/2007 | | | 139,748.12 | | | -45,000.00 | | 301,162.52 | -45,000.00 | | 314,697.37 | 161,414.40 |
| AD00000041b | 8/16/2007 | | | 139,748.12 | -130,000.00 | | | | 301,162.52 | -130,000.00 | | 184,697.37 | 161,414.40 |
| IN00011008 | 8/31/2007 | 90.00 | | 139,838.12 | 137.00 | | | | 301,162.52 | 227.00 | | 184,924.37 | 161,324.40 |
| IN00011055 | 8/31/2007 | 8,336.25 | | 148,174.37 | 1,882.80 | | | | 301,162.52 | 10,219.05 | | 195,143.42 | 152,988.15 |
| IN00011056 | 8/31/2007 | 11,975.60 | | 160,149.97 | 130,582.17 | | | | 301,162.52 | 142,557.77 | | 337,701.19 | 141,012.55 |
| IN00011057 | 8/31/2007 | 18.80 | | 160,168.77 | 62.00 | | | | 301,162.52 | 80.80 | | 337,781.99 | 140,993.75 |
| IN00011059 | 8/31/2007 | 1,280.00 | | 161,448.77 | 549.96 | | | | 301,162.52 | 1,829.96 | | 339,611.95 | 139,713.75 |
| IN00011060 | 8/31/2007 | 255.00 | | 161,703.77 | 242.60 | | | | 301,162.52 | 497.60 | | 340,109.55 | 139,458.75 |
| IN00001329 | 8/31/2007 | 327.63 | | 162,031.40 | | | | | 301,162.52 | 327.63 | | 340,437.18 | 139,131.12 |
| 200708 RE Pmts | 8/31/2007 | | | 162,031.40 | | | | 31,506.86 | 269,655.66 | | | 340,437.18 | 107,624.26 |
| 200708 DR Pmts | 8/31/2007 | | | 162,031.40 | | | | 2,307.81 | 267,347.85 | | | 340,437.18 | 105,316.45 |
| 200709 RE Pmts | 9/12/2007 | | | 162,031.40 | | | | 20,444.40 | 246,903.45 | | | 340,437.18 | 84,872.05 |
| IN00011055-Pmt | 9/13/2007 | | 8,336.25 | 153,695.15 | | 1,882.80 | | | 248,786.25 | | 10,219.05 | 330,218.13 | 95,091.10 |
| IN00011056-Pmt | 9/13/2007 | | 11,975.60 | 141,719.55 | | 130,582.17 | | | 379,368.42 | | 142,557.77 | 187,660.36 | 237,648.87 |
| 20070913 RE Pmts | 9/13/2007 | | | 141,719.55 | | | | 2,268.35 | 377,100.07 | | | 187,660.36 | 235,380.52 |
| 20070914 RE Pmts | 9/14/2007 | | | 141,719.55 | | | | 30,148.70 | 346,951.37 | | | 187,660.36 | 205,231.82 |
| 20070917 RE Pmts | 9/17/2007 | | | 141,719.55 | | | | 2,405.10 | 344,546.27 | | | 187,660.36 | 202,826.72 |
| 20070918 RE Pmts | 9/18/2007 | | | 141,719.55 | | | | 1,972.10 | 342,574.17 | | | 187,660.36 | 200,854.62 |
| 20070919 RE Pmts | 9/19/2007 | | | 141,719.55 | | | | 1,677.00 | 340,897.17 | | | 187,660.36 | 199,177.62 |
| 20070920 RE Pmts | 9/20/2007 | | | 141,719.55 | | | | 5,190.50 | 335,706.67 | | | 187,660.36 | 193,987.12 |
| IN00011008-Pmt | 9/21/2007 | | 90.00 | 141,629.55 | | 137.00 | | | 335,843.67 | | 227.00 | 187,433.36 | 194,214.12 |
| IN00011059-Pmt | 9/21/2007 | | 1,280.00 | 140,349.55 | | 549.96 | | | 336,393.63 | | 1,829.96 | 185,603.40 | 196,044.08 |
| IN00011060-Pmt | 9/21/2007 | | 255.00 | 140,094.55 | | 242.60 | | | 336,636.23 | | 497.60 | 185,105.80 | 196,541.68 |
| IN00001329-Pmt | 9/21/2007 | | 327.63 | 139,766.92 | | 0.00 | | | 336,636.23 | | 327.63 | 184,778.17 | 196,869.31 |
| 20070921 RE Pmts | 9/21/2007 | | | 139,766.92 | | | | 9,490.25 | 327,145.98 | | | 184,778.17 | 187,379.06 |
| 20070924 RE Pmts | 9/24/2007 | | | 139,766.92 | | | | 4,971.85 | 322,174.13 | | | 184,778.17 | 182,407.21 |
| 20070925 RE Pmts | 9/25/2007 | | | 139,766.92 | | | | 5,683.60 | 316,490.53 | | | 184,778.17 | 176,723.61 |
| 20070926 RE Pmts | 9/26/2007 | | | 139,766.92 | | | | 6,048.95 | 310,441.58 | | | 184,778.17 | 170,674.66 |
| 20070927 RE Pmts | 9/27/2007 | | | 139,766.92 | | | | 4,145.85 | 306,295.73 | | | 184,778.17 | 166,528.81 |
| 20070928 RE Pmts | 9/28/2007 | | | 139,766.92 | | | | 5,977.00 | 300,318.73 | | | 184,778.17 | 160,551.81 |
| IN00011073 | 9/30/2007 | 36,039.60 | | 175,806.52 | 132,657.39 | | | | 300,318.73 | 168,696.99 | | 353,475.16 | 124,512.21 |
| IN00011074 | 9/30/2007 | 94.00 | | 175,900.52 | 437.00 | | | | 300,318.73 | 531.00 | | 354,006.16 | 124,418.21 |
| IN00011075 | 9/30/2007 | 150.00 | | 176,050.52 | 62.00 | | | | 300,318.73 | 212.00 | | 354,218.16 | 124,268.21 |
| IN00011076 | 9/30/2007 | | | 176,050.52 | 61.31 | | | | 300,318.73 | 61.31 | | 354,279.47 | 124,268.21 |
| IN00001330 | 9/30/2007 | 352.02 | | 176,402.54 | | | | | 300,318.73 | 352.02 | | 354,631.49 | 123,916.19 |
| IN00011114 | 9/30/2007 | 37,958.00 | | 214,360.54 | 8,380.50 | | | | 300,318.73 | 46,338.50 | | 400,969.99 | 85,958.19 |
| 200709 DR Pmts | 9/30/2007 | | | 214,360.54 | | | | 8,550.70 | 291,768.03 | | | 400,969.99 | 77,407.49 |
| 20071001 RE Pmts | 10/1/2007 | | | 214,360.54 | | | | 3,318.75 | 288,449.28 | | | 400,969.99 | 74,088.74 |

C:\Documents and Settings\1007\Local Settings\Temporary Internet Files\OLK6\AHM Balances 20071106.xls
11/20/2007

| Inv | Date | SCI Svcs | SCI Pmts Recvd | SCI Bal | 3PTY Invoiced | 3PTY Recvd | Prepmt | 3PTY Pmts Out | 3PTY Bal | Invoice Total | Recvd Total | AR Balance | Net Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20071002 RE Pmts | 10/2/2007 | | | 214,360.54 | | | | 3,728.00 | 284,721.28 | | | 400,969.99 | 70,360.74 |
| 20071003 RE Pmts | 10/3/2007 | | | 214,360.54 | | | | 2,183.75 | 282,537.53 | | | 400,969.99 | 68,176.99 |
| 20071004 RE Pmts | 10/4/2007 | | | 214,360.54 | | | | 1,181.00 | 281,356.53 | | | 400,969.99 | 66,995.99 |
| 20071005 RE Pmts | 10/5/2007 | | | 214,360.54 | | | | 5,101.45 | 276,255.08 | | | 400,969.99 | 61,894.54 |
| 20071008 RE Pmts | 10/8/2007 | | | 214,360.54 | | | | 3,498.75 | 272,756.33 | | | 400,969.99 | 58,395.79 |
| 20071009 RE Pmts | 10/9/2007 | | | 214,360.54 | | | | 3,004.00 | 269,752.33 | | | 400,969.99 | 55,391.79 |
| 20071010 RE Pmts | 10/10/2007 | | | 214,360.54 | | | | 2,685.10 | 267,067.23 | | | 400,969.99 | 52,706.69 |
| 20071011 RE Pmts | 10/11/2007 | | | 214,360.54 | | | | 1,549.30 | 265,517.93 | | | 400,969.99 | 51,157.39 |
| IN00011057-Pmt | 10/12/2007 | | 18.80 | 214,341.74 | | 62.00 | | | 265,579.93 | | 80.80 | 400,889.19 | 51,238.19 |
| 20071012 RE Pmts | 10/12/2007 | | | 214,341.74 | | | | 2,924.95 | 262,654.98 | | | 400,889.19 | 48,313.24 |
| 20071015 RE Pmts | 10/15/2007 | | | 214,341.74 | | | | 1,313.75 | 261,341.23 | | | 400,889.19 | 46,999.49 |
| 20071016 RE Pmts | 10/16/2007 | | | 214,341.74 | | | | 2,580.35 | 258,760.88 | | | 400,889.19 | 44,419.14 |
| 20071017 RE Pmts | 10/17/2007 | | | 214,341.74 | | | | 2,740.70 | 256,020.18 | | | 400,889.19 | 41,678.44 |
| AD00000042 | 10/17/2007 | | | 214,341.74 | -1,430.75 | | | | 256,020.18 | -1,430.75 | | 399,458.44 | 41,678.44 |
| AD00000043 | 10/17/2007 | | | 214,341.74 | -1,761.00 | | | | 256,020.18 | -1,761.00 | | 397,697.44 | 41,678.44 |
| AD00000044 | 10/17/2007 | | | 214,341.74 | -50.00 | | | | 256,020.18 | -50.00 | | 397,647.44 | 41,678.44 |
| AD00000045 | 10/17/2007 | | | 214,341.74 | -8,456.00 | | | | 256,020.18 | -8,456.00 | | 389,191.44 | 41,678.44 |
| AD00000046 | 10/17/2007 | | | 214,341.74 | -5,305.25 | | | | 256,020.18 | -5,305.25 | | 383,886.19 | 41,678.44 |
| AD00000047 | 10/17/2007 | | | 214,341.74 | -14,631.70 | | | | 256,020.18 | -14,631.70 | | 369,254.49 | 41,678.44 |
| AD00000048 | 10/17/2007 | | | 214,341.74 | -352.25 | | | | 256,020.18 | -352.25 | | 368,902.24 | 41,678.44 |
| AD00000049 | 10/17/2007 | | | 214,341.74 | -10,381.30 | | | | 256,020.18 | -10,381.30 | | 358,520.94 | 41,678.44 |
| AD00000050 | 10/17/2007 | | | 214,341.74 | -1,606.50 | | | | 256,020.18 | -1,606.50 | | 356,914.44 | 41,678.44 |
| AD00000051 | 10/17/2007 | | | 214,341.74 | -974.50 | | | | 256,020.18 | -974.50 | | 355,939.94 | 41,678.44 |
| AD00000052 | 10/17/2007 | | | 214,341.74 | -62.00 | | | | 256,020.18 | -62.00 | | 355,877.94 | 41,678.44 |
| AD00000053 | 10/17/2007 | | | 214,341.74 | -61.31 | | | | 256,020.18 | -61.31 | | 355,816.63 | 41,678.44 |
| Apply balance to svcs | 10/17/2007 | | 67,267.62 | 147,074.12 | | | | 67,267.62 | 188,752.56 | | 67,267.62 | 288,549.01 | 41,678.44 |
| Apply balance to svcs | 10/17/2007 | | 70,011.66 | 77,062.46 | | | | 70,011.66 | 118,740.90 | | 70,011.66 | 218,537.35 | 41,678.44 |
| Apply balance to svcs | 10/17/2007 | | 1,500.00 | 75,562.46 | | | | 1,500.00 | 117,240.90 | | 1,500.00 | 217,037.35 | 41,678.44 |
| Apply balance to svcs | 10/17/2007 | | 968.84 | 74,593.62 | | | | 968.84 | 116,272.06 | | 968.84 | 216,068.51 | 41,678.44 |
| Apply balance to svcs | 10/17/2007 | | 150.00 | 74,443.62 | | | | 150.00 | 116,122.06 | | 150.00 | 215,918.51 | 41,678.44 |
| 20071018 RE Pmts | 10/18/2007 | | | 74,443.62 | | | | 2,538.70 | 113,583.36 | | | 215,918.51 | 39,139.74 |
| 20071019 RE Pmts | 10/19/2007 | | | 74,443.62 | | | | 3,518.65 | 110,064.71 | | | 215,918.51 | 35,621.09 |
| 20071022 RE Pmts | 10/22/2007 | | | 74,443.62 | | | | 5,666.15 | 104,398.56 | | | 215,918.51 | 29,954.94 |
| 20071023 RE Pmts | 10/23/2007 | | | 74,443.62 | | | | 5,218.20 | 99,180.36 | | | 215,918.51 | 24,736.74 |
| IN00011073-Pmt | 10/24/2007 | | 36,039.60 | 38,404.02 | | 132,657.39 | | | 231,837.75 | | 168,696.99 | 47,221.52 | 193,433.73 |
| IN00011114-Pmt | 10/24/2007 | | 37,958.00 | 446.02 | | 8,380.50 | | | 240,218.25 | | 46,338.50 | 883.02 | 239,772.23 |
| 20071024 RE Pmts | 10/24/2007 | | | 446.02 | | | | 4,925.25 | 235,293.00 | | | 883.02 | 234,846.98 |
| 20071025 RE Pmts | 10/25/2007 | | | 446.02 | | | | 3,223.20 | 232,069.80 | | | 883.02 | 231,623.78 |
| 20071026 RE Pmts | 10/26/2007 | | | 446.02 | | | | 4,545.25 | 227,524.55 | | | 883.02 | 227,078.53 |
| 20071029 RE Pmts | 10/29/2007 | | | 446.02 | | | | 7,186.70 | 220,337.85 | | | 883.02 | 219,891.83 |
| 20071030 RE Pmts | 10/30/2007 | | | 446.02 | | | | 3,965.00 | 216,372.85 | | | 883.02 | 215,926.83 |
| 20071031 RE Pmts | 10/31/2007 | | | 446.02 | | | | 1,692.50 | 214,680.35 | | | 883.02 | 214,234.33 |

| Inv | Date | SCI Svcs | SCI Pmts Recvd | SCI Bal | 3PTY Invoiced | 3PTY Recvd | Prepmt | 3PTY Pmts Out | 3PTY Bal | Invoice Total | Recvd Total | AR Balance | Net Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN00011121 | 10/31/2007 | 34,701.50 | | 35,147.52 | 7,955.09 | | | | 214,680.35 | 42,656.59 | | 43,539.61 | 179,532.83 |
| IN00011122 | 10/31/2007 | 27,814.60 | | 62,962.12 | 133,021.82 | | | | 214,680.35 | 160,836.42 | | 204,376.03 | 151,718.23 |
| IN00011123 | 10/31/2007 | 65.80 | | 63,027.92 | 299.00 | | | | 214,680.35 | 364.80 | | 204,740.83 | 151,652.43 |
| IN00001350 | 10/31/2007 | 394.95 | | 63,422.87 | | | | | 214,680.35 | 394.95 | | 205,135.78 | 151,257.48 |
| 200710 DR Pmts | 10/31/2007 | | | 63,422.87 | | | | 7,726.09 | 206,954.26 | | | 205,135.78 | 143,531.39 |
| 20071101 RE Pmts | 11/1/2007 | | | 63,422.87 | | | | 658.00 | 206,296.26 | | | 205,135.78 | 142,873.39 |
| IN00011074-Pmt | 11/2/2007 | | 94.00 | 63,328.87 | | 437.00 | | | 206,733.26 | | 531.00 | 204,604.78 | 143,404.39 |
| IN00001330-Pmt | 11/2/2007 | | 352.02 | 62,976.85 | | | | | 206,733.26 | | 352.02 | 204,252.76 | 143,756.41 |
| 20071102 RE Pmts | 11/2/2007 | | | 62,976.85 | | | | 4,821.85 | 201,911.41 | | | 204,252.76 | 138,934.56 |
| 20071105 RE Pmts | 11/5/2007 | | | 62,976.85 | | | | 5,886.55 | 196,024.86 | | | 204,252.76 | 133,048.01 |
| 20071106 RE Pmts | 11/6/2007 | | | 62,976.85 | | | | 3,133.00 | 192,891.86 | | | 204,252.76 | 129,915.01 |
| | | 159,853.75 | 319,005.07 | | 241,258.08 | 423,828.02 | -97,000.00 | 383,202.08 | | 304,111.83 | 742,833.09 | | |