# EXHIBIT A

# quinn emanuel trial lawyers

los angeles
silicon valley
san francisco
new york

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-C
Invoice # : 1114248
Responsible Attorney: Susheel Kirpalani

### AHM - Case Management/Calendar Maintenance/Service of Pleadings

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

|  |  |  |
|---|---|---|
| Fees | | $3,069.00 |
| Total Due This Invoice | | $3,069.00 |

61106/2302047.1

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/20/07 | JCT | Review retention application and finalize same (.8) | 0.80 |
| 08/24/07 | GY | Schedule omnibus dates | 1.00 |
| 08/27/07 | GY | Calendar all court dates/deadlines; review docket re same, upcoming deadlines | 3.50 |
| 08/28/07 | GY | Calendar all court dates/deadlines (2.0). | 2.00 |
| 09/21/07 | GY | File and organize multiple binders of court pleadings and correspondence (4.5) | 4.50 |
| | | Total Hours | 11.80 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| James C. Tecce | JCT | Counsel | 0.80 | 605.00 | 484.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Grace Yoon | GY | Paralegal | 11.00 | 235.00 | 2,585.00 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Case Management/Calendar Maintenance/Service of Pleadings

Matter #: 61106-C                          Total Fees ................................................... $3,069.00

Bill Date: October 17, 2007

Invoice # 1114248                          Total Due this Invoice ................................................... $3,069.00

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

REMITTANCE

61106/2302047.1

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-B
Invoice # : 1114247
Responsible Attorney: Susheel Kirpalani

### AHM - Cash Collateral and DIP Financing

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | | |
|---|---|---|
| Fees | | $12,058.00 |
| Total Due This Invoice | | $12,058.00 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/10/07 | JCT | American Home: Document review and pull (TRO; First days; Factual Background) | 1.40 |
| 08/14/07 | JCT | American Home: Review transcript from first day hearing; review next steps on DIP Order; conf. w/ S. Kirpalani; review relevant Bankruptcy Rules. | 2.20 |
| 08/20/07 | SK2 | Attend liquidity meeting at AHM (1.5); attend continuation of meeting on liquidity (1.3) | 2.80 |
| 08/26/07 | SK2 | Corresp. w/J. Waite re release of BoA for purposes of Young Conaway's finalization of cash collateral order (.3); TC w/C. Pino re BoA (.2); corresp. w/J. Patton re same (.1); conf. call w/K. Nystrom, S. Cooper, J. Patton, P. Morgan re coordination issues (.5). | 1.10 |
| 08/27/07 | SK2 | Attend pre-meeting w/S. Cooper, C. Pino, B. Johnson, K. Nystrom re BoA cash collateral issues (1.5); attend liquidity call to discuss lender claims issues (.9); attend meeting w/BoA to discuss waiver of potential claims of estate and negotiation thereof (2.5); | 4.90 |
| 08/27/07 | SK2 | Resume meeting w/S. Cooper, C. Pino re cash collateral and BoA litigation issues (1.5). | 1.50 |
| 08/27/07 | SK2 | Draft memo re comments to cash collateral order for use by Young Conaway and company based on today's meeting (2.7). | 2.70 |

Total Hours    16.60

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 13.00 | 760.00 | 9,880.00 |
| James C. Tecce | JCT | Counsel | 3.60 | 605.00 | 2,178.00 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Cash Collateral and DIP Financing

Matter #: 61106-B                              Total Fees ................................................ $12,058.00
Bill Date: October 17, 2007

Invoice # 1114247                              Total Due this Invoice ................................................ $12,058.00



Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

**los angeles
silicon valley
san francisco
new york**

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-E
Invoice # : 1114249
Responsible Attorney: Susheel Kirpalani

<u>AHM - Court Hearings</u>

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

|  |  |
|---|---|
| Fees | <u>$7,331.50</u> |
| Total Due This Invoice | $7,331.50 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/04/07 | SK2 | Review complaints filed by Bear, CSFB, Calyon for differences in connection w/court status conference (2.1); attend adversary proceedings status conference before judge (3.4). | 5.50 |
| 09/04/07 | GY | Coordinated dissemination of Credit Suisse court documents among trial team. | 7.00 |
| 09/05/07 | GY | Coordinated dissemination of Credit Suisse court documents among trial team. | 3.50 |
| 09/07/07 | SK2 | Attend conf. call w/Judge to resolve triple track trial schedule (.9). | 0.90 |
| | | Total Hours | 16.90 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 6.40 | 760.00 | 4,864.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Grace Yoon | GY | Paralegal | 10.50 | 235.00 | 2,467.50 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Court Hearings

Matter #: 61106-E
Bill Date: October 17, 2007

Total Fees ....................................................$7,331.50

Invoice # 1114249

Total Due this Invoice ....................................$7,331.50

## Account Summary

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112760 | 11,276.00 | 0.00 | 11,276.00 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-H
Invoice # : 1114250
Responsible Attorney: Susheel Kirpalani

### AHM - Fee Application Preparation/Fee Issues

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $9,376.50 |
| Expenses | $156.95 |
| Total Due This Invoice | $9,533.45 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 08/14/07 | JGM | Review client issues for retention application; draft same. | 5.00 |
| 08/15/07 | JGM | Draft retention application; proposed order, affidavit. | 7.00 |
| 08/16/07 | SK2 | Revising QE retention application prepared by J. Minias (1.5). | 1.50 |
| 08/23/07 | JCT | Review status of Quinn appearance; draft/revise notice of appearance (1.0) | 1.00 |
| 09/04/07 | JCT | Review administrative procedures for fee applications and critical dates relating to the same (.2); emails to S. Kirpalani et al regarding relevant deadlines (.2) | 0.40 |
| 09/19/07 | GY | Creation of fee application template. | 1.50 |
| 09/20/07 | JCT | Review AHM bills for August. | 1.10 |
| 09/21/07 | JCT | Coordinate preparation of First Fee Application with G. Yoon, et al. (1.0); revise first application (1.0). | 2.00 |
| 09/24/07 | JCT | Review daynotes for August 2007 fee application. | 0.30 |
| | | Total Hours | 19.80 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 1.50 | 760.00 | 1,140.00 |
| James C. Tecce | JCT | Counsel | 4.80 | 605.00 | 2,904.00 |
| Joseph G. Minias | JGM | Associate | 12.00 | 415.00 | 4,980.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Grace Yoon | GY | Paralegal | 1.50 | 235.00 | 352.50 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Word processing | 90.00 |
| Outside photocopy | 66.95 |
| Total Expenses | $156.95 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Fee Application Preparation/Fee Issues

Matter #: 61106-H
Bill Date: October 18, 2007

Invoice # 1114250

Total Fees .................................................. $9,376.50
Expenses ..................................................... $156.95
Total Due this Invoice ................................................. $9,533.45

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138



# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

**los angeles
silicon valley
san francisco
new york**

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-K
Invoice # : 1113784
Responsible Attorney: Susheel Kirpalani

<u>AHM - Lender Claims</u>

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | | |
|---|---|---|
| Fees | | <u>$19,836.00</u> |
| Total Due This Invoice | | $19,836.00 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/20/07 | RAS | Conference with SK and PHS (1.2); review background materials (1.0); review Cadwalader article (1.0) and CrimiMae case and article (1.0). | 4.20 |
| 08/21/07 | RAS | Research regarding Exchange Act exemption (1.9); e-mails regarding CAPS (.4); e-mails regarding margin calls (.3); e-mails regarding section 2004 exams (.4). | 3.00 |
| 09/01/07 | RAS | Email to Susheel Kirpalani re potential counterclaim based on margin calls. | 0.30 |
| 09/02/07 | RAS | Multiple emails to and from Susheel Kirpalani re potential counterclaims. | 0.40 |
| 09/02/07 | RAS | Analyze potential counterclaims based on improper margin calls. | 3.80 |
| 09/03/07 | RAS | Analyze Premavera design for potential evidence issues. | 1.30 |
| 09/03/07 | RAS | Emails with Susheel Kirpalani re experts. | 0.20 |
| 09/03/07 | SK2 | Corresp. w/R. Brady, B. Ackerly re Calyon's disagreement over trial schedule (.4); review proposed Calyon stipulation (.7). | 1.10 |
| 09/03/07 | SK2 | Review Broadhollow materials in connection w/potential claims (1.6). | 1.60 |
| 09/05/07 | SK2 | Review blocked account agreement negotiated with ABN for potential litigation impact (.5); confer w/R. Brady re same (.1). | 0.60 |
| 09/05/07 | SK2 | Confer w/R. Schirtzer re multiple interviews w/potential experts (.4); corresp. w/S. Beach re data for all potential/threatened lender notice of termination (.2); reviewing consolidated stipulation for triple tracked trial (.9). | 0.00 |
| 09/05/07 | SK2 | Corresp. w/S. Beach re data for all potential/threatened lender notice of termination (.2). | 0.20 |
| 09/05/07 | PS | TC Schirtzer regarding schedule for week, results of research, case update, and assignments (.4). | 0.40 |
| 09/05/07 | JGM | Review CAPS issue (.5). | 0.50 |
| 09/06/07 | SK2 | Attend conf. call w/R. Schirtzer, S. Sakamoto, R. Johnson, C. Pino re Lehman and history of dealings (1.2). | 1.20 |
| 09/06/07 | JGM | T/c with Sapori re: CAPS motion (.5); discussion with S. Kirpalani re: CAPS issues (.5); call with company and Lehman (1.0) | 2.00 |
| 09/07/07 | JGM | Correspondence with P. Sapori re: CAPS (.2) | 0.20 |
| 09/10/07 | SK2 | Review corresp. from Milbank on behalf of lender for potential problems with settlement (.4); review corresp from C. Pino re Bear drop dead date and underlying notice (.5). | 0.90 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/12/07 | SK2 | Review Milbank's proposed language for lender stipulation (.5). | 0.50 |
| 09/25/07 | JCT | Review CAPs emails, next steps (.2); call w/ P. Sopuri re CAPs next steps (.3); call with American Home (L. Dunham, C. Pino, K. Nystrom) re same (.6) | 1.10 |
| 09/26/07 | JCT | Review CAPs agreements and revise P. Sopori letter regarding same to RBS. | 2.60 |
| 09/30/07 | JCT | Review emails among S. Kirpalani and R. Schirtzer regarding lender liability theories | 0.20 |
| | | Total Hours | 26.30 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Richard A. Schirtzer | RAS | Partner | 13.20 | 875.00 | 11,550.00 |
| Susheel Kirpalani | SK2 | Partner | 6.10 | 760.00 | 4,636.00 |
| James C. Tecce | JCT | Counsel | 3.90 | 605.00 | 2,359.50 |
| Priya Sopori | PS | Associate | 0.40 | 425.00 | 170.00 |
| Joseph G. Minias | JGM | Associate | 2.70 | 415.00 | 1,120.50 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Lender Claims

Matter #: 61106-K
Bill Date: October 17, 2007

Total Fees .................................................. $19,836.00

Invoice # 1113784

Total Due this Invoice .................................................. $19,836.00

### Account Summary

Balance Due from Previous Statement(s) .................................................. **$101,339.30**

Total Balance Due .................................................. **$121,175.30**

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112762 | 101,339.30 | 0.00 | 101,339.30 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID: 95-4004138

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

**los angeles
silicon valley
san francisco
new york**

October 12, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-L
Invoice # : 1113712
Responsible Attorney: Susheel Kirpalani

<u>AHM - Meetings</u>

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

|  |  |
|---|---|
| Fees | <u>$1,672.00</u> |
| Total Due This Invoice | $1,672.00 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/06/07 | SK2 | Attend liquidity committee meeting to discuss trial issues and impact on company (1.3); attend advisors call to discuss near-term tasks (.9). | 2.20 |
| | | Total Hours | 2.20 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 2.20 | 760.00 | 1,672.00 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Meetings

Matter #: 61106-L
Bill Date: October 11, 2007

Invoice # 1113712

Total Fees ................................................... $1,672.00

Total Due this Invoice ...................................$1,672.00

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

**los angeles**
**silicon valley**
**san francisco**
**new york**

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-P
Invoice # : 1114259
Responsible Attorney: Susheel Kirpalani

AHM - Recharacterization

For Professional Services through September 30, 2007 in connection with serving as special investigative,
litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability
actions, and related bankruptcy litigation.

|  |  |
|---|---|
| Fees | $229,498.50 |
| Expenses | $10,412.61 |
| Total Due This Invoice | $239,911.11 |

61106/2302037.1

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/28/07 | GY | Produce transcripts from CSFB hearing for Susheel and James Tecce (1.5). | 1.50 |
| 08/29/07 | GY | Meeting with Susheel on assignments for case (.5); Prepare all related cases produced by Bear Sterns and Calyon (5.0); Produce Repo Flowchart (2.0); Create ⸓ ⸴ Contracts ISDA binder (3.0). | 10.50 |
| 08/30/07 | GY | Update related cases produced by Calyon (3.0); Search for article pertaining to market for sub primes (3.0); File agenda letters for hearing (1.0). | 7.00 |
| 09/04/07 | RAS | Multiple emails regarding trial and pre-trial scheduling. | 0.80 |
| 09/04/07 | RAS | Research potential experts. | 1.10 |
| 09/04/07 | RAS | Internal conferences and emails regarding scheduling. | 0.70 |
| 09/04/07 | SK2 | Research re. potential recharacterization issues. | 2.00 |
| 09/04/07 | SK2 | Review trade articles re repo recharacterization provided by C. Pino (.9); negotiating proposed stipulation w/Calyon re sale objection, trial schedule (.7); corresp. w/C. Pino, R. Johnson re same (.5); confer w/R. Schirtzer re potential expert witnesses (.3); revising Calyon stipulation further (.5). | 2.90 |
| 09/04/07 | SK2 | Review final stipulation from Calyon re resolution of lender claims prior to sale (.7); outlining tasks for preparation of triple-tracked trial (1.2); confer w/R. Schirtzer re expert testimony (.7); confer w/J. Tecce re needs for discovery (.8). | 3.40 |
| 09/04/07 | JCT | Review email correspondence among Quinn Emanuel (S. Kirpalani) and adversary defense counsel (Calyon, CSFB, Bear Stearns) concerning scheduling, trial issues; outline theories, claims (2.5); review timing for consolidated trials, outline scheduling dates for same, related email correspondence with S. Kirpalani, R. Schirtzer, defense counsel; review underlying complaints in CSFB, Bear Stearns and Calyon actions (4.0); draft "consolidated" stipulation for CSFB, Calyon and Bear Stearns adversary proceedings reflecting the same (1.6) | 8.10 |
| 09/04/07 | JCT | Review results from recharacterization research and research relating to affirmative claims, memoranda drafted and distributed to clients. | 2.40 |
| 09/04/07 | JGM | Discussion with J. Tecce re: case status (1.0); review case memos (1.0); review case correspondence (1.0). | 3.00 |
| 09/05/07 | RAS | Investigate and interview potential experts. | 1.80 |
| 09/05/07 | RAS | Review and revise scheduling stipulation | 0.30 |
| 09/05/07 | RAS | Conf w/Danielle Brown re: recharacterization research. | 0.30 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/05/07 | RAS | Conference and emails with Susheel Kirpalani regarding scheduling and experts. | 0.50 |
| 09/05/07 | RAS | Conference and emails with James Teece regarding discovery and scheduling. | 0.40 |
| 09/05/07 | SK2 | Review trade articles re repo recharacterization provided by C. Pino (.9); negotiating proposed stipulation w/Calyon re sale objection, trial schedule (.7); corresp. w/C. Pino, R. Johnson re same (.5); confer w/R. Schirtzer re potential expert witnesses (.3); revising Calyon stipulation further (.5). | 2.90 |
| 09/05/07 | SK2 | Researching privilege waiver issue for true repo opinions (1.6); | 1.60 |
| 09/05/07 | SK2 | Revising draft document demands (.9). | 0.90 |
| 09/05/07 | SK2 | Confer w/R. Schirtzer re multiple interviews w/potential experts (.4); reviewing consolidated stipulation for triple tracked trial (.9). | 1.30 |
| 09/05/07 | JCT | Conf. w/ S. Kirpalani re. next steps on discovery; stipulation (.2); revise stipulation regarding timing for coordinated trials with CSFB, Bear Stearns and Calyon; related document review of underlying agreements, etc. (2.9); review and revise first reque st for production of document of Credit Suisse, related document review (3.3); review Credit Suisse hearing transcript (.6) | 7.00 |
| 09/05/07 | JGM | Review trial transcripts (2.5); research repos in bankruptcy (4.0); discuss case with S. Kirpalani (.5). | 7.00 |
| 09/05/07 | JR1 | Find and print relevant documents from West Law per R. Schirtzer. | 0.80 |
| 09/06/07 | RAS | Multiple emails from and to Susheel Kirpalani regarding experts. | 0.50 |
| 09/06/07 | RAS | Multiple emails re trial and pre-trial scheduling. | 0.50 |
| 09/06/07 | RAS | Conferences regreading potential experts. | 0.60 |
| 09/06/07 | SK2 | Attend conf. call w/Bear, Calyon, CSFB, J. Tecce, R. Schirtzer re scheduling of triple track trial (1.5); TC w/N. Crowell (Bear) re open issues re scope limitations (.3); TC w/B. Ackerly re Calyon's requests for pre-petition reporting (.3). | 2.10 |
| 09/06/07 | SK2 | Conf. call w/J. Minias and potential candidate for expert testimony or consultation (.9). | 0.90 |
| 09/06/07 | SK2 | TC w/L. Fife re CSFB stipulation similar to Calyon re reservation of rights (.3). | 0.30 |
| 09/06/07 | JCT | Review status of claims against repo lender with S. Kirpalani (.3); conf. call w/ company (C. Pino, B. Johnson) and Quinn attorneys (R. Schirtzer, P. Sopori) re. same (.7) | 1.00 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/06/07 | JCT | Review comments to draft stipulation regarding scheduling for recharacterization trials from Credit Suisse, Calyon and Bear Stears (.3); conf. call with S. Kirpalani and counsel for same re. same.(.8) | 1.10 |
| 09/06/07 | JGM | T/c with Sapori re: CAPS motion (.5); discussion with S. Kirpalani re: CAPS issues (.5); call with company and Lehman (1.0); t/c with `.........` re: 2004 motion (.5); attention to finding expert witness (4.0); reviewing documents and m emoranda re: repos (4.0) | 0.00 |
| 09/06/07 | JGM | Attention to finding expert witness (4.0); reviewing documents and m emoranda re: repos (4.0) | 8.00 |
| 09/06/07 | GY | Prepare duplicate of Credit Suisse court documents for James Tecce and Joe Minnias | 3.50 |
| 09/07/07 | RAS | Multiple e-mails regarding scheduling issues. | 0.60 |
| 09/07/07 | RAS | E-mails regarding potential experts. | 0.30 |
| 09/07/07 | SK2 | Outline responses to reason why triple tracked cases are being jointly handled, need for separate trial on prepetition (.7); review revised scheduling order (.4); corresp. w/J. Dorsey re division of labor; review corresp. from Bear Stearns re unwind issue s/settlement (.5). | 1.60 |
| 09/07/07 | SK2 | Attend conf call w/Calyon, Bear, CSFB to try and negotiate consensual triple track trial schedule (1.1); review articles written by potential expert (1.5). | 2.60 |
| 09/07/07 | JCT | Revise scheduling stipulation in accordance with court call; comments from CSFB, et al. (1.2); review underlying agreements (.8); review expert witness issues (.3) | 2.30 |
| 09/07/07 | JGM | T/c to expert candidates (1.0); emails re: expert candidates (1.0); prepare info to send to expert (1.0); attention to expert retention (1.0); discuss omnibus retention motion with E. Edwards at Young Conaway (.5); review same and send to E. Edwards (.5) | 5.00 |
| 09/07/07 | SK3 | Library research per Susheel Kirpalani re treatises. | 0.20 |
| 09/10/07 | RAS | E-mails regarding scheduling stipulation. | 1.10 |
| 09/10/07 | SK2 | Attend conf. call w/Calyon, Credit Suisse, Bear Stearns re scheduling of triple track trial (1.1); confer w/J. Tecce re same ( .4); review revised scheduling order (.6); corresp. w/J. Dorsey re division of labor for trial (.2); corresp. w/H. Comet, M. Gra y re scheduling stipulation (.2). | 2.50 |
| 09/10/07 | JCT | Review further comments to the discovery stipulation from plaintiff parties and revise scheduling stipulation re. same; email correspondence with R. Schirtzer and S. Kirpalani re. same; revise stipulation with (2.0); draft counterclaim in Calyon adversary proceeding, and review related documents (e.g. Calyon agreements) (5.3) | 7.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/10/07 | GY | Produce duplicates of all documents for adversary proceeding. | 1.00 |
| 09/11/07 | RAS | Multiple e-mails regarding expert discovery. | 0.60 |
| 09/11/07 | JCT | Revise draft document requests for Credit Suisse (.3); revise Calyon counterclaim for filing (2.4) | 2.70 |
| 09/11/07 | GY | Produce and send all AHM documents and pleadings to expert | 1.00 |
| 09/12/07 | RAS | Multiple e-mails regarding scheduling. | 0.40 |
| 09/12/07 | RAS | Multiple e-mails regarding experts. | 0.50 |
| 09/12/07 | SK2 | Confer w/J. Tecce re expert issues (.3); review stipulation and order governing timing of expert disclosures (.2); review scope of rebuttal issues vs. affirmative expert (.2); | 0.70 |
| 09/12/07 | JCT | Review and revise document requests for Calyon, Credit Suisse and Bear Stearns Adversary Proceedings; related document review (4.8); review status of scheduling stipulation, comments regarding experts, scheduling issues for expert production; expert disclosures under stipulation; emails with YCST (P. Jackson, B. Brady) re. same (2.4); conf w/S. Kirpalani re next steps (.3); review further stip revisions regarding expert discovery (.5); calls and emails with R. Schirtzer re. same (.2) | 8.20 |
| 09/13/07 | RAS | E-mails regarding expert issues. | 0.40 |
| 09/13/07 | RAS | E-mails regarding potential costs on recharacterization. | 0.20 |
| 09/13/07 | RAS | Review Lender's document demands. | 1.30 |
| 09/13/07 | SK2 | Review corresp. from CSFB counsel re stipulations re sale objection (.2); confer w/J. Tecce re same (.2). | 0.40 |
| 09/13/07 | SK2 | Review cases re recharacterization in connection w/developing trial strategy (1.8); confer w/J. Tecce re same (.3); review materials provided to expert witness (.7). | 2.80 |
| 09/13/07 | JCT | Review document production issues, revise draft document requests (.4); review expert issues, calls with T. Carlson, outline case theories with email memoranda to and confs w/S. Kirpalani and R. Schirtzer re same (2.4) | 2.80 |
| 09/14/07 | RAS | Multiple e-mails regarding scheduling and experts. | 0.70 |
| 09/14/07 | JCT | Review document requests; email correspondence regarding scheduling stipulation; confs w/team re next steps to trial. | 0.70 |
| 09/14/07 | CAR | Meet with J. Tecce regarding pre-trial preparation (.4). | 0.40 |
| 09/16/07 | JCT | Review discovery status and next steps in recharacterization trials (.7); related emails with S. Kirpalani, et al. (.3) | 1.00 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/17/07 | JCT | Review discovery propounded and responses (.5); calls and emails with R. Schirtzer and YCST (E. Edwards) re same, next steps (.4); review next steps in litigation, trial preparation, including expert discovery and witness issues (.4); call with Weil re sa le stipulation for CSFB and emails to YCST (Morgan & Brady) (.3); review proposal regarding exemption from sale order for CSFB agreements, including additional agreement recently noticed; related sale documents and notices; markup stipulation; email to S. Kirpalani re same (1.8) | 3.40 |
| 09/17/07 | DB1 | Research on legislative history of "mortgage loans" in section 559. | 2.00 |
| 09/18/07 | RAS | Conference with expert regarding report. | 0.60 |
| 09/18/07 | RAS | E-mails regarding expert discovery. | 0.30 |
| 09/18/07 | RAS | E-mails regarding scheduling issues. | 0.20 |
| 09/18/07 | RAS | Conferences with DL and PS regarding experts. | 0.30 |
| 09/18/07 | JCT | Review discovery requests, outline possible responses; confs with team re same (1.5); call with YCST re meet and confer (.5); research privilege issues (.5); call with expert witness, R. Schirtzer, D. Brockett (1.2); call with counterparties ("Meet and Confer") regarding discover y issues (2.0); related emails among parties re same (.2); review CSFB stipulation issues regarding sale motion: calls with YCST and emails to same re same; calls with Weil (C. Marcus) re same (.7) | 6.60 |
| 09/18/07 | PS | Conference with Schirtzer regarding expert witnesses (.6); forward relevant research articles to Lyons regarding experts (.5); conference call with team and opposing counsel regarding outstanding discovery issues (2.1). | 3.20 |
| 09/18/07 | CAR | Meet J. Tecce regarding outstanding discovery requests (.4); review discovery requests, court filings and internal memos to determine discovery priorities (1.2); teleconference with opposing counsel regarding scope of document requests (1.9); legal resear ch regarding waiver of attorney-client privilege (2.6). | 6.10 |
| 09/19/07 | RAS | E-mails regarding scheduling Calyon motion for summary judgement. | 0.20 |
| 09/19/07 | RAS | Review background material regarding Carlson expert report. | 0.70 |
| 09/19/07 | JCT | Review results from meet and confer, outline limitations on Debtors' request for documents, draft letter to opposing counsel with respect to same (5.0); review Bear Stearns letter regarding meet & confer and next steps, and emails with YCST re. same (.5); review expert issues (.3) | 5.80 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/19/07 | JCT | Review Weil markup to sale objection stipulation with Credit Suisse (.8); review status of CSFB agreements in connect with sale, sale deadlines, and agreements scheduled for sale (including warehouse loans at issue in adversary proceedings) (1.5); calls a nd email with YCST (P. Morgan) and company re same (.8); emails with Weil and calls w/ C. Marcus re same (1.0) | 4.10 |
| 09/19/07 | PS | Review summary of meet and confer regarding discovery. | 0.20 |
| 09/20/07 | RAS | Review CSF's reply to counterclaim. | 0.20 |
| 09/20/07 | RAS | Review BS' reply to counterclaims. | 0.20 |
| 09/20/07 | RAS | Multiple e-mails with J. Teece regarding experts. | 0.40 |
| 09/20/07 | JCT | Revise discovery letter, review document requests team meeting on next steps (3.6); review Bear Stearns letter (.3); calls with YCST (E. Edwards, P. Jackson) re same (.3); email to company re. letter (.4); review expert issues (1.2); research mortgage securities issue (.3); review trial strategy and next steps (.4) | 6.50 |
| 09/20/07 | PS | Review article and emails from team regarding Carlson's report. | 1.40 |
| 09/20/07 | CAR | Attend meeting with J. Tecce, G. Yoon and A. McGlaze regarding pre-trial preparation (.5); review and revise letter to opposing counsel regarding discovery requests (.7). | 1.20 |
| 09/20/07 | GY | Produce and send complaints and court pleadings to Aiden and Carlos (2.5); Meet with James Tecce regarding new assignments for AHM (.5 | 3.00 |
| 09/21/07 | RAS | Review Calyon summary judgment motion and supporting documents. | 1.00 |
| 09/21/07 | RAS | Multiple e-mails regarding same. | 0.40 |
| 09/21/07 | RAS | Correspondence regarding meet and confer. | 0.40 |
| 09/21/07 | RAS | Multiple e-mails regarding expert. | 0.40 |
| 09/21/07 | RAS | Conference with JT regarding expert. | 0.20 |
| 09/21/07 | DRL | Review draft expert report, case authority and articles re: repo. | 3.90 |
| 09/21/07 | JCT | Review next steps in discovery, documents experts and trial theories (2.8); revise letter regarding document productions, review YCST additions regarding Plaintiffs requests and incorporate same (1.8); review Calyon motion for summary judgement and related email correspondence among S. Kirpalani, R. Schirtzer and TCST regarding responses to the same (1.0) | 5.60 |
| 09/21/07 | PS | Review report prepared by Carlson and emails from RAS regarding same. | 1.40 |
| 09/22/07 | RAS | Multiple e-mails with SP and JT regarding expert report. | 0.40 |
| 09/23/07 | RAS | Conferences with SK, JT and Expert re expert report. | 1.00 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/23/07 | RAS | E-mails with SK and JT regarding Calyon summary judgment motion. | 0.20 |
| 09/23/07 | DRL | Review emails and comments re: expert report; prepare for meeting with R. Schirtzer. | 1.50 |
| 09/23/07 | JCT | Review email corresp and issues relating to expert report (.9); call with R. Schirtzer, S. Kirpalani re. same and Calyon Motion for Summary Judgement (1.8);call w/expert re same (.9); draft written response to same (3.8) | 6.40 |
| 09/24/07 | RAS | Review motion to strike Calyon motion. | 0.20 |
| 09/24/07 | RAS | Review e-mail from SK regarding CSFB closing deliverables. | 0.30 |
| 09/24/07 | RAS | Review case law on requirement of expert report from employee expert. | 1.20 |
| 09/24/07 | RAS | Multiple e-mails with SK, JT and PS regarding requiring expert report from employee expert. | 0.40 |
| 09/24/07 | RAS | Review final version of Carlson report. | 1.20 |
| 09/24/07 | DRL | Continue review of memos and cases re: securitization issue. | 2.30 |
| 09/24/07 | JCT | Review request by Bear Stearns regarding P&I (.6); call with C. Pino re. same (.2); confs. w/ S. Kirpalani and J. Dorsey re. same (.3); draft response letter to same (1.2); review response letters from Calyon and Credit Suisse regarding document productio n (.5); call with C. Marcus (Weil) re. CSFB sale objection stipulation, review proposed revisions; blackline same and emails to YCST (P. Morgan) re. same (1.8); review expert issues, next steps in adversary regarding expert issues, coordinate distribution of expert report w/ expert, serve same on opposing counsel (4.3); revise response to Calyon summary judgement motion and emails with YCST re. same (1.7) | 10.60 |
| 09/24/07 | AM6 | Review case background to prepare for document review. | 1.40 |
| 09/24/07 | GY | Produce electronic Credit Suisse, Bear Sterns and Calyon documents for James Tecce; Reassemble Credit Suisse binders; Compose, edit and file Certificate of Service to court by ECF | 8.00 |
| 09/25/07 | RAS | Review draft protective order. | 0.40 |
| 09/25/07 | RAS | Investigate potential rebuttal witnesses. | 1.30 |
| 09/25/07 | RAS | Review Adelson report and CV. | 0.60 |
| 09/25/07 | RAS | Review recent Adelson publications. | 1.90 |
| 09/25/07 | RAS | Conference with DL regarding expert testimony. | 0.40 |
| 09/25/07 | RAS | Conference with MMK regarding expert reports. | 0.30 |
| 09/25/07 | RAS | Conferences with PS regarding requirement that Kaiserman issue report. | 0.40 |
| 09/25/07 | RAS | Multiple e-mails with SK and JT regarding expert issues. | 0.60 |
| 09/25/07 | RAS | Review Granite Partners case cited by Carlson. | 0.90 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/25/07 | RAS | Revise letter regarding Kaiserman report; conferences with PS and e-mails with PS and SK regarding same. | 0.70 |
| 09/25/07 | DRL | Attend meeting with R. Schirtzer re: case background and deposition. | 0.50 |
| 09/25/07 | SK2 | Review document production responses (.9); review Adelson expert report (.8); review correspondence from Bear Stearns re. P&I payments and related issues (.6); confer w/ J. Tecce re. same (.2) | 2.50 |
| 09/25/07 | JCT | Revise motion regarding Calyon Summ. J. (.2); review expert report forwarded from Calyon (.7); emails w/ R. Schirtzer, S. Kirpalani re. next steps on expert discovery (.3); confs. w/ C. Rodriguez and G. Yoon re. document production and review (.3); finalize letter to Bear Stearns regarding payments (1.7); emails with YCST (Dorsey, Edwards) re. upcoming deadlines, document production; review cover letters (.2); call with C. Marcus re CSFB stipulation (.2) | 3.60 |
| 09/25/07 | PS | Calls with RAS regarding expert issues to research (.4); legal research regarding expert report requirement (5.1); prepare letter brief to CSFB regarding demand for expert report (1.8); emails with Kirpalani and TC with RAS regarding same (.8); review and revise letter accordingly and send to opposing counsel (.9). | 9.00 |
| 09/25/07 | CAR | Review expert reports and articles published by opposing expert in preparation for expert deposition (5.7). | 5.70 |
| 09/25/07 | DB1 | Research regarding legislative history of B code definitions (1.7); email and conference with Richard Schirtzer regarding the same (.5) | 2.20 |
| 09/25/07 | AM6 | Review background and repurchase agreements. | 3.20 |
| 09/25/07 | GY | Produce and send Notice of Appearance and 2019 Statement to all individuals on service list; Allocate expenses among matters; Research for Granite Partners BMA amicus brief; Research list of publications from Adelson expert report | 8.00 |
| 09/25/07 | MK2 | Search for Schwarcz trial testimony, deposition transcript and judicial opinion for potential utilization re expert; research citations in Adelson CV; print journal publications and Nomura Research Reports cited and not cited; coordinate same with CR and JT; coordinate collection of Adelson's publications with LA Librarian. | 4.30 |
| 09/25/07 | MK2 | Meet with RAS re briefing on case, timeline and expert research project. | 0.20 |
| 09/26/07 | RAS | Review 30(b)(6) deposition notices from plaintiffs and AHM. | 1.20 |
| 09/26/07 | RAS | Review legal memos regarding recharacterizations. | 0.80 |
| 09/26/07 | RAS | Conference with D. Brown regarding legislative history research; e-mail regarding same. | 0.60 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/26/07 | DRL | Participate in conference call re: scheduling. | 0.30 |
| 09/26/07 | SK2 | Correspondence w/ P. Morgan, R. Brady re. case status and WL Ross sale of servicing (.2); correspondence to S. Cooper, C. Pino re. experts for recharacterization trial (.2); TC w/ S. Cooper re. financial expert (.2) TC interview w/ poetical expert (.5); T C to other re. same (.3); corresp. w/ C. Pino re outstanding litigation matters (.2); confer w/ J. Tecce re. motion to strike summary judgement of Calyon (.2) | 2.10 |
| 09/26/07 | JCT | Draft rule 30(b)(6) notices, related document review for same (3.4); negotiate CSFB sale stipulation with Weil (C. Marcus) and YCST (Pauline Morgan), related calls and emails with same re. finalizing the same (1.5); coordinate production of expert documen ts (.5); revise responses and objections to Plaintiffs' document responses re. expert issues (1.7); conf. call with J. Dorsey and R. Schirtzer re next steps, division of labor among firms (.3); confs. w/ C. Rodriguez and A. McAzie regarding document produ ction and review, related emails w/ S. Kirpalani and R. Schirtzer (1.0) | 8.40 |
| 09/26/07 | PS | Meeting with RAS and TC with RAS, Lyons, and Team regarding next steps in discovery. | 0.80 |
| 09/26/07 | CAR | Review documents produced by CSFB in preparation for trial (6.4). | 6.40 |
| 09/26/07 | DB1 | Research regarding legislative history of "mortgage loans" and "repurchase agreements" in bankruptcy code (3.0); Email RS regarding the same (.5) | 3.50 |
| 09/26/07 | AM6 | Conference call re: upcoming scheduling and work allocation. | 0.60 |
| 09/26/07 | AM6 | Review pertinent selected reports in preparation for review of new produced documents. | 1.20 |
| 09/26/07 | GY | Make arrangements to retrieve Professor Carlson's documents (1.0); Meeting with James Tecce regarding new assignment in preparation for deposition (.5); Coordinate copy and delivery arrangements from the opposing counsel (2.5). | 4.00 |
| 09/26/07 | MK2 | Continue Adelson research including professional journals and Nomura reports; coordinate with UCLA researcher re same. | 3.80 |
| 09/27/07 | RAS | Multiple e-mails with SK, JT, DL and PS regarding rebuttal experts. | 0.80 |
| 09/27/07 | RAS | Further e-mails with SK, JT, PS and DL regarding CSFB expert. | 0.40 |
| 09/27/07 | RAS | Multiple e-mails from JT regarding important documents from document review. | 0.50 |
| 09/27/07 | RAS | Investigate potential rebuttal experts. | 0.70 |
| 09/27/07 | DRL | Review background materials re: expert depositions. | 3.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/27/07 | JCT | Review Plaintiffs written responses and objections to Debtors' document requests , and outline issues with respect to the same (1.6); review correspondence from Plaintiffs counsel regarding document production issues, and identify open categories for agreement (.8); review notices of 30(b)(6) depositions propounded by Plaintiffs (.5)' emails with Plaintiffs' counsel (Sidley) re. document production, and related calls (.4); call with Weil (H. Comet) re. CSFB document production (.3); email to YCST re. CSFB issues (.3); review "hot documents," confs. w/ C. Rodriguez and A. McGlaze re same, coordinate deposition schedules (2.6); review issues relating to rebuttal expert reports, related emails w/ S. Kirpalani and R. Schirtzer re expert issues (1.0); draft letter to Calyon counsel regarding rebuttal expert (.7) | 8.20 |
| 09/27/07 | PS | Review correspondence from CSFB regarding Kaiserman as expert (.3); TC RAS regarding same (.2); several emails with team regarding strategy and case law for cross-examination (1.1). | 1.60 |
| 09/27/07 | CAR | Review documents produced by CSFB (4.2); review documents produced by Calyon (2.6). | 6.80 |
| 09/27/07 | AM6 | Review CSFB and Calyon documents produced for support of recharacterization arguments. | 10.70 |
| 09/27/07 | GY | Copy all documents from opposing counsel | 4.00 |
| 09/27/07 | MK2 | Continue coordinating research efforts on Adelson; search for publications not listed on CV. | 1.00 |
| 09/28/07 | RAS | Prepare for expert depositions. | 2.50 |
| 09/28/07 | RAS | Multiple e-mails regarding 30(b)(6) depositions. | 0.90 |
| 09/28/07 | RAS | Multiple e-mails regarding deposition scheduling. | 0.40 |
| 09/28/07 | JCT | Calls with YCST (Dorsey, Edwards) and American Home re. 30(b)(6) witnesses (.9); review status of Bear Stearns production and draft letter to Sidley (N. Crowell) regarding deficiencies re same (1.0) call w/ H. Comet (Weil) re same with respect to CSFB production (.9); review scheduling of depositions, potential deponents, next steps for trial preparation, upcoming deadlines, motion to strike hearing, discovery coordination (1.3); calls with Hunton & Williams and emails re document production (.4); confs. w/ A. McGlaze and C. Rodriguez re. document review (.4); review objections to AHM's 30(b)(6) notices and draft responses and objections to CSFB, Bear Stearns and Calyon 30(b)(6) notices with C. Rodriguez and A. McGlaze (4.3) | 9.20 |
| 09/28/07 | PS | Review emails from RAS regarding expert issues (.4); TC RAS regarding final expert report and rebuttal expert (.3); review expert report prepared by Adelson (.5). | 1.20 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/28/07 | CAR | Review documents produced by expert and prepare them for production (2.3); draft objections to deposition notices (2); review documents produced by CSFB in preparation for trial (4); review documents produced by Calyon in preparation for trial (3.5). | 11.80 |
| 09/28/07 | AM6 | Draft Response to Bear Stearns Deposition Notice. | 2.60 |
| 09/28/07 | AM6 | Review Calyon documents re: recharacterization. | 5.70 |
| 09/28/07 | AM6 | Conf. call re: AHM witnesses. | 0.20 |
| 09/28/07 | GY | Create binder with court pleadings for James Tecce (1.5); Prepare and send Calyon documents to LA office attorneys and John Dorsey (3.0); Arrange copies of documents from opposing counsel (2.0) | 6.50 |
| 09/28/07 | MK2 | Print materials for RAS to review re Adelson; organize same chronologically and by cited and uncited publications. | 0.70 |
| 09/29/07 | RAS | Prepare for expert depositions by reviewing multiple decisions and multiple publications. | 6.30 |
| 09/29/07 | CAR | Review documents produced by Calyon in preparation for hearing and trial. | 11.30 |
| 09/29/07 | AM6 | Review Calyon documents. | 6.40 |
| 09/30/07 | RAS | Prepare for expert depositions by reviewing multiple decisions and multiple publications. | 7.20 |
| 09/30/07 | JCT | Review emails regarding status of document review and "hot docs" from A. McGlaze and C. Rodriguez (.4); review emails regarding expert discovery among S. Kirpalani, R. Schirtzer, P. Sopori (.3); review correspondence with CSFB counsel (M. Gray (Weil)) regarding same (.2); review 30(b)(6) notices and objections thereto filed by Plaintiffs (.5); review CSFB "hot documents"culled by C. Rodriguez and A. McGlaze and outline witness list for depositions (1.9); confs. w/ C. Rodriguez and A. McGlaze re. document review, motion to strike hearing (.4); outline motion to strike argument, review of related documents -- cases, agreement, UCC provisions, hearing transcript, research summary judgement in recharacterization context (4.0); review summary judgement papers filed by Calyon (.4) | 8.10 |
| 09/30/07 | CAR | Review documents produced by Calyon in preparation for hearing and trial. | 6.70 |
| 09/30/07 | AM6 | Review Calyon documents re recharacterization. | 6.30 |
| 09/30/07 | AM6 | Conf. w/ J. Tecce and C. Rodriguez re motion to strike, witness designation. | 0.30 |
| 09/30/07 | GY | Coordinate copies of Carlson documents for Carlos Rodriguez | 1.50 |

Total Hours 445.00

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Richard A. Schirtzer | RAS | Partner | 53.80 | 875.00 | 47,075.00 |
| Duane R. Lyons | DRL | Partner | 11.60 | 760.00 | 8,816.00 |
| Susheel Kirpalani | SK2 | Partner | 33.50 | 760.00 | 25,460.00 |
| James C. Tecce | JCT | Counsel | 131.10 | 605.00 | 79,315.50 |
| Priya Sopori | PS | Associate | 18.80 | 425.00 | 7,990.00 |
| Joseph G. Minias | JGM | Associate | 23.00 | 415.00 | 9,545.00 |
| Danielle Brown | DB1 | Associate | 7.70 | 385.00 | 2,964.50 |
| Carlos Rodriguez | CAR | Associate | 56.40 | 375.00 | 21,150.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aidan McGlaze | AM6 | Law Clerk | 38.60 | 275.00 | 10,615.00 |
| Grace Yoon | GY | Paralegal | 59.50 | 235.00 | 13,982.50 |
| Jaan Rannik | JR1 | Paralegal | 0.80 | 235.00 | 188.00 |
| Megan Kerr | MK2 | Case Assistant | 10.00 | 235.00 | 2,350.00 |
| Sofia Kolidas | SK3 | Case Assistant | 0.20 | 235.00 | 47.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | 11.80 |
| Local travel | 244.29 |
| Telecopier | 13.00 |
| Word processing | 126.00 |
| Telecopier | 17.00 |
| Outside photocopy | 838.82 |
| Other Lit Support Services | 211.00 |
| Document Reproduction $0.10 per page | 7,530.50 |
| Westlaw | 1,420.20 |
| **Total Expenses** | **$10,412.61** |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Recharacterization

Matter #: 61106-P          Total Fees .............................................. $229,498.50
Bill Date: October 18, 2007          Expenses ................................................. $10,412.61
Invoice # 1114259          Total Due this Invoice .............................................. $239,911.11

## Account Summary

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112763 | 91,241.46 | 0.00 | 91,241.46 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-R
Invoice # : 1114252
Responsible Attorney: Susheel Kirpalani

## AHM - Rule 2004 Investigations

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | | |
|---|---|---|
| Fees | | $557.50 |
| Total Due This Invoice | | $557.50 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/05/07 | RAS | Review and revise 2004 request. | 0.40 |
| 09/06/07 | JGM | T/c with V. Rubenstein (MLynch counsel) re: 2004 motion (.5) | 0.50 |
| | | Total Hours | 0.90 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Richard A. Schirtzer | RAS | Partner | 0.40 | 875.00 | 350.00 |
| Joseph G. Minias | JGM | Associate | 0.50 | 415.00 | 207.50 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Rule 2004 Investigations

Matter #: 61106-R
Bill Date: October 25, 2007
Invoice # 1114252

Total Fees ...................................................... $557.50

Total Due this Invoice ...................................................... $557.50

## Account Summary

Balance Due from Previous Statement(s) ...................................................... $7,395.00
Total Balance Due ...................................................... $7,952.50

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112764 | 7,395.00 | 0.00 | 7,395.00 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID: 95-4004138

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

October 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-S
Invoice # : 1114253
Responsible Attorney: Susheel Kirpalani

<u>AHM - Servicing Platform Issues</u>

For Professional Services through September 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $9,270.00 |
| Expenses | <u>$288.06</u> |
| Total Due This Invoice | $9,558.06 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/04/07 | SK2 | Attend conf. call w/K. Nystrom, R. Johnson, C. Pino, P. Morgan re servicing rights litigation issues w/lender defendant/targets (1.5). | 1.50 |
| 09/05/07 | SK2 | Confer w/J. Tecce re servicing rights litigation issues (.2); confer w/J. Tecce re summary of research (.4); attend conf. call w/S. Cooper, K. Nystrom re views on servicing and strategy w/cretain third parties (.8). | 1.40 |
| 09/05/07 | JCT | Research case law regarding service platform issues (1.2) conf. call with Company (S. Cooper et al.; CWT; YCST and S. Kirpalani) re. next steps on servicing issues (.8). | 2.00 |
| 09/06/07 | SK2 | Review Countrywide servicing rights motion (.5); confer w/J. Tecce re same (.2); TC w/L. Fife re CSFB stipulation similar to Calyon re reservation of rights (.3). | 0.00 |
| 09/06/07 | SK2 | Review Countrywide servicing rights motion (.5); confer w/J. Tecce re same (.2). | 0.70 |
| 09/06/07 | JCT | Research case law, treatises regarding service platform issue (4.7); draft memorandum to S. Kirpalani et al. re same (4.1) | 8.80 |
| | | Total Hours | 14.40 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 3.60 | 760.00 | 2,736.00 |
| James C. Tecce | JCT | Counsel | 10.80 | 605.00 | 6,534.00 |

## Expense Summary

| | |
|---|---|
| Westlaw | 288.06 |
| Total Expenses | $288.06 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Servicing Platform Issues

Matter #: 61106-S
Bill Date: October 17, 2007
Invoice # 1114253

Total Fees ................................................. $9,270.00
Expenses ..................................................... $288.06
Total Due this Invoice ................................. $9,558.06

## Account Summary

Balance Due from Previous Statement(s) ...................................... $5,129.50
Total Balance Due ............................................. $14,687.56

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112765 | 5,129.50 | 0.00 | 5,129.50 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

October 12, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-U
Invoice # : 1113713
Responsible Attorney: Susheel Kirpalani

## AHM-Travel Time

For Professional Services through September 30, 2007 in connection with serving as special investigative,
litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability
actions, and related bankruptcy litigation.

|  |  |
|---|---|
| Fees | $1,900.00 |
| Total Due This Invoice | $1,900.00 |
|  | (Only $950 requested) |

61106/2302050.1

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/17/07 | SK2 | Travel back to NY from CSFB trial (2.5). | 2.50 |
| | | Total Hours | 2.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 2.50 | 760.00 | 1,900.00 (Only $950 requested) |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM-Travel Time

Matter #: 61106-U

Bill Date: October 11, 2007

Invoice # 1113713

Total Fees ................................................... $1,900.00

Total Due this Invoice ................................................... $1,900.00

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID:  95-4004138

61106/2302050.1