## EXHIBIT B

### Summary by Expenses Incurred
### (September 1, 2007 through September 30, 2007)

| Date Incurred | Expense | Amount |
| --- | --- | --- |
| 9/4/07 | Document Reproduction | $109.50 |
| 9/4/07 | Document Reproduction | $21.30 |
| 9/5/07 | Document Reproduction | $8.70 |
| 9/5/07 | Document Reproduction | $8.70 |
| 9/5/07 | Document Reproduction | $.80 |
| 9/5/07 | Document Reproduction | $.70 |
| 9/5/07 | Document Reproduction | $1.00 |
| 9/5/07 | Document Reproduction | $.30 |
| 9/5/07 | Telecopier | $9.00 |
| 9/6/07 | Document reproduction | $.60 |
| 9/7/07 | Expert Retained For Purposes of Recharacterization Trials | $800.00 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.30 |
| 9/7/07 | Document Reproduction | $.30 |
| 9/7/07 | Document Reproduction | $.30 |
| 9/7/07 | Document Reproduction | $.30 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/7/07 | Document Reproduction | $.10 |
| 9/8/07 | Expert Retained For Purposes of Recharacterization Trials | $800.00 |
| 9/10/07 | Expert Retained For Purposes of Recharacterization Trials | $1,000.00 |
| 9/10/07 | Telecopier | $4.00 |
| 9/11/07 | Telecopier | $6.00 |
| 9/11/07 | Expert Retained For Purposes of Recharacterization Trials | $1,500.00 |
| 9/12/07 | Expert Retained For Purposes of Recharacterization Trials | $2,000.00 |
| 9/13/07 | Expert Retained For Purposes of Recharacterization Trials | $800.00 |
| 9/13/07 | Document Reproduction | $2.20 |
| 9/14/07 | Expert Retained For Purposes of Recharacterization Trials | $1,800.00 |
| 9/17/07 | Expert Retained For Purposes | $800.00 |

| Date | Description | Amount |
|---|---|---|
| | of Recharacterization Trials | |
| 9/17/07 | Telephone | $11.80 |
| 9/18/07 | Document Reproduction | $456.40 |
| 9/18/07 | Expert Retained For Purposes of Recharacterization Trials | $3,600.00 |
| 9/18/07 | Outside Photocopies | $57.05 |
| 9/18/07 | Outside Photocopies | $92.70 |
| 9/18/07 | Outside Photocopies | $16.90 |
| 9/18/07 | Outside Photocopies | $49.95 |
| 9/18/07 | Outside Photocopies | $46.35 |
| 9/18/07 | Outside Photocopies | $54.08 |
| 9/18/07 | Outside Photocopies | $18.75 |
| 9/19/07 | Expert Retained For Purposes of Recharacterization Trials | $4,100.00 |
| 9/19/07 | Document Reproduction | $.40 |
| 9/19/07 | Document Reproduction | $.30 |
| 9/19/07 | Word Processing | $90.00 |
| 9/20/07 | Expert Retained For Purposes of Recharacterization Trials | $1,800.00 |
| 9/21/07 | Expert Retained For Purposes of Recharacterization Trials | $3,300.00 |
| 9/21/07 | Document Reproduction | $.10 |
| 9/21/07 | Document Reproduction | $.30 |
| 9/21/07 | Document Reproduction | $.50 |
| 9/21/07 | Telecopier | $4.00 |
| 9/22/07 | Expert Retained For Purposes of Recharacterization Trials | $1,600.00 |
| 9/23/07 | Expert Retained For Purposes of Recharacterization Trials | $2,200.00 |
| 9/24/07 | Expert Retained For Purposes of Recharacterization Trials | $800.00 |
| 9/24/07 | Document Reproduction | $8.80 |
| 9/24/07 | Document Reproduction | $.10 |
| 9/24/07 | Document Reproduction | $14.70 |
| 9/24/07 | Document Reproduction | $9.70 |
| 9/24/07 | Document Reproduction | $7.50 |
| 9/24/07 | Telecopier | $4.00 |
| 9/24/07 | Word Processing | $15.00 |
| 9/24/07 | Word Processing | $6.00 |
| 9/24/07 | Word Processing | $12.00 |
| 9/24/07 | Word Processing | $24.00 |
| 9/25/07 | Document Reproduction | $1.50 |
| 9/25/07 | Document Reproduction | $164.70 |
| 9/25/07 | Document Reproduction | $1.10 |
| 9/25/07 | Document Reproduction | $3.50 |
| 9/25/07 | Document Reproduction | $13.10 |

| Date | Description | Amount |
|---|---|---|
| 9/25/07 | Document Reproduction | $14.30 |
| 9/25/07 | Document Reproduction | $.60 |
| 9/25/07 | Document Reproduction | $.60 |
| 9/25/07 | Word Processing | $30.00 |
| 9/25/07 | Outside Photocopies | $20.59 |
| 9/25/07 | Outside Photocopies | $28.35 |
| 9/25/07 | Outside Photocopies | $19.50 |
| 9/25/07 | Outside Photocopies | $30.90 |
| 9/25/07 | Outside Photocopies | $36.05 |
| 9/25/07 | Outside Photocopies | $18.75 |
| 9/26/07 | Document Reproduction | $8.30 |
| 9/26/07 | Document Reproduction | $161.10 |
| 9/26/07 | Outside Photocopies | $20.14 |
| 9/26/07 | Outside Photocopies | $21.60 |
| 9/26/07 | Outside Photocopies | $4.55 |
| 9/26/07 | Outside Photocopies | $12.49 |
| 9/26/07 | Outside Photocopies | $18.75 |
| 9/27/07 | Local Travel | $63.24 |
| 9/27/07 | Local Travel | $63.24 |
| 9/27/07 | Local Travel | $117.81 |
| 9/27/07 | Document Reproduction | $.60 |
| 9/27/07 | Document Reproduction | $13.80 |
| 9/27/07 | Document Reproduction | $333.80 |
| 9/27/07 | Telecopier | $3.00 |
| 9/27/07 | Outside Photocopies | $41.73 |
| 9/27/07 | Outside Photocopies | $40.50 |
| 9/27/07 | Outside Photocopies | $39.00 |
| 9/27/07 | Outside Photocopies | $37.46 |
| 9/27/07 | Outside Photocopies | $61.80 |
| 9/27/07 | Outside Photocopies | $18.75 |
| 9/28/07 | Document Reproduction | $.30 |
| 9/28/07 | Document Reproduction | $1,583.40 |
| 9/28/07 | Document Reproduction | $2,458.90 |
| 9/28/07 | Word Processing | $39.00 |
| 9/30/07 | Computer Database Research | $154.35 |
| 9/30/07 | Computer Database Research | $690.34 |
| 9/30/07 | Computer Database Research | $863.57 |
| 9/30/07 | Document Reproduction | $10.80 |
| 9/30/07 | Document Reproduction | $3.00 |
| 9/30/07 | Document Reproduction | $303.00 |
| 9/30/07 | Document Reproduction | $1.40 |
| 9/30/07 | Document Reproduction | $6.50 |
| 9/30/07 | Document Reproduction | $7.40 |
| 9/30/07 | Document Reproduction | $1,784.20 |
| 9/30/07 | Outside Photocopies | $37.88 |
| 9/30/07 | Outside Photocopies | $22.95 |

| Date | Description | Amount |
|---|---|---|
| 9/30/07 | Outside Photocopies | $19.50 |
| 9/30/07 | Outside Photocopies | $18.75 |
| 9/30/07 | Other Litigation Support Services | $211.00 |
| **TOTAL:** | | **$37,757.62** |