# EXHIBIT C

David Gray Carlson
Professor of Law
Cardozo School of Law
55 Fifth Avenue
New York, N.Y. 10003
Soc. Sec. No. 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

September 24, 2007

**In re American Home Mortgage Holdings, Inc.**

Services rendered between September 7, and September 24, 2007, for 67.25 hours at $400 per hour

---

**Total Due    $26,900**

## Time Spent

| Date | Time | Description |
|---|---|---|
| 9-7 | 2.0 | Read Morrison articles. |
| 9-8 | 2.0 | Read Morrison articles, sources. |
| 9-10 | 2.5 | Read Schroeder articles, BC provisions. |
| 9-11 | 3.75 | Read Credit Suisse complaint, repo facility |
| 9-12 | 5.0 | Convs with James Tecce, read Calyon facility; answers to complaints |
| 9-13 | 2.0 | Calyon facility; conf with J Tecce |
| 9-14 | 4.5 | Calyon facility |
| 9/17 | 2.0 | Calyon facility |
| 9/18 | 9.0 | Legal research; read BMA form; conf with James Tecce, Dan Brocket, Richard Schirtzer; draft of affidavit |
| 9/19 | 10.25 | Legal research; draft of affidavit |
| 9/20 | 4.5 | research, aff |
| 9/21 | 8.25 | research, aff; transmitted draft |
| 9/22 | 4.0 | research; read TRO trial transcript |
| 9/23 | 5.5 | Conf with James Tecce, Richard Schirtzer; revised aff; research |
| 9/24 | 2.0 | Meeting wtih James Tecce to finalize report. |

66.25 hours