IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1]        :  Jointly Administered
                                                                :
       Debtors.                                                 :  **Ref. Docket No. 1955**
---------------------------------------------------------------- x
                                                                   Hearing Date: November 28, 2007 at 10:00 p.m. (ET)

# DEBTORS' LIMITED RESPONSE TO MOTION OF CIFG ASSURANCE NORTH AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT TERMINATION OF THE RIGHTS AND RESPONSIBILITIES OF DEBTOR AS SERVICER UNDER THE HELOC SERVICING AGREEMENT FOR SERIES 2006-2

The above-captioned debtors and debtors-in-possession (collectively, "<u>AHM</u>" or the "<u>Debtors</u>") hereby file this limited response (the "<u>Response</u>") to Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer Under HELOC Servicing Agreement for Series 2006-2 [Docket No. 1955] (the "<u>Motion</u>")[2] and respectfully state as follows.

1. On November 9, 2007, CIFG Assurance North America, Inc. ("<u>CIFG</u>") filed the Motion seeking an order from this Court: (i) modifying the automatic stay to permit CIFG and the parties to the HELOC Servicing Agreement to take any and all actions necessary

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("<u>AHM Servicing</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

to terminate AHM Acceptance as servicer of the HELOC Mortgage Loans; (ii) directing AHM Acceptance and the Debtors to (a) transfer to GMAC or the successor servicer all documents, files, and records related to the HELOC Mortgage Loans, (b) cooperate in connection with transitioning the servicing function to GMAC or the successor servicer, (c) provide an accounting of all amounts collected, (d) pay all costs and expenses related to the transition of the servicing to GMAC or the successor servicer, and (e) otherwise comply with the HELOC Servicing Agreement in transitioning the servicing of the HELOC Mortgage Loans; and (iii) granting such other and further relief as the Court deems equitable , just and proper.  Motion at 15.

        2. The Debtors have no objection to an orderly and prompt transition of their rights and obligations under the HELOC Servicing Agreement to the HELOC Back-Up Servicer provided such transfer is effective promptly and consistent with the HELOC Servicing Agreement.  To this end, the Debtors have shared revised language with respect to the form of order on the Motion with CIFG and reserve the right to continue to work with CIFG and, to the extent necessary GMAC, to terminate the servicing rights and obligations and transition the servicing rights to GMAC as soon as possible.  Further, the Debtors file this Response to reserve their rights with respect to the factual allegations raised in the Motion.[3]

        3. The Debtors fully reserve the right to supplement this Response.

---

[3] The Debtors and their estates fully reserve the right to dispute any and all of the factual allegations in the Motion in the context of any claims resolution process or for any other reason.

WHEREFORE, the Debtors respectfully request that the Court deny the Motion except to the extent set forth above and grant the Debtors such other and further relief as is just and proper.

Dated: Wilmington, Delaware
November 23, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ M. Blake Cleary
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession