UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation *et al.*,[1] |  |
|  | Case Number 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

Hearing Date: November 28, 2007 at 10:00 A.M.

## OBJECTION OF THE UNITED STATES TRUSTEE TO THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING AND APPROVING PROCEDURES FOR THE SALE OF LOANS OWNED BY CERTAIN NON-DEBTOR SUBSIDIARIES (DOCKET ENTRY # 1919)

In support of her objection to the motion of the Debtors for an order authorizing and approving procedures for the sale of loans owned by certain non-debtor subsidiaries (the "Motion"), Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, avers:

1. Under 28 U.S.C. § 586, the U.S. Trustee has an overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.), 33 F.3d 294, 295-96 (3d Cir. 1994) (noting

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

that UST has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.), 898 F.2d 498, 500 (6th Cir. 1990) (describing the UST as a "watchdog").

2.  Property of the Debtors' estates is not being sold pursuant to the Motion. See 11 U.S.C. § 363(b)(1). In paragraph 14 of the Motion, the Debtors state:

> The Non-Debtor Loans do not constitute property of the Debtors' estates within the meaning of section 541(a) of the Bankruptcy Code since the ownership of the Non-Debtor Loans is vested in Non-Debtor Subsidiaries. However, because the Debtors are either the direct or ultimate parent companies of the Non-Debtor Subsidiaries, certain buyers may be concerned that Court approval is necessary to consummate the sale of any Non-Debtor Loans. The proposed Sale Notice Procedures (as defined and described below) will provide certainty to the sale process of the Non-Debtor Loans.

Given that property of the Debtors' estates is not being sold, this Court should deny the Debtors' request to enforce the proposed Sale Notice Procedures and/or sales under such Procedures. See 28 U.S.C. § 157(b); In re Murchinson, 54 B.R. 721, 725 (Bankr. N.D. Tex. 1985) (proceeding to dispose of property which is not an estate asset is not a core matter; bankruptcy court lacked jurisdiction to authorize sale of property pursuant to 11 U.S.C. § 363(b)(1)); see also In re Insilco Techs., Inc., 351 B.R. 315, 321-22 (Bankr. D. Del. 2006) (sole shareholder of subsidiary does not have direct interest in assets and liabilities of subsidiary).

**[Continued on next page – space intentionally left blank]**

WHEREFORE the U.S. Trustee requests that this Court issue an order denying the Motion.

      Respectfully submitted,

      **KELLY BEAUDIN STAPLETON**
      **UNITED STATES TRUSTEE**


    **BY:**  /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr., Esquire (# 4819)
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207, Lockbox 35
        Wilmington, DE  19801
        (302) 573-6491
        (302) 573-6497 (Fax)

Date:  November 23, 2007