IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
    Debtors.                                                           :
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 1724

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Application for Order (I) Approving Retention and Employment of Weltman, Weinberg & Reis Co., LPA as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) (the "Application"). The Court's docket which was last updated November 26, 2007, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than November 21, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
November 26, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Patton, Jr.*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession