IN THE UNITED STATES BANKRUPTCY COURT
District of Delaware

CASE NO. 07-11050-CSS
CHAPTER 11

IN RE:
American Home Mortgage Servicing, Inc.

Debtor
_____/

## REQUEST FOR NOTICE

**COMES NOW, Plymouth Park Tax Services LLC, a creditor in this Bankruptcy case, and files this Request for Notice. Plymouth Park Tax Services LLC, requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Plymouth Park Tax Services LLC, C/O Plymouth Park Tax Services LLC, 35 Airport Road, Suite 150, Morristown, NJ 07960.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Notice has been furnished electronically or by U.S. Mail on November 19, 2007 to The United States Bankruptcy Court, District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; the Chapter 11 Trustee, 0; and the debtor's attorney, Pauline K. Morgan; Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899-0391.

By: _____
Douglas Badaszewski -
Plymouth Park Tax Services LLC