IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 955 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on September 26, 2007, Vantage Pointe Capital, LLC filed the Motion for Order Under Rule 2004 of the Federal Rules of Bankruptcy and Rule 2004 of the Local Bankruptcy Rules for the District of Delaware, Directing Examination of, and Production of Documents by, the Debtors (the "Motion") [Docket No. 955].

PLEASE TAKE FURTHER NOTICE that Vantage Pointe Capital, LLC, hereby withdraws the Motion without prejudice.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/Bradford J. Sandler
Bradford J. Sandler, Esquire (No. 4142)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
bsandler@bfca.com

Counsel to Vantage Pointe Capital, LLC

Dated: November 26, 2007