## CERTIFICATE OF SERVICE

I certify that on November 16, 2007, a copy of the foregoing Request for Copies of All Notices was sent by First Class Mail, postage prepaid, to each of the following persons.

Clerk of the U.S. Bankruptcy Court
District of Delaware
824 Market Street
5th Floor
Wilmington, DE  19801

James. L. Patton., Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
P.O. Box 391
Wilmington, DE  19899-0391

_____