**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE: §
§
§   CASE NO.  07-11047-CSS
§   CHAPTER   11
§
§   JUDGE  CHRISTOPHER S. SONTCHI

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**EMC Mortgage Corporation**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

<u>MAIL TO :</u>
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.


<u>/s/ Hilary B. Bonial    /s/ Tyler B. Jones</u>
Hilary B. Bonial
Tyler B. Jones
F# 7665-N-4039
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for EMC Mortgage Corporation

**CERTIFICATE OF SERVICE**

I, Hilary B. Bonial / Tyler B. Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 28, 2007:

**Attorney**
Edward J. Kosmowski
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899


538 Broadhollow Road
Melville, New York 11747

**U. S. Trustee**
U.S. Trustee
844 King Street, Room 2207
Wilmington, Delaware 19801


/s/ Hilary B. Bonial   /s/ Tyler B. Jones
Hilary B. Bonial
Tyler B. Jones


7665-N-4039
noaelect