## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:            :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,           :

                               :    Jointly Administered

     Debtors.             :

                               :    Docket No. 2027

------------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF DOCKET NO. 2027

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the objection of

Robin Guertin and Timothy Guertin to Debtors' Motion to Extend the Period Within Which the

Debtors May Remove Actions Pursuant to 28 U.S.C. 1452 and Federal Rules of Bankruptcy

Procedure 9006 and 9027 [Docket No. 2027].

Dated: November 19, 2007

Respectfully submitted,

Jeffrey M. Tzerman
Attorney for Claimants
Post Office Box 1317
304 Hampton Park
Camden, South Carolina 29020
Telephone: (803) 432-8459