IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :    Jointly Administered
                    Debtors.                                     :
                                                                 :    **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x    Objection Deadline: December 17, 2007 at
                                                                                                    4:00 p.m.

### NOTICE OF FILING OF THE SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL OMAR ROCWA

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached ordinary course professional retention affidavit (the "Retention Affidavit") of Omar Rocwa of Urban Echo Realty, LLC (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Retention Affidavit, if any, must be filed in accordance with the OCP Order on or before December 17, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Retention Affidavit must also be served upon the following entities on or before the Objection Deadline: (i) the Office of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

      PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

      PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the OCP Order.**

Dated: November 26, 2007
       Wilmington, Delaware

              YOUNG CONAWAY STARGATT & TAYLOR, LLP

              /s/ Margaret B. Whiteman
              James L. Patton, Jr. (No. 2202)
              Joel A. Waite (No. 2925)
              Pauline K. Morgan (No. 3650)
              Sean M. Beach (No. 4070)
              Matthew B. Lunn (No. 4119)
              Margaret B. Whiteman (No. 4652)
              The Brandywine Building
              1000 West Street, 17th Floor
              Wilmington, Delaware 19801
              Telephone: (302) 571-6600
              Facsimile: (302) 571-1253

              Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
In re:                                   :   Chapter 11
                                         :
AMERICAN HOME MORTGAGE                   :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                         :   Jointly Administered
        Debtors.                         :
                                         :   Doc. Ref. Nos: 192 & 643
---------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [ COLORADO ]    )
                         )  ss:
COUNTY OF [ DENVER ]     )

OMAR ROCWA _____ [INSERT FIRST AND LAST NAME OF THE AFFIANT], being duly sworn, deposes and says:

1. I am a REAL ESTATE BROKER _____ [INSERT POSITION, e.g., REALTOR] of URBAN ECHO REALTY, LLC _____ [INSERT FIRM OR COMPANY NAME] (the "Firm"), which maintains offices at the following address: 2809 SYRACUSE CT.; SUITE 131

DENVER, CO 80238 _____ [INSERT ADDRESS].

2. This Supplemental Affidavit of Ordinary Course Professional (the "Supplemental Affidavit") is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6295236.1                                                  066585.1001

to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. I may have previously filed an Affidavit of Ordinary Course Professional (the "Affidavit") in connection with the above-captioned chapter 11 cases. In that Affidavit, I may have represented that the Debtors currently owe the Firm fees for services performed before the Debtors filed their August 6, 2007 petition for bankruptcy under chapter 11 of the U.S. Bankruptcy Code. 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). I also may have stated that if the Firm's employment was authorized pursuant to the Ordinary Course Professional order, the Firm **WOULD NOT** waive its pre-petition claim against the Debtors.

4. In contravention to any Affidavit which I may have executed, whether filed or not filed with the bankruptcy court, and notwithstanding any previous statements or representations, if the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm **WILL** waive its pre-petition claim against the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-26, 2007

_____
Affiant

Sworn to and subscribed before me
this 26TH day of OCT, 2007

_____
Notary Public

| M J SCHOEN |
| Notary Public |
| State of Colorado |

STATE OF COLORADO
COUNTY OF DENVER

MY COMMISSION EXPIRES 06/21/2011

The foregoing instrument was acknowledged before me this 26th day of October, 2007, by Omar Rocwa. Personally known to this Notary Public.