IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
In re:                                             :    Chapter 11
                                                   :
AMERICAN HOME MORTGAGE                             :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                    :
a Delaware corporation, et al., ¹                  :    Jointly Administered
                                                   :
        Debtors.                                   :    Ref. Docket No. 2067
-------------------------------------------------- x
```

### APPELLEES' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL (NOTICE OF APPEAL FILED NOVEMBER 16, 2007)

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (the "Debtors"), as appellees, hereby submit this designation of additional items to be included in the record on appeal with respect to the Notice of Appeal [see Docket No. 1799] from the Order of the Honorable Christopher S. Sontchi, entered on October 30, 2007 [see Docket No.1711], filed by DB Structured Products, Inc. in the above-captioned chapter 11 cases.

| DATE | DOCKET NO.² | DOCUMENT |
|------|-------------|----------|
| 8/17/2007 | 229 | Motion of DB Structured Products, Inc. for Relief From Stay |
| 9/4/2007 | 611 | Order Granting Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing Compromise and Settlement Agreement With Fannie Mae |

---

¹ The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

² The designation of a docket item is intended to include all exhibits and/or attachments thereto.

| | | |
|---|---|---|
| 9/11/2007 | 702 | Objection to Motion of DB Structured Products, Inc. for Relief from Stay |
| 9/20/2007 | 835 | Order Denying Motion of DB Structured Products, Inc. for Relief From Stay |
| 9/24/2007 | 908 | Transcript of Hearing held on September 17, 2007 before the Honorable Christopher S. Sontchi |

Dated: Wilmington, Delaware      YOUNG CONAWAY STARGATT & TAYLOR, LLP
       November 26, 2007

                                    /s/ Sean T. Greecher
                          James L. Patton, Jr. (No. 2202)
                          Pauline K. Morgan (No. 3650)
                          Sean T. Greecher (No. 4484)
                          Patrick A. Jackson (No. 4976)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          P.O. Box 391
                          Wilmington, Delaware 19899-0391
                          Telephone:  (302) 571-6600
                          Facsimile:  (302) 571-1253

                          Counsel to the Debtors and Debtors in Possession

2