MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820

Attorneys for SECURED CREDITOR
COUNTY OF PLACER AND MONTEREY, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Case Number: 07-11047 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | Chapter 11 |
| | REQUEST FOR SPECIAL NOTICE BY COUNTY OF PLACER AND MONTEREY CALIFORNIA |
| Debtors. | [NO HEARING REQUIRED] |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of PLACER and MONTEREY, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following addresses:

1

```
                        Martha E. Romero
                        ROMERO LAW FIRM
                        BMR Professional Building
                        Whittier, California 90601
                        (562) 907-6800
                        (562) 907-6820 (fax)
                        romero@mromerolawfirm.com (e-mail)


Dated: November 26, 2007       ROMERO LAW FIRM


                               By. /s/ Martha E. Romero
                               MARTHA E. ROMERO
                               Attorney for Secured Creditor
                               County of Placer and Monterey,
                               California
```

2