1 | MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
2 | BMR Professional Building
6516 Bright Avenue
3 | Whittier, California 90601
Phone (562) 907-6800
4 | Facsimile (562)907-6820

5 | Attorneys for SECURED CREDITORS
COUNTY OF PLACER AND MONTERY, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case No. 07-11047 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al.</u>, | ) Chapter 11 |
| | ) |
| | ) CERTIFICATE OF SERVICE TO |
| | ) REQUEST FOR SPECIAL NOTICE |
| Debtors. | ) FILED BY COUNTY OF PLACER |
| | ) AND MONTEREY, CALIFORNIA |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 26th day of November 2007.

                              Respectfully submitted,

                              ROMERO LAW FIRM

                              By. /s/ Martha E. Romero
                                MARTHA E. ROMERO
                               Attorneys for SECURED CREDITOR
                               COUNTY OF PLACER AND MONTEREY
                               CALIFORNIA

1

**SERVICE LIST**

Madeline C. Wanslee
201 E. Washington St., Suite 800
Phoenix, AZ 85004-2327

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market St., Suite 600
Wilmington, DE 19801

Thomas H. Grace
LOCKE LIDDELL & SAPP
3400 JPMorgan Chase Tower
6000 Travis St., Suite 3400
Houston, TX 77002

Michael G. Wilson
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd St.
Richmond, VA 23219

Peter S. Partee
Hunton & Williams LLP
200 Park Ave., 53rd Floor
New York, New York 10166

Richard S. Miller
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Ave.
New York, NY 10022

Mark D. Collins
Richards, Layton & Finger, PA
One Rodney Square
920 North King St.
Wilmington, DE 19801

Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa st., 30th Floor
Los Angeles, CA 90017

Dennis J. Drebsky
NIXON PEABODY, LLP
437 Madison Ave.
New York, NY 10022

John Rosenthal
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

1 | Hilary B. Bonial
  | 9441 LBJ Freeway, Suite 350
2 | Dallas, TX 75243

3 | Michael G. Wilson
  | Riverfront Plaza, East Tower
4 | 951 East Byrd St.
  | Richmond, VA 23219

5 |

  | Kimberly E.C. Lawson
6 | 1201 Market St., Suite 1500
  | Wilmington, DE 19801

7 |

  | American Home Mortgage Holdings, Inc.
8 | 538 Broadhollow Road
  | Melville, NY 11747

9 |

  | Edward J. Kosmowski
10 | Young, Conaway, Stargatt & Taylor
   | 1000 West Street, 17th Floor
11 | PO Box 391
   | Wilmington, DE 19899

12 |

   | Joseph M. McMahon, Esq.
13 | Office of the United States Trustee
   | J. Caleb Boggs Federal Building
14 | 844 King Street, Suite 2207 - Lockbox #35
   | Wilmington, DE 19801

15 |

   | Bonnie Glantz Fatell
16 | Blank Rome LLP
   | 1201 Market Street, Suite 800
17 | Wilmington, DE 19801

18 | David W. Carickhoff, Jr
   | Blank Rome LLP
19 | Chase Manhattan Centre
   | 1201 Market Street, Suite 800
20 | Wilmington, DE 19801

21 | Susheel Kirpalani
   | James C. Tecce, Esq.
22 | Joseph G. Minias, Esq.
   | Quinn Emanuel Urquhart Oliver & Hedges, LLP
23 | 51 Madison Avenue
   | New York, NY 10010

24 |

   | Nathan Haynes Esq.
25 | Gregory M. Petrick Esq.
   | Cadwalader, Wickersham & Taft LLP
26 | One World Financial Center
   | New York, New York 10281

27 |

28 |

Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

American Home Mortgage Claims Processing
P.O. Box 5076
FDR Station
New York, NY 10150-5076

Carol E. Momjian
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Dr. , #400
Littleton, CO 80124