IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x  Chapter 11
In re:                                                       :
                                                             :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :  Jointly Administered
                                                             :
              Debtors.                                       :  Ref. Docket No. 1905
------------------------------------------------------------ x

### ORDER EXTENDING THE DEADLINE PURSUANT TO SECTION 365(d)(4) TO ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to section 365(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, extending for 90 days the initial 120-day deadline to assume or reject unexpired leases of nonresidential real property set forth in 11 U.S.C. § 365(d)(4)(A), and the Court having entered an Order extending the deadline to assume or reject certain nonresidential real property leases related to the Servicing Business and identified as Purchased Assets in the APA through and including March 3, 2008 [Docket No. 1552]; this Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

(iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further:

ORDERED, that the Debtors' time to elect to assume or reject the Real Property Leases is hereby extended, pursuant to 365(d)(4) of the Bankruptcy Code, for 90 days through and including March 3, 2008; and it is further

ORDERED, that the entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the time to assume or reject the Real Property Leases as provided in section 365(d)(4) of the Bankruptcy Code; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
November 26, 2007

Christopher S. Sontchi
United States Bankruptcy Judge