# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** November 26, 2007 @ 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Carlos Rodriguez (telephonic) | Quinn Emanuel | AHM Corp. |
| Thomas A. Rice (telephonic) | Hunton & Williams | Calyon New York |
| Samantha Grumman (telephonic) | | |
| James L. Pate | Hunton & Williams | Calyon NY |
| Shawn Krassman | " | " |
| Ben Ackerly | Hunton & Williams | Calyon New York Branch |
| Jason Harbour | " | " |
| Mike Busenkell | Eckert Seamans | " |
| Laurie Silver Silverstein | Potter Anderson Corroon | Bank of America, N.A. |
| Bonnie Fatell | Blank Rome LLP | Creditors Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**