**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

----------------------------------------------------------------X
:
In re:                                                          : Chapter 11
                                                                :
**American Home Mortgage Holdings, Inc.,**                      : Case No. 07-11047 (CSS)
**A Delaware Corporation, et al.,**                             :
                                                                :
                              **Debtors.**                      :
----------------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

David L. Finger, a member of the bar of this Court, pursuant to Local Rules 83.5 and 9010-1(b) and the attached certification, moves the admission *pro hac vice* of Steven S. Landis of the law firm Steven S. Landis, P.C. to represent Karen C. Gowins. in this action.  Mr. Landis is admitted, practicing, and in good standing in the jurisdictions indicated on the attached certification.

Respectfully submitted,

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Dated: November 27, 2007

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admissions *pro hac vice* is **GRANTED.**

_____
J.

Dated: _____, 2007

**CERTIFICATE OF SERVICE**

    I, David L. Finger, hereby certify that the foregoing has been served electronically upon all counsel receiving notice via CM/ECF on this 27th day of November, 2007.

    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766