IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 28, 2007 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Motion of Debtors in Possession for Order, Under 11 U.S.C. §§ 323, 1106, and 1107 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by, Certain Loan and Purported Repurchase Counterparties [D.I. 370, 8/24/07]

    Objection Deadline: September 10, 2007 at 4:00 p.m., extended to October 29, 2007 at 3:00 p.m.

    Objections Filed: None

    Status: This matter will be adjourned by agreement of the parties to December 12, 2007 at 10:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2. Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the Construction Loans to; and (V) Granting Related Relief [D.I. 900, 9/21/07]

   Objection Deadline:    September 28, 2007 at 4:00 p.m.

   Related Documents:

   a) Notice of Filing of Proposed Forms of Purchase Agreements [D.I. 1010, 9/28/07]

   b) Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Debtors' Assets Related to the Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [D.I. 1175, 10/4/07]

   c) Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, if any [D.I. 1410, 10/9/07]

   Objections Filed:

   d) Objections to the Sale of Assets filed by Karen Gowins [D.I. 1649, 10/24/07]

   Status: This matter will be adjourned to a date and time to be determined.

3. Emergency Motion of Natixis Real Estate Capital Inc. f/k/a IKIS Real Estate Capital Inc. [D.I. 1701, 10/29/07]

   Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors to December 5, 2007 at 4:00 p.m.

   Objections Filed:    None at this time

   Status: This matter will be adjourned by agreement of the parties to December 12, 2007 at 10:00 a.m.

4. Motion of 1140 Galaxy Way, Inc., for Order Compelling Debtor-in-Possession to Assume or Reject Unexpired Lease of Non-Residential Real Property [D.I. 1729, 10/31/07]

   Objection Deadline: September 20, 2007 at 4:00 p.m

   Objections Filed: None

   Related Document:

   a) Notice of Withdrawal [D.I. 1883, 11/8/07]

   Status: This matter has been withdrawn.

5. Debtors' Motion to Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 1763, 11/1/07]

   Objection Deadline: November 20, 2007 at 4:00 p.m.

   Objections Filed:

   a) Objection by Robin Guertin and Timothy Guertin [D.I. 2027, 11/15/07]

   Status: The objectors have withdrawn their objection and the Debtors intend to file a certificate of no objection.

6. Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

   Objection Deadline: November 20, 2007 at 4:00 p.m., extended to December 5, 2007 for the Debtors

   Objections Filed: None

   Status: This matter will be adjourned by agreement of the parties to December 12, 2007 at 10:00 a.m.

7.    Motion of Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4940 W. Wabansia Ave., Chicago, IL 60639 [D.I. 1859 and 1860]

Objection Deadline:   November 19, 2007 at 4:00 p.m.

Objections Filed:

    a)    Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

Related Document:

    b)    Notice of Withdrawal [D.I. 2083, 11/19/07]

Status: This matter has been withdrawn.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

8.    Motion of Mortgage Electronic Registration Systems, Inc. as Nominee for Greenpoint Mortgage Funding, Inc. for Relief from The Automatic Stay [D.I. 1660, 10/25/07]

Objection Deadline:   November 20, 2007 at 4:00 p.m.

Objections Filed:   None

Related Documents:

    a)    Certification of Counsel [D.I. 2081, 11/19/07]

    **b)**    **Order Granting Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 849 Wellington Street, Baltimore, MD 21211 [D.I. 2170, 11/27/07]**

Status: **An Order has been entered granting the relief requested.** No hearing is required.

9.  Application for Order (I) Approving Retention and Employment of Weltman, Weinberg & Reis Co., LPA as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 1724, 10/30/07]

    Objection Deadline:   November 21, 2007 at 4:00 p.m.

    Objections Filed:   None

    Related Documents:

    a)   Certificate of No Objection [D.I. 2147, 11/26/07]

    b)   **Order (I) Approving the Retention and Employment of Weltman, Weinberg & Reis, LLP as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 2170, 11/27/07]**

    Status: **An Order has been entered granting the relief requested.** No hearing is required.

10. Application for Order (I) Approving the Retention and Employment of the Law Offices of Daniel C. Consuegra as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 1774, 11/2/07]

    Objection Deadline:   November 20, 2007 at 4:00 p.m.

    Objections Filed:   None

    Related Documents:

    a)   Certificate of No Objection [D.I. 2148, 11/26/07]

    b)   **Order (I) Approving the Retention and Employment of the Law Offices of Daniel C. Consuegra as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III0 Granting a Partial Waiver of Local Rule 2016-2(d) [D.I. 2169, 11/27/07]**

    Status: **An Order has been entered granting the relief requested.** No hearing is required.

11. Debtors' Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 1905, 11/8/07]

    Objection Deadline:    November 21, 2007 at 4:00 p.m.

    Objections Filed:    None

    Related Documents:

    a) Certificate of No Objection [D.I. 2149, 11/26/07]

    b) **Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property [D.I. 2168, 11/27/07]**

    Status: **An Order has been entered granting the relief requested.** No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

12. Motion for Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Limited Recourse Postpetition Financing and Grant of Certain Liens and Security Interest Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364(c); (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c); and (III) Granting Related Relief [D.I. 1967, 11/12/07]

    Objection Deadline:    November 21, 2007 at 4:00 p.m.

    Related Document:

    a) Interim Order Pursuant to Section 105(a), 362, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (A) Approving Limited Recourse Debtor-in-Possession Financing, (B) Granting Liens, (C) Scheduling a Final Hearing and (D) Granting Related Relief [D.I. 1999, 11/14/07]

    b) Notice of Entry of Interim Order Pursuant to Section 105(a), 362, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (A) Approving Limited Recourse Debtor-in-Possession Financing, (B) Granting Liens, (C) Scheduling a Final Hearing and (D) Granting Related Relief [D.I. 2078, 11/19/07]

    Status: This matter will be going forward as a final hearing.

**CONTESTED MATTERS GOING FORWARD**

13. Application for Authorizing to Retain Hahn & Hessen LLP as Co-Counsel for the Official Committee of Unsecured Creditors [D.I. 758, 9/14/07]

    Objection Deadline: October 10, 2007 at 4:00 p.m.

    Objections Filed:    None

    Status: The parties are working to resolve this matter. If resolved, this will be going forward.

14. Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc. et al. for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 9014 Nunc Pro Tunc as of August 14, 2007 [D.I. 759, 9/14/07]

    Objection Deadline: October 10, 2007 at 4:00 p.m.

    Objections Filed:    None

    Status: The parties are working to resolve this matter. If resolved, this will be going forward.

15. Application for Authorization to Retain BDO Seidman LLP as Financial Advisors for the Official Committee of Unsecured Creditors [D.I. 966, 9/27/07]

    Objection Deadline: October 10, 2007 at 4:00 p.m.

    Objections Filed:    None

    Status: The parties are working to resolve this matter. If resolved, this will be going forward.

16. Motion of Wells Fargo Bank, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3502 Taggett Lake Court, Highland, MI 48357 [D.I. 1856 and 1858, 11/7/07]

    Objection Deadline: November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

7

17. Motion of Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5 N 699 E Ridgewood Drive, Saint Charles, IL 60175 [D.I. 1862 and 1863, 11/7/07]

    Objection Deadline:    November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a)  Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

18. Motion of Wells Fargo Bank, N.A. as Trustee c/o Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6264 Golden Trails Avenue, Rancho Cucamonga, CA 91739 [D.I. 1864 and 1865, 11/7/07]

    Objection Deadline:    November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a)  Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

19. Motion of Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 633 Meadowbrook Road, Uniondale, NY 11553 [D.I. 1866 and 1867, 11/7/07]

    Objection Deadline:    November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a)  Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

20. Motion of Mortgage Electronic Registration Systems c/o Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 211 Cotton Ridge Lane A-D, Spartanburg, SC 29302 [D.I. 1868 and 1869, 11/7/07]

    Objection Deadline:   November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a)   Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

21. Motion of Mortgage Electronic Registration Systems c/o Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4 W. Oak Ave., La Grange Park, IL 60526 [D.I. 1870 and 1879, 11/7/07]

    Objection Deadline:   November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a)   Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

22. Motion of Lexington State Bank for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8560 Queensway Blvd., #1503, Myrtle Beach, SC 29752 [D.I. 1872 and 1878, 11/7/07]

    Objection Deadline:   November 19, 2007 at 4:00 p.m.

    Objections Filed:

    a)   Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

    Status: This matter will be going forward.

23. Motion of Mortgage Electronic Registration Systems c/o Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 124 Lorraine Road, Wheaton, IL 60187 [D.I. 1880 and 1882, 11/7/07]

   Objection Deadline:   November 19, 2007 at 4:00 p.m.

   Objections Filed:

   a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

   Status: This matter will be going forward.

24. Debtors' Motion for Order Authorizing Payment of Incentive Pay to Senior Management Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [D.I. 1885, 11/8/07]

   Objection Deadline:   November 21, 2007 at 4:00 p.m., extended to November 23, 2007 at 7:00 p.m. for the U.S. Trustee

   Objections Filed:

   a) Objection by Karen C. Gowins to Executive Incentive Plan [D.I. 2137, 11/21/07]

   Status: The Debtors have resolved an informal objection from the United States Trustee by agreeing to certain modifications to the proposed order. This matter will be going forward.

25. Debtors' Motion Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018 for Authorization to File Portions of Exhibit to Debtors' Motion for Order Authorizing Payment of Incentive Pay to Senior Management Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code [D.I. 1886, 11/8/07]

   Objection Deadline:   November 21, 2007 at 4:00 p.m.

   Objections Filed:

   a) Objection by Karen C. Gowins to Executive Incentive Plan [D.I. 2137, 11/21/07]

   Status: The Debtors have resolved an informal objection from the United States Trustee by agreeing to certain modifications to the proposed order. This matter will be going forward.

DB02:6363782.2                                                                                              066585.1001

26. Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 9019 and Section 105 of the Bankruptcy Code, Authorizing the Debtors to Adopt and Implement Omnibus Settlement Procedures for Notice and Settlement of Certain Causes of Action Filed by the Debtors [D.I. 1916, 11/8/07]

    Objection Deadline:  November 20, 2007 at 4:00 p.m., extended to November 23, 2007 for the U.S. Trustee

    Objections Filed:

    a) Response of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 9019 and Section 105 of the Bankruptcy Code, Authorizing the Debtors to Adopt and Implement Omnibus Settlement Procedures for Notice and Settlement of Certain Causes of Action Filed by the Debtors [D.I. 2145, 11/23/07]

    **Related Document:**

    b) **Certification of Counsel Regarding Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 9019 and Section 105 of the Bankruptcy Code, Authorizing the Debtors to Adopt and Implement Omnibus Settlement Procedures for Notice and Settlement of Certain Causes of Action Filed by the Debtors [D.I. 2179, 11/27/07]**

    Status: **A Certification of Counsel has been filed resolving this matter. No hearing is required.**

27. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 554 and Bankruptcy Rule 6004 Approving Certain Procedures Governing the Sale, Donation or Abandonment of Miscellaneous Assets [D.I. 1917, 11/8/07]

    Objection Deadline:  November 20, 2007 at 4:00 p.m., extended to November 23, 2007 for the U.S. Trustee

    Objections Filed:

    a) Limited Objection by the United States Trustee to the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 554 and Bankruptcy Rule 6004 Approving Certain Procedures Governing the Sale, Donation or Abandonment of Miscellaneous Assets [D.I. 2146, 11/23/07]

    Status: This matter will be going forward.

28. Motion of the Debtors for an Order Authorizing and Approving Procedures for the Sale of Loans Owned by Certain Non-Debtor Subsidiaries [D.I. 1919, 11/8/07]

    Objection Deadline: November 20, 2007 at 4:00 p.m., extended to November 23, 2007 for the U.S. Trustee

    Objections Filed:

    a) Objection by the United States Trustee to the Motion of the Debtors for an Order Authorizing and Approving Procedures for the Sale of Loans Owned by Certain Non-Debtor Subsidiaries [D.I. 2144, 11/23/07]

    Status: This matter will be going forward.

29. Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer Under the HELOC Servicing Agreement for Series 2006-2 [D.I. 1955, 11/9/07]

    Objection Deadline: November 21, 2007 at 4:00 p.m., extended for the Debtors to November 23, 2007

    Objections Filed:

    a) Debtors' Limited Response to the Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer Under the HELOC Servicing Agreement for Series 2006-2 [D.I. 2143, 11/23/07]

    Status: **This matter will be adjourned by agreement of the parties to December 12, 2007 at 10:00 a.m.**

30. Pretrial Conference- American Home Mortgage Investment Corp. v. Lehman Brothers Inc. and Lehman Commercial Paper Inc., Adv. No. 07-51739

    Deadline to Answer Complaint: November 26, 2007 at 4:00 p.m.

    Related Documents:

    a) Complaint [D.I. 1, 10/24/07]

    b) Summons [D.I. 2, 10/24/07]

    c) **Lehman Brothers Inc. and Lehman Commercial Paper Inc.'s Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 5, 11/26/07]**

    d)    Lehman Brothers Inc. and Lehman Commercial Paper Inc.'s Opening Brief in Support of Their Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 6, 11/26/07]

    e)    Affidavit of Robert J. Rosenberg in Support of Lehman Brothers Inc. and Lehman Commercial Paper Inc.'s Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 7, 11/26/07]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
November 27, 2007

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Counsel for Debtors and Debtors in Possession