UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware Corporation, et al.,                     :
                                                    :    Jointly Administered
        Debtors.                                    :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010, the undersigned hereby appears as counsel in the representation of Law Debenture Trust Company of New York, as successor Indenture Trustee, a creditor and party in interest in the within case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> LAW DEBENTURE TRUST COMPANY OF NEW YORK
> 400 Madison Avenue, 4th Floor,
> New York, New York  10017
> Attn: James D. Heaney, Vice President

and to

> PRYOR CASHMAN LLP
> 410 Park Avenue
> New York, New York  10022-4441
> Attn:  Tina N. Moss, Esq.

Dated: New York, New York
       November 27, 2007

                                        PRYOR CASHMAN LLP

                                        By: _____
                                        Tina N. Moss
                                        410 Park Avenue
                                        New York, New York  10022
                                        Tel.:  (212) 326-0421
                                        Fax:  (212) 798-6355

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware Corporation, et al.,                                :
                                                               :    Jointly Administered
        Debtors.                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

David L. Stevens, being duly sworn, deposes and says:

1.      I reside in Bronxville, New York, am over 18 years of age and am not a party to this action.

2.      On November 27, 2007, I caused to be served true copies of the annexed Notice of Appearance and Request for Notices upon the parties listed on the attached service list by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

_____
David L. Stevens

Sworn to before me this
27th day of November, 2007

_____
Notary Public

GERALD A. GORDON
Notary Public, State of New York
No. 02GO6174180
Commission Expires September 10, 2011

## SERVICE LIST

Edward J. Kosmowski, Edwin J. Harron
Joel A. Waite, Kara Hammond Coyle,
Kenneth J. Enos, Margaret B. Whiteman
Matthew Barry Lunn, Pauline K. Morgan
Robert S. Brady, Sharon M Zieg, Travis N. Turner
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Epiq Systems-Bankruptcy Solutions
Attn: American Home Mortgage
757 Third Ave, 3rd Floor
New York, NY 10017