# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

## SUPPLEMENTAL AFFIDAVIT OF BONNIE GLANTZ FATELL

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

I, Bonnie Glantz Fatell, verify and say:

1. On September 14, 2007, I filed a Verified Statement in support of *the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc as of August 14, 2007* (Docket No. 759)(the "Application").

2. At the request of the Office of the United States Trustee I have been asked to provide this Supplemental Affidavit.

3. Based on a further search of Blank Rome's database of existing and former clients, Blank Rome has not in the past, and does not currently, represent Wilbur Ross (or Ross),

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

1369355.v2

or to my knowledge any entity controlled by Wilbur Ross and will not do so in connection with these bankruptcy cases

4.  As referenced in my Affidavit, Blank Rome received a limited conflict waiver from Bank of America, N.A., in its capacity as administrative agent and various other capacities ("BoA").

   a.  The September 7, 2007 letter from BoA was a limited waiver, which was expressly "conditioned upon the understanding that [Blank Rome may not] represent or advise any party with respect to the commencement or continuation of any adversary proceeding, contested matter or lawsuit against BoA, including, without limitation, any of the foregoing proceedings which involve BoA's rights, obligations or liabilities under or in connection with (i) that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006 (as heretofore amended, restated, modified or supplemented from time to time, and all other documentation executed in connection therewith), among Bank of America, N.A., as administrative agent, certain Debtors, as borrowers, and the lenders from time to time party thereto, (ii) any other of its warehouse lending facilities, (iii) its repurchase agreements, (iv) other of its credit facilities, and (v) the safe harbor provisions of the Bankruptcy Code that may be applicable in the Debtors' bankruptcy proceeding."

   b.  By letter dated November 14, 2007, BoA clarified that Blank Rome in its capacity as counsel to the Committee (as well as its co-counsel Hahn & Hessen) is permitted to conduct an investigation of the pre-petition secured parties in respect of the matters specified in clause (i)(x) of paragraph 20 of the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties dated September 2, 2007, as amended and extended.

5. Under the Rules of Professional Conduct, I am not aware of any restrictions on the firm's ability to take positions adverse to any parties in interest in the Debtors' Chapter 11 cases except as otherwise disclosed in my Verified Statement filed with the Application.

6. Should additional information arise during these cases with respect to the statements set forth in the Verified Statement or this Supplemental Statement, on behalf of Blank Rome I will file a further supplement to the Verified Statement.

Dated: November 27, 2007

*Bonnie Fatell*
BONNIE GLANTZ FATELL

Sworn to and subscribed before me
this 27 day of November, 2007.

*Tamara Moody*
Notary Public

TAMARA L. MOODY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 18, 2009