IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. No. 1771

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 1771

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Second Monthly Statement of Law Offices of Alan Weinreb, PLLC as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 through September 30, 2007 (the "Application"). The Court's docket which was last updated November 27, 2007, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than November 23, 2007 at 4:00 p.m.

DB02:6399449.2

066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($6,292.00) of requested fees and 100% of requested expenses ($61,747.05) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       November 27, 2007

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        */s/ Margaret B. Whiteman*

                        James L. Patton, Jr. (No. 2202)
                        Joel A. Waite (No. 2925)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Kenneth Enos (No. 4544)
                        Margaret B. Whiteman (No. 4652)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession