UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Bankruptcy Case Number: 07-11047 (CSS)

**Title of Order Appealed**:

Order Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief. Docket No. 1711 (the "Sale Order"), Order Signed on 10/30/2007.

**Item Transmitted**:   Notice of Appeal
**Date Filed**:              November 6, 2007

**Notice of Appeal**.  Docket #1799
**Appellant's Designation of Items & Statement of Issues**.   Docket #2067
**Appellee's Designation of Items & Statement of Issues**.    Docket #2165

| **Appellant/Cross Appellant**: | **Appellee/Cross Appellee**: |
|---|---|
| William P. Bowden, Esquire | Sean T. Greecher, Esquire |
| Don A. Beskrone, Esquire | James L. Patton, Jr., Esquire |
| Gregory A. Taylor, Esquire | Pauline K. Morgan, Esquire |
| Amanda M. Winfree, Esquire | YOUNG CONAWAY STARGATT |
| ASHBY & GEDDES, P.A. | & TAYLOR, LLP |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| Telephone: 302-654-1888 | Wilmington, DE 19899-0391 |
| | Telephone: 302-571-660 |

    -and-

Steven Wilamowsky, Esquire
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Telephone: 212-705-7000

    -and-

Andrew J. Gallo
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Telephone: 617-951-8000

**Filing Fee Paid**:      <u> X </u> Yes      __No

IFP Motion Filed by Appellant?      __ Yes      __ No

Have Additional Appeals to the Same Order been Filed?      <u> X </u> Yes      __ No
If so, has District Court assigned a Civil Action Number?      No

Additional Notes:
_____

  <u> November 28, 2007 </u>             <u> Teresa Southerland </u>
Date             Deputy Clerk


Bankruptcy Court Appeal (BAP) Number: <u>   07-101   </u>

**FOR USE BY U.S. BANKRUPTCY COURT**