IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11

In re:                                                             :

                                                                   :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE                                             :

HOLDINGS, INC., a Delaware corporation, et al.,                    :   Jointly Administered

                                                                   :

                 Debtors.                                 :   **Doc. Ref. Nos. 148, 539, and 551**

------------------------------------------------------------------ x

**SECOND SUPPLEMENTAL AFFIDAVIT OF PAULINE K. MORGAN IN SUPPORT
OF THE APPLICATION FOR ORDER PURSUANT TO SECTION 327
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
APPROVING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS
FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

STATE OF DELAWARE         )
                               )
COUNTY OF NEW CASTLE   )

         PAULINE K. MORGAN, being duly sworn, deposes and says:

         1.        I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP

("Young Conaway" or the "Firm"), The Brandywine Building, 17th Floor, 1000 West Street,

Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware,

the United States District Court for the District of Delaware and the United States Court of

Appeals for the Third Circuit.  This supplemental affidavit (the "Second Supplemental

Affidavit") is submitted in support of the Debtors' Application for Order Pursuant to section 327

of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of

Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the

Petition Date [Docket No. 148] (the "Application").  An Order approving the Application was

entered by the Court on September 4, 2007 [Docket No. 551].

         2.        On August 13, 2007, Young Conaway filed an initial affidavit (the "Initial

Affidavit") of Pauline K. Morgan in support of the Application.

3.     On August 31, 2007, Young Conaway filed a supplement affidavit [Docket No. 539] (the "Supplemental Affidavit") of Pauline K. Morgan in support of the Application.

4.     As stated in the Initial Affidavit and the Supplemental Affidavit (collectively, the "Affidavits"), Young Conaway conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Affidavits summarize the results of these searches. The purpose of this Second Supplemental Affidavit is to update and clarify the representations disclosed in the Affidavits; as demonstrated below, Young Conaway remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

5.     Receivable Management Services ("RMS") is a creditor of the Debtors. Young Conaway has previously represented Dun & Bradstreet Receivable Management Services, Inc., from whom RMS was purchased, in matters completely unrelated to the Debtors and these Chapter 11 cases.

6.     RREEF Management Company is a creditor of the Debtors. Young Conaway has previously represented RREEF America REIT and RREEF USA Fund II in matters completely unrelated to the Debtors and these Chapter 11 cases, and RREEF Management Company may or may not be an affiliate of those parties.

7.     DB Structured Products, Inc. ("DBSP") is a creditor of the Debtors. Young Conaway currently represents DBSP in bankruptcy matters completely unrelated to the Debtors and these Chapter 11 cases. Additionally, Young Conaway has a general waiver with respect to its current representation of DBSP.

8.      U.S. Bank N.A. ("US Bank") has filed an appearance in these cases. Young Conaway currently represents US Bank in matters completely unrelated to the Debtors and these Chapter 11 cases. Additionally, Young Conaway has a general waiver with respect to its representation of US Bank.

9.      Wilmington Trust Co. ("WTC") is a creditor of the Debtors. Young Conaway has been retained to provide an opinion of counsel for WTC. The transaction for which Young Conaway has been retained to provide an opinion is completely unrelated to the Debtors and these Chapter 11 cases. Additionally, Young Conaway has a general waiver with respect to its representation of WTC.

10.      Bank of America, N.A. ("Bank of America") is a creditor of the Debtors. Young Conaway and the Debtors' special litigation counsel, Quinn Emanuel Urquhart Oliver & Hedges, LLP, have commenced an adversary proceeding in this Court against Bank of America (the "BoA Litigation") on behalf of American Home Mortgage Servicing, Inc., a debtor, and Broadhollow Funding, LLC ("Broadhollow") and Melville Funding, LLC ("Melville"), both of which are non-debtor affiliates of the Debtors in these cases (the "Non-Debtor Affiliates"). Broadhollow is wholly owned by, and managed through, American Home Mortgage Corp., a debtor in these cases. Melville is wholly owned by, and managed through, American Home Mortgage Acceptance, Inc., a debtor in these cases. Young Conaway represents the Non-Debtor Affiliates and American Home Mortgage Servicing, Inc. in the BoA Litigation. Young Conaway's representation of the Non-Debtor Affiliates in the BoA Litigation creates no conflict of interest because the Debtors and the Non-Debtor Affiliates' interests in the BoA Litigation are aligned and the Debtors, collectively, own all of the interest in, and solely manage, the Non-Debtor Affiliates.

11.    Except as specifically disclosed in this Second Supplemental Affidavit and the previously filed Affidavits, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee.  To the extent that Young Conaway  becomes aware of any additional relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental affidavit will be filed.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Pauline K. Morgan

Sworn to before me this 27th day of November, 2007.

Notary Public
My Commission Expires KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

4