## IN THE UNITED STATES BANKRUPTCY COURT OF DELAWARE

**IN RE:**

**AMERICAN HOME MORTGAGE CORP.**    CASE NO. 07-11051
Jointly administered as 07-11047(CSS)

**CHAPTER 11**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Stuart Finestone and the law firm of Finestone & Morris, LLP hereby file this Entry of Appearance and Request for Notice on behalf of Tower Place, L.P., a party in interest in the above-styled case, and, pursuant to Bankruptcy Rules 2002 and 9010, request that all pleadings, documents and notices in this case be given and sent to:

> Stuart Finestone, Esquire
> Finestone & Morris, LLP
> 3340 Peachtree Road, NE
> Suite 2540 Tower Place
> Atlanta, Georgia 30326
>
> Telephone: 404-262-2500
> Facsimile: 404-231-1930
> Email: sfinestone@fmattorneys.com

THIS the 20th day of November, 2007.

Respectfully submitted,

FINESTONE & MORRIS
Attorneys for Tower Place, L.P.

By: _____
Stuart Finestone
Georgia Bar No. 260900

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the parties listed below with a copy of the within and foregoing "ENTRY OF APPEARANCE AND REQUEST FOR NOTICE" by depositing said copy in the United States Mail with adequate postage thereon, addressed as follows:

Bonnie Fatell
Committee of Unsecured Creditors Representative
1201 Market Street
Suite 800
Wilmington, Delaware 19801

U.S. Trustee
844 King Street, Room 2207
Lock Box #35
Wilmington, Delaware 19899

Ed. J. Kosmowski
Debtor's Attorney
Young Conoway Stargatt & Taylor, LLP
1000 West Street
17th Floor
Wilmington, Delaware 19899

This 20th day of November, 2007.

Stuart Finestone
Georgia Bar No. 260900