# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 28, 2007 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICOLE SCHAEFER |

### Matters:

1) Omnibus
   **R / M #:**    0 / 0

2) Motion for Relief from Stay
   **R / M #:**    0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

   Agenda Items:

   5. Order signed
   12. - 24. Orders signed
   28. Order signed with revisions