United States Bankruptcy Court
District of Delaware

11/21/07

Honorable Mary F. Walrath
Chief Judge

David D. Bird
Clerk of the court

Re: American Home Mortgage, Docket # 156

Your honor I have a current home construction loan with AHM loan # 1790334. We are well into the project. My last draw was paid on 9/5/07. I understand that AHM is going through a restructure process. I also understand that Bank of America is supplying the line of credit for our warehouse line of loans.

I currently have 3 outstanding draws due dating back to 9/24/07. All have been approved by the banks field inspector and all required documentation has been supplied. The current amount owed $253,589.62. This is a substantial amount of money.

I have made numerous phone calls to AHM getting bits of information every time. It seems as though B of A and AHM are both looking out for themselves at the expense of the home owners, vendors and sub contractors. B of A is willing to take over the warehouse line at cents on the dollar yet wanting a full dollar for dollar pay back on the money they currently have invested. AHM is holding out until they can get a better price for the package.

In the meantime all the above mentioned home owners, vendors and small contractors that need to make payroll and pay their mortgages are being completely ignored. This is not right. We AHM and myself along with many other borrowers entered into a contractual obligation. Both having to commit to certain time frames for construction and monetary pay back in the form of interest.

Currently interest reserve payments are still being taken from my account and being paid to AHM or B of A. Yet no money that they owe is being paid out? This is not right. Both are looking out for their own interest at the expense of those that are actually going to supply them with their ultimate return. There is no value in a half completed home. The value in the home is established upon completion and the equity built into the home because of the improvements. The construction loan will also only be paid off when permanent financing is put into place. My loan automatically converts into a 30 year mortgage. I've included a copy of my current bank statement along with the draws owed.

Please make them do the right thing and continue funding these loans until the bankruptcy process is complete and all deals are settled. The funds are available in the means of lines of credit that were established at the time of the closing of the loans.

Thank You

James Rucker

## INTEREST BILLING STATEMENT

Legal Description: Lot 22
Address: LOT 22, "Amended Plat of

Statement Date: 10/31/2007
Loan Number / Unit: 1790334  001
Loan Commitment: $1,072,500.00
Construction Phase Maturity Date: 7/1/2008

James D. Rucker
5057 Coronado Drive
El Dorado Hills, CA 95762

**"INTEREST RESERVE LOAN"
THIS BILL IS FOR INFORMATIONAL
PURPOSES ONLY**

Please Remit To:   AHM Corp. Construction Loan
Construction Lending Dept
P.O. Box 13684
Newark, NJ 07188-3684

Please Pay The Following Amount:   $2,964.89

Due Date: 11/1/2007
Amount enclosed: $ _____

Payment will be delinquent and a late fee will be assessed after   11/16/2007

PLEASE ENCLOSE THIS PORTION OF THE INVOICE WITH YOUR PAYMENT

James D. Rucker

For Questions, please call :(866) 418-9400

Loan Number / Unit: 1790334  001     Loan Commitment: $1,072,500.00     Construction Phase Maturity Date:
7/1/2008

| Memo Description | From Date | Due Date | Amount Due |
|---|---|---|---|
| INTEREST BILLING - PERIOD END | 10/31/2007 | 11/1/2007 | 2,964.89 |
| | | Total: | $2,964.89 |

| Memo Description | Type | Amount | Prin. Bal. | From / To Date | # Of Days | Rate | Interest Due |
|---|---|---|---|---|---|---|---|
| Balance Forward | Bal Fwd | 0.00 | 487,396.10 | 10/01/2007 - 10/01/2007 | | 7.125 | 0.00 |
| | Draw | 2,557.33 | 489,953.43 | 10/01/2007 - 10/31/2007 | 31 | 7.125 | 2,964.89 |
| | Total: | $2,557.33 | $489,953.43 | Total Interest for the Month: | | | $2,964.89 |

Borrower: JAMES AND LORENA RUCKER
Loan Number: 1790334
Property: 338 BODEGA COURT, EL DORADO HILLS, CA 95762

| Description | Amount Included in Loan | Closing Draw 7/3/07 | Draw 7/10/07 | Draw 7/23/07 | DRAW 8/21/07 | Draw 9/5/07 | Draw 9/24/07 | Draw 10/22/07 | Draw 11/19/07 |
|---|---|---|---|---|---|---|---|---|---|
| SOFT COSTS | | | | | | | | | |
| 1 PERMITS AND FEES | $ 63,000.00 | $ | $ 63,000.00 | $ | $ | $ | $ | $ | $ |
| 2 PG&E APPLICATION | $ 350.00 | $ | $ | $ | $ | $ | $ | $ | $ |
| 3 INSURANCE | $ 1,800.00 | $ | $ | $ 1,800.00 | $ | $ | $ | $ | $ |
| Sub Totals | $ 65,150.00 | $ - | $ 63,000.00 | $ 1,800.00 | $ - | $ - | $ - | $ - | $ - |
| 4 HARD COST | $ 653,131.25 | $ - | | | $ 84,907.06 | $ 53,382.07 | $ 96,838.12 | $ 71,844.44 | $ 84,907.06 |
| 5 CONTIGENCY | $ 35,000.00 | | | $ 900.00 | | | | | |
| Sub Totals | $ 688,131.25 | $ - | $ - | $ 900.00 | $ 84,907.06 | $ 53,382.07 | $ 96,838.12 | $ 71,844.44 | $ 84,907.06 |
| 5 ADVANCED AT CLOSING FROM LOAN | $ 279,237.75 | $ 279,237.75 | | | | | | | |
| 6 INTEREST RESERVE | $ 39,981.00 | | | | | | | | |
| Sub Totals | $ 319,218.75 | $ 279,237.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Totals | $ 1,072,500.00 | $ 279,237.75 | $ 63,000.00 | $ 1,800.00 | $ 84,907.06 | $ 53,382.07 | $ 96,838.12 | $ 71,844.44 | $ 84,907.06 |

Loan Amount                                $ 1,072,500.00
Less Amount drawn to date (inc closing)    $ 736,816.50

Balance remaining to draw                  $ 335,683.50

**HARD COST DISBURSEMENT LOG**

| DATE | Amount Requested | Amount Disbursed |
|---|---|---|
| 8/21/2007 | $ 84,907.06 | $ 84,907.06 |
| 9/5/2007 | $ 84,907.07 | $ 53,382.07 |
| 8/24/2007 | $ 96,838.12 | |
| 10/22/2007 | $ 71,844.44 | |
| 11/19/2007 | $ 84,907.06 | |

Project at 13% Complete / 102.5
Project at 26% complete
Project at 38% complete
Project at 47% complete
Project at 60% complete