IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                             :

AMERICAN HOME MORTGAGE       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]   :

           Debtors.           :
---------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Hearing Date: December 21, 2007 at 10:00 a.m.**
**Objection Deadline: December 14, 2007 at 4:00 p.m.**

## <u>NOTICE OF MOTION</u>

TO:     (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II)
COUNSEL TO THE COMMITTEE; (III) THE COUNTERPARTIES TO THE
UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (IV) COUNSEL TO
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS' POSTPETITION
LENDER; (VI) THE SECURITIES AND EXCHANGE COMMISSION; (VII) AND
ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-

possession (collectively, the "<u>Debtors</u>") have filed the FIFTH MOTION FOR AN ORDER,

PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND

BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT

CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON

CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT (the "<u>Motion</u>").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on December 14, 2007**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

A HEARING ON THIS MATTER WILL BE HELD ON **DECEMBER 21, 2007 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
        November 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6375175.3                                                                     066585.1001