IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             :   Jointly Administered
                    Debtors.                                 :
                                                             :   Ref. Docket No. _____
------------------------------------------------------------ x

**FIFTH ORDER, PURSUANT TO SECTIONS 105, 365 AND 554 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES, AND EQUIPMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a), 365(a), and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), authorizing the Debtors to (i) reject the Rejected Leases; (ii) reject the Rejected Contracts and (iii) abandon certain of the FF&E; and the Court being satisfied that the rejection of the Rejected Leases and the Rejected Contracts and the abandonment of certain of the FF&E is in the best interests of the Debtors, their estates and creditors and is a proper exercise of the Debtors' business judgment; and due and proper notice of the Motion having been given; and it appearing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtors are authorized, pursuant to 11 U.S.C. § 365(a), but not required, to reject the Rejected Leases identified on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Rejected Leases are deemed rejected pursuant to 11 U.S.C. § 365(a) effective as of November 30, 2007; and it is further

ORDERED, that the Debtors are authorized, pursuant to 11 U.S.C. § 365(a), but not required, to reject the Rejected Contracts identified on <u>Exhibit B</u> attached hereto; and it is further

ORDERED, that the Rejected Contracts are deemed rejected pursuant to 11 U.S.C. § 365(a) effective as of November 30, 2007; and it is further

ORDERED, that the Debtors are authorized, but not required, pursuant to 11 U.S.C. § 554(a), to abandon any FF&E remaining at the premises of the Rejected Leases or the Rejected Contracts as of November 30, 2007; and it is further

ORDERED, that nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Rejected Leases or the Rejected Contracts is limited to the remedies available under any applicable termination provision of such Rejected Lease or Rejected Contract, or that any such claim is an obligation of a third party, and not that of the Debtors; and it is further

3

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
December ____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge

3
DB02:6375175.3                                                                                                        066585.1001

# EXHIBIT A

## Real Property Leases to be Rejected

| LEASED PREMISES | LANDLORD | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Suite 100<br>Primera Four<br>300 Primera Boulevard<br>Lake Mary, Florida 32746 | Sun Life Assurance Company of Canada<br>c/o Crescent Resources LLC<br>300 Primera Blvd., Suite 140<br>Lake Mary, FL 32746 | November 30, 2007 |
| 1 Centerview Drive<br>Rockingham Building at<br>Meadowview Crossing<br>Suite 101<br>Greensboro, NC 27407 | Sequoia Investments XIV, LLC<br>P.O. Box 1028<br>Eureka, CA 95502-1028 | November 30, 2007 |
| 800 Virginia Avenue<br>Suite 48<br>Fort Pierce, FL 34947 | Turner Realty Enterprise, Inc. d/b/a<br>ReMax Coastal Realty<br>800 Virginia Avenue, Suite 48<br>Fort Pierce, FL 34947 | November 30, 2007 |
| 3600 O'Donnell Street<br>Baltimore, MD 21224 | Baltimore Home Team, LLC<br>3600 O'Donnell Street<br>Baltimore, MD 21224 | November 30, 2007 |
| 6801 Falls of Neuse Road<br>Suite 102<br>Raleigh, NC 27615 | PPSF, LLC<br>c/o Bill Owens<br>9131 Anson Way<br>Raleigh, NC 27615 | November 30, 2007 |
| 4700 Rowlett Road<br>Rowlett, TX 75088 | Bobby Roan<br>4700 Rowlett Road<br>Rowlett, TX 75088 | November 30, 2007 |

## EXHIBIT B

## Executory Contracts to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Storage Unit 168<br>West Market Self Storage<br>5019 West Market Street<br>Greensboro, NC 27407<br><br>(storage agreement) | West Market Self Storage<br>c/o Rob and Evelyn Zimmerman<br>5019 West Market Street<br>Greensboro, NC 27407 | November 30, 2007 |
| Storage Unit 581<br>Eagle Self Storage, Inc.<br>4101 Highway 93 South<br>Missoula, MT 59804<br><br>(storage agreement) | Eagle Self Storage, Inc.<br>c/o Robert P. McCue<br>P.O. Box 18185<br>4101 Highway 93 South<br>Missoula, MT 59808 | November 30, 2007 |
| Storage Unit A023<br>20292 Cooks Bay Drive<br>Lake Forest, CA 92630<br><br>(storage agreement) | Public Storage, Inc.<br>c/o Jerri Stacy<br>20292 Cooks Bay Drive<br>Lake Forest, CA 92630 | November 30, 2007 |
| Unit #5036<br>401 East 4th Street<br>Bridgeport, PA 19405<br><br>(storage agreement) | Locker Room Storage Inc.<br>401 East 4th Street<br>Bridgeport, PA 19405 | November 30, 2007 |
| 17300 Henderson Pass MSA<br>Suite 100<br>San Antonio, TX 78232<br><br>(marketing and service agreement) | Farm Bureau Bank FSB<br>17300 Henderson Pass<br>San Antonio, TX 78232 | November 30, 2007 |
| Corporate Services Commercial Account Agreement between American Express Travel Related Services Company, Inc. and American Home Mortgage Corp.<br><br>(corporate credit card agreement) | American Express Company<br>Corporate Services Operations<br>AESC-P<br>20022 North 31st Avenue<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 | November 30, 2007 |
| Service Agreement for Konica Minolta 7020 copier formerly located at 6767 North Wickham Road, Suite 211, Melbourne, FL | Ameritek Office Solutions<br>4250 St. Johns Parkway<br>Sanford, FL 32771 | November 30, 2007 |

| | | |
|---|---|---|
| 32940<br><br>(copier service agreement) | | |
| Maintenance Agreement for Ricoh 2035E copier formerly located at 818 West Riverside Avenue, Spokane, WA<br><br>(copier service agreement) | Associated Business Systems<br>7440 SW Bonita Road<br>Portland, OR 97224-8028 | November 30, 2007 |
| Maintenance Agreement for Ricoh 2045eSP copier formerly located at 6255 Sheridan Drive, Williamsville, NY<br><br>(copier service agreement) | Brian Parisi Copier Systems<br>4915 Genesee Street<br>Cheetowaga, NY 14255 | November 30, 2007 |
| Maintenance Agreement for Sharp SD-2260 copier formerly located at 910 Lakeridge Way SW, Olympia, WA 98502<br><br>(copier service agreement) | Capital Business Machines<br>P.O. Box 1456<br>Olympia, WA 98507 | November 30, 2007 |
| Software Support Agreement for Minolta A551 copier formerly located at 261 Brownfield Road, Douglas WY<br><br>(copier support agreement) | Capital Business Systems<br>P.O. Box 508<br>Cheyenne, WY 82003-0508 | November 30, 2007 |
| Maintenance Agreement for Toshiba T120 fax machine formerly located at 1885 North Kolb Road, Tuscon, AZ 85715<br><br>(fax machine service agreement) | CB Document Solutions<br>4320 East Cotton Center Boulevard<br>Suite 100<br>Phoenix, AZ 85040-8852 | November 30, 2007 |
| Service Agreement for Toshiba DP125 fax machine (serial number 03080028) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba DP125 fax machine (serial number 03080033) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba | Coast to Coast | November 30, 2007 |

| | | |
|---|---|---|
| DP85F fax machine (serial number 03080053) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | 8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | |
| Service Agreement for Toshiba DP85F fax machine (serial number 03080058A) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba DP85F fax machine (serial number 03080237) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba DP125 fax machine (serial number 04100013) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Ricoh 450 copier formerly located at 200 North Main Street, Graham, NC 27253<br><br>(copier service agreement) | Coeco Office Systems<br>P.O. Box 2425<br>Greenville, NC 27836 | November 30, 2007 |
| Hardware Maintenance Agreement for hardware formerly located at 3000 East Coliseum Boulevard, Fort Wayne, IN<br><br>(hardware maintenance agreement) | Current Mechanical<br>2120 East Washington Boulevard<br>Suite A<br>Fort Wayne, IN 46803-1357 | November 30, 2007 |
| Maintenance Agreement for Ricoh copiers<br><br>(copier service agreement) | DocuSystems<br>1000 Highway 50 East<br>Myrtle Beach, SC 29577 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF3045 copier formerly located at 800 East High Street, Lexington, KY<br><br>(copier service agreement) | Duplicator Sales and Service Inc.<br>831 East Broadway<br>Louisville, KY 40204 | November 30, 2007 |

| | | |
|---|---|---|
| Maintenance Agreement for Ricoh A2045eSP copier formerly located at 55 Westlake Road, Hardy, VA<br><br>(copier service agreement) | Electronic Systems, Inc.<br>369 Edwin Drive<br>Virginia Beach, VA 23462-4522 | November 30, 2007 |
| Maintenance Agreement for I2200 copier formerly located at 760 Foxpointe Drive, Sycamore, IL<br><br>(copier service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for H500N printer formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(printer service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F3175 fax machine (serial number UYR58827) formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F3170 fax machine formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F1100 fax machine (serial number UKL07360) formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for I8500 copier formerly located at 760 Foxpointe Drive, Sycamore, IL<br><br>(copier service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F1100 fax machine (serial number UKL07343) formerly located at 760 Foxpointe Drive, Sycamore, IL | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |

| | | |
|---|---|---|
| (fax machine service agreement) | | |
| Maintenance Agreement for F3175 fax machine (serial number UYR51276) formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF 3045SPF copier formerly located at 1275 North University Drive, Coral Springs, FL<br><br>(copier service agreement) | Halsey & Griffith Office Solutions<br>1170 Northwest 163rd Drive<br>Miami, FL 33169 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF 3035SP copier formerly located at 12230 Forest Hill Boulevard, Wellington, FL<br><br>(copier service agreement) | Halsey & Griffith Office Solutions<br>1170 Northwest 163rd Drive<br>Miami, FL 33169 | November 30, 2007 |
| Maintenance Agreement for mailing equipment (serial number FAH 9651)<br><br>(mailing equipment service agreement) | Innovative Mailing & Shipping Systems, Inc.<br>415 Oser Avenue<br>Suite K<br>Happauge, NY 11788 | November 30, 2007 |
| Maintenance Agreement for mailing equipment formerly located at 75 Rowland Way, Novato, CA<br><br>(mailing equipment service agreement) | International Mailing Equipment<br>336 North 12th Street<br>Sacramento, CA 95814 | November 30, 2007 |
| Maintenance Agreement for Xerox T120F fax machine formerly located at 406 7th Street, Bay City, MI 48706<br><br>(fax machine service agreement) | Michigan Office Solutions<br>2859 Walkent Drive NW<br>Grand Rapids, MI 49514-0587 | November 30, 2007 |
| Maintenance Agreement for 20072 copier system formerly located at 13024 Hesperia Road, Victorville, CA<br><br>(copier service agreement) | Office Works<br>15401 Anacapa Road<br>Victorville, CA 92392 | November 30, 2007 |

| | | |
|---|---|---|
| Maintenance Agreement for copiers formerly located at 3975 Fair Ridge Drive, Suite 315N, Fairfax, VA 22033<br><br>(copier service agreement) | Offix<br>10222 Battleview Parkway<br>Manassas, VA 20109 | November 30, 2007 |
| Maintenance Agreement for Ricoh 4420L fax machine formerly located at 1060 Maitland Center Commons, Maitland, FL<br><br>(fax machine service agreement) | Saxon Business Systems<br>P.O. Box 4908<br>Miami Lakes, FL 33014 | November 30, 2007 |
| Service Agreement for 1375 East Woodfield Drive, Schaumburg, IL 60173<br><br>(office setup service agreement) | U.S. Bank<br>CM-9690<br>St. Paul, MN 55170-9690 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF2035E copier formerly located at 1799 Michelle Lane, Greenwood, IN<br><br>(copier service agreement) | Van Ausdall & Farrar<br>P.O. Box 664250<br>Indianapolis, IN 46266 | November 30, 2007 |
| Maintenance Agreement for Sharp AR810 copier formerly located at 4100 RCA Boulevard, Palm Beach Gardens, FL | Zeno Office Solutions<br>P.O. Box 23687<br>Tampa, FL 33623 | November 30, 2007 |