IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 759, 2182 |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,
*ET AL.* TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS
CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND
FED. R. BANKR. P 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007**

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al.* for an Order authorizing the Committee to retain and employ Blank Rome LLP ("Blank Rome") as its co-counsel in these chapter 11 cases effective as of August 14, 2007; and the Court having reviewed the Application and the Verified Statement of Bonnie Glantz Fatell in Support of the Application (the "Verified Statement"), a partner in the law firm of Blank Rome, attached to the Application as Exhibit A; and the Court having further reviewed the Supplemental Affidavit of Bonnie Glantz Fatell in Support of the Application (Docket No. 2182) (the "Supplemental Affidavit"); and the Court having determined that the legal and factual bases set forth in the Application, Verified Statement and the Supplemental Affidavit establish just cause for the relief granted herein;

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

1

128189.01600/40172390v.1

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Application was sufficient under the circumstances.

D. The Application, Verified Statement and the Supplemental Affidavit are in full compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Committee is authorized to retain and employ Blank Rome as its co-counsel in these chapter 11 cases, *nunc pro tunc* as of August 14, 2007, in accordance with the Application, Verified Statement and Supplemental Affidavit.

3. Subject to section 1103(c) of the Bankruptcy Code, Blank Rome is authorized to perform any and all legal services for the Committee that are necessary or appropriate in connection with these chapter 11 cases.

4. Blank Rome shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: November 28, 2007

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

128189.01600/40172390v.1