IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
Debtors.                                                         :
                                                                 :   **Ref. Docket No. 1763**
---------------------------------------------------------------- x

## ORDER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027

Upon consideration of the motion of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for the entry of an order pursuant to 28 U.S.C. § 1452 and rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the time within which the Debtors may file notices of removal of the State Court Actions and related proceedings; and it appearing that the Court has jurisdiction over this matter; and due and adequate notice of the Motion having been given and no other or further notice being necessary; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates, creditors and other parties in interest; and after due deliberation and sufficient cause appearing thereof, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Pursuant to Bankruptcy Rule 9006, the Current Deadline to file notices of removal of any and all civil actions pending as of the Petition Date is extended through and including March 4, 2008.

4. This Order shall be without prejudice to (a) any position the Debtors may take regarding whether section 362 of the Bankruptcy Code applies to stay any litigation pending against the Debtors, or (b) the Debtors' right to seek a further extension or extensions of the time within which to file notices of removal of actions and related proceedings upon motion filed with the Court.

Dated: Wilmington, Delaware
November 28, 2007

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE