IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x   Chapter 11

In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                                :
HOLDINGS, INC., a Delaware corporation, et al.,                       :   Jointly Administered
                                                                      :
                    Debtors.                                          :   Doc. Ref. Nos. 241 and 741
--------------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI IN CONNECTION WITH RETENTION OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP AS SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

SUSHEEL KIRPALANI, hereby declares, under penalty of perjury:

1. I am a member of the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("**Quinn Emanuel**" or the "**Firm**"), a law firm with offices at 51 Madison Avenue, New York, New York 10010, and in Los Angeles, San Francisco, and Silicon Valley, California.

2. I submit this supplemental declaration (the "**Supplemental Declaration**") in connection with the retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as special investigatory, litigation and conflicts counsel to the Debtors pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

3. An Order approving the Application For an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP as Special Investigatory, Litigation and Conflicts Counsel To the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 241] (the "**Application**") was entered by the Court on September 13, 2007 [Docket No. 741].

4.     On August 20, 2007, Quinn Emanuel filed an initial declaration (the "**Initial Declaration**") of Susheel Kirpalani in support of the Application.

5.     As stated in the Initial Declaration, Quinn Emanuel conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Initial Declaration summarizes the results of these searches. The purpose of this Supplemental Declaration is to update and clarify the representations disclosed in the Initial Declaration; as demonstrated below, Quinn Emanuel remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

6.     Bank of America, N.A. ("**Bank of America**") is a creditor of the Debtors. At the request of the Debtors, Quinn Emanuel and the Debtors' counsel, Young Conaway Stargatt & Taylor, LLP, have commenced an adversary proceeding in this Court against Bank of America (the "**BoA Litigation**") on behalf of American Home Mortgage Servicing, Inc., a debtor, and Broadhollow Funding, LLC ("**Broadhollow**") and Melville Funding, LLC ("**Melville**"), both of which are non-debtor affiliates of the Debtors in these cases (the "**Non-Debtor Affiliates**"). Broadhollow is wholly owned by, and managed through, American Home Mortgage Corp., a debtor in these cases. Melville is wholly owned by, and managed through, American Home Mortgage Acceptance, Inc., a debtor in these cases. Quinn Emanuel represents the Non-Debtor Affiliates and American Home Mortgage Servicing, Inc. in the BoA Litigation. Quinn Emanuel's representation of the Non-Debtor Affiliates in the BoA Litigation creates no conflict of interest because the Debtors and the Non-Debtor Affiliates' interests in the BoA Litigation are aligned and the Debtors, collectively, own all of the interest in, and solely manage, the Non-Debtor Affiliates.

7. Except as specifically disclosed in this Supplemental Declaration and the previously filed Initial Declaration, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee. To the extent that Quinn Emanuel becomes aware of any additional relationships and/or connections that may be relevant to Quinn Emanuel's representation of the Debtors, an additional supplemental declaration will be filed.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

New York, New York
November 28, 2007

/s/ Susheel Kirpalani

A Member of the Firm