**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case No. 07-11047 (CSS) |
| **HOLDINGS, INC.,** a Delaware | ) | |
| **Corporation, et al.,** | ) | (Jointly Administered) |
| Debtors.[1] | ) | Related to Docket No.: 1711 |

**NOTICE OF CURE AMOUNT DUE
ZC REAL ESTATE TAX SOLUTIONS LIMITED**

ZC Real Estate Tax Solutions Limited ("ZCRETS"), by and through its undersigned attorneys, Hunton & Williams LLP, hereby files this notice of cure amount (the "Cure Amount Notice") pursuant to paragraph 33 of the *Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief* [Docket No. 1711] (the "Sale Order"). In support of the Cure Amount Notice, ZCRETS respectfully represents as follows:

**I.     Background**

1.     On August 6, 2007 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors have continued in possession of their respective properties and have

---

[1]     The other Debtors in these cases are: American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

continued to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Prior to the Petition Date, on June 6, 2005, ZCRETS and Homegate Settlement Services, Inc. ("Homegate"), one of the Debtors herein, entered into an agreement pursuant to which Homegate engaged ZCRETS "to perform certain services for the management and administration of Homegate's real estate tax management and payment obligations (the "Tax Services") for present and future real estate loans owned, serviced, or sub-serviced by Homegate and any of its Affiliates,"[2] which agreement was amended on May 1, 2006 (the "Tax Servicing Agreement").

3. ZCRETS continues to provide services to the Debtors under the Tax Servicing Agreement. ZCRETS invoices the Debtors for Tax Services provided by ZCRETS during the previous month.

4. On August 6, 2007, the Debtors filed the *Emergency Motion of the Debtors For Orders:  (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Certain Assets Used in the Debtors' Loan Servicing Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* [Docket No. 11] (the "August Sale Motion").

---

[2] "Affiliates" is defined in the Tax Servicing Agreement to mean a "business entity now or hereafter that is directly, or indirectly through one or more intermediaries, controls, is controlled by or is under common control with a party.  Control exists when an entity owns or controls more than 50% of the outstanding shares or securities representing the right to vote for the election of directors or other managing authority of another entity."

5. On September 21, 2007, the Debtors filed the *Motion of the Debtors for Order Pursuant to Sections 105(a), 363, 364, 365, and 503(b) of the Bankruptcy Code and Rules 2002, 4001, 6004, 6006, 7062, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving Revised Procedures for the Sale of the Debtors' Mortgage Servicing Business; (B) Approving Certain Protections for the Stalking Horse Bidder in Such Sale; (C) Directing That Certain Notices of Such Sale and Deadlines be Given; and (D) Approving, on an Interim Basis, the Debtors' Authority to Grant Liens in the Purchaser's Collateral After Initial Closing* [Docket No. 865] (together with the August Sale Motion, the "Sale Motion").

6. By the Sale Motion, the Debtors sought, *inter alia*, to sell their mortgage servicing business and to assume and assign certain executory contracts and leases in connection with the mortgage servicing business to AH Mortgage Acquisition Co.

7. The Debtors have identified the Tax Servicing Agreement as an executory contract to be assumed and assigned as part of the proposed sale of their mortgage servicing business. *See Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 403]; *Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 674]; *Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 962].

8. On September 20, 2007, ZCRETS filed the *Limited Objection and Reservation of Rights of ZC Real Estate Tax Solutions Limited to the Modified Notice of (I) Possible Assumption*

*and Assignment of Certain Leases, License Agreements and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 830] (the "First Limited Objection").

9. On October 3, 2007, ZCRETS filed the *Limited Objection and Reservation of Rights of ZC Real Estate Tax Solutions Limited to the Supplemental Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreements, and Executory Contracts; and (II) Proposed Cure Obligations, If Any* [Docket No. 1115] (together with the First Limited Objection, the "Sale Objections").

10. On October 30, 2007, the Court entered the Sale Order. The Sale Objections were resolved, *inter alia*, by paragraph 33 of the Sale Order, which provides ZCRETS with the right to file a separate liquidated cure amount in addition to the cure amount set forth in *Schedule I* [Docket No. 1703] ("Schedule I") to the Sale Order. Schedule I states that ZCRETS has a cure claim for $1,145,804.15 for monetary defaults under the Tax Servicing Agreement that occurred prior to the date of the entry of the Sale Order.

## II.    Cure Amount Notice

11. As of the date hereof, the cure amount due to ZCRETS for Tax Services rendered to the Debtors prior to October 30, 2007, under the Tax Services Agreement is $1,469,515.80 (the "Initial Cure Amount"). The Initial Cure Amount represents the $1,145,804.15 set forth in Schedule I plus an additional $323,711.65 for services rendered in October 2007 through the date of the Sale Order.

12. Accordingly, the correct amount to be included in the Cure Escrow (as defined in the Sale Order) for ZCRETS' claim for Tax Services preformed prior to October 30, 2007 is $1,469,515.80.

### III. Conclusion

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) requiring the Debtors to cure all defaults under the Tax Servicing Agreement, including paying the Initial Cure Amount and any other amounts due, and (ii) granting such other and further relief as the Court may deem just and proper.

Dated:  November 28, 2007					Respectfully submitted,

HUNTON & WILLIAMS LLP

/s/ Michael G. Wilson
Michael G. Wilson (DE. No. 4022)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

		-and-

Richard P. Norton (admitted *pro hac vice*)
Scott H. Bernstein, Esq.
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for ZC Real Estate Tax Solutions
    Limited*