## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on November 28, 2007, he caused a true and complete copy of the *Notice of Cure Amount Due ZC Real Estate Tax Solutions Limited* to be served by first class mail, postage prepaid, on the attached service list.

                 /s/ Michael G. Wilson
                 Michael G. Wilson (DE. No. 4022)

**SERVICE LIST**

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, Delaware 19899

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, Delaware 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899

Victoria Counihan, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801

Alan Horn, Esq.
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, New York 10022

1

2

Margot B. Schortholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3596

Erica Ryland, Esq.
Connie Ball, Esq.
Scott J. Friedman, Esq.
Jones Day
222 East 41st Street
New York, New York 10017

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

2