UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                        :   Chapter 11
                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,               :
                                              :   Jointly Administered
                                              :
    Debtors.                                  :   Ref. Docket Nos. 1885, 1886 and 2137
                                              :
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION
PURSUANT TO BANKRUPTCY CODE SECTION 107(b) AND FED R. BANKR. P.
9018 FOR AUTHORIZATION TO FILE PORTIONS OF EXHIBIT TO DEBTORS'
MOTION FOR ORDER AUTHORIZING PAYMENT OF INCENTIVE PAY TO
SENIOR MANAGEMENT PURSUANT TO SECTIONS 105(a), 363(b)(1) AND
503(c)(3) OF THE BANKRUPTCY CODE UNDER SEAL**

On November 8, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to Bankruptcy Code Section 107(b) and Fed R. Bankr. P. 9018 for Authorization to File Portions of Exhibit to Debtors' Motion for Order Authorizing Payment of Incentive Pay to Senior Management Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code Under Seal* [Docket No. 1886] (the "Motion")[1]. Pursuant to the Motion, the Debtors sought authorization to file Exhibits A and C (the "EIP Exhibits") to their Executive Incentive Plan, which is Exhibit 1 to the *Debtors' Motion for Order Authorizing Payment of Incentive Pay to Senior Management Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code*, under seal.

Comments to the relief requested in the Motion were received from the Office of the United States Trustee (the "UST") and the Securities and Exchange Commission (the "SEC"). In addition, an objection to the Motion was filed by Karen Gowins [Docket No. 2137].

---

[1] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

Prior to the hearing with respect to the Motion, to resolve the issues raised by the UST and the SEC, the Debtors agreed to disclose the identities, job titles, and incentive information with respect to certain members of their Senior Management.

On November 28, 2007, the Court held a hearing with respect to the Motion. At the hearing, the Court ordered the Debtors to disclose the identities and job titles of the members of the Senior Management. However, the Court ordered that the remaining information contained within the EIP Exhibits remain under seal.

Accordingly, the Debtors respectfully request that the Court enter the proposed form of Order attached hereto as Exhibit A at its earliest convenience, which the Debtors believe accurately reflects the Court's ruling. A blackline reflecting the changes from the proposed form of Order filed with the Motion is attached hereto as Exhibit B.

Dated: Wilmington, Delaware
November 28, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

## Exhibit A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Ref. Docket Nos. 1885, 1886 and 2137 |

## ORDER APPROVING DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTION 107(b) AND FED R. BANKR. P. 9018 FOR AUTHORIZATION TO FILE PORTIONS OF EXHIBIT TO DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF INCENTIVE PAY TO SENIOR MANAGEMENT PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 503(c)(3) OF THE BANKRUPTCY CODE UNDER SEAL

Upon the motion (the "Motion") [1] American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors")[2], pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, seeking authorization for the Debtors to file the EIP Exhibits under seal; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

ORDERED that, with the exception of the Plan Participant information set forth on the schedule attached hereto as <u>Exhibit A</u>, the EIP Exhibits shall remain under seal, confidential and not be made available to anyone, except for the office of the U.S. Trustee, counsel to the Committee, counsel to Bank of America, N.A., counsel to the DIP Lender, and counsel to the Securities and Exchange Commission or others at the discretion of the Debtors, or upon further order of this Court; and it is further

ORDERED, that the office of the U.S. Trustee, counsel to the Committee, counsel to Bank of America, N.A., counsel to the DIP Lender, and counsel to the Securities and Exchange Commission, shall keep confidential the EIP Exhibits; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2007      CHRISTOPHER S. SONTCHI
                                 UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## EXECUTIVE INCENTIVE PLAN PARTICIPANTS

| Name | Title | Share of Minimum Plan Pool (%) | Share of Minimum Plan Pool ($) |
|---|---|---|---|
| Strauss, Michael | Chief Executive Officer | No EIP Distribution | No EIP Distribution |
| Hozie, Stephen | Chief Financial Officer | 12.65% | $461,650 |
| Johnson, Robert | Secondary Markets Executive | 6.77% | $247,100 |
| Cavaco, Christopher | Chief Information Officer | | |
| Friedman, David | EVP, Servicing | | |
| Hall, David | Construction Lending Risk Manager | | |
| Horn, Alan | General Counsel | | |
| Kwaschyn, Dena | Operations | | |
| Loeffler, Richard | Chief Administrative Officer | | |
| Bernstein, Robert | Controller | | |
| Dickman, Steven | SVP, Loan Administration | | |
| Gonzalez, Carlos | SVP, System & Network | | |
| Gowins, Karen | SVP, Director of Construction Lending | | |
| Iorizzo, Robert | SVP, System & Network | | |
| Kalas, John | Deputy General Counsel/Chief Compliance Officer | | |
| Labuskes, Michael | SVP, Mortgage Securitization Officer | | |
| Larsen, Linda | SVP, Correspondent Operations | | |
| Munson, MaryAnn | SVP, Director of Human Resources | | |
| Neer, Tim | SVP, Post Closing Operations | | |
| Newsham, Michele | SVP, Wholesale Operations | | |
| Pino, Craig | Chief Investment Officer and Treasurer | | |
| Sakamoto, Simon | Senior Portfolio Manager | | |
| Trepanier, Thomas | SVP, Director of Corp. Real Estate | | |
| Voulo, Damian | SVP, Capital Markets Risk Management | | |
| Yeckley, Robert | SVP, Retail Operations | | |
| Jannotte, Robert | VP, Strategic Initiatives | | |
| Morelle, Marissa | Senior Counsel | | |
| Parrinelli, Nicholas | Deputy Controller | | |

# Exhibit B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :  Jointly Administered
        Debtors.                                                   :
                                                                   :  Ref. Docket ~~No.~~ Nos. 1885, 1886 and
------------------------------------------------------------------ x    2137

### ORDER APPROVING DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTION 107(b) AND FED R. BANKR. P. 9018 FOR AUTHORIZATION TO FILE PORTIONS OF EXHIBIT TO DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF INCENTIVE PAY TO SENIOR MANAGEMENT PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 503(c)(3) OF THE BANKRUPTCY CODE UNDER SEAL

Upon the motion (the "Motion") [1] American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors")[2], pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, seeking authorization for the Debtors to file the EIP Exhibits under seal; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

~~ORDERED that the EIP Exhibits shall be filed and maintained under seal on the terms and conditions set forth in the Motion.~~

ORDERED that, with the exception of the Plan Participant information set forth on the schedule attached hereto as Exhibit A, the EIP Exhibits shall remain under seal, confidential and not be made available to anyone, except for the office of the U.S. Trustee, counsel to the Committee, counsel to Bank of America, N.A., counsel to the DIP Lender, and counsel to the Securities and Exchange Commission or others at the discretion of the Debtors, or upon further order of this Court; and it is further

ORDERED, that the office of the U.S. Trustee, counsel to the Committee, counsel to Bank of America, N.A., counsel to the DIP Lender, and counsel to the Securities and Exchange Commission, shall keep confidential the EIP Exhibits; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2007    CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT A

**EXECUTIVE INCENTIVE PLAN PARTICIPANTS**

| Name | Title | Share of Minimum Plan Pool (%) | Share of Minimum Plan Pool ($) |
|---|---|---|---|
| Strauss, Michael | Chief Executive Officer | No EIP Distribution | No EIP Distribution |
| Hozie, Stephen | Chief Financial Officer | 12.65% | $461,650 |
| Johnson, Robert | Secondary Markets Executive | 6.77% | $247,100 |
| Cavaco, Christopher | Chief Information Officer | | |
| Friedman, David | EVP, Servicing | | |
| Hall, David | Construction Lending Risk Manager | | |
| Horn, Alan | General Counsel | | |
| Kwaschyn, Dena | Operations | | |
| Loeffler, Richard | Chief Administrative Officer | | |
| Bernstein, Robert | Controller | | |
| Dickman, Steven | SVP, Loan Administration | | |
| Gonzalez, Carlos | SVP, System & Network | | |
| Gowins, Karen | SVP, Director of Construction Lending | | |
| Iorizzo, Robert | SVP, System & Network | | |
| Kalas, John | Deputy General Counsel/Chief Compliance Officer | | |
| Labuskes, Michael | SVP, Mortgage Securitization Officer | | |
| Larsen, Linda | SVP, Correspondent Operations | | |
| Munson, MaryAnn | SVP, Director of Human Resources | | |
| Neer, Tim | SVP, Post Closing Operations | | |
| Newsham, Michele | SVP, Wholesale Operations | | |
| Pino, Craig | Chief Investment Officer and Treasurer | | |
| Sakamoto, Simon | Senior Portfolio Manager | | |
| Trepanier, Thomas | SVP, Director of Corp. Real Estate | | |
| Voulo, Damian | SVP, Capital Markets Risk Management | | |
| Yeckley, Robert | SVP, Retail Operations | | |
| Jannotte, Robert | VP, Strategic Initiatives | | |
| Morelle, Marissa | Senior Counsel | | |
| Parrinelli, Nicholas | Deputy Controller | | |

Document comparison done by Workshare DeltaView on Wednesday, November 28, 2007 5:47:03 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/6380992/1 |
| Document 2 | interwovenSite://WSDMS/DB02/6380992/4 |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 76 |
| Deletions | 5 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 81 |