UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047-CSS |
| HOLDINGS, INC., et. al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Objection Deadline: December 14, 2007, at 4:00 p.m. (ET) |
| ) | Hearing Date: December 21, 2007, at 10:00 a.m. (ET) |

## NOTICE OF MOTION OF FINANCIAL GUARANTY INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY

Attached hereto is the **Motion Of Financial Guaranty Insurance Company For Relief From The Automatic Stay** (the "Motion") filed by the above-captioned debtor and debtor-in-possession (the "Debtor"). Due to the voluminous nature of Exhibits A, B and C, the exhibits will not be served on all parties that noticed an appearance in this case. A copy of the exhibits may be downloaded from the website of the Court at www.deb.uscourts.gov. Additionally, a copy of the exhibits is available upon reasonable request from the undersigned counsel.

PLEASE TAKE NOTICE that any responses or objections to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtor on or before **December 14, 2007 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **December 21, 2007 at 10:00 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Only parties who have filed a timely objection will be heard at the hearing.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       November 29, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
Email: dculver@mnat.com

and

KUTAK ROCK LLP
Bruce A. Wilson, Esq. (admitted pro hac vice)
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: bruce.wilson@kutakrock.com

ATTORNEYS FOR FINANCIAL GUARANTY INSURANCE COMPANY

1323852