comparable conversion in full or partial satisfaction of a HELOC Mortgage Loan, or (ii) knows or has reason to know that any Mortgaged Property has been abandoned. The reports from the HELOC Servicer or HELOC Subservicer shall be in form and substance sufficient to meet the reporting requirements imposed by Section 6050J, Section 6050H (reports relating to mortgage interest received) and Section 6050P of the Code (reports relating to cancellation of indebtedness).

Section 3.20    Fair Credit Reporting Act.    The HELOC Servicer, in its capacity as HELOC Servicer for each Mortgage Loan, agrees to fully furnish in accordance with the Fair Credit Reporting Act and its implementing regulations, accurate and complete information (e.g., favorable and unfavorable) on its borrower credit files to Equifax, Experian and Trans Union Credit Information Company (three of the credit reporsitories), on a monthly basis.

Section 3.21    Reserved.

Section 3.22    Transfers of HELOC Mortgage Loans at Election of the Seller.    Subject to the conditions below, the Seller may require the transfer of HELOC Mortgage Loans from the Trust to the Seller as of the close of business on a Payment Date (the "Transfer Date"). In connection with any transfer, the Transferor Interest shall be reduced by the aggregate Stated Principal Balances as of their Transfer Date of the HELOC Mortgage Loans transferred. On the fifth Business Day (the "Transfer Notice Date") before the Transfer Date designated in the notice, the Seller shall give the Owner Trustee, the Indenture Trustee, the Securities Administrator, the HELOC Servicer, the Depositor and the Insurer a notice of the proposed transfer that contains a list of randomly selected HELOC Mortgage Loans to be transferred. These transfers of HELOC Mortgage Loans shall be permitted if the following conditions are satisfied:

(i)    No Rapid Amortization Event has occurred.

(ii)    On the Transfer Date the Transferor Interest Principal Balance (after giving effect to the removal of the HELOC Mortgage Loans proposed to be transferred) exceeds the Minimum Transferor Interest.

(iii)    The transfer of any HELOC Mortgage Loans on any Transfer Date during the Managed Amortization Period shall not, in the reasonable belief of the Seller, cause a Rapid Amortization Event to occur or an event that with notice or lapse of time or both would constitute a Rapid Amortization Event.

(iv)    By the Transfer Date, the Seller shall have delivered to the Indenture Trustee, the Insurer and the Securities Administrator a revised HELOC Mortgage Loan Schedule, reflecting the proposed transfer and the Transfer Date, and the HELOC Servicer shall have marked on its general accounting records to show that the HELOC Mortgage Loans transferred to the Seller are no longer owned by the Trust.

(v)    The Seller shall represent and warrant that no selection procedures reasonably believed by the Seller to be adverse to the interests of the Class II-A Noteholders or the Insurer were used in selecting the HELOC Mortgage Loans to be removed from the Trust.

(vi)    In connection with each transfer of HELOC Mortgage Loans pursuant to this Section, each Rating Agency and the Insurer shall have received by the related Transfer Notice Date notice of the proposed transfer of HELOC Mortgage Loans and, before the Transfer Date, each Rating Agency shall have notified the Seller, the Indenture Trustee, the Depositor and the Insurer that the transfer of HELOC Mortgage Loans would not result in a reduction or withdrawal of its then current rating of the Class II-A Notes without regard to the Insurance Policy.

(vii)    The Seller shall have delivered to the Owner Trustee, the Depositor, the Indenture Trustee and the Insurer an Officer's Certificate certifying that the items in subparagraphs (i) through (vi), inclusive, have been performed or are true, as the case may be. The Owner Trustee and the Indenture Trustee may conclusively rely on the Officer's Certificate, shall have no duty to make inquiries with regard to the matters in it, and shall incur no liability in so relying.

Upon receiving the requisite information from the Seller, the HELOC Servicer shall perform in a timely manner those acts required of it, as specified above. Upon satisfaction of the above conditions, on the Transfer Date each of the Indenture Trustee and the HELOC Servicer shall cause delivery to be effected to the Seller of the portion of the Mortgage File in its possession for each HELOC Mortgage Loan being so transferred, and the Indenture Trustee shall execute and deliver to the Seller any other documents prepared by the Seller reasonably necessary to transfer the HELOC Mortgage Loans to the Seller. This transfer of the Trust's interest in HELOC Mortgage Loans shall be without recourse, representation, or warranty by the Indenture Trustee or the Trust to the Seller.

ARTICLE IV
SERVICING CERTIFICATE

Section 4.01    <u>Remittance Reports</u>.    On or prior to the eighteenth (18th) calendar day of each month (or, if such eighteenth (18th) day is not a Business Day, the immediately preceding Business Day), the HELOC Servicer or HELOC Subservicer shall deliver to the Securities Administrator and the HELOC Back-Up Servicer a report, prepared as of the close of business on the Determination Date ("Remittance Report"), in the form of a disk or such other electronic method as to which the Securities Administrator, the HELOC Servicer, the HELOC Subservicer and HELOC Back-Up Servicer shall agree. Such report shall detail the payments and collections in respect of the HELOC Mortgage Loans for each of the categories of deposit specified in Section 3.06(d) and each of the categories of withdrawal specified in Section 3.07(a). In addition, the report shall detail amounts for each of the categories specified in the preceding sentence that are to be included in interest collections and principal collections for the related Payment Date. The Remittance Report and any written information supplemental thereto shall include such information with respect to the HELOC Mortgage Loans that is reasonably available to the HELOC Servicer or HELOC Subservicer and that is required by the Securities Administrator for purposes of making the calculations and providing the reports referred to in the Indenture.

The determination by the HELOC Servicer or HELOC Subservicer of such amounts shall, in absence of obvious error, be presumptively deemed to be correct for all purposes hereunder and the Indenture Trustee and the Securities Administrator shall be protected in

30

relying upon the same without any independent check or verification. The Indenture Trustee and the Securities Administrator shall have no obligation to recompute, recalculate or verify any information provided to it by the HELOC Servicer.

Section 4.02    Reserved.

Section 4.03    Reserved.

Section 4.04    Reserved.

Section 4.05    Reserved.

Section 4.06    Annual Certification.    For so long as the HELOC Mortgage Loans are being back-up serviced by the HELOC Back-Up Servicer, by March 15th of each year (or if not a Business Day, the immediately preceding Business Day), or at any other time upon thirty (30) days written request, an officer of the HELOC Servicer shall execute and deliver an Officer's Certificate to the HELOC Back-Up Servicer and the Depositor for the benefit of such HELOC Back-Up Servicer and the Depositor and their officers, directors and affiliates in the form of Exhibit C-1.

31

ARTICLE V
THE HELOC SERVICER

Section 5.01    <u>Liability of the HELOC Servicer</u>.  The HELOC Servicer shall be liable in accordance herewith only to the extent of the obligations specifically imposed upon and undertaken by the HELOC Servicer herein.

Section 5.02    <u>Merger or Consolidation of or Assumption of the Obligations of the HELOC Servicer</u>.  Any corporation into which the HELOC Servicer may be merged or converted or with which it may be consolidated, or any corporation resulting from any merger, conversion or consolidation to which the HELOC Servicer shall be a party, or any corporation succeeding to the business of the HELOC Servicer, shall be the successor of the HELOC Servicer hereunder, without the execution or filing of any paper or any further act on the part of any of the parties hereto, anything herein to the contrary notwithstanding; <u>provided</u>, <u>however</u>, that the successor or surviving Person to the HELOC Servicer shall be qualified to sell mortgage loans to and service mortgage loans for Fannie Mae or Freddie Mac.

The HELOC Servicer may assign its rights and delegate its duties and obligations under this HELOC Servicing Agreement; <u>provided</u>, that the Person accepting such assignment or delegation (which may include Bank of America, N.A. or any affiliate of Bank of America, N.A.) shall be a Person which is qualified to service mortgage loans on behalf of Fannie Mae or Freddie Mac, and (except in the case of Bank of America, N.A. or any affiliate of Bank of America, N.A.) is reasonably satisfactory to the HELOC Back-Up Servicer, is willing to service the HELOC Mortgage Loans and executes and delivers to the HELOC Back-Up Servicer, the Issuer and the Indenture Trustee an agreement, in form and substance reasonably satisfactory to the HELOC Back-Up Servicer, which contains an assumption by such Person of the due and punctual performance and observance of each covenant and condition to be performed or observed by the HELOC Servicer under this HELOC Servicing Agreement; <u>provided</u>, <u>further</u>, that each Rating Agency's rating, without regard to the Policy, of the applicable Grantor Trust Certificates or the Class II-A Notes in effect immediately prior to such assignment and delegation will not be qualified, reduced, or withdrawn as a result of such assignment and delegation (as evidenced by a letter to such effect from each Rating Agency) or considered to be below investment grade, and provided further that, at any time that the Grantor Trust Certificates or the Class II-A Notes remain outstanding and no Servicing Default shall have occurred and be continuing, such assignment and delegation shall not be made without prior written consent from the Insurer.

Section 5.03    <u>Limitation on Liability of the HELOC Servicer and Others</u>.  The HELOC Servicer shall immediately notify the Indenture Trustee if a claim is made by a third party with respect to this Agreement or the HELOC Mortgage Loans, assume the defense of any such claim and pay all expenses in connection therewith, including counsel fees, and promptly pay, discharge and satisfy any judgment or decree which may be entered in respect of such claim. The HELOC Servicer agrees that it will not enter into the settlement of any such claim without the consent of the Insurer. The HELOC Servicer also agrees that it will not enter into the settlement of any such claim if such settlement would materially and adversely affect the interests of the Noteholders. The HELOC Servicer shall be entitled to reimbursement of any such costs and expenses from

32

funds in the Collection Account, unless such claim relates to a matter for which the HELOC Servicer is required to indemnify the Issuer, the Indenture Trustee or the HELOC Back-Up Servicer pursuant to Section 5.06.    Neither the HELOC Servicer nor any of the directors or officers or employees or agents of the HELOC Servicer shall be under any liability to the HELOC Back-Up Servicer, the Issuer and the Indenture Trustee for any action taken or for refraining from the taking of any action in good faith pursuant to this HELOC Servicing Agreement, provided, however, that this provision shall not protect the HELOC Servicer or any such Person against any liability which would otherwise be imposed by reason of its willful misfeasance, bad faith or gross negligence in the performance of its duties hereunder or by reason of its reckless disregard of its obligations and duties hereunder. The HELOC Servicer and any director or officer or employee or agent of the HELOC Servicer may rely in good faith on any document of any kind prima facie properly executed and submitted by any Person respecting any matters arising hereunder.    The HELOC Servicer's right to indemnity or reimbursement pursuant to this Section 5.03 shall survive any resignation or termination of the HELOC Servicer pursuant to Sections 5.04 or 6.01 with respect to any losses, expenses, costs or liabilities arising prior to such resignation or termination (or arising from events that occurred prior to such resignation or termination).

Section 5.04    HELOC Servicer Not to Resign.    Subject to the provisions of Section 5.02, the HELOC Servicer shall not resign from the obligations and duties hereby imposed on it except (i) upon determination that the performance of its obligations or duties hereunder are no longer permissible under applicable law (any such determination permitting the resignation of the HELOC Servicer shall be evidenced by an Opinion of Counsel to such effect delivered to the HELOC Back-Up Servicer) or (ii) upon satisfaction of the following conditions: the HELOC Servicer has proposed a successor servicer to the HELOC Back-Up Servicer in writing and such proposed successor servicer is reasonably acceptable to the HELOC Back-Up Servicer; provided, however, that no such resignation by the HELOC Servicer shall become effective until such successor servicer shall have assumed the HELOC Servicer's responsibilities and obligations hereunder or another successor HELOC Servicer has been appointed in accordance with Section 6.02 and has accepted such appointment. Any such resignation shall not relieve the HELOC Servicer of responsibility for any of the obligations specified in Sections 6.01 and 6.02 as obligations that survive the resignation or termination of the HELOC Servicer. The HELOC Servicer shall have no claim (whether by subrogation or otherwise) or other action against any Noteholder for any amounts paid by the HELOC Servicer pursuant to any provision of this HELOC Servicing Agreement.

Section 5.05    Delegation of Duties.    In the ordinary course of business, the HELOC Servicer at any time may delegate any of its duties hereunder to any Person, including any of its Affiliates, who agrees to conduct such duties in accordance with standards comparable to those with which the HELOC Servicer complies pursuant to Section 3.01. Such delegation shall not relieve the HELOC Servicer of its liabilities and responsibilities with respect to such duties and shall not constitute a resignation within the meaning of Section 5.04.

Section 5.06    Indemnification.    (a) The HELOC Servicer agrees to indemnify each of the HELOC Back-Up Servicer, the Issuer and the Indenture Trustee for and to hold each of the HELOC Back-Up Servicer, the Issuer and the Indenture Trustee harmless against, any claim, tax, penalty, loss, liability or expense of any kind whatsoever, incurred without negligence or willful

33

misconduct on its part, arising out of, or in connection with, the failure by the HELOC Servicer to perform its duties in compliance with this HELOC Servicing Agreement. In addition to the indemnification set forth in the previous sentence, the HELOC Servicer shall indemnify and hold each of the HELOC Back-Up Servicer, the Issuer and the Indenture Trustee harmless from and against any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments, and any other costs, fees and expenses resulting from or related to any act or omission to act of any prior servicer, owner or originator of a HELOC Mortgage Loan or Mortgaged Property (or any other Person) prior to the transfer of servicing to the HELOC Back-Up Servicer in accordance with Section 6.02 hereunder, provided that:

(i)     with respect to any such claim, the HELOC Back-Up Servicer, the Indenture Trustee or the Issuer, as applicable, shall have given the HELOC Servicer written notice thereof promptly after the HELOC Back-Up Servicer, the Issuer or the Indenture Trustee, as applicable, shall have actual knowledge thereof, it being understood that failure to give such notice shall not relieve the HELOC Servicer of its indemnification obligations hereunder;

(ii)     while maintaining control over its own defense, the HELOC Back-Up Servicer, the Issuer or the Indenture Trustee, as applicable, shall cooperate and consult fully with the HELOC Servicer in preparing such defense; and

(iii)     notwithstanding anything in this HELOC Servicing Agreement to the contrary, the HELOC Servicer shall not be liable for settlement of any claim by the HELOC Back-Up Servicer, the Issuer or the Indenture Trustee, as applicable, entered into without the prior consent of the HELOC Servicer, which consent shall not be unreasonably withheld.

(b)     The HELOC Servicer agrees to indemnify the Owner Trustee and the Indenture Trustee for, and to hold the Owner Trustee and the Indenture Trustee, harmless against, any claim, tax, penalty, loss, liability or expense of any kind whatsoever, in connection with their respective duties under any of the Basic Documents, except to the extent that such claim, tax, penalty, loss liability or expense is (i) caused by the Owner Trustee's or the Indenture Trustee's, as the case may be, own willful misconduct, gross negligence or bad faith or grossly negligent failure to act or (ii) incurred as a result of the inaccuracy of any representation or warranty contained in Section 6.03 of the Trust Agreement expressly made by the Owner Trustee or the Indenture Trustee, as the case may be.

(c)     No termination of this HELOC Servicing Agreement or the resignation or removal of the HELOC Servicer shall affect the obligations created by this Section 5.06 of the HELOC Servicer to indemnify the HELOC Back-Up Servicer, the Issuer and the Indenture Trustee under the conditions and to the extent set forth herein. This section shall survive the termination of this HELOC Servicing Agreement and the resignation or removal of the HELOC Servicer and the Indenture Trustee. Any amounts to be paid by the HELOC Servicer pursuant to this Subsection may not be paid from the Trust Estate.

Section 5.07     Duties of the HELOC Servicer With Respect to the Indenture.   (a) The HELOC Servicer shall take all appropriate action that is the duty of the Issuer to take with respect to the following matters under the Indenture (references are to sections of the Indenture):

34

(i)  causing the preparation of the Notes (for execution by the Owner Trustee) upon their initial issuance and causing the preparation of an Issuer Request (for execution by the Owner Trustee) for delivery to the Indenture Trustee regarding authentication of the Notes (Section 2.02);

(ii)  causing the preparation of an Issuer Request and Officer's Certificate (and executing the same on behalf of the Issuer) and the obtaining of an Opinion of Counsel and Independent Certificates, if necessary, for the release of the Collateral (Section 8.05);

(iii)  causing the preparation of Issuer Requests (and executing the same on behalf of the Issuer) and the obtaining of Opinions of Counsel with respect to the execution of supplemental indentures;

(iv)  causing the preparation and obtaining or filing of the instruments, opinions and certificates and other documents required for the release of collateral (Sections 8.05 and 10.01);

(v)  the delivery of notice to the Indenture Trustee and the Rating Agencies of each Event of Default under the Indenture (Section 5.01);

(vi)  annual delivery of Opinions of Counsel, in accordance with Section 3.07 of the Indenture, as to the Trust Estate, and the annual delivery and execution of the Officers' Certificate (Section 3.15);

(vii)  causing the preparation and execution of an Officer's Certificate and the obtaining of the Opinion of Counsel and the Independent Certificate relating thereto with respect to any request by the Issuer to the Indenture Trustee to take any action under the Indenture (Sections 4.10 and 10.01);

(viii)  obtaining and preserving the Issuer's qualification to do business in each jurisdiction in which such qualification is or shall be necessary to protect the validity and enforceability of the Indenture, the Notes, the HELOC Mortgage Loans and each other instrument and agreement included in the Trust Estate (Section 3.04).

(b)  In addition to the duties of the HELOC Servicer set forth above, the HELOC Servicer shall prepare for execution by the Issuer or shall cause the preparation by other appropriate persons of all such documents, reports, filings, instruments, certificates and opinions as it shall be the duty of the Issuer to prepare, file or deliver pursuant to the Basic Documents, and at the request of the Owner Trustee or the Indenture Trustee (it being understood that in no event is the Indenture Trustee obligated to make such request or give such direction) shall take all appropriate action that it is the duty of the Issuer to take pursuant to the Basic Documents. In accordance with the directions of the Owner Trustee or Indenture Trustee (it being understood that in no event is the Indenture Trustee obligated to make such request or give such direction), the HELOC Servicer shall administer, perform or supervise the performance of such other activities in connection with the Collateral (including the Basic Documents) as are not covered by any of the foregoing provisions and as are expressly requested by the Owner Trustee or the Indenture Trustee (it being understood that in no event is the Indenture Trustee obligated to make

such request or give such direction) and are reasonably within the capability of the HELOC Servicer.

Section 5.08     Patriot Act.

In order to, and to the extent necessary to, comply with its duties under the USA Patriot Act of 2001, the Indenture Trustee shall obtain and verify certain information and documentation from the other parties to this Agreement, which such parties shall provide upon request, including, but not limited to, each such party's name, address and other identifying information.

ARTICLE VI
DEFAULT

Section 6.01    <u>Servicing Default</u>.    If any one of the following events (each, a "Servicing Default") shall occur and be continuing:

(i)    Any failure by the HELOC Servicer to deposit in the Collection Account or Securities Administrator Collection Account any deposit required to be made under the terms of this HELOC Servicing Agreement which continues unremedied for a period of one (1) Business Day after the date upon which written notice of such failure shall have been given to the HELOC Servicer by the Securities Administrator, the HELOC Back-Up Servicer or the Insurer; or

(ii)    Failure on the part of the HELOC Servicer duly to observe or perform in any material respect any representation or warranty of the HELOC Servicer or any other covenants or agreements of the HELOC Servicer (including the making of Servicing Advances) set forth in this HELOC Servicing Agreement, which failure, in each case, materially and adversely affects the interests of the Class II-A Noteholders and which continues unremedied for a period of 30 days after the date on which written notice of such failure, requiring the same to be remedied, and stating that such notice is a "Notice of Default" hereunder, shall have been given to the HELOC Servicer by the Indenture Trustee, the HELOC Back-Up Servicer or the Insurer; or

(iii)    The entry against the HELOC Servicer of a decree or order by a court or agency or supervisory authority having jurisdiction in the premises for appointment of a trustee, conservator, receiver or liquidator in any insolvency, conservatorship, receivership, readjustment of debt, marshaling of assets and liabilities or similar proceedings, or for the winding up or liquidation of its affairs, and the continuance of any such decree or order unstayed and in effect for a period of 60 consecutive days; or

(iv)    The HELOC Servicer shall voluntarily go into liquidation, consent to the appointment of a conservator, receiver, liquidator or similar person in any insolvency, readjustment of debt, marshaling of assets and liabilities or similar proceedings of or relating to the HELOC Servicer or of or relating to all or substantially all of its property, or a decree or order of a court, agency or supervisory authority having jurisdiction in the premises for the appointment of a conservator, receiver, liquidator or similar person in any insolvency, readjustment of debt, marshaling of assets and liabilities or similar proceedings, or for the winding-up or liquidation of its affairs, shall have been entered against the HELOC Servicer and such decree or order shall have remained in force undischarged, unbonded or unstayed for a period of 60 days; or the HELOC Servicer shall admit in writing its inability to pay its debts generally as they become due, file a petition to take advantage of any applicable insolvency or reorganization statute, make an assignment for the benefit of its creditors or voluntarily suspend payment of its obligations;

then, and in every such case, so long as a Servicing Default shall not have been remedied by the HELOC Servicer, the Indenture Trustee or the HELOC Back-Up Servicer may, or the Indenture

37

Trustee at the written direction of the holders of 51% of the aggregate Note Principal Balance shall by notice then given to the HELOC Servicer, terminate all of the rights and obligations of the HELOC Servicer as servicer under this HELOC Servicing Agreement other than its right to receive servicing compensation and expenses for servicing the HELOC Mortgage Loans hereunder during any period prior to the date of such termination and the HELOC Back-Up Servicer may exercise any and all other remedies available at law or equity. Any such notice to the HELOC Servicer shall also be given to each Rating Agency, the Insurer, the Company and the Issuer. On or after the receipt by the HELOC Servicer of such written notice, all authority and power of the HELOC Servicer under this HELOC Servicing Agreement, whether with respect to the Class II-A Notes or the HELOC Mortgage Loans or otherwise, shall pass to and be vested in the HELOC Back-Up Servicer, pursuant to and under this Section 6.01; and, without limitation, the HELOC Back-Up Servicer is hereby authorized and empowered to execute and deliver, on behalf of the HELOC Servicer, as attorney-in-fact or otherwise, any and all documents and other instruments, and to do or accomplish all other acts or things necessary or appropriate to effect the purposes of such notice of termination, whether to complete the transfer and endorsement of each HELOC Mortgage Loan and related documents, or otherwise. Notwithstanding the foregoing, the parties hereto and the Securityholders by their acceptance of any Security, acknowledge and agree that there will be a period of transition before actual servicing functions can be fully transferred to the HELOC Back-Up Servicer, as successor HELOC Servicer, or to a successor HELOC Servicer appointed by the HELOC Back-Up Servicer pursuant to the provisions hereof, provided, that the HELOC Back-Up Servicer shall use its reasonable best efforts to succeed to actual servicing functions or find a successor HELOC Servicer as promptly as possible. The HELOC Servicer agrees to cooperate with the HELOC Back-Up Servicer in effecting the termination of the responsibilities and rights of the HELOC Servicer hereunder, including, without limitation, the transfer to the HELOC Back-Up Servicer or the successor HELOC Servicer for administration by it of (i) the property and amounts which are then or should be part of the Trust Estate or which thereafter become part of the Trust Estate; (ii) originals or copies of all documents of the HELOC Servicer reasonably requested by the HELOC Back-Up Servicer to enable it to assume the HELOC Servicer's duties thereunder and under the HELOC Subservicing Agreements; (iii) the rights and obligations of the HELOC Servicer under the HELOC Subservicing Agreements with respect to the HELOC Mortgage Loans; (iv) all cash amounts which shall at the time be deposited by the HELOC Servicer or should have been deposited to the Collection Account or the Securities Administrator Collection Account or thereafter be received with respect to the HELOC Mortgage Loans; and (v) all costs or expenses associated with the complete transfer of all servicing data and the completion, correction or manipulation of such servicing data as may be required by the HELOC Back-Up Servicer or any successor HELOC Servicer to correct any errors or insufficiencies in the servicing data or otherwise to enable the HELOC Back-Up Servicer or successor HELOC Servicer to service the HELOC Mortgage Loans properly and effectively. All reasonable costs and expenses (including, but not limited to, attorneys' fees and disbursements) incurred by the HELOC Back-Up Servicer or a successor HELOC Servicer in connection with its succession as HELOC Servicer, or the Indenture Trustee in accordance with such succession (as provided below), including amending this HELOC Servicing Agreement to reflect such succession as HELOC Servicer pursuant to this Section 6.01 shall be paid by the predecessor HELOC Servicer (or if the predecessor HELOC Servicer is the HELOC Back-Up Servicer, the initial HELOC Servicer) upon presentation of reasonable documentation of such costs and expenses. In

connection therewith, the Indenture Trustee shall establish a single reserve fund (the "Reserve Fund") into which the Depositor shall deposit on the Closing Date the amount of $372,920 to be held in trust for the benefit of each of the HELOC Back-Up Servicer, the RMBS Master Servicer and the Indenture Trustee, and others described in the definition of Servicing Transition Expenses in the Indenture. Funds on deposit in the Reserve Fund shall be used to pay the costs and expenses incurred by the HELOC Back-Up Servicer in connection with its succession as HELOC Servicer in the event of a Servicing Default by the HELOC Servicer pursuant to this Section 6.01, or to pay the costs and expenses incurred by the RMBS Master Servicer in connection with its succession as RMBS Servicer in the event of a Servicing Default by the RMBS Servicer pursuant to Section 6.01 of the RMBS Servicing Agreement, and to pay the costs and expenses incurred by the Indenture Trustee in connection with any such succession by the HELOC Back-Up Servicer or RMBS Master Servicer, respectively, to the HELOC Servicer or RMBS Servicer, and to pay other Servicing Transition Expenses that may arise. At the end of each Calendar Quarter, to the extent funds remain available in the Reserve Fund (subject to payments and releases already made hereunder or under any other Servicing Agreement or Series 2005-4C Servicing Agreement) the Indenture Trustee shall release from the Reserve Fund and pay to the Seller an amount equal to $30 times each Mortgage Loan which was released from the Trust Estate during such Calendar Quarter as calculated by the Securities Administrator and provided to the Indenture Trustee. In the event that amounts contained in the Reserve Fund are insufficient to reimburse the HELOC Back-Up Servicer or the RMBS Master Servicer in accordance with this Section 6.01, then any remaining amounts required to be paid to the HELOC Back-Up Servicer or the RMBS Master Servicer in accordance with this Section 6.01 shall be payable from the Trust Estate. If in any instance the Indenture Trustee receives one or more claims or requests for payment of any Servicing Transition Expenses which exceed in the aggregate the remaining amount of funds available in the Reserve Fund, it shall be entitled to allocate such available funds to the payment of such claims or requests (whether in whole or in part), in such order, or among the same in such proportions, as it deems reasonable or appropriate. The Reserve Fund shall no longer be maintained if the HELOC Subservicer is rated "SQ2-" or better by Moody's on any date as certified by the HELOC Servicer to the Indenture Trustee, the RMBS Master Servicer, the HELOC Back-Up Servicer and the Securities Administrator. The costs and expenses incurred by the Indenture Trustee in connection with any such succession by the HELOC Back-Up Servicer or the RMBS Master Servicer, respectively, to the HELOC Servicer or RMBS Servicer, as applicable, shall be reimbursed in the first instance from the Reserve Fund. In the event that amounts contained in the Reserve Fund that are insufficient to reimburse the Indenture Trustee in accordance with this Section 6.01, then any remaining amounts required to be paid to the Indenture Trustee in accordance with this Section 6.01 shall be payable by the terminated HELOC Servicer or terminated RMBS Servicer, as applicable, and in the event the Indenture Trustee is unable to collect any such amounts from the terminated HELOC Servicer or terminated RMBS Servicer, as applicable, then any remaining amounts shall be payable from the Trust Estate.

Amounts on deposit in the Reserve Fund will be invested by the Indenture Trustee in Eligible Investments at the direction of the Seller, and investment income thereon will be for the benefit of the Seller. The Indenture Trustee shall notify the Seller of the amount of any losses incurred with respect to any such investments. The amount of any such losses shall be deposited in the Reserve Account by the Seller out of its own funds immediately as realized. On each

Payment Date, the Indenture Trustee will withdraw from the Reserve Fund any investment income on amounts on deposit in the Reserve Fund and make payment to the Seller.

The Trustee or its affiliates are permitted to receive additional compensation that could be deemed to be in the Trustee's economic self-interest for (i) serving as investment adviser, administrator, shareholder, servicing agent, custodian or sub-custodian with respect to certain of the Eligible Investments, (ii) using affiliates to effect transactions in certain Eligible Investments and (iii) effecting transactions in certain Eligible Investments. Such compensation is not payable or reimbursable under this Agreement. The Trustee shall have no obligation to invest or reinvest any funds held in the Reserve Fund in the absence of timely written direction and shall not be liable for the selection of investments or for investment losses incurred thereon.

Notwithstanding any termination of the activities of the HELOC Servicer hereunder, the HELOC Servicer shall be entitled to receive, out of any late collection of a payment on a HELOC Mortgage Loan which was due prior to the notice terminating the HELOC Servicer's rights and obligations hereunder and received after such notice, that portion to which the HELOC Servicer would have been entitled pursuant to Sections 3.07 and 3.15 as well as its HELOC Servicing Fee in respect thereof, and any other amounts payable to the HELOC Servicer hereunder the entitlement to which arose prior to the termination of its activities hereunder.

The HELOC Servicer shall immediately notify the HELOC Back-Up Servicer in writing of any Servicing Default.

In addition, upon the occurrence of any HELOC Servicer Termination Event and upon the direction of the Insurer in connection therewith, the HELOC Back-Up Servicer shall terminate the rights and responsibilities of the HELOC Servicer hereunder and shall appoint a successor HELOC Servicer in accordance with the provisions of this Section 6.02; provided, however, that the foregoing provision shall not apply in the event that the HELOC Subservicer is rated "SQ2-" or better by Moody's on any date, or in the event of the appointment of the HELOC Back-Up Servicer or other successor as successor HELOC Servicer in accordance with Section 6.02 hereof, the HELOC Servicer Termination Event shall not apply.

Section 6.02    HELOC Back-Up Servicer to Act; Appointment of Successor.    (a)  As promptly as possible following the time the HELOC Servicer sends a notice pursuant to clause (i) of Section 5.04, the HELOC Back-Up Servicer, or other successor appointed in accordance with this Section 6.02, shall be the successor in all respects to the HELOC Servicer in its capacity as HELOC Servicer under this HELOC Servicing Agreement and the transactions set forth or provided for herein and shall be subject to all the responsibilities, duties and liabilities relating thereto placed on the HELOC Servicer by the terms and provisions hereof, including but not limited to the provisions of Article V. Nothing in this HELOC Servicing Agreement shall be construed to permit or require the HELOC Back-Up Servicer or any other successor HELOC Servicer to (i) be responsible or accountable for any act or omission of the predecessor HELOC Servicer, (ii) require or obligate the HELOC Back-Up Servicer, in its capacity as successor HELOC Servicer, to purchase, repurchase or substitute any HELOC Mortgage Loan, (iii) fund any losses on any Eligible Investment directed by any other HELOC Servicer, or (iv) be responsible for the representations and warranties of the HELOC Servicer, except as provided herein. As compensation therefor, the HELOC Back-Up Servicer shall be entitled to such compensation as

40

the HELOC Servicer would have been entitled to hereunder if no such notice of termination had been given. Notwithstanding above, (i) if the HELOC Back-Up Servicer is unwilling to act as successor HELOC Servicer, or (ii) if the HELOC Back-Up Servicer is legally unable so to act, the HELOC Back-Up Servicer may (in the situation described in clause (i)) or shall (in the situation described in clause (ii)) appoint or petition a court of competent jurisdiction to appoint any established housing and home finance institution, bank or other mortgage loan servicer having a net worth of not less than $10,000,000 as the successor to the HELOC Servicer hereunder in the assumption of all or any part of the responsibilities, duties or liabilities of the HELOC Servicer hereunder; provided that the appointment of any such successor HELOC Servicer will not result in the qualification, reduction or withdrawal of the ratings assigned to the Class II-A Notes, without regard to the Policy, by the Rating Agencies (as evidenced by a letter to such effect delivered by the Rating Agencies), and provided further that, at any time that the Class II-A Notes remain outstanding and no Servicing Default shall have occurred and be continuing, the appointment of any such successor HELOC Servicer shall not be made without prior written consent from the Insurer. Pending appointment of a successor to the HELOC Servicer hereunder, unless the HELOC Back-Up Servicer is prohibited by law from so acting or is unwilling to act as such, the HELOC Back-Up Servicer shall act in such capacity as hereinabove provided. In connection with such appointment and assumption, the successor shall be entitled to receive compensation out of payments on HELOC Mortgage Loans in an amount equal to the compensation which the HELOC Servicer would otherwise have received pursuant to Section 3.15 (or such lesser compensation as the HELOC Back-Up Servicer and such successor shall agree). appointment of a successor HELOC Servicer shall not affect any liability of the predecessor HELOC Servicer which may have arisen under this HELOC Servicing Agreement prior to its termination as HELOC Servicer (including, without limitation, the obligation to pay any deductible under an insurance policy pursuant to Section 3.11 or to indemnify the HELOC Back-Up Servicer pursuant to Section 5.06), nor shall any successor HELOC Servicer be liable for any acts or omissions of the predecessor HELOC Servicer or for any breach by such HELOC Servicer of any of its representations or warranties contained herein or in any related document or agreement. The HELOC Back-Up Servicer and such successor shall take such action, consistent with this HELOC Servicing Agreement, as shall be necessary to effectuate any such succession.

In connection with the termination or resignation of the HELOC Servicer hereunder, either (i) the successor HELOC Servicer, including the HELOC Back-Up Servicer if the HELOC Back-Up Servicer is acting as successor HELOC Servicer, shall represent and warrant that it is a member of MERS in good standing and shall agree to comply in all material respects with the rules and procedures of MERS in connection with the servicing of the HELOC Mortgage Loans that are registered with MERS, in which case the predecessor HELOC Servicer shall cooperate with the successor HELOC Servicer in causing MERS to revise its records to reflect the transfer of servicing to the successor HELOC Servicer as necessary under MERS' rules and regulations, or (ii) the predecessor HELOC Servicer shall cooperate with the successor HELOC Servicer in causing MERS to execute and deliver an assignment of Mortgage in recordable form to transfer the Mortgage from MERS to the Indenture Trustee and to execute and deliver such other notices, documents and other instruments as may be necessary or desirable to effect a transfer of such HELOC Mortgage Loan or servicing of such HELOC Mortgage Loan on the MERS® System to the successor HELOC Servicer. The predecessor HELOC Servicer shall file or cause to be filed any such assignment in the appropriate recording office. The predecessor HELOC Servicer shall

bear any and all fees of MERS, costs of preparing any assignments of Mortgage, and fees and costs of filing any assignments of Mortgage that may be required under this Section 6.02. To the extent these fees and costs are not paid by the HELOC Servicer and are incurred by any successor HELOC Servicer, such fees and costs will be reimbursable to the successor HELOC Servicer by the Trust. The successor HELOC Servicer shall cause such assignment to be delivered to the Indenture Trustee promptly upon receipt of the original with evidence of recording thereon or a copy certified by the public recording office in which such assignment was recorded.

(b)     Any successor, including the HELOC Back-Up Servicer, to the HELOC Servicer as servicer shall during the term of its service as servicer (i) continue to service and administer the HELOC Mortgage Loans for the benefit of the Securityholders, (ii) maintain in force a policy or policies of insurance covering errors and omissions in the performance of its obligations as HELOC Servicer hereunder and a fidelity bond in respect of its officers, employees and agents to the same extent as the HELOC Servicer is so required pursuant to Section 3.11(g).

(c)     Any successor HELOC Servicer, including the HELOC Back-Up Servicer, shall not be deemed to be in default or to have breached its duties hereunder if the predecessor HELOC Servicer shall fail to deliver any required deposit to the Collection Account or otherwise cooperate with any required servicing transfer or succession hereunder.

(d)     Notwithstanding anything else herein to the contrary, in no event shall the HELOC Back-Up Servicer be liable for any servicing fee or any differential in amount of the servicing fee paid hereunder and the amount necessary to induce any successor HELOC Servicer to act as a successor HELOC Servicer under this HELOC Servicing Agreement and the transactions set forth or provided for herein.

Section 6.03     Reserved.

Section 6.04     Waiver of Defaults.   The HELOC Back-Up Servicer, with the consent of the Insurer, may waive any default by the HELOC Servicer in the performance of its obligations hereunder and the consequences thereof, except a default in the making of or the causing to be made any required distribution. Upon any such waiver of a past default, such default shall be deemed to cease to exist, and any Servicing Default arising therefrom shall be deemed to have been timely remedied for every purpose of this HELOC Servicing Agreement. No such waiver shall extend to any subsequent or other default or impair any right consequent thereon except to the extent expressly so waived.

ARTICLE VII
MISCELLANEOUS PROVISIONS

Section 7.01    Amendment.    This HELOC Servicing Agreement may be amended from time to time by the parties hereto, provided that any amendment be accompanied by a letter from the Rating Agencies that the amendment will not result in the downgrading, qualification or withdrawal of the rating then assigned to the Class II-A Notes, without regard to the Policy, and provided further that at any time that the Class II-A Notes remain outstanding and no Servicing Default shall have occurred and be continuing, any amendment the substance of which is a change in the identity of the HELOC Servicer shall be accompanied by written consent from the Insurer.

Section 7.02    GOVERNING LAW.    THIS HELOC SERVICING AGREEMENT SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT REFERENCE TO ITS CONFLICT OF LAW PROVISIONS (EXCEPT SECTION 5-1401 OF THE GENERAL OBLIGATIONS LAW), AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES HEREUNDER SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

Section 7.03    Notices.    All demands, notices and communications hereunder shall be in writing and shall be deemed to have been duly given if when delivered to:

(a)    in the case of the HELOC Back-Up Servicer:

GMAC Mortgage Corporation
100 Witmer Road
Horsham, Pennsylvania 19044
Attention: General Counsel
Telecopier No.: (215) 682-1467

(b)    in the case of the HELOC Servicer:  American Home Mortgage Acceptance, Inc.

4600 Regent Boulevard, Suite 200
Irving, Texas 75063-2250
Attention: David Friedman

(c)    in the case of Rating Agencies: Standard & Poor's, a division of The McGraw-Hill Companies, Inc.

55 Water Street - 41st Floor
New York, New York 10041
Attention: Asset Backed Surveillance Group

Moody's Investors Service, Inc.
99 Church Street
New York, New York 10007
Attention:

43

(d)      in the case of the Owner Trustee:

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890
Attention: Corporate Trust Administration

(e)      in the case of the Issuer, to American Home Mortgage Investment Trust 2005-4A:
c/o American Home Mortgage Securities LLC

520 Broadhollow Road
Melville, New York 11747
Attention: General Counsel

(f)      in the case of the Indenture Trustee: its Corporate Trust Office

(g)      in the case of the Insurer,

Financial Guaranty Insurance Company
125 Park Avenue
New York, New York 10017
Attention: Research and Risk Management

(h)      in the case of the Securities Administrator:

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia , Maryland 21046
(or, in the case of overnight deliveries, 9062 Old Annapolis Road, Columbia, Maryland
21045) (Attention: Corporate Trust Services - AHMIT 2005-4A), facsimile no.: (410)
715-2380, or such other address as may hereafter be furnished to the other parties hereto
in writing;)

or, as to each party, at such other address as shall be designated by such party in a written notice
to each other party. Any notice required or permitted to be mailed to a Noteholder shall be given
by first class mail, postage prepaid, at the address of such Noteholder as shown in the Note
Register. Any notice so mailed within the time prescribed in this HELOC Servicing Agreement
shall be conclusively presumed to have been duly given, whether or not the Noteholder receives
such notice. Any notice or other document required to be delivered or mailed by the HELOC
Back-Up Servicer to the Rating Agencies shall be given on a reasonable efforts basis and only as
a matter of courtesy and accommodation and the HELOC Back-Up Servicer shall have no
liability for failure to deliver such notice or document to the Rating Agencies.

The HELOC Servicer shall designate a Person who shall be available to the Insurer to
provide reasonable access to information regarding the HELOC Mortgage Loans.

44

Section 7.04    <u>Severability of Provisions</u>.    If any one or more of the covenants, agreements, provisions or terms of this HELOC Servicing Agreement shall be for any reason whatsoever held invalid, then such covenants, agreements, provisions or terms shall be deemed severable from the remaining covenants, agreements, provisions or terms of this HELOC Servicing Agreement and shall in no way affect the validity or enforceability of the other provisions of this HELOC Servicing Agreement or of the Class II-A Notes or the rights of the Class II-A Noteholders thereof.

Section 7.05    <u>Third-Party Beneficiaries</u>.    This HELOC Servicing Agreement will inure to the benefit of and be binding upon the parties hereto, the Class II-A Noteholders, the Insurer, the Owner Trustee, the Securities Administrator and their respective successors and permitted assigns. Except as otherwise provided in this HELOC Servicing Agreement, no other Person will have any right or obligation hereunder.

Section 7.06    <u>Counterparts.</u>    This instrument may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, but all such counterparts shall together constitute but one and the same instrument.

Section 7.07    <u>Effect of Headings and Table of Contents</u>.    Article and Section headings herein and the Table of Contents are for convenience only and shall not affect the construction hereof.

Section 7.08    <u>Termination</u>.    The respective obligations and responsibilities of the HELOC Servicer and the HELOC Back-Up Servicer created hereby shall terminate upon the satisfaction and discharge of the Indenture pursuant to Section 4.10 thereof.

Section 7.09    <u>No Petition.</u>    The HELOC Servicer, by entering into this HELOC Servicing Agreement, hereby covenants and agrees that it will not at any time institute against the Issuer, or join in any institution against the Issuer, any bankruptcy proceedings under any United States federal or state bankruptcy or similar law in connection with any obligations of the Issuer. This section shall survive the satisfaction and discharge of the Indenture by one year.

Section 7.10    <u>No Recourse</u>.    The HELOC Servicer acknowledges that no recourse may be had against the Issuer, except as may be expressly set forth in this HELOC Servicing Agreement.

Section 7.11    <u>Consent to Jurisdiction</u>.    The parties to this Agreement each hereby irrevocably submits to the nonexclusive jurisdiction of any New York State or federal court sitting in the Borough of Manhattan in The City of New York in any action or proceeding arising out of or relating to this HELOC Servicing Agreement or the transactions contemplated hereby, and all such parties hereby irrevocably agree that all claims in respect of such action or proceeding may be heard and determined in such New York State or federal court and hereby irrevocably waive, to the fullest extent that they may legally do so, the defense of an inconvenient forum to the maintenance of such action or proceeding. EACH OF THE PARTIES HERETO HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY ACTION OR PROCEEDING

ARISING OUT OF OR RELATING TO THIS HELOC SERVICING AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY.

Section 7.12    Certain Terms Concerning Indenture Trustee.

The Indenture Trustee is entering into this Agreement not in its individual capacity but solely in its capacity as trustee under the Indenture and all indemnifications and protections from liability provided to the Indenture Trustee under the Indenture shall, with out limitation, extend to the Indenture Trustee hereunder.  The Indenture Trustee shall have no obligations or duties under this Agreement other than those duties expressly set forth herein as duties on its part to be performed hereunder, and no implied duties shall be read into this Agreement against the Indenture Trustee. The Indenture Trustee is not responsible for the terms of this Agreement or their sufficiency for any purpose.

IN WITNESS WHEREOF, the HELOC Back-Up Servicer, the Issuer, the Indenture Trustee, the Seller and the HELOC Servicer have caused this HELOC Servicing Agreement to be duly executed by their respective officers or representatives all as of the day and year first above written.

GMAC MORTGAGE CORPORATION

as HELOC Back-Up Servicer

By: _____
Name:  Wesley B. Howard
Title:   Vice President


AMERICAN          HOME          MORTGAGE
ACCEPTANCE, INC.
as HELOC SERVICER


By: _____
Name:
Title:


AMERICAN HOME MORTGAGE
INVESTMENT  TRUST 2005-4A, as Issuer

WILMINGTON TRUST COMPANY, not in its
individual capacity, but solely as Owner Trustee


By: _____
Name:
Title:


U.S. BANK NATIONAL ASSOCIATION, not in
its individual capacity but solely as Indenture
Trustee


By: _____
Name:
Title:


47

IN WITNESS WHEREOF, the HELOC Back-Up Servicer, the Issuer, the Indenture Trustee, the Seller and the HELOC Servicer have caused this HELOC Servicing Agreement to be duly executed by their respective officers or representatives all as of the day and year first above written.

GMAC MORTGAGE CORPORATION

as HELOC Back-Up Servicer

By:_____

Name:  Wesley B. Howard

Title:    Vice President

AMERICAN            HOME            MORTGAGE ACCEPTANCE, INC.

as HELOC SERVICER

By:_____

Name:

Title:                   Alan Horn

                 EVP, General Counsel and Secretary

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A, as Issuer

WILMINGTON TRUST COMPANY, not in its individual capacity, but solely as Owner Trustee

By:_____

Name:

Title:

U.S. BANK NATIONAL ASSOCIATION, not in its individual capacity but solely as Indenture Trustee

By:_____

Name:

Title:

47

IN WITNESS WHEREOF, the HELOC Back-Up Servicer, the Issuer, the Indenture Trustee, the Seller and the HELOC Servicer have caused this HELOC Servicing Agreement to be duly executed by their respective officers or representatives all as of the day and year first above written.

GMAC MORTGAGE CORPORATION

as HELOC Back-Up Servicer

By:_____
Name:  Wesley B. Howard
Title:   Vice President

AMERICAN            HOME            MORTGAGE
ACCEPTANCE, INC.
as HELOC SERVICER

By:_____
Name:
Title:

AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-4A, as Issuer

WILMINGTON TRUST COMPANY, not in its individual capacity, but solely as Owner Trustee

By:_____
Name:
Title:                          Joann A. Rozell
                        Assistant Vice President

U.S. BANK NATIONAL ASSOCIATION, not in its individual capacity but solely as Indenture Trustee

By:_____
Name:
Title:

47

IN WITNESS WHEREOF, the HELOC Back-Up Servicer, the Issuer, the Indenture Trustee, the Seller and the HELOC Servicer have caused this HELOC Servicing Agreement to be duly executed by their respective officers or representatives all as of the day and year first above written.

GMAC MORTGAGE CORPORATION

as HELOC Back-Up Servicer

By:_____
Name:  Wesley B. Howard
Title:   Vice President


AMERICAN          HOME          MORTGAGE
ACCEPTANCE, INC.
as HELOC SERVICER

By:_____
Name:
Title:


AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-4A, as Issuer

WILMINGTON TRUST COMPANY, not in its
individual capacity, but solely as Owner Trustee


By:_____
Name:
Title:


U.S. BANK NATIONAL ASSOCIATION, not in
its individual capacity but solely as Indenture
Trustee

By:_____
Name:   Karen R. Beard
Title:    Vice President

47

AMERICAN HOME MORTGAGE
ACCEPTANCE, INC.
as Seller

By: _____
Name:
Title:              Alan Horn
            EVP, General Counsel and Secretary

EXHIBIT A
HELOC MORTGAGE LOAN SCHEDULE
(FILED MANUALLY)


Provided Upon Request

EXHIBIT B
FORM OF REQUEST FOR RELEASE

DATE:

TO:

RE:REQUEST FOR RELEASE OF DOCUMENTS

In connection with your administration of the HELOC Mortgage Loans, we request the release of the Mortgage File described below.

HELOC Servicing Agreement ("HELOC Servicing Agreement") Dated:
Series #:
Account #:
Pool #:
Loan #:
Borrower Name(s):
Reason for Document Request: (circle one)Mortgage Loan Prepaid in Full
        Other
        Mortgage Loan Repurchased

Please        deliver        the        Mortgage        File        to

_____
_____

"We hereby certify that all amounts received or to be received in connection with such payments which are required to be deposited have been deposited in the Collection Account as provided in the HELOC Servicing Agreement."


_____
[Name of HELOC Servicer]
Authorized Signature
********************************************************************************
TO INDENTURE TRUSTEE:   Please acknowledge this request (if requested by us), and check off documents being enclosed with a copy of this form. You should retain this form for your files in accordance with the terms of the HELOC Servicing Agreement.

        Enclosed Documents: [ ]Promissory Note
        [ ]Mortgage or Deed of Trust
        [ ]Assignment(s) of Mortgage or Deed of Trust
        [ ]Title Insurance Policy
_____[ ]Other:
Name

_____
Title

_____
Date

50

EXHIBIT C-1

FORM OF CERTIFICATION TO BE PROVIDED BY THE HELOC SERVICER

Re: American Home Mortgage Investment Trust 2005-4A
Mortgage-Backed Notes, Series 2005-4A

I, [identify the certifying individual], certify that:

1.    Based on my knowledge, the information in the Annual Statement of Compliance, the Annual Independent Public Accountants' Servicing Report and all servicing reports, officer's certificates and other information relating to the servicing of the Mortgage Loans submitted to the HELOC Back-Up Servicer and the Securities Administrator taken as a whole, does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading as of the date of this certification;

2.    Based on my knowledge, the servicing information required to be provided to the HELOC Back-Up Servicer and the Securities Administrator by the HELOC Servicer under the HELOC Servicing Agreement is included in these reports;

3.    I am responsible for reviewing the activities performed by the HELOC Servicer under the HELOC Servicing Agreement and based upon the review required under the HELOC Servicing Agreement, and except as disclosed in the report, the HELOC Servicer has fulfilled its obligations under the HELOC Servicing Agreement; and

4.    I have disclosed to the Registrant's certified public accounts all significant deficiencies relating to the HELOC Servicer's compliance with the minimum servicing standards in accordance with a review conducted in compliance with the Uniform Single Attestation Program for Mortgage Bankers or similar standard as set forth in the HELOC Servicing Agreement.

Capitalized terms used but not defined herein have the meanings ascribed to them in Appendix A to the Indenture, dated as of October 7, 2005, among American Home Mortgage Investment Trust 2005-4A, as issuer, Wells Fargo Bank, N.A. as securities administrator and U.S. Bank National Association, as indenture trustee.

AMERICAN        HOME        MORTGAGE ACCEPTANCE, INC.


By:_____
Name:
Title:
Date:

51

EXHIBIT C-2

RESERVED

EXHIBIT A-4

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-4A,
as Issuer


U.S. BANK NATIONAL ASSOCIATION,
as Indenture Trustee


AMERICAN HOME MORTGAGE ACCEPTANCE, INC.
as HELOC Servicer


and


AMERICAN HOME MORTGAGE SERVICING, INC.
as HELOC Subservicer



HELOC SUBSERVICING AGREEMENT

Dated as of October 7, 2005


HELOC Mortgage Loans

American Home Mortgage Investment Trust 2005-4A

2

TABLE OF CONTENTS

Page

ARTICLE I
Definitions

Section 1.01    Definitions..................................................................................8
Section 1.02    Other Definitional Provisions. ...................................................8
Section 1.03    Interest Calculations...................................................................9

ARTICLE II
Representations and Warranties

Section 2.01    Representations and Warranties Regarding the HELOC Servicer ..............9
Section 2.02    Existence...................................................................................10
Section 2.03    Enforcement of Representations and Warranties.......................10

ARTICLE III
Administration and Servicing of HELOC Mortgage Loans

Section 3.01    HELOC Servicer to Service.....................................................12
Section 3.02    Subservicing Agreements Between HELOC Servicer and HELOC
                Subservicers .............................................................................14
Section 3.03    Successor HELOC Subservicers...............................................15
Section 3.04    Liability of the HELOC Servicer..............................................16
Section 3.05    Assumption or Termination of Subservicing Agreements by HELOC
                Back-Up Servicer......................................................................16
Section 3.06    Collection of Mortgage Loan Payments ...................................17
Section 3.07    Withdrawals from the Collection Account ................................19
Section 3.08    Collection of Taxes Assessments and Similar Items. ................21
Section 3.09    Access to Certain Documentation and Information Regarding the HELOC
                Mortgage Loans........................................................................21
Section 3.10    Reserved....................................................................................22
Section 3.11    Maintenance of Hazard Insurance and Fidelity Coverage.........22
Section 3.12    Due-on-Sale Clauses; Assumption Agreements .......................23
Section 3.13    Realization Upon Defaulted HELOC Mortgage Loans.............24
Section 3.14    Indenture Trustee to Cooperate; Release of Mortgage Files .....25
Section 3.15    Servicing Compensation...........................................................27
Section 3.16    Annual Statements of Compliance............................................27
Section 3.17    Annual Independent Public Accountants' Servicing Report .....27
Section 3.18    Optional Purchase of Defaulted Mortgage Loans.....................28
Section 3.19    Information Required by the Internal Revenue Service Generally and
                Reports of Foreclosures and Abandonments of Mortgaged Property........28
Section 3.20    Fair Credit Reporting Act .........................................................29
Section 3.21    Reserved....................................................................................29

3

Section 3.22          Transfers of HELOC Mortgage Loans at Election of the Seller ................29

ARTICLE IV
Servicing Certificate

Section 4.01          Remittance Reports ................................................................................30
Section 4.02          Reserved ................................................................................................31
Section 4.03          Reserved ................................................................................................31
Section 4.04          Reserved ................................................................................................31
Section 4.05          Reserved ................................................................................................31
Section 4.06          Annual Certification .............................................................................31

ARTICLE V
The HELOC Servicer

Section 5.01          Liability of the HELOC Servicer ........................................................32
Section 5.02          Merger or Consolidation of or Assumption of the Obligations of the
                      HELOC Servicer ..................................................................................32
Section 5.03          Limitation on Liability of the HELOC Servicer and Others ...............32
Section 5.04          HELOC Servicer Not to Resign ...........................................................33
Section 5.05          Delegation of Duties ............................................................................33
Section 5.06          Indemnification ....................................................................................33
Section 5.07          Duties of the HELOC Servicer With Respect to the Indenture ...........34
Section 5.08          Patriot Act ............................................................................................34

ARTICLE VI
Default

Section 6.01          Servicing Default .................................................................................37
Section 6.02          HELOC Back-Up Servicer to Act; Appointment of Successor ...........40
Section 6.03          Reserved ................................................................................................42
Section 6.04          Waiver of Defaults ...............................................................................42

ARTICLE VII
Miscellaneous Provisions

Section 7.01          Amendment ...........................................................................................43
Section 7.02          GOVERNING LAW ............................................................................43
Section 7.03          Notices ..................................................................................................43
Section 7.04          Severability of Provisions ....................................................................45
Section 7.05          Third-Party Beneficiaries .....................................................................45
Section 7.06          Counterparts ..........................................................................................45
Section 7.07          Effect of Headings and Table of Contents ...........................................45
Section 7.08          Termination ...........................................................................................45
Section 7.09          No Petition ............................................................................................45
Section 7.10          No Recourse ..........................................................................................45

4

Section 7.11        Consent to Jurisdiction...............................................................................45

EXHIBIT A - HELOC MORTGAGE LOAN SCHEDULE ...................................................... A-1

EXHIBIT B - FORM OF REQUEST FOR RELEASE............................................................B-1

EXHIBIT C-1 - FORM OF CERTIFICATION TO BE PROVIDED BY
      THE HELOC SERVICER ...............................................................................................C-1

EXHIBIT C-2 - RESERVED.................................................................................................C-2

This HELOC Servicing Agreement, dated as of October 7, 2005, among GMAC Mortgage Corporation, as HELOC Back-Up Servicer ("HELOC Back-Up Servicer"), American Home Mortgage Investment Trust 2005-4A, as Issuer (the Issuer"), American Home Mortgage Acceptance, Inc. as Seller (the "Seller"), U.S. Bank National Association, as Indenture Trustee (the "Indenture Trustee") and American Home Mortgage Acceptance, Inc., as HELOC Servicer ("HELOC Servicer").

## WITNESSETH THAT:

WHEREAS, pursuant to the terms of the Mortgage Loan Purchase Agreement, Bear Stearns Asset Backed Securities I LLC (the "Company" or "Depositor") will acquire the Mortgage Loans;

WHEREAS, the Company will create American Home Mortgage Investment Trust 2005-4A, a Delaware statutory trust (the "Issuer"), and will transfer the Mortgage Loans to the Issuer;

WHEREAS, pursuant to the terms of an Amended and Restated Trust Agreement dated as of October 7, 2005 ("Trust Agreement") among the Company, as depositor, Wilmington Trust Company, as owner trustee ("Owner Trustee") and Wells Fargo Bank, N.A., as securities administrator (the "Securities Administrator"), the Company will convey the Mortgage Loans to the Issuer in exchange for the Certificates (as defined below);

WHEREAS, pursuant to the terms of the Trust Agreement, the Issuer will issue and transfer to or at the direction of the Depositor, the Trust Certificates, 2005-4A ("Certificates");

WHEREAS, pursuant to the terms of an Indenture dated as of October 7, 2005 ("Indenture") among the Issuer, the Securities Administrator and the Indenture Trustee, the Issuer will pledge the Mortgage Loans and issue and transfer to or at the direction of the Purchaser the Mortgage-Backed Notes, Series 2005-4A, Class I-A-1, Class I-A-2, Class I-A-3, Class II-A, Class I-M-1, Class I-M-2, Class I-M-3, Class I-M-4, Class I-M-5 and Class I-M-6 Notes;

WHEREAS, pursuant to the terms of the HELOC Back-Up Servicing Agreement, the HELOC Back-Up Servicer will back-up service the HELOC Mortgage Loans set forth on the HELOC Mortgage Loan Schedule for the benefit of the holders of the Class II-A Notes, the Issuer, the Insurer and the Indenture Trustee; and

WHEREAS, pursuant to the terms of this HELOC Servicing Agreement, the HELOC Servicer shall service the HELOC Mortgage Loans for the benefit of the HELOC Back-Up Servicer, the Issuer, the Indenture Trustee, the Insurer and the holders of the Class II-A Notes;

NOW, THEREFORE, in consideration of the mutual covenants herein contained, the parties hereto agree as follows:

## ARTICLE I
## DEFINITIONS

Section 1.01    <u>Definitions</u>.    For all purposes of this HELOC Servicing Agreement, except as otherwise expressly provided herein or unless the context otherwise requires, capitalized terms not otherwise defined herein shall have the meanings assigned to such terms in the Definitions contained in Appendix A to the Indenture which is incorporated by reference herein. All other capitalized terms used herein shall have the meanings specified herein.

Section 1.02    Other Definitional Provisions.

(a)    All terms defined in this HELOC Servicing Agreement shall have the defined meanings when used in any certificate or other document made or delivered pursuant hereto unless otherwise defined therein.

(b)    As used in this HELOC Servicing Agreement and in any certificate or other document made or delivered pursuant hereto or thereto, accounting terms not defined in this HELOC Servicing Agreement or in any such certificate or other document, and accounting terms partly defined in this HELOC Servicing Agreement or in any such certificate or other document, to the extent not defined, shall have the respective meanings given to them under generally accepted accounting principles. To the extent that the definitions of accounting terms in this HELOC Servicing Agreement or in any such certificate or other document are inconsistent with the meanings of such terms under generally accepted accounting principles, the definitions contained in this HELOC Servicing Agreement or in any such certificate or other document shall control.

(c)    The words "hereof," "herein," "hereunder" and words of similar import when used in this HELOC Servicing Agreement shall refer to this HELOC Servicing Agreement as a whole and not to any particular provision of this HELOC Servicing Agreement; Section and Exhibit references contained in this HELOC Servicing Agreement are references to Sections and Exhibits in or to this HELOC Servicing Agreement unless otherwise specified; and the term "including" shall mean "including without limitation".

(d)    The definitions contained in this HELOC Servicing Agreement are applicable to the singular as well as the plural forms of such terms and to the masculine as well as the feminine and neuter genders of such terms.

(e)    Any agreement, instrument or statute defined or referred to herein or in any instrument or certificate delivered in connection herewith means such agreement, instrument or statute as from time to time amended, modified or supplemented and includes (in the case of agreements or instruments) references to all attachments thereto and instruments incorporated therein; references to a Person are also to its permitted successors and assigns.

Section 1.03    Interest Calculations.    All calculations of interest hereunder that are made in respect of the Stated Principal Balance of a HELOC Mortgage Loan shall be made on the basis of a 365/366 day year and the actual number of days elapsed.

ARTICLE II

REPRESENTATIONS AND WARRANTIES

Section 2.01    Representations and Warranties Regarding the HELOC Servicer.    The HELOC Servicer represents and warrants to the HELOC Back-Up Servicer, the Issuer, the Indenture Trustee and the Insurer, that:

(i)    The HELOC Servicer is a corporation duly organized, validly existing and in good standing under the laws of the State of Maryland and has the corporate power to own its assets and to transact the business in which it is currently engaged. The HELOC Servicer is duly qualified to do business and is in good standing in each jurisdiction in which the character of the business transacted by it or properties owned or leased by it requires such qualification and in which the failure to so qualify would have a material adverse effect on the business, properties, assets, or condition (financial or other) of the HELOC Servicer or the validity or enforceability of the HELOC Mortgage Loans;

(ii)    The HELOC Servicer has the power and authority to make, execute, deliver and perform this HELOC Servicing Agreement and all of the transactions contemplated under this HELOC Servicing Agreement, and has taken all necessary corporate action to authorize the execution, delivery and performance of this HELOC Servicing Agreement. When executed and delivered, this HELOC Servicing Agreement will constitute the legal, valid and binding obligation of the HELOC Servicer enforceable in accordance with its terms, except as enforcement of such terms may be limited by bankruptcy, insolvency or similar laws affecting the enforcement of creditors' rights generally and by availability of equitable remedies;

(iii)    The HELOC Servicer is not required to obtain the consent of any other Person or any consent, license, approval or authorization from, or registration or declaration with, any governmental authority, bureau or agency in connection with the execution, delivery, performance, validity or enforceability of this HELOC Servicing Agreement, except for such consent, license, approval or authorization, or registration or declaration, as shall have been obtained or filed, as the case may be;

(iv)    The execution and delivery of this HELOC Servicing Agreement and the performance of the transactions contemplated hereby by the HELOC Servicer will not violate any provision of any existing law or regulation or any order or decree of any court applicable to the HELOC Servicer or any provision of the charter or bylaws of the HELOC Servicer, or constitute a material breach of any mortgage, indenture, contract or other agreement to which the HELOC Servicer is a party or by which the HELOC Servicer may be bound;

(v)    No litigation or administrative proceeding of or before any court, tribunal or governmental body is currently pending (other than litigation with respect to which pleadings or documents have been filed with a court, but not served on the HELOC Servicer), or to the knowledge of the HELOC Servicer threatened, against the HELOC Servicer or any of its

9

properties or with respect to this HELOC Servicing Agreement or the Class II-A Notes or the Certificates which, to the knowledge of the HELOC Servicer, has a reasonable likelihood of resulting in a material adverse effect on the transactions contemplated by this HELOC Servicing Agreement; and

(vi)    The HELOC Servicer is a member of MERS in good standing, and will comply in all material respects with the rules and procedures of MERS in connection with the servicing of the HELOC Mortgage Loans that are registered with MERS.

The foregoing representations and warranties shall survive any termination of the HELOC Servicer hereunder.

Section 2.02    Existence.    The Issuer will keep in full effect its existence, rights and franchises as a statutory trust under the laws of the State of Delaware (unless it becomes, or any successor Issuer hereunder is or becomes, organized under the laws of any other state or of the United States of America, in which case the Issuer will keep in full effect its existence, rights and franchises under the laws of such other jurisdiction) and will obtain and preserve its qualification to do business in each jurisdiction in which such qualification is or shall be necessary to protect the validity and enforceability of this HELOC Servicing Agreement.

Section 2.03    Enforcement of Representations and Warranties.    The Indenture Trustee, as pledgee of the Mortgage Loans shall enforce the representations and warranties and related obligations for breaches thereof of the Seller pursuant to the Mortgage Loan Purchase Agreement. Upon the discovery by the Seller, the HELOC Servicer, the Indenture Trustee, the Insurer or the Company of a breach of any of the representations and warranties made in the Mortgage Loan Purchase Agreement in respect of any HELOC Mortgage Loan which materially and adversely affects the interests of the Class II-A Noteholders, the Insurer or the Certificateholders, the party discovering the same shall give prompt written notice to the other parties. The Indenture Trustee shall promptly notify the Seller and request that, pursuant to the terms of the Mortgage Loan Purchase Agreement, the Seller either (i) cure such breach in all material respects or (ii) purchase such HELOC Mortgage Loan, in accordance with the Mortgage Loan Purchase Agreement; provided that the Seller shall, subject to the conditions set forth in the Mortgage Loan Purchase Agreement, have the option to substitute an Eligible Substitute Mortgage Loan or Eligible Substitute Mortgage Loans for such HELOC Mortgage Loan upon delivery of an Officer's Certificate to the Indenture Trustee stating that such Eligible Substitute Mortgage Loan satisfies the definition of Eligible Substitute Mortgage Loan set forth in Appendix A to the Indenture and that the Substitution Adjustment Amount, if any, has been deposited into the Collection Account. Monthly Payments due with respect to Eligible Substitute Mortgage Loans in the month of substitution shall not be part of the Trust Estate and will be retained by the HELOC Servicer and remitted by the HELOC Servicer to the Seller on the next succeeding Payment Date. For the month of substitution, distributions to the Securities Administrator Collection Account pursuant to this Agreement will include the Monthly Payment due on a Deleted Mortgage Loan for such month and thereafter the Seller shall be entitled to retain all amounts received in respect of such Deleted Mortgage Loan. The HELOC Servicer shall amend or cause to be amended the HELOC Mortgage Loan Schedule to reflect the removal of such Deleted Mortgage Loan and the substitution of the related Eligible Substitute Mortgage Loan and the HELOC Servicer shall

10

promptly deliver the amended HELOC Mortgage Loan Schedule to the HELOC Back-Up Servicer, the Securities Administrator, Owner Trustee, the Insurer and Indenture Trustee.

In connection with the substitution of one or more Eligible Substitute Mortgage Loans for one or more Deleted Mortgage Loans, the HELOC Servicer will determine the amount (such amount, a "Substitution Adjustment Amount"), if any, by which the aggregate Stated Principal Balance of all such Eligible Substitute Mortgage Loans as of the date of substitution is less than the aggregate principal balance of all such Deleted Mortgage Loans (after application of the principal portion of the Monthly Payments due on such Deleted Mortgage Loans in the month of substitution). The Seller shall pay the Substitution Adjustment Amount to the HELOC Servicer and the HELOC Servicer shall deposit such Substitution Adjustment Amount into the Collection Account upon receipt.

ARTICLE III
ADMINISTRATION AND SERVICING OF HELOC MORTGAGE LOANS

Section 3.01    HELOC Servicer to Service.    (a)  The HELOC Servicer shall service, or take such actions as are necessary to ensure, the servicing and administration of the HELOC Mortgage Loans and any REO Property in accordance with this HELOC Servicing Agreement and its normal servicing practices, which generally shall conform to the standards of an institution prudently servicing home equity line of credit mortgage loans for its own account and shall have full authority to do anything it reasonably deems appropriate or desirable in connection with such servicing and administration. The HELOC Servicer may perform its responsibilities relating to servicing through other agents or independent contractors, but shall not thereby be released from any of its responsibilities for the servicing and administration of the HELOC Mortgage Loans. The authority of the HELOC Servicer, in its capacity as HELOC Servicer, and any HELOC Subservicer acting on its behalf, shall include, without limitation, the power on behalf of the Issuer and the Indenture Trustee to (i) consult with and advise any HELOC Subservicer regarding administration of a related HELOC Mortgage Loan, (ii) approve any recommendation by a HELOC Subservicer to foreclose on a related HELOC Mortgage Loan, (iii) supervise the filing and collection of insurance claims and take or cause to be taken such actions on behalf of the insured Person thereunder as shall be reasonably necessary to prevent the denial of coverage thereunder, and (iv) effectuate foreclosure or other conversion of the ownership of the Mortgaged Property securing a related HELOC Mortgage Loan, including the employment of attorneys, the institution of legal proceedings, the collection of deficiency judgments, acceptance of compromise proposals and any other matter pertaining to a delinquent HELOC Mortgage Loan. The authority of the HELOC Servicer shall include, in addition, the power to (i) execute and deliver customary consents or waivers and other instruments and documents, (ii) consent to transfer of any related Mortgaged Property and assumptions of the related Mortgage Notes (in the manner provided in this HELOC Servicing Agreement) and (iii) collect any Insurance Proceeds and Liquidation Proceeds. Without limiting the generality of the foregoing, the HELOC Servicer and any HELOC Subservicer acting on its behalf may, and is hereby authorized, and empowered by the Indenture Trustee, to execute and deliver any instruments of satisfaction, cancellation, partial or full release, discharge and all other comparable instruments, with respect to the related HELOC Mortgage Loans, the insurance policies and accounts related thereto, and the Mortgaged Properties. The HELOC Servicer may exercise this power in its own name or in the name of a HELOC Subservicer.

Notwithstanding the foregoing or anything else to the contrary in this HELOC Servicing Agreement, for so long as a Servicing Default or HELOC Servicer Termination Event is not in effect as provided in Section 6.01 herein, the responsibilities of the HELOC Back-Up Servicer shall be limited to review of the reports provided by the HELOC Servicer in connection with the creation of the Remittance Reports required of the HELOC Servicer pursuant to Section 4.01 of this HELOC Servicing Agreement and the HELOC Back-Up Servicer's obligations under Sections 3.01, 4.02, 4.03 and 4.04 of the HELOC Back-Up Servicing Agreement.

The relationship of the HELOC Servicer (and of any successor to the HELOC Servicer under this Agreement) to the HELOC Back-Up Servicer and the other parties hereto under this

12

Agreement is intended by the parties to be that of an independent contractor and not that of a joint venturer, partner or agent; provided, however, that the HELOC Servicer is authorized and empowered by the Indenture Trustee, in its own name or in the name of any HELOC Subservicer, when the HELOC Servicer or such HELOC Subservicer, as the case may be, believes it is appropriate in its best judgment to register any HELOC Mortgage Loan on the MERS® System, or cause the removal from the registration of any HELOC Mortgage Loan on the MERS® System, to execute and deliver, on behalf of the Indenture Trustee, any and all instruments of assignment and other comparable instruments with respect to such assignment and re-recording of a Mortgage in the name of MERS, solely as nominee for the Indenture Trustee and its successors and assigns. Any expenses incurred in connection with the actions described in the preceding sentence shall be borne by the HELOC Servicer in accordance with Section 3.15, with no right of reimbursement; provided, that if, as a result of MERS discontinuing or becoming unable to continue operations in connection with the MERS System, it becomes necessary to remove any HELOC Mortgage Loan from registration on the MERS System and to arrange for the assignment of the related Mortgages to the Indenture Trustee, then any related expenses shall be reimbursable to the HELOC Servicer from the Trust Estate.

(b)    With respect to each HELOC Mortgage Loan, consistent with the terms of this HELOC Servicing Agreement, the HELOC Servicer may consent to the placing of a lien senior to that of the Mortgage on the related Mortgaged Property; provided,

(i)    the Combined Loan-to-Value Ratio, which may be based on a new appraisal, of the related HELOC Mortgage Loan immediately following the modification is not greater than the Combined Loan-to-Value Ratio of such HELOC Mortgage Loan as of the date such HELOC Mortgage Loan was originated; or

(ii)    in the case of any such action that would result in an increase in the Combined Loan-to-Value Ratio over the Combined Loan-to-Value Ratio as of the date such HELOC Mortgage Loan was originated, the aggregate number of HELOC Mortgage Loans with respect to which a new senior lien is consented to by the HELOC Servicer does not exceed 5% of the number of HELOC Mortgage Loans as of the Cut-off Date or 30% of aggregate Stated Principal Balance of the HELOC Mortgage Loans as of such date, and the Combined Loan-to-Value Ratio after giving effect to the modification does not exceed 100%.

(c)    The HELOC Servicer or the related HELOC Subservicer, as the case may be, shall be entitled to (A) execute assumption agreements, substitution agreements, and instruments of satisfaction or cancellation or of full release or discharge, or any other document contemplated by this HELOC Servicing Agreement and other comparable instruments with respect to the HELOC Mortgage Loans and with respect to the Mortgaged Properties subject to the Mortgages (and the Indenture Trustee shall promptly execute or cause to be executed any such documents on request of the HELOC Servicer and prepared by it) and (B) approve the granting of an easement thereon in favor of another Person, any alteration or demolition of the related Mortgaged Property or other similar matters, if it has determined, exercising its good faith business judgment in the same manner as it would if it were the owner of the related HELOC Mortgage Loan, that the security for, and the timely and full collectability of, such HELOC Mortgage Loan would not be adversely affected thereby. An assumption pursuant to this Section 3.01 is permitted solely if the creditworthiness of the prospective purchaser of a Mortgaged

13