**Exhibit D**

[see attached proposed order]

4849-3370-1890.4

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et. al., | ) ) | Case No. 07-11047-CSS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER GRANTING MOTION OF FINANCIAL GUARANTY INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion dated November 29, 2007 (the "Motion") of Financial Guaranty Insurance Company ("FGIC") for an order pursuant to Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") modifying the automatic stay to permit the termination and transition of rights and responsibilities of each of American Home Mortgage Servicing, Inc. ("AHM Servicing") and American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), as servicers and subservicer under the HELOC Servicing Agreements (as defined in the Motion); and the Court having jurisdiction over this proceeding; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified to permit FGIC, GMAC Mortgage, LLC as successor by merger to GMAC Mortgage Corporation ("GMAC") and the parties to the HELOC Servicing Agreements to take any and all actions necessary to terminate AHM Servicing and AHM Acceptance as

4849-3370-1890.4

servicers and subservicer of the HELOC Mortgage Loans (as defined in the Motion) under the HELOC Servicing Agreements; and

**IT IS FURTHER ORDERED** that each of the above-captioned Debtors, including AHM Servicing and AHM Acceptance, are hereby authorized and directed to (a) transfer to GMAC all documents, files, records and data related to the HELOC Mortgage Loans, (b) cooperate in connection with transitioning the servicing function from AHM Servicing and AHM Acceptance to GMAC, including sending "goodbye" letters to borrowers under HELOC Mortgage Loans directing all future collections on the HELOC Mortgage Loans to GMAC, (c) provide FGIC an accounting of all amounts collected on account of the HELOC Mortgage Loans, (d) pay all costs and expenses related to the transition of the servicing to GMAC, and (e) otherwise comply with the HELOC Servicing Agreements in transitioning the servicing of the HELOC Mortgage Loans to GMAC.

DATED: December ___, 2007

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge
