## CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Of Financial Guaranty Insurance Company For Relief From The Automatic Stay**, was caused to be made on November 29, 2007, in the manner indicated upon the entities identified on the attached service list.

Date:  November 29, 2007

_Donna L. Culver_
Donna L. Culver (No. 2983)

1323842.1