# SERVICE LIST

**BY HAND DELIVERY**

Charles J. Brown, III, Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE  19899

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE  19801

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street
Suite 702
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE  19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

William F. Taylor, Esq.
McCarter & English, LLP
Rennaisance Center
405 N. King Street, 8th Floor
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE  19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 No. Market Street
17th Floor
Wilmington, DE  19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19899

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

| | |
|---|---|
| Joseph O'Neil, Esquire<br>Reed Smith LLP<br>1201 No. Market Street<br>Suite 1500<br>Wilmington, DE  19801 | Attn: Corporate Trust Department -<br>Baylis Trust VIII<br>Wells Fargo Bank, N.A.<br>919 No. Market Street<br>Suite 700<br>Wilmington, DE  19801 |
| Mark D. Collins, Esq.<br>John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | Attn: Corporate Capital Markets<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 |
| Russell C. Silberglied, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | Attn: Corporate Capital Markets - AHM<br>Capital Trust I<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 |
| Patrick J. Reilley, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P. O. Box 1266<br>Wilmington, DE  19899 | Todd C. Schiltz, Esq.<br>Wolf Block Schorr & Solis-Cohen LLP<br>1100 N. Market Street, #1001<br>Wilmington, DE  19801 |
| Eric M. Davis, Esq.<br>Jason M. Liberi, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE  19899-0636 | Steven K. Kortanek, Esquire<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801 |
| Neil B. Glassman, Esq.<br>Charlene D. Davis, Esq.<br>Eric M. Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Pauline K. Morgan, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>17th Floor<br>1000 West Street<br>Wilmington, DE  19899 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Joel A. Waite, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 |
| Ellen W. Slights, Esquire<br>Assistant United States Attorney<br>U.S. Attorneys Office<br>1007 Orange Street<br>Suite 700<br>P.O. Box 2046<br>Wilmington, DE  19899 | **BY INTERNATIONAL MAIL**<br><br>Bear Stearns Bank plc<br>Attn: Jerome Schneider/Patrick Phelan<br>Investment Manager of Liquid Funding, Ltd.<br>Block 8, Harcourt Centre<br>3rd Floor<br>Charlotte Way, Dublin 2<br>IRELAND |

Attn: Legal Department
Deutsche Bank
Taunusanlage 12
60262 Frankfurt,
GERMANY

Attn: Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12,
BERMUDA

**BY FIRST CLASS U.S. MAIL**

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Jacob A. Brown, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL  32202

Zachary Mosner, Esq.
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Street
Suite 2000
Seattle, WA  98104-3188

Lee J. Mondshein, Esq.
Attorney for Hauppauge Woodlands
Associates
7600 Jericho Turnpike
Woodbury, NY  11797

Attention: Officer, General or Managing
Agent
Bank of America
901 Main Street
66th Fl.
Dallas, TX  75202

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
01 Main Street
66th Floor
Dallas, TX  75202

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas
17th Floor
New York, NY  10036

Attention: Anthea Del Bianco
Bank of America
Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street
5th Floor
San Francisco, CA  94103

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY  11201

Jonathan Winnick, Esquire
Bernstein Shur
100 Middle Street
Portland, ME  04104

Jonathan Alter, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional
Corporation
333 Market Street
25th Floor
San Francisco, CA  94105-2126

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC  20004

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street
19th Floor
New York, NY  10013

Attn: Peter Steinmetz  
Citigroup Global Markets Realty Corp  
390 Greenwich Street  
6th Floor  
New York, NY  10013  

Erica Ryland, Esq.  
Corrine Ball, Esq.; I. Lewis Grimm, Esq.  
Jones Day  
222 East 41st Street  
New York, NY  10017  

Country Wide Capital  
20 N. Amnia Blvd  
Lake Havasu City, AZ  86403  

Attn: Officer, General or Managing Agent  
Credit Suisse  
Eleven Madison Avenue  
New York, NY  10010  

John Philip, Esq.  
Crislip Philip & Asso.  
4515 Poplar Avenue  
Suite 322  
Memphis, TN  38117  

Joseph Cioffi, Esq.  
Miles Baum, Esq.  
Davis & Gilbert LLP  
1740 Broadway  
New York, NY  10019  

Attn: Repo Desk, 3rd Floor  
Deutsche Bank  
60 Wall Street  
New York, NY  10005  

Attn: Officer, General or Managing Agent  
EMC  
383 Madison Avenue  
New York, NY  10018  

Louis L. Benza, Esq.  
Associate Counsel  
Empire Blue Cross Blue Shield  
15 Metro Tech Center South  
6th Floor  
Brooklyn, NY  11201  

Peter McGonigle  
Fannie Mae  
1835 Market Street  
Suite 2300  
Philadelphia, PA  19103  

Attn: Officer, General or Managing Agent  
FNMA  
3900 Wisconsin Ave., NW  
Washington, DC  20016  

James M. Liston, Esq.  
Frank F. McGinn, Esq.  
Bartlett Hackett Feinberg, PC  
155 Federal Street, 9th Floor  
Boston, MA  02110  

George Kielman, Esquire  
Freddie Mac  
8200 Jones Brance Drive  
MS 202  
McLean, VA  22102  

James L. Hardy  
Galaxy Associates, LLC  
1220 Ensenada Avenue  
Laguna Beach, CA  92651  

Samuel B. Garber  
Assistant General Counsel  
General Growth Management, Inc.  
110 N. Wacker  
Chicago, IL  60606  

Attn: Officer, General or Managing Agent  
GMAC  
5730 Glenridge Dr. NE  
Atlanta, GA  30328  

Attn: Officer, General or Managing Agent  
GMAC  
2849 Pace Ferry Road  
Suite 640  
Atlanta, GA  30339-6201  

Attn: Legal  
Greenwich Capital Financial Products  
600 Steamboat Road  
Greenwich, CT  06830  

Attn: Mortgage Finance  
Greenwich Capital Financial Products  
600 Steamboat Road  
Greenwich, CT  06830  

Mark S. Indelicato, Esquire  
Mark T. Power, Esquire  
Hahn & Hessen, LLP  
488 Madison Avenue  
15th Floor  
New York, NY  10022

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Richard P. Norton
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY  10166-0136

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA  31210

Attn: Client Administration
Impac Funding Corporation
19500 Jamboree Road
Irvine, CA  92612-2401

Flora Garcia
Imperial County Treasurer - Tax Collector
940 West Main Street
Suite 106
El Centro, CA  92243

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA  91107

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD  21202

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Catherine Steeg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH  44114

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Attn: Baylis Trust V and Madassir Mohamed
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust I
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust II
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust IV
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Officer, General or Managing Agent
JP Morgan Chase
194 Wood Avenue South
Floor 3
Iselin, NJ  08830

Margot B. Schonholtz, Esquire  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022  

Scott D. Talmadge, Esquire  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022  

Richardo I. Kilpatrick, Esq.  
Kilpatric & Associates, PC  
903 North Opdyke Road  
Suite C  
Auburn Hills, MI  48326  

Lisa G. LauKitis, Esquire  
Joshua Sussberg, Esquire  
Paul Basta, Esquire  
Kirkland & Ellis  
Citigroup Center  
153 East 53rd Street  
New York, NY  10022  

Richard Miller, Esquire  
Robert Honeywell, Esquire  
Kirkpatrick & Lockhart Preston Gates Ellis LLP  
599 Lexington Avenue  
New York, NY  10022  

Bruce A. Wilson, Esquire  
Kutak Rock LLP  
1650 Farnam Street  
Omaha, NE  68102  

Mark A. Broude, Esq.  
John W. Weiss, Esq.  
David Stewart, Esq.  
Latham & Watkins LLP  
885 Third Avenue  
Suite 1000  
New York, NY  10022  

Andrew Silverstein, Esquire  
Laurie Binder, Esq.  
Seward & Kissel  
One Battery Park Plaza  
New York, NY  10004  

John Ashmead, Esq.  
Laurie Binder, Esq.  
Seward & Kissel  
One Battery Park Plaza  
New York, NY  10004  

Andrea Sheehan, Esquire  
Law Offices of Robert E. Luna, P.C.  
4411 North Central Expressway  
Dallas, TX  75205  

Attn: Robert Guglielmo, Senior Vice President  
Lehman Brothers  
745 Seventh Avenue  
28th Floor  
New York, NY  10019  

David G. Aelvoet, Esq.  
Linebarder Goggan Blair & Sampson, LLP  
711 Navarro  
Suite 300  
San Antonio, TX  78205  

Elizabeth Weller, Esquire  
Linebarger Goggan Blair Pena & Sampson LLP  
2323 Bryan Street  
Suite 1600  
Dallas, TX  75201  

Enid M. Colson, Esq.  
Liner Yankelevitz Sunshine & Regenstreif LLP  
1100 Glendon Avenue  
14th Floor  
Los Angeles, CA  90024  

Thomas H. Grace, Esquire  
W. Steven Bryant, Esquire  
Locke Liddell & Sapp  
3400 JP Morgan Chase Tower  
600 Travis Street  
Suite 3400  
Houston, TX  77002  

Vincent A. D'Agostino, Esquire  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  07068  

Attn: Officer, General or Managing Agent  
Luminent Mortgage Capital  
Suite 1350  
101 California Street  
San Francisco, CA  94111  

Leo T. Crowley, Esq.  
Margot Erlich, Esq.  
Pillsbury Winthrop LLP  
1540 Broadway  
New York, NY  10036

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10022-3596

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY  10017

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA  90017

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY  10022

Rebecca L. Booth, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921

Attn: Chief Legal Officer
Transaction Management Group
Morgan Stanley
1585 Broadway
New York, NY  10036

Michael S. Margolf
Moss Codilis LLP
6560 Greenwood Plaza Blvd.
Suite 100
Englewood, CA  80111

Joseph F. Falcone III, Esq.
Director,, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY  10019

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY  10022

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Attn: NCCI Legal
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B
18th Floor
New York, NY  10281

Attn: Dante LaRocca, Managing Director
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B
21st Floor
New York, NY  10281

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center
Plaza Five
Suite 1600
Jersey City, NJ  07311

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA  90067

William P. Weintraub, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017

Douglas R. Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Lisa C. McLaughlin, Esq.
Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE  19806

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of the Americas
18th Floor
New York, NY  10018

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Lella Amiss E. Pape, Esq.
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA  22182

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY  11556

Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street
Third Floor
Las Vegas, NV  89101

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY  11753

Eric J. Gorman, Esq.
Felicia G. Perlman, Esq.
Justin L. Heather, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606

Michael B. Reynolds, Esq.
Joe Coleman, Esq.
Eric S. Pezold, Esq.
Snell & Wilmer LLP
600 Anton Boulevard
Suite 1400
Costa Mesa, CA  92626

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Attn: Tony D. Atkins
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
23rd Floor
Atlanta, GA  30308

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
36th Floor
Atlanta, GA  30308

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW
Room 10002
Washington, DC  20005

UBS
1285 Avenue of the Americas
New York, NY  10019

UBS
1251 Avenue of The Americas
New York, NY  10019

Shawn B. Rediger
W2007 Seattle Office Bellefield Office
Park Realty, LLC
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101

Attn: Officer, General or Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX  77027

David H. Zielke, Esquire
Vice President and Assistant General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA  98101

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Attn: Officer, General or Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA  94104

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

Stuart Finestone, Esq.
Finestone & Morris, LLP
3340 Peachtree Road, NE
Suite 2540
Tower Place
Atlanta, GA  30326

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Road
Suite 150
Morristown, NJ  07960

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

Carol E. Momjian, Esq.
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Plymouth Park Tax Services LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road
Suite 150
Morristown, NJ  07960

Christine A. Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV  89129

Martha E. Romero, Esq.
Romero Law Firm
BMR Professional Building
Whittier, CA  90601

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

James D. Heaney, President
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY  10017

Tina Moss, Esquire
Pryor Cashman LLP
410 Park Avenue
New York, NY  10022-4441

Andrea L. Niedermeyer, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Craig J. Ziady, Esq.
Cummings Properties LLC
200 West Cummings Park
Woburn, MA  01801

PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road
Suite 150
Morristown, NJ  07960

Hilary B. Bonial, Esq.
Brice Vander Linden & Wernick, PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

Stuart Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087