

# FGIC

Financial Guaranty Insurance Company
125 Park Avenue
New York, NY 10017
T 212-312-3000
F 212-312-3093

November 12, 2007

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, CA 92705
Attn: Trust Administration AH0501

      Re:    American Home Mortgage Investment Trust 2005-1 (the "Trust")

Ladies and Gentlemen:

      Reference is made to the Indenture and the Insurance Agreement set forth on Exhibit A hereto relating to the above referenced Trust (the "Transaction Documents"). Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to such terms found in the Insurance Agreement.

      On August 6, 2007, American Home Mortgage Servicing, Inc. ("AHM Servicing"), together with certain affiliates, filed Chapter 11 bankruptcy in the District of Delaware (the "Bankruptcy"). AHM Servicing acted as the HELOC Servicer for the Trust.

      Financial Guaranty Insurance Company ("FGIC") acts as the Insurer for the Class IX-A Notes issued by the Trust. Section 3.07(a) of the Indenture provides that FGIC shall be reimbursed from the flow of funds for any amounts owed to FGIC pursuant to the Insurance Agreement, including but not limited to fees and expenses of counsel incurred by FGIC in connection with the Bankruptcy. Under Section 3.03(c) of the Insurance Agreement, FGIC is entitled to be paid:

> [A]ny and all charges, fees, costs and expenses that [FGIC] may reasonably pay or incur, including reasonable attorneys' and accountants' fees and expenses, in connection with (i) the enforcement, defense or preservation of any rights in respect of any of the Operative Documents, including defending, monitoring or participating in any litigation of proceeding (including any insolvency proceeding in respect of any Transaction participant of any affiliate thereof) relating to any of the Operative Documents, any party to any of the Operative Documents (in its capacity as such a party) or the Transaction . . . .

Section 10.16 of the Amended and Restated Trust Agreement similarly provides that all such enforcement costs are reimbursable to FGIC. Under Section 3.06 of the Insurance Agreement, the Trust is jointly and severally liable for all amounts due and payable to FGIC.

4816-8599-1937.4

*Exhibit A*

# FGIC

      Section 3.05 of the Insurance Agreement provides that presentment by FGIC of a voucher or other evidence of payment is deemed prima facie evidence of the propriety thereof and the liability therefor to FGIC.

      FGIC has incurred fees, costs and expenses identified in Exhibit B hereto in the aggregate amount of $227,740.36 for the period August 1, 2007 to October 31, 2007 and such amounts are properly reimbursable under the Transaction Documents (the foregoing, the "Reimbursement Amount"). FGIC hereby requests reimbursement of the Reimbursement Amount as set forth above.

      Please promptly remit the Reimbursement Amount to FGIC via wire transfer pursuant to the remittance instructions below:

**Wire Transfer Remit To:**

| | |
|---|---|
| Correspondent Bank: | JP Morgan Chase Bank, New York |
| Fed ABA No: | 021000021 |
| Beneficiary A/C No: | 904951839 |
| Beneficiary A/C Name: | FGIC Concentration |
| REF: | American Home Bankruptcy |

      Please contact the undersigned at (212) 312-3366 with any questions or additional requirements.

FINANCIAL GUARANTY INSURANCE
COMPANY, as Insurer

By: _____
Stephen Holliday

4816-8599-1937.4



EXHIBIT A

American Home Mortgage Investment Trust 2005-1

Indenture dated as of March 23, 2005 (the "Indenture") between American Home Mortgage Investment Trust 2005-1, Issuer, Wells Fargo Bank, N.A., Securities Administrator, and Deutsche Bank National Trust Company, Indenture Trustee.

Insurance and Indemnity Agreement dated as of March 23, 2005 (the "Insurance Agreement") among Financial Guaranty Insurance Company, as Insurer, American Home Mortgage Servicing, Inc., as HELOC Servicer, American Home Mortgage Acceptance, Inc., as Seller, American Home Mortgage Securities, LLC, as Depositor, American Home Mortgage Investment Trust 2005-1, as Issuer, American Home Mortgage Investment Corp., GMAC Mortgage Corporation, as HELOC Back-Up Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.



EXHIBIT B

[See attached paragraph bills of Kutak Rock LLP
and Morris, Nichols, Arsht & Tunnell LLP]

## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donna L. Culver
302 351 9208
302 425 4672 Fax
dculver@mnat.com

November 9, 2007

**BY E-MAIL**

Jeffrey Kert, Director, Sr. Counsel
Structured Finance
125 Park Avenue
New York, NY 10017

   Re: <u>Financial Guaranty Insurance Company</u>

Dear Jeff:

   Enclosed is our statement for professional services rendered through October 31, 2007 in the referenced matter. If the statement is in order, I would be grateful if you would place it in course for payment.

          Sincerely yours,

          *Donna*

          Donna L. Culver

DLC/mch
Enclosure

# Morris, Nichols, Arsht & Tunnell LLP

P.O. Box 1347  
Wilmington, DE 19899-1347

Telephone (302) 658-9200  
Fed. I.D. No. 51-0081771

Financial Guaranty Insurance Co.  
Jeffrey Kert, Director, Sr. Counsel  
Structured Finance  
125 Park Avenue  
New York, NY 10017

Invoice No. 850014  
Client No. 11900  
Matter No. 60309

November 9, 2007

FOR PROFESSIONAL SERVICES RENDERED and disbursements made from August 7, 2007 through October 31, 2007 as counsel to Financial Guaranty Insurance Company in connection with the American Home Mortgage bankruptcy including review of sale motion and related documents, filing objections, analysis of legal issues, attending depositions and attending sale hearings

$    86,924.99

DLC

# KUTAK ROCK LLP

**OMAHA, NEBRASKA**
Telephone (402) 346-6000
Facsimile (402) 346-1148

Federal ID 47-0597598

November 9, 2007

Check Remit To:
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

Wire Transfer Remit To:
ABA # 104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Invoice No. 1215012
Client Matter No.: 1299301-003

Mr. Jeffrey Kert
Financial Guaranty Insurance Company
125 Park Avenue
New York, NY 10017

---

Re:   American Home Mortgage

For professional legal services rendered through October 31, 2007
as counsel to Financial Guaranty Insurance Company in
connection with American Home Mortgage bankruptcy,
review of American Home Mortgage sale
motion and related documents, filing objections
and analysis of related issues:

TOTAL DUE THIS STATEMENT:                                $140,815.37

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT