# EXHIBIT A

# FEATHERSTONE PETRIE DeSISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3397

CitiMortgage, Inc.  
Citigroup Global Legal Administration  
Attention: Legal Billing Compliance  
3800 Citigroup Center, A3 – 24  
Tampa, Florida 33610

October 14, 2007

Re:  *American Home Mortgage v. CitiMortgage, Inc.*
     Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
     FPD #144-0023

| | |
|---|---:|
| Fees for legal services for the month ending August 31, 2007 (summarized below) | $ 6,571.50 |
| Disbursements for the month ending August 31, 2007 (detail attached) | 16.53 |
| TOTAL | $ 6,588.03 |
| Previous Balance | 0.00 |
| **PLEASE PAY THIS AMOUNT** | **$ 6,588.03** |

*Please make your check payable to:*
**FEATHERSTONE PETRIE DeSISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3471

CitiMortgage, Inc.                                                              October 24, 2007
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 – 24
Tampa, Florida 33610

---

Re:   *American Home Mortgage v. CitiMortgage, Inc.*
      Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
      FPD #144-0023

| | |
|---|---:|
| Fees for legal services for the month ending September 30, 2007 (summarized below)............................................................................ | $  7,059.00 |
| Disbursements for the month ending September 30, 2007 (detail attached) ......................................................................................... | 100.10 |
| TOTAL.................................................................................................. | $  7,159.10 |
| Previous Balance................................................................................ | 6,588.03 |
| **PLEASE PAY THIS AMOUNT** ........................................................ | **$ 13,747.13** |

---

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3512

CitiMortgage, Inc.                                                November 20, 2007
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 – 24
Tampa, Florida 33610

---

Re:   *American Home Mortgage v. CitiMortgage, Inc.*
      Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
      FPD #144-0023

| | |
|---|---:|
| Fees for legal services for the month ending October 31, 2007 (summarized below) | $ 12,574.50 |
| Disbursements for the month ending October 31, 2007 (detail attached) | 7.08 |
| **PLEASE PAY THIS AMOUNT** | **$ 12,581.58** |

---

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

CitiMortgage, Inc.  
Citigroup Global Legal Administration  
Attention: Legal Billing Compliance  
3800 Citigroup Center, A3 - 24  
Tampa, FL 33610

October 10, 2007  
Invoice No. 307751

| | |
|---|---|
| Matter Name: | American Home Mortgage Investment Corp. Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.) |
| Matter Number: | 112908-0002 |
| Attorney: | Brett D. Fallon |
| Case Number: | |

| | |
|---|---:|
| For Professional Services through August 31, 2007 (details attached) | $4,218.00 |
| For Disbursements through August 31, 2007 (details attached) | $511.30 |
| Total Services and Disbursements this period | $4,729.30 |
| Balance Due | $4,729.30 |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

| | |
|---|---|
| CitiMortgage, Inc.<br>Citigroup Global Legal Administration<br>Attention: Legal Billing Compliance<br>3800 Citigroup Center, A3 - 24<br>Tampa, FL 33610 | November 21, 2007<br>Invoice No. 309126 |

Matter Name: American Home Mortgage Investment Corp.
Citi Matter #2007-CON-CLG-003471
(Lawrence J. Kettenbach, Jr.)
Matter Number: 112908-0002
Attorney: Brett D. Fallon
Case Number:

| | |
|---|---:|
| For Professional Services through October 31, 2007 (details attached) | $82,794.50 |
| For Disbursements through October 31, 2007 (details attached) | $1,479.66 |
| **Total Services and Disbursements this period** | $84,274.16 |
| Previous Balance | $4,729.30 |
| **Balance Due** | **$89,003.46** |