## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                              :
a Delaware corporation, et al.,[1]                           :    Jointly Administered
                                                             :
      Debtors.                                               :
                                                             :    **Objection Deadline: December 14, 2007 at 4:00 p.m. (ET)**
                                                             :    **Hearing Date: December 21, 2007 at 10:00 a.m. (ET)**

------------------------------------------------------------- x

### DEBTOR'S MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTOR AND THE CITY OF FREMONT RESOLVING CERTAIN PENDING PREPETITION LITIGATION PURSUANT TO SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019

The debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") hereby submit this motion (the "Motion") for entry of an order approving the stipulation (the "Stipulation") by and between the Debtors and the City of Fremont resolving certain prepetition litigation pursuant to sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of this Motion, the Debtors respectfully state and represent as follows:

### JURISDICTION

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief

requested are Bankruptcy Rule 9019 and sections 105(a) and 362 of the Bankruptcy Code.

## BACKGROUND[2]

2.    On August 6, 2007 (the "Petition Date") each of the Debtors filed with this

Court a voluntary petition for relief under the Bankruptcy Code. Each Debtor is continuing to

operate its business and manage its properties as a debtor-in-possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.

3.    The Debtors' cases have been consolidated for procedural purposes only

and are being jointly administered pursuant to an order of this Court.

4.    On August 14, 2007, the United States Trustee for the District of Delaware

appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or

examiner has been appointed.

5.    In the weeks prior to the Petition Date, an unprecedented disruption in the

credit markets caused major write-downs of the Debtors' loan and security portfolios and

consequently resulted in margin calls for hundreds of millions of dollars with respect to the

Debtors' loans. During this time, certain of the Debtors' warehouse lenders began to exercise

remedies against the Debtors, thereby restricting the Debtors' ability to originate loans and

threatening the company's continued viability.

6.    The Debtors' inability to originate loans and the exercise of remedies by

certain warehouse lenders against the Debtors created a severe liquidity crisis and forced the

Debtors to discontinue their retail and indirect loan origination business. As a result, on August

---

[2] A detailed description of the Debtors' businesses and related business information is set forth in the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief [D.I. 2] and is incorporated herein by reference.

3, 2007, the Debtors implemented a massive reduction in workforce, resulting in the termination of over 6,500 employees.

7.    Unfortunately, in the short time available and given the severe financial pressures facing them, the Debtors were unsuccessful in their efforts to resolve their liquidity crisis outside the bankruptcy forum and, accordingly, filed chapter 11 petitions to preserve and maximize the value of their estates through orderly sales of their assets.

## RELEVANT BACKGROUND

8.    Prepetition, AHM Servicing serviced a certain mortgage loan on a certain property known as Assessor's Parcel Number 525-0345-025-02, located at 41786 Osgood Road, Fremont, California (the "Osgood Road Parcel").[3]  As a result of a prepetition foreclosure proceeding against Darian Humphreys, who was the previous owner of the Property, AHM Servicing took title to the Property.

9.    On March 5, 2007, the City of Fremont (the "City"), pursuant to Article 1, Section 19 of the Constitution of the State of California, Section 37350.5 of the Government Code of the State of California, and Sections 1240.010 and 124.110 of the Code of Civil Procedure of the State of California, filed its Complaint in Eminent Domain, in the Superior Court of the State of California for the County of Alameda, Case No. FG 07-314159 (the "Complaint"), a copy of which is attached hereto as Exhibit A.  By the Complaint, the City seeks to acquire, in fee and for use as a public service easement, pedestrian easement and temporary construction easement, a certain portion of the Osgood Road Parcel (the "Property") (as further described in the Stipulation) to widen Osgood Road in Fremont, California.

10.    As a result of subsequent discussions between the City and the Debtors (together, the "Parties"), the Parties have reached a consensual resolution to the matter which

---

[3]  The Debtors acquired the Property as a result of a prepetition foreclosure proceeding against Darian Humphreys who was the previous owner of the Property.

provides for the payment of a Settlement Amount (as defined below), to be applied by AHM Servicing to the beneficial owner of the mortgage, as applicable

## TERMS OF THE STIPULATION[4]

11.     The Stipulation, in relevant part, provides that:

      a     a Final Order of Condemnation shall be entered with the Superior Court deeming the City the owner in fee of the Property;

      b     AHM Servicing shall be paid $47,500 (the "Settlement Amount") as just compensation for the City's acquisition of the Property;

      c     AHM Servicing shall waive and release the City and its respective agents, representatives, and employees from any and all claims for damages or compensation in any way relating to the City's acquisition of the Property, or from construction and use thereon of the project as proposed by the City;

      d     AHM Servicing shall also waive (i) any and all defenses, (ii) any claims for additional compensation, interests or cost, except as set forth in the Stipulation, (iii) a statement of decision and (iv) the right to appeal;

      e     Each party shall pay its own expert witness fees, attorneys' fees and cost not otherwise accounted for in the Stipulation.

## RELIEF REQUESTED

12.     By this Motion, pursuant to sections 105(a) and 362 of the Bankruptcy Code and Bankruptcy Rule 9019, the Debtors request entry of an order approving the Stipulation, substantially in the form attached hereto as Exhibit B.

## BASIS FOR RELIEF REQUESTED

13.     Section 105(a) of the Bankruptcy Code states, in pertinent part, that "[t]he court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title."

---

[4] This summary is solely for convenience. To the extent that the summary differs from the Stipulation, the Stipulation shall govern. All capitalized terms in this section not otherwise defined shall have the meaning ascribed to them in the Stipulation.

14. Bankruptcy Rule 9019(a) provides that "on motion by the trustee and after a hearing, the Court may approve a compromise or settlement." The settlement of time-consuming and burdensome litigation, especially in the bankruptcy context, is encouraged. See In re Penn Central Transportation Co., 596 F.2d 1102, 1113 (3d Cir. 1979) ("'administering reorganization proceedings in an economical and practical manner it will often be wise to arrange the settlement of claims . . . .'" (quoting In re Protective Committee for Independent Stockholders of TMT Ferry, Inc. v. Anderson, 390 U.S. 414, 424 (1968))). In determining the fairness and equity of a compromise in bankruptcy, the United States Court of Appeals for the Third Circuit has noted that a bankruptcy court should "apprise[] itself of all facts necessary to form an intelligent and objective opinion of the probabilities of ultimate success should the claims be litigated, and estimate[] the complexity, expense and likely duration of such litigation, and other factors relevant to a full and fair assessment of the [claims]." See In re Penn Central Transportation Co., 596 F.2d at 1153; see also In re Marvel Entertainment Group, Inc., 222 B.R. 243, 249 (D. Del. 1998) ("the ultimate inquiry [is] whether 'the compromise is fair, reasonable, and in the interest of the estate.'" (quoting, In re Louise's Inc., 211 B.R. 798, 801 (D. Del. 1997))).

15. More recently, the Third Circuit Court of Appeals enumerated the following four-factor test to be used in deciding whether a settlement should be approved: "(1) the probability of success in litigation; (2) the likely difficulties in collection; (3) the complexity of the litigation involved and the expense, inconvenience and delay necessarily attending it; and (4) the paramount interest of the creditors." In re RFE Industries, Inc., 283 F.3d 159, 165 (3d Cir. 2002) (citation omitted).

16. Pursuant to section 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition operates as a stay with respect to "the commencement or continuation,

including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case." 11 U.S.C. § 362(a)(1). However, section 362(b)(4) of the Bankruptcy Code provides that the automatic stay does not apply to a governmental unit's exercise of its "police and regulatory power, including the enforcement of a judgment other than a money judgment, obtained in an action or proceeding by the governmental unit to enforce such governmental unit's or organization's police or regulatory power." 11 U.S.C. § 362(b)(4).

17.    Courts have held, however, that the exercise of eminent domain, while conterminous with police powers, is not an exercise of police and regulatory powers which is excepted from the automatic stay pursuant to section 362(b)(4) unless the authority is being used for the purpose of pursuing actions to protect the public health or safety. See In re PMI-DVW Real Estate Holding, L.L.P., 240 B.R. 24, 31-32 (Bankr. D. Ariz. 1999); See also In re Altamirco, 56 B.R. 199, 200-01 (Bankr. C.D. Ca. 1986). Thus, to the extent that the Complaint is not an exercise of police powers and is not an exception to the automatic stay pursuant to section 362(b)(4), relief from the automatic stay must also be obtained in order to effectuate the terms of Stipulation.

18.    Approval of a proposed settlement is within the "sound discretion" of the bankruptcy court. See In re Neshaminy Office Building Associates, 62 B.R. 798, 803 (E.D. Pa. 1986). The bankruptcy court should not substitute its judgment for that of the debtor. See Id. The court is not to decide the numerous questions of law or fact raised by litigation, but rather should canvas the issues to see whether the settlement falls below the lowest point in the range of reasonableness. See In re W.T. Grant and Co., 699 F.2d 599, 608 (2d Cir. 1983), cert. denied, 464 U.S. 22 (1983).

19.    In the Debtors' judgment, the resolutions embodied in the Stipulation are reasonable and in the best interest of the Debtors, their estates, their creditors and other parties in interest.  Moreover, a review of the above-referenced factors clearly demonstrates that the terms of the Stipulation are reasonable under the circumstances.  Although the Debtors, through protracted litigation, may succeed in realizing an amount higher than the proposed Settlement Amount, the Debtors acknowledge that with the continuation of the litigation comes an increased cost to their estates along with the inherent risks associated with all litigation.

20.    Based on the foregoing reasons, the Debtors submit that the Stipulation is fair and reasonable and that approval of the Stipulation by and between the Debtors and the City and is in the best interest of the Debtors, their estates, their creditors and other parties in interest.

## NOTICE

21.    Notice of this Motion will be provided to (i) the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Agent for the Debtors' Postpetition Lender; (v) counsel to the City; (vi) AH Mortgage Acquisition Co., Inc., and (vii) all parties entitled to notice under Del. Bankr. LR 2002-1(b).

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto as Exhibit C, granting the relief requested herein and granting the Debtors such other and further relief as is just and proper.

Dated: Wilmington, Delaware  
      November 29, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Donald J. Bowman, Jr. (No. 4383)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

**Complaint**

1 | Les A. Hausrath (Bar No. 57253)
2 | Pamela Schock Mintzer (Bar No. 173114)
  | Gregory Jung (Bar No. 203350)
3 | WENDEL, ROSEN, BLACK & DEAN LLP
  | 1111 Broadway, 24th Floor
4 | Oakland, CA 94607-4036
  | Telephone: (510) 834-6600
5 | Fax: (510) 834-1928

6 | Attorneys for Plaintiff
  | City of Fremont

**ENDORSED
FILED
ALAMEDA COUNTY**

MAR 06 2007

CLERK OF THE SUPERIOR COURT
By Esther Coleman, Deputy

7

8

9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

10 | FOR THE COUNTY OF ALAMEDA

11 | CITY OF FREMONT,

12 | Plaintiff,

13 | vs.

14 | DARIAN HUMPHREYS, an individual;
15 | JOAQUIN GUZMAN, an individual; LUIS
   | GUZMAN, an individual; MORTGAGE
16 | ELECTRONIC REGISTRATION
   | SYSTEMS, INC., a California corporation;
17 | AMERICAN BROKERS CONDUIT;
   | DOES 1 through 20, inclusive; and all
18 | other persons unknown claiming an interest
   | in the property,

19

20 | Defendants.

Case No. **FG07314159**

**COMPLAINT IN EMINENT DOMAIN**

[Cal. Civ. Proc. Code § 1250.310]

**BY FAX**

21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

002807.0029\804141a.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1    (c)    The property and property interests sought to be acquired are necessary for

2    construction of the Project;

3    (d)    The offer required by Government Code section 7267.2 has been made to

4    the owner of record of the real property;

5    (e)    The City Attorney of the City of Fremont or his authorized designee is

6    authorized and directed to institute and conduct to conclusion an action in eminent domain for the

7    acquisition of the estates and interests necessary to complete the Project; and

8    (f)    An order for prejudgment possession may be obtained in said action.

9    5.    The interests in real property and real property that the City is authorized to

10    acquire by said Resolution are situated in the County of Alameda, State of California, and

11    described as follows:  a portion of Assessor's Parcel Number 525-0345-025-02, located at 41786

12    Osgood Road in the City of Fremont, County of Alameda, State of California and more

13    particularly described in **Exhibit B** attached hereto and incorporated herein by this reference (the

14    "Property").  Plaintiff seeks to acquire the Property in fee and for use as a public service easement,

15    a pedestrian easement, and a temporary construction easement, as described in **Exhibit B** for the

16    widening of Osgood Road in Fremont, California.

17    6.    A map portraying the Property and showing its location in relation to the Project

18    for which it is to be acquired is attached hereto as **Exhibit C**, and incorporated into this

19    Complaint by reference.

20    7.    Each defendant named hereinafter appears of record or is known or believed by

21    Plaintiff to have or claim an interest in the property described hereinafter.  For the convenience of

22    this court and the parties, and not as allegations to which Plaintiff intends to be bound, Plaintiff

23    has set out opposite each named defendant a statement of the respective interest of said defendant

24    in the Property:

25    **NAME**                                              **INTEREST**

26    Darian Humphreys, an Unmarried Man          Owner in fee simple and lessor of the subject
27                                                  property

28    Joaquin Guzman and Luis Guzman              Occupants of the subject property

| | |
|---|---|
| Mortgage Electronic Registration Systems, Inc. | Beneficiary of Deed of Trust dated May 31, 2006, recorded June 8, 2006, series no. 2006-222384, official records, acting solely as nominee for lender |
| American Brokers Conduit | Lender |
| Does One through Twenty | Unknown |

8.    Defendants DOES 1 through 20, inclusive, and all persons known or unknown claiming an interest in the property have, or claim to have, an interest in the Property, the exact nature of which is unknown to Plaintiff. The true names or capacities, whether individual, corporate, or other, of Defendants DOES 1 through 20 are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will, upon ascertaining their true names, substitute the same for such fictitious names by appropriate amendment, and prays such leave of this court. It is the legal responsibility of each such defendant to plead any interest in the real property being condemned under Code of Civil Procedure section1250.320.

WHEREFORE, Plaintiff prays:

1.    That defendants, and each of them, be required by an answer to set forth the nature and extent of their several estates and interests in the aforesaid property or any part or portion thereof, sought to be condemned herein, and that such several estates and interests may be determined.

2.    All liens and encumbrances against said property be extinguished and deducted from the judgment.

3.    That the County Assessor and/or Tax Collector of the County of Alameda be directed to provide the required information as to any taxes owing on said properties.

4.    For judgment:

(a)    Decreeing that said property above described and described in **Exhibit B** hereto, be condemned to Plaintiff in fee simple absolute and as a public service easement, a pedestrian easement, and a temporary construction easement, as described therein;

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

002807.0029\801414.1

- 4 -

1    (b)    Determining the compensation to be paid for the property and that the

2    amount of the award for said property be first determined between Plaintiff and any

3    defendants claiming any interest therein.

4    (c)    That Plaintiff be entitled to take possession of the property pursuant to a

5    validly issued order for possession as authorized by the Code of Civil Procedure.

6    (d)    For such other and further relief as the Court deems just and proper.

7

8    Dated: March 5, 2007                          WENDEL, ROSEN, BLACK & DEAN LLP

9

10   By: _____

11                                                      Pamela Schock Mintzer
                                                       Attorneys for Plaintiff
                                                       City of Fremont
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

002807.0029\801414.1

- 5 -

*COMPLAINT (EMINENT DOMAIN)*

# EXHIBIT A

## RESOLUTION NO. <u>2007-8</u>

### A RESOLUTION OF THE CITY OF FREMONT DETERMINING THAT THE PUBLIC INTEREST AND NECESSITY REQUIRE THE ACQUISITION OF CERTAIN LAND AND DIRECTING THE FILING OF EMINENT DOMAIN PROCEEDINGS ON CERTAIN PROPERTY (OSGOOD ROAD)

WHEREAS, it is desirable and necessary for the City of Fremont to acquire certain real property and property interests, particularly described in **Appendix A**, for the purpose of, *inter alia*, widening Osgood Road between Washington Boulevard and Grimmer Boulevard in the City of Fremont, County of Alameda, State of California; and

WHEREAS, the City of Fremont is vested with the power of eminent domain to acquire real property by virtue of Article 1, Section 19 of the Constitution of the State of California, Section 37350.5 of the Government Code of the State of California, and Sections 1240.010 and 1240.110 of the Code of Civil Procedure of the State of California; and

WHEREAS, pursuant to the provisions of Section 1245.235 of the Code of Civil Procedure, written notice has been duly given to all persons whose property is to be acquired by eminent domain and whose names and addresses appear on the last Alameda County equalized assessment roll, all of whom have been given a reasonable opportunity to appear and be heard before the City Council of the City of Fremont on the following matters:

a) Whether the public interest and necessity require the project;

b) Whether the project is planned or located in the manner that will be most compatible with the greatest public good and the least private injury;

c) Whether the property sought to be acquired is necessary for the project; and

d) Whether the offer required by Section 7267.2 of the Government Code has been made to the owners of record.

Based upon the evidence presented, the City Council of the City of Fremont finds and resolves as follows:

1. The property to be acquired is described in **Appendix A** attached hereto and incorporated herein;

2. Said property is to be acquired for public use, to wit, for public street purposes, pursuant to the authority granted by Government Code Sections 37350.5, 40401, 40404, and Part 3, Title 7 of the Code of Civil Procedure;

3. The public interest and necessity require the project, which is to improve public health, safety and welfare by widening Osgood Road between Washington Boulevard and Grimmer Boulevard;

4. The proposed project is planned and located in the manner which will be most compatible with the greatest public good and the least private injury;

5. The property described in **Appendix A** is being acquired in fee, and for necessary public utility easements, pedestrian easements and temporary construction easements, and is necessary for the proposed project;

6. The offer required by Government Code Section 7267.2 has been made to the owners of record of the real property.

The City Attorney of the City of Fremont or his duly authorized designee be, and is hereby authorized and directed to institute and conduct to conclusion an action in eminent domain for the acquisition of the estates and interests aforesaid and to take such action as he may deem advisable or necessary in connection therewith. An order for prejudgment possession may be obtained in said action and a warrant issued and deposited with the State Treasurer Condemnation Fund, in the amount determined the most probable compensation for the property sought to be acquired, as a condition to the right of possession.

ADOPTED February 13, 2007, by the City Council of the City of Fremont by the following vote, to wit:

AYES:        Mayor Wasserman, Vice Mayor Wieckowski, Councilmembers Cho, Natarajan and Harrison

NOES:        None

ABSENT:     None

ABSTAIN:    None

_Bob Wasserman_
Mayor

ATTEST:

_Dawn C. Ybrahamson_
Deputy City Clerk

APPROVED AS TO FORM:

_Kellie Weil_
Senior Deputy City Attorney II

I HEREBY CERTIFY THAT THE ABOVE
IS A TRUE AND CORRECT COPY OF
A DOCUMENT IN THE FILES OF THE
CITY OF FREMONT.

_Dawn C. Ybrahamson_
DAWN G. ABRAHAMSON
CITY CLERK

DATE: 2/21/07

0

NOTE:
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PARCEL AREA = 24,628± SF
R/W AREA = 641± SF
REMAINING PARCEL AREA = 23,987± SF

▨ = R/W TO ACQUIRE

OLD CL

OSGOOD ROAD

28'

6.79'

N25°21'00"W    106.00'    -5.30'

N26°09'25"W    106.01'

209.38'

243.22'

N 64°39'00" E

N 64°39'00" E

41753

S08°22'42"E
110.83'

LEGEND:
EXISTING R/W ——————
NEW R/W — — — — —

Appendix "A"

| 41753 OSGOOD ROAD | OSGOOD ROAD IMPROVEMENTS | | |
|---|---|---|---|
| APN 525-342-3 | WASHINGTON BLVD. TO GRIMMER BLVD. | Date | 2/06 |
| | | Designed | PL/RAS |
| | City of Fremont, California | Drawn | PL |
| | CITY OF Fremont COMMUNITY DEVELOPMENT SERVICES | Scale | 1"=40' |
| | | File No. WEST-RW_PLATS.dwg | |
| | | Project No. | 8173(PWC) |
| | RIGHT OF WAY | | |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
ACQUISITION

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots 1 to 52 and Blocks A, B, C, D, and E of lands belonging to La Societe Française D'Epargnes et de Prevoyance Mutuelle, in Washington Township, Alameda County" filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the centerline of Osgood Road, formerly Durham Road and Osgood Avenue, distant thereon North 25° 21'00" West 63.91 feet from the southeastern line of the 1.32 acre tract of land secondly described in the deed by Maria Preda to Antone Prada De Rosa, dated October 2, 1920, recorded October 5, 1920, in Book 3000 of Deeds, at Page 144, Alameda Coujty Records; thence leaving said centerline of Osgood Road South 64° 39'00" West 28.00 feet to the TRUE POINT OF BEGINNING; thence North 25° 21' 00" West 106.00 feet; thence South 64° 39'00" West 6.79 feet; thence South 26° 09'25" East 106.01 feet; thence North 64° 39'00" East 5.30 feet to the POINT OF BEGINNING.

The above described parcel of land contains 641 square feet, more or less.



Prepared by: _Mitchell Cunningham_
Mitchell L. Moughon
R.C.E. 29509

_Oct 6, 2006_
Date

Foster
41753 Osgood Rd.
APN: 525 0342 003

NOTE:
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PUBLIC SERVICE EASEMENT = 636± SF

= PUBLIC SERVICE EASEMENT

OLD CL

OSGOOD ROAD

28'

6.79'

5.30'

N25°21'00"W    106.00'
N 26°09'25" W  106.01'
S26°09'25"E 106.01'

6.00'    6.00'

209.38'

243.22'

41753

N 64°39'00" E

N 64°39'00" E

LEGEND:
EXISTING R/W
NEW R/W
EASEMENT LINE

S08°22'42"E
110.83'

Appendix "A"

| 41753 OSGOOD ROAD APN 525-342-3 | OSGOOD ROAD IMPROVEMENTS WASHINGTON BLVD. TO GRIMMER BLVD. | Date | 2/06 |
| | | Designed | PL/RAS |
| | | Drawn | PL |
| | CITY OF **Fremont** City of Fremont, California COMMUNITY DEVELOPMENT SERVICES | Scale | 1"=40' |
| | | File No. WEST-PUE_PLATS.dwg |  |
| | | Project No. | 8173(PWC) |
| | PUBLIC SERVICE EASEMENT | | |

## Appendix "A"

### CITY OF FREMONT
### CITY PROJECT NO 8173(PWC)
### OSGOOD ROAD IMPROVEMENTS
### PUBLIC SERVICE EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots 1 to 52 and Blocks A, B, C, D, and E of lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle, in Washington Township, Alameda County" filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the centerline of Osgood Road, formerly Durham Road and Osgood Avenue, distant thereon North 25° 21'00" West 63.91 feet from the southeastern line of the 1.32 acre tract of land secondly described in the deed by Maria Preda to Antone Prada De Rosa, dated October 2, 1920, recorded October 5, 1920, in Book 3000 of Deeds, at Page 144, Alameda County Records; thence leaving said centerline of Osgood Road South 64° 39'00" West 33.30 feet to the TRUE POINT OF BEGINNING; thence North 26° 09'25" West 106.01 feet; thence South 64° 39'00" West 6.00 feet; thence South 26° 09' 25" East 106.01 feet; thence North 64° 39'00" East 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 636 square feet, more or less.

Prepared by: _Mitchell L. Moughon_
Mitchell L. Moughon
R.C.E. 29509

_Oct 6, 2006_
Date

Foster
41753 Osgood Rd.
APN: 525 0342 003

**NOTE:**

THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PEDESTRIAN EASEMENT (PARCEL 1) = 34± SF
PEDESTRIAN EASEMENT (PARCEL 2) = 43± SF
TOTAL PEDESTRIAN EASEMENT = 77± SF

 = PEDESTRIAN EASEMENT



OLD CL

OSGOOD ROAD

N25°21'00"W 106.00'
N26°09'25"W 106.01'

PARCEL 1        PARCEL 2

| LINE | LENGTH | BEARING |
|------|--------|---------|
| L1 | 15.45' | N26°09'25"W |
| L2 | 3.33' | N63°01'37"W |
| L3 | 3.33' | N10°42'47"E |
| L4 | 18.67' | N26°09'25"W |
| L5 | 3.33' | N63°01'37"W |

41753

N 64°39'00" E

S08°22'42"E
110.83'



**LEGEND:**

EXISTING R/W ————————
NEW R/W —— —— —— ——
EASEMENT LINE — — — — —

Appendix "A"

| | | | |
|---|---|---|---|
| 41753 OSGOOD ROAD<br>APN 525-342-3 | **OSGOOD ROAD IMPROVEMENTS**<br>WASHINGTON BLVD. TO GRIMMER BLVD. | | |

CITY OF Fremont  **City of Fremont, California**
DEVELOPMENT AND ENVIRONMENTAL SERVICES

| | |
|---|---|
| Date | 2/06 |
| Designed | PL/RAS |
| Drawn | PL |
| Scale | 1"=40' |
| File No. | WEST-SWE_PLATS.dwg |
| Project No. | 8173(PWC) |

PEDESTRIAN EASEMENT

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
PEDESTRIAN EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots 1 to 52 and Blocks A, B, C, D, and E of lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle, in Washington Township, Alameda County" filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

**Parcel 1:**

Commencing at a point on the centerline of Osgood Road, formerly Durham Road and Osgood Avenue, distant thereon North 25° 21'00" West 169.91 feet from the southeastern line of the 1.32 acre tract of land secondly described in the deed by Maria Preda to Antone Prada De Rosa, dated October 2, 1920, recorded October 5, 1920, in Book 3000 of Deeds, at Page 144, Alameda County Records; thence leaving said centerline of Osgood Road South 64° 39'00" West 34.79 feet to the TRUE POINT OF BEGINNING; thence South 26° 09' 25" East 18.08 feet; thence North 63° 01'37" West 3.33 feet; thence North 26° 09'25" West 15.45 feet; thence North 64° 39'00" East 2.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 34 square feet, more or less.

**Parcel 2:**

Commencing at a point on the centerline of Osgood Road, formerly Durham Road and Osgood Avenue, distant thereon North 25° 21'00" West 63.91 feet from the southeastern line of the 1.32 acre tract of land secondly described in the deed by Maria Preda to Antone Prada De Rosa, dated October 2, 1920, recorded October 5, 1920, in Book 3000 of Deeds, at Page 144, Alameda County Records; thence leaving said centerline of Osgood Road South 64° 39'00" West 33.30 feet; thence North 26° 09'25" West 9.57 feet to the TRUE POINT OF BEGINNING; thence North 26° 09'25" West 24.00 feet; thence South 10° 42'47" West 3.33 feet; thence South 26° 09' 25" East 18.67 feet; thence South 63° 01'37" East 3.33 feet to the POINT OF BEGINNING.

The above described parcel of land contains 43 square feet, more or less.

Prepared by: _Mitchell L. Moughon_

Mitchell L. Moughon
R.C.E. 29509

_Oct 6, 2006_
Date

Foster
41753 Osgood Rd.
APN: 525 0342 003

(seal: REGISTERED PROFESSIONAL ENGINEER / MITCHELL L. MOUGHON / No. 29509 / EXP 3-31-07 / CIVIL ENGINEER / STATE OF CALIFORNIA)

**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

TEMP. CONSTRUCTION EASEMENT = 942± SF

= TEMP. CONSTRUCTION EASEMENT

OLD CL

OSGOOD ROAD

N25°21'00"W    106.0'
N 26°09'25" W  106.01'
T.C.E.
S26°09'25"E 56.24'
S26°13'06"E
14.00'
N84°46'18"E
6.45'
S49°51'35"W
10.26'
6.00'
18.49'
S26°13'06"E
S26°09'25"E
8.94'
N84°03'04"E
10.59'
6.00'    5.30'
16.83'    12.04'    28'

209.34'
N 64°39'00" E

41753

243.30'

S08°22'42"E
110.83'

**LEGEND:**
EXISTING R/W
NEW R/W
T.C.E.

Appendix "A"

| 41753 OSGOOD ROAD | OSGOOD ROAD IMPROVEMENTS | Date | 1/07 |
| APN 525-342-3 | WASHINGTON BLVD. TO GRIMMER BLVD. | Designed | PL |
| | | Drawn | PL |
| | City of Fremont, California | Scale | 1"=40' |
| | CITY OF Fremont COMMUNITY DEVELOPMENT SERVICES | File No. WEST-TCE_PLATS.dwg | |
| | | Project No. | 8173(PWC) |
| | TEMPORARY CONSTRUCTION EASEMENT | | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
TEMPORARY CONSTRUCTION EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots 1 to 52 and Blocks A, B, C, D, and E of lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle, in Washington Township, Alameda County" filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the centerline of Osgood Road, formerly Durham Road and Osgood Avenue, distant thereon North 25° 21'00" West 63.91 feet from the southeastern line of the 1.32 acre tract of land secondly described in the deed by Maria Preda to Antone Prada De Rosa, dated October 2, 1920, recorded October 5, 1920, in Book 3000 of Deeds, at Page 144, Alameda County Records; thence leaving said centerline of Osgood Road South 64° 39'00" West 33.30 feet to the TRUE POINT OF BEGINNING; thence North 26° 09'25" West 106.01 feet; thence South 64° 39'00" West 12.04 feet; thence South 26° 13' 06" East 14.00 feet; thence North 84° 46'18" East 6.45 feet; thence South 26° 09'25" East 56.24 feet; thence South 49° 51'33" West 10.26 feet; thence South 26° 13' 06" East 18.49 feet; thence North 84° 03'04" East 10.59 feet; thence South 26° 09' 25" East 8.94 feet; thence North 64° 39'00" East 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 942 square feet, more or less.



Prepared by: _Mitchell L Moughon_
Mitchell L. Moughon
R.C.E. 29509

_1/5/07_
Date

This easement is for a period of six (6) months, to commence upon one (1) month written notice from CITY to GRANTOR.

Foster
41753 Osgood Rd.
APN: 525 0342 003

**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

| PARCEL AREA = | 6,960 ± SF |
| R/W AREA = | 840 ± SF |
| REMAINING PARCEL AREA = | 6,120 ± SF |

| | R | △ | L |
|---|---|---|---|
| (C-1) | 2965' | 0°59'22" | 51.20' |

 = R/W TO ACQUIRE



OSGOOD ROAD

Appendix "A"

| 41688 OSGOOD ROAD | OSGOOD ROAD IMPROVEMENTS | Date | 6/06 |
| APN 525-345-32-9 | FROM WASHINGTON BLVD. TO GRIMMER BLVD. | Designed | RAS |
| NEILSEN | | Drawn | WPM/RAS |
| | City of Fremont, California | Scale | 1"=30' |
| | DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-RW-PLATS.dwg |
| | | Project No. 8173(PWC) |
| | RIGHT OF WAY | | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
ACQUISITION

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

BEGINNING at the intersection of the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, with the northwestern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road South 25° 21' 00" East 51.18 feet; thence leaving the last said line North 64° 38' 54" East 15.64 feet to a non-tangent curve to the right having a radius of 2,965.00 feet, a radial line of said curve at said point bears South 66° 01' 59" West; thence northwesterly along said non-tangent curve, through a central angle of 0° 59' 22" a distance of 51.20 feet to the said northwestern line of the Silva parcel; thence along the last said line South 64° 38' 54" West 17.32 feet to the POINT OF BEGINNING.

The above described parcel of land contains 840 square feet, more or less.

Prepared by: _Mitchell L. Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/9/06_
Date

(Seal: REGISTERED PROFESSIONAL ENGINEER, MITCHELL L. MOUGHON, No. 29509, EXP 3-31-07, CIVIL ENGINEER, STATE OF CALIFORNIA)

Nielson
41688 Osgood Road
APN: 525 0345 032 09

NOTE:
THE INFORMATION HEREON IS TAKEN FROM RECORDS AND DOES NOT REPRESENT A FIELD SURVEY.

PUBLIC SERVICE EASEMENT =   307± SF

= PUBLIC SERVICE ESMT.

| | R | △ | L |
|---|---|---|---|
| (C-1) | 2965' | 0'59'22" | 51.20' |
| (C-2) | 2959' | 0'59'30" | 51.21' |

| Ⓐ | N64°38'54"E | 6.00' |
|---|---|---|
| Ⓑ | S64°38'54"W | 6.01' |

N 25° 21' 00" W
51.18'

S 64° 38' 54" W  —  136.00'

S 64° 38' 54" W  —  136.00'

NEW R/W

(C-2)
Ⓑ
(C-1)
Ⓐ

17.32'   15.64'

S 25° 21' 00" E
51.18'

EXIST R/W

28'

OLD ₵

OSGOOD ROAD

Appendix "A"

| 41688 OSGOOD ROAD – PUBLIC SERVICE EASEMENT | Date | 11/04 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-32-9 | Designed | WPM/RAS |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. east–plots.dwg |
| | Project No. 8173(PWC) |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PUBLIC SERVICE EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at the intersection of the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, with the northwestern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road South 25° 21' 00" East 51.18 feet; thence leaving the last said line North 64° 38' 54" East 15.64 feet to a point on a non-tangent curve to the right having a radius of 2,965.00 feet, a radial line of said curve at said point bears South 66° 01' 59" West, last said point being the TRUE POINT OF BEGINNING; thence northwesterly along said non-tangent curve, through a central angle of 0° 59' 22" a distance of 51.20 feet to the said northwestern line of the Silva parcel; thence along the last said line North 64° 38' 54" East 6.01 feet to a point on a non-tangent curve to the left having a radius of 2,959.00 feet, a radial line of said curve at said point bears South 67° 01' 39" West; thence southeasterly along last said non-tangent curve, through a central angle of 0° 59' 30" a distance of 51.21 feet; thence leaving the last said line South 64° 38' 54" West 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 307 square feet, more or less.

Prepared by: _Mitchell L Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/9/06_
Date

Nielson
41688 Osgood Road
APN: 525 0345 032 09

**NOTE:**

THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PEDESTRIAN EASEMENT = 45 ± SF

 = PEDESTRIAN EASEMENT

| | R | △ | L |
|---|---|---|---|
| (C−1) | 2965' | 0'27'52" | 24.04' |
| (C−2) | 2963' | 0'24'44" | 21.31' |

| Ⓐ | N64'38'54"E | 2.00' |
|---|---|---|
| Ⓑ | N60'27'01"W | 3.33' |





OSGOOD ROAD

Appendix "A"

| | | |
|---|---|---|
| **41688 OSGOOD ROAD − PEDESTRIAN EASEMENT** | Date | 12/04 |
| ASSESSOR'S PARCEL NUMBER:  525−345−32−9 | Designed | RAS/PL |
| | Drawn | WPM/PL |
| **City of Fremont, California** | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST−SWE−PLATS.dwg |
| | Project No.  8173(PWC) |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PEDESTRIAN EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at the intersection of the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, with the northwestern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road South 25° 21' 00" East 51.18 feet; thence leaving the last said line North 64° 38' 54" East 15.64 feet to a point on a non-tangent curve to the right having a radius of 2,965.00 feet, a radial line of said curve at said point bears South 66° 01' 59" West, last said point being the TRUE POINT OF BEGINNING; thence northwesterly along said non-tangent curve, through a central angle of 0° 27' 52" a distance of 24.04 feet; thence leaving said non-tangent curve South 60° 27' 01" East 3.33 feet to a point on a non-tangent curve to the left having a radius of 2,963.00 feet, a radial line of said curve at said point bears South 66° 26' 46" West; thence southeasterly along last said non-tangent curve, through a central angle of 0° 24' 44" a distance of 21.31 feet; thence leaving the last said line South 64° 38' 54" West 2.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 45 square feet, more or less.

Prepared by: _Mitchell L. Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/9/06_
Date

Nielson
41688 Osgood Road
APN: 525 0345 032 09



**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

TEMPORARY CONSTRUCTION EASEMENT = 587 ± SF

= TEMPORARY CONSTRUCTION EASEMENT

N 25' 21' 00" W
51.18'

S 64' 38' 54" W — 136.00'
118.68'

136.00'
120.36'
S 64' 38' 54" W —

41688

21.53'
NEW R/W

18.56'
24.63'
-3.00'
21.03'

R=2965'  L=51.21'
17.32'
15.64'
EXIST R/W

S 25' 21' 00" E
51.18'

28'

OLD ℄

OSGOOD ROAD

Appendix "A"

| 41688 OSGOOD ROAD – TEMPORARY CONSTRUCTION EASEMENT | Date | 12/05 |
| --- | --- | --- |
| ASSESSOR'S PARCEL NUMBER: 525-345-32-9 | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-TCE-PLATS.dwg | |
| | Project No. 8173(PWC) | |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
TEMPORARY CONSTRUCTION EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at the intersection of the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, with the northwestern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road South 25° 21' 00" East 51.18 feet; thence leaving the last said line North 64° 38' 54" East 15.64 feet to a point on a non-tangent curve to the right having a radial line of said curve at said point bears South 66° 01' 59" West, last said point being the TRUE POINT OF BEGINNING; thence northwesterly along said non-tangent curve, through a central angle of 0° 59' 22" a distance of 51.20 feet to the said northwestern line of the Silva parcel; thence along the last said line North 64° 38' 54" East 3.00 feet to a point on a non-tangent curve to the left having a radius of 2,959.00 feet, a radial line of said curve at said point bears South 67° 02' 36" West; thence leaving the last said line southeasterly along last said non-tangent curve, through a central angle of 0° 30' 47" a distance of 24.63 feet; thence North 80° 25' 45" East 18.56 feet; thence South 23° 42' 41" East 21.53 feet; thence South 64° 38' 54" West 21.01 feet to the POINT OF BEGINNING.

The above described parcel of land contains 587 square feet, more or less.



Prepared by: _Mitchell L. Moughon_
Mitchell L. Moughon
R.C.E. 29509

_1/5/07_
Date

This easement is for a period of six (6) months, to commence upon one (1) month written notice from CITY to GRANTOR.

Nielson
41688 Osgood Road
APN: 525 0345 032 09

**NOTE:**
THE INFORMATION HEREON IS TAKEN FROM RECORDS AND DOES NOT REPRESENT A FIELD SURVEY.

| | |
|---|---|
| PARCEL AREA = | 7,944± SF |
| R/W AREA = | 961 ± SF |
| REMAINING PARCEL AREA = | 6,983± SF |



= R/W TO ACQUIRE

S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

N 26° 13' 06" W
57.01'

NEW R/W

16.43'

17.29'

N 25° 21' 00" W
57.00'

OLD ℄

EXIST R/W

28'

OSGOOD ROAD

Appendix "A"

| **41786 OSGOOD ROAD – RIGHT OF WAY ACQUISITION** | Date | 11/04 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER:  525-345-25-2 | Designed | RAS |
| | Drawn | WPM/RAS |
| **City of Fremont, California** | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-RW-PLATS.dwg |
| | Project No.  8173(PWC) |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
ACQUISITION

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

BEGINNING at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road North 25° 21' 00" West 57.00 feet; thence leaving the last said line North 64° 38' 54" East 16.43 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 17.29 feet to the POINT OF BEGINNING.

The above described parcel of land contains 961 square feet, more or less.



Prepared by: _Mitchell C Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PUBLIC SERVICE EASEMENT = 342 ± SF

= 6' PUBLIC SERVICE EASEMENT



S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

6.00'
P.S.E.

N26°13'06"W    57.01'    NEW R/W

16.43'    N26°13'06"W    57.01'    17.29'

N 25° 21' 00" W
57.00'    OLD ℄

28'    EXIST R/W

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – PUBLIC SERVICE EASEMENT | Date | 11/04 |
| ASSESSOR'S PARCEL NUMBER:  525-345-25-2 | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-PUE-PLATS.dwg |
| | Project No.  8173(PWC) |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PUBLIC SERVICE EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 6.00 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 342 square feet, more or less.



Prepared by: _Mitchell Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PEDESTRIAN EASEMENT = 43 ± SF

 = PEDESTRIAN EASEMENT



Appendix "A"

| 41786 OSGOOD ROAD – PEDESTRIAN EASEMENT | | |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER:  525–345–25–2 | | |
| **City of Fremont, California** | | |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | | |

| | |
|---|---|
| Date | 12/04 |
| Designed | RAS/PL |
| Drawn | WPM/RAS |
| Scale | 1"=30' |
| File No. | EAST-SWE-PLATS.dwg |
| Project No. | 8173(PWC) |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PEDESTRIAN EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet; thence North 26° 13' 06" West 57.01 feet to the TRUE POINT OF BEGINNING; thence South 63° 05' 17" East 3.33 feet; thence South 26° 13' 06" East 18.67 feet; thence South 10° 39' 06" West 3.33 feet; thence North 26° 13' 06" West 24.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 43 square feet, more or less.



Prepared by: _Mitchell Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

NOTE:
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

TEMPORARY CONSTRUCTION EASEMENT = 377 ± SF

 = TEMPORARY CONSTRUCTION EASEMENT



Appendix "A"

| 41786 OSGOOD ROAD – TEMPORARY CONSTRUCTION EASEMENT | | |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER:  525-345-25-2 | Date | 12/05 |
| | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. | EAST-TCE-PLATS.dwg |
| | Project No. | 8173(PWC) |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
TEMPORARY CONSTRUCTION EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 13.00 feet; thence South 26° 13' 06" East 15.87 feet; thence South 20° 51' 27" West 13.66 feet; thence South 26° 13' 06" East 31.69 feet; thence South 64° 38' 54" West 3.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 377 square feet, more or less.



Prepared by: _Mitchell L Moughon_
Mitchell L. Moughon
R.C.E. 29509

_1/5/07_
Date

This easement is for a period of six (6) months, to commence upon one (1) month written notice from CITY to GRANTOR.

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

# EXHIBIT B



**NOTE:**
THE INFORMATION HEREON IS TAKEN FROM RECORDS AND DOES NOT REPRESENT A FIELD SURVEY.

| | |
|---|---|
| PARCEL AREA = | 7,944± SF |
| R/W AREA = | 961 ± SF |
| REMAINING PARCEL AREA = | 6,983± SF |

= R/W TO ACQUIRE

S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

N 26° 13' 06" W
57.01'

NEW R/W

16.43'

17.29'

N 25° 21' 00" W
57.00'

EXIST R/W

OLD ℄

28'

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – RIGHT OF WAY ACQUISITION | | |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER:  525–345–25–2 | | |
| City of Fremont, California | | |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | | |

| | |
|---|---|
| Date | 11/04 |
| Designed | RAS |
| Drawn | WPM/RAS |
| Scale | 1"=30' |
| File No. | EAST–RW–PLATS.dwg |
| Project No. | 8173(PWC) |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
ACQUISITION

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

BEGINNING at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road North 25° 21' 00" West 57.00 feet; thence leaving the last said line North 64° 38' 54" East 16.43 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 17.29 feet to the POINT OF BEGINNING.

The above described parcel of land contains 961 square feet, more or less.

Prepared by: _Mitchell L Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PUBLIC SERVICE EASEMENT = 342 ± SF

= 6' PUBLIC SERVICE EASEMENT



Appendix "A"

| 41786 OSGOOD ROAD – PUBLIC SERVICE EASEMENT | Date | 11/04 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| **City of Fremont, California** | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-PUE-PLATS.dwg |  |
| | Project No. | 8173(PWC) |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PUBLIC SERVICE EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 6.00 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 342 square feet, more or less.



Prepared by: _Mitchell Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

<u>NOTE:</u>
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PEDESTRIAN EASEMENT = 43 ± SF

 = PEDESTRIAN EASEMENT



S 34° 09' 14" E
57.68'

41786

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

6.00' P.S.E.

N63°05'17"W
3.33'

N10°39'06"E
3.33'

N26°13'06"W
18.67'

24.00'

N26°13'06"W 57.01'

16.43'

33.01'

NEW R/W

17.29'

EXIST R/W

N 25° 21' 00" W
57.00'

OLD ℄

28'

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – PEDESTRIAN EASEMENT | | |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Date | 12/04 |
| | Designed | RAS/PL |
| **City of Fremont, California** | Drawn | WPM/RAS |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | Scale | 1"=30' |
| | File No. EAST-SWE-PLATS.dwg | |
| | Project No. | 8173(PWC) |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PEDESTRIAN EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet; thence North 26° 13' 06" West 57.01 feet to the TRUE POINT OF BEGINNING; thence South 63° 05' 17" East 3.33 feet; thence South 26° 13' 06" East 18.67 feet; thence South 10° 39' 06" West 3.33 feet; thence North 26° 13' 06" West 24.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 43 square feet, more or less.



Prepared by: _Mitchell L. Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

NOTE:

THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

TEMPORARY CONSTRUCTION EASEMENT = 377 ± SF

 = TEMPORARY CONSTRUCTION EASEMENT



41786

S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

15.87'
13.66'
13.00'
13.00'
3.00'
31.69'
16.43'
N26°13'06"W
57.01'
17.29'

NEW R/W

EXIST R/W

N 25° 21' 00" W
57.00'

OLD ℄

28'

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – TEMPORARY CONSTRUCTION EASEMENT | Date | 12/05 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-TCE-PLATS.dwg |
| | Project No. 8173(PWC) |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
TEMPORARY CONSTRUCTION EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 13.00 feet; thence South 26° 13' 06" East 15.87 feet; thence South 20° 51' 27" West 13.66 feet; thence South 26° 13' 06" East 31.69 feet; thence South 64° 38' 54" West 3.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 377 square feet, more or less.



Prepared by: _Mitchell L Moughan_
Mitchell L. Moughon
R.C.E. 29509

_1/5/07_
Date

This easement is for a period of six (6) months, to commence upon one (1) month written notice from CITY to GRANTOR.

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

# EXHIBIT C



# EXHIBIT B

**Stipulation**

1    Les A. Hausrath (Bar No. 57253)
     Pamela Schock Mintzer (Bar No. 173114)
2    Gregory Jung (Bar No. 203350)
     **WENDEL, ROSEN, BLACK & DEAN LLP**
3    1111 Broadway, 24th Floor
     Oakland, California 94607-4036
4    Telephone: (510) 834-6600
     Fax: (510) 834-1928

5
     Attorneys for Plaintiff
6    City of Fremont

7

8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         FOR THE COUNTY OF ALAMEDA

10

11   CITY OF FREMONT,                          Case No. FG07 314159

12                  Plaintiff,                 **STIPULATION FOR ENTRY OF**
                                               **JUDGMENT AND FINAL ORDER OF**
13          vs.                                **CONDEMNATION**

14   DARIAN HUMPHREYS; AMERICAN
     HOME MORTGAGE SERVICING, INC.;
15   JOAQUIN GUZMAN; DOES 1 through
     20, inclusive; and all other persons
16   unknown claiming an interest in the
     property,
17
                    Defendants.
18

19

20          IT IS HEREBY STIPULATED by and between Plaintiff City of Fremont ("Plaintiff" or

21   the "City") and Defendant fee owner American Home Mortgage Servicing, Inc. ("Defendant"), as

22   follows:

23          1.      The City is a public entity with the power to acquire real property in eminent

24   domain.

25          2.      Defendant is the sole fee owner of the certain real property located at 41786

26   Osgood Road in the City of Fremont, County of Alameda, California, Assessor's Parcel Number

27   525-0345-025-02 (the "Property"), a portion of which is being acquired by the City. Said portion

28

002807.0029\818998.1

1  being acquired is more fully described in Exhibit B to the First Amended Complaint in Eminent

2  Domain, and in Exhibits 1, 2, 3 and 4 of the Judgment in Condemnation, which is attached hereto

3  as **Exhibit A** and incorporated herein by reference (the "Subject Property").

4    3.    Judgment in Condemnation may be made and entered in the form of the attached

5  **Exhibit A**, made a part hereof by reference.

6    4.    Just compensation shall be paid by the City to Defendant for the acquisition of the

7  real property and property interests more fully described in Exhibits 1, 2, 3 and 4 of the Judgment

8  in Condemnation, which is attached hereto as **Exhibit A**, in the amount of Forty-Seven Thousand

9  Five Hundred Dollars ($47,500.00). The total compensation of Forty-Seven Thousand Five

10  Hundred Dollars ($47,500.00) shall be paid by warrant made payable to "American Home

11  Mortgage Servicing, Inc." and mailed to: 4600 Regent Blvd., Suite 200, Irving, TX 75063,

12  Attention Reandrea Tillis within thirty (30) days after entry of the Judgment in Condemnation.

13    5.    On February 28, 2007, the City deposited the total sum of Forty-Seven Thousand

14  Five Hundred Dollars ($47,500.00) with the State of California Condemnation Fund ("Deposit").

15  The Deposit has not been withdrawn by any party. The City is entitled to the return of the

16  Deposit, and Defendant consents to the release of the Deposit to the City.

17    6.    The payment of the sums referenced in Paragraph 4 above (the "Total

18  Compensation"), shall constitute the total just compensation owed to Defendant for the

19  acquisition of the Subject Property, and includes compensation for accrued interest, attorneys'

20  and witness fees, costs not otherwise accounted for in this Stipulation, and all claims for

21  compensation, including compensation for the fee acquisition and easements, severance and

22  inverse condemnation, loss of improvements pertaining to realty, and all other claims relating in

23  any way to acquisition by the City of the Subject Property, or from the construction and use

24  thereon of the project as proposed by the City.

25    7.    In consideration for the payment of Total Compensation, Defendant hereby waives

26  and releases the City and its respective agents, representatives, and employees from any and all

27  claims for damages or compensation in any way relating to the City's acquisition of the Subject

28  Property, or from the construction and use thereon of the project as proposed by the City.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 04607-4036

002807.0029\818998.1

- 2 -

8.    The conveyance of the Subject Property shall be pursuant to a Final Order of Condemnation in the form of the attached **Exhibit B.**

9.    Upon the filing of this Stipulation, entry of the Judgment, and payment of the referenced settlement proceeds, and without further notice, the Final Order of Condemnation maybe entered in the form of the attached **Exhibit B**, made a part hereof by reference.

10.    Each party will pay its own expert witness fees, attorneys' fees, and costs not otherwise accounted for in this Stipulation.

11.    Defendant hereby waives:

   **(a)**    Any and all defenses;

   **(b)**    Any additional compensation, interests or costs, except as set forth herein;

   **(c)**    A statement of decision; and

   **(d)**    The right to appeal.

12.    Should either party fail to comply with the provisions hereof, the other party shall have the right to make application to the court under Code of Civil Procedure Section 664.6 to enforce the terms of this Stipulation as its sole remedy.

13.    The parties hereto have entered into this Stipulation based solely upon the representations, covenants and warranties contained and referred to herein. No party has placed any reliance on any representation not expressed or referred to in this Stipulation.

14.    The parties hereto have freely and voluntarily executed this Stipulation and are not acting under coercion, duress, menace, economic compulsion, or because of any supposed disparity of bargaining power, rather, the parties hereto are freely and voluntarily signing this Stipulation for their own benefit.

15.    The parties hereto acknowledge that they have been represented, or have had the opportunity to obtain representation, in the negotiations for, and in the preparation of, this Stipulation by counsel of their own choosing; that they have read this Stipulation or have had it read to them by their counsel; and that they are fully aware of and understand its contents and its legal effect. Accordingly, this Stipulation shall not be construed against any party, and the usual

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

002807.0029\818998.1

- 3 -

1    rule of construction that an agreement is construed against the party which drafted it shall not

2    apply.

3        **16.**    The parties hereto shall reasonably cooperate with each other to fulfill the terms

4    and conditions of this Stipulation.

5        **17.**    This Stipulation shall be governed by and construed in accordance with the laws of

6    the State of California. The venue for any legal action pertaining to this Stipulation shall be

7    Alameda County, California.

8        **18.**    This Stipulation may be executed in as many counterparts as may be necessary or

9    convenient, and by the different parties hereto on separate counterparts, each of which, when so

10    executed, shall be deemed an original, and all such counterparts shall constitute one and the same

11    instrument.

12    Dated: _____, 2007    WENDEL, ROSEN, BLACK & DEAN, LLP

13

14        By: _____

15            Pamela Schock Mintzer
        Attorneys for Plaintiff

16            City of Fremont

17

18    Dated: _____, 2007    AMERICAN HOME MORTGAGE
        SERVICING, INC.

19

20        By: _____

21            [Name]
        [Title]

22

23

24

25

26

27

28

- 4 -

*STIPULATION FOR ENTRY OF JUDGMENT AND FINAL ORDER OF CONDEMNATION*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1   Les A. Hausrath (Bar No. 57253)
2   Pamela Schock Mintzer (Bar No. 173114)
    Gregory Jung (Bar No. 203350)
3   **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
4   Oakland, California 94607-4036
    Telephone: (510) 834-6600
5   Fax: (510) 834-1928

6   Attorneys for Plaintiff
    City of Fremont

7

8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          FOR THE COUNTY OF ALAMEDA

10

11  CITY OF FREMONT,                         Case No. FG07 314159

12              Plaintiff,                    **JUDGMENT IN CONDEMNATION AND
                                             ORDER FOR PAYMENT TO CITY OF
13       vs.                                  FREMONT**

14  DARIAN HUMPHREYS; AMERICAN               [Cal. Civ. Proc. Code § 1235.130]
    HOME MORTGAGE SERVICING, INC.;
15  JOAQUIN GUZMAN; DOES 1 through
    20, inclusive; and all other persons
16  unknown claiming an interest in the
    property,
17
                Defendants.
18

19

20       IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

21       1.      Plaintiff City of Fremont ("City") is a public entity with the power to acquire real

22  property in eminent domain.

23       2.      Defendant American Home Mortgage Servicing, Inc. ("Defendant") is the sole fee

24  owner of the real property described in the First Amended Complaint in Condemnation, which is

25  more fully described in **Exhibits 1, 2, 3 and 4** attached hereto and incorporated herein by

26  reference (the "Property").

27  //

28  //

002807.0029\819108.1

*JUDGMENT IN CONDEMNATION*

**EXHIBIT A**

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1      3.    The real property acquired in fee simple in this action is the real property located

2  in the City of Fremont, County of Alameda and is more particularly described in **Exhibit 1,**

3  attached hereto.

4      4.    The real property acquired for public service easement in this action is the real

5  property located in the City of Fremont, County of Alameda and is more particularly described in

6  **Exhibit 2,** attached hereto.

7      5.    The real property acquired for pedestrian easement in this action is the real

8  property located in the City of Fremont, County of Alameda and is more particularly described in

9  **Exhibit 3,** attached hereto.

10     6.    The real property acquired for temporary construction easement in this action is

11  the real property located in the City of Fremont, County of Alameda and is more particularly

12  described in **Exhibit 4,** attached hereto.

13     7.    Pursuant to the Stipulation For Entry of Judgment and Final Order of

14  Condemnation ("Stipulation") entered into between Defendant and the City, the terms of which

15  are incorporated herein by this reference, just compensation shall be paid by the City to

16  Defendant for the acquisition of the real property and property interests more fully described in

17  **Exhibits 1, 2, 3 and 4** attached hereto, in the amount of Forty-Seven Thousand Five Hundred

18  Dollars ($47,500.00). Said warrant shall be made payable to "American Home Mortgage

19  Servicing, Inc." and mailed to: 4600 Regent Blvd., Suite 200, Irving, TX 75063, Attention

20  Reandrea Tillis within thirty (30) days after entry of the Judgment in Condemnation.

21     8.    The State Treasurer's Office is ordered, upon receipt of a certified copy of this

22  Judgment, to pay Plaintiff the City of Fremont, the sum of Forty-Seven Thousand Five Hundred

23  Dollars ($47,500.00), which represents the deposit of probable compensation made by the City

24  with the State Condemnation Deposits Fund on February 28, 2007. Said warrant shall be mailed

25  to Randy Sabado, City of Fremont, 39550 Liberty Street, Fremont, CA 94537-5006.

26     9.    The payment of the sums referenced in Paragraph 7 above (the "Total

27  Compensation"), shall constitute the total just compensation owed to Defendant for the

28  acquisition of the real property and real property interests more fully described in **Exhibits 1, 2, 3**

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

002807.0029\819108.1

- 2 -

1   **and 4,** and includes compensation for accrued interest, attorneys' and witness fees, costs not

2   otherwise accounted for in the Stipulation, and all claims for compensation, including

3   compensation for the fee acquisition and easements, severance and inverse condemnation, loss of

4   improvements pertaining to realty, and all other claims relating in any way to acquisition by the

5   City of the property and interests described in the Complaints, or from the construction and use

6   thereon of the project as proposed by the City.

7       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

8       **10.**    Upon payment of the above sums to Defendant, and pursuant to the stipulation

9   between the City and Defendant, the following property rights are hereby condemned to the City

10   against all defendants and all persons known and unknown claiming an interest in the property

11   and a Final Order of Condemnation may issue: (1) fee title to the parcel of land more fully

12   described in **Exhibit 1** attached hereto; (2) public service easement upon, over and across the

13   parcel of land more fully described in **Exhibit 2** attached hereto; (3) pedestrian easement upon,

14   over and across the parcel of land more fully described in **Exhibit 3** attached hereto; and (4)

15   temporary construction easement upon, over and across the parcel of land more fully described in

16   **Exhibit 4** attached hereto. Upon recordation of the Final Order of Condemnation in this action,

17   all interests of Defendant and all persons known and unknown claiming an interest in the property

18   in and to the parcel of land more fully described in **Exhibit 1** shall be and hereby are terminated.

19   All interests of Defendant and all persons known and unknown claiming an interest in the

20   property in and to the parcel of land more fully described in **Exhibits 2 and 3** shall be subject to

21   the City's public service easement and pedestrian easement, and Defendant and its successors-in-

22   interests shall retain residual fee ownership and use of the property described in **Exhibits 2 and 3.**

23   All interests of Defendant and all persons known and unknown claiming an interest in and to the

24   parcel of land more fully described in **Exhibit 4** shall be subject to the City's six-month

25   temporary construction easement upon, over and across the real property more fully described in

26   **Exhibit 4.**

27       **11.**    Defendants Darian Humphreys, Mortgage Electronic Registration Systems, Inc.,

28   and American Brokers Conduit were dismissed from the action because their interests were

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

002807.0029\819108.1

- 3 -

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1    acquired through foreclosure by Defendant. Defendant Luis Guzman was dismissed from the

2    action because he is not an occupant of the Property. Said defendants are not entitled to any

3    compensation herein, and the real property more particularly described in **Exhibits 1, 2, 3 and 4**

4    attached hereto is condemned to the City against defendants Darian Humphreys, Mortgage

5    Electronic Registration Systems, Inc., and American Brokers Conduit, and Luis Guzman, and any

6    and all interests of said defendants in and to said real property shall be and hereby are terminated.

7        12.    Defendant Joaquin Guzman, having failed to file any response to this action for

8    eminent domain and having had a default entered against him on July 30, 2007, is not entitled to

9    any compensation herein, and the real property more particularly described in **Exhibits 1, 2, 3**

10   **and 4** attached hereto is condemned to the City against defendant Joaquin Guzman, and any and

11   all interests of said defendant in and to said real property shall be and hereby are terminated. The

12   City having submitted the declaration of Pamela Schock Mintzer under penalty of perjury, which

13   declaration and the attachments thereto establishes conclusively all evidence and proof which is

14   required to demonstrate that the City is entitled to the judgment requested against Defendant

15   Joaquin Guzman, thereby rendering personal testimony unnecessary, and this Court having the

16   discretion to enter the requested judgment and default judgment without such testimony under

17   Code of Civil Procedure section 585(d).

18       12.    The public use and necessity require the project for which the Property described

19   in **Exhibits 1, 2, 3 and 4** attached hereto is acquired, the said project is planned and located in the

20   manner that will be most compatible with the greatest public good and the least private injury, the

21   said property is necessary for the said project, and the purpose for which said property is acquired

22   is a public use authorized by law.

23       13.    Pursuant to sections 4896, 5082, 5085 and 5086 of the Revenue and Taxation

24   Code, the apportionment date for the cancellation of *ad valorem* real property taxes and

25   assessments and any penalties and costs thereon pertaining to the real property described in

26   **Exhibit 1** is the date of recordation of the Final Order of Condemnation transferring fee title of

27   the property described in **Exhibit 1** to the City.

28

1      **14.**    Upon satisfaction of this Judgment and recordation of the Final Order of

2  Condemnation, this action shall be terminated, and Defendant waives any and all compensation

3  for costs and litigation expenses, and specifically waive any claims under California Code of

4  Civil Procedure Sections 1250.410(b) and 1268.610, and California Civil Code Section 1542.

5

6

7  Dated: _____    _____

8                            Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

002807.0029\819108.1

*JUDGMENT IN CONDEMNATION*



NOTE:
THE INFORMATION HEREON IS TAKEN FROM RECORDS AND DOES NOT REPRESENT A FIELD SURVEY.

PARCEL AREA = 7,944 ± SF
R/W AREA = 961 ± SF
REMAINING PARCEL AREA = 6,983 ± SF

= R/W TO ACQUIRE

S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

N 26° 13' 06" W
57.01'

NEW R/W

16.43'    17.29'

N 25° 21' 00" W
57.00'

OLD ℄

EXIST R/W

28'

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – RIGHT OF WAY ACQUISITION | |
|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Date        11/04 |
| | Designed    RAS |
| City of Fremont, California | Drawn    WPM/RAS |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | Scale    1"=30' |
| | File No. EAST-RW-PLATS.dwg |
| | Project No.  8173(PWC) |
| EXHIBIT 1 | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
ACQUISITION

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

BEGINNING at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road North 25° 21' 00" West 57.00 feet; thence leaving the last said line North 64° 38' 54" East 16.43 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 17.29 feet to the POINT OF BEGINNING.

The above described parcel of land contains 961 square feet, more or less.

Prepared by: _Mitchell C Moughon_
Mitchell L. Moughon
R.C.E. 29509

10/11/06
Date

(Seal: REGISTERED PROFESSIONAL ENGINEER — MITCHELL L. MOUGHON — No. 29509 — EXP 3-31-07 — CIVIL ENGINEER — STATE OF CALIFORNIA)

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

EXHIBIT 1

NOTE:
THE INFORMATION HEREON IS TAKEN FROM RECORDS AND DOES NOT REPRESENT A FIELD SURVEY.

PUBLIC SERVICE EASEMENT = 342 ± SF

= 6' PUBLIC SERVICE EASEMENT



Appendix "A"

| 41786 OSGOOD ROAD – PUBLIC SERVICE EASEMENT | Date | 11/04 |
| | Designed | RAS/PL |
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-PUE-PLATS.dwg |
| | Project No. 8173(PWC) |
| EXHIBIT 2 | | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PUBLIC SERVICE EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 6.00 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 342 square feet, more or less.



Prepared by: _Mitchell Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 2**

<u>NOTE:</u>
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PEDESTRIAN EASEMENT = 43 ± SF

 = PEDESTRIAN EASEMENT



Appendix "A"

| 41786 OSGOOD ROAD – PEDESTRIAN EASEMENT | Date | 12/04 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Designed | RAS/PL |
| City of Fremont, California | Drawn | WPM/RAS |
| | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-SWE-PLATS.dwg |
| | Project No. 8173(PWC) |

EXHIBIT 3

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PEDESTRIAN EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet; thence North 26° 13' 06" West 57.01 feet to the TRUE POINT OF BEGINNING; thence South 63° 05' 17" East 3.33 feet; thence South 26° 13' 06" East 18.67 feet; thence South 10° 39' 06" West 3.33 feet; thence North 26° 13' 06" West 24.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 43 square feet, more or less.



Prepared by: _Mitchell C. Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 3**

**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

TEMPORARY CONSTRUCTION EASEMENT = 377 ± SF

 = TEMPORARY CONSTRUCTION EASEMENT



Appendix "A"

| 41786 OSGOOD ROAD – TEMPORARY CONSTRUCTION EASEMENT | Date | 12/05 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER:  525–345–25–2 | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No.  EAST-TCE-PLATS.dwg |  |
| | Project No.  8173(PWC) |  |
| **EXHIBIT 4** | | |

## Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
TEMPORARY CONSTRUCTION EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 13.00 feet; thence South 26° 13' 06" East 15.87 feet; thence South 20° 51' 27" West 13.66 feet; thence South 26° 13' 06" East 31.69 feet; thence South 64° 38' 54" West 3.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 377 square feet, more or less.



Prepared by: _Mitchell L Moughon_
Mitchell L. Moughon
R.C.E. 29509

_1/5/07_
Date

This easement is for a period of six (6) months, to commence upon one (1) month written notice from CITY to GRANTOR.

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 4**

1  Les A. Hausrath (Bar No. 57253)
   Pamela Schock Mintzer (Bar No. 173114)
2  Gregory Jung (Bar No. 203350)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
4  Telephone: (510) 834-6600
   Fax: (510) 834-1928
5
   Attorneys for Plaintiff
6  City of Fremont

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF ALAMEDA

10

11 CITY OF FREMONT,                          Case No. FG07 314159

12              Plaintiff,                    **FINAL ORDER OF CONDEMNATION**

13      vs.                                   [Code of Civil Procedure §1268.030]

14 DARIAN HUMPHREYS; AMERICAN
   HOME MORTGAGE SERVICING, INC.;
15 JOAQUIN GUZMAN; DOES 1 through
   20, inclusive; and all other persons
16 unknown claiming an interest in the
   property,
17
                Defendants.
18

19

20      It appearing to the Court that plaintiff City of Fremont has paid to the defendant entitled

21 thereto the just compensation assessed by the Judgment in Condemnation entered in this

22 proceeding,

23      IT IS HEREBY ORDERED AND ADJUDGED as follows:

24      1.      The following property rights are condemned to plaintiff City of Fremont and

25 against defendant American Home Mortgage Servicing, Inc. ("Defendant"), and all other persons

26 unknown claiming an interest in the property: (1) fee title more fully described in **Exhibit 1**

27 attached hereto; (2) a public service easement upon, over and across the parcel of land more fully

28

002307.0029\819141.1

**EXHIBIT B**

1    described in **Exhibit 2;** (3) a pedestrian easement upon, over and across the parcel of land more

2    fully described in **Exhibit 3;** and (4) a six-month temporary construction easement upon, over

3    and across the parcel of land more fully described in **Exhibit 4.**

4        **2.**    A certified copy of this Order shall be recorded in the Office of the Recorder of the

5    County of Alameda, State of California, and thereupon title to the property described in **Exhibits**

6    **1, 2, 3 and 4** shall vest in plaintiff City of Fremont, in fee simple absolute, and for a public

7    service easement, a pedestrian easement, and a six-month temporary construction easement.

8        **3.**    All interests of Defendant and all persons known and unknown claiming an

9    interest in and to the parcel of land more fully described in **Exhibits 1, 2, 3 and 4**, attached hereto

10    and incorporated herein by reference shall be subject and subordinate to City's fee title and public

11    service easement, pedestrian easement, and six-month temporary construction easement.

12        **4.**    Pursuant to Revenue and Taxation Code sections 4986, 5082, 5085 and 5086, all

13    City, County and special district *ad valorem* real property and municipal taxes and assessments be

14    apportioned as of the date of recordation of this Order, and that all such taxes and assessments are

15    cancelled as of the date of recordation of this Order.

16

17

18    Dated: _____    _____

19                                    Judge of the Superior Court

20

21

22

23

24

25

26

27

28

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

002807.0029\819141.1

*FINAL ORDER OF CONDEMNATION*



NOTE:
THE INFORMATION HEREON IS TAKEN FROM RECORDS AND DOES NOT REPRESENT A FIELD SURVEY.

| PARCEL AREA | = | 7,944± SF |
| R/W AREA | = | 961 ± SF |
| REMAINING PARCEL AREA | = | 6,983± SF |

= R/W TO ACQUIRE

S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

N 26° 13' 06" W
57.01'

NEW R/W

16.43'

17.29'

N 25° 21' 00" W
57.00'

OLD ℄

EXIST R/W

28'

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – RIGHT OF WAY ACQUISITION | Date | 11/04 |
| ASSESSOR'S PARCEL NUMBER: 525–345–25–2 | Designed | RAS |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-RW-PLATS.dwg |
| | Project No. | 8173(PWC) |
| EXHIBIT 1 | | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
ACQUISITION

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

BEGINNING at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence along said northeastern line of Osgood Road North 25° 21' 00" West 57.00 feet; thence leaving the last said line North 64° 38' 54" East 16.43 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 17.29 feet to the POINT OF BEGINNING.

The above described parcel of land contains 961 square feet, more or less.

Prepared by: _Mitchell C Moughon_
Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 1**

NOTE:
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PUBLIC SERVICE EASEMENT = 342 ± SF

= 6' PUBLIC SERVICE EASEMENT



Appendix "A"

| | | |
|---|---|---|
| 41786 OSGOOD ROAD – PUBLIC SERVICE EASEMENT | Date | 11/04 |
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Designed | RAS/PL |
| | Drawn | WPM/RAS |
| City of Fremont, California | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | File No. EAST-PUE-PLATS.dwg |
| | Project No. | 8173(PWC) |

**EXHIBIT 2**

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PUBLIC SERVICE EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 6.00 feet; thence South 26° 13' 06" East 57.01 feet; thence South 64° 38' 54" West 6.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 342 square feet, more or less.



Prepared by: _Mitchell Moughon_
Mitchell L. Moughon.
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 2**



**NOTE:**
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

PEDESTRIAN EASEMENT = 43 ± SF

= PEDESTRIAN EASEMENT

S 34° 09' 14" E
57.68'

41786

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

P.S.E.

N63°05'17"W
3.33'

N10°39'06"E
3.33'

6.00'

NEW R/W

N26°13'06"W
18.67'

33.01'

24.00'

16.43'

N26°13'06"W 57.01'

17.29'

N 25° 21' 00" W
57.00'

OLD ℄

28'

EXIST R/W

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – PEDESTRIAN EASEMENT | Date | 12/04 |
|---|---|---|
| ASSESSOR'S PARCEL NUMBER: 525-345-25-2 | Designed | RAS/PL |
| **City of Fremont, California** | Drawn | WPM/RAS |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | Scale | 1"=30' |
| | File No. EAST-SWE-PLATS.dwg | |
| **EXHIBIT 3** | Project No. 8173(PWC) | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
PEDESTRIAN EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet; thence North 26° 13' 06" West 57.01 feet to the TRUE POINT OF BEGINNING; thence South 63° 05' 17" East 3.33 feet; thence South 26° 13' 06" East 18.67 feet; thence South 10° 39' 06" West 3.33 feet; thence North 26° 13' 06" West 24.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 43 square feet, more or less.



Prepared by: _Mitchell L Moughon_
.Mitchell L. Moughon
R.C.E. 29509

_10/11/06_
Date

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 3**

NOTE:
THE INFORMATION HEREON IS TAKEN
FROM RECORDS AND DOES NOT
REPRESENT A FIELD SURVEY.

TEMPORARY CONSTRUCTION EASEMENT = 377 ± SF

 = TEMPORARY CONSTRUCTION EASEMENT



41786

S 34° 09' 14" E
57.68'

N 64° 38' 54" E – 134.96'
118.53'

N 64° 38' 54" E – 143.79'
126.50'

15.87'
13.66'
31.69'
13.00'
13.00'
3.00'
16.43'
N26°13'06"W
57.01'
17.29'

NEW R/W

EXIST R/W

N 25° 21' 00" W
57.00'

OLD ℄

28'

OSGOOD ROAD

Appendix "A"

| 41786 OSGOOD ROAD – TEMPORARY CONSTRUCTION EASEMENT | | Date | 12/05 |
|---|---|---|---|
| ASSESSOR'S PARCEL NUMBER:  525–345–25–2 | | Designed | RAS/PL |
| | | Drawn | WPM/RAS |
| City of Fremont, California | | Scale | 1"=30' |
| DEVELOPMENT AND ENVIRONMENTAL SERVICES | | File No. | EAST-TCE-PLATS.dwg |
| | | Project No. | 8173(PWC) |
| EXHIBIT 4 | | | |

Appendix "A"

CITY OF FREMONT
CITY PROJECT NO 8173(PWC)
OSGOOD ROAD IMPROVEMENTS
WASHINGTON BLVD. TO GRIMMER BLVD.
TEMPORARY CONSTRUCTION EASEMENT

REAL PROPERTY situated in the City of Fremont, County of Alameda, State of California, described as follows:

Being a portion of Plot 15, as said plot is shown on the "Map of Plots Nos. 1 to 52, and Blocks A, B, C, D, E of Lands belonging to La Societe Francaise D'Epargnes et de Prevoyance Mutuelle in Washington Township, Alameda County," filed May 23, 1881, in Book 6 of Maps, at page 22, Alameda County Records, being further described as follows:

Commencing at a point on the northeastern line of Osgood Road, formerly Durham Road and County Road No. 2548, distant thereon North 25° 21' 00" West 95.00 feet from the southeastern line of the parcel of land described in the Deed by F.A. Leal, et al, to Joseph F. Silva dated April 12, 1922, and recorded April 18, 1922 in Book 188 at page 142, Alameda County Records; thence leaving said northeastern line of Osgood Road North 64° 38' 54" East 17.29 feet to the TRUE POINT OF BEGINNING; thence North 26° 13' 06" West 57.01 feet; thence North 64° 38' 54" East 13.00 feet; thence South 26° 13' 06" East 15.87 feet; thence South 20° 51' 27" West 13.66 feet; thence South 26° 13' 06" East 31.69 feet; thence South 64° 38' 54" West 3.00 feet to the POINT OF BEGINNING.

The above described parcel of land contains 377 square feet, more or less.



Prepared by: _Mitchell L Moughon_
Mitchell L. Moughon
R.C.E. 29509

_1/5/07_
Date

This easement is for a period of six (6) months, to commence upon one (1) month written notice from CITY to GRANTOR.

Humphreys
41786 Osgood Road
APN: 525 0345 025 02

**EXHIBIT 4**