**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of November, 2007, he caused true and correct copies of the foregoing ***Initial Omnibus Cure Claim of Wells Fargo Ban, N.A.*** to be served on the following counsel of record in the manner indicated:

***VIA E-FILE***

| | |
|---|---|
| Pauline K. Morgan, Esquire<br>Matthew B. Lunn, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19899-0391<br>(Counsel to Debtors) | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 |
| Joseph McMahon, *U. S. Trustee*<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 | Alan Horn, General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747 |
| Jeffrey M. Levine<br>Milestone Advisors, LLC<br>1775 Eye Street, N.W.<br>Suite 800<br>Washington, DC 20006 | Official Committee of Unsecured Creditors<br>C/O Mark S. Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Margo B. Schonholtz, Esquire<br>Scott Talmadge, Esquire<br>Kay Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Bank of America, N.A.<br>C/O Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 |
| Erica M. Ryland, Esquire<br>Scott J. Friedman, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801 |

/S/ Todd C. Schiltz
Todd C. Schiltz (#3253)

Date:   November 29, 2007

WIL:68844.1/WEL079-247173