IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**CERTIFICATION OF SERVICE REGARDING
INITIAL CURE AMOUNT AND TRANSFER
<u>COST ESTIMATE OF CITIBANK, N.A., AS TRUSTEE</u>**

I, John T. Carroll, Esquire, counsel to Citibank, N.A., in the above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on November 29, 2007, I caused to be served a true and correct copy of the Initial Cure Amount and Transfer Cost Estimate of Citibank, N.A. as Trustee upon the parties identified on the service list attached hereto as Exhibit "A" via e-mail transmission, hand delivery and/or U.S. First Class mail service as set forth thereon.

---

[1] The Debtors are: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 29, 2007
      Wilmington, DE

                              COZEN O'CONNOR

                  By:    /s/ John T. Carroll, III
                          John T. Carroll, III (No. 4060)
                          1201 N. Market Street
                          Suite 1400
                          Wilmington, Delaware 19801
                          Telephone: (302) 295-2028
                          Facsimile: (302) 295-2013

                          SEWARD & KISSEL LLP
                          Ronald L. Cohen
                          Arlene R. Alves
                          One Battery Park Plaza
                          New York, New York 10004
                          (212) 574-1200

                          Attorneys for Citibank, N.A., solely in its
                          capacities as Indenture Trustee, Trustee,
                          Administrator, Paying Agent and Registrar

# EXHIBIT "A"

**American Home Mortgage Holdings, Inc.**
**Chapter 11**
**Case No. 07-11047(CSS)**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
Attn: Alan Horn, General Counsel
alan.horn@americanhm.com
*E-mail Service and U.S. Mail*

Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Attn: Pauline K. Morgan
Attn: Matthew B. Lunn
Counsel to the Debtors
pmorgan@ycst.com
mlunn@ycst.com
*E-Mail Service and Hand Delivery*

Milestone Advisors, LLC
1775 Eye Street, N.W.
Suite 800
Washington, DC 20006
Attn: Jeffrey M. Levine
jlevine@milestonecap.com
*E-mail Service and U.S. Mail*

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 1002
Counsel to the Official Committee of Unsecured Creditors
MIndelicato@hahnhessen.com
*E-mail Service and U.S. Mail*

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
Counsel to the Official Committee of Unsecured Creditors
fatell@blankrome.com
***E-Mail Service and Hand Delivery***

Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022
Attn:  Margot B. Schonholtz
Attn:  Scott D. Talmadge
Counsel to Bank of America, N.A. as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006
mschonholtz@kayescholer.com
stalmadge@kayescholer.com
***E-mail Service and U.S. Mail***

Potter Anderson & Corroon LLP
Hercules Plaza
6th Floor
1313 North Market Street
Wilmington, DE  19801
Attn:  Laurie Selber Silverstein
lsilverstein@potteranderson.com
Counsel to Bank of America, N.A. as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006

Jones Day
222 East 41st Street
New York, NY  10017
Attn:  Erica M. Ryland
Attn: Scott J. Friedman
Counsel to the Purchaser
emryland@jonesday.com
sjfriedman@jonesday.com
***E-mail Service and U.S. Mail***

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
Attn:  Victoria Counihan
Counsel to the Purchaser
counihanv@gtlaw.com
*E-Mail Service and Hand Delivery*

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, DE  19801
Attn:  Joseph McMahon
joseph.mcmahon@usdoj.gov
*E-Mail Service and Hand Delivery*