UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>*et al.*,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Mary Jo Yokiel, am employed by Dorsey & Whitney LLP, and do hereby certify that on November 29, 2007, a copy of the **Initial Cure Amount and Transfer Cost Claim Estimate of U.S. Bank National Association, As Trustee** was served upon the parties on the attached service list in the manner indicated.

_____
Mary Jo Yokiel, Legal Secretary
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 492-6018

Subscribed and sworn to before me
this 29th day November, 2007



MARION E. LAGESON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Service List

**Via Facsimile**

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware  19801
Attn.: Joseph McMahon
Fax:  302-573-6497

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, E  19801
Attn:  Bonnie Glantz Fatell
Fax:  302-425-6464

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Attn.: James L. Patton, Jr.
Fax:  302-576-3325

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware  19801
Attn.: Laurie Selber Silverstein
Fax:  302-658-1192

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware  19801
Attn.: Victoria Counihan
Fax:  302-661-7360

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC  20006
Attn.: Jeffrey M. Levine
Fax:  202-367-3001

Hahn & Hessen LLP
488 Madison Avenue
New York, New York  10022
Attn.: Mark S. Indelicato
Fax:  212-478-7400

Kaye Scholer LLP
425 Park Avenue
New York, New York  10022
Attn.:  Margot B. Schonholtz
            Scott D. Talmadge
Fax:  212-836-8689

Jones Day
222 East 41st Street
New York, New York  10017
Attn.:  Corinne Ball
            Erica M. Ryland
Fax:  212-755-7306

**Via Overnight Mail**

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York  11747
Attn.: Alan Horn, General Counsel