IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

### NOTICE OF CURE OF GMAC MORTGAGE LLC, FORMERLY KNOWN AS GMAC MORTGAGE CORPORATION

GMAC Mortgage LLC, formerly known as GMAC Mortgage Corporation ("GMACM") by and through its counsel, hereby files this Notice of Cure Amount (the "Notice") pursuant to paragraph 33 of the Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests; (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief (the "Sale Order") (D.I. 1711), as follows:

### FACTUAL BACKGROUND

1.   GMACM serves as the back-up servicer of certain HELOC Mortgage Loans in connection with the HELOC Back-Up Servicing Agreement dated March 13, 2007 between GMACM as Back-Up Servicer, American Home Mortgage Investment Trust 2007-SD1, as Issuing Entity and Deutsche Bank National Trust Company, as Indenture Trustee (the "2007-SD1 Back-Up Servicing Agreement").

2.   GMACM serves as the HELOC Back-Up Servicer of certain HELOC Mortgage Loans in connection with the HELOC Servicing Agreement (the "2007-SD1 Servicing

Agreement") dated March 13, 2007, among American Home Mortgage Investment Trust 2007-SD1, as Issuing Entity, Deutsche Bank National Trust Company, as Indenture Trustee, American Home Mortgage Servicing, Inc., as HELOC Servicer (the "Servicer"), and GMACM as Back-Up Servicer.

3. On August 6, 2007 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11, title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors have remained in possession of their property and have continued to operate their businesses pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. On August 6, 2007, the Debtors filed the Emergency Motion Of The Debtors For Orders: (A)(1) Approving Sale Procedures; (II) Scheduling A Hearing To Consider Sale Of Certain Assets Used In Debtors' Loan Servicing Business; (III) Approving Form And Manner Of Notice Thereof And (IV) Granting Related Relief; And (B)(I) Authorizing The Sale Of Such Assets Free And Clear Of Liens, Claims And Encumbrances, And Other Interests; (II) Authorizing And Approving Purchase Agreement Thereto; (III) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (IV) Granting Related Relief (the "Sale Motion") seeking an order of the Court that, *inter alia*, authorizes the sale (the "Sale") of the Debtors' servicing business (the "Servicing Business") free and clear of liens, claims, and encumbrances, approving the assumption and assignment of certain executory contracts and unexpired leases (D.I. 11).

5. On October 30, 2007, the Court entered the Sale Order pursuant to which the 2007-SD1 Servicing Agreement was assumed and assigned.

6. Schedule I of the Sale Order lists GMACM's cure claim through October 30, 2007 under the 2007-SD1 Servicing Agreement as $0.00

7. Pursuant to paragraph 33 and Schedule I of the Sale Order, GMACM is entitled to file a liquidated cure claim relative to the 2007-SD1 Servicing Agreement (Sale Order, ¶ 33 and Schedule I).

8. Section 5.06 of the 2007-SD1 Servicing Agreement requires the Servicer to indemnify GMACM for and to hold the GMACM harmless against, any claim, tax, penalty, loss, liability or expense of any kind whatsoever, incurred without negligence or willful misconduct on its part, arising out of, or in connection with, the failure by the Servicer to perform its duties in compliance with the 2007-SD1 Servicing Agreement.

9. Pursuant to the Sale Order, GMACM hereby files this Notice asserting a cure amount in the aggregate amount of $38,040.03 (consisting of $36,677.50 in attorneys' fees and $1,362.53 in expenses through October 30, 2007) (the "Cure Claim"), as an indemnification obligation of the Servicer pursuant to Section 5.06 of the 2007-SD1 Servicing Agreement for GMACM's reasonable attorneys' fees and costs arising out of and in connection with the failure by the Servicer to perform its duties in compliance with the 2007-SD1 Servicing Agreement. GMACM has not attached copies of the invoices because the billing detail is subject to the attorney-client privilege and work product privilege.

Dated: November 29, 2007  
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson  
Kimberly E. C. Lawson (No. 3966)  
1201 Market Street; Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: klawson@reedsmith.com

and

Robert P. Simons
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-7294
Facsimile: (412) 288-3063

and

Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Attorneys for GMAC Mortgage LLC