IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 29th day of November 2007, a true and correct copy of the **NOTICE OF CURE OF GMAC MORTGAGE LLC, FORMERLY KNOWN AS GMAC MORTGAGE CORPORATION** was served upon the addressees listed on the attached service list in the manner indicated.

By:  /s/ Kimberly E. C. Lawson
Kimberly E. C. Lawson (No. 3966)

WILLIB-56666.1

## SERVICE LIST

Via Hand Delivery
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel for Debtors)

Via First Class Mail
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

Via First Class Mail
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Via First Class Mail
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Pre-Petition Lenders)

Via Hand Delivery
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

Via Hand Delivery
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)

Via Hand Delivery
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Counsel to the Lenders)

Via Hand Delivery
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to Pre-Petition Lenders)

<u>Via First Class Mail</u>
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Purchaser – AH Mortgage
Acquisition Co., Inc.)