## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on November 29, 2007, I caused a copy of the foregoing **Proof of Cure Claim and Estimate of Transfer Cost Claim of the Bank of New York, in Various Capacities** to be served upon the parties on the attached service list in the manner indicated.

_____
Christopher M. Samis (DE No. 4909)

## In re: American Home Mortgage Holdings, Inc.
## Case No.: 07-11047 (CSS)
## Service List

*Via First Class Mail*

American Home Mortgage Holdings, Inc.
Attention: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

*Via Hand Delivery*

Pauline K. Morgan
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via First Class Mail*

Jeffrey M. Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Via First Class Mail*

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*Via Hand Delivery*

Bonnie Glantz Fatell
Blank Rome LP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Via Hand Delivery*

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

*Via First Class Mail*

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

*Via Hand Delivery*

Victoria Counihan
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via Hand Delivery*

Joseph M. McMahon
Office of the United States Trustee
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

*Via First Class Mail*

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

RLF1-3228773-1