IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Objection Deadline: November 29, 2007 |

**AMENDED CURE CLAIM AND OBJECTION OF CITIMORTGAGE, INC.
FOR THE PERIOD PRIOR TO ENTRY OF THAT CERTAIN SALE ORDER
(Docket Nos. 11, 1703, 1711 and 2226)**

CitiMortgage, Inc. ("CMI") submitted its objection to the debtors' proposed cure amount and its liquidated cure claim at docket no. 2226 (the "Original Cure Claim") pursuant to paragraphs 25, 28, 30 and 32-38 of this Court's October 30, 2007 "Order Pursuant to Sections 105, 363, 364, 365, and 503(b) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (A) Approving (i) the Sale of the Debtor's Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief" [Docket No. 1711] (the "Sale Order").

**I.    Background**

1. CitiMortgage's Original Cure Claim is incorporated herein as if fully set forth.

2. In addition to the grounds set forth in CitiMortgage's Original Cure Claim, CitiMortgage also asserts its cure claim pursuant to the Order Pursuant to Sections 105(a), 345, and 503(B)(1) of the Bankruptcy Code (I) Authorizing the Debtors to Maintain and Use Existing Bank Accounts and Business Forms, (II) Authorizing the Debtors to Maintain and Use Existing Cash Management System, and (III) Extending the Debtors' Time to Company with Section 345 of the Bankruptcy Code, dated

1636012

August 7, 2007 (the "Cash Management Order") (Docket No. 66). The Cash Management Order provides that:

> The Debtors shall perform each of their Securitization Servicing Functions in accordance with the terms and conditions of the Securitization Documents until the Termination Date (as defined below). Without limiting the generality of the foregoing, the Debtors are authorized and directed to make all required Advances and to perform indemnification obligations as provided under the Securitization Documents without further application to, or order of, this Court. In addition, parties to the securitization transactions are authorized free and clear of any constraints imposed by the Bankruptcy Code including, without limitation, section 362 of the Bankruptcy Code, to continue any customary prepetition practices of billing, reporting or otherwise making demands on each other as to amounts due and to the extent that the relevant parties continue to agree to do so, of "netting" amounts currently due to and from such parties.

Cash Management Order, page 6.

3.      The Cash Management Order further provides that:

> The reasonable costs of such trustee monitoring efforts shall be considered a reasonable expense of administration of the securitization trust reimbursable under the indemnification provision of the Securitization Documents or, alternatively, such expenses shall be afforded administrative expense priority under section 503(b)(1)(A) and 507(a)(2) to the extent provided in the relevant Securitization Documents.

Cash Management Order, pages 7-8.

WHEREFORE, CMI respectfully requests that this Court enter an order (A) sustaining its objection to the debtors' proposed Initial Cure Amounts for the two CMI Assumed Contracts, (B) sustaining CMI's liquidated cure claim in the total amount of $113,745.67, and providing for a distribution to CMI from the Cure Escrow in that amount (or such alternate distribution and allowed

[remainder of page intentionally left blank]

1636012

claim as the Sale Order procedures provide), and (C) granting CMI such further relief as this Court deems just and proper.

Dated: November 29, 2007

**MORRIS JAMES LLP**

*/s/ Brett D. Fallon*

Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302)888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 24005
Denver, Colorado 80202-5424
Telephone: (303) 626-7139
Facsimile: (303) 626-7101
Email: apetrie@featherstonelaw.com

*Attorneys for CitiMortage, Inc.*

1636012