IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   : Jointly Administered
            Debtors.                                               :
------------------------------------------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 27 day of November 2007 she caused a copy of the following document(s):

Notice of Interim Period Cure Schedule [Docket NO. 2166]

to be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 30 day of November 2007

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

DB02:6163664.4                                                                                    066585.1001

## SERVICE LIST

AS/Computer Consultants
Attn: Officer, General or Managing Agent
7614 Opportunity Drive
Fort Wayne, IN 46825
(Cure Notice)
*Federal Express*

Patrick Townsend and Associates
Attn: Officer, General or Managing Agent
406 Legion Way SE, Suite 300
Olympia, WA 98501
(Cure Notice)
*Federal Express*

McAfee
Attn: James Seltzer
5000 Headquarters Drive
Plano, TX 75024
Cure Notice
*Federal Express*

Pro Data Computer
Attn: Officer, General or Managing Agent
2809 S 160th St., Suite 401
Omaha, NE 68130
(Cure Notice)
*Federal Express*