IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

| | |
|---|---|
| In re: | :   Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | :   Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | :   Jointly Administered |
| Debtors. | : |

------------------------------------------------------------------- x

**FIRST MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL
REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
INTERIM PERIOD SEPTEMBER 7, 2007 THROUGH SEPTEMEBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | September 7, 2007 through September 30, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $172,200.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $188.27 |

This is an: __X__ interim ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.[1]

---

[1] All time recorded under the category B160 within this application reflects work related to A&O's application for approval from this Court to act as Regulatory Counsel.

Prior applications:  N/A

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| | | | | | |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as Senior Litigation Counsel in 2003. Member of NY Bar since 1974. | $825.00 | 45.50 | $37,537.50 |
| Robert Knuts | Partner since 2006. Joined the firm as a partner in 2006. Member of NY Bar since 1982 . | $730.00 | 74.30 | $50,662 |
| Hugh McDonald | Partner since 2003. Joined the firm as Senior Counsel in 2001. Member of NY Bar since 1991. | $730.00 | 5.20 | $3,796.00 |
| Steven Doody | Senior Counsel since 2001. Joined the firm as Counsel in 2001. Member of NY Bar since 1983. | $695.00 | 3.60 | $2,502.00 |
| Anna Taruschio | Joined firm as an associate in 2006. Member of the NY Bar since 2001. | $560.00 | 5.50 | $3,080.00 |
| Nathan Reilly | Joined firm as associate in 2002. Member of NY Bar since 2002. | $540.00 | 31.90 | $17,226.00 |
| Aimee Ferrer | Joined firm as an associate in 2005. Member of the NY Bar since 2005. | $370.00 | 111.80 | $39,312.50 |
| Allie Cheatham | Joined firm as an associate in 2006. Member of the NY Bar since 2006. | $370.00 | 7.30 | $2,701.00 |
| Matthew North | Joined firm as an associate in 2005. Member of the NY Bar since 2005. | $370.00 | 2.30 | $851.00 |
| Jodi Pittell | Paralegal | $240.00 | 4.00 | $960.00 |
| Jessica Prahl | Paralegal | $225.00 | 20.10 | $4,522.50 |
| Mark Mattson | Paralegal | $200.00 | 16.50 | $3,300.00 |
| Jennifer Schulte | Paralegal | $200.00 | 25.80 | $5,160.00 |
| Kurt Vellek | Managing Litigation Clerk | $225.00 | 1.80 | $405.00 |

| Toby Mann | Clerk | $185.00 | 1.00 | $185.00 |
|-----------|-------|---------|------|---------|
| Grand Total: | | | 356.60 | $172,200.50 |
| Blended Rate: | | $482.90 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (B110) | 62.20 | $13,347.50 |
| Fee/Employment Applications (B160) | 30.20 | $17,775.00 |
| Non-Working Travel (B195) | 20.90 | $5,630.50 |
| Board of Directors Matters (B260) | 4.00 | $3,300.00 |
| Bankruptcy /Litigation Issues (B700) | 0.8 | $556.00 |
| Fact Investigation/Development (L110) | 137.80 | $72,162.00 |
| Analysis/Strategy (L120) | 33.00 | $21,387.50 |
| Document/File Management (L140) | 18.30 | $8,480.50 |
| Other Case Assessment, Development & Administration (L190) | 37.80 | $24,992.50 |
| Document Production (L320) | 6.80 | $2,623.00 |
| Restructuring Advice (REST) | 2.80 | $1.946.00 |
| **TOTALS** | **356.60** | **$172,200.50** |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Reproduction / Internal Printing Charges | $186.40 |
| Long Distance Telephone | $1.87 |
| **TOTAL** | **$188.27** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                             :   Chapter 11
                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                                   :   Jointly Administered
        Debtors.                                   :

---

**FIRST MONTHLY APPLICATION OF
ALLEN & OVER, LLP AS SPECIAL REGULATORY COUNSEL FOR THE
DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE INTERIM PERIOD
SEPTEMEBER 7, 2007 THROUGH SEPTEMBER 30, 2007**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this Court for reasonable compensation for professional legal services rendered as special regulatory counsel to American Home Mortgage Holdings, Inc., et al., the debtors in the above-captioned cases (the "Debtors"), in the amount of $172,200.50 together with reimbursement for actual and necessary expenses incurred in the amount of $188.27for the interim period September 7, 2007 through September 30, 2007 (the "Interim Fee Period"). In support of its Application, A&O respectfully represents as follows:

1.       A&O was employed pursuant to an engagement letter to represent the Debtors as special regulatory counsel in connection with regulatory inquiries. This representation was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31, 2007. The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.       All services for which compensation is requested by A&O were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $172,200.50 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $188.27 for reimbursement of expenses.

4.      The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $188.27.  This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, fees paid to contract attorneys assisting in document review, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying and printing charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6.      Costs incurred for overtime and computer assisted research are not included in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements.  Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, and that that the rate charged here for outgoing telecopier

transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.    Attorneys and paraprofessionals of A&O have expended a total of 356.60 hours in connection with this matter during the Interim Fee Period.

8.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are A&O's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&O for the Interim Fee Period as counsel for the Debtors in these cases is $172,200.50.

9.    A&O believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10.    As set forth in Exhibit A, all time recorded as non-working travel has been billed at 50% of normal hourly rates.

11.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period September 7, 2007 through September 30, 2007.

WHEREFORE, A&O requests that allowance be made to it in the sum of $172,200.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $188.27 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       November 30, 2007

          ALLEN & OVERY, LLP

          /s/ Pamela Rogers Chepiga
          Pamela Rogers Chepiga
          1221 Avenue of the Americas
          New York, New York 10020
          Telephone: (212) 610-6300
          Facsimile: (212) 610-6399

          Special Regulatory Counsel for Debtors

VERIFICATION

STATE OF NEW YORK    )
                     )    SS:
NEW YORK COUNTY      )

Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes

and says:

1.    I am a Partner in the applicant firm, Allen & Overy, LLP, and have been

admitted to the bar of New York state since 1974.

2.    I have personally performed many of the legal services rendered by Allen &

Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of

the lawyers and paraprofessionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the

best of my knowledge, information and belief.

_____
Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this ____ day of November 2007.

_____
Notary Public
My Commission Expires: 12 / 11 / 10

Notary Public, State of New York
No. 01MA6157105
Qualified in Westchester County
Certificate filed in New York County
Commission Expires Dec. 11, 2010

# EXHIBIT A

To:     American Home Mortgage Investment Corp.

        Attn: Alan Horn
        538 Broadhollow Road
        Melville, NY 11757


MATTER :    87601-00001
CURRENCY:   U.S. Dollars
INVOICE :   5713947

Billing through September 30, 2007:

Total Fees:         $172,200.50
Total Expenses:     $188.27


**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| Case Administration | | | | | |
| 09/10/07 | Mark Mattson | 6.50 | 1,300.00 | B110 | American Home Mortgage - received, catalogued boxes from Cadwalader. |
| 09/10/07 | Jessica Prahl | 0.20 | 45.00 | B110 | Organizing incoming case files in case room, per A. Ferrer. |
| 09/11/07 | Mark Mattson | 4.00 | 800.00 | B110 | American Home Mortgage. Conferred with A. Ferrer in connection with case room organization of documents/preparation of materials for in house binders. |
| 09/11/07 | Jessica Prahl | 3.50 | 787.50 | B110 | Organizing new case files; interviewing and selecting online data hosting vendors; inventory of electronic data received, per A. Ferrer. |
| 09/12/07 | Jessica Prahl | 4.50 | 1,012.50 | B110 | Coordinating vendor for copying, processing of data from hard drives; coordinating vendor for hosting of data once processed, per A. Ferrer. |
| 09/13/07 | Mark Mattson | 4.00 | 800.00 | B110 | American Home Mortgage - Conferred with A. Ferrer in connection with case room organization. Received, reviewed and indexed all materials pertaining to case. |
| 09/13/07 | Jessica Prahl | 4.10 | 922.50 | B110 | Receiving, logging, additional hard drives (Bernstein, Hozie, Strauss); coordinated copying and processing of same with IKON; emailed A. Ferrer regarding data hosting options; scheduled trainings and demos for Case Vault. |
| 09/14/07 | Mark Mattson | 2.00 | 400.00 | B110 | American Home Mortgage - Conferred with N. Reilly in connection with preparation of complaint/stipulation binders. Prepared |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | relevant documents. |
| 09/14/07 | Jessica Prahl | 0.50 | 112.50 | B110 | Coordinated the copying of audit committee and board of directors' materials for A. Cheatham. |
| 09/17/07 | Jessica Prahl | 0.80 | 180.00 | B110 | Preparing copy sets of audit committee and board of directors' materials for review by A. Cheatham. |
| 09/18/07 | Jessica Prahl | 1.50 | 337.50 | B110 | Email communications with vendors and A. Ferrer regarding electronic review set-up. |
| 09/19/07 | Jennifer Schulte | 4.00 | 800.00 | B110 | Conferred with A. Cheatham, A. Ferrer and vendor IKON in connection with preparation of documents for production to the SEC. Reviewed and organized materials for production. Drafted provisional privilege log for attorney review. |
| 09/20/07 | Jessica Prahl | 1.50 | 337.50 | B110 | Coordinated schedules for electronic data processing with A. Ferrer and A. Novick (Ikon). |
| 09/20/07 | Jennifer Schulte | 7.00 | 1,400.00 | B110 | Conferred with A. Cheatham in connection with SEC production. Implemented edits in the privilege log. Reviewed and organized documents for production to the SEC. Conferred with A. Ferrer. Drafted table of "list of landlords" contact information. |
| 09/20/07 | Toby Mann | 1.00 | 185.00 | B110 | Online search for A. Taruschio. |
| 09/20/07 | Kurt Vellek | 1.80 | 405.00 | B110 | Hand deliver document production to SEC's offices at World Financial Center. |
| 09/21/07 | Jessica Prahl | 1.10 | 247.50 | B110 | Drafted emails to Ikon re questions regarding time frame for de-duplication of hard drive data; made calls to Ikon re same; emails to A. Ferrer reporting information from vendors. |
| 09/21/07 | Jennifer Schulte | 5.00 | 1,000.00 | B110 | Reviewed and organized inviolate and attorney working copy sets of 9/20/2007 production to the SEC. Drafted production log inclusive of previous and the 9/20/2007 productions. |
| 09/24/07 | Jessica Prahl | 0.50 | 112.50 | B110 | Status call with Ikon regarding electronic data processing, per A. Ferrer |
| 09/25/07 | Jennifer Schulte | 0.50 | 100.00 | B110 | Drafted production log. |
| 09/25/07 | Jessica Prahl | 0.90 | 202.50 | B110 | Status call with vendor (Ikon) regarding pre-processing report for hard drives; emails correspondence with Ikon regarding analysis of same, per Aimee Ferrer |
| 09/26/07 | Jennifer Schulte | 3.60 | 720.00 | B110 | Updated production log. Reviewed and organized materials produced to the SEC. |
| 09/27/07 | Jennifer Schulte | 3.20 | 640.00 | B110 | Reviewed and organized materials produced to the SEC on 9/20/07. Updated production log. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/28/07 | Jennifer Schulte | 2.50 | 500.00 | B110 | Reviewed and organized materials produced to the SEC. Updated production log. |
| ******* | TOTAL CODE B110: | 64.20 | 13,347.50 | | |

Fee/Employment Applications

| | | | | | |
|---|---|---|---|---|---|
| 09/10/07 | Hugh McDonald | 1.00 | 730.00 | B160 | Meeting with Team to discuss status retention issues, class litigation and coordination. |
| 09/10/07 | Hugh McDonald | 0.20 | 146.00 | B160 | Attention to e-mails regarding retention e-mails. |
| 09/10/07 | Hugh McDonald | 0.30 | 219.00 | B160 | Review of rules and guidelines. |
| 09/11/07 | Hugh McDonald | 0.70 | 511.00 | B160 | Conference call with JW and PI of CWT, SB and JP of CST and PC and WR of A&O regarding retention, SEC and document issues. |
| 09/11/07 | Hugh McDonald | 0.20 | 146.00 | B160 | Conference with KU regarding orders and documents. |
| 09/11/07 | Hugh McDonald | 0.20 | 146.00 | B160 | Review order on fees. |
| 09/11/07 | Hugh McDonald | 0.20 | 146.00 | B160 | Review pro-hoc motion and e-mails. |
| 09/13/07 | Hugh McDonald | 0.30 | 219.00 | B160 | Review e-mails and retention papers |
| 09/13/07 | Hugh McDonald | 0.50 | 365.00 | B160 | Conference call with SB, JR, PC and NR regarding retention issues and meetings. |
| 09/13/07 | Nathan Reilly | 0.50 | 270.00 | B160 | Telephone conference with Young Conaway (J. Patton and S. Beach) re: (1) preparation of papers needed for bankruptcy court approval of our retention for (a) regulatory matters and (b) class actions defense and (2) coordination on preservation of subpoenaed materials. |
| 09/14/07 | Pamela Chepiga | 1.00 | 825.00 | B160 | Work on preparation of draft application to bankruptcy court for approval of representation in consultation with A&O (H. McDonald and N. Reilly) and Young Conaway (J. Patton and S. Beach). |
| 09/14/07 | Nathan Reilly | 1.00 | 540.00 | B160 | Meeting with Cadwalader, P. Chepiga, P. Hynes, R. Knuts and A. Ferrer re: transitioning case to A&O and SEC-related issues. |
| 09/14/07 | Nathan Reilly | 0.30 | 162.00 | B160 | Conference call with A&O, M. Strauss, A. Horn, C. Cavaco, S. Beach and J. Patton . |
| 09/14/07 | Robert Knuts | 2.50 | 1,825.00 | B160 | Continued analysis of Form 10Ks and 10Qs filed by company from 2005-2007 |
| 09/14/07 | Hugh McDonald | 0.40 | 292.00 | B160 | Conference with AT regarding retention and case. |
| 09/14/07 | Hugh McDonald | 0.20 | 146.00 | B160 | Review of engagement letter. |
| 09/14/07 | Hugh McDonald | 0.40 | 292.00 | B160 | Teleconferences with NR and PC regarding engagement letter. |
| 09/14/07 | Hugh McDonald | 0.40 | 292.00 | B160 | Review of revised declaration in support of |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | retention. |
| 09/14/07 | Hugh McDonald | 0.20 | 146.00 | B160 | Teleconference with NR regarding declaration. |
| 09/18/07 | Nathan Reilly | 1.10 | 594.00 | B160 | Revise draft affidavit for bankruptcy court; phone call with K. Coleman re: bankruptcy court application |
| 09/20/07 | Anna Taruschio | 2.00 | 1,120.00 | B160 | Review 327 pleadings and research re same collier, caselaw, etc. |
| 09/20/07 | Nathan Reilly | 0.10 | 54.00 | B160 | Phone call with T. Turner re: Bankruptcy Court application. |
| 09/20/07 | Nathan Reilly | 0.50 | 270.00 | B160 | Review D&O insurance policy. |
| 09/20/07 | Nathan Reilly | 0.30 | 162.00 | B160 | Telephone conference with Young Conaway (J. Patton and S. Beach) re: drafts of bankruptcy court application and related issues. |
| 09/20/07 | Nathan Reilly | 0.70 | 378.00 | B160 | Revise draft application to bankruptcy court and circulate to Young Conaway. |
| 09/20/07 | Nathan Reilly | 0.20 | 108.00 | B160 | Call with T. Turner re: bankruptcy court application. |
| 09/21/07 | Matthew North | 2.30 | 851.00 | B160 | Research re: bankruptcy code ("special counsel" provisions) per A. Taruschio. |
| 09/21/07 | Anna Taruschio | 3.50 | 1,960.00 | B160 | Review 327issues and retention applications and various tc and emails re same N. reilly. |
| 09/21/07 | Nathan Reilly | 1.00 | 540.00 | B160 | Review insurance contracts. |
| 09/21/07 | Nathan Reilly | 0.80 | 432.00 | B160 | Review insurance contracts with S. Doody and P. Chepiga. |
| 09/21/07 | Nathan Reilly | 0.20 | 108.00 | B160 | Discuss bankruptcy application with A. Taruschio; e-mail to A. Taruschio. |
| 09/24/07 | Nathan Reilly | 1.50 | 810.00 | B160 | Attention to insurance issues, including numerous A&O conferences and numerous telephone conferences with AHM (A. Horn and M. Strauss). |
| 09/26/07 | Nathan Reilly | 1.50 | 810.00 | B160 | Review/edit draft retention application for Bankruptcy Court and P. Chepiga's supporting affidavit. |
| 09/26/07 | Nathan Reilly | 0.30 | 162.00 | B160 | Telephone conference with Young Conaway (J. Patton) and P. Chepiga re: draft application. |
| 09/26/07 | Nathan Reilly | 1.00 | 540.00 | B160 | Revise and send engagement letter to M. Strauss. |
| 09/27/07 | Nathan Reilly | 0.60 | 324.00 | B160 | Prepare execution version of engagement letter and affidavit for bankruptcy application. |
| 09/27/07 | Nathan Reilly | 0.10 | 54.00 | B160 | Phone call with M. Strauss and P. Chepiga re: engagement letter; e-mail to M. Strauss. |
| 09/28/07 | Nathan Reilly | 1.70 | 918.00 | B160 | Calls to office of M. Strauss; calls with Young Conaway re fee application, discuss fee application with P. Chepiga and R. Knuts, |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | revise attachment to affidavit. |
| 09/28/07 | Nathan Reilly | 0.30 | 162.00 | B160 | Phone calls with P. Chepiga and B. Knuts re: creditors' committee objections. |
| ******* | TOTAL CODE B110: | 30.20 | 17,775.00 | | |

Non-Working Travel

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/17/07 | Aimee Ferrer | 2.00 | 740.00 | B195 | Travel to AHM HQ |
| 09/17/07 | Aimee Ferrer | 1.80 | 666.00 | B195 | Return travel from AHM HQ |
| 09/17/07 | Robert Knuts | 2.50 | 1,825.00 | B195 | Travel to/from company offices in Melville, NY for interviews with company officers and employees |
| 09/18/07 | Aimee Ferrer | 1.50 | 555.00 | B195 | Travel to Company HQ |
| 09/18/07 | Aimee Ferrer | 1.00 | 370.00 | B195 | Travel from Company HQ |
| 09/18/07 | Robert Knuts | 2.50 | 1,825.00 | B195 | Travel to/from company offices in Melville, NY |
| 09/24/07 | Aimee Ferrer | 2.50 | 925.00 | B195 | Travelling to and from AHM HQ |
| 09/24/07 | Robert Knuts | 2.50 | 1,825.00 | B195 | Travel to/from company offices in Melville, NY to interview officers and employees |
| 09/27/07 | Aimee Ferrer | 2.30 | 851.00 | B195 | Travel to and from AHM headquarters. |
| 09/27/07 | Robert Knuts | 2.30 | 1,679.00 | B195 | Travel to/from company offices in Melville, NY |
| ******* | TOTAL CODE B195: | 20.90 | 11,261.00 | | |
| | | | (-50%) | | |
| | | | 5,630.50 | | |

Board of Directors Matters

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/12/07 | Pamela Chepiga | 4.00 | 3,300.00 | B260 | Meet with AHM Board of Directors in Melville re: representation and status of regulation matters, including travel time strategizing presentation to Board. |
| ******* | TOTAL CODE B260: | 4.00 | 3,300.00 | | |

Bankruptcy/Litigation Issues

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/24/07 | Stephen Doody | 0.80 | 556.00 | B700 | Telephone conference P. Chepiga; review policy for retention issue |
| ******* | TOTAL CODE B700: | 0.80 | 556.00 | | |

Fact Investigation / Development

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/07/07 | Robert Knuts | 1.50 | 1,095.00 | L110 | Travel to and prepare for meetings at AHM |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | office in Melville, NY. |
| 09/07/07 | Robert Knuts | 3.50 | 2,555.00 | L110 | Attend meetings/briefings in status regulatory matters with CEO, CFO and L. Bevilacqua (Cadwalader). |
| 09/07/07 | Robert Knuts | 1.50 | 1,095.00 | L110 | Travel from AHM office to Cadwalader and prepare for transition meeting with prior counsel. |
| 09/07/07 | Robert Knuts | 2.00 | 1,460.00 | L110 | Meet at Cadwalader and discuss transition issues and obtain update concerning regulatory matters. |
| 09/10/07 | Aimee Ferrer | 0.60 | 222.00 | L110 | Speaking with P. Isajiw of CWT regarding transition |
| 09/10/07 | Aimee Ferrer | 4.00 | 1,480.00 | L110 | Reviewing SEC correspondence and company information (annual report, gov't filings, press releases) |
| 09/10/07 | Aimee Ferrer | 1.00 | 370.00 | L110 | Reviewing bankruptcy docket and documents filed in the bankruptcy case |
| 09/10/07 | Aimee Ferrer | 2.50 | 925.00 | L110 | Reviewing previous SEC production and conference with CWT regarding same |
| 09/10/07 | Pamela Chepiga | 0.50 | 412.50 | L110 | Meeting of litigation team (P. Hynes, R. Knuts, N. Reilly and A. Ferrer) re: organizing transfer of files from Cadwalader and initial discussion of relevant factual/legal issues. |
| 09/10/07 | Nathan Reilly | 1.50 | 810.00 | L110 | Meeting with P. Chepiga, P. Hynes, B. Knuts, A. Ferrer and H. McDonald re: transition of case for Cadwalader to A&O; discuss necessary steps in bankruptcy matter and underlying facts regarding case. |
| 09/10/07 | Nathan Reilly | 0.40 | 216.00 | L110 | Discuss obtaining documents from previous counsel with P. Chepiga and A. Ferrer. |
| 09/10/07 | Robert Knuts | 0.50 | 365.00 | L110 | Meeting with P. Hynes, P. Chepiga, N. Reilly and A. Ferrer concerning common regulatory/litigation issues, both factual and legal. |
| 09/11/07 | Aimee Ferrer | 3.90 | 1,443.00 | L110 | Reviewing documents produced to SEC previously |
| 09/11/07 | Aimee Ferrer | 3.20 | 1,184.00 | L110 | Reviewing documents received from CWT in preparation for SEC production. |
| 09/11/07 | Nathan Reilly | 0.70 | 378.00 | L110 | Call with P. Chepiga, H. McDonald, bankruptcy counsel and counsel at Cadwalader re: status of SEC inquiry. |
| 09/11/07 | Nathan Reilly | 0.10 | 54.00 | L110 | Call with P. Chepiga and S. Beach re: SEC inquiry. |
| 09/11/07 | Nathan Reilly | 0.20 | 108.00 | L110 | Discuss receipt of documents with A. Ferrer. |
| 09/11/07 | Robert Knuts | 0.70 | 511.00 | L110 | Analyze correspondence between Cadwalader and SEC as well as SEC subpoena concerning open document production issues. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/11/07 | Robert Knuts | 0.80 | 584.00 | L110 | Analyze press release issued by AHM during 2007. |
| 09/12/07 | Aimee Ferrer | 4.50 | 1,665.00 | L110 | Reviewing 8-k 2007-2006 press releases and other SEC filings, summarizing same. |
| 09/12/07 | Aimee Ferrer | 0.60 | 222.00 | L110 | Reviewing employee emails for summarizing, meeting with P. Chepiga and P. Hynes regarding same. |
| 09/12/07 | Nathan Reilly | 0.50 | 270.00 | L110 | Conference call with A&O team, S. Beach and C. Cavaco re: preservation of documents for SEC and upcoming SEC meeting. |
| 09/12/07 | Nathan Reilly | 0.60 | 324.00 | L110 | Discuss SEC meeting with P. Chepiga, P. Hynes and R. Knuts. |
| 09/12/07 | Nathan Reilly | 0.70 | 378.00 | L110 | Review materials provided by bankruptcy counsel and AHM re: branch locations and filings with bankruptcy court. |
| 09/12/07 | Nathan Reilly | 0.30 | 162.00 | L110 | Discuss production issues with A, Ferrer. |
| 09/12/07 | Robert Knuts | 0.50 | 365.00 | L110 | Telephone call with C. Cavaco (AHM) and S. Beach (Young Conaway) concerning document preservation. |
| 09/12/07 | Robert Knuts | 1.50 | 1,095.00 | L110 | Meeting with P. Chepiga, P. Hynes and N. Reilly preliminary assessment of key issues and that day's meeting with SEC staff. |
| 09/12/07 | Robert Knuts | 2.00 | 1,460.00 | L110 | Meeting at SEC offices with government regulators, including travel time and finalizing preparation for meeting with SEC staff. |
| 09/12/07 | Robert Knuts | 1.30 | 949.00 | L110 | Conferences at AHM office in Melville, NY with CEO and L. Bevilacqua (Cadwalader) concerning meeting at SEC and related issues. |
| 09/12/07 | Robert Knuts | 0.50 | 365.00 | L110 | Telephone conference with D. Koff and P. Isajiw (Cadwalader) concerning compliance issues regarding SEC document subpoena. |
| 09/12/07 | Robert Knuts | 4.00 | 2,920.00 | L110 | Meeting with AHM Board of Directors concerning representation of company and status of regulatory matters, including travel to/from Melville and preparation of presentation to Board. |
| 09/13/07 | Aimee Ferrer | 0.60 | 222.00 | L110 | Reviewing documents sent from CWT, including conference call scripts |
| 09/13/07 | Aimee Ferrer | 0.80 | 296.00 | L110 | Reviewing and summarizing press releases |
| 09/13/07 | Pamela Chepiga | 0.50 | 412.50 | L110 | Telephone conference with Young Conaway (J. Patton and S. Beach) re: (1) preparation of papers needed for bankruptcy court approval of our retention for (a) regulatory matters and (b) class actions defense and (2) coordination on preservation of subpoenaed materials. |
| 09/13/07 | Pamela Chepiga | 0.30 | 247.50 | L110 | 2 telephone conferences with M. Strauss (CEO) re: SEC production. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/13/07 | Nathan Reilly | 0.30 | 162.00 | L110 | E-mail exchange with R. Knuts, A. Ferrer, and library staff re: transcripts of analyst calls. |
| 09/13/07 | Robert Knuts | 0.50 | 365.00 | L110 | Analyse press release/8K chronology prepared by A. Ferrer. |
| 09/13/07 | Robert Knuts | 0.50 | 365.00 | L110 | Communications concerning document issues. |
| 09/13/07 | Robert Knuts | 2.00 | 1,460.00 | L110 | Continued analysis of Forms 10-K and 10-Q filed by company. |
| 09/14/07 | Aimee Ferrer | 3.00 | 1,110.00 | L110 | Meeting with CWT and A&O team to discuss details of case and pass information regarding subpoena response |
| 09/14/07 | Aimee Ferrer | 0.50 | 185.00 | L110 | Conference call with client regarding meetings and response to subpoena |
| 09/14/07 | Aimee Ferrer | 4.50 | 1,665.00 | L110 | Reviewing documents produced to SEC and documents to be produced, analyzing required responses. |
| 09/14/07 | Pamela Chepiga | 0.20 | 165.00 | L110 | Telephone conference with V. Sherman (SEC) re: status of production. |
| 09/17/07 | Aimee Ferrer | 4.50 | 1,665.00 | L110 | Interviewing AHM employees, reviewing data collection and storage |
| 09/17/07 | Aimee Ferrer | 3.50 | 1,295.00 | L110 | Reviewing materials provided by AHM that may be responsive to the subpoena for responsiveness/privilege |
| 09/17/07 | Nathan Reilly | 0.30 | 162.00 | L110 | E-mail exchanges with outside document vendor re: training and production issues. |
| 09/17/07 | Nathan Reilly | 0.10 | 54.00 | L110 | E-mail to SEC with dial-in information. |
| 09/17/07 | Robert Knuts | 3.00 | 2,190.00 | L110 | Interview company officers and employees concerning SEC document subpoena and related issues |
| 09/18/07 | Aimee Ferrer | 6.50 | 2,405.00 | L110 | Interviews with employees, offices of company with B. Knuts |
| 09/18/07 | Aimee Ferrer | 2.00 | 740.00 | L110 | Reviewing documentation for production |
| 09/18/07 | Nathan Reilly | 0.20 | 108.00 | L110 | Phone call with J. Auspitz and P. Hynes |
| 09/18/07 | Nathan Reilly | 0.20 | 108.00 | L110 | E-mail exchange with vendors re: document production issues |
| 09/18/07 | Robert Knuts | 6.50 | 4,745.00 | L110 | Interviews with company officers and employees concerning SEC document subpoena and related issues |
| 09/18/07 | Nathan Reilly | 0.10 | 54.00 | L110 | Telephone call with K. Coleman re: Bankruptcy Court application. |
| 09/19/07 | Aimee Ferrer | 6.00 | 2,220.00 | L110 | Reviewing intranet, due diligence data room for documents responsive to subpoena |
| 09/19/07 | Pamela Chepiga | 0.30 | 247.50 | L110 | Telephone conference with Alan Horn, Mitch Kider (Weiner Brodsky) and Pat Hynes re: New Hampshire regulatory issues. |
| 09/19/07 | Nathan Reilly | 0.10 | 54.00 | L110 | Circulate dial-in for conference call with SEC |
| 09/19/07 | Nathan Reilly | 0.80 | 432.00 | L110 | A&O team meeting to coordinate and prepare |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | for tomorrow's telephone conference with SEC. |
| 09/19/07 | Robert Knuts | 0.30 | 219.00 | L110 | Conference with A. Cheatham concerning issues regarding Board of Directors' meeting minutes; conference with A. Ferrer concerning other document issues |
| 09/19/07 | Robert Knuts | 3.00 | 2,190.00 | L110 | Continued analysis of Forms 10K and 10Q filed by company during 2005-07 |
| 09/19/07 | Nathan Reilly | 0.40 | 216.00 | L110 | Exchange e-mail with T. Turner at Young Conaway re: bankruptcy application. |
| 09/19/07 | Nathan Reilly | 0.70 | 378.00 | L110 | Revise draft affidavit of P. Chepiga. |
| 09/20/07 | Aimee Ferrer | 4.50 | 1,665.00 | L110 | Reviewing documentation provided by company and CWT for responsiveness |
| 09/20/07 | Aimee Ferrer | 1.20 | 444.00 | L110 | Preparing a "to do" list for company employees to gather responsive documentation |
| 09/20/07 | Aimee Ferrer | 0.50 | 185.00 | L110 | Conference with SEC, A&O and YC to organize response to subpoena |
| 09/20/07 | Pamela Chepiga | 0.40 | 330.00 | L110 | Attention to AHM insurance policies. |
| 09/20/07 | Nathan Reilly | 0.50 | 270.00 | L110 | Telephone conference with SEC, A&O and Young Conaway to organize response to SEC subpoena. |
| 09/20/07 | Robert Knuts | 0.50 | 365.00 | L110 | Conference call witih SEC staff and bankruptcy counsel concerning status of document production and bankruptcy proceeding issues |
| 09/21/07 | Aimee Ferrer | 1.30 | 481.00 | L110 | Preparing for visit to company on Monday, reviewing document request, meeting notes and contacting employees |
| 09/21/07 | Aimee Ferrer | 1.80 | 666.00 | L110 | Reviewing draft press releases for production |
| 09/21/07 | Nathan Reilly | 0.30 | 162.00 | L110 | Phone call and e-mail with T. Turner re: bankruptcy court application. |
| 09/21/07 | Nathan Reilly | 0.10 | 54.00 | L110 | E-mail to Young Conaway re: 10-Q issue. |
| 09/24/07 | Aimee Ferrer | 4.00 | 1,480.00 | L110 | Interviewing AHM employees |
| 09/24/07 | Aimee Ferrer | 0.40 | 148.00 | L110 | Reviewing emails related to case development |
| 09/24/07 | Nathan Reilly | 0.20 | 108.00 | L110 | E-mails to SEC staff re: conference call. |
| 09/24/07 | Robert Knuts | 4.00 | 2,920.00 | L110 | Interviewing officers and employees to develop information necessary to respond to SEC subpoena and related issues |
| 09/24/07 | Nathan Reilly | 0.50 | 270.00 | L110 | Phone call with S. Beach and T. Turner re: bankruptcy application. |
| 09/25/07 | Aimee Ferrer | 3.80 | 1,406.00 | L110 | Reviewing subpoena and documents already collected for responsiveness |
| 09/25/07 | Aimee Ferrer | 1.20 | 444.00 | L110 | Reviewing relevant documents for bankruptcy proceeding |
| 09/25/07 | Robert Knuts | 0.30 | 219.00 | L110 | Draft e-mail to D. Bachenheimer (SEC) |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | concerning status of document production and certain logistical issues. |
| 09/25/07 | Robert Knuts | 0.20 | 146.00 | L110 | Telephone calls with D. Bachenheimer and A. Calimari (SEC staff) concerning subpoena compliance and information gathering issues. |
| 09/25/07 | Robert Knuts | 0.30 | 219.00 | L110 | Telephone call with J. Greene (DOJ) concerning document production and related issues. |
| 09/25/07 | Robert Knuts | 1.10 | 803.00 | L110 | Telephone conference with P. Chepiga, P. Hynes and P. Curnin concerning document production, related issues and AIG coverage issues. |
| 09/25/07 | Robert Knuts | 0.30 | 219.00 | L110 | Conference with A. Ferrer concerning document production issues. |
| 09/25/07 | Robert Knuts | 2.50 | 1,825.00 | L110 | Continued analysis of company SEC filing and press release. |
| 09/26/07 | Aimee Ferrer | 1.30 | 481.00 | L110 | Preparing lists for employees to facilitate subpoena response, analyzing status of requests, correspondence with A. Horn re: interview schedule. |
| 09/26/07 | Robert Knuts | 1.50 | 1,095.00 | L110 | Further analysis of company public filings in preparation for interviews with clients concerning responses to SEC subpoena |
| 09/27/07 | Aimee Ferrer | 1.50 | 555.00 | L110 | Meeting with employees with R. Knuts, re: subpoena response information. |
| 09/27/07 | Robert Knuts | 1.50 | 1,095.00 | L110 | Interview officers and employees to gather information necessary for responding to SEC document subpoena and related issues |
| 09/27/07 | Nathan Reilly | 0.30 | 162.00 | L110 | Phone calls with M. Strauss and P. Chepiga re: bankruptcy application. |
| 09/27/07 | Nathan Reilly | 0.30 | 162.00 | L110 | Phone call with S. Beach re: bankruptcy application. |
| 09/28/07 | Robert Knuts | 2.50 | 1,825.00 | L110 | Continued analysis of company Form 10K and 10Q filings during 2005-07 time period |
| 09/28/07 | Nathan Reilly | 0.70 | 378.00 | L110 | Phone calls with K. Enos and S. Beach re creditors' committee objections. |
| ******* | TOTAL CODE L110: | 137.80 | 72,162.00 | | |

Analysis / Strategy

| | | | | | |
|---|---|---|---|---|---|
| 09/07/07 | Pamela Chepiga | 1.50 | 1,237.50 | L120 | Travel to and prepare for meetings at American Home Mortgage. |
| 09/07/07 | Pamela Chepiga | 3.50 | 2,887.50 | L120 | Meetings/briefings on status of regulatory matters with CEO, CFO and Lou Bevilacqua (Cadwalader). |
| 09/07/07 | Pamela Chepiga | 1.50 | 1,237.50 | L120 | Travel to Cadwalader and prep for transitional |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | meeting with prior counsel. |
| 09/10/07 | Aimee Ferrer | 1.00 | 370.00 | L120 | Organizational and strategy meeting with A&O team |
| 09/10/07 | Aimee Ferrer | 5.00 | 1,850.00 | L120 | Litigation team meeting |
| 09/10/07 | Pamela Chepiga | 1.00 | 825.00 | L120 | Team meeting re: organizational work needed to take over representation of AHM from Cadwalader and prepare the appropriate bankruptcy applications. |
| 09/10/07 | Robert Knuts | 5.50 | 4,015.00 | L120 | Analysis of AHM Forms 10-K and Form 10-Q filed with the SEC during 2006 and 2007, focusing on disclosures that may be the subject of the regulatory investigation. |
| 09/10/07 | Robert Knuts | 1.20 | 876.00 | L120 | Analyse AHM prospectus files with the SEC in April 2007. |
| 09/12/07 | Pamela Chepiga | 1.50 | 1,237.50 | L120 | Meeting with internal A&O team to prepare for today's meeting at SEC. |
| 09/13/07 | Pamela Chepiga | 0.30 | 247.50 | L120 | Conference with A. Ferrer re: collection of computers/lease issues. |
| 09/14/07 | Aimee Ferrer | 0.50 | 185.00 | L120 | Meeting with B. Knuts to discuss next steps in responding |
| 09/14/07 | Pamela Chepiga | 0.20 | 165.00 | L120 | Telephone conference with Lou Bevilacqua (Cadwalader) re: update on transfer of representation. |
| 09/17/07 | Pamela Chepiga | 0.30 | 247.50 | L120 | Telephone conferences with Pat Hynes, N. Reilly and K. Coleman re: bankruptcy court litigation issues. |
| 09/17/07 | Nathan Reilly | 0.30 | 162.00 | L120 | Call with P. Hynes, J. Patton and M. Strauss re: bankruptcy court proceeding. |
| 09/17/07 | Nathan Reilly | 0.30 | 162.00 | L120 | Telephone conference with SEC, Young Conaway and A&O re: coordination of communications and production. |
| 09/17/07 | Nathan Reilly | 0.30 | 162.00 | L120 | Telephone call with P. Hynes, P, Chepiga and K. Coleman re: bankruptcy court litigation issues. |
| 09/19/07 | Aimee Ferrer | 1.50 | 555.00 | L120 | Meeting to discuss case status, document updating and meetings with various employees, case strategy |
| 09/19/07 | Pamela Chepiga | 0.80 | 660.00 | L120 | A&O team meeting to coordinate and prepare for tomorrow's telephone conference with SEC. |
| 09/19/07 | Robert Knuts | 0.80 | 584.00 | L120 | Meeting to discuss next steps on responding to SEC subpoena and upcoming conference call with SEC |
| 09/20/07 | Aimee Ferrer | 0.40 | 148.00 | L120 | Telephone conference with M. Strauss and A&O regarding update on legal issues. |
| 09/20/07 | Pamela Chepiga | 0.20 | 165.00 | L120 | Conference with P. Hynes and R. Knuts to coordinate/prepare for presentation to SEC on |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | scheduled phone conference. |
| 09/20/07 | Pamela Chepiga | 0.50 | 412.50 | L120 | Telephone conference with SEC, A&O and Young Conaway to organize response to SEC subpoena. |
| 09/21/07 | Aimee Ferrer | 0.50 | 185.00 | L120 | Meeting at A&O with P. Chepiga, R. Knuts and N. Reilly regarding responses to SEC subpoena |
| 09/21/07 | Pamela Chepiga | 0.20 | 165.00 | L120 | Telephone conference with Lou Bevilacqua (Cadwalader) to prepare response to SEC question. |
| 09/21/07 | Pamela Chepiga | 0.50 | 412.50 | L120 | Meeting at A&O (R. Knuts, A. Ferrer and N. Reilly) to organize and prepare responses to SEC for agenda items on conference call with SEC and Young Conaway scheduled for 9/24/07 |
| 09/24/07 | Aimee Ferrer | 0.40 | 148.00 | L120 | A&O team meeting regarding case development |
| 09/25/07 | Pamela Chepiga | 1.00 | 825.00 | L120 | Attention to pending regulatory matters, including numerous telephone conferences with regulators re: document production process and internal A&O strategy meetings in preparation therefore. |
| 09/27/07 | Pamela Chepiga | 0.40 | 330.00 | L120 | Coordination with Young Conaway on edits to retention agreement, including internal conference and telephone conference with S. Beach. |
| 09/28/07 | Aimee Ferrer | 0.60 | 222.00 | L120 | Review of DOJ subpoena requests. |
| 09/28/07 | Pamela Chepiga | 0.50 | 412.50 | L120 | Status report to client re: progress on responding to regulatory requests and internal A&O meetings (R. Knuts and N. Reilly) in prep therefore. |
| 09/29/07 | Aimee Ferrer | 0.80 | 296.00 | L120 | Comparing SEC and DOJ requests, analyzing same, providing analysis to A&O team. |
| ******* | TOTAL CODE L120: | 33.00 | 21,387.50 | | |

Document / File Management

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/10/07 | Pamela Chepiga | 0.40 | 330.00 | L140 | Conferences with litigation associates (N. Reilly and A. Ferrer) re: organizing pick up of 28 boxes of documents from Cadwalader and initial discussion of selecting electronic hosting platform. |
| 09/11/07 | Aimee Ferrer | 0.30 | 111.00 | L140 | Speaking with PRC, N. Reilly regarding status of transfer of documents from CWT |
| 09/11/07 | Aimee Ferrer | 0.40 | 148.00 | L140 | Correspondence with P. Isajiw (CWT) regarding transmission of documents |

**Detail by Activity**

| Date – Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/11/07 | Aimee Ferrer | 0.80 | 296.00 | L140 | Coordinating transfer of documents |
| 09/11/07 | Jodi Pittell | 4.00 | 960.00 | L140 | American Home Mortgage - Conference call with vendor IKON regarding costs and logisitics involved in setting up vendor hosted website for case document review. Relaying vendor information to attorney Aimee Ferrer. |
| 09/12/07 | Aimee Ferrer | 0.30 | 111.00 | L140 | Correspondence with P. Isajiw and P. Chepiga regarding CWT sending us information |
| 09/12/07 | Pamela Chepiga | 0.30 | 247.50 | L140 | Review of materials emailed by Chris Cavaco (AHM) in preparation for today's meeting at SEC. |
| 09/13/07 | Aimee Ferrer | 0.30 | 111.00 | L140 | Case room management |
| 09/14/07 | Allie Cheatham | 0.40 | 148.00 | L140 | Collect board minutes and drafts and audit committeee minutes and drafts in preparation for response to SEC subpoena. |
| 09/14/07 | Pamela Chepiga | 0.40 | 330.00 | L140 | Review/edit preliminary draft of my Declaration for Bankruptcy Court. |
| 09/14/07 | Pamela Chepiga | 0.50 | 412.50 | L140 | Telephone conference with AHM (Harp, Cavaco and Strauss) Young Conaway (J. Patton and S. Beach) and A&O team re: proposal to SEC for document production. |
| 09/17/07 | Allie Cheatham | 3.30 | 1,221.00 | L140 | Review minutes for meetings of Board of Directors and Audit Committee for American Home Mortgage for documents subject to privilege in preparation for response to SEC subpoena. |
| 09/18/07 | Allie Cheatham | 0.50 | 185.00 | L140 | Review of board and audit committee meeting packages and minutes for privilege in response to SEC subpoena. |
| 09/19/07 | Allie Cheatham | 1.20 | 444.00 | L140 | Review audit committee and board meeting packages and minutes for privilege. Coordinate collection of materials for production to SEC in response to subpoena. |
| 09/20/07 | Allie Cheatham | 1.90 | 703.00 | L140 | Review board minutes and packages, audit committee minutes and packages for privilege. Coordinate collection of non-privileged materials for production to SEC. Prepare privilege log. |
| 09/21/07 | Pamela Chepiga | 1.00 | 825.00 | L140 | Review analysis of documents previously produced by Cadwalader to SEC. |
| 09/26/07 | Pamela Chepiga | 1.00 | 825.00 | L140 | Review of documents produced to regulators. |
| 09/27/07 | Pamela Chepiga | 1.00 | 825.00 | L140 | Attention to document production to SEC. |
| 09/27/07 | Pamela Chepiga | 0.30 | 247.50 | L140 | Execution and notarization of my Affidavits for Bankruptcy Court and execution of Retainer Agreement. |
| ******* | TOTAL CODE L140: | 18.30 | 8,480.50 | | |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | Other Case Assessment, Development & Admin | | | | |
| 09/07/07 | Pamela Chepiga | 2.00 | 1,650.00 | L190 | Meet at Cadwalder to transition/update re: regulatory matters. |
| 09/10/07 | Pamela Chepiga | 0.40 | 330.00 | L190 | Numerous telephone conferences with government regulators re: scheduling and rescheduling introductory meeting. |
| 09/10/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conference with CEO (M. Strauss) re: update on transfer of representation to A&O. |
| 09/10/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Conference with P. Hynes re: initiating discussions with Cadwalader on status of class actions and potential stays. |
| 09/10/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conferences and emails with P. Isajiw (Cadwalader) re: outstanding SEC requests and organizing introduction of A&O to AHM's bankruptcy. |
| 09/11/07 | Aimee Ferrer | 1.00 | 370.00 | L190 | Coordinating receipt of and organizing SEC production documents and other information received from CWT conference with J. Pitell regarding email vendors |
| 09/11/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conferences and emails with S. Beach (Young Conaway) re: call today from SEC on status of preservation of documents and computers and preparation of employee list. |
| 09/11/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Telephone conference with M. Strauss re: update on SEC issues and transition. |
| 09/11/07 | Pamela Chepiga | 0.70 | 577.50 | L190 | Telephone conference with Cadwalader (Joshua Weiss and Peter Isajiw) to introduce A&O to Young Conaway (Sean Beach and Jim Patton) to organize transition of representation and coordinate on filings needed to be drafted for Bankruptcy Court and other open items. |
| 09/11/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Attention to email from Curtis Crowther (Young Conaway) re: securities class action stays. |
| 09/12/07 | Pamela Chepiga | 0.50 | 412.50 | L190 | Telephone conference with Chris Cavaco (AHM) and Young Conaway (S. Beach) re: status update on preservation of materials responsive to SEC subpoena in preparation for meeting at SEC later today. |
| 09/12/07 | Pamela Chepiga | 2.00 | 1,650.00 | L190 | Meeting at SEC offices with government regulators, including time travel finalizing presentation. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 09/12/07 | Pamela Chepiga | 1.30 | 1,072.50 | L190 | Conferences at AHM with CEO (M. Strauss) and Lou Bevilacqua (Cadwalader) re: meeting at SEC and transition of representation. |
| 09/12/07 | Pamela Chepiga | 0.50 | 412.50 | L190 | Telephone conference with D. Koff and P. Isajiw (Cadwalader) re: additional material located and subpoena compliance. |
| 09/13/07 | Aimee Ferrer | 0.60 | 222.00 | L190 | Calls to landlords to get access to retail sites. |
| 09/14/07 | Aimee Ferrer | 0.60 | 222.00 | L190 | Calling LL and LL counsel regarding access to property |
| 09/14/07 | Aimee Ferrer | 0.60 | 222.00 | L190 | Coordinating email loading, speaking to vendor regarding hard drives to logistics |
| 09/14/07 | Pamela Chepiga | 1.00 | 825.00 | L190 | Meeting at A&O with D. Koff and P. Isajiw (Cadwalader) re: transfer of representation and analysis of open matters. |
| 09/14/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conference with Morrison Forster re: A&O's proposed representation. |
| 09/14/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Telephone conference with M. Strauss (AHM) re: status of open items in SEC production. |
| 09/14/07 | Robert Knuts | 3.00 | 2,190.00 | L190 | Meeting with CWT representatives concerning document production issues and related matters; conference with A. Ferrer after meeting |
| 09/14/07 | Hugh McDonald | 0.40 | 292.00 | L190 | Conferences with AT regarding retention and case. |
| 09/14/07 | Hugh McDonald | 0.20 | 146.00 | L190 | Review of engagement letter. |
| 09/14/07 | Hugh McDonald | 0.40 | 292.00 | L190 | Teleconferences with NR and PC regarding same. |
| 09/14/07 | Hugh McDonald | 0.40 | 292.00 | L190 | Review of revised declaration in support of retention. |
| 09/14/07 | Hugh McDonald | 0.20 | 146.00 | L190 | Teleconference with NR regarding same. |
| 09/14/07 | Nathan Reilly | 0.20 | 108.00 | L190 | Draft language for A&O application re A&O experience. |
| 09/14/07 | Nathan Reilly | 0.20 | 108.00 | L190 | E-mail exchange with T. Turner re: Bankruptcy Court application. |
| 09/14/07 | Nathan Reilly | 0.90 | 486.00 | L190 | Draft affidavit for Bankruptcy Court application. |
| 09/14/07 | Nathan Reilly | 0.10 | 54.00 | L190 | Discuss engagement letter with P. Chepiga. |
| 09/14/07 | Nathan Reilly | 0.20 | 108.00 | L190 | Calls with H. McDonald re: engagement letter. |
| 09/14/07 | Nathan Reilly | 3.20 | 1,728.00 | L190 | Draft engagement letter. |
| 09/17/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Telephone conference with M. Strauss re: update on litigation issues. |
| 09/17/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conference with SEC, Young Conaway and A&O re: coordination of communications and production. |
| 09/19/07 | Aimee Ferrer | 0.80 | 296.00 | L190 | Talking to P. Isajiw of CWT regarding |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | transition |
| 09/19/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Attention to AHM D&O insurance policy issues. |
| 09/19/07 | Pamela Chepiga | 0.40 | 330.00 | L190 | Work on my draft affidavit to Bankruptcy Court. |
| 09/19/07 | Nathan Reilly | 0.30 | 162.00 | L190 | Discuss revisions with P. Chepiga. |
| 09/20/07 | Aimee Ferrer | 0.40 | 148.00 | L190 | Telephone calls with landlords regarding blocking entrance for removal of information |
| 09/20/07 | Pamela Chepiga | 0.40 | 330.00 | L190 | 2 telephone conferences with M. Strauss (AHM) re: update on legal issues. |
| 09/20/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Review Talking Points for SEC call. |
| 09/20/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conference with Young Conaway (J. Patton and S. Beach) re: drafts of bankruptcy court application and related issues. |
| 09/20/07 | Nathan Reilly | 0.20 | 108.00 | L190 | Phone call with A. Taruschio re: Bankruptcy Court application. |
| 09/20/07 | Nathan Reilly | 0.50 | 270.00 | L190 | Revise draft engagement letter. |
| 09/20/07 | Nathan Reilly | 0.40 | 216.00 | L190 | Revise draft affidavit. |
| 09/21/07 | Pamela Chepiga | 0.20 | 165.00 | L190 | Attention to insurance issues, including telephone conference and e-mails with AIG (E. Drummond). |
| 09/21/07 | Pamela Chepiga | 0.40 | 330.00 | L190 | Conference with S. Doody and N. Reilly. |
| 09/21/07 | Pamela Chepiga | 1.00 | 825.00 | L190 | Review of policies. |
| 09/24/07 | Aimee Ferrer | 0.10 | 37.00 | L190 | Conference with CWT attorney regarding electronic data collection |
| 09/24/07 | Aimee Ferrer | 0.10 | 37.00 | L190 | Conference with AHM IT department regarding electronic data collection |
| 09/24/07 | Aimee Ferrer | 0.60 | 222.00 | L190 | Coordinating electronic data collection |
| 09/24/07 | Pamela Chepiga | 2.00 | 1,650.00 | L190 | Attention to insurance issues, including numerous internal A&O conferences, emails with Cadwalader re: notices, telephone conference and email with AIG (E. Drummond) and numerous telephone conferences with AHM (A. Horn and M. Strauss). |
| 09/24/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Telephone conference with SEC (Patricia Schrage) and Young Conaway (S. Beach) and A&O (R. Knuts and P. Chepiga). |
| 09/24/07 | Pamela Chepiga | 0.50 | 412.50 | L190 | Telephone conference with SEC (Doria Bachenheiner) and internal prep therefore. |
| 09/25/07 | Aimee Ferrer | 1.20 | 444.00 | L190 | Contacting landlords regarding property access |
| 09/25/07 | Aimee Ferrer | 1.60 | 592.00 | L190 | Coordinating electronic data collection including conference calls with vendor and AHM IT |
| 09/25/07 | Pamela Chepiga | 0.50 | 412.50 | L190 | Attention to insurance issues, including |

**Detail by Activity**

| Date – Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | telephone conferences with AHM (M. Strauss and A. Horn) re: coverage and notice issues. |
| 09/26/07 | Aimee Ferrer | 0.70 | 259.00 | L190 | Preparing time entries in accordance with court requirements. |
| 09/26/07 | Aimee Ferrer | 0.80 | 296.00 | L190 | Speaking to landlords re: entry to leased premises. |
| 09/26/07 | Pamela Chepiga | 1.00 | 825.00 | L190 | Review/edit draft retention application for bankruptcy court and my supporting affidavit, including telephone conference with Young Conaway (J. Patton) and N. Reilly re: draft application. |
| 09/26/07 | Pamela Chepiga | 0.50 | 412.50 | L190 | Status telephone conferences with AHM (M. Strauss and A. Horn) re: regulatory matters and retention application. |
| 09/27/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | 2 Telephone conferences with M. Strauss (ARM) re: status of regulatory matters and retention application. |
| 09/28/07 | Pamela Chepiga | 0.30 | 247.50 | L190 | Attention to initial questions/preliminary objections raised by creditors committee in response to our proposed retention agreement. |
| ******* | TOTAL CODE L190: | 37.80 | 24,992.50 | | |

Document Production

| | | | | | |
|---|---|---|---|---|---|
| 09/12/07 | Aimee Ferrer | 0.40 | 148.00 | L320 | Meeting with J. Prahl, J. Pitell, reviewing emails from vendors and coordinating document review nesting |
| 09/13/07 | Aimee Ferrer | 0.10 | 37.00 | L320 | Coordinating document review |
| 09/19/07 | Aimee Ferrer | 0.60 | 222.00 | L320 | Telephone meeting with data hosting vendor regarding date hosting, responding to inquiries regarding specifications of hosting. |
| 09/19/07 | Aimee Ferrer | 0.40 | 148.00 | L320 | Coordinating copying of previous productions, coordinating privilege review and privilege log |
| 09/20/07 | Aimee Ferrer | 0.20 | 74.00 | L320 | Coordinating electronics data review |
| 09/21/07 | Aimee Ferrer | 0.80 | 296.00 | L320 | Correspondence with Ikon and J. Prahl (A&O) regarding document production to hosting |
| 09/26/07 | Aimee Ferrer | 1.90 | 703.00 | L320 | Reviewing documents for possible production |
| 09/27/07 | Aimee Ferrer | 0.50 | 185.00 | L320 | Coordinating document database for review and production. |
| 09/27/07 | Robert Knuts | 0.70 | 511.00 | L320 | Draft email to V. Sherman at SEC concerning certain document issues; review notes from client interviews regarding same; review client proposal concerning electronic information issues |
| 09/28/07 | Jessica Prahl | 1.00 | 225.00 | L320 | Retrieving pricing information from electronic discovery vendors; discussing strategies for |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | reducing volume of non-responsive documents with A. Ferrer. |
| 09/28/07 | Aimee Ferrer | 0.20 | 74.00 | L320 | Coordinating document database for review and production. |
| ******* | TOTAL CODE L320: | 6.80 | 2,623.00 | | |

Restructuring Advice

| | | | | | |
|---|---|---|---|---|---|
| 09/21/07 | Stephen Doody | 2.80 | 1,946.00 | REST | Telephone conference with N. Reilly; conference call with N. Reilly and P. Chepiga; review A&O policies; research; conference with N. Reilly and P. Chepiga. |
| ******* | TOTAL CODE REST: | 2.80 | 1,946.00 | | |

To:    American Home Mortgage Investment Corp.

Attn: Alan Horn
538 Broadhollow Road
Melville, NY 11757

MATTER :    87601-00001
CURRENCY:  U.S.Dollars
INVOICE :    5713947

| Summary by Activity Code | Hours | Amount |
| --- | --- | --- |
| (B110) Case Administration | 64.20 | 13,347.50 |
| (B160) Fee/Employment Applications | 30.20 | 17.775.00 |
| (B195) Non-Working Travel | 20.90 | 11,261.00 |
| | | (-50%) |
| | | 5,630.50 |
| (B260) Board of Directors Matters | 4.00 | 3,300.00 |
| (B700) Bankruptcy/Litigation Issues | 0.80 | 556.00 |
| (L110) Fact Investigation / Development | 137.80 | 72,162.00 |
| (L120) Analysis / Strategy | 33.00 | 21,387.50 |
| (L140) Document / File Management | 18.30 | 8,480.50 |
| (L190) Other Case Assessment, Development & Admin | 37.80 | 24,992.50 |
| (L320) Document Production | 6.80 | 2,623.00 |
| (REST) Restructuring Advice | 2.80 | 1,946.00 |
| GRAND TOTAL | 356.60 | $172,200.50 |

# EXHIBIT B

**Summary of Expenses Incurred**
(September 7 – September 30, 2007)

| Date Incurred | Expense | Amount |
|---|---|---|
| 09/20/07 | Document Reproduction | $2.90 |
| 09/20/07 | Document Reproduction | $1.30 |
| 09/20/07 | Document Reproduction | $1.90 |
| 09/20/07 | Document Reproduction | $2.90 |
| 09/20/07 | Document Reproduction | $2.20 |
| 09/20/07 | Document Reproduction | $4.90 |
| 09/20/07 | Document Reproduction | $1.20 |
| 09/20/07 | Document Reproduction | $3.00 |
| 09/21/07 | Document Reproduction | $1.30 |
| 09/21/07 | Document Reproduction | $1.30 |
| 09/21/07 | Document Reproduction | $1.10 |
| 09/25/07 | Telephone Call | $0.09 |
| 09/25/07 | Telephone Call | $0.11 |
| 09/25/07 | Document Reproduction | $3.20 |
| 09/25/07 | Document Reproduction | $5.90 |
| 09/25/07 | Document Reproduction | $1.90 |
| 09/25/07 | Document Reproduction | $2.40 |
| 09/25/07 | Document Reproduction | $1.20 |
| 09/25/07 | Document Reproduction | $3.80 |
| 09/25/07 | Document Reproduction | $1.10 |
| 09/25/07 | Document Reproduction | $1.20 |
| 09/25/07 | Document Reproduction | $1.70 |
| 09/25/07 | Document Reproduction | $1.90 |
| 09/25/07 | Document Reproduction | $1.10 |
| 09/25/07 | Document Reproduction | $1.10 |
| 09/25/07 | Document Reproduction | $2.70 |
| 09/25/07 | Document Reproduction | $1.00 |
| 09/25/07 | Document Reproduction | $1.00 |
| 09/25/07 | Document Reproduction | $2.70 |
| 09/25/07 | Document Reproduction | $1.90 |
| 09/25/07 | Document Reproduction | $3.50 |
| 09/25/07 | Document Reproduction | $1.20 |
| 09/25/07 | Document Reproduction | $5.50 |
| 09/25/07 | Document Reproduction | $1.90 |
| 09/25/07 | Document Reproduction | $1.80 |
| 09/25/07 | Document Reproduction | $6.30 |
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.11 |
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.13 |
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.09 |

| 09/26/07 | Telephone Call | $0.09 |
|----------|----------------|-------|
| 09/26/07 | Telephone Call | $0.09 |
| 09/26/07 | Telephone Call | $0.12 |
| 09/26/07 | Document Reproduction | $9.00 |
| 09/26/07 | Document Reproduction | $0.20 |
| 09/26/07 | Document Reproduction | $3.00 |
| 09/26/07 | Document Reproduction | $2.20 |
| 09/26/07 | Document Reproduction | $1.20 |
| 09/26/07 | Document Reproduction | $2.70 |
| 09/26/07 | Document Reproduction | $3.10 |
| 09/26/07 | Document Reproduction | $1.80 |
| 09/26/07 | Document Reproduction | $3.80 |
| 09/26/07 | Document Reproduction | $3.10 |
| 09/26/07 | Document Reproduction | $1.20 |
| 09/26/07 | Document Reproduction | $1.90 |
| 09/26/07 | Document Reproduction | $4.10 |
| 09/26/07 | Document Reproduction | $1.20 |
| 09/26/07 | Document Reproduction | $1.60 |
| 09/26/07 | Document Reproduction | $1.10 |
| 09/26/07 | Document Reproduction | $1.30 |
| 09/26/07 | Document Reproduction | $2.50 |
| 09/26/07 | Document Reproduction | $1.40 |
| 09/26/07 | Document Reproduction | $3.00 |
| 09/26/07 | Document Reproduction | $2.10 |
| 09/26/07 | Document Reproduction | $2.70 |
| 09/26/07 | Document Reproduction | $5.60 |
| 09/26/07 | Document Reproduction | $6.00 |
| 09/26/07 | Document Reproduction | $1.40 |
| 09/26/07 | Document Reproduction | $1.50 |
| 09/26/07 | Document Reproduction | $7.00 |
| 09/26/07 | Document Reproduction | $6.80 |
| 09/26/07 | Document Reproduction | $1.00 |
| 09/26/07 | Document Reproduction | $1.70 |
| 09/26/07 | Document Reproduction | $1.50 |
| 09/26/07 | Document Reproduction | $1.90 |
| 09/26/07 | Document Reproduction | $5.20 |
| 09/26/07 | Document Reproduction | $6.90 |
| 09/26/07 | Document Reproduction | $1.80 |
| 09/27/07 | Telephone Call | $0.09 |
| 09/27/07 | Telephone Call | $0.02 |
| 09/27/07 | Telephone Call | $0.09 |
| 09/27/07 | Telephone Call | $0.09 |
| 09/27/07 | Telephone Call | $0.12 |
| 09/27/07 | Document Reproduction | $1.00 |
| 09/27/07 | Document Reproduction | $2.90 |
| 09/28/07 | Telephone Call | $0.09 |
| **TOTAL** | | **$188.27** |