- 2 -

**ATTORNEY/PARAPROFESSIONAL SUMMARY**

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey L. Schwartz | Partner (1977) | $650.00 | 9.80 | $6,370.00 |
| Mark S. Indelicato | Partner (1986) | $625.00 | 107.60 | $67,250.00 |
| Mark T. Power | Partner (1989) | $625.00 | 79.10 | $49,437.50 |
| John P. McCahey | Partner (1986) | $625.00 | 3.30 | $2,062.50 |
| Joshua I. Divack | Partner (1988) | $575.00 | 50.70 | $29,152.50 |
| Don D. Grubman | Partner (1979) | $575.00 | 13.60 | $7,820.00 |
| Edward L. Schnitzer | Associate (1998) | $400.00 | 7.00 | $2,800.00 |
| Jeffrey Zawadzki | Associate (2004) | $260.00 | 46.80 | $12,168.00 |
| Emmet Keary | Associate (2006) | $215.00 | 67.50 | $14,512.50 |

128189.01600/21647448v.1

| James P. Laughlin | Special Counsel (1989) | $625.00 | 30.40 | $19,000.00 |
|---|---|---|---|---|
| Michael Marhyan | Paralegal (N/A) | $190.00 | 12.20 | $2,318.00 |
| Mary Porch | Paralegal (N/A) | $175.00 | 3.00 | $525.00 |
| **Grand Totals:** | | | **431.00** | **$213,416.00** |
| **Blended Rate:** | | **$ 461.66** | | |
| **Blended Rate excluding Paraprofessionals:** | | **$ 517.50** | | |

## COMPENSATION BY PROJECT CATEGORY

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| General; Case Administration | 13.90 | $7,861.00 |
| Creditors' Committee | 190.10 | $74,509.00 |
| Retentions | 32.10 | $19,179.00 |
| DIP/Investigation of Lien | 76.40 | $40,734.50 |
| Sale of Assets | 56.70 | $32,507.50 |
| Litigation | 51.80 | $32,375.00 |
| Employee Issues | 10.00 | $6,250.00 |
| **Total:** | **431.00** | **$213,416.00** |
| **Project Category** | **Total Hours** | **Total Fees** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare *[re: Attorney/Staff working after hours or traveling]* | Skyline Credit Ride Inc. | $1,706.37 |
| Duplicating [at 10¢ per page] | | $423.10 |
| Long Distance Telephone | | $0.25 |
| Search Fees | Pacer Service Center | $94.72 |
| Meals *[re: Attorney/Staff working after hours or traveling]* | Seamless Web Professional Solutions, Inc. | $531.45 |
| Overnight Delivery | | $15.72 |
| Travel | | 605.99 |
| Word Processing Overtime | | $39.00 |
| **Total:** | | **$3,416.60** |