**Exhibit B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

| | | | |
|---|---|---|---:|
| 001 | GENERAL | $ | 7,861.00 |
| 002 | CREDITORS COMMITTEE | | 74,509.00 |
| 003 | RETENTIONS | | 19,179.00 |
| 005 | DIP/INVESTIGATION OF LIEN | | 40,734.50 |
| 006 | SALES OF ASSETS | | 32,507.50 |
| 009 | LITIGATION | | 32,375.00 |
| 011 | EMPLOYEE ISSUES | | 6,250.00 |
| | **Total Time** | $ | 213,416.00 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 0.25 |
| | CARFARE | | 1,706.37 |
| | DUPLICATING | | 423.10 |
| | MEALS | | 531.45 |
| | OVERNIGHT DELIVERY | | 15.72 |
| | SEARCH FEES | | 94.72 |
| | TRAVEL | | 605.99 |
| | WORD PROCESSING OVERTIME | | 39.00 |
| | **Total Disbursements** | $ | 3,416.60 |
| | **TOTAL BILL** | $ | 216,832.60 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
001         GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/14/07 | Review service and attached filings re establishment of creditors committee | JPL | 0.10 | 62.50 |
| 08/16/07 | Review and analyze Broadhollow documentation including indenture, trust agreement, credit support swap documents, etc. and discuss same with MSI and JLS (3.6) | MTP | 3.60 | 2,250.00 |
| 08/16/07 | Review and analyze Debtor's motion to approve employee retention plan and plan components (1.1); discussion with EK re assignments on by-laws and retention papers (.50) | MTP | 1.60 | 1,000.00 |
| 08/17/07 | General file maintenance and organization | MM | 1.90 | 361.00 |
| 08/22/07 | Review indentures, trust agreements and related documents in connection with inquiry re Taberna Capital Management Review master repurchase agreements, payment direction letter, payment instructions in connection with inquiry from Deutsche Bank National Trust Company.  Correspondence re the above | JPL | 4.40 | 2,750.00 |
| 08/22/07 | Review pleadings filed by Ginnie Mae for stay relief and participate in a telephone hearing with the Court on scheduling same (1.4); discuss case and assignment of tasks with B. Fatell (.30) | MTP | 1.70 | 1,062.50 |
| 08/29/07 | Review motions by debtors to extend deadlines to file schedules and SFAs and interim compensation motion | MTP | 0.60 | 375.00 |

TOTAL HOURS                13.90

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL SERVICES ........................................................... $ | | | 7,861.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $1,549.80 |
| DUPLICATING | $96.10 |
| MEALS | $356.06 |
| OVERNIGHT DELIVERY | $15.72 |
| SEARCH FEES | $40.00 |
| TRAVEL | $203.99 |
| WORD PROCESSING OVERTIME | $39.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ........................................................... $ | 2,300.67 |
| TOTAL FEES & DISBURSEMENTS ........................................... $ | 10,161.67 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--------|-------|-----------------|-------------|
| 548 | Marhyan | 1.90 | 190.00 | 361.00 |
| 364 | Power | 7.50 | 625.00 | 4,687.50 |
| 502 | Laughlin | 4.50 | 625.00 | 2,812.50 |
| ATTY TOTAL | | 13.90 | | 7,861.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

> 703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 002       CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/14/07 | E-mails JMC/MSI re DIP (.10); review docket/motions (.50); e-mails MTP re Committee meeting (.10). | JXZ | 0.70 | 182.00 |
| 08/14/07 | Attend organizational meeting of the Committee (.50); review pleadings in preparation for 8/16 meeting (1.3); meeting with MTP regarding strategy (.70); review and edit emails to committee (.30). (American Home Mortgage/Comm). | MSI | 2.80 | 1,750.00 |
| 08/14/07 | Initial meeting with Committee to review triage issues in case (1.0); meeting with JLS, MSI and B. Fatell to discuss overall case, approval and strategy (1.2); travel back to NYC (@50%)(.90) work on case to-do list and staffing issues, scheduling meetings, draft e-mails to Committee members re financial advisor pitch books and scheduling conference calls (3.6) | MTP | 6.70 | 4,187.50 |
| 08/14/07 | Review all first day motions  and orders in case (2.8) | MTP | 2.80 | 1,750.00 |
| 08/15/07 | Amer. Home Mortgage:  Drafting notice of motion for appearance and affidavit | EK | 2.00 | 430.00 |
| 08/15/07 | Call with debtors' professionals (.50); call with Nomura counsel (.20); call with Berzow creditor counsel (.30); prepare memo for Committee re accountants (.20); speak to MTP and MSI re case triage issues (1.50). | JLS | 2.70 | 1,755.00 |
| 08/15/07 | Meetings MWI/DDG re open issues (.60); attention to FA issues (1.10); conference call Debtors (1.50); conference call Committee (2.50); call D. Berliner re KERP (.10); review docket/recent motions (2.70). | JXZ | 8.50 | 2,210.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/15/07 | Teleconference with Debtors' counsel to get update on pressing and outstanding issues (1.5); emails to the Committee regarding agenda and other items for committee call (.40); conference call meeting of the committee to address outstanding issues and retention of FA's (2.5); meeting with MTP regarding same and outstanding issues (.80). | MSI | 5.20 | 3,250.00 |
| 08/15/07 | Participate in part of initial call w/Debtors' professionals, MSI, JXZ for overview of case and triage issues (.70) | MTP | 0.70 | 437.50 |
| 08/15/07 | Review Debtors' first day affidavit and multiple first day motions | MTP | 2.20 | 1,375.00 |
| 08/16/07 | Review proposed by-laws with JXZ (.50); e-mail to JPL re bank and reinsurance issues (.10). | JLS | 0.60 | 390.00 |
| 08/16/07 | Review docket/recent motions (2.50); review retention applications, draft summaries and e-mail MSI same (1.30); review documents/notes and draft minutes (2.0); e-mail D. Berliner re creditors (.10); draft by-laws (2.30); review WARN complaint (.20). | JXZ | 8.40 | 2,184.00 |
| 08/17/07 | Revise by-laws (.80); e-mails JLS/MTP same (.10); review docket/motions and draft summaries (2.40). | JXZ | 3.30 | 858.00 |
| 08/17/07 | Attend meeting with S. Cooper and the Debtor to discuss outstanding issues including KERP and sales (2.30); telephone conference with D. Berliner (2X) re: same (.30); draft email to the Committee re: status (.60); review summaries to the Committee (.40). | MSI | 3.60 | 2,250.00 |
| 08/17/07 | Attend meeting at KZC'x offices with P. Morgan, J. Patton Cooper and Nystrom, BDO and MSI to review overall case, case strategy and proposed retention plans | MTP | 2.50 | 1,562.50 |
| 08/17/07 | Revise full committee contact list per multiple e-mails | MTP | 0.60 | 375.00 |
| 08/19/07 | Review ABN AMR stipulation to fund construction loans (.60); telephone conference with Ed of Young Conway re: same (.20); draft email re: comments (.40). | MSI | 1.20 | 750.00 |
| 08/19/07 | Amer Home Mortgage:  Review motion papers to approve procedures for Broadhollow sale (1.2); conference call with MSI, Berliner, Lenhart to discuss Committee's position on same (.50); conference call with YCST, KZC, BDO, MSI to discuss our issues with Broadhollow and ABN AMRO motions (.60); review motion and order with respect to ABN AMRO construction loans (.90) participate in numerous e-mails re comments and issue with ABN AMRO transaction (.80); review revised order for Broadhollow transaction (.40) | MTP | 4.40 | 2,750.00 |
| 08/20/07 | Review Committee memo. | JLS | 0.50 | 325.00 |
| 08/20/07 | Draft proposed trading order and motion; discussion re such pleadings with JXZ. | JPL | 2.80 | 1,750.00 |
| 08/20/07 | Attention to stay issues and calls JMC/e-mails MTP re same (.70); calls MSI re open matters (.10); review docket (.20). | JXZ | 1.00 | 260.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/20/07 | Revise and edit ABN AMRO stipulation (.70); meeting with debtor, AMRO re: terms of the stipulation (.40); | MSI | 1.10 | 687.50 |
| 08/20/07 | E-mails to and from John Rosenthal, Drebsky responding to their e-mail re verification of the Debtors prepetition sale of Resids to Orix through a reverse repo transaction (.50); review underlining documentation on same (.60); discuss same with JPL and JLS (.20) | MTP | 1.30 | 812.50 |
| 08/21/07 | Deal with BoA contingency issues. | JLS | 1.00 | 650.00 |
| 08/21/07 | Review docket/recent motions and draft summaries (4.10); review and revise Committee trading motion (.70); e-mails re ABN stipulation (.10); e-mails MSI re open issues (.20). | JXZ | 5.10 | 1,326.00 |
| 08/21/07 | Review numerous revisions to ABN stipulation (.80); numerous emails to Milbank re: additional comments to stipulation (.40); attend conference call to discuss comments re: same (1.60); telephone conference with Berliner re: additional conversations with Debtor re: retention issues (.30). | MSI | 3.10 | 1,937.50 |
| 08/21/07 | Attention to ABN stipulation and participate in part of call with counsel to discuss same (1.2); discuss my comments with MSI (.20) | MTP | 1.40 | 875.00 |
| 08/22/07 | Reviewing committee lists; Working on AHM summaries from docket - for JXZ. | EK | 4.80 | 1,032.00 |
| 08/22/07 | Attention to creditor inquiries (.80); attention to equity committee matters, research issues and draft response (1.20). | JXZ | 5.20 | 1,352.00 |
| 08/22/07 | Several conversations and emails with Berliner, Lenhart and Morgan re: outstanding issues on rank and file retention. | MSI | 0.70 | 437.50 |
| 08/22/07 | Multiple e-mails to team re scheduling Committee call, circulating draft by-laws and draft contact list (.60); multiple e-mails with Committee members re meeting and open issues (.50) | MTP | 1.10 | 687.50 |
| 08/23/07 | Working on AHM summaries from docket (1.10); Working on AHM summaries from docket #203, #283 (3.10); Examination of critical outstanding motions on docket (.60); Confer call re AHM (1.90 ); Meeting with J. Zawadzki discussed motion summaries (.20); Doing Indyware summary (#135) + summary of motion authorize sale #137 (2.60); Confer with JLS - remedies on default - IXIS MRA (.20). | EK | 9.70 | 2,085.50 |
| 08/23/07 | Further research re Deutsche Bank National Trust Company's request for clarification re payment instructions, power of attorney, etc. correspondence related thereto | JPL | 4.50 | 2,812.50 |
| 08/23/07 | Review docket/recent motions and draft summaries (2.30); hearing preparation (.80); review and revise letter response (.30); numerous e-mails, calls, meetings with MSI, MTP re open issues (1.40); Committee conference call (1.80); conference call with BDO (.50); review financial report (.40); prepare meeting agenda and e-mails re same (.20); attention to Morgan Stanley issues (.50). | JXZ | 8.20 | 2,132.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/23/07 | Revise and edit issues addressed in BDO report (.70); telephone conference with M. Mechalies and D. Berliner re: same (.20); draft emails to Committee re: same (.30); review material in preparation for Committee meeting (.80); attend Committee meeting (2.20). | MSI | 4.20 | 2,625.00 |
| 08/23/07 | Review and comment on BDO report to the Committee and give my comments to MSI (.70); review MSI e-mail re same (.20) prepare for and participate in Committee meeting (2.7) | MTP | 3.90 | 2,437.50 |
| 08/24/07 | Revise letter response re equity committee and numerous e-mails A. Vard, MSI, MTP and Committee re same (.50); attention to Morgan Stanley matters and numerous e-mails re same (.30); review operating report (.20); review retention applications, draft summaries and e-mails MSI re same (2.50); e-mails re Countrywide (.10); e-mails D. Berliner re servicing rights (.10). | JXZ | 3.70 | 962.00 |
| 08/27/07 | Conducted an examination and began drafting memos for motion on docket #217 retain Kekst, #217 employ Milestone. #231 employ Northwest Trustee, #232 relief from stay motion Impac. #241 retain Quinn Emanuel, #243 Turnover Motion by US GNMA, #274 Relief from Stay Impac, #285 Complaint by Waldner's Business Environments, #339 Relief from Hearing Motion by DB Structured Products. #353 Complaint by Bear Stearns (injunctive relief), #363 Notice of Deposition American Home. #364 Motion to Authorize Barclays Sale, #365 Motion to File Barclays under Seal, #366 Motion to Shorten Barclays Sale Motion under Seal, #368 Motion to Approve Compromise with Fannie Mae. #370 Motion for Rule 2004 Examination of Credit Suisse #382 Notice of Hearing for Sale to Barclays. | EK | 11.70 | 2,515.50 |
| 08/27/07 | Meeting with MTP to discuss pending motions and strategy. | MSI | 0.40 | 250.00 |
| 08/27/07 | E-mail to MSI re delegation of assignments in case for pending matters (.10); discussion with MSI re pending matters and over all case strategy (.50); call from Dennis Drebsky re open issues on servicing business (.10) | MTP | 0.70 | 437.50 |
| 08/28/07 | Finishing Motions and Complaints from docket for memo to - Cr. Committee #219 Retain Kekst #217 Employ Milestone #231 Employ NRH West Trustee #231 Relief from Stay Motion #241 Retain Quinn Emanuel #243 GNMA turnover #274 Relief from Stay Impac #285 Waldners Complaint #339 DB Relief from Stay #353 Bear Stearns Complaint #363 Deposition AHM #364 Authorize Barclays Sale #365 Barclays under Seal #366 Motion to Shorten Barclays Sale under Seal, #368 Fannie Mae #370 2004 Exam #382 Notice of Hearing for Barclays (9.30); Committee call (1.90) | EK | 11.20 | 2,408.00 |
| 08/28/07 | Meeting with EK and MSI re: pending motions and review and edits to EK's summaries of various outstanding motions. | ELS | 2.10 | 840.00 |
| 08/28/07 | Discuss administrative fee issues with MSI. | JLS | 0.50 | 325.00 |
| 08/28/07 | Review docket, recent motions/orders and draft critical dates memo (2.60); e-mails EK re summaries (.10). | JXZ | 2.70 | 702.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/28/07 | Draft email to Committee re: agenda and open points (.30); review numerous motions in preparation for committee meeting (.20); revise and edit numerous summaries of motions to be distrusted to the Committee (1.40); meeting with EK re: same (.30); attend conference call with the Committee (1.70). | MSI | 3.90 | 2,437.50 |
| 08/28/07 | Prepare for, review and comment on BDO's memo and participate in committee conference call to review results of Friday's hearing and pending matters and our recommendations (2.5); review comments on draft by-laws (.3); revise full contact list (.30); work on EK draft summaries of pending motions (.50) | MTP | 3.60 | 2,250.00 |
| 08/29/07 | Confer with E. Schnitzer re Kroll motion (.20); Discussed Kroll argument with K. Craner (.10); Kroll objection (additional issue) drafting (.70); Confer with E. Schnitzer re amendments (.20); Drafting objections to Kross Zolfo Cooper and Kekst PR firm (3.50); Finishing Motions and Complaints from docket for memo to - Cr. Committee #219 Retain Kekst #217 Employ Milestone #231 Employ NRH West Trustee #231 Relief from Stay Motion #241 Retain Quinn Emanuel #243 GNMA turnover #274 Relief from Stay Impac #285 Waldners Complaint #339 DB Relief from Stay #353 Bear Stearns Complaint #363 Deposition AHM #364 Authorize Barclays Sale #365 Barclays under Seal #366 Motion to Shorten Barclays Sale under Seal, #368 Fannie Mae #370 2004 Exam #382 Notice of Hearing for Barclays (4.10). | EK | 8.80 | 1,892.00 |
| 08/29/07 | Review motions filed and summaries including Bear Stern (.40); emails with B. Fattel re: same (.10). | MSI | 0.50 | 312.50 |
| 08/29/07 | Review and edit EK's summaries of pending motions (.70). | MTP | 0.70 | 437.50 |
| 08/30/07 | Finishing Motions and Complaints from docket for memo to - Cr. Committee #219 Retain Kekst #217 Employ Milestone #231 Employ NRH West Trustee #231 Relief from Stay Motion #241 Retain Quinn Emanuel #243 GNMA turnover #274 Relief from Stay Impac #285 Waldners Complaint #339 DB Relief from Stay #353 Bear Stearns Complaint #363 Deposition AHM #364 Authorize Barclays Sale #365 Barclays under Seal #366 Motion to Shorten Barclays Sale under Seal, #368 Fannie Mae #370 2004 Exam #382 Notice of Hearing for Barclays(5.90); Drafting objection to Kroll retention (2.10); Examined the adversary proceedings of Bear Stearns (.60); Examined the adversary proceedings for Calyon, NY (.70). | EK | 5.90 | 1,268.50 |
| 08/30/07 | Revise and edit summaries to the Committee (.30); meeting with EK re: same (.10). | MSI | 0.40 | 250.00 |
| 08/30/07 | Attention to multiple e-mails re Committee's responses to companies of various issue in case | MTP | 0.70 | 437.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/31/07 | Finishing Motions and Complaints from docket for memo to - Cr. Committee #219 Retain Kekst #217 Employ Milestone #231 Employ NRH West Trustee #231 Relief from Stay Motion #241 Retain Quinn Emanuel #243 GNMA turnover #274 Relief from Stay Impac #285 Waldners Complaint #339 DB Relief from Stay #353 Bear Stearns Complaint #363 Deposition AHM #364 Authorize Barclays Sale #365 Barclays under Seal #366 Motion to Shorten Barclays Sale under Seal, #368 Fannie Mae #370 2004 Exam #382 Notice of Hearing for Barclays 5.10); Drafting general Star motion (.80); Drafting summary for creditors committee of Calyon motion (2.10); Review of Kroll objection (1.80); Drafting - retention of Phoenix for Cr Committee (.50); Review of motion of general Star National Insurance for Cr Committee (.40); Reviewing retention of Phoenix motion (.60). | EK | 11.30 | 2,429.50 |
| 08/31/07 | Meeting with MSI and EK re: summaries and edits to summary of Bear Stearns adversary. | ELS | 0.30 | 120.00 |
| 08/31/07 | Draft email to Committee re: 9/4 hearing and outstanding issues (.20); revise and edit multiple summaries of motions for committee to consider (1.80); various emails with Committee member re: same (.20); meeting with EK re: same (.30). | MSI | 2.50 | 1,562.50 |

TOTAL HOURS                190.10

TOTAL SERVICES ........................................................ $    74,509.00

DISBURSEMENT SUMMARY

| | |
|---|---:|
| LONG DISTANCE TELEPHONE CHARGES | $0.25 |
| CARFARE | $38.25 |
| DUPLICATING | $323.80 |
| MEALS | $144.26 |
| SEARCH FEES | $26.16 |

TOTAL DISBURSEMENTS ............................................. $    532.72

TOTAL FEES & DISBURSEMENTS ............................................. $    75,041.72

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 550 | Keary | 65.40 | 215.00 | 14,061.00 |

| 493 | Zawadzki | 46.80 | 260.00 | 12,168.00 |
| 486 | Schnitzer | 2.40 | 400.00 | 960.00 |
| 260 | Indelicato | 29.60 | 625.00 | 18,500.00 |
| 364 | Power | 33.30 | 625.00 | 20,812.50 |
| 502 | Laughlin | 7.30 | 625.00 | 4,562.50 |
| 162 | Schwartz | 5.30 | 650.00 | 3,445.00 |
| ATTY TOTAL | | 190.10 | | 74,509.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003        RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/15/07 | Review materials circulated by potential FA's and draft email to the Committee regarding same (1.4); teleconference with all potential FA; regarding procedures, questions to address and issues (.80). | MSI | 2.20 | 1,375.00 |
| 08/16/07 | Drafting notice, retention, affidavit MTP | EK | 2.10 | 451.50 |
| 08/16/07 | Meet with F. Madonna and MTP re possible strategy and retention. | JLS | 1.70 | 1,105.00 |
| 08/17/07 | Speak to R. Fergerson of Bank of America and MSI re conflict of waiver. | JLS | 0.80 | 520.00 |
| 08/17/07 | Work on affidavit in support of retention application (1.0); review various applications to retain debtors' professionals (2.2) | MTP | 3.20 | 2,000.00 |
| 08/20/07 | Work on retention papers (1.0) | MTP | 1.00 | 625.00 |
| 08/27/07 | Meet with Fred Madonna re his possible retention by H&H as expert. | JLS | 2.00 | 1,300.00 |
| 08/27/07 | Telephone conference with Kevin of KZC to discuss committee's concern re: retention. | MSI | 0.20 | 125.00 |
| 08/27/07 | Work on H&H retention application (.80); respond to e-mails from BDO re question on parties listed on conflicts list | MTP | 1.00 | 625.00 |
| 08/28/07 | Telephone conference with Berliner re: issues with KZC retention (.20); review KZC, Milestone and PR retention and discussions with P. Morgan re: same (.60). | MSI | 0.80 | 500.00 |
| 08/29/07 | Meetings with EK re: objection to Kroll retention. | ELS | 0.60 | 240.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/29/07 | Emails and calls with P. Morgan, JZC (3x) re: concerns about retention arrangement (.30); meeting with EK re: drafting objection to retentions (.20); review same (.20). | MSI | 1.20 | 750.00 |
| 08/29/07 | Review retention affidavits and application for CWT, Young Conaway, Kroll Zolfo Cooper, Milestone and Kekst (1.5); draft objection to Kekst's proposed retention and forward to Blank Rome for filing(1.8); work on objection to retention of KZC (1.2). discussion with MSI re same (.50); calls/e-mails with Mark Felger re retention on special conflicts counsel (.30) | MTP | 5.30 | 3,312.50 |
| 08/30/07 | Numerous conversations with debtors' counsel (.30); BDO (.20); and committee members (.20); re: issues on retention of Kroll; draft extensive email to the committee re: alternatives (.60); telephone conference with debtors' counsel (2x) re: objection to PR firm and potential resolution (.30); review objections filed by the U. S. Trustee to Cadwalder retention (.20); review objection to PR firm (.20); meeting with MTP re: objection to Kroll (.20). | MSI | 2.20 | 1,375.00 |
| 08/30/07 | Work on frame of objection to KZC's retention (.70); discuss same with MSI and E. Keary (.50); attention to UST's objection to Cadwalder retention (.30) review BDO e-mail re issues with proposed executive incentive program (.60). | MTP | 2.10 | 1,312.50 |
| 08/31/07 | Review email from BDO re: issues with Kroll retention (.40); telephone conferences with M. Mechalis (3x) re: same and additional issues (.60); telephone conference with P. Morgan re: same (.20); telephone conference with Young Conway re: retention of PR firm and Milestone (.20); telephone conference with G. Weil re: Same (.20); draft extensive email to Committee re: issues with Kroll retention (.50). | MSI | 2.10 | 1,312.50 |
| 08/31/07 | Draft objection to Kroll Zolpho Cooper proposed retention; circulate to MSI; call with MSI to discuss same; e-mail with B. Fatell re filing and service of objection (3.1); numerous conference calls with Young Conaway to discuss same (.50) | MTP | 3.60 | 2,250.00 |

| | | | |
|---|---|---|---|
| TOTAL HOURS | | 32.10 | |
| TOTAL SERVICES ......................................................................$ | | 19,179.00 | |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 2.10 | 215.00 | 451.50 |
| 486 | Schnitzer | 0.60 | 400.00 | 240.00 |
| 260 | Indelicato | 8.70 | 625.00 | 5,437.50 |

| 364 | Power | 16.20 | 625.00 | 10,125.00 |
| 162 | Schwartz | 4.50 | 650.00 | 2,925.00 |
| | ATTY TOTAL | 32.10 | | 19,179.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

November 29, 2007

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

703159      AMERICAN HOME MORTAGE HOLDINGS, INC.
005         DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/16/07 | Review swaps. | JID | 8.40 | 4,830.00 |
| 08/17/07 | Review swap documents and memo to MSI re same. | JID | 6.00 | 3,450.00 |
| 08/17/07 | Met with MSI regarding printing, review and filing of agreements received by Debtors counsel | MM | 0.30 | 57.00 |
| 08/20/07 | Review BoA cash collateral order. | JID | 3.50 | 2,012.50 |
| 08/21/07 | Review DIP and cash collateral orders. | JID | 7.00 | 4,025.00 |
| 08/21/07 | Printing, review of and filing of agreements submitted by Debtors counsel | MM | 3.00 | 570.00 |
| 08/22/07 | Conferences with co-counsel, MSI re DIP, cash collateral orders; review same. | JID | 2.30 | 1,322.50 |
| 08/22/07 | Continued printing, review of and filing of agreements submitted by Debtors counsel | MM | 7.00 | 1,330.00 |
| 08/23/07 | Conference with Debtor's counsel and co-counsel re DIP and cash collateral orders; begin drafting objection re cash collateral order. | JID | 5.00 | 2,875.00 |
| 08/23/07 | Review issues regarding cash collateral order (.30); meeting with JID re: same (.40). | MSI | 0.70 | 437.50 |
| 08/24/07 | Finish objection to cash collateral; mark up order re same. | JID | 5.00 | 2,875.00 |
| 08/27/07 | Revise objections and mark-ups re cash collateral and DIP. | JID | 4.00 | 2,300.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/27/07 | Telephone conference with D. Morgan re: Committee's concern on DIP (.20); telephone conference with Kaye Scholer re: same (.30); revise and edit objection to cash collateral order and DIP financing order (1.80); meeting with JID re: same (.20). | MSI | 2.50 | 1,562.50 |
| 08/28/07 | Revisions to cash collateral order and objection as per Creditors Committee conference call and discussions with MSI re same; participate in Committee call. | JID | 5.50 | 3,162.50 |
| 08/28/07 | Revise and edit proposed objection to the DIP (.70); telephone conference with S. Talmage (2x) re: cash collateral issues (.40); meeting with JID re: same (.40); telephone conference with JID and J. Shapiro re: comments (.20). | MSI | 1.70 | 1,062.50 |
| 08/28/07 | Attention to multiple e-mails with Joel Shapiro, JID, MSI re comments on and issues with BoA cash collateral order; review objection to same; review limited objection to DIP order | MTP | 1.10 | 687.50 |
| 08/29/07 | Review and negotiations re DIP and cash collateral orders. | JID | 1.50 | 862.50 |
| 08/29/07 | Review several drafts of cash collateral objection and markup of order (1.40); meeting with JID re: same (.60); telephone conference with JID and S. Talmage re: same (.50); numerous calls and emails with Talmage re: same (.60). | MSI | 3.10 | 1,937.50 |
| 08/29/07 | Review draft objection to cash collateral order; discussion with MSI & JID re same, attention to e-mails | MTP | 0.50 | 312.50 |
| 08/30/07 | Conferences and negotiations re cash collateral. | JID | 1.50 | 862.50 |
| 08/30/07 | Meeting with JID re: status (.20); emails and telephone conferences with S. Talmage re: objection and issues (.40). | MSI | 0.60 | 375.00 |
| 08/30/07 | Review and revise objection to cash collateral order | MTP | 0.50 | 312.50 |
| 08/31/07 | Conferences with counsel re cash collateral and DIP issues. | JID | 1.00 | 575.00 |
| 08/31/07 | Revise and edit several drafts of the cash collateral order (1.30); review DIP order (.60); meeting with JID re: same (.60); numerous emails with Felger re: same (.40); telephone conference (2x) with J. Waile re: same (.30); telephone conference (2x) with Kaye Scholer re: concerns and issues (.20). | MSI | 3.40 | 2,125.00 |
| 08/31/07 | Exchange e-mails and review revised draft DIP order and revised cash collateral orders (.80); e-mails with MSI, JID, M. Felger re issues and comments on same | MTP | 1.30 | 812.50 |

TOTAL HOURS                              76.40

TOTAL SERVICES ........................................................................ $    40,734.50

DISBURSEMENT SUMMARY

CARFARE                                                        $118.32

MEALS                                                          $14.45

SEARCH FEES                                                    $28.56

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................$    161.33

TOTAL FEES & DISBURSEMENTS .............................................$   40,895.83

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 548 | Marhyan | 10.30 | 190.00 | 1,957.00 |
| 285 | Divack | 50.70 | 575.00 | 29,152.50 |
| 260 | Indelicato | 12.00 | 625.00 | 7,500.00 |
| 364 | Power | 3.40 | 625.00 | 2,125.00 |
| ATTY TOTAL | | 76.40 | | 40,734.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
|  | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/15/07 | Teleconference with P. Morgan regarding issues on Broadhollow (.30); review proposed motion draft by KE regarding same (1.1). | MSI | 1.40 | 875.00 |
| 08/16/07 | Conferences with MTP and Mary Porch; begin review of recent SEC filings, motion summaries | DDG | 1.10 | 632.50 |
| 08/16/07 | Discussed American Home Mortgage project (creating index for 10-Ks, 10-Qs and 8-Qs), received documents for inclusion in index. | MHP | 0.20 | 35.00 |
| 08/16/07 | Review Broadhollow documents. | MSI | 1.60 | 1,000.00 |
| 08/17/07 | Review sale motion, APA re: servicing business | DDG | 1.30 | 747.50 |
| 08/17/07 | Review correspondence and attachment re sale of bank subsidiary; draft reply | JPL | 0.70 | 437.50 |
| 08/17/07 | Review Broadhollow materials and sale procedures. | MSI | 1.80 | 1,125.00 |
| 08/18/07 | Amer. Home Mortgage:  Review Broadhollow motion papers, indenture and form of order | MTP | 0.80 | 500.00 |
| 08/19/07 | Telephone conference with BDO and Debtor re: terms of Broadhollow issues (.50); review same and draft email re: comments (1.10). | MSI | 1.60 | 1,000.00 |
| 08/20/07 | Complete review of servicing platform APA, differences with comparable transaction | DDG | 0.80 | 460.00 |
| 08/20/07 | Drafted Index for SEC filings for AHM, organized documents with tabs etc., found that some exhibits to some filings were not printed. | MHP | 2.10 | 367.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/20/07 | Review issues regarding Broadhollow procedures and orders (1.70); extensive meeting with debtors and counsel for swap parties to negotiate terms of deal (5.20); transportation back to NY (2.20 @50%) (1.10); telephone conference with MTP & D. Berliner re: same (.30). | MSI | 8.30 | 5,187.50 |
| 08/20/07 | Multiple e-mails/conference calls with YCST, MSI and Berliner re negotiations on issues with Broadfellow auction procedures and ABN AMRO construction loan funding stipulation (.80) | MTP | 0.80 | 500.00 |
| 08/20/07 | Review Debtors' motion and form of asset purchase agreement for sale of servicing business (1.3); discuss same with DDG (.20). | MTP | 1.50 | 937.50 |
| 08/21/07 | Revise APA re: servicing business, exchange e-mails re: same with MTP, Cadwalader (4.4); e-mails with MTP re: bid procedures, form of loan sale agreement (.20) | DDG | 4.60 | 2,645.00 |
| 08/21/07 | Review public documents for information re bank subsidiary; discussion with JLS; attention to correspondence | JPL | 3.10 | 1,937.50 |
| 08/21/07 | Completed printing out missing exhibits from the 10-K, updated summaries on index, inserted tabs and sent to office services for binding. | MHP | 0.60 | 105.00 |
| 08/21/07 | Delivered binders of AHM Corporate docs to DDG. | MHP | 0.10 | 17.50 |
| 08/21/07 | Review and edit proposed revisions to proposed sale procedures order and procedures (.40); conference calls with the Debtor, Swap providers and Lenders re: terms of procedures and order (1.50). | MSI | 1.90 | 1,187.50 |
| 08/21/07 | Review revised order and procedures for auction sale of mortgaged loans supporting credit swaps for Broadhollow transaction (.70); participate in conference call with all parties and counsel to discuss comments on order and procedures (1.6) | MTP | 2.30 | 1,437.50 |
| 08/22/07 | Review form of loan sale agreement, conferences and e-mails with MSI re: same (1.4); revise and send to Craig Clear alternative form of agreement (.30) | DDG | 1.70 | 977.50 |
| 08/22/07 | Review and edit proposed procedures order for Broadhollow (.60); attend hearing re: same (2.30); telephone conference with DDG re: same and sale issues (.20); transportation back to New York (2.00 @50%) (1.00). | MSI | 4.10 | 2,562.50 |
| 08/23/07 | Miscellaneous conferences, e-mails with MTP and MSI re: sale agreements for servicing business and Mellville loans (.70); e-mail to Debtors' counsel re: Broadhollow and Melville sales agreements comments (.10); e-mail to Talmadge re: servicing APA (.10) | DDG | 0.90 | 517.50 |
| 08/24/07 | Miscellaneous e-mails and conferences with Grear, MSI, MTP re: loan purchase agreement | DDG | 0.60 | 345.00 |
| 08/24/07 | Review and edit proposed orders approving IndyMac sale, miscellaneous asset sale procedures and sale of REO properties. | MSI | 0.80 | 500.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/24/07 | E-mail exchange and call with MSI, DDG and Grear re comments on Indy Mac loan purchase agreement | MTP | 0.80 | 500.00 |
| 08/27/07 | Meeting with MSI re: auction procedures. | ELS | 0.20 | 80.00 |
| 08/29/07 | Draft motion to reconsider sale procedures. | ELS | 3.30 | 1,320.00 |
| 08/29/07 | Review motion and issues related to the Barclays sale. | MSI | 0.60 | 375.00 |
| 08/30/07 | Revisions to motion to reconsider sale procedures order and meeting with MSI re: same. | ELS | 0.50 | 200.00 |
| 08/30/07 | Revise and edit motion to reconsider sale procedures order (.60); telephone conference with P. Morgan re: same and debtor's request to extend deadlines (.30); review Barclays' issues and potential additional sales (.60); drafted email to professionals re: status of the sales (.30); review notice re: leases to be assumed (1.70). | MSI | 3.50 | 2,187.50 |
| 08/31/07 | Review revised asset purchase agreement, e-mails with MTP and MSI re: same | DDG | 2.60 | 1,495.00 |
| 08/31/07 | Revise and edit revised dating of auction (.20); telephone conference with G. Weil and Pauline Morgan re: issues and status of the sale of the servicing platform (.30). | MSI | 0.50 | 312.50 |

TOTAL HOURS                56.70

TOTAL SERVICES ...........................................................................$      32,507.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $3.20

MEALS                                                                          $16.68

TRAVEL                                                                         $199.00

TOTAL DISBURSEMENTS .........................................................$         218.88

TOTAL FEES & DISBURSEMENTS.............................................$      32,726.38

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 980 | Porch | 3.00 | 175.00 | 525.00 |
| 486 | Schnitzer | 4.00 | 400.00 | 1,600.00 |
| 426 | Grubman | 13.60 | 575.00 | 7,820.00 |
| 260 | Indelicato | 26.10 | 625.00 | 16,312.50 |
| 364 | Power | 6.20 | 625.00 | 3,875.00 |
| 502 | Laughlin | 3.80 | 625.00 | 2,375.00 |
| ATTY TOTAL | | 56.70 | | 32,507.50 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/16/07 | Review motion filed by CS and response of debtor in preparation for hearing on TRO (2.40); attend hearing on CS motion for TRO (6.30); transportation back to NY after hearing (2.40 @ 50%) (1.20). | MSI | 9.90 | 6,187.50 |
| 08/16/07 | Review all pleadings filed in Credit Suisse adversary proceeding and discuss same with MSI (2.5); review WARN Act complaint (.80) | MTP | 3.30 | 2,062.50 |
| 08/17/07 | Attend hearing on CS motion for TRO (2.60); review motion by Morgan Stanley (.60). | MSI | 3.20 | 2,000.00 |
| 08/23/07 | Review issues regarding Morgan Stanley TRO motion (1.10); review and edit proposed drafts of stipulation (.40); telephone conference with S. Braub re: same (.20). | MSI | 1.70 | 1,062.50 |
| 08/23/07 | Review Morgan Stanley pleadings in adversary proceeding and discuss same with MSI | MTP | 1.10 | 687.50 |
| 08/24/07 | Review Morgan Stanley stipulation and documents to determine appropriate settlement (2.30); telephone conference with Berliner re: same (.20); review and edit memo to the Committee re: same (.20); telephone conference with Bank of America counsel re: same (.20). | MSI | 2.90 | 1,812.50 |
| 08/24/07 | Review Morgan Stanley stipulation and provide MSI with my comments | MTP | 1.60 | 1,000.00 |
| 08/27/07 | Receive and review correspondence and pleadings re GNMA motion for turnover and declaration re automatic stay related correspondence and research | JPL | 4.10 | 2,562.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/28/07 | Research re GNMA motion for turnover; attention to legislative history | JPL | 3.30 | 2,062.50 |
| 08/28/07 | Attention to GNMA's and DBSP's motions for stay relief (1.0); review case law concerning GNMA's motion and e-mails from Blank Rome on same (.80) | MTP | 1.80 | 1,125.00 |
| 08/29/07 | Review motion of GNMA seeking delivery of assets; research relevant decisions, discussion with M. Power | JPL | 2.90 | 1,812.50 |
| 08/29/07 | Review Debtor's Rule 2004 motion against CSFB (.60); review GNMA motion and discuss same with JPL (.50) | MTP | 1.10 | 687.50 |
| 08/30/07 | Discussion with M. Power, re GNMA motion; review correspondence with debtor's counsel | JPL | 1.60 | 1,000.00 |
| 08/30/07 | Conference with MTP/MSI re pending litigation (.40); review of Strauss bankruptcy affidavit; Credit Suisse complaint; debtors rule 2004 application against lenders and repurchase counterparties; application to return Queen Emmanuel as specified counsel; AHM 2006 10K (2.4). | JPM | 2.80 | 1,750.00 |
| 08/30/07 | Telephone conference with L. Fife re: CS litigation and debtors' 2004 motion (.20); review Bear issues and telephone conference with D. Kavicoff re: same (.30); review events of default that debtor received from various parties (Repo parties, servicing and lessors (1.80). | MSI | 2.30 | 1,437.50 |
| 08/30/07 | Discussion with JPL re Ginnie Mae motion (.30); review motion papers (.50); discussion with JPM & MSI re various litigation matters and scheduling (.50). | MTP | 1.30 | 812.50 |
| 08/31/07 | Conference call with MTP and debtors' counsel re GNMA motion re assets and automatic stay; attention to relevant pleadings and research | JPL | 2.90 | 1,812.50 |
| 08/31/07 | Conference with RJM re Credit Suisse litigation (.30); provided docs to RJM re Credit Suisse (.20) | JPM | 0.50 | 312.50 |
| 08/31/07 | Review various default notices and meeting with MM re: same (.70); review motion by Bear Stearn and Calyon re: injunction (.80); telephone conference with Morgan and David Rankoff re: same (.30). | MSI | 1.80 | 1,125.00 |
| 08/31/07 | Review Ginnie Mae pleading and relevant law (.70); call with JPL re: same; call with Young Conaway to discuss the possible responses to the Ginnie Mae motion (.50); review Freddie Mae motion (.50) | MTP | 1.70 | 1,062.50 |

TOTAL HOURS                    51.80

TOTAL SERVICES ........................................................................ $      32,375.00

DISBURSEMENT SUMMARY

TRAVEL                                                                  $-18.00

<u>DISBURSEMENT SUMMARY</u>

TOTAL DISBURSEMENTS ............................................................ $    -18.00

TOTAL FEES & DISBURSEMENTS ............................................. $   32,357.00


<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | BILLED <u>PER HOUR</u> | BILL <u>AMOUNT</u> |
|---|---|---|---|---|
| 226 | McCahey | 3.30 | 625.00 | 2,062.50 |
| 260 | Indelicato | 21.80 | 625.00 | 13,625.00 |
| 364 | Power | 11.90 | 625.00 | 7,437.50 |
| 502 | Laughlin | 14.80 | 625.00 | 9,250.00 |
| ATTY TOTAL | | 51.80 | | 32,375.00 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

November 29, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committe Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131815

For professional services rendered from August 1, through August 31, 2007 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
011        EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/15/07 | Teleconference with Berliner of BDO regarding issues on retention plan and potential meeting (.30); review issues on retention plan (.40). | MSI | 0.70 | 437.50 |
| 08/16/07 | Review issues raised in retention plan. | MSI | 0.60 | 375.00 |
| 08/23/07 | Review proposed changes to retention plan (1.20); telephone conference with P. Morgan re: same and Committee concerns (.20); telephone conference with Berliner re: same (.30). | MSI | 1.70 | 1,062.50 |
| 08/23/07 | Attention to revisions to retention plan and discuss same with MSI | MTP | 0.60 | 375.00 |
| 08/24/07 | Review schedules re: rank and file retention motion (.60); telephone conference with Berliner and Morgan re: same (.40); attend hearing re: same (3.20). | MSI | 4.20 | 2,625.00 |
| 08/27/07 | Telephone conference with P. Morgan re: issues on Top Hat plan (.10); review emails re: same (.40); began to review plan documents (.80). | MSI | 1.30 | 812.50 |
| 08/28/07 | Review issues on Top Hat Plan. | MSI | 0.40 | 250.00 |
| 08/31/07 | Review and edit memo from BDO re: outstanding issues on senior management KERP plan (.30); telephone conference with M. Mechalis re: same (.20). | MSI | 0.50 | 312.50 |

TOTAL HOURS                                    10.00

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL SERVICES ............................................................ $ | | | 6,250.00 |
| | DISBURSEMENT SUMMARY | | | |
| | TRAVEL | | | $221.00 |
| | TOTAL DISBURSEMENTS ............................................ $ | | | 221.00 |
| | TOTAL FEES & DISBURSEMENTS ............................. $ | | | 6,471.00 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 260 | Indelicato | 9.40 | 625.00 | 5,875.00 |
| 364 | Power | 0.60 | 625.00 | 375.00 |
| ATTY TOTAL | | 10.00 | | 6,250.00 |

## TIMEKEEPER SUMMARY

|     |            | HOURS | BILLED PER HOUR | BILLED AMOUNT |
|-----|------------|-------|-----------------|---------------|
| 980 | Porch      | 3.00  | 175.00          | 525.00        |
| 548 | Marhyan    | 12.20 | 190.00          | 2,318.00      |
| 550 | Keary      | 67.50 | 215.00          | 14,512.50     |
| 493 | Zawadzki   | 46.80 | 260.00          | 12,168.00     |
| 486 | Schnitzer  | 7.00  | 400.00          | 2,800.00      |
| 285 | Divack     | 50.70 | 575.00          | 29,152.50     |
| 426 | Grubman    | 13.60 | 575.00          | 7,820.00      |
| 226 | McCahey    | 3.30  | 625.00          | 2,062.50      |
| 260 | Indelicato | 107.60| 625.00          | 67,250.00     |
| 364 | Power      | 79.10 | 625.00          | 49,437.50     |
| 502 | Laughlin   | 30.40 | 625.00          | 19,000.00     |
| 162 | Schwartz   | 9.80  | 650.00          | 6,370.00      |

**TOTAL AMOUNT**    431.00                    213,416.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| GENERAL | 13.90 | 7,861.00 |
| CREDITORS COMMITTEE | 190.10 | 74,509.00 |
| RETENTIONS | 32.10 | 19,179.00 |
| DIP/INVESTIGATION OF LIEN | 76.40 | 40,734.50 |
| SALES OF ASSETS | 56.70 | 32,507.50 |
| LITIGATION | 51.80 | 32,375.00 |
| EMPLOYEE ISSUES | 10.00 | 6,250.00 |
| **TOTAL** | 431.00 | 213,416.00 |