**Exhibit C**

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CARFARE | SKYLINE CREDIT RIDE INC. | 1,706.37 |
| DUPLICATING | | 423.10 |
| MEALS | EMMET KEARY | 531.45 |
| OVERNIGHT DELIVERY | SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC | 15.72 |
| SEARCH FEES | PACER SERVICE CENTER | 94.72 |
| LONG DISTANCE TELEPHONE CHARGES | | 0.25 |
| TRAVEL | | 605.99 |
| WORD PROCESSING OVERTIME | | 39.00 |
| | **TOTAL** | 3,416.60 |

Client: 703159.001

Please Remit Payment To:   Hahn & Hessen, LLP
                           488 Madison Avenue
                           New York, NY 10022
                           (212) 478-7200

                           Tax ID# 13-5573206

Invoice number: 131815

Total charges due:

 Fees:                                                        213,416.00

 Disbursements:                                                 3,416.60

Total Due:                                                    216,832.60

**PLEASE ENCLOSE THIS PAGE WITH YOUR REMITTANCE**