counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      November 30, 2007

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Margaret B. Whiteman
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kara Hammond Coyle (No. 4410)
                Margaret B. Whiteman (No. 4652)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : |
| a Delaware corporation, et al., | : Jointly Administered |
| | : |
| Debtors. | : Objection Deadline: |
| | : Hearing Date: N/A |
| ------------------------------------------------------------------ x | |

**FIRST MONTHLY APPLICATION OF**
**WELTMAN, WEINBERG & REIS CO. LPA AS FORECLOSURE SERVICE**
**PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR**
**ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH AUGUST 31, 2007**

Name of Applicant:                                          **Weltman, Weinberg & Reis Co. LPA**

Authorized to Provide Professional Services to:             **Debtors and Debtors-in-Possession**

Date of Retention:                                          **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought:                                    **August 6, 2007 through August 31, 2007**

Amount of Interim Compensation sought as
actual, reasonable and necessary:                           **$900.00**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary:                        **$3,888.23**

This is an:   _X_ interim   ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors.
This application includes no fee component in connection with the preparation of Fee
Applications.

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $900.00 |
| TOTALS | N/A | $900.00 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure related costs. (i.e. Title Searches, Service of Process, Filing Fees, Clerk Fees and Sale Fees) | N/A | $3,888.23 |

066585.1001

## VERIFICATION OF FEE APPLICATION

STATE OF OHIO              }

COUNTY OF FRANKLIN     }          ss.

Stephen A. Santangelo, after being duly sworn according to law, deposes and says:

1.  I am Shareholder of the applicant firm (the "Firm") and have been admitted to the bar of the State of Ohio.  I am a member in good standing.

2.  The Firm performed legal services as foreclosure professionals for the Debtors in the ordinary course of their business.  I am familiar with the work performed on behalf of the Debtors by the lawyers and legal assistants in the Firm.

3.  The services and expenses were performed and incurred within the month subject to the foregoing Application.

4.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Stephen A. Santangelo

SWORN TO AND SUBSCRIBED
Before me this _21st_ day of November, 2007.

_____

MICHELLE L. LACY
Notary Public, State of Ohio
My Commission Expires 06-19-10

# WELTMAN, WEINBERG & REIS CO., L.P.A.
## FEE SCHEDULE

| Foreclosure: | | Ohio | Illinois | Kentucky | Indiana | Pennsylvania | Michigan Non-jud |
|---|---|---|---|---|---|---|---|
| VA | | $850 | $850 | $700* | $750 | $850 | $500 |
| FHLMC | | 900 | 900 | 900 | 900 | 900 | 500 |
| FNMA | | 1,100 | 1100 | 1,100* | 1,000 | 1,250 | 650 |
| HUD/FHA | Effective 09/01/05 | 1,150 | 1,150 | 1,150 | 1,050 | 1,300 | 700 |
| HUD/FHA | Prior to 09/01/05 | 1,100 | 1,100 | 1,100 | 1,000 | 1,250 | 650 |
| Other/Conv | | 1,100 | 1100 | 1,100* | 1,000 | 1,250 | 650 |
| Each additional sale after first sale: | | 100 | 100 | 100 | 100 | 100 | 100 |

*Flat fee in Kentucky covers routine services including attendance at 1 hearing.  If the court requires multiple appearances for routine hearings, an additional fee of $150 will apply to each subsequent hearing.

| | Ohio | Illinois | Kentucky | Indiana | Pennsylvania | Michigan |
|---|---|---|---|---|---|---|
| Third-Party Foreclosure with Passive (Protective) Representation: | $500 | $500 | $500 | $500 | $500 | $500 |
| Breach/Demand Letter: | $75 | $75 | $75 | $75 | $75 | $75 |
| Preparation of Forbearance Agreement or Loan Modification Agreement: | $350 | $350 | $350 | $350 | $350 | $350 |
| Preparation of Assignment of Mortgage: | $100 | $100 | $100 | $100 | $100 | $100 |

Deed-in-Lieu:

| | | Ohio | Illinois | Kentucky | Indiana | Pennsylvania | Michigan |
|---|---|---|---|---|---|---|---|
| VA | | $300 | $300 | $300 | $350 | $300 | $275 |
| FHLMC | | 250 | 250 | 250 | 300 | 225 | 250 |
| FNMA | | 350 | 350 | 350 | 350 | 350 | 350 |
| HUD | Effective 09/01/05 | 400 | 400 | 400 | 400 | 400 | 400 |
| HUD | Prior to 09/01/05 | 350 | 350 | 350 | 350 | 350 | 350 |
| Other | | 350 | 350 | 350 | 350 | 350 | 350 |

Possessory Action (Eviction or Writ of Possession):

| | | Ohio | Illinois | Kentucky | Indiana | Pennsylvania | Michigan |
|---|---|---|---|---|---|---|---|
| FHLMC | | $200 | $300 | $400 | $200 | $225 | $300 |
| FNMA | | 300 | 300 | 350 | 300 | 400 | 300 |
| HUD | Effective 09/01/05 | 325 | 325 | 375 | 325 | 425 | 325 |
| HUD | Prior to 09/01/05 | 300 | 350 | 350 | 300 | 400 | 300 |
| All Others | | 300 | 300 | 350 | 300 | 400 | 300 |

Bankruptcy:

| | | Ohio | Illinois | Kentucky | Indiana | Pennsylvania | Michigan |
|---|---|---|---|---|---|---|---|
| Proof of Claim (POC) Only | | $150 | $150 | $150 | $150 | $150 | $150 |
| POC and Objection to Plan | | 350 | 350 | 350 | 350 | 350 | 350 |
| Objection to Plan Only | | 200 | 200 | 200 | 200 | 200 | 200 |
| Relief from Stay/Abandonment and Arrearage POC: | | | | | | | |
| VA | | | | | | | |
| | Ch. 7 | $450 | $450 | $450 | $450 | $450 | $450 |
| | Ch. 13 | $650 | $650 | $650 | $650 | $650 | $650 |
| | Additional Appearances | 100 | 100 | 100 | 100 | 100 | 100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FHLMC | | | | | | |
| Ch. 7 | 400 | 400 | 400 | 400 | 400 | 400 |
| Ch. 12 & 13 | 450 | 450 | 450 | 450 | 450 | 450 |
| FNMA | 650 | 650 | 650 | 650 | 650 | 650 |
| HUD – Effective 09/01/05 – CH 7 | 650 | 650 | 650 | 650 | 650 | 650 |
| HUD – Effective 09/01/05 – CH 13 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| HUD – Prior to 09/01/05  - ALL | 750 | 750 | 750 | 750 | 750 | 750 |
| Other | 650 | 650 | 650 | 650 | 650 | 650 |

Non-Routine Services:

Contested Cases, Counterclaims,
Litigating Special Issues,

| | | | | | | |
|---|---|---|---|---|---|---|
| Appointing Receiver, etc. | $195/hr | $195/hr | $195/hr | $195/hr | $195/hr | $195/h |

**OUTSTANDING RECEIVABLES**

**FOR:  4873001 - American Home Mortgage Servicing, Inc.    Date Range - August 09, 2007 - August 28, 2007**

| Matter # - Name | Inv# | Description | WWR Cost Chk | Fee | Cost |
|---|---|---|---|---|---|
| 10002197 - Faught, Jean A. | 7161 | Sales Publication | 8/8/2007 | 0.00 | 269.95 |
| 10004943 - Colbert, Tracy L. | 7654 | Reissue of Summons - Certified | 8/15/2007 | 0.00 | 7.00 |
| 10003847 - LaWare, Susan T. | 8041 | Assignment | 8/7/2007 | 100.00 | 0.00 |
| 10004846 - Larsen, Cristine | 8116 | Assignment | 8/7/2007 | 100.00 | 0.00 |
| 10005124 - Stant, Randall E. | 8169 | Answer & Cross-Claim | 8/7/2007 | 500.00 | 0.00 |
| 10005124 - Stant, Randall E. | 8169 | Preliminary Judicial Report | 8/7/2007 | 0.00 | 666.00 |
| 10003984 - Mastromatteo, Nic | 8453 | Overnight Delivery | 8/7/2007 | 0.00 | 25.00 |
| 10003984 - Mastromatteo, Nic | 8453 | Overnight Delivery | 8/7/2007 | 0.00 | 25.00 |
| 10004366 - Dingwell, Arthur | 8459 | Recording Fee | 8/7/2007 | 0.00 | 28.00 |
| 10004367 - Wilson, Shelley | 8460 | Recording Fee | 8/7/2007 | 0.00 | 34.00 |
| 10004477 - Ballou, Aaron and | 8464 | Special Process Server | 8/8/2007 | 0.00 | 125.00 |
| 10003847 - LaWare, Susan T. | 8041 | Copies From Public Records | 8/9/2007 | 0.00 | 3.05 |
| 10005124 - Stant, Randall E. | 8169 | Court Costs | 8/9/2007 | 0.00 | 50.00 |
| 10005200 - Larsen, Renee A. | 8144 | Preliminary Judicial Report | 8/10/2007 | 0.00 | 564.00 |
| 10004960 - Hardin, Derrick and | 8477 | Special Process Server | 8/13/2007 | 0.00 | 60.00 |
| 10003527 - Crandall II, D. Ken | 8842 | Recording Fee | 8/13/2007 | 0.00 | 13.00 |
| 10003752 - Crandall, D. K. | 8845 | Warning Order Attorney | 8/13/2007 | 0.00 | 174.78 |
| 10003994 - Johnson, Jerome | 8454 | Assignment | 8/20/2007 | 100.00 | 0.00 |
| 10003527 - Crandall II, D. Ken | 8842 | Warning Order Attorney | 8/20/2007 | 0.00 | 150.00 |
| 10003843 - Crandall, D. K. | 8848 | Warning Order Attorney | 8/20/2007 | 0.00 | 106.45 |
| 10004206 - Gardier, Bernard | 8456 | Assignment | 8/22/2007 | 100.00 | 0.00 |
| 10004847 - Larsen, Cristine | 8090 | Preliminary Judicial Report | 8/31/2007 | 0.00 | 450.00 |
| 10004846 - Larsen, Cristine | 8116 | Preliminary Judicial Report | 8/31/2007 | 0.00 | 450.00 |
| 10005071 - Pritchard, Ted | 8143 | Preliminary Judicial Report | 8/31/2007 | 0.00 | 687.00 |
| **August 2007 Total** | | | | **900.00** | **3,888.23** |