IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re                                          Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,               Case No. 07-11047 (CSS)
INC., *et al.*,[1]                             (Jointly Administered)

                     Debtors.
-------------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AND ORDER
(I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL AND
(II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION
TO CERTAIN PRE-PETITION SECURED PARTIES**

The undersigned hereby certifies as follows:

1. On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its affiliates (the "Debtors") commenced the above-captioned chapter 11 proceeding. Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

2. On September 4, 2007, this Court entered its *Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 554] (the "Final Cash Collateral Order").

3. On November 14, 2007, this Court entered its *First Final Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("*AHM Investment*"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("*AHM Acceptance*"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("*AHM Servicing*"), a Maryland corporation (7267); American Home Mortgage Corp. ("*AHM Corp.*"), a New York corporation (1558); American Home Mortgage Ventures LLC ("*AHM Ventures*"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("*Homegate*"), a New York corporation (7491); and Great Oak Abstract Corp. ("*Great Oak*"), a New York corporation (8580).

128189.01600/21647755v.1

*Certain Pre-Petition Secured Parties* [D.I. 2002] (the "<u>First Final Stipulation and Order</u>" and, together with the Final Cash Collateral Order, the "<u>Cash Collateral Order</u>").

4. Pursuant to paragraph 20 of the Cash Collateral Order, the Committee has until December 4, 2007 (the "<u>Committee Deadline</u>") to properly file an adversary proceeding or contested matter (x) challenging the amount, validity, enforceability, priority or extent of the Indebtedness or the Pre-Petition Secured Parties' security interests in and liens upon the Pre-Petition Collateral, or (y) otherwise asserting any claims or causes of action against the Pre-Petition Secured Parties on behalf of the Debtors' estates.

5. Pursuant to the stipulation attached hereto as Exhibit A, the Debtors, the Committee and Bank of America, N.A., as Administrative Agent, have agreed to extend the Committee Deadline from December 4, 2007 to February 1, 2008.

Accordingly, the Committee, the Debtors and Bank of America, N.A., as Administrative Agent, respectfully request that the Court approve and enter the attached stipulation and order.

Dated: December 3, 2007                **BLANK ROME LLP**

By:  */s/ Bonnie Glantz Fatell*
     Bonnie Glantz Fatell (No. 3809)
     1201 Market Street, Suite 800
     Wilmington, DE 19801
     Telephone: (302) 425-6400
     Facsimile: (302) 425-6464

     - and -

     **HAHN & HESSEN LLP**
     Mark S. Indelicato
     Mark T. Power
     488 Madison Avenue
     New York, NY 10022
     Telephone: (212) 478-7200
     Facsimile: (212) 478-7400

     *Co-Counsel to the Committee*

128189.01600/21647755v.1