## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of December, 2007, the foregoing *Certification of Counsel regarding Stipulation and Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* was served via facsimile upon the parties listed below.

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell

James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West State Street, 17th Floor
Wilmington, DE  19801
*Counsel for the Debtor*
*Facsimile:  302-571-1253*

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*Counsel for Bank of America, N.A.*
*Facsimile:  212-836-8689*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE  19899
*Counsel for Bank of America, N.A.*
*Facsimile:  302- 658-1192*

Joseph J. McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035
*Facsimile:  302-573-6497*

128189.01600/21647807v.1