IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 |
| HOLDINGS, INC., a Delaware corporation, <u>et. al.</u> | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## VERIFIED STATEMENT OF REPRESENTATION OF CERTAIN CREDITORS OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2019

Sidley Austin LLP ("<u>Sidley</u>") respectfully submits this statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and states as follows:

1. Sidley represents the following creditors and parties in interest in the above-referenced chapter 11 proceedings: Bear Stearns Mortgage Capital Corporation ("<u>BSMCC</u>"), EMC Mortgage Corporation ("<u>EMC</u>"), Morgan Stanley Mortgage Capital Holdings LLC ("<u>Morgan Stanley</u>"), Société Générale ("<u>SG</u>"), and Wells Fargo Funding, Inc. ("<u>Wells Fargo</u>") (collectively, the "<u>Creditors</u>").

### BSMCC and EMC

2. Sidley was engaged by BSMCC and EMC on or about July 30, 2007, to, among other things, represent them in connection with this bankruptcy proceeding.

3. The amount and extent of BSMCC and EMC's claims against the Debtors[1] has not yet been determined.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc., American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Servicing, Inc., American Home Mortgage Corp., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc. and Great Oak Abstract Corp.

DC1 1046567

**Morgan Stanley**

4. Sidley was engaged by Morgan Stanley on or about July 31, 2007, to, among other things, represent them in connection with this bankruptcy proceeding.

5. The amount and extent of Morgan Stanley's claims against the Debtors has not yet been determined.

**Société Général**

6. Sidley was engaged by SG on or about July 27, 2007, to, among other things, represent them in connection with this bankruptcy proceeding.

7. SG is a party to the Mortgage Loan Purchase and Sale Agreement dated October 16, 2006 (the "Purchase Agreement") with certain of the Debtors, pursuant to which SG purchased from the Debtors certain mortgage loans originated by the Debtors. The Debtors also acted as servicer of the purchased mortgage loans pursuant to the terms of the Purchase Agreement. In their capacity as servicer of the mortgages, the Debtors collected principal and interest payments from end-borrowers on SG's behalf and held such funds in trust for SG's benefit pending distribution to SG pursuant to the terms of the Purchase Agreement. Pursuant to the terms of the Purchase Agreement, SG owns all right, title and interest in, among other things, the purchased mortgage loans and the collections collected by the Debtors on SG's behalf. As of the Petition Date, and following the Petition Date, the Debtors have failed to remit to SG collections collected by the Debtors on SG's behalf, which are owned by SG, in an amount exceeding $6 million. Additionally, the Debtors have failed to transition servicing to SG pursuant to the terms of the Purchase Agreement. SG further submits that the Debtors have breached other material terms of the Purchase Agreement resulting in additional unliquidated amounts owing to SG. The amount of SG's claims has not yet been determined.

DC1 1046567

**Wells Fargo**

8.  Sidley was engaged by Wells Fargo on or about August 3, 2007, to, among other things, represent them in connection with this bankruptcy proceeding.

9.  The nature of Wells Fargo's claims relates to unliquidated damages for breach of contract and conversion of non-estate property related to the Debtors' failure to remit to Wells Fargo certain documents owned by Wells Fargo and held in the Debtors' possession. The amount of Wells Fargo's claims has not yet been determined.

**General**

10. Sidley's representation of each of the Creditors is on an individual basis.

11. The Creditors may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Sidley's representation.

12. Sidley does not hold a claim against or interest in the Debtors.

13. The address of each of the Creditors is set forth below:

| Name/Address of Creditor |
|---|
| Bear Stearns Mortgage Capital Corporation<br>383 Madison Avenue<br>New York, New York 10179 |
| EMC Mortgage Corporation<br>2780 Lake Vista Drive<br>Lewisville, Texas 75067 |
| Morgan Stanley Mortgage Capital Holdings LLC<br>1585 Broadway, Floor 02<br>New York, NY 10036 |
| Société Générale<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Wells Fargo Funding, Inc.<br>2801 Wells Fargo Way, One South<br>MAC W9902-01T<br>Minneapolis, MN  55408 |

DC1 1046567

14. Counsel expressly reserves the right to supplement and/or amend this Statement in any respect.

## **VERIFICATION**

15. I, David R. Kuney, a partner at Sidley Austin LLP and one of the attorneys of record herein for BSMCC and EMC hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 3, 2007
New York, New York

Respectfully submitted,

By:  /s/ David R. Kuney

SIDLEY AUSTIN LLP
David R. Kuney
1501 K. St. N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8650
Facsimile:  (202) 736-8711

-and-

SIDLEY AUSTIN LLP
William M. Goldman
Alex R. Rovira
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599