# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: December 24, 2007 @ 4 p.m.**
: **Hearing Date:  Only in the Event of an Objection**

**COMBINED FIRST AND SECOND MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS,
INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD OF AUGUST 14, 2007 THROUGH SEPTEMBER 30, 2007</u>**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | August 14, 2007 through September 30, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $155,779.60  (80% of $194,724.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $10,296.24 |

This is a:       ✓  Monthly       _____ Quarterly       _____ Final Application

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/6583729v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* [1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Objections Due By: December 24, 2007 @ 4 p.m.** |
| | **Hearing Date: Only in the Event of an Objection** |

---

## COMBINED FIRST AND SECOND MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 14, 2007 THROUGH SEPTEMBER 30, 2007

This first and second combined monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of August 14, 2007 through September 30, 2007 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

### Jurisdiction

1.  The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/6583729v.1

**Background**

2.     On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court.  The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.     On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc., and United Parcel Service (Docket No. 156).

4.     Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

5.     On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 547).

6.     On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 759).  On

November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

7. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell, David Carickhoff and Isabel Baumgarten. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

## Relief Requested

9. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $194,724.50 for the Application Period, and seeks payment of 80% of this amount, $155,779.60, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $10,296.24, in accordance with the terms of the Administrative Order.

10. Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

## Summary of Fees

11. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 401.8 hours at a blended billing rate of $484.63 per hour. The value of these services

has been computed at the rates that Blank Rome customarily charges for similar services provided other clients.

12. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)    Blank Rome Fee/Employment Applications:

Blank Rome prepared its retention application and corresponding Bankruptcy Rule 2014 disclosure statement, which required review of the results of database searches for parties identified by the Debtors as being creditors or parties in interest. Blank Rome did not charge the estate for the time spent reviewing the search results with firm personnel to ascertain connections, if any, with creditors or parities in interest.

**Total Hours: 21.6        Total Fees: $6,955.50**

(Project Code 2)    Other Professionals' Fee/Employment Application:

Blank Rome reviewed and analyzed the Debtors' motion to retain a multitude of ordinary course professionals, and resolved issues relating to the motion by communicating with Hahn & Hessen, BDO, Debtors, and counsel for such professionals. Such work included drafting a

limited objection to said motion. Further, Blank Rome revised and filed the Committee's objection to the application for retention of a public relations firm and communicated with Hahn & Hessen regarding the same. Blank Rome also reviewed and provided comments to the retention application of BDO. Blank Rome also prepared various motions to admit co-counsel *pro hac vice*.

**Total Hours: 27.8     Total Fees: $14,091.50**

(Project Code 3)     Executory Contracts and Unexpired Leases:

Blank Rome addressed issues in connection with the Debtors' motion to reject certain executory contracts and expired leases, and to abandon certain furniture, fixtures and equipment.

**Total Hours: 2.1     Total Fees: $1,147.50**

(Project Code 5)     Committee Business and Meetings:

As co-counsel to the Committee, Blank Rome participated in all aspects of Committee business including, without limitation, Committee meetings (in person and telephonic), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome also participated in meetings and teleconferences with co-counsel on a host of issues to coordinate and share analysis on matters affecting the estate. Among the matters on which Blank Rome worked, Blank Rome reviewed and provided comments to the Committee's response to the Debtors' motion for the sale of GNMA-approved loans and related disputes. Blank Rome also reviewed the correspondence to the U.S. Trustee opposing the appointment of an equity committee.

**Total Hours: 20.3     Total Fees: $11,271.50**

(Project Code 6)     <u>Case Administration</u>:

Time billed to this category includes services of a more administrative nature and includes time that otherwise would not comport with an identified project code. It includes email and telephonic communications on various matters, document review and general administrative and case management issues including e-filing, docket and calendar management and updating and maintaining service lists.

**Total Hours: 34.0     Total Fees: $11,937.50**

(Project Code 7)     <u>Debtor's Business Operations</u>:

Blank Rome participated in frequent telephonic meetings with the Debtors and their professionals, and the Committee professionals regarding the Debtors' operations and related issues. Blank Rome reviewed and analyzed information provided by the Debtors and BDO, including the operating report, as well as information publicly available concerning the Debtors. Finally, Blank Rome, in consultation with Hahn & Hessen and BDO, analyzed and responded to the Debtors' cash management motion and proposed order.

**Total Hours: 31.9     Total Fees: $15,736.00**

(Project Code 8)     <u>Employee Benefits / General Labor</u>:

Blank Rome reviewed the Debtors' motion for an order terminating their non-qualified deferred compensation plan and Rabbi Trust, various objections thereto, and the Debtors' reply to such objections. Blank Rome, utilizing the specific knowledge and experience of one of its ERISA partners, further researched the factual and legal issues, including ERISA issues. As a result, Blank Rome drafted on behalf of the Committee a joinder and response to objections to

terminate the plan.  Blank Rome participated in discussions with co-counsel and Debtors' counsel to analyze the issue and develop strategies.

**Total Hours: 20.9          Total Fees: $12,705.00**

    (Project Code 10)     <u>Financing Issues</u>:

Blank Rome reviewed and analyzed the interim DIP financing order and related documents.  Blank Rome worked closely with BDO and Hahn & Hessen to evaluate the business case for the DIP financing and to prepare an objection to the Debtors' motion seeking approval of DIP financing on a final basis.  Blank Rome also reviewed and negotiated the proposed cash collateral stipulation.

**Total Hours: 43.2          Total Fees: $23,388.50**

    (Project Code 11)     <u>Regulatory Matters</u>:

Blank Rome has a national banking regulatory practice and was able to provide valuable research, analysis and advice with respect to various regulatory matters.  Blank Rome reviewed issues in connection with various surety bond and servicer licensing issues, including conducting legal research regarding state bond requirements, communicating with Debtors and opposing counsel to resolve open matters, and reviewing the surety bonding term sheet, in order to assist the Committee with respect to the Debtor's surety bonding requirements.

**Total Hours: 29.1          Total Fees: $12,941.00**

    (Project Code 12)     <u>Sale of Assets/Asset Purchase Agreement</u>:

The time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same.  Blank Rome reviewed and analyzed the sale

documents concerning the Debtors' proposed sale of REO ("Real Estate Owned") property, office leases, real property leases, mortgage loans and mortgage loan servicing rights, and the servicing business to various entities.  Blank Rome was actively engaged in protecting the Committee's interests in the transactions between the Debtors and the multiple entities, including and communicating with Blank Rome communicated with co-counsel and Debtors, reviewing and analyzing pleadings.  Blank Rome prepared for and attended hearings and auctions, and negotiated various changes to bid and sale procedures, asset purchase agreements and settlement agreements.

**Total Hours: 101.2       Total Fees: $57,216.50**

(Project Code 13)       Stay Relief Issues:

The time billed to this matter relates to stay relief issues.  Blank Rome reviewed and analyzed motions for stay relief filed by various entities, such as DB Structured Products, Societe Generale, Waterfield and Union Federal Bank, and Infonexx.

**Total Hours: 3.8       Total Fees: $1,660.00**

(Project Code 15)       Tax Isssues

The time billed to this matter relates to the investigation and analysis of tax issues.

**Total Hours: 0.2       Total Fees: $120.00**

(Project Code 17)       Hearings - Attendance / Preparation:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same.  Typically time billed to this matter involves hearings on multiple matters that cannot be segregated efficiently.

**Total Hours: 44.5        Total Fees: $18,615.00**

(Project Code 21)    <u>Adversary Litigation</u>

The time billed to this matter relates to adversary litigation filed against the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests. In that regard, Blank Rome reviewed and analyzed documents and participated in meetings and telephone calls related to the adversary proceedings involving Morgan Stanley, Credit Suisse, Bear Stearns, and Calyon, communicating with Hahn & Hessen and Debtors' counsel regarding the same, attended hearings and participated in settlement negotiations.

**Total Hours: 21.2        Total Fees: $6,939.00**

**<u>Actual and Necessary Costs and Expenses Incurred</u>**

14.    Reimbursement of expenses in the amount of $10,296.24 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**<u>Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules</u>**

15.    In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

18. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $155,779.60 (80% of $194,724.50), together with the reimbursement of disbursements in the amount of $10,296.24; and such other and further relief that the Court deems just and proper.

Dated: December 3, 2007

BLANK ROME LLP

/s/ Bonnie Glantz Fatell
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*