AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
AUGUST 14 - SEPTEMBER 30, 2007

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 9.00 | $5,715.00 |
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 63.40 | $38,991.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 114.00 | $68,400.00 |
| Smith, S. | Partner Since 2005, Member of NY Bar Since 1987, Area of Expertise - Finance and Securitization | $585.00 | 18.90 | $11,056.50 |
| Shapiro, J. | Partner Since 1994, Member of DC Bar Since 1984, Member of NJ Bar Since 1984, Member of PA Bar Since 1984, Area of Expertise - Business Restructuring and Bankruptcy | $570.00 | 24.70 | $14,079.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 12.60 | $6,930.00 |
| Rabinowitz, M. | Partner Since 1998, Member of PA Bar Since 1988, Member of NJ Bar Since 1988, Area of Expertise - Financial Services/Real Estate | $500.00 | 11.90 | $5,950.00 |
| Cavaliere, R. | Associate Since 2000, Member of NY Bar Since 2001, Member of NJ Bar Since 2000, Area of Expertise - Business Restructuring and Bankruptcy | $405.00 | 2.60 | $1,053.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $380.00<br>$420.00 | 7.70<br>4.70 | $2,926.00<br>$1,974.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $385.00 | 1.90 | $731.50 |
| Mayk, J. | Of Counsel Since 2006, Member of NJ Bar Since 1993, Member of PA Bar Since 1993, Area of Expertise - Financial Services/Real Estate | $380.00 | 28.90 | $10,982.00 |
| Kupniewski, G. | Associate Since 2002, Member of NJ Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $310.00<br>$350.00 | 30.20<br>7.10 | $9,362.00<br>$2,485.00 |
| Senese, K. | Paralegal | $225.00 | 39.90 | $8,977.50 |
| Kowalczyk, M. | Paralegal | $220.00 | 12.60 | $2,772.00 |
| Moody, T. | Paralegal | $200.00 | 11.70 | $2,340.00 |
| Grand Total: | | | 401.80 | $194,724.50 |
| Blended Rate: | | | | 484.63 |

# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### AUGUST 14 - SEPTEMBER 30, 2007

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 21.60 | $6,955.50 |
| 2 | Other Professionals' Fee/Employment Issues | 27.80 | $14,091.50 |
| 3 | Executory Contracts and Unexpired Leases | 2.10 | $1,147.50 |
| 4 | Claims Analysis and Objections | | |
| 5 | Committee Business and Meetings | 20.30 | $11,271.50 |
| 6 | Case Administration | 34.00 | $11,937.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 31.90 | $15,736.00 |
| 8 | Employee Benefits/General Labor | 20.90 | $12,705.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 43.20 | $23,388.50 |
| 11 | Regulatory Matters | 29.10 | $12,941.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 101.20 | $57,216.50 |
| 13 | Stay Relief Issues | 3.80 | $1,660.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | 0.20 | $120.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 44.50 | $18,615.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 21.20 | $6,939.00 |
| | **TOTALS** | 401.80 | $194,724.50 |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
AUGUST 14 - SEPTEMBER 30, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $4.20 |
| Reproduction of Documents | In-House @ $.10/copy | $717.90 |
| | Contracted Photocopying - Parcels | $2,537.51 |
| Courier and Express Services | Federal Express | $269.93 |
| Hand Delivery Service | Parcels | $205.50 |
| Special Mailing Charges | | $226.19 |
| Travel Expenses | A. Bachman | $137.00 |
| E-Services | E-Filing, CD Duplication, E-mail | $4,805.29 |
| Westlaw | | $668.04 |
| Word Processing | | $35.00 |
| Record/Docket Searches | | $689.68 |
| **TOTAL** | | **$10,296.24** |