IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :    Chapter 11
In re:                                                     :
                                                           :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., et al.,                                    :
                                                           :
                          Debtors.                         :
                                                           :    Related to Docket No. _____
---------------------------------------------------------- x

**MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR
EXPEDITED HEARING, AND TO SHORTEN TIME REGARDING MOTION OF
BANK OF AMERICA N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM
AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), TO EXERCISE ITS RIGHTS
AS A SECURED CREDITOR TO SELL COLLATERAL CONSISTING OF
OUTSTANDING CONSTRUCTION-TO-PERM MORTGAGE LOANS
ON SINGLE-FAMILY RESIDENCES**

Bank of America, N.A., as administrative agent (the "Administrative Agent") for itself and certain other banking and financial institutions as pre-petition secured lenders (the "Pre-Petition Secured Parties") under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006, having filed, contemporaneously herewith, its Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Exercise Its Rights as a Secured Creditor to Sell Collateral Consisting of Outstanding Construction-to-Perm Mortgage Loans on Single-Family Residences (the "Motion"), hereby moves this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order setting an expedited hearing, and shortening the time to object or respond to the Motion, so as to consider the Motion on December 12, 2007 at 10:00 a.m., with any responses to the Motion due by 10:00 a.m. on December 10, 2007, and in support thereof states as follows:

1. Pursuant to Local Rule 9006-1(c)(i), all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least fifteen (15) days prior to the hearing date. Pursuant to Local Rule 9006-1(e), however, such notice period may be shortened by order of the Court upon written motion specifying the exigencies justifying shortened notice.

2. The Administrative Agent submits that there is sufficient cause to justify shortening the notice period for the hearing on approval of the Motion as it relates to the relief sought therein.

3. As set forth in the Motion, approximately $21 million remains to be advanced with respect to Construction-to-Perm Loans[1] to complete construction of the properties constituting the C/P Loan Collateral. The Debtors have not funded and have no obvious source of funds for these advances. Despite this, the Debtors have inexplicably refused to provide reasonable diligence to a prospective buyer and to act upon an offer to purchase the Construction-to-Perm Loans that would provide substantial value to the Debtors' estates and ensure that necessary advances would be made. The Administrative Agent also learned late Friday afternoon that the prospective buyer would only purchase the assets and fund advances if a closing occurred in the very near future. The value of the Construction-to-Perm Loans may be significantly diminished if the loans are not sold and the construction advances are not funded. The Motion must be heard on an expedited basis to protect the Collateral from diminution in value.

4. In short, any delay in permitting the Administrative Agent relief from the automatic stay so as to permit the sale of the Construction-to-Perm Loans will undermine the value of this collateral, impair the rights of the Pre-Petition Secured Parties and homeowners,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

and expose the Debtors' estates to additional unsecured claims. The Administrative Agent should be granted immediate relief from the automatic stay to sell the Construction-to-Perm Loans so that the prospective buyer can obtain sufficient due diligence and then close and fund the advances.

5. Finally, the Administrative Agent understands that *JPMorgan Chase Bank National Association's Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on and Preserve Collateral Consisting of Outstanding Construction/Permanent Loans on Single-Family Residences* [D.I. 2135] (the "JPMorgan Motion") will be heard at the December 12, 2007 hearing. The JPMorgan Motion presents issues similar to those raised by the Motion, and the Administrative Agent believes it would be efficient to hear the two motions at the same hearing.

6. In light of these circumstances, the Administrative Agent submits that shortening the notice period so the Motion can be heard on December 12, 2007 at 10:00 a.m., with responses to the Motion due December 10, 2007 at 10:00 a.m. is appropriate. Neither the Debtors nor the Committee will be unfairly prejudiced by this schedule as they have been involved in the attempts to sell these assets and the present negotiations. Accordingly, the Administrative Agent requests that the Motion be set on that schedule.

WHEREFORE, the Administrative Agent respectfully requests that this Court enter an Order, substantially in the form annexed hereto as Exhibit A, scheduling a hearing on the relief requested in the Motion for December 12, 2007 at 10:00 a.m. and requiring that any responses to the Motion be filed and served so as to be received on or before December 10, 2007 at 10:00 a.m.

Dated: December 4, 2007
      Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By: /s/
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

- and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Scott D. Talmadge
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

Pac#835307

4