IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------x
                          :
In Re:                    :
                          :   Case No. 07-10787
    TWEETER HOME          :   Chapter 11
    ENTERTAINMENT         :   Jointly Administered
    GROUP, INC. et al.,   :
                          :
Debtors.                  :
--------------------------x
```

**Notice of Appearance**

Margaret C. Lumsden, of the law firm Unti & Lumsden LLP, gives notice of her appearance in this matter for Progress Energy Florida, Inc. and requests that notices be served at the following address:

> Margaret C. Lumsden
> Unti & Lumsden LLP
> 302 Jefferson Street, Suite 200
> Raleigh, North Carolina  27605

This the 4th day of December, 2007.

> /s/ Margaret Lumsden
> Margaret C. Lumsden
>   NC Bar No. 15953
> Unti & Lumsden LLP
> 302 Jefferson Street, Ste 200
> Raleigh, NC 27605
> (919) 828-3966
> Fax: (919) 828-3927