```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE

-------------------------x
                         :
In Re:                   :
                         :     Case No. 07-10787
    TWEETER HOME         :     Chapter 11
    ENTERTAINMENT        :     Jointly Administered
    GROUP, INC. et al.,  :
                         :
Debtors.                 :
-------------------------x
```

**VERIFIED STATEMENT OF UNTI & LUMSDEN LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Margaret C. Lumsden of Unti & Lumsden LLP hereby makes the verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Unti & Lumsden LLP was retained to represent two unsecured creditors in the above-captioned cases. The names and addresses of those creditors ("the Progress Energy Creditors") are:

   A. Progress Energy Carolinas, Inc.

   401 South Wilmington Street, Raleigh NC 27601

   B. Progress Energy Florida, Inc.

   Post Office Box 33199, St. Petersburg FL 33733

2. As of the petition date, the Debtors owed each of the Progress Energy Creditors unsecured or possibly secured amounts, believed to be at least the following:

   A. Progress Energy Carolinas, Inc: unknown at this time.

B. Progress Energy Florida, Inc.: unknown at this time.

3. Each of the Progress Energy Creditors provided utility services to one or more of the Debtors prior to the bankruptcy filing.

4. Notices of Appearance on behalf of the Progress Energy Creditors are being filed contemporaneously with this document.

5. The Debtors have listed the Progress Energy Creditors on Schedule F, although the Progress Energy Creditors do not necessarily agree that the amounts correctly reflect the amounts due them, or that the lien and property rights of the Progress Energy Creditors have been appropriately listed by the Debtors and expressly reserve the right to file proofs of claim in this case asserting the amounts due based upon business records of the Progress Energy Creditors.

Date: December 4, 2007

**UNTI & LUMSDEN LLP**

/s/ Margaret C. Lumsden
302 Jefferson Street, Suite 200
Raleigh, NC 27605
phone (919) 828-3966
fax (919) 828-3927
mclumsden@ulslaw.com

**VERIFICATION**

I declare under penalty of perjury that the facts set forth in this Verified Statement are true and correct.

Date December 4, 2007.

/s/ Margaret C. Lumsden