IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
                                                  :   Chapter 11
In re:                                            :
                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                            :
HOLDINGS, INC., et al.,                           :
                                                  :
                              Debtors.            :
                                                  :   Related to Docket No. **2255**
------------------------------------------------- x

**NOTICE OF CORRECTED EXHIBIT B TO
MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM
AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(D), TO EXERCISE CERTAIN RIGHTS AS A
SECURED CREDITOR TO SELL COLLATERAL CONSISTING OF OUTSTANDING
CONSTRUCTION-TO-PERM MORTGAGE LOANS
ON SINGLE-FAMILY RESIDENCES**

PLEASE TAKE NOTICE that the attached Exhibit B replaces in its entirety the Exhibit B originally submitted with the *Motion of Bank of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(D), To Exercise Certain Rights as a Secured Creditor to Sell Collateral Consisting of Outstanding Construction-To-Perm Mortgage Loans On Single-Family Residences* [DI 2255] filed on December 4, 2007.

Dated: December 4, 2007
       Wilmington, Delaware

                                        POTTER ANDERSON & CORROON LLP

                                        By: /s/ Laurie Selber Silverstein
                                            Laurie Selber Silverstein (DE Bar 2396)
                                            Gabriel R. MacConaill (DE Bar 4734)
                                            P. O. Box 951
                                            1313 N. Market Street, 6th Floor
                                            Wilmington, Delaware 19899
                                            (302) 984-6000

                                                    - and –

        KAYE SCHOLER LLP
Margot B. Schonholtz
Scott D. Talmadge
425 Park Avenue
New York, NY  10022
(212) 836-8000

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

Pac#835384