IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------  x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
         Debtors.                               :
-------------------------------------------------------------------  x
```

## AFFIDAVIT OF MAILING

```
STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )
```

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On November 28, 2007, I caused to be served true and correct copies of the

a)      Letter to the Counterparty to Executory Contracts, a sample of which is annexed hereto as Exhibit A dated November 28, 2007,

b)      Notice of Motion, dated November 28, 2007, to which was attached the Fifth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment, dated November 28, 2007 [Docket No. 2192]

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit B annexed hereto.

3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

_30th_ day of November, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ROBERT F. POPPITI, JR.
DIRECT DIAL: (302) 576-3591
DIRECT FAX: (302) 576-3554
rpoppiti@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 28, 2007

Dear Counterparty:

On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors") each filed a voluntary petition for bankruptcy protection under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, *et seq.*, as amended from time to time, in the United States Bankruptcy Court for the District of Delaware.

On November 28, 2007, the Debtors filed their *Fifth Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Executory Contracts And Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment* (the "Motion") [Docket No. 2192]. You will receive a copy of the Motion shortly. Pursuant to the Motion, the Debtors are rejecting their executory contract(s) with your company for your services.

Regards,

Robert F. Poppiti, Jr.
(admission to Delaware Bar pending)

RFP

DB02:6384400.2

066585.1001

**EXHIBIT B**

**Executory Contract – Agreements**

| |
|---|
| Farm Bureau Bank FSB<br>17300 Henderson Pass<br>San Antonio, TX 78232 |
| American Express Company<br>Corporate Services Operations<br>AESC-P<br>20022 North 31st Avenue<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 |
| Ameritek Office Solutions<br>4250 St. Johns Parkway<br>Sanford, FL 32771 |
| Associated Business Systems<br>7440 SW Bonita Road<br>Portland, OR 97224-8028 |
| Brian Parisi Copier Systems<br>4915 Genesee Street<br>Cheetowaga, NY 14255 |
| Capital Business Machines<br>P.O. Box 1456<br>Olympia, WA 98507 |
| Capital Business Systems<br>P.O. Box 508<br>Cheyenne, WY 82003-0508 |
| CB Document Solutions<br>4320 East Cotton Center Boulevard<br>Suite 100<br>Phoenix, AZ 85040-8852 |
| Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 |
| Coeco Office Systems<br>P.O. Box 2425<br>Greenville, NC 27836 |
| Current Mechanical<br>2120 East Washington Boulevard<br>Suite A<br>Fort Wayne, IN 46803-1357 |
| DocuSystems<br>1000 Highway 50 East<br>Myrtle Beach, SC 29577 |
| Duplicator Sales and Service Inc.<br>831 East Broadway |

| |
|---|
| Louisville, KY 40204 |
| Electronic Systems, Inc.<br>369 Edwin Drive<br>Virginia Beach, VA 23462-4522 |
| Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 |
| Halsey & Griffith Office Solutions<br>1170 Northwest 163rd Drive<br>Miami, FL 33169 |
| Innovative Mailing & Shipping<br>Systems, Inc.<br>415 Oser Avenue<br>Suite K<br>Happauge, NY 11788 |
| International Mailing Equipment<br>336 North 12th Street<br>Sacramento, CA 95814 |
| Michigan Office Solutions<br>2859 Walkent Drive NW<br>Grand Rapids, MI 49514-0587 |
| Office Works<br>15401 Anacapa Road<br>Victorville, CA 92392 |
| Offix<br>10222 Battleview Parkway<br>Manassas, VA 20109 |
| Saxon Business Systems<br>P.O. Box 4908<br>Miami Lakes, FL 33014 |
| U.S. Bank<br>CM-9690<br>St. Paul, MN 55170-9690 |
| Van Ausdall & Farrar<br>P.O. Box 664250<br>Indianapolis, IN 46266 |
| Zeno Office Solutions<br>P.O. Box 23687<br>Tampa, FL 33623 |