IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
        Debtors.                                                         :
------------------------------------------------------------------------ x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.       I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.       On November 28, 2007, I caused to be served true and correct copies of the

a)       Letter to the Counterparty to Storage Facility Contract, a sample of which is annexed hereto as Exhibit A dated November 28, 2007,

b)       Notice of Motion, dated November 28, 2007, to which was attached the Fifth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment, dated November 28, 2007 [Docket No. 2192]

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit B annexed hereto.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this

30th day of November, 2007

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

# EXHIBIT A

# Young Conaway Stargatt & Taylor, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

ROBERT F. POPPITI, JR.
DIRECT DIAL:  (302) 576-3591
DIRECT FAX:   (302) 576-3554
rpoppiti@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 28, 2007

Dear Counterparty:

On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors") each filed a voluntary petition for bankruptcy protection under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, *et seq.*, as amended from time to time, in the United States Bankruptcy Court for the District of Delaware.

On November 28, 2007, the Debtors filed their *Fifth Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Executory Contracts And Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment* (the "Motion") [Docket No. 2192]. You will receive a copy of the Motion shortly. Pursuant to the Motion, the Debtors are rejecting their executory contract(s) with your company for your storage facility.

In connection with the rejection of your executory contract, the Debtors are abandoning any ownership of personal property located within your premises. This personal property may include, but is not limited to, furniture, fixtures and equipment.

Regards,

Robert F. Poppiti, Jr.
(admission to Delaware Bar pending)

RFP

DB02:6387228.2

066585.1001

**EXHIBIT B**

| COUNTERPARTY TO CONTRACT |
|---|
| West Market Self Storage<br>c/o Rob and Evelyn Zimmerman<br>5019 West Market Street<br>Greensboro, NC 27407 |
| Eagle Self Storage, Inc.<br>c/o Robert P. McCue<br>P.O. Box 18185<br>4101 Highway 93 South<br>Missoula, MT 59808 |
| Public Storage, Inc.<br>c/o Jerri Stacy<br>20292 Cooks Bay Drive<br>Lake Forest, CA 92630 |
| Locker Room Storage Inc.<br>401 East 4th Street<br>Bridgeport, PA 19405 |