IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
        Debtors.                                                :
--------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        ANGHARAD BOWDLER, being duly sworn, deposes and says:

        1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.    On November 29, 2007, I caused to be served true and correct copies of the "Order Extending the Period Within Which the Debtors May Remove Action Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027" dated November 28, 2007 [Docket No. 2206], enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A.

        3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  _____
                                                  Angharad Bowdler

Sworn to before me this

3rd day of December, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614699
Qualified in New York County
Commission Expires July 3, 20__

T:\Clients\AHM\Affidavits\Removal Mtn_Aff_11-28-07.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 3RD FINANCIAL SERVICE CORP. | LAW OFFICES OF EDWARD GARFINKEL,110 WILLIAM STREET, NEW YORK, NY 10038 |
| AAA MORTGAGE TEAM | 27464 COMMERCE CENTER DRIVE, SUITE B,, TEMECULA, CA 92590 |
| ALLIED HOME MORTGAGE CAPITAL CORP. | 6110 PINEMONT DRIVE,, HOUSTON, TX 77092 |
| ALLSTATE HOME LOANS | 5 CORPORATE PARK, SUITE 100,, IRVINE, CA 92606 |
| AME FINANCIAL CORP. | 4036 WEATHERBURN WAY,, NORCROSS, GA 30092 |
| AMERICAN PACIFIC MORTGAGE CORP | 3000 LAVA RIDGE COURT, 200,, ROSEVILLE, CA 95661 |
| AMERICAN SECURITY INSURANCE COMPANY V. | FLORIDA INSURANCE DEPOT, INC., ET A,BROWARD COUNTY, FLORIDA,8181 WEST BROWARD BLVD, SUITE 300, PLANTATION, FL 33324 |
| AURORA MORTGAGE, LLC | LAW OFFICES OF SIDDHARTH G DUBAL,225 WEST 34TH STREET, SUITE 1303, NEW YORK, NY 10122 |
| AVILA V. DUTRA, AMERICAN HOME MORTGAGE CORP, | ET AL,9960 BIRD RD, MIAMI, FL 33165 |
| BATTAILLE VS. AHMSI | BAUER AND BOOKWALTER, CO. LPA,202 EAST CENTRAL AVENUE, MIAMISBURG, OH 45342 |
| BEACON FINANCIAL MORTGAGE BANKERS | 8726 NW 26TH STREET #24,, DORAL, FL 33172 |
| BEARD ET AL. V. AMERICAN HOME | MORTGAGE CORP. ET AL.,14406 OLD MILL ROAD, UPPER MARLBORO, NJ 20772 |
| BELLETTIERI, FONTE, & LAUDONIO, ET AL | 25 WEST RED OAK LANE,, WHITE PLAINS, NY 10604 |
| BERGIN FINANCIAL, INC. D/B/A PERFECT MORTGAGE, INC | PLAINTIFF V. DELSEAN LITTLEJOHN, , ANDREA WOLF,& AMERICAN HOME MORTGAGE CORPORATION,32000 NORTHWESTERN HWY, SUITE 240, FARMINGTON HILLS, MI 48334 |
| BERGIN FINANCIAL, INC. D/B/A PERFECT MORTGAGE, INC | 32000 NORTHWESTERN HWY, SUITE 240,, FARMINGTON HILLS, MI 48334 |
| BISHOP V. AMERICAN HOME MORTGAGE CORP. | LAW OFFICES OF CHRISTOPHER L. COOK,41040 N. RTE 85, ANTIOCH, IL 60002 |
| BOLING 2007CA-1992B | 5120 FULTON STREET NW,, WASHINGTON, DC 20016 |
| BOMBA VS. AMERICAN HOME MORTGAGE CORP. | BROOKLYN LEGAL SERVICES CORP B,105 COURT STREET, BROOKLYN, NY 11201 |
| BOOTH 06-AC-0014828 | 2253 LARBROOK DRIVE,, FLORISSANT, MO 63031 |
| BOSTIC V. AMERICAN HOME MORTGAGE SERVICING | 403 SECOND LOOP ROAD, PO BOX 13057,, FLORENCE, SC 29504 |
| BURGE 07-AC-014705 | 303 JAMBOREE DRIVE,, BALLWIN, MO 63021 |
| BUSER V. AMERICAN HOME MORTGAGE CORP. 29617-06W, | KANSAS HUMAN RIGHTS COMMISSION,LANDEN SATE OFFICE BUILDING, 5TH FLOOR,900 SW JACKSON, SUITE 5685, TOPEKA, KS 66612 |
| BYRNS VS. AMERICAN HOME MORTGAGE CORP. | DISTRICT COURT, CO, DENVER COUNTY, 07CV1974,8362 GREENWOOD DRIVE, NIWOT, CO 80503 |
| CHOI PENDING | 1492 BISHOP PLACE,, RIVERSIDE, CA 92506 |
| CHOPP VS. AMERICAN HOME MORTGAGE CORP | 10 TINDALL RD,, MIDDLETOWN, NJ 07748 |
| CONSUMER MORTGAGE SERVICES, INC. | 437 MADISON AVENUE,, NEW YORK, NY 10022 |
| COURTYARD FINANCIAL, INC. | 11 WEST 42ND STREET, SUITE 900,, NEW YORK, NY |
| COWLEY 07CVD1921 | 8 HOUSTON RIDGE ROAD,, DURHAM, NC 27713 |
| CRYSTAL A. NURSE V. AMERICAN HOME MORTGAGE 1011395 | REGIONAL DIRECTOR,STATE OF NY EXECUTIVE DIVISION OF HUMAN RIGHTS,55 HANSON PLACE, ROOM 900, BROOKLYN, NY 11217 |
| CUNNINGHAM 06-CI-05448 | 3004 CADDIS LANE,, LEXINGTON, KY 40511 |
| DICKINSON V. A.E. ELECTRIC, ET AL./84 LUMBER | V. AMERICAN HOME MORTGAGE CORP.,MASON, SCHILLING & MASON, CO, LPA,11340 MONTGOMERY ROAD, SUITE 210, CINCINATTI, OH 45249 |
| DONALD SUMPTER V. AMERICAN HOME MORTGAGE | EEOC, CHARLOTTE DISTRICT OFFICE-430,129 W. TRADE STREET, SUITE 400, CHARLOTTE, NC 28202 |
| DUFFY 64406 | 81 STEVENS OAK LANE,, BREWSTER, NY 10509 |
| EDNA BARR V. AMERICAN HOME MORTGAGE | 2600 EL CAMINO REAL, SUITE 506,, PALO ALTO, CA 94306 |
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, AN | ROSALYN CEASAR, INDIVIDUALLY, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,ON BEHALF OF THE GENERAL PUBLIC V. AMERICAN HOME MORTGAGE INVESTMENT,NICHOLS, KASTER & ANDERSON, LLP,ONE EMBARCADERO CENTER, SUITE 720, SAN FRANCISCO, CA 94111 |
| EGAN | 410 MERION DRIVE,, NEWTOWN, PA 18940 |
| ELIE MAMIEH V. AMERICAN HOME MORTGAGE | NY STATE DIVISION OF HUMAN RIGHTS,NY DISTRICT OFFICE-520,33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EQUITY MORTGAGE CORP | 33 W. ROOSEVELT ROAD,, LOMBARD, IL 60148 |
| FAWCETT 06CV05456 | 500 COURTHOUSE PLAZA SW,10 NORTH LUDLOW STREET, DAYTON, OH 45402 |
| FIRST CAPITAL MORTGAGE CORP. VS. UNION FEDERAL BAN | 208 S. LASALLE, SUITE 1200,, CHICAGO, IL 60604 |
| FITZPATRICK | 3192 AMELIA DRIVE,, MOHEGAN LAKE, NY 10547 |
| GASPARD VS. STATE FARM | 718 DUNBAR AVE,, BAY ST. LOUIS, MS 39520 |
| GEMELLI SCC-49405 | 839 MAIN STREET, #19,, TORRINGTON, CT 06790 |
| GENERAL START NATIONAL INSURANCE VS | . AMERICAN HOME MORTGAGE,ACCEPTANCE, INC.,1000 HART ROAD, BARRINGTON, IL 60010 |
| GILES V. AMERICAN HOME MORTGAGE CORP. 05-004118, | US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,CHICAGO DISTRICT OFFICE,500 W. MADISON STREET, SUITE 2800, CHICAGO, IL 60661 |
| GINNONA | WALFISH & NOONAN, LLC,528 DEKALB STREET, NORRISTOWN, PA 19401 |
| GONZALEZ | 54 PUTNAM PARK ROAD,, BETHEL, CT 06801 |
| GUERTIN VS. GARDNER, AMERICAN HOME MORTGAGE CORP., | 304 HAMPTON PARK, PO BOX 1317,, CAMDEN, SC 29020 |
| GUTIERREZ V. VELAZQUEZ, AMERICAN HOME MORTGAGE | SERVICING, INC. NO.,9500 S DADELAND BLVD, MIAMI, FL 33156 |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME MORTGAGE, | INVESTMENT CORP., DEFENDANT. 2:06-CV-2234,500 BI-COUNTY BLVD., SUITE 112N, FARMINGDALE, NY 11735 |
| HAAG V. AMERICAN HOME MORTGAGE CORP. | 103 BLUEGRASS COMMONS BLVD,, HENDERSONVILLE, TN 37075 |
| HARRIS 07CV00358 | 21801 LAKESHORE BLVD,, EUCLID, OH 44123 |
| HARRIS AND AGUNLOYE V. AMERICAN HOME MORTGAGE CORP | SUPREME COURT APPELLATE DIVISION, 2ND DEPT.,, |
| HATCHETT VS. AMERICAN HOME MORTGAGE CORP.,ET AL., | LEGAL ASSISTANCE FOUNDATION OF MERTROPOLITAN CHICAGO,111 W. JACKSON STREET, SUITE 300, CHICAGO, IL 60604 |
| HEMMENDINGER | 9806 SINGLETON DRIVE,, BETHESDA, MD 20817 |
| HENSLEY VS. AMERICAN HOME MORTGAGE ACCEPTANCE, INC | LA SUPERIOR COURT, CA BC364574,1925 CENTURY PARK EAST, SUITE 2120, LOS ANGELES, CA 90067 |
| HOLLIDAY 07-SC-979 | 2315 DAKOTA RIDGE,, JOHNSBURG, IL 60050 |
| HUGHES V. AMERICAN HOME MORTGAGE CORP. | HALL, SICKLES, FREI, KATTENBURG & MIMS,12120 SUNSET HILLS ROAD, SUITE 150, RESTON, VA 20190 |
| HULME | 125 FLANDERS ROAD,, WOODBURY, CT 06798 |
| HUNT 07-627 | 6624 FISHER AVENUE,, FALLS CHURCH, VA 22046 |
| ISHOO | 15 PAULDING AVENUE,, TARRYTOWN, NY 10591 |
| JOHN DRAKOS V. AMERICAN HOME MORTGAGE HOLDINGS | ONE HUNTINGTON QUADRANGLE, SUITE 2512,, MELVILLE, NY 11747 |
| KASHAN VS. AMERICAN HOME MORTGAGE CORP | 1711 STOCKTON HILL ROAD, #180,, KINGMAN, AZ 86401 |
| KATWAROO 23307-2007 | 95-18 133RD STREET,, RICHMOND HILL, NY 11419 |
| KIRK V. AMERICAN HOME MORTGAGE CORP. 2:06-CV02603, | MORGAN KEEGAN TOWER, 50 N. FRONT STREET, SUITE 1075,, MEMPHIS, TN 38103 |
| KOLIC | 9435 REAVIS BARRACKS,, ST. LOUIS, MO 63123 |
| LAKELAND REGIONAL MORTGAGE CORP | 4310 SOUTH FLORIDA AVENUE,, LAKELAND, FL 33813 |
| LANDMARK V. AMERICAN HOME MORTGAGE CORP., | KATHY MCCRACKEN AND JANICE CHESNUT 3:06-CV-116-JTC,CHILIVIS, COCHRAN, LARKINS & BEVER, LLP,3127 MAPLE DRIVE, NE, ATLANTA, GA 30305 |
| LEONARD 8432-2007 | 460 WATER MILL TOWD ROAD,, SOUTHAMPTON, NY 11968 |
| LINDSAY 06-6089-CO | 10153 E. AVONDALE CIRCLE,, SUPERIOR TOWNSHIP, MI 48198 |
| LOANOLOGY | 10813 RIVER FRONT PKWY STE 175,, SOUTH JORDAN, UT 840955659 |
| LOPEZ ET AL VX. AMERICAN HOME MORTGAGE CORP. | BERGKVIST, BERGKVIST AND CARTER,400 OCEANGATE, SUITE 800, LONG BEACH, CA 90802 |
| MARCHESE | 43 STRATFORD ROAD,, EAST BRUNSWICK, NJ 08816 |
| MARTINEZ | SCHIADATO & CABALLERO,12070 TELEGRAPH ROAD, SUITE 103, SANTA FE SPRINGS, CA 90670 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MATTHEWS | 2931 W 99TH STREET,, EVERGREEN PARK, IL 60805 |
| MCISSAC 101217-06 | 604 B TYSENS LANE,, STATEN ISLAND, NY 10306 |
| MCPHILLIPS | 2800 GEORGETOWN DR,, MIDLAND, MI 486426619 |
| MET AMERICA MORTGAGE BANKERS, INC. | 405 LEXINGTON AVENUE,, NEW YORK, NY 10174 |
| MICHAEL BAUER & NOREEN BAUER V. AMERICAN HOME MORT | FEERICK, LYNCH, MACCARTHY, PLLC,96 SOUTH BROADWAY, PO BOX 612, SOUTH NYACK, NY 10960 |
| MIZER CORP. | ONE TECHNOLOGY DRIVE, SUITE J729,, IRVINE, CA 92618 |
| MJR EQUITY CORP | 1 SCHWAB ROAD, SUITE 6,, MELVILLE, NY 11747 |
| MONAGHAN V. AMERICAN HOME MORTGAGE 511-2007-02477, | PO BOX 320901,, TAMPA, FL 33679 |
| MORACE V. AMERICAN HOME MORTGAGE | INVESTMENT CORP,5 SPLIT ROCK DRIVE, CHERRY HILL, NJ 08003 |
| MORTGAGE PROCESS CENTER | 7921 KINGSWOOD DRIVE, SUITE A3,, CITRUS HEIGHTS, CA 95670 |
| MOSLEY VS. AMERICAN HOME MORTGAGE ACCEPTANCE, INC. | 15008 WOODLAWN AVENUE, 1ST FLOOR,, DOLTON, IL 60419 |
| MULLIGAN 07-0102 | 25 STONE BRIDGE WAY,, HOPE VALLEY, RI 02832 |
| NEALAND 07-SC-313 | 254 TOLEND ROAD,, DOVER, NH 03820 |
| NELSON | 29901 MANHATTEN STREET,, ST. CLAIR SHORES, MI 48081 |
| NEW YORK ATTORNEY GENERAL INVESTIGATION | (HOMEGATE; AMERICAN HOME MORTGAGE CORP.),120 BROADWAY, NEW YORK, NY 10721 |
| NEWBY VS. AMERICAN HOME MORTGAGE CORP. | 80 WALL STREET, SUITE 912-914,, NEW YORK, NY 10005 |
| NEWCOM 07-01-CC0012 | 5889 SANDALWOOD DRIVE,, CARMEL, IN 46033 |
| NFM, INC | 505 PROGRESS DRIVE,, LINTHICUM, MD 21090 |
| NOONE | 17820 BUEHLER ROAD,, OLNEY, MD 20832 |
| OMEGA FINANCIAL SERVICES, INC | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP,88 PINE STREET, 24TH FLOOR, NEW YORK, NY 10005 |
| ORRIS 0711-CV050807 | 509 CHATHAM DRIVE,, O'FALLON, MI 63366 |
| ORTIZ VS. WATERFIELD FINANCIAL CORP. | 14607 SAN PEDRO SUITE 125,, SAN ANTONIO, TX 78232 |
| OVADY | 8 CEDAR LANE,, BOW, NH 03304 |
| PACIFIC MUTUAL FUNDING, INC | 3020 SATURN STREET, 100,, BREA, CA 92821 |
| PAMELA MORGAN | 2199 NORTH MARSH DRIVE,, MT PLEASANT, SC 29466 |
| PANTOJA VS. AMERICAN HOME MORTGAGE CORP. | LAW OFFICES OF SANDRA H. CASTRO, INC.,611 NORTH EUCLID AVENUE, ONTARIO, CA 91762 |
| PATRICK MANLEY, FREYA DENITTO, SHAWN O'NEIL, | CHRISTIAN KOHL, & THOMAS MARINOVICH,9 PARADIES LANE, NEW PATLZ, NY 12561 |
| Q LENDING | 2600 DOUGLAS ROAD, SUITE 700,, CORAL GABLES, FL 33134 |
| QUINTANILLA | 18621 SMOKE HOUSE COURT,, GERMANTOWN, MD 20874 |
| RAPP 07CV5000996S | 166B PLAINS ROAD,, WINDHAM, CT 06280 |
| RAWADY | 41 GOULD AVENUE,, FAIRFIELD, CT 06824 |
| ROBB EVANS, ASH ZAVERY, SHAWN TIZABI, | IAN CARNOCHAN, JOHN F. CADY,DANZ & GERBER,13418 VENTURA BLVD, SHERMAN OAKS, CA 92415 |
| ROBERT SMITH 0689CV0366 | 6 MACARTHUR BLVD,, BOURNE, MA 02532 |
| ROEHRICK LAW FIRM VS. AMERICAN HOME MORTGAGE CORP. | DISTRICT COURT, POLK COUNTY, IA CL105147,6600 WESTOWN PKWY, SUITE 260, WEST DES MOINES, IA 50266 |
| ROTH VS. WATERFIELD FINANCIAL | CORPORATION,5600 MONROE STREET, BUILDING B, SUITE 202, SYLVANIA, OH 43560 |
| ROYAL MORTGAGE | HICKEY, CIANCIOLO, FISHMAN, & FINN,333 WEST FORT STREET, SUITE 1800, DETROIT, MI 48226 |
| RSP REALTY 07-A-3112-1 | 15 SOUTH PUBLIC SQUARE,, CARTERSVILLE, GA 30120 |
| RUPERT 897-06 | 1901 EDNOR ROAD,, SILVER SPRING, MD 20905 |
| SADIK SHABAJ V. AMERICAN HOME MORTGAGE | EEOC - NY DISTRICT OFFICE - 520,33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |
| SANDRA SPIKES DAVIS AND ANDRE DAVIS V. AVALON BETT | AMERICAN HOME MORTGAGE CORP.ET AL.,20 N CLARK STREET, CHICAGO, IL 60602 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHIMIZU VS. AMERICAN HOME MORTGAGE CORP | 3655 TORRANCE BLVD, SUITE 240,, TORRANCE, CA 90503 |
| SHINELL VS. AMERICAN HOME MORTGAGE ACCEPTANCE, INC | HELFREY, SIMON & JONES, PC,120 S. CENTRAL AVEUE, SUITE 1500, ST. LOUIS, MO 63105 |
| SICILIO 06-CP-40-3245 | 304 MALLET HILL ROAD,, COLUMBIA, SC 29223 |
| SIMONE NICOLE - NEW V. HOMEGATE SETTLMENT | SVCS. 520-2007-03038  NY STATE DIVISION OF,HUMAN RIGHTS, NY DISTRICT OFFICE-520,33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |
| SIRMANS | 10316 NW 25TH PLACE,, GAINESVILLE, FL 32606 |
| SOUTHEAST MORTGAGE OF GEORGIA | 3496 CLUB DRIVE,, LAWRENECVILLE, GA 30044 |
| SYKES | 1021 E. MEYERS,, HAZEL PARK, MI 48030 |
| TERI SMITH 06-CP-40-2997 | ELLIS, LAWHORNE & SIMS, PA,PO BOX 2285, COLUMBIA, SC 29202 |
| THE NEW YORK MORTGAGE CORP | 1301 AVENUE OF THE AMERICAS, 7TH FLOOR,, NEW YORK, NY 10019 |
| TODD MORGAN | 2199 NORTH MARSH DRIVE,, MT PLEASANT, SC 29466 |
| TRAN VS. AMERICAN HOME MORTGAGE ACCEPTANCE, | LAW OFFICES OF JAN E. SLOTNICK, P.C.,7980 ANN ARBOR STREET, DEXTER, MI 48130 |
| TRUST AMERICA MORTGAGE INC | 6309 CORPORATE COURT, SUITE 100,, FORT MEYERS, FL 33919 |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE V. ALEXS | ALEXSANDRA ARKUSZEWSKI V. U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE --,THIRD PARTY COMPLAINT: ARKUSZEWSKI VS. BAXTER AND,AMERICAN HOME MORTGAGE CORP.,5300 S. SHORE DRIVE, CHICAGO, IL 60615 |
| VOIT, ET AL; STONEX V. HAHN; STONEX V. HAHN, | AMERICAN HOME MORTGAGE,505 FIFT AVENUE, SUITE 729, DES MOINE, IA 50309 |
| WESCH VS. AMERICAN HOME MORTGAGE CORP. | 215 MORRIS AVENUE,, SPRING LAKE, NJ 07762 |
| WILCOX 07-CC-0426 | PO BOX 1343, 506 STATE STREET,, NEW ALBANY, IN 47151 |
| WOODARD V. AMERICAN HOME MORTGAGE | INVESTMENT CORP,10400 CONNECTICUT AVENUE #405, KENSINGTON, MD 20895 |
| YEO V. AMERICAN HOME MORTGAGE SERVICING, INC. | PO BOX 31443,, CHARLESTON, SC 29417 |
| ZELTNER VS. AMERICAN HOME MORTGAGE CORP., | ET AL. COURT OF COMMON PLEAS, WOOD COUNTY, OH 06CV220,LEGAL EQUALITY, RICHARD ALSTON,520 MADISON AVENUE, SUITE 740, TOLEDO, OH 46304 |
| ZINGARIELLO PENDING | 135 THAXTER ROAD,, PORTSMOUTH, NH 03801 |

**Total Creditor Count 134**