IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
        Debtors.                                                    :
------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

        ANGHARAD BOWDLER, being duly sworn, deposes and says:

        1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On November 26, 2007, I caused to be served true and correct copies of the "Stipulated Order Confirming the Debtors' Authority to Make Certain Payments for Penalties, Interest and Related Charges, Solely in Connection with Certain Tax and Insurance Remittances" [Docket No. 1995] dated November 19, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A.

        3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

30th day of November, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Tax payments_aff 11-26-07.doc

# EXHIBIT A

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABBY LATCHAW | TAX COLLECTOR,YORK, PA 17404 |
| ABINGTON TWP S.D. | ATTN: JAY W. BLUMENTHAL,1176 OLD YORK RD/TWP BLD,ABINGTON, PA 19001 |
| ALCOA CITY TAX COLLECTOR | ATTN: TIM BLEDSOE/CONNIE W,P. O. BOX 9610,ALCOA, TN 37701 |
| ALEXANDRIA TOWNSHIP | P.O. BOX 535,MILFORD, NJ 08848 |
| ALLEGAN COUNTY | 113 CHESTNUT STREET,ALLEGAN, MI 49010 |
| ALLEN COUNTY | ALLEN CO TAX COLL,FORT WAYNE, IN 46802 |
| ANN ARBOR CITY | 100 N.5TH AVE,ANN ARBOR, MI 48104 |
| ANNE ARUNDEL COUNTY | ATTN: BARRY WILLIAMS,ARUNDEL CENT, RM 110,44 CALVERT ST,ANNAPOLIS, MD 21404 |
| ANOKA COUNTY PROPERTY TAX ADM. | ATTN: STACIA WHIPPS,DIV OF PROP RCRD/ TAXATION,2100 3RD AVE,ANOKA, MN 55303 |
| ARLINGTON COUNTY TREASURER | ATTN: DEBRA BROWN,2100 CLARDON BLVD,STE 203,ARLINGTON, VA 22216 |
| BALTIMORE CITY | TREAS MGMT- COLL DIV.,BALTIMORE, MD 21202 |
| BALTIMORE COUNTY, MD | BALTIMORE CO OFC OF BUD/ FIN,TOWSON, MD 21204 |
| BARAGA TOWNSHIP | ATTN: CATHERINE WADAGA,BOX 246,BARAGA, MI 49908 |
| BARBARA A. HASSLER | TAX COLLECTOR,BLANDON, PA 19510 |
| BARBARA BUCKNUM | TAX COLLECTOR,RICHBORO, PA 18954 |
| BARBARA LOFTUS | 401 GIBSON AVENUE,WARMINSTER, PA 18974 |
| BARNEGAT LIGHT BOROUGH | P.O. BOX 576,BARNEGAT LIGHT, NJ 08006 |
| BARNEGAT TOWNSHIP | 900 W. BAY AVE.,BARNEGAT, NJ 08005 |
| BARRINGTON BOROUGH | 229 TRENTON AVE,BARRINGTON, NJ 08007 |
| BARRINGTON TOWN | 283 COUNTY RD,BARRINGTON, RI 02806 |
| BAY COUNTY | 515 CENTER AVE. STE. 103,BAY CITY, MI 48708 |
| BEACH HAVEN BOROUGH | BOROUGH OF BEACH HAVEN,BEACH HAVEN, NJ 08008 |
| BEACHWOOD BOROUGH | ATTN: CHRISTINE DEHNZ,1600 PINEWALD RD.,BEACHWOOD, NJ 08722 |
| BEACON CSD/WAPPINGERTOWN | ATTN: CROSBY LAMONT,BEACON CITY SD,10 EDUCATION DR.,BEACON, NY 12508 |
| BEDMINSTER TOWNSHIP | P.O. BOX 429,GLADSTONE, NJ 07934 |
| BEL AIR TOWN | TOWN OF BEL AIR,BEL AIR, MD 21014 |
| BELCHERTOWN TOWN | P. O.BOX 607,BELCHERTOWN, MA 01007 |
| BELVIDERE TOWNSHIP | 10250 N. SIX LAKES RD,SIX LAKES RD, MI 48886 |
| BENTON TOWNSHIP | 1725 TERRITORIAL ROAD,BENTON HARBOR, MI 49022 |
| BERNARDS TOWNSHIP | TOWNSHIP OF BERNARDS,BASKINRIDGE, NJ 07920 |
| BERNARDSVILLE BOROUGH | P.O. BOX 158,BERNARDSVILLE, NJ 07924 |
| BERRIEN TOWNSHIP | PO BOX 61,BERRIEN CENTER, MI 49102 |
| BETHLEHEM SD/BETHLEHEM CITY | 10 E. CHURCH STREET,BETHLEHEM, PA 18018 |
| BEVERLY CITY | PO BOX 124,BEVERLY, MA 01915 |
| BEVERLY HILLS VILLAGE | 18500 W. 13 MILE,BEVERLY HILLS, MI 48025 |
| BLACKSTONE TOWN | 15 ST PAUL ST,BLACKSTONE, MA 01504 |
| BOONTON TOWN | 100 WASHINGTON ST.,BOONTON, NJ 07005 |
| BORDENTOWN TOWNSHIP | ATTN: MARY PICARIELLO,MUNICIPAL DR.,BORDENTOWN, NJ 08505 |
| BOURNE TOWN | 24 PERRY AVE,BUZZARDS BAY, MA 02532 |
| BOXBOROUGH TOWN | 29 MIDDLE RD.,BOXBOROUGH, MA 01719 |
| BRADLEY BEACH BOROUGH | 701 MAIN ST.,BRADLEY BEACH, NJ 07720 |
| BRADY TOWNSHIP | PO BOX 20,VICKSBURG, MI 49097 |
| BRANCHBURG TOWNSHIP | 1077 RT. 202 NORTH,BRANCHBURG, NJ 08876 |
| BRANCHVILLE BOROUGH | P.O. BOX 840,BRANCHVILLE, NJ 07826-0840 |
| BRIDGEPORT CITY | 325 CONGRESS STREET,BRIDGEPORT, CT 06604 |
| BRIDGETON CITY | ATTN: MARY PIERCE,BRIDGETON TAX OFC,181 E COMMERCE ST,BRIDGETON, NJ 08302 |
| BRIELLE BOROUGH | 601 UNION LN,BRIELLE, NJ 08730 |
| BRIGHTON CSD/BRIGHTON TOWN | ATTN: SUSAN   KRAMARSKY,TAX COLLECTOR,2035,ROCHESTER, NY 14618 |
| BRISTOL BOROUGH S/D | ATTN: ANNA BONO LARRISEY,250 POND ST.,BRISTOL, PA 19007 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BRISTOL CITY | P.O. BOX 1040,BRISTOL, CT 06011-1040 |
| BRISTOL TOWN | 10 COURT STREET,BRISTOL, RI 02809 |
| BRONX BORO | NYC DEPT. OF FINANCE ( AUTOMAT,P.O. 32,NEW YORK, NY 10008 |
| BURKE COUNTY TAX COLLECTOR | BURKE COUNTY TAX OFFICE,MORGANTON, NC 28680 |
| BURLINGTON CITY | ATTN: TAMMY DAWKINS,P.O. BOX 1358,BURLINGTON, NC 27216 |
| BURLINGTON CITY | P.O. BOX 1358,BURLINGTON, NC 27216 |
| BURLINGTON TOWN | PO BOX 376,BURLINGTON, MA 01803 |
| BYRAM TOWNSHIP | 10 MANSFIELD DR.,STANHOPE, NJ 07874 |
| CALDWELL COUNTY | P.O. BOX 2200,LENOIR, NC 28645 |
| CALIFORNIA SD/CALIFORNIA BORO | CASD TAX COLL,CALIFORNIA, PA 15419 |
| CALVERT COUNTY | ATTN: TIM HAYDEN,175 MAIN STREET,PRINCE FREDERICK, MD 20678 |
| CAMERON COUNTY | P. O. BOX  952,BROWNSVILLE, TX 78520 |
| CANANDAIGUA CSD/FARMINGTON | ATTN: BELL SEARGENT,TAX COLLECTOR,143 N PEARL STREET,CANANDAIGUA, NY 14424 |
| CARLISLE SD/CARLISLE BORO | P.O. BOX 100,CARLISLE, PA 17013 |
| CAROLINE COUNTY | ATTN: CATHIE MOORE,CAROLINE CO. TREASURER,P.O. BOX 459,DENTON, MD 21629 |
| CARROLL COUNTY | 225 N CENTER ST RM3,WESTMINSTER, MD 21157 |
| CASS COUNTY | 303 MINNESOTA AVE,WALKER, MN 56484-3000 |
| CATHERINE M. BILGER | TAX COLLECTOR,DELTA, PA 17314 |
| CENTRAL BUCKS S.D./BUCKINGHAM | P.O. BOX  583,BUCKINGHAM, PA 18912 |
| CENTRAL BUCKS SD/NEW BRITAIN | 207 PARK AVE,CHALFONT, PA 18914 |
| CENTRAL BUCKS SD/WARWICK TWP | ATTN: DENISE BETTS,P.O. BOX 342,JAMISON, PA 18929 |
| CENTRAL DAUPHIN SD/LWR.PAXTON | ATTN: DIANE K BAIR,4919-C (REAR) JONESTOWN RD,HARRISBURG, PA 17109 |
| CENTRAL YORK SD/MANCHESTER | ATTN: JEAN STAMBAUGH,3204 FARMTRAIL ROAD,YORK, PA 17406 |
| CHAMPAIGN COUNTY | ATTN: BARB DOYLE-LITTLE,P.O. BOX 9,URBANA, IL 61803 |
| CHARLEEN GREY | TAX COLLECTOR,BURGETTSTOWN, PA 15021 |
| CHARLES COUNTY TREASURER | BOX 2607,LA PLATA, MD 20646 |
| CHESHIRE TOWN | P.O. BOX 884,CHESHIRE, CT 06410-0884 |
| CHESTER CO. TAX CLAIM BUREAU | P.O. BOX 2748,WEST CHESTER, PA 19380-0991 |
| CHESTERFIELD TOWNSHIP | 47275 SUGARBUSH RD,CHESTERFIELD, MI 48047 |
| CHICHESTER SD/LWR. CHICHESTER | ATTN: LINDA CORCORAN,P.O. BOX 2100,BOOTHWYN, PA 19061 |
| CHRISTIAN COUNTY | ATTN: COLLEEN HADLEY,CHRISTIAN CO TAX OFC,PO BOX 199,TAYLORVILLE, IL 62568 |
| CHRISTINA A MURPHY, T/C | NORTH PENN SD,COLMAR, PA 18915 |
| CHURCHVILLE CHILI CSD | ATTN: MR.  RICHARD   BRONG,TAX COLLECTOR,3235 CHILI AVE.,ROCHESTER, NY 14624 |
| CITY OF MISSOULA | 435 RYMAN ST,MISSOULA, MT 59802 |
| CLAM UNION TOWNSHIP | 2701 STONEY CORNERS RD,MC BAIN, MI 49657 |
| CLARK COUNTY | P.O. BOX 551220,LAS VEGAS, NV 89155 |
| CLAY TOWN COMBINED CSD | ATTN: JODEE KELLY,RECEIVER OF TAXES,4401 STATE RT 31,CLAY, NY 13041 |
| CLAYTON TOWNSHIP | 2011 S MORRISH RD,SWARTZ CREEK, MI 48473 |
| CLIFTON CITY | 900 CLIFTON AVE.,CLIFTON, NJ 07013 |
| CLINTON COUNTY | ATTN: FERD MULLER,CLINTON CO TAX OFC,PO BOX 174,CARLYLE, IL 62231 |
| COATESVILLE AREA SD | ATTN: MELISSA LOWE,HAB-RET,P.O. BOX 912,BANGOR, PA 18013 |
| COBB COUNTY | ATTN: DEBBY OSTERHOUDT,P. O. BOX 649,MARIETTA, GA 30061 |
| COCALICO SD/WEST COCALICO | P.O. BOX 177,DENVER, PA 17517 |
| COLUMBUS TOWNSHIP | 1732 BAUMAN RD,COLUMBUS, MI 48063 |
| COOK COUNTY | PO BOX 4488,CAROL STREAM, IL 60197 |
| COPPELL CITY & ISD | PO BOX 9478,COPPELL, TX 75019 |
| CORNWALL LEBANON SD | EARNED INCOME TAX BUREAU,LEBANON, PA 17042 |
| COVENTRY TOWN | 1670 FLAT RIVER ROAD,COVENTRY, RI 02816 |
| COVINGTON CITY | ATTN: BOB DUE,COVINGTON TAX OFC,638 MADISON AVE,COVINGTON, KY 41011 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CRANBURY TOWNSHIP | 23A NO MAIN ST.,CRANBURY, NJ 08512 |
| CRISFIELD CITY | ATTN: JOYCE MORGAN,P.O. BOX 270,CRISFIELD, MD 21817 |
| CROW WING COUNTY | ATTN: LAUREEN BORDER,COURT HOUSE,326 LAUREL ST,BRAINERD, MN 56401 |
| CUMBERLAND VALLEY SD/HAMPDEN T | ATTN: MARIE HUBER,M HUBER TAX COLL,230 S SPORTING HILL RD,MECHANICSBURG, PA 17050 |
| DAKOTA COUNTY | ATTN: ROZANNA BYERS,DAKOTA CO -TAXATION,1590 HIGHWAY 55,HASTINGS, MN 55033 |
| DALLASTOWN AREA SD/YORK TWNSHP | DALLASTOWN AREA SD/YORK TOWNSH,DALLASTOWN, PA 17313 |
| DANBURY CITY | P.O. BOX 237,DANBURY, CT 06813 |
| DARTMOUTH TOWN | P.O. BOX 70600,DARTHMOUTH, MA 02747 |
| DEARBORN CITY (SUMMER) | PO BOX 4000,DEARBORN, MI 48126 |
| DEBORAH HERSTINE | TAX COLLECTOR,CENTER VALLEY, PA 18034 |
| DEERFIELD TOWNSHIP | P.O. BOX 350,ROSENHAYN, NJ 08352 |
| DEERFIELD TOWNSHIP TAX | 30 E BURNSIDE RD,NORTH BRANCH, MI 48461 |
| DEKALB COUNTY | 4380 MEMORIAL DRIVE,DECATUR, GA 30032 |
| DELAWARE COUNTY | 100 W MAIN STREET,MUNCIE, IN 47305 |
| DENMARK TWP | 9339 W CARO ROAD,REESE, MI 48757 |
| DORCHESTER COUNTY | ATTN: GERALD J. GRINDLE,P.O. BOX 66,CAMBRIDGE, MD 21613 |
| DOUGLAS COUNTY | DOUGLAS CO TAX COLL,MINDEN, NV 89423 |
| DOVER AREA S.D./DOVER TWP. | ATTN: KRISTINE KEENER,3960 CARLISLE RD,DOVER, PA 17315 |
| DRACUT TOWN | P. O. BOX 57,DRACUT, MA 01826 |
| DU PAGE COUNTY | ATTN: GWEN HENRY,421 N. COUNTY FARM RD.,WHEATON, IL 60189 |
| DUBLIN TOWNSHIP | ATTN: TONYA HOUSE,2996 PLUM HOLLOW ROAD,FORT LITTLETON, PA 17223 |
| DUVAL COUNTY | DUVAL CO  TAX COLLECTOR,JACKSONVILLE, FL 32202-3356 |
| E PENNSBORO AREA SD/E PENNS TW | ATTN: ALICIA D. STINE,98 SOUTH ENOLA DR,ROOM 101,ENOLA, PA 17025 |
| EAGLE TWP            037 | 10388 HERBISON RD.,EAGLE, MI 48822 |
| EAGLESWOOD TOWNSHIP | P.O. BOX 409,WEST CREEK, NJ 08092 |
| EAST AMWELL TOWNSHIP | 1070 US ROUTE 202,RINGOES, NJ 08551 |
| EAST BRIDGEWATER TOWN | P O BOX 386,EAST BRIDGEWATER, MA 02333 |
| EAST BRUNSWICK TOWNSHIP | P.O. BOX 1081,EAST BRUNSWICK, NJ 08816 |
| EAST HARTFORD TOWN | 740 MAIN ST.,EAST HARTFORD, CT 06108 |
| EAST IRONDEQUOIT CSD | ATTN: BARBARA GENERE/COURT,1280 TITUS AVENUE,ROCHESTER, NY 14617 |
| EAST ROCHESTER - EAST ROCHE | ATTN: MICHELLE MALIN,EAST ROCHESTER UFSD,PO BOX 3022,SYRACUSE, NY 13220 |
| EASTERN LEBANON SD/JACKSON TWP | EARNED INCOME TAX BUREAU,LEBANON, PA 17042 |
| EASTPOINTE CITY | MUNICIPAL OFFICES,EAST POINTE, MI 48021 |
| ECKFORD TWP          025 | 6612 23 MILE RD,MARSHALL, MI 49245 |
| EDDYSTONE BOROUGH | ATTN: ROBIN HENDERSON,1410 E 13TH ST,EDDYSTONE, PA 19022 |
| EDGARTOWN TOWN | P.O. BOX 1012,EDGARTOWN, MA 02539 |
| ELLWOOD CITY BOROUGH - LAWRENC | 525 LAWRENCE AVE,ELLWOOD CITY, PA 16117 |
| EMILINE I WEISS | PO BOX 100,TELFORD, PA 18969 |
| EMMET COUNTY | 200 DIVISION ST.,PETOSKEY, MI 49770 |
| EVERETT CITY | 484 BROADWAY,EVERETT, MA 02149 |
| FABIUS-POMPEY CSD/POMPEY TOWN | ATTN: JANET,TAX COLLECTOR,7800 MAIN ST.,FABIUS, NY 13063 |
| FAIRFAX COUNTY | 12000 GOV CENT PKWY,FAIRFAX, VA 22035 |
| FAIRFIELD TOWN | P.O. BOX 638,FAIRFIELD, CT 06824 |
| FALL RIVER CITY | 1 GOVERNMENT CENTER,FALL RIVER, MA 02722 |
| FAYETTE COUNTY | 401 N. CENTRAL AVE,CONNERSVILLE, IN 47331 |
| FAYETTE COUNTY | ATTN: ROSE HOOVER,221 S. 7TH ST.,VANDALIA, IL 62471 |
| FLORHAM PARK BOROUGH | 111 RIDGEDALE AVE.,FLORHAM PARK, NJ 07932 |
| FORSYTH TWP          103 | 775 N. RIVER DR,GWINN, MI 49841 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FORT LEE BOROUGH | BOROUGH OF FORT LEE,FORT LEE, NJ 07024 |
| FRANKFORD TOWNSHIP | 151 US HWY 206,AUGUSTA, NJ 07822 |
| FRANKLIN COUNTY | ATTN: BECKY OGLESBY,1010 FRANKLIN AVE,BROOKVILLE, IN 47012 |
| FRANKLIN TOWNSHIP | P.O. BOX 5059,SOMERSET, NJ 08875 |
| FREDERICK COUNTY | WINCHESTER HALL,FREDERICK, MD 21701-5448 |
| FREEHOLD BOROUGH | 51 W. MAIN ST.,FREEHOLD, NJ 07728 |
| FREEMAN TOWNSHIP - CLARE COUNT | 7280 W. MANSIDING RD,LAKE, MI 48632 |
| FREMONT TWP          151 | 2512 E. GALBRAITH LINE RD,YALE, MI 48097 |
| GAINES TWP          081 | 8555 KALAMAZOO AVE.,CALEDONIA, MI 49316 |
| GANANDA CSD/WALWORTH | ATTN: MELISSA BOWMAN,P.O. BOX 609,MACEDON, NY 14502 |
| GARNET VALLEY SD/BETHEL TWP. | 1183 CHELSEA ROAD,ASTON, PA 19014 |
| GARNET VALLEY SD/CONCORD TWP | 677 SMITHBRIDGE RD,GLENS MILL, PA 193452 |
| GATES TOWN COMBINED CSD | ATTN: MR.   RICHARD A. WARN,RECEIVER OF SCHOOL TAXES,INACTIVE,ROCHESTER, NY 14624 |
| GENESEE COUNTY | 1101 BEACH ST,FLINT, MI 48502 |
| GENEVA CITY SCHOOL DISTRICT | ATTN: LISA,P. O. BOX 569,GENEVA, NY 14456 |
| GENOA TOWNSHIP | 2911 DORR ROAD,BRIGHTON, MI 48116 |
| GLEN GARDNER BOROUGH | P.O. BOX 307,GLEN GARDNER, NJ 08826 |
| GOVERNOR MIFFLIN SD/MOHNTON BO | ATTN: CYNTHIA DELORETTA,21 N. O'NEIL ST,MOHNTON, PA 19540 |
| GREECE TOWN COMBINED CSD | ATTN: KATHLEEN TAYLOR,TAX COLLECTOR,INACTIVE,ROCHESTER, NY 14616 |
| GREENCASTLE-ANTRIM SD/GREENCSL | ATTN: MICHAEL BOCK,125 S. ANTRIM WAY,GREENCASTLE, PA 17225 |
| GREENE COUNTY | ATTN: KIRBY BALLARD,GREEN COUNTY TAX OFFICE,519 N. MAIN ST.,CARROLLTON, IL 62016 |
| GREENWICH TOWN | P.O. BOX 3002,GREENWICH, CT 06836 |
| GREENWICH TOWNSHIP | 106 WASHINGTON ST.,STEWARTSVILLE, NJ 08886 |
| GREG SOTO | TAX COLLECTOR,WYCOMBE, PA 18980 |
| GROTON TOWN | 45 FORT HILL RD.,GROTON, CT 06340 |
| HACKETTSTOWN TOWN | 215 STIGER STREET,HACKETTSTOWN, NJ 07840 |
| HADDONFIELD BOROUGH | 242 KINGS HWY EAST,HADDONFIELD, NJ 08033 |
| HAGERSTOWN CITY | TREASURES OFFICE,HAGERSTOWN, MD 21740 |
| HAMMONTON TOWNSHIP | HAMMONTON  TAX OFC,HAMMONTON, NJ 08037 |
| HAMPDEN TOWN | P.O. BOX 215,HAMPDEN, MA 01036 |
| HAMPTON TOWNSHIP | HAMPTON TWP TAX OFC,NEWTON, NJ 07860 |
| HAMTRAMCK CITY (WINTER)TREAS | 3401 EVALINE ST,HAMTRAMCK, MI 48212 |
| HARDIN COUNTY | 1 COURTHOUSE SQ,KENTON, OH 43326 |
| HARRIS COUNTY | P.O. BOX 4622,HOUSTON, TX 77210-4622 |
| HARRISBURG SD/HARRISBURG CITY | ATTN: CITY TREASURERS OFFI,10 N 2ND ST STE 103,HARRISBURG, PA 17101 |
| HARTFORD CITY | 550 MAIN STREET - ROOM 106,HARTFORD, CT 06103 |
| HARVARD TOWN | 13 AYER RD,HARVARD, MA 01451 |
| HAWTHORNE BOROUGH | ATTN: BARBARA CROWLEY,445 LAFAYETTE AVE.,HAWTHORNE, NJ 07506 |
| HC WCID #96 | 11111 KATY FREEWAY,HOUSTON, TX 77079 |
| HENNEPIN COUNTY | ATTN: JILL ALVERSON,300 S 6TH ST,RM A-600,MINNEAPOLIS, MN 55487 |
| HIGHTSTOWN BOROUGH | ATTN: NANCY MARTIN,148 NORTH MAIN ST.,HIGHTSTOWN, NJ 08520 |
| HILLSBOROUGH TOWNSHIP | TOWNSHIP OF HILLSBOROUGH,HILLSBORO, NJ 08844 |
| HILLSDALE BOROUGH | BOROUGH OF HILLSDALE,HILLSDALE, NJ 07642 |
| HOA SERVICES INC. | 1515 E TROPICANA BLVD,LAS VEGAS, NV 89119 |
| HOLBROOK TOWN | 50 NORTH FRANKLIN ST.,HOLBROOK, MA 02343 |
| HOPE TOWNSHIP | PO BOX 284,HOPE, NJ 07844 |
| HOPEWELL TOWNSHIP | HOPEWELL TWP,TITUSVILLE, NJ 08560 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HOPKINTON TOWN | 18 MAIN ST, HOPKINTON, MA 01748 |
| HORSEPEN BAYOU MUD | P.O. BOX 1368, FRIENDSWOOD, TX 77549-1368 |
| HURON TOWNSHIP | 22950 HURON RIVER DR, NEW BOSTON, MI 48164 |
| INTERBORO SD/PROSPECT PK BORO | TAX COLLECTOR, PROSPECT PARK, PA 19076 |
| IRONDEQUOIT TOWN COMBINED CSD | RECEIVER OF TAXES, INACTIVE, ROCHESTER, NY 14617 |
| ISHPEMINY TOWNSHIP | ATTN: MARGARET CLARK, 1575 US 41 WEST, ISHPEMING, MI 49849 |
| IVAN ANANIEV | 14205 NORTH 21ST STREET, PHOENIX, AZ 85022 |
| J & W UTILITIES, INC. | 3027 BENNETT POINT ROAD, QUEENSTOWN, MD 21658 |
| JAMES W GESLAK, TAX COLL | NORTH PENN S.D, KULPSVILLE, PA 19443 |
| JAN CETON | TAX COLLECTOR, BROOMALL, PA 19008 |
| JANE M. MURRAY | TAX COLLECTOR, WEST POINT, PA 19486 |
| JANICE HUTH | TAX COLLECTOR, FRACKVILLE, PA 17931 |
| JEFFERSON COUNTY | P. O. BOX 9, CHARLES TOWN, WV 25414 |
| JOHN B O'NEILLE, TAX COL | CARLISLE ASD, CARLISLE, PA 17013 |
| JOHN P MOHAAN, TAX COLLE | CENTRAL BUCKS S.D., WARRINGTON, PA 18976 |
| JOHN P. MOHAN | TAX COLLECTOR, WARRINGTON, PA 18976 |
| JOHNSON CITY | ATTN: JANET JENNINGS/MARY, P.O. BOX 2150, JOHNSON, TN 37605 |
| JUDY E. SNYDER | TAX COLLECTOR, MILLERSBURG, PA 17061 |
| KALAMAZOO CITY | 241 W.  SOUTH STREET, KALAMAZOO, MI 49007 |
| KAREN M. LITTLE | TAX COLLECTOR, HANOVER, PA 17331 |
| KEARNY TOWN | 402 KEARNY AVE., KEARNY, NJ 07032 |
| KENDALL COUNTY | 111 W. FOX ST., YORKVILLE, IL 60560 |
| KENNETT CONSOLIDATED SCH. DIST | KENNETT CONSOLIDATED SD, KENNETT, PA 19381 |
| KENT COUNTY | ATTN: JOYCE F. MELVIN, P.O. BOX 802, DOVER, DE 19903 |
| KENT COUNTY | P.O. BOX Y, GRAND RAPIDS, MI 49501 |
| KEYPORT BOROUGH | ATTN: KERI STENCIL, 70 W FRONT ST., KEYPORT BORO, NJ 07735 |
| KIMBERLY HINRICHS | TAX COLLECOR, PIPERSVILLE, PA 18947 |
| KOSCIUSKO COUNTY | ATTN: KENT ADAMS, 100 W CENTER ST, RM 215, WARSAW, IN 46580 |
| LACEY TOWNSHIP | 818 WEST LACEY RD., FORKED RIVER, NJ 08731 |
| LAKETOWN TOWNSHIP | A4338 BEELINE RD., HOLLAND, MI 49423 |
| LAPEER COUNTY | 255 CLAY STREET, LAPEER, MI 48446 |
| LAUREL TOWN | ATTN: TAMMY PHILLIPS, 201 MECHANIC ST, LAUREL, DE 19956 |
| LAWRENCE TOWNSHIP | PO BOX 6006, LAWRENCE, NJ 08648 |
| LEBANON SD/LEBANON CITY | ATTN: NANCY MORAN, EARNED INCOME TAX BUREAU, 547 S 10TH ST, LEBANON, PA 17042 |
| LEBANON SD/LEBANON CITY | EARNED INCOME TAX BUREAU, LEBANON, PA 17042 |
| LEE D COHEN | 9 BAYBERRY CIRCLE, AMBLER, PA 19002 |
| LEE TOWN | 7 MAST RD, LEE, NH 03824 |
| LEHIGH COUNTY | 17 S 7TH ST, RM 119, ALLENTOWN, PA 18101 |
| LINCOLN COUNTY | P.O. 938, LINCOLNTON, NC 28093 |
| LINCOLN PARK BOROUGH | 34 CHAPEL HILL RD., LINCOLN PARK, NJ 07035 |
| LINDA MAKIN | PO BOX 404, EBENSBURGH, PA 15931 |
| LINWOOD CITY | 400 POPLAR AVE., LINWOOD, NJ 08221 |
| LISBON TOWN | 1 NEWENT RD., LISBON, CT 06351 |
| LODI TOWNSHIP | 3755 PLEASANT LAKE ROAD, ANN ARBOR, MI 48103 |
| LOGAN TOWNSHIP | TOWNSHIP OF LOGAN, BRIDGEPORT, NJ 08014 |
| LONG BRANCH CITY | LONG BRANCH TAX OFC, LONG BRANCH, NJ 07740 |
| LONG HILL TOWNSHIP | 915 VALLEY ROAD, GILLETTE, NJ 07933 |
| LONGMEADOW TOWN | 20 WILLIAMS ST, LONGMEADOW, MA 01106 |
| LORIA SMITH | TAX COLLECTOR, GRANTVILLE, PA 17028 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LOWELL CITY | 375 MERRIMACK STREET,LOWELL, MA 01852 |
| LOWER DAUPHIN SD/CONEWAGO TWP | ATTN: TINA SHUMAN,352 BACHMANVILLE ROAD,HERSHEY, PA 17033 |
| LOWER MERION S.D. | 75 E. LANCASTER AVE.,ARDMORE, PA 19003 |
| LYNN A. FALATKO | TAX COLLECTOR,FREELAND, PA 18224 |
| LYNN CITY | TAX COLLECTOR'S OFFICE,LYNN, MA 01901 |
| MACOMB COUNTY | 1 SOUTH MAIN ST,MT CLEMEN, MI 48043 |
| MADISON BOROUGH | 50 KINGS RD.,MADISON, NJ 07940 |
| MAHWAH TOWNSHIP | TOWNSHIP OF MAHWAH,MAHWAH, NJ 07430 |
| MALDEN CITY | 200 PLEASANT ST.,  RM 317,MALDEN, MA 02148 |
| MANASQUAN BOROUGH | 201 E. MAIN STREET,MANASQUAN, NJ 08736-3004 |
| MANHATTAN BORO | NYC DEPT OF FINANCE,NEW YORK, NY 10008-0032 |
| MANSFIELD TOWN | 4 S. EAGLEVILLE RD.,STORRS-MANSFIELD, CT 06268 |
| MARGATE CITY | MUNICIPAL BUILDING,MARGATE, NJ 08402 |
| MARILYN A LUTZ | 536 OLD RTE 22,LENHARTSVILLE, PA 19534 |
| MARILYN J. COWAN | TAX COLLECTOR,MILLERSBURG, PA 17061 |
| MARINETTE COUNTY | 1926 HALL AVE,MARINETTE, WI 54143-1717 |
| MARION COUNTY | CITY CO BLDG. RM 1001,INDIANAPOLIS, IN 46204-3356 |
| MARION COUNTY | ATTN: DENISE EMAL,P.O. BOX 515,KNOXVILLE, IA 50138 |
| MARION TOWNSHIP | 2877 W COON LAKE RD,HOWELL, MI 48843 |
| MARK PAINTER | TAX COLLECTOR,ROYERSFORD, PA 19468 |
| MARLBOROUGH CITY | 140 MAIN ST.,MARLBOROUGH, MA 01752 |
| MARLIN A YOHN SR, TREAS | MECHANICSBURG SD,MECHANICSBURG, PA 17055 |
| MARQUETTE COUNTY | 234 W. BARAGA AVE.,MARQUETTE, MI 49855 |
| MARSHFIELD TOWN | 870 MORAINE ST.,MARSHFIELD, MA 02050 |
| MARY ANN KELEMEN | TAX COLLECTOR,HARRISBURG, PA 17112 |
| MASHPEE TOWN | P.O. BOX 728,MEDFORD, MA 02155 |
| MASSAC COUNTY | ATTN: FLOYD DALY,1 SUPERMAN SQUARE  #2 C,METROPOLIS, IL 62960 |
| MCHENRY COUNTY | ATTN: CINDY KOZLOWSKI,2200 N. SEMINARY,WOODSTOCK, IL 60098 |
| MECHANICSBURG AREA S.D. | ATTN: JUDITH POWELL,211 E CHESTNUT ST,CAMP HILL, PA 17011 |
| MECHANICSBURG S.D. | ATTN: BARRY HECKARD,605 SUMMERSET DRIVE,MECHANICSBURG, PA 17055 |
| MECHANICSBURG SD/UPPER ALLEN | 6 HICKORY LANE,MECHANICSBURG, PA 17055 |
| MECOSTA TWP        107 | 19729  ELEVEN MILE ROAD,BIG RAPIDS, MI 49307 |
| MELISSA A. ARNOLD | TAX COLLECTOR,YORK, PA 17403 |
| MELROSE CITY | P.O. BOX 761000,MELROSE, MA 02176 |
| MEMPHIS CITY TAX COLLECTOR | 125 N. MAIN,MEMPHIS, TN 38103-2017 |
| MENDON TOWN COMBINED CSD | ATTN: JIM MERZKE,16 WEST MAIN STREET,INACTIVE,HONEOYE, NY 14472 |
| METHUEN TOWN | SEARLES BLDG,METHUEN, MA 01844 |
| MIAMI - DADE COUNTY | 140 WEST FLAGLER,MIAMI, FL 33130-1574 |
| MICHAEL PAPST | PO BOX 64,MCKEES ROCKS, PA 15136 |
| MICHELLE L. REDDICK | TAX COLLECTOR,STOWE, PA 19464 |
| MIDDLETOWN AREA SD/LWR SWATARA | ATTN: JOAN ESPENSHAD,55 WEST WATER ST.,MIDDLETOWN, PA 17057 |
| MIDDLETOWN AREA SD/MIDDLETOWN | ATTN: JOAN ESPENSHAD,55 W WATER STR,MIDDLETOWN, PA 17057 |
| MIDDLETOWN ASD | ,MIDDLETOWN, PA 17057 |
| MIDLAND PARK BOROUGH | 280 GODWIN AVENUE,MIDLAND PARK, NJ 07432 |
| MIFFLIN CO SD/BROWN TWP | ATTN: TERESA REED,P.O. BOX 578,REEDSVILLE, PA 17804 |
| MILFORD TOWN | 52  MAIN   STREET,MILFORD, MA 01757 |
| MILLS COUNTY | ATTN: JANETTE BLACKBURN,418 SHARP ST.,GLENWOOD, IA 51534 |
| MILLVILLE CITY | BOX 609,MILLVILLE, NJ 08332 |
| MILTON TOWN | 525 CANTON AVE.,MILTON, MA 02186 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MONROE COUNTY | MONROE CO TREAS,MONROE, MI 48161 |
| MONROE TOWNSHIP | 125 VIRGINIA AVE.,WILLIAMSTOWN, NJ 08094 |
| MONROE TWP          115 | 4925 W. DUNBAR RD.,MONROE, MI 48161 |
| MONTCLAIR TOWNSHIP | 205 CLAREMONT AVE.,MONTCLAIR, NJ 07042 |
| MONTGOMERY COUNTY | ATTN: ROBERTA WARD,MONTGOMERY CO TREAS.DIV.,255 ROCKVILLE PIKE, STE L15,ROCKVILLE, MD 20850 |
| MONTGOMERY COUNTY | P.O. BOX 972,DAYTON, OH 45422-0475 |
| MONTGOMERY TOWNSHIP | PO BOX 690,MONTGOMERYVILLE, PA 18936 |
| MONTVILLE TOWN | 310 NORWICH NEW LONDON TPKE,UNCASVILLE, CT 06382 |
| MONTVILLE TOWNSHIP | 195 CHANGE BRIDGE,MONTVILLE, NJ 07045 |
| MORRIS PLAINS BOROUGH | 531 SPEEDWELL AVENUE,MORRIS PLAINS, NJ 07950 |
| MORRISVILLE SD/ MORRISVILLE BO | ATTN: PAT PORDASH,P. O. BOX  1351,MORRISVILLE, PA 19067 |
| MORRISVILLE SD/ MORRISVILLE BO | P. O. BOX  1351,MORRISVILLE, PA 19067 |
| MOUNT CARMEL SD/KULPMONT BORO | 16 N 8TH STREET,KULPMONT, PA 17834 |
| MOUNT EPHRAIM BOROUGH | ATTN: MARIE DARLINGTON,MT EPHRAIM BOROUGH,121 S BLACK HORSE PIKE,MOUNT EPHRAIN, NJ 08059 |
| MOUNT LEBANON TOWNSHIP | MT. LEBANON TOWNSHIP,PITTSBURG, PA 15228 |
| MULLICA TOWNSHIP | P.O. BOX 345,ELWOOD, NJ 08217 |
| MUNDY TOWNSHIP | 3478 MUNDY AVE,SWARTZ CREEK, MI 48473 |
| NANCY M REITZ | 507 REITZ ROAD,MILLERSBURG, PA 17061 |
| NASSAU COUNTY TREASURER | NASSAU CO -  CO TREAS,MINEOLA, NY 11501-4248 |
| NATICK TOWN | P.O. BOX 604,NATICK, MA 01760-0006 |
| NEPTUNE CITY BOROUGH | 106 WEST SYLVANIA AVE.,NEPTUNE CITY, NJ 07793 |
| NESHAMINY SD/MIDDLTWN | ATTN: THOMAS KEARNS,1 MUNICIPAL WAY,LANGHORNE, PA 19047 |
| NEW BEDFORD CITY | 133 WILLIAM ST.,NEW BEDFORD, MA 02740 |
| NEW BRUNSWICK CITY | NEW BRUNSWICK  TAX OFC,NEW BRUNSWICK, NJ 08903 |
| NEW CASTLE COUNTY | ATTN: DENZIL HARDMAN,P.O. BOX 827593,PHILADELPHIA, PA 19182 |
| NEW CASTLE COUNTY | P.O. BOX 827593,PHILADELPHIA, PA 19182-7593 |
| NEW LONDON CITY | P.O. BOX 1305,NEW LONDONC, CT 06320-1305 |
| NEW PALTZ CSD/GARDINER TOWN | ATTN: TINA LONG,196 MAIN STREET,NEW PALTZ, NY 12561 |
| NEW PROVIDENCE BOROUGH | 360 ELKWOOD AVE.,NEW PROVIDENCE, NJ 07974 |
| NEWARK CITY | ATTN: IVY FULLER,920 BROAD ST.  RM. 104,NEWARK, NJ 07102 |
| NEWBURYPORT CITY | P.O. BOX 550,NEWBURYPORT, MA 01950 |
| NEWPORT SD/OLIVER TWSP. | ATTN: JOYCE STULTZ,432 S 4TH ST,NEWPORT, PA 17074 |
| NORTH ARLINGTON BOROUGH | NORTH ARLINGTON BORO.,NORTH ARLINGTON, NJ 07026 |
| NORTH ATTLEBORO | P.O. BOX 871,NORTH  ATTLEBOROU, MA 02761 |
| NORTH PENN S.D./TOWAMENCIN | ATTN: JAMES GESLAK,P.O. BOX 210,KULPSVILLE, PA 19438 |
| NORTH PENN SD/UPPER GWYNEDD | ATTN: JANE M MURRAY,PARKSIDE PLACE TOWNSHIP BUILDI,PARKSIDE PL, P.O. BOX 1,WEST POINT, PA 19486 |
| NORTH PLAINFIELD BOROUGH | ATTN: MARYJO WALSH,263 SUMMERSET ST.,NO. PLAINFIELD, NJ 07060 |
| NORTHAMPTON CITY | 212 MAIN ST. ROOM 305,NORTHAMPTON, MA 01060 |
| NORTHERN YORK SD/DILLSBURG BOR | ATTN: CRISTINA SPEICHER,147 SOUTH BALTIMORE ST.,DILLSBURG, PA 17019 |
| NORTHERN YORK SD/MONAGHAN TWP | ATTN: CHARLES D HOFFMAN,TAX COLLECTOR,228 NORTH GRANTHAM RD,DILLSBURG, PA 17019 |
| NORTHFIELD CITY | 1600 SHORE RD,NORTHFIELD, NJ 08225 |
| NORTHWESTERN SD / SPRINGFIELD | P. O. BOX 115,WEST SPRINGFIELD, PA 16443 |
| NORTON TOWN | 70  EAST MAIN STREET,NORTON, MA 02766 |
| NORWALK CITY | 125 EAST AVE.,NORWALK, CT 06851 |
| NORWOOD BOROUGH | BOROUGH OF NORWOOD,NORWOOD, NJ 07648 |
| NYE COUNTY | ATTN: KIM ZIMMERMAN,P.O. BOX 473,TONOPAH, NV 89049 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OAKLAND COUNTY | 1200 N. TELEGRAPH RD, PONTIAC, MI 48341-0479 |
| OCEAN CITY | ATTN: MARTHA BENNETT, BOX 5000, OCEAN CITY, MD 21843 |
| OCEAN CITY TOWN | ATTN: MARTHA BENNETT, OCEAN CITY   TAX OFC, BOX 5000, OCEAN CITY, MD 21843 |
| OSCODA TWP | 110 S. STATE, OSCODA, MI 48750 |
| OWEN J. ROBERTS SCHOOL DISTRIC | C/O HARLEYSVILLE NATIONAL BANK, PALMERTON, PA 18071 |
| OWOSSO CITY | 301 W. MAIN, OWOSSO, MI 48867 |
| OXFORD TOWN | 486 OXFORD RD, OXFORD, CT 06478 |
| PALMYRA AREA S.D. | EARNED INCOME TAX BUREAU, LEBANON, PA 17042 |
| PALMYRA AREA SD/N.LONDONDERRY | ATTN: NANCY MORAN, EARNED INCOME TAX BUREAU, 547 S 10TH ST, LEBANON, PA 17042 |
| PALMYRA BOROUGH | 20 W. BROAD ST., PALMYRA, NJ 08065 |
| PARK RIDGE BOROUGH | BOROUGH OF PARK RIDGE, PARK RIDGE, NJ 07656 |
| PARSIPPANY TROY HILLS TOWNSHIP | 1001 PARSIPPANY BLVD., PARSIPPANY TROY H, NJ 07054 |
| PATRICIA A. GORDON | TAX COLLECTOR, NEW CUMBERLAND, PA 17070 |
| PATRICIA H. SIWERT | TAX COLLECTOR, OTTSVILLE, PA 18942 |
| PATTY NELSON | TAX COLLECTOR, BLUE BELL, PA 19422 |
| PEABODY CITY | PO BOX 3047, PEABODY, MA 01960 |
| PEEKSKILL CITY SCHOOLS | P. O BOX 21054, NEW YORK, NY 10286-2054 |
| PENN DELCO SD/PARKSIDE BORO | PDSD, PHILADELPHIA, PA 19195-2095 |
| PENNSAUKEN TOWNSHIP | ATTN: DANNY O'BRIEN, 5605 N. CRESCENT BLVD, PENNSAUKEN, NJ 08110 |
| PENNSBURY S.D./LWR. MAKEFIELD | 1100 EDGEWOOD RD, SUITE A, YARDLEY, PA 19067 |
| PENNSBURY SD/FALLS TOWNSHIP | ATTN: KIMBERLY SCARPIELLO, 188 LINCOLN HIGHWAY, SUITE 188, FAIRLESS HILLS, PA 19030 |
| PETERSBURG CITY | ATTN: CAROL MATHEWS, PETERSBURG TAX OFC, PO BOX 1271, PETERSBURG, VA 23804 |
| PETOSKEY CITY | 101 EAST LAKE ST, PETOSKEY, MI 49770 |
| PINELLAS COUNTY | TAX COLLECTOR, CLEARWATER, FL 33757-8834 |
| PITTSFIELD CITY | BOX 546, PITTSFIELD, MA 01201 |
| PLAINSFIELD CITY | ATTN: VANESSA HARDING, 515 WATCHUNG AVE, PLAINFIELD, NJ 07060 |
| PLYMOUTH TOWN | 11 LINCOLN ST., PLYMOUTH, MA 02360 |
| POCONO MOUNTAIN S/D | ATTN: KENNETH HENNING, HC 1 BOX 1428, BEAKESLEE, PA 18610 |
| POCONO TOWNSHIP | P.O BOX 394, TANNERSVILLE, PA 18372 |
| POLK COUNTY | ATTN: KAREN KUTSCH, 111 COURT AVE, DES MOINES, IA 50309 |
| PORTSMOUTH CITY | ATTN: JAMES WILLIAMS, 801 CRAWFORD ST, 1ST FL, PORTSMOUTH, VA 23704 |
| PORTSMOUTH TOWN | 2200 EAST MAIN ROAD, PORTSMOUTH, RI 02871 |
| POTTSTOWN TAX COLLECTOR | C/O HARLEYSVILLE BANK, PALMERTON, PA 18071 |
| PRINCE GEORGE'S COUNTY | ATTN: MICHAEL DOUGHERTY JR, P.O. BOX 17578, BALTIMORE, MD 21297 |
| PRINCE GEORGE'S COUNTY | P.O. BOX 17578, BALTIMORE, MD 21297 |
| PRINCETON BOROUGH | P.O. BOX 390, PRINCETON BOROUGH, NJ 08542 |
| PRINCETON TOWNSHIP | 400 WITHERSPOON ST., PRINCETON, NJ 08540 |
| PT. PLEASANT BEACH BORO | 416 NEW JERSEY AVE., POINT PLEASANT BE, NJ 08742 |
| PUTNAM TOWN | 126 CHURCH ST., PUTNAM, CT 06260 |
| QUAKERTOWN COMMUNITY SD | ATTN: SYLVIA LENCH, P.O. BOX 443, QUAKERTOWN, PA 18951 |
| QUAKERTOWN COMMUNITY SD | P.O. BOX 443, QUAKERTOWN, PA 18951 |
| QUEEN ANNE'S COUNTY | ATTN: MARIE LANGE, 107  N. LIBERTY STREET, CENTERVILLE, MD 21617 |
| QUEEN ANNE'S COUNTY | 107  N. LIBERTY STREET, CENTERVILLE, MD 21617 |
| QUEENS BORO | ATTN: PAT SUMMITT, P.O BOX 32, CHURCH ST. STATION, NEW YORK, NY 10008 |
| QUINCY CITY | 1305 HANCOCK ST., QUINCY, MA 02169 |
| RALEIGH COUNTY | 215 MAIN STREET, BECKLEY, WV 25801 |
| RAMSEY COUNTY | ATTN: INA WILLIAMS, RAMSEY CO PROP TAX/ REV, 50 KELLOGG BLVD W STE 820, ST. PAUL, MN 55102 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RANDOLPH COUNTY | RANDOLPH CO TAX OFC, CHESTER, IL 62233 |
| RANDOLPH TOWN | 41 SOUTH MAIN ST., RANDOLPH, MA 02368 |
| RANDOLPH TOWNSHIP | 502 MILLBROOK AVE., RANDOLPH, NJ 07869 |
| RARITAN TOWNSHIP | 1 MUNICIPAL DR., FLEMENGTION, NJ 08822 |
| RED CREEK CSD/STERLING TOWN | ATTN: CHRIS TUTTLE, P. O. BOX 22770, ROCHESTER, NY 14692 |
| REVERE CITY | 281 BROADWAY, REVERE, MA 02151 |
| RICE COUNTY | ATTN: FRAN WINDSCHITL, RICE CO AUDITOR/TREAS, 320 NW 3RD ST  STE 5, FAIRBAULT, MN 55021 |
| RICHARD SNYDER | TAX COLLECTOR, PHILADELPHIA, PA 19101 |
| RICHLAND COUNTY | P. O. BOX 11947, COLUMBIA, SC 29211 |
| RICHMOND CITY | P.O. BOX 457, RICHMOND, MI 48062 |
| RICHMOND COUNTY | ATTN: ALESIA BUTLER, TAX COMMISSIONER OFFICE, 530 GREENE ST.  RM #117, AUGUSTA, GA 30911 |
| RICHMOND TOWNSHIP | ATTN: MARGARET MCCULLOH, 1579 S MAIN STREET, MANSFIELD, PA 16933 |
| RICHMOND TWP/SCHOOL | ATTN: KATHLEEN WHEELOCK, 29957 STATE HWY 408, INACTIVE, TOWNVILLE, PA 16360 |
| RIDGEFIELD BORO | BOROUGH OF RIDGEFIELD, RIDGEFIELD, NJ 07657 |
| RIVERDALE BOROUGH | P.O. BOX 6, RIVERDALE, NJ 07457 |
| ROANOKE CITY | ATTN: ANNIS HALE, PO BOX 1451, ROANOKE, VA 24007 |
| ROANOKE COUNTY | PO BOX 21009, ROANOKE, VA 24018 |
| ROBESON COUNTY | 500 N.  ELM STREET, LUMBERTON, NC 28358 |
| ROBIN GASPERETTI | TAX COLLECTOR, NEW CUMBERLAND, PA 17070 |
| ROBIN SOLLENBERGER, T/C | CARLISLE A.S.D., CARLISLE, PA 17013 |
| ROCHESTER CITY/SCHOOL | ATTN: KIM JONES, 30 CHURCH ST RM 100A, ROCHESTER, NY 14614 |
| ROSE TREE MEDIA SD/COMBINED TW | 308 N. OLIVE ST., MEDIA, PA 19063 |
| ROSELLE BOROUGH | BOROUGH OF ROSELLE, ROSELLE, NJ 07203 |
| ROSEZANNA CZWALINA, T/C | TOWNSHIP OF RIDLEY, PHILADELPHIA, PA 19101-2984 |
| ROUTT COUNTY | P.O. BOX 770907, STEAMBOAT SPRINGS, CO 80477 |
| ROXBURY TOWNSHIP | 1715 RT. 46, LEDGEWOOD, NJ 07852 |
| RUMSON BOROUGH | 80 E. RIVER RD., RUMSON, NJ 07760 |
| S.E. DELCO S.D./FOLCROFT | ATTN: THOMAS S. VARLEY, 712 SCHOOL LANE, FOLCROFT, PA 19032 |
| SACRAMENTO COUNTY | P. O. BOX 508, SACRAMENTO, CA 95812-0508 |
| SAGINAW COUNTY | SAGINAW CO TAX OFC, SAGINAW, MI 48602 |
| SALEM CITY | ATTN: DAVID CRESCENZ, 17 NEW MARKET ST., SALEM, NJ 08079 |
| SAM ING | 19472 MILL DAM PLACE, LEESBURG, VA 20176 |
| SAN BERNARDINO COUNTY | 172 W. 3RD ST, SAN BERNARDINO, CA 92415 |
| SANDRA J ALDRIDGE, T/C | LITTLESTOWN ASD, LITTLESTOWN, PA 17340 |
| SANDS TWP         103 | 987 SOUTH M-553, GWINN, MI 49841 |
| SARPY COUNTY | 1210 GOLDEN GATE DRIVE, PAPILLION, NE 68046-2893 |
| SCOTT COUNTY | ATTN: MS. DE STRUCKMAN, P.O. BOX 8011, DAVENPORT, IA 52801 |
| SEASIDE PARK BOROUGH | P.O. BOX B, SEASIDE PARK, NJ 08752 |
| SENECA VALLEY SD/CRANBERRY TWP | ATTN: PJ LYND, 2525 ROCHESTER RD, SUITE 402, CRANBERRY, PA 16066 |
| SHEBOYGAN COUNTY | ADMIN BLDG 1ST FLR, SHEBOYGAN, WI 53081 |
| SHELBY TOWNSHIP | 52700 VAN DYKE, SHELBY TOWNHSIP, MI 48316 |
| SHERMAN TWP | 8588 WEST DREW, WEIDMAN, MI 48893 |
| SHERRY B. LABS | TAX COLLECTOR, PLUMSTEADVILLE, PA 18949 |
| SHIAWASEE COUNTY | 208 N. SHIAWASSEE ST., CORUNNA, MI 48817 |
| SHIRLEY W SHAFFER | 221 WASHINGTON ST, SPRING CITY, PA 19475 |
| SIMSBURY TOWN | PO BOX 495, SIMSBURY, CT 06070-0495 |
| SOLANCO SD/COMBINED TOWNS | C/O FULTON BANK, LANCASTER, PA 17604 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOLON TWPSHIP TAX COLLECTOR | 2305 19 MILE RD.,CEDAR SPRING, MI 49319 |
| SOMERSET COUNTY | ATTN: CHARLES MUIR,P.O BOX 309,PRINCESS ANNE, MD 21853 |
| SOUTH AMBOY CITY | S AMBOY TAX OFC,SOUTH AMBOY, NJ 08879 |
| SOUTHFIELD TOWNSHIP | 18550 W THIRTEEN MILE RD,SOUTHFIELD TOWNSH, MI 48025 |
| SOUTHINGTON TOWN | P. O. BOX 579,SOUTHINGTON, CT 06489 |
| SPAULDING TWP        145 | 5025 EAST RD,SAGINAW, MI 48601 |
| SPRINGFIELD TOWNSHIP | 100 MOUNTAIN AVE.,SPRINGFIELD, NJ 07081 |
| ST CLAIR SHORES CITY | 27600 JEFFERSON CIRCLE,ST. CLAIR SHORES, MI 48081 |
| ST LOUIS COUNTY | ATTN: DONALD DICKLICH,100 N. 5TH AVE. W.,ROOM 214,DULUTH, MN 55802 |
| ST MARY'S COUNTY | 23150  LEONARD HALL DR,LEONARDTOWN, MD 20650 |
| STAMFORD CITY | P. O. BOX 10152,STAMFORD, CT 06904 |
| STANLY COUNTY | 201 S 2ND STREET,ALBEMARLE, NC 28001 |
| STEARNS COUNTY | ATTN: RANDY SCHREIFELS,P.O. BOX 728,ST. CLOUD, MN 56302 |
| STEELTON HIGHSPIRE S.D. | ATTN: MARIANNE F. REIDER,123 NORTH FRONT STREET,STELTON, PA 17113 |
| STILLWATER TOWNSHIP,COLLECTOR | 964 STILLWATER RD,NEWTON, NJ 07860 |
| SUE A. SNYDER | TAX COLLECTOR,SELLERSVILLE, PA 18960 |
| SUFFOLK COUNTY | 330 CENTER DRIVE,RIVERHEAD, NY 11901 |
| SUMMIT CITY | 512 SPRINGFIELD AVE,SUMMIT, NJ 07901 |
| SUSAN KENSINGER | TAX COLLECTOR,BELLWOOD, PA 16617 |
| SUSQUEHANNA TWP. S.D. | ATTN: PATRICIA PACIFICO,SUSQUEHANNA TWP SD,P.O. BOX 7126,LANCASTER, PA 17604 |
| SUSQUENITA SD/RYE TWP | 74 CHERRY DRIVE,MARYSVILLE, PA 17053 |
| SUSSEX COUNTY | ATTN: JOYCE F. LORD,P.O. BOX 429,GEORGETOWN, DE 19947 |
| TAUNTON CITY | P. O BOX 840,MEDFORD, MA 02155-0840 |
| TAYLOR CITY | ATTN: WAYNE F. AVERY,P.O. BOX 335,TAYLOR, MI 48180 |
| TENAFLY BOROUGH | BOROUGH OF TENAFLY,TENAFLY, NJ 07670 |
| TITUSVILLE CITY (CITY BILL) | 107 N FRANKLIN ST,TITUSVILLE, PA 16354 |
| TOLLAND TOWN | P.O. BOX 948,TOLLAND, CT 06084 |
| TOMS RIVER TOWNSHIP | TOMS RIVER TWP TAX COLLECTOR,TOMS RIVER, NJ 08754-0607 |
| TRENTON CITY | COLLECTOR OF TAXES,TRENTON, NJ 08602-0210 |
| TRUMBULL | 5866 MAIN ST.,TRUMBULL, CT 06611 |
| TRUMBULL COUNTY | TRUMBULL CO TREASURER,WARREN, OH 44481 |
| TWIN VALLEY SD/CAERNARVON TWP | P.O. BOX 6304,SOUTHEASTERN, PA 19398-6304 |
| TYNGSBOROUGH TOWN | 25 BRYANTS LN.,TYNGSBOROUGH, MA 01879-1003 |
| TYRONE TOWNSHIP TREASURER | 10408 CENTER RD,FENTON, MI 48430 |
| UNION BEACH BOROUGH | 650 POOLE AVE,UNION BEACH, NJ 07735 |
| UNION CITY | ATTN: SONIA SCHULMAN,3715 PALISADE AVENUE,UNION CITY, NJ 07087 |
| UNIONSPRINGS - AURELLUS | ATTN: DEBBIE PICKNEY,UNION SPRINGS SCHOOL DIST,PO BOX 355,UNION SPRINGS, NY 13160 |
| UPPER MERION   S/D UPPER MERION | 175 W VALLEY FORGE RD,PHILADELPHIA, PA 19406 |
| UPPER SADDLE RIVER BOROUGH | UPPER SADDLE RVR BORO,UPPER SADDLE RIVE, NJ 07458 |
| UPPER TOWNSHIP | P.O. BOX 216,TUCKAHOE, NJ 08250 |
| UXBRIDGE TOWN | 21 S MAIN STREET,UXBRIDGE, MA 01569 |
| VICTOR CSD (COMBINED TOWNS) | ATTN: CINDY LOZO,RECEIVER OF TAXES,953 HIGH ST,VICTOR, NY 14564 |
| VIENNA TOWNSHIP | 3400 WEST VIENNA ROAD,CLIO, MI 48420 |
| WAKE COUNTY TAX COLLECTOR | 300 S. SALISBURY ST.,RALEIGH, NC 27601 |
| WALES TOWN | P.O. BOX 834,WALES, MA 01081 |
| WALLINGFORD TOWN | PO BOX 5003,WALLINGFORD, CT 06492 |
| WALLINGFORD-SWARTHMORE SD | 200 SOUTH PROVIDENCE,WALLINGFORD, PA 19086 |
| WARREN CITY TAX COLLECTOR | PO BOX 2113,WARREN, MI 48090 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WARWICK CITY | ATTN: KEN MALLATT,P O BOX 2000,WARWICK, RI 02886 |
| WASHINGTON COUNTY | WASHINGTON CO TREAS OFC,HAGERSTOWN, MD 21740 |
| WASHINGTON DC CITY | ATTN: HELEN BUTLER,941 NORTH CAPITAL STREET, N.E.,6 TH FLOOR,WASHINGTON, DC 20002 |
| WASHINGTON TOWNSHIP | P.O. BOX 94067,WASHINGTON, MI 48094 |
| WASHOE COUNTY | P.O. BOX 30039,RENO, NV 89520 |
| WATERBURY | 26 KENDRICK AVE. 6TH FLOOR,WATERBURY, CT 06702 |
| WATERBURY TOWN | P.O. BOX 9,WATERBURY, VT 05676 |
| WATERFORD TOWN | 15 ROPE FERRY RD.,WATERFORD, CT 06385 |
| WATERTOWN TOWN | 149 MAIN ST.,WATERTOWN, MA 02472 |
| WAYNE CENTRAL CSD/ONTARIO TOWN | ATTN: HELEN JENSEN,PO BOX 151,ONTARIO CENTER, NY 14520 |
| WEST CAPE MAY BOROUGH | 732 BROADWAY,W. CAPE MAY, NJ 08204 |
| WEST CHESTER AREA SCHOOL DIST | W CHESTER AREA SD,WEST CHESTER, PA 19380 |
| WEST HARTFORD TOWN | 50 S. MAIN ST.,WEST HARTFORD, CT 06107 |
| WEST ORANGE TOWNSHIP | 66 MAIN ST.,WEST ORANGE, NJ 07052 |
| WEST PERRY SD | C/O BANK OF LANDISBURG,LANDISBURG, PA 17040 |
| WEST SHORE S/D/NEWBERRY TWSP | ATTN: DEB POPP,1909 OLD TRAIL RD,ETTERS, PA 17319 |
| WEST SHORE SD/FAIRVIEW TWP | ATTN: PATRICIA GORDON,TAX COLLECTOR,495 SPRUCE RD,NEW CUMBERLAND, PA 17070 |
| WEST SHORE SD/FAIRVIEW TWP | TAX COLLECTOR,NEW CUMBERLAND, PA 17070-3136 |
| WEST SHORE SD/LEMOYNE BORO | ATTN: FAITH A. NICOLA,510 HERMAN AVENUE,LAMOYNE, PA 17043 |
| WEST SHORESD/LOWER ALLEN TWP | ATTN: BONNIE MILLER,1993 HUMMELL AVE,CAMP HILL, PA 17011 |
| WEST SPRINGFIELD TOWN | W SPRINGFIELD   TAX OFC,WEST SPRINGFIELD, MA 01089 |
| WEST YORK SD/W. MANCHESTER TWP | 380 EAST BERLIN ROAD,YORK, PA 17408-8700 |
| WHARTON BOROUGH | 10 ROBERT ST.,WHARTON, NJ 07885 |
| WICOMICO COUNTY TREASURER | P.O. BOX 4036,SALISBURY, MD 21803-4036 |
| WILLIAM L. WEBER | TAX COLLECTOR,OLD ZIONSVILLE, PA 18068 |
| WILLIAMSON CS (COMB TWNS) | ATTN: ANNE VANEENWYK,4098 E. MAIN STREET,WILLIAMSON, NY 14589 |
| WILLINGBORO TOWNSHIP | WILLINGBORO TWP TAX OFC,WILLINGBORO, NJ 08046 |
| WILMINGTON TOWN | 121 GLEN RD.,WILMINGTON, MA 01887 |
| WINDSOR TOWN | 275 BROAD ST.,WINDSOR, CT 06095 |
| WINNEBAGO COUNTY | ATTN: CAREY,P O BOX 1216,ROCKFORD, IL 61105 |
| WISSAHICKON SD/LWR. GWYNN | 724 ALENE ROAD,LOWER GWYNEDD, PA 19002 |
| WORCESTER CITY | PO BOX 15602,WORCESTER, MA 01615 |
| WRIGHT COUNTY | ATTN: ROBERT HIIVALA,WRIGHT CO AUDIT/TREAS,10 2ND ST  NW RM 232,BUFFALO, MN 55313 |
| WRIGHT TOWNSHIP | ATTN: BARBARA MACKO,369-A3 S MOUNTAIN BLVD,MOUNTAINTOP, PA 18707 |
| YORK CITY SCHOOL DISTRICT | ATTN: DONALD MURPHY,YORK CITY TREASURER,P.O. BOX 509,YORK, PA 17405 |
| YPSILANTI CITY | 1 S HURON ST,YPSILANTI, MI 48197 |
| YPSILANTI TOWNSHIP | 7200 S HURON RIVER DR,YPSILANTI, MI 48197 |

Total Creditor Count 516