IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that she has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware        YOUNG CONAWAY STARGATT & TAYLOR, LLP
December 4, 2007

                                   _____
                                   James L. Patton, Jr. (No. 2202)
                                   Robert S. Brady (No. 2847)
                                   Joel A. Waite (No. 2925)
                                   Pauline K. Morgan (No. 3650)
                                   Sean M. Beach (No. 4070)
                                   Matthew B. Lunn (No. 4119)
                                   Kara Hammond Coyle (No. 4410)
                                   Kenneth J. Enos (No. 4544)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel for Debtors and
                                   Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

    January 4, 2008 at 11:00 a.m.

    January 18, 2008 at 10:00 a.m. – Interim Fee Requests

    February 1, 2008 at 11:00 a.m.

    February 14, 2008 at 11:00 a.m.

    February 28, 2008 at 11:00 a.m.

    March 13, 2008 at 10:00 a.m.

    March 27, 2008 at 11:00 a.m.

Dated: December ____, 2007
       Wilmington, Delaware

                                  _____
                                  CHRISTOPHER S. SONTCHI
                                  UNITED STATES BANKRUPTCY JUDGE