## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                  :
                                        :
                                        :    Chapter 11
                                        :
AMERICAN HOME MORTGAGE                  :
HOLDINGS, INC., a Delaware corporation, et al.,  :    Case No. 07-11047 (CSS)
                                        :
                                        :    Jointly Administered
                                        :
                     Debtors.           :
-----------------------------------------------------------x
```

### THIRD MONTHLY APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP, SPECIAL INVESTIGATORY LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| Name of applicant: | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | September 13, 2007 (nunc pro tunc to August 10, 2007) |
| Period for which compensation and reimbursement is sought: | October 1 - October 31, 2007 |
| Amount of compensation requested: | $497,748.00 |
| Amount of expense reimbursement requested: | $36,429.13 |

This is an:____X____ interim _____ final application.

This is the Third monthly fee application filed by Quinn Emanuel Urquhart Oliver & Hedges LLP in these cases.

**Prior Applications:**

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 21, 2007 / Docket No. 2141 | August 10, 2007 - August 31, 2007 | $217,865.00 | $1,404.26 | | |
| Nov. 21, 2007 / Docket No. 2142 | September 1, 2007 - September 30, 2007 | $293,619.00 | $37,757.62 | | |

### ATTACHMENT TO THIRD MONTHLY FEE APPLICATION OF
### QUINN EMANUEL URQUHART OLIVER & HEDGES LLP: SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS.

| NAME | POSITION; EXPERIENCE | HOURLY RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Richard A. Schirtzer | Partner for 17 years; admitted in 1985 | $875 | 46.7 | $39,768.75 |
| Susheel Kirpalani | Partner for 6 years; admitted in 1995 | $760 | 173.2 | $131,632.00 |
| Duane Lyons | Partner for 6 years; admitted in 1986 | $760 | 59 | $44,840.00 |
| James Tecce | Of Counsel for 10 months; admitted in 1995 | $605 | 221.8 | $131,678.25 |
| Priya Sopori | Associate for 6 years; admitted in 2000 | $425 | 25.5 | $10,837.50 |
| Joseph Minias | Associate for 5 years, admitted in 2003 | $415 | 1 | $415.00 |
| Danielle Brown | Associate for 3 years, admitted in 2005 | $385 | 5.1 | $1,963.50 |
| Harrison Denman | Associate for 2 years, admitted in 2006 | $375 | 111.1 | $41,662.50 |
| Carlos Rodriguez | Associate for 2 years; admitted in 2006 | $375 | 106.1 | $39,787.50 |
| Aidan McGlaze | Law Clerk | $275 | 93.8 | $25,795.00 |
| Grace Yoon | Paralegal | $235 | 112.8 | $26,508.00 |
| Shahreen Mehjabeen | Paralegal | $235 | .9 | $211.50 |
| Morgan Brady | Paralegal | $235 | 8.7 | $2,044.50 |
| Jesse Yip | Paralegal | $235 | 1.9 | $446.50 |
| Roy Nelson | Managing Clerk | $225 | .7 | $157.50 |
| **TOTAL** | | **$514.04 (BLENDED RATE) [1]** | **968.3 HOURS** | **$497,748.00** |

---

[1]  The blended rate <u>excluding</u> paraprofessionals is $555.41 per hour.

### SUMMARY TABLE OF SERVICES RENDERED DURING THIRD MONTHLY FEE PERIOD
### (OCTOBER 1, 2007 TO OCTOBER 31, 2007)

| ACTIVITY | HOURS | FEES |
|---|---|---|
| Case Management/Calendar Maintenance/Service of Pleadings | .5 | $117.50 |
| Court Hearings | 6.5 | $3,932.50 |
| Insurance Issues | 44.0 | $18,649.50 |
| Lender Claims | 298.9 | $172,362.00 |
| Non-Working Travel (Only 50% Requested) | 10.8 | $7,209.00 (less $3,604.50) |
| Recharacterization | 604 | $296,346.00 |
| Servicing Platform Issues | 3.6 | $2,736.00 |
| TOTAL | 968.3 | $497,748.00 |

### SUMMARY BY CATEGORY TYPE OF DISBURSEMENTS BILLED
### (OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)

| DISBURSEMENTS | AMOUNT |
|---|---|
| Client Meals | $96.12 |
| Client Meeting Meal | $28.54 |
| Computer Database Research | $3,893.86 |
| Document Review Meal | $133.48 |
| Expert Retained For Purposes of Recharacterization Trials | $22,200.00 |
| Express Mail | $191.69 |
| Local Travel | $1,309.95 |
| Messenger | $99.00 |
| Outside Photocopies | $432.10 |
| Other Lit Support Services | $539.10 |
| Photocopies | $6,732.20 |
| Professional Services | $681.16 |
| Telecopier | $11.00 |
| Telephone | $29.93 |
| Word Processing | $51.00 |
| **TOTAL DISBURSEMENTS** | **$36,429.13** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------x
In re:                                    :
                                          :
                                          :   Chapter 11
AMERICAN HOME MORTGAGE                     :
HOLDINGS, INC., a Delaware corporation, et al.,  :   Case No. 07-11047 (CSS)
                                          :
                                          :   Jointly Administered
                    Debtors.              :
----------------------------------------------------x   Objection Deadline:  December 26, 2007
```

**THIRD MONTHLY APPLICATION OF QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP, SPECIAL INVESTIGATORY LITIGATION AND CONFLICTS COUNSEL
TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE
PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

Quinn, Emanuel, Urquhart, Oliver & Hedges LLP ("**Quinn Emanuel**"), special

investigatory, litigation and conflicts counsel to American Home Mortgage Holdings, Inc., a

Delaware Corporation, and its affiliated debtors and debtors-in-possession in the above-

captioned cases (collectively, the "**Debtors**" or "**American Home**"), hereby submits its

application (the "**Application**") to this Court pursuant to sections 330 and 331 of chapter 11 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), Local Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure For United States Bankruptcy Court For the District of

Delaware ("**Local Rule No. 2016-2**"), for an order (i) allowing compensation of $497,748.00 for

actual, reasonable and necessary professional services rendered, and reimbursement of

$36,429.13 for actual, reasonable and necessary expenses incurred during the period from

October 1, 2007 through October 31, 2007 (the "**Third Monthly Fee Period**"),[2] and (ii)

authorizing and directing the Debtors to pay to Quinn Emanuel the amount of $434,627.53,

which is equal to the sum of eighty percent (80%) of such allowed compensation and one

hundred percent (100%) of expense reimbursement, and represents as follows:

## I.    INTRODUCTION

### A.    Background

     1.     Bankruptcy Filing.  On August 6, 2007, (the "**Petition Date**"), each of the

Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The

Debtors continue to operate their businesses and manage their property as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

     2.     Jurisdiction.  This Court has jurisdiction over this Application pursuant to

28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue of the Debtors' chapter 11 cases and this Application is proper under 28 U.S.C. §§ 1408

and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the

Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Local Rule No. 2016-2.  This

Application is made pursuant to the Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals Pursuant To Sections 331 and

105(a) of the Bankruptcy Code (the "**Compensation Order**"), entered on September 3, 2007 by

this Court.

---

[2]  Certain fees and expenses requested by Quinn Emanuel in the Application relate to services rendered in prior fee application periods, specifically during September 2007.  Quinn Emanuel has not previously requested such fees or expenses in any prior application.

### B.    Retention Of Quinn Emanuel And Billing History

3.    On September 13, 2007, the Court authorized Quinn Emanuel's retention as special investigatory, litigation and conflicts counsel to American Home nunc pro tunc to August 10, 2007, pursuant to the Order Pursuant to Section 327(a) of The Bankruptcy Code and Bankruptcy Rule 2014(a) Approving the Retention of Quinn, Emanuel Urquhart Oliver & Hedges, LLP, Nunc Pro Tunc, as Special Investigatory, Litigation and Conflicts Counsel for the Debtors (Docket No. 741) (the "**Retention Order**").  The Retention Order authorized Quinn Emanuel to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court, including the Compensation Order.

4.    This Application is Quinn Emanuel's third monthly application for approval and allowance of compensation. Quinn Emanuel makes this monthly application for approval and allowance of compensation pursuant to section 331 of the Bankruptcy Code and the Compensation Order.  No prior application has been made to this or any other court for the relief requested herein, nor has payment been received by Quinn Emanuel for legal services provided to and on behalf of the Debtors, or for out-of-pocket expenses incurred in connection therewith.

5.    Quinn Emanuel has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

6.    No promises have been received by Quinn Emanuel or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

## II.    CASE STATUS

7.     As of the date hereof, no disclosure statements or plans of reorganization have been filed in respect of the Debtors.

## III.    APPLICATION

8.     By this Application, Quinn Emanuel is seeking (a) allowance of reasonable compensation for actual and necessary professional services rendered by Quinn Emanuel, as special investigatory, litigation and conflicts counsel for the Debtors, during the Third Monthly Fee Period, and (b) reimbursement of actual, reasonable and necessary expenses incurred by Quinn Emanuel in connection with such services during the Third Monthly Fee Period.

9.     Specifically, Quinn Emanuel seeks approval of the sum of $497,748.00 for actual, reasonable and necessary legal services rendered on behalf of the Debtors during the Third Monthly Fee Period, and $36,429.13 for reimbursement of actual, reasonable and necessary expenses incurred in connection with the rendition of such services. The fees sought by the Application reflect an aggregate of 968.3 hours of attorney and paraprofessional time spent and recorded in performing services for the Debtors during the Third Monthly Fee Period, at a blended average hourly rate of $514.04 for both professionals and paraprofessionals. The blended hourly rate for professionals only is $555.41.

10.     Quinn Emanuel rendered to the Debtors all services for which compensation is sought solely in connection with these cases, in furtherance of the duties and functions of the Debtors.

11.     Quinn Emanuel maintains written records of the time expended in the rendition of the professional services required by the Debtors. These records are maintained in

the ordinary course of Quinn Emanuel's practice. For the convenience of the Court and parties in interest, attached hereto as part of the cover sheet, is a billing summary for the Third Monthly Fee Period, setting forth the name of each attorney and paraprofessional for whose work on these cases compensation is sought, each attorney's year of bar admission, the aggregate of the time expended by each such attorney and paraprofessional, the hourly billing rate for each such attorney and paraprofessional at Quinn Emanuel's current billing rates, and an indication of the individual amounts requested as part of the total amount of compensation requested. Also set forth in the billing summary is additional information indicating whether each attorney is a partner or associate, and how many years each attorney has held such position. The compensation requested by Quinn Emanuel is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

12.    Attached hereto as Exhibit "A" are time entry records broken down in tenths of an hour by project category, in accordance with the U.S. Trustee Guidelines, setting forth a detailed description of services performed by each attorney and paraprofessional on behalf of the Debtors.

13.    Quinn Emanuel also maintains records of all actual and necessary expenses incurred in connection with the performance of professional services, a summary of which also is attached hereto as part of the cover sheet. The summary lists the amounts and categories of expenses for which reimbursement is sought. Attached hereto as Exhibit "B" is a summary of the expenses, including the date the expense was incurred and the charge.

### IV.    SUMMARY OF PROFESSIONAL SERVICES RENDERED

14.    To provide an orderly and meaningful summary of the services rendered on behalf of the Debtors by Quinn Emanuel, in accordance with the U.S. Trustee Guidelines,

Quinn Emanuel has established the following separate project billing categories in connection

with these cases:

    a) Bank/Thrift Issues
    b) Cash Collateral and DIP Financing
    c) Case Management/Calendar Maintenance/Service of
    d) Class Actions
    e) Court Hearings
    f) Creditor Inquiries
    g) Employee Issues
    h) Fee Application Preparation/Fee Issues
    i) Government Issues/Investigations
    j) Insurance Issues
    k) Lender Claims
    l) Meetings
    m) Non-Working Travel (Only 50% Requested)
    n) Other Conflicts
    o) Plan and Disclosure Statement
    p) Recharacterization
    q) Retention of Professionals
    r) Rule 2004 Investigations
    s) Servicing Platform Issues
    t) Stay Relief Matters
    u) Travel Time

    15.    The following summary is intended only to highlight a number of the

services rendered by Quinn Emanuel in the separate project billing categories where Quinn

Emanuel expended a considerable number of hours on behalf of the Debtors. It is not meant to

be a detailed description of all of the work performed by Quinn Emanuel during the Third

Monthly Fee Period. Detailed descriptions of the day-to-day services provided by Quinn

Emanuel and the time expended performing such services in each project billing category are

fully set forth in Exhibit "A" hereto. Such detailed descriptions show that Quinn Emanuel was

heavily involved in the performance of services for the Debtors on a daily basis, including night

and weekend work, often under extreme time pressure to meet the needs of the Debtors in these

cases.

A.    **Insurance Issues**: (Total Hours: 44; Total Fees: $18,649.50)

16.    During the Third Monthly Fee Period, Quinn Emanuel attorneys reviewed and analyzed the Debtors' mortgage insurance agreements with one of its mortgage insurers, Triad Guaranty Insurance Corp. After repeated attempts by American Home to consensually resolve certain disputes with Triad, it ultimately initiated litigation against Triad relating to insurance coverage for certain mortgage loans. Quinn Emanuel attorneys reviewed the possible claims and causes of action against Triad and prepared and filed, on American Home's behalf, a complaint alleging Triad's cancellations of insurance certifications for fourteen loans originated by the Debtors violated the relevant and applicable policies and agreements among the Debtors and Triad.

B.    **Lender Claims**: (Total Hours: 298.9; Total Fees: $172,362.00)

17.    As special investigatory, litigation and conflicts counsel for the Debtors, Quinn Emanuel attorneys have undertaken a comprehensive review and analysis of the various lending relationships to which the Debtors were party prior to the Petition Date, including, without limitation, significant warehouse lending and "swap" agreements. During the Third Monthly Fee Period, Quinn Emanuel continued its review and analysis of these various agreements and transactions to ascertain whether they, and specifically the conduct of their counterparties, gave rise to any potential claims or causes of actions -- with a particular focus on agreements with Bank of America, N.A. ("BofA") and Lehman Brothers, Inc. and Lehman Brothers Commercial Paper ("Lehman").

18.    Following its review of various purported repurchase agreements entered into between the Debtors and Lehman, and both factual and legal research regarding potential claims and causes of action, Quinn Emanuel attorneys prepared and filed a complaint against

Lehman on October 24, 2007. In the Complaint, Quinn Emanuel, on behalf of the Debtors, alleges, among other things, that Lehman breached the purported repurchase agreement by improperly devaluing the value of the securities held by Lehman as collateral, making improper margin calls based on the flawed valuation, and improperly foreclosing on the collateral.

19.     During this period Quinn Emanuel attorneys also reviewed and analyzed possible claims and causes of action involving BofA, specifically with respect to two "swap" agreements relating to the Broadhollow and Mellville special purpose entities. Ultimately a complaint was filed against BofA alleging, among other things, that BofA breached two "swap" agreements by failing to make required payments.

C.     **Recharacterization**: (Total Hours:  604; Total Fees:  $296,346.00)

20.     Shortly after the commencement of the Debtors' Chapter 11 cases, three of its warehouse lenders, Credit Suisse First Boston Mortgage Capital LLC ("CSFB"), Calyon New York Branch ("Calyon"), and Bear Stearns Mortgage Capital Corporation ("Bear Stearns"), filed emergency applications for injunctive relief seeking the entry of Orders directing the Debtors to turn over certain files relating to servicing mortgage loans and to surrender certain servicing rights. Each of these lenders is party to a purported "repurchase agreement" with American Home which covers whole mortgage loans, and the warehouse lenders each insisted (a) the automatic stay provisions of the Bankruptcy Code do not apply to these agreements and (b) American Home was required to surrender servicing, including files relating to servicing, to the lenders. American Home disputed these assertions, maintaining, among other things, that each of the purported repurchase agreements were disguised secured financings that did not fall within the Bankruptcy Code safe harbors (and should be separately re-characterized); that the automatic

stay applied to servicing; and that servicing remained property of the Debtors' estates after the commencement of the cases.

21.    American Home agreed to coordinate these cases to be tried on an expedited basis, with expedited discovery and trial scheduled for late October 2007 (specifically, October 16, 2007). During the Third Monthly Fee Period, Quinn Emanuel attorneys dedicated considerable time and effort to these trials, which included, among other things:

- Review and analysis of documents produced by Calyon, Credit Suisse and Bear Stearns;

- Correspondence among counsel for the Defendants regarding various discovery issues, including, without limitation, supplemental requests for production of documents;

- Preparation of responses and objections to discovery requests, including document requests and requests for deposition witnesses (e.g., witnesses produced pursuant to Fed. R. Civ. P. 30(b)(6));

- Preparation for, and attendance at depositions of both American Home's witnesses and Defendants' witnesses;

- Expert discovery, including the production of documents relied on by the expert in preparing his report and preparation for expert depositions;

- Review and response to Calyon's Motion For Summary Judgment, including, without limitation, researching and preparing a Motion To Strike the same (which was argued on October 2, 2007);

- Trial preparation, including identifying trial witnesses, researching and preparing a pretrial memorandum, identifying exhibits, preparing demonstrative evidence, preparing direct exam outlines and cross exam outlines, and preparing opening statements;

- Review and response to CSFB's motion to exclude the testimony of American Home's expert witness; and

- Preparation and filing of a motion to exclude the testimony of Calyon's expert witnesses.

22.     Ultimately, the trial commenced on November 5, 2007 with respect to both Credit Suisse and Calyon (Bear Stearns settled shortly before).  Credit Suisse settled its adversary proceeding prior to the conclusion of trial, which spanned four days until November 8, 2007.  The Court heard closing arguments from American Home and Calyon on November 26, 2007.

## V.     FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

23.     The factors to be considered in awarding attorneys fees have been enumerated in In re First Colonial Corporation of America, 544 F.2d 1291, 1298-99 (5th Cir. 1977), cert. denied, 431 U.S. 904, which standards have been adopted by most courts.  See, e.g., In re Lan Assoc., 192 F.3d 109, 123 n.8 (3d. Cir. 1999) (suggesting First Colonial factors apply to § 330 compensation requests).  Quinn Emanuel respectfully submits that a consideration of these factors should result in this Court's allowance of the full compensation sought.

(1)     The Time and Labor Required.  The professional services rendered by Quinn Emanuel on behalf of the Debtors have required the continuous expenditure of substantial time and effort, under time pressures which sometimes required the performance of services late into the evening and, on a number of occasions, over weekends. The services rendered required a high degree of professional competence and expertise in order to be administered with skill and dispatch.

(2)     The Novelty and Difficulty of Questions.  Novel and complex issues have already arisen in the course of the Chapter 11 Cases, and it can be anticipated that other such issues will be encountered.  In these cases, as in many others in which the firm is involved, Quinn Emanuel's effective advocacy and creative approach to problem solving have helped clarify and resolve difficult issues and will continue to prove beneficial.

(3)     The Skill Requisite to Perform the Legal Services Properly.  Quinn Emanuel believes that its recognized expertise in the area of bankruptcy related litigation and its practical approach to the resolution of issues are contributing to maximizing the size of the Debtors' estate.

(4)     The Preclusion of Other Employment by Applicant Due to Acceptance of the Case.  The matters in which Quinn Emanuel's bankruptcy litigation practice group are involved need attention on a continuous basis and require several of Quinn Emanuel's attorneys to commit significant portions of their time to these cases.

(5)    The Customary Fee. The compensation sought herein is based upon Quinn
       Emanuel's normal hourly rates for services of this kind. Quinn Emanuel
       respectfully submits that the compensation sought herein is not unusual given the
       magnitude and complexity of these cases and the time dedicated to the
       representation of the Debtors. Such compensation is commensurate with fees
       charged by other attorneys of comparable experience.

(6)    Whether the Fee is Fixed or Contingent. Quinn Emanuel charges customary
       hourly rates for the time expended by its attorneys and paraprofessionals in
       representing the Debtors and Quinn Emanuel's fee is not outcome dependent.
       Pursuant to sections 330 and 331 of the Bankruptcy Code, all fees sought by
       professionals retained under section 327 or 1103 of the Bankruptcy Code are
       contingent pending final approval by the Court, and are subject to adjustment by
       the Court depending upon the services rendered and the results obtained.

(7)    Time Limitation Imposed by Client or Other Circumstances. As stated above,
       Quinn Emanuel has been required to attend to various issues as they have arisen
       in these cases. Occasionally, Quinn Emanuel has had to perform those services
       under significant time constraints requiring attorneys and paraprofessionals
       assigned to these cases to work evenings and on weekends.

(8)    The Amount Involved and Results Obtained. Through the efforts of Quinn
       Emanuel, the Debtors are poised to initiate actions against Third Parties and
       maximize value for the Debtors' estates.

(9)    The Experience, Reputation and Ability of the Attorneys. Quinn Emanuel's
       attorneys involved in this representation have played a major role in numerous
       complex restructurings including, for example, the chapter 11 cases of Refco Inc.,
       Enron Corp., et al., Safety-Kleen Corp., et al., and Adelphia Communications
       Corp., et al. Quinn Emanuel's experience enables it to perform the services
       described herein competently and expeditiously.

(10)   The "Undesirability" of the Case. These cases are not undesirable, but as already
       indicated, have required a significant commitment of time from several of Quinn
       Emanuel's attorneys.

(11)   Nature and Length of Professional Relationship. Quinn Emanuel was selected as
       the Debtors special investigatory, litigation and conflicts counsel shortly after the
       Petition Date, on August 10, 2007, and was retained nunc pro tunc to that date
       pursuant to an order of this Court dated September 13, 2007.

## VI.    ALLOWANCE OF COMPENSATION

24.    The professional services rendered by Quinn Emanuel have required a

high degree of professional competence and expertise so that the numerous issues requiring

evaluation and action by the Debtors could be addressed with skill and dispatch. It is respectfully submitted that the services rendered to the Debtors were performed efficiently, effectively and economically, and the results obtained to date have benefited the Debtors' estates.

25.     The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> Any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331. This Court has authorized the filing of this Application in the Compensation Order.

26.     With respect to the level of compensation, section 330(a)(1) of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person: "reasonable compensation for actual, necessary services rendered." Section 330(a)(3)(A), in turn, provides that:

> [i]n determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including -
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issues or task addressed; and

      (E)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a) (3) (A).

27.     The congressional policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent professionals to bankruptcy cases. See In re Busy Beaver Building Centers, Inc., 19 F.3d 833, 850 (3d Cir. 1994) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts") (citation and internal quotation marks omitted).

28.     The total time spent by Quinn Emanuel attorneys and paraprofessionals during the Third Monthly Fee Period was 968.3 hours, which services have a fair market value of $497,748.00. As shown by this Application and supporting exhibits, Quinn Emanuel spent its time economically and without unnecessary duplication of time (or duplication of the efforts of the Debtors' other retained professionals). In addition, the work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.

## VII.   EXPENSES

29.     Quinn Emanuel has expended the total amount of $36,429.13 in actual, reasonable and necessary expenses in connection with representing the Debtors during the Third Monthly Fee Period. Quinn Emanuel maintains records of all actual and necessary expenses incurred in connection with the performance of professional services. A breakdown of expenses, including the date the expense was incurred and the charge, is annexed hereto as Exhibit "B." Quinn Emanuel also seeks reimbursement for those expenses incurred by virtue of its retention

of an expert for purposes of the recharacterization trials, a summary of which is annexed hereto as Exhibit "C."[3]

30.    In connection with the reimbursement of actual, reasonable and necessary expenses, it is Quinn Emanuel's policy to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its clients. The expenses charged to Quinn Emanuel's clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, document word-processing charges, photocopying charges, out-of-town travel expenses, local transportation expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses particularly attributable to an individual client or cases such as secretarial and other overtime.

31.    Quinn Emanuel charges the Debtors for these expenses at rates consistent with those charged to Quinn Emanuel's other bankruptcy clients, which rates are equal to or less than the rates charged by Quinn Emanuel to its non-bankruptcy clients.  Quinn Emanuel seeks reimbursement from the Debtors at the following rates for the following expenses:  (a) ten cents per page for photocopying; and (b) one dollar per page for out-going facsimiles.  In accordance with section 330 of the Bankruptcy Code and with the U.S. Trustee Guidelines, Quinn Emanuel will seek reimbursement only for the actual cost of such expenses to Quinn Emanuel.

32.    In providing or obtaining from third parties services which are reimbursable by clients, Quinn Emanuel does not include in such reimbursable amount any costs

---

[3]    Certain expenses incurred by the expert retained by Quinn Emanuel in the recharacterization trials were incurred in prior compensation periods, specifically during September 2007.  Quinn Emanuel has not previously requested their reimbursement in any prior application.

of investment, equipment or capital outlay, except that the reimbursable cost of photocopying and faxes includes a factor for the cost of equipment.

33.    Quinn Emanuel regularly charges its non-bankruptcy clients for ordinary business hour fees and expenses for secretarial, library, word processing, and other staff services because such items are not included in the firm's overhead for the purpose of setting the billing rates.

34.    Attorneys at Quinn Emanuel have not incurred expenses for luxury accommodations, deluxe meals or air travel in excess of coach fares.  Throughout the Third Monthly Fee Period, Quinn Emanuel has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estates.

## VIII.   <u>NOTICE</u>

35.    No trustee or examiner has been appointed in these chapter 11 cases. Notice of this Application has been given to (a) the United States Trustee, (b) the Debtors, (c) counsel for the Debtors, (d) the Creditors' Committee, and (e) counsel for the Creditors' Committee.  Quinn Emanuel submits that no further notice need be given in accordance with the Compensation Order.

## IX.    CONCLUSION

**WHEREFORE**, Quinn Emanuel respectfully requests the Court to enter an order, substantially in the form attached hereto (i) approving and allowing Quinn Emanuel compensation in the amount of $497,748.00 for actual, reasonable and necessary professional services rendered and reimbursement of $36,429.13 for actual, reasonable and necessary expenses incurred, and authorizing and directing the Debtors to pay to Quinn Emanuel the amount of $434,627.53, which is equal to the sum of eighty percent (80%) of such allowed compensation and one hundred percent (100%) of such expense reimbursement; and (ii) granting such further relief as is just.

Dated: Wilmington, Delaware
      December 4, 2007

                                          **QUINN EMANUEL URQUHART OLIVER &**
                                          **HEDGES, LLP**

                                By _____
                                          James C. Tecce
                                          Susheel Kirpalani
                                          Harrison Denman

                                          51 Madison Avenue, 22nd Floor
                                          New York, New York  10010
                                          Telephone:  (212) 849-7000
                                          Telecopier: (212) 849-7100

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                          :
                                                :
                                                :       Chapter 11
AMERICAN HOME MORTGAGE                           :
HOLDINGS, INC., a Delaware corporation, et al., :       Case No. 07-11047 (CSS)
                                                :
                                                :       Jointly Administered
                          Debtors.              :
-------------------------------------------------------x
```

### CERTIFICATION OF JAMES C. TECCE

James C. Tecce, an attorney-at-law, duly admitted in good standing to practice in the

State of New York hereby certifies that:

1.      I am special counsel in the firm of Quinn Emanuel Urquhart Oliver & Hedges,

LLP ("**Quinn Emanuel**"), and I am duly authorized to make this Certification on behalf of

Quinn Emanuel.  Quinn Emanuel was retained by the Debtors as special investigatory litigation

and conflicts counsel  pursuant to an order of the Court.  This certification is made in support of

Quinn Emanuel's Third Monthly Application for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses During the Period from October 1, 2007 Through

October 31, 2007 (the "**Application**"), and in compliance with Local Rule 2016-2 of this Court

(the "**Rule**"), and with the United States Trustee's Guidelines for Review Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**Guidelines**").

2.    I have read the Application and I certify that the Application substantially complies with the Rule and the Guidelines.

Dated:
December **4**, 2007

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**

James C. Tecce
55 Madison Avenue - 22nd Floor
New York, NY 10010
(212) 849 - 7200

# **EXHIBIT A**

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-C
Invoice # : 1115314
Responsible Attorney: Susheel Kirpalani

### AHM - Case Management/Calendar Maintenance/Service of Pleadings

For Professional Services through October 31, 2007, including monitoring case calendar and deadlines.

| | |
|---|---:|
| Fees | $117.50 |
| Expenses | $12.80 |
| Total Due This Invoice | $130.30 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/17/07 | GY | Calendar reminder and court deadlines | 0.50 |
| | | Total Hours | 0.50 |

## Fee Summary

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Grace Yoon | GY | Paralegal | 0.50 | 235.00 | 117.50 |

## Expense Summary

| Description | | Amount |
|-------------|------|--------|
| Scans | 0.10 | 12.80 |
| | Total Expenses | $12.80 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Case Management/Calendar Maintenance/Service of Pleadings

| | |
|---|---|
| Matter #: 61106-C | Total Fees ...................................................... $117.50 |
| Bill Date: November 16, 2007 | Expenses ...................................................... $12.80 |
| Invoice # 1115314 | Total Due this Invoice ...................................................... $130.30 |

### Account Summary



| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-E
Invoice # : 1115315
Responsible Attorney: Susheel Kirpalani

## AHM - Court Hearings

For Professional Services through October 31, 2007 ; including preparation for and argument at hearings on motion to strike expert report and attending status conference for trials of recharacterization adversary proceedings.

|  |  |
|---|---|
| Fees | $3,932.50 |
| Expenses | $226.00 |
| Total Due This Invoice | $4,158.50 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/07 | JCT | Working travel to Delaware to argue motion to strike (2.5); pre-hearing preparation once in Wilmington (.6); attend and argue hearing on motion to strike (1.5) | 4.60 |
| 10/15/07 | JCT | Prepare for status conference regarding adjournment of Calyon and Credit Suisse adversary proceedings (1.2); attend same (.7) | 1.90 |
| | | Total Hours | 6.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| James C. Tecce | JCT | Counsel | 6.50 | 605.00 | 3,932.50 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Local travel | 226.00 |
| Total Expenses | $226.00 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Court Hearings

| | |
|---|---|
| Matter #: 61106-E | Total Fees ................................................... $3,932.50 |
| Bill Date: November 16, 2007 | Expenses ..................................................... $226.00 |
| Invoice # 1115315 | Total Due this Invoice ................................... $4,158.50 |

## Account Summary

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|
| | | | | |
| | | | 0.00 | |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID:  95-4004139

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-J
Invoice # : 1115310
Responsible Attorney: Susheel Kirpalani

AHM - Insurance Issues

For Professional Services through October 31, 2007; including work relating to commencement of litigation against private mortgage insurance company.

|  | | |
|---|---|---|
| Fees | | $18,649.50 |
| Total Due This Invoice | | $18,649.50 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/16/07 | SK2 | Conf. call w/D. Leoffler, A. Horn, J. Tecce, H. Denman re insurance issues and disputes re MI program (.6); review documents re same (1.1). | 1.70 |
| 10/16/07 | JCT | Call with H. Denman and S. Kirpalani and Company (A. Horn, D. Heffler) regarding Triad insurance issues. | 0.50 |
| 10/16/07 | HLD | TC/emails with AHM re Triad complaint (.9); | 0.90 |
| 10/19/07 | HLD | Reviewed Triad Master contract, Triad's denials of insurance certifications. | 2.70 |
| 10/21/07 | HLD | Reviewed Triad denial notices. | 1.30 |
| 10/22/07 | HLD | Drafted complaint against Triad (2.5); TC with Dick Loeffler re same (.6). | 3.10 |
| 10/23/07 | HLD | Drafted/revised complaint against Triad (6.4); reviewed master agreement with Triad (2.0); met w/J. Tecce re same (.4). | 8.80 |
| 10/24/07 | JCT | Review and revise triad complaint (1.4); confs. w/ H. Denman re same (.4) | 1.80 |
| 10/24/07 | HLD | Draft/revise Triad complaint (4.7); TC with Dick Loeffler re same (.4). | 5.10 |
| 10/25/07 | HLD | Revised Triad Complaint. | 2.10 |
| 10/26/07 | HLD | TCs with A. Horn re Triad complaint strategy. | 0.90 |
| 10/27/07 | JCT | Review and revise Triad complaint | 1.40 |
| 10/29/07 | JCT | Review Triad complaint with H. Denman, underlying documents. | 1.00 |
| 10/29/07 | HLD | Revised Triad complaint (4.4); Attention to sealing issues (1.8); TCs with E.Edwards at Young Conaway re same (.9). | 7.10 |
| 10/30/07 | JCT | Review and revise Triad complaint (.5) and calls with A. horn and H. Denman re. same (.7) | 1.20 |
| 10/30/07 | HLD | Tcs with A.Horn and D. Loeffler re Triad complaint strategy (1.6); TCs with E.Edwards re sealing issues re Triad complaint (.8). | 2.40 |
| 10/31/07 | JCT | Revise triad complaint and motion to seal. | 0.60 |
| 10/31/07 | HLD | Revised Triad Complaint. | 1.40 |
| | | **Total Hours** | **44.00** |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 1.70 | 760.00 | 1,292.00 |
| James C. Tecce | JCT | Counsel | 6.50 | 605.00 | 3,932.50 |

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Harrison L. Denman | HLD | Associate | 35.80 | 375.00 | 13,425.00 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Insurance Issues

Matter #: 61106-J
Bill Date: November 16, 2007
Invoice # 1115310

Total Fees ................................................. $18,649.50

Total Due this Invoice ................................................. $18,649.50

### Account Summary

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112761 | | | 0.00 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-K
Invoice # : 1115311
Responsible Attorney: Susheel Kirpalani

### AHM - Lender Claims

For Professional Services through October 31, 2007; including preparation and commencement of litigation against Bank of America and Lehman Brothers, Inc. in preparation of response to litigation commenced by Wells Fargo.

| | |
|---|---:|
| Fees | $172,362.00 |
| Expenses | $578.55 |
| Total Due This Invoice | $172,940.55 |

### Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/05/07 | PS | Emails with Kirpalani and Dunham regarding CAPS strategy (1); prepare letter (including exhibits) regarding CAPS from opposing counsel to Dunham and prepare three-party Agreement regarding CAPS (2.8); TC regarding same(.4); emails with Dunham regarding letter (.5); revise letter and prepare for counterparty counsel (1.1) . | 5.80 |
| 09/06/07 | PS | Meeting with RAS regarding case scheduling (.4); TC Minias regarding CAPS and motion (.6); several emails with Dunham regarding CAPS (1.6); review letter and indemnity provision provided by counterparty counsel (.6); review and revise letter agreement accordingly (1.1); TC counsel's office and Kim's office regarding same (.4); prepare response to counterparty counsel's letter (.8); TC team and opposing counsel regarding scheduling and conference with RAS regarding same (1.9). | 7.40 |
| 09/07/07 | PS | Emails with Kirpalani, Dunham, counsel to counterparty and Minias regarding status of CAPS. | 0.70 |
| 09/10/07 | PS | Review email from Sakamoto regarding agreement (.1); several emails with Dunham regarding same (.5). | 0.60 |
| 09/11/07 | JGM | Review mediation statements re: setoff issues (.8); discuss same with S. Kirpalani (.2). | 1.00 |
| 09/14/07 | PS | TC opposing counsel's office regarding agreement (.1); emails with Dunham regarding same (.4); emails with opposing counsel regarding status of CAPS (.3). | 0.80 |
| 09/20/07 | JCT | Review "caps" issues, emails from S. Kirpalani and P. Sopori re. same | 0.40 |
| 09/20/07 | PS | Emails with team and Dunham regarding CAPS (.4); voicemail messages for counterparty counsel regarding CAPS (.4). | 0.80 |
| 09/25/07 | PS | Emails and TC with Teece regarding CAPS issue (.7); conference calls with Teece, Dunham, Pino, and Nystrom regarding CAPS and strategy (1.2); review additional swap documents and prepare letter to counterparty regarding same (.7). | 2.60 |
| 09/26/07 | PS | Review revised letter and emails with Teece (.9); emails to AHB regarding swap documents and ISDA agreement (.6); prepare email regarding revised letter and needed information to ABH (.3). | 1.80 |
| 09/27/07 | PS | Review swap documents and revise letter to counterparty accordingly (.6); emails with Dunham regarding ISDA Agreement (.4). | 1.00 |
| 09/28/07 | PS | Review ISDA Agreement (.9); emails with Sakamoto regarding same (.4); TC Sakamoto regarding same (.5); TC Teece and emails regarding same (.6). | 2.40 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/07 | SK2 | Review Bear Stearns set-off documents for $1.5mm claim (2.1). | 2.10 |
| 10/04/07 | SK2 | Review Calyon proposal materials from K. Nystrom (.9); attend settlement meeting w/Calyon business and legal teams (2.1); review Bear Stearns global settlement proposal document (1.1); attend settlement meeting w/Bear Stearns business and legal teams (1.6 ); confer w/S. Cooper, G. Weil, K. Nystrom, C. Pino re same (.6); TC w/L. Fife re status of discussions to resolve open litigation issues (.5); confer w/S. Cooper re same (.4); confer w/K. Nystrom re need for written term sheet (.3). | 7.50 |
| 10/04/07 | JCT | Review agreements regarding CAPS transactions | 0.60 |
| 10/07/07 | SK2 | Review Bear Stearns documents re alleged $1.5mm setoff right (1.2); researching capacity issues for 553 (2.2); corresp. w/S. Cooper re same (.2); | 3.60 |
| 10/08/07 | SK2 | Review setoff assertions by Bear Stearns (.5); review documents underlying relationship among BS and AHM (1.8); conf. call w/K. Nystrom, C. Pino re outstanding lender issues (.9); TC w/E. Edwards (YCST) re adjournment issues (.5); | 3.70 |
| 10/09/07 | SK2 | Meeting w/C. Pino re preparation for deposition and overall strategy (1.0); defend Pino's deposition (6.1); conf. call w/H. Comet, M. Gray re CSFB request for adjournment (.2); TC w/S. Cooper re same (.1); conf. call w/H. Comet, M. Gray re agreement to same (.4). | 7.80 |
| 10/11/07 | SK2 | Review initial draft of Bear Stearns settlement proposal (.9). | 0.90 |
| 10/12/07 | SK2 | Corresp. w/K. Nystrom, C. Pino re BofA swap obligations (.4); review and revise Bear Stearns settlement proposal (1.1); attend meetings at AHM w/M. Strauss, C. Pino, S. Sakamoto, K. Nystrom re Broadhollow issues, residual interests, repo challenges (3.5); review relevant documents for Broadhollow/swap issues (1.8); confer w/C. Pino re review of additional documents bearing on structure (1.5); conf. call w/J. Tecce, D. Lyons re overall structure and issues (1.2); prepare outline of same (1.7). | 10.20 |
| 10/12/07 | JCT | Review of BofA documents regarding SPV (Broadhollow and Mellville) (3.0); call w/ S. Kirpalani and D. Lyons re potential claims (1.2) | 4.20 |
| 10/13/07 | JCT | Review underlying documents for Broadhollow transaction. | 2.80 |
| 10/14/07 | DRL | Review documents relating to securitization agreement re: potential complaint against Bank of America. | 2.50 |
| 10/14/07 | SK2 | Drafting letter to DB re Broadhollow issues (1.1); drafting letter to BofA re swap obligations (.8); review underlying indentures and swap agreements in connection w/same (1.1). | 3.00 |
| 10/14/07 | JCT | Review underlying documents for Broadhollow transaction, begin drafting complaint against Bank of America. | 5.00 |
| 10/15/07 | DRL | Review documents; conference with J. Tecce. | 4.30 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/15/07 | SK2 | Research cases re implied covenant for certain transactions (1.1); review history of margin calls for certain transactions (.7); review Bear Stearns proposed settlement agreement revisions (.9). | 2.70 |
| 10/15/07 | JCT | Review Kirpalani letters for DBTCA and BofA; call w/ K. Nystrom re same and email S. Kirpalani re same (.2); review underlying documents for BofA complaint (1.2); draft same (1.3); review email correspondence regarding BofA litigation (.3) | 3.00 |
| 10/15/07 | HLD | Reviewed background materials/correspondence re Broadhollow program structure. | 4.60 |
| 10/16/07 | DRL | Review draft complaint, review various securitization agreements. | 2.80 |
| 10/16/07 | SK2 | Confer w/H. Denman to describe Broadhollow/Melville/Lehman issues (.9); TC w/A. Stern (Sidley) re Bear settlement agreement and additional servicing proposals (.4); meeting w/H. Denman, J. Tecce to review entire Broadhollow structure, private placement me moranda, structure charts, mechanics of swaps (1.1); outlining background of transaction for use in draft complaint (1.9). | 3.30 |
| 10/16/07 | JCT | Draft initial version of Bank of America Complaint, with related document review (10.7); confs. w. H. Denman and S. Kirpalani re. same (1.0) | 11.70 |
| 10/16/07 | HLD | Reviewed Broadhollow/Melville agreements and indentures (3.4); confs with J. Tecce & S. Kirpalani same (1.2) | 4.60 |
| 10/16/07 | GY | Retrieve all AHM closing documents for H. Denman | 1.90 |
| 10/17/07 | DRL | Review draft complaint and emails re: same. | 1.30 |
| 10/17/07 | SK2 | TC w/K. Nystrom re issues for liquidity meeting (.3); attend liquidity committee conf. call to discuss Broadhollow and Melville funding swaps, Lehman issues (1.4); review and revise draft complaint against defaulting swap party (3.5); confer w/J. Tecce re same (.5); confer w/J. Tecce, H. Denman re Lehman repo issues (.8); review revised version of swap party complaint (1.1); TC w/C. Pino re mechanics of structure (.6); TC w/K. Nystrom re Bear issues (.4); revising corresp. to trustee for Broadhollow notes (.4); revising corresp. to swap party (.4). | 9.40 |
| 10/17/07 | JCT | Attend daily "liquidity" call with S. Kirpalani and Am. Home | 0.80 |
| 10/17/07 | JCT | Revise complaint against Bank of America, incorporating D. Lyons and S. Kirpalani comments (4.0); confs. w/ S. Kirpalani re. same (.2); confs w/ C. Pino and S. Kirpalani re. same (.3); confs w/ D. Lyons re same (.5); revise Deutsche Bank letter regarding subordinated notes and forward to same (1.0); conf. w/ H. Denman re. Lehman complaint (.5); conf. w/ S. Kirpalani and H. Denman re. same (.3); review email correspondence with S. Sakamoto re. same (.4) | 7.20 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/17/07 | HLD | Drafted Lehman complaint emails (4.4); confs with Tecce re same (1.3); research re Code safe harbor provisions (5.0); attention to Broadhollow closing binder issues (.4). | 11.10 |
| 10/17/07 | SXM | Meeting with Grace Yoon regarding status of case and upcoming deadlines | 0.40 |
| 10/17/07 | GY | Retrieve closing documents; index same. | 6.90 |
| 10/18/07 | DRL | Review complaint and emails from J. Tecce. | 1.10 |
| 10/18/07 | SK2 | Attend liquidity call to discuss status of each counterparty (1.2); Tc to DB's counsel re Broadhollow payments (.2); researching legal and factual backgrounds on Lehman repo issues (2.5); confer w/H. Denman re same (.5); confer w/J. Tecce re letter to Bof A (.3); TC w/C. Pino re Calyon's correspondence re Broadhollow (.5); review correspondence from Calyon (.4); confer w/J. Tecce re revisions to BofA correspondence (.4); TC w/J. Harber re Calyon's position (.5); outlining new arguments for Lehman damages claim (.9); TC w/K. Nystrom re status of Bear Stearns, changes to BofA, status of Calyon (.4); TC w/C. Pino re Bear Stearns pre-petition P&I (.2). | 8.00 |
| 10/18/07 | SK2 | Revising Bear Stearns settlement agreement (1.6); draft corresp. enclosing same (.4). | 2.00 |
| 10/18/07 | JCT | Review email correspondence regarding Lehman complaint from S. Kirpalani (.4); research theories and review underlying documents (1.4); attend "liquidity meeting" call with American Home and S. Kirpalani re. facilities (Calyon, BofA letter and confs.. w/ S. Kirpalani re same (2.0); revise draft Lehman complaint (3.4) | 9.50 |
| 10/18/07 | HLD | Drafted Lehman complaint (4.8); Research re Code damages provisions (1.7); reviewed Broadhollow Indenture re duty to inform IT of Calyon default (.6); | 7.10 |
| 10/18/07 | GY | Retrieve and index closing sets. | 3.00 |
| 10/19/07 | SK2 | Conf. call w/L. Binder, A. Silverstein (S&K) re DB issues on Broadhollow (.5); research statutory damages issues for liquidation of securities (1.1); TC w/C. Pino re Calyon's payments on Broadhollow (.4); TC w/M. Ferguson (Sidley) re modifications to Bear settlement (.4); review changes to stipulation (.5); review construction loan stip w/CSFB (.7); conf. call w/S. Cooper, K. Nystrom, C. Pino re Bear (.8); TC w/Calyon's counsel re Broadhollow issues (.5); review and revise CSFB bid procedures (1.1); TC w/ S. Cooper re Braodhollow (.4); revising Bear stipulation (.9); corresp. w/AHM re same (4); TC w/B. Ackerly re Calyon's further position (.4); conf. call w/J. Tecce, C. Pino re BofA comments (1.1); finalize Bear stipulation (.6). | 9.80 |
| 10/19/07 | JCT | Revise Lehman Complaint (8.1); cons w./ S. Kirpalani re same (.8); call with C. Pino and S. Kirpalani re BofA complaint (.5); conf w/ H. Denman re. Lehman complaint (.5) | 9.90 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/19/07 | HLD | Research re open issues for Lehman complaint, including 502(d) turnover issues, Lehman incorporation issues (3.3); Reviewed revised Lehman's complaint (.8); Reviewed letter from DB re escrow account (.4) | 4.50 |
| 10/20/07 | SK2 | Review and revise complaint vs BofA (9.5).. | 9.50 |
| 10/21/07 | JCT | Revise Lehman Complaint with comments from S. Kirpalani (6.2); emails with same and H. Denman re same (.7) | 6.90 |
| 10/21/07 | HLD | Attention to open issues re revised Lehman complaint (3.4); legal research re same, (1.1); met w/J. Tecce re same (.7). | 5.20 |
| 10/22/07 | SK2 | Review and revise default notice to BofA (1.0); confer w/H. Denman re same (.5); revising CSFB construction loan stip (.4). | 1.90 |
| 10/22/07 | SK2 | Review and revise BofA complaint, Lehman complaint (2.7); confer w/J. Tecce re comments to same (.6); TC w/B. Ackerly re Calyon and Broadhollow (.4). | 3.70 |
| 10/22/07 | JCT | Revise Lehman and Bank of America Complaints with comments from S. Kirpalani, C. Pino re same (.2); attend "liquidation" call (.3); review and revise default notice (.7); emails regarding filing of complaints (.5) | 6.90 |
| 10/22/07 | HLD | Drafted/revised notices of default from Broadhollow and Melville in anticipation complaint against BofA | 7.60 |
| 10/22/07 | GY | Retrieve CSFB Pricing Side letter (.7); meeting with H. Denman regarding closing set documents (.3) | 1.00 |
| 10/23/07 | SK2 | Review issues for damages assertions in Lehman matter (1.3); confer w/J. Tecce re same (.5). | 1.80 |
| 10/23/07 | JCT | Revise Lehman complaint (1.7); call w/ C. Pino and S. Kirpalani re same (.3); call w/ S. Sakamoto re. same (.3) | 2.30 |
| 10/23/07 | HLD | Reviewed emails from AHM re revisions to Lehman complaint. | 0.50 |
| 10/23/07 | GY | Retrieve and update documents in Closing Set binder and index. | 3.00 |
| 10/24/07 | SK2 | Attend liquidity meeting for discussion on repos and overall strategy update (1.3); confer w/J. Tecce re complaint re BofA, Lehman (.6). | 1.90 |
| 10/24/07 | JCT | Calls and confs. w. S. Sakamoto and S. Kirpalani (1.2) re Lehman complaint; revise Lehman complaint for filing (4.5) | 5.70 |
| 10/24/07 | HLD | Research re case damages provisions for Lehman complaint. | 1.10 |
| 10/25/07 | SK2 | Review complaint from Wells Fargo re interpleader for Bear securities (.5); corresp. w/K. Nystrom, S. Sakamoto re same (.3); TC w/S. Sakamoto re same (.3); TC w/S. Cooper re Lehman, BofA, Wells and Bear issues (.2). | 1.50 |
| 10/25/07 | HLD | Reviewed Bear Stearns entities' default notices/margin calls, drafted chronology re same (2.3); Reviewed Wells Fargo complaint against AHM/Bear Stearns (1.9). reviewed emails from S. Kirpalani re same (.2) | 4.40 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/26/07 | SK2 | TC w/ S. Sakamotore Bear Stearns issues (.4); review and revise BofA letter re Broadhollow (.5)' corresp. w/ R. Brady, J. Patton re same (.3); confer w/ J. Tecce re prep for Adelson's deposition (.9) | 2.10 |
| 10/26/07 | HLD | Drafted answer,        .t to Wells Fargo complaint (4.6); research re: interpleader procedure (2.1). | 6.70 |
| 10/29/07 | SK2 | Confer w. S. Cooper, K. Nystrom, Committee counsel re status of lender claims (.4) | 2.10 |
| 10/29/07 | SK2 | Confer w/ C. Rodriguez, J. Tecce re ongoing depositions (.7); conf. call w/ P. Morgan, R. Brady, H. Denman re coordinating call for corporate and litigation matters (.6). | 1.30 |
| 10/30/07 | HLD | Draft letter to Lehman counsel re registration of 2006-2 Bond (3.6). | 3.60 |
| 10/31/07 | SK2 | Review draft corresp. by H. Denman re Lehman re-registration (.5); drafting changes to same (.6); corresp. to S. Sakamoto re same (.2); review S. Sakamoto's comments (.2). | 1.50 |
| 10/31/07 | HLD | Revised letter to Lehman counsel re registration of 2006-2 Bond (3.8); Drafted Answer        . to Wells Fargo Complaint (2.8). | 6.60 |

Total Hours 298.90

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Duane R. Lyons | DRL | Partner | 12.00 | 760.00 | 9,120.00 |
| Susheel Kirpalani | SK2 | Partner | 101.30 | 760.00 | 76,988.00 |
| James C. Tecce | JCT | Counsel | 76.90 | 605.00 | 46,524.50 |
| Priya Sopori | PS | Associate | 23.90 | 425.00 | 10,157.50 |
| Joseph G. Minias | JGM | Associate | 1.00 | 415.00 | 415.00 |
| Harrison L. Denman | HLD | Associate | 67.60 | 375.00 | 25,350.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Shahreen Mehjabeen | SXM | Paralegal | 0.40 | 235.00 | 94.00 |
| Grace Yoon | GY | Paralegal | 15.80 | 235.00 | 3,713.00 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Westlaw | 578.55 |

Total Expenses $578.55

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

## Current Invoice Summary

Matter Name : AHM - Lender Claims

Matter #: 61106-K
Bill Date: November 16, 2007
Invoice # 1115311

Total Fees ................................................. $172,362.00
Expenses ..................................................... $578.55
Total Due this Invoice ............................... $172,940.55

### Account Summary

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/19/07 | 1112762 | | 0.00 | |
| 10/17/07 | 1113784 | | 0.00 | |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-400413

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-M
Invoice # : 1115316
Responsible Attorney: Susheel Kirpalani

AHM - Non-working Travel

For Professional Services through October 31, 2007; including travel to and from Wilmington, Delaware for hearings on motion to strike and recharacterization adversary proceedings; travel to and from Weil Gotshal's offices for deposition of Carlson.

| | |
|---|---|
| Fees | $7,209.00 |
| Expenses | $583.95 |
| Total Due This Invoice | $7,792.95 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/07 | JCT | Return travel from Delaware to NYC from Motion to Strike Hearing. | 2.80 |
| 10/08/07 | JCT | Travel from Quinn to Weil Gotshal for Carlson deposition (.8); return travel from Weil to Quinn (.5) | 1.00 |
| 10/13/07 | RAS | Return to Los Angeles. | 2.50 |
| 10/15/07 | JCT | Travel from NYC to Wilmington Delaware to attend status conference for recharacterization adversary proceedings (2.3); return travel from Wilmington to NYC (2.2) | 4.50 |
| | | Total Hours | 10.80 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Richard A. Schirtzer | RAS | Partner | 2.50 | 875.00 | 2,187.50 |
| James C. Tecce | JCT | Counsel | 8.30 | 605.00 | 5,021.50 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Local travel | 583.95 |
| Total Expenses | $583.95 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Non-working Travel

| | |
|---|---|
| Matter #: 61106-M | Total Fees ...................................................... $7,209.00 |
| Bill Date: November 16, 2007 | Expenses ..................................................... $583.95 |
| Invoice # 1115316 | Total Due this Invoice ................................................... $7,792.95 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138



# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-P
Invoice # : 1115312
Responsible Attorney: Susheel Kirpalani

### AHM - Recharacterization

For Professional Services through October 31, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $296,346.00 |
| Expenses | $12,060.58 |
| Total Due This Invoice | $308,406.58 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/05/07 | DB1 | Meet with R. Schirtzer (.2) research re legislative history of Code (4.9) | 5.10 |
| 09/18/07 | SK2 | Attend conf call w/potential expert (.6); outlining issues for same (1.5); attend meet and confer conference w/J. Tecce, CSFB, Calyon, Bear (.8); confer w/J. Tecce re same (.4); review terms of response on outstanding discovery issues (1.0) | 4.30 |
| 09/19/07 | SK2 | Review sale objection stipulation issues w/J. Tecce (.9); review stipulations w/CSFB and Calyon (1.1); review documents in connection w/proposed discovery and still-needed evidence (3.4); confer J. Tecce re same (.8) | 6.20 |
| 09/20/07 | SK2 | Reviewing discovery demands (2.5); confer w/J. Tecce same (.6); outline offer of proof and trial strategy (.7) | 3.80 |
| 09/20/07 | AM6 | Conf. with J. Tecce re: case overview and trial preparations. | 0.40 |
| 09/21/07 | SK2 | Review overall trial strategy for Bear, Calyon, CSFB including settlement parameters (2.5); confer w/J. Tecce re evidentiary issues (.6); research issues relative to recharacterization and intent of parties (3.2) | 6.30 |
| 09/24/07 | SK2 | Reviewing expert report (2.3); confer w/J. Tecce re same (.8); review outline of proof of evidence needed (2.5); review cases legislative history of new statutes (.9) | 6.50 |
| 09/27/07 | SK2 | Review hot documents screened by J. Tecce (3.5); outlining testimony for C. Pino (2.0) | 5.50 |
| 09/28/07 | SK2 | Confer w/J. Tecce re 30(b)(6) issues (.9); review motion to summary judgment issues (1.5) | 2.40 |
| 10/01/07 | RAS | E-mails regarding deposition scheduling. | 0.30 |
| 10/01/07 | DRL | Conference re: scheduling. Review documents re: expert witness depositions. | 3.70 |
| 10/01/07 | SK2 | Review documents produced by AHM in connection w/development of case strategy and defense of depositions (2.4). | 2.40 |
| 10/01/07 | JCT | Draft outline of argument in support of motion to strike, review opposition papers regarding same; review underlying documents (agreement/answer), hot documents from Calyon (7.7); review witness lists prepared by C. Rodriguez and A. McGlaze to prepare dep osition lists for Calyon, CSFB and Credit Suisse; review relevant documents to deduce list (2.0); review expert document production and coordination of rebuttal experts (.9); draft letter to opposing counsel regarding witnesses for depositions (1.2); call w/ R. Schirtzer, J. Dorsey et al at YCST re scheduling of same (.3); confs. w/ R. Schirtzer re. depositions, hot documents; pull same (1.2) | 13.30 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/01/07 | PS | Legal research regarding reliance on counsel defense and discovery ramifications. | 1.60 |
| 10/01/07 | CAR | Review documents produced by Bear Stearns (3.8); draft letter regarding deficiencies in Calyon production (1.8); legal research regarding amended code section 559 (5.7). | 11.30 |
| 10/01/07 | AM6 | Review BSMCC documents re recharacterization. | 1.20 |
| 10/01/07 | AM6 | Conf. w/ J. Tecce and C. Rodriguez re Calyon witnesses and documents (.5); conf. call re: depositions (.3); finalize Calyon document review (.5). | 1.30 |
| 10/01/07 | GY | Retrieve amicus brief filed by the BMA in Granite Partners; Pull and produce cases cited in memorandum for J. Tecce; Prepare exhibits to Carlson's expert report for Richard Schirtzer; Circulate CS & Calyon hot documents to attorneys; Coordinate production of expert documents; Coordinate filing and circulation of Motion to Strike pleading for J. Tecce; Retrieve expert report articles on westlaw for R. Schirtzer | 11.00 |
| 10/02/07 | RAS | Prepare expert witness Carlson. | 2.00 |
| 10/02/07 | RAS | Prepare for expert depositions. | 8.20 |
| 10/02/07 | SK2 | Corresp. w/C. Pino, R. Schirtzer, J. Tecce re Calyon transaction (.6); review underlying documents for Calyon deal pre and post-repo (1.7). | 2.30 |
| 10/02/07 | JCT | "Meet and confer" regarding expert witness scheduling w/ B. Ackerly and H. Comet (.5); review "expert witness issues," including related document production, emails with B. Ackerly re. same, confs. w/ R. Schritzer re. same; correspondence regarding rebutt al witnesses to parties (2.1); review "hot documents" for S. Kirpalani deposition prep of C. Pino (1.0); review results of document review from A. McGlaze (.3) | 3.90 |
| 10/02/07 | CAR | Review documents and cases in preparation for court hearing (4.1); attend court hearing (1.2); attend conference with opposing counsel to schedule depositions (.8); review documents produced by Bear Stearns (2.8). | 8.90 |
| 10/02/07 | AM6 | Review BSMCC documents re recharacterization (1.7); research BMA agreement market practice (.5). | 2.20 |
| 10/02/07 | AM6 | Conf. call w/ opposing counsel re depositions and trial format. | 0.60 |
| 10/02/07 | GY | Coordinate documents and delivery for Carlson (1.0); organize CSFB hot documents (2.0) | 3.00 |
| 10/02/07 | RN | Obtain Memo, research and review Pacer, teleconference service. | 0.70 |
| 10/03/07 | RAS | Prepare for expert depositions. | 8.50 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/07 | JCT | Review American Home "hot documents" and email YCST/QE teams re same (.7); review issues relating to scheduling of depositions; emails with CSFB, Calyon, Bear re same; calls with YCST (J. Dorsey and E. Edwards) re same (1.5); call with Weil re status of d ocument production, review emails exchange w/ H. Comet re. same (.6); review expert witness issues, deposition preparation with R. Schirtzer (1.0); letter to Bear Stearns regarding witness issues in response to theirs (.8); draft letter to Calyon regardin g status of document production and confs. w/ C. Rodriguez and A. McGlaze re same (1.0); review request relating to deposition protocols and propose response (.8); confs. w/ R Schirtzer and C. Rodriguez re. same (.5) | 6.90 |
| 10/03/07 | CAR | Review documents produced by Bear Stearns. | 1.90 |
| 10/03/07 | AM6 | Prepare documents for deposition (.4); conf. re deposition logistics and strategy w/ C. Rodriguez and J. Tecce (.5); provide support re: discovery and document production (1.1). | 2.00 |
| 10/03/07 | AM6 | Review BSMCC documents for servicing distinction. | 3.00 |
| 10/03/07 | GY | Meeting with J. Tecce regarding deposition preparation (.5) coordinate Adelson deposition document production (3.5) | 4.00 |
| 10/04/07 | RAS | Prepare for Adelson deposition; prepare to defend Carlson deposition. | 8.80 |
| 10/04/07 | SK2 | Reviewing documents produced to CSFB and Calyon in connection w/preparation of C. Pino (3.7). | 3.70 |
| 10/04/07 | JCT | Email to YCST attorneys to prepare for depositions, outlining theories and attaching critical documents (.8); review supplemental production from Credit Suisse (.8); review scheduling of depositions, emails with YCST (Dorsey, Edwards) re same; review impact of settlement discussions on deposition schedule (1.4); call with Calyon (J. Harbor) re document production issues (.2); conf. w. R. Schirtzer re. expert issues (.4); conf. w/ C. Rodriguez and A. McGlaze re. depositions, expert issues (.4); review issues relating to admissibility of deposition testimony with J. Dorsey, Ra. Schirtzer and S. Kirpalani and possible settlements with S. Kirpalani (.8); review treatise on real estate finance (.3); call with YCST (Curtis Crowler) re. Bear Stearns witnesses (. 2); review documents regarding expert report/witness preparation (.6); review documents for Pino preparation (.5); pull additional documents for Pino deposition (.8) | 7.50 |
| 10/04/07 | CAR | Review documents produced by Bear Stearns (0.8); produce documents (0.7); assist in preparation for depositions (1.2). | 2.70 |
| 10/04/07 | AM6 | Prepare for depositions, related logistics. | 2.30 |
| 10/05/07 | RAS | Prepare for defense of Carlson deposition; meeting with Carlson; conference with JT. | 6.50 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/05/07 | SK2 | Reviewing assembled documents for Pino preparation (1.5); meeting w/C. Pino re deposition preparation (2.8); prepare comparison of pre-repo Calyon agreement vs. Calyon repo (1.6); review CSFB documents in preparation for Kaiserman questioning (1.6); confe r w/J. Tecce re additional points to make (.8); TC w/S. Cooper re proposal from Bear Stearns to settle (.4); review proposal (.5); TC w/J. Harber, B. Ackerly re Calyon adjournment request (.2). | 9.40 |
| 10/05/07 | JCT | Review documents for Pino prep; review documents for presentment at Kaiserman deposition (1.0); confs. w/ D. Gibbs re. deposition of Kaiserman (1.2); meeting with Pino re. deposition (1.0); review documents to prep Carlson (.3); meeting w/ R. Schirtzer an d D. Carlson re. deposition (1.3); review settlements with Bear Stearns, emails w/ S. Kirpalani re. same; related research (1.2) | 6.00 |
| 10/05/07 | CAR | Assist in preparation for deposition (2.3); attend 30(b)(6) deposition of Credit Suisse (4.9). | 7.20 |
| 10/05/07 | AM6 | Deposition support. | 2.10 |
| 10/05/07 | AM6 | Review CSFB agreement for Servicing fee terms. | 2.20 |
| 10/05/07 | GY | Assist gathering documents and exhibits for Pino deposition (6.5) | 6.50 |
| 10/06/07 | CAR | Search public records to locate potential witness Randall Shy (.7); review documents produced by CSFB (1.2); | 1.90 |
| 10/07/07 | RAS | Conference with Carlson regarding expert deposition. | 0.50 |
| 10/07/07 | RAS | E-mails with SK and JT regarding Carlson deposition. | 0.30 |
| 10/07/07 | SK2 | Review Kaiserman depo transcript (1.1); confer w/J. Tecce re need for R. Shy (.3). | 1.40 |
| 10/07/07 | JCT | Review Kaiserman deposition transcripts and outline next steps for depositions (1.3); review Credit Suisse Agreement provisions regarding termination, with emails to S. Kirpalani and R. Schirtzer re. same (.4); "research" "setoff" issues under New York La w for Bear Stearns settlement negotiation (.5); email correspondence with S. Kirpalani re same (.3) | 2.50 |
| 10/08/07 | RAS | Defend Carlson deposition (6.0); Meet with Carlson (.5) | 6.50 |
| 10/08/07 | SK2 | Confer w/J. Tecce re results of Carlson depo (.6); outline trial strategy in light of depo progress and timing (.8). | 1.40 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/08/07 | JCT | Review next steps for discovery, depositions and trial (including exhibits, witness list) and email to C. Rodriguez, A. McGlaze, G. Yoon, S. Kirpalani, R. Schirtzer re. same (1.0); prepare for expert deposition (Carlson) (.4); attend/defense Carlson deposition at Weil, Gotshal (7.7); post deposition conf. w/ S. Kirpalani re. next steps in the litigation/trial strategy (.6); review email correspondence regarding document production and trial issues from Weil and related emails with C. Rodriguez (.2); prepa re documents for G. Timmerman deposition (.8) | 10.70 |
| 10/08/07 | CAR | Draft correspondence with opposing counsel regarding discovery issues (1.1); review documents produced by CSFB (1.4); legal research regarding Fed. R. Evid. 1006 (2.8); review deposition transcripts (1.5). | 6.80 |
| 10/08/07 | GY | Retrieve documents relating to Carlson report for circulation (2.5); coordinate document production for deposition (.5) | 3.00 |
| 10/09/07 | RAS | Multiple e-mails regarding Carlson testimony with TC and SK. | 0.30 |
| 10/09/07 | JCT | Prepare for Timmerman deposition, draft outline, related document review (); emails with Weil (C. Marcus, H. Comet) and YCST (E. Edwards, J. Dorsey) re next steps on depositions (attendees) Morelle deposition, trial witnesses, document production issues (. 5); review results from Pino deposition (.6). | 3.50 |
| 10/09/07 | CAR | Legal research regarding evidence rules (3.4); review documents in preparation for trial (1.8); review deposition transcripts (2.6). | 7.80 |
| 10/09/07 | AM6 | Prepare agreement chart for trial; research Section 741 definition's expansiveness. | 1.90 |
| 10/09/07 | GY | Coordinate delivery for Carlson of documents (1.5); coordinate distribution of CSFB documents (1.0). | 2.50 |
| 10/10/07 | RAS | Multiple e-mails with TC and SK regarding scheduling. | 0.30 |
| 10/10/07 | JCT | Review adjournment and next steps, interim steps for trial prep and discovery (.6); call with H. Comet (Weil/CSFB), B. Ackerly (Hunton/Calyon) re scheduling issues (.3); call with E. Edwards (YCST) re same (.2) | 1.10 |
| 10/10/07 | CAR | Teleconference with opposing counsel re scheduling (.2); review and produce expert's documents (2.5); review expert deposition transcript (3.2). | 5.90 |
| 10/10/07 | GY | Respond to document requests of Carlos Rodriguez regarding distressed real estate. | 1.00 |
| 10/12/07 | RAS | Multiple e-mails from JT and SK. | 0.40 |
| 10/12/07 | DRL | Review emails re: securitization and conference with S. Kirpalani. | 2.30 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/12/07 | GY | Assist in preparing production of Carlson documents to opposing counsel (4.0); Retrieve certain documents for production (2.0); Draft correspondence to opposing counsel (.5). | 6.50 |
| 10/15/07 | JCT | Review draft settlement agreement with Bear Stearns | 0.60 |
| 10/15/07 | GY | Coordinate "bates" stamping of Carlson documents for production. | 2.00 |
| 10/18/07 | JCT | Review next steps for trial preparation, discovery; review correspondence from counsel regarding same and depositions (.5); meeting with S. Kirpalani re. same (.2); meeting w/ C. Rodriguez and A. McGlaze re same (.3) | 1.00 |
| 10/18/07 | CAR | Prepare for and coordinate depositions (1.9); draft letter objecting to evidence proposed by CSFB (1.3); research pre-trial memoranda (1.4). | 4.60 |
| 10/18/07 | AM6 | Prepare chart and research on security contracts in anticipation of trial; confer w/ J. Tecce and C. Rodriguez re same. | 0.30 |
| 10/19/07 | CAR | Prepare for and coordinate depositions (2.6); review and revise letter to CSFB to incorporate additional legal research (.9). | 3.50 |
| 10/19/07 | AM6 | Research in preparation of trial exhibit on agreement provisions. | 1.60 |
| 10/22/07 | JCT | Review CSFB sale stipulation, bidding procedures markup with related emails (.2); review next steps for depositions and related emails with YCST, Weil re same (.6); review demonstrative exhibits for trial (.5); draft letter to Credit Suisse regarding document introduction with related research on Rule 1006 (1.9); review Calyon letter regarding refusal to product documents and outline response (1.3) | 4.50 |
| 10/22/07 | AM6 | Prepare chart on agreements for trial exhibit. | 5.10 |
| 10/23/07 | JCT | Emails w/ A. McGlaze regarding demonstrative evidence(.2); draft letter to CSFB regarding chart introduction; Carlson deposition errata (.6); review Calyon "hot documents" and document production issues with H. Denman and E. Edwards (.9) | 1.70 |
| 10/23/07 | AM6 | Continue preparation of trial chart comparing agreements. | 1.70 |
| 10/24/07 | JCT | Review status of depositions and prepare for Adelson by reviewing Calyon "hot documents" | 0.70 |
| 10/24/07 | AM6 | Finalize draft of agreement characterization chart. | 2.50 |
| 10/24/07 | AM6 | Research caselaw on definition of "securities contract" under the bankruptcy code. | 2.90 |
| 10/24/07 | AM6 | Preparations for upcoming depositions. | 0.40 |
| 10/24/07 | GY | Retrieve documents relating to Carlson report (.6); retrieve documents for Closing Set binder, and index same (5.9) | 6.50 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/25/07 | SK2 | Review and revise depo outline of expert witness w/J. Tecce (2.1). | 2.10 |
| 10/25/07 | SK2 | Review documents in connection w/deposition of Adelson tomorrow (1.1); corresp. w/B. Ackerly re status of Calyon settlement (.2); corresp. w/H. Comet (Weil) re CSFB status (.2); TC w/H. Comet re same (.2); TC w/K. Nystrom re outstanding iss ues for CSFB (.2); review term sheet re same (.2). | 2.10 |
| 10/25/07 | JCT | Review research results from A. McGlaze re 741 (.3); review expert issues, responses to motions in limine, scheduling (.9); review Calyon witnesses (.3); review Calyon documents for depositions (3.1); confs. w/ A. McGlaze and C. Rodriguez re same (.8); re view CSFB documents for depositions (.5); draft decompositions outline for expert witness, with related document review (5.5) | 11.40 |
| 10/25/07 | CAR | Assist in preparation for depositions. | 2.50 |
| 10/25/07 | AM6 | Preparations for the deposition of Mark Adelson and general preparations for next week's depositions. | 4.20 |
| 10/25/07 | AM6 | Research on objection to motion in limine to strike Carlson report. | 3.40 |
| 10/25/07 | GY | Search for Adelson report (.5) PDF Adelson report (.2); Prepare and copy documents for deposition (9.3) | 10.00 |
| 10/26/07 | JCT | Prepared for (3.1) and conduct (6.3) deposition of Calyon expert: Adelson. | 9.40 |
| 10/26/07 | AM6 | Preparations for depositions next week. | 0.20 |
| 10/26/07 | AM6 | Deposing Mark Adelson (7.0) Review SIFMA amicus brief (.8) research spoliation re: disqualifying Adelson (2.0) | 10.50 |
| 10/26/07 | GY | Retrieve hot documents from Calyon production for depositions. | 7.00 |
| 10/27/07 | DRL | Prepare for depositions. Review and analysis of depo exhibits. | 5.20 |
| 10/27/07 | JCT | Call w/ D. Lyons re deposition prep for A. Sidrane and S. Pilcer (Calyon) (.8); pull docs in response to same (.5) | 1.30 |
| 10/27/07 | CAR | Review deposition transcripts (2.7); review documents and prepare exhibits for depositions (3.5). | 6.20 |
| 10/28/07 | RAS | Review motion to exclude Carlson and supporting papers. | 0.80 |
| 10/28/07 | DRL | Travel to and prepare for deposition of Sidrane and Pilcer. | 11.50 |
| 10/28/07 | JCT | Review CSFB "hot" documents and draft outline of Timmerman deposition (7.2); calls with D. Lyons re Sidrane deposition (.6) | 7.80 |
| 10/28/07 | CAR | Review documents and prepare exhibits for depositions. | 6.60 |
| 10/28/07 | AM6 | Deposition preparations. | 1.30 |
| 10/28/07 | AM6 | Research spoliation claim re: Adelson. | 5.80 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/28/07 | GY | Copy CSFB deposition documents (2.5); document review Calyon production for Sam Pilcer deposition (6.0) | 8.50 |
| 10/29/07 | DRL | Prepare for and take deposition of A. Sidrans (3.9); conference with J. Tecce (1.0); prepare for Calyon 30b6 deposition (4.2) | 9.10 |
| 10/29/07 | SK2 | Confer w/ C. Rodriguez, J. Tecce re ongoing depositions (.7); conf. call w/ P. Morgan, R. Brady, H. Denman re coordinating call for corporate and litigation matters (.6); review deposition transcripts taken to date in connection w/ trial preparation (2.5) | 0.00 |
| 10/29/07 | SK2 | Review deposition transcripts taken to date in connection w/ trial preparation (2.5) | 2.50 |
| 10/29/07 | JCT | Prepare for Timmerman deposition (2.9); take Timmerman (CSFB) deposition (2.7); post confs. w/ A. McGlaze re next steps on expert issues (.4); review email correspondence regarding expert issues and motion in limine (.6); call with YCST (Dorsey, Edwards) re trail preparation, protocol, deliverables (.6) conf. w/ D. Lyons and C. Rodriguez re S. Pilcer deposition and case strategy (1.0); and conf. w. S. Kirpalani re same (.3); emails regarding depositions to YCST and Quinn teams (.3) | 8.80 |
| 10/29/07 | CAR | Assist in preparation for Sidrane deposition (1.5); attend Sidrane deposition (2); meet J. Tecce and D. Lyons regarding deposition and trial preparation (1.5); review documents and assist in preparation for Pilcer and Koumpetis depositions (6.7). | 11.70 |
| 10/29/07 | HLD | Reviewed timing and payments issues re Bear Stearns settlement agreement issues (3.2); TCs with D. Bauman (YC) and Sidley re same (1.4). | 4.60 |
| 10/29/07 | AM6 | Deposition of Gary Timmerman. | 3.80 |
| 10/29/07 | AM6 | Continued research and assembled draft of motion to exclude Adelson on spoliation grounds. | 7.60 |
| 10/29/07 | SXM | Assist team with deposition prep | 0.50 |
| 10/29/07 | GY | Review CSFB documents in response to inquiry from JCT (3.0); document review Calyon production for Sam Pilcer deposition (7.0) prepare documents for deposition (3.0) | 13.00 |
| 10/29/07 | MBX | Document review for Sam Pilcer Deposition. | 8.70 |
| 10/29/07 | JY1 | Assist Grace Yoon in preparing documents for Tina Kourmpetis & Sam Pilcer depositions. | 1.90 |
| 10/30/07 | DRL | Prepare for and take deposition of S. Pilcer | 8.70 |
| 10/30/07 | SK2 | TC w/K. Nystrom re CSFB potential constructs (.5); confer w/J. Tecce re questions about CSFB documents (.4) | 0.90 |
| 10/30/07 | SK2 | Review depo transcript of experts (.9); review prior testimony of C. Pino in connection w/injunction hearing (1.1); review pleadings (.3). | 2.30 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/30/07 | JCT | Deposition conferences with C. Rodriguez and D. Lyons (.7); review CSFB letter and responded to same re. demonstrative evidence (.5); confs. with S. Kirpalani re CSFB docs (.4); review Bear Stearns settlements, including calls with company re. deadlines (.2); calls with YCST and H. Denman re short ened motion for same (.5); call w/ company (D. Friedman) and Bear (Sidley attorneys and client) re. accommodating Court dates (.4); emails with Sidley re. deadlines, agreement issues (.6); review Bear Stearns settlement agreement re approval issues (.3); review and revise motion in limine on Calyon expert and confs. w/ A. McGlaze (2.6); review deposition scheduling issues (.2); review exhibits and witnesses for trial and draft memorandum for same (1.6); review demonstrative evidence (Chart Comparing Agree ments) (1.1). | 9.10 |
| 10/30/07 | CAR | Review documents and prepare exhibits for deposition (1.4); attend and assist in deposition of S. Pilcer (7.0). | 8.40 |
| 10/30/07 | HLD | Review timing and payment issues re Bear Stearns settlement issues (1.7); TCs/Emails with Sidley, Young Conaway re same (1.4) | 3.10 |
| 10/30/07 | AM6 | Revise and expand Adelson motion draft. | 10.60 |
| 10/30/07 | AM6 | Begin drafting objection to motion to exclude Carlson. | 2.10 |
| 10/30/07 | GY | Prepare Calyon documents for deposition (2.0) | 2.00 |
| 10/31/07 | RAS | Review draft opposition brief regarding Carlson exclusion motion. | 0.50 |
| 10/31/07 | RAS | Emails and conferences with Teece regarding motion to exclude Carlson. | 0.30 |
| 10/31/07 | DRL | Return travel from deposition; telephone conference with J. Tecce; review opposition to motion to exclude Carlson and motion to exclude Adelson. | 6.50 |
| 10/31/07 | SK2 | Review and revise motion to exclude Calyon's expert (.9); confer w/ J. Tecce re same (.2). | 1.10 |
| 10/31/07 | JCT | Revise exhibit list for trial, review potential exhibits (1.3); review C. Rodriguez deposition outline and revise same; pre-deposition confs (.6); revise motion in limine to exclude Calyon expert and confs. w/ S. Kirpalani and A. McGlaze and YCST re same (5.0); revise objection to motion in limine to exclude AHM expert; related research and deposition transcript review (1.5); further revisions to McGlaze Draft (2.6); revise pretrial memorandum (.7); call with Calyon counsel re trial procedures (.2) | 11.90 |
| 10/31/07 | CAR | Review documents and prepare exhibits for deposition (2.5); take deposition of T. Kourmpetis (5.7). | 8.20 |
| 10/31/07 | AM6 | Finalize Motion To Exclude Adelson's testimony. | 7.70 |
| 10/31/07 | AM6 | Prepare draft of Objection to motion to strike Carlson. | 2.90 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/31/07 | GY | Respond to requests for CSFB hot documents, including security agreements | 10.00 |

Total Hours 604.00

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Richard A. Schirtzer | RAS | Partner | 44.20 | 875.00 | 38,675.00 |
| Duane R. Lyons | DRL | Partner | 47.00 | 760.00 | 35,720.00 |
| Susheel Kirpalani | SK2 | Partner | 66.60 | 760.00 | 50,616.00 |
| James C. Tecce | JCT | Counsel | 123.60 | 605.00 | 74,778.00 |
| Priya Sopori | PS | Associate | 1.60 | 425.00 | 680.00 |
| Danielle Brown | DB1 | Associate | 5.10 | 385.00 | 1,963.50 |
| Carlos Rodriguez | CAR | Associate | 106.10 | 375.00 | 39,787.50 |
| Harrison L. Denman | HLD | Associate | 7.70 | 375.00 | 2,887.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Aidan McGlaze | AM6 | Law Clerk | 93.80 | 275.00 | 25,795.00 |
| Shahreen Mehjabeen | SXM | Paralegal | 0.50 | 235.00 | 117.50 |
| Grace Yoon | GY | Paralegal | 96.50 | 235.00 | 22,677.50 |
| Morgan Brady | MBX | Paralegal | 8.70 | 235.00 | 2,044.50 |
| Jessie Yip | JY1 | Paralegal | 1.90 | 235.00 | 446.50 |
| Roy Nelson | RN | Managing Clerk | 0.70 | 225.00 | 157.50 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Express mail | 191.69 |
| Local travel | 240.00 |
| Messenger | 99.00 |
| Telecopier | 5.00 |
| Telephone | 29.93 |
| Word processing | 51.00 |
| Client meeting meal | 28.54 |
| Client meals | 96.12 |
| Professional services | 681.16 |
| Taxi | 9.00 |
| Telecopier | 6.00 |
| Document review meal | 133.48 |
| Outside photocopy | 432.10 |

| | | |
|---|---|---|
| Westlaw | | 2,799.06 |
| Scans | 0.10 | 163.40 |
| Photocopying | 0.10 | 6,556.00 |

Litigation Support/Document Management Services:
(Charges based on market not cost)

| Description | Amount |
|---|---|
| Other Lit Support Services | 539.10 |
| **Total Expenses** | $12,060.58 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Recharacterization

Matter #: 61106-P
Bill Date: November 17, 2007
Invoice # 1115312

Total Fees ................................................ $296,346.00
Expenses ................................................ $12,060.58
Total Due this Invoice ................................................ $308,406.58

### Account Summary

| Date | Invoice # | Amount Billed | Payments Applied |
|------|-----------|---------------|------------------|
| 7 | 1112763 | | 0.00 |
| | 1114259 | | 0.00 |
| | 1115312 | | |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

**los angeles**
**silicon valley**
**san francisco**
**new york**

November 16, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-S
Invoice # : 1115317
Responsible Attorney: Susheel Kirpalani

### AHM - Servicing Platform Issues

For Professional Services through October 31, 2007 including work relates to sale of the services platform.

|  |  |
|---|---|
| Fees | $2,736.00 |
| Expenses | $767.25 |
| Total Due This Invoice | $3,503.25 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/05/07 | SK2 | Conf. call w/M. Taylor, P. Morgan re severability issues and nature of servicing agreements borne from recharacterization litigation (1.9); | 1.90 |
| 10/10/07 | SK2 | Corresp. w/M. Taylor re need to review brief in connection w/sale of servicing platform (.2); review and revise brief (1.5). | 1.70 |
| | | Total Hours | 3.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 3.60 | 760.00 | 2,736.00 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Local travel | 224.00 |
| Taxi | 27.00 |
| Westlaw | 516.25 |
| Total Expenses | $767.25 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : AHM - Servicing Platform Issues

| | |
|---|---|
| Matter #: 61106-S | Total Fees ............................................... $2,736.00 |
| Bill Date: November 16, 2007 | Expenses ..................................................... $767.25 |
| Invoice # 1115317 | Total Due this Invoice ................................ $3,503.25 |

### Account Summary

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|
| 09/19/07 | 1112765 | | 0.00 | |
| 10/17/07 | 1114253 | | 0.00 | |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004135

REMITTANCE

**EXHIBIT B**

Summary by Expenses Incurred
(October 1, 2007 through October 31, 2007)

| Date Incurred | Expense | Amount |
|---|---|---|
| 8/31/07 | Computer Database Research | $478.75 |
| 8/31/07 | Computer Database Research | $60.20 |
| 8/31/07 | Computer Database Research | $90.72 |
| 8/31/07 | Computer Database Research | $159.04 |
| 8/31/37 | Computer Database Research | $64.35 |
| 8/31/07 | Computer Database Research | $78.89 |
| 8/31/07 | Computer Database Research | $148.16 |
| 8/31/07 | Computer Database Research | $217.45 |
| 8/31/07 | Computer Database Research | $199.54 |
| 8/31/07 | Computer Database Research | $590.68 |
| 9/06/07 | Telephone | $.06 |
| 9/06/07 | Telephone | $.20 |
| 9/06/07 | Telephone | $.24 |
| 9/07/07 | Telephone | $.06 |
| 9/07/07 | Telephone | $.10 |
| 9/11/07 | Telephone | $.04 |
| 9/12/07 | Telephone | $.04 |
| 9/12/07 | Telephone | $.14 |
| 9/12/07 | Telephone | $.20 |
| 9/13/07 | Telephone | $.04 |
| 9/14/07 | Telephone | $.04 |
| 9/14/07 | Telephone | $.06 |
| 9/17/07 | Telephone | $.04 |
| 9/17/07 | Telephone | $.06 |
| 9/17/07 | Telephone | $.06 |
| 9/17/07 | Telephone | $.10 |
| 9/17/07 | Telephone | $.10 |
| 9/17/07 | Telephone | $.20 |
| 9/17/07 | Telephone | $.64 |
| 9/17/07 | Telephone | $1.01 |
| 9/17/07 | Telephone | $1.75 |
| 9/18/07 | Telephone | $.10 |
| 9/18/07 | Telephone | $.18 |
| 9/18/07 | Telephone | $2.20 |
| 9/26/07 | Expert Retained for Purpose of Recharacterization Trial | $1,400.00 |
| 9/28/07 | Expert Retained for Purpose of Recharacterization Trial | $100.00 |
| 9/30/07 | Expert Retained for Purpose | $100.00 |

| | | |
|---|---|---|
| | of Recharacterization Trial | |
| 10/01/07 | Photocopies | $89.40 |
| 10/01/07 | Photocopies | $.30 |
| 10/01/07 | Photocopies | $2.10 |
| 10/01/07 | Photocopies | $2.20 |
| 10/01/07 | Photocopies | $4.10 |
| 10/01/07 | Photocopies | $3.40 |
| 10/01/07 | Photocopies | $2.10 |
| 10/01/07 | Photocopies | $.10 |
| 10/01/07 | Photocopies | $.10 |
| 10/01/07 | Telephone | $.01 |
| 10/01/07 | Telephone | $.01 |
| 10/01/07 | Telephone | $.03 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.04 |
| 10/01/07 | Telephone | $.06 |
| 10/01/07 | Telephone | $.06 |
| 10/01/07 | Telephone | $.06 |
| 10/01/07 | Telephone | $.18 |
| 10/01/07 | Telephone | $.24 |
| 10/01/07 | Telephone | $.24 |
| 10/01/07 | Telephone | $.40 |
| 10/01/07 | Telephone | $.48 |
| 10/02/07 | Telephone | $.04 |
| 10/02/07 | Telephone | $.04 |
| 10/02/07 | Telephone | $.04 |
| 10/02/07 | Telephone | $.04 |
| 10/02/07 | Telephone | $.04 |
| 10/02/07 | Telephone | $.04 |
| 10/02/07 | Telephone | $.06 |
| 10/02/07 | Telephone | $.10 |
| 10/02/07 | Telephone | $.10 |
| 10/02/07 | Telephone | $.14 |
| 10/02/07 | Telephone | $.30 |
| 10/02/07 | Telephone | $.48 |
| 10/2/07 | Expert Retained for Purpose of Recharacterization Trial | $2,000.00 |
| 10/2/07 | Local Travel | $226.00 |
| 10/02/07 | Photocopies | $3.60 |

| 10/03/07 | Telephone | $.01 |
|---|---|---|
| 10/03/07 | Telephone | $.04 |
| 10/03/07 | Telephone | $.04 |
| 10/03/07 | Telephone | $.04 |
| 10/03/07 | Telephone | $.04 |
| 10/03/07 | Telephone | $.06 |
| 10/03/07 | Telephone | $.06 |
| 10/03/07 | Telephone | $.06 |
| 10/03/07 | Telephone | $.14 |
| 10/03/07 | Telephone | $.18 |
| 10/03/07 | Telephone | $.38 |
| 10/3/07 | Expert Retained for Purpose of Recharacterization Trial | $2,300.00 |
| 10/03/07 | Photocopies | $.60 |
| 10/03/07 | Photocopies | $.10 |
| 10/03/07 | Photocopies | $2.70 |
| 10/03/07 | Photocopies | $5.50 |
| 10/03/07 | Photocopies | $1.30 |
| 10/03/07 | Photocopies | $6.20 |
| 10/03/07 | Photocopies | $4.20 |
| 10/03/07 | Photocopies | $5.70 |
| 10/03/07 | Photocopies | $4.90 |
| 10/03/07 | Photocopies | $5.20 |
| 10/03/07 | Photocopies | $3.90 |
| 10/03/07 | Photocopies | $.10 |
| 10/03/07 | Photocopies | $2.70 |
| 10/03/07 | Photocopies | $5.50 |
| 10/03/07 | Photocopies | $1.30 |
| 10/03/07 | Photocopies | $6.20 |
| 10/03/07 | Photocopies | $4.20 |
| 10/03/07 | Photocopies | $5.70 |
| 10/03/07 | Photocopies | $4.90 |
| 10/03/07 | Photocopies | $5.20 |
| 10/03/07 | Photocopies | $3.90 |
| 10/04/07 | Photocopies | $6.90 |
| 10/04/07 | Photocopies | $6.90 |
| 10/04/07 | Photocopies | $6.90 |
| 10/04/07 | Photocopies | $6.30 |
| 10/04/07 | Photocopies | $5.50 |
| 10/04/07 | Photocopies | $3.10 |
| 10/04/07 | Photocopies | $6.90 |
| 10/04/07 | Photocopies | $6.30 |
| 10/04/07 | Photocopies | $5.50 |
| 10/04/07 | Photocopies | $3.10 |
| 10/4/07 | Expert Retained for Purpose | $3,000.00 |

| | of Recharacterization Trial | |
|---|---|---|
| 10/04/07 | Telephone | $.04 |
| 10/04/07 | Telephone | $.04 |
| 10/04/07 | Telephone | $.04 |
| 10/04/07 | Telephone | $.06 |
| 10/04/07 | Telephone | $.18 |
| 10/04/07 | Telephone | $.24 |
| 10/04/07 | Telephone | $.61 |
| 10/05/07 | Telephone | $.01 |
| 10/05/07 | Telephone | $.04 |
| 10/05/07 | Telephone | $.04 |
| 10/05/07 | Telephone | $.10 |
| 10/05/07 | Telephone | $.10 |
| 10/05/07 | Telephone | $.14 |
| 10/05/07 | Telephone | $.14 |
| 10/05/07 | Telephone | $12.70 |
| 10/05/07 | Photocopies | $3.70 |
| 10/05/07 | Photocopies | $.60 |
| 10/05/07 | Photocopies | $4.20 |
| 10/05/07 | Photocopies | $79.90 |
| 10/05/07 | Photocopies | $9.80 |
| 10/05/07 | Photocopies | $8.60 |
| 10/05/07 | Photocopies | $11.80 |
| 10/05/07 | Photocopies | $5.60 |
| 10/05/07 | Photocopies | $2.00 |
| 10/05/07 | Photocopies | $.10 |
| 10/05/07 | Photocopies | $.10 |
| 10/05/07 | Photocopies | $14.20 |
| 10/05/07 | Photocopies | $2.30 |
| 10/05/07 | Photocopies | $14.10 |
| 10/05/07 | Photocopies | $3.30 |
| 10/5/07 | Expert Retained for Purpose of Recharacterization Trial | $3,300.00 |
| 10/05/07 | Word processing | $18.00 |
| 10/05/07 | Word processing | $9.00 |
| 10/06/07 | Telephone | $.04 |
| 10/06/07 | Telephone | $.04 |
| 10/6/07 | Expert Retained for Purpose of Recharacterization Trial | $1,300.00 |
| 10/07/07 | Telephone | $.04 |
| 10/07/07 | Telephone | $.06 |
| 10/7/07 | Expert Retained for Purpose of Recharacterization Trial | $2,100.00 |
| 10/08/07 | Photocopies | $11.00 |
| 10/08/07 | Photocopies | $1.70 |

| 10/08/07 | Photocopies | $.20 |
|---|---|---|
| 10/08/07 | Photocopies | $.20 |
| 10/08/07 | Telephone | $.10 |
| 10/09/07 | Photocopies | $1.20 |
| 10/09/07 | Photocopies | $1.20 |
| 10/09/07 | Photocopies | $.10 |
| 10/09/07 | Photocopies | $23.70 |
| 10/09/07 | Photocopies | $15.90 |
| 10/09/07 | Photocopies | $94.90 |
| 10/09/07 | Photocopies | $102.40 |
| 10/09/07 | Photocopies | $19.70 |
| 10/09/07 | Photocopies | $.40 |
| 10/09/07 | Telephone | $.09 |
| 10/09/07 | Telephone | $.10 |
| 10/09/07 | Telephone | $.04 |
| 10/09/07 | Telephone | $.04 |
| 10/09/07 | Telephone | $.06 |
| 10/9/07 | Expert Retained for Purpose of Recharacterization Trial | $4,200.00 |
| 10/10/07 | Photocopies | $1.00 |
| 10/10/07 | Local Travel | $62.73 |
| 10/10/07 | Photocopies | $.60 |
| 10/10/07 | Photocopies | $.10 |
| 10/10/07 | Photocopies | $501.60 |
| 10/10/07 | Photocopies | $293.50 |
| 10/10/07 | Telephone | $.04 |
| 10/10/07 | Telephone | $.06 |
| 10/10/07 | Telephone | $.10 |
| 10/11/07 | Photocopies | $1.20 |
| 10/11/07 | Telecopier | $5.00 |
| 10/12/07 | Express mail | $11.62 |
| 10/12/07 | Photocopies | $.10 |
| 10/15/07 | Photocopies | $41.30 |
| 10/15/07 | Photocopies | $1.20 |
| 10/15/07 | Photocopies | $.30 |
| 10/15/07 | Photocopies | $.30 |
| 10/16/07 | Expert Retained for Purpose of Recharacterization Trial | $100.00 |
| 10/17/07 | Telecopier | $3.00 |
| 10/16/07 | Telephone | $.04 |
| 10/17/07 | Photocopies | $.90 |
| 10/17/07 | Photocopies | $1.90 |
| 10/17/07 | Photocopies | $.40 |
| 10/18/07 | Photocopies | $313.80 |
| 10/18/07 | Photocopies | $369.80 |

| 10/18/07 | Photocopies | $1,484.00 |
|---|---|---|
| 10/18/07 | Photocopies | $296.80 |
| 10/18/07 | Photocopies | $385.70 |
| 10/18/07 | Telephone | $.04 |
| 10/18/07 | Telephone | $.10 |
| 10/18/07 | Telephone | $.38 |
| 10/18/07 | Outside Photocopy | $19.85 |
| 10/18/07 | Outside Photocopy | $27.00 |
| 10/18/07 | Outside Photocopy | $59.50 |
| 10/18/07 | Outside Photocopy | $36.05 |
| 10/18/07 | Telecopier | $3.00 |
| 10/18/07 | Other Litigation Support Services | $63.20 |
| 10/18/07 | Other Litigation Support Services | $158.80 |
| 10/18/07 | Expert Retained for Purpose of Recharacterization Trial | $1,200.00 |
|  |  |  |
| 10/18/07 | Photocopies | $.20 |
| 10/18/07 | Photocopies | $.20 |
| 10/19/07 | Outside photocopy | $218.33 |
| 10/19/07 | Expert Retained for Purpose of Recharacterization Trial | $800.00 |
| 10/19/07 | Photocopies | $291.10 |
| 10/19/07 | Express mail | $11.57 |
| 10/19/07 | Express mail | $11.57 |
| 10/19/07 | Express mail | $29.61 |
| 10/19/07 | Express mail | $30.04 |
| 10/19/07 | Telephone | $.06 |
| 10/19/07 | Telephone | $.06 |
| 10/19/07 | Telephone | $.10 |
| 10/22/07 | Telephone | $.04 |
| 10/22/07 | Photocopies | $.10 |
| 10/22/07 | Expert Retained for Purpose of Recharacterization Trial | $100.00 |
| 10/22/07 | Photocopies | $.10 |
| 10/23/07 | Expert Retained for Purpose of Recharacterization Trial | $100.00 |
| 10/23/07 | Telephone | $.04 |
| 10/23/07 | Telephone | $.04 |
| 10/23/07 | Telephone | $.04 |
| 10/23/07 | Telephone | $.04 |
| 10/23/07 | Telephone | $.38 |
| 10/24/07 | Word processing | $9.00 |
| 10/24/07 | Word processing | $6.00 |

| 10/24/07 | Telephone | $.04 |
| 10/25/07 | Photocopies | $3.70 |
| 10/25/07 | Photocopies | $34.70 |
| 10/25/07 | Photocopies | $4.00 |
| 10/25/07 | Photocopies | $5.60 |
| 10/25/07 | Photocopies | $228.80 |
| 10/25/07 | Local Travel | $99.00 |
| 10/25/07 | Local Travel | $141.00 |
| 10/25/07 | Local Travel | $9.00 |
| 10/25/07 | Telephone | $.04 |
| 10/25/07 | Professional services | $142.50 |
| 10/25/07 | Professional services | $209.00 |
| 10/25/07 | Client meals | $3.75 |
| 10/25/07 | Photocopies | $42.20 |
| 10/25/07 | Photocopies | $98.40 |
| 10/26/07 | Photocopies | $21.50 |
| 10/26/07 | Word Processing | $9.00 |
| 10/26/07 | Client meeting meal | $28.54 |
| 10/26/07 | Photocopies | $4.00 |
| 10/26/07 | Photocopies | $22.30 |
| 10/26/07 | Photocopies | $11.10 |
| 10/26/07 | Photocopies | $54.40 |
| 10/26/07 | Photocopies | $3.80 |
| 10/26/07 | Telephone | $.04 |
| 10/26/07 | Express mail | $23.80 |
| 10/26/07 | Express mail | $23.80 |
| 10/26/07 | Express mail | $32.71 |
| 10/26/07 | Photocopies | $1.30 |
| 10/27/07 | Photocopies | $.40 |
| 10/28/07 | Photocopies | $5.00 |
| 10/28/07 | Photocopies | $16.50 |
| 10/28/07 | Photocopies | $86.20 |
| 10/28/07 | Photocopies | $59.80 |
| 10/28/07 | Photocopies | $46.80 |
| 10/28/07 | Photocopies | $10.40 |
| 10/28/07 | Local Travel | $32.00 |
| 10/28/07 | Local Travel | $76.00 |
| 10/28/07 | Local Travel | $116.00 |
| 10/28/07 | Local Travel | $7.00 |
| 10/28/07 | Local Travel | $10.00 |
| 10/28/07 | Local Travel | $10.00 |
| 10/29/07 | Telephone | $.04 |
| 10/29/07 | Professional services | $226.16 |
| 10/29/07 | Outside photocopy | $24.98 |
| 10/29/07 | Outside photocopy | $1.29 |

| | | |
|---|---|---|
| 10/29/07 | Photocopies | $99.90 |
| 10/29/07 | Photocopies | $21.60 |
| 10/29/07 | Express mail | $16.97 |
| 10/29/07 | Photocopies | $1.00 |
| 10/29/07 | Photocopies | $8.00 |
| 10/30/07 | Photocopies | $387.80 |
| 10/30/07 | Telephone | $.04 |
| 10/30/07 | Telephone | $.06 |
| 10/30/07 | Photocopies | $55.20 |
| 10/30/07 | Photocopies | $.40 |
| 10/30/07 | Local Travel | $40.80 |
| 10/30/07 | Local Travel | $46.92 |
| 10/30/07 | Local Travel | $58.65 |
| 10/30/07 | Local Travel | $63.24 |
| 10/30/07 | Local Travel | $63.24 |
| 10/30/07 | Local Travel | $67.32 |
| 10/30/07 | Photocopies | $11.40 |
| 10/31/07 | Messenger | $8.00 |
| 10/31/07 | Messenger | $13.00 |
| 10/31/07 | Messenger | $34.00 |
| 10/31/07 | Messenger | $44.00 |
| 10/31/07 | Photocopies | $7.20 |
| 10/31/07 | Photocopies | $77.90 |
| 10/31/07 | Photocopies | $57.00 |
| 10/31/07 | Photocopies | $1.90 |
| 10/31/07 | Photocopies | $16.00 |
| 10/31/07 | Photocopies | $392.50 |
| 10/31/07 | Photocopies | $167.20 |
| 10/31/07 | Photocopies | $1.10 |
| 10/31/07 | Photocopies | $1.10 |
| 10/31/07 | Photocopies | $.20 |
| 10/31/07 | Computer Database Research | $268.59 |
| 10/31/07 | Computer Database Research | $37.50 |
| 10/31/07 | Computer Database Research | $804.44 |
| 10/31/07 | Computer Database Research | $104.44 |
| 10/31/07 | Computer Database Research | $259.69 |
| 10/31/07 | Computer Database Research | $331.42 |
| 10/31/07 | Document review meal | $17.27 |
| 10/31/07 | Document review meal | $17.65 |
| 10/31/07 | Document review meal | $17.82 |
| 10/31/07 | Document review meal | $24.13 |
| 10/31/07 | Document review meal | $24.41 |
| 10/31/07 | Document review meal | $15.05 |
| 10/31/07 | Document review meal | $17.15 |
| 10/31/07 | Outside photocopy | $1.24 |

| 10/31/07 | Outside photocopy | $22.61 |
| 10/31/07 | Outside photocopy | $21.25 |
| 10/31/07 | Telephone | $.04 |
| 10/31/07 | Telephone | $.04 |
| 10/31/07 | Telephone | $.04 |
| 10/31/07 | Telephone | $.04 |
| 10/31/07 | Telephone | $.04 |
| 10/31/07 | Telephone | $.06 |
| 10/31/07 | Telephone | $.10 |
| 10/31/07 | Telephone | $.14 |
| 10/31/07 | Telephone | $.30 |
| 10/31/07 | Local Travel | $63.24 |
| 10/31/07 | Local Travel | $117.81 |
| 10/31/07 | Professional services | $40.00 |
| 10/31/07 | Professional services | $63.50 |
| 10/31/07 | Client meals | $16.43 |
| 10/31/07 | Client meals | $17.56 |
| 10/31/07 | Client meals | $18.78 |
| 10/31/07 | Client meals | $19.78 |
| 10/31/07 | Client meals | $19.82 |
| 10/31/07 | Other Litigation Support Services | $217.10 |
| 11/2/07 | Expert Retained for Purpose of Recharacterization Trial | $200.00 |
| **TOTAL:** | | **$36,429.13** |

# **EXHIBIT C**

**David Gray Carlson**
**Professor of Law**
**Cardozo School of Law**
**55 Fifth Avenue**
**New York, N.Y. 10003**
**Soc. Sec. No. 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**

October 9, 2007

**In re American Home Mortgage Holdings, Inc.**

Services rendered between September 26 and October 8,  2007,
for 49.5 hours at $400 per hour

---

**Current invoice $19,800**
**Previous Invoice $26,900**

**Total Due      $46,700**

**Time Spent**

| Date | Time | Description |
|------|------|-------------|
| September 7-24, 2007 | | Invoiced |
| September 26 | 3.5 | Document production |
| September 28 | 0.25 | Telcon with James Tecce |
| September 30 | 0.25 | Telcon with James Tecce |
| October 2 | 5 | Meeting with Richard Shirtzer, Aidan McGlaze. |
| October 3 | 5.75 | Reviewed agreements, key cases; confs with James Tecce |
| October 4 | 7.5 | Reviewed agreements, cases, articles; conf with Richard Shirtzer |
| October 5 | 8.25 | Mtg with Richard Schirtzer, James Tecce, research |
| October 6 | 3.25 | Reviewed agreements |
| October 7 | 5.25 | Reviewed agreements |
| October 9 | 10.5 | Deposition; travel to and from |

49.5 hours

2

**David Gray Carlson**
**Professor of Law**
**Cardozo School of Law**
**55 Fifth Avenue**
**New York, N.Y. 10003**
**Soc. Sec. No. 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**

November 13, 2007

**In re American Home Mortgage Holdings, Inc.**

Services rendered between October 16 and November 2, 2007, for
6 hours at $400 per hour

_____

**Current invoice $2,400**
**Previous Invoice $46,700**

**Total Due    $49,100**

**Time Spent**

| Date | Time | Description |
|------|------|-------------|
| September 7-24, 2007 | | Invoiced |
| September 7-October 9 | | Invoiced |
| October 16 | 0.25 | Conversation with J Tecce re scheduling depo review |
| October 18 | 3 hrs | Reviewed depo |
| October 19 | 2 hrs | Reviewd depo |
| October 22 | 0.25 hrs | Prepared and transmitted list of corrections |
| October 23 | 0.25 hrs | Conversation with J Tecce re scheduling, depo corrections |
| November 2 | 0.5 | Conversation with John Dorsey, James Tecce re testimony, travel arrangements |

6.0 hours

2