IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date: N/A |
| ------------------------------------------------------------------ x | | |

**FIRST MONTHLY APPLICATION OF
LAW OFFICE OF DANIEL C. CONSUEGRA  AS FORECLOSURE SERVICE
PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD August, 6 2007 THROUGH August 31 2007**

Name of Applicant:                                            **Law Office of Daniel C. Consuegra**

Authorized to Provide Professional Services to:   **Debtors and Debtors-in-Possession**

Date of Retention:                                            **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought:                                **August 6, 2007 through August 31, 2007**

Amount of Interim Compensation sought as
actual, reasonable and necessary:                   **$3,875.00**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary:               **$5,159.00**

This is an:   __X__ interim   ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors.
This application includes no fee component in connection with the preparation of Fee
Applications.

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $3,875.00 |
| TOTALS | N/A | $3,875.00 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| **Funds advanced for foreclosure costs (i.e. title searches, searches, service of process, filing fees, clerk fees and sale fees)** | N/A | **$5,159.00** |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA      )

                               )    SS: 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

COUNTY OF HILLSBOROUGH  )

           Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

           1.    I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

           2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

           3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

           4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                   Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 3 day of December, 2007.

Notary Public

Jennifer L Lewis
MY COMMISSION # DD582547 EXPIRES
August 7, 2010
BONDED THRU TROY FAIN INSURANCE INC.

                                        066585.1001

# Law Offices ofDaniel C. Consuegra
## Attorneys at Law

Daniel C. Consuegra
Jennifer A. Sesta

---

Peter E. Lanning
Amanda R. Duffy
Laura L. Walker

9204 King Palm Drive
Tampa, Florida 33619-1328
Tel: (813) 915-8660
Fax: (813) 915-0559
dan@consuegralaw.com
www.consuegralaw.com

July 12, 2007

RE: American Home Mortgage\AHM Rates

| | | |
|---|---|---|
| 1. | <u>Demand Letter</u>: Fee Incurred and billed when sent. | $50.00 |
| 2. | <u>Foreclosure Lawsuit</u>: From Complaint to sale. Covers one court appearance. Half fee incurred and billed when suit filed, and half when sale occurs or case closed. | $1,200.00 |
| 3. | <u>Answer Foreclosure Lawsuit</u>: From Complaint to conclusion. Fee incurred and billed at the time the answer is filed. | $200.00 |
| 4. | <u>Deed in Lieu of Foreclosure</u>: Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments; assist in delivery of title insurance commitment. Fee incurred and billed when deed recorded or case closed. | $350.00 |
| 5. | <u>Writ of Possession After Foreclosure</u>. Fee incurred and billed when writ filed. | $350.00 |
| 6. | <u>Bankruptcy Prepare Proof of Claim</u>: approve Chapter 13 Plan; monitor initial payments. Fee incurred and billed when filed. | $200.00 |
| 7. | <u>Bankruptcy, Motion to Lift Stay</u>: covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 8. | <u>Bankruptcy, Response to Motion to Value, Motion to redeem, or Motion to avoid Lien</u>: covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 9. | <u>Bankruptcy, Objection to Plan or Proof of Claim</u>: covers one court appearance. Fee incurred and billed when filed. | $375.00 |

Page 2

10. <u>Stipulation</u>: Prepare and file stipulation, secure order            $250.00
    ratifying. Fee incurred and billed at the time the
    stipulation is prepared.

11. <u>Reset Sale</u>: Prepare and file motion to reset sale,               $350.00
    publish, and attend the new sale. Fee incurred
    and billed at the time the motion is filed.

The above are flat fees for standard, uncontested matters in Florida. If a matter
becomes contested or complicated, it will be billed hourly.  The hourly rate is
$150.00.  Costs are in addition to the fees herein set forth.

Date 11/15/07

Invoice Listing

DANIEL C. CONSUEGRA

## POSTPETITION

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 1 | 106581 | 11/3/07 | $350.00 | $0.00 | $350.00 |
| 2 | 106665 | 11/3/07 | $534.50 | $0.00 | $534.50 |
| 3 | 106399 | 11/3/07 | $143.50 | $0.00 | $143.50 |
| 4 | 106404 | 11/3/07 | $428.50 | $0.00 | $428.50 |
| 5 | 106654 | 11/3/07 | $148.50 | $0.00 | $148.50 |
| 6 | 106651 | 11/3/07 | $189.50 | $0.00 | $189.50 |
| 7 | 106373 | 11/3/07 | $623.50 | $0.00 | $623.50 |
| 8 | 106652 | 11/3/07 | $143.50 | $0.00 | $143.50 |
| 9 | 106664 | 11/3/07 | $143.50 | $0.00 | $143.50 |
| 10 | 106286 | 11/3/07 | $125.00 | $0.00 | $125.00 |
| 11 | 106304 | 11/3/07 | $295.00 | $0.00 | $295.00 |
| 12 | 106629 | 11/3/07 | $143.50 | $0.00 | $143.50 |
| 13 | 106634 | 11/3/07 | $343.50 | $0.00 | $343.50 |
| 14 | 106448 | 11/3/07 | $183.50 | $0.00 | $183.50 |
| 15 | 106445 | 11/3/07 | $143.50 | $0.00 | $143.50 |
| 16 | 106440 | 11/3/07 | $63.50 | $0.00 | $63.50 |
| 17 | 106247 | 11/3/07 | $193.00 | $0.00 | $193.00 |
| 18 | 106439 | 11/3/07 | $185.00 | $0.00 | $185.00 |
| 19 | 106430 | 11/3/07 | $395.50 | $0.00 | $395.50 |
| 20 | 106256 | 11/3/07 | $401.00 | $0.00 | $401.00 |
| 21 | 106257 | 11/3/07 | $192.50 | $0.00 | $192.50 |
| 22 | 106258 | 11/3/07 | $365.50 | $0.00 | $365.50 |
| 23 | 105851 | 11/3/07 | $350.00 | $0.00 | $350.00 |
| 24 | 106276 | 11/3/07 | $280.00 | $0.00 | $280.00 |
| 25 | 106275 | 11/3/07 | $279.50 | $0.00 | $279.50 |
| 26 | 106274 | 11/3/07 | $281.00 | $0.00 | $281.00 |
| 27 | 106273 | 11/3/07 | $372.50 | $0.00 | $372.50 |
| 28 | 106375 | 11/3/07 | $188.00 | $0.00 | $188.00 |
| 29 | 106419 | 11/3/07 | $354.50 | $0.00 | $354.50 |
| 30 | 106279 | 11/3/07 | $504.50 | $0.00 | $504.50 |
| 31 | 106281 | 11/3/07 | $362.00 | $0.00 | $362.00 |
| 32 | 106282 | 11/3/07 | $327.00 | $0.00 | $327.00 |
| **GRAND TOTAL** | | | **$9,034.00** | **$0.00** | **$9,034.00** |

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing/

Account No. 1001221730
Our File No. 08966-ANS
Status - Answer

Invoice Number 106581

Tax ID # 59-2885854

Professional services:

8/1/07 Flat fee to answer foreclosure lawsuit          200.00

Professional Costs:

8/7/07- Title Search                                    150.00

Total Amount This Invoice                              $350.00

Total Current Charges                                  $350.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001109973
Our File No. 09060
Status - Foreclosure
Invoice Number  106665

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 8/16/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 8/13/07- | Hydra Skip Trace | 45.00 |
| 8/14/07- | Service of Process | 345.00 |
| 8/16/07- | Record Assignment of Mortgage | 18.50 |
| 8/16/07- | Indexing Fee | 1.00 |

| | |
|---|---:|
| Total Amount This Invoice | $534.50 |
| Total Current Charges | $534.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

Account No. 1001246387
Our File No. 09059

Status - Fcl

Invoice Number 106399

Tax ID # 59-2885854

Professional services:

8/10/07  Flat fee for Assignment of Mortgage.                    125.00

Professional Costs:

8/16/07- Record Assignment of Mortgage                            18.50

Total Amount This Invoice                         $143.50

Total Current Charges                            $143.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU******

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

　　Account No. 1001220330
　　Our File No. 09033

Status - Foreclosure

Invoice Number 106404

Tax ID # 59-2885854

　　Professional services:

8/16/07  Flat fee to prepare assignment of mortgage.            125.00

　　Professional Costs:

8/16/07- Title Search                                           275.00
8/16/07- Record Assignment of Mortgage                          18.50
8/29/07- Srvc of Process                                        10.00

　　　　　Total Amount This Invoice                            $428.50


　　　　　Total Current Charges                                $428.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

     Account No. 1001228661
     Our File No. 09058
     Status - Foreclosure

     Invoice Number  106654

Tax ID # 59-2885854

     Professional services:

8/16/07   Flat fee for Assignment of Mortgage.                    125.00

     Professional Costs:

8/15/07-  Service of Process                                        5.00
8/16/07-  Record Assignment of Mortgage                           18.50

     Total Amount This Invoice                               $148.50

     Total Current Charges                                   $148.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001424963
    Our File No. 09091
    Status - Foreclosure

    Invoice Number 106651

Tax ID # 59-2885854

    Professional services:

8/16/07  Flat fee to prepare assignment of mortgage.                    125.00

    Professional Costs:

8/13/07 - Skip Trace                                                      45.00
8/16/07 - Record Assignment of Mortgage                                  18.50
9/10/07 - Indexing Fee                                                     1.00

    Total Amount This Invoice                                          $189.50

    Total Current Charges                                             $189.50

                    PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
SUITE 200
4600 REGENT BLVD
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE,
     ACCOUNT NO. 1001647627
     OUR FILE NO. 09132

STATUS- Foreclosure

Invoice Number  106373

Tax ID # 59-2885854

        Professional services:

8/10/07  Flat fee for foreclosure lawsuit - second half.          600.00

        Professional Costs:

8/10/07- Recording of Dismissal                                    23.50

        Total Amount This Invoice                                 $623.50

        Total Current Charges                                     $623.50

              PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE: American Home Mortgage Servicing

Account No. 1001298051
Our File No. 08987
Status - Foreclosure

Invoice Number 106652

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 8/16/07  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 8/16/07- Record Assignment of Mortgage | 18.50 |
| Total Amount This Invoice | $143.50 |
| Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing.

Account No. 1001166267
Our File No. 09151
Status - Foreclosure
Invoice Number 106664

Tax ID # 59-2885854

Professional services:

8/16/07   Flat fee to prepare assignment of mortgage.                    125.00

Professional Costs:

8/16/07- Record Assignment of Mortgage                                     18.50

Total Amount This Invoice                                                  $143.50

Total Current Charges                                                      $143.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001330111
Our File No. 09154

Status - Fcl/BK Filed

Invoice Number 106286

Tax ID # 59-2885854

Professional services:

8/9/07   Flat fee to prepare assignment of mortgage.          125.00

Total Amount This Invoice                          $125.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU******

sls

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328

**813/915-8660**

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
SUITE 200
4600 REGENT BLVD
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001607414
Our File No. 09136
Status - Foreclosure

Invoice Number  106304

Tax ID # 59-2885854

Professional services:

8/7/07  Flat fee to prepare assignment of mortgage.          125.00

Professional Costs:

8/7/07- Service of Process                                   170.00

Total Amount This Invoice                        $295.00

Total Current Charges                            $295.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

   Account No. 1001554693
   Our File No. 09141
   Status - Foreclosure

Invoice Number  106629

Tax ID # 59-2885854

   Professional services:

8/16/07   Flat fee to prepare assignment of mortgage.        125.00

   Professional Costs:

8/16/07- Record Assignment of Mortgage                        18.50

   Total Amount This Invoice                                 $143.50

   Total Current Charges                                     $143.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing

Account No. 1001555159
Our File No. 09131
Status - Foreclosure

Invoice Number   106634

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 8/16/07   Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 8/8/07-  Service of Process | 200.00 |
| 8/16/07- Record Assignment of Mortgage | 18.50 |
| Total Amount This Invoice | $343.50 |
| Total Current Charges | $343.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001517606
Our File No. 09126
Status - Foreclosure

Invoice Number  106448

Tax ID # 59-2885854

Professional services:

8/16/07  Flat fee to prepare assignment of mortgage.        125.00

Professional Costs:

8/15/07- Service of Process                                  40.00
8/16/07- Record Assignment of Mortgage                       18.50

Total Amount This Invoice                        $183.50

Total Current Charges                            $183.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001554554
Our File No. 09142

Status - Foreclosure

Invoice Number  106445

Tax ID # 59-2885854

Professional services:

8/16/07  Flat fee to prepare assignment of mortgage.            125.00

Professional Costs:

8/16/07- Record Assignment of Mortgage                           18.50

Total Amount This Invoice                                       $143.50

Total Current Charges                                          $143.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing.

         Account No. 1001408850
         Our File No. 09134
         Status - Foreclosure

         Invoice Number  106440

Tax ID # 59-2885854

         Professional Costs:

8/8/07- Skip Trace                                          45.00
8/16/07- Record Assignment of Mortgage                      18.50

         Total Amount This Invoice                          $63.50

                    PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU******

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing
      Account No. 1001178651
      Our File No. 09139
      Status - Foreclosure

      Invoice Number  106247

Tax ID # 59-2885854

      Professional Costs:

8/8/07- Skip Trace                                45.00
8/10/07- Service of Process                      148.00
                                              _____
      Total Amount This Invoice                 $193.00

              PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing.

        Account No. 1001257092
        Our File No. 09125
        Status - Foreclosure

        Invoice Number  106439

Tax ID # 59-2885854

        Professional Costs:

8/8/07- Service of Process                                    185.00

        Total Amount This Invoice                            $185.00

                PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing/

      Account No. 1001406882
      Our File No. 09130
      Status - Foreclosure

Invoice Number  106430

Tax ID # 59-2885854

      Professional services:

8/16/07  Flat fee to prepare assignment of mortgage.          125.00

      Professional Costs:

8/9/07-  Service of Process                                    252.00
8/16/07- Record Assignment of Mortgage                          18.50

      Total Amount This Invoice                                $395.50


      Total Current Charges                                    $395.50


            PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
            *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing/

Account No. 1001586388
Our File No. 09129
Status - Foreclosure

Invoice Number 106256

Tax ID # 59-2885854

Professional Costs:

8/7/07- Service of Process                                    356.00
8/8/07- Skip Trace                                            45.00
                                                            ─────────
Total Amount This Invoice                                   $401.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU******

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing/
       Account No. 1001508570
       Our File No. 09090
       Status - Foreclosure

Invoice Number    106257

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 8/16/07  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 8/15/07- Service of Process | 49.00 |
| 8/16/07- Record Assignment of Mortgage | 18.50 |

Total Amount This Invoice    $192.50

Total Current Charges    $192.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

    Account No. 1001022859
    Our File No. 09057
    Status - Foreclosure

Invoice Number 106258

Tax ID # 59-2885854

    Professional services:

8/7/07   Flat fee to prepare assignment of mortgage.                125.00

    Professional Costs:

8/7/07-  Service of Process                                         222.00
8/16/07- Record Assignment of Mortgage                               18.50

    Total Amount This Invoice                                     $365.50

    Total Current Charges                                        $365.50

              PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU******

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    AMERICAN HOME MORTGAGE
       ACCOUNT NO. 1001346588
       OUR FILE NO. 09127-ANS
       STATUS- Answer

       Invoice Number   105851

Tax ID # 59-2885854

       Professional services:

8/8/07   Flat fee to answer foreclosure/monitor.          200.00

       Professional Costs:

8/8/07- Title Search                                      150.00

       Total Amount This Invoice                         $350.00

       Total Current Charges                             $350.00

                PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing

    Account No. 1001119588
    Our File No. 09128
    Status - Foreclosure

Invoice Number 106276

Tax ID # 59-2885854

    Professional Costs:

8/7/07- Service of Process                                    280.00

    Total Amount This Invoice                                $280.00

            PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
            *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001605443
Our File No. 09083
Status - Foreclosure

Invoice Number   106275

Tax ID # 59-2885854

Professional services:

8/9/07   Flat fee to prepare assignment of mortgage.          125.00

Professional Costs:

8/9/07-  Service of Process                                   136.00
8/16/07- Record Assignment of Mortgage                         18.50

         Total Amount This Invoice                           $279.50

         Total Current Charges                               $279.50

                    PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU******

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001080966
Our File No. 09085
Status - Foreclosure

Invoice Number 106274

Tax ID # 59-2885854

Professional services:

8/7/07   Flat fee to prepare assignment of mortgage.          125.00

Professional Costs:

8/7/07-  Service of Process                                   137.50
8/16/07- Record Assignment of Mortgage                         18.50

Total Amount This Invoice                     $281.00

Total Current Charges                         $281.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing/.

        Account No. 1001114437
        Our File No. 09027
        Status - Foreclosure

        Invoice Number 106273

Tax ID # 59-2885854

        Professional services:

8/7/07   Flat fee to prepare assignment of mortgage.                    125.00

        Professional Costs:

8/10/07- Service of Process                                             229.00
8/16/07- Record Assignment of Mortgage                                   18.50

        Total Amount This Invoice                                       $372.50

        Total Current Charges                                           $372.50

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 3, 2007

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
4600 REGENT BLVD STE. 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage,
      Account No. 1000871466
      Our File No. 09061
      Status- Foreclosure

      Invoice Number  106375

Tax ID # 59-2885854

      Professional Costs:

8/10/07- Service of Process                                     188.00
                                                             _____

      Total Amount This Invoice                               $188.00

              PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

      Account No. 1001225810
      Our File No. 09157
      Status - Foreclosure

      Invoice Number 106419

Tax ID # 59-2885854

      Professional services:

8/16/07  Flat fee to prepare assignment of mortgage.          125.00

      Professional Costs:

8/10/07- Service of Process                                   210.00
8/16/07- Record Assignment of Mortgage                         18.50
8/16/07- Indexing Fee                                           1.00

      Total Amount This Invoice                              $354.50


      Total Current Charges                                 $354.50


              PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 100065887
Our File No. 09159
Status - Foreclosure

Invoice Number 106279

Tax ID # 59-2885854

Professional services:

8/7/07   Flat fee to prepare assignment of mortgage.                        125.00

Professional Costs:

8/7/07- Service of Process                                                  360.00
8/16/07- Record Assignment of Mortgage                                       18.50
9/18/07 - Indexing Fee                                                        1.00

Total Amount This Invoice                                                   $504.50

Total Current Charges                                                       $504.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007.

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001254856
Our File No. 09140
Status - Foreclosure

Invoice Number  106281

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 8/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 8/7/07- | Service of Process | 235.00 |
| 8/7/07- | Clerk's Additional Filing Fee | 2.00 |

Total Amount This Invoice    $362.00

Total Current Charges    $362.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 3, 2007

**Revised OCP Invoices**

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001211996
Our File No. 09135
Status - Foreclosure

Invoice Number 106282

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 8/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 8/7/07- | Service of Process | 202.00 |
| | Total Amount This Invoice | $327.00 |
| | Total Current Charges | $327.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa