IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
:
: **Hearing Date: December 12, 2007 at 10:00 a.m.**
: **Ref. Nos. 284 & 1176**
------------------------------------------------------------ x

**NOTICE OF SECOND STIPULATION BETWEEN CERTAIN DEBTORS AND
ABN AMRO BANK N.V. REGARDING POST-PETITION ADVANCES
AND SALE OF CONSTRUCTION LOAN PORTFOLIO; ORDER THEREON**

TO:  THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; COUNSEL FOR THE COMMITTEE; COUNSEL FOR BANK OF AMERICA, N.A.; COUNSEL TO THE DEBTORS' POSTPETITION LENDERS; AND ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

**PLEASE TAKE NOTICE** that in connection with and furtherance of the *Stipulation Between Certain Debtors and ABN AMRO Bank N.V.; Order Thereon* and the *Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding Marketing and Sale of Certain Construction Loans and Servicing Rights; and Order Thereon*, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., and American Home Mortgage Servicing, Inc., each a debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have entered into the *Second Stipulation between Certain Debtors and ABN AMRO Bank N.V. Regarding Post-Petition Advances and Sale of Construction Loan Portfolio; Order Thereon*, a copy of which is annexed hereto as Exhibit A (the "Stipulation").

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Stipulation for approval by the Court at the hearing scheduled for December 12, 2007 at 10:00 a.m. (ET).

Dated: Wilmington, Delaware
December 4, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession