# EXHIBIT A

Budget

## Budget for Construction and Renovation Lending

| | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Feb-08 | Mar-08 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Projected Expenses** | | | | | | | | |
| Inspections | 28,000 | 25,200 | 22,680 | 18,700 | 12,700 | 10,900 | 9,400 | 5,100 |
| Appraisals | 4,500 | 4,050 | 3,240 | 2,916 | 2,624 | 2,362 | 2,126 | 1,913 |
| Data Processing | 3,000 | 3,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Overnight & Postage | 3,500 | 3,150 | 2,520 | 2,268 | 2,041 | 1,837 | 1,653 | 1,488 |
| Facilities | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 |
| Salaries | 106,536 | 106,536 | 94,697 | 101,187 | 92,967 | 176,301 | 92,968 | 261,467 |
| Benefits | 13,000 | 13,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Misc | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Total Expenses | 168,036 | 164,436 | 140,137 | 142,071 | 127,333 | 208,400 | 123,147 | 286,968 |
| **Actual Expenses** | 128,822 | 122,970 | | | | | | |