IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11

In re: :

: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware corporation, et al., : Jointly Administered

:
Debtors. : Doc. Ref. Nos. 241, 741 and 2207
:
------------------------------------------------------------------ x

**SECOND SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI IN
CONNECTION WITH RETENTION OF QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP AS SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS
COUNSEL TO THE DEBTORS PURSUANT TO SECTION 327(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

SUSHEEL KIRPALANI, hereby declares, under penalty of perjury:

1. I am a member of the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("**Quinn Emanuel**" or the "**Firm**"), a law firm with offices at 51 Madison Avenue, New York, New York 10010, and in Los Angeles, San Francisco, and Silicon Valley, California.

2. I submit this second supplemental declaration (the "**Second Supplemental Declaration**") in connection with the retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as special investigatory, litigation and conflicts counsel to the Debtors pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

3. An Order approving the Application For an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP as Special Investigatory, Litigation and Conflicts Counsel To the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 241] (the "**Application**") was entered by the Court on September 13, 2007 [Docket No. 741].

61106-K/2313888.1

4. On August 20, 2007, Quinn Emanuel filed an initial declaration (the "**Initial Declaration**") of Susheel Kirpalani in support of the Application.

5. On November 28, 2007, Quinn Emanuel filed a supplemental declaration (the "**Supplemental Declaration**") of Susheel Kirpalani in support of the Application.

6. As stated in the Initial Declaration and the Supplemental Declaration (collectively, the "**Declarations**"), Quinn Emanuel conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Initial Declaration summarizes the results of these searches. The purpose of this Second Supplemental Declaration is to update and clarify the representations disclosed in the Declarations; as demonstrated below, Quinn Emanuel remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

7. Quinn Emanuel currently represents Lehman Brothers Inc. ("**Lehman**") in pending litigation in a California state court in Orange County, California. Quinn Emanuel undertook that litigation after obtaining an explicit waiver from Lehman permitting the Firm to commence litigation against Lehman in unrelated cases.

8. Deutsche Bank Securities Inc. ("**Deutsche Bank**") is a member of a consortium of creditors that have engaged Quinn Emanuel to represent their interests in another bankruptcy case. Deutsche Bank has waived any potential conflict of interest that might arise from Quinn Emanuel's commencement of litigation against Deutsche Bank in unrelated bankruptcy matters.

9. Except as specifically disclosed in this Second Supplemental Declaration and the previously filed Declarations, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection

61106-K/2313888.1    2

with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee. To the extent that Quinn Emanuel becomes aware of any additional relationships and/or connections that may be relevant to Quinn Emanuel's representation of the Debtors, an additional supplemental declaration will be filed.

        10.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

New York, New York
December 4, 2007

                                  /s/ Susheel Kirpalani

                                  A Member of the Firm