UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Related to Docket No. 2166 |

## SECURITY CONNECTIONS, INC.'S LIMITED OBJECTION TO NOTICE OF INTERIM PERIOD CURE SCHEDULE

Security Connections, Inc. ("SCI"), by and through its undersigned counsel, hereby objects to the Notice of Interim Period Cure Schedule [Docket No. 2166] (the "Schedule") for the reasons set forth in the Notice of Cure Amount Due Security Connections, Inc. [Docket No. 2140] (the "Notice"), which Notice is attached hereto as Exhibit "A" and incorporated by reference herein.

**WHEREFORE**, and for the reasons set forth in the Notice, SCI objects to the Schedule and prays that the Court set SCI's cure amounts consistent with the Notice.

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

Attorneys for Security Connections, Inc.

Dated: December 5, 2007

553707 2 12/5/07