IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
            Debtors.                                             :  Ref. Docket Nos. 2090, 2092, 2094, 2096, 2102, 2104,
                                                                 :  2106, 2108, 2116, 2117, 2118, 2125, and 2153
---------------------------------------------------------------- x

**DEBTORS' RESERVATION OF RIGHTS AS TO CERTAIN MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NOS. 2090, 2092, 2094, 2096, 2102, 2104, 2106, 2108, 2116, 2117, 2118, 2125, and 2153]**

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), hereby file this reservation of rights (the "Reservation of Rights") with respect to certain motions for relief from stay (the "Motions") filed by mortgagees (the "Senior Mortgagees") seeking to foreclose upon real property (the "Property") in which the Debtors have (or may have) a junior mortgage interest.[2]

The Debtors generally consent to the relief sought in the Motions and are willing to stipulate that "cause" for relief from the stay exists within the meaning of 11 U.S.C. § 362(d)(1). The Debtors have reviewed the proposed forms of order (the "Proposed Orders")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The Motions, listed by Senior Mortgagee and Docket Number(s) only, are as follows: Wells Fargo Bank, N.A. (D.I. 2090, 2104, and 2117); Aurora Loan Services, LLC (D.I. 2092 and 2108); Countrywide Home Loans (D.I. 2094, 2096, 2118, and 2153); Bank of New York as Trustee c/o Countrywide Home Loans, Inc (D.I. 2102, 2106, and 2116) and Forum Credit Union (D.I. 2125).

and note that nothing in the proposed orders affect the automatic stay in effect for other purposes, e.g., to protect any surplus from the foreclosure sales that might inure to the Debtors' account. Moreover, the Proposed Orders do not constitute a determination that the Debtors hold any interest in the Property or estop the Debtors from denying that they hold any interest in the Property.

Consistent with the terms of the Proposed Orders, the Debtors reserve all rights with respect to the Properties, including, but not limited to, the Debtors' right to protect their interests under applicable non-bankruptcy law.

Dated:   Wilmington, Delaware
         December 5, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret B. Whiteman*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession