UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | CASE NO. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| _____/ | |
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE SERVICING, INC., | CASE NO. 07-11050 (CSS) |
| Debtor. | |
| _____/ | |

## PALM BEACH COUNTY TAX COLLECTOR'S WITHDRAWAL OF CLAIM NO. 1987

ANNE M. GANNON, Tax Collector, Palm Beach County ("Tax Collector") files this withdrawal of her Claim No. 1987 filed in the above-referenced matter for 2007 real estate taxes on parcel control number 08-43-45-16-01-042-0020. The taxes were paid on November 30, 2007.

Brian T. Hanlon, Esq.
Florida Bar No. 962562
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Fax: (561) 355-1110
Email: tc_legal_services@co.palm-beach.fl.us

By: _____
Agent and Attorney-in-Fact for Anne M. Gannon
Tax Collector, Palm Beach County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim No. 1987* has been provided this 30th day of November, 2007, by United States mail, postage prepaid, to **Young, Conaway, Stargatt & Taylor, LLP**, <u>Attn: Pauline K. Morgan, Esq.</u>, Attorneys for Debtors, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801; and **EPIQ Bankruptcy Solutions, LLC**, <u>Attn: American Home Mortgage Claims</u>, Claims Agent, Post Office Box 5076, FDR Station, New York, New York 10150-5076.

Brian T. Hanlon, Esq.

N:\Legal Services\WIP\A\American Home Mortgage Holdings\Withdrawal of Claim No 1987.doc