IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                        : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
                    Debtors.                                 :
                                                             : Objection Deadline: December 26, 2007 @ 4 pm (ET)
                                                             :
------------------------------------------------------------ x Doc. Ref. Nos: 192 & 643 & 754 & 1129
```

**NOTICE OF FILING OF THIRD SUPPLEMENTAL LIST OF
ORDINARY COURSE PROFESSIONALS**

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE
PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF
AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS'
POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE
COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER
DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage
Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance,
Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM
Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York
corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability
company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great
Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

supplemental list of ordinary course professionals (the "Supplemental List") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before December 26, 2007 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.**

Dated:  December 5, 2007
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Margaret W* (4652)

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

SUPPLEMENTAL LIST

## Exhibit A to Fourth Supplemental Notice

| Law Firm | Law firm Service Address | Proposed Cap | Services |
|---|---|---|---|
| Phelan Hallinan & Schmieg, LLP | 1617 John F. Kennedy Blvd., Suite 1400, Philadelphia, PA 19103-1814 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Reimer, Lorber & Arnovits Co., L.P.A. | 2450 Edison Blvd., Twinsburg, OH 44087 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Hunt Leibert | Attn: Linda St. Peirre, Esq. 50 Weston Street, Hartford, CT 06120 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Seale Smith Zuber & Barnette | 8550 United Plaza Blvd., Suite 200, Baton Rouge, LA 70809 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Pite Duncan, LLP | P.O. Box 12289, El Cajon, CA 92022-2289 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| The Hopp Law Firm | P.O. Box 8539, Denver, CO 80201 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Goldbeck McCafferty & McKeever | Suite 5000, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| McCaffrey Professional Association | 163 Water St, Ste B4, P.O. Box 616, Exeter, NH 03833 | $75,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Knuckles & Komosinski, P.C. | 220 White Plains Rd, 4th Floor, Tarrytown, NY 10591 | $75,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Brennan, Recupero, Cascione, Scungio & McAllister LLP | 362 Broadway, Providence, RI, 02909 | $75,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Mackie Wolf & Zientz | 14180 N Dallas Parkway Pacific Ctr, Ste 660, Dallas, TX 75254 | $75,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Kohn Rath & Meyer | 10719 Rt 116, P.O. Box 340, Hiensburg, VT 05461 | $75,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Yarling & Robinson | 151 North Delaware St, Ste 1535, P.O. Box 44128, Indianapolis, IN 46204 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |
| Fisher & Shapiro, LLC | 4201 Lake Cook Road, Northbrook, IL 60062 | $35,000 per month | Legal counsel for bankruptcy and foreclosure matters |