IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------- x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | |
| a Delaware corporation, et al., : | Jointly Administered |
| : | |
| Debtors. : | Objection Deadline: |
| | Hearing Date: N/A |
| ------------------------------------------------------------- x | |

**SECOND MONTHLY APPLICATION OF LAW OFFICES OF DANIEL C. CONSUEGRA AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD September 1, 2007 THROUGH September 30, 2007**

Name of Applicant: **Law Offices of Daniel C. Consuegra**

Authorized to Provide Professional Services to: **Debtors and Debtors-in-Possession**

Date of Retention: **Effective as of September 1, 2007**

Period for which compensation and reimbursement is sought: **September 1, 2007 through September 30, 2007**

Amount of Interim Compensation sought as actual, reasonable and necessary: **$71,275.00**

Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: **$73,198.50**

This is an:   __X__ interim   ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | August 6, 2007 through August 31, 2007 | $3,875.00 | $5,159.00 | Pending | Pending |

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $71,275.00 |
| TOTALS | N/A | $71,275.00 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs (i.e. title searches, searches, service of process, filing fees, clerk fees and sale fees) | N/A | $73,198.50 |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA      )
                              )     SS: 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

COUNTY OF HILLSBOROUGH   )

            Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

            1.     I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

            2.     I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

            3.     The services and expenses were performed and incurred within the month subject to the foregoing Application.

            4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                                    Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 4 day of December, 2007.

Notary Public

                                  **Shelley A. Eggleston**
                                  Commission # DD345671
                                  Expires September 17, 2008
                                  Bonded Troy Fain • Insurance, Inc. 800-000-7010

                          

# Law Offices of Daniel C. Consuegra
## Attorneys at Law

Daniel C. Consuegra
Jennifer A. Sesta

—————————

Peter E. Lanning
Amanda R. Duffy
Laura L. Walker

9204 King Palm Drive
Tampa, Florida 33619-1328
Tel: (813) 915-8660
Fax: (813) 915-0559
dan@consuegralaw.com
www.consuegralaw.com

July 12, 2007

RE: American Home Mortgage\AHM Rates

### Foreclosure Professional Flat Fees

| | | |
|---|---|---:|
| 1. | Demand Letter: Fee Incurred and billed when sent. | $50.00 |
| 2. | Foreclosure Lawsuit: From Complaint to sale. Covers one court appearance. Half fee incurred and billed when suit filed, and half when sale occurs or case closed. | $1,200.00 |
| 3. | Answer Foreclosure Lawsuit: From Complaint to conclusion. Fee incurred and billed at the time the answer is filed. | $200.00 |
| 4. | Deed in Lieu of Foreclosure: Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments; assist in delivery of title insurance commitment. Fee incurred and billed when deed recorded or case closed. | $350.00 |
| 5. | Writ of Possession After Foreclosure. Fee incurred and billed when writ filed. | $350.00 |
| 6. | Bankruptcy Prepare Proof of Claim: Approve Chapter 13 Plan; monitor initial payments. Fee incurred and billed when filed. | $200.00 |
| 7. | Bankruptcy, Motion to Lift Stay: Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 8. | Bankruptcy, Response to Motion to Value, Motion to redeem, or Motion to avoid Lien: Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |

Page 2

9.  Bankruptcy, Objection to Plan or Proof of Claim: Covers          $375.00
    one court appearance. Fee incurred and billed when filed.

10. Stipulation: Prepare and file stipulation, secure order          $250.00
    ratifying. Fee incurred and billed at the time the
    stipulation is prepared.

11. Reset Sale: Prepare and file motion to reset sale,              $350.00
    publish, and attend the new sale. Fee incurred
    and billed at the time the motion is filed.

12. Assignment: Prepare, have executed and recorded. Fee            $125.00
    incurred and billed when prepared.

13. Title Claim: Prepare and send secure resolution. Fee incurred   $300.00
    and billed when claim sent.

Date 11/30/07                   DANIEL C. CONSUEGRA
                     Invoice Listing for September 2007 invoices

|    | Invoice # | Date       | Billed      | Paid   | Balance     |
|----|-----------|------------|-------------|--------|-------------|
| 1  | 107224    | 11/10/2007 | $1,365.50   | $0.00  | $1,365.50   |
| 2  | 107234    | 11/10/2007 | $1,453.50   | $0.00  | $1,453.50   |
| 3  | 107226    | 11/10/2007 | $1,704.00   | $0.00  | $1,704.00   |
| 4  | 107229    | 11/10/2007 | $1,372.50   | $0.00  | $1,372.50   |
| 5  | 107403    | 11/10/2007 | $2,148.00   | $0.00  | $2,148.00   |
| 6  | 107236    | 11/10/2007 | $1,465.00   | $0.00  | $1,465.00   |
| 7  | 107235    | 11/10/2007 | $70.00      | $0.00  | $70.00      |
| 8  | 107238    | 11/10/2007 | $1,815.00   | $0.00  | $1,815.00   |
| 9  | 107240    | 11/10/2007 | $1,301.00   | $0.00  | $1,301.00   |
| 10 | 107241    | 11/10/2007 | $350.00     | $0.00  | $350.00     |
| 11 | 107243    | 11/10/2007 | $350.00     | $0.00  | $350.00     |
| 12 | 107244    | 11/10/2007 | $1,365.00   | $0.00  | $1,365.00   |
| 13 | 107246    | 11/10/2007 | $1,518.00   | $0.00  | $1,518.00   |
| 14 | 107247    | 11/10/2007 | $1,491.50   | $0.00  | $1,491.50   |
| 15 | 107249    | 11/10/2007 | $1,544.00   | $0.00  | $1,544.00   |
| 16 | 107250    | 11/10/2007 | $1,581.00   | $0.00  | $1,581.00   |
| 17 | 107254    | 11/10/2007 | $1,340.00   | $0.00  | $1,340.00   |
| 18 | 107255    | 11/10/2007 | $1,399.50   | $0.00  | $1,399.50   |
| 19 | 107381    | 11/10/2007 | $1,544.00   | $0.00  | $1,544.00   |
| 20 | 107261    | 11/10/2007 | $1,695.00   | $0.00  | $1,695.00   |
| 21 | 107382    | 11/10/2007 | $1,527.50   | $0.00  | $1,527.50   |
| 22 | 106989    | 11/10/2007 | $1,462.00   | $0.00  | $1,462.00   |
| 23 | 106990    | 11/10/2007 | $350.00     | $0.00  | $350.00     |
| 24 | 106991    | 11/10/2007 | $1,203.00   | $0.00  | $1,203.00   |
| 25 | 106992    | 11/10/2007 | $1,481.00   | $0.00  | $1,481.00   |
| 26 | 106997    | 11/10/2007 | $1,399.50   | $0.00  | $1,399.50   |
| 27 | 107417    | 11/10/2007 | $750.00     | $0.00  | $750.00     |
| 28 | 107343    | 11/10/2007 | $36.50      | $0.00  | $36.50      |
| 29 | 107056    | 11/10/2007 | $1,309.50   | $0.00  | $1,309.50   |
| 30 | 107021    | 11/10/2007 | $875.00     | $0.00  | $875.00     |
| 31 | 107347    | 11/10/2007 | $649.50     | $0.00  | $649.50     |
| 32 | 107024    | 11/10/2007 | $1,432.50   | $0.00  | $1,432.50   |
| 33 | 107030    | 11/10/2007 | $1,434.50   | $0.00  | $1,434.50   |
| 34 | 107035    | 11/10/2007 | $1,486.50   | $0.00  | $1,486.50   |
| 35 | 107036    | 11/10/2007 | $1,462.00   | $0.00  | $1,462.00   |
| 36 | 107046    | 11/10/2007 | $1,591.50   | $0.00  | $1,591.50   |
| 37 | 107044    | 11/10/2007 | $1,449.00   | $0.00  | $1,449.00   |
| 38 | 107047    | 11/10/2007 | $1,395.50   | $0.00  | $1,395.50   |
| 39 | 107058    | 11/10/2007 | $1,133.00   | $0.00  | $1,133.00   |
| 40 | 107060    | 11/10/2007 | $1,413.00   | $0.00  | $1,413.00   |
| 41 | 107421    | 11/10/2007 | $1,304.00   | $0.00  | $1,304.00   |
| 42 | 107413    | 11/10/2007 | $940.00     | $0.00  | $940.00     |
| 43 | 107064    | 11/10/2007 | $1,283.00   | $0.00  | $1,283.00   |
| 44 | 107065    | 11/10/2007 | $1,421.00   | $0.00  | $1,421.00   |
| 45 | 107066    | 11/10/2007 | $1,302.50   | $0.00  | $1,302.50   |
| 46 | 107077    | 11/10/2007 | $1,213.50   | $0.00  | $1,213.50   |
| 47 | 107078    | 11/10/2007 | $1,848.50   | $0.00  | $1,848.50   |

|    | Invoice # | Date       | Billed     | Paid   | Balance    |
|----|-----------|------------|------------|--------|------------|
| 48 | 107228    | 11/10/2007 | $330.00    | $0.00  | $330.00    |
| 49 | 107348    | 11/10/2007 | $1,162.00  | $0.00  | $1,162.00  |
| 50 | 107231    | 11/10/2007 | $1,485.50  | $0.00  | $1,485.50  |
| 51 | 107233    | 11/10/2007 | $1,350.00  | $0.00  | $1,350.00  |
| 52 | 107349    | 11/10/2007 | $1,185.50  | $0.00  | $1,185.50  |
| 53 | 107415    | 11/10/2007 | $1,659.50  | $0.00  | $1,659.50  |
| 54 | 107259    | 11/10/2007 | $1,183.50  | $0.00  | $1,183.50  |
| 55 | 107416    | 11/10/2007 | $1,504.50  | $0.00  | $1,504.50  |
| 56 | 107354    | 11/10/2007 | $1,143.00  | $0.00  | $1,143.00  |
| 57 | 107355    | 11/10/2007 | $1,487.50  | $0.00  | $1,487.50  |
| 58 | 107352    | 11/10/2007 | $1,159.00  | $0.00  | $1,159.00  |
| 59 | 107338    | 11/10/2007 | $330.00    | $0.00  | $330.00    |
| 60 | 107337    | 11/10/2007 | $330.00    | $0.00  | $330.00    |
| 61 | 107342    | 11/10/2007 | $1,410.00  | $0.00  | $1,410.00  |
| 62 | 106565    | 11/10/2007 | $1,362.50  | $0.00  | $1,362.50  |
| 63 | 107419    | 11/10/2007 | $1,597.50  | $0.00  | $1,597.50  |
| 64 | 106967    | 11/10/2007 | $756.50    | $0.00  | $756.50    |
| 65 | 107015    | 11/10/2007 | $50.00     | $0.00  | $50.00     |
| 66 | 107020    | 11/10/2007 | $1,430.50  | $0.00  | $1,430.50  |
| 67 | 107022    | 11/10/2007 | $1,562.50  | $0.00  | $1,562.50  |
| 68 | 107026    | 11/10/2007 | $625.00    | $0.00  | $625.00    |
| 69 | 107029    | 11/10/2007 | $1,146.50  | $0.00  | $1,146.50  |
| 70 | 107037    | 11/10/2007 | $143.50    | $0.00  | $143.50    |
| 71 | 107040    | 11/10/2007 | $1,337.00  | $0.00  | $1,337.00  |
| 72 | 107041    | 11/10/2007 | $1,146.50  | $0.00  | $1,146.50  |
| 73 | 107042    | 11/10/2007 | $1,651.50  | $0.00  | $1,651.50  |
| 74 | 107251    | 11/10/2007 | $2,192.00  | $0.00  | $2,192.00  |
| 75 | 107358    | 11/10/2007 | $1,487.50  | $0.00  | $1,487.50  |
| 76 | 107361    | 11/10/2007 | $1,186.50  | $0.00  | $1,186.50  |
| 77 | 107364    | 11/10/2007 | $1,134.00  | $0.00  | $1,134.00  |
| 78 | 107365    | 11/10/2007 | $330.00    | $0.00  | $330.00    |
| 79 | 107371    | 11/10/2007 | $1,141.00  | $0.00  | $1,141.00  |
| 80 | 107370    | 11/10/2007 | $1,149.50  | $0.00  | $1,149.50  |
| 81 | 107369    | 11/10/2007 | $1,369.00  | $0.00  | $1,369.00  |
| 82 | 107368    | 11/10/2007 | $1,430.50  | $0.00  | $1,430.50  |
| 83 | 107366    | 11/10/2007 | $1,391.00  | $0.00  | $1,391.00  |
| 84 | 107367    | 11/10/2007 | $1,130.00  | $0.00  | $1,130.00  |
| 85 | 107375    | 11/10/2007 | $1,160.00  | $0.00  | $1,160.00  |
| 86 | 107376    | 11/10/2007 | $1,147.00  | $0.00  | $1,147.00  |
| 87 | 107407    | 11/10/2007 | $200.00    | $0.00  | $200.00    |
| 88 | 107380    | 11/10/2007 | $1,140.00  | $0.00  | $1,140.00  |
| 89 | 107404    | 11/10/2007 | $330.00    | $0.00  | $330.00    |
| 90 | 107377    | 11/10/2007 | $1,143.00  | $0.00  | $1,143.00  |
| 91 | 107374    | 11/10/2007 | $1,130.00  | $0.00  | $1,130.00  |
| 92 | 107373    | 11/10/2007 | $1,527.00  | $0.00  | $1,527.00  |
| 93 | 107372    | 11/10/2007 | $1,383.50  | $0.00  | $1,383.50  |
| 94 | 107256    | 11/10/2007 | $1,147.00  | $0.00  | $1,147.00  |
| 95 | 107253    | 11/10/2007 | $1,278.50  | $0.00  | $1,278.50  |
| 96 | 107260    | 11/10/2007 | $1,140.00  | $0.00  | $1,140.00  |
| 97 | 107263    | 11/10/2007 | $1,300.00  | $0.00  | $1,300.00  |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 98 | 107266 | 11/10/2007 | $1,134.00 | $0.00 | $1,134.00 |
| 99 | 107268 | 11/10/2007 | $395.00 | $0.00 | $395.00 |
| 100 | 107294 | 11/10/2007 | $1,684.50 | $0.00 | $1,684.50 |
| 101 | 107295 | 11/10/2007 | $1,414.00 | $0.00 | $1,414.00 |
| 102 | 107296 | 11/10/2007 | $2,490.00 | $0.00 | $2,490.00 |
| 103 | 107331 | 11/10/2007 | $1,481.00 | $0.00 | $1,481.00 |
| 104 | 107333 | 11/10/2007 | $1,484.50 | $0.00 | $1,484.50 |
| 105 | 107334 | 11/10/2007 | $1,373.50 | $0.00 | $1,373.50 |
| 106 | 107335 | 11/10/2007 | $1,170.00 | $0.00 | $1,170.00 |
| 107 | 107272 | 11/10/2007 | $1,457.00 | $0.00 | $1,457.00 |
| 108 | 107273 | 11/10/2007 | $1,579.00 | $0.00 | $1,579.00 |
| 109 | 107274 | 11/10/2007 | $1,580.50 | $0.00 | $1,580.50 |
| 110 | 107414 | 11/10/2007 | $1,515.00 | $0.00 | $1,515.00 |
| 111 | 107412 | 11/10/2007 | $940.00 | $0.00 | $940.00 |
| 112 | 107282 | 11/10/2007 | $1,382.50 | $0.00 | $1,382.50 |
| 113 | 107283 | 11/10/2007 | $1,206.50 | $0.00 | $1,206.50 |
| 114 | 107285 | 11/10/2007 | $1,311.00 | $0.00 | $1,311.00 |
| 115 | 106948 | 11/10/2007 | $600.00 | $0.00 | $600.00 |
| 116 | 107287 | 11/10/2007 | $623.50 | $0.00 | $623.50 |
| 117 | 107288 | 11/10/2007 | $1,209.50 | $0.00 | $1,209.50 |
| 118 | 107291 | 11/10/2007 | $350.00 | $0.00 | $350.00 |
| 119 | 107292 | 11/10/2007 | $1,570.00 | $0.00 | $1,570.00 |
| **Grand Total** | | | **$144,473.50** | **$0.00** | **$144,473.50** |

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/
     Account No. 1001292790
     Our File No. 10311

     Status - Foreclosure

**Revised OCP Invoices**

     Invoice Number  107224

Tax ID # 59-2885854

---

     Professional services:

9/19/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

     Professional Costs:

| | |
|---|---|
| 9/18/07 - Title Search | 275.00 |
| 9/19/07 - Clerk's Filing Fee | 255.00 |
| - Recording Fee | 2.00 |
| - Record Lis Pendens | 18.50 |
| - Service of Process | 215.00 |
| Total Amount This Invoice | $1,365.50 |
| Total Current Charges | $1,365.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001350905
Our File No. 10044

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107226

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/13/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/12/07- | Title Search | 340.00 |
| - | Hydra Skiptrace | 45.00 |
| 9/13/07- | Clerk's Filing Fee | 266.00 |
| - | Instrument Recording Fee | 6.00 |
| 9/18/07- | Service of Process | 302.50 |
| 9/26/07- | Instrument Recording Fee | 19.50 |

Total Amount This Invoice          $1,704.00

Total Current Charges              $1,704.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001367346
Our File No. 10588

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107229

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 9/24/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 9/21/07- | Title Search | 275.00 |
| 9/24/07- | Clerk's Filing Fee | 259.00 |
| - | Instrument Recording Fee | 15.00 |
| - | Service of Process | 80.00 |
| 9/28/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,372.50 |
| | Total Current Charges | $1,372.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000837249
Our File No. 10592

Status- Fcl

**Revised OCP Invoices**

Invoice Number  107403

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/26/07 | Flat fee for foreclosure lawsuit for first half and second half. | 1,200.00 |

---

Professional Costs:

| | |
|---|---|
| 9/25/07- Title Search | 275.00 |
| 9/26/07- Clerk's Filing Fee | 261.00 |
| - Instrument Recording Fee | 5.00 |
| - Instrument Recording Fee | 18.50 |
| - Hydra Skiptrace | 45.00 |
| - Service of Process | 320.00 |
| - Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $2,148.00 |
| Total Current Charges | $2,148.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001662217
Our File No. 10547

Status - Foreclosure

Invoice Number  107236

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/21/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/20/07- | Title Search | 395.00 |
| 9/21/07- | Clerk's Filing Fee | 255.00 |
| 9/28/07- | Service of Process | 215.00 |
| | Total Amount This Invoice | $1,465.00 |
| | Total Current Charges | $1,465.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001246387
Our File No. 09059

Status - Fcl

Invoice Number  107235                    *Revised OCP Invoices*

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 9/28/07- Service of Process | 70.00 |
| Total Amount This Invoice | $70.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001086776
Our File No. 10049

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107238

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/11/07- | Title Search | 340.00 |
| 9/12/07- | Clerk's Filing Fee | 270.00 |
| | - Hydra Skiptrace | 135.00 |
| 9/24/07- | Service of Process | 470.00 |
| | Total Amount This Invoice | $1,815.00 |
| | Total Current Charges | $1,815.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001332224
Our File No. 10709

Status - Foreclosure

Invoice Number  107240                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/28/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/27/07- | Title Search | 275.00 |
| 9/28/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 18.00 |
| - | Service of Process | 108.00 |
| - | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,301.00 |
| | Total Current Charges | $1,301.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001375363
Our File No. 09839

34747
Status - Monitor

**Revised OCP Invoices**

Invoice Number  10/241

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/7/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 100100665
Our File No. 09830

Status- Answer

**Revised OCP Invoices**

Invoice Number  107243

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/7/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001045584
Our File No. 10198

Status – Foreclosure

**Revised OCP Invoices**

Invoice Number  107244

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/10/07– Title Search | 275.00 |
| 9/11/07– Clerk's Filing Fee | 257.00 |
| – Instrument Recording Fee | 3.00 |
| – Service of Process | 230.00 |
| Total Amount This Invoice | $1,365.00 |
| Total Current Charges | $1,365.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

      Account No. 1001023608
      Our File No. 10036

      Status - Foreclosure

      Invoice Number  107246                  **Revised OCP Invoices**

Tax ID # 59-2885854

        Professional services:

| | | |
|---|---|---:|
| 9/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

        Professional Costs:

| | | |
|---|---|---:|
| 9/5/07- | Title Search | 275.00 |
| 9/6/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 12.50 |
| 9/10/07- | Service of Process | 230.00 |
| 9/17/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,518.00 |
| | Total Current Charges | $1,518.00 |

                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001023627
    Our File No. 10196

    Status - Foreclosure

**Revised OCP Invoices**

    Invoice Number  107247

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 9/13/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 9/12/07- | Title Search | 275.00 |
| 9/13/07- | Clerk's Filing Fee | 259.00 |
| - | Instrument Recording Fee | 4.00 |
| 9/19/07- | Service of Process | 210.00 |
| 9/28/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,491.50 |
| | Total Current Charges | $1,491.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,

     Account No. 1001023624
     Our File No. 10060

     Status - Foreclosure

     Invoice Number  107249

**Revised OCP Invoices**

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 9/6/07- | Title Search | 275.00 |
| 9/7/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 13.50 |
| 9/11/07- | Service of Process | 210.00 |
| 9/17/07- | Instrument Recording Fee | 18.50 |
| 9/19/07- | Hydra Skiptrace | 45.00 |

     Total Amount This Invoice     $1,544.00

     Total Current Charges     $1,544.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001023619
     Our File No. 10195

     Status - Foreclosure

**Revised OCP Invoices**

     Invoice Number  107250

Tax ID # 59-2885854

     Professional services:

| Date | Description | Amount |
|---|---|---|
| 9/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

     Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 9/7/07- | Title Search | 275.00 |
| 9/10/07- | Clerk's Filing Fee | 265.00 |
| - | Instrument Recording Fee | 16.50 |
| 9/11/07- | Service of Process | 280.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| - | Instrument Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,581.00 |
| | Total Current Charges | $1,581.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001306185
     Our File No. 10312

                                                    I

     Status - Foreclosure

     Invoice Number  107254

**Revised OCP Invoices**

Tax ID # 59-2885854

---

        Professional services:


9/19/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

        Professional Costs:

9/18/07- Title Search                                            275.00
9/19/07- Clerk's Filing Fee                                      255.00
9/28/07- Service of Process                                      210.00
                                                               ----------
        Total Amount This Invoice                             $1,340.00

                                                               ----------
        Total Current Charges                                 $1,340.00

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001136731
Our File No. 10543

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107255

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/25/07- Title Search | 275.00 |
| 9/26/07- Clerk's Filing Fee | 257.00 |
| - Instrument Recording Fee | 12.50 |
| 9/28/07- Service of Process | 210.00 |
| - Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $1,399.50 |
| Total Current Charges | $1,399.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing/AHM

Account No. 1001032243
Our File No. 10055

Status — Foreclosure
Invoice Number  107494

Tax ID # 59-2885854

_____

Professional services:


9/19/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

Professional Costs:

9/18/07— Title Search                                     275.00
      — Hydra Skip Trace                                   45.00
9/19/07— Clerk's Filing Fee                               265.00
      — Instrument Recording Fee                            9.00
9/26/07— Service of Process                               350.00
                                                       _____
      Total Amount This Invoice                       $1,544.00


      Total Current Charges                            $1,544.00
                                                       =========

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

      Account No. 1001148840
      Our File No. 09819

      Status - Foreclosure

      **Revised OCP Invoices**

      Invoice Number  107261

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 9/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 9/11/07- | Hydra Skiptrace | 45.00 |
| - | Title Search | 275.00 |
| 9/12/07- | Clerk's Filing Fee | 265.00 |
| - | Instrument Recording Fee | 10.50 |
| 9/14/07- | Service of Process | 350.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| - | Instrument Recording Fee | 6.00 |

      Total Amount This Invoice        $1,695.00

      Total Current Charges        $1,695.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328

#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001115514
     Our File No. 10097

     Status - Foreclosure

     Invoice Number  107382       **Revised OCP Invoices**

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---:|
| 9/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---:|
| 9/5/07- | Title Search | 275.00 |
| 9/6/07- | Instrument Recording Fee | 1.00 |
| - | Court Filing Fee | 263.00 |
| 9/10/07- | Service of Process | 245.00 |
| 9/17/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,527.50 |
| | | |
| | Total Current Charges | $1,527.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001115530
Our File No. 10056

Status - Foreclosure

Invoice Number  106989

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/14/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/13/07- | Title Search | 275.00 |
| 9/14/07- | Instrument Recording Fee | 1.00 |
| - | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 12.50 |
| 9/25/07- | Service of Process | 175.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,462.00 |
| | Total Current Charges | $1,462.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328

### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001088599
Our File No. 10133

Status - Monitor

Invoice Number  106990                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Prepare and file answer in foreclosure and/or monitor first mortgage holder case. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/6/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000876265
Our File No. 10564

Status- Foreclosure

Invoice Number  106991          **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

9/24/07  Flat fee for foreclosure lawsuit (first half).          600.00

---

Professional Costs:

9/21/07- Title Search                                340.00
9/24/07- Instrument Recording Fee                      1.00
       - Court Filing Fee                            262.00
                                                   _____

Total Amount This Invoice                          $1,203.00


Total Current Charges                              $1,203.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001181721
    Our File No. 10105

    Invoice Number  106992        **Revised OCP Invoices**

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---|
| 9/13/07  Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

    Professional Costs:

| | |
|---|---|
| 9/12/07– Title Search | 275.00 |
| 9/13/07– Court Filing Fee | 259.00 |
|     – Instrument Recording Fee | 4.00 |
|     – Instrument Recording Fee | 17.00 |
| 9/17/07– Hydra Skiptrace | 45.00 |
| 9/24/07– Service of Process | 281.00 |
| Total Amount This Invoice | $1,481.00 |
| Total Current Charges | $1,481.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001164702
Our File No. 09820

Status - Foreclosure                    **Revised OCP Invoices**

Invoice Number  106997

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/13/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/12/07- | Title Search | 275.00 |
| 9/13/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 18.00 |
| 9/21/07- | Service of Process | 108.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,399.50 |
| | Total Current Charges | $1,399.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

     Account No. 1001486955
     Our File No. 10131

     Status - Monitor

     Invoice Number  107417        **Revised OCP Invoices**

Tax ID # 59-2885854

---

     Professional services:

| | |
|---|---|
| 9/4/07  Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

     Professional Costs:

| | |
|---|---|
| 9/3/07- Title Search | 150.00 |
| Total Amount This Invoice | $750.00 |
| Total Current Charges | $750.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001228661
Our File No. 09058
Status - Foreclosure

Invoice Number  107343                 **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 9/19/07- Cost of Certified Court Documents | 31.50 |
| - SSN Search | 5.00 |
| Total Amount This Invoice | $36.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001033008
Our File No. 10103

Status - Foreclosure

Invoice Number  107056                    **Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

Professional Costs:

| | |
|---|---|
| 9/10/07- Title Search | 275.00 |
| 9/11/07- Court Filing Fee | 255.00 |
| - Instrument Recording Fee | 1.00 |
| - Instrument Recording Fee | 18.50 |
| 9/13/07- Service of Process | 160.00 |
| Total Amount This Invoice | $1,309.50 |
| Total Current Charges | $1,309.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001378970
Our File No. 10045

Invoice Number  107021

**Revised OCP Invoices**

Tax ID # 59-2885854

| | | |
|---|---|---|
| Professional services: | | |
| 9/7/07  Flat fee for foreclosure lawsuit. | | 600.00 |
| Professional Costs: | | |
| 9/6/07- Title Search | | 275.00 |
| Total Amount This Invoice | | $875.00 |
| Total Current Charges | | $875.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001125566
      Our File No. 09030

      Status - Fcl/BK Filed
      Invoice Number  107347

**Revised OCP Invoices**

Tax ID # 59-2885854

---

      Professional services:

9/12/07  Flat fee for foreclosure lawsuit (second half).          600.00

---

      Professional Costs:

9/3/07- Record assignment of mortgage.                             18.50
      - Service of Process                                         30.00
9/12/07- Indexing Fee                                               1.00
                                                                 _____
      Total Amount This Invoice                                  $649.50


      Total Current Charges                                      $649.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001134364
Our File No. 10565

Status - Foreclosure
Invoice Number  107024

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/24/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/21/07- | Title Search | 275.00 |
| 9/24/07- | Court Filing Fee | 259.00 |
| - | Instrument Recording Fee | 5.00 |
| - | Instrument Recording Fee | 18.50 |
| 9/25/07- | Service of Process | 275.00 |
| | Total Amount This Invoice | $1,432.50 |
| | Total Current Charges | $1,432.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

Account No. 1001694836
Our File No. 10048

Invoice Number  107030

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 9/7/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 9/6/07- | Title Search | 275.00 |
| 9/7/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 18.50 |
| 9/12/07- | Service of Process | 195.00 |
| 9/25/07- | Hydra Skiptrace | 90.00 |
| | Total Amount This Invoice | $1,434.50 |
| | Total Current Charges | $1,434.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001098248
   Our File No. 10109

   Status - foreclosure

   Invoice Number  107035                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

        Professional services:


| | | |
|---|---|---|
| 9/7/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 9/6/07- | Title Search | 275.00 |
| 9/7/07- | Court Filing Fee | 255.00 |
| 9/26/07- | Service of Process | 213.00 |
| - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,486.50 |
| | Total Current Charges | $1,486.50 |

---

                   PAYMENT DUE UPON RECEIPT
         PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
mjt

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001019622
Our File No. 10101

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107036

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/6/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 9/5/07- | Title Search | 275.00 |
| 9/6/07- | Instrument Recording Fee | 1.00 |
| | - Court Filing Fee | 257.00 |
| | - Instrument Recording Fee | 2.00 |
| | - Instrument Recording Fee | 18.50 |
| 9/17/07- | Instrument Recording Fee | 18.50 |
| 9/19/07- | Hydra Skiptrace | 45.00 |
| 9/28/07- | Service of Process | 120.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,462.00 |
| Total Current Charges | $1,462.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001381044
    Our File No. 10585

    Status - Foreclosure
    Invoice Number  107046    **Revised OCP Invoices**

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 9/25/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 9/24/07- | Title Search | 340.00 |
| - | Hydra Skiptrace | 45.00 |
| 9/25/07- | Court Filing Fee | 260.00 |
| - | Instrument Recording Fee | 3.00 |
| 9/27/07- | Service of Process | 200.00 |
| 9/28/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,591.50 |
| | Total Current Charges | $1,591.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001163866
Our File No. 10059

Status - Foreclosure

Invoice Number  107044

**Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 9/14/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 9/13/07- | Title Search | 275.00 |
| 9/14/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 2.00 |
| - | Instrument Recording Fee | 18.50 |
| 9/17/07- | Service of Process | 155.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,449.00 |
| | Total Current Charges | $1,449.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001507633
Our File No. 10548

Status – Foreclosure
Invoice Number  107047

**Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/21/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 9/20/07– | Title Search | 275.00 |
| 9/21/07– | Court Filing Fee | 255.00 |
| – | Instrument Recording Fee | 18.00 |
| 9/25/07– | Service of Process | 104.00 |
| 9/28/07– | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,395.50 |
| | Total Current Charges | $1,395.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
##### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001240685
Our File No. 10555

Status – Foreclosure

Invoice Number  107058

**Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/26/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

Professional Costs:

| | |
|---|---|
| 9/25/07– Title Search | 275.00 |
| 9/26/07– Indexing Fee | 1.00 |
| – Court Filing Fee | 255.00 |
| – Instrument Recording Fee | 2.00 |
| Total Amount This Invoice | $1,133.00 |
| Total Current Charges | $1,133.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001664549
     Our File No. 10546

     Invoice Number  107060

Tax ID # 59-2885854                          **Revised OCP Invoices**

---

     Professional services:

| | | |
|---|---|---|
| 9/21/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 9/20/07- | Title Search | 395.00 |
| 9/21/07- | Court Filing Fee | 263.00 |
| - | Instrument Recording Fee | 10.50 |
| - | Instrument Recording Fee | 1.00 |
| 9/28/07- | Instrument Recording Fee | 18.50 |

     Total Amount This Invoice                    $1,413.00

     Total Current Charges                        $1,413.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001690577
Our File No. 10685

*Revised OCP Invoices*

Status - Foreclosure

Invoice Number  107421

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/26/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/25/07- Title Search | 340.00 |
| 9/26/07- Court Filing Fee | 255.00 |
| - Instrument Recording Fee | 9.00 |
| 9/27/07- Service of Process | 100.00 |
| Total Amount This Invoice | $1,304.00 |
| Total Current Charges | $1,304.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
VIA EMAIL ONLY
LISSETTE.DUARTE@AMERICANHM.COM

RE:   AMERICAN HOME MORTGAGE
      ACCOUNT NO. 1000913214          **Revised OCP Invoices**
      OUR FILE NO. 10375

      STATUS- FORECLOSURE

      Invoice Number  107413

Tax ID # 59-2885854

---

          Professional services:


9/12/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

          Professional Costs:

9/11/07- Title Search                                          340.00
                                                             _____
         Total Amount This Invoice                            $940.00
                                                             _____
         Total Current Charges                                $940.00
                                                             ==========

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing          **Revised OCP Invoices**

      Account No. 1000800283
      Our File No. 09339

      Status - Foreclosure
      Invoice Number   107064

Tax ID # 59-2885854

---

      Professional services:

9/7/07  Flat fee for foreclosure lawsuit (first half).          600.00

---

      Professional Costs:

9/6/07-  Title Search                                          275.00
9/7/07-  Court Filing Fee                                      255.00
      -  Instrument Recording Fee                                1.00
      -  Instrument Recording Fee                                9.00
9/20/07- Service of Process                                    143.00
                                                             ─────────
      Total Amount This Invoice                              $1,283.00


      Total Current Charges                                  $1,283.00
                                                             ═════════

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/          **Revised OCP Invoices**

Account No. 1000853410
Our File No. 10299

Invoice Number  107065

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/14/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/13/07- | Title Search | 340.00 |
| 9/14/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 2.00 |
| - | Instrument Recording Fee | 9.00 |
| 9/18/07- | Service of Process | 215.00 |
| | Total Amount This Invoice | $1,421.00 |
| | Total Current Charges | $1,421.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001083968
Our File No. 10560

Status - Foreclosure

Invoice Number  107066

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/27/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/26/07– Title Search | 275.00 |
| – Hydra Skiptrace | 135.00 |
| 9/27/07– Court Filing Fee | 257.00 |
| – Instrument Recording Fee | 3.00 |
| – Instrument Recording Fee | 9.00 |
| – Instrument Recording Fee | 23.50 |
| | ———— |
| Total Amount This Invoice | $1,302.50 |
| | ———— |
| Total Current Charges | $1,302.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200                                   **Revised OCP Invoices**
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 100122119
Our File No. 10557

Fl, 32043
Status - Foreclosure
Referral Date 9/15/2007

Invoice Number  107077

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/21/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/21/07- | Title Search | 340.00 |
| 9/24/07- | Court Filing Fee | 259.00 |
| - | Instrument Recording Fee | 13.50 |
| - | Instrument Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,213.50 |
| | Total Current Charges | $1,213.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001201552
Our File No. 10211

Invoice Number  107078

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 9/13/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---:|
| 9/12/07- Title Search | 275.00 |
| - Hydra Skiptrace | 45.00 |
| 9/13/07- Court Filing Fee | 265.00 |
| 9/24/07- Service of Process | 475.00 |
| 9/26/07- Instrument Recording Fee | 18.50 |
| - Hydra Skiptrace | . 45.00 |
| Total Amount This Invoice | $1,848.50 |
| Total Current Charges | $1,848.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

     Account No. 1001455657
     Our File No. 09842


     Status - Monitor
     Invoice Number  107228

Tax ID # 59-2885854

---

        Professional services:


9/6/07  Flat fee for answer foreclosure lawsuit.                200.00

---

        Professional Costs:

9/5/07- Title Search                                            130.00

        Total Amount This Invoice                             $330.00


        Total Current Charges                                 $330.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing
     Account No. 1001388168
     Our File No. 10539


     Status - Foreclosure

     Invoice Number  107348

Tax ID # 59-2885854

---

     Professional services:


9/28/07  Flat fee for foreclosure lawsuit (first half).        600.00

---

     Professional Costs:

9/27/07- Title Search                                          275.00
9/28/07- Court Filing Fee                                      267.00
       - Instrument Recording Fee                               18.00
       - Indexing Fee                                            2.00
                                                            _____
     Total Amount This Invoice                              $1,162.00


     Total Current Charges                                  $1,162.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
##### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   AMERICAN HOME MORTGAGE
      ACCOUNT NO. 1001722829
      OUR FILE NO. 10106

      STATUS- FCL/CONTESTED


      Invoice Number  107231

Tax ID # 59-2885854

---

        Professional services:


| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 9/10/07- | Title Search | 275.00 |
| 9/11/07- | Court Filing Fee | 257.00 |
| 9/12/07- | Service of Process | 210.00 |
| 9/26/07- | Record Assignment of Mortgage | 18.50 |

        Total Amount This Invoice            $1,485.50


        Total Current Charges                $1,485.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing

Account No. 1001250828
Our File No. 10050

Status - Fcl

Invoice Number  107349

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 9/24/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 9/17/07- | Death Certificate | 34.50 |
| - | Instrument Recording Fee | 10.00 |
| 9/21/07- | Title Search | 275.00 |
| - | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 2.00 |
| - | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $1,185.50 |
| | Total Current Charges | $1,185.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

    Account No. 1001562103
    Our File No. 10102

    Status - Foreclosure

    Invoice Number  107415

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 9/12/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 9/11/07– | Title Search | 275.00 |
| – | Hydra Skiptrace | 45.00 |
| 9/12/07– | Court Filing Fee | 259.00 |
| – | Instrument Recording Fee | 4.00 |
| – | Instrument Recording Fee | 9.00 |
| 9/26/07– | Record Assignment of Mortgage | 18.50 |
| – | Index Fee | 1.00 |
| – | Service of Process | 323.00 |
| | Total Amount This Invoice | $1,659.50 |
| | Total Current Charges | $1,659.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

    Account No. 1000945135
    Our File No. 10186

    Status - Foreclosure
    Invoice Number  107259

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 9/7/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 9/7/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 9.00 |
| 9/10/07- | Service of Process | 175.00 |
| 9/17/07- | Record Assignment of Mortgage | 18.50 |
| | Total Amount This Invoice | $1,183.50 |
| | Total Current Charges | $1,183.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:  American Home Mortgage Servicing

Account No. 1001653753
Our File No. 10558
Address –

Status – Foreclosure

Invoice Number  107354

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/27/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/26/07– Title Search | 275.00 |
| 9/27/07– Indexing Fee | 2.00 |
| – Court Filing Fee | 261.00 |
| – Instrument Recording Fee | 5.00 |
| Total Amount This Invoice | $1,143.00 |
| Total Current Charges | $1,143.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
## 813/915-8660

November 10, 2007

*Revised OCP Invoices*

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001371577
     Our File No. 09273
     Status - Foreclosure
     Invoice Number  107355

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 9/10/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | |
|---|---|
| 9/7/07- Title Search | 275.00 |
| 9/10/07- Court Filing Fee | 259.00 |
| - Instrument Recording Fee | 20.00 |
| 9/19/07- Hydra Skiptrace | 45.00 |
| 9/26/07- Record Assignment of Mortgage | 18.50 |
| 9/28/07- Service of Process | 145.00 |
| Total Amount This Invoice | $1,487.50 |
| Total Current Charges | $1,487.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001356618
Our File No. 10611

Status - Foreclosure

Invoice Number  107352

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/25/07- Title Search | 275.00 |
| 9/26/07- Court Filing Fee | 271.00 |
| - Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $1,159.00 |
| Total Current Charges | $1,159.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:  American Home Mortgage Servicing

     Account No. 1001070700
     Our File No. 10005

     Status — Monitor

     Invoice Number  107338

Tax ID # 59-2885854

     Professional services:

9/13/07  Flat fee for answer foreclosure lawsuit.          200.00

     Professional Costs:

9/12/07- Title Search                                       130.00

     Total Amount This Invoice                          $330.00

     Total Current Charges                              $330.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:   American Home Mortgage Servicing

   Account No. 1001093853
   Our File No. 10003

   Status - Monitor

   Invoice Number  107337

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 9/6/07 | Flat fee for answer foreclosure lawsuit. | 200.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 9/5/07- | Title Search | 130.00 |
| | Total Amount This Invoice | $330.00 |
| | Total Current Charges | $330.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:  American Home Mortgage Servicing

Account No. 1001318612
Our File No. 10193

Status - Foreclosure

Invoice Number  107342

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/7/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 3.00 |
| - | Instrument Recording Fee | 18.50 |
| 9/11/07- | Service of Process | 345.00 |
| 9/20/07- | Hydra Investigation- dl | 45.00 |
| 9/26/07- | Record Assignment of Mortgage | 18.50 |

Total Amount This Invoice    $1,410.00

Total Current Charges    $1,410.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:   American Home Mortgage Servicing.

    Account No. 1001683389
    Our File No. 10047

    Status - Foreclosure

    Invoice Number  106565

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 9/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/12/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 9/6/07- | Title Search | 275.00 |
| 9/7/07- | Clerk's Filing Fee | 255.00 |
| - | Record Lis Pendens | 9.00 |
| - | Service of Process | 80.00 |
| 9/17/07- | Record Assignment of Mortgage | 18.50 |
| | Total Amount This Invoice | $1,362.50 |
| | Total Current Charges | $1,362.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

*Revised OCP Invoices*

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001234452
Our File No. 10104

Status - Foreclosure

Invoice Number  107419

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/10/07- | Title Search | 275.00 |
| 9/11/07- | Clerk's Filing Fee | 259.00 |
| - | Instrument Recording Fee | 15.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| 9/28/07- | Service of Process | 305.00 |
| | Total Amount This Invoice | $1,597.50 |
| | Total Current Charges | $1,597.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

*Revised OCP Invoices*

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
SUITE 200
4600 REGENT BLVD
IRVING TX 75063

RE:   American Home Mortgage Servicing
      :1
      Account No. 1001607414
      Our File No. 09136
      Status — Foreclosure

      Invoice Number  106967

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 9/5/07 | Flat fee for foreclosure lawsuit — second half. | 600.00 |
| | Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 9/10/07- | Instrument Recording Fee | 18.50 |
| 9/27/07- | Instrument Recording Fee | 13.00 |
| | Total Amount This Invoice | $756.50 |
| | Total Current Charges | $756.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing.

Account No. 1001385672
Our File No. 10544

Status - Foreclosure

Invoice Number  107233

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 9/21/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | |
|---|---:|
| 9/20/07- Title Search | 275.00 |
| 9/21/07- Court Filing Fee | 255.00 |
| 9/28/07- Service of Process | 220.00 |
| Total Amount This Invoice | $1,350.00 |
| Total Current Charges | $1,350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing

      Account No. 1000787431
      Our File No. 09343

      Status - Foreclosure

      Invoice Number   107416

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---:|
| 9/10/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | |
|---|---:|
| 9/7/07- Title Search | 275.00 |
| 9/10/07- Court Filing Fee | 260.00 |
| 9/24/07- Service of Process | 225.00 |
| 9/26/07- Record Assignment of Mortgage | 18.50 |
| - Indexing Fee | 1.00 |
| Total Amount This Invoice | $1,504.50 |
| Total Current Charges | $1,504.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:  American Home Mortgage Servicing.

　　　Account No. 1000854200
　　　Our File No. 10374


　　　Invoice Number  107015

Tax ID # 59-2885854

---

　　　Professional services:


9/21/07  Flat fee for acceleration letter　　　　　　　50.00

　　　　　Total Amount This Invoice　　　　　　　　$50.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001053032
Our File No. 10115

Status - Foreclosure

Invoice Number  107020

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/5/07- | Title Search | 275.00 |
| 9/6/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 12.00 |
| 9/17/07- | Instrument Recording Fee | 18.50 |
| 9/29/07- | Service of Process | 143.00 |
| | Total Amount This Invoice | $1,430.50 |
| | Total Current Charges | $1,430.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001422878
Our File No. 10058

Status - Foreclosure
Invoice Number  107022

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/10/07- | Title Search | 395.00 |
| 9/11/07- | Clerk's Filing Fee | 263.00 |
| - | Instrument Recording Fee | 16.00 |
| 9/13/07- | Service of Process | 145.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,562.50 |
| | Total Current Charges | $1,562.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing
     Account No. 1001178651
     Our File No. 09139
     Status - Fcl/BK Filed

     Invoice Number  107026

Tax ID # 59-2885854

---

      Professional services:


9/4/07  Flat fee for foreclosure lawsuit - second half.        600.00

---

      Professional Costs:

9/1/07- Service of Process                                      25.00
                                                              ─────────
      Total Amount This Invoice                               $625.00


      Total Current Charges                                   $625.00
                                                              ═════════

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****
trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

Revised OCP Invoices

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

      Account No. 1000968625
      Our File No. 10377

      Invoice Number  107029

Tax ID # 59-2885854

---

      Professional services:

9/21/07  Flat fee for foreclosure lawsuit – first half.          600.00

---

      Professional Costs:

| | |
|---|---|
| 9/20/07- Title Search | 275.00 |
| 9/21/07- Clerk's Filing Fee | 257.00 |
|     - Instrument Recording Fee | 14.50 |
| Total Amount This Invoice | $1,146.50 |
| Total Current Charges | $1,146.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

    Account No. 1001257092
    Our File No. 09125
    Status - Foreclosure
    Invoice Number  107037

Tax ID # 59-2885854

        Professional services:


9/5/07  Flat fee to prepare assignment of mortgage.        125.00


        Professional Costs:

9/5/07- Instrument Recording Fee                            18.50

        Total Amount This Invoice                         $143.50


        Total Current Charges                             $143.50


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****
trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing

Account No. 1001023934
Our File No. 10215

Status - Foreclosure

Referral Date 9/4/2007
Invoice Number  107040

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/10/07- | Title Search | 275.00 |
| 9/11/07- | Instrument Recording Fee | 14.50 |
| | - Clerk's Filing Fee | 259.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| 9/28/07- | Hydra Skip Trace | 45.00 |

Total Amount This Invoice                $1,337.00

Total Current Charges                    $1,337.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

*Revised OCP Invoices*

RE:  American Home Mortgage Servicing

Account No. 1001023979
Our File No. 10216

Status - Foreclosure

Invoice Number  107041

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/13/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 9/12/07- | Title Search | 275.00 |
| 9/13/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 14.50 |
| | Total Amount This Invoice | $1,146.50 |
| | Total Current Charges | $1,146.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

     Account No. 1001241739
     Our File No. 09816

     Status - Foreclosure
     Invoice Number  107042

Tax ID # 59-2885854

---

       Professional services:


9/11/07  Flat fee for foreclosure lawsuit - first half.          600.00

9/26/07  Flat fee to prepare assignment of mortgage.             125.00

---

       Professional Costs:

9/10/07- Title Search                                            275.00
9/11/07- Clerk's Filing Fee                                      261.00
9/20/07- Hydra Skip Trace                                         45.00
9/26/07- Instrument Recording Fee                                 19.50
9/27/07- Service of Process                                      326.00
                                                              ----------
       Total Amount This Invoice                              $1,651.50


       Total Current Charges                                  $1,651.50

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****
trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001087114
Our File No. 09280

Status - Foreclosure
Invoice Number  107358

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 9/10/07- Title Search | 340.00 |
| 9/11/07- Court Filing Fee | 255.00 |
| - Instrument Recording Fee | 1.00 |
| - Service of Process | 148.00 |
| 9/26/07- Record Assignment of Mortgage | 18.50 |
| Total Amount This Invoice | $1,487.50 |
| Total Current Charges | $1,487.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
ATTN: LISSETTE A. DUARTE
SUITE 200
4600 REGENT BLVD
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

Account No. 1001224386
Our File No. 10027

Status - Fcl/Reinstated

Invoice Number  107251

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 9/18/07 | Flat fee for foreclosure lawsuit | 1,200.00 |

---

Professional Costs:

| | |
|---|---|
| 9/5/07- Hydra Skip Trace | 45.00 |
| - Title Search | 275.00 |
| 9/6/07- Clerk's Filing Fee | 259.00 |
| - Instrument Recording Fee | 1.00 |
| 9/13/07- Service of Process | 245.00 |
| 9/21/07- Instrument Recording Fee | 18.50 |
| - Instrument Recording Fee | 23.50 |
| | ---------- |
| Total Amount This Invoice | $2,192.00 |
| | |
| Total Current Charges | $2,192.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
##### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing

    Account No. 1001631478
    Our File No. 10294

    Status - Foreclosure

    Invoice Number  107361

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 9/14/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 9/13/07- | Title Search | 275.00 |
| 9/14/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 10.50 |
| 9/21/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,186.50 |
| | Total Current Charges | $1,186.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing/AHM
     Account No. 1001132816
     Our File No. 10562

     Status - Foreclosure

     Referral Date 9/15/2007

     Invoice Number  107491

Tax ID # 59-2885854

---

     Professional services:


9/24/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

     Professional Costs:

9/21/07- Title Search                                           275.00
9/24/07- Clerk's Filing Fee                                     257.00
      - Instrument Recording Fee                                  2.00
                                                              ---------
     Total Amount This Invoice                                $1,134.00


     Total Current Charges                                    $1,134.00
                                                              =========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing,

Account No. 1001162438
Our File No. 09832

FL, 32210

Status - Monitor

Invoice Number  107365

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/6/07 | Flat fee for answer foreclosure. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/5/07- | Title Search | 130.00 |
| | Total Amount This Invoice | $330.00 |
| | Total Current Charges | $330.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   AMERICAN HOME MORTGAGE,
      ACCOUNT NO. 1000683117
      OUR FILE NO. 10110

      STATUS- FCL

      Invoice Number  107371

Tax ID # 59-2885854

---

        Professional services:


9/28/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

        Professional Costs:

9/27/07- Title Search                                          275.00
9/28/07- Clerk's Filing Fee                                    255.00
       - Instrument Recording Fee                               11.00

        Total Amount This Invoice                           $1,141.00


        Total Current Charges                               $1,141.00

---

                  PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:  American Home Mortgage Servicing
     Account No. 1001639573
     Our File No. 10550


     Status - Foreclosure


     Invoice Number  107370

Tax ID # 59-2885854

_____

       Professional services:


9/21/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

       Professional Costs:

9/20/07- Title Search                                           275.00
9/21/07- Instrument Recording Fee                                19.50
       - Clerk's Filing Fee                                     255.00
                                                               _____
       Total Amount This Invoice                              $1,149.50


                                                               _____
       Total Current Charges                                  $1,149.50
                                                               ========

_____


                   PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001061233
      Our File No. 10542

      Status - Foreclosure

      Invoice Number  107369

Tax ID # 59-2885854

*Revised OCP Invoices*

      Professional services:

| | | |
|---|---|---|
| 9/24/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

      Professional Costs:

| | | |
|---|---|---|
| 9/21/07- | Title Search | 275.00 |
| 9/24/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 12.00 |
| 9/27/07- | Service of Process | 225.00 |
| | Total Amount This Invoice | $1,369.00 |
| | Total Current Charges | $1,369.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

   Account No. 1001127280
   Our File No. 10111

   Status - Foreclosure

   Invoice Number  107368                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

   Professional services:


| | | |
|---|---|---|
| 9/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

   Professional Costs:

| | |
|---|---|
| 9/5/07- Title Search | 275.00 |
| 9/6/07- Clerk's Filing Fee | 257.00 |
| - Instrument Recording Fee | 12.00 |
| - Service of Process | 143.00 |
| 9/17/07- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $1,430.50 |
| Total Current Charges | $1,430.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000892797
Our File No. 10376

Status - Foreclosure

*Revised OCP Invoices*

Invoice Number  107366

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/20/07 | Flat fee for foreclosure lawsuit (first half). | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/19/07- Title Search | 275.00 |
| 9/20/07- Court Filing Fee | 271.00 |
| 9/25/07- Service of Process | 245.00 |
| Total Amount This Invoice | $1,391.00 |
| Total Current Charges | $1,391.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing          ,

Account No. 1001007123
Our File No. 10494

Status - Foreclosure
Invoice Number  107367

Tax ID # 59-2885854

*Revised OCP Invoices*

---

Professional services:

9/20/07  Flat fee for foreclosure lawsuit (first half).          600.00

---

Professional Costs:

9/19/07- Title Search                                    275.00
9/20/07- Court Filing Fee                                255.00
                                                        ————————
Total Amount This Invoice                              $1,130.00


Total Current Charges                                  $1,130.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001089559
     Our File No. 10561

     Status - Foreclosure

     Invoice Number  107375

*Revised OCP Invoices*

Tax ID # 59-2885854

_____

     Professional services:


9/25/07  Flat fee for foreclosure lawsuit - first half.     600.00

_____

     Professional Costs:

9/24/07- Title Search     275.00
9/25/07- Clerk's Filing Fee     263.00
    - Instrument Recording Fee     22.00
                                       _____

     Total Amount This Invoice     $1,160.00


     Total Current Charges     $1,160.00

_____


                   PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001395406
       Our File No. 10304

       Invoice Number  107376                    *Revised OCP Invoices*

Tax ID # 59-2885854

       Professional services:

9/19/07  Flat fee for foreclosure lawsuit - first half.          600.00

       Professional Costs:

9/18/07- Title Search                                            275.00
9/19/07- Clerk's Filing Fee                                      259.00
       - Instrument Recording Fee                                 13.00

       Total Amount This Invoice                              $1,147.00

       Total Current Charges                                  $1,147.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
## 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001119588
    Our File No. 09128-ANS

    Status - Monitor

**Revised OCP Invoices**

    Invoice Number  107407

Tax ID # 59-2885854

___

        Professional services:


9/17/07  Flat fee to answer foreclosure lawsuit.            200.00

                                                          _____
        Total Amount This Invoice                          $200.00
___

            PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****
lmr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001685417
Our File No. 10707

**Revised OCP Invoices**

Invoice Number  107380

Tax ID # 59-2885854

---

Professional services:

9/27/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

Professional Costs:

9/27/07- Title Search                                             275.00
9/28/07- Clerk's Filing Fee                                       255.00
       - Instrument Recording Fee                                  10.00
                                                                 --------
         Total Amount This Invoice                             $1,140.00


         Total Current Charges                                 $1,140.00
                                                                ========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001646311
Our File No. 09844

Status - Answer/Monitor

**Revised OCP Invoices**

Invoice Number  107404

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/5/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 9/5/07- | Title Search | 130.00 |
| | Total Amount This Invoice | $330.00 |
| | Total Current Charges | $330.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001511125
    Our File No. 10553

    Status - Foreclosure

                                                  **Revised OCP Invoices**

    Invoice Number  107377

Tax ID # 59-2885854

---

      Professional services:

9/26/07  Flat fee for foreclosure lawsuit - first half.      600.00

---

      Professional Costs:

9/25/07- Title Search                    275.00
9/26/07- Clerk's Filing Fee             255.00
     - Instrument Recording Fee        13.00

    Total Amount This Invoice      $1,143.00

    Total Current Charges        $1,143.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

    Account No. 1001213695
    Our File No. 10563

    Status – Foreclosure

**Revised OCP Invoices**

    Invoice Number  107374

Tax ID # 59-2885854

---

    Professional services:

9/21/07  Flat fee for foreclosure lawsuit – first half.    600.00

---

    Professional Costs:

| | |
|---|---|
| 9/20/07- Title Search | 275.00 |
| 9/21/07- Clerk's Filing Fee | 255.00 |
| Total Amount This Invoice | $1,130.00 |
| Total Current Charges | $1,130.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000631979
Our File No. 09818

Status - Foreclosure

Invoice Number  107373

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/6/07- | Title Search | 275.00 |
| 9/7/07- | Clerk's Filing Fee | 259.00 |
| - | Instrument Recording Fee | 21.50 |
| 9/14/07- | Service of Process | 225.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| - | Instrument Recording Fee | 3.00 |
| | Total Amount This Invoice | $1,527.00 |
| | Total Current Charges | $1,527.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001377740
Our File No. 10297

Status - Foreclosure

Invoice Number  107372

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/14/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 9/13/07- Title Search | 275.00 |
| 9/14/07- Clerk's Filing Fee | 255.00 |
|    - Instrument Recording Fee | 19.50 |
| 9/20/07- Service of Process | 80.00 |
| 9/26/07- Instrument Recording Fee | 27.00 |
|    - Instrument Recording Fee | 2.00 |
| Total Amount This Invoice | $1,383.50 |
| Total Current Charges | $1,383.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001120371
     Our File No. 10567

     Status - Foreclosure

     Invoice Number  107256                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

        Professional services:


9/24/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

        Professional Costs:

9/21/07- Title Search                                          275.00
9/24/07- Clerk's Filing Fee                                    259.00
       - Instrument Recording Fee                               13.00
                                                            ----------
        Total Amount This Invoice                          $1,147.00


        Total Current Charges                              $1,147.00
                                                            ==========

---

                   PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001121628
Our File No. 10018

Status - Foreclosure
Invoice Number  107253

**Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 9/5/07- Title Search | 275.00 |
| 9/6/07- Clerk's Filing Fee | 257.00 |
| - Instrument Recording Fee | 3.00 |
| 9/17/07- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $1,278.50 |
| Total Current Charges | $1,278.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001019765
Our File No. 10213

Status - Foreclosure

Invoice Number  107260                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/11/07- Title Search | 275.00 |
| 9/12/07- Clerk's Filing Fee | 255.00 |
| - Instrument Recording Fee | 10.00 |
| Total Amount This Invoice | $1,140.00 |
| Total Current Charges | $1,140.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001310179
Our File No. 10303

Status - Foreclosure
Invoice Number  107263

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/14/07 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/13/07– | Title Search | 275.00 |
| 9/14/07– | Clerk's Filing Fee | 259.00 |
| – | Instrument Recording Fee | 21.50 |
| 9/26/07– | Instrument Recording Fee | 18.50 |
| – | Instrument Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,300.00 |
| | Total Current Charges | $1,300.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001572272
      Our File No. 10554

      Status - Foreclosure

      Invoice Number  107266

Tax ID # 59-2885854

**Revised OCP Invoices**

---

        Professional services:


9/26/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

        Professional Costs:

9/25/07- Title Search                                          275.00
9/26/07- Clerk's Filing Fee                                    259.00
                                                          _____
        Total Amount This Invoice                         $1,134.00


                                                          _____
        Total Current Charges                             $1,134.00
                                                          ===========

---

              PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

**Revised OCP Invoices**

RE:   American Home Mortgage Servicing/AHM
      Account No. 1000864265
      Our File No. 10715

      Status - Foreclosure

      Referral Date 9/20/2007

      Invoice Number  107490

Tax ID # 59-2885854

---

        Professional Costs:

| | |
|---|---|
| 9/28/07- Title Search | 395.00 |
| Total Amount This Invoice | $395.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001481742
    Our File No. 10057

    Status - Foreclosure
    Invoice Number  107294       **Revised OCP Invoices**

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 9/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 9/11/07- | Title Search | 275.00 |
| 9/12/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 20.50 |
| 9/17/07- | Instrument Recording Fee | 8.00 |
| - | Instrument Recording Fee | 4.00 |
| - | Instrument Recording Fee | 18.50 |
| 9/21/07- | Service of Process (X4) | 360.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,684.50 |
| | Total Current Charges | $1,684.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing                    ,

     Account No. 1001028166
     Our File No. 10054

     Status – Foreclosure

     Invoice Number  107295           **Revised OCP Invoices**

Tax ID # 59-2885854

_____

     Professional services:


9/13/07  Flat fee for foreclosure lawsuit – first half.          600.00

_____

     Professional Costs:

9/12/07- Title Search                                            340.00
9/13/07- Clerk's Filing Fee                                      260.00
       - Instrument Recording Fee                                  4.00
9/25/07- Service of Process                                      210.00
                                                            _____
       Total Amount This Invoice                             $1,414.00


       Total Current Charges                                 $1,414.00
                                                            ===========
_____


                     PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001269921
   Our File No. 10293

   Invoice Number  107296

Tax ID # 59-2885854

**Revised OCP Invoices**

---

     Professional services:

.9/19/07  Flat fee for foreclosure lawsuit – first half.          600.00

---

     Professional Costs:

| | |
|---|---:|
| 9/18/07- Title Search | 275.00 |
| 9/19/07- Clerk's Filing Fee | 270.00 |
| - Instrument Recording Fee | 17.00 |
| - Hydra Skip Trace | 270.00 |
| 9/26/07- Service of Process | 1,058.00 |
| Total Amount This Invoice | $2,490.00 |
| Total Current Charges | $2,490.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001024900
Our File No. 10052

Status - Foreclosure

Invoice Number  107331

**Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 9/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 9/10/07- | Title Search | 275.00 |
| 9/11/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 20.50 |
| 9/19/07- | Service of Process | 187.00 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,481.00 |
| | Total Current Charges | $1,481.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001026109
    Our File No. 10053

    Status - Foreclosure

    Invoice Number  107333

**Revised OCP Invoices**

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 9/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | |
|---|---|
| 9/7/07- Title Search | 275.00 |
| 9/10/07- Clerk's Filing Fee | 255.00 |
| - Instrument Recording Fee | 11.00 |
| 9/12/07- Service of Process | 200.00 |
| 9/26/07- Instrument Recording Fee | 18.50 |
| | ------- |
| Total Amount This Invoice | $1,484.50 |
| | |
| Total Current Charges | $1,484.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

 Account No. 1001429455
 Our File No. 10302

 Status - Foreclosure
 Invoice Number 107334

**Revised OCP Invoices**

Tax ID # 59-2885854

 Professional services:

| | | |
|---|---|---|
| 9/13/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

 Professional Costs:

| | |
|---|---|
| 9/13/07- Title Search | 275.00 |
| 9/14/07- Clerk's Filing Fee | 259.00 |
| - Instrument Recording Fee | 15.00 |
| 9/20/07- Service of Process | 80.00 |
| 9/26/07- Instrument Recording Fee | 19.50 |
| Total Amount This Invoice | $1,373.50 |
| Total Current Charges | $1,373.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001145969
Our File No. 10541

Invoice Number  107335

**Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/19/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/19/07- | Title Search | 305.00 |
| 9/20/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 10.00 |
| | Total Amount This Invoice | $1,170.00 |
| | Total Current Charges | $1,170.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing                    ,

     Account No. 1001371571
     Our File No. 10023

     Status - Foreclosure

     Invoice Number  107272                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

     Professional services:


9/7/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

     Professional Costs:

9/6/07- Title Search                                       275.00
9/7/07- Clerk's Filing Fee                                 257.00
     - Instrument Recording Fee                        2.00
     - Instrument Recording Fee                       18.50
9/14/07- Service of Process                                240.00
9/17/07- Instrument Recording Fee                           19.50
9/20/07- Hydra Skiptrace                                    45.00

     Total Amount This Invoice                  $1,457.00

     Total Current Charges                      $1,457.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001639070
Our File No. 10046

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107273

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 9/5/07- | Title Search | 340.00 |
| 9/6/07- | Service of Process | 225.00 |
| 9/7/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 13.50 |
| 9/17/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,579.00 |
| | Total Current Charges | $1,579.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001160662
    Our File No. 10566

    Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107274

Tax ID # 59-2885854

---

Professional services:


| | |
|---|---|
| 9/25/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 9/24/07- Hydra Skiptrace | 135.00 |
|    - Title Search | 275.00 |
| 9/25/07- Clerk's Filing Fee | 257.00 |
|    - Instrument Recording Fee | 23.50 |
| 9/26/07- Service of Process | 290.00 |
| Total Amount This Invoice | $1,580.50 |
| | |
| Total Current Charges | $1,580.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,        ,

     Account No. 1001331311
     Our File No. 10300

     Status - Foreclosure

     Invoice Number  107414              **Revised OCP Invoices**

Tax ID # 59-2885854

---

     Professional services:


9/17/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

     Professional Costs:

9/14/07- Title Search                                          275.00
9/17/07- Clerk's Filing Fee                                    257.00
       - Instrument Recording Fee                                3.00
9/21/07- Service of Process                                    290.00
9/24/07- Hydra Skiptrace                                        90.00
                                                            ---------
       Total Amount This Invoice                            $1,515.00


       Total Current Charges                                $1,515.00
                                                            =========

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001645777
      Our File No. 10556

      Status - Fcl/Reinstatement

**Revised OCP Invoices**

      Invoice Number  107412

Tax ID # 59-2885854

          Professional services:


| | | |
|---|---|---|
| 9/18/07 | Flat fee for foreclosure lawsuit- first half. | 600.00 |

          Professional Costs:

| | | |
|---|---|---|
| 9/17/07- | Title Search | 340.00 |
| | Total Amount This Invoice | $940.00 |
| | Total Current Charges | $940.00 |


          PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
          *****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001440249
     Our File No. 10545

     Status - Foreclosure


     Invoice Number  107282                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

     Professional services:


9/21/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

     Professional Costs:

9/20/07- Title Search                                            275.00
9/21/07- Clerk's Filing Fee                                      257.00
       - Instrument Recording Fee                                 20.50
9/28/07- Service of Process                                      230.00
                                                             ----------
         Total Amount This Invoice                           $1,382.50

                                                             ----------
         Total Current Charges                               $1,382.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1000864851
      Our File No. 10708

      status - Foreclosure

      Invoice Number  107283     **Revised OCP Invoices**

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---:|
| 9/28/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

      Professional Costs:

| | | |
|---|---|---:|
| 9/27/07- | Title Search | 275.00 |
| 9/28/07- | Clerk's Filing Fee | 261.00 |
| - | Instrument Recording Fee | 7.00 |
| - | Hydra Skiptrace | 45.00 |
| - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,206.50 |
| | Total Current Charges | $1,206.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001568277
Our File No. 10051

Status - Foreclosure

Invoice Number  107285                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 9/18/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 9/17/07- | Title Search | 275.00 |
| 9/18/07- | Clerk's Filing Fee | 265.00 |
| - | Instrument Recording Fee | 16.50 |
| 9/19/07- | Death Certificate | 10.00 |
| 9/26/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $1,311.00 |
| | Total Current Charges | $1,311.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001254856
Our File No. 09140
Status - Fcl/Hold for Stipulation

Invoice Number  106948

**Revised OCP Invoices**

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/17/07 | Flat fee for foreclosure lawsuit - second half. | 600.00 |
| | Total Amount This Invoice | $600.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001211996
Our File No. 09135
Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107287

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/13/07 | Flat fee for second half of foreclosure. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/13/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001368691
Our File No. 10587

Status - Foreclosure

**Revised OCP Invoices**

Invoice Number  107288

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 9/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 9/25/07- | Title Search | 340.00 |
| 9/26/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 12.50 |
| | Total Amount This Invoice | $1,209.50 |
| | Total Current Charges | $1,209.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001525195
Our File No. 10132

Status - Monitor

Invoice Number  107291                    **Revised OCP Invoices**

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 9/7/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 9/7/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 10, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

       Account No. 1001593919
       Our File No. 09817

       Status - Foreclosure

       Invoice Number  107292

**Revised OCP Invoices**

Tax ID # 59-2885854

---

       Professional services:

| Date | Description | Amount |
|---|---|---|
| 9/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 9/26/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

       Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 9/10/07- | Title Search | 275.00 |
| - | Hydra Skiptrace | 90.00 |
| 9/11/07- | Clerk's Filing Fee | 263.00 |
| - | Instrument Recording Fee | 6.00 |
| - | Instrument Recording Fee | 10.50 |
| 9/26/07- | Instrument Recording Fee | 18.50 |
| - | Instrument Recording Fee | 2.00 |
| - | Service of Process | 180.00 |
| | Total Amount This Invoice | $1,570.00 |
| | Total Current Charges | $1,570.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****