**United States Bankruptcy Court**
**District of Delaware**

In Re:

    **American Home Mortgage, Inc.**　　　　Case No. 07-11047-CSS
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
        Debtor.　　　　　　　　　　　　　　Judge Christopher S. Sontchi

_____/

**Notice of Appearance and Request to be Placed on Matrix**

Please take notice that Steven R. Lefkofsky of Lefkofsky & Gorosh, PC, hereby appears as counsel for Creditor InnerWorkings, Inc., and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: 31500 Northwestern Highway, Suite 105, Farmington Hills, MI 48334.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　Lefkofsky & Gorosh, PC
　　　　　　　　　　　　　　　　Attorneys for Creditor, InnerWorkings, Inc.

　　　　　　　　　　　　　　　　/s/Steven R. Lefkofsky_____
　　　　　　　　　　　　　　　　Steven R. Lefkofsky (P44101)
　　　　　　　　　　　　　　　　31500 Northwestern Highway, Suite 105
　　　　　　　　　　　　　　　　Farmington Hills, MI 48334
　　　　　　　　　　　　　　　　248-855-5508
　　　　　　　　　　　　　　　　email: slefkofsky@lgpclaw.com

LEFKOFSKY & GOROSH, P.C., SUITE 105, 31500 NORTHWESTERN HIGHWAY, FARMINGTON HILLS, MI 48334 (248) 855-5508

**United States Bankruptcy Court**
**District of Delaware**

In Re:

    **American Home Mortgage, Inc.**　　　　　Case No. 07-11047-CSS
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
            Debtor.　　　　　　　　　　Judge Christopher S. Sontchi

_____/

**Certificate of Service**

    I, Steven R. Lefkofsky, hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request to be Placed on Matrix has been served upon the following parties in interest either by first class mail or by electronic notification on or before December 5, 2007.

**Attorney:**
Edward J. Kosmowski
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

**Debtor:**
American Home Mortgage, Inc.
538 Broadhollow Road
Melville, NY 11747

**U.S. Trustee**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                                /s/Steven R. Lefkofsky_____
                                Steven R. Lefkofsky (P44101)
                                31500 Northwestern Highway, Suite 105
                                Farmington Hills, MI 48334
                                248-855-5508
                                email:  slefkofsky@lgpclaw.com