# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** December 5, 2007 @ 3:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Pauline Morgan / John Dorsey | Young Conaway | Debtors |
| Mark Indelicato | Hahn & Hessen | Committee |
| Davis Candeloft | Blank Rome | Committee |
| Laurie Silver Silverstein | Potter Anderson Corroon | Bank of America, NA |
| Scott D Talmadge (by phone) | Kaye Scholer | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**