**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

In re:

American Home Mortgage Holdings, Inc., et al[1]

                      Debtors.

---------------------------------------------------------------X

Chapter 11

Case No: 07-11047 (CSS)

Jointly Administered

**Objections Due By: December 26, 2007 @ 4 p.m.
Hearing Date: Only in the Event of an Objection**

**FIRST MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISORS TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD AUGUST 14, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | BDO Seidman, LLP |
| Authorized To Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered November 28, 2007, Effective August 14, 2007 |
| Period for which Compensation and Reimbursement is Sought: | August 14, 2007 – October 31, 2007 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $307,193.00 |
| Amount of Compensation for which payment is deferred pursuant to agreement with Committee[2]: | (7,193.00) |

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2] Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over $300,000 incurred during the first three (3) calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application.

Amount of Compensation for which Payment[3]
is Sought:                                              300,000.00

Amount of Expense Reimbursement sought as
actual, reasonable and necessary:                         $335.00

This is a: __X__ monthly ____ interim ____ final application

The total time expended for the preparation of monthly application data for August and September 2007 is approximately 8.1 hours and the corresponding compensation requested is approximately $1,452.00.

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expense |
|---|---|---|---|---|---|---|
| | | NONE | | | | |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| Grand Total: *See Exhibits A* | | | | |
| Blended Rate: | $406.82 | | | |

**COMPENSATION BY PROJECT CATEGORY**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| ACCOUNTS PAYABLE | 11.6 | 4,771.00 |
| INSIDER PREFERENCES | 0.4 | 74.00 |
| ASSET SALE/AUCTION | 73.1 | 33,784.50 |
| MEETINGS - DEBTOR | 108.5 | 49,687.50 |
| REPORT PREPARATION | 214.3 | 81,338.50 |
| MEETINGS OF CREDITORS | 40.2 | 16,753.50 |

---

[3] Pursuant to Compensation Procedures Order (as defined in the Applications), BDO, in absence of any objections, will be entitled to an interim award representing 80% of fees incurred, during the period, in the amount of $240,000.00 (this amount is calculated net of Deferred Compensation as defined herein.).

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| BUSINESS ANALYSIS | 223.7 | 85,616.00 |
| COUNSEL DISCUSSIONS & COURT HEARINGS | 44.5 | 22,698.50 |
| FEE APPLICATIONS / MONTHLY STATEMENTS | 8.1 | 1,452.00 |
| CASE ADMINISTRATION | 29.3 | 10,615.00 |
| TRAVEL TIME | 1.4 | 402.50 |
| **TOTAL:** | **755.1** | **$307,193.00** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Computer Assisted Legal Research | |
| Facsimile (with rates) | |
| Long Distance Telephone | |
| In-House Reproduction | |
| Outside Reproduction | |
| Outside Research | |
| Filing/Court Fees | |
| Technology Services | |
| Local Travel | 22.00 |
| Local Meals | |
| Out-of-Town Travel | 313.00 |
| Lodging | |
| Meals – Travel | |
| Courier & Express Carriers | |
| Postage | |
| Other | |
| **TOTAL** | **$335.00** |

**BDO SEIDMAN, LLP**
WILLIAM K. LENHART
DAVID E. BERLINER
MARLENE RABINOWITZ
330 Madison Avenue - 10th Floor
New York, N.Y.  10017
Telephone Number:    (212) 885-8000
Facsimile Number:    (212) 697-1299

Financial Advisors to the Committee

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

In re:

American Home Mortgage Holdings, Inc., et al[1]

　　　　　　　　　Debtors.

---------------------------------------------------------------X

Chapter 11

Case No:  07-11047 (CSS)

Jointly Administered

**FIRST MONTHLY APPLICATION OF BDO SEIDMAN, LLP FOR APPROVAL
OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
FOR THE PERIOD AUGUST 14, 2007 THROUGH OCTOBER 31, 2007**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,

UNITED STATES BANKRUPTCY JUDGE:

The independent public accounting firm of BDO Seidman, LLP ("BDO") hereby submits its First Monthly Application for Approval of Interim Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the period August 14, 2007 through October 31, 2007 (the "Application").  BDO respectfully represents:

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

# I.

## INTRODUCTORY STATEMENT

1. BDO's Business Restructuring Services practice ("BRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and bankruptcy. BRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructuring. BRS has developed the methodologies, resources and expertise required for operational and financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case administration, settlement and portfolio valuations, and investigative accounting.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On August 6, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

4. On August 14, 2007, the Office of the United States Trustee, at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Official Committee of Unsecured Creditors (the "Committee"):

      a. Wilmington Trust Company;
      b. United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent;
      c. The Bank of New York Trust Company, N.A.;
      d. Deutsche Bank National Trust Co.; as Trustee;
      e. Nomura Credit & Capital, Inc.;
      f. Impac Funding Corporation; and

      g.  Waldners Business Environments, Inc.

5. The Committee elected James McGinley of Wilmington Trust Company, as Trustee, and Steven Sass, Esq. of The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, the law firm of Blank Rome LLP as co-counsel, and BDO as financial advisors.

6. On September 27, 2007, the Committee filed the Application to Employ BDO Seidman, LLP as Financial Advisor to the Committee *Nunc Pro Tunc* to August 14, 2007 (Doket No. 966, the "Retention Application"). On November 28, 2007, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 2201, the "Retention Order").

7. This is BDO's First Monthly Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee. BDO makes this Application pursuant applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware, the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered September 4, 2007 (the "Compensation Procedures Order"), and any additional orders entered by the Court.

8. Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as Exhibits "A" and "B".

II

**SUMMARY OF SERVICES RENDERED**

9. By this Application, BDO seeks approval and payment for (a) compensation for services rendered from August 14, 2007 through October 31, 2007 and (b) reimbursement for certain expenses incurred during the same period.

10. In rendering the services for which compensation is sought, partners, senior managers, managers, seniors, and staff of BDO spent 755.1 hours from August 14, 2007 through October 31, 2007. The aggregate time charges for such services, computed at BDO's standard hourly rates are $307,193.00. In addition, BDO incurred ordinary and necessary expense in connection with the case of $335.00. The fees and expenses represent total costs incurred during this period of $307,528.00. Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over $300,000 incurred during the first three (3) calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application. Therefore, BDO will defer payment in the amount of $7,193.00 until final application (the "Deferred Compensation") as noted in this application. Exhibit "A" annexed hereto contains, in full and complete detail, a description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis. A summary of expenses is annexed as Exhibit "B".

11. BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services. The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO. A list of the hourly rates is as follows:

-5-

| | |
|---|---|
| Partners/Managing Director | $400 - 775 |
| Directors /Senior Managers | $300 - 600 |
| Managers | $225 - 375 |
| Seniors | $175 - 275 |
| Staff | $125 – 200 |

12. The compensation BDO seeks is reasonable and is for actual and necessary services rendered by BDO.  All of the services performed by BDO have been beneficial to the parties to these proceedings and have enabled the case to proceed.

13. The size and complexity of the Debtors' case as well as the numerous and complex issues of accounting required substantial broad-based accounting and financial advisory expertise to resolve the issues.  As a consequence, the demands of this case have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

14. During the period from August 14, 2007 through October 31, 2007, BDO provided services of a general nature to the Committee, as set forth below:

| | | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE<br>Created schedule of non-priority claims for all Debtors' entities.<br>Reviewed and analyzed Rabbi Trust priority claims. | 11.6 | $4,771.00 |
| B. | INSIDER PREFERENCES<br>Identified potential payments to insiders. | 0.4 | 74.00 |

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| C. | ASSET SALE/AUCTION | 73.1 | 33,784.50 |

Reviewed sales process and relevant documents including, but not limited to, various court motions regarding sale of assets, auction, bidding procedures and related objections; various draft asset purchase agreements.  Prepared for and attended auction of Broadhollow loan portfolio; reviewed and evaluated auction bid summary and analysis; prepared comparative bid summary; and prepared schedule of Sale of Miscellaneous Assets.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| D. | MEETINGS - DEBTOR | 108.5 | 49,687.50 |

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information, cash management, case issues, strategy and motions regarding sale of loans, sales procedures, auctions of Broadhollow and Melville loans and servicing business, KERP, KEIP, SOFA, SOAL, Rabbi Trust settlement proposal, wind-down plan and other open issues.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| E. | REPORT PREPARATION | 214.3 | 81,338.50 |

Preparation and review of various reports to the Creditors' Committee regarding cash flow forecasts; retention of Kroll Zolfo Cooper LLC ("Kroll") as Debtors Financial Advisor; Key Employee Retention Plan ("KERP"); Key Executive Incentive Plan ("KEIP"); Schedule of Financial Affairs ("SOFA"), Schedules of Assets & Liabilities ("SOAL"), GNMA loans, budget to actual results and case status; financial updates; cash flow results; cash management issues; warehouse loan file issues; Broadhollow and Melville loan auction, sale of servicing business and miscellaneous other asset sales; and other open issues.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| F. | MEETINGS OF CREDITORS | 40.2 | 16,753.50 |

Preparation for and attendance at Creditors' Committee meetings and/or conference calls where the financial condition of the Debtor, various reports to the Committee, asset sales and other open case issues were reviewed and discussed.

|    |    | HOURS | AMOUNT |
|----|----|-------|--------|
| G. | BUSINESS ANALYSIS | 223.7 | 85,616.00 |

Analyzed Debtor cash flows, projections, D.I.P. Operating Reports, budget to actual schedules, and cash management issues regarding Corporate and Servicing Businesses.  Reviewed and analyzed case background, recent news articles, SEC financial information and various documents, motions, orders and objections filed with the Court.  Prepared and/or reviewed

|   |   | HOURS | AMOUNT |
|---|---|---|---|
|   | schedules for employee salary analysis, analyzed various KERP and KEIP information and plans, Debtors' benefits plan and wind-down budget information. Reviewed and analyzed financial information provided in SOFA and SOAL filed by the Debtors; and prepared comparative summary. Findings were conveyed to Counsel and the Committee. |   |   |
| H. | **COUNSEL DISCUSSIONS & COURT HEARINGS** Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' asset sales/auctions; Rabbi Trust settlement issues; KERP and KEIP proposals; Committee report preparation and meetings; business analyses; information requests and various other open case issues. | 44.5 | 22,698.50 |
| I. | **FEE APPLICATIONS / MONTHLY STATEMENTS** Preparation and review of monthly data for submission to the Debtor for August and September 2007. | 8.1 | 1,452.00 |
| J. | **CASE ADMINISTRATION** Reviewed status of engagement with staff and planned areas of work to be performed. Prepared retention affidavit and conducted conflict check. | 29.3 | 10,615.00 |
|   | **SUBTOTAL:** | **753.7** | **306,790.50** |
| K. | TRAVEL TIME Professional time expended on travel, billed at one half the hourly rate of each professional. | 1.4 | 402.50 |
|   | **SUBTOTAL:** | **1.4** | **402.50** |
|   | **TOTAL:** | **755.1** | **307,193.00** |
|   | **LESS: DEFERRED COMPENSATION** |   | (7,193.00) |
|   | **GRAND TOTAL** |   | **$300,000.00** |

15. The time spent by partners and staff of BDO Seidman, LLP, from August 14, 2007 through October 31, 2007, in performing the procedures described in paragraph 15, along with their hourly rates, is presented below:

| Title | Hours | Avg. Rate | Amount |
|---|---|---|---|
| PARTNER | 246.4 | $576.62 | $142,080.00 |
| DIRECTOR | 39.5 | 595.00 | 23,502.50 |
| SENIOR MANAGER | 328.7 | 351.67 | 115,595.00 |
| SENIOR | 22.4 | 194.00 | 4,345.50 |
| STAFF | 113.0 | 185.00 | 20,905.00 |
| PARA-PROF. | 5.1 | 150.00 | 765.00 |
| **TOTAL:** | **755.1** | **$406.82** | **$307,193.00** |

16. BDO's time records are recorded contemporaneously with the rendition of professional services. Exhibit "A" attached hereto contains a full and complete description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis for the Application period. BDO's time records are maintained in one-tenth of an hour (0.10) increments.

17. Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

18. There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for services rendered in connection with this case.

-9-

19. BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

20. Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Committee, and to have the appropriate expertise available.

## III

## CONCLUSION

21. For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committee during this case have been reasonably expended in order to adequately represent and protect the interests of the Committee in this case. BDO submits further that it has provided such services in an economical and efficient manner. Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO PRAYS that this Court enter its order allowing BDO fees and expenses in the total amount of $300,355.00 (representing $307,193.00 in actual fees, less $7,193.00 in Deferred Compensation and $335.00 in expenses,).

DATED in New York, New York on this 5th Day of December, 2007.

> BDO Seidman, LLP
> 330 Madison Avenue
> 10th Floor
> New York, N.Y. 10017
> Telephone Number:   (212) 885-8000
> Facsimile Number:   (212) 697-1299
>
> Financial Advisors to the Committee
>
> _____
> DAVID E. BERLINER

Sworn and subscribed to before
me this 5th day of December, 2007

_____
Notary Public

JENNIFER   ROLLO
Notary Public, State of New York
No. 01RO6096211
Qualified in New York County
Commission Expires July 28, 2011