EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 14, 2007 through October 31, 2007

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation                                      $313.00
   b. Lodging
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE                    22.00
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS


    **TOTAL**                                             **$335.00**