**CERTIFICATE OF SERVICE**

I, *Bonnie Glantz Fatell*, certify that on December 5, 2007, I caused service of the attached *Notice of Application* and *First Monthly Fee Application of BDO Seidman, LLP, Financial Advisors to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through October 31, 2007* to be made via overnight mail on the Notice Parties (as defined in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 3, 2007) listed on the Service List attached hereto as Exhibit A.

I further certify that on December 5, 2007, a copy of the Notice only was served via First Class Mail upon all parties on the 2002 Service List attached hereto as Exhibit B.

|  |  |
|---|---|
| Dated:  December 5, 2007 | */s/ Bonnie Glantz Fatell*<br>Bonnie Glantz Fatell (DE Bar. No 3809) |

128189.01600/21648642v.1

# EXHIBIT A
## Notice Parties

**(Via Overnight Mail)**

Alan Horn, Esquire
American Home Mortgage
Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*Debtors*

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 8800
Washington, DC 20006

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE 19801