- 3 -

## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey L. Schwartz | Partner (1977) | $650.00 | 16.10 | $10,465.00 |
| Mark S. Indelicato | Partner (1986) | $625.00 | 204.90 | $128,062.50 |
| Mark T. Power | Partner (1989) | $625.00 | 95.30 | $59,562.50 |
| John P. McCahey | Partner (1986) | $625.00 | 8.60 | $5,375.00 |
| Joshua I. Divack | Partner (1988) | $575.00 | 2.00 | $1,150.00 |
| Don D. Grubman | Partner (1979) | $575.00 | 85.00 | $48,875.00 |
| Edward L. Schnitzer | Associate (1998) | $400.00 | 39.50 | $15,800.00 |
| Katharine G. Craner | Associate (2002) | $325.00 | 0.70 | $227.50 |
| Jeffrey Zawadzki | Associate (2004) | $260.00 | 70.40 | $18,304.00 |
| Emmet Keary | Associate (2006) | $215.00 | 128.80 | $27,692.00 |

| Howard Ruda | Of Counsel (1959) | $475.00 | 2.30 | $1,092.50 |
|---|---|---|---|---|
| James P. Laughlin | Special Counsel (1989) | $625.00 | 39.10 | $24,437.50 |
| Robert J. Malatak | Special Counsel (1994) | $450.00 | 1.60 | $720.00 |
| Joselyn Fine | Paralegal (N/A) | $180.00 | 0.30 | $54.00 |
| Michael Marhyan | Paralegal (N/A) | $190.00 | 20.70 | $3,933.00 |
| Mary Porch | Paralegal (N/A) | $175.00 | 1.00 | $175.00 |
| Jason Smith | Paralegal (N/A) | $190.00 | 6.10 | $1,159.00 |
| **Grand Totals:** | | | **71.10722.40** | **$31,571.00** |
| **Blended Rate:** | | $ 442.24406.88 | | |
| **Blended Rate excluding Paraprofessionals:** | | $ 442.24494.23 | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| General; Case Administration | 19.20 | $7,171.50 |
| Creditors' Committee | 268.80 | $88,449.50 |
| Retentions | 4.50 | $2,677.50 |
| Executory Contracts/Leases | 0.40 | $140.50 |
| DIP/Investigation of Lien | 16.60 | $5,794.50 |
| Sale of Assets | 346.20 | $203,587.50 |
| Litigation | 48.30 | $29,479.00 |
| Employee Issues | 15.20 | $7,784.50 |
| Investigation of Company | 3.20 | $2,000.00 |
| **Total:** | **722.40** | **$347,084.50** |
| **Project Category** | **Total Hours** | **Total Fees** |

- 6 -

**EXPENSE SUMMARY**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Carfare *[re: Attorney/Staff working after hours or traveling]* | Skyline Credit Ride Inc. | $2,022.76 |
| Duplicating [at 10¢ per page] | | $895.90 |
| Lexis | Lexis – Nexis | $1,073.49 |
| Long Distance Telephone | | $243.92 |
| Postage | | $5.01 |
| Search Fees | Pacer Service Center | $494.00 |
| Meals *[re: Attorney/Staff working after hours or traveling]* | Seamless Web Professional Solutions, Inc. | $1,712.77 |
| Travel | | $1,334.00 |
| UCC Fees | | $2,338.80 |
| **Total:** | | $10,120.65 |