**EXHIBIT B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

| | | | |
|---|---|---|---:|
| 001 | GENERAL | $ | 7,171.50 |
| 002 | CREDITORS COMMITTEE | | 88,449.50 |
| 003 | RETENTIONS | | 2,677.50 |
| 004 | EXECUTORY CONTRACTS/LEASES | | 140.50 |
| 005 | DIP/INVESTIGATION OF LIEN | | 5,794.50 |
| 006 | SALES OF ASSETS | | 203,587.50 |
| 009 | LITIGATION | | 29,479.00 |
| 011 | EMPLOYEE ISSUES | | 7,784.50 |
| 013 | INVESTIGATION OF COMPANY | | 2,000.00 |
| | **Total Time** | $ | 347,084.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 243.92 |
| | CARFARE | | 2,022.76 |
| | DUPLICATING | | 895.90 |
| | LEXIS | | 1,073.49 |
| | MEALS | | 1,712.77 |
| | POSTAGE | | 5.01 |
| | SEARCH FEES | | 494.00 |
| | TRAVEL | | 1,334.00 |
| | UCC FEES | | 2,338.80 |
| | **Total Disbursements** | $ | 10,120.65 |
| | **TOTAL BILL** | $ | 357,205.15 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
001      GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/07 | Review revised cash collateral order (.5); final DIP financing order (.3), stipulation and order approving private sale to Barclays of Barclay's MSRs (.5); stipulation and revised order settling Fannie Mare motion (.4); multiple e-mails with MSI and YCST re the foregoing (.4); prepare for tomorrow's hearing (.5); review revisions to KZC retention order (.3) | MTP | 2.90 | 1,812.50 |
| 09/04/07 | General file maintenance and organization | MM | 1.50 | 285.00 |
| 09/05/07 | Met with JXZ; Telephone and E-mail exchange with JXZ re: Conflict Checklist | MM | 0.30 | 57.00 |
| 09/05/07 | E-mail exchange with MTP re: Conflict Checklist | MM | 0.10 | 19.00 |
| 09/12/07 | File maintenance and organization | MM | 1.50 | 285.00 |
| 09/12/07 | Review article on Freddie Mae motion (.10); review motion and summary to the Committee (.60); review BDO report in preparation for Committee meeting (.80); attend committee meeting (1.10). | MSI | 2.60 | 1,625.00 |
| 09/12/07 | Review press article on Freddie Mac motion (.1); review summary to Committee (.6); review BDO report in preparation for Committee meeting (.8); attend committee meeting (1.10) | MTP | 2.60 | 1,625.00 |
| 09/13/07 | File maintenance and organization | MM | 1.70 | 323.00 |
| 09/19/07 | Review of docket for case updates; File maintenance and organization | MM | 2.80 | 532.00 |
| 09/25/07 | File maintenance and organization | MM | 2.50 | 475.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/27/07 | Checking Docket (.20) Preparing Pleadings (.20) Calendar events (.30) | JS | 0.70 | 133.00 |

| | | | TOTAL HOURS | 19.20 | |
|---|---|---|---|---|---|

TOTAL SERVICES ........................................................................ $    7,171.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $243.92 |
| CARFARE | $553.66 |
| DUPLICATING | $416.90 |
| LEXIS | $103.69 |
| MEALS | $208.08 |
| POSTAGE | $4.60 |
| SEARCH FEES | $86.80 |

TOTAL DISBURSEMENTS ............................................................ $    1,617.65

TOTAL FEES & DISBURSEMENTS ............................................. $    8,789.15


### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 548 | Marhyan | 10.40 | 190.00 | 1,976.00 |
| 556 | Smith | 0.70 | 190.00 | 133.00 |
| 260 | Indelicato | 2.60 | 625.00 | 1,625.00 |
| 364 | Power | 5.50 | 625.00 | 3,437.50 |
| ATTY TOTAL | | 19.20 | | 7,171.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue  (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/07 | Examined and drafted summary of retention of distribution to creditors Phoenix for Creditors Committee (2.3); Met with JXZ re: Phoenix summary (.10); Met with JXZ re: same (.20); Examined and drafted summary of non-qualified deferred compensation for Creditors Committee (1.9); Finalized Phoenix for JXZ (.50). | EK | 5.00 | 1,075.00 |
| 09/04/07 | Review possible Madonna consulting arrangement. | JLS | 0.50 | 325.00 |
| 09/04/07 | E-mails re Kroll retention, review BDO analysis re same (.30); review assistant financial reports and forecasts (.50); e-mails re ordinary course prof. (.10); review docket, recent motions and draft summaries (4.40); calendar maintenance (.20); review various orders (.40); attention to hearing matters (.10). | JXZ | 6.00 | 1,560.00 |
| 09/04/07 | Poll various committee members to review proposals regarding Kroll retention (.80); review various motions in preparation for hearing (.60); attend omnibus hearing on various motions (2.60); meeting with P. Morgan, M. Lunn, S. Beach and MTP to go over various items in case (2.2). | MSI | 6.20 | 3,875.00 |
| 09/04/07 | Prepare for (.6) and omnibus hearing before BJ Sontchi (non-working travel @ 50%) (4.5); attend case strategy meeting with YCST teams, MSI, and B. Fatell (2.) | MTP | 7.10 | 4,437.50 |
| 09/04/07 | Review BDO summary re Kroll retention and discuss with MSI | MTP | 0.50 | 312.50 |
| 09/05/07 | Drafted and summaries of Phoenix and Rabbi Trust | EK | 0.80 | 172.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/05/07 | Review memo regarding 11 USC Section 526; discussions with Messrs. JLS, HR re same; attention to research | JPL | 1.90 | 1,187.50 |
| 09/05/07 | Call J. Stein re website administration (.10); meetings with MSI re Access motion (.10); attention to U.S.T. letter (.10); e-mails with EK re summaries (.20). | JXZ | 0.50 | 130.00 |
| 09/05/07 | Telephone conference with Kroll, Young Conway and BDO to discuss status, outstanding issues and strategy (.80); review emails from Committee members re: examiners motion (.10); meeting with MTP re: strategy (.40); review same (.30). | MSI | 1.60 | 1,000.00 |
| 09/05/07 | Telephone call with Kroll, YCST, BDO and MSI to discuss status, outstanding issues (.5); meeting with MSI re strategy (.5); review same (.3) | MTP | 1.30 | 812.50 |
| 09/06/07 | Examined the motions in relation to the Milestone and Phoenix retentions and the calculations of additional compensation and services provided, preparing a memo for MTP on the issue | EK | 5.50 | 1,182.50 |
| 09/06/07 | Review docket/recent motions (2.3); review UST letter and draft response (.50); meeting MSI re Access issues (.20). | JXZ | 3.00 | 780.00 |
| 09/06/07 | Review and respond to emails from Committee members re: update on sale and objection. | MSI | 0.30 | 187.50 |
| 09/06/07 | Review e-mails with Committee Members re update on sale and objection | MTP | 0.50 | 312.50 |
| 09/07/07 | Review and analyze Deutsche Bank objection | EK | 2.20 | 473.00 |
| 09/07/07 | Discussion with MTP re trading order | JPL | 0.20 | 125.00 |
| 09/07/07 | Review hearing agenda (.10); review notes and draft Committee meeting minutes (2.70); review letter UST (.20); meetings MSI/e-mails M. McMahon re UST issues (.20); review stipulation (.40); review docket and recent responses (1.0); meeting MSI re open issues (.10); attention to DB motion (.20). | JXZ | 4.90 | 1,274.00 |
| 09/07/07 | Telephone conference with P. Morgan (2x) re: issues with Milestone, Phoenix and BD (.40); review same and meeting with JXZ (.30); meeting with MTP re: same and status (.40). | MSI | 1.10 | 687.50 |
| 09/07/07 | Discussion with JPL re trading order | MTP | 0.20 | 125.00 |
| 09/07/07 | Review same and meeting with MSI re Milestone, Phoenix and BD | MTP | 0.40 | 250.00 |
| 09/09/07 | Review documents and draft DB opposition papers. | JXZ | 3.40 | 884.00 |
| 09/09/07 | Call with DDG & MSI to discuss task assignments and scheduling (.5);  review MSI e-mail to Committee re scheduling a call for Wednesday, exchange multiple e-mails with MSI & DDG re same (.3) | MTP | 0.80 | 500.00 |
| 09/10/07 | Examining case referrals re DB motion to remove stay and counter acting case research (8.1); Discussed DB objection with JXZ ( 1.2); Discussed Phoenix and Milestone agreements with MSI (.80). | EK | 10.10 | 2,171.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/10/07 | Review indentures and trust agreements in respect to Taberna Capital request to join Committee; related correspondence | JPL | 2.30 | 1,437.50 |
| 09/10/07 | Revised notes re Strauss affidavit and '06 10K (1.) | JPM | 1.00 | 625.00 |
| 09/10/07 | Review docket and recent response (.60); meetings with EK/MSI re DB opposition (.30); draft DB opposition papers (4.60). | JXZ | 5.50 | 1,430.00 |
| 09/11/07 | Freddie Mac motion to lift stay - examination (1.2); Drafting memo for creditors committee of Freddie Mac (1.8); Setting up call for Creditors Committee (.40); Working lunch with DDG and ELS re APA of Jones Day (1.1); Examination of versions of the APA (4.3); Discussing DB objection with JX (1.1); Researching caselaw for DB objection (.90). | EK | 10.80 | 2,322.00 |
| 09/11/07 | Attention to correspondence re Taberna Capital request to serve as ex officio member of the Committee | JPL | 0.60 | 375.00 |
| 09/11/07 | Attention to creditor inquiries (.60); review docket/recent motions and draft summaries (1.20); meeting with MSI/MTP re open issues (.50); attention to open matters (.30); draft DB opposition papers (4.40); e-mail B. Fatell re DB (.10); e-mail re website admin. (.10). | JXZ | 7.20 | 1,872.00 |
| 09/11/07 | Review Freddie Mac motion to lift stay | MTP | 1.40 | 875.00 |
| 09/11/07 | Meeting w/MSI & JXZ re task assignments | MTP | 0.50 | 312.50 |
| 09/12/07 | Preparing for AHM conference call re objections, motions, BDO reading (2.0); Conference call for Creditor's Committee with MSI, JXZ (1.3); Reading revised APA's for Wilbur Ross stalking horse (5.6); Re-did MSI comment on Freddie Mac summary and sent out to Committee (.5). | EK | 9.40 | 2,021.00 |
| 09/12/07 | Meeting prep. (.80); Committee conference call (1.00); meetings with MSI, EK re open issues (.40); review documents re Freddie Mac (.80); review documents re Bear Stearns (.20); meeting with JPL re objection (.10); review recent motions/responses (1.60). | JXZ | 4.90 | 1,274.00 |
| 09/12/07 | Meeting prep (.8); committee conference call (1.); review documents re Bear Stearns (.2) | MTP | 2.00 | 1,250.00 |
| 09/12/07 | Call with MSI to review all open matters and stalking horse negotiations | MTP | 0.50 | 312.50 |
| 09/13/07 | Examining cases sighted in Freddie Mac objection and researching case law to support AHM position (8.1); Discussed issue with JPL (.40); Spoke with MSI re Freddie Mac (.30); Discussed issues on Freddie Mac with MTP (.30). | EK | 9.10 | 1,956.50 |
| 09/13/07 | Call MSI re Milestone (.10); review financial analysis (.50); review documents and draft minutes (1.90); review AP, main dockets, recent motions/responses (1.10). | JXZ | 3.60 | 936.00 |
| 09/13/07 | Review motions filed by debtors and calendar. | MSI | 0.30 | 187.50 |
| 09/13/07 | Discussed issues on Freddie Mac w/EK | MTP | 0.30 | 187.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/14/07 | Meeting with MSI, JXZ, ELS re strategy for repo and servicing split in two argument (.70); Drafting memo for MSI on Wilbur Ross objections (6.5) Reviewing retention app and sending out (.50); Objection to Freddie caselaw (1.3); Conference call re AHM with MSI re APA (1.3). | EK | 11.90 | 2,558.50 |
| 09/14/07 | Meetings/calls with MSI and research 365 issues (5.10); meetings with MSI, EK, ELS re open issues (.50); review dockets/motions (1.20). | JXZ | 6.80 | 1,768.00 |
| 09/14/07 | Telephone conference with Kroll and BDO re: update on the case and status of sales (.50); telephone conference with BDO re: same (.20); telephone conference with P. Morgan re: 9/17 hearing (.30); review calendar and motion re: same (.30); review motions filed (.60). | MSI | 1.90 | 1,187.50 |
| 09/14/07 | Participate in professionals update call with KZC, BDO, YCST, MSI (.80); call with MSI re open issues and task assignments (.40) | MTP | 1.20 | 750.00 |
| 09/14/07 | Meeting with MSI, JXZ, ELS re strategy for repo and servicing split in two arguments | MTP | 0.70 | 437.50 |
| 09/16/07 | Review draft sale procedures order and related motion papers. | JXZ | 1.90 | 494.00 |
| 09/17/07 | Completed memo for MSI re Freddie Mac objections (3.1); Prepared for 3:30 conference call with JPL & YCST, Kosmowski, Brady (1.2); Phoned YCST arranging conference call re Freddie Mac issue (.10); Conference call between H&H and YCST re Freddie Mac (.50); Reviewing Freddie Mac objection & language ( 1.1); Reviewing Freddie Mac stipulations (1.6); | EK | 10.30 | 2,214.50 |
| 09/17/07 | Examining Societe Generale lift stay motion & draft memo for Creditors' Committee | EK | 2.70 | 580.50 |
| 09/17/07 | Review docket/motions and draft motion summaries (1.0); meeting with MSI re EIP (.10). | JXZ | 1.10 | 286.00 |
| 09/17/07 | Review emails to and from Committee re: issues to address with debtor (.30); review summaries of motions to the Committee (.40). | MSI | 0.70 | 437.50 |
| 09/17/07 | Conference call re H&H and YCST re Freddie Mac (.50); Review e-mails to/from Committee re issues with Debtor (.20). | MTP | 0.70 | 437.50 |
| 09/18/07 | Docket and adversary proceedings examination for drafting live calendar memo for MTP (4.0); Finalizing memo on Societe Generale motion to Creditors Committee (.80); Examination of Young Conaway memo (law & assertions) on splitting servicing and repo Ag's (1.6); Examining YCST stips received from Kosmowski (1.6). | EK | 8.00 | 1,720.00 |
| 09/18/07 | Review docket/recent motions and orders (1.0); meeting with EK re court calendar (.10). | JXZ | 1.10 | 286.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/19/07 | Examining and drafting Freddie Mac BoA Creditors Committee summary (2.8); Arranging Thursday's meeting of Creditors meeting & debtors (.80); Drafting notice of retention to employ BDO & drafting order to employ BDO & drafting motion to employ BDO; reviewing affidavit of W. Lenhart - J. Manning (5.1); Working on all adversary proceedings (2.1); Updating Creditors Committee calendar with new docket examination (.50). | EK | 11.30 | 2,429.50 |
| 09/19/07 | Review of AHM public filings (1.) | JPM | 1.00 | 625.00 |
| 09/19/07 | Review motions/revise summaries (.80); e-mails M. Michaelis re retention (.10). | JXZ | 0.90 | 234.00 |
| 09/20/07 | Working on creditors committee calendar (1.5); Examining and drafting summary of term sheet and indemnity contract and exhibits and agreements (2.1); Finalizing BoA and Freddie Mac summary for Creditors Committee (.70); Creditors at Debtors Meeting (3.3); Preparing for Debtors Cr. Committee meeting (.50). | EK | 8.10 | 1,741.50 |
| 09/20/07 | Prepare for and attend meeting of Committee with Debtor. | JLS | 4.50 | 2,925.00 |
| 09/20/07 | Attention to request by Taberna Capital to serve as ex officio member of creditors committee, discussion with JMC, KGC. | JPL | 1.10 | 687.50 |
| 09/20/07 | Review documents re KEIP (.70); calls/meetings Debtor/Committee re sale and incentive issues (3.20); meeting with MTP re liens (.10). | JXZ | 4.00 | 1,040.00 |
| 09/20/07 | Review BDO analysis on KERP in preparation for Committee meeting (.90); attend committee meeting to address KERP and sale issues (2.4). | MSI | 3.30 | 2,062.50 |
| 09/20/07 | Meeting with JXZ re assignment and liens (.10); Review BDO analysis on MIP in preparation for Committee meeting (1.); attend committee meeting to address KERP and sale issues (2.5). | MTP | 3.60 | 2,250.00 |
| 09/21/07 | Revising BoA notice order and application (1.1); Reading Citibank's filings (.90). | EK | 2.00 | 430.00 |
| 09/21/07 | Prepare memo to committee regarding request of Taberna Capital to serve on committee as ex officio member; review related correspondence; discussion with Ms. Craner | JPL | 1.10 | 687.50 |
| 09/21/07 | Draft minutes (2.10); review docket/recent motions (.60); emails re: asset sales (.20); emails re: KERP (.10). | JXZ | 3.00 | 780.00 |
| 09/21/07 | Telephone conference with numerous creditors and other parties re: status and proposed APA (.60); review various motions filed by the debtor (.50). | MSI | 1.10 | 687.50 |
| 09/23/07 | Telephone conference with MTP re: issues discussed with S. Cooper (.30); telephone conference with debtor, Kroll and BDO to discuss issues raised regarding the Broadhollow transactions (.60); revise and edit summaries to the Committee (.20); review motions filed by parties (.40). | MSI | 1.50 | 937.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/24/07 | Examining and drafting a summary of the Debtors' approved stipulation motion ABN Ambro (2.1); drafting creditor's committee calendar (2.2); examining Citibank motions with exhibits (2.0). | EK | 6.30 | 1,354.50 |
| 09/24/07 | Met with KGC to discuss Taberna Capital's request to serve ex officio on committee; finalized memo thereon; related correspondence | JPL | 2.20 | 1,375.00 |
| 09/24/07 | Docket Review | JS | 0.50 | 95.00 |
| 09/24/07 | Review docket and recent motions (.40); draft minutes (.20); calendar maintenance (.10). | JXZ | 0.70 | 182.00 |
| 09/24/07 | Review memo on ex-officio creditors committee status and discuss with JPL. | KGC | 0.70 | 227.50 |
| 09/24/07 | Telephone call with MSI re issues discussed with Kroll (.3); Telephone call with Debtor, Kroll and BDO to discuss issues raised re sale of servicing business and BoA Broadhollow transactions (.6); review motions filed by parties (.5) | MTP | 1.40 | 875.00 |
| 09/24/07 | Review memo on ex-officio creditors committee status | MTP | 0.50 | 312.50 |
| 09/25/07 | Examining and drafting memo for the creditors committee of the debtors sale and sale procedures motion; examining and drafting memo for Creditors Committee of Debtors  motion to pay advanced fees and costs; examining and drafting memo for the Creditors Committee of Waterfields motion to lift automatic stay; examining and drafting memo for the Creditors Committee on sale motion and procedures of Wilbur Ross (5.80); Examined Citi, DB and Wells Fargo objections (2.10); Updating and revising creditors committee calendar (.40). | EK | 8.50 | 1,827.50 |
| 09/25/07 | Review and preparation of Asset purchase agreement for MSI and DDG (2.0); Communication with DDG on request for Documents to be downloaded and served (.20); Reviewing documents off Docket to update 2002 list (1.0). | JS | 3.20 | 608.00 |
| 09/25/07 | Ordered UCC searches from the agent and communicated that all results go to Mary porch for charting purposes. | JXF | 0.30 | 54.00 |
| 09/25/07 | Review docket/recent motions (.70); review financials (.40); attention to lien searches and emails JXF re: same (.70). | JXZ | 1.80 | 468.00 |
| 09/25/07 | Review various motions filed by debtor and third parties. | MSI | 0.60 | 375.00 |
| 09/26/07 | Vantage motion examination and summary of motion for creditors committee (1.60); Examining docket and updating calendar (.40). | EK | 2.00 | 430.00 |
| 09/26/07 | Review docket/recent motions and calendar maintenance. | JXZ | 1.10 | 286.00 |
| 09/27/07 | Emails J. Stein re: website administration (.10); review docket (.10). | JXZ | 0.20 | 52.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/27/07 | Draft e-mail to the Committee re: meeting on 9/28 (.20); meeting with MTP re: same (.10); review BDO report to the Committee (.40); e-mails with Berliner re: same (.20); e-mails with K. Nystrom re: issue with warehouse claim (.20); review memo on ex-officio request (.40). | MSI | 1.50 | 937.50 |
| 09/27/07 | Review MSI e-mail to Committee re meeting on 9/28 (.1); meeting with MSI re same (.1); review BDO report to the Committee (.5); attention to e-mails w/Kroll & BDO re issue w/warehouse claim (.2) | MTP | 0.90 | 562.50 |
| 09/27/07 | Prepare for and participate in Committee conference call | MTP | 1.70 | 1,062.50 |
| 09/28/07 | Meeting with MSI -- discussing objections (.80); reading objections (4.0). | EK | 4.80 | 1,032.00 |
| 09/28/07 | Docket Review (.30) review of Pleadings Filed (.40) File maintenance (1.0) | JS | 1.70 | 323.00 |
| 09/28/07 | Review docket, recent motions (.70); meetings with MSI, ELS regarding 365 issues (.20); meetings with MSI and MTP regarding open issues and committee conference call (1.20); review documents and draft minutes (1.30). | JXZ | 3.40 | 884.00 |
| 09/28/07 | Received and charted lien results. | MHP | 1.00 | 175.00 |
| 09/28/07 | Prepare for and attend committee meeting to update committee (1.10); draft e-mail to the committee regarding same (.20); review materials filed by the debtor (.40); meeting with MTP regarding update (.30); meeting with JS regarding files and summaries to the committee (.20). | MSI | 2.20 | 1,375.00 |
| 09/28/07 | Meetings with MSI, JXZ re assignment and committee conference call (1.2) | MTP | 1.20 | 750.00 |
| 09/28/07 | Prepare for and attend committee meeting to update committee (1.2); meeting with MSI re update (.3) | MTP | 1.50 | 937.50 |

TOTAL HOURS      268.80

TOTAL SERVICES ........................................................................ $   88,449.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $55.59 |
| DUPLICATING | $365.10 |
| LEXIS | $774.94 |
| MEALS | $1,467.12 |
| POSTAGE | $0.41 |
| SEARCH FEES | $405.44 |
| TRAVEL | $548.00 |
| UCC FEES | $2,338.80 |

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS ............................................................ $    5,955.40

TOTAL FEES & DISBURSEMENTS ............................................. $    94,404.90


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 980 | Porch | 1.00 | 175.00 | 175.00 |
| 514 | Fine | 0.30 | 180.00 | 54.00 |
| 556 | Smith | 5.40 | 190.00 | 1,026.00 |
| 550 | Keary | 128.80 | 215.00 | 27,692.00 |
| 493 | Zawadzki | 65.00 | 260.00 | 16,900.00 |
| 478 | Craner | 0.70 | 325.00 | 227.50 |
| 226 | McCahey | 2.00 | 625.00 | 1,250.00 |
| 260 | Indelicato | 22.30 | 625.00 | 13,937.50 |
| 364 | Power | 28.90 | 625.00 | 18,062.50 |
| 502 | Laughlin | 9.40 | 625.00 | 5,875.00 |
| 162 | Schwartz | 5.00 | 650.00 | 3,250.00 |
| ATTY TOTAL | | 268.80 | | 88,449.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2007

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the
following:

703159        AMERICAN HOME MORTAGE HOLDINGS, INC.
003           RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/07 | Review latest draft of Kroll retention order (.40); review motion seeking employment of Phoenix (.30). | MSI | 0.70 | 437.50 |
| 09/03/07 | Review revised draft of Kroll retention order (.5) | MTP | 0.50 | 312.50 |
| 09/06/07 | Attention to memo on Milestone and Phoenix retentions | MTP | 0.50 | 312.50 |
| 09/10/07 | Meeting with EK re: comments and issues with Milestone retention (.30); telephone conference with P. Morgan re: same and potential objection (.20). | MSI | 0.50 | 312.50 |
| 09/11/07 | Telephone conference with P. Morgan, G. Weil of Milestone and BDO to discuss concerns of the Committee (.70); review issues regarding retention (.20). | MSI | 0.90 | 562.50 |
| 09/13/07 | Teleconference with P. Morgan re: issues on Milestone and Phoenix retention. | MSI | 0.30 | 187.50 |
| 09/14/07 | Telephone conference with P. Morgan re: resolution of issues regarding Milestone's retention. | MSI | 0.20 | 125.00 |
| 09/17/07 | Review proposed orders for Milestone and Phoenix retention (.20); telephone conference with B. Fatell re: same (.10). | MSI | 0.30 | 187.50 |
| 09/28/07 | Review of A&O retention papers and phone calls with debtors' attorneys re: same. | ELS | 0.60 | 240.00 |

TOTAL HOURS        4.50

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|--|------|-------|-------|
| | TOTAL SERVICES ........................................................................$ | | | | 2,677.50 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 486 | Schnitzer | 0.60 | 400.00 | 240.00 |
| 260 | Indelicato | 2.90 | 625.00 | 1,812.50 |
| 364 | Power | 1.00 | 625.00 | 625.00 |
| ATTY TOTAL | | 4.50 | | 2,677.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the
following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
004          EXECUTORY CONTRACTS/LEASES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/05/07 | E-mail exchange with para re conflict checklist | MTP | 0.10 | 62.50 |
| 09/28/07 | Review docket, rejection motions (.30). | JXZ | 0.30 | 78.00 |

TOTAL HOURS                                          0.40

TOTAL SERVICES ........................................................................ $        140.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.30 | 260.00 | 78.00 |
| 364 | Power | 0.10 | 625.00 | 62.50 |
| ATTY TOTAL | | 0.40 | | 140.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
005          DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/07 | Review final drafts of cash collateral and DIP orders. | JID | 1.00 | 575.00 |
| 09/03/07 | Review final draft of cash collateral order and DIP (1.20); review various limited objections to same (.40); numerous emails with Waite re: same (.30). | MSI | 1.90 | 1,187.50 |
| 09/04/07 | Review final draft of cash collateral order and emails from J. Waite re: same (.50); review final draft of DIP order (.30). | MSI | 0.80 | 500.00 |
| 09/04/07 | Review revised draft of cash collateral order and DIP order (1.) | MTP | 1.00 | 625.00 |
| 09/18/07 | Review Jones Day invoice as per MTP re DIP reimbursement provisions. | JID | 1.00 | 575.00 |
| 09/18/07 | Review Jones Day invoice re DIP reimbursement provisions | MTP | 0.60 | 375.00 |
| 09/20/07 | E-mail and phone communications re: uploading of Termination/Default Notices onto filesite. | MM | 0.70 | 133.00 |
| 09/21/07 | Printing, review of and filing of agreements submitted by Debtor's Counsel | MM | 3.60 | 684.00 |
| 09/27/07 | Continued printing, review of and filing of agreements submitted by Debtor's counsel | MM | 6.00 | 1,140.00 |

TOTAL HOURS                    16.60

TOTAL SERVICES .........................................................$      5,794.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 548 | Marhyan | 10.30 | 190.00 | 1,957.00 |
| 285 | Divack | 2.00 | 575.00 | 1,150.00 |
| 260 | Indelicato | 2.70 | 625.00 | 1,687.50 |
| 364 | Power | 1.60 | 625.00 | 1,000.00 |
| ATTY TOTAL | | 16.60 | | 5,794.50 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

December 5, 2007

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the
following:

> 703159       AMERICAN HOME MORTAGE HOLDINGS, INC.
> 006          SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/07 | Review proposed order seeking approval of Barclay's sale (.30); telephone conference with Morgan re: same (.10); review draft contract for the sale of the servicing business (1.80). | MSI | 2.20 | 1,375.00 |
| 09/03/07 | Attention to revised order approving sale of MSRs to Barclays (.5); discuss my comments with MSI (.1); review draft APA re sale of servicing business (2.8) | MTP | 3.40 | 2,125.00 |
| 09/04/07 | Review revised APA, e-mails with MSI re: same | DDG | 2.10 | 1,207.50 |
| 09/04/07 | Review various drafts of APA and discuss same with DDG. | MSI | 1.80 | 1,125.00 |
| 09/05/07 | Conference with MSI re: APA issues, prepare comments re: same for MSI and MTP | DDG | 2.10 | 1,207.50 |
| 09/05/07 | Review and edit draft contract of sale (2 versions) with WLR (4.20); meeting with DDG re: same (.50); review numerous emails re: same (.20). | MSI | 4.90 | 3,062.50 |
| 09/05/07 | Review revised version of the servicing business APA and discuss my comments with MSI and DDG | MTP | 1.80 | 1,125.00 |
| 09/06/07 | Review revised APA, Miscellaneous conferences with MSI and MTP re: APA comments and conferences with Debtors' counsel re: same | DDG | 4.40 | 2,530.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/06/07 | Review and edit latest draft of the proposed APA (1.70); meeting with DDG and MTP re: comments re: same (.40); telephone conference with Young Conway re: comments to draft (.40); telephone conference with M. Lund re: Broadhollow (.20); review memo from BDO re: same (.20); draft emails re: same (.30). | MSI | 3.20 | 2,000.00 |
| 09/06/07 | Review and mark up revised asset purchase agreement; short discussion with DDG re same | MTP | 2.50 | 1,562.50 |
| 09/07/07 | Conferences with Debtor's counsel, MSI re: APA, sale order issues, conferences with MTP and MSI re: Miscellaneous sale issues | DDG | 1.70 | 977.50 |
| 09/07/07 | Review latest draft of the APA (2.40); telephone conference with Craig and Pauline Morgan re: committee's concerns and comments (1.80); review and edit motion to approved amended bidding procedures motion (1.10); draft email re: same (.40). | MSI | 5.70 | 3,562.50 |
| 09/07/07 | Discussion with MSI and DDG and call with Debtors (on for part) re sale issues | MTP | 1.10 | 687.50 |
| 09/08/07 | Attention to e-mails re scheduling calls w/YCST, Cadwalader and Jones Day on comments to draft APA (.5) | MTP | 0.50 | 312.50 |
| 09/09/07 | Miscellaneous conference call and e-mails re: APA issues | DDG | 1.80 | 1,035.00 |
| 09/09/07 | Review and edit sale procedures order for mortgage loans (1.30); review various drafts of changes to APA (2.80); telephone conference with YC, MTP and DDG re: discuss comments to APA (1.40); telephone conference with DDG and MTP re: same and strategy (.70). | MSI | 6.20 | 3,875.00 |
| 09/09/07 | Review revised stalking horse APA with WL Ross and e-mails with revised language on same (1.9); conference call with YCST, MSI, DDG and Cadwalader (for part of the call) to discuss major issues with APA (1.2) | MTP | 3.10 | 1,937.50 |
| 09/10/07 | Review revisions to APA (1.5); conference call with Jones Day, MSI, Blank Rome, and Miscellaneous conferences and e-mails re: same (1.8) | DDG | 3.30 | 1,897.50 |
| 09/10/07 | Continue review to procedures order (.60); review revisions to APA (.80); meeting with DDG re: same (.30); extensive telephone conferences with Jones Day re: comments and issues on APA (1.60); telephone conference with Blank Rome re: same (.30); extensive telephone conference with P. Morgan re: issues with Jones Day and Bank of America (.30). | MSI | 3.90 | 2,437.50 |
| 09/10/07 | Conference call (partial) with MSI and Pauline Morgan to review status of WLR APA, bid procedures motion and other open issues (.3) | MTP | 0.30 | 187.50 |
| 09/11/07 | Review revised Asset Purchase Agreement and bid procedures, Miscellaneous conferences with MTP, MSI and Morgan re: same (4.3); conference with ELS, EK re: APA, bid procedures issues (0.7) | DDG | 5.00 | 2,875.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/11/07 | Review various pleadings and documents re: asset sale and meeting with EK and DDG re: same. | ELS | 1.40 | 560.00 |
| 09/11/07 | Meet with counterparty to discuss Broad Hollow and other issues in case. | JLS | 1.00 | 650.00 |
| 09/11/07 | Review revised draft of the amended sale procedures order (1.20); review and revise amended drafts of the APA from Jones Day (3.20); extensive telephone conferences (2x) with P. Morgan re: same (.80); meeting with DDG and MTP re: same (.70). | MSI | 5.90 | 3,687.50 |
| 09/11/07 | Review and comment on revised APA with comments from WLR's counsel (3.0); numerous discussions/calls with YCST, MSI and DDG re same | MTP | 3.80 | 2,375.00 |
| 09/12/07 | Miscellaneous conferences with MSI, counsel to B of A and Debtors re: APA | DDG | 3.50 | 2,012.50 |
| 09/12/07 | Commence review of information re Broad Hollow. | JLS | 2.50 | 1,625.00 |
| 09/12/07 | Review revised draft APA (1.20); telephone conference with DDG & Graig Greer and P. Morgan re: same (.80); telephone conference wit Greer and Liscio re: page turn on comments to APA (4.20); meeting with EK re: same (.30). | MSI | 6.50 | 4,062.50 |
| 09/12/07 | Review stalking horse mark up of APA; e-mails/calls with MSI and DDG re same | MTP | 1.40 | 875.00 |
| 09/13/07 | Several calls with C. Greer re: required modification and the APA (.60); review objection to sale and/or assignment (1.80); review severability issues (1.10). | MSI | 3.50 | 2,187.50 |
| 09/13/07 | Attention to revised documents on servicing business APA | MTP | 4.90 | 3,062.50 |
| 09/14/07 | Meeting with MSI, JXZ and EK re: APA objections to sale procedures (.40); conference call with MSI, EK and debtors re: revised APA with Ross (1.30). | ELS | 1.70 | 680.00 |
| 09/14/07 | Revise and edit sale order (.60); review and edit changes to APA (1.60); telephone conference with Young Conaway, Kaye Scholer and Cadwalader re: changes to APA (2.20); telephone conference with C. Greer re; concerns and issues on APA (.20); telephone conference with P. Morgan re: changes to procedures and issues with sale order (.30); meeting with ELS, EK and JXZ re: issues to research and review in preparation for meeting on 9/17 (.40); review cure objections filed regarding sale (1.30); review revised procedures and notice (.70). | MSI | 7.30 | 4,562.50 |
| 09/14/07 | Attention to multiple e-mails re problems with negotiations with Everbank on the proposed sale of the GNMA MSRs (.4); attention to multiple e-mails concerning the negotiations for the sale of the servicing business to WLR (.5) | MTP | 0.90 | 562.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/16/07 | Review and analyze memo on embetted contract issue and contract terms (1.80); review additional changes to APA made by Young Conaway (.70); draft emails re: same (.20); review financial analysis prepared by Milestone re: cash flow of servicing business (.60); conference call with Milestone and BDO to walk through the numbers (.90); telephone conference with DDG to discuss outstanding issues (.30); review and edit draft sale order from Jones Day (.90); review additions to procedures motion (.70). | MSI | 6.10 | 3,812.50 |
| 09/16/07 | E-mail exchange with MSI and DDG re tomorrow's schedule (.3); review revised draft of the APA with WLR for the sale of the servicing business | MTP | 2.50 | 1,562.50 |
| 09/17/07 | Review APA comments, Jones Day bullet points; conference with MSI and prepare for meeting (1.8); attend meeting at Jones Day re: APA, Sale Order (10.6) | DDG | 12.40 | 7,130.00 |
| 09/17/07 | Review motion, ABN stipulation and proposed sale procedures re: construction loan business. | ELS | 2.20 | 880.00 |
| 09/17/07 | Review materials provided by Milestone re: financials, budget and analysis of the Company (.80); review issues regarding severability of contracts (.60); meeting with JLS re: same (.20); meeting with DDG re: macro issues raised by Purchaser (.30); attend meeting with Purchaser, Debtor and lenders to address sale and contract issues (10.30); review summary of objections (.40). | MSI | 12.60 | 7,875.00 |
| 09/17/07 | Attention to emails/calls with MSI and DDG re my views on various negotiation points with WLR, BoA and Debtors and Committee on terms of sale of servicing business | MTP | 1.20 | 750.00 |
| 09/18/07 | Attend meeting at Jones Day re: APA and Sale Order, Miscellaneous conferences re: same | DDG | 14.60 | 8,395.00 |
| 09/18/07 | Analysis of Pauline Morgan memo re "executory contracts" | JLS | 3.10 | 2,015.00 |
| 09/18/07 | Attention to materials prepared by debtors regarding valuation of warehouse lender and purchaser claims | JPL | 1.20 | 750.00 |
| 09/18/07 | Meeting with debtor, proposed purchaser and Bank of America to negotiate terms of the APA (12.00); review and edit draft sale order (1.20); meeting with M. Liscio re: comments to same (.20); telephone conference with C. Green and P. Morgan re: comments to sale order and concern about process (.30). | MSI | 13.70 | 8,562.50 |
| 09/18/07 | Attention to emails/calls with DDG and MSI re updates on their negotiations with WLR, BoA and Debtors on terms of sale of the servicing business | MTP | 1.20 | 750.00 |
| 09/19/07 | Review revisions to APA, Schedules and sales order (4.3); Miscellaneous conference calls and e-mails re: APA, Sale Order and bid procedures with MSI, ELS, Jones Day, Young Conaway, Cadwalader, Kaye Scholer, Debtors and Bank of America (7.0) | DDG | 11.30 | 6,497.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/19/07 | Conference call with MSI and Bank of America attorneys re: proposed servicing sale order and review of same (2.20); conference call with MSI, DDG, Bank of America's attorneys and debtors' attorneys re: stalking horse deal, edits to proposed APA (5.90); review revised construction loan sale motion and order (.20);  meeting with MSI re: comments to bid procedures on servicing sale (.40); meeting with MSI re: construction loan sale motion (.30); revise bid procedures and circulate redline (.80). | ELS | 9.80 | 3,920.00 |
| 09/19/07 | Discuss memo with MSI (.50); prepare for tomorrow's CC meeting (1.50). | JLS | 2.00 | 1,300.00 |
| 09/19/07 | Revise and edit sale order (1.30); conference call with Kay Scholer re: comments to same (.60); telephone conference with P. Morgan and J. Patton re: same (.30); review revised APA (1.30); meeting with DDG re: same (.20); conference call with E. Ryland re: outstanding issues (.20); conference call with the debtor, Bank of America and professionals to address open issues, APA and sale order (.60); review and edit latest draft of same (.60); revise and edit procedures order (.70); meeting with ELS re: comments to same and sale of construction platform (.70). | MSI | 11.90 | 7,437.50 |
| 09/19/07 | Attention to revised APA for sale of the servicing deal; discussions with MSI and DDG re same | MTP | 5.30 | 3,312.50 |
| 09/20/07 | Review various drafts of APA, schedules and exhibits (6.5); Miscellaneous conference calls and e-mails with MSI, Jones Day, Young Conaway, Debtors, Cadwalader, Kaye Scholer, Bank of America re: APA and Sale Order issues (7.1) | DDG | 13.60 | 7,820.00 |
| 09/20/07 | Phone call with debtors' counsel re: construction loan auction documents and review of revised construction loan auction documents (.90); review of revised documents re: servicing business auction and stalking horse (3.20); conference calls with stalking horse counsel, debtors' counsel and Bank of America counsel re: sale order (4.90). | ELS | 9.00 | 3,600.00 |
| 09/20/07 | Review and edit 9/19 draft of APA and order (.80); telephone conference with debtor, bank and purchaser re: outstanding issues (1.30); telephone conference with clients and counsel to address all outstanding issues (3.20); review and edit revised drafts of APA (.90); meeting with DDG re: comments on same (.60); numerous emails re: changes to same (.30); conference call to discuss changes to the APA and business points with all parties (1.80); review and edit bid protection order (.70); telephone conference with all parties re: comments and changes to same (1.80); conference call on sale order with all parties (2.40). | MSI | 13.80 | 8,625.00 |
| 09/21/07 | Review revised servicing auction documents and meeting with MSI re: same (.70); review debtors' motion to refund advanced fees for loans that never closed (.30); review revised construction loan auction procedures and phone call with debtors' counsel re: same (.70). | ELS | 1.70 | 680.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/21/07 | Telephone conference with P. Morgan and M. Lunn (3x) re: issues with proposed sale procedures order (.50); review additional changes by E. Ryland and M.Liscio (.90); revise and edit final draft of order (1.20); telephone conference with purchaser and debtor to discuss terms of sale order, APA and procedure (.60); review final draft (.60); telephone conference with Sean Beecher re: issues on sale of Bear Sterns' loans (.20); numerous calls with M. Schonholtz counsel to Bank of America re: issues on Broadhollow sale (.60); telephone conference with Calyon re: same (.20); several discussions and emails with M. Lunn re: same (.40); telephone conference with Young Conaway and Kroll re: same (.30); review exhibits and emails re: schedules to APA (.80); review escrow agreements (.80); review issues raised in objections including Citibank objection regarding servicing (.60); meeting with EK re: same | MSI | 7.80 | 4,875.00 |
| 09/21/07 | Attention to multiple emails re comments on bid procedures order changes (.6); changes to APA and schedules (1.0); Broadhollow sale issues (.5) and numerous other issues related to sale documents  (1.8) | MTP | 3.90 | 2,437.50 |
| 09/23/07 | Review documents related to the sale of the Bear Stern pool in preparation for call (.70); telephone conference with Young Conaway re: concerns and issues (.70); telephone conference with Gene Weil re: Bear Stern's effect on WLR deal (.40); telephone conference wit D. Berliner re: same (.20); review and edit escrow agreement (1.40). | MSI | 3.40 | 2,125.00 |
| 09/23/07 | Review draft Asset Purchase Agreement for sale of MSRs to EMC Corp., motion and order (.9); conference call with YCST, Andy Erickson, MSI to review documents and my comments on same (.6); e-mail exchange with BDO & MSI re Broadhollow (.2) | MTP | 1.70 | 1,062.50 |
| 09/24/07 | Revise schedules and exhibits, provide and review comments re: same (3.3); review revisions to APA, provide and review comments re: same (0.9); conference calls with Young Conaway, Cadwalader, Jones Day; MSI re: APA, schedules and exhibit issues (1.4), e-mails re: sale procedures (0.2) | DDG | 5.80 | 3,335.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/24/07 | Review issues with Broadhollow sale (.40); telephone conference with the Debtor, Kroll and BDO re: sale issues (.80); meeting with MTP re: same (.20); review issues in preparation for call with Swap parties (.60); review email from Bank of America re: reservation of rights (.10): telephone conference with Bank of America re: same (.20); review changes to Bear Stearns agreement (.40); telephone conference with Krollan Milestone re: same (.30); review and edit various versions of the Deposit Cure and Disputed Escrow agreements (2.60); review numerous emails re: same (.70); review proposed "clarifying"changes to bid procedures (.30); telephone conference and numerous emails with all parties re: same (.80); review final schedules re: comments (2.30); meeting with DDG re: same (.40); telephone conference with debtor, Kroll, BDO and Milestone to go over workings of schedule G (1.10); telephone conference with Purchaser, Bank of America and debtors to go over final changes, issues and hearing requirements (1.60); review objections to bid procedures (1.10); telephone conference with debtors' counsel re: strategy to deal with objections (.70). | MSI | 14.60 | 9,125.00 |
| 09/24/07 | Telephone conference with creditors re: status of sale (.30); telephone conference with BDO re: issues with warehouse and protection of files (.20). | MSI | 0.50 | 312.50 |
| 09/25/07 | Review Miscellaneous objections to sale procedures, possible assumption of contracts (0.7); exchange e-mails re: exhibits and schedules (0.6); review e-mails re: Sale Order (0.2); review sale agreement and motion re: EMC, conference with MTP re: same (0.9) | DDG | 2.40 | 1,380.00 |
| 09/25/07 | Emails and meeting with MTP re: Broadhollow assets auction. | ELS | 0.60 | 240.00 |
| 09/25/07 | Review final drafts of procedures and order (.40); telephone conference with P. Morgan and G. Weil re: strategy (.20); review pleadings and objections in preparation for hearing (1.80); attend hearing to approve amended procedures and stalking horse protection (2.40); transportation back to New York (2.80 @ 50%) (1.40); review bios from Bank of America and Lehman on Broadhollow sale (.60); meeting with MTP re: same and procedures hearing (.20); telephone conference with Bank of America, Jones Day and YC re: final changes to sale order (.30); revise and edit same (.30). | MSI | 7.60 | 4,750.00 |
| 09/25/07 | Email exchange/discussion with ELS and separately DDG re issues with Broadhollow sale (.8); discussion with MSI re Broadhollow and strategy (.2); attention to proposed revisions to sale order (.6) | MTP | 1.60 | 1,000.00 |
| 09/26/07 | Review changes to Sale Order.  Miscellaneous e-mails re: same. | DDG | 0.30 | 172.50 |
| 09/26/07 | Travel to and from Delaware for Broadhollow and Melville mortgage action (at 1/2 time (1.70); prepare for and attend auction (6.10); draft email to Committee re: auction (.40). | ELS | 8.20 | 3,280.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/26/07 | Review numerous objections to sales filed by counter-parties to transactions (2.80); emails and telephone conference with P. Morgan re: changes to sale order (.30). | MSI | 3.10 | 1,937.50 |
| 09/26/07 | travel to and from @50% and participate in Broadhollow auction (6.0) | MTP | 6.00 | 3,750.00 |
| 09/27/07 | Meeting with JLS re: issues on the sale including objections (.80); review additional objections to sale (1.80); review materials in preparation for sale hearing (.60). | MSI | 3.20 | 2,000.00 |
| 09/27/07 | Review newly filed objections to proposed sale of the servicing business | MTP | 2.00 | 1,250.00 |
| 09/28/07 | Miscellaneous e-mails with MSI re: auction issues. | DDG | 0.20 | 115.00 |
| 09/28/07 | Meeting with MSI and EK re: servicing sale and legal research re: same (.40): conference call with committee re: status (.40). | ELS | 0.80 | 320.00 |
| 09/28/07 | Meeting with JLS regarding research on effect of servicing on Safe Harbor provisions (.60); telephone conversation with P. Morgan (2x) regarding issues on objections and strategy (.40); meeting with ELS and EK regarding objection and research on contract issues (.40); review objections and issues raised therein (1.80); review memo regarding issues on splitting contracts (.20); review research regarding same (1.30). | MSI | 4.70 | 2,937.50 |
| 09/28/07 | Review multiple objections filed to the proposed sale and cases/research memos on the key legal hurdles facing sale challenges; discuss same with MSI and DDG | MTP | 4.50 | 2,812.50 |
| 09/30/07 | Review sales procedures for construction loans, Miscellaneous e-mails re: same. | DDG | 0.50 | 287.50 |
| 09/30/07 | Legal research on 365 cure obligation with respect to related contracts (1.80); review of blacklined construction loan documents with comments from JPM; email comments to H&H team; phone call with MSI re: same; draft emails to debtors' counsel re: same and conference call with debtors' counsel and MSI re: same (1.70). | ELS | 3.50 | 1,400.00 |
| 09/30/07 | Continue review of objections to sale including Citibank objection to cure (1.30); telephone conversation with P. Morgan regarding same (.10); review changes to construction sale (.40); conference call with ELS and Blake regarding same (.50). | MSI | 2.30 | 1,437.50 |
| 09/30/07 | Review multiple objections filed to proposed sale of the servicing business | MTP | 2.50 | 1,562.50 |

TOTAL HOURS          346.20

TOTAL SERVICES ........................................................................$    203,587.50

DISBURSEMENT SUMMARY

CARFARE                                                                    $1,283.46

DUPLICATING                                                                   $96.00

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| LEXIS | $194.86 |
| MEALS | $37.57 |
| SEARCH FEES | $1.52 |
| TRAVEL | $558.00 |

TOTAL DISBURSEMENTS ............................................................$    2,171.41

TOTAL FEES & DISBURSEMENTS ............................................$    205,758.91

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 486 | Schnitzer | 38.90 | 400.00 | 15,560.00 |
| 426 | Grubman | 85.00 | 575.00 | 48,875.00 |
| 260 | Indelicato | 156.40 | 625.00 | 97,750.00 |
| 364 | Power | 56.10 | 625.00 | 35,062.50 |
| 502 | Laughlin | 1.20 | 625.00 | 750.00 |
| 162 | Schwartz | 8.60 | 650.00 | 5,590.00 |
| ATTY TOTAL | | 346.20 | | 203,587.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the
following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/07 | Review Calyon stipulation (.30); motion by Gennie Mae for relief (.40); telephone conference with P. Morgan re: same (.20); review Impac funding order and motion (.40); review Fannie Mae stipulation (.30). | MSI | 1.60 | 1,000.00 |
| 09/04/07 | Review Debtors' preliminary objection to GNMA motion re turnover and automatic stay; draft preliminary objection of Creditors Committee to such motion; attention to correspondence; conference with MTP; discussion with EK | JPL | 4.80 | 3,000.00 |
| 09/04/07 | Review of pleadings and transcript re Credit Suisse motion for TRO re mortgage loan | JPM | 2.20 | 1,375.00 |
| 09/04/07 | Review Debtor's draft preliminary response to GNMA's motion for a declaratory judgment | MTP | 0.70 | 437.50 |
| 09/05/07 | Review Debtors' preliminary objection to examiner's motion to extend time; preliminary relevant research | JPL | 2.10 | 1,312.50 |
| 09/05/07 | Review and revise our preliminary objection to GNMA's motion and joinder in Debtor's objection (.5); call with B. Fatell re my changes and authorization to go ahead and file (.1); e-mails with Quinn Emmanuel re commitment/joint privileges Agreement and possible experts to use in upcoming litigations (.2); e-mail to Mike Trickey re same (.2) | MTP | 1.00 | 625.00 |
| 09/06/07 | Review draft term sheet re compromise w/GNMA; attention to related correspondence, draft object to examiner's motion to extend time | JPL | 2.10 | 1,312.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/06/07 | Review of Strauss affidavit in support of petition (.8). | JPM | 0.80 | 500.00 |
| 09/09/07 | Review documents re: Ginnie sale and settlement. | MSI | 0.70 | 437.50 |
| 09/10/07 | Review Ginnie Mae settlement and sale documents (.90); emails with Brady re: same and status (.10); emails with B. Fatell re: same (.10); meeting with JXZ re: response to DB motion (.30). | MSI | 1.40 | 875.00 |
| 09/11/07 | Review emails and documents on Ginnie Mae issues (.30); revise and edit objection to DB motion for relief from stay (.70); telephone conference with BDO and the debtor re: same (.20). | MSI | 1.20 | 750.00 |
| 09/12/07 | Attention to correspondence re Freddie Mac motion to modify stay; review such motion; preliminary research | JPL | 3.20 | 2,000.00 |
| 09/12/07 | Telephone conference with Morgan re: retention of Milestone (.20); Review issues and emails related to Ginnie Mae (.40); review issues related to Impac (.40). | MSI | 1.00 | 625.00 |
| 09/13/07 | Attention to Freddie Mac pleadings; discussion w/Ms. Keary, relevant research | JPL | 2.20 | 1,375.00 |
| 09/13/07 | Meeting SJG re causes of action research. | JXZ | 0.40 | 104.00 |
| 09/13/07 | Review Freddie Mac motion and issues on Ginnie Mae. | MSI | 0.80 | 500.00 |
| 09/14/07 | Attention to response to Freddie Mac motion to modify stay. | JPL | 1.10 | 687.50 |
| 09/14/07 | Review emails and changes regarding the Impac settlement and issues with the Ginnie Mae settlement (.40); review DB motion to address hearing (.40). | MSI | 0.80 | 500.00 |
| 09/17/07 | Begin review of severability of servicing issue. | JLS | 2.50 | 1,625.00 |
| 09/17/07 | Conference call w/EK, attorney for debtors re Freddie Mac motion; drafting response to such motion; review statutes and case law | JPL | 4.50 | 2,812.50 |
| 09/18/07 | Attention to sale and interim servicing stipulations and proposed order; attention to correspondence | JPL | 1.10 | 687.50 |
| 09/20/07 | Review debtors' motion seeking authority to enter into term sheet and indemnity contract with Travelers, to obtain surety bonds to allow claims, and for related relief, attention to related correspondence | JPL | 3.60 | 2,250.00 |
| 09/25/07 | Review Societe Generale's agreements with debtors, related correspondence | JPL | 1.10 | 687.50 |
| 09/26/07 | Attention to Societe Generale's motion to modify automatic stay; draft relevant correspondence | JPL | 2.70 | 1,687.50 |
| 09/26/07 | Review debtors' reply papers re deferred compensation objection and conference with MSI re same. | RJM | 0.50 | 225.00 |
| 09/27/07 | Review Debtors' reply objections on deferred compensation plan issue. | RJM | 0.60 | 270.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/28/07 | Conference with JLS re automatic stay issues; review of HSBC and Countrywide agreements; legal research re transformation/dual status issue. | HR | 2.30 | 1,092.50 |
| 09/28/07 | Conference with MTP re pending litigations by lenders re lifting the stay and 2004 requests against debtor (.4) | JPM | 0.40 | 250.00 |
| 09/28/07 | Discussion with JPM re monitoring pending litigations with repocounterparties on lift stay motion and Debtor's Rule 2004 motion | MTP | 0.40 | 250.00 |
| 09/28/07 | Review joinder papers from B. Fatell regarding deferred comp. plan/rabbi trust and comment on same. | RJM | 0.50 | 225.00 |

TOTAL HOURS                48.30

TOTAL SERVICES .........................................................$     29,479.00

DISBURSEMENT SUMMARY

DUPLICATING                                                        $15.40

TRAVEL                                                              $228.00

TOTAL DISBURSEMENTS ...........................................$      243.40

TOTAL FEES & DISBURSEMENTS ...........................................$     29,722.40

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.40 | 260.00 | 104.00 |
| 952 | Malatak | 1.60 | 450.00 | 720.00 |
| 294 | Ruda | 2.30 | 475.00 | 1,092.50 |
| 226 | McCahey | 3.40 | 625.00 | 2,125.00 |
| 260 | Indelicato | 7.50 | 625.00 | 4,687.50 |
| 364 | Power | 2.10 | 625.00 | 1,312.50 |
| 502 | Laughlin | 28.50 | 625.00 | 17,812.50 |
| 162 | Schwartz | 2.50 | 650.00 | 1,625.00 |
| ATTY TOTAL | | 48.30 | | 29,479.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/07 | Review debtors' motion to terminate non-qualified benefit plan and exhibits. | MSI | 1.10 | 687.50 |
| 09/05/07 | Meeting with MSI re WARN issues. | JXZ | 0.10 | 26.00 |
| 09/07/07 | Review AP docket and pleadings (.90); review dockets and draft stipulation and answer (2.40); meetings/e-mails MSI re WARN issues (.20); calls RJM/ELS re stipulation (.10); calendar maintenance (.10). | JXZ | 3.70 | 962.00 |
| 09/10/07 | Revise stipulation. | JXZ | 0.20 | 52.00 |
| 09/11/07 | Calls/e-mails with MSI/S. Holt re WARN issues (.20); revise WARN stipulation (.10). | JXZ | 0.30 | 78.00 |
| 09/12/07 | Review response from Beneficiaries to motion to turnover trust. | MSI | 0.80 | 500.00 |
| 09/13/07 | Review objection to turnover motion (.30); draft extensive email to Young Conaway re: issues raised (.60); telephone conference with Morgan re: same (.20). | MSI | 1.10 | 687.50 |
| 09/24/07 | Meeting with MSI/emails S. Holt re: WARN issues. | JXZ | 0.20 | 52.00 |
| 09/25/07 | Review documents and emails from S. Holt, S. Miller re: WARN issues. | JXZ | 0.20 | 52.00 |
| 09/26/07 | Telephone conference with Morgan re: response to beneficiary reply to motion to turn over funds. | MSI | 0.20 | 125.00 |
| 09/27/07 | Review debtor's response to objection for rebate of funds (1.80); telephone conference with Young Conaway and Blank Rome to discuss strategy (1.10). | MSI | 2.90 | 1,812.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/28/07 | Review material in preparation for hearing (1.30); telephone conversation (2x) with P. Morgan regarding proffer, strategy and issues (.40); e-mails regarding same (.20). | MSI | 1.90 | 1,187.50 |
| 09/30/07 | Review proffer in preparation for hearing (.40); review objections and exhibits regarding same (1.90); telephone conversation with P. Morgan regarding escrow issues (.20). | MSI | 2.50 | 1,562.50 |

|  | TOTAL HOURS | 15.20 | |
|--|-------------|-------|--|

TOTAL SERVICES ......................................................... $ 7,784.50

DISBURSEMENT SUMMARY

| | |
|--|--|
| CARFARE | $130.05 |
| DUPLICATING | $2.50 |
| SEARCH FEES | $0.24 |

TOTAL DISBURSEMENTS ............................................ $ 132.79

TOTAL FEES & DISBURSEMENTS ............................. $ 7,917.29

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 4.70 | 260.00 | 1,222.00 |
| 260 | Indelicato | 10.50 | 625.00 | 6,562.50 |
| ATTY TOTAL | | 15.20 | | 7,784.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

| | |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 012 | CLAIMS ADMINISTRATION |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 5, 2007

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 131861

For professional services rendered from September 1, through September 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 013 | INVESTIGATION OF COMPANY |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/07/07 | Notes on Strauss affidavit (.7); review of AHM 2005-10K (1.) | JPM | 1.70 | 1,062.50 |
| 09/08/07 | Notes re AHM '06 10K (.5) | JPM | 0.50 | 312.50 |
| 09/24/07 | Review of 10Q for '05 | JPM | 1.00 | 625.00 |

| | | |
|---|---|---|
| TOTAL HOURS | 3.20 | |
| TOTAL SERVICES ......................................................................... $ | 2,000.00 | |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|-------|-----------------|-------------|
| 226    McCahey | 3.20 | 625.00 | 2,000.00 |
| ATTY TOTAL | 3.20 | | 2,000.00 |