## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*[1] | : | Case No. 07-11047 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By: December 26, 2007 @ 4 p.m.** |
| | : | **Hearing Date: Only in the Event of an Objection** |

---------------------------------------------------------------

## THIRD MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD OF OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007</u>

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | October 1, 2007 through October 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $110,374.40  (80% of $137,968.00) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $9,712.25 |

This is a:     <u>✓</u> Monthly      _____ Quarterly      _____ Final Application

---

[1]     The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

                                    Debtors.

---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: December 26, 2007 @ 4 p.m.**
: **Hearing Date:  Only in the Event of an Objection**

### THIRD MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

This third monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of October 1, 2007 through October 31, 2007 (the *"Application Period"*).  In support of this Fee Application, Blank Rome respectfully states as follows:

### Jurisdiction

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

### Background

2.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court

---

[1]      The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court.  The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

        3.      On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc., and United Parcel Service (Docket No. 156).

        4.      Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP (*"BDO"*) was selected by the Committee to serve as financial advisor to the Committee.

        5.      On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 547).

        6.      On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 759).  On November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

7.    Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8.    Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David Carickhoff.  Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

**Relief Requested**

9.    Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $137,968.00 for the Application Period, and seeks payment of 80% of this amount, $110,374.40, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $9,712.25, in accordance with the terms of the Administrative Order.

10.    Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

**Summary of Fees**

11.    The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 274.1 hours at a blended billing rate of $503.3 per hour.  The value of these services has been computed at the rates that Blank Rome customarily charges for similar services provided other clients.

12.    A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**.  Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13.    Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)        <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome spent time preparing, revising, and finalizing its combined third and fourth monthly fee application for the period of August 14, 2007 through September 30, 2007.  Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications.  Blank Rome also corresponded with the U.S. Trustee regarding his questions about Blank Rome's retention application and corresponding Bankruptcy Rule 2014 disclosure statement.  Accordingly, Blank Rome attended a meeting with the U.S. Trustee to discuss such issues.  Blank Rome also communicated with Hahn & Hessen regarding their retention applications and other case related matters.

**Total Hours: 30.8        Total Fees: $9,836.00**

(Project Code 2)        <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome spent a considerable amount of time reviewing and analyzing the papers

submitted with Debtors' motion to retain a multitude of ordinary course professionals.  As such,

Blank Rome reviewed numerous invoices and affidavits of such professionals, which included

Weinreb & Associates, Zeichner Ellman, Weiner Brodsky, Milestone Advisors, and Codilis &

Associates.  Blank Rome attorneys carefully inspected and analyzed the supplemental

spreadsheet of payment requests provided by the Debtors and compared them to previous

submissions, in an effort to ensure such requests did not overlap.  In collaboration with co-

counsel Hahn & Hessen, Blank Rome effectively resolved multiple issues relating to the

Debtors' motion to retain a multitude of ordinary course professionals by communicating with

counsel for Debtors.

**Total Hours: 22.1          Total Fees: $12,412.50**


(Project Code 3)          <u>Executory Contracts and Unexpired Leases</u>:

Blank Rome retrieved and distributed the Bankruptcy Court's order approving the

Debtors' second motion to reject unexpired leases and executory contracts and the fourth order

rejecting unexpired leases and executory contracts.

**Total Hours: 0.2          Total Fees: $45.00**


(Project Code 4)          <u>Claims Analysis and Objections</u>:

Blank Rome reviewed the Debtors' motion for an order establishing bar date for filing

proofs of claim and related notices, and corresponded with counsel for Debtors regarding the

same.

**Total Hours: 1.0          Total Fees: $603.00**

(Project Code 5)        <u>Committee Business and Meetings</u>:

As co-counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings (both in-person and via teleconference), procedural matters of import to the case, and in the general provision of information regarding case status.  Blank Rome also participated in meetings and teleconferences with Hahn & Hessen and BDO on a host of issues to coordinate and share analysis on matters affecting the estate.  In addition, Blank Rome acts as a representative for the Committee, by communicating directly with individuals, when necessary; for example, by speaking with a borrower regarding refinancing issues.

**Total Hours: 5.1        Total Fees: $3,102.00**

(Project Code 6)        <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings.  This category also includes time that otherwise would not comport with an identified project code.  Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, reviewing official transcripts of court hearings, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders.   Blank Rome also maintained and updated a case calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters, including 341 meetings of creditors.  Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals.

**Total Hours: 25.1        Total Fees: $7,415.50**

(Project Code 7)        <u>Debtor's Business Operations</u>:

Blank Rome communicated with Hahn & Hessen regarding the Debtors' business operations and related issues.  Blank Rome also reviewed and analyzed information provided by the Debtors and BDO, including the amendment to the Debtors' operating report.  In addition, Blank Rome analyzed and discussed issues related to the Debtors' cash management motion and proposed order.  Further, Blank Rome reviewed various pleadings, including the Debtors' motion for refund of borrowers' loan deposits, various pro se pleadings and the Debtors' omnibus objection, and the Trustee's response regarding the Examiner and related legal issues.

**Total Hours: 2.7        Total Fees: $1,618.00**

(Project Code 8)        <u>Employee Benefits / General Labor</u>:

Blank Rome, in consultation with attorneys from its Tax and ERISA group, reviewed matters relating to the Debtors' motion for an order terminating their non-qualified deferred compensation plan and Rabbi Trust.  Blank Rome reviewed various objections filed to said motion and the Debtors' omnibus reply to the objections.  Further, Blank Rome continued work on preparing a joinder and response to objections to terminate the plan on behalf of the Committee, including revising and finalizing the joinder, and conducting legal research on ERISA issues.  Blank Rome also prepared for and attended court hearings with respect to the motion and related pleadings.  Finally, Blank Rome reviewed requests for production of documents made upon the Debtors, and conducted a review of various documents produced by Debtors in response to such discovery requests.  Blank Rome periodically participated in discussions with co-counsel and Debtors' counsel to analyze the issue and develop strategies, including possible settlement of the dispute over the rabbi trust.

**Total Hours: 30.6        Total Fees: $18,599.50**

(Project Code 10)    Financing Issues:

The time billed to this matter relates to the financing of the Debtors' business operations. As such, Blank Rome reviewed and analyzed the revisions to the draft stipulation to extend cash collateral, and related pleadings.

**Total Hours: 0.6          Total Fees: $322.50**

(Project Code 12)    Sale of Assets/Asset Purchase Agreement:

The time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same. Blank Rome communicated with co-counsel and Debtors, reviewed and analyzed pleadings, prepared for and attended hearings and auctions, and negotiated various changes to bid and sale procedures, asset purchase agreements and settlement agreements.

Blank Rome reviewed and analyzed the sale documents concerning the Debtors' proposed sale of the Debtors' construction loan business.

Blank Rome spent a considerable amount of time reviewing and negotiating changes to the proposed sale of the Debtors' servicing business and proposed bid procedures. As such, Blank Rome reviewed documents related to the proposed sale, reviewed numerous objections to the sale (including RFC's objection) and analyzed case law regarding issues raised in said objections, reviewed the Debtors' extensive response to the objections, and communicated with co-counsel and Debtors regarding the same. Blank Rome also prepared a joinder on behalf of the Committee to the Debtors' omnibus response to objections to the sale motion. Further, Blank Rome attended the depositions of various witnesses in connection with the sale objections, including Robert Love, Robert F. Johnson, Jr., and the Debtors' expert witness, J. Aranoff, and prepared summaries of the depositions. Blank Rome reviewed various parties' motions *in limine*

to exclude the testimony of the Debtors' expert witness, and related motions to adjourn the sale

hearing and orders denying same.

Finally, Blank Rome analyzed the proposed sale of the GNMA loan portfolio to MidFirst.

Blank Rome, in coordination with Hahn & Hessen, reviewed the sale documents and legal

arguments, and drafted the Committee's objection to the proposed sale of the GNMA loan

portfolio.

**Total Hours: 72.2        Total Fees: $36,303.50**


(Project Code 13)        <u>Stay Relief Issues</u>:

The time billed to this matter relates to stay relief issues.  Blank Rome reviewed and

analyzed motions for stay relief filed by various entities, including Greenpoint,

Walinfield/United Federal Bank of Indianapolis, and lienholders in miscellaneous realty.  Blank

Rome also reviewed orders granting relief from stay to Waterfield and Union Federal Bank.

**Total Hours: 1.5        Total Fees: $843.00**


(Project Code 16)        <u>Asset Analysis and Recovery</u>:

The time billed to this matter relates to the investigation and analysis performed

regarding assets, including potential causes of action for the estates.  Blank Rome spent time

reviewing and analyzing the Debtors' Schedules and Statement of Financial Assets, and

communicated with BDO regarding the same.

**Total Hours: 9.9        Total Fees: $6,084.00**

(Project Code 17)    <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same.  Typically, time billed to this matter involves hearings on multiple matters that cannot be segregated efficiently.  Blank Rome spent a considerable amount of time preparing for and attending omnibus hearings, by reviewing the agenda and related pleadings.  Blank Rome also prepared for and participated in the contested hearing on the rabbi trust and deferred compensation plan.  Moreover, Blank Rome prepared for the hearing on the sale of the Debtors' servicing business by reviewing voluminous sale documents and pleadings, and also attended the sale hearing.  Blank Rome further participated in the negotiations of the sale order, by communicating with Hahn & Hessen and counsel for Debtors at the hearing.

**Total Hours: 55.1        Total Fees: $31,710.00**

(Project Code 21)    <u>Adversary Litigation</u>

The time billed to this matter relates to adversary litigation filed against the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests.  Blank Rome reviewed and analyzed documents related to the adversary proceeding filed by Caylon to terminate and recover loan servicing, including Caylon's motion for summary judgment, the Debtors' responsive motion to strike, and Caylon's objections thereto.  Blank Rome also reviewed and analyzed pleadings pertaining to Credit Suisse's and Bear Stearn's adversary proceedings.  Further, Blank Rome participated in meetings and telephone calls with, and provided comments to, Hahn & Hessen and counsel for Debtors, regarding negotiation and settlement of issues related to the multiple

adversary proceedings.

**Total Hours: 17.2          Total Fees: 9,073.50**

### Actual and Necessary Costs and Expenses Incurred

14.       Reimbursement of expenses in the amount of $9,712.25 is sought herein.   A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**.   Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

### Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

15.       In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application.   The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16.       Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17.       No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

## Notice

18.      As required by the Administrative Order, a copy of this Fee Application has been

served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee;

and (d) counsel to the DIP Lender.  Notice of this Fee Application was served upon all parties

requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for

professional services rendered as co-counsel to the Committee during the Application Period in

the sum of $110,374.40 (80% of $137,968.00), together with the reimbursement of

disbursements in the amount of $9,712.25; and such other and further relief that the Court deems

just and proper.

Dated:  December 5, 2007

                                                            BLANK ROME LLP


                                                            */s/ Bonnie Glantz Fatell*_____
                                                            Bonnie Glantz Fatell (No. 3809)
                                                            David W. Carickhoff (No. 3715)
                                                            1201 Market Street, Suite 800
                                                            Wilmington, Delaware 19801
                                                            Telephone:     (302) 425-6400
                                                            Facsimile:     (302) 425-6464

                                                            *Co-Counsel to the Official Committee of Unsecured*
                                                            *Creditors of American Home Mortgage, Inc., et al.*