# AMERICAN HOME MORTGAGE COMPANY
## PROFESSIONAL BACKGROUND
### OCTOBER 1 - 31, 2007

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 23.20 | $14,732.00 |
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 44.60 | $27,429.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 103.70 | $62,220.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 4.20 | $2,310.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 7.20 | $3,240.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 24.20 | $10,164.00 |
| Sheppard, D. | Associate Since 2003, Member of DE Bar Since 2001, Member of NJ Bar Since 2001, Member of PA Bar Since 2001, Area of Expertise - Litigation | $390.00 | 9.30 | $3,627.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 11.80 | $4,071.00 |
| Stevens, K. K. | Associate Since 2007, Member of PA Bar Since 2007, Area of Expertise - Employment, Benefits and Labor | $245.00 | 1.50 | $367.50 |
| Braithwaite, K. | Paralegal | $250.00 | 0.30 | $75.00 |
| Senese, K. | Paralegal | $225.00 | 36.50 | $8,212.50 |
| Moody, T. | Paralegal | $200.00 | 7.60 | $1,520.00 |
| Grand Total: | | | 274.10 | $137,968.00 |
| Blended Rate: | | | | 503.35 |

# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### OCTOBER 1 - 31, 2007

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 30.80 | $9,836.00 |
| 2 | Other Professionals' Fee/Employment Issues | 22.10 | $12,412.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.20 | $45.00 |
| 4 | Claims Analysis and Objections | 1.00 | $603.00 |
| 5 | Committee Business and Meetings | 5.10 | $3,102.00 |
| 6 | Case Administration | 25.10 | $7,415.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 2.70 | $1,618.00 |
| 8 | Employee Benefits/General Labor | 30.60 | $18,599.50 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 0.60 | $322.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 72.20 | $36,303.50 |
| 13 | Stay Relief Issues | 1.50 | $843.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 9.90 | $6,084.00 |
| 17 | Hearings - Attendance/Preparation | 55.10 | $31,710.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 17.20 | $9,073.50 |
| | **TOTALS** | **274.10** | **$137,968.00** |

### AMERICAN HOME MORTGAGE COMPANY
### EXPENSE SUMMARY
### OCTOBER 1 - 31, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $4.77 |
| Reproduction of Documents | In-House @ $.10/copy | $42.40 |
|  | Contracted Photocopying - Parcels | $8,696.75 |
| Courier and Express Services | Federal Express | $11.58 |
| Hand Delivery Service | Parcels | $172.50 |
| Travel Expenses | A. Bachman | $143.00 |
| Meeting Expenses |  | $9.73 |
| Westlaw |  | $67.92 |
| Record/Docket Searches |  | $563.60 |
| **TOTAL** |  | **$9,712.25** |