## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**IN THE MATTER OF:**

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

     Debtor.

_____/

Case No. 07-11047-CSS
Honorable CHRISTOPHER S. SONTCHI
Chapter 11

### NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor Wayne County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

Respectfully submitted,

KILPATRICK & ASSOCIATES, P.C.
Attorneys for the Wayne County Treasurer

/S/ Richardo I. Kilpatrick_____
RICHARDO I. KILPATRICK (P35275)
615 Griswold, Suite 1004
Detroit, MI 48226-3985
(313) 963-2581

Dated: December 6, 2007