**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**IN THE MATTER OF:**

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | Case No. 07-11047-CSS |
| | Honorable CHRISTOPHER S. SONTCHI |
| | Chapter 11 |
| Debtor. | |
| _____/ | |

**PROOF OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX**

**BAO CHANG** certifies that on the 6th day of December, 2007, she served a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Edward J. Kosmowski                bankruptcy@ycst.com

Office of the U.S. Trustee            via ecf e-mail

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

/S/ Bao Chang
**BAO CHANG**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Rd, Suite C
Detroit, MI 48226-3985
(313) 963-2581