# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
                                               :    Chapter 11
In re:                                         :
                                               :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                         :
HOLDINGS, INC., et al.,                        :
                                               :
         Debtors.                              :
                                               :    Related to Docket No. 2257
---------------------------------------------- x

### ORDER FOR EXPEDITED HEARING, AND TO SHORTEN TIME REGARDING MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR TO SELL COLLATERAL CONSISTING OF OUTSTANDING CONSTRUCTION-TO-PERM MORTGAGE LOANS ON SINGLE-FAMILY RESIDENCES

Upon consideration of the motion (the "Motion to Shorten") of Bank of America, N.A., as administrative agent for itself and certain other banking and financial institutions as pre-petition secured lenders under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006, for the entry of an order setting an expedited hearing, and shortening the time pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware to object or respond to its Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Exercise Its Rights as a Secured Creditor to Sell Collateral Consisting of Outstanding Construction-to-Perm Mortgage Loans on Single-Family Residences (the "Motion"); and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of all parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion to Shorten is granted to the extent set forth herein.

2. A hearing on the Motion will be held on December 21, 2007 at 10:00 a.m.

3. Any responses to the Motion must be filed and served upon the Administrative Agent's counsel no later than December 14, 2007 at 4:00 p.m.

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Dated: December 5, 2007

Pac#835308