IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :    Chapter 11
In re:                                                  :
                                                        :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., et al.,                                 :    Objection Deadline: December 14, 2007 at 4:00 p.m.
                                                        :    Hearing Date: December 21, 2007 at 10:00 a.m.
                        Debtors.                        :
                                                        :    Related Dockets: 2255, 2257, 2260
------------------------------------------------------- x

## RE-NOTICE OF MOTION

      PLEASE TAKE NOTICE that Bank of America, N.A., as Administrative Agent, in the above-captioned case ("Administrative Agent") previously filed the **MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR TO SELL COLLATERAL CONSISTING OF OUTSTANDING CONSTRUCTION-TO-PERM MORTGAGE LOANS ON SINGLE-FAMILY RESIDENCES** (the "Motion") [D.I. 2255], **NOTICE OF CORRECTED EXHIBIT B TO MOTION** [D.I. 2260], and **MOTION TO SHORTEN TIME** [D.I. 2257], with which you were previously served.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's **ORDER FOR EXPEDITED HEARING, AND TO SHORTEN TIME REGARDING MOTION** [D.I. 2308], responses, if any, to the Motion, must be filed on or before **DECEMBER 14, 2007 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Administrative Agent's undersigned counsel so as to be received on or before the Objection Deadline.

      PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **DECEMBER 21, 2007 at 10:00 a.m. (ET)** before the Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 6, 2007

POTTER ANDERSON & CORROON LLP

By: */s/ Laurie Selber Silverstein*
Laurie Selber Silverstein (#2396)
Gabriel R. MacConaill (#4734)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

KAYE SCHOLER LLP
Margot B. Schonholtz
Mark F. Liscio
Scott D. Talmadge
425 Park Avenue
New York, NY 10022

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

PA&C-835927