IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No.: _____ |

### ORDER GRANTING MOTION OF CIFG ASSURANCE NORTH AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT TERMINATION OF THE RIGHTS AND RESPONSIBILITIES OF DEBTOR AS SERVICER UNDER THE HELOC SERVICING AGREEMENT FOR SERIES 2006-2

Upon the motion dated November 29, 2007, (the "Motion") of CIFG Assurance North America, Inc. ("CIFG") for an order pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") modifying the automatic stay to permit the termination and transition of rights and responsibilities of American Home Mortgage Acceptance, Inc. ("AHMA"), as servicer, under that certain HELOC Servicing Agreement dated June 30, 2006 (the "HELOC Servicing Agreement"), as more fully described in the Motion; and the Court having jurisdiction over this proceeding; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified to permit CIFG, GMAC Mortgage LLC ("GMAC") and the parties to the HELOC Servicing Agreement to take any and all actions necessary to terminate AHMA as

servicer of the HELOC Mortgage Loans (as defined in the Motion) pursuant to the HELOC Servicing Agreement; and

**IT IS FURTHER ORDERED** that AHMA is hereby authorized and directed to comply with the HELOC Servicing Agreement as it relates to the transfer of servicing to GMAC, or any other successor servicer, including, without limitation, cooperating with GMAC in effecting the termination of AHMA's responsibilities and rights pursuant to Section 6.01 of the HELOC Servicing Agreement and paying all reasonable costs and expenses (including, but not limited to, attorneys' fees and disbursements) incurred by GMACM or a successor servicer in connection with its succession as servicer; and

**IT IS FURTHER ORDERED** that AHMA is hereby authorized and directed to send a notice to the mortgagors of the HELOC Mortgage Loans informing them that their HELOC Mortgage Loans are "frozen" and that no further draws will be honored; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DATED: December ___, 2007

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge