IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
                                                                :
        Debtors.                                                :
---------------------------------------------------------------- x

## REVISED CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that she has obtained from the Court the

omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       December 7, 2007

                                     /s/ James L. Patton, Jr.
                                     James L. Patton, Jr. (No. 2202)
                                     Robert S. Brady (No. 2847)
                                     Joel A. Waite (No. 2925)
                                     Pauline K. Morgan (No. 3650)
                                     Sean M. Beach (No. 4070)
                                     Matthew B. Lunn (No. 4119)
                                     Kara Hammond Coyle (No. 4410)
                                     Kenneth J. Enos (No. 4544)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Counsel for Debtors and
                                     Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :    Jointly Administered
          Debtors.                                               :
-------------------------------------------------------------- x

## REVISED ORDER SCHEDULING OMNIBUS HEARING DATES

     Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

     January 4, 2008 at 11:00 a.m.

     January 14, 2008 at 2:00 p.m. – Interim Fee Requests

     February 1, 2008 at 11:00 a.m.

     February 14, 2008 at 11:00 a.m.

     February 28, 2008 at 11:00 a.m.

     March 13, 2008 at 10:00 a.m.

     March 27, 2008 at 11:00 a.m.

Dated: December ____, 2007
     Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DB02:6201822.3                                                   066585.1001