Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 |
| HOLDINGS, INC. a Delaware Corporation, ) | |
| et al., ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Moody's Investors Service ("Moody's"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.

714597_1

                Satterlee Stephens Burke & Burke LLP
                230 Park Avenue
                New York, New York 10169
                Tel:    (212) 818-9200
                Fax:   (212) 818-9606
                Email:  cbelmonte@ssbb.com
                           pbosswick@ssbb.com

      PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel, Satterlee Stephens Burke & Burke LLP, be provided with copies of any disclosure statements and plans of reorganization.

      This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims,

714597_1

set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
December 5, 2007

                                  SATTERLEE STEPHENS BURKE
                                  & BURKE LLP
                                  Attorneys for Moody's Investors Service

                                  By: _____
                                     Christopher R. Belmonte (CB – 2163)
                                     Pamela A. Bosswick (PB-5307)
                                  230 Park Avenue
                                  New York, New York 10169
                                  (212) 818-9200

714597_1