# AFFIDAVIT OF SERVICE BY MAIL



STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

The undersigned, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and reside at 609 W. 196th Street, New York, New York 10040.

2.      That on December 5, 2007, deponent served a true copy of the annexed NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND DOCUMENTS, dated December 5, 2007, upon:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747

Edward J. Kosmowski
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edwin J. Harron
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joel A. Waite
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kara Hammond Coyle
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kenneth J. Enos
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Margaret B. Whiteman
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Matthew Barry Lunn
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Sharon M. Zieg
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Travis N. Turner
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Quinn Emanuel
Quinn Emanuel Urquhart Oliver &
Hedges
51 Madison Avenue, 22nd Floor
New York, New York 10010

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

David W. Carickoff, Jr.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Geoffrey S. Aaronson
Geooffrey S. Aaronson, P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131

David G. Aelvoet
Linbarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

John R. Ashmead
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Mary E. Augustine
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Michael Jason Barrie
Schnader Harrison Segal & Lewis LLP
824 Market Street
Suite 1001
Wilmington, DE 19801

Lenora k. Baughman
Kilpartick & Associates, P.C.
903 North Opdyke Road
Suite C
Auburn Hills, MI 48326

Don A. Beskrone
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Karen C. Bifferato
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Peter Douglas Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

Joseph J. Bodnar
Law offices of Joseph J. Bodnar
2101 North Harrison Street
Suite 101
Wilmington, DE 19802

Hilary B. Bonial
Brice Vander Linden & Pernick PC
9441 LBJ Freeway
Suite 350
Dallas, TX 75243

Rebecca L. Booth
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

William Pierce Bowden
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Charles J. Brown
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jacob A. Brown
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Mark Browning
Office of the Attorney General
300 West 15th Street
8th Floor
Austin, TX 78701

William J. Burnett
Flaster Greenberg
Eight Penn Center
1628 JFK Blvd., 15th Floor
Philadelphia, PA 19103

Michael G. Busenkell
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

Mary Caloway
Buchanan Ingersoll & Rooney PC
Ste. 1410
Wilmington, DE 19801

John T. Carroll, III
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Marc Stephen Casarino
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE 19899

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge
919 North Market Street
Suite 1500
Wilmington, DE 19801

Shawn M. Christianson
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Ronald L. Cohen
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Nancy A. Connery
Schoeman Updike & Kaufman, LLP
60 East 42nd Street
New York, NY 10165

Victoria Watson Counihan
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Donna L. Culver
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Teresa K.D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Ste. 1410
Wilmington, DE 19801

Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Eric M. Davis
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Martin J. Davis
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ 07311

Mary A. DeFalaise
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Kristi J. Doughty
Whittington & Aulgur
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040

Justin Cory Falgowski
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington , DE 19801

Brett Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
300 Delaware Avenue, Ste. 1100
Wilmington, DE 19801

David L. Finger
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Joseph D. Frank
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Samuel B. Garber
General Growth Properties, Inc.
110 N. Wacker Drive
Chicago, IL 60606

Thomas H. Grace
Locke Liddell & Sapp LLP
600 Travis Street
Suite 3500
Houston, TX 77002-3095

Robert E. Greenberg
Friedlander Misler
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036

Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Donna L. Harris
Pinckney Harris & Poppiti, LLC
1000 N. West Street
Suite 1200
Wilmington, DE 19801

A. Michelle Hart
McCalla Raymer LLC
1544 Old Alabama Rd.
Roswell, GA 30076

Curtis A. Hehn
Pachulski Stang Ziehl Young Jones & Wein
919 N. Market Street
16th Floor
Wilmington, DE 19801

Adam Hiller
Draper & Goldberg, PLLC
1500 North French Street
2nd Floor
Wilmington, DE 19801

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Nancy Hotchkiss
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

James E. Huggett
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE 19801

Mark T. Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801

Regina A. Iorii
Werb & Sullivan
300 Delaware Avenue
Suite 1300
Wilmington, DE 19801

Tyler B. Jones
Brice, Vander, Linden & Wernick
9441 LBJ Freeway
Suite 250
Dallas, TX 75243

Benjamin W. Keenan
Ashby & Geddes
222 Delaware Avenue
17th Floor, PO Box 1150
Wilmington, DE 19899

Steven K. Kortanek
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

714993_1

Adam G. Landis
Landis Ruth & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Kimberly Ellen Connolly Lawson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Ira M. Levee
Lowenstein Sandler P.C.
Roseland, NJ 07068

Scott K. Levine
Platzer Swergold Karlin Levine
Goldberg
1065 Avenue of the Americas
18th Floor
New York, NY 10018

R. Fredrick Linfesty
Iron Mountain Information
Management Inc
745 Atlantic Avenue
Boston, MA 649675

James M. Liston
Bartlett, Hackett Feinberg, P.C.
10 High Street
Suite 920
Boston, MA 02110

Nancy F. Loftus
Office of the County Attorney
Fairfax County
12000 Government Center Parkway
Suite 549
Fairfax, VA 22035

Gaston Plaintiff Loomis, II
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Margaret C. Lumsden
Unti & Lumsden
302 Jefferson Street
Suite 200
Raleigh, NC 27607

Gabriel R. MacConaill
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Sean D. Malloy
McDonald Hopkins LLC
600 Superior Avenue E
Suite 2100
Cleveland, OH 44114

Kevin J. Mangan
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Julie A. Manning
Shipman & Goodwin
One American Row
Hartford, CT 06103

Garvan F. McDaniel
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

Lorraine S. McGowen
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Lisa Cresci McLaughlin
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Evelyn J. Meltzer
Pepper Hamilton LLp
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899

Rachel B. Mersky
Monzack & Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington, DE 19801

Michael E. Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737-1385

Kristin T. Mihelic
Spector Gadon & Rosen, P.C.
1635 Market Street
7th Floor
Philadelphia, PA 19103

Mark Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Carol E. Momjian
PA Office of Attorney General
21 South 12 Street
3rd Floor
Philadelphia, PA 19107

Francis A. Monaco Jr.
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Norman M. Monhait
Rosenthal Monhait & Goddess, P.A.
919 Market Street
Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street
Room 670
Jefferson City, MO 65105

Zachary Mosner
Office of the Attorney General
Bankruptcy & Collections Unit
900 Fourth Avenue
Suite 2000
Seattle, WA 98164-1012

Guy B. Moss
Reimer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108

Tina Niehold Moss
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

William Novotny
Mariscal, Weeks, McIntyre & Friedlander
2901 North Centrala Avenue, #200
Phoenix, AZ 85012-2705

Ricardo Palacio, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

Tally F. Parker, Jr.
Parker & Marks, P.C.
1333 Corporate Drive #209
Irving, TX 75038

James K. Pendergrass, Jr.
Pendergrass Law Firm, PLLC
1511 Sunday Drive
Suite 220
Raleigh, NC 27607

Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Dana S. Plon
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street
Suite 600
Philadelphia, PA 19102

Stephen B. Porterfield
Sirote & Permutt, P.C.
2311 Highland Avenue, South
Birmingham, AL 35205

Eric T. Ray
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203

Michael Reed
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

Patrick Joseph Reilley
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Richard W. Riley
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Fred B. Ringel
Robinson Brog Leinward et al.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

Christine A. Roberts
Rawlings, Olson, Cannon, Gormley, Desrui
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Terri A. Roberts
Pima County Attorney
32 North Stone
Suite 2100
Tucson, AZ 85701

Martha E. Romero
Romero Law Firm
7743 South Painter Avenue
Suite E
Whittier, CA 90602

Frederick Brian Rosner
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Bradford J. Sandler
Benesch Friedlnader Coplan & Aronoff
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Todd Charles Schiltz, Esq.
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
1105 N. Market Street
16th Floor
Wilmington, DE 19801

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza
6th Floor
Wilmington, DE 19801

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19899

Elliot M. Smith
Squire Sanders & Dempsey L.L.P.
312 Walnut Street
Suite 3500
Cincinnati, OH 45202

Karen J. Stapleton
County of Loudoun, Office of Attorney
One Harrison Street S.E. 5th Floor
PO Box 7000
Leeburg, VA 20177-7000

Catherine Steege
Jenner & Block
330 North Wabash Avenue
Chicago, IL 60611

John H. Strock
Landis Rath & Cobb LLP
P.O. Box 2087
919 N. Market Street
Wilmington, DE 19899

Eric Michael Sutty
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

714993_1

Gregory Alan Taylor
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

William F. Taylor
McCarter & English LLP
919 N. Market Street
Suite 1800, P.O. Box 111
Wilmington, DE 19899

James C. Tecce
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Christina Mayeen Thompson
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Madeleine Carmel Wanslee
Gust Rosenfield, P.L.C.
201 East Washington Street
Suite 800
Phoenix, AZ 85004

Christopher A. Ward
Klehr Harrison Harvey Branzburg &
Ellers
919 N. Market Street
Suite 1000
Wilmington, DE 19801

John R. Weaver, Jr.
John R. Weaver, Jr. P.A.
831 North Tatnall Street
Suite 200
Wilmington, DE 19801

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Michael Gregory Wilson
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Amanda Maria Winfree
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor, PO Box 1150
Wilmington, DE 19899

Karon Y. Wright
Travis County Attorney's Office
314 W. 11th Street
PO Box 1748
Austin, TX 78767

William G. Wright
Farr, Burke, Gambacorata & Wright PC
1000 Atrium Way
Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054

James S. Yoder
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

German Yusufov
Pima County Attorney's Office, Civil Div.
32 N. Stone Avenue
Suite 2100 Tucson, AZ 85701

Rafael Xavier Zahralddin-Aravena
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Craig J. Zaiady
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801-6396

by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Desire Collado

Sworn to before me this
5th day of December, 2007.

Notary Public

JAMIE LEONARD
Notary Public, State of New York
No. 01LE6129201
Qualified in Queens County
Commission Expires 6-20-20

714993_1