IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE
HOLDING, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED
PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by
National City Mortgage Company, to serve as its authorized agent to, inter alia, receive and
review all notices that may affect its interests in this matter.  Accordingly, you are requested to
serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but
not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of
the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ A. Michelle Hart
_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/770-643-4176 Fax

*Authorized Agent for National City Mortgage Company*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE
HOLDING, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has

been served by First Class Mail, postage pre-paid, upon the following parties in interest on the

7th day of December, 2007.

<u>Debtor's Attorney</u>

Edward J. Kosmowski, Esq.
1000  West Street, 17th Floor
Post Office Box 391
Wilmington, DE  19899

Respectfully submitted,
McCALLA RAYMER, LLC

/s/ A. Michelle Hart
_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/770-643-4176 Fax