**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-11047(CSS) |
| American Home Mortgage Holdings, Inc., *et al.*, | : | |
| | : | *FIRST AMENDED* NOTICE OF |
| | : | APPOINTMENT OF COMMITTEE OF |
| Debtors. | : | UNSECURED CREDITORS |

_____

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases **(SEE NOTE BELOW)**:

1. **Wilmington Trust Company**, Attn: James J. McGinley, 520 Madison Avenue, 33rd Floor, New York, NY 10022, Phone: 212-415-0522, Fax: 212-415-0513

2. **Law Debenture Trust Company of New York**, Attn: James D. Heaney, 400 Madison Avenue, 4th Floor, New York, NY 10017, Phone: 212-750-6474, Fax: 212-750-1361

3. **Deutsche Bank National Trust Co.**, Attn: Brendan Meyer, 1761 East Street Andrew Place, Santa Ana, CA 92705, Phone: 212-250-2921, Fax: 212-797-0022

4. **Nomura Credit & Capital, Inc.**, Attn: Juliet F. Buck, 2 World Financial Center, Building B, New York, NY 10281, Phone: 212-667-9368, Fax: 212-667-1024

5. **Impac Funding Corporation**, Attn: Steve Wichmann, 19500 Jamboree Road, Irvine, CA 92612, Phone: 949-260-4549, Fax: 949-221-4869

6. **Waldners Business Environments, Inc**., Attn: John A. Marsicano, 125 Route 110, Farmingdale, NY 11735, Phone: 631-844-9368, Fax: 631-694-6303

7. **United Parcel Service**, Attn: Steven Sass, RMS- Agent for UPS- 307 International Circle, Suite 270, Hunt Valley, MD 21030, Phone: 410-773-4040, Fax: 410-773-4057

KELLY BEAUDIN STAPLETON
United States Trustee, Region 3


 /s/ Joseph J. McMahon, Jr. for
ANDREW R. VARA
ASSISTANT UNITED STATES TRUSTEE

DATED:  December 7, 2007

Attorney assigned to these cases:  Joseph J. McMahon, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' counsel:  Pauline K. Morgan, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253.

*****Bank of New York Trust Company resigned from the Committee effective November 13, 2007.  Law Debenture Trust Company of New York is appointed to the Committee effective immediately.**