IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------- x    Ref. No. 1987

### <u>CERTIFICATION OF COUNSEL TO APPLICATION RE: DOCKET NO. 1987</u>

On November 13, 2007, Weiner Brodsky Sidman Kider PC ("Weiner Brodsky"),

~~ordinary course professionals to the above-captioned debtors and debtors-in-possession~~

(collectively, the "Debtors"), filed its *First Monthly Application of Weiner Brodsky Sidman*

*Kider PC* (the "Application") [*see* Docket No. 1987]. By the Application, Weiner Brodsky

sought interim approval of $80,618.50 in fees (the "Fees") and $1,108.65 in expenses (the

"Expenses") to be paid in accordance with this Court's *Order Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C.*

*§§ 105(a) and 331* (the "Compensation Procedures Order") [*see* Docket No. 547]. Objections to

the relief requested in the Application were due to be filed by December 3, 2007 (the "Objection

Deadline").

Prior to the Objection Deadline, the United States Trustee in these cases (the "Trustee")

communicated informal objections to the relief requested in the Application. With respect to the

Trustee's objection, Weiner Brodsky has agreed to a $4,858.80 reduction in the Fees. Based on

this agreement, the Trustee has consented to the allowance of the Fees in the amount of

$75,759.70 (the "Adjusted Fees").

066585.1001

The Court's docket which was last updated December 7, 2007, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 3, 2007 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($60,607.76) of Adjusted Fees and 100% of requested expenses ($1,108.65) on an interim basis without further Court order.

Dated: Wilmington, Delaware
          December 7, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth Enos (No. 4544)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession