IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., et al.[1]

Debtors

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: December 20, 2007**
: **at 4:00 p.m.**

**SUPPLEMENT TO FIRST MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 14, 2007 THROUGH AUGUST 31, 2007**

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
      UNITED STATES BANKRUPTCY JUDGE:

Hahn & Hessen LLP ("H&H" or "Applicant"), submits this Supplement to our previously filed application pursuant to Section 331 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure for allowance of interim compensation and reimbursement of actual and necessary expenses for the period of August 14, 2007 through August 31, 2007 (the "Compensation Period") and reimbursement of actual and necessary expenses in connection with services rendered on behalf of The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., et al. (the "Debtors" ), and in support thereof represents as follows:

1.   On November 30, 2007, Applicant filed the First Monthly Application (the "First Application") of Hahn & Hessen LLP, Attorneys for the Creditors Committee, for Allowance of

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1374005v1 703159/007
703159.007 - 1374005.1

Compensation and Reimbursement of Expenses for the Period August 14, 2007 through August 31, 2007 (the "Compensation Period"). In its First Application, Applicant sought allowance of $213,416.00 in fees and reimbursement of $3,416.60 for necessary out-of-pocket expenses.

2.  In its First Application, Applicant sought reimbursement of expenses totaling $3,416.60. Applicant incurred out-of-pocket disbursements totaling $3,063.87. The expenses originally set forth in the First Application inadvertently included expenses incurred outside the period covered by the Compensation Period so the amount requested has been reduced to rectify this error. Applicant also inadvertently omitted a detailed report of these expenses in its First Application. Under Local Rule 2016-2(e), Applicant has maintained careful records of these expenditures, which are detailed in Exhibit "A" attached hereto. Applicant believes the disbursements were reasonable in amount and necessarily made. Applicant has not been reimbursed for any of the expenses described in Exhibit "A".

3.  Except as provided herein, nothing in the First Application is being modified.

**WHEREFORE**, Applicant respectfully requests that its First Monthly Application, as modified by this Supplement, be allowed in the amount of $213,416.00, for fees as attorneys to the Committee and that it be allowed and reimbursed the Actual amount of $3,063.87 for its actual out-of-pocket expenses incurred in connection with the Compensation Period.

Dated: New York, New York
December 7, 2007

**HAHN & HESSEN LLP**
Attorneys for Official Committee of Unsecured Creditors
of American Home Mortgage Holdings, Inc., et al.

By: _____
Mark S. Indelicato (MI-1459)
A Member of the Firm
488 Madison Avenue
New York, New York 10022
(212) 478-7200 Telephone
(212) 478-7400 Facsimile