# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> American Home Mortgage Holdings, Inc., *et al.* [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> (Jointly Administered) <br><br> Objections Due By: December 20, 2007 @ 4 p.m. <br> Hearing Date: Only in the Event of an Objection |

## NOTICE OF SUPPLEMENT TO FIRST MONTHLY FEE APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OF AUGUST 14, 2007 THROUGH AUGUST 31, 2007

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On December 7, 2007, the Supplement to First Monthly Fee Application of Hahn & Hessen LLP, Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the *"Committee"*), for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through August 31, 2007 (the *"Supplement"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Supplement, Hahn & Hessen LLP (*"Hahn & Hessen"*) has reduced the amount of its request for reimbursement of expenses by $352.73, from $3416.60 to $3,063.87. As amended, Hahn & Hessen's First Monthly Fee Application requests compensation in the amount of $213,416.00, payment of interim compensation in the amount of $170,732.80 (80% of $213,416.00), and reimbursement of expenses in the amount of $3,063.87 incurred in representation of the Committee during the period of August 14, 2007 through August 31, 2007.

Any responses or objections to the Supplement must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **December 20,**

---

[1]    The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40172553v.1

2

**2007 at 4:00 p.m. (EST).** Copies of the Supplement are available upon written request to the undersigned.

A hearing on the Supplement shall be held only in the event timely objections are filed.

Dated:    December 7, 2007                    BLANK ROME LLP

By: _____/s/ Bonnie Fatell_____
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*

2

128189.01600/40172553v.1