# EXHIBIT A

| Date | Disb ID | Tkpr | TKPR Name | Matter | Cost Code | Tobill Amt | Narative |
|------|---------|------|-----------|--------|-----------|-----------|----------|
| 8/29/2007 | 1491521 | 486 | Schnitzer, Edw | 1 | CAR | $10.00 | VENDOR: PETTY CASH; INVOICE#: 082807; DATE: 8/28/2007 |
| 8/29/2007 | 1496456 | 486 | Schnitzer, Edw | 1 | CAR | $20.00 | VENDOR: PETTY CASH; INVOICE#: 082807; DATE: 8/28/2007 |
| 8/14/2007 | 1490713 | 364 | Power, Mark | 1 | CAR | $9.00 | VENDOR: POWER, MARK T.; INVOICE#: 0829; DATE: 8/29/2007 |
| 8/15/2007 | 1490715 | 364 | Power, Mark | 1 | CAR | $50.00 | VENDOR: POWER, MARK T.; INVOICE#: 0829; DATE: 8/29/2007 |
| | | | | | | $89.00 | |
| 8/16/2007 | 1503227 | 493 | Zawadzki, Jeff | 1 | CAR | $38.25 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 519831; DATE: 8/31/2007 |
| 8/21/2007 | 1503210 | 260 | Indelicato, Mar | 1 | CAR | $115.67 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 519831; DATE: 8/31/2007 |
| 8/22/2007 | 1503200 | 493 | Zawadzki, Jeff | 2 | CAR | $38.25 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 519831; DATE: 8/31/2007 |
| 8/27/2007 | 1513755 | 260 | Indelicato, Mar | 1 | CAR | $118.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 521325; DATE: 9/15/2007 |
| 8/29/2007 | 1513753 | 260 | Indelicato, Mar | 5 | CAR | $118.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 521325; DATE: 9/15/2007 |
| 8/30/2007 | 1513761 | 260 | Indelicato, Mar | 1 | CAR | $119.29 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 521325; DATE: 9/15/2007 |
| | | | | | | $548.10 | |
| 8/15/2007 | 1490706 | 364 | Power, Mark | 1 | CAR | $112.20 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 86531; DATE: 8/21/2007 |
| 8/16/2007 | 1496528 | 364 | Power, Mark | 1 | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 86722; DATE: 8/28/2007 |
| 8/21/2007 | 1496531 | 972 | Janice O'Kane | 1 | CAR | $62.22 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 86722; DATE: 8/28/2007 |
| 8/23/2007 | 1496530 | 364 | Power, Mark | 1 | CAR | $132.09 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 86722; DATE: 8/28/2007 |
| 8/27/2007 | 1504408 | 364 | Power, Mark | 1 | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 87018; DATE: 9/4/2007 |
| 8/30/2007 | 1504410 | 364 | Power, Mark | 1 | CAR | $116.79 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 87018; DATE: 9/4/2007 |
| 8/29/2007 | 1508742 | 364 | Power, Mark | 1 | CAR | $116.79 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 87612; DATE: 9/18/2007 |
| Total: Car Expenses: | | | | | | $740.01 | |
| | | | | | | $1,377.11 | |
| 8/15/2007 | 1480095 | | | 2 | DUPL | $0.10 | |
| 8/16/2007 | 1480730 | | | 2 | DUPL | $119.00 | |
| 8/16/2007 | 1480782 | | | 2 | DUPL | $1.40 | |
| 8/20/2007 | 1482553 | | | 2 | DUPL | $0.20 | |
| 8/20/2007 | 1482555 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1482557 | | | 2 | DUPL | $0.20 | |
| 8/20/2007 | 1482559 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1482565 | | | 2 | DUPL | $0.50 | |
| 8/20/2007 | 1482569 | | | 2 | DUPL | $0.20 | |
| 8/20/2007 | 1482655 | | | 2 | DUPL | $0.90 | |
| 8/20/2007 | 1482657 | | | 2 | DUPL | $0.90 | |
| 8/20/2007 | 1482738 | | | 2 | DUPL | $2.70 | |
| 8/20/2007 | 1482846 | | | 2 | DUPL | $0.40 | |
| 8/20/2007 | 1482997 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1483000 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1483002 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1483102 | | | 2 | DUPL | $1.00 | |
| 8/20/2007 | 1483104 | | | 2 | DUPL | $1.60 | |
| 8/20/2007 | 1483126 | | | 2 | DUPL | $1.10 | |
| 8/20/2007 | 1483132 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1483136 | | | 2 | DUPL | $0.10 | |
| 8/20/2007 | 1483142 | | | 2 | DUPL | $1.40 | |
| 8/20/2007 | 1483144 | | | 2 | DUPL | $0.40 | |
| 8/20/2007 | 1483154 | | | 2 | DUPL | $5.60 | |
| 8/20/2007 | 1483158 | | | 2 | DUPL | $5.60 | |
| 8/21/2007 | 1483519 | | | 6 | DUPL | $3.20 | |
| 8/21/2007 | 1483579 | | | 2 | DUPL | $0.10 | |
| 8/21/2007 | 1483621 | | | 2 | DUPL | $1.60 | |
| 8/22/2007 | 1485632 | | | 2 | DUPL | $1.80 | |
| 8/22/2007 | 1486129 | | | 2 | DUPL | $3.60 | |
| 8/22/2007 | 1486207 | | | 2 | DUPL | $5.00 | |
| 8/23/2007 | 1486746 | | | 2 | DUPL | $1.50 | |
| 8/23/2007 | 1487059 | | | 2 | DUPL | $3.20 | |
| 8/23/2007 | 1487065 | | | 2 | DUPL | $4.30 | |
| 8/23/2007 | 1487068 | | | 2 | DUPL | $0.70 | |

| | | | | |
|---|---|---|---|---|
| 8/23/2007 | 1487069 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487235 | 2 | DUPL | $1.40 |
| 8/23/2007 | 1487237 | 2 | DUPL | $22.50 |
| 8/23/2007 | 1487326 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487327 | 2 | DUPL | $0.20 |
| 8/23/2007 | 1487328 | 2 | DUPL | $0.20 |
| 8/23/2007 | 1487329 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487330 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487351 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487353 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487355 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487357 | 2 | DUPL | $0.10 |
| 8/23/2007 | 1487369 | 2 | DUPL | $0.90 |
| 8/23/2007 | 1487382 | 2 | DUPL | $1.30 |
| 8/27/2007 | 1488882 | 1 | DUPL | $2.80 |
| 8/27/2007 | 1488886 | 1 | DUPL | $0.40 |
| 8/27/2007 | 1488890 | 1 | DUPL | $2.60 |
| 8/27/2007 | 1488900 | 1 | DUPL | $8.90 |
| 8/27/2007 | 1488945 | 2 | DUPL | $0.30 |
| 8/27/2007 | 1489019 | 2 | DUPL | $0.10 |
| 8/27/2007 | 1489073 | 2 | DUPL | $2.40 |
| 8/27/2007 | 1489082 | 2 | DUPL | $0.20 |
| 8/27/2007 | 1489127 | 2 | DUPL | $0.70 |
| 8/27/2007 | 1489129 | 2 | DUPL | $0.70 |
| 8/27/2007 | 1489133 | 2 | DUPL | $3.90 |
| 8/27/2007 | 1489135 | 2 | DUPL | $1.00 |
| 8/27/2007 | 1489137 | 2 | DUPL | $0.70 |
| 8/27/2007 | 1489157 | 2 | DUPL | $0.10 |
| 8/27/2007 | 1489293 | 1 | DUPL | $6.50 |
| 8/27/2007 | 1489300 | 1 | DUPL | $5.00 |
| 8/27/2007 | 1489321 | 1 | DUPL | $5.50 |
| 8/27/2007 | 1489340 | 2 | DUPL | $4.60 |
| 8/27/2007 | 1489355 | 1 | DUPL | $6.80 |
| 8/27/2007 | 1489361 | 1 | DUPL | $3.70 |
| 8/27/2007 | 1489395 | 1 | DUPL | $0.20 |
| 8/27/2007 | 1489397 | 1 | DUPL | $0.20 |
| 8/27/2007 | 1489412 | 1 | DUPL | $18.30 |
| 8/27/2007 | 1489454 | 2 | DUPL | $1.30 |
| 8/27/2007 | 1489456 | 2 | DUPL | $3.60 |
| 8/27/2007 | 1489462 | 2 | DUPL | $1.20 |
| 8/27/2007 | 1489470 | 2 | DUPL | $1.80 |
| 8/27/2007 | 1489476 | 2 | DUPL | $0.90 |
| 8/27/2007 | 1489482 | 2 | DUPL | $1.70 |
| 8/27/2007 | 1489488 | 2 | DUPL | $1.60 |
| 8/27/2007 | 1489494 | 2 | DUPL | $0.10 |
| 8/27/2007 | 1489498 | 2 | DUPL | $0.40 |
| 8/27/2007 | 1489506 | 2 | DUPL | $0.20 |
| 8/27/2007 | 1489512 | 2 | DUPL | $0.20 |
| 8/27/2007 | 1489518 | 2 | DUPL | $2.30 |
| 8/27/2007 | 1489524 | 2 | DUPL | $3.90 |
| 8/27/2007 | 1489526 | 2 | DUPL | $1.00 |
| 8/27/2007 | 1489528 | 2 | DUPL | $0.70 |
| 8/27/2007 | 1489532 | 2 | DUPL | $1.20 |
| 8/27/2007 | 1489536 | 1 | DUPL | $4.30 |
| 8/27/2007 | 1489538 | 2 | DUPL | $2.40 |
| 8/27/2007 | 1489544 | 1 | DUPL | $1.50 |
| 8/27/2007 | 1489546 | 2 | DUPL | $0.20 |
| 8/28/2007 | 1489914 | 2 | DUPL | $1.10 |
| 8/28/2007 | 1489919 | 1 | DUPL | $10.80 |
| 8/28/2007 | 1489920 | 2 | DUPL | $0.80 |
| 8/28/2007 | 1489923 | 2 | DUPL | $1.60 |
| 8/28/2007 | 1489930 | 2 | DUPL | $0.30 |
| 8/28/2007 | 1489932 | 2 | DUPL | $0.70 |
| 8/28/2007 | 1490043 | 2 | DUPL | $0.20 |
| 8/28/2007 | 1490101 | 2 | DUPL | $0.30 |
| 8/28/2007 | 1490191 | 2 | DUPL | $4.40 |
| 8/28/2007 | 1490359 | 2 | DUPL | $0.20 |
| 8/28/2007 | 1490360 | 2 | DUPL | $0.40 |
| 8/28/2007 | 1490363 | 2 | DUPL | $0.40 |
| 8/28/2007 | 1490368 | 2 | DUPL | $0.30 |
| 8/28/2007 | 1490369 | 2 | DUPL | $0.10 |
| 8/28/2007 | 1490371 | 2 | DUPL | $0.30 |
| 8/28/2007 | 1490372 | 2 | DUPL | $0.20 |
| 8/28/2007 | 1490374 | 2 | DUPL | $0.20 |

| | | | |
|---|---|---|---|
| 8/28/2007 | 1490375 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490376 | 2 DUPL | $0.30 |
| 8/28/2007 | 1490377 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490378 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490384 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490386 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490388 | 2 DUPL | $0.30 |
| 8/28/2007 | 1490390 | 2 DUPL | $0.30 |
| 8/28/2007 | 1490391 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490392 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490412 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490552 | 2 DUPL | $0.60 |
| 8/28/2007 | 1490556 | 2 DUPL | $2.40 |
| 8/28/2007 | 1490559 | 2 DUPL | $1.60 |
| 8/28/2007 | 1490561 | 2 DUPL | $0.30 |
| 8/28/2007 | 1490565 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490567 | 2 DUPL | $0.30 |
| 8/28/2007 | 1490568 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490570 | 2 DUPL | $0.20 |
| 8/28/2007 | 1490573 | 2 DUPL | $0.30 |
| 8/28/2007 | 1490576 | 2 DUPL | $0.30 |
| 8/29/2007 | 1490854 | 2 DUPL | $0.30 |
| 8/29/2007 | 1490855 | 2 DUPL | $0.30 |
| 8/29/2007 | 1490862 | 2 DUPL | $0.20 |
| 8/29/2007 | 1490888 | 2 DUPL | $0.20 |
| 8/29/2007 | 1490890 | 2 DUPL | $0.30 |
| 8/29/2007 | 1490894 | 2 DUPL | $0.10 |
| 8/29/2007 | 1490919 | 2 DUPL | $0.30 |
| 8/29/2007 | 1490928 | 2 DUPL | $0.40 |
| 8/29/2007 | 1490930 | 2 DUPL | $0.20 |
| 8/29/2007 | 1490931 | 2 DUPL | $0.20 |
| 8/29/2007 | 1490934 | 2 DUPL | $0.20 |
| 8/29/2007 | 1490990 | 2 DUPL | $4.40 |
| 8/29/2007 | 1491000 | 2 DUPL | $1.10 |
| 8/29/2007 | 1491020 | 2 DUPL | $1.30 |
| 8/29/2007 | 1491168 | 2 DUPL | $2.30 |
| 8/29/2007 | 1491170 | 2 DUPL | $3.50 |
| 8/29/2007 | 1491173 | 2 DUPL | $3.50 |
| 8/29/2007 | 1491261 | 2 DUPL | $0.20 |
| 8/29/2007 | 1491284 | 2 DUPL | $0.20 |
| 8/29/2007 | 1491285 | 2 DUPL | $1.00 |
| 8/29/2007 | 1491296 | 2 DUPL | $0.20 |
| 8/29/2007 | 1491300 | 2 DUPL | $1.00 |
| 8/29/2007 | 1491314 | 2 DUPL | $0.20 |
| 8/30/2007 | 1491591 | 1 DUPL | $9.40 |
| 8/30/2007 | 1491623 | 1 DUPL | $0.40 |
| 8/30/2007 | 1491624 | 1 DUPL | $8.20 |
| 8/30/2007 | 1491764 | 2 DUPL | $0.20 |
| 8/30/2007 | 1491766 | 2 DUPL | $0.20 |
| 8/30/2007 | 1491774 | 2 DUPL | $0.20 |
| 8/30/2007 | 1491775 | 2 DUPL | $0.10 |
| 8/30/2007 | 1491779 | 2 DUPL | $0.20 |
| 8/30/2007 | 1491786 | 2 DUPL | $0.10 |
| 8/30/2007 | 1491794 | 2 DUPL | $4.90 |
| 8/30/2007 | 1491904 | 2 DUPL | $0.20 |
| 8/30/2007 | 1491905 | 2 DUPL | $0.30 |
| 8/30/2007 | 1492008 | 2 DUPL | $1.20 |
| 8/30/2007 | 1492022 | 1 DUPL | $0.60 |
| 8/30/2007 | 1492069 | 2 DUPL | $1.20 |
| 8/30/2007 | 1492129 | 2 DUPL | $0.30 |
| 8/30/2007 | 1492211 | 2 DUPL | $2.10 |
| 8/30/2007 | 1492303 | 2 DUPL | $0.20 |
| 8/31/2007 | 1492578 | 2 DUPL | $1.40 |
| 8/31/2007 | 1492626 | 2 DUPL | $0.70 |
| 8/31/2007 | 1492738 | 2 DUPL | $0.20 |
| 8/31/2007 | 1492740 | 2 DUPL | $0.20 |
| 8/31/2007 | 1492742 | 2 DUPL | $0.30 |
| 8/31/2007 | 1492744 | 2 DUPL | $0.20 |
| 8/31/2007 | 1492754 | 2 DUPL | $0.10 |
| 8/31/2007 | 1492756 | 2 DUPL | $0.20 |
| 8/31/2007 | 1492758 | 2 DUPL | $0.30 |
| 8/31/2007 | 1492760 | 2 DUPL | $0.30 |
| 8/31/2007 | 1492762 | 2 DUPL | $0.10 |
| 8/31/2007 | 1492764 | 2 DUPL | $0.20 |

| Date | Number | | Description | Amount | Notes |
|---|---|---|---|---|---|
| 8/31/2007 | 1492768 | | 2 DUPL | $0.40 | |
| 8/31/2007 | 1492770 | | 2 DUPL | $0.30 | |
| 8/31/2007 | 1492772 | | 2 DUPL | $0.10 | |
| 8/31/2007 | 1492774 | | 2 DUPL | $0.30 | |
| 8/31/2007 | 1492776 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492778 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492780 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492782 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492784 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492788 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492790 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492792 | | 2 DUPL | $0.30 | |
| 8/31/2007 | 1492796 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492898 | | 2 DUPL | $3.20 | |
| 8/31/2007 | 1492900 | | 2 DUPL | $6.40 | |
| 8/31/2007 | 1492944 | | 2 DUPL | $3.10 | |
| 8/31/2007 | 1492946 | | 2 DUPL | $0.60 | |
| 8/31/2007 | 1492948 | | 2 DUPL | $0.70 | |
| 8/31/2007 | 1492950 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492952 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1492954 | | 2 DUPL | $1.20 | |
| 8/31/2007 | 1492956 | | 2 DUPL | $0.30 | |
| 8/31/2007 | 1492958 | | 2 DUPL | $3.00 | |
| 8/31/2007 | 1493008 | | 2 DUPL | $0.10 | |
| 8/31/2007 | 1493010 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493012 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493020 | | 2 DUPL | $0.30 | |
| 8/31/2007 | 1493022 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493024 | | 2 DUPL | $0.10 | |
| 8/31/2007 | 1493026 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493028 | | 2 DUPL | $0.10 | |
| 8/31/2007 | 1493032 | | 2 DUPL | $0.40 | |
| 8/31/2007 | 1493034 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493036 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493038 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493040 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493042 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493044 | | 2 DUPL | $0.20 | |
| 8/31/2007 | 1493046 | | 2 DUPL | $0.10 | |
| | | | | $414.30 | |
| 8/15/2007 | 1486343 | 493 Zawadzki, Jeff | 1 MEAL | $12.34 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 235824; DATE: 8/19/2007 |
| 8/15/2007 | 1487491 | 493 Zawadzki, Jeff | 1 MEAL | $11.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 235824; DATE: 8/19/2007 |
| 8/16/2007 | 1486344 | 493 Zawadzki, Jeff | 1 MEAL | $27.66 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 235824; DATE: 8/19/2007 |
| 8/17/2007 | 1486377 | 285 Divack, Joshua | 1 MEAL | $14.18 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 235824; DATE: 8/19/2007 |
| 8/20/2007 | 1491508 | 550 Keary, Emmet | 1 MEAL | $23.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/20/2007 | 1491509 | 493 Zawadzki, Jeff | 1 MEAL | $23.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/20/2007 | 1491510 | 546 Naviwala, Huri | 1 MEAL | $23.21 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/20/2007 | 1522507 | 162 Schwartz, Jeffi | 6 MEAL | $16.68 | VENDOR: SCHWARTZ, JEFFREY; INVOICE#: 807; DATE: 10/10/2007 |
| 8/21/2007 | 1491503 | 285 Divack, Joshua | 1 MEAL | $14.68 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/21/2007 | 1516333 | 260 Indelicato, Mar | 1 MEAL | $15.26 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/22/2007 | 1491484 | 550 Keary, Emmet | 1 MEAL | $20.91 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/22/2007 | 1491487 | 493 Zawadzki, Jeff | 1 MEAL | $21.45 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |

| Date | Number | Name | Qty | Type | Amount | Description |
|---|---|---|---|---|---|---|
| 8/23/2007 | 1491478 | 364 Power, Mark | 1 | MEAL | $25.21 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/23/2007 | 1491483 | 285 Divack, Joshu; | 5 | MEAL | $14.45 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/23/2007 | 1516351 | 260 Indelicato, Mar | 1 | MEAL | $11.83 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/24/2007 | 1491466 | 493 Zawadzki, Jeff | 2 | MEAL | $11.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/24/2007 | 1491469 | 364 Power, Mark | 1 | MEAL | $17.36 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/26/2007 | 1491507 | 477 Cerbone, Janir | 1 | MEAL | $23.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 239079; DATE: 8/26/2007 |
| 8/27/2007 | 1492438 | 550 Keary, Emmet | 2 | MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 08310; DATE: 8/31/2007 |
| 8/27/2007 | 1496515 | 550 Keary, Emmet | 2 | MEAL | $27.32 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 240293; DATE: 9/2/2007 |
| 8/28/2007 | 1492439 | 550 Keary, Emmet | 2 | MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 08310; DATE: 8/31/2007 |
| 8/28/2007 | 1496505 | 550 Keary, Emmet | 2 | MEAL | $21.43 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 240293; DATE: 9/2/2007 |
| 8/28/2007 | 1516338 | 260 Indelicato, Mar | 1 | MEAL | $14.14 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/29/2007 | 1492440 | 550 Keary, Emmet | 2 | MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 08310; DATE: 8/31/2007 |
| 8/29/2007 | 1496496 | 486 Schnitzer, Edw | 1 | MEAL | $15.73 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 240293; DATE: 9/2/2007 |
| 8/29/2007 | 1496497 | 550 Keary, Emmet | 2 | MEAL | $18.14 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 240293; DATE: 9/2/2007 |
| 8/29/2007 | 1516339 | 260 Indelicato, Mar | 1 | MEAL | $12.68 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/29/2007 | 1516340 | 260 Indelicato, Mar | 1 | MEAL | ($12.68) | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/30/2007 | 1492441 | 550 Keary, Emmet | 2 | MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 08310; DATE: 8/31/2007 |
| 8/30/2007 | 1496492 | 972 Janice O'Kane | 1 | MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 240293; DATE: 9/2/2007 |
| 8/30/2007 | 1516342 | 375 Batterman, Da | 1 | MEAL | $14.73 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/31/2007 | 1492442 | 550 Keary, Emmet | 2 | MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 08310; DATE: 8/31/2007 |
| 8/29/2007 | 1496495 | 364 Power, Mark | 1 | ODEL | $15.72 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 240293; DATE: 9/2/2007 |
| | | | | | $529.50 | |
| 8/16/2007 | 1530743 | 364 Power, Mark | 1 | SEAR | $12.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |
| 8/22/2007 | 1530749 | 364 Power, Mark | 1 | SEAR | $2.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |
| 8/23/2007 | 1552759 | 550 Keary, Emmet | 5 | SEAR | $28.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |
| 8/27/2007 | 1523712 | 364 Power, Mark | 2 | SEAR | $26.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |

| Date | Number | Code | Name | Qty | Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/28/2007 | 1523646 | 364 | Power, Mark | 1 | SEAR | $2.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |
| 8/28/2007 | 1523655 | 364 | Power, Mark | 1 | SEAR | $23.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |
| 8/28/2007 | 1523681 | 364 | Power, Mark | 2 | SEAR | $0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |
| | | | | | | $94.72 | |
| 8/22/2007 | 1488466 | 364 | Power, Mark | 2 | TELE | $0.25 | 17134836267; 1 Mins. |
| | | | | | | $0.25 | |
| 8/15/2007 | 1490714 | 364 | Power, Mark | 1 | TRAV | $69.99 | VENDOR: POWER, MARK T.; INVOICE#: 0829; DATE: 8/29/2007 |
| 8/17/2007 | 1516330 | 260 | Indelicato, Mar | 9 | TRAV | ($18.00) | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/21/2007 | 1516331 | 260 | Indelicato, Mar | 6 | TRAV | $105.00 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/21/2007 | 1516332 | 260 | Indelicato, Mar | 6 | TRAV | $94.00 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/23/2007 | 1516336 | 260 | Indelicato, Mar | 1 | TRAV | $134.00 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| 8/25/2007 | 1516337 | 260 | Indelicato, Mar | 11 | TRAV | $221.00 | VENDOR: INDELICATO; INVOICE#: 103; DATE: 10/4/2007 |
| | | | | | | $605.99 | |
| 8/21/2007 | 1509839 | 917 | Farrell, Susan | 1 | WPOT | $39.00 | |
| | | | | | | $39.00 | |
| | | | | | | $3,063.87 | |