IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                  :      Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :      Jointly Administered
          Debtors.                                                      :
------------------------------------------------------------------------ x

## REVISED ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

January 4, 2008 at 11:00 a.m.

January 14, 2008 at 2:00 p.m. – Interim Fee Requests

February 1, 2008 at 11:00 a.m.

February 14, 2008 at 11:00 a.m.

February 28, 2008 at 11:00 a.m.

March 13, 2008 at 10:00 a.m.

March 27, 2008 at 11:00 a.m.

Dated: December  7 , 2007
       Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE