IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |
| FINANCIAL GUARANTY INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-51725 (CSS) |
| AMERICAN HOME MORTGAGE SERVICING, INC. and AMERICAN HOME MORTGAGE ACCEPTANCE, INC., | |
| Defendants. | |

## STATUS REPORT

In accordance with the Court's Chambers Procedures, plaintiff Financial Guaranty Insurance Company submits the following status report with respect to the above-captioned adversary proceeding.

Dated: Wilmington, Delaware
December 10, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Donna L. Culver
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

and

KUTAK ROCK LLP
Bruce A. Wilson, Esq. (admitted pro hac vice)
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

ATTORNEYS FOR FINANCIAL GUARANTY
INSURANCE COMPANY

1331051

## STATUS B

## SERVICE COMPLETE, ANSWER DUE

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 07-51725 | American Home Mortgage Servicing, Inc. And American Home Mortgage Acceptance, Inc. | Answer due to be filed December 14, 2007. |