IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 12, 2007 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.  Motion of Debtors in Possession for Order, Under 11 U.S.C. §§ 323, 1106, and 1107 and Bankruptcy Rule 2004, Directing Examination of, and Production of Documents by, Certain Loan and Purported Repurchase Counterparties [D.I. 370, 8/24/07]

    Objection Deadline:   September 10, 2007 at 4:00 p.m., extended to October 29, 2007 at 3:00 p.m.

    Objections Filed:   None

    Status: This matter has been resolved pursuant to the Order Approving the 9019 Motion Regarding the Global Settlement Agreement with CSFB.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2. Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

   Objection Deadline: November 6, 2007 at 4:00 p.m., extended for the Debtors to January 7, 2008 at 4:00 p.m.

   Objections Filed: None at this time.

   Status: This matter will be adjourned by agreement of the parties to January 14, 2008 at 2:00 p.m.

3. Emergency Motion of Natixis Real Estate Capital Inc. f/k/a IKIS Real Estate Capital Inc. [D.I. 1701, 10/29/07]

   Objection Deadline: November 7, 2007 at 4:00 p.m., extended to December 14, 2007 at 4:00 p.m. for the Debtors and the Committee

   Objections Filed: None at this time

   Status: This matter will be adjourned by agreement of the parties to December 21, 2007 at 10:00 a.m.

4. Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

   Objection Deadline: November 20, 2007 at 4:00 p.m., extended to December 27, 2007 for the Debtors and the Committee

   Objections Filed: None

   Status: This matter will be will be adjourned by agreements of the parties to January 4, 2008 at 11:00 a.m.

5. JPMorgan Chase Bank, National Association's Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on and Preserve Collateral Consisting of Outstanding Construction/Permanent Loans on Single-Family Residences [D.I. 2135, 11/28/07]

   Objection Deadline: December 5, 2007 at 4:00 p.m., extended for the Debtors to December 14, 2007 at 4:00 p.m.

   Objections Filed: None

   Status: This matter will be adjourned by agreement of the parties to December 21, 2007 at 10:00 a.m.

## UNCONTESTED MATTERS GOING FORWARD

6. Motion of Mortgage Electronic Registration Systems c/o Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 124 Lorraine Road, Wheaton, IL 60187 [D.I. 1880 and 1882, 11/7/07]

   Objection Deadline: November 19, 2007 at 4:00 p.m.

   Objections Filed:

   a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2079, 11/19/07]

   Status: This matter will be going forward.

7. Motion of Wells Fargo Bank N.A. as Trustee c/o Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11751 Black Horse Court, Rancho Cucamonga, CA 91730 [D.I. 2090 and 2091, 11/21/07]

   Objection Deadline: December 5, 2007 at 4:00 p.m.

   Objections Filed:

   a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

   Status: This matter will be going forward.

DB02:6407304.1    066585.1001

8. Motion of Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 318 Ash Grove Lane, Oswego IL 60543 [D.I. 2092 and 2093, 11/21/07]

   Objection Deadline: December 5, 2007 at 4:00 p.m.

   Objections Filed:

   a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

   Status: This matter will be going forward.

9. Motion of Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9007 Cheyanne Circle, Waverly, MN 55390 [D.I. 2094 and 2095, 11/21/07]

   Objection Deadline: December 5, 2007 at 4:00 p.m.

   Objections Filed:

   a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

   Status: This matter will be going forward.

10. Motion of Countrywide Home Loans for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3404 15th Avenue Northwest, Rochester, MN 55901 [D.I. 2096 and 2101, 11/21/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

DB02:6407304.1    066585.1001

11. Motion of Bank of New York as Trustee c/o Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11562 Ninth Street, Garden Grove, CA 92840 [D.I. 2102 and 2103, 11/21/07]

    Objection Deadline:   December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

12. Motion of Wells Fargo Bank N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1820 Ormand Road, White Lake, MI 48383 [D.I. 2104 and 2105, 11/21/07]

    Objection Deadline:   December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

13. Motion of Bank of New York, as Trustee c/o Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5815 East Los Arcos Street, Long Beach, CA 90815 [D.I. 2106 and 2107, 11/21/07]

    Objection Deadline:   December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

DB02:6407304.1    066585.1001

14. Motion of Aurora Loan Services, LLC for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 20505 Rockport Drive, Claremore, OK 74019 [D.I. 2108 and 2109, 11/21/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

15. Motion of Bank of New York, as Trustee c/o Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 37115 East 95th Street, Littlerock, CA 93543 [D.I. 2116, 11/21/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

16. Motion of Wells Fargo Bank, N.A. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9846 High Meadow Drive, Ypsilanti, MI 48198 [D.I. 2117, 11/21/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

DB02:6407304.1    066585.1001

17. Motion of Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 12851 Dominique Estates Lane, Catharpin, VA 20143 [D.I. 2118, 11/21/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

18. Motion of Forum Credit Union for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2125, 11/21/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

19. Motion of Countrywide Home Loans, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 365 Lake Shore, Grosse Pointe Farms, Michigan 48236 [D.I. 2153, 11/26/07]

    Objection Deadline: December 5, 2007 at 4:00 p.m.

    Objections Filed:

    a) Reservation of Rights as to Certain Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2286, 12/5/07]

    Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

20. Notice of Second Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding Post-Petition Advances and Sale of Construction Loan Portfolio; Order Thereon [D.I. 2280. 12/4/07]

    Objection Deadline: September 28, 2007 at 4:00 p.m.

    Related Documents:

    a) Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Assets Related to the Debtors' Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (IV) Authorizing the Distribution of the Proceeds of the Construction Loans to; and (V) Granting Related Relief [D.I. 900, 9/21/07]

    b) Order Approving (I) Sale Procedures; (II) Scheduling a Hearing to Consider Sale of Debtors' Assets Related to the Construction Loan Business; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief [D.I. 1175, 10/4/07]

    Status: This matter will be going forward with respect to item (b) above. The Debtors will present the Stipulation for approval at the hearing. The Construction Loan Sale Motion will be adjourned to a date and time to be determined.

21. Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer Under the HELOC Servicing Agreement for Series 2006-2 [D.I. 1955, 11/9/07]

    Objection Deadline: November 21, 2007 at 4:00 p.m., extended for the Debtors to November 23, 2007

    Objections Filed:

    a) Debtors' Limited Response to the Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer Under the HELOC Servicing Agreement for Series 2006-2 [D.I. 2143, 11/23/07]

    b) GMAC Mortgage LLC's Response to the Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer

    Under the HELOC Servicing Agreement for Series 2006-2 [D.I. 2310, 12/6/07]

  c) Debtors' Supplement to Their Limited Response to the Motion of CIFG Assurance North America, Inc. for Relief From the Automatic Stay to Permit Termination of Rights and Responsibilities of Debtor as Servicer Under the Heloc Servicing Agreement for Series 2006-2 and Reply to GMAC Mortgage LLC's Response to Motion of CIFG Assurance North America, Inc. for Relief From the Automatic Stay to Permit Termination of Rights and Responsibilities of Debtor as Servicer Under the Heloc Servicing Agreement for Series 2006-2 [D.I. 2322, 12/10/07]

Status: This matter will be going forward.

22. Pretrial Conference – Wells Fargo Bank, N.A. v. American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., Bear Stearns Mortgage Capital Corp., Bear, Stearns & Co. Inc. and Bear, Stearns International Limited - Adv. No. 07-51741

Deadline to Answer Complaint: November 26, 2007 at 4:00 p.m., extended to December 11, 2007 at 4:00 p.m.

Related Document:

 a) Status Report [D.I. 10, 12/7/07]

Status: This matter will be going forward.

23. Pretrial Conference – Financial Guaranty Insurance Company v. American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc. - Adv. No. 07-51725

Deadline to Answer Complaint: December 3, 2007 at 4:00 p.m., extended to December 14, 2007 at 4:00 p.m.

Related Document:

 a) Status Report [D.I. 8, 12/10/07]

Status: This matter will be going forward.

24. American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc. v. Triad Guaranty Insurance Corp. - Adv. No. 07-51747

Deadline to Answer Complaint:    December 5, 2007 at 4:00 p.m.

Related Document:

a) Status Report [D.I. 8, 12/10/07]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
December 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession