# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: December 6, 2007 at 4:00 p.m.<br>Hearing Date: December 12, 2007 at 10:00 a.m. |

**JOINDER OF DEUTSCHE BANK NATIONAL TRUST CO. IN CERTAIN PROVISIONS OF GMAC MORTGAGE LLC'S RESPONSE TO MOTION OF CIFG ASSURANCE NORTH AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT TERMINATION OF THE RIGHTS AND RESPONSIBILITIES OF DEBTOR AS SERVICER UNDER THE HELOC SERVICING AGREEMENT FOR SERIES 2006-2**

(Relates to Docket No. 2310)

Deutsche Bank National Trust Co. ("Deutsche"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") in certain provisions of GMAC Mortgage LLC's Response To Motion Of CIFG Assurance North America, Inc. For Relief From The Automatic Stay To Permit Termination Of The Rights And Responsibilities Of Debtor As Servicer Under The HELOC Servicing Agreement For Series 2006-2 (the "GMAC Response) (Docket No. 2310) and in support hereof states as follows:

1. Deutsche is the Trust Administrator and/or Indenture Trustee with respect to (a) 22 mortgaged backed securities trusts, containing approximately $25 billion in current principal amount of mortgage loans originated and serviced by Debtor entities; (b) 8 mortgage backed securities trusts, containing several billion dollars in current principal amount of mortgage loans, a substantial portion of which were or were originated and are serviced by Debtor entities and (c) 7 mortgage backed securities trusts containing several billion dollars in current principal

#9129211 v1

amount of mortgage loans, a substantial portion of which were originated by Debtor entities, but which are serviced by third parties.

        2.      By this Joinder, Deutsche joins in paragraphs 14 and 15 of the GMAC Response.

Dated: December 11, 2007
      Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

-and-

NIXON PEABODY LLP

Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Telephone:  (617) 345-6037
Facsimile:  (617) 866-5868

NIXON PEABODY LLP

Dennis Drebsky
Joseph Gitto
Nixon Peabody LLP
437  Madison Avenue
New York, NY  10022
Telephone:  (212) 940-3000
Facsimile:  (212) 940-3111

*Attorneys for Deutsche Bank National Trust Company*