**CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 11th day of December, 2007, I caused the foregoing **Joinder of Deutsche Bank National Trust Co. In Certain Provisions of GMAC Mortgage LLC's Response to Motion of CIFG Assurance North America, Inc. for Relief From the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtor as Servicer under the Heloc Servicing Agreement for Series 2006-2** to be served upon the following parties in the manner indicated.

| | |
|---|---|
| James L. Patton, Esq.<br>Matthew Lunn, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>**Hand Deliver** | Claudia Z. Springer, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103-7301<br>**Fax:** 215-851-1420 |
| William P. Bowden, Esq.<br>Don A. Beskrone, Esq.<br>Amanda M. Winfree, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>**Hand Deliver** | Barry N. Seidel, Esq.<br>Stefanie Birbrower Greer, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>**Fax**: 212-556-2222 |

    /s/ Evelyn J. Meltzer
Evelyn J. Meltzer