# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Case Nos. 07-11047-CSS, et seq.<br>(Chapter 11)<br><br>**Objections due by: December 5, 2007**<br>**Hearing Date: December 12, 2007 at 10:00 a.m.** |

### <u>QUALIFIED CERTIFICATE OF NO OBJECTION</u>
*(relates to Docket Nos. 2096 & 2286)*

Except as provided below, the undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (Docket No. 2096) (the "Motion") filed on 11/20/2007 by Countrywide Home Loans.  The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than December 5, 2007.

American Home Mortgage Holdings, Inc. and its debtor affiliates have filed an omnibus Reservation of Rights (Docket No. 2286), in which they indicated that they do not object to the relief requested in the Motion but reserved their rights and interests under non-applicable bankruptcy law with respect to the property in question.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  December 11, 2007                    Respectfully submitted,
       Wilmington, Delaware

                                                DRAPER & GOLDBERG, PLLC

                                                   **/s/ Adam Hiller**
                                                Adam Hiller (DE No. 4105)
                                                1500 North French Street, 2nd Floor
                                                Wilmington, Delaware 19801
                                                (302) 339-8776 telephone
                                                (302) 213-0043 facsimile

                                                and

                                                Thomas D.H. Barnett (DE No. 994)
                                                Draper & Goldberg, PLLC
                                                P.O. Box 947
                                                512 East Market Street
                                                Georgetown, Delaware 19947

                                                *Attorneys for Movant*