**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

James L. Patton, Jr.
Pauline K. Morgan
Sean M. Beach
Matthew B. Lunn
Margaret B. Whiteman
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Dated: December 11, 2007
      Wilmington, Delaware

  /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile