IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Case Nos. 07-11047-CSS, et seq.<br>(Chapter 11)<br><br>**Objections due by: December 5, 2007**<br>**Hearing Date: December 12, 2007 at 10:00 a.m.** |

## QUALIFIED CERTIFICATE OF NO OBJECTION
*(relates to Docket Nos. 2117 & 2286)*

Except as provided below, the undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (Docket No. 2117) (the "Motion") filed on 11/21/2007 by Wells Fargo Bank, N.A. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than December 5, 2007.

American Home Mortgage Holdings, Inc. and its debtor affiliates have filed an omnibus Reservation of Rights (Docket No. 2286), in which they indicated that they do not object to the relief requested in the Motion but reserved their rights and interests under non-applicable bankruptcy law with respect to the property in question.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: December 11, 2007
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

and

Thomas D.H. Barnett (DE No. 994)
Draper & Goldberg, PLLC
P.O. Box 947
512 East Market Street
Georgetown, Delaware 19947

*Attorneys for Movant*