**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2007, copies of the foregoing Certificate of No Objection were served via first-class mail, postage prepaid, upon:

| | |
|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Rebecca L. Booth<br>Morgan, Lewis & Bockius LLP<br>1701 Market St<br>Philadelphia, PA 19103-2921 |

James L. Patton, Jr.
Pauline K. Morgan
Sean M. Beach
Matthew B. Lunn
Margaret B. Whiteman
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

| | |
|---|---|
| Dated: December 11, 2007<br>Wilmington, Delaware | /s/ Adam Hiller<br>Adam Hiller (DE No. 4105)<br>Draper & Goldberg, PLLC<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 339-8776 telephone<br>(302) 213-0043 facsimile |