IN THE UNTED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------  x
                                                   :
In re:                                             :
                                                   :   Chapter 11
AMERICAN HOME MORTGAGE  HOLDINGS INC.,             :   Case No. 07-11047 (CSS)
a Delaware Corporation, et al.,                    :   (Jointly Administered)
                                                   :
                     Debtors.                      :
                                                   :
                                                   :
-------------------------------------------------  x


-------------------------------------------------  x
                                                   :
AMERICAN HOME MORTGAGE INVESTMENT                 :   Adversary Proceeding
CORP. and AMERICAN HOME MORTGAGE                  :   Case No. 07-51747 (CSS)
SERVICING, INC.,                                   :
                                                   :
                                                   :
                Debtor-Plaintiffs,                 :
                                                   :
                                                   :
TRIAD GUARANTY INSURANCE CORP.,                   :
                                                   :
                                                   :
                     Defendants.                   :
-------------------------------------------------  x
```

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Kevin J. Mangan, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Garth A. Gersten, Esquire of the law firm Womble Carlyle Sandridge & Rice, PLLC to represent Triad Guaranty Insurance Corp. ("Triad").  The Admittee is admitted, practicing, and in good standing of the bar of the States of North Carolina and Illinois United States District Courts for North Carolina and California, the United States Court of Appeals for the Fourth and Ninth Circuits and an inactive member of the State Bar of California.

Kevin J. Mangan #3810
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
T:  (302) 252-4340

WCSR 3795544v1

Motion Granted.

BY THE COURT:

Dated: _____

_____
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of North Carolina and Illinois, United States District Courts for North Carolina and California, the United States Court of Appeals for the Fourth and Ninth Circuits and an inactive member of the State Bar of California, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District Court for the District of Delaware

Garth A. Gersten, Esquire
Womble Carlyle Sandridge & Rice, PLLC
2530 Meridian Parkway, Ste. 400
Research Triangle Park, NC 27713
T: (919) 484-2300
F: (919) 484-2340