## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### NOTICE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that on this 11th day of December, 2007, I

caused to be served a copy of the **First Set Of Interrogatories And Requests For Production**

**Of Documents Of Bank Of America, N.A., As Administrative Agent, Directed To The**

**Debtors In Connection With The Motion Of Bank Of America, N.A., As Administrative**

**Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(D), To Exercise Its**

**Rights As A Secured Creditor To Sell Collateral Consisting Of Outstanding Construction-**

**To-Permanent Mortgage Loans Of Single-Family Residences** by causing a true and correct

copy thereof to be delivered to the following party in the manner indicated.

**VI HAND DELIVERY**
James L. Patton, Jr.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Donald J. Bowman, Jr.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: December 11, 2007
     Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By: _Laurie Selber Silverstein_

Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware  19899
(302) 984-6000

- and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Myron Kirschbaum
Scott D. Talmadge
425 Park Avenue
New York, NY  10022

*Counsel for Bank of America, N.A. as*
*Administrative Agent under that certain Second*
*Amended and Restated Credit Agreement, dated*
*as of August 10, 2006*

Pac#836860