# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS      **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 12, 2007 12:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matters:*

1) **Omnibus**
   **R / M #:**   0 / 0

2) **ADV: 1-07-51725**
   **Financial Guaranty Insurance Company vs American Home Mortgage Servicing, Inc.**
   Pre-Trial
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

   Agenda Items:

      7. thru 20. Judge signed orders