# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)
Adv. No: 07-51725

**COURTROOM LOCATION:** Courtroom 6
**DATE:** December 12, 2007 @ 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert J. Moore (telephonic) Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Scott Talmadge (telephonic) Margot Schonholtz (telephonic) | Kaye Scholer | Bank of America |
| Jeremy Fitzpatrick (telephonic) Bruce Wilson (telephonic) | Kutak Rock | Financial Guaranty Insurance Co. |
| Garth Gersten (telephonic) Rick Rice (telephonic) | Womble Carlyle Sandridge & Rice | Triad Guaranty Insurance Corp. |
| James Tube | Quinn Emanuel | American Home Mortgage, et al. |
| Stefanie Greer | Kings Spaulding | GTFG |
| Bill Bowen | Ashby Gdde | " |
| Gloria Spina | Reed Smith LLC | GMAC M |
| Kim Lynes | " " | AMACM |
| Kelly Dawson | Morris Nichols | FGIC |
| Oscar G.M. Selzer | Greenberg Taurig | WLR Recovery Fund III |
| Matthew McGuire | Landis Rath Cobb | JPMorgan Chase |
| David Shatton | Roger Hamilton | Deutsche Bank National Trust Co. |

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)
Adv. No: 07-51725

**COURTROOM LOCATION:** Courtroom 6
**DATE:** 12/12/07 @ 12:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Beth Cleary | Young Conaway Stargatt & Taylor | Debtors |
| Andrew Stern | Sidley | Bear Stearns |
| Jason Goldy | Sidley | Bear Stearns |
| Fred Hodara | Akin Gump Strauss | |
| Kevin Mangan | Womble Carlyle | Trust |
| Robert Moore | Milbank Tweed | ABN-AMRO |
| Mark Collins | Richards Layton | ABN-AMRO |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Mark Indelicato | Hahn & Hessen | Creditors' Committee |
| Adam Hiller | Draper & Gullig | Various Movants |
| Adam Hiller | Wolf Block | |
| Tond Schultz | Wells Fargo | Wells Fargo |
| Joseph J. McMahon, Jr. | U.S. DOJ | U.S. Trustee |
| William Chipman | Edwards Angell Palmer & Dodge | Countrywide |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**