IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
      Debtors.                                                   :
                                                                 :   Docket Ref. Nos. 284, 1176 & 2280
---------------------------------------------------------------- x

### ORDER APPROVING SECOND STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING POST-PETITION ADVANCES AND SALE OF CONSTRUCTION LOAN PORTFOLIO; ORDER THEREON

Upon consideration of the *Second Stipulation between Certain Debtors and ABN AMRO Bank N.V. Regarding Post-Petition Advances and Sale of Construction Loan Portfolio; Order Thereon* (the "Stipulation") by and among certain of the above-captioned debtors and debtors in possession and ABN AMRO Bank N.V.; and due and sufficient notice of the Stipulation having been given; and it appearing that the Stipulation is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Stipulation attached hereto as Exhibit A is hereby approved; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       __12/12__, 2007

                                                                 _____
                                                                 Christopher S. Sontchi
                                                                 United States Bankruptcy Judge