**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | . |
| HOLDINGS, INC., et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ENTRY OF
<u>APPEARANCE AND REQUEST FOR NOTICES</u>**

PLEASE TAKE NOTICE that Wilmington Trust Company ("Wilmington Trust"), by its counsel, Covington & Burling LLP and Cooch and Taylor, P.A., appears in the above-entitled bankruptcy case in its capacity as Indenture Trustee under Indentures dated as of December 1, 2006 and demands, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

Covington & Burling LLP
Susan Power Johnston
Amanda Weiss
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telecopy: 212-841-1010
E-mail:  sjohnston@cov.com
E-mail:  aweiss@cov.com

Cooch and Taylor
Shelley A. Kinsella
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899
Telecopy:  302-984-3939
E-mail: skinsella@coochtaylor.com

Wilmington Trust Company
Patrick Healy
1100 North Market Street
Rodney Square North
Wilmington, Delaware  19890-0001
Telecopy:  302-636-4149
E-mail:  phealy@wilmingtontrust.com

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

[Remainder of page intentionally left blank.]

Dated: December 12, 2007
       Wilmington, DE

COOCH AND TAYLOR


/s/ Shelley A. Kinsella
Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899
Tel:    (302) 984-3891
Fax:   (302) 984-3939
Eml:   skinsella@coochtaylor.com

And

COVINGTON & BURLING LLP
Susan Power Johnston (SJ 9386)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel:    (212) 841-1000
Fax:   (212) 841-1010
E-mail: sjohnston@cov.com

Attorneys for Wilmington Trust Company, as
Indenture Trustee