# EXHIBIT A

In re American Home Mortgage Holdings, Inc., Case Nos. 07-11047-CSS, *et seq.*
*Monnet Forum Credit Union*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 10009019 | Viki J. Holland | 11/30/2005 | $64,000.00 | $69,286.78 | $44,400.00 | 1132 Hoyt Ave. Indianapolis, IN 46203-1101 |
| 10010174 | Christopher T. Holland | 10/5/2006 | $68,000.00 | $74,081.45 | $31,300.00 | 807 Spruce St. Indianapolis, IN 46203-1228 |
| 10008828 | Viki J. Holland | 9/30/2005 | $64,000.00 | $68,755.00 | $47,100.00 | 1446 Spann Ave. Indianapolis, IN 46203-1242 |
| 10009367 | Viki J. Holland | 3/31/2006 | $68,000.00 | $73,408.21 | $46,200.00 | 1418 Linden St., Indianapolis, IN 46203-1920 |
| 10008726 | Viki J. Holland | 9/16/2005 | $74,800.00 | $80,197.06 | $49,800.00 | 1527 Lexington Ave. Indianapolis, IN 46203 |
| 10009018 | Viki J. Holland | 11/30/2005 | $65,000.00 | $70,354.71 | $42,000.00 | 1437 Spann Ave. Indianapolis, IN 46203-1243 |
| 10010031 | Viki J. Holland | 9/1/2006 | $68,000.00 | $73,826.91 | $64,400.00 | 1221 Olive Street, Indianapolis, IN 46203-1925 |
| 10009089 | Viki J. Holland | 1/6/2006 | $74,000.00 | $80,070.68 | $54,400.00 | 29 E. Minnesota Street, Indianapolis, IN 46225 |
| 10009726 | Viki J. Holland | 6/23/2006 | $68,000.00 | $73,893.47 | $48,500.00 | 1618 Union Street, Indianapolis, IN 46225-1745 |
| 10010016 | Viki J. Holland | 8/30/2006 | $63,600.00 | $69,111.12 | $41,300.00 | 1636 Hoyt Avenue, Indianapolis, IN 46203 |