**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
                                                                 :
    Debtors.                                                     :   Ref. Docket Nos. 1885, 1886 and 2137
---------------------------------------------------------------- x

**ORDER APPROVING DEBTORS' MOTION PURSUANT
TO BANKRUPTCY CODE SECTION 107(b) AND FED R. BANKR. P. 9018
FOR AUTHORIZATION TO FILE PORTIONS OF EXHIBIT TO DEBTORS' MOTION
FOR ORDER AUTHORIZING PAYMENT OF INCENTIVE PAY TO SENIOR
MANAGEMENT PURSUANT TO SECTIONS 105(a), 363(b)(1) AND
503(c)(3) OF THE BANKRUPTCY CODE UNDER SEAL**

Upon the motion (the "Motion")[1] American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors")[2], pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, seeking authorization for the Debtors to file the EIP Exhibits under seal; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6380992.4                                                                                   066585.1001

ORDERED that, with the exception of the Plan Participant information set forth on the schedule attached hereto as <u>Exhibit A</u>, the EIP Exhibits shall remain under seal, confidential and not be made available to anyone, except for the office of the U.S. Trustee, counsel to the Committee, counsel to Bank of America, N.A., counsel to the DIP Lender, and counsel to the Securities and Exchange Commission or others at the discretion of the Debtors, or upon further order of this Court; and it is further

ORDERED, that the office of the U.S. Trustee, counsel to the Committee, counsel to Bank of America, N.A., counsel to the DIP Lender, and counsel to the Securities and Exchange Commission, shall keep confidential the EIP Exhibits; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
December 12, 2007

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE