## EXHIBIT A

## EXECUTIVE INCENTIVE PLAN PARTICIPANTS

| Name | Title | Share of Minimum Plan Pool (%) | Share of Minimum Plan Pool ($) |
|---|---|---|---|
| Strauss, Michael | Chief Executive Officer | No EIP Distribution | No EIP Distribution |
| Hozie, Stephen | Chief Financial Officer | 12.65% | $461,650 |
| Johnson, Robert | Secondary Markets Executive | 6.77% | $247,100 |
| Cavaco, Christopher | Chief Information Officer | | |
| Friedman, David | EVP, Servicing | | |
| Hall, David | Construction Lending Risk Manager | | |
| Horn, Alan | General Counsel | | |
| Kwaschyn, Dena | Operations | | |
| Loeffler, Richard | Chief Administrative Officer | | |
| Bernstein, Robert | Controller | | |
| Dickman, Steven | SVP, Loan Administration | | |
| Gonzalez, Carlos | SVP, System & Network | | |
| Gowins, Karen | SVP, Director of Construction Lending | | |
| Iorizzo, Robert | SVP, System & Network | | |
| Kalas, John | Deputy General Counsel/Chief Compliance Officer | | |
| Labuskes, Michael | SVP, Mortgage Securitization Officer | | |
| Larsen, Linda | SVP, Correspondent Operations | | |
| Munson, MaryAnn | SVP, Director of Human Resources | | |
| Neer, Tim | SVP, Post Closing Operations | | |
| Newsham, Michele | SVP, Wholesale Operations | | |
| Pino, Craig | Chief Investment Officer and Treasurer | | |
| Sakamoto, Simon | Senior Portfolio Manager | | |
| Trepanier, Thomas | SVP, Director of Corp. Real Estate | | |
| Voulo, Damian | SVP, Capital Markets Risk Management | | |
| Yeckley, Robert | SVP, Retail Operations | | |
| Jannotte, Robert | VP, Strategic Initiatives | | |
| Morelle, Marissa | Senior Counsel | | |
| Parrinelli, Nicholas | Deputy Controller | | |