**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case Number  07-11047 (CSS) |
| *et. al.*, ) | |
| ) | **Re: Docket No. 2065** |
| Debtors. ) | |
| ) | **Objections Due By: January 7, 2008** |
| ) | **Hearing Date: January 14, 2008 @ 2:00 P.M.** |

---

**RE-NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO:  Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

Cutisha Cauthorne has filed a Motion for Relief from Automatic Stay which seeks the following relief: To permit Cutisha Cauthorne to initiate a complaint against Debtors in Federal Court.

**HEARING ON THE MOTION WILL BE HELD ON JANUARY 14, 2008, AT 2:00 P.M.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorney:

> Daniel K. Hogan, Esquire
> THE HOGAN FIRM
> 1311 Delaware Avenue
> Wilmington, DE 19806
> (302) 656-7540

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By:   /s/Daniel K. Hogan
        Daniel K. Hogan

<u>December 13, 2007</u>
Date

**Local Form 106A**