# **CERTIFICATE OF SERVICE**

I, _____Daniel K Hogan_____, certify that I am not less than 18 years of age; and that service of the Re-Notice of the Motion of Cutisha Cauthorne for an Order For Relief from Automatic Stay Under § 362 of the Bankruptcy Code was made on December 13, 2007, upon:

**Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  December 13, 2007        */s/Daniel K. Hogan*_____
                                                                Daniel K. Hogan (DE #2814)
                                                                THE HOGAN FIRM
                                                                1311 Delaware Avenue
                                                                Wilmington, Delaware  19806
                                                                Telephone: (302) 656-7540
                                                                Facsimile: (302) 656-7599
                                                                Attorney for Nina Escoto