## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey L. Schwartz | Partner (1977) | $745.00 | 21.70 | $16,166.50 |
| Mark S. Indelicato | Partner (1986) | $695.00 | 217.10 | $150,884.50 |
| Mark T. Power | Partner (1989) | $695.00 | 136.40 | $94,798.00 |
| John P. McCahey | Partner (1986) | $695.00 | 13.80 | $9,591.00 |
| Don D. Grubman | Partner (1979) | $625.00 | 136.30 | $85,187.50 |
| Edward L. Schnitzer | Associate (1998) | $465.00 | 99.50 | $46,267.50 |
| Jeffrey Zawadzki | Associate (2004) | $325.00 | 36.50 | $11,862.50 |
| Emmet Keary | Associate (2006) | $280.00 | 215.80 | $60,424.00 |
| Huria Naviwala | Associate (2006) | $280.00 | 81.50 | $22,820.00 |

| James P. Laughlin | Special Counsel (1989) | $675.00 | 1.10 | $742.50 |
|---|---|---|---|---|
| Robert J. Malatak | Special Counsel (1994) | $525.00 | 1.50 | $787.50 |
| Gregory P. Kochansky | Special Counsel (2005) | $325.00 | 3.50 | $1,137.50 |
| Michael Marhyan | Paralegal (N/A) | $220.00 | 2.00 | $440.00 |
| Mary Porch | Paralegal (N/A) | $210.00 | 8.90 | $1,869.00 |
| Jason Smith | Paralegal (N/A) | $210.00 | 31.30 | $7,199.00 |
| **Grand Totals:** | | | <u>1,006.90</u> | <u>$510,177.00</u> |
| **Blended Rate:** | | $ 464.67 | | |
| **Blended Rate excluding Paraprofessionals:** | | $ 527.50 | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General; Case Administration | 7.30 | $4,034.50 |
| Creditors' Committee | 151.20 | $57,493.50 |
| Retentions | 10.80 | $6,043.00 |
| DIP/Investigation of Lien | 14.00 | $4,410.00 |
| Sale of Assets | 762.20 | $400,877.00 |
| Professional Fees | 8.20 | $1,886.00 |
| Litigation | 37.30 | $24,892.50 |
| Employee Issues | 12.60 | $8,482.00 |
| Claims Administration | 2.30 | $1,363.50 |
| Investigation of Company | 1.00 | $695.00 |
| **Total:** | **1,006.90** | **$510,177.00** |
| **Project Category** | **Total Hours** | **Total Fees** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare [re: Attorney/Staff working after hours or traveling] | Skyline Credit Ride Inc. | $2,736.76 |
| | Vital Transportation Inc. | $675.24 |
| | Petty Cash | $259.89 |
| Duplicating [at 10¢ per page] | | $2,891.70 |
| Hotel | | $660.80 |
| Lexis | Lexis – Nexis | $657.07 |
| Long Distance Telephone | | $204.54 |
| Meals [re: Attorney/Staff working after hours or traveling] | Seamless Web Professional Solutions, Inc. | $1,132.26 |
| Off Site Transcribing | Corbett & Wilcox | $5,794.75 |
| Travel | | $3,470.00 |
| **Total:** | | $18,483.01 |