Date 12/12/07 DANIEL C. CONSUEGRA
Invoice Listing for October 2007 invoices

|   | Invoice # | Date | Billed | Paid | Balance |
|---|-----------|------|--------|------|---------|
| 1 | 107539 | 11/17/2007 | $188.00 | $0.00 | $188.00 |
| 2 | 106874 | 11/17/2007 | $340.00 | $0.00 | $340.00 |
| 3 | 107542 | 11/17/2007 | $144.50 | $0.00 | $144.50 |
| 4 | 107546 | 11/17/2007 | $323.50 | $0.00 | $323.50 |
| 5 | 107548 | 11/17/2007 | $1,452.50 | $0.00 | $1,452.50 |
| 6 | 107955 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 7 | 107550 | 11/17/2007 | $18.50 | $0.00 | $18.50 |
| 8 | 106875 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 9 | 107553 | 11/17/2007 | $143.50 | $0.00 | $143.50 |
| 10 | 107554 | 11/17/2007 | $192.56 | $0.00 | $192.56 |
| 11 | 107555 | 11/17/2007 | $1,496.00 | $0.00 | $1,496.00 |
| 12 | 107557 | 11/17/2007 | $1,474.00 | $0.00 | $1,474.00 |
| 13 | 107956 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 14 | 107559 | 11/17/2007 | $454.50 | $0.00 | $454.50 |
| 15 | 107560 | 11/17/2007 | $1,463.50 | $0.00 | $1,463.50 |
| 16 | 107561 | 11/17/2007 | $143.50 | $0.00 | $143.50 |
| 17 | 107562 | 11/17/2007 | $188.00 | $0.00 | $188.00 |
| 18 | 107563 | 11/17/2007 | $35.50 | $0.00 | $35.50 |
| 19 | 107564 | 11/17/2007 | $246.00 | $0.00 | $246.00 |
| 20 | 107566 | 11/17/2007 | $1,350.50 | $0.00 | $1,350.50 |
| 21 | 107567 | 11/17/2007 | $669.00 | $0.00 | $669.00 |
| 22 | 107570 | 11/17/2007 | $144.50 | $0.00 | $144.50 |
| 23 | 107960 | 11/17/2007 | $445.00 | $0.00 | $445.00 |
| 24 | 107573 | 11/17/2007 | $275.00 | $0.00 | $275.00 |
| 25 | 107692 | 11/17/2007 | $1,150.00 | $0.00 | $1,150.00 |
| 26 | 107584 | 11/17/2007 | $223.50 | $0.00 | $223.50 |
| 27 | 107587 | 11/17/2007 | $44.50 | $0.00 | $44.50 |
| 28 | 107588 | 11/17/2007 | $105.00 | $0.00 | $105.00 |
| 29 | 107592 | 11/17/2007 | $675.00 | $0.00 | $675.00 |
| 30 | 107593 | 11/17/2007 | $420.00 | $0.00 | $420.00 |
| 31 | 107596 | 11/17/2007 | $1,472.00 | $0.00 | $1,472.00 |
| 32 | 107597 | 11/17/2007 | $1,521.00 | $0.00 | $1,521.00 |
| 33 | 107600 | 11/17/2007 | $493.50 | $0.00 | $493.50 |
| 34 | 107601 | 11/17/2007 | $165.00 | $0.00 | $165.00 |
| 35 | 107604 | 11/17/2007 | $1,711.50 | $0.00 | $1,711.50 |
| 36 | 107607 | 11/17/2007 | $1,490.50 | $0.00 | $1,490.50 |
| 37 | 107608 | 11/17/2007 | $13.50 | $0.00 | $13.50 |
| 38 | 107959 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 39 | 107610 | 11/17/2007 | $1,696.50 | $0.00 | $1,696.50 |
| 40 | 107961 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 41 | 107615 | 11/17/2007 | $275.00 | $0.00 | $275.00 |
| 42 | 107618 | 11/17/2007 | $275.00 | $0.00 | $275.00 |
| 43 | 107621 | 11/17/2007 | $143.50 | $0.00 | $143.50 |
| 44 | 107624 | 11/17/2007 | $643.00 | $0.00 | $643.00 |
| 45 | 107625 | 11/17/2007 | $200.00 | $0.00 | $200.00 |
| 46 | 107723 | 11/17/2007 | $200.00 | $0.00 | $200.00 |
| 47 | 107724 | 11/17/2007 | $50.50 | $0.00 | $50.50 |

|    | Invoice # | Date       | Billed     | Paid   | Balance    |
|----|-----------|------------|------------|--------|------------|
| 48 | 107725    | 11/17/2007 | $200.00    | $0.00  | $200.00    |
| 49 | 107726    | 11/17/2007 | $624.00    | $0.00  | $624.00    |
| 50 | 107729    | 11/17/2007 | $1,393.50  | $0.00  | $1,393.50  |
| 51 | 107730    | 11/17/2007 | $350.00    | $0.00  | $350.00    |
| 52 | 107731    | 11/17/2007 | $275.00    | $0.00  | $275.00    |
| 53 | 107732    | 11/17/2007 | $1,203.00  | $0.00  | $1,203.00  |
| 54 | 107733    | 11/17/2007 | $350.00    | $0.00  | $350.00    |
| 55 | 107734    | 11/17/2007 | $1,186.00  | $0.00  | $1,186.00  |
| 56 | 107735    | 11/17/2007 | $27.50     | $0.00  | $27.50     |
| 57 | 107887    | 11/17/2007 | $200.00    | $0.00  | $200.00    |
| 58 | 107736    | 11/17/2007 | $269.72    | $0.00  | $269.72    |
| 59 | 107737    | 11/17/2007 | $1,203.00  | $0.00  | $1,203.00  |
| 60 | 107738    | 11/17/2007 | $1,197.00  | $0.00  | $1,197.00  |
| 61 | 107964    | 11/17/2007 | $623.50    | $0.00  | $623.50    |
| 62 | 107965    | 11/17/2007 | $325.00    | $0.00  | $325.00    |
| 63 | 107741    | 11/17/2007 | $200.00    | $0.00  | $200.00    |
| 64 | 107742    | 11/17/2007 | $172.50    | $0.00  | $172.50    |
| 65 | 107744    | 11/17/2007 | $23.50     | $0.00  | $23.50     |
| 66 | 107746    | 11/17/2007 | $397.50    | $0.00  | $397.50    |
| 67 | 107747    | 11/17/2007 | $66.50     | $0.00  | $66.50     |
| 68 | 107748    | 11/17/2007 | $188.50    | $0.00  | $188.50    |
| 69 | 107749    | 11/17/2007 | $181.50    | $0.00  | $181.50    |
| 70 | 107752    | 11/17/2007 | $2,372.50  | $0.00  | $2,372.50  |
| 71 | 107754    | 11/17/2007 | $1,130.00  | $0.00  | $1,130.00  |
| 72 | 107756    | 11/17/2007 | $1,135.00  | $0.00  | $1,135.00  |
| 73 | 107758    | 11/17/2007 | $1,145.50  | $0.00  | $1,145.50  |
| 74 | 107958    | 11/17/2007 | $350.00    | $0.00  | $350.00    |
| 75 | 107761    | 11/17/2007 | $1,626.50  | $0.00  | $1,626.50  |
| 76 | 107762    | 11/17/2007 | $368.50    | $0.00  | $368.50    |
| 77 | 107763    | 11/17/2007 | $434.00    | $0.00  | $434.00    |
| 78 | 107765    | 11/17/2007 | $1,455.95  | $0.00  | $1,455.95  |
| 79 | 107766    | 11/17/2007 | $340.00    | $0.00  | $340.00    |
| 80 | 107771    | 11/17/2007 | $488.50    | $0.00  | $488.50    |
| 81 | 107772    | 11/17/2007 | $1,152.00  | $0.00  | $1,152.00  |
| 82 | 107773    | 11/17/2007 | $188.50    | $0.00  | $188.50    |
| 83 | 107774    | 11/17/2007 | $213.00    | $0.00  | $213.00    |
| 84 | 107775    | 11/17/2007 | $36.50     | $0.00  | $36.50     |
| 85 | 107777    | 11/17/2007 | $1,149.50  | $0.00  | $1,149.50  |
| 86 | 107779    | 11/17/2007 | $206.24    | $0.00  | $206.24    |
| 87 | 107781    | 11/17/2007 | $350.00    | $0.00  | $350.00    |
| 88 | 107783    | 11/17/2007 | $350.00    | $0.00  | $350.00    |
| 89 | 107785    | 11/17/2007 | $2,042.00  | $0.00  | $2,042.00  |
| 90 | 107787    | 11/17/2007 | $433.50    | $0.00  | $433.50    |
| 91 | 107966    | 11/17/2007 | $420.00    | $0.00  | $420.00    |
| 92 | 107789    | 11/17/2007 | $32.50     | $0.00  | $32.50     |
| 93 | 107790    | 11/17/2007 | $457.00    | $0.00  | $457.00    |
| 94 | 107791    | 11/17/2007 | $27.50     | $0.00  | $27.50     |
| 95 | 107792    | 11/17/2007 | $1,561.50  | $0.00  | $1,561.50  |
| 96 | 107793    | 11/17/2007 | $1,495.00  | $0.00  | $1,495.00  |
| 97 | 107794    | 11/17/2007 | $200.00    | $0.00  | $200.00    |

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 98 | 107795 | 11/17/2007 | $1,487.50 | $0.00 | $1,487.50 |
| 99 | 107796 | 11/17/2007 | $181.25 | $0.00 | $181.25 |
| 100 | 107797 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 101 | 107800 | 11/17/2007 | $625.00 | $0.00 | $625.00 |
| 102 | 107801 | 11/17/2007 | $990.00 | $0.00 | $990.00 |
| 103 | 107815 | 11/17/2007 | $1,403.00 | $0.00 | $1,403.00 |
| 104 | 107819 | 11/17/2007 | $1,356.00 | $0.00 | $1,356.00 |
| 105 | 107822 | 11/17/2007 | $65.00 | $0.00 | $65.00 |
| 106 | 107826 | 11/17/2007 | $1,328.00 | $0.00 | $1,328.00 |
| 107 | 107828 | 11/17/2007 | $209.50 | $0.00 | $209.50 |
| 108 | 107830 | 11/17/2007 | $79.00 | $0.00 | $79.00 |
| 109 | 107832 | 11/17/2007 | $81.00 | $0.00 | $81.00 |
| 110 | 107833 | 11/17/2007 | $13.00 | $0.00 | $13.00 |
| 111 | 107837 | 11/17/2007 | $1,311.00 | $0.00 | $1,311.00 |
| 112 | 107847 | 11/17/2007 | $1,213.50 | $0.00 | $1,213.50 |
| 113 | 107848 | 11/17/2007 | $2,112.00 | $0.00 | $2,112.00 |
| 114 | 107849 | 11/17/2007 | $175.63 | $0.00 | $175.63 |
| 115 | 107850 | 11/17/2007 | $1,507.00 | $0.00 | $1,507.00 |
| 116 | 107851 | 11/17/2007 | $470.00 | $0.00 | $470.00 |
| 117 | 107852 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 118 | 107856 | 11/17/2007 | $1,389.00 | $0.00 | $1,389.00 |
| 119 | 107857 | 11/17/2007 | $149.50 | $0.00 | $149.50 |
| 120 | 107859 | 11/17/2007 | $870.50 | $0.00 | $870.50 |
| 121 | 107860 | 11/17/2007 | $418.50 | $0.00 | $418.50 |
| 122 | 107967 | 11/17/2007 | $625.00 | $0.00 | $625.00 |
| 123 | 107888 | 11/17/2007 | $445.00 | $0.00 | $445.00 |
| 124 | 107863 | 11/17/2007 | $1,130.00 | $0.00 | $1,130.00 |
| 125 | 107864 | 11/17/2007 | $210.00 | $0.00 | $210.00 |
| 126 | 107865 | 11/17/2007 | $354.50 | $0.00 | $354.50 |
| 127 | 107867 | 11/17/2007 | $45.00 | $0.00 | $45.00 |
| 128 | 107868 | 11/17/2007 | $1,794.00 | $0.00 | $1,794.00 |
| 129 | 107870 | 11/17/2007 | $50.00 | $0.00 | $50.00 |
| 130 | 107871 | 11/17/2007 | $481.50 | $0.00 | $481.50 |
| 131 | 107872 | 11/17/2007 | $925.00 | $0.00 | $925.00 |
| 132 | 107873 | 11/17/2007 | $354.00 | $0.00 | $354.00 |
| 133 | 107874 | 11/17/2007 | $287.50 | $0.00 | $287.50 |
| 134 | 107875 | 11/17/2007 | $1,158.50 | $0.00 | $1,158.50 |
| 135 | 107876 | 11/17/2007 | $197.00 | $0.00 | $197.00 |
| 136 | 107877 | 11/17/2007 | $214.00 | $0.00 | $214.00 |
| 137 | 107565 | 11/17/2007 | $140.00 | $0.00 | $140.00 |
| 138 | 107568 | 11/17/2007 | $1,291.50 | $0.00 | $1,291.50 |
| 139 | 107575 | 11/17/2007 | $146.50 | $0.00 | $146.50 |
| 140 | 107577 | 11/17/2007 | $328.50 | $0.00 | $328.50 |
| 141 | 107688 | 11/17/2007 | $1,630.00 | $0.00 | $1,630.00 |
| 142 | 107583 | 11/17/2007 | $383.50 | $0.00 | $383.50 |
| 143 | 107580 | 11/17/2007 | $396.00 | $0.00 | $396.00 |
| 144 | 107586 | 11/17/2007 | $498.00 | $0.00 | $498.00 |
| 145 | 107591 | 11/17/2007 | $290.50 | $0.00 | $290.50 |
| 146 | 107879 | 11/17/2007 | $1,712.00 | $0.00 | $1,712.00 |
| 147 | 107598 | 11/17/2007 | $824.00 | $0.00 | $824.00 |

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 148 | 107599 | 11/17/2007 | $1,132.00 | $0.00 | $1,132.00 |
| 149 | 107614 | 11/17/2007 | $1,493.50 | $0.00 | $1,493.50 |
| 150 | 107619 | 11/17/2007 | $182.12 | $0.00 | $182.12 |
| 151 | 107620 | 11/17/2007 | $20.00 | $0.00 | $20.00 |
| 152 | 107623 | 11/17/2007 | $433.50 | $0.00 | $433.50 |
| 153 | 107634 | 11/17/2007 | $80.00 | $0.00 | $80.00 |
| 154 | 107926 | 11/17/2007 | $50.00 | $0.00 | $50.00 |
| 155 | 107635 | 11/17/2007 | $408.50 | $0.00 | $408.50 |
| 156 | 107636 | 11/17/2007 | $395.00 | $0.00 | $395.00 |
| 157 | 107638 | 11/17/2007 | $415.50 | $0.00 | $415.50 |
| 158 | 107639 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 159 | 107641 | 11/17/2007 | $1,451.50 | $0.00 | $1,451.50 |
| 160 | 107880 | 11/17/2007 | $2,060.60 | $0.00 | $2,060.60 |
| 161 | 107650 | 11/17/2007 | $169.50 | $0.00 | $169.50 |
| 162 | 107647 | 11/17/2007 | $352.00 | $0.00 | $352.00 |
| 163 | 107648 | 11/17/2007 | $189.50 | $0.00 | $189.50 |
| 164 | 107649 | 11/17/2007 | $43.50 | $0.00 | $43.50 |
| 165 | 107651 | 11/17/2007 | $12.50 | $0.00 | $12.50 |
| 166 | 107652 | 11/17/2007 | $1,460.00 | $0.00 | $1,460.00 |
| 167 | 107653 | 11/17/2007 | $97.50 | $0.00 | $97.50 |
| 168 | 107654 | 11/17/2007 | $284.00 | $0.00 | $284.00 |
| 169 | 107889 | 11/17/2007 | $680.25 | $0.00 | $680.25 |
| 170 | 107661 | 11/17/2007 | $1,703.50 | $0.00 | $1,703.50 |
| 171 | 107914 | 11/17/2007 | $50.00 | $0.00 | $50.00 |
| 172 | 107968 | 11/17/2007 | $400.00 | $0.00 | $400.00 |
| 173 | 107976 | 11/17/2007 | $27.50 | $0.00 | $27.50 |
| 174 | 107665 | 11/17/2007 | $28.50 | $0.00 | $28.50 |
| 175 | 107666 | 11/17/2007 | $200.00 | $0.00 | $200.00 |
| 176 | 107667 | 11/17/2007 | $24.50 | $0.00 | $24.50 |
| 177 | 107668 | 11/17/2007 | $162.50 | $0.00 | $162.50 |
| 178 | 107669 | 11/17/2007 | $161.00 | $0.00 | $161.00 |
| 179 | 107670 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 180 | 107671 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 181 | 107672 | 11/17/2007 | $1,305.00 | $0.00 | $1,305.00 |
| 182 | 107678 | 11/17/2007 | $26.50 | $0.00 | $26.50 |
| 183 | 107679 | 11/17/2007 | $234.50 | $0.00 | $234.50 |
| 184 | 107680 | 11/17/2007 | $1,153.50 | $0.00 | $1,153.50 |
| 185 | 107681 | 11/17/2007 | $459.50 | $0.00 | $459.50 |
| 186 | 107682 | 11/17/2007 | $472.50 | $0.00 | $472.50 |
| 187 | 107683 | 11/17/2007 | $350.00 | $0.00 | $350.00 |
| 188 | 107881 | 11/17/2007 | $388.00 | $0.00 | $388.00 |
| 189 | 107686 | 11/17/2007 | $60.00 | $0.00 | $60.00 |
| 190 | 107687 | 11/17/2007 | $275.00 | $0.00 | $275.00 |
| **Grand Total** | | | **$111,714.32** | **$0.00** | **$111,714.32** |

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001292790
      Our File No. 10311


      Status - Foreclosure


      Invoice Number  107539

  Tax ID # 59-2885854

─────────────────────────────────────────────

      Professional services:


| | |
|---|---:|
| 10/18/07  Flat fee to prepare assignment of mortgage. | 125.00 |

─────────────────────────────────────────────

      Professional Costs:

| | |
|---|---:|
| 10/18/07- Instrument Recording Fee | 18.50 |
| 10/18/07- Instrument Recording Fee | 1.00 |
| 10/23/07- Instrument Recording Fee | 25.50 |
| 10/23/07 - Instrument Recording Fee | 13.00 |
| 10/24/07- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $188.00 |
| Total Current Charges | $188.00 |



PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM

    Account No. 1001633576
    Our File No. 11365

    Status - Monitor

    Referral Date 10/11/2007

    Invoice Number  106874

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 10/22/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Title Search | 140.00 |
| | Total Amount This Invoice | $340.00 |
| | Total Current Charges | $340.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001448141
     Our File No. 10559

     Status - Foreclosure

     Invoice Number  107542

 Tax ID # 59-2885854

─────────────────────────────────────────────

        Professional services:

10/11/07  Flat fee to prepare assignment of mortgage.          125.00

─────────────────────────────────────────────

        Professional Costs:

10/11/07- Instrument Recording Fee                              19.50

        Total Amount This Invoice                             $144.50

        Total Current Charges                                 $144.50

─────────────────────────────────────────────

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001221730
Our File No. 08966
Status - Foreclosure

Invoice Number  107546

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/23/07- | Hydra Skiptrace | 45.00 |
| 10/23/07- | Service of Process | 135.00 |
| | Total Amount This Invoice | $323.50 |
| | Total Current Charges | $323.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001463842
Our File No. 10741
Status - Foreclosure

Invoice Number  107548

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/8/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Clerk's Filing Fee | 261.00 |
| 10/2/07- | Instrument Recording Fee | 21.00 |
| 10/8/07- | Instrument Recording Fee | 19.50 |
| 10/10/07- | Service of Process | 151.00 |
| | Total Amount This Invoice | $1,452.50 |
| | Total Current Charges | $1,452.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001531644
   Our File No. 11213
   Status - Answer

   Invoice Number  107955

 Tax ID # 59-2885854

_____

         Professional services:


10/12/07  Flat fee to answer foreclosure/monitor.           200.00

_____

         Professional Costs:

10/12/07- Title Search                                      150.00

         Total Amount This Invoice                         $350.00
                                                           _____

         Total Current Charges                            $350.00
                                                           =========

_____


                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000837249
Our File No. 10592

Status- Fcl

Invoice Number  107550

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 10/25/07- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001597983
Our File No. 11384

Status - Answer

Invoice Number  106875

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/16/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001662217
Our File No. 10547

Status - Foreclosure

Invoice Number  107553

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 10/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 10/9/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001246387
     Our File No. 09059

     Status - Fcl

     Invoice Number  107554

 Tax ID # 59-2885854

        Professional Costs:


10/16/07- Publication of Notice of Action                      192.56
                                                              ─────────
        Total Amount This Invoice                             $192.56

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001117669
Our File No. 11658
Status - Foreclosure

Invoice Number  107555

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/29/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/26/07- | Title Search | 275.00 |
| 10/29/07- | Clerk's Filing Fee | 265.00 |
| 10/29/07- | Instrument Recording Fee | 6.00 |
| 10/31/07- | Service of Process | 350.00 |
| | Total Amount This Invoice | $1,496.00 |
| | Total Current Charges | $1,496.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000863284
Our File No. 11170

Status - Foreclosure

Invoice Number  107557

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/11/07- | Title Search | 275.00 |
| 10/12/07- | Clerk's Filing Fee | 267.00 |
| 10/12/07- | Instrument Recording Fee | 24.00 |
| 10/12/07 - | Service of Process | 155.00 |
| 10/23/07- | Clerk's Filing Fee | 1.00 |
| 10/23/07- | Instrument Recording Fee | 27.00 |
| | Total Amount This Invoice | $1,474.00 |
| | Total Current Charges | $1,474.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001383796
     Our File No. 11389

     Status - Monitor

     Invoice Number  107956

 Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001086776
Our File No. 10049

Status - Foreclosure

Invoice Number  107559

Tax ID # 59-2885854

Professional services:

10/10/07  Flat fee to prepare assignment of mortgage.              125.00

Professional Costs:

10/9/07- Service of Process                                        265.00
10/10/07- Instrument Recording Fee                                  18.50
10/10/07- Instrument Recording Fee                                   1.00
10/11/07- Hydra Skiptrace                                           45.00

Total Amount This Invoice                                         $454.50

Total Current Charges                                            $454.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001048747
Our File No. 11396
Status - Foreclosure

Invoice Number  107560

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/30/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/17/07- | Title Search | 275.00 |
| 10/18/07- | Clerk's Filing Fee | 255.00 |
| 10/18/07 - | Instrument Recording Fee | 1.00 |
| 10/18/07 - | Instrument Recording Fee | 9.00 |
| 10/23/07- | Service of Process | 135.00 |
| 10/30/07- | Instrument Recording Fee | 18.50 |
| 10/31/07- | Hydra Investigation-Patricia Brienza | 45.00 |

Total Amount This Invoice        $1,463.50

Total Current Charges            $1,463.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicinc

Account No. 1001332224
Our File No. 10709

Status - Foreclosure

Invoice Number  107561

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/15/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/15/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001045584
     Our File No. 10198

     Status - Foreclosure

     Invoice Number  107562

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 10/9/07- Instrument Recording Fee | 18.50 |
| 10/24/07- Instrument Recording Fee | 29.50 |
| 10/24/07- Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $188.00 |
| Total Current Charges | $188.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023627
Our File No. 10196

Status - Foreclosure

Invoice Number  107563

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/23/07- Instrument Recording Fee | 30.50 |
| 10/23/07 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $35.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001306185
     Our File No. 10312

     Status - Foreclosure

     Invoice Number  107564

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 10/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Instrument Recording Fee | 18.50 |
| 10/10/07- | Hydra Skiptrace | 45.00 |
| 10/11/07- | Instrument Recording Fee | 22.50 |
| 10/15/07- | Service of Process | 35.00 |
| | Total Amount This Invoice | $246.00 |
| | Total Current Charges | $246.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

     Account No. 1001349388
     Our File No. 11654
     Status - Foreclosure

     Invoice Number  107566

Tax ID # 59-2885854

---

     Professional services:

10/30/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

     Professional Costs:

| | | |
|---|---|---:|
| 10/29/07- | Service of Process | 195.00 |
| 10/29/07- | Title Search | 275.00 |
| 10/30/07- | Clerk's Filing Fee | 259.00 |
| 10/30/07- | Instrument Recording Fee | 21.50 |

     Total Amount This Invoice          $1,350.50

     Total Current Charges          $1,350.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM

Account No. 1001372838
Our File No. 11643
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  107567

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/30/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 10/29/07- Title Search | 275.00 |
| 10/30/07- Clerk's Filing Fee | 257.00 |
| - Instrument Recording Fee | 3.00 |
| - Instrument Recording Fee | 9.00 |
| Total Amount This Invoice | $669.00 |
| Total Current Charges | $669.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001136731
      Our File No. 10543

      Status - Foreclosure

      Invoice Number  107570

 Tax ID # 59-2885854

---

      Professional services:


10/22/07  Flat fee to prepare assignment of mortgage.        125.00

---

      Professional Costs:

10/22/07-  Instrument Recording Fee                            1.00
10/22/07-  Instrument Recording Fee                           18.50
                                                           ----------
      Total Amount This Invoice                             $144.50

      Total Current Charges                                 $144.50
                                                           ==========

---

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

  Account No. 1001405748
  Our File No. 11495
  Status - Eviction

  Invoice Number  107960

 Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 10/22/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/22/07- | Writ of Possession | 95.00 |
| | Total Amount This Invoice | $445.00 |
| | Total Current Charges | $445.00 |

---

            PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001062484
      Our File No. 11769
      Status - Foreclosure

      Invoice Number  107573

 Tax ID # 59-2885854

          Professional Costs:


10/31/07- Title Search                                       275.00

          Total Amount This Invoice                       $275.00

                     PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001228709
Our File No. 11653
Status- Foreclosure

Invoice Number  107692

Tax ID # 59-2885854

---

Professional services:

10/26/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

Professional Costs:

10/25/07- Title Search                                    275.00
10/26/07- Clerk's Filing Fee                              261.00
10/26/07 - Instrument Recording Fee                        14.00
                                                        ---------
         Total Amount This Invoice                     $1,150.00


         Total Current Charges                         $1,150.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001032243
Our File No. 10055

Status - Foreclosure

Invoice Number  107584

Tax ID # 59-2885854

---

Professional services:

10/23/07  Flat fee to prepare assignment of mortgage.          125.00

---

Professional Costs:

10/10/07- Hydra Skiptrace                                         45.00
10/18/07- Service of Process                                     35.00
10/23/07- Instrument Recording Fee                               18.50

Total Amount This Invoice                                      $223.50

Total Current Charges                                         $223.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001115514
      Our File No. 10097

      Status - Foreclosure

      Invoice Number  107587

 Tax ID # 59-2885854

---

        Professional Costs:


10/23/07- Instrument Recording Fee                    29.50
10/23/07- Hydra Skiptrace                             15.00
                                                    ---------
          Total Amount This Invoice                  $44.50

---

                  PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001115530
     Our File No. 10056

     :

     Status - Foreclosure

     Invoice Number  107588

 Tax ID # 59-2885854

_____

          Professional Costs:


10/11/07- Service of Process                        105.00
                                                  _____
          Total Amount This Invoice               $105.00

_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001553326
Our File No. 10875-BK

Status - BK CH 13, 9:07-bk-06591-ALP, 07/29/2007

Invoice Number  107592

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee for Bankruptcy Motion to Lift Stay. | 525.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/18/07- | Filing Fee | 150.00 |
| | Total Amount This Invoice | $675.00 |
| | Total Current Charges | $675.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000870831
     Our File No. 11482
     Status - Eviction

     Invoice Number  107593

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 10/29/07 | Flat fee for writ of possesion after foreclosure. | 350.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 10/29/07- | Instrument Recording Fee | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001356443
        Our File No. 11637
        Status - Foreclosure

        Invoice Number  107596

 Tax ID # 59-2885854

---

            Professional services:


10/26/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

            Professional Costs:

10/25/07- Title Search                                       395.00
10/26/07- Clerk's Filing Fee                                 257.00
10/31/07- Service of Process                                 220.00
                                                            ---------
            Total Amount This Invoice                      $1,472.00


            Total Current Charges                          $1,472.00
                                                           =========

---

            PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

 laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001286539
        Our File No. 10739

        Status - Foreclosure


        Invoice Number  107597

    Tax ID # 59-2885854

---

            Professional services:


| | | |
|---|---|---:|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

            Professional Costs:

| | |
|---|---:|
| 10/1/07- Title Search | 340.00 |
| 10/2/07- Clerk's Filing Fee | 258.00 |
| 10/2/07 - Instrument Recording Fee | 3.00 |
| 10/4/07- Service of Process | 150.00 |
| 10/11/07- Instrument Recording Fee | 19.50 |
| 10/26/07- Instrument Recording Fee | 25.50 |

        Total Amount This Invoice          $1,521.00


        Total Current Charges              $1,521.00

---

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1000876265
Our File No. 10564

Status- Foreclosure

Invoice Number  107600

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/11/07- | Service of Process | 297.50 |
| 10/22/07- | Instrument Recording Fee | 22.50 |
| 10/22/07- | Hydra Skiptrace | 5.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/26/07- | Service of Process | 25.00 |

Total Amount This Invoice      $493.50

Total Current Charges        $493.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001181721
      Our File No. 10105

      Status - Foreclosure

      Invoice Number  107601

  Tax ID # 59-2885854

---

          Professional services:

| | | |
|---|---|---|
| 10/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

          Professional Costs:

| | | |
|---|---|---|
| 10/4/07- | Instrument Recording Fee | 18.50 |
| 10/11/07- | Instrument Recording Fee | 21.50 |
| | Total Amount This Invoice | $165.00 |
| | Total Current Charges | $165.00 |

---

                    PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

      Account No. 1001383690
      Our File No. 10711
      Status - Foreclosure

      Invoice Number  107604

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 340.00 |
| 10/2/07- | Clerk's Filing Fee | 257.00 |
| 10/4/07- | Instrument Recording Fee | 19.50 |
| 10/22/07- | Service of Process | 280.00 |
| 10/25/07- | Hydra Skiptrace | 90.00 |

     Total Amount This Invoice       $1,711.50

     Total Current Charges       $1,711.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001182420
Our File No. 11171
Status - Foreclosure

Invoice Number  107607

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Title Search | 275.00 |
| 10/10/07- | Clerk's Filing Fee | 255.00 |
| 10/10/07- | Instrument Recording Fee | 11.00 |
| 10/22/07- | Service of Process | 161.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/30/07- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice        $1,490.50

Total Current Charges        $1,490.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

     Account No. 1001164702
     Our File No. 09820
     Status - Foreclosure

     Invoice Number  107608

Tax ID # 59-2885854

---

     Professional Costs:

10/11/07- Instrument Recording Fee                 13.50

     Total Amount This Invoice            $13.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001486936
      Our File No. 11713
      Status - Answer

      Invoice Number  107959

 Tax ID # 59-2885854

---

        Professional services:


10/29/07  Flat fee to answer foreclosure lawsuit.              200.00

---

        Professional Costs:

10/26/07- Title Search                                         150.00
                                                              _____
        Total Amount This Invoice                             $350.00

                                                              _____
        Total Current Charges                                 $350.00
                                                              ========

---

              PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****
dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

      Account No. 1001224941
      Our File No. 11015
      Status- Foreclosure

      Invoice Number  107610

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/5/07- | Title Search | 340.00 |
| 10/8/07- | Clerk's Filing Fee | 269.00 |
| 10/8/07- | Instrument Recording Fee | 21.00 |
| 10/12/07- | Service of Process | 262.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/23/07- | Instrument Recording Fee | 1.00 |
| 10/23/07- | Court Call | 60.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,696.50 |

| | |
|---|---|
| Total Current Charges | $1,696.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001220330
     Our File No 09033

     Status - Foreclosure

     Invoice Number  107961

 Tax ID # 59-2885854

---

       Professional Costs:

10/17/07- Attorney Ad Litem Fee                           350.00

       Total Amount This Invoice                   $350.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001134918
     Our File No. 11011

     Status - Fcl/Stip

     Invoice Number  107615

Tax ID # 59-2885854

---

     Professional Costs:


10/4/07- Title Search                                    275.00
                                                                      -------

     Total Amount This Invoice                            $275.00

---

                      PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001134751
Our File No. 11012

Status - Fcl/Stip

Invoice Number  107618

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/1/07- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001033008
Our File No. 10103

status - Foreclosure

Invoice Number  107621

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001128846
   Our File No. 09040
   Status - Foreclosure

   Invoice Number  107624

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/1/07 | Flat fee for discovery package. | 475.00 |
| 10/8/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/8/07- | Instrument Recording Fee | 18.50 |
| 10/19/07- | Instrument Recording Fee | 19.50 |
| 10/19/07 - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $643.00 |
| | Total Current Charges | $643.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000948583
Our File No. 10862-BK1

Status - BK CH 13, 8:07-bk-06853-MGW, 08/02/2007

Invoice Number  107625

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/4/07 | Flat fee to prepare proof of claim in bankruptcy case. | 200.00 |
| | Total Amount This Invoice | $200.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001125597
      Our File No. 10865-BK2


      Status - BK CH 13, 8:07-bk-06853-MGW, 08/02/2007

      Invoice Number  107723

Tax ID # 59-2885854

---

         Professional services:


10/4/07  Flat fee to prepare bankruptcy proof of claim.          200.00

                                                              _____
         Total Amount This Invoice                               $200.00

---

                    PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001134364
     Our File No. 10565

     Status - Foreclosure

     Invoice Number  107724

Tax ID # 59-2885854

─────────────────────────────────────────────

          Professional Costs:


| | | |
|---|---|---|
| 10/22/07- Instrument Recording Fee | | 22.50 |
| 10/22/07 - Hydra Skiptrace | | 15.00 |
| 10/24/07- Instrument Recording Fee | | 13.00 |
| Total Amount This Invoice | | $50.50 |

─────────────────────────────────────────────

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

      Account No. 1001695156
      Our File No. 11218

      Status - Answer

      Invoice Number  107725

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 10/15/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |
| | Total Amount This Invoice | $200.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001694836
Our File No. 10048

Status - Foreclosure

Invoice Number  107726

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Service of Process | 93.00 |
| 10/10/07- | Instrument Recording Fee | 18.50 |
| 10/12/07- | Instrument Recording Fee | 24.50 |
| 10/24/07- | Attorney Ad Litem Fee | 350.00 |
| 10/25/07- | Instrument Recording Fee | 13.00 |
| | Total Amount This Invoice | $624.00 |
| | Total Current Charges | $624.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001262989
Our File No. 10766

Status - Foreclosure

Invoice Number  107729

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Title Search | 340.00 |
| 10/10/07- | Court Filing Fee | 255.00 |
| 10/16/07- | Instrument Recording Fee | 10.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/29/07- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice            $1,393.50

Total Current Charges            $1,393.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001074514
      Our File No. 11217

      Status - Answer

      Invoice Number  107730

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/17/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/16/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001424963
     Our File No. 09091
     Status - Foreclosure

     Invoice Number  107731

Tax ID # 59-2885854

---

     Professional Costs:

| | |
|---|---|
| 10/17/07- Attorney Ad Litem Fee | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001107271
    Our File No. 11642
    Status - Foreclosure

    Invoice Number  107732

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 10/31/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/30/07- | Title Search | 340.00 |
| 10/31/07- | Court Filing Fee | 259.00 |
| 10/31/07- | Instrument Recording Fee | 4.00 |
| | Total Amount This Invoice | $1,203.00 |
| | Total Current Charges | $1,203.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001148700
Our File No. 11219

Status - Answer

Invoice Number  107733

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/17/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/16/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001357071
   Our File No. 11661
   Status - Foreclosure

   Invoice Number  107734

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 10/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

   Professional Costs:

| | |
|---|---|
| 10/25/07- Hydra Skiptrace | 45.00 |
| 10/25/07- Title Search | 275.00 |
| 10/26/07- Court Filing Fee | 261.00 |
| 10/26/07- Instrument Recording Fee | 5.00 |
| Total Amount This Invoice | $1,186.00 |
| Total Current Charges | $1,186.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001098248
     Our File No. 10109

     Status - Foreclosure

     Invoice Number  107735

Tax ID # 59-2885854

---

       Professional Costs:

| | |
|---|---|
| 10/24/07- Instrument Recording Fee | 22.50 |
| 10/24/07 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $27.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001607602
Our File No. 11162-BKL2

Status - BK CH 13, 07-bk-06951-KRM, 08/06/2007

Invoice Number  107887

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/17/07 | Flat fee for bankruptcy proof of claim. | 200.00 |
| | | ———— |
| | Total Amount This Invoice | $200.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001019622
Our File No. 10101

Status - Foreclosure

Invoice Number  107736

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/11/07- Service of Process | 105.00 |
| 10/12/07- Notice of Action Publication | 164.72 |
| Total Amount This Invoice | $269.72 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001032438
    Our File No. 11652
    Status - Foreclosure

    Invoice Number  107737

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 10/31/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/30/07- | Title Search | 340.00 |
| 10/31/07- | Court Filing Fee | 260.00 |
| 10/31/07- | Instrument Recording Fee | 3.00 |
| | Total Amount This Invoice | $1,203.00 |
| | Total Current Charges | $1,203.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001032412
      Our File No. 11644
      Status - Foreclosure


      Invoice Number   107738

  Tax ID # 59-2885854

---

          Professional services:


10/30/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

          Professional Costs:

10/29/07- Title Search                                            340.00
10/30/07- Court Filing Fee                                        256.00
10/30/07- Instrument Recording Fee                                  1.00
                                                                ---------
          Total Amount This Invoice                            $1,197.00


          Total Current Charges                                 $1,197.00
                                                                =========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001381044
Our File No. 10585

Status - Foreclosure

Invoice Number  107964

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/12/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/12/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001169866
Our File No. 11245

Status - Foreclosure

Invoice Number  107965

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/22/07 | Flat fee for demand letter. | 50.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Title Search | 275.00 |
| | Total Amount This Invoice | $325.00 |
| | Total Current Charges | $325.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001163898
Our File No. 11208

Status - Answer

Invoice Number  107741

Tax ID # 59-2885854

---

Professional services:


10/15/07  Flat fee to answer foreclosure lawsuit.          200.00

                                                           _____
          Total Amount This Invoice                        $200.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001163866
    Our File No 10059

    Status - Foreclosure

    Invoice Number  107742

Tax ID # 59-2885854

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 10/26/07- | Service of Process | 140.00 |
| 10/31/07- | Instrument Recording Fee | 22.50 |
| 10/31/07- | Hydra Skiptrace | 10.00 |
| | Total Amount This Invoice | $172.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001507633
     Our File No. 10548

     Status - Foreclosure
     ;

     Invoice Number  107744

 Tax ID # 59-2885854

─────────────────────────────────────────────

        Professional Costs:


10/22/07- Instrument Recording Fee                    23.50
                                                     ───────
        Total Amount This Invoice                    $23.50
─────────────────────────────────────────────

              PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v (

    Account No. 1001240685
    Our File No. 10555

    Status - Foreclosure

    Invoice Number  107746

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/22/07- | Service of Process | 254.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $397.50 |
| | Total Current Charges | $397.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001664549
    Our File No. 10546

    Status - Foreclosure

    Invoice Number  107747

Tax ID # 59-2885854

        Professional Costs:


10/12/07- Hydra Skiptrace                              45.00
10/22/07- Instrument Recording Fee                     21.50
                                                   ------------
            Total Amount This Invoice               $66.50


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

        Account No. 1001690577
        Our File No. 10685

        Status - Foreclosure

        Invoice Number  107748

Tax ID # 59-2885854

---

        Professional services:

10/4/07  Flat fee to prepare assignment of mortgage.        125.00

---

        Professional Costs:

10/2/07- Hydra skiptrace                                       45.00
10/4/07- Instrument Recording Fee                             18.50

        Total Amount This Invoice                           $188.50

        Total Current Charges                               $188.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

   Account No. 1000853410
   Our File No. 10299
   ¿

   Status - Foreclosure

   Invoice Number  107749

Tax ID # 59-2885854

---

      Professional services:

10/16/07  Flat fee to prepare assignment of mortgage.          125.00

---

      Professional Costs:

10/9/07-  Instrument Recording Fee                              24.50
10/9/07-  Hydra Skiptrace                                        5.00
10/16/07- Instrument Recording Fee                              27.00

      Total Amount This Invoice                               $181.50

      Total Current Charges                                   $181.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE/AHM V.
      ACCOUNT NO. 1001648105
      OUR FILE NO. 09144

      STATUS- FCL
      --

      Invoice Number  107752

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 10/15/07 | Flat fee for title claim/title curative. | 300.00 |
| 10/29/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 340.00 |
| 10/2/07- | Court Filing Fee | 255.00 |
| 10/2/07- | Instrument Recording Fee | 9.00 |
| 10/10/07- | Service of Process | 120.00 |
| 10/29/07- | Instrument Recording Fee | 23.50 |

| | |
|---|---|
| Total Amount This Invoice | $2,372.50 |
| Total Current Charges | $2,372.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

     Account No. 1001336985
     Our File No. 11655
     Status - Foreclosure

     Invoice Number  107754

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 10/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 10/25/07- | Title Search | 275.00 |
| 10/26/07- | Court Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,130.00 |
| | Total Current Charges | $1,130.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v G

Account No. 1001357382
Our File No. 11646
Status - Foreclosure

Invoice Number  107756

Tax ID # 59-2885854

---

Professional services:

10/31/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

Professional Costs:

10/30/07- Title Search                                           275.00
10/31/07- Court Filing Fee                                       257.00
10/31/07 - Instrument Recording Fee                                3.00
                                                              ----------
Total Amount This Invoice                                    $1,135.00

                                                              ----------
Total Current Charges                                        $1,135.00
                                                              ==========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001499576
    Our File No. 11647
    Status - Foreclosure

    Invoice Number  107758

Tax ID # 59-2885854

---

    Professional services:


| | | |
|---|---|---|
| 10/31/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/30/07- | Title Search | 275.00 |
| 10/31/07- | Court Filing Fee | 257.00 |
| 10/31/07 - | Instrument Recording Fee | 3.00 |
| 10/31/07 - | Instrument Recording Fee | 10.50 |
| | Total Amount This Invoice | $1,145.50 |
| | Total Current Charges | $1,145.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001185915
      Our File No. 11185

      Status - Answer

      Invoice Number  107958

 Tax ID # 59-2885854

─────────────────────────────────────────────────

         Professional services:


10/10/07  Flat fee to answer foreclosure lawsuit.            200.00

─────────────────────────────────────────────────

         Professional Costs:

10/9/07- Title Search                                        150.00
                                                            ─────────
         Total Amount This Invoice                          $350.00

                                                            ─────────
         Total Current Charges                              $350.00

─────────────────────────────────────────────────

               PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

      Account No. 1001403345
      Our File No. 11166


      Status - Foreclosure

      Invoice Number  107761

Tax ID # 59-2885854
_____

        Professional services:


10/9/07  Flat fee for foreclosure lawsuit - first half.        600.00
_____

        Professional Costs:

10/8/07- Title Search                                          275.00
10/9/07- Court Filing Fee                                      259.00
10/9/07 - Instrument Recording Fee                               3.00
10/9/07 - Instrument Recording Fee                              10.50
10/22/07- Service of Process                                   479.00
                                                            _____
        Total Amount This Invoice                           $1,626.50
                                                            _____

        Total Current Charges                               $1,626.50
                                                            _____
_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

       Account No. 1001083968
       Our File No. 10560

       Status - Foreclosure


       Invoice Number  107762

 Tax ID # 59-2885854
_____

          Professional services:


| Date | Description | Amount |
|---|---|---|
| 10/18/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

_____

          Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 10/16/07- | Service of Process | 225.00 |
| 10/18/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $368.50 |
| | Total Current Charges | $368.50 |

_____


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v . . .

   Account No. 1001221199
   Our File No. 10557

   Status - Foreclosure

   Invoice Number  107763

Tax ID # 59-2885854

   Professional services:

| | | |
|---|---|---|
| 10/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

   Professional Costs:

| | | |
|---|---|---|
| 10/4/07- | Instrument Recording Fee | 18.50 |
| 10/11/07- | Hydra Skiptrace | 45.00 |
| 10/23/07- | Instrument Recording Fee | 21.50 |
| 10/23/07- | Hydra Skiptrace | 5.00 |
| 10/29/07- | Service of Process | 219.00 |
| | Total Amount This Invoice | $434.00 |
| | Total Current Charges | $434.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328

**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001257601
     Our File No. 10759

     Status - Foreclosure

     Invoice Number  107765

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/3/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Death Certificate | 34.50 |
| 10/1/07- | Instrument Recording Fee | 2.95 |
| 10/2/07- | Title Search | 275.00 |
| 10/3/07- | Court Filing Fee | 261.00 |
| 10/3/07- | Instrument Recording Fee | 5.00 |
| 10/3/07- | Instrument Recording Fee | 9.00 |
| 10/17/07- | Record Assignment of Mortgage | 18.50 |
| 10/17/07- | Service of Process | 125.00 |
| | Total Amount This Invoice | $1,455.95 |
| | Total Current Charges | $1,455.95 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001599370
Our File No. 11887
Status - Answer

Invoice Number  107766

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/29/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/29/07- | Title Search | 140.00 |
| | Total Amount This Invoice | $340.00 |
| | Total Current Charges | $340.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
##### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063


RE:   American Home Mortgage Servicing/AHM v
      Account No. 1001388168
      Our File No. 10539


      Status - Foreclosure


      Invoice Number  107771

Tax ID # 59-2885854

---

        Professional services:


10/11/07  Flat fee to prepare assignment of mortgage.          125.00

---

        Professional Costs:

10/11/07- Instrument Recording Fee                              18.50
10/18/07- Service of Process                                   255.00
10/25/07- Hydra Skiptrace                                       90.00
                                                              --------
          Total Amount This Invoice                           $488.50


          Total Current Charges                                $488.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM v

     Account No. 1001117359
     Our File No. 11662
     Status - Foreclosure

     Invoice Number  107772

Tax ID # 59-2885854

---

     Professional services:

| | |
|---|---|
| 10/30/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| | |
|---|---|
| 10/29/07- Title Search | 275.00 |
| 10/30/07- Court Filing Fee | 257.00 |
| 10/30/07 - Instrument Recording Fee | 20.00 |
| Total Amount This Invoice | $1,152.00 |
| Total Current Charges | $1,152.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa