**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001385672
     Our File No. 10544

     Status - Foreclosure

     Invoice Number  107773

Tax ID # 59-2885854

        Professional services:

10/23/07  Flat fee to prepare assignment of mortgage.        125.00

        Professional Costs:

10/12/07- Hydra Skiptrace                                      45.00
10/23/07- Instrument Recording Fee                            18.50

        Total Amount This Invoice                           $188.50

        Total Current Charges                               $188.50

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001250828
Our File No. 10050

Status - Fcl

Invoice Number  107774

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/15/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/15/07- | Instrument Recording Fee | 18.50 |
| 10/17/07- | Hydra Skiptrace | 45.00 |
| 10/22/07- | Instrument Recording Fee | 24.50 |
| | Total Amount This Invoice | $213.00 |
| | Total Current Charges | $213.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001562103
    Our File No. 10102

    Status - Foreclosure

    Invoice Number  107775

 Tax ID # 59-2885854

        Professional Costs:

| | | |
|---|---|---|
| 10/12/07- Instrument Recording Fee | | 26.50 |
| 10/12/07- Hydra Skiptrace | | 10.00 |
| Total Amount This Invoice | | $36.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001000511
     Our File No. 11660
     Status - Foreclosure


     Invoice Number  107777

Tax ID # 59-2885854

---

        Professional services:


| 10/30/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

        Professional Costs:

| 10/29/07- | Title Search | 275.00 |
| 10/30/07- | Court Filing Fee | 255.00 |
| 10/30/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $1,149.50 |
| | Total Current Charges | $1,149.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1000945135
Our File No. 10186

Status - Foreclosure

Invoice Number  107779

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/9/07- Hydra Skiptrace | 45.00 |
| 10/16/07- Publication of Notice of Action | 161.24 |
| Total Amount This Invoice | $206.24 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE/AHM V.
      ACCOUNT NO. 1001495067
      OUR FILE NO. 11385

      STATUS- MONITOR

      Invoice Number  107781

  Tax ID # 59-2885854

        Professional services:

10/17/07  Flat fee to answer foreclosure lawsuit.                    200.00

        Professional Costs:

10/16/07- Title Search                                               150.00

        Total Amount This Invoice                                   $350.00

        Total Current Charges                                       $350.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001332614
     Our File No. 11200


     Status - Answer

     Invoice Number  107783

Tax ID # 59-2885854

        Professional services:


10/15/07  Flat fee to answer foreclosure lawsuit.          200.00


        Professional Costs:
                                                            150.00
10/12/07- Title Search
                                                          $350.00
        Total Amount This Invoice

                                                          $350.00
        Total Current Charges


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001748574
     Our File No. 10710

     Status - Fcl/

     Invoice Number  107785

Tax ID # 59-2885854

       Professional services:

| | | |
|---|---|---:|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 10/19/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

       Professional Costs:

| | | |
|---|---|---:|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Court Filing Fee | 257.00 |
| 10/2/07- | Instrument Recording Fee | 13.00 |
| 10/5/07- | Service of Process | 130.00 |
| 10/11/07- | Instrument Recording Fee | 18.50 |
| 10/18/07- | Instrument Recording Fee | 23.50 |

       Total Amount This Invoice                $2,042.00

       Total Current Charges                    $2,042.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001653753
Our File No. 10558

Status - Foreclosure

Invoice Number  107787

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Service of Process | 245.00 |
| 10/11/07- | Hydra Skiptrace | 45.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $433.50 |
| | Total Current Charges | $433.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001325517
      Our File No. 11570
      Status - Eviction

      Invoice Number  107966

  Tax ID # 59-2885854

_____

      Professional services:

10/26/07  Flat fee for Writ of Possession after the        350.00
          foreclosure.

_____

      Professional Costs:

10/26/07- Writ of Possession                                70.00
                                                          _____
      Total Amount This Invoice                            $420.00
                                                          _____
      Total Current Charges                                $420.00
                                                          =========

_____

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM v

      Account No. 1001371577
      Our File No. 09273
      Status - Foreclosure

      Invoice Number  107789

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 10/22/07- Cost of Certified Court Documents | 32.50 |
| Total Amount This Invoice | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v .

Account No. 1001356618
Our File No. 10611

Status - Foreclosure

Invoice Number  107790

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/10/07- | Instrument Recording Fee | 27.00 |
| 10/19/07- | Service of Process | 305.00 |
| | Total Amount This Invoice | $457.00 |
| | Total Current Charges | $457.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328

### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001109550
Our File No. 09147
Status - Foreclosure

Invoice Number  107791

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 10/23/07- | Instrument Recording Fee | 22.50 |
| 10/23/07- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $27.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM v
      :
      Account No. 1001167749
      Our File No. 09153
      Status - Foreclosure

      Invoice Number  107792

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/10/07- | Title Search | 275.00 |
| 10/11/07- | Clerk's Filing Fee | 263.00 |
| 10/22/07- | Service of Process | 280.00 |
| 10/23/07- | Record Assignment of Mortgage | 18.50 |
| | Total Amount This Invoice | $1,561.50 |
| | Total Current Charges | $1,561.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328

### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM v

      Account No. 1000856474
      Our File No. 10713

      Status - Foreclosure

      Invoice Number  107793

Tax ID # 59-2885854

      Professional services:

| | |
|---|---|
| 10/2/07   Flat fee for foreclosure lawsuit - first half. | 600.00 |

      Professional Costs:

| | |
|---|---|
| 10/1/07- Title Search | 340.00 |
| 10/2/07- Court Filing Fee | 257.00 |
| 10/2/07 - Instrument Recording Fee | 3.00 |
| 10/2/07 - Instrument Recording Fee | 17.00 |
| 10/12/07- Hydra Skiptrace | 45.00 |
| 10/15/07- Service of Process | 233.00 |
| | |
| Total Amount This Invoice | $1,495.00 |
| | |
| Total Current Charges | $1,495.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001070700
Our File No. 10005

Status - Monitor

Invoice Number  107794

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/3/07  Flat fee to answer foreclosure lawsuit. | | 200.00 |
| Total Amount This Invoice | | $200.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM v
      Account No. 1001742324
      Our File No. 10714


      Status - Foreclosure


      Invoice Number  107795

Tax ID # 59-2885854

        Professional services:


| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/15/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

        Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Court Filing Fee | 257.00 |
| 10/9/07- | Service of Process | 210.00 |
| 10/15/07- | Instrument Recording Fee | 18.50 |
| 10/15/07 - | Instrument Recording Fee | 2.00 |

        Total Amount This Invoice          $1,487.50

        Total Current Charges              $1,487.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing/AHM v

Account No. 1001318612
Our File No. 10193

Status - Foreclosure

Invoice Number  107796

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/12/07- Notice of Action | 181.25 |
| Total Amount This Invoice | $181.25 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001454578
Our File No. 11387

Status - Monitor

Invoice Number  107797

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/17/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/16/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM V

     Account No. 1001649617
     Our File No. 11165
     Status - Title Search

     Invoice Number  107800

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 10/29/07 | Flat fee to prepare deed in lieu of foreclosure. | 350.00 |

     Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 10/27/07- | Title Search | |
| | Total Amount This Invoice | $625.00 |
| | Total Current Charges | $625.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE/AHM V.
      ACCOUNT NO. 1000870392
      OUR FILE NO. 10099

      STATUS- FCL/Referred in Error

      Invoice Number  107801

   Tax ID # 59-2885854

         Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee for demand letter. | 50.00 |
| 10/15/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

         Professional Costs:

| | | |
|---|---|---|
| 10/12/07- | Title Search | 340.00 |
| | Total Amount This Invoice | $990.00 |
| | Total Current Charges | $990.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v ]

        Account No. 1000870421
        Our File No. 10100

        Status - Foreclosure

        Invoice Number  107815

Tax ID # 59-2885854

        Professional services:

| | | |
|---|---|---:|
| 10/1/07 | Flat fee for demand letter. | 50.00 |
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

        Professional Costs:

| | | |
|---|---|---:|
| 10/1/07- | Title Search | 340.00 |
| 10/2/07- | Court Filing Fee | 258.00 |
| 10/2/07- | Instrument Recording Fee | 5.00 |
| 10/4/07- | Service of Process | 150.00 |
| | Total Amount This Invoice | $1,403.00 |
| | Total Current Charges | $1,403.00 |

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

   Account No. 1001475331
   Our File No. 11640
   Status - Foreclosure

   Invoice Number  107819

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 10/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 10/25/07- | Title Search | 275.00 |
| 10/26/07- | Court Filing Fee | 255.00 |
| 10/26/07- | Instrument Recording Fee | 1.00 |
| 10/31/07- | Service of Process | 225.00 |
| | Total Amount This Invoice | $1,356.00 |
| | Total Current Charges | $1,356.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001234452
Our File No. 10104

Status - Foreclosure

Invoice Number  107822

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/22/07- Instrument Recording Fee | 29.50 |
| 10/23/07- Death Certificate | 35.50 |
| Total Amount This Invoice | $65.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v
     Account No. 1001340294
     Our File No. 10699

     Status - Foreclosure

     Invoice Number  107826

Tax ID # 59-2885854

        Professional services:

| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/9/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

        Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Court Filing Fee | 255.00 |
| 10/8/07- | Instrument Recording Fee | 1.00 |
| 10/9/07- | Instrument Recording Fee | 27.00 |
| 10/25/07- | Hydra Skiptrace | 45.00 |

        Total Amount This Invoice            $1,328.00

        Total Current Charges                $1,328.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing/AHM v

    Account No. 1001554693
    Our File No. 09141
    Status - Foreclosure

    Invoice Number 107828

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---:|
| 10/15/07- Instrument Recording Fee | 13.00 |
| 10/16/07- Publication of Notice of Action | 174.00 |
| 10/16/07- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $209.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001555159
Our File No. 09131
Status - Foreclosure

Invoice Number  107830

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/8/07- Instrument Recording Fee | 2.00 |
| 10/8/07 - Instrument Recording Fee | 27.00 |
| 10/9/07- Service of Process | 50.00 |
| Total Amount This Invoice | $79.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001517606
Our File No. 09126
Status - Foreclosure

Invoice Number  107832

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 10/8/07- Instrument Recording Fee | | 4.00 |
| 10/8/07 - Instrument Recording Fee | | 27.00 |
| 10/11/07- Service of Process | | 50.00 |
| Total Amount This Invoice | | $81.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing/AHM v

    Account No. 1001554554
    Our File No. 09142

    Status - Foreclosure

    Invoice Number  107833

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 10/15/07- Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $13.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1000854200
    Our File No. 10374

    Status - Foreclosure

    Invoice Number  107837

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 10/1/07 | Flat fee for demand letter. | 50.00 |
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Court Filing Fee | 255.00 |
| 10/2/07- | Instrument Recording Fee | 10.00 |
| 10/6/07- | Service of Process | 121.00 |

    Total Amount This Invoice    $1,311.00

    Total Current Charges    $1,311.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001110608
Our File No. 11650
Status - Foreclosure
:

Invoice Number  107847

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 340.00 |
| 10/25/07- | Title Search | 259.00 |
| 10/26/07- | Court Filing Fee | 4.00 |
| 10/26/07- | Instrument Recording Fee | 10.50 |
| 10/26/07- | Instrument Recording Fee | |
| | Total Amount This Invoice | $1,213.50 |
| | Total Current Charges | $1,213.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001633821
Our File No. 11010

Status - Fcl

Invoice Number  107848

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/18/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 10/19/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/4/07- | Title Search | 275.00 |
| 10/5/07- | Court Filing Fee | 255.00 |
| 10/5/07- | Instrument Recording Fee | 15.00 |
| 10/10/07- | Service of Process | 200.00 |
| 10/18/07- | Instrument Recording Fee | 18.50 |
| 10/23/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $2,112.00 |
| | Total Current Charges | $2,112.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

       Account No. 1001053032
       Our File No. 10115                                    _ -

       Status - Foreclosure

       Invoice Number  107849

 Tax ID # 59-2885854

         Professional Costs:

                                                                  5.00
 10/9/07- Hydra Skiptrace                                        54.00
 10/9/07 - Service of Process                                  116.63
 10/23/07- Publication of Notice of Action
                                                            _____
         Total Amount This Invoice                            $175.63

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

 laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001659583
    Our File No. 11017

    Status - Foreclosure

    Invoice Number  107850

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 10/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 10/5/07- | Title Search | 275.00 |
| 10/8/07- | Court Filing Fee | 263.00 |
| 10/8/07- | Instrument Recording Fee | 15.50 |
| 10/10/07- | Service of Process | 210.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |

    Total Amount This Invoice    $1,507.00

    Total Current Charges    $1,507.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001054351
    Our File No. 11499
    Status - Eviction

    Invoice Number  107851

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 10/30/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

    Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Court Filing Fee | 50.00 |
| 10/30/07- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $470.00 |
| | Total Current Charges | $470.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

    Account No. 1001408850
    Our File No. 09134
    Status - Foreclosure

    Invoice Number  107852

 Tax ID # 59-2885854

    Professional Costs:


| | |
|---|---:|
| 10/17/07- Attorney Ad Litem Fee | 350.00 |
| Total Amount This Invoice | $350.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1000799287
Our File No. 10022

Status - Foreclosure

Invoice Number  107856

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee for demand letter. | 50.00 |
| 10/22/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/19/07- | Title Search | 275.00 |
| 10/22/07- | Court Filing Fee | 263.00 |
| 10/22/07- | Instrument Recording Fee | 8.00 |
| 10/22/07- | Instrument Recording Fee | 11.00 |
| 10/30/07- | Service of Process | 182.00 |

Total Amount This Invoice $1,389.00

Total Current Charges $1,389.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

     Account No. 1001422878
     Our File No. 10058


     Status - Foreclosure
                        7

     Invoice Number  107857

 Tax ID # 59-2885854

          Professional Costs:


 10/9/07- Instrument Recording Fee                   24.50
 10/10/07- Service of Process                        80.00
 10/11/07- Hydra Skiptrace                           45.00
                                                  _____
          Total Amount This Invoice                 $149.50


                 PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

 laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001436416
Our File No. 11757
Status - Foreclosure

Invoice Number  107859

Tax ID # 59-2885854
_____

Professional services:


10/31/07  Flat fee for foreclosure lawsuit - first half.          600.00
_____

Professional Costs:

10/31/07- Court Filing Fee                                         257.00
10/31/07- Instrument Recording Fee                                   3.00
10/31/07- Instrument Recording Fee                                  10.50
                                                                 _____

Total Amount This Invoice                                        $870.50


Total Current Charges                                            $870.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000968625
Our File No. 10377

Status - Fcl

Invoice Number  107860

Tax ID # 59-2885854

Professional Costs:

|  |  |
|---|---|
| 10/4/07- Hydra Skiptrace | 90.00 |
| 10/11/07- Service of Process | 305.00 |
| 10/31/07- Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $418.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1000827636
      Our File No. 10246
      Status - DIL

      Invoice Number  107967

  Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee for deed in lieu of foreclosure. | 350.00 |

      Professional Costs:

| | | |
|---|---|---|
| 10/6/07- | Title Search | 275.00 |
| | Total Amount This Invoice | $625.00 |
| | Total Current Charges | $625.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001342063
     Our File No. 11484
     Status - Eviction

     Invoice Number  107888

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 10/22/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 10/22/07- | Writ of Possession | 95.00 |
| | Total Amount This Invoice | $445.00 |
| | Total Current Charges | $445.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001240936
Our File No. 11676
Status - Foreclosure

Invoice Number  107863

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/29/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/26/07- | Title Search | 275.00 |
| 10/29/07- | Court Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,130.00 |
| | Total Current Charges | $1,130.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

        Account No. 1001023934
        Our File No. 10215


        Status - Foreclosure

        Invoice Number  107864

Tax ID # 59-2885854

---

        Professional Costs:


10/3/07- Service of Process                                          210.00
                                                                   ----------
        Total Amount This Invoice                                  $210.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001023979
    Our File No. 10216

    Status - Foreclosure

    Invoice Number  107865

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 10/3/07- | Service of Process | 210.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/23/07 - | Instrument Recording Fee | 1.00 |
| | Total Amount This Invoice | $354.50 |
| | Total Current Charges | $354.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001241739
Our File No. 09816

Status - Foreclosure

Invoice Number  107867

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 10/17/07- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001087386
Our File No. 11008

Status - Foreclosure

Invoice Number  107868

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 10/4/07- Title Search | 395.00 |
| 10/5/07- Court Filing Fee | 257.00 |
| 10/5/07- Instrument Recording Fee | 12.00 |
| 10/10/07- Hydra Skiptrace | 45.00 |
| 10/11/07- Service of Process | 330.00 |
| 10/23/07- Instrument Recording Fee | 3.00 |
| 10/23/07- Instrument Recording Fee | 27.00 |

Total Amount This Invoice          $1,794.00

Total Current Charges              $1,794.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001586388
    Our File No. 09129
    Status - Foreclosure

    Invoice Number  107870

Tax ID # 59-2885854

        Professional Costs:

10/9/07- Service of Process                              50.00

        Total Amount This Invoice                      $50.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

     Account No. 1001631478
     Our File No. 10294

     Status - Foreclosure

     Invoice Number  107871

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

     Professional Costs:

| | | |
|---|---|---|
| 10/18/07- | Instrument Recording Fee | 18.50 |
| 10/19/07- | Service of Process | 338.00 |
| | Total Amount This Invoice | $481.50 |
| | Total Current Charges | $481.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE
     ACCOUNT NO. 1001128723
     OUR FILE NO. 10091
     STATUS- FORECLOSURE

     Invoice Number  107872

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/22/07 | Flat fee for demand letter. | 50.00 |
| 10/23/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/19/07- | Title Search | 275.00 |
| | Total Amount This Invoice | $925.00 |
| | Total Current Charges | $925.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001132816
     Our File No. 10562

     Status - Foreclosure

     Invoice Number  107873

Tax ID # 59-2885854

        Professional services:

10/15/07  Flat fee to prepare assignment of mortgage.          125.00

        Professional Costs:

10/3/07- Service of Process                          175.00
10/15/07- Instrument Recording Fee                    18.50
10/15/07- Instrument Recording Fee                     1.00
10/31/07- Instrument Recording Fee                    29.50
10/31/07- Hydra Skiptrace                              5.00
                                                    _____

        Total Amount This Invoice                   $354.00

        Total Current Charges                        $354.00


        PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
            *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE,
      ACCOUNT NO. 1000683117
      OUR FILE NO. 10110

      STATUS- FCL

      Invoice Number  107874

Tax ID # 59-2885854

---

        Professional services:

10/4/07  Flat fee to prepare assignment of mortgage.          125.00

---

        Professional Costs:

                                                              143.00
10/3/07- Service of Process
10/4/07- Instrument Recording Fee                              19.50

        Total Amount This Invoice                          $287.50

        Total Current Charges                             $287.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing,

      Account No. 1001111446
      Our File No. 11648
      Status - Foreclosure

      Invoice Number  107875

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 10/30/07  Flat fee for foreclosure lawsuit - first half. | | 600.00 |

      Professional Costs:

| | | |
|---|---|---|
| 10/29/07- Title Search | | 275.00 |
| 10/30/07- Court Filing Fee | | 261.00 |
| 10/30/07 - Instrument Recording Fee | | 4.00 |
| 10/30/07 - Instrument Recording Fee | | 18.50 |
| Total Amount This Invoice | | $1,158.50 |
| Total Current Charges | | $1,158.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001639573
      Our File No. 10550


      Status - Foreclosure


      Invoice Number  107876

Tax ID # 59-2885854

---

      Professional services:


| | |
|---|---|
| 10/9/07  Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | |
|---|---|
| 10/9/07- Instrument Recording Fee | 27.00 |
| 10/17/07- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $197.00 |
| Total Current Charges | $197.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001061233
Our File No. 10542

Status - Foreclosure

Invoice Number  107877

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/12/07- | Hydra Skiptrace | 45.00 |
| 10/18/07- | Instrument Recording Fee | 18.50 |
| 10/22/07- | Instrument Recording Fee | 25.50 |
| | Total Amount This Invoice | $214.00 |
| | Total Current Charges | $214.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001127280
     Our File No. 10111

     Status - Foreclosure

     Invoice Number  107565

Tax ID # 59-2885854
_____

          Professional Costs:


10/11/07- Instrument Recording Fee                   18.50
10/23/07- Publication of Notice of Action           121.50
                                                   _____
          Total Amount This Invoice               $140.00
_____


                PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001127286
     Our File No. 11395
     Status - Foreclosure

     Invoice Number  107568

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---:|
| 10/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 10/18/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 10/17/07- | Title Search | 275.00 |
| 10/18/07- | Instrument Recording Fee | 18.00 |
| 10/18/07- | Court filing fee | 255.00 |
| 10/25/07- | Record Assignment of Mortgage | 18.50 |
| | Total Amount This Invoice | $1,291.50 |
| | Total Current Charges | $1,291.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000892797
Our File No. 10376

Status - Foreclosure

Invoice Number  107575

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/10/07- | Record Assignment of Mortgage | 18.50 |
| 10/10/07 - | Instrument Recording Fee | 3.00 |
| | Total Amount This Invoice | $146.50 |
| | Total Current Charges | $146.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001007123
Our File No. 10494

Status - Foreclosure

Referral Date 9/14/2007

Invoice Number  107577

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/8/07- | Hydra Skiptrace | 45.00 |
| 10/11/07- | Record Assignment of Mortgage | 18.50 |
| 10/16/07- | Service of Process | 140.00 |
| | Total Amount This Invoice | $328.50 |
| | Total Current Charges | $328.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
          2
      Account No. 1001151175
      Our File No. 11172


      Status - Foreclosure

      Invoice Number  107688

  Tax ID # 59-2885854

        Professional services:


| Date | Description | Amount |
|---|---|---|
| 10/9/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

        Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 10/8/07- | Clerk's Filing Fee | 258.00 |
| 10/8/07 - | Service of Process | 100.00 |
| 10/8/07 - | Service of Process | 110.00 |
| 10/8/07 - | Title Search | 340.00 |
| 10/17/07- | Hydra Skiptrace | 45.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/31/07- | Instrument Recording Fee | 33.50 |

        Total Amount This Invoice               $1,630.00


        Total Current Charges                   $1,630.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

      Account No. 1001089559
      Our File No. 10561

      Status - Foreclosure

      Invoice Number  107583

  Tax ID # 59-2885854

---

        Professional services:


10/10/07  Flat fee to prepare assignment of mortgage.          125.00

---

        Professional Costs:

10/10/07- Instrument Recording Fee                              19.50
10/18/07- Service of Process                                   239.00
                                                            ----------
        Total Amount This Invoice                             $383.50

        Total Current Charges                                 $383.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001395406
Our File No. 10304

Status - Foreclosure

Invoice Number  107580

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- | Service of Process | 235.00 |
| 10/22/07- | Instrument Recording Fee | 12.50 |
| 10/22/07- | Hydra Skiptrace | 5.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $396.00 |
| | Total Current Charges | $396.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001685417
     Our File No. 10707

     Status - Foreclosure

     Invoice Number  107586

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/15/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/12/07- | Hydra Skiptrace | 45.00 |
| 10/15/07- | Record Assignment of Mortgage | 18.50 |
| 10/17/07- | Service of Process | 135.00 |
| 10/23/07- | Instrument Recording Fee | 31.50 |
| 10/23/07 - | Service of Process | 143.00 |
| | Total Amount This Invoice | $498.00 |
| | Total Current Charges | $498.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

    Account No. 1001511125
    Our File No. 10553

    Status - Foreclosure

    Invoice Number  107591

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 10/15/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 10/2/07- | Service of Process | 145.00 |
| 10/17/07- | Instrument Recording Fee | 18.50 |
| 10/29/07- | Instrument Recording Fee | 2.00 |
| | Total Amount This Invoice | $290.50 |
| | Total Current Charges | $290.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001256452
    Our File No. 11003

    Status - Foreclosure

    Invoice Number  107879

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/5/07- | Instrument Recording Fee | 23.50 |
| 10/5/07- | Title Search | 275.00 |
| 10/6/07- | Clerk's Filing Fee | 263.00 |
| 10/10/07- | Service of Process | 315.00 |
| 10/17/07- | Hydra Skiptrace | 45.00 |
| 10/23/07- | Clerk's Filing Fee | 2.00 |
| 10/23/07- | Record Assignment of Mortgage | 18.50 |
| 10/24/07- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice      $1,712.00

Total Current Charges      $1,712.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001213695
Our File No. 10563

Status - Foreclosure
Referral Date 9/15/2007

Invoice Number  107598

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/1/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Service of Process | 200.50 |
| 10/5/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $824.00 |
| | Total Current Charges | $824.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001063640
Our File No. 11761
Status - FCL

Invoice Number  107599

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/30/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/26/07- | Title Search | 275.00 |
| 10/29/07- | Clerk's Filing Fee | 257.00 |
| | Total Amount This Invoice | $1,132.00 |
| | Total Current Charges | $1,132.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

      Account No. 1001263440
      Our File No. 10768

      Status - Foreclosure

      :

      Invoice Number  107614

Tax ID # 59-2885854

          Professional services:


| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/16/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

          Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Court filing fee | 255.00 |
| 10/2/07- | Instrument Recording Fee | 10.00 |
| 10/16/07- | Instrument Recording Fee | 18.50 |
| 10/18/07- | Service of Process | 205.00 |
| 10/22/07- | Clerk's Addtional Filing Fee | 5.00 |

      Total Amount This Invoice          $1,493.50

      Total Current Charges              $1,493.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

        Account No. 1000631979
        Our File No. 09818

        Status - Foreclosure

        Invoice Number  107619

Tax ID # 59-2885854

        Professional Costs:

| | |
|---|---|
| 10/16/07- Publication of Notice of Action | 182.12 |
| Total Amount This Invoice | $182.12 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001377740
   Our File No. 10297

   Status - Foreclosure


   Invoice Number  107620

 Tax ID # 59-2885854
_____

      Professional Costs:


10/11/07- Service of Process                    20.00
                                                _____
       Total Amount This Invoice                $20.00
_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001120371
Our File No. 10567

Status - Foreclosure

Invoice Number  107623

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Service of Process | 210.00 |
| 10/4/07- | Hydra Skiptrace | 45.00 |
| 10/12/07- | Service of Process | 35.00 |
| 10/18/07- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice                     $433.50

Total Current Charges                         $433.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

  Account No. 1001121628
  Our File No. 10018

  Status - Foreclosure

  Invoice Number  107634

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 10/4/07- Service of Process | 35.00 |
| 10/10/07- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $80.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001104942
Our File No. 11490
Status - Eviction

Invoice Number  107926

Tax ID # 59-2885854

Professional Costs:

10/25/07- Clerk's Filing Fee                                  50.00

Total Amount This Invoice                                    $50.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
        e
     Account No. 1001019765
     Our File No. 10213

     Status - Foreclosure


     Invoice Number  107635

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 10/11/07- | Service of Process | 49.00 |
| 10/11/07- | Instrument Recording Fee | 19.50 |
| 10/12/07- | Service of Process | 54.00 |
| 10/18/07- | Service of Process | 157.00 |
| 10/30/07- | Service of Process | 4.00 |
| | Total Amount This Invoice | $408.50 |
| | Total Current Charges | $408.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,

    Account No. 1001310179
    Our File No. 10303

    Status - Foreclosure


    Invoice Number  107636

Tax ID # 59-2885854
_____

        Professional Costs:


| | |
|---|---:|
| 10/23/07- Attorney Ad Litem Fee | 350.00 |
| 10/31/07- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $395.00 |
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

      Account No. 1001572272
      Our File No. 10554

      Status - Foreclosure

      Invoice Number  107638

  Tax ID # 59-2885854

---

      Professional services:

| | |
|---|---|
| 10/18/07  Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | |
|---|---|
| 10/1/07- Service of Process | 269.00 |
| 10/18/07- Instrument Recording Fee | 21.50 |
| Total Amount This Invoice | $415.50 |
| Total Current Charges | $415.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001573825
Our File No. 11359
Status - Monitor/Answer

Invoice Number  107639

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/16/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/15/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001270287
Our File No. 11016

Status - Foreclosure

Invoice Number  107641

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/4/07- | Title Search | 275.00 |
| 10/5/07- | Clerk's Filing Fee | 255.00 |
| 10/5/07- | Instrument Recording Fee | 2.00 |
| 10/8/07- | Service of Process | 175.00 |
| 10/23/07- | Instrument Recording Fee | 19.50 |

Total Amount This Invoice                    $1,451.50

Total Current Charges                        $1,451.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000864265
      Our File No. 10715

      Status - Foreclosure

      Invoice Number  107880

   Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Clerk's Filing Fee | 259.00 |
| 10/2/07- | Instrument Recording Fee | 13.50 |
| 10/12/07- | Hydra Skiptrace | 45.00 |
| 10/19/07- | Service of Process | 305.00 |
| 10/23/07- | Instrument Recording Fee | 19.50 |
| 10/23/07- | Publication of Notice of Action | 418.60 |

|  |  |
|---|---|
| Total Amount This Invoice | $2,060.60 |
| Total Current Charges | $2,060.60 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM

Account No. 1001481742
Our File No. 10057

Status - Foreclosure
Referral Date - 8/29/2007
Invoice Number  107650

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 10/1/07- Hydra Skiptrace | 45.00 |
| 10/4/07- Service of Process | 80.00 |
| 10/26/07- Instrument Recording Fee | 29.50 |
| 10/26/07 - Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $169.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001028166
   Our File No. 10054

   Status - Foreclosure

   Invoice Number  107647

Tax ID # 59-2885854

   Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

   Professional Costs:

| | | |
|---|---|---|
| 10/2/07- | Service of Process | 185.00 |
| 10/23/07- | Court filing fee | 1.00 |
| 10/23/07- | Instrument Recording Fee | 18.50 |
| 10/24/07- | Instrument Recording Fee | 22.50 |
| | Total Amount This Invoice | $352.00 |
| | Total Current Charges | $352.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****
If we are successful in recovering part of the filing fee from the
Clerk, that part will be applied to additional costs or the complicated
or contested aspects of the case.

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001269921
Our File No. 10293

Status - Foreclosure

Invoice Number  107648

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/4/07- | Instrument Recording Fee | 19.50 |
| 10/12/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $189.50 |
| | Total Current Charges | $189.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001026109
Our File No. 10053

Status - Foreclosure

Invoice Number  107649

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/22/07- Instrument Recording Fee | 25.50 |
| 10/22/07- Hydra Skiptrace | 5.00 |
| 10/23/07- Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $43.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.          - - - -,

     Account No. 1001429455
     Our File No. 10302

     Status - Foreclosure

     Invoice Number  107651

Tax ID # 59-2885854

     Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Instrument Recording Fee | 7.50 |
| 10/23/07- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $12.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

Account No. 1001257069
Our File No. 10767

Status - Foreclosure

Invoice Number  107652

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/1/07- | Title Search | 275.00 |
| 10/2/07- | Instrument Recording Fee | 11.50 |
| 10/2/07- | Court filing fee | 255.00 |
| 10/4/07- | Service of Process | 175.00 |
| 10/11/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,460.00 |
| | Total Current Charges | $1,460.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001605443
Our File No. 09083
Status - Foreclosure

Invoice Number  107653

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/10/07- Service of Process | 97.50 |
| Total Amount This Invoice | $97.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001145969
Our File No  **10541**
                              Island Blvd, Tampa, Fl,
33606
Status - Foreclosure
                    07
Invoice Number  107654

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/15/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/15/07- | Instrument Recording Fee | 18.50 |
| 10/22/07- | Instrument Recording Fee | 32.50 |
| 10/24/07- | Service of Process | 108.00 |
| | Total Amount This Invoice | $284.00 |
| | Total Current Charges | $284.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 10u1371571
      Our File No. 10023

      Status - Foreclosure

      Invoice Number  107889

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 10/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 10/4/07- | Instrument Recording Fee | 18.50 |
| 10/4/07- | Instrument Recording Fee | 13.00 |
| 10/10/07- | Instrument Recording Fee | 7.00 |
| 10/12/07- | Attorney Ad Litem Fee | 350.00 |
| 10/12/07 - | Notice of Action | 166.75 |
| | Total Amount This Invoice | $680.25 |
| | Total Current Charges | $680.25 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

  Account No. 1000830214
  Our File No. 09346

  Status - Foreclosure

  kererral Date 8/1/2007

  Invoice Number  107661

Tax ID # 59-2885854

---

  Professional services:

| | | |
|---|---|---|
| 10/1/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 10/11/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

  Professional Costs:

| | | |
|---|---|---|
| 10/1/07 - | Title Search | 395.00 |
| 10/1/07 - | Court filing fee | 267.00 |
| 10/1/07 - | Hydra Skiptrace | 45.00 |
| 10/1/07 - | Instrument Recording Fee | 10.50 |
| 10/3/07 - | Service of Process | 185.00 |
| 10/11/07 - | Instrument Recording Fee | 20.50 |
| 10/24/07 - | Instrument Recording Fee | 25.50 |
| 10/24/07 - | Hydra Skiptrace | 5.00 |
| 10/25/07 - | Service of Process | 25.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,703.50 |
| Total Current Charges | $1,703.50 |

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001456274
Our File No. 11494
Status - Eviction

Invoice Number  107914

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/24/07- Clerk's Filing Fee | 50.00 |
| Total Amount This Invoice | $50.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001456314
Our File No. 11493
Status - Eviction

Invoice Number  107968

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/18/07 | Flat fee for Writ of possession after foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/24/07- | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $400.00 |
| | Total Current Charges | $400.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/AHM

Account No. 1001080966
Our File No. 09085

Status - Foreclosure

Invoice Number  107976

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/11/07- Instrument Recording Fee | 22.50 |
| 10/11/07 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $27.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001150193
Our File No. 09087

Status - Foreclosure

Invoice Number  107665

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/11/07- Hydra Skiptrace | 5.00 |
| 10/22/07- Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $28.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001641898
Our File No. 11212

Status - Answer

Invoice Number  107666

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/15/07  Flat fee to answer foreclosure/monitor. | | 200.00 |
| Total Amount This Invoice | | $200.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001639070
Our File No. 10046

Status - Foreclosure

Invoice Number  107667

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 10/9/07- Instrument Recording Fee | | 19.50 |
| 10/9/07- Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $24.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

      Account No. 1001160662
      Our File No. 10566

      Status - Foreclosure

      Invoice Number  107668

Tax ID # 59-2885854

---

      Professional services:

| | |
|---|---|
| 10/9/07  Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | |
|---|---|
| 10/9/07- Instrument Recording Fee | 19.50 |
| 10/23/07- Instrument Recording Fee | 13.00 |
| 10/23/07 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $162.50 |
| Total Current Charges | $162.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001331311
Our File No. 10300

Status - Foreclosure

Invoice Number  107669

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/23/07- | Instrument Recording Fee | 19.50 |
| 10/24/07- | Instrument Recording Fee | 11.50 |
| 10/24/07- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $161.00 |
| | Total Current Charges | $161.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001114446
Our File No. 11134

Status - Answer

Invoice Number  107670

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/10/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/10/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001439220
Our File No. 11130
;
Status - Answer
Referral Date 10/3/2007
Invoice Number  107671

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/22/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 10/11/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001034348
Our File No. 11615
Status - Foreclosure

Invoice Number  107672

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 10/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 10/25/07- | Title Search | 275.00 |
| 10/26/07- | Clerk's Filing Fee | 255.00 |
| 10/30/07- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,305.00 |
| | Total Current Charges | $1,305.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001225810
Our File No. 09157
Status - Foreclosure

Invoice Number  107678

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 10/12/07- Instrument Recording Fee | 21.50 |
| 10/12/07- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $26.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Our File No. 10545

Status - Foreclosure
Referral Date 9/15/2007

Invoice Number  107679

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 10/3/07- | Service of Process | 70.00 |
| 10/3/07- | Hydra Skiptrace | 45.00 |
| 10/11/07- | Service of Process | 70.00 |
| 10/22/07- | Instrument Recording Fee | 31.50 |
| 10/22/07- | Hydra Skiptrace | 5.00 |
| 10/22/07- | Instrument Recording Fee | 13.00 |
|  | Total Amount This Invoice | $234.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001122388
Our File No. 11645
Status - Foreclosure

Invoice Number  107680

Tax ID # 59-2885854

___

Professional services:

| | | |
|---|---|---|
| 10/30/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

___

Professional Costs:

| | |
|---|---|
| 10/29/07- Title Search | 275.00 |
| 10/30/07- Court filing fee | 257.00 |
| 10/30/07 - Instrument Recording Fee | 21.50 |
| Total Amount This Invoice | $1,153.50 |
| Total Current Charges | $1,153.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1000864851
     Our File No. 10708

     Status - Foreclosure


     Invoice Number  107681

Tax ID # 59-2885854

---

     Professional services:


| 10/18/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
|---|---|---|

---

     Professional Costs:

| 10/2/07- | Service of Process | 315.00 |
|---|---|---|
| 10/18/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $459.50 |
| | Total Current Charges | $459.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001568277
    Our File No. 10051

    Status - Foreclosure


    Invoice Number  107682

Tax ID # 59-2885854

---

    Professional Costs:


| | |
|---|---|
| 10/8/07- Service of Process | 137.50 |
| 10/19/07- Court Call | 60.00 |
| 10/24/07- Attorney Ad Litem Fee | 275.00 |
| Total Amount This Invoice | $472.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE,

      ACCOUNT NO. 1001076400
      OUR FILE NO. 11214

      STATUS- ANSWER

      -----
      Invoice Number  107683

Tax ID # 59-2885854

          Professional services:


| Date | Description | Amount |
|------|-------------|--------|
| 10/10/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

          Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |


          PAYMENT DUE UPON RECEIPT
  PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
            *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001368691
Our File No. 10587

Status - Foreclosure

Invoice Number  107881

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 10/23/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 10/11/07- Hydra Skiptrace | 45.00 |
| 10/12/07- Service of Process | 190.00 |
| 10/23/07- Instrument Recording Fee | 28.00 |
| Total Amount This Invoice | $388.00 |
| Total Current Charges | $388.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001593919
Our File No. 09817

Status - Foreclosure

Invoice Number  107686

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 10/19/07- Court Call | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

November 17, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001201031
    Our File No. 11133
    Status - Deed-in-Lieu

    Invoice Number  107687

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 10/27/07- | Title Search | 275.00 |
| | Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls