IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC., et. al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS<br><br>(Jointly Administered)<br><br>**Related Docket No.: 1955** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING MOTION OF CIFG ASSURANCE NORTH AMERICA, INC. FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT TERMINATION OF THE RIGHTS AND RESPONSIBILITIES OF DEBTOR AS SERVICER UNDER THE HELOC SERVICING AGREEMENT FOR SERIES 2006-2**

I, William P. Bowden, a member of the law firm of Ashby & Geddes, P.A., co-counsel to CIFG Assurance North America, Inc. ("CIFG") hereby certify the following:

1. On November 9, 2007 CIFG filed its Motion For Relief From The Automatic Stay To Permit Termination of The Rights and Responsibilities of Debtor As Servicer Under HELOC Servicing Agreement for Series 2006-2 (Dkt. 1955) (the "Motion").

2. On December 12, 2007 the Court held a hearing on the Motion. At the hearing the Court was advised that an agreement had been reached on the terms of an Order with respect to the Motion which would be reflected in a revised form of Order to be submitted to the Court under Certification of Counsel.

3. Attached here to as Exhibit A is a proposed Order (the "Proposed Order") acceptable to the parties in respect of the Motion. A copy of the Proposed Order, blacklined against the form of order presented to the Court at the December 12, 1007 hearing, is attached hereto as Exhibit B.

4.   CIFG respectfully requests that the Court enter the Proposed Order attached hereto as Exhibit A.

Dated: December 14, 2007

**ASHBY & GEDDES, P.A.**

/s/ [signature]

William P. Bowden (No. 2553)
Amanda M. Winfree (No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com

-and-

**KING & SPALDING LLP**
Barry N. Seidel
Stefanie J. Greer *(admitted pro hac vice)*
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
bseidel@kslaw.com
sjgreer@kslaw.com

*Attorneys for CIFG Assurance North America, Inc.*

186605.2