## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on the 14th day of December 2007, I caused a true and correct copy of the *Certification of Counsel Regarding Proposed Order Approving Motion of CIFG Assurance North America, Inc. for Relief from the Automatic Stay to Permit Termination of the Rights and Responsibilities of Debtors as Servicer Under the Heloc Servicing Agreement for Series 2006-2* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

_____
William P. Bowden (#2553)

122354v1

**American Home Mortgage 2002 Service List**
**Avery Labels 5162**
**183318.1**

**HAND DELIVERY**
Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)

**HAND DELIVERY**
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)

**HAND DELIVERY**
Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)

**HAND DELIVERY**
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)

**HAND DELIVERY**
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
(Bank of America)

**HAND DELIVERY**
Charles J. Brown, III, Esq.
"J" Jackson Shrum
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(AT&T)

**HAND DELIVERY**
Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)

**HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)

**HAND DELIVERY**
Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**HAND DELIVERY**
Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**HAND DELIVERY**
Karen C. Bifferato, Esq.
Marc. J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899
(Washington Mutual)

**HAND DELIVERY**
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corporation)

**HAND DELIVERY**
Todd C. Schiltz
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 North Market Street, Suite 1001
Wilmington, De 19801
(Wells Fargo Bank)

**HAND DELIVERY**
Karen C. Bifferato, Esq.
Christina M. Thompson, Esq.
Connolly Bove Lodge & Hurtz LLP
1007 N. Orange Street
Wilmington, DE 19801
(Inland US Management)

**HAND DELIVERY**
Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
(Waldner's Business Environments, Inc.)

**HAND DELIVERY**
Norman M. Monhait
Rosenthal Monhait & Goddess, PA
919 Market Street, Suite 1401
Wilmington, DE 19801
(Counsel to Kodiak Funding LP)

**HAND DELIVERY**
Laura Davis Jones
Curtis Hehn
Pachulski Stang Ziehl Young Jones & Weintraub
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel to Indymac Bank F.S.B.)

**HAND DELIVERY**
Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19899

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(Societe Generale)

**HAND DELIVERY**
Joseph O'Neil, Jr., Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(GMAC Mortgage Corporation)

**HAND DELIVERY**
Neil B. Glassman
Charlene D. Davis, Eric M. Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Lehman Brothers Inc.)

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Donna L. Culver
Robert J. Dehney
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(Counsel to Assured Guaranty)

**HAND DELIVERY**
Steven M. Yoder
Eric M. Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel to Natixis Real Estate Capital Inc.)

**HAND DELIVERY**
Michael J. Barrie
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
(Counsel to Liberty Property Limited Partnership)

**HAND DELIVERY**
Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to CitiMortgage, Inc.)

**HAND DELIVERY**
Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to Impac Funding Corporation)

**HAND DELIVERY**
Derek C. Abbott
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(Counsel to Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch Bank USA)

**HAND DELIVERY**
Eric M. Davis
Jason M. Liberi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
(Counsel to Waterfield Shareholders LLC and Union Federal)

**HAND DELIVERY**
Shelley A. Kinsella
Cooch and Taylor
824 Market Street, Suite 1000
Wilmington, DE 19801
(Counsel to Wilmington Trust Company)

Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
(Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Neil B. Glassman
Charlene D. Davis, Eric M. Sutty
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(Counsel to Bracebridge Capital, LLC)

**HAND DELIVERY**
William B. Chipman, Jr.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Countrywide)

**HAND DELIVERY**
Eric Lopez Schnabel
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, 16th Floor
Wilmington, DE 19801
(Counsel to U.S. Bank National Association)

**HAND DELIVERY**
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(Counsel to Security Connections, Inc.)

**HAND DELIVERY**
J. Cory Falgowski, Esq
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**HAND DELIVERY**
Wilmington Trust Company
Attn: Patrick Healy
1100 North Market Street
Rodney Square North
Wilmington, DE 19801

**HAND DELIVERY**
Donna L. Culver
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
(Counsel to Travelers Casualty and Surety Company)

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)

Bank of America
Attention: Swap Operations
233 South Wacker Drive, Suite 2800
Chicago, IL 60606

Bank of America
Attn: Ronald Jost
1133 Avenue of the Americas, 17th Floor
New York, NY 10036

Bank of America
Attention: Officer, General or Managing Agent
901 Main Street, 66th Fl.
Dallas, TX 75202

Bank of America
Attention: Anthea Del Bianco
Agency Management
Mail Code: CA5-701-05-19, 1455 Market Street, 5th Floor
San Francisco, CA 94103

Bank of America
Attention: Elizabeth Kurilecz
Portfolio Management
Mail Code: TX1-492-66-01, 01 Main Street, 66th Floor
Dallas, TX 75202

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)

Bear Stearns Bank plc
Attn: Jerome Schneider / Patrick Phelan
Investment Manager of Liquid Funding, Ltd.
Block 8, Harcourt Centre, Charlotte Way
Dublin 2, Ireland
*First Class Mail (International)*

Bear, Stearns & Co. Inc.
Attn: Sr. Managing Director
Government Operations, 1 Metrotech Center North, 7th Floor
Brooklyn, NY 11201

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
ABN AMRO Bank

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(ORIS Capital Markets, LLC.)

Citigroup Global Markets Realty Corp
Attn: Peter Steinmetz
390 Greenwich Street, 6th Floor
New York, NY 10013

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)

Ronald L. Cohen, Esq.
Arlene R. Alves
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Country Wide Capital
20 N. Acoma Blvd
Lake Havasu City, AZ 86403

Credit Suisse
Attention: Officer, General or Managing Agent
Eleven Madison Avenue
New York, NY 10010

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
(AT&T Corp.)

Deutsche Bank
Attn: Repo Desk, 3rd Floor
60 Wall Street
New York, NY 10005

Deutsche Bank
Attn: Legal Department
Taunusanlage 12
60262 Frankfurt, Germany
*First Class Mail (International)*

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

EMC
Attn: Officer, General or Managing Agent
383 Madison Avenue
New York, NY 10018

FNMA
Attn: Officer, General or Managing Agent
3900 Wisconsin Ave., NW
Washington, DC 20016

GMAC
Attn: Officer, General or Managing Agent
P.O. Box 66937
St. Louis, MO 63166-6937

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A)

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830

Greenwich Capital Financial Products
Attn: Mortgage Finance
600 Steamboat Road
Greenwich, CT 06830

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA 91107

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust IV
600 Travis, 50th Floor
Houston, TX 77019

JPMorgan Chase
Attn: Baylis Trust V, Madassir Mohamed
600 Travis, 50th Floor
Houston, TX 77019

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830

JPMorgan Chase
Attn: Officer, General or Managing Agent
194 Wood Avenue South, Floor 3
Iselin, NJ 08830

JPMorgan Chase
Attn: Institutional Trust Services - Baylis Trust I
600 Travis, 50th Floor
Houston, TX 77019

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
(Citigroup Global)

Lehman Brothers
Attn: Robert Guglielmo, Senior Vice President
745 Seventh Avenue, 28th Floor
New York, NY 10019

Liquid Funding, Ltd.
Attn: Corporate Secretary
Canon's Court , 22 Victoria Street
Hamilton HM 12, Bermuda
*First Class Mail (International)*

Luminent Mortgage Capital Inc.
Attn: Officer, General or Managing Agent
Suite 1350, 101 California St.
San Francisco, CA 94111

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)

Morgan Stanley
Attn: Chief Legal Officer
Transaction Management Group
1585 Broadway
New York, NY 10036

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)

Nomura Credit & Capital, Inc.
Attn: NCCI Legal
2 World Financial Center, Building B, 18th Floor
New York, NY 10281

Nomura Credit & Capital, Inc.
Attn: Dante LaRocca, Managing Director
2 World Financial Center, Building B, 21st Floor
New York, NY 10281

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(WLR Recovery)

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(Lewisville ISD, Garland ISD, Carrollton-Farmers Independent ISD)

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

SunTrust Asset Funding, LLC
Attn: Woodruff A. Polk
Mail Code 3950, 303 Peachtree Street, 36th Floor
Atlanta, GA 30308

SunTrust Asset Funding, LLC
Attn: Tony D. Atkins
Mail Code 3950, 303 Peachtree Street, 23rd Floor
Atlanta, GA 30308

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)

UBS
1251 Avenue of the Americas
New York, NY 10019

Washington Mutual Bank
Attn: Officer, General or Managing Agent
3200 Southwest Freeway
Houston, TX 77027

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(IndyMac)

Wells Fargo Bank, N.A
Attn: Officer, General or Managing Agent
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Bank, N.A
Attn: Corporate Trust Department - Baylis Trust VIII
919 North Market Street, Suite 700
Wilmington, DE 19899

Wilmington Trust Company
Attn: Corporate Capital Markets
Rodney Square North, 1100 North Market Street
Wilmington, DE 19899

Wilmington Trust Company
Attention: Corporate Capital Markets - AHM Capital Trust I
Rodney Square North, 1100 North Market Street
Wilmington, DE 19899

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(CitiBank)

Gerard R. Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(American Corporate Record Center, Inc.)

Mary A. DeFalaise, Esq.
U.S. Department of Justice
1100 L.St., NW, Room 10002
Washington, DC 20005
(Government National Mortgage Association)

Michael Coyne
First Vice President Washington Mutual
623 Fifth Avenue, 17th Floor
New York, NY 10022
(Washington Mutual)

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(GMAC Mortgage Corporation)

David G. Aelvoet
Linebarger, Goggan, Blair & Sampson LLP
Travis Building
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)

Larry J. Nyhan, Esq.
Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe General)

James M. Liston, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(Flatley Family Trust)

Samuel B. Garber
Assistant General Counsel
110 N. Wacker Drive
Chicago, IL 60606
(General Growth Management, Inc.)

David H. Zielke, Esq.
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, WMC 3501
Seattle, WA 98101
(Washington Mutual)

George Kielman, Esq.
Freddie Mac
8200 Jones Branch Drive-MS 202
McLean, VA 22102
(Federal Home Loan Mortgage Corporation)

Claudia Z. Springer, Esq.
Barbara K. Hager, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(GMAC Mortgage Corporation)

Guy B. Moss
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108-2003
(Sovereign Bank)

Richard Stern, Esq.
Michael Luskin, Esq.
Luskin, Stern & Eisler LLP
330 Madison Avenue
New York, NY 10017
(Societe Generale)

Catherine Steege
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
(Fannie Mae)

Ian H. Gershengorn
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
(Fannie Mae)

Peter McGonigle
Fannie Mae
1835 Market St., Ste. 2300
Philadelphia, PA 19103
(Fannie Mae)

Brian W. Bisignani, Esq.
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(Aon Consulting)

Frank Top
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL 60603
(Wells Fargo Bank)

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard, Suite 960
Irvine, CA 92612-8420
(Rexco, LLC)

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV South Park LLC)

Douglas R. Davis
Kelley A. Cornish
Paul, Weiss, Rikind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman Brothers Inc.)

Susan R. Fuertes
14910 Aldine-Westfield Road
Houston, Texas 77032
(Aldine Independent School District)

Martin Jefferson Davis
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ 07311

John R. Ashmead
Laurie R. Binder
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(Deutsch Bank Trust Company Americas)

Matthew J. Botica
David W. Wirt
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Counsel to Kodiak Funding LP)

J. David Folds
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
(Counsel to BP Kingstowne Office Building K and Boston Properties LP)

Kathleen M. O'Connell
SUNTRUST BANK
303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, GA 30308

Ling Chow
Andrew Pickering
ASSURED GUARANTY
1325 Avenue of the Americas
New York, NY 10019

Sheryl L. Moreau, Special Asst. Attorney General
MISSOURI DEPT. OF REVENUE
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

David W. Stack, Senior Vice President
ABN AMRO Bank N.V.
55 East 52nd Street, 2nd Floor
New York, NY 10055

Joseph F. Falcone III
NATIXIS REAL ESTATE CAPITAL INC.
9 West 57th Street, 35th Floor
New York, NY 10019

Brad R. Godshall
Pachulski Stang Ziehl Young Jones & Weintraub
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
(Counsel to Indymac F.S.B.)

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(Counsel to Liberty Property Limited Partnership)

Nancy Connery
Schoeman Updike & Kaufman LLP
60 East 42nd Street
New York, NY 10165
(Counsel to STWB, Inc.)

Richard L. Canel, Jr.
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(Counsel to Chesterbrook Partners LP)

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556
(Waldner's Business Environments, Inc.)

William G. Wright
Farr Burke Gambacorata & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054
(Counsel to America Leasing & Capital LLC)

Nancy Hotchkiss
TRAINER FAIRBROOK
P.O. Box 255824
Sacramento, CA 95865
(Counsel to COWFI IRONPOINT, LLC)

Joseph Cioffi
Miles Baum
Davis & Gilber LLP
1740 Broadway
New York, NY 10019
(Counsel to Natixis Real Estate Capital Inc.)

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax Collector
P.O. Box 25300
Bradenton, Florida 34206-5300

Susheel Kirpalani
James C. Tecce
Joseph G. Minias
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Special Counsel to Debtors)

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Counsel to Richtree Enterprises LLC)

Alyssa D. Englund
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(Counsel to WestLB, AG)

American Express Travel Related Svcs. Co. Inc Corp Card
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004-2327
(Counsel to Maricopa County Treasurer)

Arnold Gulkowitz
Brian E. Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10022
(Counsel to Greenwich Capital and Royal Bank of Scotland)

John H. Capitano
Kennedy Covington Lobdell & Hickman LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
(Counsel to NNN VF Four Resource Square LLC)

Nancy F. Loftus
Assistant County Attorney
Office of the County Attorney
12000 Government Center Pkwy., Suite 549
Fairfax, VA 22035
(Counsel to Dept. of Tax Administration for Fairfax County, VA)

Douglas R. Davis
Kelley A. Cornish
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Counsel to Bracebridge Capital, LLC)

Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301
(Broward County Revenue Collection Division, Bankruptcy & Litigation Section)

Thomas J. Leanse
Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
(Counsel to RREEF Management Company)

Donald D. Farlow
Burns Wall Smith and Mueller, PC
303 E. 17th Avenue, #800
Denver, CO 80203
(Counsel to BRCP Aurora Marketplace LLC)

Cecil Ingram
Ada County Treasurer
200 Front Street, 1st Floor
Boise, ID 83702

Katherine A. Constantine
Charles F. Sawyer
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(Counsel to U.S. Bank National Association)

Andrew J. Petrie
Featherstone Petrie & DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424
(Counsel to CitiMortgage, Inc.)

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

Steven W. Kelly, Esq.
Silver & DeBoskey, A Professional Corporation
1801 York Street
Denver, Colorado 80206

Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY 10105
(Counsel to 3445 North Causeway Limited Partners)

R. Frederick Linfesty
(Bankruptcy Dept.)
Iron Mountain Information Management, Inc.
745 Atlantic Avenue
Boston, MA 02111

Robert H. Rosenbaum
M. Evan Meyers
Meyers Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385
(Counsel to Charles County and Prince George's County)

A. Michelle Hart
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(Counsel to EMC Mortgage Corporation, Americas Servicing Company and National City Mortgage)

S. James Wallace
Attorney for Duquesne Light Company
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219

Karen J. Stapleton
Assistant County Attorney
One Harrison Street, S. E., 5th Floor
Leesburg, Virgina 20175
Mailing Address: P.O. Box 7000
Leesburg, Virgina 20177
(Counsel for County of Louden)

American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

Margaret C. Lumsden
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Geoffrey S. Aaronson
Geoffrey S. Aaronson PA
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131
(Counsel to Craven-Shaffer-North Bay Village)

Robert E. Greenberg
Friedlander Misler Sloan Kletzkin & Ochsman PLLC
1101 Seventeenth Street, NW
Suite 700
Washington, DC 20036-4704
(Counsel to Realty Associates Fund V, LP)

William Novotny
Mariscal Weeks McIntyre & Friedlander, PA
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012-2705
(Counsel to Waterfall Shopping Center Inc.)

Robert A. Trodella, Jr.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(Counsel to Washington Mutual Bank)

Gary Ginsburg
Gary Meltzer
Meltzer Lippe Goldstein & Breitstone, LLP
190 Willis Avenue
The Chancery
Mineola, NY 11501
(Counsel to Jay Earl Associates)

Vadim J. Rubenstein
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(Counsel to Merrill Lynch Pierce Fenner & Smith, Inc.and Merrill Lynch Bank USA)

George Kielman, Esq.
Freddie Mac
8200 Jones Branch Drive – MS 202
McLean, VA 22102

Shawn G. Rice
Rice & Gotzmer s.c.
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
(Counsel to Priority Sign, Inc.)

Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL 33831-2016

Richardo I. Kilpatrick
Kilpatrick & Associates, PC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
(Counsel to Oakland County Treasurer)

Hilary B. Bonial
Tyler B. Jones
Brice Vander Linden & Wernick PC
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
(Counsel to EMC Mortgage and CitiMortgage)

Dana S. Plon
Sirlin Gallogly & Lesser, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
(Counsel to Fidelity Court Associates)

Lance N. Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067
(Counsel to Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch Bank USA)

Sean D. Malloy
McDonald Hopking LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)

Eric J. Gorman
Felicia G. Perlman
Justin L. Heather
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(Counsel to Waterfield Shareholders and Union Federal)

Michael S. Margoff
Moss Codliss LLP
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO 80111

Lella Amiss E. Pape
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA 22182
(Counsel for East West Holdings, LLC)

Jonathan B. Alter
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(Counsel to Travelers Casualty and Surety Company)

Lisa M. McLaughlin
Phillips Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
(Counsel to FRMC Financial, Inc.)

Lee J. Mondshein
7600 Jericho Turnpike
Woodbury, NY 11797
(Counsel to Hauppauge Woodlands Associates LP)

Rebecca L. Booth, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(Counsel to Mortgage Electronic Registration Systems, Inc.)

Jacob A. Brown
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
(Counsel to MarketWise Advisors LLC)

Protection One
P.O. Box 740933
Dallas, TX 75374

Parker & Marks, P.C.
Suite 209
1333 Corporate Drive
Irving, TX 75038
(Counsel to City of Irving, Texas)

Galaxy Associates, LLC
1220 Ensenada Avenue
Laguna Beach, CA 92651
Attn: James L. Hardy

Michael B. Reynolds
Joe Coleman
Eric S. Pezold
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626

Richard F. Holley
Ogonna M. Atamoh
Santoro Driggs Walch Kearney Holly & Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
(Counsel to Corporate Center V, LLC)

Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

IKON OFFICE SOLUTIONS
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210
Attn: Katrina Rumph

W2007 Seattle Office Bellefield Office Park Realty LLC
c/o Shawn B. Rediger
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Rebecca L. Booth
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(Counsel to Mortgage Electronic Registration Systems Inc.)

Shawn M. Christianson
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
(Counsel to Oracle USA Inc. and Oracle Credit Corporation)

Andrea L. Niedermeyer
Stutzman Bromberg Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(Counsel to Sun Life Assurance Company of Canada)

PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 17960

Christine A. Roberts
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(Counsel to Clark County)f

Craig J. Ziady
Cummings Properties LLC
200 West Cummings Park
Woburn, MA 01801

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Stuart Berman
Sean Handler
Schriffin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Samuel H. Rudman
David A. Rosenfeld
Mario Alba
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Michael G. Wilson
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
(ZC Real Estate Tax Solutions)

Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Richard P. Norton
200 Park Avenue
New York, NY 10166

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 07960

Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ  07960

Martha E. Romero
ROMERO LAW FIRM
BMR Professional Building
Whittier, CA  90601
(Counsel to County of Placer and Monterey)

Pryor Cashman LLP
410 Park Avenue
New York, NY  10022-4441
Attn: Tina N. Moss
(Counsel to Law Debenture Trust Company of New York)

Richardo I. Kilpatrick
Kilpatrick & Associates PC
615 Griswold, Suite 1004
Detroit, MI  48226-3985
(Counsel to Wayne County Treasurer)

Christopher R. Belmonte
Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
(Counsel to Moody's Investors Service)

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY  10017
Attn: James D. Heaney, Vice President

Stuart Finestone
Finestone & Morris LLP
3340 Peachtree Road, NE
Suite 2540 Tower Place
Atlanta, GA  30326
(Counsel to Tower Place LP)

Susan Power Johnston
Amanda Weiss
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(Counsel to Wilmington Trust Company)

**HAND DELVIERY**
David B. Stratton
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801