**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x  Chapter 11

In re:                                                       :
                                                             :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,              :  Jointly Administered
                                                             :
  Debtors.                                                   :  Ref. Dkt. No. 547, 643, ____
------------------------------------------------------------- x

**ORDER MODIFYING EXISTING PROCEDURES FOR THE
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
CERTAIN FORECLOSURE PROFESSIONALS UTILIZED IN THE
ORDINARY COURSE, *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the motion (the "Motion") of American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtor and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] for an order pursuant to §§ 105(a), 327, 328, 330, 331, and 363(c)(1) of the Bankruptcy Code[2] and Bankruptcy Rule 9024 for entry of an order modifying existing procedures for compensation and reimbursement of expenses of certain Foreclosure Professionals utilized in the ordinary course to liquidate mortgage loans and REO Property, effective *nunc pro tunc* to the Petition Date, all as set forth more fully in the Motion; and the Court being satisfied that the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors, and that the payments to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Foreclosure Professionals contemplated by the Motion are a proper exercise of the Debtors' business judgment; and due and proper notice of the Motion having been given; and no other or further notice of the Motion being necessary under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED that the provisions of the OCP Order [D.I. 643] and the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [D.I. 547] are hereby MODIFIED to the extent set forth herein as to the OCP Procedures and Interim Compensation Procedures, as applicable, governing the compensation and reimbursement of expenses of Foreclosure Professionals, such modification being effective *nunc pro tunc* to the Petition Date; and it is further

ORDERED that the Debtors are hereby authorized, but not directed, to pay Foreclosure Professionals for services provided and expenses incurred on or after the Petition Date in accordance with pre-bankruptcy practice or otherwise in the ordinary course of business without further order of this Court and without need for (a) monthly invoices or formal fee applications (monthly, quarterly, or final), (b) detailed activity descriptions, (c) monthly, quarterly, or per-transaction caps on fees or expenses payable to each professional, (d) review of invoices by the Committee or the right of the Committee to object to the same, or (e) quarterly fee reports by the Debtors relating to such Foreclosure Professionals; provided, however, that the Debtors shall file with the Court and serve on all parties entitled to notice under Local Rule 2002-1(b), within twenty (20) days from the last day of each month, a report of all disbursements made to Foreclosure Professionals during that month; and it is further

ORDERED that the Debtors and the Foreclosure Professionals (including both OCPs and Retained Professionals) shall continue to be obligated to fulfill all requirements necessary for the proper retention of Foreclosure Professionals in these bankruptcy cases, including, *inter alia*, the requirement to properly file and notice Retention Affidavits; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware
January __, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge