# EXHIBIT B

Northwest Trustee Services, Inc.
Period from August 6, 2007 through August 31, 2007

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Costs | Billed |
|---|---|---|---|---|---|
| 1001349428 | 8/8/2007 | FTS0068954 | $600.00 | $1,429.61 | $2,029.61 |
| 1000619323 | 8/7/2007 | FTS0068821 | $600.00 | $1,643.48 | $2,243.48 |
| 1001141953 | 8/7/2007 | FTS0068822 | $600.00 | $993.23 | $1,593.23 |
| 1001252497 | 8/7/2007 | FTS0068823 | $600.00 | $1,120.49 | $1,720.49 |
| 1000669641 | 8/7/2007 | FTS0068824 | $600.00 | $3,786.08 | $4,386.08 |
| 1000717108 | 8/7/2007 | FTS0068876 | $600.00 | $1,086.52 | $1,686.52 |
| 1001515075 | 8/7/2007 | FTS0068881 | $600.00 | $21.00 | $621.00 |
| 1001025354 | 8/8/2007 | FTS0068935 | $300.00 | $284.27 | $584.27 |
| 1001309906 | 8/8/2007 | FTS0068936 | $300.00 | $875.00 | $1,175.00 |
| 1001154421 | 8/10/2007 | 0104429-IN | $200.00 | N/A | $200.00 |
| 1000824055 | 8/14/2007 | FTS0069280 | $335.00 | $1,082.30 | $1,417.30 |
| 1000755247 | 8/14/2007 | FTS0069278 | $600.00 | $1,217.11 | $1,817.11 |
| 1001170383 | 8/14/2007 | FTS0069281 | $600.00 | $784.09 | $1,384.09 |
| 100114035 | 8/14/2007 | 0104576-IN | $200.00 | N/A | $200.00 |
| 1001071390 | 8/15/2007 | FTS0069427 | $600.00 | $466.50 | $1,066.50 |
| 1001071447 | 8/15/2007 | FTS0069425 | $395.00 | $480.50 | $875.50 |
| 1000916120 | 8/15/2007 | FTS0069313 | $300.00 | $360.00 | $660.00 |
| 1000992699 | 8/16/2007 | FTS0069457 | $675.00 | $1,574.49 | $2,249.49 |
| 1000948583 | 8/16/2007 | FTS0069471 | $600.00 | $4,695.52 | $5,295.52 |
| 1001190144 | 8/17/2007 | FTS0020494 | $300.00 | $289.00 | $589.00 |
| 1000762177 | 8/17/2007 | FTS0069611 | $600.00 | $985.73 | $1,585.73 |
| 1001541237 | 8/17/2007 | FTS0020694 | $600.00 | $749.63 | $1,349.63 |
| 1000851935 | 8/17/2007 | FTS0020697 | $320.00 | $355.36 | $675.36 |
| 1001443557 | 8/17/2007 | 0104792-IN | $200.00 | N/A | $200.00 |
| 1001026304 | 8/20/2007 | FTS0069686 | $600.00 | $1,308.55 | $1,908.55 |
| 1000598270 | 8/20/2007 | FTS0069687 | $600.00 | $865.03 | $1,465.03 |
| 1001448265 | 8/21/2007 | FTS0069760 | $600.00 | $1,414.79 | $2,014.79 |
| 1001226583 | 8/22/2007 | FTS0069931 | $600.00 | $1,172.27 | $1,772.27 |
| 1001223311 | 8/22/2007 | 0105007-IN | $150.00 | N/A | $150.00 |
| 1001501842 | 8/22/2007 | 0105001-IN | $200.00 | N/A | $200.00 |
| 1001140626 | 8/22/2007 | 0105009-IN | $200.00 | N/A | $200.00 |
| 1001073339 | 8/22/2007 | 0105012-IN | $200.00 | N/A | $200.00 |
| 1001413763 | 8/23/2007 | FTS0069995 | $300.00 | N/A | $300.00 |
| 1001325158 | 8/23/2007 | FTS0069968 | $500.00 | $1,752.74 | $2,252.74 |
| 1001244246 | 8/23/2007 | FTS0069947 | $600.00 | $1,473.82 | $2,073.82 |
| 1000898717 | 8/23/2007 | FTS0069967 | $500.00 | $1,220.81 | $1,720.81 |
| 1001537089 | 8/24/2007 | FTS0070094 | $600.00 | $708.54 | $1,308.54 |
| 1001073250 | 8/24/2007 | 0105146-IN | $200.00 | N/A | $200.00 |
| 1001361782 | 8/27/2007 | 0105245-IN | $200.00 | N/A | $200.00 |
| 1001203886 | 8/27/2007 | 0105246-IN | $200.00 | N/A | $200.00 |
| 1001475430 | 8/28/2007 | FTS0070258 | $600.00 | $1,387.32 | $1,987.32 |
| 1001346758 | 8/28/2007 | FTS0070289 FTS0070343 | $600.00 | $1,202.18 | $1,802.18 |
| 1001108508 | 8/28/2007 | 0105323-IN | $200.00 | | $200.00 |
| 1000764873 | 8/28/2007 | FTS0070344 | $600.00 | $850.59 | $1,450.59 |
| 1001532183 | 8/29/2007 | FTS0070394 | $600.00 | $1,080.36 | $1,680.36 |

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Costs | Billed |
|---|---|---|---|---|---|
| 1001462199 | 8/29/2007 | 0105392-IN | $200.00 | N/A | $200.00 |
| 1001212640 | 8/29/2007 | 0105393-IN | $200.00 | N/A | $200.00 |
| 1001316268 | 8/30/2007 | 0105469-IN | $1,000.00 | N/A | $1,000.00 |
| 1001397849 | 8/30/2007 | 0105467-IN | $200.00 | N/A | $200.00 |
| 1001468262 | 8/30/2007 | FTS0070525 | $600.00 | $1,412.32 | $2,012.32 |
| 1001180059 | 8/30/2007 | FTS0070521 | $600.00 | $1,182.63 | $1,782.63 |
| 1000984773 | 8/30/2007 | FTS0070526 | $600.00 | $1,044.81 | $1,644.81 |
| 1001421269 | 8/30/2007 | FTS0070527 | $600.00 | $992.41 | $1,592.41 |
| 1001350180 | 8/30/2007 | FTS0070524 | $600.00 | $1,226.42 | $1,826.42 |
| 1001424545 | 8/30/2007 | FTS0070522 | $600.00 | $1,223.23 | $1,823.23 |
| 1001270318 | 8/30/2007 | FTS0070523 | $600.00 | $1,133.41 | $1,733.41 |
| 1001544999 | 8/30/2007 | FTS0070495 | $600.00 | $3,233.88 | $3,833.88 |
| 1001205856 | 8/31/2007 | 0105537-IN | $200.00 | N/A | $200.00 |
| | | Total: | $26,775.00 | $50,166.02 | $76,941.02 |