# EXHIBIT C

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0068954
Invoice Date:  8/8/2007

Attention:                                                                 7983.20582

Loan No: 1001349428                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 8/8/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | $10.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $545.00 |
| 5/23/2007 | 1 Month Mailings Sent | $56.72 |
| 7/30/2007 | Title Cost Endorsement | $25.00 |
| 8/3/2007 | Date Notice of Sale Mailed | $37.05 |
| 8/4/2007 | Date Publication Commenced (1st Pub) | $617.34 |
| 8/4/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Recission Recording | $12.00 |
| | **TOTAL EXPENSES:** | $1,429.61 |

PLEASE PAY AMOUNT DUE:     $2,029.61

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0068821
Invoice Date:  8/7/2007

Attention:                                                                        7983.20444

Loan No: 1000619323
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/7/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 3/6/2007 | Date Notice of Default Recorded | | $12.00 |
| 3/9/2007 | 10 Day Mailings Sent | | $6.50 |
| 3/23/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 3/27/2007 | 1 Month Mailings Sent | | $45.50 |
| 6/27/2007 | Date Notice of Sale Posted | | $120.00 |
| 6/27/2007 | Title Cost Endorsement | | $50.00 |
| 6/29/2007 | Date Publication Commenced (1st Pub) | | $163.33 |
| 7/11/2007 | Title Cost Endorsement | | $50.00 |
| 7/12/2007 | Date Notice of Sale Mailed | | $111.15 |
| 7/13/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/13/2007 | Date Publication Commenced (1st Pub) | | $240.00 |
| 7/17/2007 | SOT/Appointment Recorded | | $13.00 |
| 7/17/2007 | Date Notice of Sale Recorded | | $7.00 |
| 7/17/2007 | Assignment Recorded | | $12.00 |
| 8/2/2007 | Title Cost Endorsement | | $25.00 |
| 8/7/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,643.48 |
| | | PLEASE PAY AMOUNT DUE: | $2,243.48 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0068822
Invoice Date:  8/7/2007

Attention:                                                                7983.20478

Loan No: 1001141953                         Type:  Non-Jud Foreclosure/CONV
Borrower: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇▇▇▇

| Date | Item Description | Amount |
|------|------------------|-------:|
| 8/7/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 3/30/2007 | Date Notice of Default Recorded | $12.00 |
| 4/2/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 4/3/2007 | 10 Day Mailings Sent | $13.00 |
| 7/4/2007 | Date Notice of Sale Mailed | $22.23 |
| 7/6/2007 | Date Notice of Sale Posted | $120.00 |
| 7/9/2007 | Assignment Recorded | $9.00 |
| 7/9/2007 | Date Notice of Sale Recorded | $7.00 |
| 7/9/2007 | SOT/Appointment Recorded | $10.00 |
| 7/13/2007 | Date Publication Commenced (1st Pub) | $325.00 |
| 8/2/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $993.23 |

PLEASE PAY AMOUNT DUE:      $1,593.23

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0068823
Invoice Date:  8/7/2007

Attention:                                              7983.20545

Loan No: 1001252497                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/7/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 4/12/2007 | Date Notice of Default Recorded | | $12.00 |
| 4/24/2007 | Date Trustee Sale Guarantee Received | | $335.00 |
| 4/25/2007 | 1 Month Mailings Sent | | $13.00 |
| 4/25/2007 | 10 Day Mailings Sent | | $26.00 |
| 7/12/2007 | Title Cost Endorsement | | $50.00 |
| 7/13/2007 | Date Publication Commenced (1st Pub) | | $475.26 |
| 7/13/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/13/2007 | Date Notice of Sale Mailed | | $22.23 |
| 7/17/2007 | SOT/Appointment Recorded | | $12.00 |
| 7/17/2007 | Assignment Recorded | | $9.00 |
| 7/17/2007 | Date Notice of Sale Recorded | | $9.00 |
| 8/2/2007 | Title Cost Endorsement | | $25.00 |
| 8/7/2007 | Cost - Record Trustee's Deed | | $12.00 |
| | | TOTAL EXPENSES: | $1,120.49 |
| | | PLEASE PAY AMOUNT DUE: | $1,720.49 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0068824
Invoice Date:  8/7/2007

7983.20547

Attention:

Loan No: 1000669641
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 8/7/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 4/12/2007 | Date Notice of Default Recorded | $15.00 |
| 4/20/2007 | Date Trustee Sale Guarantee Received | $1,290.00 |
| 4/20/2007 | 10 Day Mailings Sent | $77.33 |
| 5/2/2007 | SOT/Appointment Recorded | $15.00 |
| 7/12/2007 | Date Notice of Sale Mailed | $77.35 |
| 7/12/2007 | Title Cost Endorsement | $50.00 |
| 7/13/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 7/13/2007 | Date Notice of Sale Posted | $120.00 |
| 7/16/2007 | Date Notice of Sale Recorded | $15.00 |
| 7/16/2007 | Assignment Recording | $15.00 |
| 8/2/2007 | Title Cost Endorsement | $25.00 |
| 8/7/2007 | Cost - Record Trustee's Deed | $12.00 |
| 8/7/2007 | Date Transfer Tax Advanxced | $1,754.40 |
| | **TOTAL EXPENSES:** | $3,786.08 |

PLEASE PAY AMOUNT DUE:        $4,386.08

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0068876
4600 Regent Blvd., Suite 200                        Invoice Date:  8/7/2007
Irving,  TX   75063

Attention:                                          7983.20586

Loan No: 1000717108                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/7/2007 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
|  |  |  |
| 5/3/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $573.60 |
| 5/23/2007 | 1 Month Mailings Sent | $21.27 |
| 8/1/2007 | Title Cost Endorsement | $50.00 |
| 8/3/2007 | Date Notice of Sale Mailed | $36.65 |
| 8/4/2007 | Date Notice of Sale Posted | $120.00 |
| 8/4/2007 | Date Publication Commenced (1st Pub) | $210.00 |
| 8/6/2007 | Title Cost Endorsement | $50.00 |
|  | TOTAL EXPENSES: | $1,086.52 |

PLEASE PAY AMOUNT DUE:     $1,686.52

Page I

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0068881
Invoice Date:  8/7/2007

Attention:                                                7983.21078

Loan No: 1001515075
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/7/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 8/1/2007 | Date Notice of Default Recorded | $12.00 |
| 8/7/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $21.00 |
| | PLEASE PAY AMOUNT DUE: | $621.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0068935

Invoice Date:   8/8/2007

Attention:                                                                        7983.20686

Loan No: 1001025354                                    Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/8/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $26.00 |
| 5/30/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 5/31/2007 | 1 Month Mailings Sent | $21.27 |
| | TOTAL EXPENSES: | $284.27 |
| | PLEASE PAY AMOUNT DUE: | $584.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0068936
Invoice Date:  8/8/2007

Attention:                                                                7983.21095

Loan No: 1001309906                        Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/8/2007 | Trustee Fee | $300.00 |
| | **TOTAL FEES:** | $300.00 |
| | | |
| 8/6/2007 | Date Notice of Default Recorded | $12.00 |
| 8/8/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| | **TOTAL EXPENSES:** | $875.00 |
| | | |
| | **PLEASE PAY AMOUNT DUE:** | $1,175.00 |

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

| | |
|---|---|
| American Home Mortgage Servici | INVOICE NO :  0104429-IN |
| 4600 Regent Blvd., Suite 200 | DATE :  Aug 10, 2007 |
| Irving,  TX   75063 | TRUSTEE NO :  0079838    0142 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001154421                            Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/10/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE................................    $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,100.00 | $ 150.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 3,400.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0069280

Invoice Date:  8/14/2007

Attention:                                                                                        7983.20370

Loan No: 1000824055                                     Type:  Non-Jud Foreclosure/ CONV

Borrower: ████████████████

████████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/14/2007 | Trustee Fee | $335.00 |
| | TOTAL FEES: | $335.00 |
| 2/15/2007 | Date Notice of Default Recorded | $10.00 |
| 2/17/2007 | 10 Day Mailings Sent | $29.32 |
| 2/27/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 2/28/2007 | 1 Month Mailings Sent | $14.66 |
| 5/18/2007 | Title Cost Endorsement | $50.00 |
| 5/18/2007 | Date Publication Commenced (1st Pub) | $564.11 |
| 5/18/2007 | Date Notice of Sale Mailed | $49.21 |
| 5/21/2007 | Date Notice of Sale Posted | $120.00 |
| 5/24/2007 | SOT/Appointment Recorded | $10.00 |
| 5/24/2007 | Date Notice of Sale Recorded | $10.00 |
| | TOTAL EXPENSES: | $1,082.30 |
| | PLEASE PAY AMOUNT DUE: | $1,417.30 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0069278

Invoice Date:  8/14/2007

Attention:

7983.20429

Loan No: 1000755247

Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|---|---|---|
| 8/14/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 3/2/2007 | Date Notice of Default Recorded | $12.00 |
| 3/7/2007 | 10 Day Mailings Sent | $14.66 |
| 3/14/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 3/19/2007 | 1 Month Mailings Sent | $13.00 |
| 6/15/2007 | Date Notice of Sale Posted | $120.00 |
| 6/21/2007 | Date Publication Commenced (1st Pub) | $331.25 |
| 6/22/2007 | Date Notice of Sale Mailed | $42.20 |
| 6/22/2007 | Title Cost Endorsement | $50.00 |
| 6/26/2007 | Assignment Recorded | $15.00 |
| 6/26/2007 | SOT/Appointment Recorded | $12.00 |
| 6/26/2007 | Date Notice of Sale Recorded | $12.00 |
| 7/13/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,217.11 |

**PLEASE PAY AMOUNT DUE:** $1,817.11

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0069281

Invoice Date:  8/14/2007

Attention:                                                            7983.21015

Loan No: 1001170383                         Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|-------:|
| 8/14/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/26/2007 | Date Notice of Default Recorded | | $13.00 |
| 7/31/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/9/2007 | Date Trustee Sale Guarantee Received | | $754.00 |
| 8/14/2007 | Recission Recording | | $10.00 |
| | | TOTAL EXPENSES: | $784.09 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,384.09 |

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

INVOICE NO :   0104576-IN
DATE :   Aug 14, 2007
TRUSTEE NO :   0079838    0065

CONTACT:                                                                        Page 1 of 1

Loan No: 100114035                              Type:
Borrower:
Property Address:

08/14/2007   Trustee - Monitor Fee/ID                                        200.00

TOTAL FEES:                  $200.00

PLEASE PAY AMOUNT DUE...................................   $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,300.00 | $ 150.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 3,600.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0069427

Invoice Date:  8/15/2007

Attention:                                                             7983.20385

Loan No: 1001071390                    Type:  Non-Jud Foreclosure/CONV

Borrower: ███████████████

████████████████

███████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 8/15/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 3/7/2007 | Date Notice of Default Recorded | | $12.00 |
| 3/9/2007 | 10 Day Mailings Sent | | $6.50 |
| 3/13/2007 | Date Trustee Sale Guarantee Received | | $435.00 |
| 3/19/2007 | 1 Month Mailings Sent | | $13.00 |
| | | TOTAL EXPENSES: | $466.50 |

PLEASE PAY AMOUNT DUE:    $1,066.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0069425

Invoice Date:  8/15/2007

Attention:                                                                              7983.20569

Loan No: 1001071447                          Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 8/15/2007 | Trustee Fee | $395.00 |
| | TOTAL FEES: | $395.00 |
| 5/3/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| | TOTAL EXPENSES: | $480.50 |
| | PLEASE PAY AMOUNT DUE: | $875.50 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0069313
Invoice Date:  8/15/2007

Attention:

7983.21088

Loan No: 1000916120

Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/15/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| 8/6/2007 | Trustee Sale Guarantee Received | $360.00 |
| | TOTAL EXPENSES: | $360.00 |
| | PLEASE PAY AMOUNT DUE: | $660.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0069457
Invoice Date:  8/16/2007

Attention:                                                              7983.20516

Loan No: 1000992699                        Type:  Non-Jud Foreclosure/CONV
Borrower:



| Date | Item Description | Amount |
|------|------------------|--------|
| 8/16/2007 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $675.00 |
| | | |
| 4/10/2007 | Trustee Sale Guarantee Received | $695.00 |
| 4/11/2007 | Notice of Default Recorded | $26.00 |
| 4/11/2007 | Appointment Recorded | $21.00 |
| 4/11/2007 | Assignment Recorded | $26.00 |
| 4/13/2007 | Notice of Sale Served | $77.50 |
| 4/19/2007 | Notice of Sale Mailed (statutory) | $42.00 |
| 5/17/2007 | Publication Commenced | $599.99 |
| 7/30/2007 | Affidavits Package Recorded | $61.00 |
| 8/16/2007 | Record Recission of NODES | $26.00 |
| | TOTAL EXPENSES: | $1,574.49 |

PLEASE PAY AMOUNT DUE:        $2,249.49

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                      Invoice No:  FTS0069471
4600 Regent Blvd., Suite 200                          Invoice Date: 8/16/2007
Irving, TX   75063

Attention:                                                 7983.20525

Loan No: 1000948583                        Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/16/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 4/3/2007 | Date Notice of Default Recorded | $15.00 |
| 4/5/2007 | Date Trustee Sale Guarantee Received | $1,518.00 |
| 4/6/2007 | 10 Day Mailings Sent | $84.50 |
| 4/26/2007 | SOT/Appointment Recorded | $15.00 |
| 7/2/2007 | Title Cost Endorsement | $50.00 |
| 7/4/2007 | Date Notice of Sale Mailed | $125.97 |
| 7/5/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 7/5/2007 | Date Notice of Sale Posted | $120.00 |
| 7/9/2007 | Assignment Recording | $15.00 |
| 7/9/2007 | Date Notice of Sale Recorded | $15.00 |
| 7/25/2007 | Title Cost Endorsement | $25.00 |
| 7/25/2007 | Date Transfer Tax Advanxced | $2,374.05 |
| 7/25/2007 | Cost – Record Trustee's Deed | $18.00 |
| | **TOTAL EXPENSES:** | $4,695.52 |

PLEASE PAY AMOUNT DUE:      $5,295.52

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0069610

Invoice Date:  8/17/2007

Attention:                                                        7983.20494

Loan No: 1001190144                    Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/17/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| 4/3/2007 | Date Notice of Default Recorded | $12.00 |
| 4/5/2007 | 10 Day Mailings Sent | $6.50 |
| 4/27/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 4/28/2007 | 1 Month Mailings Sent | $45.50 |
| | TOTAL EXPENSES: | $289.00 |
| | PLEASE PAY AMOUNT DUE: | $589.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0069611
Invoice Date:  8/17/2007

Attention:                                                          7983.20650

Loan No: 1000762177                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/17/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 5/4/2007 | Date Notice of Default Recorded | | $15.00 |
| 5/10/2007 | 10 Day Mailings Sent | | $19.50 |
| 5/15/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 5/25/2007 | SOT/Appointment Recorded | | $15.00 |
| 8/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 8/7/2007 | Date Notice of Sale Mailed | | $22.23 |
| 8/9/2007 | Date Notice of Sale Recorded | | $15.00 |
| 8/17/2007 | Rescission Recorded | | $9.00 |
| | | TOTAL EXPENSES: | $985.73 |

PLEASE PAY AMOUNT DUE:   $1,585.73

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0069612
Invoice Date:  8/17/2007

Attention:                                        7983.20694

Loan No: 1001541237                Type:  Non-Jud Foreclosure/CONV
Borrower: ████████████
          ████████████████
          ████████████

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/17/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/9/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/11/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 5/26/2007 | 1 Month Mailings Sent | | $49.63 |
| | | TOTAL EXPENSES: | $749.63 |
| | | PLEASE PAY AMOUNT DUE: | $1,349.63 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0069613
Invoice Date:  8/17/2007

Attention:                                                                    7983.20697

Loan No: 1000851935                          Type:  Non-Jud Foreclosure/CONV
Borrower: ██████████████
          ██████████████
          ██████████████

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/17/2007 | Trustee Fee | | $320.00 |
| | | TOTAL FEES: | $320.00 |
| | | | |
| 5/9/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/12/2007 | 10 Day Mailings Sent | | $21.27 |
| 5/29/2007 | Date Trustee Sale Guarantee Received | | $315.00 |
| 5/30/2007 | 1 Month Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $355.36 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $675.36 |

# Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA  98006
### (425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0104792-IN |
| DATE : | Aug 17, 2007 |
| TRUSTEE NO : | 0079838     0044 |

CONTACT:                                                                Page 1 of 1

Loan No: 1001443557                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/17/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE................................... **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,300.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 3,800.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0069686
Invoice Date:  8/20/2007

Attention:                                                                7983.20469

Loan No: 1001026304                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/20/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 3/29/2007 | Date Notice of Default Recorded | | $12.00 |
| 3/31/2007 | 10 Day Mailings Sent | | $19.50 |
| 4/30/2007 | Date Trustee Sale Guarantee Received | | $462.00 |
| 7/2/2007 | Title Cost Endorsement | | $50.00 |
| 7/3/2007 | 1 Month Mailings Sent | | $98.54 |
| 7/4/2007 | Date Notice of Sale Mailed | | $81.51 |
| 7/5/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 7/5/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/6/2007 | Date Notice of Sale Recorded | | $9.00 |
| 7/6/2007 | SOT/Appointment Recorded | | $12.00 |
| 7/15/2007 | Assignment Recorded | | $15.00 |
| 7/16/2007 | Assignment Recorded | | $9.00 |
| 7/25/2007 | Title Cost Endorsement | | $25.00 |
| 8/17/2007 | Title Cost Endorsement | | $25.00 |
| 8/20/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,308.55 |

PLEASE PAY AMOUNT DUE:    $1,908.55

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0069687
Invoice Date:  8/20/2007

Attention:

7983.20622

Loan No: 1000598270
Borrower: ███████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|-------:|
| 8/20/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/8/2007 | Date Notice of Default Recorded | $9.00 |
| 5/11/2007 | 10 Day Mailings Sent | $13.00 |
| 6/1/2007 | Date Trustee Sale Guarantee Received | $384.00 |
| 6/2/2007 | 1 Month Mailings Sent | $14.18 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | $268.21 |
| 8/9/2007 | Date Notice of Sale Mailed | $29.64 |
| 8/13/2007 | Assignment Recorded | $6.00 |
| 8/13/2007 | SOT/Appointment Recorded | $9.00 |
| 8/13/2007 | Date Notice of Sale Recorded | $6.00 |
| 8/15/2007 | Date Notice of Sale Posted | $120.00 |
| 8/20/2007 | Recission Recording | $6.00 |
| | TOTAL EXPENSES: | $865.03 |

PLEASE PAY AMOUNT DUE:    $1,465.03

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0069760
Invoice Date: 8/21/2007

Attention: 7983.20610

Loan No: 1001448265
Borrower:

Type: Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | $6.50 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 5/24/2007 | 1 Month Mailings Sent | $21.27 |
| 8/4/2007 | Date Notice of Sale Mailed | $29.64 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | $416.38 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/21/2007 | Assignment Recorded | $7.00 |
| 8/21/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/21/2007 | SOT/Appointment Recorded | $10.00 |
| | **TOTAL EXPENSES:** | $1,414.79 |

PLEASE PAY AMOUNT DUE: $2,014.79

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0069931

Invoice Date:  8/22/2007

Attention:                                                                         7983.20918

Loan No: 1001226583                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 8/22/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/6/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/10/2007 | 10 Day Mailings Sent | | $14.18 |
| 7/24/2007 | Date Trustee Sale Guarantee Received | | $1,139.00 |
| 7/25/2007 | 1 Month Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $1,172.27 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,772.27 |

Page 1

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0105007-IN |
| DATE : | Aug 22, 2007 |
| TRUSTEE NO : | 0079832    1150 |

CONTACT:

Page 1 of 1

Loan No: 1001223311                                            Type:
Borrower: ██████████
Property Address: ██████████

██████████

| | | |
|---|---|---|
| 08/22/2007 | Foreclosure - trustee fee | 150.00 |
| | **TOTAL FEES:** | **$150.00** |

**PLEASE PAY AMOUNT DUE**................................. **$150.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 120,930.24 | $ 14,403.67 | $ 0.00 | $ 0.00 | $ 0.00 | $ 135,333.91 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA 98006
### (425) 586-1900

\*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0105001-IN |
| DATE : | Aug 22, 2007 |
| TRUSTEE NO : | 0079838    0086 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001501842                           Type:
Borrower: ███████████
Property Address: ███████████
█████████████

| | | |
|---|---|---|
| 08/22/2007   Trustee – Monitor Fee/NV | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE................................. $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,500.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 4,000.00 |

**This is the total outstanding invoices for your client number at this date.**