## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA 98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0105009-IN |
| DATE : | Aug 22, 2007 |
| TRUSTEE NO : | 0079838    0158 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001140626                                     Type:
Borrower: ████████████
Property Address: ████████████
████████████

| | | |
|---|---|---:|
| 08/22/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,700.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 4,200.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

| | |
|---|---|
| American Home Mortgage Servici<br>4600 Regent Blvd., Suite 200<br>Irving,  TX   75063 | INVOICE NO :   0105012-IN<br>DATE :    Aug 22, 2007<br>TRUSTEE NO :    0079838      0085 |

CONTACT:                                                               Page 1 of 1

Loan No: 1001073339                         Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/22/2007   Trustee - Monitor Fee/NV | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE..................................   $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,900.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 4,400.00 |

This is the total outstanding invoices for your client number at this date.

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0069995
Invoice Date:  8/23/2007

Attention:                                                                    7983.21106

Loan No: 1001413763                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████
          ████████████████
          ██████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/23/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |

PLEASE PAY AMOUNT DUE:        $300.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0069968
Invoice Date:  8/23/2007

Attention:                                                           7983.20329

Loan No: 1001325158                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/23/2007 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| 2/2/2007 | Recission Recording | $8.00 |
| 2/5/2007 | Date Notice of Default Recorded | $26.00 |
| 2/6/2007 | 10 Day Mailings Sent | $7.33 |
| 2/24/2007 | Date Trustee Sale Guarantee Received | $1,061.00 |
| 2/27/2007 | 1 Month Mailings Sent | $7.33 |
| 3/2/2007 | Recission Recording | $13.00 |
| 5/3/2007 | Date Notice of Sale Mailed | $14.08 |
| 5/3/2007 | Publication Endorsement Received | $50.00 |
| 5/4/2007 | Date Publication Commenced (1st Pub) | $420.00 |
| 5/4/2007 | Date Notice of Sale Posted | $120.00 |
| 5/8/2007 | Date Notice of Sale Recorded | $15.00 |
| 5/8/2007 | SOT/Appointment Recorded | $11.00 |
| | **TOTAL EXPENSES:** | $1,752.74 |

PLEASE PAY AMOUNT DUE:    $2,252.74

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0069947

Invoice Date:  8/23/2007

Attention:                                                        7983.20535

Loan No: 1001244246                     Type: `Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/23/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 4/12/2007 | Date Notice of Default Recorded | | $12.00 |
| 4/14/2007 | 10 Day Mailings Sent | | $6.50 |
| 4/17/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 4/18/2007 | 1 Month Mailings Sent | | $6.50 |
| 7/12/2007 | Publication Endorsement Received | | $50.00 |
| 7/13/2007 | Date Notice of Sale Mailed | | $14.82 |
| 7/14/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/17/2007 | Assignment Recorded | | $12.00 |
| 7/17/2007 | SOT/Appointment Recorded | | $13.00 |
| 7/17/2007 | Date Notice of Sale Recorded | | $7.00 |
| 7/19/2007 | Date Publication Commenced (1st Pub) | | $350.00 |
| 8/22/2007 | Sale Endorsement Received | | $25.00 |
| 8/23/2007 | Cost - Record Trustee's Deed | | $12.00 |
| | | TOTAL EXPENSES: | $1,473.82 |
| | | PLEASE PAY AMOUNT DUE: | $2,073.82 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX 75063

Invoice No: FTS0069967

Invoice Date: 8/23/2007

Attention:                                                                          7983.20562

Loan No: 1000898717                        Type: Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/23/2007 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| 5/1/2007 | Date Notice of Default Recorded | $9.00 |
| 5/4/2007 | 10 Day Mailings Sent | $6.50 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | $587.00 |
| 5/23/2007 | 1 Month Mailings Sent | $7.09 |
| 8/1/2007 | Title Cost Endorsement | $50.00 |
| 8/3/2007 | Date Notice of Sale Posted | $120.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | $372.99 |
| 8/3/2007 | Date Notice of Sale Mailed | $22.23 |
| 8/7/2007 | SOT/Appointment Recorded | $9.00 |
| 8/7/2007 | Assignment Recorded | $6.00 |
| 8/7/2007 | Date Notice of Sale Recorded | $6.00 |
| 8/22/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,220.81 |
| | **PLEASE PAY AMOUNT DUE:** | $1,720.81 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0070094

Invoice Date:  8/24/2007

Attention:                                                                 7983.20967

Loan No: 1001537089                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/24/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/24/2007 | Date Notice of Default Recorded | $12.00 |
| 7/27/2007 | 10 Day Mailings Sent | $7.09 |
| 8/7/2007 | Date Trustee Sale Guarantee Received | $654.00 |
| 8/8/2007 | 1 Month Mailings Sent | $35.45 |
| | TOTAL EXPENSES: | $708.54 |
| | PLEASE PAY AMOUNT DUE: | $1,308.54 |

Page 1

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0105146-IN |
| DATE : | Aug 24, 2007 |
| TRUSTEE NO : | 0079838    0069 |

CONTACT:                                                              Page 1 of 1

Loan No: 1001073250                              Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/24/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................   $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,100.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 4,600.00 |

This is the total outstanding invoices for your client number at this date.

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA 98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

INVOICE NO :   0105245-IN
DATE :   Aug 27, 2007
TRUSTEE NO :   0079838      0160

CONTACT:

Page 1 of 1

Loan No: 1001361782                                    Type:
Borrower:
Property Address:

| Date | Description | | Amount |
|---|---|---|---|
| 08/27/2007 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,300.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 4,800.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0105246-IN |
| DATE : | Aug 27, 2007 |
| TRUSTEE NO : | 0079838    0171 |

CONTACT:

Page 1 of 1

Loan No: 1001203886                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/27/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | $200.00 |

**PLEASE PAY AMOUNT DUE**.................................  <u>__$200.00__</u>

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,500.00 | $ 350.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 5,000.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0070258
Invoice Date:  8/28/2007

Attention:                                                          7983.20572

Loan No: 1001475430                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/28/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/4/2007 | 10 Day Mailings Sent | | $26.00 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | | $328.00 |
| 8/3/2007 | Date Notice of Sale Mailed | | $29.32 |
| 8/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Assignment Recorded | | $15.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/8/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/23/2007 | Title Cost Endorsement | | $75.00 |
| 8/28/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,387.32 |

PLEASE PAY AMOUNT DUE:      $1,987.32

**Northwest Trustee Services,**
3535 Factoria Blvd. SE,
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0070259
Invoice Date: 8/28/2007

Attention:

7983.21004

Loan No: 1001346758
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 8/28/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/28/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | | $1,167.00 |
| 8/17/2007 | 1 Month Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $1,193.18 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,793.18 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0070343
Invoice Date:  8/28/2007

Attention:                                                              7983.21004

Loan No: 1001346758                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/28/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $9.00 |
| | PLEASE PAY AMOUNT DUE: | $9.00 |

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX  75063

| | |
|---|---|
| INVOICE NO : | 0105323-IN |
| DATE : | Aug 28, 2007 |
| TRUSTEE NO : | 0079838    0175 |

CONTACT:

Page 1 of 1

Loan No: 1001108508

Type:

Borrower:
Property Address:

| 08/28/2007 | Trustee - Monitor Fee/CA | 200.00 |
|---|---|---|
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................**  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,700.00 | $ 3,750.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 8,600.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0070344
Invoice Date:  8/28/2007

Attention:                                                          7983.20348

Loan No: 1000764873                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 8/28/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 2/9/2007 | Date Notice of Default Recorded | $12.00 |
| 2/13/2007 | 10 Day Mailings Sent | $7.33 |
| 2/24/2007 | Date Trustee Sale Guarantee Received | $816.60 |
| 2/27/2007 | 1 Month Mailings Sent | $14.66 |
| | TOTAL EXPENSES: | $850.59 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,450.59 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0070394
Invoice Date:  8/29/2007

Attention:                                                7983.20776

Loan No: 1001532183                          Type: Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|-------:|
| 8/29/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | $10.00 |
| 6/14/2007 | 10 Day Mailings Sent | $28.36 |
| 7/5/2007 | Date Trustee Sale Guarantee Received | $1,042.00 |
| | TOTAL EXPENSES: | $1,080.36 |
| | PLEASE PAY AMOUNT DUE: | $1,680.36 |

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105392-IN |
| DATE : | Aug 29, 2007 |
| TRUSTEE NO : | 0079838    0147 |

CONTACT:                                                                Page 1 of 1

Loan No: 1001462199                               Type:
Borrower:
Property Address:

| | | |
|---|---|---:|
| 08/29/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | TOTAL FEES: | **$200.00** |

PLEASE PAY AMOUNT DUE....................................   **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,700.00 | $ 3,950.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 8,800.00 |

**This is the total outstanding invoices for your client number at this date.**

# Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105393-IN |
| DATE : | Aug 29, 2007 |
| TRUSTEE NO : | 0079838    0197 |

CONTACT:                                                          Page 1 of 1

Loan No: 100|212640          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/29/2007  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................     $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,900.00 | $ 3,950.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 9,000.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

INVOICE NO :    0105469-IN
DATE :    Aug 30, 2007
TRUSTEE NO :    0079832      0261

CONTACT:

Page 1 of 1

Loan No: 1001316268

Type:

Borrower:
Property Address:

| | | |
|---|---|---|
| 08/30/2007   Trustee fee CA/CONV | | 1,000.00 |
| | TOTAL FEES: | **$1,000.00** |

PLEASE PAY AMOUNT DUE.................................    **$1,000.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 91,179.05 | $ 183,929.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 275,108.85 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105467-IN |
| DATE : | Aug 30, 2007 |
| TRUSTEE NO : | 0079838    0207 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001397849                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/30/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | TOTAL FEES: | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,400.00 | $ 4,650.00 | $ 0.00 | $ 0.00 | $ 150.00 | $ 9,200.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0070525
Invoice Date:  8/30/2007

Attention:

7983.20568

Loan No: 1001468262
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/30/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | **$600.00** |
| 5/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 5/22/2007 | 1 Month Mailings Sent | | $21.27 |
| 8/7/2007 | Title Cost Endorsement | | $50.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | | $272.00 |
| 8/8/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Date Notice of Sale Mailed | | $37.05 |
| 8/14/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/14/2007 | Assignment Recorded | | $15.00 |
| 8/14/2007 | Date Notice of Sale Recorded | | $12.00 |
| 8/28/2007 | Title Cost Endorsement | | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | **TOTAL EXPENSES:** | **$1,412.32** |

**PLEASE PAY AMOUNT DUE:**    $2,012.32

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0070521
Invoice Date:  8/30/2007

Attention:                                                          7983.20607

Loan No: 1001180059                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 8/30/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $26.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 5/26/2007 | 1 Month Mailings Sent | $7.09 |
| 8/2/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $37.05 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $357.49 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Assignment Recorded | $9.00 |
| 8/8/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/8/2007 | SOT/Appointment Recorded | $10.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $12.00 |
| | **TOTAL EXPENSES:** | $1,182.63 |

PLEASE PAY AMOUNT DUE:      $1,782.63

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0070526
Invoice Date:  8/30/2007

Attention:                                                                 7983.20620

Loan No: 1000984773                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/30/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/11/2007 | 10 Day Mailings Sent | $13.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $415.00 |
| 8/7/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | $353.99 |
| 8/8/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Date Notice of Sale Mailed | $14.82 |
| 8/10/2007 | SOT/Appointment Recorded | $10.00 |
| 8/10/2007 | Assignment Recorded | $9.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/28/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,044.81 |

**PLEASE PAY AMOUNT DUE:**            $1,644.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0070527
Invoice Date:   8/30/2007

Attention:                                                                 7983.20623

Loan No: 1001421269                          Type: Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/30/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $10.00 |
| 5/12/2007 | 10 Day Mailings Sent | $7.09 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $395.00 |
| 5/31/2007 | 1 Month Mailings Sent | $7.09 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $22.23 |
| 8/8/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/8/2007 | SOT/Appointment Recorded | $10.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 8/8/2007 | Assignment Recorded | $7.00 |
| 8/28/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $12.00 |
| | **TOTAL EXPENSES:** | $992.41 |

PLEASE PAY AMOUNT DUE:          $1,592.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0070524
Invoice Date:  8/30/2007

Attention:

7983.20633

Loan No: 1001350180

Type: `Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 8/30/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $648.60 |
| 5/25/2007 | 1 Month Mailings Sent | $7.09 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $275.00 |
| 8/7/2007 | Title Cost Endorsement | $50.00 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $22.23 |
| 8/10/2007 | SOT/Appointment Recorded | $12.00 |
| 8/10/2007 | Assignment Recorded | $9.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| 8/30/2007 | Assignment Recorded | $15.00 |
| | TOTAL EXPENSES: | $1,226.42 |
| | PLEASE PAY AMOUNT DUE: | $1,826.42 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0070522
4600 Regent Blvd., Suite 200              Invoice Date:  8/30/2007
Irving, TX   75063

Attention:                                          7983.20634

Loan No: 1001424545                  Type:  Non-Jud Foreclosure/CONV
Borrower: ███████████
          ████████████
          ████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/30/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $15.00 |
| 5/9/2007 | 10 Day Mailings Sent | $19.50 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $525.00 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | 1 Month Mailings Sent | $21.27 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Date Notice of Sale Mailed | $44.46 |
| 8/10/2007 | Assignment Recorded | $9.00 |
| 8/10/2007 | SOT/Appointment Recorded | $12.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/28/2007 | Cost - Record Trustee's Deed | $18.00 |
| 8/28/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,223.23 |

PLEASE PAY AMOUNT DUE:   $1,823.23

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0070523
4600 Regent Blvd., Suite 200                        Invoice Date:  8/30/2007
Irving,  TX   75063

Attention:                                                   7983.20639

---

Loan No: 1001270318                    Type:  Non-Jud Foreclosure/ CONV

Borrower:  

---

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/30/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 5/25/2007 | 1 Month Mailings Sent | $7.09 |
| 8/3/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $14.82 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/9/2007 | Assignment Recorded | $15.00 |
| 8/9/2007 | Date Notice of Sale Recorded | $15.00 |
| 8/9/2007 | SOT/Appointment Recorded | $15.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $18.00 |
| | **TOTAL EXPENSES:** | $1,133.41 |

**PLEASE PAY AMOUNT DUE:**      $1,733.41

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0070495
4600 Regent Blvd., Suite 200                        Invoice Date:  8/30/2007
Irving, TX  75063

Attention:                                          7983.20652

Loan No: 1001544999                  Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 8/30/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/4/2007 | Date Notice of Default Recorded | $15.00 |
| 5/9/2007 | 10 Day Mailings Sent | $13.00 |
| 5/10/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 5/25/2007 | SOT/Appointment Recorded | $15.00 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $22.23 |
| 8/9/2007 | Date Notice of Sale Recorded | $15.00 |
| 8/27/2007 | Date Transfer Tax Advanxced | $1,945.65 |
| 8/27/2007 | Cost - Record Trustee's Deed | $18.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $3,233.88 |

PLEASE PAY AMOUNT DUE:        $3,833.88

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105537-IN |
| DATE : | Aug 31, 2007 |
| TRUSTEE NO : | 0079838    0201 |

CONTACT:                                                     Page 1 of 1

Loan No: 1001205856                         Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 08/31/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | **$200.00** |
| | PLEASE PAY AMOUNT DUE................................... | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,800.00 | $ 5,300.00 | $ 150.00 | $ 0.00 | $ 150.00 | $ 9,400.00 |

**This is the total outstanding invoices for your client number at this date.**