# EXHIBIT D

## CERTIFICATION REGARDING FEE APPLICATION

STATE OF Washington : : SS
COUNTY OF King :

TODD HENDRICKS, after being duly sworn according to law, deposes and says:

1. I am an Assistant Vice President of Northwest Trustee Services, Inc. ("NWTS). This Certification is being submitted in support of the *First Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from August 6, 2007 through August 31, 2007* ("Fee Application").

2. I am thoroughly familiar with the services rendered by NWTS to the Debtors as foreclosure professionals for the Debtors in the ordinary course of business.

3. The fees and expenses that are the subject of the Fee Application were earned by NWTS within the period of time covered by the Fee Application.

4. The Fee Application complies in all material respects with the Local Rules, and that no agreement or understanding exists in any form with any person or entity for a division or sharing of the compensation requested by NWTS in the Fee Application.

5. In advancing expenses and/or costs on behalf of the Debtors, NWTS does not make a profit on such services or expenses.

6. In charging for an advanced expense and/or cost, NWTS does not include any amortization of the cost of any investment, equipment, or capital outlay.

7. In seeking reimbursement for an advanced expense and/or cost, which NWTS purchased or contracted from a third party, NWTS requests reimbursement only for the amount billed to NWTS by the third-party vendor and/or paid to such vendor by NWTS.

8. The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

Todd Hendricks, Assistant Vice President
Northwest Trustee Services, Inc.

SWORN TO AND SUBSCRIBED
before me this 12 day of December, 2007

NOTARY PUBLIC

JULIE BOUFFLEUR
STATE OF WASHINGTON
NOTARY — • — PUBLIC
MY COMMISSION EXPIRES 02-23-09

8