# EXHIBIT B

Northwest Trustee Services, Inc.
Period from September 1, 2007 through September 30, 2007

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 1001278912 | 9/4/2007 | FTS0070740 | $600.00 | $1,049.27 | $1,649.27 |
| 1001139933 | 9/4/2007 | 0105648-IN | $200.00 | N/A | $200.00 |
| 1001156208 | 9/4/2007 | 0105647-IN | $300.00 | N/A | $300.00 |
| 1001101787 | 9/5/2007 | 0105738-IN | $100.00 | N/A | $100.00 |
| 1001238546 | 9/7/2007 | 0105902-IN | $200.00 | N/A | $200.00 |
| 1001186667 | 9/6/2007 | FTS0070971 | $725.00 | $898.00 | $1,623.00 |
| 1001214924 | 9/6/2007 | FTS0071076 | $725.00 | $1,483.06 | $2,208.06 |
| 1001254578 | 9/10/2007 | 0105980-IN | $300.00 | N/A | $300.00 |
| 1001529499 | 9/11/2007 | 0106076-IN | $150.00 | N/A | $150.00 |
| 1001348512 | 9/12/2007 | 0106149-IN | $150.00 | N/A | $150.00 |
| 1001411193 | 9/13/2007 | FTS0071603 | $200.00 | $310.06 | $510.06 |
| 1001344130 | 9/13/2007 | FTS0071604 | $675.00 | $2,733.05 | $3,408.05 |
| 1001301532 | 9/13/2007 | FTS0071622 | $675.00 | $1,078.14 | $1,753.14 |
| 1001226473 | 9/13/2007 | FTS0071623 | $675.00 | $1,213.89 | $1,888.89 |
| 1001076714 | 9/13/2007 | 016229-IN | $200.00 | N/A | $200.00 |
| 1001208021 | 9/17/2007 | FTS0071965 | $725.00 | $1,589.99 | $2,314.99 |
| 1000937251 | 9/17/2007 | FTS0071944 | $475.00 | $731.56 | $1,206.56 |
| 1001332615 | 9/18/2007 | FTS0072031 | N/A | $8.00 | $8.00 |
| 1001398544 | 9/18/2007 | FTS0071991 | $725.00 | $1,667.31 | $2,392.31 |
| 1001481062 | 9/18/2007 | FTS0071980 | $600.00 | $1,558.23 | $2,158.23 |
| 1001280564 | 9/19/2007 | 0106493-IN | $150.00 | N/A | $150.00 |
| 1001109889 | 9/19/2007 | FTS0072080 | $500.00 | $1,115.46 | $1,615.46 |
| 1001299929 | 9/19/2007 | FTS0072059 | $600.00 | $695.63 | $1,295.63 |
| 1001675753 | 9/19/2007 | FTS0072058 | $300.00 | $21.00 | $321.00 |
| 1001561429 | 9/19/2007 | FTS0072081 | $300.00 | $21.00 | $321.00 |
| 1001424596 | 9/18/2007 | 0106439-IN | $200.00 | N/A | $200.00 |
| 1000921837 | 9/19/2007 | 0106494-IN | $200.00 | N/A | $200.00 |
| 1001033176 | 9/21/2007 | FTS0072394 | $600.00 | $1,759.90 | $2,359.90 |
| 1000831227 | 9/21/2007 | FTS0072396 | $600.00 | $1,514.14 | $2,114.14 |
| 1001502312 | 9/21/2007 | FTS0072392 | $600.00 | $1,526.96 | $2,126.96 |
| 1000943363 | 9/21/2007 | FTS0072381 | $600.00 | $1,289.03 | $1,889.03 |
| 1001092449 | 9/21/2007 | FTS0072387 | $600.00 | $1,371.82 | $1,971.82 |
| 1001559073 | 9/21/2007 | FTS0072395 | $600.00 | $1,358.51 | $1,958.51 |
| 1000873389 | 9/21/2007 | FTS0072384 | $600.00 | $1,501.19 | $2,101.19 |
| 1001107361 | 9/21/2007 | FTS0072391 | $600.00 | $1,414.91 | $2,014.91 |
| 1001366016 | 9/21/2007 | FTS0072379 | $600.00 | $1,539.50 | $2,139.50 |
| 1000734998 | 9/21/2007 | FTS0072374 | $600.00 | $666.72 | $1,266.72 |
| 1001530118 | 9/24/2007 | FTS0072474 | $600.00 | $894.36 | $1,494.36 |
| 1001008835 | 9/24/2007 | FTS0072471 | $600.00 | $699.18 | $1,299.18 |
| 1000935927 | 9/24/2007 | FTS0072472 | $600.00 | $715.36 | $1,315.36 |
| 1001398544 | 9/25/2007 | FTS0072414 | N/A | $81.00 | $81.00 |
| 1000589372 | 9/25/2007 | FTS0072565 | $600.00 | $518.36 | $1,118.36 |
| 1001357868 | 9/25/2007 | 0106841-IN | $200.00 | N/A | $200.00 |
| 1001078776 | 9/25/2007 | 0106842-IN | $200.00 | N/A | $200.00 |
| 1001102664 | 9/26/2007 | FTS0072639 | $500.00 | $1,358.40 | $1,858.40 |
| 1001214257 | 9/26/2007 | FTS0072662 | $675.00 | $1,601.64 | $2,276.64 |

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 1001303982 | 9/26/2007 | FTS0072641 | $500.00 | $740.45 | $1,240.45 |
| 1001416038 | 9/26/2007 | 0106914-IN | $200.00 | N/A | $200.00 |
| 1001132306 | 9/26/2007 | FTS0072640 | $500.00 | $910.09 | $1,410.09 |
| 1001012243 | 9/26/2007 | FTS0072642 | $600.00 | $818.27 | $1,418.27 |
| 1001416038 | 9/26/2007 | 0106914-IN | $200.00 | N/A | $200.00 |
| 1001366028 | 9/26/2007 | 0106922-IN | $200.00 | N/A | $200.00 |
| 1001500639 | 9/26/2007 | 0106923-IN | $200.00 | N/A | $200.00 |
| 1000795648 | 9/27/2007 | FTS0072715 | $600.00 | $1,000.18 | $1,600.18 |
| 1000942892 | 9/27/2007 | 0106972-IN | $200.00 | N/A | $200.00 |
| 1001097971 | 9/28/2007 | FTS0072882 | $300.00 | $552.27 | $852.27 |
| 1001155073 | 9/28/2007 | FTS0072883 | $600.00 | $511.63 | $1,111.63 |
| 1001207674 | 9/28/2007 | FTS0072884 | $600.00 | $748.18 | $1,348.18 |
| 1001186460 | 9/28/2007 | FTS0072885 | $600.00 | $957.27 | $1,557.27 |
| 1001357084 | 9/28/2007 | FTS0072886 | $600.00 | $652.18 | $1,252.18 |
| 1001097608 | 9/28/2007 | FTS0072887 | $300.00 | $33.27 | $333.27 |
| 1001219212 | 9/28/2007 | 107040 | $200.00 | N/A | $200.00 |
| | | Totals: | $27,025.00 | $42,908.42 | $69,933.42 |

$0.00