# EXHIBIT C

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0070740

4600 Regent Blvd., Suite 200

Invoice Date:  9/4/2007

Irving,  TX   75063

Attention:                                                          7983.21030

Loan No: 1001278912                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 9/4/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/27/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/2/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/6/2007 | Date Trustee Sale Guarantee Received | | $1,007.00 |
| 8/7/2007 | 1 Month Mailings Sent | | $14.18 |
| 9/4/2007 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $1,049.27 |
| | | PLEASE PAY AMOUNT DUE: | $1,649.27 |

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105648-IN |
| DATE : | Sep 04, 2007 |
| TRUSTEE NO : | 0079838      0077 |

CONTACT:

Page 1 of 1

Loan No: 1001139933                              Type:

Borrower:

Property Address:

| | | |
|---|---|---|
| 09/04/2007   Trustee - Monitor Fee/WA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................... **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,000.00 | $ 6,100.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 9,600.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105647-IN |
| DATE : | Sep 04, 2007 |
| TRUSTEE NO : | 0079832     1180 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001156208                          Type:
Borrower: ▮▮▮▮▮▮▮▮▮▮
Property Address: ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

| | | |
|---|---|---|
| 09/04/2007  Foreclosure - trustee fee | | 300.00 |
| | TOTAL FEES: | $300.00 |

**PLEASE PAY AMOUNT DUE.................................** **$300.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 80,152.73 | $ 209,151.04 | $ 7,221.72 | $ 0.00 | $ 0.00 | $ 296,525.49 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

**\*EIN 20-0885049**

| | |
|---|---|
| American Home Mortgage Servici<br>4600 Regent Blvd., Suite 200<br>Irving,  TX   75063 | INVOICE NO :   0105738-IN<br>DATE :   Sep 05, 2007<br>TRUSTEE NO :   0079838     0029 |

CONTACT:                                                                                            Page 1 of 1

Loan No: 1001101787                                    Type:
Borrower: ███████████████
Property Address: ███████████████

███████████████

| | | |
|---|---|---|
| 09/05/2007   Trustee - Monitor Fee/CA | | 100.00 |
| | **TOTAL FEES:** | **$100.00** |

**PLEASE PAY AMOUNT DUE**................................   **$100.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---------|---------|---------|---------|----------|-------------|
| $ 3,100.00 | $ 6,100.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 9,700.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trusted Services, Inc.

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0105902-IN |
| DATE : | Sep 07, 2007 |
| TRUSTEE NO : | 0079838    0191 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001238546                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 09/07/2007  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE................................. $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,300.00 | $ 6,100.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 9,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0070971
Invoice Date:  9/6/2007

Attention:                                                                    7983.20613

Loan No: 1001186667                              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 5/7/2007 | Assignment Prepared | $50.00 |
| 9/6/2007 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | **$725.00** |
| | | |
| 5/9/2007 | Trustee Sale Guarantee Received | $280.00 |
| 5/25/2007 | Notice of Default Recorded | $31.00 |
| 5/25/2007 | Appointment Recorded | $26.00 |
| 5/25/2007 | Assignment Recorded | $26.00 |
| 5/29/2007 | Notice of Sale Mailed (statutory) | $18.00 |
| 5/31/2007 | Courtesy Mailing / NTS | $6.00 |
| 6/2/2007 | Notice of Sale Served | $155.00 |
| 6/28/2007 | Publication Commenced | $330.00 |
| 9/6/2007 | Record Recission of NODES | $26.00 |
| | **TOTAL EXPENSES:** | **$898.00** |

**PLEASE PAY AMOUNT DUE:**     **$1,623.00**

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0071076
Invoice Date:  9/6/2007

Attention:                                                         7983.20721

Loan No: 1001214924                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 6/1/2007 | Assignment Prepared | $50.00 |
| 9/6/2007 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | **$725.00** |
| | | |
| 6/12/2007 | Trustee Sale Guarantee Received | $620.00 |
| 6/18/2007 | Notice of Default Recorded | $26.00 |
| 6/18/2007 | Appointment Recorded | $21.00 |
| 6/18/2007 | Assignment Recorded | $21.00 |
| 6/20/2007 | Notice of Sale Mailed (statutory) | $42.00 |
| 6/22/2007 | Notice of Sale Served | $77.50 |
| 7/3/2007 | Courtesy Mailing / NTS | $12.00 |
| 7/17/2007 | Certified copy of Death Certificate | $32.50 |
| 7/25/2007 | Publication Commenced | $589.06 |
| 7/25/2007 | Record Death Certificate | $21.00 |
| 9/6/2007 | Record Recission of NODES | $21.00 |
| | **TOTAL EXPENSES:** | **$1,483.06** |

PLEASE PAY AMOUNT DUE:    $2,208.06

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

| | |
|---|---|
| INVOICE NO : | 0105980-IN |
| DATE : | Sep 10, 2007 |
| TRUSTEE NO : | 0079832    1317 |

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

CONTACT:                                                                Page 1 of 1

Loan No:    1001254578                         Type:
Borrower: ~~[redacted]~~
Property Address:

| | | |
|---|---|---|
| 09/10/2007  Trustee fee WA/CONV | | 300.00 |
| | TOTAL FEES: | $300.00 |

PLEASE PAY AMOUNT DUE.................................    $300.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 65,025.85 | $ 192,238.45 | $ 40,173.99 | $ 0.00 | $ 0.00 | $ 297,438.29 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0106076-IN |
| DATE : | Sep 11, 2007 |
| TRUSTEE NO : | 0079832      1215 |

CONTACT:                                                                                    Page 1 of 1

Loan No: Loan No.,1001529499                              Type:  Non Jud Forc/CONV
Borrower: ██████████████████
Property Address: ██████████████
████████████████

| | | |
|---|---|---|
| 09/11/2007   Trustee fee OR/CONV | | 150.00 |
| | TOTAL FEES: | $150.00 |

**PLEASE PAY AMOUNT DUE**.................................     **$150.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 65,175.85 | $ 182,505.17 | $ 49,907.27 | $ 0.00 | $ 0.00 | $ 297,588.29 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0106149-IN |
| DATE : | Sep 12, 2007 |
| TRUSTEE NO : | 0079832    1273 |

CONTACT:

Page 1 of 1

Loan No:
Borrower:
Property Address:

Type:

| Date | Description | Amount |
|---|---|---|
| 09/12/2007 | Trustee fee WA/CONV | 150.00 |
| | **TOTAL FEES:** | **$150.00** |

**PLEASE PAY AMOUNT DUE...................................**    **$150.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 65,325.85 | $ 182,505.17 | $ 49,907.27 | $ 0.00 | $ 0.00 | $ 297,738.29 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0071603
4600 Regent Blvd., Suite 200                        Invoice Date:  9/13/2007
Irving,  TX   75063

Attention:                                          7983.20561

Loan No: 1001411193                  Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 6/4/2007 | Assignment Prepared | | $50.00 |
| 9/13/2007 | Trustee Fee | | $200.00 |
| | | TOTAL FEES: | $250.00 |
| | | | |
| 6/12/2007 | Appointment Recorded | | $15.26 |
| 6/12/2007 | Assignment Recorded | | $15.26 |
| 6/14/2007 | Notice of Trustee Sale Posted | | $57.50 |
| 6/15/2007 | Notice of Trustee Sale Mailed (statutory) | | $60.00 |
| 6/15/2007 | Notice of Trustee Sale Recorded | | $38.26 |
| 7/11/2007 | Appointment Recorded | | $15.26 |
| 7/11/2007 | Assignment Recorded | | $15.26 |
| 9/13/2007 | Notice of Discontinuance Recorded | | $43.26 |
| | | TOTAL EXPENSES: | $260.06 |

PLEASE PAY AMOUNT DUE:        $510.06

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0071604

4600 Regent Blvd., Suite 200

Invoice Date:  9/13/2007

Irving,  TX   75063

Attention:                                                                    7983.20576

Loan No: 1001344130                              Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 5/4/2007 | Assignment Prepared | $50.00 |
| 6/12/2007 | Approved Title Clearance Fees | $200.00 |
| 9/13/2007 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $925.00 |
| | | |
| 5/3/2007 | Notice of Default Posted | $57.50 |
| 5/3/2007 | Notice of Default Mailed (statutory) | $24.00 |
| 5/8/2007 | Trustee Sale Guarantee Received | $1,857.35 |
| 5/14/2007 | Appointment Recorded | $12.00 |
| 5/14/2007 | Assignment Recorded | $12.00 |
| 6/13/2007 | Notice of Trustee Sale Posted | $57.50 |
| 6/15/2007 | Notice of Trustee Sale Mailed (statutory) | $72.00 |
| 6/15/2007 | Notice of Trustee Sale Recorded | $35.00 |
| 7/26/2007 | Courtesy Mailing / NTS | $6.00 |
| 8/15/2007 | Publication Commenced | $308.70 |
| 9/13/2007 | Notice of Discontinuance Recorded | $41.00 |
| | TOTAL EXPENSES: | $2,483.05 |

PLEASE PAY AMOUNT DUE:        $3,408.05

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0071622
Invoice Date:  9/13/2007

Attention:

7983.20724

Loan No:  1001301532
Borrower: ▮▮▮▮▮▮▮▮▮▮▮

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 6/5/2007 | Assignment Prepared | $50.00 |
| 9/13/2007 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | $725.00 |

| Date | Item Description | Amount |
|------|-----------------|--------|
| 6/5/2007 | Notice of Default Mailed (statutory) | $24.00 |
| 6/6/2007 | Notice of Default Posted | $57.50 |
| 6/12/2007 | Trustee Sale Guarantee Received | $723.10 |
| 6/19/2007 | Appointment Recorded | $15.26 |
| 6/19/2007 | Assignment Recorded | $15.26 |
| 7/7/2007 | Notice of Trustee Sale Posted | $57.50 |
| 7/9/2007 | Notice of Trustee Sale Mailed (statutory) | $54.00 |
| 7/9/2007 | Notice of Trustee Sale Recorded | $38.26 |
| 9/13/2007 | Notice of Discontinuance Recorded | $43.26 |
| | **TOTAL EXPENSES:** | $1,028.14 |

**PLEASE PAY AMOUNT DUE:**   $1,753.14

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0071623
Invoice Date:  9/13/2007

Attention:                                                      7983.20726

Loan No: 1001226473                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 6/5/2007 | Assignment Prepared | $50.00 |
| 9/13/2007 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 6/5/2007 | Notice of Default Mailed (statutory) | $24.00 |
| 6/6/2007 | Notice of Default Posted | $57.50 |
| 6/7/2007 | Trustee Sale Guarantee Received | $891.89 |
| 6/12/2007 | Appointment Recorded | $13.00 |
| 6/12/2007 | Assignment Recorded | $13.00 |
| 7/10/2007 | Notice of Trustee Sale Posted | $57.50 |
| 7/10/2007 | Notice of Trustee Sale Mailed (statutory) | $30.00 |
| 7/10/2007 | Notice of Trustee Sale Recorded | $36.00 |
| 9/13/2007 | Notice of Discontinuance Recorded | $41.00 |
| | TOTAL EXPENSES: | $1,163.89 |

PLEASE PAY AMOUNT DUE:      $1,888.89

## Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA  98006
### (425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0106229-IN |
| DATE : | Sep 13, 2007 |
| TRUSTEE NO : | 0079838    0146 |

CONTACT:

Page 1 of 1

Loan No: 1001076714                     Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 09/13/2007   Trustee - Monitor Fee/NV | | 200.00 |
| | TOTAL FEES: | $200.00 |
| | PLEASE PAY AMOUNT DUE................................. | $200.00 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,100.00 | $ 6,500.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 10,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0071965
Invoice Date: 9/17/2007

Attention:                                                                7983.20722

Loan No: 1001208021                          Type: Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 6/1/2007 | Assignment Prepared | $50.00 |
| 9/17/2007 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| 6/5/2007 | Trustee Sale Guarantee Received | $680.00 |
| 6/8/2007 | Notice of Default Recorded | $32.00 |
| 6/8/2007 | Appointment Recorded | $27.00 |
| 6/8/2007 | Assignment Recorded | $27.00 |
| 6/11/2007 | Notice of Sale Mailed (statutory) | $42.00 |
| 6/16/2007 | Notice of Sale Served | $150.00 |
| 7/19/2007 | Publication Commenced | $599.99 |
| 9/17/2007 | Record Recission of NODES | $32.00 |
| | TOTAL EXPENSES: | $1,589.99 |

PLEASE PAY AMOUNT DUE:    $2,314.99

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0071944

4600 Regent Blvd., Suite 200

Invoice Date:  9/17/2007

Irving, TX   75063

Attention:                                                                 7983.20944

Loan No: 1000937251                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 7/18/2007 | Assignment Prepared | | $50.00 |
| 9/17/2007 | Trustee Fee - Reset | | $475.00 |
| | | TOTAL FEES: | $525.00 |
| | | | |
| 7/18/2007 | Notice of Default Mailed (statutory) | | $12.00 |
| 7/19/2007 | Notice of Default Posted | | $57.50 |
| 7/23/2007 | Trustee Sale Guarantee Received | | $588.06 |
| 7/23/2007 | Appointment Recorded | | $12.00 |
| 7/23/2007 | Assignment Recorded | | $12.00 |
| | | TOTAL EXPENSES: | $681.56 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,206.56 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0072031

Invoice Date:   9/18/2007

Attention:                                                                          7983.20390

Loan No: 1001332615                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ██████████

██████████

██████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/18/2007 | Notice of Discontinuance Recorded | $8.00 |
| | TOTAL EXPENSES: | $8.00 |
| | PLEASE PAY AMOUNT DUE: | $8.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0071991
Invoice Date:  9/18/2007

Attention:                                                                 7983.20437

Loan No: 1001398544
Borrower: ██████████████
█████████████████████████

Type:  Non-Jud Foreclosure/ FHA

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/18/2007 | Trustee Fee - Reset | $725.00 |
| | **TOTAL FEES:** | $725.00 |
| | | |
| 5/8/2007 | Notice of Default Recorded | $31.00 |
| 5/14/2007 | Notice of Sale Mailed (statutory) | $54.00 |
| 5/16/2007 | Notice of Sale Served | $150.00 |
| 6/13/2007 | Publication Commenced | $745.86 |
| 9/10/2007 | Postponement of Sale Read | $50.00 |
| 9/17/2007 | Sale Completed/Read | $100.00 |
| 9/17/2007 | Cost - Record Trustee's Deed | $31.00 |
| 9/17/2007 | FHA - Policy Conversion Charge | $474.45 |
| 9/17/2007 | Cost - Deed Record to FHA | $31.00 |
| | **TOTAL EXPENSES:** | $1,667.31 |

PLEASE PAY AMOUNT DUE:     $2,392.31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0071980
Invoice Date:  9/18/2007

Attention:                                                          7983.20673

Loan No: 1001481062                    Type: Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/18/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/7/2007 | Date Notice of Default Recorded | $13.00 |
| 5/11/2007 | 10 Day Mailings Sent | $13.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $14.82 |
| 8/24/2007 | Date Notice of Sale Posted | $120.00 |
| 8/27/2007 | Date Publication Commenced (1st Pub) | $480.41 |
| 8/29/2007 | Date Notice of Sale Recorded | $13.00 |
| 8/29/2007 | Assignment Recorded | $13.00 |
| 8/29/2007 | SOT/Appointment Recorded | $13.00 |
| 9/17/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,558.23 |

PLEASE PAY AMOUNT DUE:       $2,158.23

Page 1

### Northwest Trustee Services, Inc.

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0106493-IN |
| DATE : | Sep 19, 2007 |
| TRUSTEE NO : | 0079832     0968 |

CONTACT:                                                                        Page 1 of 1

Loan No: 1001280564                          Type:
Borrower
Property Address

| | | |
|---|---|---|
| 09/19/2007  Foreclosure - trustee fee | | 150.00 |
| | TOTAL FEES: | $150.00 |

PLEASE PAY AMOUNT DUE.................................   $150.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 58,777.27 | $ 115,931.75 | $ 16,925.08 | $ 0.00 | $ 0.00 | $ 191,634.10 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:  FTS0072080
Invoice Date:  9/19/2007

Attention:                                                  7983.20533

Loan No: 1001109889                     Type: Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 9/19/2007 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| | | |
| 4/11/2007 | Date Notice of Default Recorded | $12.00 |
| 4/17/2007 | 10 Day Mailings Sent | $26.00 |
| 5/4/2007 | Date Trustee Sale Guarantee Received | $404.00 |
| 5/8/2007 | 1 Month Mailings Sent | $26.00 |
| 7/12/2007 | Title Cost Endorsement | $50.00 |
| 7/12/2007 | Date Notice of Sale Posted | $120.00 |
| 7/12/2007 | Date Notice of Sale Mailed | $44.46 |
| 7/16/2007 | SOT/Appointment Recorded | $12.00 |
| 7/16/2007 | Assignment Recorded | $9.00 |
| 7/16/2007 | Date Notice of Sale Recorded | $9.00 |
| 7/18/2007 | Date Publication Commenced (1st Pub) | $328.00 |
| 8/8/2007 | Title Cost Endorsement | $25.00 |
| 9/5/2007 | Title Cost Endorsement | $25.00 |
| 9/12/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,115.46 |

**PLEASE PAY AMOUNT DUE:**    $1,615.46

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0072059

Invoice Date:  9/19/2007

Attention:                                                                          7983.20835

Loan No: 1001299929                          Type:  Non-Jud Foreclosure/CONV

Borrower:  

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/19/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/27/2007 | Date Notice of Default Recorded | $12.00 |
| 6/30/2007 | 10 Day Mailings Sent | $14.18 |
| 7/3/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 7/4/2007 | 1 Month Mailings Sent | $35.45 |
| 9/19/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $695.63 |

PLEASE PAY AMOUNT DUE:       $1,295.63

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0072058

Invoice Date:  9/19/2007

Attention:                                                                 7983.21183

Loan No: 1001675753                          Type: `Non-Jud Foreclosure/ CONV

Borrower: ████████████

███████████████

██████████████

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 9/19/2007 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $21.00 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $321.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0072081
Invoice Date:  9/19/2007

Attention:                                                    7983.21199

Loan No: 1001561429                          Type: 'Non-Jud Foreclosure/ CONV
Borrower: ███████████████████
          ██████████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 9/19/2007 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $21.00 |
| | | PLEASE PAY AMOUNT DUE: | $321.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072394
Invoice Date:  9/21/2007

Attention:                                                            7983.20583

Loan No: 1001033176                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 9/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | $9.00 |
| 5/7/2007 | 10 Day Mailings Sent | $6.50 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | $1,079.00 |
| 5/24/2007 | 1 Month Mailings Sent | $14.18 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | Date Notice of Sale Mailed | $22.23 |
| 8/9/2007 | Assignment Recorded | $6.00 |
| 8/9/2007 | SOT/Appointment Recorded | $9.00 |
| 8/9/2007 | Date Notice of Sale Recorded | $6.00 |
| 8/10/2007 | Date Notice of Sale Posted | $120.00 |
| 8/10/2007 | Date Publication Commenced (1st Pub) | $372.99 |
| 9/5/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Title Cost Endorsement | $25.00 |
| 9/21/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,759.90 |
| | **PLEASE PAY AMOUNT DUE:** | $2,359.90 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0072396
Invoice Date:  9/21/2007

Attention:                                                  7983.20619

Loan No: 1000831227
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 9/21/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/11/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | | $610.00 |
| 5/26/2007 | 1 Month Mailings Sent | | $14.18 |
| 8/17/2007 | Publication Endorsement Received | | $50.00 |
| 8/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/22/2007 | Date Notice of Sale Mailed | | $22.23 |
| 8/23/2007 | Date Publication Commenced (1st Pub) | | $588.23 |
| 8/27/2007 | Assignment Recorded | | $9.00 |
| 8/27/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/27/2007 | SOT/Appointment Recorded | | $10.00 |
| 9/12/2007 | Sale Endorsement Received | | $25.00 |
| 9/19/2007 | Title Cost Endorsement | | $25.00 |
| 9/21/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,514.14 |

PLEASE PAY AMOUNT DUE:     $2,114.14

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072392
Invoice Date: 9/21/2007

Attention:                                                              7983.20640

Loan No: 1001502312                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 9/21/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/29/2007 | Date Trustee Sale Guarantee Received | $652.20 |
| 8/7/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | 1 Month Mailings Sent | $49.63 |
| 8/8/2007 | Date Notice of Sale Mailed | $59.28 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | $507.35 |
| 8/9/2007 | Date Notice of Sale Posted | $120.00 |
| 8/10/2007 | Assignment Recorded | $9.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/10/2007 | SOT/Appointment Recorded | $12.00 |
| 9/19/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,526.96 |

PLEASE PAY AMOUNT DUE:     $2,126.96

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0072381
Invoice Date:  9/21/2007

Attention:                                                              7983.20662

Loan No: 1000943363
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 9/21/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $10.00 |
| 5/9/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | | $455.00 |
| 5/23/2007 | 1 Month Mailings Sent | | $21.27 |
| 8/4/2007 | Title Cost Endorsement | | $50.00 |
| 8/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | | $59.28 |
| 8/8/2007 | Assignment Recorded | | $7.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | | $471.48 |
| 8/8/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/28/2007 | Title Cost Endorsement | | $25.00 |
| 9/19/2007 | Title Cost Endorsement | | $25.00 |
| 9/21/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,289.03 |

PLEASE PAY AMOUNT DUE:        $1,889.03

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0072387
Invoice Date:  9/21/2007

Attention:                                                          7983.20677

Loan No: 1001092449                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| | | |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $13.00 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $596.00 |
| 5/25/2007 | 1 Month Mailings Sent | $14.18 |
| 8/21/2007 | Title Cost Endorsement | $50.00 |
| 8/22/2007 | Date Publication Commenced (1st Pub) | $440.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $29.64 |
| 8/23/2007 | Date Notice of Sale Posted | $120.00 |
| 8/27/2007 | SOT/Appointment Recorded | $10.00 |
| 8/27/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/27/2007 | Assignment Recorded | $15.00 |
| 9/12/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Title Cost Endorsement | $25.00 |
| 9/21/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | **$1,371.82** |

**PLEASE PAY AMOUNT DUE:**        **$1,971.82**