**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072395
Invoice Date:  9/21/2007

Attention:                                                          7983.20679

Loan No: 1001559073                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $732.60 |
| 5/25/2007 | 1 Month Mailings Sent | $28.36 |
| 8/20/2007 | Title Cost Endorsement | $50.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $37.05 |
| 8/23/2007 | Date Publication Commenced (1st Pub) | $277.00 |
| 8/23/2007 | Date Notice of Sale Posted | $120.00 |
| 8/27/2007 | SOT/Appointment Recorded | $12.00 |
| 8/27/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/27/2007 | Assignment Recorded | $9.00 |
| 9/12/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,358.51 |

**PLEASE PAY AMOUNT DUE:**    $1,958.51

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0072384
Invoice Date:  9/21/2007

Attention:                                                                7983.20682

Loan No: 1000873389                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/10/2007 | 10 Day Mailings Sent | $19.50 |
| 5/30/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 5/31/2007 | 1 Month Mailings Sent | $28.36 |
| 8/21/2007 | Title Cost Endorsement | $50.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $44.46 |
| 8/23/2007 | Date Notice of Sale Posted | $120.00 |
| 8/23/2007 | Date Publication Commenced (1st Pub) | $392.87 |
| 8/28/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/28/2007 | SOT/Appointment Recorded | $10.00 |
| 8/28/2007 | Assignment Recorded | $12.00 |
| 9/19/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | **$1,501.19** |

**PLEASE PAY AMOUNT DUE:**          $2,101.19

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072391
Invoice Date:  9/21/2007

Attention:                                                                 7983.20685

Loan No: 1001107361                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/7/2007 | Date Notice of Default Recorded | $9.00 |
| 5/10/2007 | 10 Day Mailings Sent | $13.00 |
| 5/30/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 5/31/2007 | 1 Month Mailings Sent | $7.09 |
| 8/20/2007 | Title Cost Endorsement | $50.00 |
| 8/22/2007 | Date Notice of Sale Posted | $120.00 |
| 8/22/2007 | Date Publication Commenced (1st Pub) | $375.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $14.82 |
| 8/24/2007 | Date Notice of Sale Recorded | $6.00 |
| 8/24/2007 | Assignment Recorded | $6.00 |
| 8/24/2007 | SOT/Appointment Recorded | $9.00 |
| 9/19/2007 | Title Cost Endorsement | $25.00 |
| 9/21/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,414.91 |

PLEASE PAY AMOUNT DUE:        $2,014.91

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

\*EIN 20-0885049

|  |  |
|---|---|
| American Home Mortgage Servici | INVOICE NO :   0106439-IN |
| 4600 Regent Blvd., Suite 200 | DATE :   Sep 18, 2007 |
| Irving,  TX   75063 | TRUSTEE NO :   0079838    0185 |

CONTACT:                                                                        Page 1 of l

Loan No: 1001424596                          Type:
Borrower: ▉▉▉▉▉▉▉▉▉
Property Address: ▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉

| Date | Description | Amount |
|---|---|---|
| 09/18/2007 | Trustee - Monitor Fee/CA | 200.00 |
|  | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,100.00 | $ 3,300.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 6,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0072379
Invoice Date: 9/21/2007

Attention:                                                      7983.20701

Loan No: 1001366016                      Type: Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/21/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/16/2007 | Date Notice of Default Recorded | $13.00 |
| 5/18/2007 | 10 Day Mailings Sent | $14.18 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 5/26/2007 | 1 Month Mailings Sent | $21.27 |
| 8/16/2007 | Publication Endorsement Received | $50.00 |
| 8/22/2007 | Date Notice of Sale Posted | $120.00 |
| 8/22/2007 | Date Publication Commenced (1st Pub) | $420.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $37.05 |
| 8/28/2007 | Assignment Recorded | $15.00 |
| 8/28/2007 | SOT/Appointment Recorded | $11.00 |
| 8/28/2007 | Date Notice of Sale Recorded | $8.00 |
| 9/11/2007 | Sale Endorsement Received | $25.00 |
| 9/20/2007 | Title Cost Endorsement | $25.00 |
| 9/21/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,539.50 |

**PLEASE PAY AMOUNT DUE:**     $2,139.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072374
Invoice Date:  9/21/2007

Attention:                                                                    7983.20771

Loan No: 1000734998                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████
███████████████
███████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 9/21/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | | $10.00 |
| 6/13/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $49.63 |
| 6/30/2007 | 1 Month Mailings Sent | | $7.09 |
| | | **TOTAL EXPENSES:** | $666.72 |
| | | **PLEASE PAY AMOUNT DUE:** | $1,266.72 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0072474
4600 Regent Blvd., Suite 200                         Invoice Date:  9/24/2007
Irving,  TX   75063

Attention:                                                      7983.21339

Loan No:  1001530118                       Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/24/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $28.36 |
| 9/24/2007 | Recission Recording | $9.00 |
| 9/24/2007 | Date Trustee Sale Guarantee Received | $845.00 |
| | **TOTAL EXPENSES:** | $894.36 |
| | **PLEASE PAY AMOUNT DUE:** | $1,494.36 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0072471

Invoice Date:  9/24/2007

Attention:                                                                            7983.21351

Loan No:  1001008835                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/24/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/24/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| | TOTAL EXPENSES: | $699.18 |
| | PLEASE PAY AMOUNT DUE: | $1,299.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0072472
4600 Regent Blvd., Suite 200              Invoice Date: 9/24/2007
Irving, TX  75063

Attention:                                          7983.21384

Loan No: 1000935927                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/24/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $28.36 |
| 9/24/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| | TOTAL EXPENSES: | $715.36 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,315.36 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0072514
Invoice Date:  9/25/2007

Attention:                                                7983.20437

Loan No: 1001398544                    Type:  Non-Jud Foreclosure/FHA
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/21/2007 | Affidavits Package Recorded | $81.00 |
| | TOTAL EXPENSES: | $81.00 |
| | PLEASE PAY AMOUNT DUE: | $81.00 |

Page 1

**Northwest Trustee Services,**
3535 Factoria Blvd. SE,
Bellevue, Washington  98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072565
Invoice Date: 9/25/2007

Attention:

7983.21410

Loan No: 1000589372

Type:  Non-Jud Foreclosure/ CONV

Borrower: ███████████████

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 9/25/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $28.36 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| | | TOTAL EXPENSES: | $518.36 |

PLEASE PAY AMOUNT DUE:     $1,118.36

Page 1

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

| | |
|---|---|
| American Home Mortgage Servici<br>4600 Regent Blvd., Suite 200<br>Irving,  TX   75063 | INVOICE NO :    0106841-IN<br>DATE :    Sep 25, 2007<br>TRUSTEE NO :    0079838     0225 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001357868                              Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 09/25/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,700.00 | $ 4,100.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 7,300.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

| | |
|---|---|
| American Home Mortgage Servici | INVOICE NO :  0106842-IN |
| 4600 Regent Blvd., Suite 200 | DATE :  Sep 25, 2007 |
| Irving,  TX   75063 | TRUSTEE NO :  0079838    0224 |

---

CONTACT:                                                                 Page 1 of 1

---

Loan No: 1001078776                              Type:
Borrower: ▮▮▮▮▮▮▮
Property Address: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

---

| 09/25/2007   Trustee - Monitor Fee/CA | 200.00 |
|---|---|
| **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**..................................   **$200.00**

---

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,900.00 | $ 4,100.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 7,500.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0072639
Invoice Date:  9/26/2007

Attention:                                                            7983.20605

Loan No: 1001102664                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/26/2007 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| | | |
| 5/3/2007 | Date Notice of Default Recorded | $9.00 |
| 5/7/2007 | 10 Day Mailings Sent | $6.50 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | $707.00 |
| 5/22/2007 | 1 Month Mailings Sent | $7.09 |
| 8/3/2007 | Title Cost Endorsement | $50.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $14.82 |
| 8/8/2007 | Assignment Recorded | $6.00 |
| 8/8/2007 | SOT/Appointment Recorded | $9.00 |
| 8/8/2007 | Date Notice of Sale Recorded | $6.00 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | $372.99 |
| 8/29/2007 | Title Cost Endorsement | $25.00 |
| 9/26/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,358.40 |

**PLEASE PAY AMOUNT DUE:**     $1,858.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0072662
Invoice Date: 9/26/2007

Attention:                                                                                      7983.20692

Loan No: 1001214257                                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 5/14/2007 | Assignment Prepared | $50.00 |
| 9/26/2007 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | $725.00 |
| 5/9/2007 | Trustee Sale Guarantee Received | $713.00 |
| 5/24/2007 | Notice of Default Recorded | $32.00 |
| 5/24/2007 | Appointment Recorded | $27.00 |
| 5/24/2007 | Assignment Recorded | $22.00 |
| 5/28/2007 | Notice of Sale Served | $77.50 |
| 5/29/2007 | Notice of Sale Mailed (statutory) | $24.00 |
| 6/28/2007 | Publication Commenced | $556.14 |
| 9/26/2007 | Postponement of Sale Read | $100.00 |
| | **TOTAL EXPENSES:** | $1,551.64 |

PLEASE PAY AMOUNT DUE:    $2,276.64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0072641

4600 Regent Blvd., Suite 200

Invoice Date: 9/26/2007

Irving, TX  75063

Attention:                                                                 7983.20707

Loan No: 1001303982                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████████

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 9/26/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 5/24/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/26/2007 | 10 Day Mailings Sent | | $21.27 |
| 6/14/2007 | Date Trustee Sale Guarantee Received | | $693.00 |
| 6/15/2007 | 1 Month Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $740.45 |
| | | PLEASE PAY AMOUNT DUE: | $1,240.45 |

Page 1

### Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0106914-IN |
| DATE : | Sep 26, 2007 |
| TRUSTEE NO : | 0079838    0206 |

CONTACT:                                                                                          Page 1 of 1

Loan No: 1001416038                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 09/26/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,700.00 | $ 4,500.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 7,700.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0072640
Invoice Date:  9/26/2007

Attention:                                                    7983.21176

Loan No:  1001132306                    Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/26/2007 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 9/17/2007 | Date Trustee Sale Guarantee Received | $881.00 |
| 9/17/2007 | Date Notice of Default Recorded | $10.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 9/26/2007 | Recission Recording | $12.00 |
| | TOTAL EXPENSES: | $910.09 |

PLEASE PAY AMOUNT DUE:    $1,410.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0072642
Invoice Date: 9/26/2007

Attention:                                                                7983.21399

Loan No:  1001012243
Borrower: ▓▓▓▓▓

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/26/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/19/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 9/25/2007 | 10 Day Mailings Sent | $21.27 |
| | TOTAL EXPENSES: | $818.27 |

PLEASE PAY AMOUNT DUE:      $1,418.27

Page 1

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0106914-IN |
| DATE : | Sep 26, 2007 |
| TRUSTEE NO : | 0079838    0206 |

CONTACT:                                                                                          Page 1 of 1

Loan No: 1001416038                          Type:
Borrower:
Property Address:

| Date | Description | Amount |
|---|---|---|
| 09/26/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................  $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,700.00 | $ 4,500.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 7,700.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

\*EIN 20-0885049

|  |  |  |
|---|---|---|
| American Home Mortgage Servici | INVOICE NO : | 0106922-IN |
| 4600 Regent Blvd., Suite 200 | DATE : | Sep 26, 2007 |
| Irving,  TX   75063 | TRUSTEE NO : | 0079838     0192 |

| CONTACT: | Page 1 of 1 |
|---|---|

Loan No: 1001366028                          Type:
Borrower: ███████████
Property Address: ███████████
███████████

| 09/26/2007   Trustee – Monitor Fee/CA | 200.00 |
|---|---|
| TOTAL FEES: | **$200.00** |

**PLEASE PAY AMOUNT DUE**...................................   **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,100.00 | $ 4,500.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 8,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0106923-IN |
| DATE : | Sep 26, 2007 |
| TRUSTEE NO : | 0079838      0220 |

CONTACT:                                                                                                     Page 1 of 1

Loan No: 1001500639                                               Type:
Borrower: ▓▓▓▓▓▓▓▓
Property Address: ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| 09/26/2007   Trustee – Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,100.00 | $ 4,500.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 8,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0072715

Invoice Date:  9/27/2007

Attention:                                                                                7983.20989

Loan No: 1000795648                              Type:  Non-Jud Foreclosure/ CONV

Borrower: ▮▮▮▮▮▮▮▮▮

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 9/27/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/25/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/29/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/18/2007 | 1 Month Mailings Sent | | $7.09 |
| 8/28/2007 | Date Trustee Sale Guarantee Received | | $971.00 |
| | | TOTAL EXPENSES: | $1,000.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,600.18 |

Page 1

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

| | |
|---|---|
| | INVOICE NO :   0106972-IN |
| American Home Mortgage Servici | DATE :   Sep 27, 2007 |
| 4600 Regent Blvd., Suite 200 | TRUSTEE NO :   0079838    0101 |
| Irving,  TX  75063 | |

CONTACT:                                            Page 1 of 1

Loan No: 1000942892                  Type:
Borrower: ▓▓▓▓▓▓▓▓▓▓
Property Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓

| | | | |
|---|---|---|---|
| 09/27/2007 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**..................................   **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,100.00 | $ 4,700.00 | $ 350.00 | $ 0.00 | $ 150.00 | $ 8,300.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0072882
Invoice Date:  9/28/2007

Attention:                                                         7983.20659

Loan No: 1001097971
Borrower:                                     Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 9/28/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 5/7/2007 | Date Notice of Default Recorded | $11.00 |
| 5/9/2007 | 10 Day Mailings Sent | $13.00 |
| 5/30/2007 | Date Trustee Sale Guarantee Received | $473.00 |
| 5/31/2007 | 1 Month Mailings Sent | $21.27 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $25.00 |
| 9/28/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $552.27 |

PLEASE PAY AMOUNT DUE:          $852.27

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0072883
Invoice Date:  9/28/2007

Attention:                                                      7983.20744

Loan No: 1001155073                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 9/28/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/7/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/13/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $21.27 |
| 6/15/2007 | 1 Month Mailings Sent | | $28.36 |
| | | TOTAL EXPENSES: | $511.63 |
| | | PLEASE PAY AMOUNT DUE: | $1,111.63 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0072884
Invoice Date:  9/28/2007

Attention:                                                7983.20765

Loan No: 1001207674                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 9/28/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 6/7/2007 | Date Notice of Default Recorded | | $9.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $14.18 |
| 6/29/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| | | **TOTAL EXPENSES:** | $748.18 |
| | | **PLEASE PAY AMOUNT DUE:** | $1,348.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0072885
Invoice Date:  9/28/2007

Attention:                                                           7983.21337

Loan No: 1001186460
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 9/28/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/17/2007 | Date Trustee Sale Guarantee Received | | $917.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/28/2007 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $957.27 |
| | | PLEASE PAY AMOUNT DUE: | $1,557.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:   FTS0072886
4600 Regent Blvd., Suite 200                        Invoice Date:  9/28/2007
Irving, TX   75063

Attention:                                                      7983.21423

Loan No: 1001357084                       Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 9/28/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/18/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $14.18 |
| | | **TOTAL EXPENSES:** | $652.18 |
| | | **PLEASE PAY AMOUNT DUE:** | $1,252.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0072887
Invoice Date:  9/28/2007

Attention:                                                                     7983.21429

Loan No: 1001097608                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/28/2007 | Trustee Fee | $300.00 |
| | **TOTAL FEES:** | $300.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $21.27 |
| | **TOTAL EXPENSES:** | $33.27 |
| | | |
| | **PLEASE PAY AMOUNT DUE:** | $333.27 |

# Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA 98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0107040-IN |
| DATE : | Sep 28, 2007 |
| TRUSTEE NO : | 0079838    0173 |

CONTACT:                                                                          Page 1 of 1

| | | |
|---|---|---|
| Loan No: 1001219212 | Type: | |
| Borrower: | | |
| Property Address: | | |

| | | |
|---|---|---|
| 09/28/2007  Trustee - Monitor Fee/NV | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,900.00 | $ 4,900.00 | $ 550.00 | $ 0.00 | $ 150.00 | $ 8,500.00 |

**This is the total outstanding invoices for your client number at this date.**