**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: January 3, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: To Be Determined** |

**THIRD INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE**
**SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE**
**PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD**
**FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | Northwest Trustee Services, Inc. |
| Authorized to Provide Professional Services to: | American Home Mortgage Corporation, a Delaware corporation, *et al.* |
| Date of Retention: | *nunc pro tunc* August 6, 2007 |
| Period for which compensation and reimbursement is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $64,217.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $131,663.45 |

This is an: **X** interim ____ final application

This is Northwest Trustee Services, Inc.'s third interim monthly application.

**Previous Applications:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 12/14/07 | 8/6/07 to 8/31/07 | $26,775.00 | $50,166.02 | *Pending* | *Pending* |
| 12/14/07 | 9/1/07 to 9/30/07 | $27,025.00 | $41,425.36 | *Pending* | *Pending* |

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, | : Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : **Objection Deadline: January 3, 2008 at 4:00 p.m.** |
| | : **Hearing Date:  To Be Determined** |

**THIRD INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE
SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE
PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

Northwest Trustee Services, Inc. ("NWTS"), a "foreclosure professional" retained in the above-captioned case by the above-captioned debtors ("Debtors"), hereby submits this first interim monthly application ("Application") for allowance of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for foreclosure services performed and expenses incurred on behalf of the Debtors during the period commencing October 1, 2007, through and including October 31, 2007 ("Application Period").   In support of its Application, NWTS respectfully represents as follows:

### Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### Background

2.      On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of the Bankruptcy Code.

3.      NWTS has extensive experience in handling and prosecuting nonjudicial deed of trust foreclosures and monitoring senior lien foreclosures for mortgage servicing

2

companies ("Foreclosure Services").  Prior to the Petition Date, NWTS provided such

Foreclosure Services to the Debtors, primarily in connection with the Debtors'

mortgaging services business in California, Nevada, Washington, Oregon and Idaho.  The

Foreclosure Services were and are provided to the Debtors on a flat fee (plus expenses)

basis that is not earned until the successful conclusion of a foreclosure matter.[1]  The flat

fee charged by NWTS to the Debtors varies by the services performed:

    a.    <u>Nonjudicial Foreclosure</u>:  NWTS charges a flat fee of $600 to $800 for handling the Debtors' foreclosures, depending upon the state, the loan type and circumstances, plus costs.  The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise and must be addressed; and

    b.    <u>Senior Lien Monitor Fee</u>:  NWTS charges a flat fee of $200 to $500.

Additionally, nonjudicial foreclosure costs and expenses ("Foreclosure Costs")

actually incurred by NWTS were and are reimbursed by the Debtors upon the conclusion

of a foreclosure matter.   NWTS advances monies to pay for services that, under

applicable state law, must be performed to insure that the foreclosure will be deemed

valid.  The bulk of these costs relate to the following:

    a.    <u>Foreclosure Title Report</u>:  The cost of the foreclosure title report varies by county and state, but is usually between $700 and $3,000.  This cost is based upon the outstanding principal balance of the loan being foreclosed upon.  This report, together with the cost of publishing foreclosure notices, is a substantial cost in the foreclosure process.

    b.    <u>Mailing Costs</u>:  Mailing costs range from $100 and $300 per foreclosure, assuming, there are no more than ten interested parties to whom mailing is required and a complete, untruncated foreclosure.

[1] A foreclosure matter concludes when, for example, there has been a sale of the property, reinstatement of the loan or other resolution. A foreclosure matter can also, but not always, be deemed concluded if the borrower and lender have entered into a workout or the borrower has filed bankruptcy.  If the foreclosure is "not successful," only expenses actually incurred are charged, but no expenses are discounted or refunded.

    c.    <u>Recording Costs</u>:  The cost of recording documents such as successor trustee appointments, deed of trust assignments, foreclosure notices and trustee deeds varies by state or county and by the number of pages to be recorded.

    d.    <u>Posting of Notices/Process Service</u>:  The frequency and cost of this service varies by state, but is usually between $70 and $140 per posting.

    e.    <u>Publication of Foreclosure Notices</u>:  The cost of this service is usually between $350 and $1,800 per file.  This requires publication of foreclosure notices in legally qualified newspapers. The costs of publication vary by newspaper, frequency of publication and length of notice.

Each of the foregoing Foreclosure Costs is charged to the Debtors by NWTS upon completion of the foreclosure matter.  Further, with the exception of mailing costs,[2] all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.

    4.    All of the fees and Foreclosure Costs are billed by NTWTS to Debtors are included among the foreclosure costs recaptured by the Debtors at the conclusion of each foreclosure.  Accordingly, the Debtors are directly reimbursed from the proceeds of a successful foreclosure matter for NWTS' fees and expenses.

<b>Compensation and Payment Requested</b>

    5.    On September 12, 2007, this Court approved the Debtors' retention of NWTS, effective as of the Petition Date, as a foreclosure professional for the purposes of providing the Foreclosure Services to the Debtors.  A copy of the order authorizing the Debtors' retention of NWTS as a foreclosure professional to the Debtors is attached hereto as <u>Exhibit A</u>.

    6.    During the Application Period, NWTS earned fees in the amount of $64,217.50 with respect to Foreclosure Services performed for the Debtors and advanced Foreclosure Costs on behalf of the Debtors in the amount of $131,663.45 pursuant to sections 330 and 331 of the Bankruptcy Code.  A summary of the fees and Foreclosure

---

[2] NWTS is required to pay mailing costs within thirty days of monthly invoice by the third party mailing vendor.

Costs charged by NWTS to the Debtors during the Application Period is attached hereto as <u>Exhibit B</u>. Copies of NWTS' invoices to the Debtors for such fees and Foreclosure Costs are attached hereto as <u>Exhibit C</u>.

7.    In accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections331 and 105(a) of the Bankruptcy Code* [Docket No. 547] ("Administrative Order"), NWTS seeks payment from the Debtors in the amount of **$183,037.45** for Foreclosure Services rendered to the Debtors during the Application Period, which amount consists of 80% of the fees earned by NWTS during the Application Period (i.e., $51,374.00) and 100% of Foreclosure Costs incurred by NWTS on the Debtors' behalf during the Application Period (i.e., $183,037.45).

8.    All of the fees and Foreclosure Costs for which compensation and reimbursement are requested by NWTS in this Application were incurred for and on behalf of the Debtors at the request of the Debtors. All fees and Foreclosure Costs were both reasonable and necessary under the circumstances. Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, NWTS submits that the compensation requested herein is for actual and necessary services and Foreclosure Costs, and is reasonable, based upon the nature, extent, and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code. None of the fees and Foreclosure Costs relate to the $92,847.67 of prepetition services and fees waived by NWTS as set forth in the *Supplemental Affidavit of Todd Hendricks in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 671].

### Certification

9.    NWTS' certification with respect to this Application is attached hereto as <u>Exhibit D</u>.

WHEREFORE, NWTS requests payment from the Debtors in the amount of $183,037.45 from the Debtors, which represents (a) 80% of the fees earned by NWTS during the Application Period for Foreclosure Services provided to the Debtors, (b) 100% of the Foreclosure Costs due to NWTS during the Application Period for Foreclosure Services provided to the Debtors, net the Trust Fund Account and (ii) approval to apply the Trust Fund Amount to reduce the amount that the Debtors must actually pay to NWTS in connection with this Application.

Dated: December 1**, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

6