# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    :    Jointly Administered
            Debtors.                                :
                                                    :    Ref. Docket No. _____
---------------------------------------------------------------- x

## ORDER PURSUANT TO SECTION 327
## OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
## APPROVING THE RETENTION AND EMPLOYMENT OF
## NORTHWEST TRUSTEE SERVICES, INC. AS FORECLOSURE PROFESSIONALS
## FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the application (the "Application")[2] of the Debtors for

entry of an order pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule 2014

approving the retention and employment of Northwest Trustee as foreclosure professionals for

the Debtors, effective *nunc pro tunc* to the Petition Date; and the Court having reviewed the

Application and all of the pleadings related thereto, including the Hendricks Affidavit, and heard

the statements of counsel at the hearing on the Application (the "Hearing"); and the Court

finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of Application

and the Hearing was sufficient under the circumstances and no other or further notice need be

given; (d) Northwest Trustee is a "disinterested person" as that term is defined term is defined by

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]     Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

066585.1001   #713.
9/12/07

section 101(14) of the Bankruptcy Code; and (e) Northwest Trustee's retention and employment

is necessary and is in the best interests of the Debtors, their estates and their creditors; and after

due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted to the extent set forth herein; and it is

further

ORDERED that pursuant to section 327(a) of the Bankruptcy Code and

Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Northwest Trustee as

their foreclosure professionals pursuant to the terms set forth in the Application and the

Hendricks Affidavit, as supplemented, effective, *nunc pro tunc* to the Petition Date; and it is

further

ORDERED that Northwest Trustee shall be deemed to have waived any and all

prepetition amounts owed to them by the Debtors; and it is further

ORDERED that Northwest Trustee shall be entitled to allowance of compensation

and reimbursement of expenses, upon the filing and approval of interim and final applications

pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders

as this Court may direct; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
September /2, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

DB02:6184878.6                                                                                  066585.1001