# EXHIBIT B

Northwest Trustee Services, Inc.
Period from October 1, 2007 through October 31, 2007

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Costs | Billed |
|---|---|---|---|---|---|
| 1001124581 | 10/2/2007 | 0107204-IN | $200.00 | N/A | $200.00 |
| 1000868526 | 10/3/2007 | FTS0073222 | $100.00 | $40.00 | $140.00 |
| 1001529162 | 10/3/2007 | FTS0073094 | $600.00 | $1,161.27 | $1,761.27 |
| 1001048894 | 10/3/2007 | FTS0073063 | $600.00 | $1,230.82 | $1,830.82 |
| 1000772822 | 10/3/2007 | FTS0073095 | $600.00 | $1,512.20 | $2,112.20 |
| 1001156346 | 10/3/2007 | FTS0073097 | $600.00 | $1,877.45 | $2,477.45 |
| 1001219998 | 10/3/2007 | FTS0073064 | $600.00 | $866.27 | $1,466.27 |
| 1001147568 | 10/3/2007 | FTS0073066 | $600.00 | $899.45 | $1,499.45 |
| 1001161499 | 10/3/2007 | FTS0073098 | $500.00 | $798.27 | $1,298.27 |
| 1000954174 | 10/3/2007 | FTS0073099 | $500.00 | $925.18 | $1,425.18 |
| 1000571430 | 10/3/2007 | FTS0073100 | $500.00 | $590.45 | $1,090.45 |
| 1000783239 | 10/3/2007 | FTS0073101 | $600.00 | $1,908.17 | $2,508.17 |
| 1001405218 | 10/3/2007 | FTS0073102 | $500.00 | $818.27 | $1,318.27 |
| 1001423584 | 10/3/2007 | FTS0073096 | $500.00 | $724.36 | $1,224.36 |
| 1001018120 | 10/3/2007 | FTS0073103 | $500.00 | $754.54 | $1,254.54 |
| 1001071349 | 10/3/2007 | FTS0073104 | $500.00 | $832.45 | $1,332.45 |
| 1000911052 | 10/3/2007 | FTS0073105 | $500.00 | $567.54 | $1,067.54 |
| 1001310933 | 10/3/2007 | FTS0073067 | $600.00 | $827.54 | $1,427.54 |
| 1001569633 | 10/3/2007 | FTS0073106 | $500.00 | $644.09 | $1,144.09 |
| 1001345536 | 10/3/2007 | FTS0073068 | $600.00 | $786.36 | $1,386.36 |
| 1001069880 | 10/3/2007 | FTS0073069 | $300.00 | $19.00 | $319.00 |
| 1001020143 | 10/4/2007 | FTS0073263 | $600.00 | $713.72 | $1,313.72 |
| 1001151425 | 10/4/2007 | FTS0073263 | $300.00 | $789.18 | $1,089.18 |
| 1000963833 | 10/5/2007 | FTS0073452 | $725.00 | $1,029.72 | $1,754.72 |
| 1000766966 | 10/5/2007 | FTS0073491 | $600.00 | $486.27 | $1,086.27 |
| 1000765423 | 10/8/2007 | FTS0073560 | $600.00 | $2,431.85 | $3,031.85 |
| 1001432237 | 10/8/2007 | FTS0073537 | $300.00 | $324.18 | $624.18 |
| 1001090770 | 10/9/2007 | FTS0073739 | $600.00 | $596.95 | $1,196.95 |
| 1000797058 | 10/9/2007 | FTS0073740 | $600.00 | $775.72 | $1,375.72 |
| 1001028688 | 10/9/2007 | FTS0073741 | $600.00 | $1,023.54 | $1,623.54 |
| 1001369869 | 10/9/2007 | FTS0073742 | $600.00 | $871.18 | $1,471.18 |
| 1001511466 | 10/10/2007 | FTS0073775 | $600.00 | $937.09 | $1,537.09 |
| 1001253820 | 10/10/2007 | 010726-IN | $200.00 | N/A | $200.00 |
| 1001109491 | 10/10/2007 | 0107733-IN | $200.00 | N/A | $200.00 |
| 1001095114 | 10/11/2007 | FTS0073882 | $600.00 | $3,937.65 | $4,537.65 |
| 1001113386 | 10/11/2007 | FTS0073883 | $600.00 | $1,569.92 | $2,169.92 |
| 1000891896 | 10/11/2007 | FTS0073884 | $600.00 | $1,307.41 | $1,907.41 |
| 1001137156 | 10/11/2007 | FTS0073885 | $600.00 | $730.72 | $1,330.72 |
| 1001413064 | 10/11/2007 | FTS0073890 | $600.00 | $1,123.36 | $1,723.36 |
| 1001198543 | 10/11/2007 | FTS0073874 | $525.00 | $920.52 | $1,445.52 |
| 1000671874 | 10/11/2007 | FTS0073891 | $600.00 | $566.18 | $1,166.18 |
| 1001232066 | 10/11/2007 | FTS0073886 | $150.00 | $15.00 | $165.00 |
| 1001508154 | 10/12/2007 | FTS0074011 | $600.00 | $693.71 | $1,293.71 |
| 1001341565 | 10/12/2007 | FTS0074012 | $600.00 | $864.09 | $1,464.09 |
| 1001413116 | 10/12/2007 | 0107910-IN | $200.00 | N/A | $200.00 |

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Costs | Billed |
|---|---|---|---|---|---|
| 1001595781 | 10/12/2007 | 0107911-IN | $200.00 | N/A | $200.00 |
| 1000864845 | 10/12/2007 | 0107912-IN | $200.00 | N/A | $200.00 |
| 1101604499 | 10/15/2007 | 0107994-IN | $200.00 | N/A | $200.00 |
| 1000746327 | 10/16/2007 | FTS0074201 | $50.00 | N/A | $50.00 |
| 1001127978 | 10/16/2007 | FTS0074179 | $725.00 | $879.50 | $1,604.50 |
| 1001290111 | 10/19/2007 | FTS0074526 | $450.00 | $272.00 | $722.00 |
| 1000790596 | 10/19/2007 | FTS0074357 | $600.00 | $1,297.75 | $1,897.75 |
| 1001108134 | 10/19/2007 | FTS0074358 | $600.00 | $1,143.45 | $1,743.45 |
| 1000710504 | 10/19/2007 | FTS0074359 | $600.00 | $1,105.24 | $1,705.24 |
| 1001097912 | 10/19/2007 | FTS0074360 | $600.00 | $1,396.86 | $1,996.86 |
| 1000699876 | 10/19/2007 | FTS0074361 | $600.00 | $1,416.71 | $2,016.71 |
| 1001404900 | 10/19/2007 | FTS0074462 | $600.00 | $4,302.63 | $4,902.63 |
| 1001106415 | 10/19/2007 | FTS0074463 | $600.00 | $1,747.50 | $2,347.50 |
| 1001344303 | 10/19/2007 | FTS0074464 | $600.00 | $4,348.22 | $4,948.22 |
| 1001495027 | 10/19/2007 | FTS0074527 | $725.00 | $1,683.01 | $2,408.01 |
| 1001344821 | 10/19/2007 | FTS0074362 | $600.00 | $1,347.00 | $1,947.00 |
| 1000499494 | 10/19/2007 | FTS0074363 | $600.00 | $1,290.34 | $1,890.34 |
| 1001315329 | 10/22/2007 | 0108358-IN | $200.00 | N/A | $200.00 |
| 1001557453 | 10/22/2007 | 0108359-IN | $200.00 | N/A | $200.00 |
| 1001508092 | 10/22/2007 | 0108457-IN | $600.00 | $2,395.50 | $2,995.50 |
| 1000876373 | 10/22/2007 | FTS0074655 | $500.00 | $1,264.09 | $1,764.09 |
| 1001124581 | 10/22/2007 | FTS0074663 | $500.00 | $1,111.82 | $1,611.82 |
| 1000948880 | 10/22/2007 | FTS0074664 | $600.00 | $1,104.09 | $1,704.09 |
| 1001170358 | 10/22/2007 | FTS0074665 | $600.00 | $1,086.64 | $1,686.64 |
| 1000718331 | 10/22/2007 | FTS0074656 | $600.00 | $1,589.72 | $2,189.72 |
| 1001505125 | 10/22/2007 | 0108360-IN | $200.00 | N/A | $200.00 |
| 1001422911 | 10/22/2007 | 0108361-IN | $200.00 | N/A | $200.00 |
| 1001425897 | 10/22/2007 | FTS0074661 | $600.00 | $762.99 | $1,362.99 |
| 1001215210 | 10/22/2007 | FTS0074666 | $525.00 | $784.06 | $1,309.06 |
| 1000903435 | 10/22/2007 | FTS0074692 | $500.00 | $1,299.25 | $1,799.25 |
| 1001287384 | 10/23/2007 | FTS0074748 | $600.00 | $1,313.00 | $1,913.00 |
| 1000674030 | 10/23/2007 | FTS0074747 | $600.00 | $2,020.31 | $2,620.31 |
| 1001674600 | 10/23/2007 | FTS0074774 | $600.00 | $674.18 | $1,274.18 |
| 1001200419 | 10/23/2007 | 0108472-IN | $200.00 | N/A | $200.00 |
| 1000667108 | 10/24/2007 | FTS0074836 | N/A | $943.82 | $943.82 |
| 1001524784 | 10/24/2007 | FTS0074792 | $725.00 | $1,327.50 | $2,052.50 |
| 1001276244 | 10/24/2007 | FTS0074855 | $600.00 | $558.09 | $1,158.09 |
| 1001354076 | 10/24/2007 | FTS0074835 | $600.00 | $617.00 | $1,217.00 |
| 1000881566 | 10/26/2007 | FTS0075008 | $300.00 | $659.28 | $959.28 |
| 1001346431 | 10/26/2007 | FTS0075117 | $450.00 | $604.80 | $1,054.80 |
| 1001519790 | 10/26/2007 | FTS0074975 | $600.00 | $1,115.31 | $1,715.31 |
| 1001556557 | 10/26/2007 | FTS0075003 | $600.00 | $1,816.40 | $2,416.40 |
| 1000732359 | 10/26/2007 | FTS0074920 | $600.00 | $1,046.17 | $1,646.17 |
| 1001095104 | 10/26/2007 | FTS0074981 | $600.00 | $654.54 | $1,254.54 |
| 1001129473 | 10/26/2007 | FTS0074980 | $600.00 | $479.99 | $1,079.99 |
| 1001228444 | 10/26/2007 | FTS0074919 | $600.00 | $589.09 | $1,189.09 |
| 1001217253 | 10/29/2007 | FTS0075149 | $600.00 | $1,109.85 | $1,709.85 |
| 1001439020 | 10/29/2007 | FTS0075150 | $600.00 | $1,715.52 | $2,315.52 |

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Costs | Billed |
|---|---|---|---|---|---|
| 1001460129 | 10/29/2007 | 0108827-IN | $200.00 | N/A | $200.00 |
| 1000837052 | 10/29/2007 | FTS0075228 | $500.00 | $722.45 | $1,222.45 |
| 1001637316 | 10/29/2007 | FTS0075151 | $600.00 | $771.18 | $1,371.18 |
| 1001117972 | 10/30/2007 | FTS0075287 | $600.00 | $986.00 | $1,586.00 |
| 1000753668 | 10/30/2007 | FTS0075306 | $600.00 | $976.70 | $1,576.70 |
| 1000781842 | 10/30/2007 | FTS0075308 | $600.00 | $1,200.55 | $1,800.55 |
| 1001586769 | 10/30/2007 | FTS0075243 | $67.50 | $336.00 | $403.50 |
| 1001443205 | 10/30/2007 | 0108895-IN | $200.00 | N/A | $200.00 |
| 1001188086 | 10/30/2007 | 0108896-IN | $200.00 | N/A | $200.00 |
| 1001517266 | 10/30/2007 | FTS0075288 | $600.00 | $939.36 | $1,539.36 |
| 1000654711 | 10/30/2007 | FTS0075295 | $600.00 | $756.09 | $1,356.09 |
| 1000840198 | 10/30/2007 | FTS0075289 | $600.00 | $700.08 | $1,300.08 |
| 1001170383 | 10/30/2007 | FTS0075290 | $600.00 | $245.09 | $845.09 |
| 1000784271 | 10/31/2007 | FTS0075455 | $600.00 | $4,428.41 | $5,028.41 |
| 1000896213 | 10/31/2007 | FTS0075441 | $600.00 | $840.86 | $1,440.86 |
| 1000892450 | 10/31/2007 | FTS0075442 | $600.00 | $1,294.23 | $1,894.23 |
| 1000892309 | 10/31/2007 | FTS0075443 | $300.00 | $730.54 | $1,030.54 |
| 1001166779 | 10/31/2007 | FTS0075444 | $600.00 | $1,508.63 | $2,108.63 |
| 1001424579 | 10/31/2007 | FTS0075445 | $600.00 | $1,464.77 | $2,064.77 |
| 1001472426 | 10/31/2007 | FTS0075495 | $600.00 | $1,801.20 | $2,401.20 |
| 1001124875 | 10/31/2007 | FTS0075496 | $600.00 | $1,221.46 | $1,821.46 |
| 1001049933 | 10/31/2007 | FTS0075497 | $600.00 | $1,563.50 | $2,163.50 |
| 1001254462 | 10/31/2007 | FTS0075498 | $600.00 | $1,994.00 | $2,594.00 |
| 1000977343 | 10/31/2007 | FTS0075499 | $600.00 | $1,261.32 | $1,861.32 |
| 1000616657 | 10/31/2007 | FTS0075500 | $600.00 | $1,493.63 | $2,093.63 |
| 1000812433 | 10/31/2007 | FTS0075501 | $600.00 | $1,329.18 | $1,929.18 |
| 1001181947 | 10/31/2007 | FTS0075446 | $600.00 | $2,009.79 | $2,609.79 |
| 1000928616 | 10/31/2007 | FTS0075447 | $600.00 | $2,038.86 | $2,638.86 |
| 1000766610 | 10/31/2007 | FTS0075448 | $600.00 | $1,683.25 | $2,283.25 |
| 1001477875 | 10/31/2007 | FTS0075449 | $600.00 | $1,554.19 | $2,154.19 |
| 1001148843 | 10/31/2007 | FTS0075450 | $600.00 | $1,383.84 | $1,983.84 |
| 100836763 | 10/31/2007 | FTS0075502 | $600.00 | $1,590.82 | $2,190.82 |
| 1001240717 | 10/31/2007 | FTS0075503 | $600.00 | $1,659.15 | $2,259.15 |
| 1001033780 | 10/31/2007 | FTS0075494 | N/A | $813.46 | $813.46 |
| | | Totals: | $64,217.50 | $131,663.45 | $195,880.95 |