# EXHIBIT C

## Northwest Trustee Services, Inc.

### 3535 Factoria Blvd SE, #220
### Bellevue, WA  98006
### (425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX  75063

| | |
|---|---|
| INVOICE NO : | 0107204-IN |
| DATE : | Oct 02, 2007 |
| TRUSTEE NO : | 0079838    0240 |

Page 1 of 1

CONTACT:

Loan No: 1001124581                          Type:

Borrower: ▓▓▓▓▓▓
Property Address: ▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| 10/02/2007  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---------|---------|---------|---------|----------|-------------|
| $ 2,700.00 | $ 2,800.00 | $ 2,900.00 | $ 150.00 | $ 150.00 | $ 8,700.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0073222

Invoice Date:   10/3/2007

Attention:                                                                      7983.20538

Loan No: 1000868526                    Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/3/2007 | Trustee Fee | $100.00 |
| | TOTAL FEES: | $100.00 |
| | | |
| 9/27/2007 | Title Cost Endorsement | $25.00 |
| 9/27/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $40.00 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $140.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0073094

Invoice Date:  10/2/2007

Attention:                                                            7983.20596

Loan No:  10015259162                    Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | | $1,115.00 |
| 5/24/2007 | 1 Month Mailings Sent | | $21.27 |
| | | TOTAL EXPENSES: | $1,161.27 |
| | | PLEASE PAY AMOUNT DUE: | $1,761.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073063
Invoice Date:  10/2/2007

Attention:                                                            7983.20661

Loan No: 1001048894                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/7/2007 | Date Notice of Default Recorded | | $11.00 |
| 5/9/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 5/23/2007 | 1 Month Mailings Sent | | $85.08 |
| 8/7/2007 | Title Cost Endorsement | | $50.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | | $525.00 |
| 8/8/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Date Notice of Sale Mailed | | $103.74 |
| 8/10/2007 | Assignment Recorded | | $10.00 |
| 8/10/2007 | SOT/Appointment Recorded | | $13.00 |
| 8/10/2007 | Date Notice of Sale Recorded | | $10.00 |
| 8/28/2007 | Title Cost Endorsement | | $25.00 |
| 9/25/2007 | Title Cost Endorsement | | $25.00 |
| 10/1/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,230.82 |

PLEASE PAY AMOUNT DUE:     $1,830.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0073095
Invoice Date: 10/2/2007

Attention:                                                        7983.20715

Loan No: 1000772822                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/26/2007 | 10 Day Mailings Sent | | $21.27 |
| 6/4/2007 | Date Trustee Sale Guarantee Received | | $917.00 |
| 6/6/2007 | 1 Month Mailings Sent | | $21.27 |
| 9/20/2007 | Publication Endorsement Received | | $50.00 |
| 9/26/2007 | Date Notice of Sale Mailed | | $44.46 |
| 9/27/2007 | Date Notice of Sale Posted | | $120.00 |
| 9/27/2007 | Date Publication Commenced (1st Pub) | | $293.20 |
| 10/1/2007 | Date Notice of Sale Recorded | | $7.00 |
| 10/1/2007 | SOT/Appointment Recorded | | $10.00 |
| 10/2/2007 | Recission Recording | | $9.00 |
| 10/2/2007 | Assignment Recorded | | $7.00 |
| | | TOTAL EXPENSES: | $1,512.20 |

PLEASE PAY AMOUNT DUE:     $2,112.20

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0073097

Invoice Date:  10/2/2007

Attention:

7983.20764

Loan No: 1001156346

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/2/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 6/7/2007 | Date Notice of Default Recorded | $11.00 |
| 6/13/2007 | 10 Day Mailings Sent | $7.09 |
| 6/27/2007 | Date Trustee Sale Guarantee Received | $1,831.00 |
| 6/28/2007 | 1 Month Mailings Sent | $28.36 |
| | TOTAL EXPENSES: | $1,877.45 |
| | PLEASE PAY AMOUNT DUE: | $2,477.45 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0073064

Invoice Date:  10/2/2007

Attention:                                                        7983.20774

Loan No: 1001219998                    Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/11/2007 | Date Notice of Default Recorded | | $10.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $14.18 |
| 6/26/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 6/27/2007 | 1 Month Mailings Sent | | $7.09 |
| 10/1/2007 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $866.27 |

PLEASE PAY AMOUNT DUE:   $1,466.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0073066
Invoice Date:   10/2/2007

7983.20790

Attention:

Loan No: 1001147568

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/22/2007 | Date Notice of Default Recorded | | $9.00 |
| 6/28/2007 | 10 Day Mailings Sent | | $28.36 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 7/3/2007 | 1 Month Mailings Sent | | $7.09 |
| 10/1/2007 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $899.45 |

PLEASE PAY AMOUNT DUE:    $1,499.45

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0073098

Invoice Date:  10/2/2007

Attention:                                                              7983.20810

Loan No: 1001161499                    Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 6/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/27/2007 | 10 Day Mailings Sent | | $7.09 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 7/3/2007 | 1 Month Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $798.27 |
| | | PLEASE PAY AMOUNT DUE: | $1,298.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0073099
Invoice Date:  10/2/2007

7983.20861

Attention:

Loan No:  1000954174                                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 7/3/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/6/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 7/6/2007 | 10 Day Mailings Sent | | $7.09 |
| 7/7/2007 | 1 Month Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $925.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,425.18 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0073100

Invoice Date:  10/2/2007

Attention:                                                                            7983.20863

Loan No: 1000571430                          Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 7/3/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/6/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 7/6/2007 | 10 Day Mailings Sent | | $35.45 |
| | | TOTAL EXPENSES: | $590.45 |
| | | PLEASE PAY AMOUNT DUE: | $1,090.45 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073101
Invoice Date:  10/2/2007

Attention:

7983.21047

Loan No: 1000783239

Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/2/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/3/2007 | 10 Day Mailings Sent | $14.18 |
| 8/22/2007 | Recission Recording | $9.00 |
| 8/22/2007 | Date Notice of Default Recorded | $11.00 |
| 8/25/2007 | 10 Day Mailings Sent | $35.45 |
| 8/30/2007 | Date Trustee Sale Guarantee Received | $1,796.00 |
| 8/31/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $1,908.17 |

PLEASE PAY AMOUNT DUE:   $2,508.17

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0073102

4600 Regent Blvd., Suite 200

Invoice Date:  10/2/2007

Irving, TX   75063

Attention:                                                                7983.21120

Loan No: 1001405218                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 8/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/24/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 8/25/2007 | 1 Month Mailings Sent | | $7.09 |
| 8/28/2007 | 10 Day Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $818.27 |

PLEASE PAY AMOUNT DUE:    $1,318.27

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073096
Invoice Date:  10/2/2007

Attention:                                                            7983.21149

Loan No: 1001423584                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/2/2007 | Recission Recording | | $9.00 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| | | TOTAL EXPENSES: | $724.36 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,224.36 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073103
Invoice Date:  10/2/2007

Attention:                                                        7983.21203

Loan No: 1001018120                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/13/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 9/29/2007 | 1 Month Mailings Sent | | $28.36 |
| | | TOTAL EXPENSES: | $754.54 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,254.54 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0073104

Invoice Date:  10/2/2007

Attention:

7983.21223

Loan No: 1001071349

Borrower: ▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 9/22/2007 | 1 Month Mailings Sent | | $28.36 |
| | | TOTAL EXPENSES: | $832.45 |

PLEASE PAY AMOUNT DUE:    $1,332.45

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0073105
Invoice Date:  10/2/2007

Attention:

7983.21229

Loan No: 1000911052

Type:  Non-Jud Foreclosure/CONV

Borrower

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $42.54 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| | | TOTAL EXPENSES: | $567.54 |
| | | PLEASE PAY AMOUNT DUE: | $1,067.54 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0073067

Invoice Date:  10/2/2007

| | |
|---|---|
| Attention: | 7983.21361 |

Loan No: 1001310933

Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $42.54 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| | | TOTAL EXPENSES: | $827.54 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,427.54 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0073106

Invoice Date:  10/2/2007

Attention:                                                                        7983.21394

Loan No: 1001569633                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/2/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $644.09 |
| | | PLEASE PAY AMOUNT DUE: | $1,144.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073068
Invoice Date:  10/2/2007

Attention:

7983.21486

Loan No: 1001345536                         Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 10/2/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/21/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $741.00 |
| 9/26/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/2/2007 | Recission Recording | | $7.00 |
| | | TOTAL EXPENSES: | $786.36 |

PLEASE PAY AMOUNT DUE:     $1,386.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0073069
Invoice Date:  10/2/2007

Attention:

7983.21503

Loan No: 1001069880

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/2/2007 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 9/24/2007 | Date Notice of Default Recorded | | $11.00 |
| 10/2/2007 | Recission Recording | | $8.00 |
| | | TOTAL EXPENSES: | $19.00 |
| | | PLEASE PAY AMOUNT DUE: | $319.00 |

**Northwest Trustee Services,**
3535 Factoria Blvd. SE,
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073263
Invoice Date:  10/4/2007

Attention:

7983.21022

Loan No:  1001020143
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/4/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/28/2007 | 10 Day Mailings Sent | | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | | $645.00 |
| 8/17/2007 | 1 Month Mailings Sent | | $42.54 |
| | | TOTAL EXPENSES: | $713.72 |
| | | PLEASE PAY AMOUNT DUE: | $1,313.72 |

Page 1

**Northwest Trustee Services,**
3535 Factoria Blvd. SE,
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0073263
Invoice Date: 10/4/2007

Attention:

7983.21022

Loan No: 1001020143
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/4/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/25/2007 | Date Notice of Default Recorded | $12.00 |
| 7/28/2007 | 10 Day Mailings Sent | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | $645.00 |
| 8/17/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $713.72 |

PLEASE PAY AMOUNT DUE:       $1,313.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0073452

4600 Regent Blvd., Suite 200

Invoice Date:  10/5/2007

Irving, TX   75063

Attention:                                                          7983.20723

Loan No: 1000963833                    Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 6/5/2007 | Assignment Prepared | | $50.00 |
| 10/5/2007 | Trustee Fee | | $675.00 |
| | | TOTAL FEES: | $725.00 |
| | | | |
| 6/6/2007 | Notice of Default Posted | | $57.50 |
| 6/6/2007 | Notice of Default Mailed (statutory) | | $12.00 |
| 6/13/2007 | Assignment Recorded | | $12.00 |
| 6/13/2007 | Appointment Recorded | | $12.00 |
| 6/14/2007 | Trustee Sale Guarantee Received | | $676.27 |
| 7/17/2007 | Notice of Trustee Sale Posted | | $57.50 |
| 7/17/2007 | Notice of Trustee Sale Mailed (statutory) | | $18.00 |
| 7/17/2007 | Notice of Trustee Sale Recorded | | $35.00 |
| 9/19/2007 | Publication Commenced | | $149.45 |
| | | TOTAL EXPENSES: | $1,029.72 |

PLEASE PAY AMOUNT DUE:    $1,754.72

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0073491
Invoice Date:  10/5/2007

Attention:                                                                    7983.20897

Loan No: 1000766966                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/5/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/5/2007 | Date Notice of Default Recorded | $15.00 |
| 7/10/2007 | 10 Day Mailings Sent | $21.27 |
| 7/11/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| | TOTAL EXPENSES: | $486.27 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,086.27 |

**Northwest Trustee Services,**
3535 Factoria Blvd. SE,
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No: FTS0073560
Invoice Date: 10/8/2007

Attention:

Loan No: 1000765423
Borrower: 

7983.20698

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/8/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/19/2007 | Date Notice of Default Recorded | $12.00 |
| 7/24/2007 | 10 Day Mailings Sent | $14.18 |
| 8/9/2007 | Date Trustee Sale Guarantee Received | $1,938.00 |
| 8/16/2007 | 1 Month Mailings Sent | $134.71 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | Recission Recording | $9.00 |
| 9/20/2007 | 10 Day Mailings Sent | $311.96 |
| | TOTAL EXPENSES: | $2,431.85 |

PLEASE PAY AMOUNT DUE:    $3,031.85

**Northwest Trustee Services,**
3535 Factoria Blvd. SE,
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073537
Invoice Date: 10/8/2007

Attention:

Loan No: 1001432237
Borrower: 

7983.21324

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/8/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $10.00 |
| 9/17/2007 | Date Trustee Sale Guarantee Received | $300.00 |
| 9/21/2007 | 10 Day Mailings Sent | $14.18 |
| | TOTAL EXPENSES: | $324.18 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $624.18 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0073739
Invoice Date:   10/9/2007

Attention:                                                          7983.20641

Loan No:  1001090770                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/9/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $19.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 5/25/2007 | 1 Month Mailings Sent | | $35.45 |
| 10/9/2007 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $596.95 |
| | | PLEASE PAY AMOUNT DUE: | $1,196.95 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0073740
Invoice Date:  10/9/2007

Attention:                                                                7983.20925

Loan No: 1000797058                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 10/9/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/9/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/12/2007 | 10 Day Mailings Sent | | $14.18 |
| 7/25/2007 | Date Trustee Sale Guarantee Received | | $707.00 |
| 7/26/2007 | 1 Month Mailings Sent | | $42.54 |
| | | TOTAL EXPENSES: | $775.72 |

PLEASE PAY AMOUNT DUE:     $1,375.72

Page 1