# EXHIBIT C - PART 2

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:   FTS0073741
Invoice Date:   10/9/2007

Attention:                                                                              7983.21087

Loan No: 1001028688                              Type:  Non-Jud Foreclosure/ CONV
Borrower ▬▬▬▬▬▬

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/9/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 8/2/2007 | Date Notice of Default Recorded | | $10.00 |
| 8/7/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/9/2007 | Date Trustee Sale Guarantee Received | | $971.00 |
| 8/10/2007 | 1 Month Mailings Sent | | $35.45 |
| | | TOTAL EXPENSES: | $1,023.54 |

PLEASE PAY AMOUNT DUE:    $1,623.54

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0073742
Invoice Date:  10/9/2007

Attention:                                                                7983.21445

Loan No: 1001369869                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/9/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $7.09 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $845.00 |
| 10/3/2007 | 1 Month Mailings Sent | $7.09 |
| | **TOTAL EXPENSES:** | $871.18 |
| | **PLEASE PAY AMOUNT DUE:** | $1,471.18 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0073775
Invoice Date:   10/10/2007

Attention:                                                                                   7983.21454

Loan No:  1001511466                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/10/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $917.00 |
| | | TOTAL EXPENSES: | $937.09 |
| | | PLEASE PAY AMOUNT DUE: | $1,537.09 |

Page 1

### ·Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

| | | |
|---|---|---|
| American Home Mortgage Servici | INVOICE NO : | 0107726-IN |
| 4600 Regent Blvd., Suite 200 | DATE : | Oct 10, 2007 |
| Irving,  TX   75063 | TRUSTEE NO : | 0079838    0194 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001253820                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/10/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,600.00 | $ 3,100.00 | $ 3,100.00 | $ 150.00 | $ 150.00 | $ 9,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0107733-IN |
| DATE : | Oct 10, 2007 |
| TRUSTEE NO : | 0079838    0214 |

| CONTACT: | Page 1 of 1 |
|---|---|

Loan No: 1001109491          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/10/2007  Trustee - Monitor Fee/OR | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,800.00 | $ 3,100.00 | $ 3,100.00 | $ 150.00 | $ 150.00 | $ 9,300.00 |

This is the total outstanding invoices for your client number at this date.

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0073882
Invoice Date:  10/11/2007

Attention:                                                                                    7983.20594

Loan No:  1001095114                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | Amount |
|---|---|---|
| 10/11/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/3/2007 | Date Notice of Default Recorded | $15.00 |
| 5/8/2007 | Date Trustee Sale Guarantee Received | $1,160.25 |
| 5/9/2007 | 10 Day Mailings Sent | $39.00 |
| 5/17/2007 | SOT/Appointment Recorded | $15.00 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $51.87 |
| 8/8/2007 | Publication Endorsement Received | $50.00 |
| 8/13/2007 | Assignment Recording | $14.00 |
| 8/13/2007 | Date Notice of Sale Recorded | $40.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 9/19/2007 | Date Notice of Sale Mailed | $49.23 |
| 9/19/2007 | Date Notice of Sale Posted | $120.00 |
| 9/19/2007 | Publication Endorsement Received | $50.00 |
| 9/19/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 9/27/2007 | Date Notice of Sale Recorded | $15.00 |
| 10/9/2007 | Sale Endorsement Received | $25.00 |
| 10/10/2007 | Cost - Record Trustee's Deed | $15.00 |
| 10/10/2007 | Date Transfer Tax Advanxced | $1,443.30 |
| | **TOTAL EXPENSES:** | $3,937.65 |

**PLEASE PAY AMOUNT DUE:**        $4,537.65

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0073883
Invoice Date:   10/11/2007

Attention:

7983.20604

Loan No: 1001113386
Borrower: 

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/11/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 5/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $44.46 |
| 8/6/2007 | Title Cost Endorsement | | $50.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | | $583.92 |
| 8/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/7/2007 | 1 Month Mailings Sent | | $42.54 |
| 8/13/2007 | Assignment Recorded | | $15.00 |
| 8/13/2007 | Date Notice of Sale Recorded | | $9.00 |
| 8/13/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,569.92 |

PLEASE PAY AMOUNT DUE:    $2,169.92

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0073884
Invoice Date:  10/11/2007

Attention:                                                           7983.20678

Loan No:  1000891896                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|-------:|
| 10/11/2007 | Trustee Fee | $600.00 |
|  | **TOTAL FEES:** | $600.00 |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/10/2007 | 10 Day Mailings Sent | $6.50 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 8/7/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 8/8/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | 1 Month Mailings Sent | $63.81 |
| 8/8/2007 | Date Notice of Sale Mailed | $74.10 |
| 8/13/2007 | SOT/Appointment Recorded | $15.00 |
| 8/13/2007 | Assignment Recorded | $12.00 |
| 8/13/2007 | Date Notice of Sale Recorded | $12.00 |
| 8/28/2007 | Title Cost Endorsement | $25.00 |
| 8/28/2007 | Cost - Record Trustee's Deed | $15.00 |
| 8/31/2007 | Assignment Recorded | $12.00 |
|  | **TOTAL EXPENSES:** | $1,307.41 |
|  | **PLEASE PAY AMOUNT DUE:** | $1,907.41 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0073885
Invoice Date:  10/11/2007

Attention:                                                                7983.20806

Loan No: 1001137156                        Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/11/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/25/2007 | Date Notice of Default Recorded | $12.00 |
| 6/28/2007 | 10 Day Mailings Sent | $21.27 |
| 7/11/2007 | Date Trustee Sale Guarantee Received | $612.00 |
| 7/12/2007 | 1 Month Mailings Sent | $35.45 |
| 10/9/2007 | Title Cost Endorsement | $50.00 |
| | TOTAL EXPENSES: | $730.72 |

PLEASE PAY AMOUNT DUE:    $1,330.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0073890

Invoice Date:   10/11/2007

Attention:                                                                                    7983.20935

Loan No: 1001413064                                          Type:   Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/11/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/22/2007 | Date Notice of Default Recorded | | $15.00 |
| 8/23/2007 | 10 Day Mailings Sent | | $28.36 |
| 8/29/2007 | Date Trustee Sale Guarantee Received | | $1,080.00 |
| | | TOTAL EXPENSES: | $1,123.36 |
| | | PLEASE PAY AMOUNT DUE: | $1,723.36 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0073874
Invoice Date:  10/11/2007

Attention:                                                    7983.21259

Loan No: 1001198543                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 9/17/2007 | Assignment Prepared | | $50.00 |
| 10/11/2007 | Trustee Fee | | $475.00 |
| | | TOTAL FEES: | $525.00 |
| 9/14/2007 | Notice of Default Mailed (statutory) | | $24.00 |
| 9/15/2007 | Notice of Default Posted | | $57.50 |
| 9/18/2007 | Trustee Sale Guarantee Received | | $839.02 |
| | | TOTAL EXPENSES: | $920.52 |
| | | PLEASE PAY AMOUNT DUE: | $1,445.52 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0073891
Invoice Date:  10/11/2007

Attention:                                                      7983.21579

Loan No: 1000671874                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/11/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/4/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 10/5/2007 | 10 Day Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $566.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,166.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0073886

Invoice Date:  10/11/2007

Attention:

7983.21599

Loan No: 1001232066

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/11/2007 | Trustee Fee | | $150.00 |
| | | TOTAL FEES: | $150.00 |
| 10/9/2007 | Date Notice of Default Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $15.00 |
| | | PLEASE PAY AMOUNT DUE: | $165.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074011
Invoice Date:  10/12/2007

Attention:                                                             7983.20792

Loan No:  1001508154                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/12/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 6/25/2007 | Date Notice of Default Recorded | $12.00 |
| 6/28/2007 | 10 Day Mailings Sent | $14.18 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | $420.00 |
| 10/5/2007 | Date Notice of Sale Mailed | $22.23 |
| 10/8/2007 | Date Publication Commenced (1st Pub) | $96.30 |
| 10/8/2007 | Date Notice of Sale Posted | $120.00 |
| 10/12/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $693.71 |
| | PLEASE PAY AMOUNT DUE: | $1,293.71 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0074012
4600 Regent Blvd., Suite 200                              Invoice Date:  10/12/2007
Irving, TX   75063

Attention:                                                                    7983.21151

Loan No: 1001341565                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/12/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $845.00 |
| | TOTAL EXPENSES: | $864.09 |
| | PLEASE PAY AMOUNT DUE: | $1,464.09 |

Page 1

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0107910-IN |
| DATE : | Oct 12, 2007 |
| TRUSTEE NO : | 0079838    0209 |

CONTACT:                                                                                          Page 1 of 1

Loan No: 1001413116                              Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/12/2007   Trustee - Monitor Fee/NV | | 200.00 |
| | TOTAL FEES: | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................**    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,000.00 | $ 3,100.00 | $ 3,100.00 | $ 150.00 | $ 150.00 | $ 9,500.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0107911-IN |
| DATE : | Oct 12, 2007 |
| TRUSTEE NO : | 0079838    0264 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001595781                          Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 10/12/2007 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,200.00 | $ 3,100.00 | $ 3,100.00 | $ 150.00 | $ 150.00 | $ 9,700.00 |

This is the total outstanding invoices for your client number at this date.

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0107912-IN |
| DATE : | Oct 12, 2007 |
| TRUSTEE NO : | 0079838    0263 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1000864845                              Type:
Borrower:
Property Address:

| 10/12/2007 | Trustee - Monitor Fee/CA | 200.00 |
|---|---|---|
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................     **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,400.00 | $ 3,100.00 | $ 3,100.00 | $ 150.00 | $ 150.00 | $ 9,900.00 |

**This is the total outstanding invoices for your client number at this date.**

# Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0107994-IN |
| DATE : | Oct 15, 2007 |
| TRUSTEE NO : | 0079838      0126 |

CONTACT:                                                          Page 1 of 1

Loan No: 1001604499                                 Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 10/15/2007 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE..................................**   **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,400.00 | $ 3,100.00 | $ 3,100.00 | $ 350.00 | $ 150.00 | $ 10,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074201
Invoice Date:  10/16/2007

Attention:                                                                7983.20784

Loan No:  1000746327                              Type:  Non-Jud Foreclosure/CONV
Borrower 

| Date | Item Description | Amount |
|------|------------------|--------|
| 6/13/2007 | Assignment Prepared | $50.00 |
| | TOTAL FEES: | $50.00 |
| | PLEASE PAY AMOUNT DUE: | $50.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0074179
Invoice Date: 10/16/2007

Attention:                                                        7983.21312

Loan No: 1001127978                    Type: Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/14/2007 | Assignment Prepared | $50.00 |
| 10/16/2007 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/18/2007 | Trustee Sale Guarantee Received | $643.00 |
| 9/19/2007 | Notice of Default Recorded | $26.00 |
| 9/19/2007 | Appointment Recorded | $21.00 |
| 9/19/2007 | Assignment Recorded | $21.00 |
| 9/24/2007 | Notice of Sale Mailed (statutory) | $60.00 |
| 10/4/2007 | Notice of Sale Served | $77.50 |
| 10/16/2007 | Record Recission of NODES | $31.00 |
| | TOTAL EXPENSES: | $879.50 |

PLEASE PAY AMOUNT DUE:     $1,604.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0074526

Invoice Date:   10/19/2007

Attention:                                                                            7983.20372

Loan No:  1001290111                        Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/19/2007 | Trustee Fee - Reset | $450.00 |
| | TOTAL FEES: | $450.00 |
| 9/28/2007 | Amended NOTS Mailed | $126.00 |
| 10/3/2007 | Affidavits Package Recorded | $46.00 |
| 10/19/2007 | Sale Completed/Read | $100.00 |
| | TOTAL EXPENSES: | $272.00 |
| | PLEASE PAY AMOUNT DUE: | $722.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0074357
Invoice Date:  10/18/2007

Attention:                                                            7983.20489

Loan No: 1000790596                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/18/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 4/2/2007 | Date Notice of Default Recorded | | $10.00 |
| 4/5/2007 | 10 Day Mailings Sent | | $26.00 |
| 4/10/2007 | Date Trustee Sale Guarantee Received | | $470.00 |
| 4/11/2007 | 1 Month Mailings Sent | | $19.50 |
| 9/1/2007 | SOT/Appointment Recorded | | $10.00 |
| 9/19/2007 | Title Cost Endorsement | | $50.00 |
| 9/20/2007 | Date Notice of Sale Mailed | | $66.69 |
| 9/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 9/21/2007 | Assignment Recorded | | $7.00 |
| 9/21/2007 | Date Notice of Sale Recorded | | $7.00 |
| 9/22/2007 | Date Publication Commenced (1st Pub) | | $471.56 |
| 10/12/2007 | Title Cost Endorsement | | $25.00 |
| 10/16/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,297.75 |

PLEASE PAY AMOUNT DUE:    $1,897.75

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:    FTS0074358
Invoice Date:    10/18/2007

Attention:                                                            7983.20564

Loan No: 1001108134                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/18/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/2/2007 | Date Notice of Default Recorded | $9.00 |
| 5/4/2007 | 10 Day Mailings Sent | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $290.00 |
| 5/23/2007 | 1 Month Mailings Sent | $7.09 |
| 8/2/2007 | Title Cost Endorsement | $50.00 |
| 8/3/2007 | Date Notice of Sale Mailed | $21.11 |
| 8/3/2007 | Date Notice of Sale Posted | $120.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | $553.25 |
| 8/6/2007 | Assignment Recorded | $15.00 |
| 8/6/2007 | SOT/Appointment Recorded | $15.00 |
| 8/6/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/23/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $18.00 |
| | TOTAL EXPENSES: | $1,143.45 |

PLEASE PAY AMOUNT DUE:    $1,743.45

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0074359
Invoice Date:  10/18/2007

Attention:                                                    7983.20649

Loan No: 1000710504                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/18/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 5/25/2007 | 1 Month Mailings Sent | $21.27 |
| 8/8/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | $163.33 |
| 8/8/2007 | Date Notice of Sale Posted | $120.00 |
| 9/25/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 9/25/2007 | Date Notice of Sale Mailed | $28.14 |
| 9/25/2007 | Date Notice of Sale Posted | $120.00 |
| 9/25/2007 | Title Cost Endorsement | $50.00 |
| 9/28/2007 | Date Notice of Sale Recorded | $7.00 |
| 9/28/2007 | SOT/Appointment Recorded | $10.00 |
| 9/28/2007 | Assignment Recorded | $12.00 |
| 10/15/2007 | Title Cost Endorsement | $25.00 |
| 10/16/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,105.24 |

PLEASE PAY AMOUNT DUE:    $1,705.24

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074360
Invoice Date:  10/18/2007

Attention:

7983.20708

Loan No: 1001097912

Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/18/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/30/2007 | 10 Day Mailings Sent | | $42.54 |
| 6/4/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 6/5/2007 | 1 Month Mailings Sent | | $7.09 |
| 9/15/2007 | Sale Endorsement Received | | $25.00 |
| 9/25/2007 | Date Notice of Sale Mailed | | $49.23 |
| 9/25/2007 | Date Notice of Sale Posted | | $120.00 |
| 9/25/2007 | Date Publication Commenced (1st Pub) | | $375.00 |
| 9/25/2007 | Publication Endorsement Received | | $50.00 |
| 9/28/2007 | Assignment Recorded | | $9.00 |
| 9/28/2007 | SOT/Appointment Recorded | | $10.00 |
| 9/28/2007 | Date Notice of Sale Recorded | | $10.00 |
| 10/15/2007 | Title Cost Endorsement | | $25.00 |
| 10/16/2007 | Cost - Record Trustee's Deed | | $12.00 |
| | | TOTAL EXPENSES: | $1,396.86 |

PLEASE PAY AMOUNT DUE:    $1,996.86

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0074361
Invoice Date:  10/18/2007

Attention:                                                    7983.20709

Loan No: 1000699876                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/18/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/24/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/26/2007 | 10 Day Mailings Sent | | $7.09 |
| 6/4/2007 | Date Trustee Sale Guarantee Received | | $650.00` |
| 6/5/2007 | 1 Month Mailings Sent | | $42.54 |
| 9/18/2007 | Publication Endorsement Received | | $50.00 |
| 9/19/2007 | Date Notice of Sale Mailed | | $66.69 |
| 9/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 9/21/2007 | Date Publication Commenced (1st Pub) | | $395.39 |
| 9/25/2007 | Date Notice of Sale Recorded | | $9.00 |
| 9/25/2007 | SOT/Appointment Recorded | | $12.00 |
| 10/11/2007 | Sale Endorsement Received | | $25.00 |
| 10/11/2007 | Assignment Recorded | | $12.00 |
| 10/16/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,416.71 |

PLEASE PAY AMOUNT DUE:    $2,016.71

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0074462

Invoice Date:   10/19/2007

Attention:                                                                 7983.20727

Loan No: 1001404900                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/19/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/8/2007 | Trustee Sale Guarantee Received | | $3,842.63 |
| 6/13/2007 | Assignment Recorded | | $3.00 |
| 6/13/2007 | Notice of Default Recorded | | $3.00 |
| 6/13/2007 | Appointment Recorded | | $3.00 |
| 6/19/2007 | Notice of Sale Mailed (statutory) | | $54.00 |
| 7/2/2007 | Publication Commenced | | $167.00 |
| 7/7/2007 | Service/Posting of Notices | | $100.00 |
| 9/11/2007 | Affidavit of PUB Recorded | | $6.00 |
| 9/11/2007 | Affidavit of Mailing Recorded | | $12.00 |
| 9/11/2007 | Affidavit of Post/Service Recorded | | $6.00 |
| 10/18/2007 | Sale Completed/Read | | $100.00 |
| 10/19/2007 | Cost - Record Trustee Deed | | $6.00 |
| | | TOTAL EXPENSES: | $4,302.63 |

PLEASE PAY AMOUNT DUE:     $4,902.63

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0074463
Invoice Date:  10/19/2007

Attention:                                                                7983.20728

Loan No: 1001106415                          Type:  Non-Jud Foreclosure/CONV
Borrower ▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/19/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 6/8/2007 | Trustee Sale Guarantee Received | | $1,254.50 |
| 6/13/2007 | Assignment Recorded | | $3.00 |
| 6/13/2007 | Notice of Default Recorded | | $3.00 |
| 6/13/2007 | Appointment Recorded | | $3.00 |
| 6/19/2007 | Notice of Sale Mailed (statutory) | | $84.00 |
| 7/2/2007 | Publication Commenced | | $170.00 |
| 7/7/2007 | Service/Posting of Notices | | $100.00 |
| 9/13/2007 | Affidavit of PUB Recorded | | $6.00 |
| 9/13/2007 | Affidavit of Post/Service Recorded | | $6.00 |
| 9/13/2007 | Affidavit of Mailing Recorded | | $12.00 |
| 10/18/2007 | Cost - Record Trustee Deed | | $6.00 |
| 10/18/2007 | Sale Completed/Read | | $100.00 |
| | | TOTAL EXPENSES: | $1,747.50 |

PLEASE PAY AMOUNT DUE:    $2,347.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0074464
Invoice Date:  10/19/2007

Attention:                                                                 7983.20730

Loan No: 1001344303                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/19/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/8/2007 | Trustee Sale Guarantee Received | | $3,848.22 |
| 6/13/2007 | Assignment Recorded | | $3.00 |
| 6/13/2007 | Notice of Default Recorded | | $3.00 |
| 6/13/2007 | Appointment Recorded | | $3.00 |
| 6/19/2007 | Notice of Sale Mailed (statutory) | | $90.00 |
| 7/7/2007 | Service/Posting of Notices | | $100.00 |
| 8/2/2007 | Publication Commenced | | $171.00 |
| 9/13/2007 | Affidavit of PUB Recorded | | $6.00 |
| 9/13/2007 | Affidavit of Post/Service Recorded | | $6.00 |
| 9/13/2007 | Affidavit of Mailing Recorded | | $12.00 |
| 10/18/2007 | Cost - Record Trustee Deed | | $6.00 |
| 10/18/2007 | Sale Completed/Read | | $100.00 |
| | | TOTAL EXPENSES: | $4,348.22 |

PLEASE PAY AMOUNT DUE:     $4,948.22