# EXHIBIT C - PART 3

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0074527
Invoice Date:  10/19/2007

Attention:                                                                7983.20731

Loan No:  1001495027                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 6/6/2007 | Assignment Prepared | | $50.00 |
| 10/19/2007 | Trustee Fee | | $675.00 |
| | | TOTAL FEES: | $725.00 |
| 6/7/2007 | Notice of Default Mailed (statutory) | | $12.00 |
| 6/8/2007 | Notice of Default Posted | | $57.50 |
| 6/15/2007 | Trustee Sale Guarantee Received | | $1,029.11 |
| 6/18/2007 | Appointment Recorded | | $12.00 |
| 6/18/2007 | Assignment Recorded | | $12.00 |
| 7/18/2007 | Notice of Trustee Sale Mailed (statutory) | | $18.00 |
| 7/19/2007 | Notice of Trustee Sale Recorded | | $35.00 |
| 7/19/2007 | Notice of Trustee Sale Posted | | $57.50 |
| 9/19/2007 | Publication Commenced | | $298.90 |
| 10/19/2007 | Cost - Record Trustee's Deed | | $51.00 |
| 10/19/2007 | Sale Completed/Read | | $100.00 |
| | | TOTAL EXPENSES: | $1,683.01 |
| | | PLEASE PAY AMOUNT DUE: | $2,408.01 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0074362
Invoice Date:  10/18/2007

Attention:                                                                 7983.20757

Loan No: 1001344821                              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/18/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 6/7/2007 | Date Notice of Default Recorded | $12.00 |
| 6/9/2007 | 10 Day Mailings Sent | $21.27 |
| 6/14/2007 | 1 Month Mailings Sent | $21.27 |
| 6/15/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 9/20/2007 | Title Cost Endorsement | $50.00 |
| 9/22/2007 | Date Notice of Sale Mailed | $44.46 |
| 9/24/2007 | Date Notice of Sale Posted | $120.00 |
| 9/25/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 9/27/2007 | Assignment Recorded | $12.00 |
| 9/27/2007 | Date Notice of Sale Recorded | $9.00 |
| 9/27/2007 | SOT/Appointment Recorded | $12.00 |
| 10/15/2007 | Title Cost Endorsement | $25.00 |
| 10/16/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,347.00 |

**PLEASE PAY AMOUNT DUE:**    $1,947.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX 75063

Invoice No: FTS0074363

Invoice Date: 10/18/2007

Attention: 7983.20870

Loan No: 1000499494

Borrower:

Type: Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/18/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| | | |
| 7/3/2007 | Date Notice of Default Recorded | $12.00 |
| 7/6/2007 | 10 Day Mailings Sent | $14.18 |
| 7/16/2007 | Date Trustee Sale Guarantee Received | $540.00' |
| 7/17/2007 | 1 Month Mailings Sent | $42.54 |
| 10/3/2007 | Title Cost Endorsement | $50.00 |
| 10/11/2007 | Date Notice of Sale Mailed | $59.28 |
| 10/12/2007 | Date Publication Commenced (1st Pub) | $423.34 |
| 10/12/2007 | Date Notice of Sale Posted | $120.00 |
| 10/16/2007 | Assignment Recorded | $12.00 |
| 10/16/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/16/2007 | SOT/Appointment Recorded | $10.00 |
| | **TOTAL EXPENSES:** | **$1,290.34** |

**PLEASE PAY AMOUNT DUE:** **$1,890.34**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0108358-IN |
| DATE : | Oct 22, 2007 |
| TRUSTEE NO : | 0079838     0053 |

---

CONTACT:                                                                                   Page 1 of 1

---

Loan No: 1001315329                                    Type:
Borrower: ███████████████
Property Address: ███████████████

███████████████

---

| | | |
|---|---|---|
| 10/22/2007   Trustee - Monitor Fee/NV | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

---

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,800.00 | $ 2,700.00 | $ 3,900.00 | $ 350.00 | $ 150.00 | $ 10,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0108359-IN |
| DATE : | Oct 22, 2007 |
| TRUSTEE NO : | 0079838    0102 |

| CONTACT: | Page 1 of 1 |
|---|---|

Loan No: 1001557453                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/17/2007  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,800.00 | $ 2,700.00 | $ 3,900.00 | $ 350.00 | $ 150.00 | $ 10,900.00 |

**This is the total outstanding invoices for your client number at this date.**

# Northwest Trustee Services, Inc.

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

\*EIN 20-0885049\*

|  |  |
|---|---|
| American Home Mortgage Servici<br>4600 Regent Blvd., Suite 200<br>Irving,  TX   75063 | INVOICE NO :   0108457-IN<br>DATE :   Oct 22, 2007<br>TRUSTEE NO :   0079832    0599 |

CONTACT:                                                                                 Page 1 of 1

Loan No:   1001508092
Borrower:
Property Address:

Type:

| Date | Description | Amount |
|---|---|---|
| 10/22/2007 | Billing Fee | 600.00 |
| | **TOTAL FEES:** | **$600.00** |
| 05/03/2007 | Date Notice of Default Recorde | 15.00 |
| 05/09/2007 | 10 Day Mailings Sent | 45.50 |
| 05/13/2007 | Date Trustee Sale Guarantee Re | 2,320.00 |
| 05/17/2007 | SOT/Appointment Recorded | 15.00 |
| | **TOTAL EXPENSES:** | **$2,395.50** |

**PLEASE PAY AMOUNT DUE**..................................   **$2,995.50**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 205,777.04 | $ 94,780.66 | $ 67,670.55 | $ 100,424.87 | $ 6,304.27 | $ 474,957.39 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074655
Invoice Date:  10/22/2007

Attention:                                                    7983.20710

Loan No: 1000876373                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/22/2007 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| | | |
| 5/24/2007 | Date Notice of Default Recorded | $12.00 |
| 5/26/2007 | 10 Day Mailings Sent | $14.18 |
| 5/31/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 6/1/2007 | 1 Month Mailings Sent | $21.27 |
| 9/24/2007 | Publication Endorsement Received | $50.00 |
| 9/26/2007 | Date Notice of Sale Mailed | $29.64 |
| 9/27/2007 | Date Notice of Sale Posted | $120.00 |
| 9/27/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 10/2/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/17/2007 | Sale Endorsement Received | $25.00 |
| | **TOTAL EXPENSES:** | $1,264.09 |

**PLEASE PAY AMOUNT DUE:**     $1,764.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0074663

Invoice Date:   10/22/2007

7983.20746

Attention:

Loan No: 1001124581

Type:   Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/22/2007 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 6/7/2007 | Date Notice of Default Recorded | $12.00 |
| 6/14/2007 | 10 Day Mailings Sent | $7.09 |
| 6/20/2007 | Date Trustee Sale Guarantee Received | $509.00 |
| 9/28/2007 | Publication Endorsement Received | $50.00 |
| 9/29/2007 | Date Notice of Sale Mailed | $22.23 |
| 10/1/2007 | Date Notice of Sale Posted | $120.00 |
| 10/1/2007 | Assignment Recorded | $9.00 |
| 10/2/2007 | Date Publication Commenced (1st Pub) | $363.50 |
| 10/5/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/5/2007 | SOT/Appointment Recorded | $12.00 |
| | TOTAL EXPENSES: | $1,111.82 |

PLEASE PAY AMOUNT DUE:    $1,611.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0074664

Invoice Date:  10/22/2007

Attention:                                                          7983.20793

Loan No: 1000948880                    Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/22/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/25/2007 | Date Notice of Default Recorded | $10.00 |
| 6/28/2007 | 10 Day Mailings Sent | $14.18 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 7/10/2007 | 1 Month Mailings Sent | $35.45 |
| 10/5/2007 | Date Notice of Sale Mailed | $44.46 |
| 10/9/2007 | Date Publication Commenced (1st Pub) | $404.00 |
| 10/12/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/12/2007 | SOT/Appointment Recorded | $10.00 |
| 10/18/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $1,104.09 |

PLEASE PAY AMOUNT DUE:     $1,704.09

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0074665
Invoice Date:  10/22/2007

Attention:                                                         7983.20889

Loan No: 1001170358                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/22/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 7/3/2007 | Date Notice of Default Recorded | $13.00 |
| 7/6/2007 | 10 Day Mailings Sent | $7.09 |
| 7/19/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 7/20/2007 | 1 Month Mailings Sent | $7.09 |
| 10/3/2007 | Publication/MERS Datedown Ordered | ~~$50.00~~ |
| 10/12/2007 | Date Notice of Sale Mailed | $14.82 |
| 10/16/2007 | Recission Recording | $9.00 |
| 10/16/2007 | Date Publication Commenced (1st Pub) | $215.64 |
| 10/16/2007 | Date Notice of Sale Posted | $120.00 |
| | **TOTAL EXPENSES:** | ~~$1,136.64~~  *1086.44* |

**PLEASE PAY AMOUNT DUE:**    ~~$1,736.64~~

*1686.44*

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0074656
Invoice Date:   10/22/2007

Attention:                                                                  7983.20978

Loan No: 1000718331                              Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/22/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | $13.00 |
| 7/28/2007 | 10 Day Mailings Sent | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | $1,520.00 |
| 8/18/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $1,589.72 |
| | PLEASE PAY AMOUNT DUE: | $2,189.72 |

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0108360-IN |
| DATE : | Oct 22, 2007 |
| TRUSTEE NO : | 0079838    0283 |

CONTACT:                                                                                     Page 1 of 1

Loan No: 1001505125                            Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/22/2007  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,800.00 | $ 2,700.00 | $ 3,900.00 | $ 350.00 | $ 150.00 | $ 10,900.00 |

This is the total outstanding invoices for your client number at this date.

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0108361-IN |
| DATE : | Oct 22, 2007 |
| TRUSTEE NO : | 0079838    0286 |

CONTACT:

Page 1 of 1

Loan No: 1001422911

Type:

Borrower █████████████

Property Address: ██████████████

█████████████

| | | |
|---|---|---|
| 10/22/2007   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,800.00 | $ 2,700.00 | $ 3,900.00 | $ 350.00 | $ 150.00 | $ 10,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0074661
Invoice Date:  10/22/2007

Attention:

7983.21144

Loan No: 1001425897                                Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/22/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 10/2/2007 | 1 Month Mailings Sent | $49.63 |
| | **TOTAL EXPENSES:** | $762.99 |

PLEASE PAY AMOUNT DUE:          $1,362.99

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0074666
Invoice Date:  10/22/2007

Attention:                                                         7983.21308

Loan No: 1001215210                    Type:  Non-Jud Foreclosure/ CONV

Borrower

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 9/17/2007 | Assignment Prepared | | $50.00 |
| 10/22/2007 | Trustee Fee | | $475.00 |
| | | TOTAL FEES: | $525.00 |
| 9/14/2007 | Notice of Default Mailed (statutory) | | $12.00 |
| 9/15/2007 | Notice of Default Posted | | $57.50 |
| 9/19/2007 | Trustee Sale Guarantee Received | | $690.56 |
| 10/22/2007 | Appointment Recorded | | $12.00 |
| 10/22/2007 | Assignment Recorded | | $12.00 |
| | | TOTAL EXPENSES: | $784.06 |
| | | PLEASE PAY AMOUNT DUE: | $1,309.06 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0074692

4600 Regent Blvd., Suite 200

Invoice Date:  10/22/2007

Irving, TX   75063

Attention:                                                       7983.21519

Loan No: 1000903435                  Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/22/2007 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 10/1/2007 | Trustee Sale Guarantee Received | | $1,290.25 |
| 10/9/2007 | Assignment Recorded | | $3.00 |
| 10/9/2007 | Notice of Default Recorded | | $3.00 |
| 10/9/2007 | Appointment Recorded | | $3.00 |
| | | TOTAL EXPENSES: | $1,299.25 |
| | | PLEASE PAY AMOUNT DUE: | $1,799.25 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0074748
Invoice Date:  10/23/2007

Attention:                                                      7983.20699

Loan No: 1001287384                     Type:  Non-Jud Foreclosure/ CONV

Borrower

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/23/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/10/2007 | Trustee Sale Guarantee Received | | $781.00 |
| 5/14/2007 | Assignment Recorded | | $3.00 |
| 5/14/2007 | Notice of Default Recorded | | $3.00 |
| 5/14/2007 | Appointment Recorded | | $3.00 |
| 5/17/2007 | Notice of Sale Mailed (statutory) | | $42.00 |
| 5/18/2007 | Service/Posting of Notices | | $100.00 |
| 5/30/2007 | Publication Commenced | | $207.00 |
| 7/13/2007 | Affidavit of Post/Service Recorded | | $6.00 |
| 7/13/2007 | Affidavit of PUB Recorded | | $3.00 |
| 7/13/2007 | Affidavit of Mailing Recorded | | $12.00 |
| 9/17/2007 | Postponement of Trustee's Sale | | $50.00 |
| 9/24/2007 | Postponement of Trustee's Sale | | $50.00 |
| 10/5/2007 | Postponement of Trustee's Sale | | $50.00 |
| 10/23/2007 | Record Rescission | | $3.00 |
| | | TOTAL EXPENSES: | $1,313.00 |
| | | PLEASE PAY AMOUNT DUE: | $1,913.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0074747
4600 Regent Blvd., Suite 200               Invoice Date:  10/23/2007
Irving,  TX   75063

Attention:                                                  7983.20886

Loan No: 1000674030                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/23/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/5/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | | $1,940.00 |
| 7/10/2007 | 10 Day Mailings Sent | | $50.31 |
| 7/16/2007 | SOT/Appointment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $2,020.31 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $2,620.31 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:    FTS0074774
Invoice Date:    10/23/2007

Attention:                                                        7983.20977

Loan No: 1001674600                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/23/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/24/2007 | Date Notice of Default Recorded | | $10.00 |
| 7/27/2007 | 10 Day Mailings Sent | | $7.09 |
| 7/30/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 7/31/2007 | 1 Month Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $674.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,274.18 |

Page 1

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0108472-IN |
| DATE : | Oct 23, 2007 |
| TRUSTEE NO : | 0079838    0165 |

CONTACT:                                                              Page 1 of 1

Loan No: 1001200419                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/23/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,000.00 | $ 2,500.00 | $ 4,100.00 | $ 350.00 | $ 150.00 | $ 11,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074836
Invoice Date:  10/24/2007

Attention:                                                                            7983.20683

Loan No:  1000667108                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 6/2/2007 | 1 Month Mailings Sent | $21.27 |
| 9/27/2007 | Date Notice of Sale Mailed | $37.05 |
| 10/1/2007 | Assignment Recorded | $10.00 |
| 10/1/2007 | SOT/Appointment Recorded | $10.00 |
| 10/1/2007 | Date Notice of Sale Recorded | $10.00 |
| 10/2/2007 | Date Publication Commenced (1st Pub) | $660.50 |
| 10/2/2007 | Date Notice of Sale Posted | $120.00 |
| 10/22/2007 | Title Cost Endorsement | $75.00 |
| | TOTAL EXPENSES: | $943.82 |

PLEASE PAY AMOUNT DUE:        $943.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074792
Invoice Date:  10/23/2007

Attention:

7983.21527

Loan No: 1001524784

Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/3/2007 | Assignment Prepared | $50.00 |
| 10/23/2007 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 10/1/2007 | Trustee Sale Guarantee Received | $1,134.00 |
| 10/16/2007 | Notice of Default Recorded | $36.00 |
| 10/16/2007 | Appointment Recorded | $31.00 |
| 10/16/2007 | Assignment Recorded | $31.00 |
| 10/18/2007 | Notice of Sale Mailed (statutory) | $18.00 |
| 10/23/2007 | Notice of Sale Served | $77.50 |
| | TOTAL EXPENSES: | $1,327.50 |

PLEASE PAY AMOUNT DUE:    $2,052.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0074855
Invoice Date:  10/24/2007

Attention:                                                                 7983.21568

Loan No: 1001276244                          Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/24/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/1/2007 | Date Notice of Default Recorded | | $11.00 |
| 10/3/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| | | TOTAL EXPENSES: | $558.09 |
| | | PLEASE PAY AMOUNT DUE: | $1,158.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX    75063

Invoice No:   FTS0074835

Invoice Date:   10/24/2007

Attention:                                                              7983.21677

Loan No: 1001354076                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/24/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/18/2007 | Date Notice of Default Recorded | | $11.00 |
| 10/19/2007 | Date Trustee Sale Guarantee Received | | $606.00 |
| | | TOTAL EXPENSES: | $617.00 |
| | | PLEASE PAY AMOUNT DUE: | $1,217.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0075008

Invoice Date:  10/25/2007

Attention:                                                            7983.20587

Loan No: 1000881566                    Type:  Non-Jud Foreclosure/ CONV
Borrower:



| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/25/2007 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 9/21/2007 | Title Cost Endorsement | | $50.00 |
| 9/26/2007 | Date Notice of Sale Posted | | $120.00 |
| 9/26/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 9/26/2007 | Date Notice of Sale Mailed | | $59.28 |
| 9/28/2007 | Assignment Recorded | | $15.00 |
| 9/28/2007 | SOT/Appointment Recorded | | $10.00 |
| 9/28/2007 | Date Notice of Sale Recorded | | $10.00 |
| 10/16/2007 | Title Cost Endorsement | | $25.00 |
| 10/25/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $659.28 |
| | | PLEASE PAY AMOUNT DUE: | $959.28 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0075117
Invoice Date:   10/26/2007

Attention:                                              7983.20676

Loan No:  1001346431                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/26/2007 | Trustee Fee - Reset | $450.00 |
|  | TOTAL FEES: | $450.00 |
|  |  |  |
| 9/15/2007 | Amended NOTS Posted | $57.50 |
| 9/17/2007 | Amended NOTS Recorded | $43.00 |
| 9/18/2007 | Amended NOTS Mailed | $30.00 |
| 9/26/2007 | Publication Commenced | $323.30 |
| 10/26/2007 | Sale Completed/Read | $100.00 |
| 10/26/2007 | Cost - Record Trustee's Deed | $51.00 |
|  | TOTAL EXPENSES: | $604.80 |
|  |  |  |
|  | PLEASE PAY AMOUNT DUE: | $1,054.80 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074975
Invoice Date:  10/25/2007

Attention:                                                                    7983.20693

Loan No: 1001519790                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/25/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/8/2007 | Date Notice of Default Recorded | $12.00 |
| 5/10/2007 | 10 Day Mailings Sent | $13.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 5/30/2007 | 1 Month Mailings Sent | $7.09 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 9/22/2007 | Date Notice of Sale Mailed | $22.23 |
| 9/26/2007 | Date Publication Commenced (1st Pub) | $341.99 |
| 9/26/2007 | Date Notice of Sale Posted | $120.00 |
| 9/28/2007 | Date Notice of Sale Recorded | $7.00 |
| 9/28/2007 | Assignment Recorded | $12.00 |
| 9/28/2007 | SOT/Appointment Recorded | $10.00 |
| 10/16/2007 | Title Cost Endorsement | $25.00 |
| 10/25/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,115.31 |

PLEASE PAY AMOUNT DUE:      $1,715.31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0075003
Invoice Date:  10/25/2007

Attention:                                                                          7983.20713

Loan No: 1001556557                              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/25/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/24/2007 | Date Notice of Default Recorded | $9.00 |
| 5/26/2007 | 10 Day Mailings Sent | $7.09 |
| 6/1/2007 | Date Trustee Sale Guarantee Received | $1,079.00 |
| 6/2/2007 | 1 Month Mailings Sent | $21.27 |
| 9/20/2007 | Publication Endorsement Received | $100.00 |
| 9/22/2007 | Date Notice of Sale Mailed | $37.05 |
| 9/26/2007 | SOT/Appointment Recorded | $9.00 |
| 9/26/2007 | Assignment Recorded | $15.00 |
| 9/26/2007 | Date Notice of Sale Recorded | $6.00 |
| 9/27/2007 | Date Notice of Sale Posted | $120.00 |
| 9/27/2007 | Date Publication Commenced (1st Pub) | $372.99 |
| 10/17/2007 | Sale Endorsement Received | $25.00 |
| 10/25/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,816.40 |

PLEASE PAY AMOUNT DUE:      $2,416.40

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0074920

Invoice Date:  10/25/2007

Attention:                                                           7983.21003

Loan No: 1000732359                        Type:  Non-Jud Foreclosure/CONV

Borrower

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/25/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| | | | |
| 7/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/28/2007 | 10 Day Mailings Sent | | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | | $942.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $77.99 |
| | | **TOTAL EXPENSES:** | $1,046.17 |
| | | | |
| | | **PLEASE PAY AMOUNT DUE:** | $1,646.17 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No:  FTS0074981
Invoice Date:  10/25/2007

Attention:

7983.21326

Loan No: 1001095104                       Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/25/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 9/29/2007 | 1 Month Mailings Sent | $28.36 |
| | TOTAL EXPENSES: | $654.54 |

PLEASE PAY AMOUNT DUE:      $1,254.54

Page 1