# EXHIBIT C - PART 4

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0074980
Invoice Date:   10/25/2007

Attention:

7983.21340

Loan No: 1001129473
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 10/25/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $28.36 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | | $390.00 |
| 9/27/2007 | 1 Month Mailings Sent | | $49.63 |
| | | TOTAL EXPENSES: | $479.99 |

PLEASE PAY AMOUNT DUE:    $1,079.99

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0074919

Invoice Date:  10/25/2007

Attention:                                                                           7983.21367

Loan No: 1001228444                    Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/25/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| | | TOTAL EXPENSES: | $589.09 |
| | | PLEASE PAY AMOUNT DUE: | $1,189.09 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075149
Invoice Date:  10/29/2007

Attention:                                                                7983.20418

Loan No: 1001217253                     Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 10/29/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 2/28/2007 | Date Notice of Default Recorded | $10.00 |
| 3/8/2007 | 10 Day Mailings Sent | $13.00 |
| 3/13/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 3/21/2007 | 1 Month Mailings Sent | $52.00 |
| 5/26/2007 | Title Cost Endorsement | $50.00 |
| 5/31/2007 | Date Notice of Sale Recorded | $7.00 |
| 5/31/2007 | SOT/Appointment Recorded | $10.00 |
| 5/31/2007 | Assignment Recorded | $12.00 |
| 6/1/2007 | Date Publication Commenced (1st Pub) | $25.00 |
| 9/21/2007 | Publication Endorsement Received | $50.00 |
| 9/25/2007 | Date Notice of Sale Mailed | $118.56 |
| 9/26/2007 | Date Notice of Sale Posted | $120.00 |
| 9/27/2007 | Date Publication Commenced (1st Pub) | $370.29 |
| 10/1/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/17/2007 | Title Cost Endorsement | $25.00 |
| 10/26/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,109.85 |

PLEASE PAY AMOUNT DUE:    $1,709.85

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX    75063

Invoice No:  FTS0075150

Invoice Date:  10/29/2007

Attention:                                                                  7983.20674

Loan No: 1001439020                          Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/29/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $13.00 |
| 5/29/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 5/30/2007 | 1 Month Mailings Sent | $28.36 |
| 8/18/2007 | Title Cost Endorsement | $50.00 |
| 9/19/2007 | Date Notice of Sale Posted | $120.00 |
| 9/19/2007 | Title Cost Endorsement | $50.00 |
| 9/27/2007 | Date Publication Commenced (1st Pub) | $559.70 |
| 9/27/2007 | Date Notice of Sale Mailed | $44.46 |
| 9/28/2007 | Assignment Recorded | $12.00 |
| 9/28/2007 | SOT/Appointment Recorded | $12.00 |
| 9/28/2007 | Date Notice of Sale Recorded | $9.00 |
| 10/17/2007 | Title Cost Endorsement | $25.00 |
| 10/26/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,715.52 |

PLEASE PAY AMOUNT DUE:    $2,315.52

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0108827-IN |
| DATE : | Oct 29, 2007 |
| TRUSTEE NO : | 0079838     0282 |

CONTACT:                                                                        Page 1 of 1

Loan No: 1001460129                         Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 10/29/2007 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................**  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 2,800.00 | $ 2,700.00 | $ 4,400.00 | $ 1,250.00 | $ 150.00 | $ 11,300.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0075228
Invoice Date: 10/29/2007

Attention:                                          7983.21293

Loan No: 1000837052                    Type: Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/29/2007 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 10/3/2007 | 1 Month Mailings Sent | $21.27 |
| | TOTAL EXPENSES: | $722.45 |

PLEASE PAY AMOUNT DUE:        $1,222.45

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0075151

Invoice Date:  10/29/2007

Attention:                                                                7983.21371

Loan No: 1001637316                       Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/29/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $14.18 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| | TOTAL EXPENSES: | $771.18 |

PLEASE PAY AMOUNT DUE:        $1,371.18

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0075287
Invoice Date:  10/30/2007

Attention:                                                           7983.20893

Loan No: 1001117972                        Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/30/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/3/2007 | Date Notice of Default Recorded | $15.00 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 7/10/2007 | 10 Day Mailings Sent | $21.27 |
| 7/16/2007 | SOT/Appointment Recorded | $15.00 |
| 7/16/2007 | SOT/Appointment Recorded | $15.00 |
| 10/22/2007 | Date Publication Commenced (1st Pub) | $222.50 |
| 10/23/2007 | Date Notice of Sale Mailed | $22.23 |
| 10/26/2007 | Date Notice of Sale Posted | $120.00 |
| 10/29/2007 | Rescission Recorded | $15.00 |
| | TOTAL EXPENSES: | $986.00 |
| | PLEASE PAY AMOUNT DUE: | $1,586.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0075306

Invoice Date:  10/30/2007

Attention:                                                                          7983.20906

Loan No: 1000753668                          Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/30/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/5/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 7/10/2007 | 10 Day Mailings Sent | | $35.45 |
| 7/19/2007 | SOT/Appointment Recorded | | $14.00 |
| 10/15/2007 | Publication Endorsement Received | | $50.00 |
| 10/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/23/2007 | Date Publication Commenced (1st Pub) | | $195.20 |
| 10/23/2007 | Date Notice of Sale Mailed | | $37.05 |
| 10/25/2007 | Assignment Recording | | $15.00 |
| 10/25/2007 | Date Notice of Sale Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $976.70 |

PLEASE PAY AMOUNT DUE:   $1,576.70

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0075308
Invoice Date:  10/30/2007

Attention:                                                      7983.20908

Loan No: 1000781842                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/30/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 7/5/2007 | Date Notice of Default Recorded | $15.00 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 7/10/2007 | 10 Day Mailings Sent | $28.36 |
| 7/19/2007 | SOT/Appointment Recorded | $14.00 |
| 10/15/2007 | Publication Endorsement Received | $50.00 |
| 10/22/2007 | Date Notice of Sale Posted | $120.00 |
| 10/23/2007 | Date Publication Commenced (1st Pub) | $418.55 |
| 10/24/2007 | Date Notice of Sale Mailed | $29.64 |
| 10/25/2007 | Date Notice of Sale Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,200.55 |

**PLEASE PAY AMOUNT DUE:**   $1,800.55

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:   FTS0075243
4600 Regent Blvd., Suite 200                        Invoice Date:  10/30/2007
Irving,  TX   75063

Attention:                                                  7983.21110

Loan No: 1001586769                           Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/30/2007 | Trustee Fee | | $67.50 |
| | | **TOTAL FEES:** | $67.50 |
| | | | |
| 8/16/2007 | Publication Commenced | | $115.00 |
| 10/3/2007 | Affidavits Package Recorded | | $71.00 |
| 10/22/2007 | Postponement of Sale Read | | $50.00 |
| 10/29/2007 | Sale Completed/Read | | $50.00 |
| 10/29/2007 | Postponement of Sale Read | | $50.00 |
| | | **TOTAL EXPENSES:** | $336.00 |
| | | | |
| | | **PLEASE PAY AMOUNT DUE:** | $403.50 |

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0108895-IN |
| DATE : | Oct 30, 2007 |
| TRUSTEE NO : | 0079838      0310 |

CONTACT:

Page 1 of 1

Loan No: 1001443205                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 10/30/2007   Trustee - Monitor Fee/NV | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,200.00 | $ 2,500.00 | $ 3,800.00 | $ 1,900.00 | $ 300.00 | $ 11,700.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

| | |
|---|---|
| American Home Mortgage Servici | INVOICE NO :    0108896-IN |
| 4600 Regent Blvd., Suite 200 | DATE :    Oct 30, 2007 |
| Irving,  TX   75063 | TRUSTEE NO :    0079838     0316 |

CONTACT:                                                                                           Page 1 of 1

Loan No: 1001188086                                    Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 10/30/2007 | Trustee - Monitor Fee/NV | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |
| | | **PLEASE PAY AMOUNT DUE...............................** | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,200.00 | $ 2,500.00 | $ 3,800.00 | $ 1,900.00 | $ 300.00 | $ 11,700.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0075288
4600 Regent Blvd., Suite 200                        Invoice Date:  10/30/2007
Irving, TX   75063

Attention:                                          7983.21447

Loan No: 1001517266                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/30/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $28.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| | | TOTAL EXPENSES: | $939.36 |
| | | PLEASE PAY AMOUNT DUE: | $1,539.36 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0075295
4600 Regent Blvd., Suite 200              Invoice Date:  10/30/2007
Irving,  TX   75063

Attention:                                            7983.21591

Loan No: 1000654711              Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/30/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/4/2007 | Date Notice of Default Recorded | $15.00 |
| 10/5/2007 | 10 Day Mailings Sent | $7.09 |
| 10/9/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 10/30/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $756.09 |

PLEASE PAY AMOUNT DUE:          $1,356.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0075289

Invoice Date:  10/30/2007

Attention:                                                                        7983.21593

Loan No: 1000840198

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/30/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/5/2007 | Date Notice of Default Recorded | | $15.00 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 10/11/2007 | 10 Day Mailings Sent | | $85.08 |
| | | TOTAL EXPENSES: | $700.08 |
| | | PLEASE PAY AMOUNT DUE: | $1,300.08 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                     Invoice No:  FTS0075290
4600 Regent Blvd., Suite 200                              Invoice Date:  10/30/2007
Irving,  TX   75063

Attention:                                                           7983.21654

Loan No: 1001170383                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/30/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | | $13.00 |
| 10/17/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 10/19/2007 | 10 Day Mailings Sent | | $7.09 |
| | | TOTAL EXPENSES: | $245.09 |
| | | PLEASE PAY AMOUNT DUE: | $845.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0075455
Invoice Date:  10/31/2007

Attention:                                                      7983.20556

Loan No: 1000784271                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/25/2007 | Date Notice of Default Recorded | $15.00 |
| 6/1/2007 | Date Trustee Sale Guarantee Received | $1,478.00 |
| 6/1/2007 | 10 Day Mailings Sent | $56.26 |
| 6/5/2007 | SOT/Appointment Recorded | $15.00 |
| 10/9/2007 | Publication Endorsement Received | $50.00 |
| 10/10/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 10/10/2007 | Date Notice of Sale Posted | $120.00 |
| 10/10/2007 | Date Notice of Sale Mailed | $111.15 |
| 10/11/2007 | Date Notice of Sale Recorded | $15.00 |
| 10/30/2007 | Sale Endorsement Received | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| 10/31/2007 | Assignment Recording | $15.00 |
| 10/31/2007 | Date Transfer Tax Advanxced | $2,193.00 |
| | TOTAL EXPENSES: | $4,428.41 |

PLEASE PAY AMOUNT DUE:     $5,028.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0075441
Invoice Date:  10/31/2007

Attention:                                                                7983.20584

Loan No: 1000896213                          Type:  Non-Jud Foreclosure/ CONV
Borrower

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/13/2007 | Date Notice of Default Recorded | $12.00 |
| 6/16/2007 | 10 Day Mailings Sent | $49.63 |
| 7/12/2007 | 1 Month Mailings Sent | $21.00 |
| 10/5/2007 | Title Cost Endorsement | $50.00 |
| 10/5/2007 | Date Notice of Sale Mailed | $51.87 |
| 10/9/2007 | Date Notice of Sale Posted | $120.00 |
| 10/10/2007 | Assignment Recorded | $12.00 |
| 10/10/2007 | SOT/Appointment Recorded | $10.00 |
| 10/10/2007 | Date Publication Commenced (1st Pub) | $467.36 |
| 10/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/30/2007 | Title Cost Endorsement | $25.00 |
| 10/31/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $840.86 |

PLEASE PAY AMOUNT DUE:      $1,440.86

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075442
Invoice Date:  10/31/2007

Attention:                                                          7983.20688

Loan No: 1000892450                    Type:  Non-Jud Foreclosure/CONV
Borrower 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/8/2007 | Date Notice of Default Recorded | $12.00 |
| 5/10/2007 | 10 Day Mailings Sent | $19.50 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $360.00 |
| 5/26/2007 | 1 Month Mailings Sent | $35.45 |
| 8/21/2007 | Date Notice of Sale Posted | $120.00 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/5/2007 | Date Notice of Sale Mailed | $44.46 |
| 10/10/2007 | Date Publication Commenced (1st Pub) | $583.82 |
| 10/12/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/12/2007 | SOT/Appointment Recorded | $10.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| 10/30/2007 | Assignment Recorded | $12.00 |
| 10/30/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,294.23 |

PLEASE PAY AMOUNT DUE:      $1,894.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0075443

Invoice Date:  10/31/2007

Attention:

7983.20689

Loan No: 1000892309

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/31/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 5/8/2007 | Date Notice of Default Recorded | $12.00 |
| 5/11/2007 | 10 Day Mailings Sent | $26.00 |
| 5/29/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 5/30/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $730.54 |

PLEASE PAY AMOUNT DUE:    $1,030.54

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:   FTS0075444
Invoice Date:  10/31/2007

Attention:

7983.20696

Loan No: 1001166779                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---:|---|---:|---:|
| 10/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/8/2007 | Date Notice of Default Recorded | | $11.00 |
| 5/11/2007 | 10 Day Mailings Sent | | $6.50 |
| 6/1/2007 | Date Trustee Sale Guarantee Received | | $714.00` |
| 6/20/2007 | 1 Month Mailings Sent | | $7.09 |
| 9/24/2007 | Publication Endorsement Received | | $50.00 |
| 10/5/2007 | Date Notice of Sale Mailed | | $14.82 |
| 10/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/10/2007 | Date Notice of Sale Recorded | | $8.00 |
| 10/10/2007 | SOT/Appointment Recorded | | $11.00 |
| 10/10/2007 | Date Publication Commenced (1st Pub) | | $514.22 |
| 10/10/2007 | Assignment Recorded | | $12.00 |
| 10/30/2007 | Sale Endorsement Received | | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,508.63 |
| | | PLEASE PAY AMOUNT DUE: | $2,108.63 |

Page I

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                      Invoice No:  FTS0075445
4600 Regent Blvd., Suite 200                          Invoice Date:  10/31/2007
Irving,  TX   75063

Attention:                                                        7983.20702

Loan No: 1001424579                      Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/16/2007 | Date Notice of Default Recorded | $12.00 |
| 5/18/2007 | 10 Day Mailings Sent | $14.06 |
| 6/5/2007 | Date Trustee Sale Guarantee Received | $760.80 |
| 6/8/2007 | 1 Month Mailings Sent | $63.81 |
| 8/20/2007 | Publication Endorsement Received | $50.00 |
| 8/21/2007 | Date Publication Commenced (1st Pub) | $275.00 |
| 8/22/2007 | Date Notice of Sale Posted | $120.00 |
| 8/22/2007 | Date Notice of Sale Mailed | $74.10 |
| 8/27/2007 | Assignment Recorded | $9.00 |
| 8/27/2007 | SOT/Appointment Recorded | $12.00 |
| 8/27/2007 | Date Notice of Sale Recorded | $9.00 |
| 9/14/2007 | Sale Endorsement Received | $25.00 |
| 9/17/2007 | Cost - Record Trustee's Deed | $15.00 |
| 9/17/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,464.77 |

PLEASE PAY AMOUNT DUE:    $2,064.77

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0075495
4600 Regent Blvd., Suite 200                        Invoice Date:  10/31/2007
Irving, TX   75063

Attention:                                                      7983.20737

Loan No: 1001472426                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 6/7/2007 | Date Notice of Default Recorded | $10.00 |
| 6/9/2007 | 10 Day Mailings Sent | $14.18 |
| 6/14/2007 | Date Trustee Sale Guarantee Received | $899.00 |
| 6/15/2007 | 1 Month Mailings Sent | $7.09 |
| 9/20/2007 | Title Cost Endorsement | $50.00 |
| 9/27/2007 | Date Notice of Sale Mailed | $37.05 |
| 10/2/2007 | SOT/Appointment Recorded | $10.00 |
| 10/2/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/3/2007 | Date Notice of Sale Posted | $120.00 |
| 10/3/2007 | Date Publication Commenced (1st Pub) | $599.88 |
| 10/3/2007 | Assignment Recorded | $7.00 |
| 10/23/2007 | Title Cost Endorsement | $25.00 |
| 10/23/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,801.20 |

PLEASE PAY AMOUNT DUE:    $2,401.20

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075496
Invoice Date:  10/31/2007

Attention:                                                        7983.20739

Loan No: 1001124875                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/7/2007 | Date Notice of Default Recorded | $12.00 |
| 6/14/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 6/14/2007 | 10 Day Mailings Sent | $21.27 |
| 6/15/2007 | 1 Month Mailings Sent | $35.45 |
| 9/21/2007 | Publication Endorsement Received | $50.00 |
| 9/29/2007 | Date Notice of Sale Mailed | $103.74 |
| 10/2/2007 | Assignment Recorded | $12.00 |
| 10/2/2007 | Date Notice of Sale Posted | $120.00 |
| 10/2/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 10/2/2007 | SOT/Appointment Recorded | $10.00 |
| 10/2/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/22/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,221.46 |

PLEASE PAY AMOUNT DUE:        $1,821.46

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075497
Invoice Date:  10/31/2007

Attention:

7983.20741

Loan No: 1001049933

Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 6/7/2007 | Date Notice of Default Recorded | $12.00 |
| 7/11/2007 | 10 Day Mailings Sent | $14.18 |
| 7/12/2007 | Date Trustee Sale Guarantee Received | $1,018.00 |
| 9/20/2007 | Title Cost Endorsement | $50.00 |
| 9/29/2007 | Date Notice of Sale Mailed | $14.82 |
| 10/2/2007 | Date Notice of Sale Recorded | $10.00 |
| 10/2/2007 | SOT/Appointment Recorded | $10.00 |
| 10/3/2007 | Date Notice of Sale Posted | $120.00 |
| 10/3/2007 | Date Publication Commenced (1st Pub) | $259.50 |
| 10/23/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Assignment Recorded | $15.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,563.50 |

PLEASE PAY AMOUNT DUE:    $2,163.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075498
Invoice Date:  10/31/2007

Attention:                                                                            7983.20742

Loan No: 1001254462                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------:|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 6/7/2007 | Date Notice of Default Recorded | $12.00 |
| 6/13/2007 | 10 Day Mailings Sent | $14.18 |
| 6/27/2007 | Date Trustee Sale Guarantee Received | $1,448.00 |
| 6/28/2007 | 1 Month Mailings Sent | $14.18 |
| 9/28/2007 | Publication Endorsement Received | $50.00 |
| 9/29/2007 | Date Notice of Sale Mailed | $29.64 |
| 10/2/2007 | SOT/Appointment Recorded | $10.00 |
| 10/2/2007 | Assignment Recorded | $9.00 |
| 10/2/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/3/2007 | Date Notice of Sale Posted | $120.00 |
| 10/3/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 10/23/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,994.00 |

PLEASE PAY AMOUNT DUE:        $2,594.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075499
Invoice Date:  10/31/2007

Attention:                                                                    7983.20750

Loan No: 1000977343                           Type:  Non-Jud Foreclosure/ CONV
Borrower 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| 6/7/2007 | Date Notice of Default Recorded | $12.00 |
| 6/9/2007 | 10 Day Mailings Sent | $7.09 |
| 6/25/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 9/27/2007 | Title Cost Endorsement | $50.00 |
| 9/27/2007 | Date Notice of Sale Mailed | $22.23 |
| 9/28/2007 | Date Notice of Sale Posted | $120.00 |
| 10/1/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 10/2/2007 | Date Notice of Sale Recorded | $9.00 |
| 10/2/2007 | Assignment Recorded | $9.00 |
| 10/2/2007 | SOT/Appointment Recorded | $12.00 |
| 10/22/2007 | Cost - Record Trustee's Deed | $15.00 |
| 10/22/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | **$1,261.32** |

**PLEASE PAY AMOUNT DUE:**      $1,861.32

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0075500
Invoice Date:  10/31/2007

Attention:  

7983.20752

Loan No: 1000616657

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | $12.00 |
| 6/14/2007 | 10 Day Mailings Sent | $21.27 |
| 6/29/2007 | Date Trustee Sale Guarantee Received | $834.00 |
| 6/30/2007 | 1 Month Mailings Sent | $14.18 |
| 9/9/2007 | Date Notice of Sale Mailed | $14.18 |
| 9/20/2007 | Title Cost Endorsement | $50.00 |
| 10/2/2007 | Date Notice of Sale Posted | $120.00 |
| 10/3/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 10/9/2007 | Date Notice of Sale Recorded | $9.00 |
| 10/9/2007 | Assignment Recorded | $12.00 |
| 10/9/2007 | SOT/Appointment Recorded | $12.00 |
| 10/23/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,493.63 |
| | PLEASE PAY AMOUNT DUE: | $2,093.63 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0075501
Invoice Date:  10/31/2007

Attention:                                                    7983.20753

Loan No: 1000812433                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 6/8/2007 | Date Notice of Default Recorded | $12.00 |
| 6/13/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 6/14/2007 | 10 Day Mailings Sent | $42.54 |
| 9/20/2007 | Title Cost Endorsement | $50.00 |
| 10/2/2007 | Date Notice of Sale Posted | $120.00 |
| 10/2/2007 | Date Notice of Sale Mailed | $29.64 |
| 10/3/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 10/5/2007 | Assignment Recorded | $9.00 |
| 10/5/2007 | Date Notice of Sale Recorded | $9.00 |
| 10/5/2007 | SOT/Appointment Recorded | $12.00 |
| 10/23/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,329.18 |

**PLEASE PAY AMOUNT DUE:**     $1,929.18

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0075446
Invoice Date:  10/31/2007

Attention:                                                          7983.20759

Loan No: 1001181947                         Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 10/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/7/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/9/2007 | 10 Day Mailings Sent | | $14.18 |
| 6/13/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 6/14/2007 | 1 Month Mailings Sent | | $70.90 |
| 9/21/2007 | Title Cost Endorsement | | $50.00 |
| 10/4/2007 | Date Notice of Sale Mailed | | $81.51 |
| 10/8/2007 | Date Publication Commenced (1st Pub) | | $696.20 |
| 10/9/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/15/2007 | Date Notice of Sale Recorded | | $7.00 |
| 10/15/2007 | Assignment Recorded | | $9.00 |
| 10/15/2007 | SOT/Appointment Recorded | | $10.00 |
| 10/29/2007 | Title Cost Endorsement | | $25.00 |
| 10/30/2007 | Cost – Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,009.79 |

PLEASE PAY AMOUNT DUE:      $2,609.79

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0075447

4600 Regent Blvd., Suite 200

Invoice Date:  10/31/2007

Irving, TX  75063

Attention:

7983.20768

Loan No: 1000928616

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 10/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | $10.00 |
| 6/14/2007 | 10 Day Mailings Sent | $7.09 |
| 6/20/2007 | Date Trustee Sale Guarantee Received | $1,276.00 |
| 6/21/2007 | 1 Month Mailings Sent | $14.18 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/5/2007 | Date Notice of Sale Mailed | $22.23 |
| 10/9/2007 | Date Notice of Sale Posted | $120.00 |
| 10/10/2007 | SOT/Appointment Recorded | $10.00 |
| 10/10/2007 | Date Publication Commenced (1st Pub) | $467.36 |
| 10/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/11/2007 | Assignment Recorded | $15.00 |
| 10/30/2007 | Title Cost Endorsement | $25.00 |
| 10/31/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,038.86 |

PLEASE PAY AMOUNT DUE:    $2,638.86

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0075448
Invoice Date: 10/31/2007

Attention:                                                              7983.20769

Loan No: 1000766610                          Type: Non-Jud Foreclosure/CONV
Borrower

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 6/11/2007 | Date Notice of Default Recorded | $9.00 |
| 6/15/2007 | 10 Day Mailings Sent | $35.45 |
| 6/19/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 6/20/2007 | 1 Month Mailings Sent | $35.45 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/5/2007 | Date Notice of Sale Mailed | $74.10 |
| 10/10/2007 | Date Publication Commenced (1st Pub) | $553.25 |
| 10/10/2007 | Date Notice of Sale Posted | $120.00 |
| 10/11/2007 | Date Notice of Sale Recorded | $6.00 |
| 10/11/2007 | Assignment Recorded | $6.00 |
| 10/11/2007 | SOT/Appointment Recorded | $9.00 |
| 10/30/2007 | Title Cost Endorsement | $25.00 |
| 10/31/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,683.25 |
| | **PLEASE PAY AMOUNT DUE:** | $2,283.25 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0075449
Invoice Date:   10/31/2007

Attention:                                                          7983.20802

Loan No: 1001477875                        Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 6/25/2007 | Date Notice of Default Recorded | $12.00 |
| 6/28/2007 | 10 Day Mailings Sent | $7.09 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/4/2007 | Date Notice of Sale Mailed | $7.41 |
| 10/8/2007 | Date Publication Commenced (1st Pub) | $428.69 |
| 10/9/2007 | Date Notice of Sale Posted | $120.00 |
| 10/15/2007 | Assignment Recorded | $9.00 |
| 10/15/2007 | SOT/Appointment Recorded | $10.00 |
| 10/15/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/29/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,554.19 |

**PLEASE PAY AMOUNT DUE:**          $2,154.19

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0075450
Invoice Date:  10/31/2007

Attention:                                                           7983.20803

Loan No: 1001148843                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 6/25/2007 | Date Notice of Default Recorded | $12.00 |
| 6/28/2007 | 10 Day Mailings Sent | $14.18 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 7/3/2007 | 1 Month Mailings Sent | $35.45 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/4/2007 | Date Notice of Sale Mailed | $44.46 |
| 10/8/2007 | Date Publication Commenced (1st Pub) | $425.75 |
| 10/9/2007 | Date Notice of Sale Posted | $120.00 |
| 10/15/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/15/2007 | SOT/Appointment Recorded | $10.00 |
| 10/29/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,383.84 |

PLEASE PAY AMOUNT DUE:      $1,983.84

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0075502
4600 Regent Blvd., Suite 200                              Invoice Date:  10/31/2007
Irving,  TX  75063

Attention:                                                              7983.20839

Loan No: 1000836763                              Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 6/28/2007 | Date Notice of Default Recorded | $12.00 |
| 6/30/2007 | 10 Day Mailings Sent | $21.27 |
| 7/3/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 7/4/2007 | 1 Month Mailings Sent | $21.27 |
| 9/20/2007 | Title Cost Endorsement | $50.00 |
| 9/29/2007 | Date Notice of Sale Mailed | $59.28 |
| 10/2/2007 | SOT/Appointment Recorded | $10.00 |
| 10/2/2007 | Date Publication Commenced (1st Pub) | $375.00 |
| 10/2/2007 | Date Notice of Sale Posted | $120.00 |
| 10/2/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/4/2007 | Assignment Recorded | $12.00 |
| 10/22/2007 | Cost – Record Trustee's Deed | $15.00 |
| 10/22/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,590.82 |

**PLEASE PAY AMOUNT DUE:**          $2,190.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0075503
Invoice Date:  10/31/2007

Attention:                                                                      7983.20843

Loan No: 1001240717                                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/27/2007 | Date Notice of Default Recorded | | $13.00 |
| 6/30/2007 | 10 Day Mailings Sent | | $21.27 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 7/3/2007 | 1 Month Mailings Sent | | $21.27 |
| 9/27/2007 | Title Cost Endorsement | | $50.00 |
| 9/29/2007 | Date Notice of Sale Mailed | | $37.05 |
| 10/2/2007 | Date Publication Commenced (1st Pub) | | $399.56 |
| 10/2/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/4/2007 | Assignment Recorded | | $9.00 |
| 10/4/2007 | Date Notice of Sale Recorded | | $12.00 |
| 10/4/2007 | SOT/Appointment Recorded | | $12.00 |
| 10/22/2007 | Title Cost Endorsement | | $50.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,659.15 |
| | | PLEASE PAY AMOUNT DUE: | $2,259.15 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0075494
4600 Regent Blvd., Suite 200                              Invoice Date:  10/31/2007
Irving,  TX   75063

Attention:                                                              7983.20189

Loan No: 1001033780                          Type:  Non-Jud Foreclosure/ CONV
Borrower 

| Date | Item Description | Amount |
|---|---|---|
| 3/8/2007 | Assignment Recorded | $8.00 |
| 4/27/2007 | Recission Recording | $11.00 |
| 6/29/2007 | Date Notice of Sale Mailed | $44.46 |
| 6/30/2007 | Date Publication Commenced (1st Pub) | $505.00 |
| 6/30/2007 | Date Notice of Sale Posted | $120.00 |
| 7/11/2007 | Date Notice of Sale Recorded | $10.00 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/22/2007 | Title Cost Endorsement | $50.00 |
| 10/30/2007 | Cost – Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $813.46 |

PLEASE PAY AMOUNT DUE:        $813.46

Page 1