IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :    Jointly Administered
    Debtors.                                                     :
---------------------------------------------------------------- x    Ref. Docket No. _____

**ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554
AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION
OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF
MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT
OF REASONABLE COSTS AND EXPENSES**

Upon consideration of the Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses (the "Motion")[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding good and sufficient cause to grant the Motion, and good and adequate notice of the Motion having been given, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized to immediately abandon and destroy the Duplicate Hard Copy Loan Files in a manner consistent with the standard set forth in 16 C.F.R. § 682.3(a) and shall be exempt from any other inconsistent federal or state laws or regulations, including with respect to the disposal or retention of non-public consumer information; and it is further

ORDERED that the Debtors may expend resources of the estate for the purposes of disposing of the Duplicate Hard Copy Loan Files; and it is further

ORDERED that the Debtors are authorized to return the Hard Copy Loan Files (to the extent the request is received prior to destruction of same) to the legal owners of the underlying loans upon request by written sworn declaration (the "Declaration") from such party to the Debtors via first class mail or e-mail as follows: 538 Broadhollow Road, Melville, NY 11747; (Chris.Cavaco@americahm.com); Attn. Chris Cavaco. Each Declaration must, at a minimum, include: (i) a list by loan number of each loan file requested; (ii) the name and contact information of the requesting party and a contact person; (iii) a sworn declaration that such party legally owns each loan requested and that the declarant has the requisite corporate authority to make such a declaration; and (iv) attestation that the party shall pay all reasonable costs and expenses of retrieval, review and return of such loan files, including labor and third party costs and expenses.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this order.

Dated: December ___, 2007
      Wilmington, Delaware

                                              _____
                                              The Honorable Christopher S. Sontchi
                                              United States Bankruptcy Judge