IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Hearing Date: January 4, 2008 at 11:00 a.m. (ET)
                                                                       :   Objection Deadline: December 26, 2007 at 4:00 p.m. (ET)
---------------------------------------------------------------------- x

## NOTICE OF MOTION

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
     (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF
     AMERICA; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS'
     POSTPETITION LENDER; (V) THE TEXAS COMPTROLLER AND (VI) ALL
     PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached **MOTION OF THE DEBTORS FOR APPROVAL OF SETTLEMENT AGREEMENT WITH THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS PURSUANT TO SECTIONS 105, 362 AND 553 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 4001(d) AND 9019** (the "Motion").

Responses, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801 on or before December 26 2007 at 4:00 P.M. (ET) (the "Objection Deadline").

At the same time, you must serve a copy of your response upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON JANUARY 4, 2008 AT 11:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801.

      IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
       December **14**, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession