UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                    :
INC., *et al.*                                      :   Case No. 07-11047 (CSS)
                                                    : Objection Deadline: December 28, 2007
                  Debtors.                          : Hearing Date: January 4, 2008 at 11:00 a.m. EST
---------------------------------------------------------------x

## NOTICE OF MOTION

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO THE DEBTORS; AND (IV) ALL PARTIES THAT HAVE FILED REQUESTS FOR NOTICES IN THIS CASE PURSUANT TO FED. R. BANKR. P. 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(b)

PLEASE TAKE NOTICE that Edward Abram, Jr., Najla Waheed, Richard Zemel, Rosalyn Ceasar, Dustin Jones, John Sogluizzo, and Anthony Faux (collectively "Movants") on behalf of themselves and others similarly-situated, filed the attached *MOTION OF EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, ROSALYN CEASAR, DUSTIN JONES, JOHN SOGLUIZZO AND ANTHONY FAUX, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY-SITUATED, FOR (i) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE TO RESUME PENDING WAGE AND HOUR LITIGATION AGAINST THE DEBTORS IN A NON-BANKRUPTCY COURT AND (ii) AN EXTENSION OF OR RELIEF WITH RESPECT TO THE BAR DATE* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed on or before December 28, 2007 at 5:00 p.m. (the "Objection Deadline") with the United

States Bankruptcy Court for the District of Delaware, 824 Market Street, 2nd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD JANUARY 4, 2008 AT 11:00 A.M. BEFORE THE HONORABLE CHRISTOPHER J. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE that, if you fail to respond on or before the Objection Deadline, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: December 14, 2007
Wilmington, Delaware

Respectfully submitted,
MARGOLIS EDELSTEIN

*/s/ James E. Huggett*
James E. Huggett (DE Id No. 3956)
Sally Sobzyk (DE Id No. 4762)
Meghan Kelly (DE Id No. 4968)
Lucian Murley (DE Id No. 4892)
750 S. Madison Street, Suite 102
Wilmington, Delaware 19801
(T) (302) 888-1112
(F) (302) 888-1119
E-mail: jhuggett@margolisedelstein.com

OUTTEN & GOLDEN, LLP
Rene S. Roupinian
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005

NICHOLS KASTER & ANDERSON PLLP
Matthew Helland
80 South 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3275
Fax: (612) 215-6870

Counsel to Edward Abram, Najla Waheed, Richard Zemel, Rosalyn Ceasar, Anthony Faux, Dustin Jones, John Sogluizzo and Luis Arvizu on their own behalf and on behalf of all other persons similarly situated