# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                       :
                                                             :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                             :
INC., *et al.*                                               :   Case No. 07-11047 (CSS)
                                                             :
              Debtors.                                       :   **Related Docket Nos.**
                                                             :   _____
-------------------------------------------------------------X

**ORDER REGARDING MOTION OF EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, ROSALYN CEASAR, DUSTIN JONES, JOHN SOGLUIZZO AND ANTHONY FAUX, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY-SITUATED, FOR (i) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE TO RESUME PENDING WAGE AND HOUR LITIGATION AGAINST THE DEBTORS IN A NON-BANKRUPTCY COURT AND (ii) AN EXTENSION OF OR RELIEF WITH RESPECT TO THE BAR DATE**

UPON THE MOTION as set forth above (the "Motion"), and after notice and an opportunity for a hearing thereon, and it appearing that the Motion was timely filed and served on all interested parties as set forth in the Motion, and the Court having had opportunity to consider the Motion and any responses filed thereto, and it appearing that notice of the Motion was adequate and in comport with due process, it is HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Section 362(d) of chapter 11 of title 11 of the United States Code, the Movants (as defined in the Motion) are granted relief from the automatic stay and are authorized to seek conditional class certification in this matter from the Northern District of California court.

2. Assuming they gain that court's approval, the Movants are authorized to provide potential class members with a written "opt-in notice" in connection with that litigation.

3. The Movants, again with that court's approval, are likewise authorized to seek class certification under Federal Rule 23 and/or other applicable law; and

4. With respect to the January 11, 2008 bar date in these cases, the Court grants the following relief to the Movants and all putative class members (that is, all people included in the definition of the class or classes sought for certification in the litigation and approved as such by the California court):

Movants

_____

_____

_____

Putative Class Members

_____

_____

_____

Dated: _____
Wilmington, Delaware

                                              _____
                                              The Honorable Christopher J. Sontchi