# EXHIBIT C

ADRMOP, E-Filing, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-03252-MJJ

Abram et al v. American Home Mortgage Investment Corp et al
Assigned to: Hon. Martin J. Jenkins
Cause: 29:201 Fair Labor Standards Act

Date Filed: 06/20/2007
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Edward Abram, Jr.**
*individually, on behalf of all others similarly situated, and on behalf of the general public*

represented by **Bryan Jeffrey Schwartz**
Nichols Kaster & Anderson, LLP
One Embarcadero Center
Suite 720
San Francisco, CA 94111
415-277-7235
Fax: 415-277-7238
Email: schwartz@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam T. Klein**
Outten & Golden LLP
3 Park Avenue
29th Floor
New York, NY 10016
212-245-1000
Fax: 212-977-4005
Email: atk@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Donald H. Nichols**
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
(612) 256-3200
Fax: (612) 215-6870
Email: nichols@nka.com
*ATTORNEY TO BE NOTICED*

**Jack A Raisner**
Outten & Golden LLP
3 Park Avenue
29th Floor

|  |  |
|---|---|
|  | New York, NY 10016<br>212-245-1000 x9827<br>Fax: 212-977-4005<br>Email: jar@outtengolden.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew C Helland**<br>Nichols Kaster & Anderson, PLLP<br>One Embarcadero Center<br>Suite 720<br>San Francisco, CA 94123<br>415-277-7235<br>Fax: 415-277-7238<br>Email: helland@nka.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul J. Lukas**<br>Nichols Kaster & Anderson, PLLP<br>4600 IDS Center, 80 S 8th Street<br>Minneapolis, MN 55402<br>(612) 256-3200<br>Fax: (612) 215-6870<br>Email: lukas@nka.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Najla Waheed**<br>*ndividually, on behalf of all others similarly situated, and on behalf of the general public* | represented by **Bryan Jeffrey Schwartz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adam T. Klein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Donald H. Nichols**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jack A Raisner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew C Helland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul J. Lukas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Richard Zemel**
*ndividually, on behalf of all others similarly situated, and on behalf of the general public*

represented by **Bryan Jeffrey Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam T. Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald H. Nichols**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack A Raisner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C Helland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalyn Ceasar**
*ndividually, on behalf of all others similarly situated, and on behalf of the general public*

represented by **Bryan Jeffrey Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam T. Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald H. Nichols**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack A Raisner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C Helland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**

|  | (See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Plaintiff**
**Dustin Jones**     represented by **Bryan Jeffrey Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**John Sogluizzo**     represented by **Bryan Jeffrey Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Anthony Faux**     represented by **Bryan Jeffrey Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**American Home Mortgage Investment Corp**     represented by **Scott O. Oborne**
Jackson Lewis LLP
806 SW Broadway
Ste. 400
Portland, OR 97205
503-229-0404
Fax: 503-229-0405
Email: obornes@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**American Home Mortgage Corp**     represented by **Scott O. Oborne**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | COMPLAINT; summons issued against American Home Mortgage Investment Corp, American Home Mortgage Corp (Filing fee $ 350, receipt number 44611000893). Filed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (slh, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/21/2007) |
| 06/20/2007 | 2 | MOTION of Matthew C. Helland for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 44611000892) filed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (slh, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/21/2007) |
| 06/20/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 9/18/2007. Case Management Conference set for 9/25/2007 02:00 PM. (Attachments: # 1 MJJ Standing |

| | | |
|---|---|---|
| | | Order; # 2 CM Standing Order)(slh, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/21/2007) |
| 06/20/2007 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/21/2007) |
| 06/26/2007 | 4 | MOTION for Admission of Attorney Jack A. Raisner Pro Hac Vice (Filing fee $ 210.00, receipt number 34611007734.) filed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (gba, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/28/2007) |
| 06/26/2007 | 5 | MOTION for Admission of Attorney Adam T. Klein Pro Hac Vice (Filing fee $ 210.00, receipt number 34611007734) filed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (gba, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/28/2007) |
| 06/26/2007 | | Received Order re 4 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611007734) by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (gba, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/28/2007) |
| 06/26/2007 | | Received Order re 5 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611007734) by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (gba, COURT STAFF) (Filed on 6/26/2007) (Entered: 06/28/2007) |
| 06/29/2007 | 6 | SUMMONS Returned Executed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. American Home Mortgage Investment Corp served on 6/22/2007, answer due 7/12/2007. (Schwartz, Bryan) (Filed on 6/29/2007) (Entered: 06/29/2007) |
| 06/29/2007 | 7 | SUMMONS Returned Executed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. American Home Mortgage Corp served on 6/22/2007, answer due 7/12/2007. (Schwartz, Bryan) (Filed on 6/29/2007) (Entered: 06/29/2007) |
| 07/03/2007 | 8 | ORDER by Judge Martin J. Jenkins GRANTING 2 Motion for Pro Hac Vice admission of attorney Matthew C. Helland. (slh, COURT STAFF) (Filed on 7/3/2007) (Entered: 07/06/2007) |
| 07/03/2007 | 9 | ORDER by Judge Martin J. Jenkins GRANTING 4 Motion for Pro Hac Vice admission of attorney Jack A. Raisner. (slh, COURT STAFF) (Filed on 7/3/2007) (Entered: 07/06/2007) |
| 07/03/2007 | 10 | ORDER by Judge Martin J. Jenkins GRANTING 5 Motion for Pro Hac Vice admission of attorney Adam T. Klein. (slh, COURT STAFF) (Filed on 7/3/2007) (Entered: 07/06/2007) |
| 07/10/2007 | 11 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (4)* (Schwartz, Bryan) (Filed on 7/10/2007) (Entered: 07/10/2007) |
| 07/11/2007 | 12 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/12/2007 | 13 | STIPULATION *TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT* by American Home Mortgage Investment Corp, American Home Mortgage Corp. (Oborne, Scott) (Filed on 7/12/2007) (Entered: 07/12/2007) |
| 07/18/2007 | 14 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/18/2007) (Entered: 07/18/2007) |
| 07/20/2007 | 15 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/20/2007) (Entered: 07/20/2007) |

| 07/23/2007 | 16 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/23/2007) (Entered: 07/23/2007) |
|---|---|---|
| 07/24/2007 | 17 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/24/2007) (Entered: 07/24/2007) |
| 07/24/2007 | 19 | MOTION of Paul J. Lukas for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611008690) filed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (slh, COURT STAFF) (Filed on 7/24/2007) (Entered: 07/27/2007) |
| 07/24/2007 | 20 | MOTION of Donald H. Nichols for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611008691) filed by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (slh, COURT STAFF) (Filed on 7/24/2007) (Entered: 07/27/2007) |
| 07/27/2007 | 18 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/27/2007) (Entered: 07/27/2007) |
| 07/30/2007 | 21 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 7/30/2007) (Entered: 07/30/2007) |
| 07/31/2007 | 22 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed *Notice of Consent Filing (4)* (Schwartz, Bryan) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 07/31/2007 | 23 | AMENDED COMPLAINT *for Damages, Restitution and Injunctive Relief* against all defendants. Filed by Dustin Jones, John Sogluizzo, Anthony Faux, Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Najla Waheed. (Schwartz, Bryan) (Filed on 7/31/2007) Modified on 7/31/2007 (wv, COURT STAFF). (Entered: 07/31/2007) |
| 08/01/2007 | 24 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/02/2007 | 25 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (2)* (Schwartz, Bryan) (Filed on 8/2/2007) (Entered: 08/02/2007) |
| 08/03/2007 | 26 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (2)* (Schwartz, Bryan) (Filed on 8/3/2007) (Entered: 08/03/2007) |
| 08/06/2007 | 27 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (9)* (Schwartz, Bryan) (Filed on 8/6/2007) (Entered: 08/06/2007) |
| 08/07/2007 | 28 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (2)* (Schwartz, Bryan) (Filed on 8/7/2007) (Entered: 08/07/2007) |
| 08/09/2007 | 29 | NOTICE by American Home Mortgage Investment Corp, American Home Mortgage Corp *Titled as NOTICE OF BANKRUPTCY* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Oborne, Scott) (Filed on 8/9/2007) (Entered: 08/09/2007) |
| 08/13/2007 | 30 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 8/13/2007) (Entered: 08/13/2007) |

| | | |
|---|---|---|
| 08/13/2007 | 31 | ORDER by Judge Martin J. Jenkins granting 20 Motion for Pro Hac Vice admission of attorney Donald H. Nichols, representing Plaintiffs. (epb, COURT STAFF) (Filed on 8/13/2007) (Entered: 08/13/2007) |
| 08/13/2007 | 32 | ORDER by Judge Martin J. Jenkins granting 19 Motion for Pro Hac Vice admission of attorney Paul J. Lukas, representing Plaintiffs. (epb, COURT STAFF) (Filed on 8/13/2007) (Entered: 08/13/2007) |
| 08/14/2007 | 33 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (3)* (Schwartz, Bryan) (Filed on 8/14/2007) (Entered: 08/14/2007) |
| 08/15/2007 | 34 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (5)* (Schwartz, Bryan) (Filed on 8/15/2007) (Entered: 08/15/2007) |
| 08/17/2007 | 35 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/20/2007 | 36 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (4)* (Schwartz, Bryan) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/27/2007 | 37 | NOTICE of Change of Address by Scott W. Oborne (Oborne, Scott) (Filed on 8/27/2007) (Entered: 08/27/2007) |
| 08/27/2007 | 38 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 8/27/2007) (Entered: 08/27/2007) |
| 09/07/2007 | 39 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 9/7/2007) (Entered: 09/07/2007) |
| 09/10/2007 | 40 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (3)* (Schwartz, Bryan) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/12/2007 | 41 | CLERK'S NOTICE: vacating all deadlines and hearing dates. (aaa, Court Staff) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 10/04/2007 | 42 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 10/4/2007) (Entered: 10/04/2007) |
| 10/08/2007 | 43 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 10/8/2007) (Entered: 10/08/2007) |
| 10/15/2007 | 44 | NOTICE by Richard Zemel, Rosalyn Ceasar, Edward Abram, Jr, Dustin Jones, John Sogluizzo, Anthony Faux, Najla Waheed *Notice of Consent Filing (1)* (Schwartz, Bryan) (Filed on 10/15/2007) (Entered: 10/15/2007) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 12/14/2007 13:59:28 ||||
| PACER Login: | me0013 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-03252-MJJ |
| Billable Pages: | 6 | Cost: | 0.48 |