UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :
                                                :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS, :
INC., *et al.*                                  :   Case No. 07-11047 (CSS)
                                                :
            Debtors.                            :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on December 14, 2007, I served a copy of the *MOTION OF EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, ROSALYN CEASAR, DUSTIN JONES, JOHN SOGLUIZZO AND ANTHONY FAUX, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY-SITUATED, FOR (i) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE TO RESUME PENDING WAGE AND HOUR LITIGATION AGAINST THE DEBTORS IN A NON-BANKRUPTCY COURT AND (ii) AN EXTENSION OF OR RELIEF WITH RESPECT TO THE BAR DATE* on the parties listed on the attached service list via first class mail.

                                                James E. Huggett, Esquire (#3956)

Joel A. Waite
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Joseph McMahon
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801