IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 2142 |

## CORRECTED CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2142

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Second Monthly Application of Quinn Emanuel Urquart Oliver & Hedges LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period September 1, 2007 through September 30, 2007 (the "Application"). The Court's docket which was last updated December 14, 2007, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 12, 2007 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($234.895.20) of requested fees ($293,619.00) and 100% of requested expenses ($37,757.62) on an interim basis without further Court order.

Dated: Wilmington, Delaware
December 17, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Patrick A. Jackson
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth Enos (No. 4544)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession