## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 17th day of December 2007, I caused copies of the within *Notice of Appearance of Counsel and Demand for Notices and Papers* to be served upon the parties listed below via hand delivery and upon those parties who have requested notice via electronic transmission:

### HAND DELIVERY
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Under penalty of perjury, I declare that the foregoing is true and correct.

*December 17, 2007*  /s/*Elihu E. Allinson, III*
Date    Elihu E. Allinson, III