IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC.** | ) | **Case No. 07-11047 (CSS)** |
| **et al.** | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

Hearing date: February 1, 2008 11:00am
Objection deadline: January 25, 2008 4:00pm

## MOTION OF SHOREHAM VIEWRIDGE, LLC d/b/a SHOREHAM PLACE FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

NOW COMES Shoreham Viewridge, LLC d/b/a Shoreham Place (hereinafter "Shoreham"), by and through its undersigned attorneys, and hereby moves the Court for the entry of an Order directing the allowance and immediate payment of Shoreham's administrative expense claim. Shoreham respectfully shows this Court as follows:

1. On or about August 26, 2003, Shoreham, as Lessor, entered into a Lease Agreement with Debtor, American Home Mortgage Holdings, Inc., via an Assignment of Leases, attached hereto as Exhibit A. The Lease Agreement pertains to property located at 5010 Shoreham Place, Suite 250, San Diego, California.

2. On or about September 17, 2007, this Court entered an Order rejecting the Lease Agreement effective August 31, 2007. Pursuant to this Order and Bankruptcy Code Section 502(b)(6), Shoreham has filed a Proof of Claim for rejection damages.

3. In addition to rejection damages resulting from the Order of rejection, Shoreham is also owed additional monies for past due rents from August 1, 2007 to August 31, 2007. The total amount of

rent due for the month of August is Ten Thousand Three Hundred Thirty Seven Dollars and 14/100 ($10,337.14).

4.      Further, Debtor continues to owe Shoreham for estimated monthly additional rents in the amount of $350.00 pursuant to the terms of the lease, also attached hereto as Exhibit A.

5.      In total, for the period of August 1, 2007 to August 31, 2007, the Debtor is obligated to Shoreham in the amount of Ten Thousand Six Hundred Eighty Seven Dollars and 14/100 ($10,687.14)

WHEREFORE, Shoreham prays that this Court, after notice and hearing, enter an Order directing the Debtor or Trusteee, should one be appointed, to immediately pay Shoreham the sum of $10,687.14 as evidenced as the total amount owing, and for such other and further relief as this Court may deem just and proper.

Dated: December 17, 2007

Respectfully submitted,

WERB & SULLIVAN

/s/ Amy D. Brown
Amy D. Brown (No. 4077)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Telecopier: (302) 652-1111

ATTORNEY FOR SHOREHAM
VIEWRIDGE, LLC D/B/A SHOREHAM
PLACE