IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC., et al.** | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| | ) | **Jointly Administrated** |
| **Debtors.** | ) | |

Hearing date: February 1, 2008 11:00am
Objection deadline: January 25, 2008 4:00pm

## NOTICE OF MOTION

TO:   Debtor's Counsel, Counsel for the official Committee of Unsecured Creditors, the U.S. Trustee and all other parties requiring notice:

**PLEASE TAKE NOTICE** that Shoreham Viewridge, LLC d/b/a Shoreham Place (hereinafter "Shoreham"), a creditor in the above-referenced bankruptcy case, by and through its counsel of record, has filed the attached "Motion for Allowance and Immediate Payment of Administrative Expense Claim"(the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on or before **4:00 p.m. Eastern time on January 25, 2008** (the "Objection Deadline"). At the same time, you must also serve a copy upon Movant's attorneys:

   Brian A. Sullivan
   Amy D. Brown
   Werb & Sullivan
   300 Delaware Avenue, 13th Floor
   P.O. Box 25046
   Wilmington, Delaware 19899.

**PLEASE TAKE FURTHER NOTICE** that a HEARING ON THE MOTION WILL BE HELD ON **February 1, 2008 at 11:00am** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 17, 2007                    Respectfully submitted,

WERB & SULLIVAN

/s/Amy D. Brown
Amy D. Brown (No. 4077)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Telecopier: (302) 652-1111

ATTORNEY FOR SHOREHAM VIEWRIDGE, LLC D/B/A SHOREHAM PLACE