IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC., et al.** | ) | Case No. 07-11047 (CSS) |
| | ) | |
| | ) | Jointly Administrated |
| Debtors. | ) | |

## ORDER

Upon consideration of the **Motion of Shoreham Viewridge, LLC d/b/a Shoreham Place for Allowance and Immediate Payment of Administrative Expense Claim** (the "Motion"), for good cause shown and the Court being sufficiently advised after adequate notice and hearing thereon, it is hereby

ORDERED that

1. The Motion is granted;

2. Shoreham Viewridge, LLC is allowed an administrative expenses claim in the amount of $10,687.14.

3. Debtor shall make immediate payment to Shoreham Viewridge, LLC of this allowed $10,687.14 administrative expense priority claim.

Dated:_____

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Court