## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I caused one copy of the foregoing

document to be served upon the persons listed below in the manner indicated:

**VIA FIRST CLASS MAIL:**

Peter S. Partee, Esq.
Scott Benjamin, Esq.
Hunton & Williams LLP
200 Park Avenue
53rd Floor
New York, NY 10166-0136

Dennis J. Drebsky, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Ronit J. Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Corinne Ball, Esq.
Erica M. Ryland, Esq.
I. Lewis H. Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

William P. Weintraub, Esq.
Pachulski Stang Ziehl
780 Third Avenue, 36th Floor
New York, NY 10017

Paul M. Basta, Esq.
Joshua A. Sussberg, Esq.
Lisa G. Laukitis, Esq.
Kirkland & Ellis
Citicorp Center
153 East 53rd Street
New York, NY 10022

**VIA HAND DELIVERY:**

Victoria W. Counihan, Esq.
Sandra G.M. Seltzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Young Conway Stargatt & Taylor,
LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
Kara Hammond Coyle, Esq.
Young Conway Stargatt & Taylor,
LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven W. Kortanek, Esq.
Womble Carlyle Sandridge & Rice,
PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
599 Lexington Avenue
New York, NY 10022

Eric K. Moser, Esq.
Wilburn F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy
1 Chase Manhattan plaza
New York, NY 10005-1413

John Rosenthal, Esq.
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
452 Park Avenue
New York, NY 10022-3596

Stephen S. Selbst, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Liddell & Snapp
3400 JP Morgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Franklin Topp, III, Esq.
Chapman & Cutler, LLP
111 West Monroe Street
Chicago, IL 60603

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Russell C. Silberglied, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Ellen W. Slights, Esq.
Office of the United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801

Marla Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

William P. Bowden, Esq.
Don A Beskron, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski Stang Ziehl
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Joseph M. McMahon, Esq.
Office of the Untied States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Paul S. Caruso, Esq.
Jessica C. Knowles, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Claudia Z. Springer, Esq.
Barbara K. Hager, Esq.
Reed Smith LLP
2500 One Liberty Plaza
1650 Market Street
Philadelphia, PA 19103-7301

Robert P. Simons, Esq.
Reed Smith LLP
453 Sixth Avenue
Pittsburgh, PA 15219

Harold A. Olsen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10039-4982

Guy B. Moss, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108-2003

Leo T. Crowley, Esq.
Margot P. Erlich, Esq.
Pillsbury Winthrop Shaw Pittman
1540 Broadway
New York, NY 10036-4039

Bruce A. Wilson, Esq.
Kutak rock LLP
1650 Farnam Street
Omaha, NE 68102

Mark S. Indelicato, Esq.
Mark T. Power
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esq.
Connolly Bove Hutch Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Joseph O'Neil, Jr., Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Donna L. Culver, Esq.
Robert J. Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Todd C. Schlitz, Esq.
Wolf, Block, Schorr and Solis-Cohen
100 North Market Street, Suite 1001
Wilmington, DE 19801

William Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street
Suite 1500
Wilmington, DE 19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Ricardo Palacio, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

William G. Wright, Esq.
Farr, Burke, Gambacorata &
    Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054

Douglas Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkin, Wharton &
    Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Matthew J. Botica, Esq.
David W. Wirt, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Joseph G. Minias, Esq.
Quinn, Emanuel, Urquhart, Oliver
    & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Andrew J. Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202-5424

Katherin A. Constantine, Esq.
Charles F. Sawywe, Esq.
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402

Robert A. Trodella, Jr., Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 91404

Eric Lopez Achnabel, Esq.
Dorsey & Whitney LLP
1105 North Market Street, 16th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Lisa C. McLaughlin, Esq.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806

Larry J. Nyhan, Esq.
Matthew A. Clemente, Esq.
David A. Hall, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Benjamin C. Ackerly, Esq.
Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
951 East Byrd Street
Riverfront Plaza, Esqt Tower
Richmond, VA 23219

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

A. Michelle Hart, Esq.
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Hilary B. Bonial, Esq.
Tyler B. Jones, Esq.
Brice, Vander Linden & Wernick
F#7665-N-3470
9441 LBJ Freeway
Suite 350
Dallas, TX 75243

Sean D. Malloy, Esq.
McDonald Hopkins LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

Brett P. Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114

/s/ Amy D. Brown
Amy D Brown (#4077)