## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | Objection Deadline: January 7, 2008 at 4:00 p.m. |
| | : | Hearing Date: To Be Determined |

**FIRST QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | Northwest Trustee Services, Inc. |
| Authorized to Provide Professional Services to: | American Home Mortgage Corporation, a Delaware corporation, *et al.* |
| Date of Retention: | *nunc pro tunc* August 6, 2007 |
| Period for which compensation and reimbursement is sought: | August 6, 2007 through October 31, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $118,017.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $223,254.83 |

This is an: X  interim  ___ final application

This is Northwest Trustee Services, Inc.'s first quarterly application.

1

Summary of Monthly Applications:

| Filing Date; Docket No. | Time Pd. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees to Be Paid @ 80% Upon Authorization | Amount of Expenses to Be Paid @ 100% Upon Authorization | Amount of Holdback |
|---|---|---|---|---|---|---|---|
| 12/14/07 D.I. 2391 | 8/6/07 to 8/31/07 | $26,775.00 | $50,166.02 | 1/3/07 | $21,420.00** | $50,166.02** | $5,355.00 |
| 12/14/07 D.I. 2392 | 9/1/07 to 9/30/07 | $27,025.00 | $41,425.36 | 1/3/07 | $21,620.00** | $41,425.36** | $5,405.05 |
| 12/14/07 D.I. 2394 | 10/1/07 to 10/31/07 | $64,217.50 | $131,663.45 | 1/3/07 | $51,374.00 | $131,663.45 | $12,843.50 |
| Totals | N/A | $118,017.50 | $223,254.83 | N/A | $94,414.00** | $223,254.83** | $23,603.50 |

\*\* Less the amount of any payments received by NWTS from Debtors that are currently being held in trust as described more fully herein and in NWTS' First and Second monthly interim fee applications.

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, | : Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : **Objection Deadline: January 7, 2008 at 4:00 p.m.** |
| | : **Hearing Date: To Be Determined** |

**FIRST QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH OCTOBER 31, 2007**

Northwest Trustee Services, Inc. ("NWTS"), a "foreclosure professional" retained in the above-captioned case by the above-captioned debtors ("Debtors"), hereby submits this first quarterly application ("Application") for allowance and approval of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for foreclosure services performed and expenses incurred on behalf of the Debtors during the period commencing August 6, 2007, through and including October 31, 2007 ("First Quarterly Period"). In support of its Application, NWTS respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### Background

2. On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of the Bankruptcy Code.

3. NWTS has extensive experience in handling and prosecuting nonjudicial deed of trust foreclosures and monitoring senior lien foreclosures for mortgage servicing

3

companies ("Foreclosure Services"). Prior to the Petition Date, NWTS provided such Foreclosure Services to the Debtors, primarily in connection with the Debtors' mortgaging services business in California, Nevada, Washington, Oregon and Idaho. The Foreclosure Services were and are provided to the Debtors on a flat fee (plus expenses) basis that is not earned until the successful conclusion of a foreclosure matter.[1] The flat fee charged by NWTS to the Debtors varies by the services performed:

a. Nonjudicial Foreclosure: NWTS charges a flat fee of $600 to $800 for handling the Debtors' foreclosures, depending upon the state, the loan type and circumstances, plus costs. The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise and must be addressed; and

b. Senior Lien Monitor Fee: NWTS charges a flat fee of $200 to $500.

Additionally, nonjudicial foreclosure costs and expenses ("Foreclosure Costs") actually incurred by NWTS were and are reimbursed by the Debtors upon the conclusion of a foreclosure matter. NWTS advances monies to pay for costs that, under applicable state law, must be incurred to insure that the foreclosure will be deemed valid. The bulk of these costs relate to the following:

a. Foreclosure Title Report: The cost of the foreclosure title report varies by county and state, but is usually between $700 and $3,000. This cost is based upon the outstanding principal balance of the loan being foreclosed upon. This report, together with the cost of publishing foreclosure notices, is a substantial cost in the foreclosure process.

b. Mailing Costs: Mailing costs range from $100 and $300 per foreclosure, assuming, there are no more than ten interested parties to whom mailing is required and a complete, untruncated foreclosure.

---

[1] A foreclosure matter concludes when, for example, there has been a sale of the property, reinstatement of the loan or other resolution. A foreclosure matter can also, but not always, be deemed concluded if the borrower and lender have entered into a workout or the borrower has filed bankruptcy. If the foreclosure is "not successful," only expenses actually incurred are charged, but no expenses are discounted or refunded.

4

      c.      <u>Recording Costs</u>: The cost of recording documents such as successor trustee appointments, deed of trust assignments, foreclosure notices and trustee deeds varies by state or county and by the number of pages to be recorded.

      d.      <u>Posting of Notices/Process Service</u>: The frequency and cost of this service varies by state, but is usually between $70 and $140 per posting.

      e.      <u>Publication of Foreclosure Notices</u>: The cost of this service is usually between $350 and $1,800 per file. This requires publication of foreclosure notices in legally qualified newspapers. The costs of publication vary by newspaper, frequency of publication and length of notice.

Each of the foregoing Foreclosure Costs is charged to the Debtors by NWTS upon completion of the foreclosure matter. Further, with the exception of mailing costs,[2] all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.

    4.    All of the fees and Foreclosure Costs which Debtors are billed for by NWTS are included among the foreclosure costs recaptured by the Debtors at the conclusion of each foreclosure. Accordingly, the Debtors are directly reimbursed from the proceeds of a successful foreclosure matter for NWTS' fees and expenses.

### Allowance of Compensation and Payment Requested

    5.    On September 12, 2007, this Court approved the Debtors' retention of NWTS, effective as of the Petition Date, as a foreclosure professional for the purposes of providing the Foreclosure Services to the Debtors. A copy of the order authorizing the Debtors' retention of NWTS as a foreclosure professional to the Debtors is attached hereto as <u>Exhibit A</u>.

    6.    The *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [Docket No. 547] ("Administrative Order") entered by this Court on September 3, 2007, permits NWTS to request interim compensation

---

[2] NWTS is required to pay mailing costs within thirty days of monthly invoice by the third party mailing vendor.

5

payment of its fees and expenses on a monthly basis from the Debtors, and authorizes the Debtors to pay an amount equal to 80% of such fees and 100% of such expenses. The Administrative Order requires the Court to approve and allow such interim compensation requests and payments on a quarterly basis.

7.  During the First Quarterly Period, NWTS earned fees in the total amount of $118,017.50 with respect to Foreclosure Services performed for the Debtors, and advanced Foreclosure Costs on behalf of the Debtors in the total amount of $223,254.83 pursuant to sections 330 and 331 of the Bankruptcy Code.

8.  As detailed below, NWTS has filed interim monthly fee applications ("Monthly Fee Applications") for the period of (a) August 6, 2007 through August 31, 2007 ("First Fee Period"), (b) September 1, 2007 through September 30, 2007 ("Second Fee Period") and (c) October 1, 2007 through October 31, 2007 ("Third Fee Period"):

    a.    NWTS filed and served its *First Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of August 6, 2007 through August 31, 2007* [Docket No. 2391] ("First Monthly Application") on December 14, 2007. In its First Monthly Application, NWTS requests payment from the Debtors in the amount of $71,586.02 ("First Interim Amount"), which represents (a) 80% of the fees earned by NWTS during the First Fee Period (i.e., $21,420 of $26,775.00) and (b) 100% of the Foreclosure Costs incurred by NWTS during the First Fee Period (i.e., $50,166.03). The deadline for Notice Parties (as such term is defined in the Administrative Order) to object to the First Monthly Application is January 3, 2007.

    b.    NWTS filed and served its *Second Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of September 1, 2007 through September 30, 2007* [Docket No. 2392] ("Second Monthly Application") on December 14, 2007. In its Second Monthly Application, NWTS seeks payment from the Debtors in the amount of $63,045.36 ("Second Interim Amount"), which represents (a) 80% of the fees earned by NWTS during the Second Fee Period (i.e., $21,620 of $27,025.00) and (b) 100% of the Foreclosure Costs incurred by NWTS during the Second Fee Period (i.e., $41,426.36). The deadline for Notice Parties (as such

    term is defined in the Administrative Order) to object to the Second Monthly Application is January 3, 2007.

   c. NWTS filed and served its *Third Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of October 1, 2007 through October 31, 2007* [Docket No. 2394] (Third Monthly Application") on December 14, 2007. In its Third Monthly Application, NWTS seeks payment from the Debtors in the amount of $183,037.45 ("Third Interim Amount"), which represents (a) 80% of the fees earned by NWTS during the Third Fee Period (i.e., $51,374.00 of $64,217.50) and (b) 100% of the Foreclosure Costs incurred by NWTS during the Third Fee Period (i.e., $131,663.45). The deadline for Notice Parties (as such term is defined in the Administrative Order) to object to the Third Monthly Application is January 3, 2007.

 9. As disclosed in the First Monthly Application and the Second Monthly Application, after the Petition Date, but prior to the filing of applicable fee applications, NWTS inadvertently processed and mailed certain invoices directly to the Debtors, as it had done pre-petition in the ordinary course of business. As a result, NWTS has received payments totaling $62,094.14 from the Debtors with respect to the Foreclosure Services covered by the First Monthly Application, and $14,999.68 from the Debtors with respect to the Foreclosure Services covered by the Second Monthly Application.[3] NWTS did not receive any payment of fees and/or Foreclosure Costs from the Debtors with respect to the Foreclosure Services covered by the Third Monthly application.

 10. NWTS is currently holding the full amount of $77,093.82 that was paid to it by the Debtors in trust ("Trust Fund Amount"). NWTS requests that the Court allow and approve its application of the Trust Fund Amount to reduce the actual amount that is paid to NWTS by the Debtors with respect to the First Interim Amount and the Second Interim Amount.

 11. All of the fees and Foreclosure Costs for which approval and allowance are requested by NWTS in this Application were incurred for and on behalf of the

---

[3] NWTS received payment in the amount of $20,990.00 for fees and $41,104.14 for Foreclosure Costs covered by the First Monthly Application and $5,950.00 in fees and $9,049.68 in Foreclosure Costs covered by the Second Monthly Application.

Debtors at the request of the Debtors. All fees and Foreclosure Costs were both reasonable and necessary under the circumstances. Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, NWTS submits that the compensation requested herein is for actual and necessary services and costs, and is reasonable, based upon the nature, extent, and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code. None of the fees and Foreclosure Costs relate to the $92,847.67 of prepetition services and fees waived by NWTS as set forth in the *Supplemental Affidavit of Todd Hendricks in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 671].

### Certification

12. NWTS' certification with respect to this Application is attached hereto as <u>Exhibit B</u>.

WHEREFORE, NWTS requests that the Court enter an order that approves and allows (a) the interim compensation and reimbursement of expenses requested by NWTS in each of its Monthly Fee Applications, (b) the application of the Trust Fund Amount to reduce the amount that the Debtors must actually pay to NWTS in connection with First Monthly Application and the Second Monthly Application, and (c) grants such other and further relief as the Court may deem just and proper.

Dated: December 17, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

8