IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. ____** |
| | : | |

### ORDER APPROVING FIRST QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH OCTOBER 31, 2007

This matter having come before this Court on the *First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of August 6, 2007 through October 31, 2007* ("Application"); all terms not otherwise defined herein shall have the meanings ascribed to them in the Application, and notice of the Application having been served as required and no objections to the Application having been filed, or such objections having been withdrawn or overruled; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Application is hereby approved in its entirety; and

2. The fees and Foreclosure Costs set forth in the Application are approved; and

3. NWTS' application of the Trust Fund Amount to reduce the actual amount that is paid to NWTS by the Debtors with respect to the First Interim

Amount and Second Interim Amount.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

#581382