IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
          Debtors.                                                  :
------------------------------------------------------------------- x
```

**FOURTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 27, 2007**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | November 1, 2007 through November 27, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $42,212.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $2,532.61 |
| This is an: __X__ interim ____ final application | |

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | Certificate of No Objection regarding Weiner Brodsky Sidman Kider PC's First Application for Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6, 2007 through August 31, 2007 filed on December 7, 2007 (Docket No. 2315) | Certificate of No Objection regarding Weiner Brodsky Sidman Kider PC's First Application for Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6, 2007 through August 31, 2007 filed on December 7, 2007 (Docket No. 2315) |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | Certification of Counsel regarding Weiner Brodsky Sidman Kider PC's Second Application for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 through September 30, 2007 filed on December 7, 2007 (Docket No. 2318) | Certification of Counsel regarding Weiner Brodsky Sidman Kider PC's Second Application for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 through September 30, 2007 filed on December 7, 2007 (Docket No. 2318) |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Mitchel H. Kider | Partner since June, 1995. Member of the DC Bar since December, 1981, the New York Bar since March 1984 and the California Bar since December, 1984. | $495 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Bruce E. Alexander | Joined firm as counsel in January, 2003. Member of Maryland Bar since December, 1981. | $405 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Emily M. Rugg | Joined firm as an associate in September, 2006. Member of the Virginia Bar since October, 2004 and the DC Bar since September, 2005. | $230 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 132.30 hours | $64,370.00 |
| **Blended Rate:** | | $ | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Computerized Legal Research (Westlaw) | $571.43 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $0 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $0 |
| Filing Fees/Court Costs/Legal Fees | $104.00 |
| Local Counsel Fees[2] | $958.05 |
| Long Distance Telephone | $0 |
| Photocopy Charges ($0.10 per page) | $174.60 |
| Postage | $8.02 |
| Scanning, Electronic Bates-Labeling and Photocopying[3] Performed By Outside Vendors | $386.51 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $330.00 |
| **TOTAL** | $2,532.61 |

[2] To the extent that any fees for local counsel were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit B.
[3] To the extent that any fees for scanning, electronic bates-labeling and photocopying services by outside vendors were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | |
| In re: | Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | :   Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | :   Jointly Administered |
|     Debtors. | : |
| ------------------------------------------------------------------ x | |

**FOURTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 27, 2007**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $42,212.50 together with

reimbursement for actual and necessary expenses incurred in the amount of $2,532.61 for the

interim period November 1, 2007 through November 27, 2007 (the "Interim Fee Period"). In

support of its Application, WBSK respectfully represents as follows:

1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

<u>**PRE-PETITION COMPENSATION PREVIOUSLY PAID**</u>

3.    Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors.  The Debtors owe WBSK $36,115.50 for pre-petition services.  WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

<u>**SUMMARY OF SERVICES RENDERED**</u>

4.    Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $42,212.50 due for fees and the amount of $2,532.61 due for the reimbursement of expenses.

5.    Attached hereto as Exhibit B are the invoices for local counsels' fees, which provide a detailed itemization of local counsels' services, showing the amount of $958.05 due for local counsels' services incurred by WBSK.

6.    Attached hereto as Exhibit C are the invoices for scanning, electronic bates-labeling and photocopying services performed by outside vendors, showing the amount of $386.51 due for such vendors' services incurred by WBSK.

7.    The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

<u>**DISBURSEMENTS**</u>

8.    WBSK has incurred out-of-pocket disbursements during the Interim Fee

2

Period in the amount of $2,532.61. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A and, to the extent applicable, Exhibit B and Exhibit C.

9.     Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements. Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

10.     Attorneys and paraprofessionals of WBSK have expended a total of 132.30 hours in connection with this matter during the Interim Fee Period.

11.     The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are WBSK's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $2,532.61.

12.     WBSK believes that the time entries and expense breakdown set forth in Exhibit A, Exhibit B and Exhibit C attached hereto are in compliance with the requirements of Local Rule 2016-2.

13.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount

3

requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.    This Application covers the Interim Fee Period November 1, 2007 through November 27, 2007.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $42,212.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $2,532.61 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
December _11_, 2007

WEINER BRODSKY SIDMAN KIDER PC

_____

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

4

066585.1001

<u>VERIFICATION</u>

DISTRICT OF COLUMBIA )
                      )    SS:
                      )

David M. Souders, after being duly sworn according to law, deposes and says:

1.    I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.    I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.    WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

066585.1001

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this __10th__ day of December 2007.

Notary Public
My Commission Expires: __7/31/2009__

2

# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:    98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-039 MJR Equities | 681.50 | 16.38 | $697.88 |
| 98077-046 SEC v. NJ Affordable Homes | 1,198.50 | 330.00 | $1,528.50 |
| 98077-061 Arkansas Condos | 16,462.00 | 1,053.76 | $17,515.76 |
| 98077-066 Johnson v. Wheeler | 118.00 | 0.00 | $118.00 |
| 98077-068 First American Title Insurance Co. | 5,150.50 | 0.00 | $5,150.50 |
| 98077-073 Sohmer | 1,683.00 | 1.30 | $1,684.30 |
| 98077-074 Bellettieri | 3,422.00 | 4.70 | $3,426.70 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

12/04/2007

Account No:      98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-082 Gutierrez v. Velazquez & Associates | | | |
| | 354.00 | 475.87 | $829.87 |
| 98077-085 Beard | | | |
| | 2,325.00 | 2.01 | $2,327.01 |
| 98077-089 Post Petition Representation | | | |
| | 10,818.00 | 648.59 | $11,466.59 |
| | 42,212.50 | 2,532.61 | $44,745.11 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

**INVOICE PERIOD:    NOVEMBER   2007**

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:   98077-039M
Statement No:          30

MJR Equities

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/02/2007 | | | | | |
| BPP | draft demand letter to H. Bernstein (0.6); review and organize exhibits to affidavit of J. Kalas (0.3); | | 235.00 | 0.90 | 211.50 |
| 11/05/2007 | | | | | |
| BPP | revise motion for summary judgment brief and affidavit of J. Kalas (0.6); review and organize exhibits for summary judgment motion (0.3); | | 235.00 | 0.90 | 211.50 |
| 11/06/2007 | | | | | |
| BPP | revise brief in support of motion for summary judgment (0.6); revise affidavit of J. Kalas (0.2); correspondence to J. Kalas re: revised affidavit (0.1); review and organize additional exhibits re: summary judgment motion (0.2); | | 235.00 | 1.10 | 258.50 |
| | For Current Services Rendered | | | 2.90 | 681.50 |

Photocopy Expenses                              4.20
Postage Expenses                                0.82
Lexis/Westlaw Research                         11.36

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

12/04/2007

Account No:    98077-039M

Statement No:    30

American Home Mortgage

MJR Equities

| | |
|---|---:|
| Total Expenses Posted Through 11/27/2007 | 16.38 |
| Total Current Work | 697.88 |
| Balance Due | $697.88 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:    98077-046M
Statement No:    25

SEC v. NJ Affordable Homes

| | | Rate | Hours | |
|---|---|---|---|---|
| 11/12/2007 NWH | review filings/orders; | 255.00 | 0.30 | 76.50 |
| 11/13/2007 NWH | review filings/orders; | 255.00 | 0.30 | 76.50 |
| 11/14/2007 NWH | review filings/orders; | 255.00 | 0.20 | 51.00 |
| 11/16/2007 NWH | review pleadings and order re: final sale of properties; | 255.00 | 0.30 | 76.50 |
| 11/19/2007 NWH | email to client re: status of St. Mary's property for purposes of title claim with Stewart Title (.2); review last correspondence with Stewart re: same (.3); conference with D. Souders re: how to approach First American insured properties in light of pending litigation (.3); | 255.00 | 0.80 | 204.00 |
| 11/20/2007 NWH | review filings and orders from court (.2); email | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
12/04/2007
Account No:    98077-046M
Statement No:    25

SEC v. NJ Affordable Homes

| | | Rate | Hours | |
|---|---|---|---|---|
| | to R. Hardman re: information needed to complete title claims (.2); | 255.00 | 0.40 | 102.00 |
| 11/21/2007<br>NWH | telephone call from GMAC counsel re: status of two properties that GMAC holds first liens on, how proceeds will be divided (.5); conference with D. Souders re: same (.3); email to/from client re: status of properties (.2); | 255.00 | 1.00 | 255.00 |
| 11/26/2007<br>NWH | pull/calculate lien amounts for purposes of calculating losses for title claims (.6); research history of title claim (.5); review recent court orders (.2); | 255.00 | 1.30 | 331.50 |
| 11/27/2007<br>NWH | return call to GMAC counsel re: status of two properties that they hold first on, how proceeds will be divided; | 255.00 | 0.10 | 25.50 |
| | For Current Services Rendered | | 4.70 | 1,198.50 |

| | |
|---|---|
| Travel/Hotel/Air Fare/Tips | 330.00 |
| Total Expenses Posted Through 11/27/2007 | 330.00 |
| Total Current Work | 1,528.50 |
| Balance Due | $1,528.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
12/04/2007
Account No:    98077-046M
Statement No:    25

SEC v. NJ Affordable Homes

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

|  |  |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 12/04/2007 |
| Melville NY 11747 | Account No: 98077-061M |
|  | Statement No: 17 |

Attn: Alan Horn

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 11/01/2007 |  |  |  |  |
| NMW | research of Garland County land records to obtain contact information for other owners of condominiums at 1380 Airport Road (0.4); draft stipulation extending discovery deadline (0.8); draft subpoenas duces tecum to borrowers (0.3); review notice of deposition of Michael Strauss (0.1); legal research on procedural deficiencies of Strauss' deposition notice under Rules 30 and 45 (2.0); draft letter to defendants' counsel W. Allison detailing deficiencies in his deposition notice of M. Strauss ((0.4); review schedule of topics for Rule 30(b)(6) deposition notices of Vibra Construction, HMI and Paradise Bay corporate designees (0.3); | 245.00 | 4.30 | 1,053.50 |
| BEA | confer with D. Souders re: results of deposition (.3); confer with S. Quast re: same (.5); investigation into other realtors identified by defendants Paradise Bay and HMI Properties (.7); organize documents from deposition (.7); telephone conference with J. Casement (.4); telephone conference with N. |  |  |  |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
12/04/2007

American Home Mortgage

Account No:    98077-061M
Statement No:    17

Arkansas Condos

| | | Rate | Hours | |
|---|---|---|---|---|
| DMS | Plumlee (.3);  travel from Arkansas back to DC area (4.4); review deposition notice for M. Strauss (0.3); send letter in response; telephone conference with B. Alexander regarding appraiser depositions (0.3); review and revise deposition notices to sellers (1.2); | 405.00 | 7.30 | 2,956.50 |
| | | 420.00 | 1.80 | 756.00 |

11/02/2007

| | | | | |
|---|---|---|---|---|
| NMW | meeting with B. Alexander discussing action plan items for outstanding discovery, scheduling and settlement (0.8); research of Garland County records to obtain dates, grantors, grantees purchase prices for American Home-owned units at 1380 Airport Road (0.3); telephone conference with P. Kosmalski discussing her recollection of the loan transactions at issue (0.5); draft new scheduling order and motion for protective order (1.0); correspondence to all counsel discussing alternate sellers' deposition dates (0.2); | 245.00 | 2.80 | 686.00 |
| BEA | telephone call to N. Plumlee re: other sales at Paradise Bay (.1); prepare punch list to complete discovery (.4); confer with N. Williams and D. Souders re: schedule, witness, discovery and trial prep (.3); additional telephone conference with N. Plumlee (.2); J. Casement (.2), P. Kosmolski (.4); prepare notes; telephone conference with attorney for Gray re: schedule and deposition notices (.2); | 405.00 | 1.80 | 729.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

|  | Page: | 3 |
|---|---|---|
|  |  | 12/04/2007 |
| Account No: | | 98077-061M |
| Statement No: | | 17 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **11/04/2007** | | | | |
| NMW | revise scheduling order for proposal to all counsel to extend discovery and motions deadline (0.4); review documents from borrower loan files and subpoenaed documents from Garland County Title to obtain potential deposition exhibits (1.2); review discovery responses from Vibra Construction (0.2); draft questions for deposition of Vibra's Rule 30(b)(6) designee (2.0); | 245.00 | 3.80 | 931.00 |
| **11/05/2007** | | | | |
| NMW | telephone calls to all counsel discussing postponement of depositions of sellers (0.4); telephone conference with B. Alexander and all defense counsel discussing joint motion for continuance of trial date, deposition availability and scheduling, effect of plaintiff's bankruptcy on advancement of litigation and outstanding discovery issues (0.9); legal research on 8th Circuit and Arkansas legal standards for motion to continue trial and degree of success for such motions (0.7); draft joint motion to continue trial (0.7); | 245.00 | 2.70 | 661.50 |
| BEA | confer with D. Souders re: other condo sales (.2); investigation for builder (.2); telephone conference with S. Quast re: builder and Appraisal Review Board (.2); telephone conference with defense counsel (.6); | 405.00 | 1.20 | 486.00 |
| DMS | participate in conference call with defendants counsel and B. Alexander, N. Williams regarding depositions and discovery issues | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4

American Home Mortgage

12/04/2007

Account No:    98077-061M

Statement No:    17

Arkansas Condos

| | | Rate | Hours | |
|---|---|---|---|---|
| | (.9); | 420.00 | 0.90 | 378.00 |
| **11/06/2007** | | | | |
| NMW | revise amended scheduling order and joint motion for continuance and circulate to all parties for review (0.8); incorporate proposed changes from defense counsel (0.2); telephone call to J. Shull, former American Home employee, discussing his knowledge of the case (0.5); draft internal memo discussing accounts of Jack Shull and Patricia Kosmalski (0.8); | 245.00 | 2.30 | 563.50 |
| **11/09/2007** | | | | |
| BEA | 2 telephone conferences with attorney for Rushing Realty re: documents in interviews concerning all sales at Paradise Bay Condos (.5); | 405.00 | 0.50 | 202.50 |
| **11/13/2007** | | | | |
| BEA | draft and finalize letter to D. Bufford re: discovery (.3); consult with N. Williams re: discovery (.2); interview T. Killian re: building Paradise Bay and any meetings with J. Brown and J. Casement (.4); confer with D. Souders re: T. Killian (.2); prepare notes (.2); draft consulting agreement for Casement (.5); | 405.00 | 1.80 | 729.00 |
| **11/14/2007** | | | | |
| DMS | legal research into proper party issues and trustee (1.0); send memo to client regarding outstanding discovery issues (0.2); telephone conference with A. Parks (0.3); | 420.00 | 1.50 | 630.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5
12/04/2007

American Home Mortgage

Account No:  98077-061M
Statement No:       17

Arkansas Condos

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/15/2007** | | | | |
| BEA | preliminary review of documents from Rushing Realty (.4); telephone conference with FNMA (.5); confer with N. Williams re: handling documents (.2); revise consulting agreement for Casement (.3); | 405.00 | 1.40 | 567.00 |
| NMW | telephone call to D. Bufford, counsel for Brown defendants, discussing discovery extension and access to subject properties by Brown defendants' expert (0.2); prepare documents from Rushing Realty for scanning and distribution to all counsel (0.3); draft letters to all counsel discussing outstanding discovery (0.2); draft letter to D. Bufford confirming discovery extension (0.1); | 245.00 | 0.80 | 196.00 |
| **11/16/2007** | | | | |
| BEA | analysis of documents from Rushing Realty (.3); prepare spreadsheet (.5); finalize consulting agreement for Casement (.1); confer with attorney for Rushing re: Paradise Bay Condos (.2); | 405.00 | 1.10 | 445.50 |
| NMW | telephone call to Wilson & Associates to discuss foreclosure of various units at 1380 Airport Road (0.3); review documents for accuracy and privilege which have been produced by Rushing Realty and Bates labeled (0.5); | 245.00 | 0.80 | 196.00 |
| DMS | review information from A. Parks regarding ownership of loans (0.2); telephone conference with A. Parks (0.2); | 420.00 | 0.40 | 168.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 6
12/04/2007
Account No:   98077-061M
Statement No:        17

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/19/2007** | | | | |
| BEA | complete spreadsheet of key items of information in 2006 Paradise Bay sales (.2); prepare for meeting with Rushing Realty (.4); detailed analysis of contracts concerning Paradise Bay condo sales (.4); prepare spreadsheet on contracts (.3); | 405.00 | 1.30 | 526.50 |
| NMW | prepare subpoenas duces tecum to (1) Security Bank and (2) Parker's Appraisal for documents pertaining to other units at 1380 airport Road (0.5); review and begin drafting responses to Paradise Bay and HMI's first interrogatories and request for production of documents (0.5); update privilege log (0.5); draft letters to Security Bank and Parker's Appraisal (0.2); | 245.00 | 1.70 | 416.50 |
| DMS | send letters to Security Bank and Parker Appraisals regarding subpoena (0.5); telephone conference with J. Kalas regarding damages (0.4); | 420.00 | 0.90 | 378.00 |
| **11/20/2007** | | | | |
| BEA | revise contract charts (.3); prepare for interview of Rushing Realty (.4); interview P. Rushing, B. Rushing, T. Adams (1.1); telephone conference with R. Stephens (.1); letter to R. Stephens with exhibits and other documents (.2); confer with D. Souders re: interview of Stephens and Casement (.1); | 405.00 | 2.20 | 891.00 |
| DMS | telephone conference with R. Parker regarding appraisals and discovery (0.3); | 420.00 | 0.30 | 126.00 |
| NMW | telephone conference with B. Alexander, and counsel for Rushing Realty and various | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 7
12/04/2007
Account No:    98077-061M
Statement No:         17

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | employees of Rushing Realty discussing their knowledge of the purchase and sale of various units at 1380 airport Road (1.5); draft letter to R. Parker discussing his appraisals (0.1); correspondence to G. Wooten discussing foreclosure files (0.1); correspondence to and telephone conference with local counsel discussing subpoenas to Security Bank and Parkers' Appraisal (0.2); correspondence to R. Stephens discussing potential expert opinion (0.1); review various purchase contracts and addenda in preparation for teleconference with representatives from Rushing Realty (0.4); | 245.00 | 2.40 | 588.00 |
| 11/26/2007 | | | | | |
| | BEA | organize documents and files (.5); review discovery from Vibra (.4); message to Brown's attorney for discovery (.2); | 405.00 | 1.10 | 445.50 |
| 11/27/2007 | | | | | |
| | BEA | telephone conference with R. Stephens re: analysis of Review Panel file (.4); message from D. Bufford (.1); emails to and from N. Williams (.3); analysis of documents (.2); email to R. Stephens and S. Quast (.2); | 405.00 | 1.20 | 486.00 |
| | NMW | telephone call to G. Wooten with Wilson and Associates to obtain foreclosure files (0.2); telephone call from and correspondence to B. Newell discussing attendance at settlement conference (0.2); draft responses to defendants' Paradise Bay's and HMI's discovery requests (0.7); | 245.00 | 1.10 | 269.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 8

American Home Mortgage

12/04/2007

Account No:     98077-061M

Statement No:                17

Arkansas Condos

| | Rate | Hours | |
|---|---|---|---|
| For Current Services Rendered | | 49.40 | 16,462.00 |

| | |
|---|---|
| Photocopy Expenses | 150.10 |
| Copy Expenses | 331.39 |
| Postage Expenses | 6.79 |
| Lexis/Westlaw Research | 27.88 |
| Local Counsel Fees | 537.60 |
| Total Expenses Posted Through 11/27/2007 | 1,053.76 |
| Total Current Work | 17,515.76 |
| Balance Due | $17,515.76 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:  98077-066M
Statement No:       16

Johnson v. Wheeler

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 11/01/2007<br>KDT | emails with claims counsel regarding canceled hearing on motion to dismiss (0.1); email to client regarding same (0.1); | 295.00 | 0.20 | 59.00 |
| 11/05/2007<br>KDT | court order regarding settlement and deferring decision regarding motion to dismiss in context of bankruptcy (0.1); communications with client regarding status of case (0.1); | 295.00 | 0.20 | 59.00 |
|  | For Current Services Rendered |  | 0.40 | 118.00 |
|  | Total Current Work |  |  | 118.00 |
|  | Balance Due |  |  | $118.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER  BRODSKY  SIDMAN  KIDER  PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:    98077-068M
Statement No:    10

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| 11/07/2007 KDT | review and analyze outstanding suits against First American and Otlowski and others associated with NJAH (0.9); | 295.00 | 0.90 | 265.50 |
| 11/09/2007 KDT | analysis of still-disputed Bacon property, status of proceedings as to both Bacon properties, status of settlement with bankruptcy trustee (1.1); | 295.00 | 1.10 | 324.50 |
| 11/12/2007 KDT | review court order on motion to dismiss (0.2); analysis of options for prosecution of case (0.8); | 295.00 | 1.00 | 295.00 |
| 11/13/2007 NWH | email from/to J. Kalas re: ruling issued in case (.1); research/review same (.2); | 255.00 | 0.30 | 76.50 |
| 11/19/2007 KDT | receipt and review of First American's answer and third party claims (0.3); analysis of | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
12/04/2007

American Home Mortgage

Account No:    98077-068M
Statement No:    10

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| attachments and arguments asserted (1.0); | | 295.00 | 1.30 | 383.50 |

**11/20/2007**
    KDT    review and analyze loan files regarding loans at issue (1.1); planning for letter to first American regarding issues in case and potential settlement (0.4); review closing protection letters (0.4); research closing protection letters in New Jersey (0.6); research agency issues bearing on case (0.5); email to client enclosing answer and third party complaint and outlining plans for letter (0.2); initial drafting of letter to First American in response to answer and demanding settlement agreements with other lenders as precursor to settlement (1.0);

| | Rate | Hours | |
|---|---|---|---|
| | 295.00 | 4.20 | 1,239.00 |

**11/21/2007**
    KDT    continued drafting of arguments against First American's position (1.4); analysis of title commitments and closing protection letters (0.7); research ownership of first and second loans (0.5); analysis of historical and ongoing issues regarding GMAC's first lien on two of the properties (1.5);

| | Rate | Hours | |
|---|---|---|---|
| | 295.00 | 4.10 | 1,209.50 |

**11/26/2007**
    KDT    research trustee's settlement with lenders (0.5); review orders issued by court regarding sales of properties, documents memorializing American Home Mortgage's settlement and trustee, both on and off the record (0.6); research adversary actions against Neuman,

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3

American Home Mortgage

12/04/2007

Account No:   98077-068M

Statement No:            10

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| | Edelman, United Funding, Otlowski, Fishman (0.6); review court orders regarding sales of properties (0.4); | 295.00 | 2.10 | 619.50 |
| 11/27/2007 KDT | research GMAC participation in NJAH bankruptcy with particular attention to objections to sales of properties (0.3); research First American's participation in NJAH bankruptcy (0.2); develop chronology of significant events and pleadings in NJAH bankruptcy (0.5); review and analyze pleadings (0.3); review all declarations and certifications filed by American Home Mortgage and objections to same (0.5); continued drafting of and revisions to letter to First American's counsel (0.4); assess timing and content of American Home Mortgage acknowledgement of sales of first and second loans on subject properties (0.3); | 295.00 | 2.50 | 737.50 |
| | For Current Services Rendered | | 17.50 | 5,150.50 |
| | Total Current Work | | | 5,150.50 |
| | Balance Due | | | $5,150.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     NOVEMBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Sohmer

|  Page: | 1 |
| --- | --- |
|  | 12/04/2007 |
| Account No: | 98077-073M |
| Statement No: | 10 |

| | | Rate | Hours | |
| --- | --- | --- | --- | --- |
| 11/06/2007 | | | | |
| NWH | telephone conference with L. Xerras and Lenders' counsel re: strategy to get settlement approved by court, getting homeowners involved in process; | 255.00 | 0.30 | 76.50 |
| 11/13/2007 | | | | |
| NWH | email to L. Xerras re: status of talks with original homeowners about settlement (.1); lengthy email from L. Xerras re: same (.3); emails to all lenders' counsel re: joint motion for extension of dischargeability deadline (.3); | 255.00 | 0.70 | 178.50 |
| 11/14/2007 | | | | |
| NWH | emails to/from lenders' counsel, local counsel re: joint motion for extension (.2); draft joint motion (.9); draft expedited review motion (.4); email finalized documents to other lenders' counsel for comment/consent (.2); | 255.00 | 1.70 | 433.50 |
| 11/16/2007 | | | | |
| DMS | participate in conference call with other defense counsel and L. Xerras (1.2); | 420.00 | 1.20 | 504.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

12/04/2007

Account No:    98077-073M
Statement No:           10

Sohmer

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/19/2007** | | | | |
| NWH | review letters from Chicago Title re: coverage under title policy (.4); review emails from title company appointed counsel re: need for appraisals, possibility of altering payoff amounts as an accommodation to former homeowners attempting to refinance (.2); | 255.00 | 0.60 | 153.00 |
| **11/20/2007** | | | | |
| DMS | telephone conference with J. Kalas (0.3); review correspondence from L. Xerras regarding hazard insurance issues (0.2); | 420.00 | 0.50 | 210.00 |
| NWH | review emails from title company appointed counsel re: request from Palmer for origination files, how to respond, concern about insurance issue and request for policies; | 255.00 | 0.50 | 127.50 |
| | For Current Services Rendered | | 5.50 | 1,683.00 |

| | |
|---|---|
| Photocopy Expenses | 1.30 |
| Total Expenses Posted Through 11/27/2007 | 1.30 |
| Total Current Work | 1,684.30 |
| Balance Due | $1,684.30 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3
12/04/2007

American Home Mortgage

Account No:    98077-073M
Statement No:              10

Sohmer

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:    98077-074M
Statement No:    13

Bellettieri

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/05/2007** | | | | |
| KDT | telephone call to and telephone conference with counsel for Financial Freedom regarding outstanding cases against Bellettieri, information available from Fonte & Laudonio (0.2); email from and to counsel regarding additional state cases and restitution claims outstanding (0.2); review and analyze pleadings in all civil cases against Fonte & Laudonio (0.7); | 295.00 | 1.10 | 324.50 |
| **11/06/2007** | | | | |
| KDT | review criminal docket for Bellettieri and documents submitted related to sentencing (0.6); telephone call to probation officer (0.1); | 295.00 | 0.70 | 206.50 |
| **11/07/2007** | | | | |
| KDT | continued analysis of underwriter's suit against Bellettieri, Fonte & Laudonio (0.2); research status of criminal case via Victim Notification System (0.1); telephone conference with court regarding Victim Notification System (0.1); telephone call to | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW

FIFTH FLOOR

WASHINGTON, DC 20036-1609

TEL 202 628 2000

FAX 202 628 2011

FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
12/04/2007
Account No:    98077-074M
Statement No:    13

Bellettieri

|  | | Rate | Hours | |
|---|---|---|---|---|
| | probation officer regarding sentencing hearing on November 13 (0.1); review dockets and pleadings in outstanding cases against Bellettieri (0.3); telephone conference with probation officer regarding claim, sentencing hearing, proposed orders regarding restitution and forfeiture and anticipated results (0.3); | 295.00 | 1.10 | 324.50 |
| 11/08/2007 KDT | research motion for judgment on the pleadings in New York State courts (0.3); research motion for summary judgment standards in New York (0.2); analysis of pleadings in anticipation of motion for summary judgment (0.1); evaluate options for obtaining judgment against individual defendants (0.2); research regarding corporate protections of individual defendant's (0.3); | 295.00 | 1.10 | 324.50 |
| 11/09/2007 KDT | develop facts susceptible of proof at this point in proceedings in support of motion for summary judgment; | 295.00 | 1.00 | 295.00 |
| 11/12/2007 KDT | research regarding liability of principals in professional corporation (0.9); continued compilation of fact documents in support of motion for summary judgment (0.8); initial drafting of same (0.2); review Bellettieri Answer (0.9); | 295.00 | 2.80 | 826.00 |

Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
federal tax id: 52-1779483

Page: 3

American Home Mortgage

12/04/2007
Account No: 98077-074M
Statement No: 13

Bellettieri

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **11/13/2007** | | | | | |
| | KDT | draft motion for summary judgment (0.3); research potential bankruptcy of Bellettieri and Bellettieri, Fonte & Laudonio (0.3); review criminal felony information against Bellettieri personally and plea to felony information in aid of motion for summary judgment (0.4); research elements of conversion in New York and particular requirements relative to money as subject of conversion (0.6); research conversion in context of real estate closings (0.3); | 295.00 | 1.90 | 560.50 |
| **11/14/2007** | | | | | |
| | KDT | research Unjust Enrichment in New York (0.5); continued drafting of motion for summary judgment (0.4); research sentencing of Bellettieri and review judgment (0.4); telephone call to probation officer regarding status of restitution/forfeiture (0.2); | 295.00 | 1.50 | 442.50 |
| **11/19/2007** | | | | | |
| | KDT | telephone call to probation officer regarding status of restitution (0.1); telephone conference with probation officer regarding postponement of restitution award and forfeiture order, expectations regarding issuance of same, additional parties claiming restitution, and outstanding restitution claims (0.3); | 295.00 | 0.40 | 118.00 |
| | | For Current Services Rendered | | 11.60 | 3,422.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4
12/04/2007

American Home Mortgage

Account No:    98077-074M
Statement No:        13

Bellettieri

| | |
|---|---|
| Photocopy Expenses | 4.70 |
| Total Expenses Posted Through 11/27/2007 | 4.70 |
| Total Current Work | 3,426.70 |
| Balance Due | $3,426.70 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER   2007

Page: 1
12/04/2007
Account No:    98077-082M
Statement No:            8

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Gutierrez v. Velazquez & Associates

| | | Rate | Hours | |
|---|---|---|---|---|
| 11/05/2007 | | | | |
| KDT | correspondence from title insurer regarding loan file (0.1); review file for privilege and confidentiality (0.9); letter to claims counsel enclosing loan file (0.2); | 295.00 | 1.20 | 354.00 |
| | For Current Services Rendered | | 1.20 | 354.00 |

| | |
|---|---|
| Photocopy Expenses | 0.30 |
| Copy Expenses | 55.12 |
| Local Counsel Fees | 420.45 |
| Total Expenses Posted Through 11/27/2007 | 475.87 |
| Total Current Work | 829.87 |
| Balance Due | $829.87 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Gutierrez v. Velazquez & Associates

Page: 2
12/04/2007
Account No:    98077-082M
Statement No:              8

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
12/04/2007
Account No:    98077-085M
Statement No:    4

Beard

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/06/2007 | | | | | |
| | EMR | telephone call to Prince George's County Clerk's Office re: pretrial hearing attendance (0.6); | 230.00 | 0.60 | 138.00 |
| | BEA | telephone conference with judge's clerk (.5); letter to judge re: bankruptcy (.7); messages to judge's office (.4); | 405.00 | 1.60 | 648.00 |
| 11/07/2007 | | | | | |
| | BEA | travel to and from PG County for PTC with Judge (1.4); representation of AHM before Judge (1.5); objection to PTC and to setting a trial date (.1); confer with D. Souders (.1); email with copy of pre-trial report (.2); | 405.00 | 3.30 | 1,336.50 |
| 11/09/2007 | | | | | |
| | BEA | letter to plaintiff's counsel re; bankruptcy filing and violation of automatic stay; | 405.00 | 0.50 | 202.50 |
| | | For Current Services Rendered | | 6.00 | 2,325.00 |

Photocopy Expenses                                    1.60

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

12/04/2007

Account No:    98077-085M

Statement No:                4

Beard

| | |
|---|---|
| Postage Expenses | 0.41 |
| Total Expenses Posted Through 11/27/2007 | 2.01 |
| Total Current Work | 2,327.01 |
| Balance Due | $2,327.01 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    NOVEMBER    2007

|  |  |  |
|---|---|---|
| American Home Mortgage | | Page: 1 |
| 538 Broadhollow Road | | 12/04/2007 |
| Melville NY 11747 | Account No: | 98077-089M |
| | Statement No: | 6 |

Attn: Alan Horn

Post Petition Representation

| Date / Initials | Description | Rate | Hours | |
|---|---|---|---|---|
| 11/01/2007 | | | | |
| JDS | correspond via email with J. Kalas re: NJ loan officer transfer issues (.2); research re: same (.3); review letter to CO regulator re: applicability of license to servicers (.5); review letter to NY regulator re: debt collection license (.3); | 395.00 | 1.30 | 513.50 |
| DMS | telephone conference with C. Standifer regarding Washington State hearing (0.6); telephone conference with S. Sherman from Washington State Division of Banking (0.4); review correspondence from Washington State (0.1); draft letter to customers regarding refund of fees (0.1); | 420.00 | 1.20 | 504.00 |
| VTL | electronic correspondence with T. Turner regarding proposed revisions to WBSK's first application fee; | 245.00 | 0.10 | 24.50 |
| 11/02/2007 | | | | |
| BPP | correspondence from and letter to S. Sherman re: satisfaction of cease and desist order and withdrawal of application for hearing (0.5); telephone call to T. Winslow re: | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
12/04/2007

American Home Mortgage

Account No:   98077-089M
Statement No:                 6

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | Ohio settlement agreement (0.3); telephone call from and telephone conference with C. Standifer and Judge R. Ross re: dismissal of case (0.2); | 235.00 | 1.00 | 235.00 |
| JDS | discussion with D. Souders re: RI consent order; | 395.00 | 0.20 | 79.00 |
| DMS | respond to request for information from C. Bonilla at Kroll Zolfo Cooper (0.7); send memo to J. Kalas regarding Rhode Island license surrender issues (0.5); | 420.00 | 1.20 | 504.00 |
| **11/05/2007** | | | | |
| BPP | revise proposed Ohio consent orders (0.9); correspondence to A. Horn and J. Kalas re: Washington dismissal order (0.2); review Washington dismissal order; telephone call from T. Winslow re: consent orders (0.2); | 235.00 | 1.30 | 305.50 |
| DMS | review and revise proposed order from Ohio (0.3); telephone conference with T. Winslow (0.2); | 420.00 | 0.50 | 210.00 |
| VTL | electronic correspondence with T. Turner, M. Whiteman and R. Bartley regarding proposed revisions to WBSK's first application fee (.1); telephone conference with M. Whiteman regarding finalization and status of WBSK's first fee application (.1); revise and finalize WBSK's first fee application (.4); | 245.00 | 0.60 | 147.00 |
| **11/06/2007** | | | | |
| BPP | correspondence to and correspondence from T. Winslow re: revision of proposed settlement orders for AHM Corp. and AHM Acceptance (0.2); correspondence to J. Kalas | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3
12/04/2007

American Home Mortgage

Account No:    98077-089M
Statement No:    6

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| DMS | and A. Horn re: California orders (0.1); review draft consent order from Pennsylvania (0.2); send revised Ohio agreements to A. Horn for signature (0.1); send memo to client (0.1); review and revise disclosure for servicing license submission to D.C. (0.2); | 235.00 420.00 | 0.30 0.60 | 70.50 252.00 |
| **11/07/2007** | | | | |
| BPP | correspondence from and correspondence to L. Sassani re: resolution of Pennsylvania order (0.2); correspondence to A. Horn and J. Kalas re: Pennsylvania consent order (0.1); correspondence from and correspondence to S. Irfani re: requests for updates from Indy Mac, Quicken and LendingTree (0.1); letter to Indy Mac, Quicken and LendingTree contacts re: updates (0.8); finalize Pennsylvania consent order (0.4); | 235.00 | 1.60 | 376.00 |
| HJR | draft emails to J. Kalas re: NY debt collection license app; review/revise administrative action summary for AHM servicing; | 245.00 | 0.30 | 73.50 |
| JDS | review issues re: licensing for AHM servicing prepared by counsel (1.3); telephone conference with counsel for acquirer re: same (.7); | 395.00 | 2.00 | 790.00 |
| VTL | prepare WBSK's second fee applications (.7); prepare WBSK's third fee application(.7); | 245.00 | 1.40 | 343.00 |
| **11/08/2007** | | | | |
| BPP | review proposed consent order of DC regulatory (0.3); correspondence to J. Kalas re: updates of regulatory matters (0.1); letter to T. Winslow re: settlement agreement (0.6); | 235.00 | 1.00 | 235.00 |

W<span>EINER</span> B<span>RODSKY</span> S<span>IDMAN</span> K<span>IDER</span> PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 4

12/04/2007

American Home Mortgage

Account No:    98077-089M
Statement No:              6

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| JDS | draft email to counsel for acquirer re: AHM servicing licenses and approvals; | 395.00 | 3.00 | 1,185.00 |
| VTL | continued preparation of WBSK's second fee application; | 245.00 | 0.70 | 171.50 |
| **11/09/2007** | | | | |
| BPP | correspondence from Nevada regulator re: refund of advanced fees (0.1); | 235.00 | 0.10 | 23.50 |
| VTL | revise and supplement WBSK's second fee application; (.3) electronic correspondence with M. Whiteman regarding filing of WBSK's second fee application; (.1) | 245.00 | 0.40 | 98.00 |
| **11/13/2007** | | | | |
| BPP | correspondence from  and correspondence to J. Haefele of Maine regulator re: proposed consent order (0.9); revise proposed consent order; correspondence from T. Winslow of Ohio regulator re: final termination order (0.3); legal research re: claimed legal violations in Maine preliminary suspension order (1.8); | 235.00 | 3.00 | 705.00 |
| JDS | correspond with counsel for acquirer re: KS licensing issues; | 395.00 | 0.20 | 79.00 |
| DMS | review proposed consent order from Maine (0.2); telephone conference with J. Haefele from Maine Bureau of Licensing regarding consent order (0.2); send memo to J. Kalas regarding D.C. regulatory action (0.1); | 420.00 | 0.50 | 210.00 |
| **11/14/2007** | | | | |
| BPP | correspondence to and correspondence from Maine regulator re: proposed consent order (0.3); revise final draft of consent order (0.6); | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5

12/04/2007

American Home Mortgage

Account No:    98077-089M
Statement No:                    6

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| JDS | review correspondence from New Hampshire regulator re: license surrender (0.1); | 235.00 | 1.00 | 235.00 |
| | telephone call from counsel for consumer re: short sale (.7); correspond with J. Kalas re: same (.8); | 395.00 | 1.50 | 592.50 |
| VTL | preparation of back-up documentation for WBSK's estimated fees on the sale of servicing rights to WLR in August, September and October 2007; | 245.00 | 0.90 | 220.50 |
| MHK | review email from K. Coffey re: letters from NH and WA; 2 telephone conferences with A. Horn; | 495.00 | 0.50 | 247.50 |
| **11/15/2007** | | | | |
| JDS | telephone call from counsel for consumer re: complaint (.4); draft email to J. Kalas re: same (.1); | 395.00 | 0.50 | 197.50 |
| DMS | review and revise second application for fees (0.3); send memo to M. Whitman regarding fee issues (0.2); | 420.00 | 0.50 | 210.00 |
| **11/16/2007** | | | | |
| BPP | review proposed consent order from Michigan regulator (0.3); revise proposed consent order (0.2); | 235.00 | 0.50 | 117.50 |
| DMS | review revised order from J. Westrin, Michigan Office of Financial Services (0.3); telephone conference with J. Westrin regarding modification to proposed order (0.3); | 420.00 | 0.60 | 252.00 |
| VTL | revise and supplement WBSK's 3rd Fee Application (.8); electronic correspondence with M. Whiteman regarding filing of WBSK's | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 6

American Home Mortgage

12/04/2007

Account No:    98077-089M

Statement No:    6

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | 3rd Fee Application (.1); | 245.00 | 0.90 | 220.50 |
| 11/20/2007 | | | | |
| VTL | telephone conference with and electronic correspondence with D. Laskins regarding status of filing of WBSK's 3rd Fee Application; | 245.00 | 0.30 | 73.50 |
| 11/21/2007 | | | | |
| BPP | correspondence to and correspondence from L. Sassani re: Pennsylvania consent order (0.1); correspondence to and telephone call to A. Parks re: same (0.1); telephone call from J. Kalas re: demands for assessment fee by DC regulator (0.1); telephone call to and telephone call from A. Bishop from Quicken re: request for pipeline updates (0.2); | 235.00 | 0.50 | 117.50 |
| DMS | telephone conference with J. Kalas regarding assessment in connection with renewal of the license for servicing (0.3); telephone conference with C. Parker, DC Department of Banking and Insurance (0.5); research fee application issues (0.3); | 420.00 | 1.10 | 462.00 |
| 11/26/2007 | | | | |
| DMS | telephone conference with C. Parker, D.C. Department of Banking regarding assessment fee (0.2); send memo to client (0.1); | 420.00 | 0.30 | 126.00 |
| 11/27/2007 | | | | |
| BPP | telephone call to A. Bishop of Quicken Loans re: pipeline loan updates (0.1); correspondence from A. Parks re: Pennsylvania consent order (0.0); | 235.00 | 0.10 | 23.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 7
12/04/2007
Account No:    98077-089M
Statement No:    6

| | | Rate | Hours | |
|---|---|---|---|---|
| DMS | telephone conference with C. Parker, D.C. Attorney General's Office regarding assessment and extension of time to renew license (0.5); send memo to client (0.2); draft letter to C. Parker (0.4); send memo to M. Whiteman regarding fee petitions (0.3); | 420.00 | 1.40 | 588.00 |
| | For Current Services Rendered | | 33.10 | 10,818.00 |

| | |
|---|---|
| Photocopy Expenses | 12.40 |
| Filing Fees/Court Costs/Legal Fees | 104.00 |
| Lexis/Westlaw Research | 532.19 |
| Total Expenses Posted Through 11/27/2007 | 648.59 |
| Total Current Work | 11,466.59 |
| Balance Due | $11,466.59 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# EXHIBIT B

DB02:6292330.5

066585.1001

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage Acceptance
c/o David M. Souders, Esq.
Weiner Brodsky Sidman Kider PC
Fifth Floor, 1300 19th Street
Washington, DC 20036

October 30, 2007
Invoice: 438264
Page 1

For Services Rendered Through September 30, 2007
Matter # 212971.0569 Gutierrez, Ana

| | | | |
|---|---|---|---|
| 08/08/07 | Review correspondence from Kristin Thomas re: bankruptcy filing of American Home (.2). Review draft Suggestion of Bankruptcy (.2). | | |
| | | NJC | 0.40 hrs. |
| 08/10/07 | File Suggestion of Bankruptcy (.3). Confer with Alan Rosenthal re: same (.1). | | |
| | | NJC | 0.40 hrs. |
| 08/13/07 | Emails with Kristin Thompson re: Suggestion of Bankruptcy (.1). Review docket and call to court (.2). Confer with Alan Rosenthal re: same (.1). | | |
| | | NJC | 0.40 hrs. |
| 08/14/07 | Email to Thompson re: Suggestion of Bankruptcy. | | |
| | | NJC | 0.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| NJC | 1.40 | 300.00 | $420.00 |

Total Fees for Professional Services | | | $420.00

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

<u>Costs Incurred</u>

Photocopy Charges for the month                                              $0.45
_____

                                            Total Costs Incurred              $0.45

## **Matter Summary**

| | | |
|---|---|---|
| Previous Balance | $1,060.00 | |
| Payments Received | $0.00 | |
| Past Due Amount | | $1,060.00 |
| Fees for Professional Services - Current Billing Period | $420.00 | |
| Costs Incurred- Current Billing Period | $0.45 | |
| Net Billing for Current Period | | $420.45 |
| TOTAL DUE FOR THIS MATTER | | $1,480.45 |

NEWELL & HARGRAVES
Attorneys at Law
P.O. Box 1620
Hot Springs, AR  71902


Invoice submitted to:
American Home Mortgage
c/o Mr. Bruce Alexander
1300 19th Street, N.W.
Fifth Floor
Washington D.C. 20036-1609


December 06, 2007
In Reference To:   American Home Mortgage Corp. v. Brown Appraisal Services, Inc.
,et al

Invoice #1

Professional Services

| | | | Hours |
|---|---|---|---|
| 10/23/2007 | CBN | Prepare Notices of Appearance for Bruce Alexander, David Souder and Natasha Williams. | 0.25 |
| | CBN | Arrange for Court Reporter for depositions. | 0.25 |
| 10/24/2007 | CBN | Review Notices of Deposition for Carol Sikorski and Janet Brown. | 0.25 |
| | CBN | Letter to Dan Buford. | 0.25 |
| | CBN | Prepare subpoena for Carol Sikorski. | 0.10 |
| | CBN | Research witness for for subpoena. | 0.40 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.50 | $337.50 |

Additional Charges :

| | Amount |
|---|---|
| Fax | 20.00 |
| Photocopies | 97.20 |
| Postage | 2.90 |
| Process Fees | 40.00 |
| Witness Fee | 40.00 |
| Total costs | $200.10 |

| | |
|---|---|
| Total amount of this bill | $537.60 |

# EXHIBIT C

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC  20005
United States

Invoice Number:
24305

Invoice Date:
Oct 31, 2007

Voice:    202-546-5468
Fax:      202-408-9528

Page:
1

Sold To:
Ms. Natasha Williams
Weiner, Brodsky et al
1300 19th St., NW  5th Fl
Washington,, DC  20036-1609

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.061 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 1009 | Hand Deliver | 10/19/07 | 11/30/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 1139 pages scanned @ .11/image | | 125.29 |
| | | 1139 electronic bates labels embedded @ .035/label(AHM 002125-3264) | | 39.87 |
| | | 1139 images blown back @ .095/image(1x) | | 108.21 |
| | | 4 CD's @ $10/CD | | 40.00 |

Check/Credit Memo No:

OK to pay
98077.061

14687

| | |
|---|---|
| Subtotal | 313.37 |
| Sales Tax | 18.02 |
| Total Invoice Amount | 331.39 |
| Payment/Credit Applied | |
| **TOTAL** | 331.39 |



**COMPEX**
Litigation Support, LLC

Remit Payment to:
Compex Litigation Support, LLC
P.O. Box 2738
Torrance, CA 90509-2738

Federal Tax I.D. #: 20-2878700

Invoice #:   WA11070021
Invoice Date:   11/6/2007

Bill to: ACCOUNTS PAYABLE
WEINER BRODSKY SIDMAN & KIDER
1300-19TH STREET, N. W.
FIFTH FLOOR
WASHINGTON, DC 20036

Washington DC
Phone No: 202-822-9355
Fax No: 202-822-9420
1099 14th Street N.W. Suite 700-C
Washington, DC 20005
www.compexlit.com

Ordered by: LEON MARYLAND
WEINER BRODSKY SIDMAN & KIDER
1300-19TH STREET, N. W.
FIFTH FLOOR
WASHINGTON, DC 20036

| Account # | Account Manager | Job # | Payment Terms | |
|---|---|---|---|---|
| WAWE1298 | HOWARD DABNEY | DCA_11070032 | Net Thirty | |
| Client Matter | | Plaintiff | | Date of Loss |
| 98077.082 | | | | |

| Qty | Item Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 420 | | Photocopies - Autofeed | 0.0800 | 33.6000 |
| 210 | | Bates Labels - Produced & Aff. - AF to Light Lit Orig. | 0.0500 | 10.5000 |
| 2 | | Redwelds - Expanding Folder - 3.5 Inch | 2.5000 | 5.0000 |
| 2 | | Folders - Manilla - Legal Sized - Custom Tabs | 1.5000 | 3.0000 |

**Please Pay From This Invoice**
This is the only invoice you will receive. It should be routed to your accounting department for payment. Remember to list invoice numbers on all checks.

**No Third Party Billing:**

| | |
|---|---|
| Subtotal | 52.10 |
| Shipping | 0.00 |
| Sales Tax | 3.02 |
| Total | 55.12 |

Signature: *146098*

Print Name:

Date: