IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                                 :   Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------------- x

## FIRST INTERIM QUARTERLY FEE REQUESTS OF DEBTORS' PROFESSIONALS

TO:   THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL
      PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER
      PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE
      FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to that certain Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the Bankruptcy Code (the "Interim Compensation Order") [D.I. 547], the professionals retained by the Debtors hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from August 6, 2007 through and including October 31, 2007. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6349914.1                                                                                              066585.1001

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before January 7, 2008 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on January 14, 2008 at 2:00 p.m..

Dated: December 17, 2007
       Wilmington, Delaware

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Margaret (No. 4652)
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                                 :  Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:                                Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                Effective as of August 6, 2007

Period for which compensation and                 August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 11/6/07, #1776 | 1,464,663.50 | 77,888.86 | 11/28/07, #2204 | 1,171,730.80 | 77,888.86 | 292,932.70 |
| 9/1/07-9/30/07, 11/16/07, #2068 | 1,869,288.50 | 91,455.66 | 12/10/07, #2327 | 1,495,430.80 | 91,455.66 | 373,857.70 |
| 10/1/07-10/31/07, 12/12/07, #2375 | 2,003,648.00 | 170,103.16 | Pending | 1,602,918.40 | 170,103.16 | 400,729.60 |
| TOTALS | 5,337,600.00 | 339,447.68 | | 4,270,080.00 | 339,447.68 | 1,067,520.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                            :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                   :
                                                                  :   Jointly Administered
   Debtors.                                                       :
                                                                  :   **Objection Deadline: January 7, 2008 at 4:00 p.m.**
                                                                  :   **Hearing Date: January 14, 2008 at 2:00 p.m.**
----------------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF LAW OFFICES OF ALAN WEINREB, PLLC

Name of Applicant:                                    Law Offices of Alan Weinreb, PLLC

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and                     August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 11/2/07, #1770 | 5,100.00 | 7,218.00 | 11/27/07, #2184 | 4,080.00 | 7,218.00 | 1,020.00 |
| 9/1/07-9/30/07, 11/2/07, #1771 | 7,865.00 | 61,747.05 | 11/27/07, #2185 | 6,292.00 | 61,747.05 | 1,573.00 |
| 10/1/07- 10/31/07 11/15/07, #2028 | 43,597.00 | 51,641.83 | 12/14/07, #2386 | 34,877.60 | 51,641.83 | 8,719.40 |
| Totals | 56,562.00 | 120,606.88 | | 45,249.60 | 120,606.88 | 11,312.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                                 :  Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF LAW OFFICES OF WEINER BRODSKY SIDMAN KIDER PC

Name of Applicant:                                  Weiner Brodsky Sidman Kider PC

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  August 6, 2007

Period for which compensation and                   August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 11/6/07, #1818 | 88,599.50 | 1,062.60 | 12/7/07, #2315 | 70,879.60 | 1,062.60 | 17,719.90 |
| 9/1/07-9/30/07, 11/13/07, #1987 | 80,618.50 | 1,108.65 | Certification of Counsel[1] 12/7/07, #2318 | 60,607.76 | 1,108.65 | 15,151.94 |
| 10/1/07-10/31/07, 11/20/07, #2110 | 64,370.00 | 6,707.04 | 12/14/07, #2388 | 51,496.00 | 6,707.04 | 12,874.00 |
| TOTALS | 233,588.00 | 8,878.29 |  | 182,983.36 | 8,878.29 | 45,745.84 |

---

[1] Weiner Brodsky agreed to a reduction of fees in the amount of 4,858.80.

DB02:6349914.1                                                                       066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  **Objection Deadline: January 7, 2008 at 4:00 p.m.**
                                                                 :  **Hearing Date: January 14, 2008 at 2:00 p.m.**
---------------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF LAW OFFICES OF ADORNO & YOSS LLP

Name of Applicant:                                Adorno & Yoss LLP

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                August 6, 2007

Period for which compensation and                 August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 11/16/07, #2069 | 73,192.50 | 72,330.74 | 12/12/07, #2372 | 58,554.00 | 72,330.74 | 14,638.50 |
| 9/1/07-9/30/07, 11/16/07, #2070 | 116,475.00 | 78,577.79 | 12/13/07, #2377 | 93,180.00 | 78,577.79 | 23,295.00 |
| 10/1/07-10/31/07, 11/16/07, #2071 | 122,307.50 | 87,978.54 | 12/12/07, #2374 | 97,846.00 | 87,978.54 | 24,461.50 |
| TOTALS | 311,975.00 | 238,887.07 | | 249,580.00 | 238,887.07 | 62,395.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Objection Deadline: January 7, 2008 at 4:00 p.m. |
|  | Hearing Date: January 14, 2008 at 2:00 p.m. |

## FIRST INTERIM FEE REQUEST
## OF LAW OFFICES OF CADWALADER, WICKERSHAM & TAFT LLP

Name of Applicant:                                      Cadwalader, Wickersham & Taft LLP

Authorized to Provide Professional Services to:         Debtors and Debtors-in-Possession

Date of Retention:                                      August 6, 2007

Period for which compensation and                       August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-10/31/07, 11/19/07, #2084 | 807,207.50 | 37,279.54 | 12/12/07, #2371 | 645,766.00 | 37,279.54 | 161,441.50 |
| TOTALS | 807,207.50 | 37,279.54 |  | 645,766.00 | 37,279.54 | 161,441.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                                 :  Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF ALLEN & OVERY, LLP

Name of Applicant:                                  Allen & Overy, LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:                                  September 7, 2007

Period for which compensation and                   September 7, 2007 through October 31,
reimbursement is sought:                            2007

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 9/7/07- 9/30/07, 11/30/07, #2241 | 172,200.50 | 188.27 | Pending | 137,760.40 | 188.27 | 34,440.10 |
| 10/1/07-10/31/07, 11/30/07 | 311,858.00 | 131,377.49 | Pending | 249,486.40 | 131,377.49 | 62,371.60 |
| TOTALS | 484,058.5 | 131,565.76 | | 387,246.8 | 131,565.76 | 96,811.70 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. | Objection Deadline: January 7, 2008 at 4:00 p.m. |
|  | Hearing Date: January 14, 2008 at 2:00 p.m. |

## FIRST INTERIM FEE REQUEST
## OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart Oliver & Hedges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 10, 2007 |
| Period for which compensation and reimbursement is sought: | August 10, 2007 through October 31, 2007 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/10/07- 8/31/07, 11/21/07, #2141 | 217,865.00 | 1,404.26 | 12/14/07, #2382 | 174,292.00 | 1,404.26 | 43,573.00 |
| 9/1/07-9/30/07 11/21/07, #2142 | 293,619.00 | 37,757.62 | 12/17/07, #2399 | 234,895.20 | 37,757.62 | 58,723.80 |
| 10/1/07-10/31/07 12/4/07, #2277 | 497,748.00 | 36,429.13 | Pending | 398,198.40 | 36,429.13 | 99,549.60 |
| Totals | 1,009,232.00 | 75,591.01 |  | 807,385.60 | 75,591.01 | 201,846.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,            :
                                                           :   Jointly Administered
   Debtors.                                                :
                                                           :   Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                           :   Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF WELTMAN, WEINBERG & REIS CO. LPA

Name of Applicant:                                     Weltman, Weinberg & Reis Co. LPA

Authorized to Provide Professional Services to:        Debtors and Debtors-in-Possession

Date of Retention:                                     August 6, 2007

Period for which compensation and                      August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 11/30/07, #2245 | 900.00 | 3,888.23 | Pending | 720.00 | 3,888.23 | 180.00 |
| 9/1/07-9/30/07, 11/30/07, #2246 | 62,245.00 | 117,045.38 | Pending | 49,796.00 | 117,045.38 | 12,449.00 |
| 10/1/07-10/31/07 11/30/07, #2247 | 66,427.75 | 99,786.28 | Pending | 53,142.20 | 99,786.28 | 13,285.55 |
| Totals | 129,572.75 | 220,719.89 | | 103,658.20 | 220,719.89 | 25,914.55 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
        Debtors.                                                 :
                                                                 :  Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                                 :  Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------------- x

## FIRST INTERIM FEE REQUEST
## OF LAW OFFICE OF DANIEL C. CONSUEGRA

Name of Applicant:                                    Law Office of Daniel C. Consuegra

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and                     August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 12/4/07, #2278 | 3,875.00 | 5,159.00 | Pending | 3,100.00 | 5,159.00 | 775.00 |
| 9/1/07-9/30/07, 12/5/07, #2299 | 71,275.00 | 73,198.50 | Pending | 57,020.00 | 73,198.50 | 14,255.00 |
| 10/1/07-10/31/07, 12/13/07, #2381 | 53,050.00 | 58,664.32 | Pending | 42,440.00 | 58,664.32 | 10,610.00 |
| Totals | 128,200.00 | 137,021.82 | | 102,560.00 | 137,021.82 | 25,640.00 |

DB02:6349914.1                                                                                    066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Objection Deadline: January 7, 2008 at 4:00 p.m.<br>Hearing Date: January 14, 2008 at 2:00 p.m. |

## FIRST INTERIM FEE REQUEST
## OF MILESTONE ADVISORS LLC

Name of Applicant:                                    Milestone Advisors LLC

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and                     August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07, 12/7/07, #2316 | 167,741.94 | 67,661.78 | Pending | 134,193.55 | 67,661.78 | 33,548.39 |
| 9/1/07-9/30/07, 12/13/07, #2378 | 200,000.00 | 47,954.43 | Pending | 160,000.00 | 47,954.43 | 40,000.00 |
| Totals | 367,741.94 | 115,616.21 |  | 294,193.55 | 115,616.21 | 73,548.39 |

DB02:6349914.1                                                                              066585.1001