IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No. 2224 |

**ORDER GRANTING MOTION OF FINANCIAL GUARANTY INSURANCE
COMPANY FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion dated November 29, 2007 (the "Motion") of Financial Guaranty Insurance Company ("FGIC") for an order pursuant to Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") modifying the automatic stay to permit the termination and transition of rights and responsibilities of each of American Home Mortgage Servicing, Inc. ("AHM Servicing") and American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), as servicers and subservicer under the HELOC Servicing Agreements (as defined in the Motion); and the Court having jurisdiction over this proceeding; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified to permit FGIC, GMAC Mortgage, LLC as successor by merger to GMAC Mortgage Corporation ("GMAC") and the parties to the HELOC Servicing Agreements to take any and all actions necessary to terminate AHM Servicing and AHM Acceptance as

servicer or subservicer, as the case may be, of the HELOC Mortgage Loans (as defined in the Motion) under the HELOC Servicing Agreements; and

**IT IS FURTHER ORDERED** that AHMA is hereby authorized and directed to (i) comply with the HELOC Servicing Agreement as it relates to the transfer of servicing to GMAC, or any other successor servicer, including, without limitation, sending "goodbye" letters to HELOC Borrowers under HELOC Mortgage Loans in a form reasonably acceptable to GMAC and the Debtors which, among other things, directs the HELOC Borrowers to send all future payments on account of the HELOC Mortgage Loans to GMAC, (ii) provide FGIC an accounting of all amounts collected on account of the HELOC Mortgage Loans, (iii) cooperate with GMAC in effecting the termination of AHMA's responsibilities and rights pursuant to Section 6.01 of the HELOC Servicing Agreement and (iv) pay all reasonable costs and expenses (including, but not limited to, attorneys' fees and disbursements) incurred by GMACM or a successor servicer in connection with its succession as servicer; and

**IT IS FURTHER ORDERED** that AHMA is hereby authorized and directed to send a notice to the HELOC Borrowers under the HELOC Mortgage Loans in a form reasonably acceptable to GMAC informing such HELOC Borrowers that their HELOC Mortgage Loans are no longer revolving and thus no further draw requests will be honored; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DATED: December ___, 2007

Honorable Christopher S. Sontchi
United States Bankruptcy Judge