**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 17th day of December 2007, a true and correct copy of the **GMAC MORTGAGE LLC'S RESPONSE TO MOTION OF FINANCIAL GUARANTY INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY** was served upon the addressees listed on the attached service list in the manner indicated.

By:     /s/ Kimberly E. C. Lawson
         Kimberly E. C. Lawson (No. 3966)

## SERVICE LIST

**VIA HAND DELIVERY**
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

**VIA HAND DELIVERY**
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**VIA HAND DELIVERY**
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**VIA FIRST CLASS MAIL
AND E-MAIL IN PDF**
Bruce A. Wilson, Es.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
E-mail: bruce.wilson@kutakrock.com

**VIA HAND DELIVERY**
**AND E-MAIL IN PDF**
Robert J. Dehney, Esq.
Donna L. Culver, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
E-mail: rdehney@mnat.com/
dculver@mnat.com