**EXHIBIT A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**August 14, 2007 to October 31, 2007**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| WILLIAM K LENHART | PARTNER | 24.1 | 650.00 | $15,665.00 |
| ROBERT H GLASSER | PARTNER | 39.5 | 595.00 | 23,502.50 |
| DAVID E BERLINER | PARTNER | 207.5 | 575.00 | 119,312.50 |
| MARLENE H RABINOWITZ | PARTNER | 13.4 | 500.00 | 6,700.00 |
| RANIA V SEDHOM | SENIOR MANAGER | 5.5 | 450.00 | 2,475.00 |
| ANTHONY LA MALFA | SENIOR MANAGER | 3.2 | 350.00 | 1,120.00 |
| MICHELE MICHAELIS | SENIOR MANAGER | 320.0 | 350.00 | 112,000.00 |
| SHANTE WILLIAMS | SENIOR | 2.5 | 235.00 | 587.50 |
| HOWARD WEBER | SENIOR | 5.1 | 200.00 | 1,020.00 |
| NAUSHON E VANDERHOOP | SENIOR | 14.8 | 185.00 | 2,738.00 |
| MATTHEW J STEWART | STAFF | 113.0 | 185.00 | 20,905.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 5.1 | 150.00 | 765.00 |
| | SUBTOTAL: | 753.7 | | 306,790.50 |
| Travel Time Billed at ½ Rate: | | | | |
| DAVID E BERLINER | PARTNER | 1.4 | 287.50 | 402.50 |
| | SUBTOTAL: | 1.4 | 287.50 | 402.50 |
| | **TOTAL:** | **755.1** | | **$307,193.00** |

**EXHIBIT B**

|    |                          | HOURS | AMOUNT |
|----|--------------------------|-------|--------|
| A. | ACCOUNTS PAYABLE         | 11.6  | $4,771.00 |

Created schedule of non-priority claims for all Debtors' entities. Reviewed and analyzed Rabbi Trust priority claims.

| B. | INSIDER PREFERENCES | 0.4 | 74.00 |
|----|---------------------|-----|-------|

Identified potential payments to insiders.

| C. | ASSET SALE/AUCTION | 73.1 | 33,784.50 |
|----|--------------------|------|-----------|

Reviewed sales process and relevant documents including, but not limited to, various court motions regarding sale of assets, auction, bidding procedures and related objections; various draft asset purchase agreements. Prepared for and attended auction of Broadhollow loan portfolio; reviewed and evaluated auction bid summary and analysis; prepared comparative bid summary; and prepared schedule of Sale of Miscellaneous Assets.

| D. | MEETINGS - DEBTOR | 108.5 | 49,687.50 |
|----|-------------------|-------|-----------|

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information, cash management, case issues, strategy and motions regarding sale of loans, sales procedures, auctions of Broadhollow and Melville loans and servicing business, KERP, KEIP, SOFA, SOAL, Rabbi Trust settlement proposal, wind-down plan and other open issues.

| E. | REPORT PREPARATION | 214.3 | 81,338.50 |
|----|--------------------|-------|-----------|

Preparation and review of various reports to the Creditors' Committee regarding cash flow forecasts; retention of Kroll Zolfo Cooper LLC ("Kroll") as Debtors Financial Advisor; Key Employee Retention Plan ("KERP"); Key Executive Incentive Plan ("KEIP"); Schedule of Financial Affairs ("SOFA"), Schedules of Assets & Liabilities ("SOAL"), GNMA loans, budget to actual results and case status; financial updates; cash flow results; cash management issues; warehouse loan file issues; Broadhollow and Melville loan auction, sale of servicing business and miscellaneous other asset sales; and other open issues.

| F. | MEETINGS OF CREDITORS | 40.2 | 16,753.50 |
|----|-----------------------|------|-----------|

Preparation for and attendance at Creditors' Committee meetings and/or conference calls where the financial condition of the Debtor, various reports to the Committee, asset sales and other open case issues were reviewed and discussed.

**EXHIBIT B**

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| G. | BUSINESS ANALYSIS | 223.7 | 85,616.00 |

Analyzed Debtor cash flows, projections, D.I.P. Operating Reports, budget to actual schedules, and cash management issues regarding Corporate and Servicing Businesses. Reviewed and analyzed case background, recent news articles, SEC financial information and various documents, motions, orders and objections filed with the Court. Prepared and/or reviewed schedules for employee salary analysis, analyzed various KERP and KEIP information and plans, Debtors' benefits plan and wind-down budget information. Reviewed and analyzed financial information provided in SOFA and SOAL filed by the Debtors; and prepared comparative summary. Findings were conveyed to Counsel and the Committee.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| H. | COUNSEL DISCUSSIONS & COURT HEARINGS | 44.5 | 22,698.50 |

Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' asset sales/auctions; Rabbi Trust settlement issues; KERP and KEIP proposals; Committee report preparation and meetings; business analyses; information requests and various other open case issues.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| I. | FEE APPLICATIONS / MONTHLY STATEMENTS | 8.1 | 1,452.00 |

Preparation and review of monthly data for submission to the Debtor for August and September 2007.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| J. | CASE ADMINISTRATION | 29.3 | 10,615.00 |

Reviewed status of engagement with staff and planned areas of work to be performed. Prepared retention affidavit and conducted conflict check.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| | **SUBTOTAL:** | **753.7** | **306,790.50** |
| K. | TRAVEL TIME | 1.4 | 402.50 |

Professional time expended on travel, billed at one half the hourly rate of each professional.

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| | **SUBTOTAL:** | **1.4** | **402.50** |
| | **TOTAL:** | **755.1** | **307,193.00** |
| | **LESS: DEFERRED COMPENSATION** | | (7,193.00) |
| | **GRAND TOTAL** | | **$300,000.00** |

**EXHIBIT C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 14, 2007 through October 31, 2007

1. PHOTOCOPYING
    a. Internal
    b. External

2. TELECOMMUNICATIONS
    a. Toll Charges
    b. Facsimile
    c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
    a. Transportation                                                                $313.00
    b. Lodging
    c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE                              22.00
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

    **TOTAL**                                                                              **$335.00**