**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
| | : | |
| Debtors | : | **Objections Due By: January 7, 2007** |
| | : | **at 4:00 p.m.** |
| | : | **Hearing Date: January 14, 2007** |
| | : | **at 2:00 p.m.** |

---

**FIRST INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM**
<u>**AUGUST 14, 2007 THROUGH OCTOBER 31, 2007**</u>

<u>**SUMMARY COVER SHEET**</u>

| | |
|---|---|
| Name of Applicant: | **HAHN & HESSEN LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | November 28, 2007 (effective August 14, 2007) |
| Period for which Compensation and Reimbursement of Expenses is Sought: | August 14, 2007 through October 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,070,677.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $32,020.26 |

This is a ☐ monthly ☒ **interim** ☐ final application.
The total time expended for preparation of this Application is approximately 6.0 hours, and the corresponding compensation is not included herein, but will be requested in a subsequent monthly application of Hahn & Hessen, LLP for compensation and reimbursement of expenses.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

703159-007 - 1375488.1

| SECTION 1:  FEE SUMMARY | | | | | |
|---|---|---|---|---|---|
| **Prior Applications** | | **Requested** | | **Approved/Status** | |
| No./Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| First - 11/30/2007 | 8/14/2007-8/31/2007 | $213,416.00 | $3,416.60 | Pending | Pending |
| Second - 12/5/2007 | 9/1/2007-9/30/2007 | $347,084.50 | $10,120.65 | Pending | Pending |
| Third - 12/11/2007 | 10/1/2007-10/31/2007 | $510,177.00 | $18,483.01 | Pending | Pending |

**INTERIM APPLICATIONS FILED FOR HOLDBACKS**

| No./Date Filed | Period Covered | Fees Awarded | Disbursement Awarded | Status |
|---|---|---|---|---|
| First - 12/17/07 | 08/14/07-10/31/07 **(20% holdback)** | $0.00 | $0.00 | Pending |

| Fee (100%) and Disbursement Requested for the Current Period | |
|---|---|
| **Fees** | **Disbursements** |
| $ 1,070,677.50 | $ 32,020.26 |

**ATTORNEY/PARAPROFESSIONAL SUMMARY**

| Name of Professional | Position and (Year Licensed to Practice) | Hourly Billing Rate | Total Billed Hours | Total Fees/ Compensation |
|---|---|---|---|---|
| Jeffrey L. Schwartz | Partner (1977) | $650.00 $745.00 | 25.90 21.70 | $16,835.00 $16,166.50 Total: $33,001.50 |
| Mark S. Indelicato | Partner (1986) | $625.00 $695.00 | 312.50 217.10 | $195,312.50 $150,884.50 Total: $346,197.00 |
| Mark T. Power | Partner (1989) | $625.00 $695.00 | 174.40 136.40 | $109,000.00 $94,798.00 Total: $203,798.00 |
| John P. McCahey | Partner (1986) | $625.00 $695.00 | 11.90 13.80 | $7,437.50 $9,591.00 Total: $17,028.50 |
| Joshua I. Divack | Partner (1988) | $575.00 | 52.70 | $30,302.50 |
| Don D. Grubman | Partner (1979) | $575.00 $625.00 | 98.60 136.30 | $56,695.00 $85,187.50 Total: $141,882.50 |
| Edward L. Schnitzer | Associate (1998) | $400.00 $465.00 | 46.50 99.50 | $18,600.00 $46,267.50 Total: $64,867.50 |
| Katharine G. Craner | Associate (2002) | $325.00 | 0.70 | $227.50 |
| Jeffrey Zawadzki | Associate (2004) | $260.00 $325.00 | 117.20 36.50 | $30,472.00 $11,862.50 Total: $42,334.50 |
| Emmet Keary | Associate (2006) | $215.00 $280.00 | 196.30 215.80 | $42,204.50 $60,424.00 Total: $102,628.50 |
| Huria Naviwala | Associate (2006) | $280.00 | 81.50 | $22,820.00 |

703159-007 - 1375488.1

| Name | Title (Year) | Rate | Hours | Amount |
|---|---|---|---|---|
| James P. Laughlin | Special Counsel (1989) | $625.00<br>$675.00 | 69.50<br>1.10 | $43,437.50<br>$742.50<br><br>Total: $44,180.00 |
| Howard Ruda | Of Counsel (1959) | $475.00 | 2.30 | $1,092.50 |
| Robert J. Malatak | Special Counsel (1994) | $450.00<br>$525.00 | 1.60<br>1.50 | $720.00<br>$787.50<br><br>Total: $1,507.50 |
| Gregory P. Kochansky | Special Counsel (2005) | $325.00 | 3.50 | $1,137.50 |
| Michael Marhyan | Paralegal (N/A) | $190.00<br>$220.00 | 32.90<br>2.00 | $6,251.00<br>$440.00<br><br>Total: $6,691.00 |
| Mary Porch | Paralegal (N/A) | $175.00<br>$210.00 | 4.00<br>8.90 | $700.00<br>$1,869.00<br><br>Total: $2,569.00 |
| Joselyn Fine | Paralegal (N/A) | $180.00 | 0.30 | $54.00 |
| Jason Smith | Paralegal (N/A) | $190.00<br>$210.00 | 6.10<br>31.30 | $1,159.00<br>$7,199.00<br><br>Total: $8,358.00 |
| **Grand Total:** | | | **2,160.30** | **$1,070,677.50** |
| **Blended Rate:** | $441.56 | | | |
| **Blended Rate excluding Paralegals and Summer Associates:** | $510.20 | | | |

703159-007 - 1375488.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| General | 40.40 | $19,067.00 |
| Creditors' Committee | 610.10 | $220,452.00 |
| Retentions | 47.40 | $27,899.50 |
| Executory Contracts/Leases | 0.40 | $140.50 |
| DIP/Investigation of Assets | 107.00 | $50,939.00 |
| Sale of Assets | 1,165.10 | $636,972.00 |
| Fees | 8.20 | $1,886.00 |
| Avoidance Actions | 0.00 | $0.00 |
| Litigation | 137.40 | $86,746.50 |
| Employee Issues | 37.80 | $22,516.50 |
| Investigation of Company | 4.20 | $2,695.00 |
| Claims Administration | 2.30 | $1,363.50 |
| **Total:** | **2,160.30** | **$1,070,677.50** |

703159-007 - 1375488.1

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare /Cabfare [re: Attorney/Staff working after hours] | SKYLINE CREDIT RIDE INC. Vital Transportation Inc. Petty Cash | $7,401.02 |
| In-House Duplicating [at $.10 per page] | | $4,210.70 |
| Hotel | | $660.80 |
| On-Line Research | LEXIS-NEXIS | $1,730.56 |
| Meals [re: Attorney/Staff working lunch and/or after hours or while traveling or for mediation conferences] | | $3,376.48 |
| Overnight Delivery | | $15.72 |
| Postage | | $5.01 |
| Searches | Pacer Service Center | $588.72 |
| Long Distance Telephone | | $448.71 |
| Off Site Transcribing | Corbett & Wilcox | $5,794.75 |
| Travel | | $5,409.99 |
| UCC Fees | | $2,338.80 |
| Word Processing Overtime | | $39.00 |
| **Total:** | | **$32,020.26** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [2] | : (Jointly Administered) |
| | : |
| Debtors | : **Objections Due By: January 7, 2007** |
| | : **at 4:00 p.m.** |
| | : **Hearing Date: January 14, 2007** |
| | : **at 2:00 p.m.** |

---

**FIRST INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM**
**AUGUST 14, 2007 THROUGH OCTOBER 31, 2007**

TO:  THE HONORABLE CHRISTOPHER S. SONTCHI,
      UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), HAHN & HESSEN LLP ("H&H" or the "Applicant") makes this First Interim Application (the "First Interim Fee Request") for allowance of compensation in the amount of $1,070,677.50 and reimbursement of expenses in the sum of $32,020.26 incurred as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period of August 14, 2007 through October 31, 2007 (the "First Interim Fee Period"), and in support thereof respectfully represents:

---

[2] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

703159-007 - 1375488.1

**BACKGROUND**

1.  On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors have continued in the management and operation of their businesses as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in the Debtors' cases.

2.  On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee, which is comprised of the following seven (7) members: Wilmington Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent; The Bank of New York Trust Company, N.A.[3]/Law Debenture Trust Company of New York; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc.

3.  The Committee elected Wilmington Trust Company, as Trustee, and The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, Blank Rome LLP as co-counsel, and BDO Seidman as financial advisors.

4.  Pursuant to an order of this Court dated November 28, 2007, H&H was authorized to represent the interests of the Committee under a general retainer, effective as of August 14, 2007.

Hahn & Hessen submits this Fist Interim Application pursuant to §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules

---

[3] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

for the United States District Court for the District of Delaware and the Administrative Order, pursuant to 11 U.S.C. §§ 105(a) and 331of the Bankruptcy Code, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated September 2, 2003 (collectively, the "Administrative Fee Order"). By this application, Hahn & Hessen requests allowance of compensation for actual and necessary professional services during our First Interim Fee Period rendered in the amount of $1,070,677.50, reimbursement of reasonable and necessary expenses in the amount of $32,020.26, payment of the 20% holdback on the monthly fee applications which are covered by this First Interim Application, and any other unpaid fees. The total holdback amount for this quarter is $214,135.50[4].

## MONTHLY REQUESTS FOR COMPENSATION

5. In accordance with the Administrative Fee Order, Applicant filed requests for allowance of monthly interim compensation and reimbursement of related out-of-pocket expenses as follows:

(a) on November 30, 2007, Applicant filed its First Monthly Fee Application ("First Application") for the period August 14, 2007 through August 31, 2007 requesting compensation in the sum of $213,416.00 and reimbursement of expenses in the amounts of $3,416.60 respectively. Copies of the First Fee Application have previously been filed with this Court. A Certificate of No Objection has not as yet been filed as the last day to raise an objection as not as yet passed. As of the filing of this First Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses requested in its First Application.

---

[4] Applicant has just recently filed its fee applications for the periods August 14, 2007 through August 31, 2007, September 1, 2007 through September 30, 2007 and October 1, 2007 through October 31, 2007 and expect to be paid 80% of the fee requested and 100% of disbursements upon approval of this Court if no objections are raised.

703159-007 - 1375488.1

(b) on December 5, 2007, Applicant filed its Second Monthly Fee Application ("Second Application") for the period September 1, 2007 through September 30, 2007 requesting compensation in the sum of $347,084.50 and reimbursement of expenses in the amount of $10,120.65 respectively.  Copies of the Second Fee Application have previously been filed with this Court.  A Certificate of No Objection has not as yet been filed as the last day to raise an objection has not yet passed.  As of the filing of this First Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses requested in its Second Application.

(c) on December 13, 2007, Applicant filed a Third Monthly Fee Application ("Third Application") for the period October 1, 2007 through October 31, 2007 seeking compensation in the sum of $510,177.00 and expenses in the amount of $18,483.01 respectively.  Copies of the Third Fee Application have previously been filed with this Court.  A Certificate of No Objection has not as yet been filed as the last day to raise an objection as not as yet passed.  As of the filing of this First Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses requested in its Third Application.

**SUMMARY OF H&H SERVICES
DURING THE FIRST INTERIM FEE PERIOD**

6.    H&H expended a total of 2,160.30 hours during the First Interim Fee Period at an average hourly rate of $441.56.  The value of these services is $1,070,677.50.  The hourly rates for each attorney and other professionals who performed services on behalf of the Committee are set forth in detail in the chart annexed to this Application and in each of the three (3) Monthly Fee Applications previously filed.  Pursuant to Local Rule 2016-2(d), H&H's detailed contemporaneous time records attached to each monthly compensation request provide narrative descriptions of all services rendered to the Committee by H&H during the Application Period, itemized by project code category as reflected in prior Monthly Fee Applications.

9. Pursuant to the standards set forth in § 330 of the Bankruptcy Code, H&H submits that the compensation requested for its actual and necessary services and expenses is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code.

### H&H'S OUT OF POCKET EXPENSES
### FOR THE FIRST INTERIM FEE PERIOD

10. Pursuant to Local Rule 2016-2(e), Section IV of the Cover Sheet to each of H&H's Monthly Fee Applications sets forth in detail the actual and necessary out-of-pocket expenses incurred in connection with the services rendered by H&H on behalf of the Committee. Such costs include copying, long distance telephone charges, carfare, train, off site transcribing and hotel charges in connection with appearances before this Court and attendance at depositions and mediations. H&H's costs for in-house copying charges are $0.10 per page. H&H charges $1.00 per page for transmitting facsimiles/telecopies, but does not charge for the receipt of facsimile/telecopies. H&H believes its out-of-pocket expenses are reasonable and were necessarily incurred. H&H respectfully requests reimbursement thereof, to the extent not previously reimbursed.

- 6 -

WHEREFORE, H&H respectfully requests that the Court: (i) approve this First Interim Fee Application in the amount of $1,070,677.50 and reimbursement of expenses in the total amount of $32,020.26; and (ii) enter any other and further relief as the Court deems to be just and proper.

Dated: New York, New York
       December 17, 2007

                                      **HAHN & HESSEN LLP**
                                      Co-Counsel to The Official Committee of
                                      Unsecured Creditors of Pillowtex Corporation, et
                                      al., Debtor

                                  By:    /s/ Mark S. Indelicato
                                         Mark S. Indelicato
                                         A Member of the Firm
                                         488 Madison Avenue
                                         New York, NY  10022