UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case No. 07-11047-CSS |
| **HOLDINGS, INC., et. al.,** | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 28, 2007, at 4:00 p.m. (ET) |
| | ) | Hearing Date: January 4, 2008, at 11:00 a.m. (ET) |

**NOTICE OF MOTION OF ASSURED GUARANTY CORP.
FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that, on December 17, 2007, movant Assured Guaranty Corp. filed the **Motion Of Assured Guaranty Corp. For Relief From The Automatic Stay** (the "Motion"). Due to the voluminous nature of Exhibits A, B and C to the Motion, the exhibits will not be served on all parties that noticed an appearance in this case. A copy of the exhibits may be downloaded from the website of the Court at www.deb.uscourts.gov. Additionally, a copy of the exhibits is available at no charge upon reasonable request from the undersigned counsel.

PLEASE TAKE NOTICE that any responses or objections to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **December 28, 2007 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **January 4, 2008 at 11:00 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Only parties who have filed a timely objection will be heard at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 17, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
Email: dculver@mnat.com

ATTORNEYS FOR ASSURED GUARANTY CORP.

1337287.1