## EXHIBIT D

Proposed Form Of Order

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | Case No. 07-11047-CSS |
| **HOLDINGS, INC., et. al.,** | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING MOTION OF ASSURED GUARANTY CORP.
FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion dated December 17, 2007 (the "Motion") of Assured Guaranty Corp. ("Assured") for an order pursuant to Section 362(d) of Title 11 of the United States Code (the "Bankruptcy Code") modifying the automatic stay to permit the termination and transition of rights and responsibilities of each of American Home Mortgage Servicing, Inc. ("AHM Servicing") under the 2007-A HELOC Servicing Agreement;[1] and the Court having jurisdiction over this proceeding; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified to permit Assured, GMAC Mortgage, LLC as successor by merger to GMAC Mortgage Corporation ("GMAC") and the parties to the 2007-A HELOC Servicing Agreement to take any and all actions necessary to terminate AHM Servicing as

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

servicer of the HELOC Mortgage Loans (as defined in the Motion) under the 2007-A HELOC Servicing Agreement; and

**IT IS FURTHER ORDERED** that each of the above-captioned Debtors, including AHM Servicing, are hereby authorized and directed to (a) transfer to GMAC all documents, files, records and data related to the HELOC Mortgage Loans, (b) cooperate in connection with transitioning the servicing function from AHM Servicing to GMAC, including sending "goodbye" letters to borrowers under HELOC Mortgage Loans directing all future collections on the HELOC Mortgage Loans to GMAC, (c) provide Assured an accounting of all amounts collected on account of the HELOC Mortgage Loans, (d) pay all costs and expenses related to the transition of the servicing to GMAC, and (e) otherwise comply with the 2007-A HELOC Servicing Agreement in transitioning the servicing of the HELOC Mortgage Loans to GMAC.

DATED: January ___, 2008

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge