## CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Of Assured Guaranty Corp. For Relief From The Automatic Stay**, was caused to be made on December 17, 2007, in the manner indicated upon the entities identified on the attached service list.

Date:  December 17, 2007

_Donna L. Culver_
Donna L. Culver (No. 2983)

1265492.1