# SERVICE LIST

<u>VIA HAND DELIVERY</u>

Charles J. Brown, III, Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE  19899

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE  19801

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

Charles J. Brown, III, Esq.
Harvey Pennington, LTD
913 Market Street
Suite 702
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE  19801

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

William F. Taylor, Esq.
McCarter & English, LLP
Rennaisance Center
405 N. King Street, 8th Floor
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE  19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 No. Market Street
17th Floor
Wilmington, DE  19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
P.O. Box 951
Wilmington, DE  19899

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Joseph O'Neil, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE  19899

Eric M. Davis, Esq.
Jason M. Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE  19899-0636

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorneys Office
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE  19899

Attn: Corporate Trust Department -
Baylis Trust VIII
Wells Fargo Bank, N.A.
919 No. Market Street
Suite 700
Wilmington, DE  19801

Attn: Corporate Capital Markets
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Attn: Corporate Capital Markets - AHM
Capital Trust I
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE  19899

Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
Wilmington, DE  19801

Patrick Healy
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE  19890-0001

Shelly A. Kinsella, Esq.
Cooch and Taylor
824 Market Street, Suite 1000
PO. Box 1680
Wilmington, DE  19899

**VIA INTERNATIONAL MAIL**

Bear Stearns Bank plc
Attn: Jerome Schneider/Patrick Phelan
Investment Manager of Liquid Funding, Ltd.
Block 8, Harcourt Centre
3rd Floor
Charlotte Way, Dublin 2
IRELAND

Attn: Legal Department
Deutsche Bank
Taunusanlage 12
60262 Frankfurt,
GERMANY

Attn: Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12,
BERMUDA

**VIA FIRST CLASS U.S. MAIL**

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

David E. McAllister, Esq.
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA  92022-2289

Jacob A. Brown, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL  32202

Zachary Mosner, Esq.
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Street
Suite 2000
Seattle, WA  98104-3188

Lee J. Mondshein, Esq.
Attorney for Hauppauge Woodlands Associates
7600 Jericho Turnpike
Woodbury, NY  11797

Attention: Officer, General or Managing Agent
Bank of America
901 Main Street
66th Fl.
Dallas, TX  75202

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
01 Main Street
66th Floor
Dallas, TX  75202

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas
17th Floor
New York, NY  10036

Attention: Anthea Del Bianco
Bank of America
Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street
5th Floor
San Francisco, CA  94103

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY  11201

Jonathan Winnick, Esquire
Bernstein Shur
100 Middle Street
Portland, ME  04104

Jonathan Alter, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional
Corporation
333 Market Street
25th Floor
San Francisco, CA   94105-2126

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC   20004

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street
19th Floor
New York, NY   10013

Attn: Peter Steinmetz
Citigroup Global Markets Realty Corp
390 Greenwich Street
6th Floor
New York, NY   10013

Erica Ryland, Esq.
Corrine Ball, Esq.; I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY   10017

Country Wide Capital
20 N. Amnia Blvd
Lake Havasu City, AZ   86403

Attn: Officer, General or Managing Agent
Credit Suisse
Eleven Madison Avenue
New York, NY   10010

John Philip, Esq.
Crislip Philip & Asso.
4515 Poplar Avenue
Suite 322
Memphis, TN   38117

Joseph Cioffi, Esq.
Miles Baum, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY   10019

Attn: Repo Desk, 3rd Floor
Deutsche Bank
60 Wall Street
New York, NY   10005

Attn: Officer, General or Managing Agent
EMC
383 Madison Avenue
New York, NY   10018

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South
6th Floor
Brooklyn, NY   11201

Peter McGonigle
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA   19103

Attn: Officer, General or Managing Agent
FNMA
3900 Wisconsin Ave., NW
Washington, DC   20016

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, PC
155 Federal Street, 9th Floor
Boston, MA   02110

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive
MS 202
McLean, VA   22102

James L. Hardy
Galaxy Associates, LLC
1220 Ensenada Avenue
Laguna Beach, CA   92651

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.
110 N. Wacker
Chicago, IL   60606

Attn: Officer, General or Managing Agent
GMAC
5730 Glenridge Dr. NE
Atlanta, GA   30328

Attn: Officer, General or Managing Agent
GMAC
2849 Pace Ferry Road
Suite 640
Atlanta, GA   30339-6201

Attn: Legal
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  06830

Attn: Mortgage Finance
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  06830

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
15th Floor
New York, NY  10022

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Richard P. Norton, Esq.
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY  10166-0136

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA  31210

Attn: Client Administration
Impac Funding Corporation
19500 Jamboree Road
Irvine, CA  92612-2401

Flora Garcia
Imperial County Treasurer - Tax Collector
940 West Main Street
Suite 106
El Centro, CA  92243

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA  91107

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza
Room 1150
Baltimore, MD  21202

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Catherine Steeg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH  44114

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Attn: Baylis Trust V and Madassir Mohamed
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services - Baylis Trust I
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services -
Baylis Trust II
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services -
Baylis Trust IV
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Officer, General or Managing Agent
JP Morgan Chase
194 Wood Avenue South
Floor 3
Iselin, NJ  08830

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Richardo I. Kilpatrick, Esq.
Kilpatric & Associates, PC
903 North Opdyke Road
Suite C
Auburn Hills, MI  48326

Lisa G. LauKitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY  10022

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022

Andrew Silverstein, Esquire
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Attn: Robert Guglielmo, Senior Vice President
Lehman Brothers
745 Seventh Avenue
28th Floor
New York, NY  10019

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro
Suite 300
San Antonio, TX  78205

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA  90024

Thomas H. Grace, Esquire  
W. Steven Bryant, Esquire  
Locke Liddell & Sapp  
3400 JP Morgan Chase Tower  
600 Travis Street  
Suite 3400  
Houston, TX  77002  

Vincent A. D'Agostino, Esquire  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  07068  

Attn: Officer, General or Managing Agent  
Luminent Mortgage Capital  
Suite 1350  
101 California Street  
San Francisco, CA  94111  

Leo T. Crowley, Esq.  
Margot Erlich, Esq.  
Pillsbury Winthrop LLP  
1540 Broadway  
New York, NY  10036  

Michael Reed, Esquire  
McCreary, Veselka, Bragg & Allen, P.C.  
P.O. Box 26990  
Austin, TX  78755  

Stephen B. Selbst, Esquire  
McDermott, Will & Emery  
340 Madison Avenue  
New York, NY  10022-3596  

Richard Stern, Esquire  
Michael Luskin, Esq.  
Luskin Stern & Eisler LLP  
330 Madison Avenue, 34th Floor  
New York, NY  10017  

Eric K. Moser, Esquire  
Wilbur F. Foster, Jr., Esquire  
Milbank Tweed Hadley & McCloy, LLP  
1 Chase Manhattan Plaza  
New York, NY  10005-1413  

Gregory A. Bray, Esq.  
Fred Neufeld, Esq.  
Milbank Tweed Hadley & McCloy, LLP  
601 South Figueroa Street  
30th Floor  
Los Angeles, CA  90017  

Joseph T. Moldovan, Esquire  
Moorison Cohen LLP  
909 Third Avenue  
New York, NY  10022  

Rebecca L. Booth, Esq.  
Morgan Lewis & Bockius LLP  
1701 Market Street  
Philadelphia, PA  19103-2921  

Attn: Chief Legal Officer  
Transaction Management Group  
Morgan Stanley  
1585 Broadway  
New York, NY  10036  

Michael S. Margolf  
Moss Codilis LLP  
6560 Greenwood Plaza Blvd.  
Suite 100  
Englewood, CA  80111  

Joseph F. Falcone III, Esq.  
Director,, Counsel  
Natixis Real Estate Capital Inc.  
9 West 57th Street, 35th Floor  
New York, NY  10019  

Dennis J. Drebsky, Esquire  
Nixon Peabody, LLP  
437 Madison Avenue  
New York, NY  10022  

John Rosenthal, Esquire  
Nixon Peabody, LLP  
One Embarcadero Center  
18th Floor  
San Francisco, CA  94111-3600  

Attn: NCCI Legal  
Nomura Credit & Capital, Inc.  
2 World Financial Center  
Building B  
18th Floor  
New York, NY  10281  

Attn: Dante LaRocca, Managing Director  
Nomura Credit & Capital, Inc.  
2 World Financial Center  
Building B  
21st Floor  
New York, NY  10281  

Martin Jefferson Davis, Esquire  
Office of Thrift Supervision  
Harborside Financial Center  
Plaza Five  
Suite 1600  
Jersey City, NJ  07311

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY   10103

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA   94105

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA   90067

William P. Weintraub, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY   10017

Douglas R. Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY   10019

Lisa C. McLaughlin, Esq.
Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE   19806

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY   10036

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of the Americas
18th Floor
New York, NY   10018

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA   92612

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street
12th Floor
Harrisburg, PA   17101-1601

Lella Amiss E. Pape, Esq.
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA   22182

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA   02108

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY   11556

Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street
Third Floor
Las Vegas, NV   89101

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY   10281

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY   10281

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY   10281

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY   10281

Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY   10004

Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL   60603

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY  11753

Eric J. Gorman, Esq.
Felicia G. Perlman, Esq.
Justin L. Heather, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606

Michael B. Reynolds, Esq.
Joe Coleman, Esq.
Eric S. Pezold, Esq.
Snell & Wilmer LLP
600 Anton Boulevard
Suite 1400
Costa Mesa, CA  92626

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Attn: Tony D. Atkins
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
23rd Floor
Atlanta, GA  30308

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree Street
36th Floor
Atlanta, GA  30308

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW
Room 10002
Washington, DC  20005

UBS
1285 Avenue of the Americas
New York, NY  10019

UBS
1251 Avenue of The Americas
New York, NY  10019

Shawn B. Rediger
W2007 Seattle Office Bellefield Office Park Realty, LLC
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101

Attn: Officer, General or Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX  77027

David H. Zielke, Esquire
Vice President and Assistant General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA  98101

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Attn: Officer, General or Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA  94104

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

Stuart Finestone, Esq.
Finestone & Morris, LLP
3340 Peachtree Road, NE
Suite 2540
Tower Place
Atlanta, GA  30326

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Road
Suite 150
Morristown, NJ  07960

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

Carol E. Momjian, Esq.
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Plymouth Park Tax Services LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road
Suite 150
Morristown, NJ  07960

Christine A. Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV  89129

Martha E. Romero, Esq.
Romero Law Firm
BMR Professional Building
7743 Painter Avenue
Whittier, CA  90602

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

James D. Heaney, President
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY  10017

Tina Moss, Esquire
Pryor Cashman LLP
410 Park Avenue
New York, NY  10022-4441

Andrea L. Niedermeyer, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Craig J. Ziady, Esq.
Cummings Properties LLC
200 West Cummings Park
Woburn, MA  01801

PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road
Suite 150
Morristown, NJ  07960

Hilary B. Bonial, Esq.
Brice Vander Linden & Wernick, PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

Stuart Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

Margaret C. Lumsden, Esq.
Unti & Lumsden LLP
302 Jefferson Street
Suite 200
Raleigh, NC  27605

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Steven R. Lefkofsky, Esq.
Lefkofsky & Gorosh, PC
31500 Northwestern Highway
Suite 105
Farmington Hills, MI  48334

Richardo I. Kilpatrick, Esq.
Kilpatric & Associates, PC
615 Griswold, Suite 1004
Detroit, MI  48226-3985

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

A. Michelle Hart, Esq.
McCalla  Raymer LLC
1544 Old Alabama Road
Roswell, GA  30076-2102