

# TUSCALOOSA COUNTY TAX COLLECTOR
### 124 COURT HOUSE – 714 GREENSBORO AVENUE
### TUSCALOOSA, ALABAMA 35401-1891

**PEYTON C. COCHRANE**
**TAX COLLECTOR**

December 13, 2007

PHONE 205/349-3870 Ext. 230
FAX 205/758-6170

Clerk
U. S. Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, Delaware 19801

RE:   **AMERICAN HOME MORTGAGE HOLDINGS, INC.**
      **CASE NO: 07-11047(CSS)**

Dear Sir:

Please withdraw my claim in the amount of $1,430.67 that was filed on the above listed case on August 28, 2007, and please withdraw our objection that was filed on October 5, 2007.

The 2007 taxes on the above account were paid December 3, 2007.

Thank you for your assistance in this matter.

Sincerely,

Peyton C. Cochrane
Tax Collector

PCC:bmm