UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                             Chapter 11

AMERICAN HOME MORTGAGE                             CASE NO. 07-11047 (CSS)
HOLDINGS, INC., *et al.*,
                                                   (Jointly Administered)
    Debtors.
_____/

In re:                                             Chapter 11

AMERICAN HOME MORTGAGE                             CASE NO. 07-11050 (CSS)
SERVICING, INC.,

    Debtor.
_____/

## PALM BEACH COUNTY TAX COLLECTOR'S
## WITHDRAWAL OF CLAIM NO. 1990

ANNE M. GANNON, Tax Collector, Palm Beach County ("Tax Collector") files this withdrawal of her Claim No. 1990 filed in the above-referenced matter for 2007 real estate taxes on parcel control number 72-41-44-01-12-035-3190. The taxes were paid on December 4, 2007.

                                              Brian T. Hanlon, Esq.
                                              Florida Bar No. 962562
                                              Office of the Tax Collector
                                              Post Office Box 3715
                                              West Palm Beach, Florida 33402-3715
                                              Telephone: (561) 355-2142
                                              Fax: (561) 355-1110
                                              Email: tc_legal_services@co.palm-beach.fl.us

                                              By: _____
                                              Agent and Attorney-in-Fact for Anne M. Gannon
                                              Tax Collector, Palm Beach County

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim No. 1990* has been provided this 11th day of December, 2007, by United States mail, postage prepaid, to **Young, Conaway, Stargatt & Taylor, LLP**, <u>Attn: Pauline K. Morgan, Esq.</u>, Attorneys for Debtors, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801; and **EPIQ Bankruptcy Solutions, LLC**, <u>Attn: American Home Mortgage Claims</u>, Claims Agent, Post Office Box 5076, FDR Station, New York, New York 10150-5076.

_____
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\A\American Home Mortgage Holdings\Withdrawal of Claim No 1989.doc