THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC.,** a Delaware Corporation, <u>et al.</u>, | * * | Chapter 11 Case No. 07-11047 (CSS) |
| **Debtors.** | * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### VERIFIED STATEMENT OF WILMINGTON TRUST COMPANY IN ITS CAPACITY AS INDENTURE TRUSTEE PURSUANT TO BANKRUPTCY RULE 2019

Wilmington Trust Company ("Wilmington Trust"), in the capacity described below, having an address at 1100 North Market Street, Rodney Square North, Wilmington, Delaware, 19890 makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Verified Statement").

1. Wilmington Trust Company, in its capacity as indenture trustee, paying agent, property trustee, registrar, resident trustee and transfer agent, holds claims against certain of the debtors pursuant to five trust preferred indentures and trust agreements (collectively, the "Agreements") as set forth on Exhibit A.

2. Because of their length, Wilmington Trust is not providing copies of the Agreements. Any party wishing to obtain copies may send its request to Wilmington Trust at the address provided in this Verified Statement.

3. In addition to the outstanding principal amounts due under the Agreements, the fees, costs and expenses of Wilmington Trust in its capacity as indenture trustee, paying agent, property trustee, registrar, resident trustee and transfer agent,

NY: 570867-1

(including the fees, costs and expenses of Wilmington Trust's counsel) are payable pursuant to the Agreements.

4. Wilmington Trust holds rights as provided in the Agreements and the instruments executed and delivered in connection therewith.

5. The names and addresses of the holders to whom the Preferred Securities and Common Securities (together, the "Securities") were issued pursuant to the Agreements are registered and maintained by Wilmington Trust in accordance with the provisions of the Agreements. The names and addressees of the holders of the Securities may be furnished to any party in interest that is otherwise entitled (pursuant to the Agreements or applicable law) to such information, and in accordance with any relevant orders that may be entered by the Bankruptcy Court. The beneficial holders of the Securities may change from time to time during the course of these cases.

6. The claims held by the holders of the Securities are in the nature of claims for money loaned, as evidenced by the Securities and the Agreements.

7. In addition to Wilmington Trust's right to take action in its own name and in its capacity as indenture trustee, paying agent, property trustee, registrar, resident trustee and transfer agent, to collect on the claims of the holders of the Securities, or otherwise as provided in the Agreements or applicable law, Wilmington Trust has claims for the reimbursement of its reasonable fees and expenses (including the reasonable fees and expenses of its counsel) arising from its pre- and postpetition services and the performance of its duties under the Agreements.

8. Wilmington Trust reserves the right to supplement or amend this Verified Statement at any time.

9. The undersigned is authorized to make the foregoing statements and verifies that such statements are accurate.

Dated: December 18, 2007

                                            WILMINGTON TRUST COMPANY,

/s/ Patrick Healy
Patrick Healy
Authorized Signer

1100 North Market Street
Rodney Square North
Wilmington, Delaware  19890-0001

**EXHIBIT A**

| TRUST | AGREEMENT | AGGREGATE LIQUIDATION AMOUNT | STATED MATURITY | TRUSTEE | DEPOSITOR/ ISSUER | GUARANTOR |
|---|---|---|---|---|---|---|
| Baylis Trust III | Junior Subordinated Indenture dated as of November 14, 2005 | One series of Preferred Securities: $60,000,000; One series of Common Securities: $1,856,000 Total: $61,856,000 | December 30, 2035 | Wilmington Trust Company | American Home Mortgage Holdings, Inc. as Issuer | American Home Mortgage Investment Corp. |
| Baylis Trust VI | Junior Subordinated Indenture dated as of August 18, 2006 | One series of Preferred Securities: $30,000,000; One series of Common Securities: $928,000; Total: $30,928,000 | September 30, 2036 | Wilmington Trust Company | American Home Mortgage Holdings, Inc. as Depositor | American Home Mortgage Investment Corp. |
| Baylis Trust VII | Junior Subordinated Indenture dated as of November 10, 2006 | One series of Preferred Securities: $20,000,000; One series of Common Securities: $619,000; Total: $20,619,000 | December 30, 2036 | Wilmington Trust Company | American Home Mortgage Holdings, Inc. as Issuer | American Home Mortgage Investment Corp. |
| Baylis Trust VIII | Instrument of Resignation, Appointment and Acceptance dated as of October 24, 2007 | One series of Preferred Securities: $35,000,000; One series of Common Securities: $1,166,000; Total: $36,166,000 | January 30, 2037 | Wilmington Trust Company | American Home Mortgage Holdings, Inc. as Depositor | None |
| AHM Capital Trust I | Indenture dated as of June 28, 2007 | 125,000 9.75% Preferred Securities: $125,000,000; 3,866 9.75% Common Securities: $3,866,000 Total: $128,866,000 | July 1, 2037 | Wilmington Trust Company | American Home Mortgage Investment Corp. | None |

4