**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | . |
| HOLDINGS, INC., et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATE OF SERVICE**

I, Shelley A. Kinsella, hereby certify upon penalty of perjury that I am not less than 18 years of age and that on December 18, 2007, I served the attached document upon the entities on the attached service list in the manner indicated.

Dated: December 18, 2007         COOCH AND TAYLOR

/s/ Shelley A. Kinsella
Shelley A. Kinsella (No. 4023)
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680
Telephone: (302) 984-3891
Fax: (302) 984-3939
E-mail: skinsella@coochtaylor.com

And

COVINGTON & BURLING LLP
Susan Power Johnston (SJ 9386)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel:   (212) 841-1000
Fax:   (212) 841-1010
E-mail: sjohnston@cov.com

Attorneys for Wilmington Trust Company, as Indenture Trustee