**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re: American Home Mortgage Corp.**
**Case No. 07-11051**
**Reporting Period: 8/06/07 – 08/31/07**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the related attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____        12/7/2007
Signature of Authorized Individual*        Date

Stephen A. Hozie                                    Chief Financial Officer
Printed Name of Authorized Individual        Title of Authorized Individual

* Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a
manager if debtor is a limited liability company.

**American Home Mortgage Corp.**
**Case No. 07-11051**

NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtors' management and has not been audited or reviewed by independent registered public accountants. Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtors has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same. The Debtors reserve the right to amend the Monthly Operating Report as necessary or appropriate and expect to do so as new or additional information becomes available.

The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtors utilize a consolidated cash management system whereby American Home Mortgage Corp. makes certain disbursements on behalf of other Debtors. The accompanying Schedule of Cash Receipts and Disbursements reflects the specific Debtor and Debtor's account from which these disbursements occur. However, for the purposes of identifying disbursements used in calculating U.S. Trustee quarterly fees, these disbursements will be allocated to the beneficiary Debtor based upon the Operating Expenses contained in the Statement of Operations. These allocations are based upon the books and records maintained on a basis consistent with historical accounting practices, and are not intended to reflect a comprehensive allocation of overhead and operating expenses across Debtors and non-Debtor affiliates.

As provided by GAAP, the Debtors' books and records have characterized the loan repurchase agreements as secured financing arrangements, including the estimated total liability as a secured claim and the underlying mortgage loans and residual Interests as assets of the Debtors. This treatment is also reflected in this Monthly Operating Report. The loan repurchase agreements, however, generally provide that the Debtors sold mortgage loans (or residual interests) to the counterparties subject to a right and obligation to repurchase these mortgage loans or residual interests at a subsequent date or upon the occurrence of certain events. The Debtors reserve all rights with respect to the loan repurchase agreements, including the proper characterization, the underlying assets and outstanding amounts.

**American Home Mortgage Corp.**
**Schedule of Cash Receipts and Disbursements**
**Case No. 07-11051**
**August 31, 2007**

| | Bank Accounts | | | | Total |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| Cash Beginning of Month - (8/6/2007) | $  46,333,656 | $  154,588 | $      - | $      - | $  46,488,244 |
| | | | | | |
| **Receipts:** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Sale of Assets | 1,418,291 | | | | |
| Loans and Advances | 25,511,172 | | | | |
| Administrative | | | | | |
| Net Payroll | | | | | |
| Other | | | | | |
| Transfers (From DIP Accounts) | 93,132 | | | | |
| | | | | | |
| Total Receipts: | 27,022,594 | - | - | - | 27,022,594 |
| | | | | | |
| **Disbursements:** | | | | | |
| Net Payroll | (3,048,174) | 129,911 | | | |
| Payroll Taxes | 78,060 | | | | |
| Sales, Use, & Other Taxes | | | | | |
| Loans and Advances | | | | | |
| Inventory Purchases | | | | | |
| Secured/Rental/Leases | | | | | |
| Insurance | | | | | |
| Administrative | (1,032,781) | | | | |
| Selling | | | | | |
| Other | | | | | |
| Transfers (To DIP Accounts) | | | | | |
| Professional Fees | | | | | |
| U.S. Trustee Quarterly Fees | | | | | |
| Court Costs | | | | | |
| | | | | | |
| Total Disbursements: | (4,002,895) | 129,911 | - | - | (3,872,985) |
| | | | | | |
| NET CASH FLOW (Receipts less Disbursements) | | | | | 30,895,579 |
| | | | | | |
| Cash End of Month - (8/31/2007) | $  77,359,145 | $  24,677 | $      - | $      - | $  77,383,822 |

| | |
|---|---|
| Total Disbursements | (3,872,984.58) |
| Less: Transfers to Debtor in Possession Accounts | |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | (3,872,984.58) |

American Home Mortgage Corp.
Net Disbursements
Case No. 07-11051
August 31, 2007

| Category | Acct Type | Acct | RefNbr | DrAmt | CrAmt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Administrative | Operating | 10191 | | 3,118,314.86 | | 3,118,314.86 | Reclass reg cash to AP |
| Administrative | Operating | 11110 | 3502331 | 711.97 | | 711.97 | XOCOM279417 XO COMMUNICATIONS |
| Administrative | Operating | 11110 | 3502684 | 37.12 | | 37.12 | INLABUS2956 INLAND BUSINESS SY |
| Administrative | Operating | 11110 | 3502779 | 400.00 | | 400.00 | ICONADV13852 ICON ADVISORY GRO |
| Administrative | Operating | 10542 | 3503480 | 4,708.11 | | 4,708.11 | WHITSAM SAMUEL I. WHITE P.C. |
| Administrative | Operating | 10539 | 3503119 | 1,689.59 | | 1,689.59 | TIMOJOA TIMOTHY AND JOANN BATE |
| Administrative | Operating | 10509 | RTN ITEM | | 19,999.98 | (19,999.98) | Stop Pymt |
| Administrative | Operating | 10509 | RTN ITEM | 19,999.98 | | 19,999.98 | Stop Pymt |
| Administrative | Operating | 10509 | Rtn item | | 20,089.54 | (20,089.54) | Stop pymt |
| Administrative | Operating | 10509 | Rtn item | | 2,640.00 | (2,640.00) | Stop pymt |
| Administrative | Operating | 10509 | | 10,000.00 | | 10,000.00 | 8/21/07 NSF check |
| Administrative | Operating | 10509 | | 274.28 | | 274.28 | 8/21/07 NSF Check |
| Administrative | Operating | 10509 | | 5,000.00 | | 5,000.00 | 8/21/07 NSF Check |
| Administrative | Operating | 10505 | | | 10,000.00 | (10,000.00) | 8/21/07 NSF check |
| Administrative | Operating | 10505 | | | 274.28 | (274.28) | 8/21/07 NSF Check |
| Administrative | Operating | 10505 | | | 5,000.00 | (5,000.00) | 8/21/07 NSF Check |
| Administrative | Operating | 10505 | | 1,041,500.00 | | 1,041,500.00 | 8/10/07 Capital one wire credi |
| Administrative | Operating | 10505 | | | 16,303.43 | (16,303.43) | 8/7/07 Guranty fees |
| Administrative | Operating | 10505 | | | 996,431.16 | (996,431.16) | 8/7/07 Guranty fees |
| Administrative | Operating | 10505 | | | 1,041,500.00 | (1,041,500.00) | 8/10/07 Capital one wire credi |
| Administrative | Operating | 10276 | | 905.31 | | 905.31 | American Express |
| Administrative | Operating | 10190 | | | 56.00 | (56.00) | American Express |
| Administrative | Operating | 10190 | | | 300,000.00 | (300,000.00) | Bekins Moving Solutions Invoic |
| Administrative | Operating | 10190 | TRF | 906,534.68 | | 906,534.68 | Stop check return |
| Administrative | Operating | 10190 | 0367838 | 155.07 | | 155.07 | Summary Release |
| Administrative | Operating | 10275 | | | 600.00 | (600.00) | Wire Fee- to reverse |
| Administrative | Operating | 10275 | NF | | 8,146.88 | (8,146.88) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 25.90 | (25.90) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 39,396.32 | (39,396.32) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 1,326.78 | (1,326.78) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 370.07 | (370.07) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 590.26 | (590.26) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 355.86 | (355.86) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | | 613.76 | (613.76) | ADP Payroll Fees |
| Administrative | Operating | 10275 | NF | 300,000.00 | | 300,000.00 | Health Care billing to Svc |
| Administrative | Operating | 10275 | NF | | 214,501.60 | (214,501.60) | Wire to Kaye Scholer, LP |
| Administrative | Operating | 10275 | NF | | 13,749.45 | (13,749.45) | Wire to Hillside Van Lines-FT. |
| Administrative | Operating | 10275 | NF | | 27,000.00 | (27,000.00) | Wire to Granite Telecommunicat |
| Administrative | Operating | 10275 | NF | | 3,519.25 | (3,519.25) | Laser Jet Maint. Kit (Futurele |
| Administrative | Operating | 10275 | NF | | 70,500.00 | (70,500.00) | Wire to Onguard Security-Invol |
| Administrative | Operating | 10275 | NF | | 34,000.00 | (34,000.00) | Retainer Fee |
| Administrative | Operating | 10275 | NF | | 4,000.00 | (4,000.00) | Wire to Nicolas Marfirno-Meeti |
| Administrative | Operating | 10275 | NF | | 151,076.89 | (151,076.89) | Wire to Met Life-HR Benefit Pm |
| Administrative | Operating | 10275 | NF | | 82,497.81 | (82,497.81) | Wire to Kaiser Permanente-HR B |
| Administrative | Operating | 10275 | NF | | 112,432.05 | (112,432.05) | Wire to HM Life Ins. Co. of NY |

Page 1 of 4

American Home Mortgage Corp.
Net Disbursements
Case No. 07-11051
August 31, 2007

| Category | Acct Type | Acct | RefNbr | DrAmt | CrAmt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Administrative | Operating | 10275 | NF | - | 95,129.95 | (95,129.95) | Wire to HM Life Ins. Co. of NY |
| Administrative | Operating | 10275 | NF | - | 180,016.05 | (180,016.05) | Wire to First Reliance Standar |
| Administrative | Operating | 10275 | NF | - | 209,466.82 | (209,466.82) | Wire to Empire Health Choice-H |
| Administrative | Operating | 10275 | NF | - | 41,491.59 | (41,491.59) | Wire to Columbia Mutual-HR Ben |
| Administrative | Operating | 10275 | NF | - | 1,914.88 | (1,914.88) | Wire to BCBS of Colorado-HR Be |
| Administrative | Operating | 10275 | NF | - | 186,957.67 | (186,957.67) | Wire to ALUC Premium-HR Benefi |
| Administrative | Operating | 10275 | NF | 63,502.32 | - | 63,502.32 | AH Bank Reimbursement |
| Administrative | Operating | 10275 | NF | - | 8,631.90 | (8,631.90) | Cassone Leasing Inc.-Invoice P |
| Administrative | Operating | 10275 | NF | 371,823.50 | - | 371,823.50 | License Fee |
| Administrative | Operating | 10275 | NF | - | 41,145.78 | (41,145.78) | UPS Cust Serv Invoice |
| Administrative | Operating | 10275 | NF | - | 35,145.91 | (35,145.91) | UPS Cust Serv Invoice |
| Administrative | Operating | 10275 | NF | - | 9,887.32 | (9,887.32) | Cleaning Service |
| Administrative | Operating | 10275 | NF | - | 6,821.65 | (6,821.65) | Cleaning Service |
| Administrative | Operating | 10275 | NF | - | 3,830.40 | (3,830.40) | Imperial Security |
| Administrative | Operating | 10275 | NF | 15.00 | - | 15.00 | Wire Fee |
| Administrative | Operating | 10275 | NF | - | 15.00 | (15.00) | Wire Fee |
| Administrative | Operating | 10275 | NF | 60.00 | - | 60.00 | Wire Fee |
| Administrative | Operating | 10275 | NF | - | 60.00 | (60.00) | Wire Fee |
| Administrative | Operating | 10275 | NF | 75.00 | - | 75.00 | Wire Fee |
| Administrative | Operating | 10275 | NF | 43,086.00 | - | 43,086.00 | License Fee |
| Administrative | Operating | 10275 | NF | - | 4,875.00 | (4,875.00) | Data Tech Solutions |
| Administrative | Operating | 10275 | NF | - | 75.00 | (75.00) | Wire Fee |
| Administrative | Operating | 10275 | NF | - | 4,745.60 | (4,745.60) | Imperial Security |
| Administrative | Operating | 10275 | NF | 80.00 | - | 80.00 | Wire Fee |
| Administrative | Operating | 10275 | NF | - | 15.00 | (15.00) | Wire Fee |
| Administrative | Operating | 10275 | NF | - | 50.00 | (50.00) | Wire Fee |
| Administrative | Operating | 10275 | NF | - | 15.00 | (15.00) | Wire Fee |
| Administrative | Operating | 10275 | NF | 600.00 | - | 600.00 | Wire Fee |
| Administrative | Operating | 10275 | NF | 600.00 | - | 600.00 | Wire Fee |
| Administrative | Operating | 10191 | 0326454 | 273,844.76 | - | 273,844.76 | Summary Release |
| Administrative | Operating | 10191 | 0330242 | 198.00 | - | 198.00 | Summary Release |
| Administrative | Operating | 10191 | 0323646 | 39,227.85 | - | 39,227.85 | Summary Release |
| Administrative | Operating | 10191 | 0323856 | 1,420,405.98 | - | 1,420,405.98 | Summary Release |
| Administrative | Operating | 10191 | 0325194 | 664,289.39 | - | 664,289.39 | Summary Release |
| Administrative | Operating | 10191 | 0330187 | - | 3,190,624.88 | (3,190,624.88) | Summary Release |
| Administrative | Operating | 10191 | 0330185 | - | 12,100.00 | (12,100.00) | Summary Release |
| Administrative | Operating | 10191 | 0330184 | - | 1,405.13 | (1,405.13) | Summary Release |
| Administrative | Operating | 10191 | 0330137 | - | 10,430.71 | (10,430.71) | Summary Release |
| Administrative | Operating | 10191 | TRF | - | 906,534.68 | (906,534.68) | Stop check return |
| Administrative | Operating | 10191 | 0330135 | - | 300,000.00 | (300,000.00) | Summary Release |
| Administrative | Operating | 10191 | 0311834 | 38,575.35 | - | 38,575.35 | Summary Release |
| Administrative | Operating | 10191 | 0322850 | 850,331.26 | - | 850,331.26 | Summary Release |
| Administrative | Operating | 10191 | 0311322 | 693,278.09 | - | 693,278.09 | Summary Release |
| Administrative | Operating | 10191 | 0309279 | 126,469.93 | - | 126,469.93 | Summary Release |
| Administrative | Operating | 10191 | 0303178 | 34,086.15 | - | 34,086.15 | Summary Release |

American Home Mortgage Corp.
Net Disbursements
Case No. 07-11051
August 31, 2007

| Category | Acct Type | Acct | RefNbr | DrAmt | CrAmt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Administrative | Operating | 10191 | 0330110 | - | 214,591.16 | (214,591.16) | Summary Release |
| Administrative | Operating | 10191 | 0330101 | - | 85,278.13 | (85,278.13) | Summary Release |
| Administrative | Operating | 10191 | 0330007 | 1,200.00 | - | 1,200.00 | Summary Release |
| Administrative | Operating | 10191 | 0325479 | 2,554.08 | - | 2,554.08 | Summary Release |
| Administrative | Operating | 10191 | 0324261 | 6,354.13 | - | 6,354.13 | Summary Release |
| Administrative | Operating | 10191 | 0330087 | - | 464,258.90 | (464,258.90) | Summary Release |
| Administrative | Operating | 10191 | 0330078 | - | 204,760.38 | (204,760.38) | Summary Release |
| Administrative | Operating | 10191 | 0330058 | - | 195,663.69 | (195,663.69) | Summary Release |
| Administrative | Operating | 10191 | 0330051 | 27,800.00 | - | 27,800.00 | Summary Release |
| Administrative | Operating | 10191 | 0326504 | - | 5,000.00 | (5,000.00) | Summary Release |
| Administrative | Operating | 10191 | 0330000 | - | 15,000.00 | (15,000.00) | Summary Release |
| Administrative | Operating | 10191 | 0330001 | - | 31,300.00 | (31,300.00) | Summary Release |
| Administrative | Operating | 10191 | 0323619 | 160,829.66 | - | 160,829.66 | Summary Release |
| Administrative | Operating | 10191 | 0324181 | 194,018.17 | - | 194,018.17 | Summary Release |
| Administrative | Operating | 10191 | 0323298 | 16,722.14 | - | 16,722.14 | Summary Release |
| Administrative | Operating | 10191 | 0323650 | 74,354.89 | - | 74,354.89 | Summary Release |
| Administrative | Operating | 10191 | 0321398 | 100,688.64 | - | 100,688.64 | Summary Release |
| Administrative | Operating | 10191 | 0322670 | 5,761.72 | - | 5,761.72 | Summary Release |
| Administrative | Operating | 10191 | 0319189 | 30,351.77 | - | 30,351.77 | Summary Release |
| Administrative | Operating | 10191 | 0319145 | 240.00 | - | 240.00 | Summary Release |
| Administrative | Operating | 10191 | 0325128 | 117,733.73 | - | 117,733.73 | Summary Release |
| Administrative | Operating | 10191 | 0330003 | - | 377,644.90 | (377,644.90) | Summary Release |
| Administrative | Operating | 10191 | 0330013 | - | 37,472.80 | (37,472.80) | Summary Release |
| Administrative | Operating | 10191 | 0330014 | - | 332,416.53 | (332,416.53) | Summary Release |
| Administrative | Operating | 10191 | 0282460 | 94,318.99 | - | 94,318.99 | Summary Release |
| Administrative | Operating | 10191 | 0330031 | - | 47,682.21 | (47,682.21) | Summary Release |
| Administrative | Operating | 10191 | 0330041 | - | 15,440.00 | (15,440.00) | Summary Release |
| Administrative | Operating | 10191 | 0319235 | 195,720.81 | - | 195,720.81 | Summary Release |
| Administrative | Operating | 10191 | 0326297 | 44,247.73 | - | 44,247.73 | Summary Release |
| Administrative | Operating | 10191 | 0322682 | 4,523.09 | - | 4,523.09 | Summary Release |
| Administrative | Operating | 10191 | 0323124 | 69,170.58 | - | 69,170.58 | Summary Release |
| Administrative | Operating | 10191 | 0326171 | 884,007.39 | - | 884,007.39 | Summary Release |
| Administrative | Operating | 10191 | 0326225 | 290,856.51 | - | 290,856.51 | Summary Release |
| Administrative | Operating | 10191 | 0323010 | 161,532.22 | - | 161,532.22 | Summary Release |
| Administrative | Operating | 10191 | 0323175 | 74,157.85 | - | 74,157.85 | Summary Release |
| Administrative | Operating | 10191 | 0330043 | - | 40.00 | (40.00) | Summary Release |
| Administrative | Operating | 10191 | 0330045 | - | 816,297.37 | (816,297.37) | Summary Release |
| Administrative | Operating | 10191 | 0330047 | - | 14,005.46 | (14,005.46) | Summary Release |
| Administrative | Operating | 10191 | 0330048 | - | 362,097.56 | (362,097.56) | Summary Release |
| Administrative | Operating | 10191 | 0326345 | 93,338.83 | - | 93,338.83 | Summary Release |
| Net payroll | Operating | 10275 | NF | 1,032,993.36 | - | 1,032,993.36 | Payroll billing to Svc |
| Net payroll | Operating | 10275 | NF | - | 1,434.50 | (1,434.50) | 401K Payroll EE Contr & Loan P |
| Net payroll | Operating | 10275 | NF | 70,781.35 | - | 70,781.35 | Excess Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 53,532.83 | (53,532.83) | Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 1,088.75 | (1,088.75) | HSS Pay Roll |

American Home Mortgage Corp.
Net Disbursements
Case No. 07-11051
August 31, 2007

| Category | Acct Type | Acct | RefNbr | DrAmt | CrAmt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Net payroll | Operating | 10275 | NF | - | 254,965.72 | (254,965.72) | Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 1,929.65 | (1,929.65) | HSS Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 63,502.32 | (63,502.32) | DHK Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 143,389.47 | (143,389.47) | DS2 Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 959,650.65 | (959,650.65) | EZV Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 2,061,037.38 | (2,061,037.38) | R4f Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 69,326.77 | (69,326.77) | 401K |
| Net payroll | Operating | 10275 | NF | - | 266.67 | (266.67) | Correction Comp Tapes |
| Net payroll | Operating | 10275 | NF | - | 43,159.20 | (43,159.20) | Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 19,412.83 | (19,412.83) | Correction Comp Tapes |
| Net payroll | Operating | 10275 | NF | 5,578,526.19 | - | 5,578,526.19 | Pay Roll Excess |
| Net payroll | Operating | 10275 | NF | - | 12,308.53 | (12,308.53) | 401K |
| Net payroll | Operating | 10275 | NF | 89,305.12 | - | 89,305.12 | Pay Roll Reimburse AHB |
| Net payroll | Operating | 10275 | NF | 316.69 | - | 316.69 | Pay Roll Excess |
| Net payroll | Operating | 10275 | NF | 3,668.75 | - | 3,668.75 | Pay Roll Excess |
| Net payroll | Operating | 10275 | NF | - | 8,369.59 | (8,369.59) | Correction Comp Tapes |
| Net payroll | Operating | 10275 | NF | - | 1,539.06 | (1,539.06) | Wire to BOFA Payroll Acct-Manu |
| Net payroll | Operating | 10275 | NF | - | 31,583.90 | (31,583.90) | CFR Pay Roll |
| Net payroll | Operating | 10275 | NF | - | 919.76 | (919.76) | D7M Pay Roll |
| Payroll taxes | Operating | 10275 | NF | - | 70,781.35 | (70,781.35) | Pay Roll Tax and Garnishment |
| Payroll taxes | Operating | 10190 | | - | 7,279.03 | (7,279.03) | ADP DD Tax & Garnish. |
| | Operating | | | - | 1,149.12 | (1,149.12) | Miscellaneous Adjustment |
| | Operating | | | | | 4002894.58 | |

Page 4 of 4

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Bank Reconciliation | | | | | | |
| CDC - AHM Disbursement Funding Account | | | | | | |
| GL Account # 10040 | | | | | | |
| Bank Account # 00-419-178 | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | |
| Bank Balance: | | | | | | 74,089.94 |
| | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | |
| AHM | | | | | | 74,089.94 |
| | | | | | | |
| | | | | | | 74,089.94 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | |
| Subtotal: | | | | | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Difference: | | | | | | 0.00 |

**AMERICAN HOME MORTGAGE**
**RHODE ISLAND TRUST ACCOUNT**
**ACCT #530-159589**
**GL ACCT 10050**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | **2,745.00** |
| **BANK BALANCE** | **2,745.00** |
| **Difference** | **0.00** |

**AMERICAN HOME MORTGAGE**
**MASSACHUSETTS TRUST ACCT**
**ACCT #530-164876**
**GL ACCT 10060**

For Month Ending August 31, 2007

| | |
|---|---|
| GL BALANCE | 38,759.60 |
| BANK BALANCE | 38,759.60 |
| Difference: | 0.00 |

**AMERICAN HOME MORTGAGE**
**VIRGINIA TRUST ACCOUNT**
**ACCT #530-164914**
**GL ACCT 10061**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 63,263.70 |
| **BANK BALANCE** | 63,263.70 |
| **Difference** | 0.00 |

**AMERICAN HOME MORTGAGE**
**NEW HAMPSHIRE TRUST ACCT**
**ACCT #530-164841**
**GL ACCT 10062**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 9,550.00 |
| **BANK BALANCE** | 9,550.00 |
| **Difference:** | 0.00 |

**AMERICAN HOME MORTGAGE**
**OREGON TRUST ACCOUNT**
**ACCT #530-164825**
**GL ACCT 10063**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 14,150.00 |
| **BANK BALANCE** | 14,150.00 |
| **Difference:** | 0.00 |

**AMERICAN HOME MORTGAGE**
**ILLINOIS TRUST ACCOUNT**
**ACCT #530-164892**
**GL ACCT 10064**

**For Month Ending August 31, 2007**

| | |
|---|---:|
| **GL BALANCE** | 271,909.00 |
| **BANK BALANCE** | 271,909.00 |
| **DIFFERENCE** | 0.00 |

**AMERICAN HOME MORTGAGE**
**IDAHO TRUST ACCOUNT**
**ACCT #530-164884**
**GL ACCT 10065**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 3,500.00 |
| **BANK BALANCE** | 3,500.00 |
| **Difference** | 0.00 |

**AMERICAN HOME MORTGAGE**
**KANSAS TRUST ACCOUNT**
**ACCT #530-164868**
**GL ACCT 10066**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 14,000.00 |
| **BANK BALANCE** | 14,000.00 |
| **DIFFERENCE** | 0.00 |

**AMERICAN HOME MORTGAGE**
**MINNESOTA TRUST ACCT**
**ACCT #530-164833**
**GL ACCT 10067**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 5,000.00 |
| **BANK BALANCE** | 5,000.00 |
| **Difference** | 0.00 |

**AMERICAN HOME MORTGAGE**
**OHIO TRUST ACCT**
**ACCT #530-165899**
**GL ACCT 10068**

**For Month Ending August 31, 2007**

| | |
|---|---|
| **GL BALANCE** | 45,000.00 |
| **BANK BALANCE** | 45,000.00 |
| **Difference** | 0.00 |

AMERICAN HOME MORTGAGE
WASHINGTON TRUST ACCOUNT
ACCT #530-164906
GL ACCT 10069

For Month Ending August 31, 2007

| | |
|---|---:|
| GL BALANCE | 14,000.00 |
| BANK BALANCE | 14,000.00 |
| Difference | 0.00 |

**AMERICAN HOME MORTGAGE**
**NEW YORK COMMUNITY BANK TRUST**
**ACCT #957-175744**
**GL ACCT 10070**

**For Month Ending August 31, 2007**

| | |
|---|---:|
| **GL Balance** | 25,000.00 |
| **Bank Balance** | 25,000.00 |
| **Difference** | 0.00 |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Bank Reconciliation | | | | | | |
| AHM Collateral Deposit Account for Letter of Credit | | | | | | |
| GL Account # 10090 | | | | | | |
| JP Morgan Chase Bank Account # 730147436 | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | 160,600.00 |
| Bank Balance: | | | | | | |
| | | | | | | |
| | | | | | | 160,600.00 |
| GL Balance: | | | | | | |
| | | | | | | |
| Reconciling Items: | | | | | | 0.00 |
| | | | | | | 0.00 |
| Subtotal: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | 0.00 |
| Difference: | | | | | | |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| UBS Cash | | | | | |
| GL Account # 10250 | | | | | |
| Bank Account # gm067610 | | | | | |
| August 31, 2007 | | | | | |
| | | | | | 278,183.98 |
| Bank Balance: | | | | | |
| | | | | | |
| | | | | | 278,183.98 |
| GL Balance: | | | | | |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | 0.00 |
| | | | | | |
| | | | | | 278,183.98 |
| Subtotal: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0.00 |
| Difference: | | | | | |

| Northfork Utility Deposit Account | | |
|---|---|---|
| Northfork Bank | | |
| Account # 3124073218 | | |
| GL# 10277 | | |
| For Month Ending August 31, 2007 | | |
| | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | 540,455.84 |
| | | |
| Bank Balance: | | |
| | | 540,455.84 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| Total Account Difference: | | 0.00 |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| **BANK of AMERICA FUNDING ACCOUNT** | | | | | | |
| **GL Account # 10324** | | | | | | |
| **Bank Account # 12352-58044** | | | | | | |
| **August 31, 2007** | | | | | | |
| | | | | | | |
| | | | | | | 2,685,148.08 |
| Bank Balance: | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | 2,685,148.08 |
| AHM | | | | | | 2,685,148.08 |
| Total | | | | | | |
| | | | | | | |
| Reconciling Items: | | | | | | 0.00 |
| | | | | | | 0.00 |
| Subtotal: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | 0.00 |
| Difference: | | | | | | |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| **BANK of AMERICA SETTLEMENT ACCOUNT** | | | | | |
| **GL Account # 10325** | | | | | |
| **Bank Account # 00-435-450** | | | | | |
| **August 31, 2007** | | | | | |
| | | | | | |
| | | | | | |
| GL Balance: | | | | | 0.00 |
| AHM | | | | | |
| | | | | | 0.00 |
| Total | | | | | |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0.00 |
| GL Subtotal: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0.00 |
| Bank Balance: | | | | | |
| | | | | | 0.00 |
| Difference: | | | | | |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| **BONY WIRE ACCOUNTS** | | | | | | |
| **GL Account # 10326** | | | | | | |
| Bank Account #'s 890-0553-944 & 890-0553-952 | | | | | | |
| **August 31 , 2007** | | | | | | |
|  | | | | | | |
|  | | | | | | |
| GL Balance: | | | | | | 1,299,919.27 |
| AHM | | | | | | |
|  | | | | | | 1,299,919.27 |
|  | | | | | | |
|  | | | | | | |
| Reconciling Items: | | | | | | |
| AHM-944 | | | | | | 0.06 |
| Misc. sent with BHF Pledging funds | | | | | | 0.06 |
|  | | | | | | |
|  | | | | | | |
|  | | | | | | |
| AHMAC-952 | | | | | | |
|  | | | | | | |
|  | | | | | | |
|  | | | | | | 0.00 |
|  | | | | | | 0.00 |
|  | | | | | | |
|  | | | | | | 1,299,919.33 |
| Subtotal: | | | | | | |
|  | | | | | | |
|  | | | | | | |
| Bank Balance: | | | | | | 1,299,919.33 |
| Acct. # 890-0553-944 (AHM) | | | | | | 0.00 |
| Acct. # 890-0553-952 (AHMAC) | | | | | | 1,299,919.33 |
| Total: | | | | | | |
|  | | | | | | |
|  | | | | | | 0.00 |

| AMERICAN HOME MORTGAGE | | | | |
|---|---|---|---|---|
| CALIFORNIA ACCOUNT  920-5010650-65 | | | | |
| GL ACCT 10400 | | | | |
| | | | | |
| For Month Ending August 31, 2007 | | | | |
| | | | | |
| | | | | |
| | | | | |
| G/L Balance | | | | 111,343.93 |
| | | | | |
| Bank Statement  Balance: | | | | 111,343.93 |
| | | | | |
| Difference: | | | | 0.00 |

| American Home Mortgage | | | |
|---|---|---|---|
| Account Reconciliation | | | |
| Cash - Calyon (Credit Lyonnais) | | | |
| GL Account # 10431 | | | |
| Bank Account # 00-430-617 | | | |
| August 31, 2007 | | | |
| | | | |
| | | | |
| | | | 857,453.82 |
| GL Balance: | | | |
| | | | |
| | | | |
| Reconciling Items: | | | |
| 7/27/2007 - US Bank sales money into Calyon: To be returned, not AHM's money | | | 131,862.07 |
| 7/30/2007 - Additional CL Haircut 7/27/07 - Item to be further researched | | | 210,546.07 |
| Subtotal: | | | 342,408.14 |
| | | | |
| | | | 1,199,861.96 |
| Bank Balance: | | | |
| | | | 0.00 |
| Difference: | | | |

| American Home Mortgage | | | | |
|---|---|---|---|---|
| Account Reconciliation | | | | |
| Cash - Calyon | | | | |
| GL Account # 10432 | | | | |
| Bank Account # 00-447-304 | | | | |
| August 31, 2007 | | | | |
| | | | | |
| | | | | 23,291.00 |
| GL Balance: | | | | |
| | | | | |
| Reconciling Items: | | | | |
| | | | | |
| | | | | |
| | | | | 0.00 |
| Subtotal: | | | | |
| | | | | |
| | | | | 23,291.00 |
| Bank Balance: | | | | |
| | | | | 0.00 |
| Difference: | | | | |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| JP Morgan Chase Warehouse Settlement Acct. # 709381305 | | | | | | |
| GL Account # 10433 | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | |
| Bank Balance: | | | | | | 192,527.50 |
| | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | |
| AHM | | | | | | 192,527.50 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | 0.00 |
| Subtotal: | | | | | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Difference: | | | | | | 0.00 |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| Calyon Reserve Account | | | | | |
| GL Account # 10435 | | | | | |
| Bank Account # 00-430-625 & 00-1445730 | | | | | |
| August 31, 2007 | | | | | |
| | | | | | |
| Bank Balance: | | | | | 0.00 |
| Account # 00-1445730 | | | | | 0.00 |
| Account # 00-430-625 | | | | | |
| | | | | | |
| | | | | | 0.00 |
| GL Balance: | | | | | |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0.00 |
| Difference: | | | | | |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| CDC Cash Default | | | | | |
| GL Account # 10480 | | | | | |
| Bank Account # 00-419-530 | | | | | |
| August 31, 2007 | | | | | |
| | | | | | |
| GL Balance: | | | | | 3,397.03 |
| AHM | | | | | |
| | | | | | |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | 3,397.03 |
| Subtotal | | | | | |
| | | | | | |
| | | | | | 3,397.03 |
| Bank Balance: | | | | | |
| | | | | | 0.00 |
| Difference | | | | | |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| Construction Loan Lockbox | | | | | |
| GL Account # 10578 | | | | | |
| JP Morgan Chase Bank Account # 114-778981 (NY) # 730-147584 (TX) | | | | | |
| August 31, 2007 | | | | | |
| | | | | | |
| | | | | | |
| GL Balance: | | | | | 13,834,329.66 |
| AHM | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0.00 |
| Subtotal: | | | | | |
| | | | | | |
| Bank Balance: | | | | | 13,929,919.71 |
| NY Acct # 114-778981 | | | | | -95,590.05 |
| TX Acct # 730-147584 | | | | | 13,834,329.66 |
| Subtotal: | | | | | |
| | | | | | 0.00 |
| Difference: | | | | | |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| Construction Funding -BoNY 890-0610-956 | | | | | | |
| GL Account # 12532 | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | |
| AHM | | | | | | 0.00 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | |
| Subtotal: | | | | | | 0.00 |
| | | | | | | |
| Bank - BoNY 890-0610-956 | | | | | | 0.00 |
| | | | | | | |
| Difference: | | | | | | 0.00 |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| **AMERICAN HOME MORTGAGE - Return Wire Account** | | | | | |
| **GL Account # 10105** | | | | | |
| Deutsche Bank Account # 00-449-393 | | | | | |
| **August 31, 2007** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 5,809,096.41 |
| Bank Balance: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 5,809,096.40 |
| GL Balance: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0.01 |
| Difference: | | | | | |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| Chase Iowa Closing Account | | | | | | |
| GL Account # 10180 | | | | | | |
| Bank Account # 530-494655 (NY) & # 730-147592 (TX) | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | |
| Bank Balance: | | | | | | 562,533.18 |
| Acct. # 530-494655 (NY) | | | | | | 0.00 |
| Acct. # 730-147592 (TX) | | | | | | 562,533.18 |
| | | | | | | |
| | | | | | | |
| Outstanding Checks: | | | | | | |
| **Check Number** | **Issue Date** | **Loan Number** | | | | |
| | | | | | | 0.00 |
| Subtotal: | | | | | | |
| | | | | | | |
| | | | | | | |
| **Adjusted Bank Balance:** | | | | | | 562,533.18 |
| | | | | | | |
| | | | | | | 562,533.18 |
| GL Balance: | | | | | | |
| | | | | | | |
| Reconciling items: | | | | | | |
| | | | | | | 562,533.18 |
| **Adjusted GL Balance:** | | | | | | |
| | | | | | | 0.00 |
| Difference: | | | | | | |

| American Home Mortgage | | | | |
|---|---|---|---|---|
| Account Reconciliation | | | | |
| CHASE OPERATING ACCOUNT | | | | |
| ACCOUNT  530-973308 | | | | |
| GL# 10190 | | | | |
| 8/31/2007 | | | | |
| | | | | |
| | | | | 130,416.96 |
| G/L BALANCE | | | | |
| | | | | |
| | | | | 3,358.51 |
| Outstanding checks | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 133,775.47 |
| ADJ BOOK BALANCE | | | | |
| | | | | 130,231.47 |
| BANK BALANCE#530-973308 | | | | 3,544.00 |
| BANK BALANCE#730-147576 | | | | |
| | | | | 0.00 |
| Difference | | | | |

| AMERICAN HOME MORTGAGE | | | |
|---|---|---|---|
| Bank of America PAYROLL ACCOUNT | | | |
| G/L #10210 | | | |
| ACCOUNT # 12358-64462 | | | |
| August 31, 2007 | | | |
| | | | 24,675.59 |
| BALANCE PER BOOKS | | | |
| | | | 40,973.43 |
| OUTSTANDING CHECKS | | | |
| | | | |
| | | | |
| ADJUSTMENTS: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 65,649.02 |
| ADJUSTED BOOK BALANCE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 65,649.02 |
| BANK BALANCE | | | |
| | | | 0.00 |
| DIFFERENCE | | | |
| | | | |
| | | | |

| American Home Mortgage | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| North Fork  ACCOUNT | | | | | |
| GL Account # 10275 | | | | | |
| Bank Account # 3124073044 | | | | | |
| August 31, 2007 | | | | | |
| | | | | | |
| GL Balance: | | | | | 1,974,875.87 |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| 08.01-Payment from ML (Merrill Lynch) | | | | | 126,448.05 |
| 08.31-Incorrect credit will clear on 09.04 | | | | | 2,036.60 |
| 08.31-Incorrect credit will clear on 09.04 | | | | | 13,634.55 |
| | | | | | |
| Adjusted GL total: | | | | | 2,116,995.07 |
| | | | | | |
| | | | | | |
| Bank Balance: | | | | | 2,116,994.94 |
| | | | | | |
| | | | | | |
| Difference: | | | | | 0.13 |

| Northfork Interest Bearing Account | | |
|---|---|---|
| Northfork Bank | | |
| Account # 3124073127 | | |
| GL# 10276 | | |
| For Month Ending August 31, 2007 | | |
| | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | 25,027,136.38 |
| | | |
| Bank Balance: | | |
| | | 25,027,136.38 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| Total Account Difference: | | 0.00 |

| American Home Mortgage | | |
|---|---|---|
| Account Reconciliation | | |
| BT WHSE | | |
| GL Account # 10290 | | |
| Bank Account # 00-624-243 | | |
| Bank Sub-account # 00-373-093 | | |
| August 31, 2007 | | |
| | | |
| | | 100.93 |
| GL Balance: | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| | | |
| | | 0.00 |
| Subtotal: | | |
| | | |
| | | 100.93 |
| Bank Balance: | | |
| | | 0.00 |
| Difference: | | |

| American Home Mortgage | | | |
|---|---|---|---|
| Account Reconciliation | | | |
| DB Operating Account (BT Op) | | | |
| GL Account # 10300 | | | |
| Bank Account # 00-624-251 | | | |
| Bank Sub-Account # 00-380-082 | | | |
| August 31, 2007 | | | |
| | | | |
| GL Balance: | | | 160,560.23 |
| | | | |
| | | | |
| | | | |
| | | | |
| 8/8/2007 | | | 0.13 |
| DB took $$$ out in error; returned 09.07 | | | -156,885.80 |
| | | | |
| Subtotal: | | | -156,885.67 |
| | | | |
| Bank Balance: | | | 3,674.56 |
| | | | |
| Difference: | | | 0.00 |
| | | | |
| | | | |
| | | | |

| American Home Mortgage | | | | |
|---|---|---|---|---|
| Account Reconciliation | | | | |
| DB Funding Account AHM | | | | |
| GL Account # 10321 | | | | |
| Bank Account # 00-446-440 | | | | |
| August 31, 2007 | | | | |
| | | | | |
| | | | | 0.00 |
| GL Balance: | | | | |
| | | | | |
| Reconciling Items: | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 0.00 |
| Subtotal: | | | | |
| | | | | 0.00 |
| Bank Balance: | | | | |
| | | | | |
| Reconciling Items: | | | | |
| | | | | |
| Rejected/Return Wires Pending - | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 0.00 |
| Subtotal: | | | | |
| | | | | 0.00 |
| Difference: | | | | |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| DB Cashier's Check Account | | | | | | |
| GL Account # 10323 | | | | | | |
| Bank Account # 00-450-693 | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | |
| | | | | | | 0.00 |
| GL Balance: | | | | | | |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | 0.00 |
| Subtotal: | | | | | | |
| | | | | | | 0.00 |
| Bank Balance: | | | | | | |
| | | | | | | 0.00 |
| Difference: | | | | | | |

| American Home Mortgage | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| BONY Private Label ACCOUNT | | | | | | |
| GL Account # 10329 | | | | | | |
| Bank Account # 890-0589-213 | | | | | | |
| August 31, 2007 | | | | | | |
| | | | | | | 0.00 |
| Bank Balance: | | | | | | |
| | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | 0.00 |
| AHM | | | | | | 0.00 |
| AHMAC | | | | | | 0.00 |
| | | | | | | |
| Reconciling Items: | | | | | | 0.00 |
| | | | | | | 0.00 |
| Subtotal | | | | | | |
| | | | | | | |
| | | | | | | 0.00 |
| Difference: | | | | | | |

| American Home Mortgage | | | | |
|---|---|---|---|---|
| Account Reconciliation | | | | |
| Chase Post Closing Account | | | | |
| GL Account # 10410 | | | | |
| Bank Account # 920-5009772-65 | | | | |
| August 31, 2007 | | | | |
| | | | | |
| | | | | |
| Bank Balance: | | | | 0.00 |
| Outstanding Checks | | | | -10,371.41 |
| Adjusted Bank Balance: | | | | -10,371.41 |
| | | | | |
| GL Balance: | | | | -10,371.41 |
| | | | | |
| Reconciling Items: | | | | |
| | | | | |
| Adjusted GL Balance: | | | | -10,371.41 |
| | | | | |
| | | | | |
| Difference: | | | | 0.00 |

**American Home Mortgage Corp.**
**Case Number: 07-11051**
**Schedule Of Professional Fees And Expenses Paid**
**Reporting Period: August 6 through August 31, 2007**

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | | |

**American Home Mortgage Corp. – Case No. 07-11051**
**Parent-Only Statement of Income**
**August 6 through August 31, 2007**

|                                                              | AHMC          |
| ------------------------------------------------------------ | ------------: |
| Net interest income:                                         |               |
| Interest income                                              | $   10,389,344 |
| Net interest income                                          |    10,389,344 |
| Provision for loan losses                                    |             - |
| Net interest income after provision for loan losses          |    10,389,344 |
|                                                              |               |
| Non-interest income:                                         |               |
| Loss on mortgage loans                                       |   (7,153,782) |
|                                                              |               |
| Loan servicing fees                                          |     7,242,180 |
| Net loan servicing fees                                      |     7,242,180 |
|                                                              |               |
| Income from subsidiaries                                     |     3,779,558 |
| Other non-interest income                                    |       265,251 |
| Non-interest income                                          |     4,133,207 |
|                                                              |               |
| Salaries, commissions and benefits, net                      |     8,433,429 |
| Occupancy and equipment                                      |     3,805,928 |
| Data processing and communications                           |     1,816,510 |
| Office supplies and expenses                                 |       307,979 |
| Marketing and promotion                                      |       806,383 |
| Travel and entertainment                                     |       724,868 |
| Professional fees                                            |     2,888,955 |
| Other real estate operating expense                          |     3,052,149 |
| Other                                                        |       671,613 |
| Total expenses                                               |    22,507,814 |
|                                                              |               |
| Loss before income taxes                                     |   (7,985,263) |
| Income taxes                                                 |             - |
| Net loss                                                     | $  (7,985,263) |

**American Home Mortgage Corp. - Case No. 07-11051**
**Schedule of Other Income and Other Expense**
**August 6 through August 31, 2007**

| | | |
|---|---|---:|
| Other non-interest income: | | |
| Rebate Income | $ | 239,713 |
| Other | | 25,538 |
| Total other non-interest income | $ | 265,251 |
| | | |
| Other Expense: | | |
| Corporate Sponsorships | $ | 51,597 |
| Education and Training | | 36,100 |
| Insurance | | 1,101 |
| Lender Paid PMI | | 40,236 |
| Licenses and Permits | | (402,968) |
| Minority Interest Expense | | (14,921) |
| Moving Expenses | | 410,943 |
| Other Taxes and Tax Penalties | | 50,239 |
| Outsourced Services | | 169,053 |
| Servicing Expenses | | 44,671 |
| Storage Fees | | 281,399 |
| Other | | 4,163 |
| Total other expense | $ | 671,613 |

**American Home Mortgage Corp. - Case No. 07-11051**
**Parent-Only Statements of Financial Condition**

| | | 8/5/2007 | | 8/31/2007 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash and cash equivalents | $ | 20,978,329 | $ | 41,348,971 |
| Restricted cash | | 25,509,915 | | 36,034,851 |
| Accounts receivable | | 42,901,766 | | 35,238,464 |
| Intercompany receivable | | 714,383,163 | | 702,881,966 |
| Mortgage loans | | 2,610,688,899 | | 2,386,791,316 |
| Derivative assets | | 743,601 | | 743,601 |
| Mortgage servicing rights | | 617,951,527 | | 610,693,070 |
| Other real estate, net | | 26,863,623 | | 38,119,843 |
| Premises and equipment, net | | 49,505,365 | | 48,119,093 |
| Investment in subsidiaries | | 117,050,809 | | 120,827,370 |
| Other assets | | 30,949,879 | | 27,019,593 |
| Total assets | $ | 4,257,526,876 | $ | 4,047,818,138 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| **Liabilities:** | | | | |
| Warehouse lines of credit | $ | 2,302,356,872 | $ | 2,081,518,855 |
| Derivative liabilities | | 10,481,560 | | 10,481,560 |
| Accrued expenses and other liabilities | | 75,929,180 | | 95,043,846 |
| Intercompany payable | | 1,490,325,989 | | 1,490,325,989 |
| Notes payable | | 447,177,107 | | 447,177,107 |
| Income taxes payable | | 567,125 | | 567,001 |
| Total liabilities | $ | 4,326,837,833 | $ | 4,125,114,358 |
| | | | | |
| **Stockholders' Equity:** | | | | |
| Additional paid-in capital | $ | 153,195,270 | $ | 153,195,270 |
| Retained earnings | | (222,506,227) | | (230,491,490) |
| Total stockholders' equity | $ | (69,310,957) | $ | (77,296,220) |
| | | | | |
| Total liabilities and stockholders' equity | $ | 4,257,526,876 | $ | 4,047,818,138 |

**American Home Mortgage Corp. - Case No. 07-11051**
**Statements of Other Assets and Other Liabilities**

| | 8/5/2007 | 8/31/2007 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 396,599 | $ 705,164 |
| Security deposits | 3,508,628 | 3,508,628 |
| Deferred compensation plan assets in trust | 22,721,964 | 22,771,103 |
| Other | 4,322,688 | 34,698 |
| Total Other Assets | $ 30,949,879 | $ 27,019,593 |
| | | |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 48,506,094 | $ 64,888,427 |
| Accrued payroll expense | - | 2,597,175 |
| Escrow payable | 1,339,340 | 1,356,940 |
| Foreclosure reserve | 3,000,000 | 3,000,000 |
| Deferred compensation plan liability | 22,065,997 | 22,154,736 |
| Drafts payable | 1,017,749 | 1,046,568 |
| Total Accrued expenses and other liabilities | $ 75,929,180 | $ 95,043,846 |

**American Home Mortgage Corp.**
**Case Number: 07-11051**
**Status Of Postpetition Taxes**
**Reporting Period: August 6 through August 31, 2007**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | 306,969 | 08/24/07 | | |
| FICA-Employee | | | 121,726 | 08/24/07 | | |
| FICA-Employer | | | 121,726 | 08/24/07 | | |
| Unemployment | | | 490 | 08/24/07 | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | 550,910 | | | |
| **State and Local** | | | | | | |
| Withholding | | | 88,879 | 08/24/07 | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | 2,669 | 08/24/07 | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | 1,292 | 08/24/07 | | |
| Total State and Local | | | 92,839 | | | |
| Total Taxes | | | 643,750 | | | |

## Summary Of Unpaid Postpetition Debts

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 859,831 | | | | | |
| Wages Payable | 1,649,904 | | | | | |
| Taxes Payable | 706,913 | | | | | |
| Rent/Leases-Building | 228,480 | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | 868,275 | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | 4,313,403 | | | | | |

American Home Mortgage Corp.
Accounts Receivable Reconciliation and Aging
Case No. 07-11051
August 6 - August 31, 2007

| | Total |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period - 8/6/2007 | 42,901,767 |
| + Amounts billed during the period | 9,604,718 |
| - Amounts collected during the period | (17,268,020) |
| Total Accounts Receivable at the end of the reporting period - 8/31/2007 | 35,238,465 |

| Accounts Receivable Aging: | Total |
|---|---|
| 0 - 30 days old | 12,646,182 |
| 31 - 60 days old | 5,581,975 |
| 61 - 90 days old | 4,857,209 |
| 91+ days old | 12,153,099 |
| Total Accounts Receivable | 35,238,465 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | $ 35,238,465 |

## Debtor Questionnaire

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, please provide an explanation below. | | X |
| 3. Have all post petition tax returns been filed timely?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account (s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |