**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,* | : | Case No. 07-11047 |
| | : | |
| Debtor. | : | |
| | : | |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO MAILING MATRIX**

TO:   Clerk, United States Bankruptcy Court
      for the District of Delaware
      824 North Market Street
      Third Floor
      Wilmington, DE  19801

Kindly enter the appearance of Prince Altee Thomas, Esquire of Fox Rothschild LLP on behalf of Spring-Ford Area School District/Limerick Township Tax Collector.

PLEASE TAKE NOTICE, that the undersigned attorney of Fox Rothschild LLP requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

                Prince Altee Thomas, Esquire
                Fox Rothschild LLP
                2000 Market Street, Tenth Floor
                Philadelphia, PA  19103-3291
                Tel.: 215-299-2000/Fax: 215-299-2150
                E-mail Address: pthomas@foxrothschild.com

- 2 -

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

    */s/ Prince Altee Thomas*
Prince Altee Thomas, Esquire
Fox Rothschild LLP
2000 Market Street – 10th Floor
Philadelphia, PA  19103-3291
Tel. (215) 299-2000
Fax. (215) 299-2150
E-mail: pthomas@foxrothschild.com

Dated: December 19, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copies of the foregoing Entry of Appearance, Request for Notice and Request to be Added to Mailing Matrix on behalf of the Boyertown Area School District, was served on the parties on the attached Service List via United States Postal Service, First Class Mail, postage pre-paid on December 19, 2007.

**FOX ROTHSCHILD LLP**

By: _/s/ Joseph G. DiStanislao_
      Joseph G. DiStanislao, Paralegal
      2000 Market Street, Tenth Floor
      Philadelphia, PA  19103-3291
      Tel. (215) 299-2000
      Fax  (215) 299-2150
      E-mail: jdistanislao@foxrothschild.com

Dated: December 19, 2007

- 4 -

Service List

Edward J. Kosmowski, Esquire
Edwin J. Harron, Esquire
Joel A. Waite, Esquire
Kara Hammond Coyle, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

Kenneth J. Enos, Esquire
Margaret B. Whiteman, Esquire
Matthew Barry Lunn, Esquire
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747