IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                      :   Jointly Administered
        Debtors.                                                      :
--------------------------------------------------------------------- x

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 21, 2007 AT *1:00 P.M.* (ET)

### PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED TO 1:00 P.M. AT THE REQUEST OF THE COURT.

**ADJOURNED/RESOLVED MATTERS**

1.   Emergency Motion of Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc. [D.I. 1701, 10/29/07]

     Objection Deadline:   November 7, 2007 at 4:00 p.m., extended to January 25, 2008 at 4:00 p.m. for the Debtors and the Committee

     Objections Filed:     None at this time

     Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2. Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

   Objection Deadline: November 20, 2007 at 4:00 p.m., extended to December 27, 2007 for the Debtors and the Committee

   Objections Filed: None

   Status: This matter will be adjourned by agreement of the parties to January 4, 2008 at 11:00 a.m.

3. JPMorgan Chase Bank, National Association's Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on and Preserve Collateral Consisting of Outstanding Construction/Permanent Loans on Single-Family Residences [D.I. 2135, 11/28/07]

   Objection Deadline: December 5, 2007 at 4:00 p.m., extended for the Debtors to December 28, 2007 at 4:00 p.m.

   Objections Filed: None

   Status: This matter will be adjourned by agreement of the parties to January 4, 2008 at 11:00 a.m.

4. Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Exercise its Rights as a Secured Creditor to Sell Collateral Consisting of Outstanding Construction-to-Per Mortgage Loans on Single Family Residences [D.I. 2255, 12/4/07]

   Objection Deadline: December 14, 2007 at 4:00 p.m.

   Related Document:

   a) Notice of Corrected Exhibit B [D.I. 2260, 12/4/07]

   b) Re-Notice of Motion [D.I. 2309, 12/6/07]

   Objections Filed: None

   Status: The parties are attempting to resolve this matter. If it is resolved, a settlement agreement will be presented at the hearing. Otherwise, this matter will be adjourned to January 4, 2007 at 11:00 a.m.

5.  Pretrial Conference – Broadhollow Funding, LLC; Melville Funding, LLC, and American Home Mortgage Servicing, Inc. (f/k/a Columbia National Incorporated) v. Bank of America, N.A., Adv. No. 07-51738

    Related Document:

    a)  Scheduling Order [D. I. 7, 12/7/07]

    Status: Pursuant to the Scheduling Order, this matter will be continued pending resolution of the Motion to Dismiss.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

6.  Fifth Motion for an Order Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, Equipment [D.I. 2192, 11/28/07]

    Objection Deadline:  December 14, 2007 at 4:00 p.m.

    Objections Filed:

    a)  Informal Response of Primera Four

    Related Document:

    b)  Certification of Counsel [D.I. 2430, 12/18/07]

    Status: A Certification of Counsel has been filed.  No hearing is required.

7. Debtors' Motion for Order Approving Stipulation by and Between the Debtor and the City of Freemont Resolving Certain Pending Prepetition Litigation Pursuant to Sections 105 and 362 of the Bankruptcy Code and Bankruptcy Rule 9019 [D.I. 2228, 11/29/07]

   Objection Deadline:   December 14, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

   a) Certificate of No Objection [D.I. 2433, 12/18/07]

   Status: A Certificate of No Objection has been filed. No hearing is required.

8. Debtors' Motion for an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 2252, 12/3/07]

   Objection Deadline:   December 14, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

   a) Certificate of No Objection [D.I. 2434, 12/18/07]

   Status: A Certificate of No Objection has been filed. No hearing is required.

**CONTESTED MATTER GOING FORWARD**

9.  Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2224, 11/29/07]

    Objection Deadline: December 14, 2007 at 4:00 p.m.

    Objections Filed:

    a)  Debtors' Limited Response to the Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2390, 12/14/07]

    b)  GMAC Mortgage LLC's Response to Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2412, 12/17/07]

    Status: This matter will be going forward.

Dated: Wilmington, Delaware
       December 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession