UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                          :
                                                :      Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                :
INC., *et al.*                                  :      Case No. 07-11047 (CSS)
                                                :
                 Debtors.                       :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esq., hereby certify that on the 19th day of December, 2007, I caused a true and correct copy of the *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY COUNSEL FOR EDWARD ABRAM, NAJLA WAHEED, RICHARD ZEMEL, ROSALYN CEASAR, ANTHONY FAUX, DUSTIN JONES, JOHN SOGLUIZZO AND LUIS ARVIZU ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED* to be served upon the attached service list in the manner indicated.

MARGOLIS EDELSTEIN

_____
James E. Huggett (DE #3956)

# VIA CM/ECF ELECTRONIC MAIL SERVICE

Eric M. Davis, Esq.
Jason Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Adam Hiller
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE 19899

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899

Charles J. Brown, III, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Christopher A. Ward, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801

Derek C. Abbott, Esq.
Donna Culver, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Eric Lopez Schnabel, Esq.
Dorsey & Whitney
1105 North Market Street, 16th Fl.
Wilmington, DE 19801

Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick B. Rosner, Esq
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

John T. Carroll, III, Esq.
Cozen O'Connor
Chase Manhattan Center, Suite 1400
1201 N. Market Street
Wilmington, DE 19801

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
1201 Orange Street, Ste. 400
Wilmington, DE 19801

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Kevin Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Lisa C. McLaughlin, Esq.
Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1509 Highway One
Dewey Beach, DE 19971

Mark D. Collins, Esq
John H. Knight, Esq.
Rusell Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
P.O. Box 551
Wilmington, DE 19899

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899

| | | |
|---|---|---|
| Patrick J. Reilley, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266 | Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 | Rachel B. Mersky, Esq.<br>Monzack Mersky McLauglin and Browder<br>400 Commerce Center, 1201 Orange Street<br>P.O. Box 2031<br>Wilmington, DE 19899-2031 |
| Rafael Zahralddin-Aravena, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington, DE 19801 | Raymond H. Lemisch, Esq.<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 810<br>Wilmingtont, DE 19801 | Ricardo Palacio, Esq.<br>Amanda Winfree, Esq.<br>William P. Bowden, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 |
| Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Eric Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | Teresa K.D. Currier, Esq.<br>Mary F. Caloway, Esq.<br>Buchanan Ingersoll & Rooney P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| Todd C. Schiltz, Esquire<br>Wolf Block Schorr & Solis-Cohen, LLP<br>1100 N. Market Street, #1001<br>Wilmington, DE 19801 | Victoria Counihan, Esq.<br>Sandra Selzer, Esq.<br>Greenberg Traurig<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | William E. Chipman, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| William F. Taylor, Jr<br>Renaissance Centre<br>McCarter & English, LLP<br>405 N. King Street, 8th Fl.<br>Wilmington, DE 19801 | William G. Wright, Esq.<br>John Weaver, Esq.<br>Farr, Burke, Gambacorta & Wright<br>1000 Atrium Way, Suite 401<br>PO Box 669<br>Mt. Laurel, NJ 08054 | |

**VIA FIRST CLASS U.S. MAIL**

| | | |
|---|---|---|
| Lisa G. Laukitis, Esq.<br>Joshua Sussberg, Esq.<br>Kirkland & Ellis<br>153 East 53rd Street<br>Citicorp Center<br>New York, NY 10022 | Robert J. Rosenberg, Esq<br>Noreen A. Kelly-Najah, Esq.<br>George Royle, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | Lori Fife, Esquire<br>Howard B. Comet, Esq.<br>Ronit Berkovich, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| A. Michelle Hart, Esq.<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | A.G. Edwards & Sons, Inc.<br>Attn: Jonathan Griffith<br>2801 Market Street, 9th Fl, F Bldg.<br>St. Louis, MO 63103 | Alyssa Englund, Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| Andrea Niedermeyer, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 | Andrea Sheehan, Esq.<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205 | Andrew Petrie, Esq.<br>Featherstone Petrie DeSisto LLP<br>600 17th Street, SUite 2400 S<br>Denver, CO 80202 |
| Andrew Silverstein, Esq.<br>Laurie Binder, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY 10004 | Arnold Gulkowitz, Esq.<br>Brian Goldberg<br>Dickstein Shapiro<br>1177 Avenue of the Americas<br>New York, NY 10036 | Barbara LaWall, Esq<br>Terri A. Roberts, Esq.<br>German Yusufov, Esq.<br>Pima County Civil Division<br>32 North Stone Avenue, Suite 2100<br>Tucson, AZ 85701 |
| Barry E. Bressler<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market St., Suite 3600<br>Philadelphia, PA 19103-7286 | Barry N. Seidel<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Benjamin C. Ackerly, Esq<br>Hunton & Williams<br>Riverfront Plaza, East Tower, 951 East Byrd Street<br>Richmond, VA 23219 |
| Brett Barragate, Esq.<br>Jones Day<br>901 Lakeside Avenue, North Point<br>Cleveland, OH 44114 | Brian W. Bisignani<br>Post & Schell, PC<br>17 North 2nd Street, 12th Floor<br>Harrisburg, PA 17101-1601 | Bruce Wilson, Esq.<br>Thomas T. Roubidoux, Esq.<br>Kutak Rock LLP<br>1650 Farnam St.<br>Omaha, NE 68102 |
| Charles Sawyer, Esq.<br>Dorsey & Whitney<br>50 South Sixth St., Suite 1500<br>Minneapolis, MN 55402 | Christine Roberts, Esq.<br>Olson Cannon Gormley & Desruisseaux<br>9950 West Cheyenne avenue<br>Las Vegas, NV 89129 | Christopher R. Belmonte, Esq.<br>Pamela A. Bosswick, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 |
| Claudia Z. Springer, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301 | Craig Ziady<br>Cummings Properties, LLC<br>200 West Cummings Park<br>Woburn, MA 01801 | Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102 |
| David G. Aelvoet, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | David H. Zielke, Esq.<br>Vice President & Assistant General Counsel<br>Washington Mutual<br>1301 Second Avenue, W - MC 3501<br>Seattle, WA 98101 | David Kuney, Esq.<br>Sidley Austin<br>1501 K. St. N.W.<br>Washington, DC 20005 |
| David M. Neumann, Esq<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378 | David Stack<br>ABN AMRO Bank<br>55 East 52nd St., 2nd Fl<br>New York, NY 10055 | Dennis J. Drebsky, Esq<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, NY 10022 |

| | | |
|---|---|---|
| Donald A. Workman, Esq.<br>Jeffrey M. Sullivan, Esq.<br>Baker & Hostetler, LLP<br>1050 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036 | Donald Farlow<br>Burns, Wall, Smith and Mueller<br>303 E. 17th Avenue, #800<br>Denver, CO 80203 | Douglas Badaszewski<br>c/o Plymouth Park Tax Services LLC<br>PPTS 361, LLC<br>35 Airport Road, Suite 150<br>Morristown, NJ 07960 |
| Douglas Davis, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Elizabeth Banda, Esq<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Elizabeth Weller, Esq.<br>Linebarger Goggan Blair Pena & Sampson LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington, DE 19899 | Eloise May, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue, NW, Suite 400<br>Marietta, GA 30060 | Enid M. Colson, Esq<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024 |
| Eric Gorman, Esq<br>Felicia Perlman, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Eric K. Moser, Esq<br>Wilbur F. Foster, Jr., Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 | Erica Ryland, Esq.<br>Corinne Ball, Esq.<br>I. Lewis Grimm, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Flora Garcia<br>Office the Tax Collector<br>940 west Main Street, Suite 106<br>El Centro, CA 92243 | Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg, P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Franklin Top, III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe St.<br>Chicago, IL 60603 |
| Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Green Genovese & Gluck PC<br>1345 Avenue of the Americas<br>New York, NY 10105 | Frederick D. Holden, Jr<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street | Frederick Linfesty, Esq.<br>Iron Mountain Information Management<br>745 Atlantic Avenue<br>Boston, MA 02111 |
| Garth Gersten, Esq.<br>Womble Carlyle Sandridge & Rice PLLC<br>2530 Meridian Parkway, Suite 400<br>Research Triangle Park, NC 27713 | Geoffrey Aaronson<br>100 SE 2nd St., 27th Fl<br>Miami, FL 33131<br>Craven-Shaffer North Bay Village | George Kielman, Esq.<br>Freddie Mac<br>8200 Jones Brance Drive - MS 202<br>McLean, VA 22102 |
| Gerard Luckman, Esq.<br>Silverman Perlstein & Acampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753 | Gilbert B. Weisman, Esq.<br>(American Express Travel Related Svcs Co Inc Corp Card)<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Gregory A. Bray, Esq.<br>Fred Neufeld, Esq.<br>Milbank Tweed Hadley & McCloy, LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |
| Gregory Meacham, Esq.<br>McGrath Meacham & Smith<br>414 Shoup Avenue<br>PO Box 50731<br>Idaho Falls, ID 83405 | Guy Moss, Esq.<br>Riemer & Braunstein<br>Three Center Plaza<br>Boston, MA 02108 | Harold Berzow, Esq.<br>Ruskin Moscou Faltischek<br>East Tower, 15th Fl<br>1425 RexCorp Plaza<br>Uniondale, NY 11556 |
| Harold Olsen, Esquire<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038 | Hilary B. Bonial, Esq.<br>Tyler Jones, Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Ian Gershengorn, Esq.<br>Jenner & Block LLP<br>601 Thirteenth Street, N.W., Suite 1200 South<br>Washington, DC 20005 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21202 | J. David Folds, Esq.<br>DLA Piper US LLP<br>1200 Nineteenth Street, NW<br>Washington, DC 20036 | James D. Heaney, VP<br>Law Debenture Trust Company of New York<br>400 Madison Avenue, 4th Fl.<br>New York, NY 10017 |
| James Hardy<br>Galaxy Associates<br>1220 Ensenada Avenue<br>Laguna Beach, CA 92651 | James M. Liston, Esq.<br>Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg, P.C.<br>155 Federal Street, 9th Fl.<br>Boston, MA 02110 | Janice D. Newell<br>Cecil Ingram<br>ADA County Treasurer<br>200 W. Front Street, Room 3191<br>Boise, ID 83702 |
| Jeffrey J. Newton, Esq.<br>Hollie N. Hawn, Esq.<br>County Attorney for Broward County<br>115 South Andrews Ave., Suite 423<br>Governmental Center<br>Fort Lauderdale, FL 33301 | John Ashmead, Esq.<br>Laurie Binder, Esq.<br>Seward & Kissel<br>One Battery Park Plaza<br>New York, NY 10004 | John Capitano<br>Kennedy Covington Lobdell & Hickman<br>214 N. Tryon Street, 47th Fl.<br>Charlotte, NC 28202 |
| John Dillman, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253 | John Philip, Esq.<br>Crislip, Philip & Asso.<br>4515 Poplar Avenue, Suite 322<br>Memphis, TN 38117 | John Rosenthal, Esq<br>Nixon Peabody, LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600 |
| Jonathan Alter, Esq<br>Bingham McCutchen<br>One State Street<br>Hartford, CT 06103 | Jonathan Winnick, Esq.<br>Bernstein Shur<br>100 Middle Street<br>Portland, ME 04104 | Joseph Cioffi, Esq.<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019 |
| Joseph D. Frank, Esq.<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60610 | Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 | Joseph O'Neil, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Jr Tally F Parker<br>Parker & Marks PC<br>1333 Corporate Drive, Suite 209<br>Irving, TX 75038 | Karen Stapleton<br>Assistant County Attorney<br>One Harrison Street, S.E.<br>5th Floor<br>Leesburg, VA 20175 |
| Karon Wright, Esq.<br>Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 | Katherine A. Constantine, Esq.<br>Dorsey & Whitney, LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402 | Kathleen O'Connell, Esq.<br>Suntrust Bank<br>303 Peachtree Street, 36th Fl.<br>Mail Code 0662 |
| Kelley Cornish, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Lance N. Jurich, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, CA 90067-4164 | Larry J. Nyhan, Esq.<br>Matthew Clemente, Esq.<br>David Hall, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 |
| Lee Harrington, Esq.<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, NY 10022 | Lee Mondshein, Esq.<br>7600 Jericho Turnpike<br>Woodbury, NY 11797 | Lee S Attanasio, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |

| | | |
|---|---|---|
| Leo T. Crowley, Esq.<br>Margot Erlich, Esq.<br>Pillsbury Winthrop LLP<br>1540 Broadway<br>New York, NY 10036 | Ling Chow<br>Andrew Pickering<br>Robert Heller<br>Assured Guaranty<br>1325 Avenue of the Americas<br>New York, NY 10019 | Lisa Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 |
| Louis L. Benza, Esq.<br>Associate Counsel<br>Empire Blue Cross Blue Shield<br>15 Metro Tech Center South - 6th Floor<br>Brooklyn, NY 11201 | Madeleine C. Wanslee, Esq.<br>Gust Rosenfeld P.L.C.<br>201 E. Washington Street, Suite 800<br>Phoenix, AZ 85004 | Marcia L. Goldstein, Esquire<br>Lori Fife, Esquire<br>Ronit Berkovich, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Margaret C. Lumsden, Esq.<br>Unti & Lumsden LLP<br>302 Jefferson Street, Suite 200<br>Raleigh, NC 27605 | Margot B. Schonholtz, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3596 | Mark A. Broude, Esq<br>John W. Weiss, Esq.<br>David Stewart, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 |
| Mark Browning, Esq.<br>Assistant Attorney General<br>Office of the Texas Attorney General<br>Bankruptcy & Colletions Division<br>P.O. Box 12548<br>Austin, TX 78711 | Mark Ellenberg, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W.<br>Washington, DC 20004 | Mark Indelicato, Esq.<br>Mark Power, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th and 15th Floor<br>New York, NY 10022 |
| Martha E. Romero, Esq.<br>BMR Professional Building<br>Romero Law Firm<br>6516 Bright Avenue<br>Whittier, CA 90601 | Martin A. Mooney<br>Deily, Mooney & Glastetter, LLP<br>8 Thurlow Terrace<br>Albany, NY 12203 | Mary DeFalaise, Esq.<br>U.S. Department of Justice<br>1100 L St., NW, Room 10002<br>Washington, DC 20005 |
| Matthew A. Clemente, Esq.<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL 60603 | Matthew S. Ferguson, Esq<br>Terry D. Lawson, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10018 | MIcahel Margoll, Esq.<br>Moss Codilis LLP<br>6560 Greenwood Plaza, Suite 100<br>Englewood, CO 80111 |
| Michael G. Wilson, Esq.<br>Jason W. Harbour, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower, 951 East Byrd Street<br>Richmond, VA 23219 | Michael Reed, Esq.<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 26990<br>Austin, TX 78755 | Michael Reynolds, Esq.<br>Snell & Wilmer LLP<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626 |
| Michael S. Etkin, Esq.<br>Ira M. Levee, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Michelle Hart<br>McCalla Raymer<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Ms. Catherine Steege<br>Jenner & Block<br>330 N. Wabash Avenue<br>Chicago, IL 60611 |
| Ms. Linda Boyle<br>Time Warner Telecom Inc.<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 | Nancy Connery, Esq.<br>Schoeman, Updike & Kaufman, LLP<br>60 East 42nd St.<br>New York, NY 10165 | Nancy F. Loftus, Esq.<br>Assistant County Attorney<br>Deprt of Tax Admin - Fairfax Co.<br>12000 Governmnet Center Parkway, Suite 549<br>Fairfax, VA 22035 |
| Nancy Hotchkiss, Esq.<br>Trainor Robertson<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Patricia Schrage, Esq.<br>Securities and Exchange Commission<br>3 World Financial Center, Room 400<br>New York, NY 10281 | Paul S. Caruso, Esq<br>Jessica Knowles, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 |

Peter Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030

Rebecca Booth, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Richard Holley, Esq.
Ogonna Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street, 3rd Fl
Las Vegas, NV 89101

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
330 Madison Avenue, 34th Floor
New York, NY 10017

Richard T. Rice, Esq.
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
Winston-Salem, NC 27101

Richardo I. Kilpatrick, Esq.
Attorneys for Orca Steel Processing, LLC
Leonora K. Baughman, Esq.
Kilpatrick & Associates
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704

Robert H. Rosenbaum, Esq.
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385

Robert P. Simons, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009

Robert Trodella, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Rumph
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Samuel Rudman, Esq.
David Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Sari E. Meador
Tax Collector for Polk County, Florida
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL 33831

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018

Sean D. Malloy, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite2100
Cleveland, OH 44140

Shawn M. Christianson
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Shawn Rediger, Esq.
Williams Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98101

Shawn Rice, Esq.
Rice & Gotzmer
605 N. 8th Street, Suite 350
Sheboygan, WI 53081

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Stephen D. Lerner, Esq.
Elliot Smith, Esq
Squire Sanders & Dempsey L.L.P.
312 Walnut Street, suite 3500
Cincinnati, OH 45202

Stephen W. Rosenblatt, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MI 39225

Steven Lefkofsky, Esq.
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334

Steven Pite, Esq.
John Duncan, Esq.
Pite Duncan LLP
525 E. Main Street
PO Box 12289
El Cajon, CA 92022

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689

Stuart Berman, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Stuart Finestone, Esq.
Finestone & Morris
3340 Peachtree Road, NE, Suite 2540 Tower Place
Atlanta, GA 30326

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032

Thomas D. Barnett
Draper & Goldberg, P.L.L.C.
512 East Market Street
PO Box 947
Georgetown, DE 19947

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Thomas J. Leanse, Esq.
Dustin P. Branch
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

Tina N. Moss, Esq.
Pryor Cashman Sherman & Flynn, LLP
410 Park Avenue
New York, NY 10022

Vadim Rubinstein, Esq.
Loeb & Loeb
345 Park Avenue
New York, NY 10154

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

William Goldman, Esq.
Andrew Stearn
Sidley Austin
787 Seventh Avenue
New York, NY 10019

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Freidlander, P.A.
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012