# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

## VERIFIED STATEMENT OF
## MULTIPLE PARTY REPRESENTATION UNDER
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Pillsbury Winthrop Shaw Pittman LLP ("PWSP") hereby submits this verified statement pursuant Federal Rule of Bankruptcy Procedure 2019(a) concerning its representation of multiple parties-in-interest in the above-captioned cases.

1.  In connection the above-captioned cases, PWSP represents (i) The Bank of New York, in various capacities ("BNY"), (ii) UBS Real Estate Securities Inc. ("UBS RESI"), and (iii) UBS Securities LLC ("UBS Securities"). UBS RESI, UBS Securities and BNY are referred to herein, collectively, as the "Creditors."

2.  BNY maintains offices at 101 Barclay Street, 8W, New York, New York 10286 and retained PWSP to represent it in the above captioned cases in August, 2007. American Home Mortgage Servicing Inc., one of the above captioned debtors ("AHM Servicing"), entered into certain agreements with BNY in connection with the following securitizations in which AHM Servicing services or subservices certain mortgage loans: (a) American Home Mortgage Investment Trust Series 2004-4 Mortgage-Backed Notes (the "2004-4 Notes"), (b) GSAA Home Equity Trust 2006-6 Asset Back Certificates Series 2006-6 (the "2006-6 Certificates"), (c)

GSAA Home Equity Trust 2006-9 Asset Back Certificates Series 2006-9 (the "2006-9 Certificates") and (d) Structured Asset Mortgage Investments II Trust 2006-AR5 Mortgage Pass-Through Certificates Series 2006-AR5 ("2006-AR-5 Certificates").[1] A table listing the specific agreements in which BNY has an interest is attached hereto as Exhibit A. BNY is the (a) Indenture Trustee for the 2004-4 Notes, (b) Master Servicer, Securities Administrator and Custodian for the 2006-6 Certificates and the 2006-9 Certificates, and (c) Trustee for the 2006-AR5 Certificates. BNY recently filed a cure and transfer related claim in connection with the Debtors' sale of their servicing business, in the amount of approximately $678,202.90.

3. UBS RESI and UBS Securities maintain offices at 1285 Avenue of the Americas, New York, New York, 10019 and retained PWSP in connection with these cases in August, 2007. UBS RESI and American Home Mortgage Corp., one of the above captioned debtors ("AHM Corp.") were parties to certain purchase agreements (the "UBS Purchase Agreements") pursuant to which AHM Corp. agreed to (and did) sell, and UBS RESI agreed to (and did) purchase, from time to time, certain residential Mortgage Loans (as defined therein), secured by a mortgage, deed of trust or other security instrument creating a first or second lien, and the servicing rights thereon. A table listing the UBS Purchase Agreements and related agreements is attached hereto as Exhibit B.

4. UBS RESI intends to assert claims against the Debtors including, but not limited to, claims based upon amounts owing under the UBS Purchase Agreements for breach of representations and warranties, repurchase obligations and early payment defaults.

5. UBS Securities is a party to a Master Purchase Agreement (the "MRA") with American Home Mortgage Investment Corp. ("AHM Investment") pursuant to which AHM

---

[1] The Bank of New York is successor to JPMorgan Chase Bank, National Association, as Master Servicer, Securities Administrator and Custodian for the 2006-6 Certificates and the 2006-9 Certificates and as Trustee for the 2006-AR5 Certificates.

Investment sold mortgage loans and interests in mortgage assets to UBS Securities with a concurrent obligation to repurchase such loans and assets on certain dates set forth in confirmations to the MRA. UBS Securities may assert claims against AHM Investment and/or certain affiliates in connection with the MRA.

6. PWSP's representations of BNY, on the one hand, and of UBS RESI and UBS Securities, on the other hand, are separate and concern claims and interests of different origins of different creditors or parties in interest. The claims are not under, or in connection with, the PWSP's clients acting together pursuant to a group or committee arrangement. BNY, UBS RESI and UBS Securities retained the firm separately, and several different members of, counsel to, and associates with, PWSP are working on matters pertaining to the claims and interests in these bankruptcy cases.

7. PWSP does not own any claims against the Debtors.

8. PWSP and the Creditors reserve the right to supplement or amend this statement at any time in the future and to represent additional persons who are or may be creditors of these Debtors or to withdraw from any representation now or hereafter undertaken by PWSP.

Dated: December 18, 2007

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

BY: _____
Leo T. Crowley
Rick Antonoff
Margot Erlich
1540 Broadway
New York, New York 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

I, Leo T. Crowley, certify under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

December 18, 2007

_____
Leo T. Crowley