## EXHIBIT A

| Name of Agreement | Type of Agreement | Deal to which Agreement is Related | BNY's Role |
|---|---|---|---|
| RMBS Servicing Agreement dated as of December 21, 2004 by and among American Home Mortgage Trust 2004-4, as Issuer, AHM Servicing, as RMBS Master Servicer and The Bank of New York, as Indenture Trustee | Servicing Agreement | 2004-4 Notes | Indenture Trustee, Certificate Registrar, Certificate Paying Agent and Securities Intermediary |
| Mortgage Loan Sale and Servicing Agreement dated as of December 1, 2005 by and among American Home Mortgage Corp., as seller, AHM Servicing as servicer and Goldman Sachs Mortgage Company as purchaser | Servicing Agreement | 2006-6 Certificates and 2006-9 Certificates | Master Servicer, Securities Administrator and Custodian |
| Assignment and Assumption and Recognition Agreement dated as of April 28, 2006 by and among AHM Servicing, as servicer American Home Mortgage Corp., GS Mortgage Securities Corp., as assignor, U.S. Bank National Association, as trustee and assignee and acknowledged by JPMorgan Chase Bank, National Association, as master servicer | Third Party Securitization | 2006-6 Certificates | Master Servicer, Securities Administrator and Custodian |

| | | | |
|---|---|---|---|
| Assignment and Assumption and Recognition Agreement dated as of May 26, 2006 by and among AHM Servicing, as servicer American Home Mortgage Corp., GS Mortgage Securities Corp., as assignor, U.S. Bank National Association, as trustee and assignee and acknowledged by JPMorgan Chase Bank, National Association, as master servicer | Third Party Securitization | GSAA Home Equity Trust 2006-9 Asset Back Certificates Series 2006-9 | Master Servicer, Securities Administrator and Custodian |
| Assignment and Assumption and Recognition Agreement dated as of May 31, 2006 among EMC Mortgage Corp., JP Morgan Chase Bank, NA, as trustee, American Home Mortgage Corp. and AHM Servicing, as servicer | Third Party Securitization | 2006-AR5 Certificates | Trustee |