## EXHIBIT B

| Name of Agreement | Type of Agreement |
|---|---|
| Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and between American Home Mortgage Corp. (the "Seller"), American Home Mortgage Servicing, Inc. (the "Servicer") and UBS Real Estate Securities Inc. (the "Initial Purchaser") | Master Loan Purchase Agreement and Servicing Agreement |
| Amendment Number One, dated as of February 27, 2006, to the Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and among American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and UBS Real Estate Securities Inc. | Amendment to Master Loan Purchase Agreement and Servicing Agreement |
| Amendment Number Two, dated as of March 16, 2006, to the Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and among American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and UBS Real Estate Securities Inc. | Amendment to Master Loan Purchase Agreement and Servicing Agreement |
| Amendment Number One, dated as of November 1, 2006, to the Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and among American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and UBS Real Estate Securities Inc. | Amendment to Master Loan Purchase Agreement and Servicing Agreement |
| Master Seller's Purchase, Warranties and Interim Servicing Agreement, dated as of May 1, 2005, by and between UBS Real Estate Securities Inc., as Purchaser, and American Home Mortgage Corp. | Master Seller's Purchase, Warranties and Interim Servicing Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of May 26, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee") and American Home Mortgage Corp. (the "Company") | Assignment, Assumption and Recognition Agreement |

| | |
|---|---|
| Assignment, Assumption and Recognition Agreement, dated as of March 30, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of June 29, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of November 15, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of January 16, 2007, among UBS Real Estate Securities Inc. as Assignor, Mortgage Asset Securitization Transactions, Inc., as Assignee, American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., as Servicer | Assignment, Assumption and Recognition Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of May 15, 2007, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |

| | |
|---|---|
| Assignment, Assumption and Recognition Agreement, dated as of March 29, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of April 20, 2006, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |
| Assignment, Assumption and Recognition Agreement, dated as of December 29, 2005, among UBS Real Estate Securities Inc., Mortgage Asset Securitization Transactions, Inc., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. | Assignment, Assumption and Recognition Agreement |
| Trade Confirmation, dated as of January 24, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp. | Trade Confirmation |
| Trade Confirmation, dated as of January 24, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp. | Trade Confirmation |
| Trade Confirmation, dated as of November 2, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp. | Trade Confirmation |
| Trade Confirmation, dated as of February 14, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp. | Trade Confirmation |