IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                                :   Jointly Administered
            Debtors.                            :   Related to Doc. No. 2412
                                                :   Hearing Date: 12/21/07 @ 10:00
                                                :   Objection Date: 12/14/07 @ 4:00
-----------------------------------------------------------------x
```

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION IN CERTAIN PROVISIONS OF GMAC MORTGAGE LLC'S RESPONSE TO MOTION OF FINANCIAL GUARANTY INSURANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY**

U.S. Bank National Association, in its capacity as Trustee ("U.S. Bank"), by and through its undersigned counsel, files this Joinder in certain provisions of GMAC Mortgage LLC's Response to Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay (D.I. 2412) (the "GMAC Response"), filed by GMAC Mortgage LLC in response to the Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay (D.I. 2224) (the "FGIC Motion"), and respectfully states as follows:

1. U.S. Bank is the Trustee in connection with various securitization transactions for which the Debtors are the servicer, including the following HELOC Servicing Agreements[1] identified in paragraph 5(iii) and (iv) of the FGIC Motion: (i) HELOC Servicing Agreement dated as of October 7, 2005 among AHM Acceptance, GMAC, American Home Mortgage Investment Trust 2005-4A and U.S. Bank; and (ii) HELOC Subservicing Agreement dated as of October 2, 2005 among the 2005-A4 Trust, AHM Servicing, AHM Acceptance and U.S. Bank.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the FGIC Motion.

2.   By this Joinder, U.S. Bank joins in paragraphs 19 and 20 of the GMAC Response.

Dated: December 19, 2007         **DORSEY & WHITNEY (DELAWARE) LLP**

By: /<u>Eric Lopez Schnabel</u>
Eric Lopez Schnabel (Del No. 3672)
1105 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 425-7162

**DORSEY & WHITNEY LLP**
Charles Sawyer (MN #140351)
Katherine A. Constantine (MN #123341)
Monica Clark (MN #28211X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for U.S. Bank National Association, in its capacity as Trustee