UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Micherie A. Green, am employed by Dorsey & Whitney (Delaware) LLP, and do hereby certify that on December 19, 2007, a copy of the **Joinder of U.S. Bank National Association in Certain Provisions of GMAC Mortgage LLC's Response to Motion of Financial Guaranty Insurance Company for Relief From the Automatic Stay** was served upon the parties on the attached service list in the manner indicated.

*Micherie A. Green*
Micherie A. Green, Paralegal
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, Suite 1600
Wilmington, Delaware 19890
(302) 425-7165

Subscribed and sworn to before me
this 17th day December, 2007

_____
Notary Public

## Service List

**Via Hand Delivery**

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, Delaware 19801
Attn.: Joseph McMahon

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Attn.: James L. Patton, Jr.

Potter Anderson & Carroon LLP
Hercules Plaza, 6th floor
1313 North Market Street
Wilmington, Delaware 19801
Attn.: Laurie Selber Silverstein

Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Attn.: Victoria Counihan

Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Attn: Robert J. Dehney, Esquire
      Donna L. Culver, Esquire

Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Attn: Kimberly E. C. Lawson, Esquire

**Via Overnight Mail**

Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC 20006
Attn.: Jeffrey M. Levine

Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Attn.: Mark S. Indelicato

Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Attn.: Margot B. Schonholtz
       Scott D. Talmadge

Jones Day
222 East 41st Street
New York, New York 10017
Attn.: Corinne Ball
       Erica M. Ryland

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
Attn.: Alan Horn, General Counsel

Kutak Rock LLP
1650 Farnam Street
Omaha, Nebraska 68102
Attn: Bruce A. Wilson, Esquire

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Attn: Robert P. Simons, Esquire

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Attn: Claudia Z. Springer, Esquire