## EXHIBIT A

**(First Limited Recourse DIP Facility Amendment)**

## AMENDMENT AGREEMENT NO. 1

AMENDMENT AGREEMENT NO. 1 dated as of January __, 2008 (this "Amendment Agreement"), by and among American Home Mortgage Investment Corp., as a debtor and a debtor-in-possession, a Maryland corporation ("AHMIC"), American Home Mortgage Corp., as a debtor and a debtor-in-possession, a New York corporation ("AHMC"), and American Home Mortgage Servicing, Inc., as a debtor and a debtor-in-possession, a Maryland corporation ("AHMS"; together with AHMIC, AHMC, collectively, the "Borrowers" and individually a "Borrower"), the Lenders from time to time party to the Loan Agreement referred to below (each individually a "Lender" and, collectively, the "Lenders"), and AH Mortgage Acquisition Co., Inc., a Delaware Corporation ("AHM Acquisition"), as administrative agent for the Lenders (in such capacity, the "Administrative Agent").

WHEREAS, the Borrowers, the Lenders and the Administrative Agent are parties to the Debtor-in-Possession Loan and Security Agreement (Limited Recourse), dated November 16, 2007 (as the same may be amended, amended and restated, supplemented or otherwise modified from time to time, the "Loan Agreement");

WHEREAS, the Borrowers have requested the Lenders to make a certain modification to the Loan Agreement;

NOW, THEREFORE, each Borrower, each of the undersigned Lenders and the Administrative Agent hereby agree as follows:

SECTION 1.  Defined Terms.  Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Loan Agreement, as amended hereby.

SECTION 2.  Amendments to Loan Agreement.  On the Effective Date, each of (x) the fifth paragraph of the recitals to the Loan Agreement, (y) the definition of "Maximum Credit" set forth in 1.01 of the Loan Agreement and (z) Schedule B to the Loan Agreement, shall be amended by replacing each reference therein to "$50,000,000" with a reference to $100,000,000".

SECTION 3.  Conditions.  This Amendment Agreement shall become effective as of the date set forth above on the date (the "Effective Date") that the following conditions precedent have been satisfied:

(a)  Amendment Agreement.  This Agreement shall have been executed by each Borrower, the Administrative Agent and each Lender.

(b)  Court Order.  The Administrative Agent and the Lenders shall have received satisfactory evidence of the entry of an order of the Bankruptcy Court approving the amendments set forth in Section 2.

SECTION 4.  Effectiveness; Counterparts.  This Amendment Agreement shall become effective when counterparts hereof which, when taken together, bear the signatures of each of the Borrowers, the Administrative Agent and the Lenders shall have been received by the Administrative

Agent. This Amendment Agreement may not be amended nor may any provision hereof be waived except pursuant to a writing signed by each of the Borrowers, the Administrative Agent and the Lenders. This Amendment Agreement may be executed in two or more counterparts, each of which shall constitute an original but all of which when taken together shall constitute but one contract. Delivery of an executed counterpart of a signature page of this Amendment Agreement by facsimile transmission shall be effective as delivery of a manually executed counterpart of this Amendment Agreement.

SECTION 5. Effect of Amendment. Except as expressly set forth herein and subject to any limitations set forth in the "Final Order Pursuant to Sections 105(a), 362, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (A) Approving Limited Recourse Debtor-in-Possession Financing, (B) Granting Liens, and (C) Granting Related Relief", dated November 28, 2007 [Docket No. 2205], this Amendment Agreement shall not by implication or otherwise limit, impair, constitute a waiver of, or otherwise affect the rights and remedies of the Lenders or the Administrative Agent under the Loan Agreement, and shall not alter, modify or in any way affect any of the terms, conditions, obligations, covenants, pledges, grants of security or other agreements contained in the Loan Agreement, all of which are ratified and affirmed in all respects and continue in full force and effect. Nothing herein shall be deemed to entitle any Borrower to a consent to, or a waiver, amendment, modification or other change of, any of the terms, conditions, obligations, covenants, pledges, grants of security or other agreements contained in the Loan Agreement in similar or different circumstances. This Amendment Agreement shall apply and be effective only with respect to the provisions of the Loan Agreement specifically referred to herein. Each Borrower hereby acknowledges receipt of and consents to the terms of this Amendment Agreement.

SECTION 6. Notices. All notices hereunder shall be given in accordance with the provisions of Section 11.03 of the Loan Agreement.

SECTION 7. Applicable Law; Waiver of Jury Trial. (A) THIS AMENDMENT AGREEMENT SHALL BE CONSTRUED IN ACCORDANCE WITH AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK.

(B) EACH PARTY HERETO HEREBY AGREES AS SET FORTH IN SECTIONS 11.10 AND 11.11 OF THE LOAN AGREEMENT AS IF EACH SUCH SECTION WERE SET FORTH IN FULL HEREIN.

[Remainder of page intentionally left blank.]

IN WITNESS WHEREOF, the parties hereto have caused this Amendment Agreement to be executed and delivered by their respective officers thereunto duly authorized as of the date first above written.

**AH MORTGAGE ACQUISITION CO., INC.**

By: _____
Name: _____
Title: _____

**AMERICAN HOME MORTGAGE INVESTMENT CORP**

By: _____
Name: _____
Title: _____

**AMERICAN HOME MORTGAGE CORP.**

By: _____
Name: _____
Title: _____

**AMERICAN HOME MORTGAGE SERVICING, INC.**

By: _____
Name: _____
Title: _____