## EXHIBIT A

### Real Property Leases to be Rejected

| LEASED PREMISES | LANDLORD | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Suite 100<br>Primera Four<br>300 Primera Boulevard<br>Lake Mary, Florida 32746 | Sun Life Assurance Company of Canada<br>c/o Crescent Resources LLC<br>300 Primera Blvd., Suite 140<br>Lake Mary, FL 32746 | November 30, 2007 |
| 1 Centerview Drive<br>Rockingham Building at Meadowview Crossing<br>Suite 101<br>Greensboro, NC 27407 | Sequoia Investments XIV, LLC<br>P.O. Box 1028<br>Eureka, CA 95502-1028 | November 30, 2007 |
| 800 Virginia Avenue<br>Suite 48<br>Fort Pierce, FL 34947 | Turner Realty Enterprise, Inc. d/b/a ReMax Coastal Realty<br>800 Virginia Avenue, Suite 48<br>Fort Pierce, FL 34947 | November 30, 2007 |
| 3600 O'Donnell Street<br>Baltimore, MD 21224 | Baltimore Home Team, LLC<br>3600 O'Donnell Street<br>Baltimore, MD 21224 | November 30, 2007 |
| 6801 Falls of Neuse Road<br>Suite 102<br>Raleigh, NC 27615 | PPSF, LLC<br>c/o Bill Owens<br>9131 Anson Way<br>Raleigh, NC 27615 | November 30, 2007 |
| 4700 Rowlett Road<br>Rowlett, TX 75088 | Bobby Roan<br>4700 Rowlett Road<br>Rowlett, TX 75088 | November 30, 2007 |