## EXHIBIT B

### Executory Contracts to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Storage Unit 168<br>West Market Self Storage<br>5019 West Market Street<br>Greensboro, NC 27407<br><br>(storage agreement) | West Market Self Storage<br>c/o Rob and Evelyn Zimmerman<br>5019 West Market Street<br>Greensboro, NC 27407 | November 30, 2007 |
| Storage Unit 581<br>Eagle Self Storage, Inc.<br>4101 Highway 93 South<br>Missoula, MT 59804<br><br>(storage agreement) | Eagle Self Storage, Inc.<br>c/o Robert P. McCue<br>P.O. Box 18185<br>4101 Highway 93 South<br>Missoula, MT 59808 | November 30, 2007 |
| Storage Unit A023<br>20292 Cooks Bay Drive<br>Lake Forest, CA 92630<br><br>(storage agreement) | Public Storage, Inc.<br>c/o Jerri Stacy<br>20292 Cooks Bay Drive<br>Lake Forest, CA 92630 | November 30, 2007 |
| Unit #5036<br>401 East 4th Street<br>Bridgeport, PA 19405<br><br>(storage agreement) | Locker Room Storage Inc.<br>401 East 4th Street<br>Bridgeport, PA 19405 | November 30, 2007 |
| 17300 Henderson Pass MSA<br>Suite 100<br>San Antonio, TX 78232<br><br>(marketing and service agreement) | Farm Bureau Bank FSB<br>17300 Henderson Pass<br>San Antonio, TX 78232 | November 30, 2007 |
| Corporate Services Commercial Account Agreement between American Express Travel Related Services Company, Inc. and American Home Mortgage Corp.<br><br>(corporate credit card agreement) | American Express Company<br>Corporate Services Operations<br>AESC-P<br>20022 North 31st Avenue<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 | November 30, 2007 |
| Service Agreement for Konica Minolta 7020 copier formerly located at 6767 North Wickham Road, Suite 211, Melbourne, FL | Ameritek Office Solutions<br>4250 St. Johns Parkway<br>Sanford, FL 32771 | November 30, 2007 |

| | | |
|---|---|---|
| 32940<br><br>(copier service agreement) | | |
| Maintenance Agreement for Ricoh 2035E copier formerly located at 818 West Riverside Avenue, Spokane, WA<br><br>(copier service agreement) | Associated Business Systems<br>7440 SW Bonita Road<br>Portland, OR 97224-8028 | November 30, 2007 |
| Maintenance Agreement for Ricoh 2045eSP copier formerly located at 6255 Sheridan Drive, Williamsville, NY<br><br>(copier service agreement) | Brian Parisi Copier Systems<br>4915 Genesee Street<br>Cheetowaga, NY 14255 | November 30, 2007 |
| Maintenance Agreement for Sharp SD-2260 copier formerly located at 910 Lakeridge Way SW, Olympia, WA 98502<br><br>(copier service agreement) | Capital Business Machines<br>P.O. Box 1456<br>Olympia, WA 98507 | November 30, 2007 |
| Software Support Agreement for Minolta A551 copier formerly located at 261 Brownfield Road, Douglas WY<br><br>(copier support agreement) | Capital Business Systems<br>P.O. Box 508<br>Cheyenne, WY 82003-0508 | November 30, 2007 |
| Maintenance Agreement for Toshiba T120 fax machine formerly located at 1885 North Kolb Road, Tuscon, AZ 85715<br><br>(fax machine service agreement) | CB Document Solutions<br>4320 East Cotton Center Boulevard<br>Suite 100<br>Phoenix, AZ 85040-8852 | November 30, 2007 |
| Service Agreement for Toshiba DP125 fax machine (serial number 03080028) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba DP125 fax machine (serial number 03080033) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba | Coast to Coast | November 30, 2007 |

| | | |
|---|---|---|
| DP85F fax machine (serial number 03080053) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | 8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | |
| Service Agreement for Toshiba DP85F fax machine (serial number 03080058A) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba DP85F fax machine (serial number 03080237) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Toshiba DP125 fax machine (serial number 04100013) formerly located at 17744 Skypark Circle, Irvine, CA<br><br>(fax machine service agreement) | Coast to Coast<br>8 Vanderbilt<br>P. O. Box 57077<br>Irvine, CA 92619-7077 | November 30, 2007 |
| Service Agreement for Ricoh 450 copier formerly located at 200 North Main Street, Graham, NC 27253<br><br>(copier service agreement) | Coeco Office Systems<br>P.O. Box 2425<br>Greenville, NC 27836 | November 30, 2007 |
| Hardware Maintenance Agreement for hardware formerly located at 3000 East Coliseum Boulevard, Fort Wayne, IN<br><br>(hardware maintenance agreement) | Current Mechanical<br>2120 East Washington Boulevard<br>Suite A<br>Fort Wayne, IN 46803-1357 | November 30, 2007 |
| Maintenance Agreement for Ricoh copiers<br><br>(copier service agreement) | DocuSystems<br>1000 Highway 50 East<br>Myrtle Beach, SC 29577 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF3045 copier formerly located at 800 East High Street, Lexington, KY<br><br>(copier service agreement) | Duplicator Sales and Service Inc.<br>831 East Broadway<br>Louisville, KY 40204 | November 30, 2007 |

| | | |
|---|---|---|
| Maintenance Agreement for Ricoh A2045eSP copier formerly located at 55 Westlake Road, Hardy, VA<br><br>(copier service agreement) | Electronic Systems, Inc.<br>369 Edwin Drive<br>Virginia Beach, VA 23462-4522 | November 30, 2007 |
| Maintenance Agreement for I2200 copier formerly located at 760 Foxpointe Drive, Sycamore, IL<br><br>(copier service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for I1500N printer formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(printer service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F3175 fax machine (serial number UYR58827) formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F3170 fax machine formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F1100 fax machine (serial number UKL07360) formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for I8500 copier formerly located at 760 Foxpointe Drive, Sycamore, IL<br><br>(copier service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for F1100 fax machine (serial number UKL07343) formerly located at 760 Foxpointe Drive, Sycamore, IL | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |

| | | |
|---|---|---|
| (fax machine service agreement) | | |
| Maintenance Agreement for F3175 fax machine (serial number UYR51276) formerly located at 1245 East Diehl Road, Naperville, IL 60563<br><br>(fax machine service agreement) | Gordon Fleisch Company, Inc.<br>P.O. Box 992<br>Madison, WI 53701-0992 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF 3045SPF copier formerly located at 1275 North University Drive, Coral Springs, FL<br><br>(copier service agreement) | Halsey & Griffith Office Solutions<br>1170 Northwest 163rd Drive<br>Miami, FL 33169 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF 3035SP copier formerly located at 12230 Forest Hill Boulevard, Wellington, FL<br><br>(copier service agreement) | Halsey & Griffith Office Solutions<br>1170 Northwest 163rd Drive<br>Miami, FL 33169 | November 30, 2007 |
| Maintenance Agreement for mailing equipment (serial number FAH 9651)<br><br>(mailing equipment service agreement) | Innovative Mailing & Shipping Systems, Inc.<br>415 Oser Avenue<br>Suite K<br>Happauge, NY 11788 | November 30, 2007 |
| Maintenance Agreement for mailing equipment formerly located at 75 Rowland Way, Novato, CA<br><br>(mailing equipment service agreement) | International Mailing Equipment<br>336 North 12th Street<br>Sacramento, CA 95814 | November 30, 2007 |
| Maintenance Agreement for Xerox T120F fax machine formerly located at 406 7th Street, Bay City, MI 48706<br><br>(fax machine service agreement) | Michigan Office Solutions<br>2859 Walkent Drive NW<br>Grand Rapids, MI 49514-0587 | November 30, 2007 |
| Maintenance Agreement for 20072 copier system formerly located at 13024 Hesperia Road, Victorville, CA<br><br>(copier service agreement) | Office Works<br>15401 Anacapa Road<br>Victorville, CA 92392 | November 30, 2007 |

<200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b>

| | | |
|---|---|---|
| Maintenance Agreement for copiers formerly located at 3975 Fair Ridge Drive, Suite 315N, Fairfax, VA 22033<br><br>(copier service agreement) | Offix<br>10222 Battleview Parkway<br>Manassas, VA 20109 | November 30, 2007 |
| Maintenance Agreement for Ricoh 4420L fax machine formerly located at 1060 Maitland Center Commons, Maitland, FL<br><br>(fax machine service agreement) | Saxon Business Systems<br>P.O. Box 4908<br>Miami Lakes, FL 33014 | November 30, 2007 |
| Service Agreement for 1375 East Woodfield Drive, Schaumburg, IL 60173<br><br>(office setup service agreement) | U.S. Bank<br>CM-9690<br>St. Paul, MN 55170-9690 | November 30, 2007 |
| Maintenance Agreement for Ricoh AF2035E copier formerly located at 1799 Michelle Lane, Greenwood, IN<br><br>(copier service agreement) | Van Ausdall & Farrar<br>P.O. Box 664250<br>Indianapolis, IN 46266 | November 30, 2007 |
| Maintenance Agreement for Sharp AR810 copier formerly located at 4100 RCA Boulevard, Palm Beach Gardens, FL | Zeno Office Solutions<br>P.O. Box 23687<br>Tampa, FL 33623 | November 30, 2007 |