IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. | CASE NO. 07-11047<br>CHAPTER 11<br>JUDGE CHRISTOPHER S. SONTCHI |

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by CitiMortgage, Inc., to serve as its authorized agent to, <u>inter alia</u>, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ A. Michelle Hart

_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/770-643-4176 Fax

*Authorized Agent for CitiMortgage, Inc.*

File Number CC-07-11367 /
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE
HOLDINGS, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 20th day of December, 2007.

<u>Debtor's Attorney</u>

Edward J. Kosmowski, Esq.
Post Office Box 391
1000 West Street, 17th Floor
Wilmington, DE  19899

<u>Chapter 11 Trustee</u>

United States Trustee
844 King Street
Room 2207
Wilmington, DE  19801

    Respectfully submitted,
    McCALLA RAYMER, LLC

    /s/ A. Michelle Hart
    _____
    A. Michelle Hart, Esq. Georgia Bar No. 334291
    1544 Old Alabama Road
    Roswell, Georgia  30076-2102

770-643-7200/770-643-4176 Fax

File Number CC-07-11367 /
Request for Service of Notice