# EXHIBIT A

LETTERHEAD OF [CURRENT LENDER UNDER HELOC LOAN]

[Date of Notice]

Dear _____ (NAME OF HELOC BORROWER):

Reference is made to your home equity line of credit loan with [name of Debtor that is the Lender] ("**Your Credit Line**").  This notice is to inform you that **effective January \_\_, 2008**, you may no longer obtain loans under Your Credit Line.  This means that **any requests for loans under Your Credit Line which we receive on or after January \_\_, 2008 will not be honored**.  You are still obligated to repay Your Credit Line in accordance with its repayment terms.  We apologize for any inconvenience this may cause you.

Very truly yours,

[Current Lender under HELOC Loan].