IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No.: __ |

### ORDER GRANTING GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO THE HELOC BORROWERS REGARDING THE "FREEZING" OF THE HELOC LOANS

Upon consideration of the GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of objections to the Motion, if any; and upon the record and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. The Debtors shall send the notice attached hereto as Exhibit A to the HELOC Borrowers within five (5) business days of the entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

- 2 -

     3.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: _____, 2008         _____
      Wilmington, Delaware                     Christopher S. Sontchi
                                            United States Bankruptcy Judge

# EXHIBIT A

-14956 v1-LALANKFO

WILLIB-14956.1-LALANKFO 12/20/07 1:04 PM

LETTERHEAD OF [CURRENT LENDER UNDER HELOC LOAN]

[Date of Notice]

Dear _____ (NAME OF HELOC BORROWER):

Reference is made to your home equity line of credit loan with [name of Debtor that is the Lender] ("**Your Credit Line**").  This notice is to inform you that **effective January \_\_, 2008, you may no longer obtain loans under Your Credit Line.  This means that any requests for loans under Your Credit Line which we receive on or after January \_\_, 2008 will not be honored**.  You are still obligated to repay Your Credit Line in accordance with its repayment terms.  We apologize for any inconvenience this may cause you.

Very truly yours,

[Current Lender under HELOC Loan].