Christopher B. Mosley
Senior Assistant City Attorney
City of Fort Worth
City Attorney's Office
1000 Throckmorton Street
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359 facsimile



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | | |
| AMERICAN HOME MORTGAGE § | | CASE NO. 07-11047 |
| HOLDINGS, INC. § | | |
| § | | |
| DEBTOR § | | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

### City of Fort Worth

unsecured creditor in the above-referenced proceedings. The undersigned requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the unsecured creditor in care of the undersigned at the address set forth below.

*[signature]*

Christopher B. Mosley
State Bar No. 00789505
Senior Assistant City Attorney

City of Fort Worth
1000 Throckmorton Street
Fort Worth, Texas 76102
TEL:    (817) 392-7600
FAX:    (817) 392-8359
Email:  Chris.Mosley@fortworthgov.org

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, to:

Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Post Office Box 391
Wilmington, Delaware 19899-0391

Dated this 12th day of December, 2007.

*[signature]*
Christopher B. Mosley