IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                   :    Jointly Administered
        Debtors.                                                   :
------------------------------------------------------------------- x
```

**NOTICE OF <u>SECOND AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON DECEMBER 21, 2007 AT 1:00 P.M. (ET)</u>**

PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED TO 1:00 P.M.
AT THE REQUEST OF THE COURT.

**ADJOURNED/RESOLVED MATTERS**

1.   Emergency Motion of Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc.
     [D.I. 1701, 10/29/07]

     Objection Deadline:   November 7, 2007 at 4:00 p.m., extended to January 25, 2008 at
                           4:00 p.m. for the Debtors and the Committee

     Objections Filed:     None at this time

     Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at
             11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American
Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC,
a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491);
and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.
[2] **Amendments appear in bold.**

2.     Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with
       Respect to Collateral Management System License Agreement, or in the Alternative, to
       Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772,
       11/2/07]

       Objection Deadline:    November 20, 2007 at 4:00 p.m., extended to December 27, 2007
                              for the Debtors and the Committee

       Objections Filed:     None

       Status: This matter will be adjourned by agreement of the parties to January 4, 2008 at
              11:00 a.m.

3.     JPMorgan Chase Bank, National Association's Motion for Relief from Automatic Stay,
       Pursuant to 11 U.S.C. § 362(d), to Foreclose on and Preserve Collateral Consisting of
       Outstanding Construction/Permanent Loans on Single-Family Residences [D.I. 2135,
       11/28/07]

       Objection Deadline:    December 5, 2007 at 4:00 p.m., extended for the Debtors to
                              December 28, 2007 at 4:00 p.m.

       Objections Filed:     None

       Status: This matter will be adjourned by agreement of the parties to January 4, 2008 at
              11:00 a.m.

4.     Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic
       Stay, Pursuant to 11 U.S.C. § 362(d), to Exercise its Rights as a Secured Creditor to Sell
       Collateral Consisting of Outstanding Construction-to-Per Mortgage Loans on Single
       Family Residences [D.I. 2255, 12/4/07]

       Objection Deadline:    December 14, 2007 at 4:00 p.m.

       Related Document:

              a)     Notice of Corrected Exhibit B [D.I. 2260, 12/4/07]

              b)     Re-Notice of Motion [D.I. 2309, 12/6/07]

       Objections Filed:     None

       Status: **This matter will be adjourned by agreement to January 4, 2008 at 11:00 a.m.**

5.    Pretrial Conference – Broadhollow Funding, LLC; Melville Funding, LLC, and American Home Mortgage Servicing, Inc. (f/k/a Columbia National Incorporated) v. Bank of America, N.A., Adv. No. 07-51738

Related Document:

    a)    Scheduling Order [D. I. 7, 12/7/07]

Status: Pursuant to the Scheduling Order, this matter will be continued pending resolution of the Motion to Dismiss.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

6.    Fifth Motion for an Order Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, Equipment [D.I. 2192, 11/28/07]

Objection Deadline:    December 14, 2007 at 4:00 p.m.

Objections Filed:

    a)    Informal Response of Primera Four

Related Document:

    b)    Certification of Counsel [D.I. 2430, 12/18/07]

    **c)**    **Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment [D.I. 2446, 12/20/07]**

Status: **An Order has been entered resolving this matter.**  No Hearing is required.

7.     Debtors' Motion for Order Approving Stipulation by and Between the Debtor and the
       City of Freemont Resolving Certain Pending Prepetition Litigation Pursuant to Sections
       105 and 362 of the Bankruptcy Code and Bankruptcy Rule 9019 [D.I. 2228, 11/29/07]

       Objection Deadline:   December 14, 2007 at 4:00 p.m.

       Objections Filed:     None

       Related Document:

              a)     Certificate of No Objection [D.I. 2433, 12/18/07]

              b)     **Order Approving Stipulation by and Between the Debtor and The
                     City of Fremont Resolving Certain Pending Prepetition Litigation
                     [D.I. 2444, 12/20/07]**

       Status: **An Order has been entered resolving this matter.**  No hearing is required.

8.     Debtors' Motion for an Order Extending Their Exclusive Periods to File a Chapter 11
       Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy
       Code [D.I. 2252, 12/3/07]

       Objection Deadline:   December 14, 2007 at 4:00 p.m.

       Objections Filed:     None

       Related Document:

              a)     Certificate of No Objection [D.I. 2434, 12/18/07]

              b)     **Order Extending the Debtors' Exclusive Periods to File a Chapter 11
                     Plan and Solicit Acceptances Thereto [D.I. 2445, 12/20/07]**

       Status: **An Order has been entered resolving this matter.**  No hearing is required.

DB02:6437592.3                                                                    064657.1001

## CONTESTED MATTER GOING FORWARD

9.    Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2224, 11/29/07]

Objection Deadline:   December 14, 2007 at 4:00 p.m.

Objections Filed:

a)    Debtors' Limited Response to the Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2390, 12/14/07]

b)    GMAC Mortgage LLC's Response to Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2412, 12/17/07]

c)    **Joinder of U.S. Bank National Association in Certain Provisions of GMAC Mortgage LLC's Response to Motion of Financial Guaranty Insurance Company for Relief from the Automatic Stay [D.I. 2441, 12/29/07]**

Status: This matter will be going forward.

Dated: Wilmington, Delaware
       December 20, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

064657.1001