IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

    Debtors.

---------------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
:

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK  )

       ANGHARAD BOWDLER, being duly sworn, deposes and says:

       1.     I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.     On December 14, 2007, I caused to be served true and correct copies of the "Notice of Motion" dated December 14, 2007 to which was attached the "Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses" [Docket No. 2395] dated December 14, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

       3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                Angharad Bowdler

Sworn to before me this

17th day of December, 2007

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA6148899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\NtcMtn DestroyDups_Aff 12-14-07.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANNE MILGRAM, PO BOX 080, TRENTON, NJ 08625-0080 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: RICHARD BLUMENTHAL ( D ), 55 ELM STREET, HARTFORD, CT 06106 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ANDREW M. CUOMO, DEPT. OF LAW, THE CAPITOL, 2ND FL, ALBANY, NY 12224-0341 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM CORBETT, 16TH FLOOR, STRAWBERRY SQUARE, HARRISBURG, PA 17120 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOSEPH R. "BEAU" BIDEN III, CARVEL STATE OFFICE BLDG, 820 N. FRENCH ST, WILMINGTON, DE 19801 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DOUGLAS F. GANSLER, 200 ST PAUL PLACE, BALTIMORE, MD 21202 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARTHA COAKLEY, MCCORMACK BUILDING, 1 ASHBURTON PLACE, BOSTON, MA 02108-1698 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK C. LYNCH, 150 S. MAIN ST, PROVIDENCE, RI 02903 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: KELLY AYOTTE ( R ), CIVIL BUREAU, 33 CAPITOL ST, CONCORD, NH 03301-6397 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: G STEVE ROWE ( D ), 6 STATE HOUSE STATION, AUGUSTA, ME 04333 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WILLAIM H SORRELL ( D ), 109 STATE ST, MONTPELIER, VT 05609-1001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LINDA SINGER, ONE JUDICIARY SQUARE, 441 4TH STREET NW, SUITE 1060N, WASHINGTON, DC 20001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BOB MCDONNELL, 900 E. MAIN ST, RICHMOND, VA 23219 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DARRELL V MCGRAW JR ( D ), STATE CAPITOL COMPLEX, BLDG. 1, ROOM E-26, CHARLESTON, WV 25305-9924 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROY COOPER ( D ), 9001 MAIL SERVICE CENTER, RALEIGH, NC 27699-9001 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HENRY MCMASTER ( R ), PO BOX 11549, COLUMBIA, SC 29211-1549 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREGORY D STUMBO ( D ), STATE CAPITOL, SUITE 118, 700 CAPITOL AVE, FRANKFORT, KY 40601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARC DANN, STATE OFFICE TOWER, 30 E. BROAD STREET, 17TH FLOOR, COLUMBUS, OH 43215-3428 |
| STATE ATTORNEYS GENERAL OFFICE | C/O MIKE COX, G. MENNEN WILLIAMS BUILDING, 7TH FLOOR, 525 W. OTTAWA ST, PO BOX 30212, LANSING, MI 48909-0212 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: THURBERT E BAKER ( D ), 40 CAPITOL SQUARE, SW, ATLANTA, GA 30334-1300 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: BILL MCCOLLUM, THE CAPITOL, PL-01, TALLAHASSEE, FL 32399-1050 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TROY KING ( R ), ALABAMA STATE HOUSE, 11 S. UNION ST, 3RD FLOOR, MONTGOMERY, AL 36130 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERT E. COOPER, JR., PO BOX 20207, NASHVILLE, TN 37202-0207 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: STEVE CARTER ( R ), INDIANA GOVT. CTR SOUTH - 5TH FL, 302 W WASHINGTON ST, INDIANAPOLIS, IN 46204 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TOM MILLER ( D ), HOOVER STATE OFFICE BLDG, 1305 E. WALNUT STREET , DES MOINES, IA 50319 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: J.B. VAN HOLLEN, PO BOX 7857, MADISON, WI 53707-7857 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LORI SWANSON, 1400 BREMER TOWER, 445 MINNESOTA ST, ST. PAUL, MN 55101 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LISA MADIGAN ( D ), JAMES R. THOMPSON CTR, 100 W. RANDOLPH ST, CHICAGO, IL 60601 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JAY NIXON, SUPREME CT. BLDG, 207 W. HIGH ST  P.O. BOX 899, JEFFERSON CITY, MO 65102 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JIM HOOD ( D ), PO BOX 220, JACKSON, MS 39205-0220 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LARRY LONG ( R ), 1302 E HWY 14, SUITE 1, PIERRE, SD 57501-8501 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WAYNE STENEHJEM ( R ), STATE CAPITOL, 600 E. BOULEVARD AVE, DEPT 125, BISMARCK, ND 58505 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAUL J. MORRISON, MEMORIAL HALL, 2ND FLOOR, 120 SW 10TH STREET, TOPEKA, KS 66612-1597 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JON BRUNING ( R ), 2115 STATE CAPITOL, LINCOLN, NE 68509 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CHARLES C FOTI, JR ( D ), 1885 NORTH 3RD ST, BATON ROUGE, LA 70802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: DUSTIN MCDANIEL, 323 CENTER ST, SUITE 200, LITTLE ROCK, AR 72201 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: WA DREW EDMONDSON ( D ), 313 NE 21ST STREET, OKLAHOMA CITY, OK 73105 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JULIO A. BRADY, DEPARTMENT OF JUSTICE, GERS COMPLEX 48B-50C KRONPRINSDENS |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE ATTORNEYS GENERAL OFFICE | GADE,ST THOMAS, VI 00802 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROBERTO J SANCHEZ RAMOS,POST OFFICE BOX 192,SAN JUAN, PR 00902-0192 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GREG ABBOTT ( R ),PO BOX 12548,AUSTIN, TX 78711-2548 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: JOHN W SUTHERS,1525 SHERMAN ST,7TH FLOOR,DENVER, CO 80203 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PATRICK J CRANK ( D ),123 CAPITOL,200 W. 24TH STREET,CHEYENNE, WY 82002 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: GARY KING,P.O. DRAWER 1508,SANTE FE, NM 87504-1508 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MIKE MCGRATH ( D ),DEPT OF JUSTICE,PO BOX 201401,HELENA, MT 59620-1401 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: LAWRENCE WASDEN ( R ),700 W. STATE STREET,PO BOX 83720,BOISE, ID 83720-0010 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK SHURTLEFF ( R ),UTAH STATE CAPITOL COMPLEX,EAST OFFICE BLDG, SUITE 320,SALT LAKE CITY, UT 84114-2320 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TERRY GODDARD ( D ),1275 W. WASHINGTON ST,PHOENIX, AZ 85007 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: CATHERINE CORTEZ MASTO,CARSON CITY OFFICE,100 N CARSON ST,CARSON CITY, NV 89701-4717 |
| STATE ATTORNEYS GENERAL OFFICE | C/O EDMUND BROWN JR.,CA DEPT OF JUSTICE,ATT:PUB INQUIRY UNIT,PO BOX 944255,SACRAMENTO, CA 94244-2550 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MALAETASI M. TOGAFAU,POST OFFICE BOX 7,PAGO PAGO, AS 96799 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: MARK J BENNETT ( R ),425 QUEEN ST,HONOLULU, HI 96813 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ALICIA G. LIMTIACO,287 W. O'BRIEN DR,HAGATNA, GU 96910 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: PAMELA BROWN,OFFICE OF THE ATTORNEY GENERAL,ADMINISTRATION BUILDING,SAIPAN, MP 96950 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: HARDY MYERS ( D ),JUSTICE BLDG,1162 COURT ST, NE,SALEM, OR 97301-4096 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: ROB MCKENNA,1125 WASHINGTON ST SE,PO BOX 40100,OLYMPIA, WA 98504-0100 |
| STATE ATTORNEYS GENERAL OFFICE | C/O: TALIS J. COLBERG,DIAMOND COURTHOUSE,PO BOX 110300,JUNEAU, AK 99811-0300 |

**Total Creditor Count 56**